**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(609) 989-2182

CHAMBERS OF
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

October 20, 2016

TO ALL COUNSEL

    RE:    Johnson & Johnson Talcum Powder Products Marketing,
            Sales Practices and Products Liability Litigation,
            MDL No. 16-2738 (FLW)(LHG)

Dear Counsel:

        The above-referenced MDL proceeding has been initiated by Multidistrict Litigation Panel on October 4, 2016. There are currently thirty-seven (37) active member cases associated with this proceeding, with additional cases to be transferred. With respect to each of these matters, there may be various motions pending in some of the cases and other housekeeping issues to address. In order to better acquaint myself with counsel and the status of these individual cases, I am scheduling an in-person Organizational Conference on ***November 17, 2016 at 10:00 a.m.*** While I am directing all counsel to appear, I understand that some attorneys may not be able to attend the Conference; in that regard, the parties with similar interests can be represented at the Conference by a single attorney. Please indicate, in your Status Report (see below), whether you intend to appear at the Conference, and if not, which attorney is appearing on your behalf.

        In advance of this Conference, I am also directing counsel to submit a Status Report **by *no later than November 10, 2016***, for the case(s) you are handling. In that Report, please address the following:

1. Whether any discovery has taken place, and if so, at what stage is discovery;
2. Whether the parties have discussed settlement, and whether those discussions are ongoing;
3. What, if any, motions are pending before this Court, or motions that have been decided by the transferor judge;
4. Suggestions regarding lead/liaison counsel; and
4. Propose any agenda items that may be discussed during the Organizational Conference.

        In addition to the Status Report, all counsel are required to confer with one another and be

prepared to discuss the following topics related to this Court's Initial Case-Management Order:

1. Deadlines for joinder of parties, amendment of pleadings, filing of motions, and completion of discovery;
2. Modifications to the time set by Rule 26(a)(1) for initial disclosures and setting dates for its supplementation under Rule 26(e)(1);
3. A schedule for amending discovery responses as required by Rule 26(e)(2);
4. Dates for future conferences and, if bellwether trials are planned, the final pretrial conferences and trials; and
5. Any other matters appropriate in the circumstances of this proceeding.

Counsel are urged to familiarize themselves with the best practices and procedures in a multi-district litigation proceeding, and be prepared at the Conference to suggest procedures to expedite this MDL. The Hon. Lois H. Goodman, U.S.M.J., will also be joining me in presiding over the Conference, and as such, please send Judge Goodman all reports in advance of the Conference.

I look forward to meeting all of you.

Sincerely yours,

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge