**COUGHLIN DUFFY LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendant Imerys Talc America Inc. ("Imerys")*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>3:16-md-02738-FLW-LHG |

TO:   Clerk, U.S. District Court
      Trenton, NJ

PLEASE TAKE NOTICE that Lorna A. Dotro, Esq. of Coughlin Duffy LLP hereby enters her appearance in this action as counsel for Defendant Imerys Talc America, Inc., ("Imerys").

Respectfully submitted,

Dated: October 20, 2016

s/   Lorna A. Dotro
Lorna A. Dotro
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendant Imerys Talc America Inc.,*