**COUGHLIN DUFFY LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendant Imerys Talc America Inc. ("Imerys")*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>3:16-md-02738-FLW-LHG |

TO:  Clerk, U.S. District Court
     Trenton, NJ

PLEASE TAKE NOTICE that Mark K. Silver, Esq. of Coughlin Duffy LLP hereby enters his appearance in this action as additional counsel for Defendant Imerys Talc America, Inc., ("Imerys").

PLEASE TAKE FURTHER NOTICE that Lorna A. Dotro, Esq. of Coughlin Duffy LLP remains lead counsel of record for Imerys.

                                              Respectfully submitted,

Dated: October 20, 2016

                                      s/    Mark K. Silver
                                      Mark K. Silver
                                      COUGHLIN DUFFY LLP
                                      350 Mount Kemble Avenue
                                      Morristown, New Jersey 07962-1917
                                      (973) 267-0058
                                      *Attorneys for Defendant Imerys Talc America Inc.,*