DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
*Attorneys for Defendants Johnson & Johnson and*
*Johnson & Johnson Consumer Inc., formerly known*
*as Johnson & Johnson Consumer Companies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------
IN RE: JOHNSON & JOHNSON TALCUM   :   Civil Action No. 3:16-md-2738-FLW-LHG
POWDER PRODUCTS MARKETING,   :
SALES PRACTICES AND PRODUCTS   :
LIABILITY LITIGATION   :   MDL No. 2738
  :
  :   **NOTICE OF APPEARANCE**
  :
  :
  :
  :
-------------------------------------------------------- :

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of

defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as

Johnson & Johnson Consumer Companies, Inc.

DRINKER BIDDLE & REATH LLP

Attorneys for Defendants Johnson & Johnson and
Johnson & Johnson Consumer Inc., formerly known
as Johnson & Johnson Consumer Companies, Inc.

By:   /s/ Julie L. Tersigni
       Julie L. Tersigni

Dated: October 25, 2016