**CERTIFICATION OF SERVICE**

  I hereby certify that on October 25, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

             /s/ Julie L. Tersigni
             Julie L. Tersigni
             Drinker Biddle & Reath LLP
             600 Campus Drive
             Florham Park, NJ  07932-1047
             Phone: (973) 549-7106
             Fax:    (973) 360-9831
             E-mail: julie.tersigni@dbr.com