# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**ORDER STAYING ALL RESPONSIVE PLEADING AND MOTION DEADLINES** |

**IT IS HEREBY ORDERED** that all deadlines to file answers and or responsive motions to initial pleadings are **STAYED** until further Order of this Court;

**IT IS HEREBY FURTHER ORDERED** that all pending motion deadlines are **STAYED** until further Order of this Court; and

**IT IS HEREBY FURTHER ORDERED** that these deadlines will be discussed at the initial status conference.

Dated: _____

_____
Hon. Freda L. Wolfson, U.S.D.J.