## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

Marchetti, et al. v. Johnson & Johnson, et al.,  )
    M.D. Georgia, C.A. No. 4:16-00227  )  **MDL No. 2738**

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Marchetti*) on October 6, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Marchetti* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on October 6, 2016, is LIFTED insofar as it relates to this action. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Freda L. Wolfson.

                                                          FOR THE PANEL:

                                                           Jeffery N. Lüthi
                                                           Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____/s/_____
        Deputy Clerk