IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

IN RE: JOHNSON & JOHNSON TALCUM : Civil Action No. 3:16-md-2738-FLW-LHG
POWDER PRODUCTS MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                     :    MDL No. 2738

: ORDER STAYING ALL RESPONSIVE
: PLEADING AND MOTION DEADLINES

---

IT IS HEREBY ORDERED that all deadlines to file answers and or responsive motions to initial pleadings are STAYED until further Order of this Court;

IT IS HEREBY FURTHER ORDERED that all pending motion deadlines are STAYED until further Order of this Court; and

IT IS HEREBY FURTHER ORDERED that these deadlines will be discussed at the initial status conference.

Dated: 10/31/16

_____
Hon. Freda L. Wolfson, U.S.D.J.