UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LGH) |

**This document relates to:**
*Barbara Ross v. Johnson & Johnson,
and Johnson & Johnson Consumer
Companies, Inc.*
*Case No: 1:16-CV-07293*

**CERTIFICATE OF ERROR**

This certificate states that the status report for Barbara Ross and filed by her Attorney, Ken Moll, was filed as "sealed" in error. This status report should not be filed as "sealed".


/s/ Ken Moll
Ken Moll
MOLL LAW GROUP
401 N. Michigan Avenue
12th Floor
Chicago, IL 60611
Phone: (312) 462-1700
Facsimile: (312) 756-0045
E-mail: kmoll@molllawgroup.com

ATTORNEYS FOR PLAINTIFFS