UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS<br>_____ | )<br>)<br>)<br>)   MDL No. 16-2738<br>)   (FLW)(LHG)<br>)<br>)<br>) |

## JOINDER AND SUPPLEMENTAL STATUS REPORT

As requested in the Court's October 20, 2016 Order, defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc., have submitted a report suggesting a series of topics for discussion at the November 17, 2016 Organizational Conference. Defendant Personal Care Products Council ("PCPC") joins that report and adds the following supplemental information.

PCPC is a non-profit trade association for the cosmetic industry. PCPC does not design, manufacture or sell any cosmetic products or any other products containing any type of chemical ingredients. PCPC has no contacts nor transacts any meaningful business in any jurisdiction other the District of Columbia.

PCPC's role in the Multi-District Litigation cases is limited. PCPC is a defendant in only ten cases. PCPC has pending or forthcoming motions to dismiss for lack of personal jurisdiction in seven of those cases. In the remaining three cases, PCPC is entitled to summary judgment.

Specifically, PCPC has filed motions to dismiss for lack of personal jurisdiction in the following cases:

1

| Case Name | Case Number | Transferor Court |
|---|---|---|
| Casey | 16-Cl-003101 | W.D. Ky. |
| Fenstemaker | 4:16-cv-938 | E.D. Mo. |
| Handy | 2:16-cv-04608-WB | E.D. Pa. |
| Wilson | 2:16-cv-01287-LSC | N.D. Ala. |

PCPC intends to file similar motions to dismiss in the following three cases:

| Case Name | Case Number | Transferor Court |
|---|---|---|
| Cerrone-Kennedy | 5:16-cv-06091-SJ-HFS | W.D. Mo. |
| Olichney | 312013 CA 000550 | S.D. Fla. |
| Shinske | 8:16-cv-02317-EAK-AAS | M.D. Fla. |

Of the three remaining cases, PCPC is entitled to summary judgment based on PCPC's First Amendment rights:

| Case Name | Case Number | Transferor Court |
|---|---|---|
| Davis | 3:16-cv-07844-FLW-LHG | D.N.J. |
| Dolinger (filed but not served) | 1:16-cv-02202 | D.D.C. |
| Graves | 16-cv-02060-JC | D.D.C. |

Dated:  November 10, 2016        Respectfully Submitted,

By: */s/ Sheryl L. Axelrod*
    Sheryl L. Axelrod, Esquire
    The Axelrod Law Firm, PC
    The Beasley Building
    1125 Walnut Street
    Philadelphia, PA 19107
    Phone 215.461.1768
    Fax: 215.238.1779
    Email:saxelrod@theaxelrodfirm.com

*Attorneys for Defendant*
*Personal Care Products Council*