## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Johnson & Johnson Talcum Powder Products Marketing, Sales Practice and Products Liability Litigation<br><br>_____<br><br>*This Document Also Relates To:*<br><br>JAMES CHAKALOS, as Personal Representative on behalf of the Estate of Janice Chakalos,<br><br>            Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>            Defendants. | 3:16-md-2738-FLW-LHG<br><br>Honorable Freda L. Wolfson<br><br><br>**Civil Action No. 3:14-cv-07079-FLW-LHG** |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Carmen S. Scott, of the law firm of Motley Rice LLC, hereby appears on behalf of the Plaintiff James Chakalos, as Personal Representative of the Estate of Janice Chakalos (D.N.J. Case No. 3:14-cv-07079-FLW-LHG) and in the above-referenced MDL proceeding 3:16-md-2738-FLW-LHG.

Dated: <u>November 10, 2016</u>                    Respectfully submitted,


                    /s/ *Carmen S. Scott* _____
                    Carmen S. Scott
                    **MOTLEY RICE LLC**
                    28 Bridgeside Blvd.
                    Mt. Pleasant, SC 29464
                    (843) 216-9000; Fax: (843) 216-9430
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

/s/ *Carmen S. Scott* _____
Carmen S. Scott