## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Julie A. Tersigni*
Julie L. Tersigni
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Facsimile: 973-360-9831
E-mail: julie.tersigni@dbr.com

Dated: November 10, 2016