Gene M. Williams, Esq.
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
(713) 227-8008
gmwilliams@shb.com

*Attorneys for Defendants Johnson & Johnson
and Johnson & Johnson Consumer Inc.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE : JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>3:16-md-02738-FLW-LHG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

SHOOK, HARDY & BACON L.L.P.

Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

By: /s/  Gene M. Williams

Dated: November 11, 2016

## CERTIFICATION OF SERVICE

  I hereby certify that on November 11, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              /s/ Gene M. Williams
              Gene M. Williams
              Shook, Hardy & Bacon L.L.P.
              600 Travis Street, Suite 3400
              Houston, TX 77002-2926
              (713) 227-8008
              Email: gmwilliams@shb.com