### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **In re: Johnson & Johnson Talcum Powder Products Marketing, Sales, Practices, and Products Liability Litigation** | : : : : : : | MDL No. 2738 Case No. 3:16-md-02738-FLW-LHG |

### APPEARANCE OF COUNSEL

To:     The Clerk of The Court, U.S. District Court of New Jersey
         Trenton, New Jersey

PLEASE TAKE NOTICE that Thomas T. Locke enters his appearance in this action as an additional counsel for Defendant Personal Care Products Council ("PCPC").   Mr. Locke previously entered his appearance in the matter of *Casey et al. v. Johnson & Johnson et al.*, 3:16-cv-07477 in the District Court for the Western District of Kentucky, which has been transferred to this Court.

Respectfully Submitted,

Date:   November 16, 2016

By: */s/ Thomas T. Locke*
Thomas T. Locke, Esquire
Seyfarth Shaw LLP-DC
975 F Street, NW
Washington, DC 20004-1454
Phone: 202-463-2400
Fax: 202-828-5393
Tlocke@seyfarth.om
*Attorneys for Defendant*
*Personal Care Products Council*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  November 16, 2016                    Respectfully Submitted,

By: */s/ Sheryl L. Axelrod*