```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                    Minutes of Proceeding
```

OFFICE: Trenton
JUDGE Freda L.Wolfson, U.S.D.J. &
      Lois Goodman, U.S.M.J.          Date: November 17, 2016
Court Reporter: Vincent Russoniello

TITLE OF CASE:                        Docket# 3:16-md-2738(FLW)(LHG)

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:

See Attached Sign in sheets.


NATURE OF PROCEEDINGS: STATUS CONFERENCE HELD

Ordered In-Person Status Conference set for 1/23/2017 at 9:30 A.M.
Ordered In-Person Status Conference set for 2/22/2016 at 10:00 A.M.
Order to be submitted regarding scheduling matters.


TIME COMMENCED: 10:00 A.M.
TIME ADJOURNED: 12:00 P.M.           *s/Jacqueline Gore*
TOTAL TIME: (1 hour)                 Deputy Clerk

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE  11-17-16
TIME  10:00

CASE NAME: J & J

CIVIL ACTION NO.: 16-2738 (MDL)

**APPEARANCES**

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle & Reath
MAILING ADDRESS:
400 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7000
WHOM YOU REPRESENT:
Johnson & Johnson;
Johnson & Johnson Consumer, Inc.

***********   ***********

NAME: Richard Root
FIRM NAME: Morris Bart, LLC
MAILING ADDRESS:
601 Poydras St
24th Floor
New Orleans, LA 70130
PHONE NO.: 504 526-1135
WHOM YOU REPRESENT:
Plaintiffs

NAME: Betsy Barnes
FIRM NAME: Morris Bart, LLC
MAILING ADDRESS:
601 Poydras St
24th Floor
New Orleans, LA 70130
PHONE NO.: 504-599-3234
WHOM YOU REPRESENT:
Plaintiffs

***********   ***********

NAME: Hunter Shkolnik
FIRM NAME: Napoli Shkolnik
MAILING ADDRESS:
400 Broadhollow Rd
Melville NY 11747
PHONE NO.: 212 397-1000
WHOM YOU REPRESENT:
Plaintiffs

Don Lapinski
Wilentz
90 Woodbridge Ctr. Dr.
Woodbridge, NJ 07095

Leigh O'Dell  Pls
Beasley Allen
P.O. Box 4160
Montgomery, AL 36104
334-269-2343

```
INITIAL
STATUS/SETTLEMENT ____/____              DATE  11-17-16
FINAL PRETRIAL
                                         TIME  10:00
CASE NAME:  J & J

CIVIL ACTION NO.:
```

## APPEARANCES

NAME: Susan M. Sharko
Drinker Biddle
FIRM NAME:

MAILING ADDRESS:
600 Campus Dr.
Florham Park, NJ

PHONE NO.: 973-549-7350

WHOM YOU REPRESENT:
J&JC defendants

---

NAME: JOHN H. BEISNER
SKADDEN ARPS
FIRM NAME:

MAILING ADDRESS:
1440 NEW YORK AVE., N.W.
WASHINGTON, DC 20005

PHONE NO.: 202-371-7410

WHOM YOU REPRESENT:
J&JC Defendants

***********  ***********  ***********  ***********  ***********

NAME: Gene Williams
Shook Hardy & Bacon
FIRM NAME:

MAILING ADDRESS:
600 Travis Suite 3400
Houston, TX 77002

PHONE NO.: 713 227 8008

WHOM YOU REPRESENT:
J&JC Defendants

---

NAME: JOHN C. O'SHAUGHNESSY
Johnson & Johnson
FIRM NAME:

MAILING ADDRESS:
1 J&J PLAZA
New Brunswick, NJ

PHONE NO.: 732-524-2474

WHOM YOU REPRESENT:
J&J Defendants

③

```
INITIAL
STATUS/SETTLEMENT    ✓              DATE  11-17-16
FINAL PRETRIAL
                                    TIME  10:00
CASE NAME:                          Jx J

CIVIL ACTION NO.:
```

