UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

[*PROPOSED*] CASE MANAGEMENT ORDER NO. 1:
Organization of Plaintiffs' Counsel

### I. ORGANIZATION OF PLAINTIFFS' COUNSEL

**A. Plaintiffs' Co- Lead Counsel**

The Court designates the following to serve as Plaintiffs' Co-Lead Counsel:

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

**B. Plaintiffs' Liaison Counsel**

The Court designates the following to serve as Plaintiffs' Liaison Counsel:

Christopher M. Placitella
COHEN, PLACITELLA, & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

### C. Plaintiffs' Executive Committee

The Court designates the following to serve as the Plaintiffs' Executive Committee:

Warren T. Burns
BURNS CHAREST LLP
500 North Akard Street, Suite 2810
Dallas, TX 75201
Tel: 469-904-4551
Fax: 469-444-5002
wburns@burnscharest.com

Richard Golomb
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
rgolomb@golombhonik.com

Richard H. Meadow
THE LANIER LAW FIRM PC
6810 FM 1960 West
Houston, TX 77069
Tel: 713-659-5200
Fax: 713-659-2204
richard.meadow@lanierlawfirm.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Tel: 212-397-1000
hunter@napolilaw.com

### D. Plaintiffs' Steering Committee

The Court designates the following to serve on the Plaintiffs' Steering Committee:

Laurence S. Berman
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
lberman@lfsblaw.com

Timothy G. Blood
BLOOD, HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619-338-1100
Fax: 619-338-1101
tblood@bholaw.com

Sindhu S. Daniel
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, #1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181
sdaniel@baronbudd.com

Jeff S. Gibson
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: 317-636-2495
Fax: 317-636-2593
jgibson@cohenandmalad.com

Kristie M. Hightower
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707

Daniel R. Lapinski
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Woodbridge, NJ 07095
Tel: 732-855-6066

Fax: 337-439-1029  
khightower@lundylawllp.com

Victoria Maniatis  
SANDERS PHILLIPS GROSSMAN, LLC  
100 Garden City Plaza, Suite 500  
Garden City, NJ 11530  
Tel: 516-640-3913  
Fax: 516-741-0128  
vmaniatis@thesandersfirm.com

Eric H. Weinberg  
THE WEINBERG LAW FIRM  
149 Livingston Avenue  
New Brunswick, NJ 08901  
Tel: 732-246-7080  
Fax: 732-246-1981  
ehw@erichweinberg.com

Fax: 732-726-4735  
dlapinski@wilentz.com

Carmen S. Scott  
MOTLEY RICE LLC  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29464  
Tel: 843-216-9162  
Fax: 843-216-9450  
cscott@motleyrice.com

C. Mark Whitehead, III  
THE WHITEHEAD LAW FIRM, LLC  
3639 Ambassador Caffery Parkway  
Petroleum Tower, Suite 303  
Lafayette, LA 70503  
Tel: 337-740-6006  
Fax: 337-205-7754  
cmw@whiteheadfirm.com

**IT IS SO ORDERED**

Dated: _____   _____  
                                                          HON. FREDA L. WOLFSON