UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | DOCKET # 3:16-md-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |
|---|---|

**APPLICATION FOR APPOINTMENT OF RICAHRD L. ROOT TO THE MDL-2738 PLAINTIFFS' STEERING COMMITTEE**

Considering the forgoing application of Richard L. Root to be named to the Plaintiffs Steering Committee of MDL-2738, the Court approves the application.

**IT IS SO ORDERED**

Dated: _____  _____
         HON. FREDA L. WOLFSON