**Drinker Biddle & Reath**
LLP

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
susan.sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000 phone
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

November 21, 2016

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:    ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation***
       **MDL No. 2738**

Dear Judge Wolfson:

Attached is the contact information for the judges handling the state court cases referenced in our status report, as limited to the cases with which we have been served.

Respectfully,

DRINKER BIDDLE & REATH LLP

/s/ *Susan M. Sharko*

Susan M. Sharko

cc:    Counsel of Record (via ECF)

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established 1849*

87027427.1

A. **California**

1. *Johnson & Johnson Talcum Powder Cases*, JCCP 4872, Superior Court of California, County of Los Angeles

The Honorable Maren E. Nelson
Superior Court of California, County of Los Angeles
Stanley Mosk Courthouse
111 North Hill Street, Dept. 2
Los Angeles, CA 90012
Telephone: (213) 633-0252

B. **D.C. Superior Court**

1. *Lori Oules v. Johnson & Johnson, et al.*, District of Columbia Superior Court, No. 2014 CA 008327 B

The Honorable Brian F. Holeman
Superior Court of the District of Columbia
Suite 5450 – Moultrie Building
500 Indiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-7815

2. *Denise Simpson v. Johnson & Johnson, et al.*, District of Columbia Superior Court, No. 2016 CA 001931 B

The Honorable Marisa J. Demeo
Superior Court of the District of Columbia
Moultrie Courthouse
Chambers 2440
500 Indiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-0731

3. *Linda Nard and Mark Nard v. Johnson & Johnson, et al.*, District of Columbia Superior Court, No. 2016 CA 6208 B

The Honorable Brian F. Holeman
Superior Court of the District of Columbia
Suite 5450 – Moultrie Building
500 Indiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-7815

### C. Florida

1. *Stephanie Farrington v. Johnson & Johnson, et al.*, Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida, No. 16-16715-CA-01

The Honorable Michael A. Hanzman, Circuit Judge
Division/Section: Circuit Civil Division / CA 22
Court Location: Dade County Courthouse
Address: 73 West Flagler St. Miami FL, 33130
Telephone: (305) 349-7082
Room: DCC 804
Judicial Assistant: Carbajal-Viera, Maria

### D. Illinois

The Honorable William Mudge
Circuit Judge
Third Judicial Circuit Court
Madison County, Illinois
155 North Main Street
Edwardsville, IL 62025
Telephone: (618) 296-4576
Email: bmudge@co.madison.il.us

1. *Nicole Grant v. Johnson & Johnson, et al.*, Third Judicial Circuit Court, Madison, County, Illinois, No. 2016014427

2. *Judyth Harlan v. Johnson & Johnson, et al.*, Third Judicial Circuit Court, Madison, County, Illinois, No. 2015L-0084

3. *Candace Lewis v. Johnson & Johnson, et al.*, Third Judicial Circuit Court, Madison, County, Illinois, No. 2015L-0409

### E. Missouri

Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City

The Honorable Bryan Hettenbach
Division 1 & Probate
St. Louis Circuit Court
22nd Judicial Circuit
10 N. Tucker Boulevard, St. Louis, MO 63101
Telephone: (314) 622-4311
Email: bryan.hettenbach@courts.mo.gov

1. *Tenesha Farrar, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1422-CC09964-02

The Honorable Michael Kellan Mullen
Division 16
St. Louis Circuit Court
22nd Judicial Circuit
10 N. Tucker Boulevard, St. Louis, MO 63101
Telephone: (314) 622-3583
Email: michael.mullen@courts.mo.gov

2. *JoAnn Anglin, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC09792
3. *Curtis Buchek, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC10203
4. *Peggy Dunn, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1422-CC10042-01
5. *Mable Hall, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1622-CC00443
6. *Lesa Moore, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC10921
7. *Brenda Reppell, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1622-CC00134
8. *Raymond Schmitz, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC10545
9. *Janene Timms, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1622-CC-00837

The Honorable Rex Burlison
Division 10
St. Louis Circuit Court
22nd Judicial Circuit
10 N. Tucker Boulevard, St. Louis, MO 63101
Telephone: (314) 622-4819
Email: rex.burlison@courts.mo.gov

10. *Vickie Forrest, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC00419
11. *Tiffany Hogans, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1422-CC09012-02
12. *Gail Lucille Ingham, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC10417
13. *Sharon Livaudais, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC00613

14. *Leewing Loyd, Sr., et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1422-CC09821-01
15. *Alice McCullen, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC00811
16. *Valerie Swann, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1422-CC09326-01
17. *Tracy Young, et al. v. Johnson & Johnson, et al.*, Missouri Circuit Court, 22nd Judicial Circuit Court, St. Louis City, No. 1522-CC09728-01

F. **New Jersey**

1. *In Re: Talc Based Powder Product Litigation*, Case No. 300, Superior Court of New Jersey, Atlantic County

The Honorable Nelson C. Johnson, J.S.C.
Superior Court of New Jersey
Civil Division
1201 Bacharach Boulevard
Atlantic City, New Jersey 08401
Telephone: (609) 594-3384
Facsimile: (609) 343-2214

G. **New York**

1. *Jacqueline Rivera v. Johnson & Johnson, et al.*, Queens County Supreme Court, NY, No. 16-705620

The Honorable Leslie J. Purificacion
New York City Civil Court, Queens County
89-17 Sutphin Boulevard
Jamaica, NY 11435
Telephone: (718) 262-7300

H. **Pennsylvania**

1. *Theresa Rodi v. Johnson & Johnson, et al.*, Philadelphia Court of Common Pleas, No. 160804126

The Honorable Arnold L. New
Court of Common Pleas, Trial Division - Civil
City Hall, Room 606
Philadelphia, PA, 19107
Telephone: (215) 686-7260