**HUNTER J. SHKOLNIK**

**COURT APPOINTED LEADERSHIP POSITIONS**

- *In Re: New York Diet Drug/Phen Fen Litigation*; Plaintiffs Steering Committee and as Co-Lead counsel (Justice Helen Freedman) (retired) (t: 212-751-2700);

- *In Re: New York Sulzer Inter Op Hip and Knee Implant Litigation;* Plaintiffs Steering Committee and as Lead counsel; Plaintiffs' Steering Committee Member, Trial, Expert, Discovery Sub Committees and Co-Lead Trial Team (Justice Helen Freedman) (retired) (t: 212-751-2700);

- MDL No.05-1708 *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation;* Plaintiffs Steering Committee Member- Co-Lead Trial Team, Strategic Planning, Expert and Discovery Subcommittees (Honorable Donovan Frank) (t: 651-848-1290);

- MDL No. 05-1726 *In Re: Medtronic INc.;* Plaintiffs Steering Committee, (Honorable James M. Rosenbaum) (retired) (t: 612-332-8225);

- MDL No. 1785 *In Re: Bausch & Lomb, Inc., Contact Lens Solution Product Liability Litigation; Appointed* State Federal Liaison Counsel, (Honorable David C. Norton) (t: 843-579-1450);

- *In Re: New York Consolidated Bausch & Lomb Contact Lens Solution Litigation.* (Justice Helen Freedman) (retired) (t: 212-751-2700)*;* Plaintiff Steering Committee and Lead trial attorney for the first scheduled bellwether trials; Plaintiffs Steering Committee; State Federal Liaison Counsel;

- *In Re: Medtronic, Inc., Sprint Fide/is Leads Product Liability Litigation,* MDL No.

08-1905 (Dist. Minn.); Plaintiffs Steering Committee (Honorable Richard H. Kyle) (651-848-1162);

- *In Re: PepsiCo. Inc., Bottled Water Marketing and Sales Practices Litigation*, MDL No. 08-1903); Plaintiffs Steering Committee (Honorable Cathy Seibel) (t: 914-390-4077);

- *In Re: Pom Wonderful Sales and Marketing Practices Litigation*, MDL No. 10-2199; Plaintiffs Liaison Committee for Personal Injury and Wrongful Death (Honorable Dean D. Pregerson) (t: 213-894-3913);

- *In re: Toyota Motor Corp.Unintended Acceleration Marketing,Sales Practices, and Products Liability Litigation, MDL 2151 (Plaintiffs Steering Committee)* (Honorable James V. Selna) (t: 714-338-2848)

- *In Re: Kaba Simplex Push Button Lock Sales and Marketing Litigation*, MDL No. 2220;(EDOH); Co-Lead Counsel (Honorable Donald C. Nugent) (t: 216-357-7160);

- *In Re: Fleet Oral Sodium Phosphate Solutions Litigation*, MDL No. 2066 (NDOH); Co-Lead Counsel (Honorable Dan A. Polster) (t: 216-357-7190);

- *In Re: Nuvaring Products Liability Litigation*, MDL NO. 1964 (MOED); Co-Lead Counsel (Honorable Rodney W. Sippel) (t: 314-244-7430);

- *In Re: Zimmer NexGen Knee Implant Products Liability Litigation:* MDL No. - 2272 (NDill); Plaintiff Steering Committee (Honorable Rebecca R. Pallmeyer) (t: 312-435-5636)

- *New Jersey Nuvaring Products Liability Consolidated Mass Tort Litigation;* Liaison Counsel (Honorable Brian R. Martinotti) (t: 210-527-2385);

- *New Jersey Metaclopromide (Reglan) Product* Liability Consolidated Mass Tort

- *Litigation;* Plaintiffs Steering Committee (Honorable Carol Higbee) (t: 609-343-2190);

- MDL- 2244 *In Re: DePuy Orthopaedics. lnc., Pinnacle Hip Implant Products Liability Litigation;* Plaintiff Steering Committee (Honorable James Edgar Kinkeade) (t: 214-753-2720);

- MDL No.2319, *In Re: Bayer Healthcare LLC and Merial Limited Flea Control Marketing and Sales Practices Litigation* (Nd. Ill) (Honorable Dan A. Polster) (t: 216-357-7190);

- *In re: Incretin Mimetics Product Liability Litigation* MDL No.1331;(Co-Lead Counsel) (Honorable Maurice M. Paul) (t: 352-380-2415);

- *In Re: Nuvaring Products Liability Litigation*, MDL NO. 1964 (MOED) (National Settlement Counsel) (Honorable Rodney Sippel) (t: t: 314-244-7430);

- *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation, MDL No. 2385 (National Settlement Committee)* (Honorable David R. Herndon) (t: 618-482-9077)

- *Sterling, et al. v. Stratfor Enterprises, LLC, et al.*, Eastern District of New York 2:12-cv-00297; Lead Class Counsel; (Honorable Judge Denis R. Hurley) (t: 631-712-5650);

- *Hernandez-Ortiz, et al. v. 2 Gold, L.L.C., et al.*, Supreme Court of the State of New York, Index No. 158155/2012; Lead Class Counsel; (Honorable Ellen M. Coin) (t: 646-386-3875);

- *Roberts, et al. v. Ocean Prime, LLC, et al.*, Supreme Court of the State of New York, Index. No. 150612/2013; Lead Class Counsel; (Honorable Manuel J. Mendez) (t: 646-386-5705);

- *In Re: American Medical Systems, Inc., Pelvic Repair Systems Products* MDL No. 2325, *Liability Litigation*; Plaintiffs Steering Committee; (Honorable Joseph Goodwin)

- *In Re: Daily Fantasy Sports Litigation* MDL No. 2677, Co-Lead Counsel; (Honorable George A. O'Toole )

- *In Re: Edgewell Personal Care Products Litigation* Case No. 16 Civ. 5036 Interim Co-

<u>Lead Counsel</u>  (EDNY Roanna Mann USMJ)

- *In e Taxotere (Docetaxel) Products Liability Litigation* <u>MDL No. 2740</u>, Plaintiff Steering Committee ( Kurt D. Englehart)