UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Charles Fenstemaker, et al. v. Johnson & Johnson , et al.* | ) MDL No. 16-2738 (FLW)(LHG)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:16-cv-07418<br>) |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: November 22, 2016

                                            Respectfully submitted,

                                            /s/ Hunter J. Shkolnik
                                          Hunter J. Shkolnik, Esq.
                                          Napoli Shkolnik PLLC
                                          400 Broadhollow Rd. Suite 305
                                          Melville, NY 11747
                                          Tel: (212) 397-1000
                                          Hunter@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 22, 2016

       /s/ Hunter J. Shkolnik
Hunter J. Shkolnik, Esq.