UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2738 (FLW)(LHG) |
| This document relates to: | ) ) | |
| *Charles Fenstemaker, et al. v. Johnson & Johnson , et al.* | ) ) ) | 3:16-cv-07418 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

  Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: November 22, 2016

               Respectfully submitted,

                 /s/ Christopher LoPalo
               Christopher LoPalo, Esq.
               Napoli Shkolnik PLLC
               400 Broadhollow Rd. Suite 305
               Melville, NY 11747
               Tel: (212) 397-1000
               Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 22, 2016

   /s/ Christopher LoPalo
Christopher LoPalo, Esq.