

Hunter Shkolnik
Partner – New York Office
*Hunter@NapoliLaw.com*

November 23, 2016

The Honorable Freda L. Wolfson
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    <u>Plaintiff Executive Committee Application</u>
              *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2738

Dear Judge Wolfson:

    I write regarding the Plaintiff Executive Committee application (dkt. 58) I submitted on November 22, 2016 and in support of the leadership slate application submitted by Ms. O'Dell and Ms. Parfitt (dkt. 54). Due to a misunderstanding on my part, I mistakenly believed each individual on the leadership slate set forth in dkt. 54 was to file a separate application instead of reliance upon the joint application. As such, I request to withdraw the individual application (dkt. 58) and will rely upon the joint application dkt. 54. Thank you for consideration of this matter.

                                              Respectfully submitted,

                                              Hunter J. Shkolnik