```
                    UNITED STATES DISTRICT COURT          1
                    FOR THE DISTRICT OF NEW JERSEY
                    CIVIL ACTION NO 16-MD-2738(FLW)(LHG)
```

```
 _____  :  TRANSCRIPT OF
 IN RE JOHNSON & JOHNSON     :  STATUS HEARING
 POWDER PRODUCTS MARKETING,  :
 SALES PRACTICES AND         :  NOVEMBER 17, 2016
 PRODUCTS LIABILITY
 LITIGATION.
```

CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608


B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ
              THE HONORABLE LOIS H. GOODMAN, USMJ

A P P E A R A N C E S:

ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
        -and-
BEASLEY, ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
        -and-
CHRISTOPHER M. PLACITELLA, ESQUIRE (NEW JERSEY_
        -and-
BLOOD, HURST & O'REARDON, ESQUIRES (CALIFORNIA)
On Behalf of the Plaintiffs

DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE (NEW JERSEY)
        -and-
SHOOK, HARDY & BACON, ESQUIRES
BY:  GENE M. WILLIAMS, ESQUIRE (TEXAS)
        -and-
SKADDEN, ARPS, ESQUIRE
BY:  JOHN H. BEISNER, ESQUIRE (WASHINGTON, D.C.)
On behalf of Defendant Johnson & Johnson

        (The remaining appearances are on the docket.)


                    * * * * *
               VINCENT RUSSONIELLO, CCR, CRR, RPR
                OFFICIAL U.S. COURT REPORTER
                       (609)588-9516

2

**C E R T I F I C A T E**

PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE
FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE
TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE
ABOVE-ENTITLED MATTER.


S/Vincent Russoniello
VINCENT RUSSONIELLO, CCR
OFFICIAL U.S. COURT REPORTER

3

```
 1              (In open court.)
 2              JUDGE WOLFSON:  We've spent about the last
 3    hour and a half to two hours hopefully going through
 4    all of the items that were listed in the various
 5    status letters that have been submitted to the Court.
 6    That was all done here in the courtroom, but off the
 7    record, and we've had substantial discussion at this
 8    point before both myself and Judge Goodman.
 9              So at this point I would simply like to
10    summarize some of the matters that we have decided
11    today.  But there will be a case management order that
12    will be entered that I understand Ms. Sharko has
13    volunteered to draft in the first instance that will
14    incorporate the various agreements that we have
15    reached today.
16              If, as I go through this, I make a mistake or
17    someone thinks that's not what we decided, please
18    speak up, but give your name because obviously my
19    court reporter is not privy to who all of you are, so
20    that the record can be accurate.
21              To begin, I informed the parties that we will
22    not have multi plaintiff complaints here.  The
23    complaints will have to be broken down into single
24    plaintiff complaints.
25              The one exception will be, I was asked that to
```

4

1   the extent there may have been remand motions that

2   were sought to be filed that would have the common

3   issue as to all plaintiffs in those multi plaintiff

4   complaints, that that remand motion be able to be

5   filed and decided first before new single plaintiff

6   complaints are filed.

7          I have indicated that that is fine.  So we

8   will have that done first.  Otherwise, however, the

9   complaints shall be divided.

10         Talking about the filing of complaints.  The

11  question was raised as to whether there should be

12  going forward new complaints and they should be

13  directly filed in this court, and I have said yes,

14  they are to be directly filed here.

15         The parties will confer as to what issues may

16  arise therefrom, choice of law and other legal matters

17  based on the filing of direct complaints, and that the

18  parties will confer as to the ramifications of that.

19         With regard as well to the complaints, there

20  has been agreement reached today that there will be a

21  master complaint for the plaintiffs with as well short

22  form complaints to be filed, and that those short form

23  complaints will conform to discussion to be had with

24  defense counsel as well as to what needs to be

25  included and some protocol for what has to be included

5

1  in the short form complaints.

2         Consistent with that then, while there can be

3  a master answer filed, there will be short form

4  answers filed if there are specifically defenses being

5  raised as to particular plaintiff cases that are

6  different from the general defenses being raised.

7         I raised with the parties whether there was a

8  need at this point for a Special Master to be

9  appointed.  The consensus seems to be that they are

10 very happy to have Judge Goodman resolve discovery

11 disputes and other pretrial matters.

12        If that becomes a burdensome task either

13 because of privilege law questions that become

14 burdensome or because you bother her too much, the

15 Court will at that point entertain appointment of a

16 Special Master, but at this point that will not be the

17 case.

18        Plaintiff fact sheets were discussed as well

19 and there was agreement that there would be plaintiff

20 fact sheets, and the parties will confer as to what

21 should be contained therein and that there will not be

22 need for initial disclosures.

23        The plaintiffs raised also the issue of

24 defendants making, though, some sort of disclosures or

25 fact sheets, and the defendants agreed that they would

6

1    confer with plaintiffs as to what they are looking at

2    categories of matters to be disclosed and reach

3    agreement on that as well.

4           With regard to appointment of lead plaintiffs'

5    counsel as well as any steering committee, first, I

6    will note as to the consumer protection class actions,

7    there has been only one application made essentially

8    by Mr. Blood and the indication is there is no one

9    that has objected to that.

10          It looks like it may be a foregone conclusion.

11   I have received his resume and other information, but

12   I have directed that he file a formal application to

13   be appointed by Monday, November 21.

14          With regard to the other lead plaintiffs with

15   regard to the personal injury actions, there had been

16   indication in the status letters that both Ms. Parfitt

17   and Ms. O'Dell were consensus selections for lead

18   plaintiff with Mr. Placitella being liaison counsel in

19   these matters and that there was no objection.

