UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> All Cases ) <br> ) <br> _____ ) | MDL No. 16-2738 <br> (FLW)(LHG) |

### DEFENDANT IMERYS TALC AMERICA'S RESPONSE TO JOINT APPLICATION FOR APPOINTMENT OF THE PLAINTIFFS' STEERING COMMITTEE

Defendant Imerys Talc America Inc., ("Imerys") submits this response to the leadership applications filed by Plaintiffs.

First, Imerys takes no position with regard to the number of attorneys required on the Plaintiff Steering or Executive Committees. Unfortunately, their application to the Court regarding same contained some errors that must be addressed.

**Discovery** - Plaintiffs advise the Court that little discovery has been conducted to date. This is a surprising position for the Plaintiffs' Proposed Lead and Executive Committee members to take, when many have been significantly involved in all aspects of this litigation for over two years, in some cases five

1

years. To come before this Court and suggest that a large amount of discovery remains to be conducted is in contradiction to the positions they have taken in both St. Louis and New Jersey, as well as the statements made to the Judicial Panel on Multidistrict Litigation when the applications for consolidation were filed and argued. (*See Footnote 1 of the Response to Plaintiffs' Application from codefendant Johnson & Johnson.*)

**Imerys** – Finally, while Plaintiffs have made several incorrect statement related to Imerys and its business, we will not trouble the Court with the clarification of each and every one here. That information will be apparent to the Court when the appropriate pleadings are filed. As to the discovery already conducted by Imerys: to date Imerys has produced 355,356 pages of documents. Imerys has answered 37 separate sets of discovery demands and had two corporate witnesses deposed. As a bulk material supplier of a raw material, Imerys has more than satisfied any discovery obligations it might have.

We thank the Court for the opportunity to clarify these issues.

Respectfully submitted,

Dated: November 29, 2016        s/ Lorna A. Dotro
                                Lorna A. Dotro