**Drinker Biddle & Reath**
LLP

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
susan.sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000 phone
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC

November 30, 2016

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
MDL No. 2738

Dear Judge Wolfson:

I write on behalf of all the defendants. We met and conferred with Ms. Parfitt and Ms. O'Dell and unfortunately were not able to reach agreement on the form and substance of the first CMO. The disputed sections are highlighted in yellow on the attached, with each side's alternative language. Thank you for your consideration of this matter.

Respectfully,

DRINKER BIDDLE & REATH LLP

/s/ *Susan M. Sharko*

Susan M. Sharko

cc:   Counsel of Record (via ECF)

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established 1849*