IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In re:

Johnson & Johnson Talcum Powder Products:
Marketing's, Sales Practices and Products    :    3:16-md-02738-FLW
Liability Litigation                          :

Relating to:

Eric Davis v. Johnson & Johnson, et al.       :
USDC NJ NO: 3:16-cv-7844; and                 :
Heather Carlin v. Johnson & Johnson et al.    :
USDC NJ No: 3:16-cv-08699                     :

## NOTICE OF APPEARANCE

Comes now, Christopher M. Placitella, Esquire of Cohen, Placitella & Roth, P.C., and hereby enters his appearance as counsel in this case on behalf of the above-referenced plaintiffs.

Respectfully submitted,

*/s/ Christopher M. Placitella*

CHRISTOPHER M. PLACITELLA
Cohen, Placitella & Roth, P.C.
123 Maple Avenue
Red Bank, NJ  732-747-9003
cmplacitella@cprlaw.com

Dated:  December 5, 2016

CERTIFICATE OF SERVICE

I, Christopher M. Placitella, hereby certify that I caused a copy of the foregoing Notice of Appearance to be filed electronically via the court's electronic filing system the 5th day of December, 2016.   Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

*/s/ christopher M. Placitella*

CHRISTOPHER M. PLACITELLA

Dated:  December 5, 2016