UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br><br>ORDER APPOINTING LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE |

**THIS MATTER** having been opened to the Court by Plaintiffs' counsel on an application to appoint lead counsel and a Plaintiffs' steering committee with respect to personal injury actions filed in this Multidistrict Litigation; it appearing that the Court held an Organizational Conference on November 17, 2016, wherein the Court directed all interested counsel, who represent any of the plaintiffs in this consolidated matter, to submit applications for appointment of lead counsel and Plaintiffs' steering committee by November 21, 2016; it appearing that the Court also directed that any response to those applications be filed by December 2, 2016; it appearing that other than a joint application for appointment of Plaintiffs' steering committee filed by Ms. P. Leigh O'Dell, Esq. and Ms. Michelle A. Parfitt, Esq., on behalf of various other attorneys, only one attorney, Richard L. Root, Esq., filed a separate application for appointment to serve on Plaintiffs' steering committee; it appearing that while Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., and Imerys Talc America, Inc. (collectively "Defendants"), have not objected to the applications, Defendants have raised issues regarding, *inter alia*, scope of discovery[1], third-party

---

[1] Defendants maintain that extensive discovery has already taken place in similar pending state and federal litigations. While the Court makes no comment on the breadth of discovery needed in this MDL litigation, the Court notes, however, numerous civil actions have been filed, and continue to be filed, in other jurisdictions, by counsel appearing in this MDL matter, against Defendants for similar personal injury claims; indeed, some of those cases have proceeded to trial. Therefore, the parties have previously exchanged substantial discovery in those cases that may be relevant here.

1

litigation finance and appointment of a state court case liaison; it appearing that the Court finds that appointing a state court liaison is appropriate for coordination purposes in light of numerous pending state court litigations that involve similar liability and damages issues; it further appearing that any scope of discovery or funding concerns are not ripe at this time, and thus, the Court shall reserve decisions on those issues until the appropriate time when they are properly presented to the Court; it appearing that the Court having considered counsel's applications and their qualifications,

**IT IS** on this 6th day of December, 2016,

The Court appoints the following[2]:

## I. ORGANIZATION OF PLAINTIFFS' COUNSEL

### A. Plaintiffs' Co- Lead Counsel

The Court designates the following to serve as Plaintiffs' Co-Lead Counsel:

| | |
|---|---|
| P. Leigh O'Dell | Michelle A. Parfitt |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | ASHCRAFT & GEREL, LLP |
| 218 Commerce Street | 4900 Seminary Road, Suite 650 |
| Montgomery, AL 36104 | Alexandria, VA 22311 |
| Tel: 334-269-2343 | Tel: 703-931-5500 |
| Fax: 334-954-7555 | Fax: 703-820-1656 |
| leigh.odell@beasleyallen.com | mparfitt@ashcraftlaw.com |

---

[2] Although the Court approves the leadership organization of Plaintiffs' counsel as requested, the Court advises counsel that this decision is made based upon the representations that the participating attorneys are not only qualified to serve in these roles, but that, these appointments are necessary to promote, *inter alia*, efficiency. In that regard, should any inefficiencies based upon this structure, be brought to the attention of the Court, the parties are well advised that this Court reserves the right to amend the structure of the committees during the pendency of these MDL proceedings.

### B. Plaintiffs' Liaison Counsel

The Court designates the following to serve as Plaintiffs' Liaison Counsel:

Christopher M. Placitella
COHEN, PLACITELLA, & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

### C. Plaintiffs' Executive Committee

The Court designates the following to serve as the Plaintiffs' Executive Committee:

| | |
|---|---|
| Warren T. Burns<br>BURNS CHAREST LLP<br>500 North Akard Street, Suite 2810<br>Dallas, TX 75201<br>Tel: 469-904-4551<br>Fax: 469-444-5002<br>wburns@burnscharest.com | Richard Golomb<br>GOLOMB & HONIK, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: 215-985-9177<br>rgolomb@golombhonik.com |
| Richard H. Meadow<br>THE LANIER LAW FIRM PC<br>6810 FM 1960 West<br>Houston, TX 77069<br>Tel: 713-659-5200<br>Fax: 713-659-2204<br>richard.meadow@lanierlawfirm.com | Hunter J. Shkolnik<br>NAPOLI SHKOLNIK PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Tel: 212-397-1000<br>hunter@napolilaw.com |

### D. Plaintiffs' Steering Committee

The Court designates the following to serve on the Plaintiffs' Steering Committee:

| | |
|---|---|
| Laurence S. Berman<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>Fax: 215-592-4663<br>lberman@lfsblaw.com | Timothy G. Blood<br>BLOOD, HURST & O'REARDON, LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-338-1100<br>Fax: 619-338-1101<br>tblood@bholaw.com |

| | |
|---|---|
| Sindhu S. Daniel<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, #1100<br>Dallas, TX 75219<br>Tel: 214-521-3605<br>Fax: 214-520-1181<br>sdaniel@baronbudd.com | Jeff S. Gibson<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Tel: 317-636-2495<br>Fax: 317-636-2593<br>jgibson@cohenandmalad.com |
| Kristie M. Hightower<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA 70601<br>Tel: 337-439-0707<br>Fax: 337-439-1029<br>khightower@lundylawllp.com | Daniel R. Lapinski<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Woodbridge, NJ 07095<br>Tel: 732-855-6066<br>Fax: 732-726-4735<br>dlapinski@wilentz.com |
| Victoria Maniatis<br>SANDERS PHILLIPS GROSSMAN, LLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NJ 11530<br>Tel: 516-640-3913<br>Fax: 516-741-0128<br>vmaniatis@thesandersfirm.com | Carmen S. Scott<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>Tel: 843-216-9162<br>Fax: 843-216-9450<br>cscott@motleyrice.com |
| Eric H. Weinberg<br>THE WEINBERG LAW FIRM<br>149 Livingston Avenue<br>New Brunswick, NJ 08901<br>Tel: 732-246-7080<br>Fax: 732-246-1981<br>ehw@erichweinberg.com | C. Mark Whitehead, III<br>THE WHITEHEAD LAW FIRM, LLC<br>3639 Ambassador Caffery Parkway<br>Petroleum Tower, Suite 303<br>Lafayette, LA 70503<br>Tel: 337-740-6006<br>Fax: 337-205-7754<br>cmw@whiteheadfirm.com |
| Richard L. Root[3]<br>MORRIS BART, LLC<br>Pan America Life Center<br>601 Poydras St., 24th Fl.<br>New Orleans, LA 70130<br>Tel. 504-525-8000<br>Fax: 504-599-3392<br>rroot@morrisbarft.com | |

---

[3] Steering Committee members shall confer and designate Mr. Root to the appropriate subcommittee(s).

**IT IS FURTHER ORDERED** that Plaintiffs' Steering Committee shall designate a state court litigation liaison.

**SO ORDERED**

/s/        Freda L. Wolfson
HON. FREDA L. WOLFSON