# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**CONSENT ORDER TO AMEND CASE MANAGEMENT ORDER NO. 1** |

**THIS MATTER** having come before the Court on application from Defendants Imerys Talc America, Inc. and the Personal Care Products Council, with the consent of Plaintiffs and the Johnson & Johnson Defendants to the form, substance and entry of this Order, and for good cause shown,

**IT IS ON THIS** 22nd **DAY of December 2016 ORDERED:**

That the filing deadlines and briefing schedule set forth in Paragraph 10(b) of Case Management Order #1 with respect to the filing of Motions to Dismiss is hereby suspended. Proposed new deadlines and briefing schedules will be discussed with the Court at the time of the next Case Management Conference.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.

WITH CONSENT OF THE PARTIES:

/s/ Michelle A. Parfitt

Michelle A. Parfitt
Ashcraft & Gerel, LLP
4900 Seminary Road

/s/ Susan A. Sharko

Susan A. Sharko
Drinker Biddle & Reath LLP
600 Campus Dr.

| | |
|---|---|
| Suite 650<br>Alexandria, VA  22311 | Florham Park, NJ 07932-1047 |
| *Lead Attorney for Plaintiffs* | *Attorneys for Defendants*<br>*Johnson & Johnson Consumer Inc.*<br>*and Johnson & Johnson* |
| | /s/ Lorna A. Dotro |
| | Lorna A. Dotro<br>Coughlin Duffy LLP<br>350 Mt. Kemble Avenue -3rd Floor<br>PO Box 1917<br>Morristown, NJ 07960 |
| | *Attorneys for Defendant*<br>*Imerys Talc America, Inc.* |
| | /s/ Thomas T. Locke |
| | Thomas T. Locke<br>Seyfarth Shaw LLP<br>975 F Street, N.W.<br>Washington, DC 20004 |
| | *Attorneys for Defendant*<br>*Personal Care Products Council* |