**APPEARANCES**

NAME: Thomas T. Locke
FIRM NAME: Seyfarth Shaw
MAILING ADDRESS:
975 F Street N.W.
Washington DC 20004
PHONE NO.: (202) 825-5376
WHOM YOU REPRESENT:
Personal Care Products Council

NAME: Leslie A. Benitez
FIRM NAME: Gordon & Rees
MAILING ADDRESS:
816 Congress Ave #1500
Austin TX 78701
PHONE NO.: 512 582 6471
WHOM YOU REPRESENT:
Imery's Talc America, Inc.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Nancy M. Erfle
FIRM NAME: Gordon & Rees
MAILING ADDRESS:
121 SW Morrison St, Suite 1575
Portland, OR 97225
PHONE NO.: 503-382-3852
WHOM YOU REPRESENT:
Imerys Talc America

NAME: Lorna A. Dotro / Mark Silver
FIRM NAME: Coughlin Duffy LLP
MAILING ADDRESS:
350 Mt. Kemble Avenue
Morristown NJ 07962
PHONE NO.: 973-267-0058
WHOM YOU REPRESENT:
Imerys Talc America

Ⓞ Ann Thornton Field
Gordon & Rees
2005 Market St #2900
Philadelphia, PA 19303
215 717-4007  - Imerys Talc America

Sheryl L. Axelrod
The Axelrod Firm, PC
1125 Walnut Street
Phila, PA 19107
215.461.1768 - PCPC

(4)

INITIAL STATUS/SETTLEMENT FINAL PRETRIAL ✓

DATE 11-17-16
TIME 10:00

CASE NAME: Re J-J

CIVIL ACTION NO.:

## APPEARANCES

NAME: Chris dePio
Napoli Shkolnik
FIRM NAME:
MAILING ADDRESS:
400 Broadhollow Rd. Ste 305
Melville NY 11747

PHONE NO.: 212-397-1000
WHOM YOU REPRESENT:
π (Pl)

NAME: Timothy G. Blood
Blood Hurst & O'Reardon
FIRM NAME:
MAILING ADDRESS:
701 B Street
Suite 1700
San Diego, CA 92101
PHONE NO.: 619-338-1100
WHOM YOU REPRESENT:
Consumer Class π - Mihalich &
Estrada

***********

NAME: Todd Mathews
Gori, Julian
FIRM NAME:
MAILING ADDRESS:
156 N. Main
Edwardsville, IL 62025

PHONE NO.: 618-589-9585
WHOM YOU REPRESENT:
Plaintiffs

NAME: Paula Brown
Blood Hurst & O'Reardon
FIRM NAME:
MAILING ADDRESS:
701 B Street St. #1700
San Diego, CA 92101

PHONE NO.: 619-338-1100
WHOM YOU REPRESENT:
Consumer Class Plaintiffs -
Mihalich & Estrada

RICHARD GOLOMB
GOLOMB HONIK
1515 MARKET ST. #1100
PHILA, PA 19102
215 985-9177   PLTFS.

6

```
INITIAL
STATUS/SETTLEMENT      ✓                              DATE  11-17-16
FINAL PRETRIAL
                                                      TIME  10:00
CASE NAME:                       J-J

CIVIL ACTION NO.:
```

**APPEARANCES** PLAINTIFFS

NAME: Rick Meadow
FIRM NAME: The Lanier Law Firm
MAILING ADDRESS:
6810 FM 1960
Houston, TX 77069
PHONE NO.: 713-659-5207
WHOM YOU REPRESENT: Plaintiffs

NAME: Michelle A. Parfitt
FIRM NAME: Ashcraft & Gerel
MAILING ADDRESS:
4900 Seminary Rd.
Alexandria VA 2
PHONE NO.: 703 931 5500
WHOM YOU REPRESENT: Plaintiff