20          They have come forward today with a

21   recommended steering committee which I think would

22   number in lawyers altogether approximately 12

23   different lawyers or law firms.  I had raised the

24   question as to why all of those were necessary because

25   I have not received any papers in regard to what the

7

1    division of responsibility would be or why all of

2    those different firms would be necessary.

3            Plaintiffs' counsel believe it is necessary

4    and that they will be filing an application by

5    November 21 to, one, support their application as

6    co-lead plaintiffs' counsel, as well as to approve

7    plaintiffs' liaison counsel, and to describe and

8    explain why the law firms or lawyers have been

9    suggested to be appointed as part of a steering

10   committee and the roles that they would play and why

11   that is necessary.

12           There were comments made by at least one of

13   the attorneys in the room who felt that others on the

14   committee may not adequately support their cases or

15   their position, or even if they may would want to be a

16   part of that committee and want to make their

17   applications as well.

18           So I have indicated that any applications to

19   either serve on the steering committee or to be

20   counsel should be made by the November 21 date and

21   responses or reactions to those various applications

22   then are to be filed by December 2nd.

23           So it's open submissions on November 21 and

24   responses and reactions December 2nd; and then I will

25   expeditiously go forward with appointing lead

1    plaintiffs' counsel as well as any additional counsel

2    to serve on their committee.

3           There has been agreement reached that both the

4    consumer protection cases and personal injury

5    plaintiff cases will share a database which has been

6    agreed to by the primary defendant J&J.

7           With regard to motions -- and there were a

8    number of pending motions prior to transfer to this

9    Court -- I've already mentioned the remand motions

10   that were made.  I directed that there would be

11   briefing directly in this court.

12          Essentially, I am terminating or directing

13   that all motions that were filed in the other cases be

14   terminated with regard to the remand motion, that it

15   be briefed here and filed, and the indication has been

16   that could be done in two weeks, which puts us at

17   December 1 for filing of the remand motions.

18          I have also addressed the fact that there were

19   some personal jurisdiction motions that had been filed

20   principally I guess by PCPC and Imerys and that those

21   motions be terminated and that indeed they essentially

22   seem to be mooted out by the fact this matter has been

23   transferred to this jurisdiction as an MDL.  So I do

24   not expect those to be refiled.

25          There were motions to dismiss that PCPC had

9

1    filed, as well as they indicated that they intend to

2    file additional ones, and I've directed that all of

3    those be terminated, that there be an omnibus motion

4    filed to dismiss by PCPC with included in there if

5    there are differences in law that they want to assert

6    based on various jurisdictions, that they cite the

7    appropriate law in that one brief and divide it up.

8    The same is true for Imerys if there are going to be

9    motions to dismiss.

10           MR. BEISNER:  Your Honor, not to get into the

11   minutia, but just to make sure we don't have a problem

12   with timing issues, I just wanted to make sure that

13   it's the understanding of all parties that your order

14   that we refile these motions be without prejudice to

15   any deadlines that may be implicated by the

16   terminating of the earlier motion and filing of the

17   new one.

18           JUDGE WOLFSON:  You mean the timing, for

19   instance, if you filed a motion to dismiss that it's

20   not affected by that.

21           MR. BEISNER:  Correct.  Or the motion to

22   remand within 30 days under the statute, we don't want

23   to be said we are out of time by refiling those.

24           I just want to make sure everybody is

25   understanding we are consistent with the deadlines in

1   doing the refiling.

2           JUDGE WOLFSON:  That's fine.

3           MR. BEISNER:  Thank you, your Honor.

4           JUDGE WOLFSON:  If you want to, you may

5   include that in the order that you will submit so that

6   that is preserved.

7           Also, there had been a motion filed to dismiss

8   the Estrada case in the Eastern District of

9   California.  There had been a suggestion that there

10  may need to be supplemental briefing on that to

11  address Third Circuit law.

12          I've directed instead that the motion be

13  terminated and that new briefing occur.  The

14  indication there was that motion to dismiss can be

15  filed I think you said within 30 days.  Is that

16  correct?

17          MR. WILLIAMS:  Yes, your Honor.

18          JUDGE WOLFSON:  And then a response by

19  Mr. Blood within 30 days thereafter, and a reply by

20  J&J two weeks thereafter.

21          I have agreed to hold what the defendants

22  called it, science day.  I don't really care what the

23  term is, but that I've defined that we --

24          MS. PARFITT:  Your Honor, maybe because it

25  will be a presentation of not just science but also

11

1    the history, we call it "case education."  It's about

2    the case.

3              JUDGE WOLFSON:  I just want to make sure, I

4    really am not talking about the case generally.  It

5    really is going to limit itself to the science

6    involved.

7              MS. PARFITT:  And the science is intricately

8    involved in the documents again.  I think we've talked

9    about it.  It may be semantics at this point.

10             THE COURT:  Yes.  I'm okay just calling it

11   science day.

12             MS. PARFITT:  Okay.

13             JUDGE WOLFSON:  I'll pretend I'm back in

14   elementary school.

15             MS. PARFITT:  That's fine.

16             JUDGE WOLFSON:  That's how simple I need it to

17   be.

18             MS. PARFITT:  Very good.  Thank you, your

19   Honor.

20             JUDGE WOLFSON:  So we are going to have that

21   on January 23rd.  I've devoted the day to it and that

22   at the end of that presentation we will hold our

23   status conference and see where we are with all that

24   has occurred over the next -- it will be almost

25   two months at that point.

1          And that I have then set as well for our next

2     status conference to follow that, the 22nd of February

3     at 10:00 a.m., and the science day will begin at 9:30

4     a.m..

5          The issue was raised as to the E-discovery

6     protocol order and protective order that had already

7     been used and filed in the Chakalos case which is the

8     New Jersey case that is pending here and accomplished

9     by Judge Goodman and whether that could be used in

10    this MDL.