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Vicki Maniatis
FIRM NAME: Sanders Viener Grossman
MAILING ADDRESS:
100 Garden City Plaza
Garden City, NY
PHONE NO.: 516-491-4665
WHOM YOU REPRESENT: Pls/1

NAME: Laurence Berman
FIRM NAME: Levin Fishbein Sedran Berman
MAILING ADDRESS:
510 Walnut St #500
Phila PA 19106
PHONE NO.: 215-592-1500
WHOM YOU REPRESENT: Plaintiff

Chris Placitella
127 Maple Ave
See Back    R-d Bank NJ
            732-923-7559

Steve Favies
The Lanier Law Firm
6810 Cypress Creek Parkway
Houston, TX 77069
Plantiff    713.659.5200

---

Jeff Gibson
Cohen and Malad LLP
One Indiana Square Suite 1400
Indianapolis, IN 46204
Plaintiff   317-446-8339

Roy Barnes
The Barnes Law Group, LLC
31 Atlanta ST
Marietta, Ga. 30060
Plaintiff
C: 404.226.1129
O  770.419.8505

---

ROBERT D. CHEELEY  ) ATTY
PATRICK A. DAWSON  )
CHEELEY LAW GROUP, LLC
279 SOUTH MAIN ST.
SUITE A
ALPHARETTA, GA 30009
770 814 7001

MICHAEL MARCHETTI → PLAINTIFF

Meghan Carter + Carmen Scott
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
843-216-9000
Plaintiffs - ; Chakalos

---

Josh Wages
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603
706-354-4000
Plaintiffs - and Brenda Traylor

---

Jim Onder
Onder, Shelton, O'Leary & Peterson, LLC
110 East Lockwood
St Louis, MO 63119
(314) 963-9000
Plaintiffs / Missouri Counsel

---

Sindhu Daniel
Baron & Budd
Dallas, TX
sdaniel@baronbudd.com

---

Eric H. Weinberg
Weinberg Law Firm
149 Livingston Avenue
New Brunswick NJ 08901
732-246-7080
ehw@ericweinberg.com

```
INITIAL
STATUS/SETTLEMENT         ✓                              DATE  11-17-16
FINAL PRETRIAL
                                                         TIME  10 00
CASE NAME:
                                         0-9
CIVIL ACTION NO.:
```

**APPEARANCES**

NAME: Andy Birchfield

FIRM NAME: Beasley Allen

MAILING ADDRESS:
218 Commerce Street
Montgomery, AL 36104

PHONE NO.: (334) 269-2343

WHOM YOU REPRESENT:
Louise Wilson - π

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*

NAME: Thomas Cuffie

FIRM NAME: The Cuffie Law Firm

MAILING ADDRESS:
3086 Campbellton Rd
Atlanta

PHONE NO.: 404 344 4242

WHOM YOU REPRESENT:
Selser

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

```
INITIAL
STATUS/SETTLEMENT  _____✓_____         DATE   11-17-16
FINAL PRETRIAL
                                          TIME   10:00
CASE NAME:                    _____JJ_____

CIVIL ACTION NO.:
```

## APPEARANCES

NAME: Michael Akselrud

FIRM NAME: Lanier Law Firm

MAILING ADDRESS:
10866 Wilshire Blvd. #400
Los Angeles, CA 90024

PHONE NO.: 310-277-5100

WHOM YOU REPRESENT: Plaintiffs

---

NAME: Kristie M. Hightower

FIRM NAME: Lundy, Lundy, Soileau + South LLP

MAILING ADDRESS:
PO Box 3010
Lake Charles, LA 70602

PHONE NO.: 337-439-0707

WHOM YOU REPRESENT: Plaintiffs

---

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME: Lindsey Cheek

FIRM NAME: The Cheek Law Firm

MAILING ADDRESS:
650 Poydras Suite 2519
New Orleans, LA 70130

PHONE NO.: 504-304-4333

WHOM YOU REPRESENT: Plaintiffs

---

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME: 