11         I think the defendants have indicated it is

12    acceptable.  The plaintiffs want an opportunity to

13    review it before confirming that that is agreeable to

14    them and I will give you that opportunity.

15         And I've directed that as soon as reasonably

16    possible after appointments of counsel are made,

17    et cetera, that you notify the Court as to your

18    position about that.

19         MS. PARFITT:  Thank you, your Honor.

20         JUDGE WOLFSON:  We will hold conferences on a

21    monthly basis.  I've given you the February date to

22    follow the January and then we will set them at that

23    January conference perhaps for the March one so we can

24    be looking ahead.

25         Did I miss anything?

1          MR. PLACITELLA: We were going to meet and

2   confer on the issue of the extremis depositions.

3          JUDGE WOLFSON:  Yes.  I did forget to mention

4   that.  One on the depositions and perhaps a protocol

5   could be reached.

6          I should also mention that during the

7   discussion there was a comment made by Mr. Barnes

8   about his particular case that has come out of Georgia

9   and whether because his client's situation is rather

10  dire at this point a concern about expediting that

11  trial whether a motion could be made to somehow

12  accomplish that and that could entail sending it back

13  once it's ready or whatever to Georgia and I said a

14  motion can certainly be filed.

15         Did that then cover everything?

16         MS. O'DELL:  Your Honor, in addition to that,

17  in relation to extremis depositions, your Honor, I

18  think we discussed submitting, after conferring with

19  defense and hopefully reaching agreement, submitting a

20  proposed order for a protocol for extremis depositions

21  for plaintiffs who --

22         JUDGE WOLFSON:  You can submit that to Judge

23  Goodman, because if there are issues that arise about

24  it, I consider that a discovery issue that she would

25  be resolving.

1        MS. O'DELL:  We'll do that.  Thank you, your

2   Honor.

3        JUDGE WOLFSON:  So the status conference order

4   that will result once you've agreed to it, or if there

5   are issues, but I think I pretty well put forth what

6   we decided and everyone seems to be in agreement,

7   please submit that to me.

8        And then going forward specific discovery

9   disputes, as I said, you'll present to Judge Goodman

10  and she certainly can tell you about her practices or

11  how she would like those presented.

12       JUDGE GOODMAN:  Are we going to have issues

13  with filing under seal?  Is there going to be a lot of

14  sealing on this case?

15       If there is, I just want to point you to the

16  revisions to Local Rule 5.3.  We have a new mechanism

17  which allows for what I will refer to as an omnibus

18  motion to seal.  It comes up a lot in our patent

19  cases.  It might not be so much here, but I just want

20  you to be sensitive to that.

21       Any discovery disputes, I expect you to follow

22  the rules and meet and confer.  To meet and confer

23  means having an actual phone call with the person you

24  have a dispute with or the group that you have a

25  dispute with and not just emails, not letters.

1          You are perfectly welcome to confirm or paper

2    your dispute with each other.  But please don't bring

3    it to me as a disputed issue until you've had a

4    conversation, and please don't raise it with me for

5    the first time when we are meeting, especially if it's

6    an issue that you want a chance to argue law on or

7    that there is any complexity to.

8          Be prepared for our conferences, and so I

9    would like something in advance if you have something

10   that you need for me to decide.

11         I accept emails.  I like emails.  Don't fax to

12   me.  For some reason our fax number gets turned off

13   periodically by GSA and they don't tell us when.  So

14   emails are good.  Faxes are bad.

15         I think that's about it.

16         JUDGE WOLFSON: One last thing, because I have

17   such able law clerks reminding me, the deadline for

18   filing a master complaint.  The indication was 30 to

19   45 days.  Why don't we run it 30 days from the

20   appointment of new counsel.

21         MS. PARFITT:  Yes, your Honor.

22         JUDGE WOLFSON:  When will the defendants

23   respond once the complaint is filed?

24         MS. SHARKO:  Filing a master answer or

25   commenting on the master complaint?

16

1          JUDGE WOLFSON: Filing an answer or moving as

2    to the master complaint.

3          MS. SHARKO:  30 days?

4          THE COURT:  Okay.  That is fine.  Include that

5    in the order, please.

6          And short form complaints?

7          MS. O'DELL:   Your Honor, we'll submit a short

8    form complaint.  We'll attempt to submit a short form

9    complaint along with the master complaint.

10          MS. SHARKO:  My suggestion is, we meet and

11    confirm a short form complaint to make sure that the

12    information that we believe we need is in there.

13          JUDGE WOLFSON:  I think I already addressed

14    that.  I said that you would confer as to what the

15    short form complaint has to include.  That's already

16    encompassed in that.

17          I think that covers everything.  I'm going to

18    let you go for the day.  I think we did a fair amount

19    today.  All of you have good holidays.

20          Hopefully, we won't get too many issues

21    between now and January 23rd.  But I will want to

22    decide most principally so we can get going the issues

23    of plaintiffs' counsel.

24          Thank you.

25          (Proceedings concluded.)

17

**C E R T I F I C A T E**

I, **Vincent Russoniello,** Official United States
Court Reporter and Certified Court Reporter of the
State of New Jersey, do hereby certify that the
foregoing is a true and accurate transcript of the
proceedings as taken stenographically by and before me
at the time, place and on the date hereinbefore set
forth.

I do further certify that I am neither a relative
nor employee nor attorney nor counsel of any of the
parties to this action, and that I am neither a
relative nor employee of such attorney or counsel, and
that I am not financially interested in this action.

S/Vincent Russoniello
Vincent Russoniello, CCR
Certificate No. 675

**0**

08608 [1] - 1:8

**1**

1 [1] - 8:17
10:00 [1] - 12:3
12 [1] - 6:22
16-MD-2738(FLW)(LHG
 [1] - 1:2
17 [1] - 1:5

**2**

2016 [1] - 1:5
21 [4] - 6:13, 7:5, 7:20,
 7:23
22nd [1] - 12:2
23rd [2] - 11:21, 16:21
28 [1] - 2:9
2nd [2] - 7:22, 7:24

**3**

30 [6] - 9:22, 10:15,
 10:19, 15:18, 15:19,
 16:3

**4**

402 [1] - 1:8
45 [1] - 15:19

**5**

5.3 [1] - 14:16

**6**

609)588-9516 [1] - 1:25
675 [1] - 17:24

**7**

753 [1] - 2:9

**9**

9:30 [1] - 12:3

**A**

a.m [1] - 12:3
a.m. [1] - 12:4
able [2] - 4:4, 15:17
ABOVE [1] - 2:12
ABOVE-ENTITLED [1] -
 2:12

accept [1] - 15:11
acceptable [1] - 12:12
accomplish [1] - 13:12
accomplished [1] - 12:8
ACCURATE [1] - 2:10
accurate [2] - 3:20, 17:9
action [2] - 17:15, 17:17
ACTION [1] - 1:2
actions [2] - 6:6, 6:15
actual [1] - 14:23
addition [1] - 13:16
additional [2] - 8:1, 9:2
address [1] - 10:11
addressed [2] - 8:18,
 16:13
adequately [1] - 7:14
advance [1] - 15:9
affected [1] - 9:20
agreeable [1] - 12:13
agreed [4] - 5:25, 8:6,
 10:21, 14:4
agreement [6] - 4:20,
 5:19, 6:3, 8:3, 13:19,
 14:6
agreements [1] - 3:14
ahead [1] - 12:24
ALABAMA [1] - 1:14
ALLEN [1] - 1:14
allows [1] - 14:17
almost [1] - 11:24
altogether [1] - 6:22
amount [1] - 16:18
AN [1] - 2:10
AND [1] - 1:5
answer [3] - 5:3, 15:24,
 16:1
answers [1] - 5:4
appearances [1] - 1:23
application [4] - 6:7,
 6:12, 7:4, 7:5
applications [3] - 7:17,
 7:18, 7:21
appointed [3] - 5:9, 6:13,
 7:9
appointing [1] - 7:25
appointment [3] - 5:15,
 6:4, 15:20
appointments [1] - 12:16
appropriate [1] - 9:7
approve [1] - 7:6
argue [1] - 15:6
arise [2] - 4:16, 13:23
ARPS [1] - 1:21

ASHCRAFT [1] - 1:12
assert [1] - 9:5
attempt [1] - 16:8
attorney [2] - 17:14,
 17:16
attorneys [1] - 7:13

**B**

BACON [1] - 1:19
bad [1] - 15:14
barnes [1] - 13:7
based [2] - 4:17, 9:6
basis [1] - 12:21
BE [1] - 2:10
BEASLEY [1] - 1:14
become [1] - 5:13
becomes [1] - 5:12
begin [2] - 3:21, 12:3
Behalf [1] - 1:17
behalf [1] - 1:22
BEISNER [4] - 1:21,
 9:10, 9:21, 10:3
between [1] - 16:21
BIDDLE [1] - 1:18
blood [2] - 6:8, 10:19
BLOOD [1] - 1:16
bother [1] - 5:14
brief [1] - 9:7
briefed [1] - 8:15
briefing [3] - 8:11, 10:10,
 10:13
bring [1] - 15:2
broken [1] - 3:23
burdensome [2] - 5:12,
 5:14
BY [5] - 1:13, 1:14, 1:18,
 1:20, 1:21

**C**

CALIFORNIA [1] - 1:16
California [1] - 10:9
care [1] - 10:22
case [10] - 3:11, 5:17,
 10:8, 11:1, 11:2, 11:4,
 12:7, 12:8, 13:8, 14:14
cases [6] - 5:5, 7:14, 8:4,
 8:5, 8:13, 14:19
categories [1] - 6:2
CCR [3] - 1:24, 2:16,
 17:24
certainly [2] - 13:14,
 14:10

Certificate [1] - 17:24
CERTIFIED [1] - 2:10
Certified [1] - 17:7
certify [2] - 17:8, 17:13
cetera [1] - 12:17
Chakalos [1] - 12:7
chance [1] - 15:6
choice [1] - 4:16
CHRISTOPHER [1] -
 1:15
Circuit [1] - 10:11
cite [1] - 9:6
CIVIL [1] - 1:2
CLARKSON [1] - 1:8
class [1] - 6:6
clerks [1] - 15:17
client's [1] - 13:9
co [1] - 7:6
co-lead [1] - 7:6
comment [1] - 13:7
commenting [1] - 15:25
comments [1] - 7:12
committee [7] - 6:5,
 6:21, 7:10, 7:14, 7:16,
 7:19, 8:2
common [1] - 4:2
complaint [10] - 4:21,
 15:18, 15:23, 15:25,
 16:2, 16:8, 16:9, 16:11,
 16:15
complaints [14] - 3:22,
 3:23, 3:24, 4:4, 4:6, 4:9,
 4:10, 4:12, 4:17, 4:19,
 4:22, 4:23, 5:1, 16:6
complexity [1] - 15:7
concern [1] - 13:10
concluded [1] - 16:25
conclusion [1] - 6:10
confer [8] - 4:15, 4:18,
 5:20, 6:1, 13:2, 14:22,
 16:14
conference [4] - 11:23,
 12:2, 12:23, 14:3
conferences [2] - 12:20,
 15:8
conferring [1] - 13:18
confirm [2] - 15:1, 16:11
confirming [1] - 12:13
conform [1] - 4:23
consensus [2] - 5:9, 6:17
consider [1] - 13:24
consistent [1] - 5:2, 9:25
consumer [2] - 6:6, 8:4

**contained** [1] - 5:21
**conversation** [1] - 15:4
**correct** [2] - 9:21, 10:16
**counsel** [14] - 4:24, 6:5, 6:18, 7:3, 7:6, 7:7, 7:20, 8:1, 12:16, 15:20, 16:23, 17:14, 17:16
**Court** [6] - 3:5, 5:15, 8:9, 12:17, 17:7
**COURT** [5] - 1:1, 1:25, 2:17, 11:10, 16:4
**court** [4] - 3:1, 3:19, 4:13, 8:11
**COURTHOUSE** [1] - 1:8
**courtroom** [1] - 3:6
**cover** [1] - 13:15
**covers** [1] - 16:17
**CRR** [1] - 1:24

**D**

**D.C** [1] - 1:21
**database** [1] - 8:5
**date** [3] - 7:20, 12:21, 17:11
**days** [6] - 9:22, 10:15, 10:19, 15:19, 16:3
**deadline** [1] - 15:17
**deadlines** [2] - 9:15, 9:25
**December** [3] - 7:22, 7:24, 8:17
**decide** [2] - 15:10, 16:22
**decided** [4] - 3:10, 3:17, 4:5, 14:6
**Defendant** [1] - 1:22
**defendant** [1] - 8:6
**defendants** [5] - 5:24, 5:25, 10:21, 12:11, 15:22
**defense** [2] - 4:24, 13:19
**defenses** [2] - 5:4, 5:6
**defined** [1] - 10:23
**depositions** [4] - 13:2, 13:4, 13:17, 13:20
**describe** [1] - 7:7
**devoted** [1] - 11:21
**differences** [1] - 9:5
**different** [3] - 5:6, 6:23, 7:2
**dire** [1] - 13:10
**direct** [1] - 4:17
**directed** [5] - 6:12, 8:10, 9:2, 10:12, 12:15

**directing** [1] - 8:12
**directly** [3] - 4:13, 4:14, 8:11
**disclosed** [1] - 6:2
**disclosures** [2] - 5:22, 5:24
**discovery** [5] - 5:10, 12:5, 13:24, 14:8, 14:21
**discussed** [2] - 5:18, 13:18
**discussion** [3] - 3:7, 4:23, 13:7
**dismiss** [6] - 8:25, 9:4, 9:9, 9:19, 10:7, 10:14
**dispute** [3] - 14:24, 14:25, 15:2
**disputed** [1] - 15:3
**disputes** [3] - 5:11, 14:9, 14:21
**District** [1] - 10:8
**DISTRICT** [2] - 1:1, 1:1
**divide** [1] - 9:7
**divided** [1] - 4:9
**division** [1] - 7:1
**docket** [1] - 1:23
**documents** [1] - 11:8
**done** [3] - 3:6, 4:8, 8:16
**down** [1] - 3:23
**draft** [1] - 3:13
**DRINKER** [1] - 1:18
**during** [1] - 13:6

**E**

**E-discovery** [1] - 12:5
**EAST** [1] - 1:8
**Eastern** [1] - 10:8
**education** [1] - 11:1
**either** [2] - 5:12, 7:19
**elementary** [1] - 11:14
**emails** [4] - 14:25, 15:11, 15:14
**employee** [2] - 17:14, 17:16
**encompassed** [1] - 16:16
**end** [1] - 11:22
**entail** [1] - 13:12
**entered** [1] - 3:12
**entertain** [1] - 5:15
**ENTITLED** [1] - 2:12
**especially** [1] - 15:5
**ESQUIRE** [7] - 1:13,

1:14, 1:15, 1:18, 1:20, 1:21, 1:21
**ESQUIRES** [5] - 1:12, 1:14, 1:16, 1:18, 1:19
**essentially** [3] - 6:7, 8:12, 8:21
**Estrada** [1] - 10:8
**et** [1] - 12:17
**exception** [1] - 3:25
**expect** [2] - 8:24, 14:21
**expediting** [1] - 13:10
**expeditiously** [1] - 7:25
**explain** [1] - 7:8
**extent** [1] - 4:1
**extremis** [3] - 13:2, 13:17, 13:20

**F**

**fact** [5] - 5:18, 5:20, 5:25, 8:18, 8:22
**fair** [1] - 16:18
**fax** [2] - 15:11, 15:12
**faxes** [1] - 15:14
**February** [2] - 12:2, 12:21
**felt** [1] - 7:13
**file** [2] - 6:12, 9:2
**filed** [20] - 4:2, 4:5, 4:6, 4:13, 4:14, 4:22, 5:3, 5:4, 7:22, 8:13, 8:15, 8:19, 9:1, 9:4, 9:19, 10:7, 10:15, 12:7, 13:14, 15:23
**filing** [9] - 4:10, 4:17, 7:4, 8:17, 9:16, 14:13, 15:18, 15:24, 16:1
**financially** [1] - 17:17
**fine** [4] - 4:7, 10:2, 11:15, 16:4
**firms** [3] - 6:23, 7:2, 7:8
**first** [5] - 3:13, 4:5, 4:8, 6:5, 15:5
**FISHER** [1] - 1:8
**follow** [3] - 12:2, 12:22, 14:21
**FOLLOWING** [1] - 2:10
**FOR** [1] - 1:1
**foregoing** [1] - 17:9
**foregone** [1] - 6:10
**forget** [1] - 13:3
**form** [9] - 4:22, 5:1, 5:3, 16:6, 16:8, 16:11, 16:15

**formal** [1] - 6:12
**forth** [2] - 14:5, 17:12
**forward** [4] - 4:12, 6:20, 7:25, 14:8
**FREDA** [1] - 1:10

**G**

**GENE** [1] - 1:20
**general** [1] - 5:6
**generally** [1] - 11:4
**Georgia** [2] - 13:8, 13:13
**GEREL** [1] - 1:12
**given** [1] - 12:21
**Goodman** [5] - 3:8, 5:10, 12:9, 13:23, 14:9
**GOODMAN** [2] - 1:10, 14:12
**group** [1] - 14:24
**GSA** [1] - 15:13
**guess** [1] - 8:20

**H**

**half** [1] - 3:3
**happy** [1] - 5:10
**HARDY** [1] - 1:19
**HEARING** [1] - 1:4
**hereby** [1] - 17:8
**hereinbefore** [1] - 17:11
**history** [1] - 11:1
**hold** [3] - 10:21, 11:22, 12:20
**holidays** [1] - 16:19
**Honor** [9] - 9:10, 10:3, 10:17, 10:24, 11:19, 12:19, 13:16, 13:17, 14:2, 15:21, 16:7
**HONORABLE** [2] - 1:10, 1:10
**hopefully** [3] - 3:3, 13:19, 16:20
**hour** [1] - 3:3
**hours** [1] - 3:3
**HURST** [1] - 1:16

**I**

**Imerys** [2] - 8:20, 9:8
**implicated** [1] - 9:15
**IN** [2] - 1:4, 2:11
**include** [3] - 10:5, 16:4, 16:15
**included** [3] - 4:25, 9:4
**incorporate** [1] - 3:14

**indeed** [1] - 8:21
**indicated** [4] - 4:7, 7:18, 9:1, 12:11
**indication** [5] - 6:8, 6:16, 8:15, 10:14, 15:18
**information** [2] - 6:11, 16:12
**informed** [1] - 3:21
**initial** [1] - 5:22
**injury** [2] - 6:15, 8:4
**instance** [2] - 3:13, 9:19
**instead** [1] - 10:12
**intend** [1] - 9:1
**interested** [1] - 17:17
**intricately** [1] - 11:7
**involved** [2] - 11:6, 11:8
**IS** [1] - 2:10
**issue** [7] - 4:3, 5:23, 12:5, 13:2, 13:24, 15:3, 15:6
**issues** [7] - 4:15, 9:12, 13:23, 14:5, 14:12, 16:20, 16:22
**items** [1] - 3:4
**itself** [1] - 11:5

---

**J**

**J&J** [2] - 8:6, 10:20
**January** [4] - 11:21, 12:22, 12:23, 16:21
**Jersey** [2] - 12:8, 17:8
**JERSEY** [3] - 1:1, 1:15, 1:18
**JOHN** [1] - 1:21
**JOHNSON** [2] - 1:4
**Johnson** [2] - 1:22
**Judge** [5] - 3:8, 5:10, 12:9, 13:22, 14:9
**JUDGE** [18] - 3:2, 9:18, 10:2, 10:4, 10:18, 11:3, 11:13, 11:16, 11:20, 12:20, 13:3, 13:22, 14:3, 14:12, 15:16, 15:22, 16:1, 16:13
**jurisdiction** [2] - 8:19, 8:23
**jurisdictions** [1] - 9:6

---

**L**

**last** [2] - 3:2, 15:16
**law** [9] - 4:16, 5:13, 6:23, 7:8, 9:5, 9:7, 10:11,

15:6, 15:17
**lawyers** [3] - 6:22, 6:23, 7:8
**lead** [5] - 6:4, 6:14, 6:17, 7:6, 7:25
**least** [1] - 7:12
**legal** [1] - 4:16
**LEIGH** [1] - 1:14
**letters** [3] - 3:5, 6:16, 14:25
**LIABILITY** [1] - 1:5
**liaison** [2] - 6:18, 7:7
**limit** [1] - 11:5
**listed** [1] - 3:4
**LITIGATION** [1] - 1:6
**Local** [1] - 14:16
**LOIS** [1] - 1:10
**looking** [2] - 6:1, 12:24
**looks** [1] - 6:10

---

**M**

**management** [1] - 3:11
**March** [1] - 12:23
**MARKETING** [1] - 1:4
**master** [7] - 4:21, 5:3, 15:18, 15:24, 15:25, 16:2, 16:9
**Master** [2] - 5:8, 5:16
**matter** [1] - 8:22
**MATTER** [1] - 2:12
**matters** [5] - 3:10, 4:16, 5:11, 6:2, 6:19
**MDL** [2] - 8:23, 12:10
**mean** [1] - 9:18
**means** [1] - 14:23
**mechanism** [1] - 14:16
**meet** [4] - 13:1, 14:22, 16:10
**meeting** [1] - 15:5
**mention** [2] - 13:3, 13:6
**mentioned** [1] - 8:9
**MICHELLE** [1] - 1:13
**might** [1] - 14:19
**minutia** [1] - 9:11
**miss** [1] - 12:25
**mistake** [1] - 3:16
**Monday** [1] - 6:13
**monthly** [1] - 12:21
**months** [1] - 11:25
**mooted** [1] - 8:22
**most** [1] - 16:22
**motion** [12] - 4:4, 8:14,

9:3, 9:16, 9:19, 9:21, 10:7, 10:12, 10:14, 13:11, 13:14, 14:18
**motions** [11] - 4:1, 8:7, 8:8, 8:9, 8:13, 8:17, 8:19, 8:21, 8:25, 9:9, 9:14
**moving** [1] - 16:1
**MR** [5] - 9:10, 9:21, 10:3, 10:17, 13:1
**MS** [13] - 10:24, 11:7, 11:12, 11:15, 11:18, 12:19, 13:16, 14:1, 15:21, 15:24, 16:3, 16:7, 16:10
**multi** [2] - 3:22, 4:3
**MY** [1] - 2:11

---

**N**

**name** [1] - 3:18
**necessary** [4] - 6:24, 7:2, 7:3, 7:11
**need** [6] - 5:8, 5:22, 10:10, 11:16, 15:10, 16:12
**needs** [1] - 4:24
**NEW** [3] - 1:1, 1:15, 1:18
**New** [2] - 12:8, 17:8
**new** [6] - 4:5, 4:12, 9:17, 10:13, 14:16, 15:20
**next** [2] - 11:24, 12:1
**NJ** [1] - 1:8
**NO** [1] - 1:2
**note** [1] - 6:6
**NOTES** [1] - 2:11
**notify** [1] - 12:17
**NOVEMBER** [1] - 1:5
**November** [4] - 6:13, 7:5, 7:20, 7:23
**number** [3] - 6:22, 8:8, 15:12

---

**O**

**O'DELL** [4] - 1:14, 13:16, 14:1, 16:7
**O'Dell** [1] - 6:17
**O'REARDON** [1] - 1:16
**objected** [1] - 6:9
**objection** [1] - 6:19
**obviously** [1] - 3:18
**occur** [1] - 10:13
**occurred** [1] - 11:24

**OF** [3] - 1:1, 1:3, 2:11
**Official** [1] - 17:6
**OFFICIAL** [2] - 1:25, 2:17
**omnibus** [2] - 9:3, 14:17
**once** [3] - 13:13, 14:4, 15:23
**one** [10] - 3:25, 6:7, 6:8, 7:5, 7:12, 9:7, 9:17, 12:23, 13:4, 15:16
**ones** [1] - 9:2
**open** [2] - 3:1, 7:23
**opportunity** [2] - 12:12, 12:14
**order** [8] - 3:11, 9:13, 10:5, 12:6, 13:20, 14:3, 16:5
**otherwise** [1] - 4:8

---

**P**

**paper** [1] - 15:1
**papers** [1] - 6:25
**PARFITT** [8] - 1:13, 10:24, 11:7, 11:12, 11:15, 11:18, 12:19, 15:21
**Parfitt** [1] - 6:16
**part** [2] - 7:9, 7:16
**particular** [2] - 5:5, 13:8
**parties** [7] - 3:21, 4:15, 4:18, 5:7, 5:20, 9:13, 17:15
**patent** [1] - 14:18
**PCPC** [3] - 8:20, 8:25, 9:4
**pending** [2] - 8:8, 12:8
**perfectly** [1] - 15:1
**perhaps** [2] - 12:23, 13:4
**periodically** [1] - 15:13
**person** [1] - 14:23
**personal** [3] - 6:15, 8:4, 8:19
**phone** [1] - 14:23
**place** [1] - 17:11
**PLACITELLA** [2] - 1:15, 13:1
**Placitella** [1] - 6:18
**plaintiff** [9] - 3:22, 3:24, 4:3, 4:5, 5:5, 5:18, 5:19, 6:18, 8:5
**Plaintiffs** [1] - 1:17
**plaintiffs** [7] - 4:3, 4:21, 5:23, 6:1, 6:14, 12:12,

13:21

**plaintiffs'** [6] - 6:4, 7:3, 7:6, 7:7, 8:1, 16:23

**play** [1] - 7:10

**point** [9] - 3:8, 3:9, 5:8, 5:15, 5:16, 11:9, 11:25, 13:10, 14:15

**position** [2] - 7:15, 12:18

**possible** [1] - 12:16

**POWDER** [1] - 1:4

**practices** [1] - 14:10

**PRACTICES** [1] - 1:5

**prejudice** [1] - 9:14

**prepared** [1] - 15:8

**present** [1] - 14:9

**presentation** [2] - 10:25, 11:22

**presented** [1] - 14:11

**preserved** [1] - 10:6

**pretend** [1] - 11:13

**pretrial** [1] - 5:11

**pretty** [1] - 14:5

**primary** [1] - 8:6

**principally** [2] - 8:20, 16:22

**privilege** [1] - 5:13

**privy** [1] - 3:19

**problem** [1] - 9:11

**proceedings** [2] - 16:25, 17:10

**PRODUCTS** [2] - 1:4, 1:5

**proposed** [1] - 13:20

**protection** [2] - 6:6, 8:4

**protective** [1] - 12:6

**protocol** [4] - 4:25, 12:6, 13:4, 13:20

**PURSUANT** [1] - 2:9

**put** [1] - 14:5

**puts** [1] - 8:16

**Q**

**questions** [1] - 5:13

**R**

**raise** [1] - 15:4

**raised** [7] - 4:11, 5:5, 5:6, 5:7, 5:23, 6:23, 12:5

**ramifications** [1] - 4:18

**rather** [1] - 13:9

**RE** [1] - 1:4

**reach** [1] - 6:2

**reached** [4] - 3:15, 4:20,

8:3, 13:5

**reaching** [1] - 13:19

**reactions** [2] - 7:21, 7:24

**ready** [1] - 13:13

**really** [3] - 10:22, 11:4, 11:5

**reason** [1] - 15:12

**reasonably** [1] - 12:15

**REATH** [1] - 1:18

**received** [2] - 6:11, 6:25

**recommended** [1] - 6:21

**record** [2] - 3:7, 3:20

**refer** [1] - 14:17

**refile** [1] - 9:14

**refiled** [1] - 8:24

**refiling** [2] - 9:23, 10:1

**regard** [7] - 4:19, 6:4, 6:14, 6:15, 6:25, 8:7, 8:14

**relation** [1] - 13:17

**relative** [2] - 17:13, 17:16

**remaining** [1] - 1:23

**remand** [6] - 4:1, 4:4, 8:9, 8:14, 8:17, 9:22

**reminding** [1] - 15:17

**reply** [1] - 10:19

**Reporter** [1] - 17:7

**reporter** [1] - 3:19

**REPORTER** [2] - 1:25, 2:17

**resolve** [1] - 5:10

**resolving** [1] - 13:25

**respond** [1] - 15:23

**response** [1] - 10:18

**responses** [2] - 7:21, 7:24

**responsibility** [1] - 7:1

**result** [1] - 14:4

**resume** [1] - 6:11

**review** [1] - 12:13

**revisions** [1] - 14:16

**roles** [1] - 7:10

**room** [1] - 7:13

**RPR** [1] - 1:24

**Rule** [1] - 14:16

**rules** [1] - 14:22

**run** [1] - 15:19

**RUSSONIELLO** [2] - 1:24, 2:16

**Russoniello** [4] - 2:16, 17:6, 17:23, 17:24

**S**

**S/Vincent** [2] - 2:16, 17:23

**SALES** [1] - 1:5

**school** [1] - 11:14

**science** [6] - 10:22, 10:25, 11:5, 11:7, 11:11, 12:3

**seal** [2] - 14:13, 14:18

**sealing** [1] - 14:14

**SECTION** [1] - 2:9

**see** [1] - 11:23

**seem** [1] - 8:22

**selections** [1] - 6:17

**semantics** [1] - 11:9

**sending** [1] - 13:12

**sensitive** [1] - 14:20

**serve** [2] - 7:19, 8:2

**set** [3] - 12:1, 12:22, 17:11

**shall** [1] - 4:9

**share** [1] - 8:5

**Sharko** [1] - 3:12

**SHARKO** [4] - 1:18, 15:24, 16:3, 16:10

**sheets** [3] - 5:18, 5:20, 5:25

**SHOOK** [1] - 1:19

**short** [9] - 4:21, 4:22, 5:1, 5:3, 16:6, 16:7, 16:8, 16:11, 16:15

**simple** [1] - 11:16

**simply** [1] - 3:9

**single** [2] - 3:23, 4:5

**situation** [1] - 13:9

**SKADDEN** [1] - 1:21

**someone** [1] - 3:17

**soon** [1] - 12:15

**sort** [1] - 5:24

**sought** [1] - 4:2

**Special** [2] - 5:8, 5:16

**specific** [1] - 14:8

**specifically** [1] - 5:4

**spent** [1] - 3:2

**State** [1] - 17:8

**STATE** [1] - 1:8

**States** [1] - 17:6

**STATES** [2] - 1:1, 1:8

**status** [5] - 3:5, 6:16, 11:23, 12:2, 14:3

**STATUS** [1] - 1:4

**statute** [1] - 9:22

**steering** [4] - 6:5, 6:21, 7:9, 7:19

**STENOGRAPHIC** [1] - 2:11

**stenographically** [1] - 17:10

**STREET** [1] - 1:8

**submissions** [1] - 7:23

**submit** [5] - 10:5, 13:22, 14:7, 16:7, 16:8

**submitted** [1] - 3:5

**submitting** [2] - 13:18, 13:19

**substantial** [1] - 3:7

**suggested** [1] - 7:9

**suggestion** [2] - 10:9, 16:10

**summarize** [1] - 3:10

**supplemental** [1] - 10:10

**support** [2] - 7:5, 7:14

**SUSAN** [1] - 1:18

**T**

**task** [1] - 5:12

**term** [1] - 10:23

**terminated** [4] - 8:14, 8:21, 9:3, 10:13

**terminating** [2] - 8:12, 9:16

**TEXAS** [1] - 1:20

**THE** [7] - 1:1, 1:10, 1:10, 2:9, 2:11, 11:10, 16:4

**thereafter** [2] - 10:19, 10:20

**therefrom** [1] - 4:16

**therein** [1] - 5:21

**thinks** [1] - 3:17

**Third** [1] - 10:11

**timing** [2] - 9:12, 9:18

**TITLE** [1] - 2:9

**TO** [2] - 2:9, 2:10

**today** [5] - 3:11, 3:15, 4:20, 6:20, 16:19

**TRANSCRIPT** [2] - 1:3, 2:10

**transcript** [1] - 17:9

**TRANSCRIPTION** [1] - 2:11

**transfer** [1] - 8:8

**transferred** [1] - 8:23

**TRENTON** [1] - 1:8

**trial** [1] - 13:11

**true** [2] - 9:8, 17:9
**turned** [1] - 15:12
**two** [4] - 3:3, 8:16, 10:20, 11:25

**U**

**U.S** [2] - 1:25, 2:17
**U.S.C** [1] - 2:9
**under** [2] - 9:22, 14:13
**UNITED** [2] - 1:1, 1:8
**United** [1] - 17:6
**up** [3] - 3:18, 9:7, 14:18
**USDJ** [1] - 1:10
**USMJ** [1] - 1:10

**V**

**various** [4] - 3:4, 3:14, 7:21, 9:6
**VINCENT** [2] - 1:24, 2:16
**Vincent** [2] - 17:6, 17:24
**VIRGINIA** [1] - 1:13
**volunteered** [1] - 3:13

**W**

**WASHINGTON** [1] - 1:21
**weeks** [2] - 8:16, 10:20
**welcome** [1] - 15:1
**WILLIAMS** [2] - 1:20, 10:17
**WOLFSON** [18] - 1:10, 3:2, 9:18, 10:2, 10:4, 10:18, 11:3, 11:13, 11:16, 11:20, 12:20, 13:3, 13:22, 14:3, 15:16, 15:22, 16:1, 16:13