FIRM NAME: 

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

[page marker: 7]

```
INITIAL
STATUS/SETTLEMENT        ✓                              DATE  11-17-16
FINAL PRETRIAL
                                                        TIME  10:00
CASE NAME:               Talc.

CIVIL ACTION NO.:
```

## APPEARANCES

NAME: Daniel Charest

FIRM NAME: Burns Charest LLP

MAILING ADDRESS:
500 N. Akard St.
Dallas, Texas 75201

PHONE NO.: 469-904-4550

WHOM YOU REPRESENT:
Plaintiffs - multiple.

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

***********          ***********          ***********          ***********          ***********

NAME: DON BARRETT

FIRM NAME: BARRETT LAW GROUP, P.A.

MAILING ADDRESS:
P.O. Box 927
LEXINGTON, MS 39095

PHONE NO.: (662) 834-9168

WHOM YOU REPRESENT:
PLAINTIFFS - MULTIPLE

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE  11-17-16

TIME  10:00

CASE NAME: J-J

CIVIL ACTION NO.:

## APPEARANCES

NAME: Dena Young

FIRM NAME: Ross Feller Casey

MAILING ADDRESS:
1650 Market Street
Suite 3450
Philadelphia PA. 19103

PHONE NO.: 267-515-6686

WHOM YOU REPRESENT: Bors-Miliken

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

NAME: JARED PLACITELLA

FIRM NAME: Cohen, Placitella + Roth, P.C.

MAILING ADDRESS:
2001 Market St
Suite 2900
Philadelphia, PA 19103

PHONE NO.: 215-567-3500

WHOM YOU REPRESENT: Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

(12)

```
INITIAL
STATUS/SETTLEMENT      ✓           DATE  11-17-16
FINAL PRETRIAL
                                   TIME  10:00
CASE NAME:                J-J
CIVIL ACTION NO.:
```

**APPEARANCES**

NAME: Rob Dassow
FIRM NAME: Houdie Dassow Deets LLC
MAILING ADDRESS:
201 West 103d St
Indianapolis, In 46290

PHONE NO.: 317-818-8100
WHOM YOU REPRESENT:
TS - Martin

NAME: Susanne Scovern
FIRM NAME: Scovern Law
MAILING ADDRESS:
201 Spear St, Suite 1105
San Francisco, CA 94105

PHONE NO.: 415 990 7073
WHOM YOU REPRESENT:
TS - Martin

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Graham L. Newman
FIRM NAME: Chappell, Smith & Arden, PA
MAILING ADDRESS:
2801 Devine St. Suite 300
Columbia, SC 29205

PHONE NO.: 803-929-3600
WHOM YOU REPRESENT:
M Wuna Harter

NAME: Ken Moll
FIRM NAME: Moll Law Group
MAILING ADDRESS:
401 N. Michigan Ave
12th Floor
Chicago, IL 60611

PHONE NO.: 312 462.1700
WHOM YOU REPRESENT:
Barbara Ross - Plaintiff

13

| | |
|---|---|
| INITIAL<br>STATUS/SETTLEMENT ✓<br>FINAL PRETRIAL | DATE  11-17-16<br>TIME  10:00 |

CASE NAME: J-J

CIVIL ACTION NO.:

**APPEARANCES**

NAME: Peter A. Rothert
        Spangenberg Shibley + Liber
FIRM NAME:

MAILING ADDRESS:
1001 Lakeside Ave #1700
Cleveland, Ohio 44114

PHONE NO.: 216-696-3232

WHOM YOU REPRESENT:
TIS - Dolinger

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME: James N. Segars III (Tripp)
      Diaz Law Firm
FIRM NAME:

MAILING ADDRESS:
208 Waterford Sq. Ste. 300
Madison, MS 39110

PHONE NO.: 601-607-3456

WHOM YOU REPRESENT:
Plaintiff Vicki Alford

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT: