Lesions in Male Rats                                                                                                                          A-7

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 8 8 8 8 8<br>4 4 4 4 4 5 6 6 6 8 8 8 8 8 9 9 9 9 9 0 0 0 0 0<br>0 1 5 6 7 9 1 4 6 2 4 5 6 7 0 5 9 9 9 9 0 0 0 0 | |
|---|---|---|
| Carcass ID Number | 3 2 3 2 3 4 4 3 3 3 3 4 3 3 3 3 3 3 3 2 2 3 3 4<br>6 9 6 9 1 1 1 9 4 2 8 8 1 2 9 3 2 6 7 8 9 9 2 4 1<br>7 8 2 1 9 1 0 1 7 3 9 8 5 1 6 7 4 9 1 6 3 7 2 4 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |

| Alimentary System | | |
|---|---|---|
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Intestine large | + + + + + + A + + A + A + + + + + + + + + + + + | 45 |
| Intestine large, cecum | + A + + + M A + + A + A + + + + + A + + + + + + | 42 |
| Intestine large, colon | + A + + + + A + + A + A + + + + + + + + + + + + | 43 |
| Intestine large, rectum | M + + M + + + A + + A M A M + + + + + + + + + + | 38 |
| Intestine small | + A + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Intestine small, duodenum | + A + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Intestine small, ileum | + A + + + + A + A A + A + + + + + + + + + + + + | 39 |
| Intestine small, jejunum | + A + + + + A + + A + A + + + + + A + + + + + + | 40 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Neoplastic nodule, multiple |                             X | 2 |
| Osteosarcoma, metastatic, multiple, bone | | 1 |
| Mesentery |   + | 2 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |

| Cardiovascular System | | |
|---|---|---|
| Blood vessel |       +                      + | 4 |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |

| Endocrine System | | |
|---|---|---|
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Adrenal gland, medulla | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Pheochromocytoma malignant | X | 2 |
| Pheochromocytoma benign | X    X  X X   X     X     X X | 13 |
| Bilateral, pheochromocytoma malignant |                       X | 1 |
| Bilateral, pheochromocytoma benign |  X X X  X   X   X X  X   X X | 12 |
| Islets, pancreatic | + + + + + + + + + + + + + + + + + + I + + + + | 47 |
| Adenoma |                   X | 1 |
| Carcinoma |                       X | 1 |
| Parathyroid gland | M + + + + + + + + M + + + + + + + M + + + + | 45 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Pars distalis, adenoma | X          X X     X     X    X | 12 |
| Thyroid gland | + + + + + + A + + + A + + M + + + + + + + + | 45 |
| C-cell, adenoma |                 X    X | 3 |

Board Draft                                                                                                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009016

Pltf_JNJ_00000929

A-8                                                                                                               Talc, NTP TR 421

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 0 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 3 3 4 | 3 6 0 | 4 2 9 | 5 5 1 | 5 6 8 | 5 8 6 | 5 9 0 | 5 9 3 | 6 2 2 | 6 2 8 | 6 3 1 | 6 3 5 | 6 5 0 | 6 5 6 | 6 7 0 | 6 8 2 | 6 8 2 | 6 9 8 | 7 0 0 | 7 0 0 | 7 0 4 | 7 0 9 | 7 2 4 | 7 3 9 |
| Carcass ID Number | 3 6 1 1 | 3 0 0 1 | 3 6 8 1 | 3 4 0 1 | 4 1 3 1 | 2 9 4 1 | 2 9 5 1 | 3 1 8 1 | 4 2 7 1 | 3 3 0 1 | 3 4 9 1 | 3 6 2 1 | 4 1 3 1 | 3 4 5 1 | 3 4 3 1 | 3 3 8 1 | 3 3 7 1 | 3 1 6 1 | 3 8 5 1 | 3 9 0 1 | 3 1 3 1 | 3 9 6 1 | 3 2 4 1 | 2 4 4 1 |

**General Body System**
Tissue NOS       +

**Genital System**
Epididymis       + + + + + + + + + + + + + + + + + + + + + + + +
Preputial gland  + + + + + + + + + + + + + + + + + + + + + + + +
  Adenoma            X
  Carcinoma                    X
Prostate         + + + + + + + + + + + + + + + + + + + + + + + +
Seminal vesicle  + + + + + + + + + + + + + + + + + + + + + + + +
Testes           + + + + + + + + + + + + + + + + + + + + + + + +
  Bilateral, interstitial cell, adenoma                          X         X                   X X
  Interstitial cell, adenoma       X           X                             X X      X

**Hematopoietic System**
Bone marrow      + + + + + + + + + + + + A + + + + + + + + + + +
Lymph node       + + + + + + + + + + + + + + + + + + + + + + + +
Lymph node, bronchial  + + + + M M + + + + + + + + + + + + + + + + + +
Lymph node, mandibular + + + + + + + + + + + + + + + + + + + M + + +
Lymph node, mediastinal + + + + + + + + + + + + + + + + + + + + + + + +
Lymph node, mesenteric + + + + + + + + + + + + + + + + + + + + + + + +
Spleen           + + + + + + + + + + + + + + + + + + + + + + + +
  Fibrosarcoma                                       X
  Osteosarcoma, metastatic, bone               X
Thymus           + + + + + + + + + + + + + + + + + + + + + + + +
  Thymoma malignant   X

**Integumentary System**
Mammary gland    M + + + + + + + + + + + + M M + + + + + + + + +
  Adenocarcinoma
Skin             M + + + + + + + + + + + + + + + + + + + + + + +
  Subcutaneous tissue, schwannoma
    malignant                                                    X

**Musculoskeletal System**
Bone             + + + + + + + + + + + + + + + + + + + + + + + +
  Scapula, osteosarcoma            X
Skeletal muscle  +

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                    Board Draft

Protected Document--Subject to Protective Order                                                        JNJ 000009017

Pltf_JNJ_00000929

Lesions in Male Rats                                                                                                        A-9

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | Number of Days on Study | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | | | |
| | 4 | 4 | 4 | 4 | 4 | 5 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | | | |
| | 0 | 1 | 5 | 6 | 7 | 9 | 1 | 4 | 6 | 2 | 4 | 5 | 6 | 7 | 0 | 5 | 9 | 9 | 9 | 9 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | | | |

| Carcass ID Number | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Total Tissues/ Tumors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 2 | 3 | 2 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 3 | 3 | 4 | | | | |
| | 6 | 9 | 6 | 9 | 1 | 1 | 1 | 9 | 4 | 2 | 8 | 8 | 1 | 2 | 9 | 3 | 2 | 6 | 7 | 8 | 9 | 9 | 2 | 4 | 1 | | | | |
| | 7 | 8 | 2 | 1 | 9 | 1 | 0 | 1 | 7 | 3 | 9 | 8 | 5 | 1 | 6 | 7 | 4 | 9 | 1 | 6 | 3 | 7 | 2 | 4 | 9 | | | | |
| | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |

**General Body System**
Tissue NOS                                                                                                                  1

**Genital System**
| Tissue | Values | Total |
|---|---|---|
| Epididymis | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Preputial gland | + + + + + + + + + + + + + M + + + + + + + + + + + | 48 |
|   Adenoma | | 1 |
|   Carcinoma | | 1 |
| Prostate | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Seminal vesicle | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Testes | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Bilateral, interstitial cell, adenoma | X X     X X X X X X       X X   X   X X       X | 18 |
|   Interstitial cell, adenoma |     X             X X X     X   X     X X       | 13 |

**Hematopoietic System**
| Tissue | Values | Total |
|---|---|---|
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Lymph node, bronchial | + + + + + + + + + M I + + M + + + M + + + + M M | 41 |
| Lymph node, mandibular | + + + + + + + M + + + + + M + + + + + + + + + + | 46 |
| Lymph node, mediastinal | + + + + + + + + + + M + + + + + + + + + + + + + | 48 |
| Lymph node, mesenteric | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Fibrosarcoma | | 1 |
|   Osteosarcoma, metastatic, bone | | 1 |
| Thymus | + + + + + + + + + + + M + + + + + + + + + + + + + | 48 |
|   Thymoma malignant | | 1 |

**Integumentary System**
| Tissue | Values | Total |
|---|---|---|
| Mammary gland | + + + + + + M + + + + + + + + + + + + + + + + + | 45 |
|   Adenocarcinoma | X | 1 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Subcutaneous tissue, schwannoma malignant | | 1 |

**Musculoskeletal System**
| Tissue | Values | Total |
|---|---|---|
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Scapula, osteosarcoma | | 1 |
| Skeletal muscle | | 1 |

Board Draft                                                                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                    JNJ 000009018
Pltf_JNJ_00000929

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 3 3 4 | 6 6 0 | 2 2 9 | 5 5 1 | 5 6 8 | 5 8 6 | 5 9 0 | 5 9 3 | 6 2 2 | 6 2 8 | 6 3 1 | 6 3 5 | 6 5 0 | 6 5 6 | 6 7 0 | 6 8 2 | 6 8 2 | 6 9 8 | 7 0 0 | 7 0 0 | 7 0 4 | 7 0 9 | 7 2 4 | 7 2 9 | |
| Carcass ID Number | 3 6 1 1 | 3 0 0 1 | 3 6 8 1 | 3 4 0 1 | 4 1 3 1 | 2 9 4 1 | 2 9 5 1 | 3 1 8 1 | 4 8 7 1 | 3 2 0 1 | 3 4 9 1 | 3 6 2 1 | 4 1 3 1 | 3 4 8 1 | 3 4 5 1 | 3 4 3 1 | 3 1 8 1 | 3 3 7 1 | 3 8 6 1 | 3 9 5 1 | 3 1 0 1 | 3 9 3 1 | 3 2 6 1 | 2 1 4 1 | 4 1 4 1 |

Nervous System
  Brain                                      + + + + + + + + + + + + + + + + + + + + + + + + +
    Astrocytoma malignant

Respiratory System
  Larynx                                     + I + + + + + + + + + + + + + + + + + + + + + + +
  Lung                                       + + + + + + + + + + + + + + + + + + + + + + + + +
    Fibrosarcoma, metastatic, salivary
      glands                                                                               X
    Osteosarcoma, metastatic, multiple, bone                      X
  Nose                                       + + + + + + + + + + + + + + + + + + + + + + + + +
    Chondroma                                                                     X
  Trachea                                    + + + + + + + + + + + + + + + + + + + + + + + + +

Special Senses System
  Eye                                                                      +                  +

Urinary System
  Kidney                                     + + + + + + + + + + + + + + + + + + + + + + + + +
    Renal tubule, carcinoma
  Urinary bladder                            + + + + + + + + + + + + + + + + + + + + + + + + +
    Papilloma

Systemic Lesions
  Multiple organs                            + + + + + + + + + + + + + + + + + + + + + + + + +
    Leukemia mononuclear                     X       X         X X     X X X       X     X X       X X X X
    Lymphoma malignant lymphocytic
    Mesothelioma benign                              X

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009019

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| Number of Days on Study | 7 4 0 | 7 4 1 | 7 4 5 | 7 4 6 | 7 4 7 | 7 5 9 | 7 6 1 | 7 6 4 | 7 6 6 | 7 8 2 | 7 8 4 | 7 8 5 | 7 8 6 | 7 8 7 | 7 9 0 | 7 9 5 | 7 9 9 | 7 9 9 | 7 9 9 | 7 9 9 | 7 9 9 | 8 0 0 | 8 0 0 | 8 0 0 | 8 0 0 | 8 0 0 | Total Tissues/ Tumors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carcass ID Number | 3 6 7 1 | 2 9 8 1 | 3 6 2 1 | 2 9 1 1 | 3 1 9 1 | 4 1 0 1 | 4 1 1 1 | 3 9 7 1 | 3 4 3 1 | 3 2 9 1 | 3 8 8 1 | 3 8 5 1 | 4 1 1 1 | 3 2 6 1 | 3 9 7 1 | 3 2 4 1 | 3 6 9 1 | 3 7 1 1 | 3 8 3 1 | 3 8 7 1 | 2 9 2 1 | 2 9 4 1 | 3 2 1 1 | 4 1 9 1 | | | |

| Nervous System | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brain | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Astrocytoma malignant | | | | | | | | | | | | | | | X | | | | | | | | | | | | 1 |

| Respiratory System | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larynx | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 48 |
| Lung | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Fibrosarcoma, metastatic, salivary glands | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Osteosarcoma, metastatic, multiple, bone | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Nose | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Chondroma | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Trachea | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |

| Special Senses System | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eye | | | | | | | | | | | | | | + | | | | | | | | | | | | | 3 |

| Urinary System | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kidney | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Renal tubule, carcinoma | | | | | | | | | X | | | | | X | | | | | | | | | | | | | 2 |
| Urinary bladder | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Papilloma | | | | | | X | | | | | | | | | | | | | | | | | | | | | 1 |

| Systemic Lesions | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple organs | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Leukemia mononuclear | X | | X | X | X | | X | | | | X | | | | | X | | | X | X | X | | | | | | 24 |
| Lymphoma malignant lymphocytic | | | | | | | | | | | | | | | | | | | | | | | | | X | | 1 |
| Mesothelioma benign | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 1 8 6 | 5 2 7 | 5 2 9 | 5 4 4 | 5 5 8 | 5 7 3 | 5 9 3 | 5 9 3 | 6 0 4 | 6 1 1 | 6 3 3 | 6 4 8 | 6 5 0 | 6 5 7 | 6 6 3 | 6 7 3 | 6 7 7 | 6 9 0 | 7 1 5 | 7 2 2 | 7 2 8 | 7 3 4 | 7 3 9 | 7 4 0 | 7 4 1 |
| Carcass ID Number | 0 0 6 9 1 | 0 2 7 9 1 | 1 5 9 5 1 | 0 0 5 4 1 | 1 0 4 9 1 | 0 0 0 3 1 | 0 4 7 3 1 | 0 7 1 1 1 | 0 1 7 9 1 | 0 0 2 8 1 | 0 2 6 0 1 | 0 6 3 1 1 | 0 3 5 7 1 | 0 5 0 0 1 | 0 0 3 3 1 | 0 0 5 2 1 | 1 0 1 2 1 | 0 0 8 3 1 | 0 1 9 7 1 | 0 8 8 4 1 | 0 9 9 6 1 | 0 8 8 4 1 | 0 5 6 1 | 0 5 2 1 1 |

| Alimentary System | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Esophagus | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Intestine large | + | + | + | A | + | + | + | + | + | A | + | + | A | + | + | + | A | + | + | + | + | + | | | |
| Intestine large, cecum | + | + | A | + | + | + | + | A | A | A | + | A | + | + | + | A | + | + | + | + | A | | | | |
| Intestine large, colon | + | + | A | + | + | + | + | + | A | A | + | A | + | + | + | A | + | + | + | + | | | | | |
| Intestine large, rectum | + | + | A | + | M | + | + | M | + | A | + | + | A | + | + | + | A | + | + | + | + | | | | |
| Intestine small | + | + | A | + | + | + | + | + | A | A | + | A | + | + | + | A | + | + | + | + | | | | | |
| Intestine small, duodenum | + | + | A | + | + | + | + | + | A | A | + | A | + | + | + | A | + | + | + | + | | | | | |
| Intestine small, ileum | + | + | A | + | + | + | + | A | A | A | + | A | + | + | A | A | + | + | + | A | A | | | | |
| Intestine small, jejunum | + | + | A | + | + | + | + | A | A | A | + | A | + | + | A | A | + | + | + | + | A | | | | |
| Liver | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Neoplastic nodule, multiple | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hepatocyte, adenoma | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pancreas | + | + | + | A | + | + | + | + | + | A | A | + | + | + | + | + | + | A | + | + | + | + | + | | |
| Salivary glands | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Fibroma | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stomach | + | + | + | A | + | + | + | + | + | A | A | + | + | + | + | + | + | + | A | + | + | + | + | + | + |
| Stomach, forestomach | + | + | + | A | + | + | + | + | + | A | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Stomach, glandular | + | + | + | A | + | + | + | + | + | A | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + |

| Cardiovascular System | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blood vessel | | | | | | | | | | | | + | | | | | | | | | | + | | | | |
| Heart | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |

| Endocrine System | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adrenal gland | + | + | + | + | + | + | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Adrenal gland, cortex | + | + | + | + | + | + | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Adrenal gland, medulla | + | + | + | + | + | + | + | + | + | + | A | + | + | I | + | + | + | + | + | + | + | + | + | + | + |
| Pheochromocytoma malignant | | | | X | | | | | | | | | | | | | | | | | | | | | |
| Pheochromocytoma complex | | | | | X | | | | | | | | | | | | | | | | | | | | |
| Pheochromocytoma benign | | | | X | | | | | | | | | X | | | X X | | X | | | | | | | |
| Bilateral, pheochromocytoma benign | | | | | X | X | | | | | | | | | | | | | X | X | X | | | | |
| Islets, pancreatic | + | + | + | A | + | + | + | + | + | A | A | + | + | + | M | + | + | + | A | + | + | M | + | + | |
| Parathyroid gland | + | + | + | + | + | M | + | + | + | M | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Adenoma | | | | | | | | | | | | | | | | | X | | | | | | | | |
| Pituitary gland | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Pars distalis, adenoma | | | | | X | | | | | | | | X | | | | | X X | | | | | | | |
| Pars distalis, carcinoma | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thyroid gland | + | + | + | A | + | + | + | + | + | A A | + | A | + | + | + | + | + | + | + | + | + | + | + | | |
| C-cell, adenoma | | | | | | | | | | | | | | | | | | | | | | | | | |
| C-cell, carcinoma | | | | | | | | | | | | | | | | | | | | | | | | | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                Board Draft

Protected Document--Subject to Protective Order                                                    JNJ 000009021

Lesions in Male Rats                                                                                                                    A-13

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 6 mg/m$^3$ (continued)

| | Number of Days on Study | Total Tissues/Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 8 8 8 8 8 8 8<br>4 4 5 5 6 6 6 8 8 8 8 9 9 9 9 9 9 9 0 0 0 0 0 0 0<br>6 7 7 9 1 2 0 1 3 7 1 9 9 9 9 9 9 9 0 0 0 0 0 0 0 | |
| Carcass ID Number | 0 1 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1<br>2 3 9 3 2 0 5 5 2 0 3 0 3 3 3 5 7 7 0 7 9 2 2 2 3<br>6 2 8 2 6 4 1 0 8 5 4 1 0 5 6 2 4 5 8 8 9 1 5 9 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total Tissues/Tumors |

| Alimentary System | | |
|---|---|---|
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Intestine large | + + + + + + + + + A + + + + + + + + + + + + + + + | 45 |
| Intestine large, cecum | + + A A + A + + + + A + + + + + A + + + + + + + + | 38 |
| Intestine large, colon | + + + + + + + + + + A + + + + + A + + + + + + + + | 43 |
| Intestine large, rectum | + + M M + + + + + + A + + + + + + + + + + + + + + | 41 |
| Intestine small | + + + + + + + + + + A + + + + + + + + + + + + + + | 44 |
| Intestine small, duodenum | + + + + + + + + + + A + + + + + + + + + + + + + + | 44 |
| Intestine small, ileum | + A A A + A + + A + A + + + + + A + + + + + + + + | 34 |
| Intestine small, jejunum | + + + A + + + + A + A + + + + + A + + + + + + + + | 38 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Neoplastic nodule, multiple | X | 1 |
|   Hepatocyte, adenoma | X | 1 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Fibroma | X | 1 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |

| Cardiovascular System | | |
|---|---|---|
| Blood vessel | + + + | 5 |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |

| Endocrine System | | |
|---|---|---|
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Adrenal gland, medulla | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Pheochromocytoma malignant | X X | 3 |
|   Pheochromocytoma complex | X | 2 |
|   Pheochromocytoma benign | X X X X X | 9 |
|   Bilateral, pheochromocytoma benign | X   X X   X X X X X     X X X   X   X X     X X | 21 |
| Islets, pancreatic | + + M + + M + + + + + + + + + + M + + + + + + + | 41 |
| Parathyroid gland | + + + + + M + + + + + M + + + + + + + + + + + + | 45 |
|   Adenoma | | 1 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Pars distalis, adenoma | X X   X   X       X X       X | 11 |
|   Pars distalis, carcinoma | X | 1 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   C-cell, adenoma | X X   X X | 4 |
|   C-cell, carcinoma | X | 1 |

Board Draft                                                                                                    NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                         JNJ 000009022

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³ (continued)

| | | |
|---|---|---|
| Number of Days on Study | 1 5 5 5 5 5 5 5 6 6 6 6 6 6 6 6 6 6 7 7 7 7 7 7 7<br>8 2 2 4 5 7 9 9 0 1 3 4 5 5 6 7 7 9 1 2 2 3 3 4 4<br>6 7 9 4 8 3 3 3 4 1 3 8 0 7 3 3 7 0 5 2 8 4 9 0 1 | |
| Carcass ID Number | 0 0 1 0 1 0 0 1 0 0 0 1 0 0 0 1 0 0 1 0 0 0 0 0 1<br>0 2 0 5 0 0 4 0 7 1 7 2 6 3 5 0 0 5 0 1 8 9 8 5 2<br>6 9 7 9 5 4 9 3 3 1 9 8 0 1 7 0 3 3 2 2 3 7 4 6 4<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |

**General Body System**
Tissue NOS                                                                  +
  Pheochromocytoma malignant,
    metastatic, adrenal gland                                           X

**Genital System**
Epididymis                          + + + + + + + + + + + + + + + + + + + + + + + + +
Preputial gland                     + + + + + + + + + M + + + + + + + + + + + + + + +
  Adenoma
  Carcinoma                       X   X                                       X X
Prostate                            + + + M + + + + M + M + M + + + + + + + + + + + A
Seminal vesicle                     + + + M + + + + + M + + + + + + + + + + + + + + +
Testes                              + + + + + + + + + + + + + + + + + + + + + + + + +
  Bilateral, interstitial cell, adenoma                X       X X       X   X,X       X   X
  Interstitial cell, adenoma          X   X       X           X       X       X

**Hematopoietic System**
Bone marrow                         + + + + + + + + + + + A A + + + + + + + + + + + +
Lymph node                          + + + + + + + + + + + + + + + + + + + + + + + + +
Lymph node, bronchial               + + + + + + + + M + + + + + + + + + A + + + + + +
Lymph node, mandibular              + + + + + + + + + + I + + + + + + + + I + + + + +
Lymph node, mediastinal             + + + + + + + M + + + + + + + + + + + + + + + + +
Lymph node, mesenteric              + + + + + + + + + + A + + + + + + + + + + + + + +
Spleen                              + + + + + + + + + + + + + + + + + + + + + + + + +
  Fibrous histiocytoma
Thymus                              + + + M + + + + + + M + + + M + + + + + I + +

**Integumentary System**
Mammary gland                       + + + + + + + + M + + + + + + + + + + + + + + + +
Skin                                + + + + + + + + + + + + + + + + + + + + + + + + +
  Fibroma                                                 X
  Keratoacanthoma                                         X
  Neurofibroma
  Squamous cell carcinoma
  Subcutaneous tissue, fibroma
  Subcutaneous tissue, fibrosarcoma

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 8 8 8 8 8 8 8<br>4 4 5 5 6 6 6 8 8 8 8 9 9 9 9 9 9 9 0 0 0 0 0 0 0<br>6 7 7 9 1 2 0 1 3 7 1 9 9 9 9 9 9 9 0 0 0 0 0 0 0 | |
| Carcass ID Number | 0 1 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1<br>2 3 9 3 2 0 5 5 2 0 3 0 3 3 5 7 7 0 7 9 2 2 2 3<br>6 2 8 2 6 4 1 0 8 5 4 1 0 5 6 2 4 5 8 8 9 1 5 9 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total Tissues/ Tumors |
| **General Body System** | | |
| Tissue NOS | | 1 |
| Pheochromocytoma malignant, metastatic, adrenal gland | | 1 |
| **Genital System** | | |
| Epididymis | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Preputial gland | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Adenoma | X | 1 |
| Carcinoma | X X | 6 |
| Prostate | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Seminal vesicle | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Testes | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Bilateral, interstitial cell, adenoma | X X X       X X   X     X X X X   X X X X X X | 24 |
| Interstitial cell, adenoma |     X X X X X   X   X X     X | 15 |
| **Hematopoietic System** | | |
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Lymph node, bronchial | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lymph node, mandibular | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lymph node, mediastinal | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Lymph node, mesenteric | + + + + + I + + + + + + + + + + + + + + + + + + | 48 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Fibrous histiocytoma | X | 1 |
| Thymus | + M + + + + + + M I + + + M + + + + + M + M + | 40 |
| **Integumentary System** | | |
| Mammary gland | M + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Fibroma | X | 2 |
| Keratoacanthoma | X | 2 |
| Neurofibroma | X | 1 |
| Squamous cell carcinoma | X | 1 |
| Subcutaneous tissue, fibroma | X | 1 |
| Subcutaneous tissue, fibrosarcoma | X | 1 |

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009024

80 of 283

Pltf_JNJ_00000929

A-16                                                                                                         Talc, NTP TR 421

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³ (continued)

| Number of Days on Study | 1 5 5 5 5 5 5 6 6 6 6 6 6 6 6 6 6 7 7 7 7 7 7 7<br>8 2 2 4 5 7 9 9 0 1 3 4 5 5 6 7 7 9 1 2 2 3 3 4 4<br>6 7 9 4 8 3 3 3 4 1 3 8 0 7 3 3 7 0 5 2 8 4 9 0 1 |
|---|---|
| Carcass ID Number | 0 0 1 0 1 0 0 1 0 0 0 1 0 0 0 1 0 0 1 0 0 0 0 0 1<br>0 2 0 5 0 0 4 0 7 1 7 2 6 3 5 0 0 5 0 1 8 9 8 5 2<br>6 9 7 9 5 4 9 3 3 1 9 8 0 1 7 0 3 3 2 2 3 7 4 6 4<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

| | |
|---|---|
| **Musculoskeletal System** | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + + |
|   Pelvis, osteosarcoma |                  X |
| | |
| **Nervous System** | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + + |
| | |
| **Respiratory System** | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + |
|   Alveolar/bronchiolar adenoma | |
|   Osteosarcoma, metastatic |                  X |
| Nose | + + + + + + + + + + A + + + + + + + + + + + + + + |
|   Sarcoma |                           X |
| Trachea | + + + + + + + + + + + + + + + + + + + + + + + + + |
| | |
| **Special Senses System** | |
| Eye | + |
| | |
| **Urinary System** | |
| Kidney | + + + A + + + + + + + + + + + + + + + + + + + + + |
| Urinary bladder | + + + + + + + + + + A + + + + + + + + + + + + + + |
| | |
| **Systemic Lesions** | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + |
|   Leukemia mononuclear |   X X   X X X    X X X     X X      X  X |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                    Board Draft

Protected Document--Subject to Protective Order                                           JNJ 000009025

Lesions in Male Rats                                                                                      A-17

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 6 mg/m$^3$ (continued)

| | Number of Days on Study | Carcass ID Number | | | | | | | | | | | | | | | | | | | | | | | | | Total Tissues/Tumors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 746 | 747 | 759 | 759 | 761 | 762 | 780 | 781 | 783 | 789 | 791 | 799 | 799 | 799 | 799 | 799 | 799 | 799 | 790 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | |
| Carcass ID Number | 0261 | 1391 | 0981 | 0321 | 1641 | 1411 | 0581 | 0581 | 0341 | 0541 | 0301 | 0351 | 0361 | 0321 | 0541 | 0581 | 0781 | 0891 | 0791 | 1251 | 1251 | 1291 | 1301 | | | | |

*Note: Column headers shown represent Number of Days on Study (three-digit top-to-bottom) and Carcass ID Number (four-digit top-to-bottom) per column.*

| | Values |
|---|---|
| **Musculoskeletal System** | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + + = 50 |
| Pelvis, osteosarcoma | 1 |
| **Nervous System** | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + + = 50 |
| **Respiratory System** | |
| Larynx | + + + + + + + + +   + + + + + + + + + + + + + + + + = 49 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + = 50 |
| Alveolar/bronchiolar adenoma | X = 1 |
| Osteosarcoma, metastatic | 1 |
| Nose | + + + + + A + + + + + + + + + + + + + + + + + + + = 48 |
| Sarcoma | 1 |
| Trachea | + + + + + + + + + + + + + + + + + + + + + + + + + = 50 |
| **Special Senses System** | |
| Eye | + = 2 |
| **Urinary System** | |
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + + + = 49 |
| Urinary bladder | + + + + M + + + + + + + + + + + + + + + + + + + + = 48 |
| **Systemic Lesions** | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + = 50 |
| Leukemia mononuclear | X   X X   X   X         X     X   X       X     = 21 |

Board Draft                                                                                 NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009026

Pltf_JNJ_00000929

A-18                                                                                                    Talc, NTP TR 421

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³

| Number of Days on Study | 2 4 5 5 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 7 7 7 7 7<br>4 9 0 9 0 0 1 1 1 1 2 3 4 5 5 5 7 8 9 9 0 0 1 2 3<br>8 2 0 4 7 9 4 5 5 7 8 4 5 1 1 3 6 3 7 8 1 5 9 2 7 |
|---|---|
| Carcass ID Number | 2 1 2 1 2 1 1 1 2 2 1 2 2 2 2 2 2 2 1 1 2 1 2 1 1<br>1 4 0 7 4 7 7 4 2 6 9 1 5 0 2 6 7 2 7 5 2 5 5 5 7<br>9 5 3 7 4 4 5 9 4 6 5 7 1 2 7 7 0 6 6 2 5 1 2 0 2<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Alimentary System**
```
Esophagus                     + + + + + + + + + + + + + + + + + + + + + + + + +
Intestine large               + + + + + + + + + + + A + + + + + + + + + + + + +
Intestine large, cecum        + A + A A + + + + + + A + + + + + + A A + + + + +
Intestine large, colon        + + + + + + + + + + + A + + + + + + + + + + + + +
Intestine large, rectum       + M M A + + + + + + M + A + + + + + M M M M + M +
Intestine small               + + + A + + + + + + + A + + + + + + + + + + + + +
Intestine small, duodenum     + + + A + + + + + + + A + + + + + + + + + + + + +
Intestine small, ileum        M A A A + + + + M + + A + + + + + A A A + + + + +
Intestine small, jejunum      + A A A + + + + + + + A + + + + + + A A + + + + +
Liver                         + + + + + + + + + + + + + + + + + + + + + + + + +
  Neoplastic nodule                                                     X
  Neoplastic nodule, multiple               X                                 X
Mesentery                                                                 +
Pancreas                      + + + A + + + + + + + + + + + + + + + + + + + + +
Salivary glands               + + + + + + + + + + + + + + + + + + + + + + + + +
Stomach                       + + + A + + + + + + + + + + + + + + + + + + + + +
Stomach, forestomach          + + + A + + + + + + + + + + + + + + + + + + + + +
  Fibrosarcoma                  X
Stomach, glandular            + + + A + + + + + + + + + + + + + + + + + + + + +
  Fibrosarcoma                  X
Tongue
```

**Cardiovascular System**
```
Blood vessel                        +                  +                  +
Heart                         + + + + + + + + + + + + + + + + + + + + + + + + +
```

**Endocrine System**
```
Adrenal gland                 + + + + + + + + + + + + + + + + + + + + + + + + +
Adrenal gland, cortex         + + + + + + + + + + + + + + + + + + + + + + + + +
Adrenal gland, medulla        + + + M + M + + + + + + + + + + + + + + + + + + +
  Osteosarcoma, metastatic, uncertain
    primary site                                                        X
  Pheochromocytoma malignant                            X
  Pheochromocytoma complex
  Pheochromocytoma benign                       X X X X X X     X   X
  Bilateral, pheochromocytoma malignant
  Bilateral, pheochromocytoma benign        X                         X X   X X
Islets, pancreatic            + + + A + + + + + + + + I + + + + + + + + + + + +
  Adenoma                                           X
Parathyroid gland             M + + + + + + I + + + + + + + + + + + + + + + + M
Pituitary gland               + + + M + + + + + + + + + + + + + + + + + + + + +
  Pars distalis, adenoma                                                X X   X
  Pars intermedia, adenoma                    X   X
Thyroid gland                 + + + + + + + + + + + + + + + + + + + A + + + +
  C-cell, adenoma                 X
  Follicular cell, adenoma
```

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                Board Draft

Protected Document--Subject to Protective Order

JNJ 000009027
Pltf_JNJ_00000929

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | | Total Tissues/Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 8 8 8 8 8 8 8 8<br>4 7 8 8 9 9 9 9 9 9 9 9 9 9 9 9 0 0 0 0 0 0 0 0<br>3 8 3 8 1 1 3 4 8 9 9 9 9 9 9 9 0 0 0 0 0 0 0 0 | |
| Carcass ID Number | 2 2 2 1 2 2 2 1 1 1 1 1 1 1 1 1 2 2 2 2 2 2 2 2<br>2 0 4 9 4 7 7 9 4 5 5 6 7 8 9 9 9 2 2 4 4 4 6 7 7<br>2 1 2 4 5 4 1 7 6 5 6 9 8 0 3 6 8 0 8 3 6 7 8 5 6<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + I + + + + | 49 |
| Intestine large | A A + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Intestine large, cecum | A A + + A + A + A A + + + + + + + + + + + + A + | 37 |
| Intestine large, colon | A A + + + + + + + + + + + + + + + + + + + + + A | 46 |
| Intestine large, rectum | A A M + + M + + + + + + + + + + + + M + + M + + | 34 |
| Intestine small | A A + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Intestine small, duodenum | A A + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Intestine small, ileum | A A + + + A + + A + + + + + + + + + + + + + A A | 35 |
| Intestine small, jejunum | A A + + + + + + + + + + + + + + + + + + + + A A | 40 |
| Liver | A A + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Neoplastic nodule | | 1 |
|   Neoplastic nodule, multiple |   X | 3 |
| Mesentery | | 1 |
| Pancreas | A A + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach | A A + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Stomach, forestomach | A A + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Fibrosarcoma | | 1 |
| Stomach, glandular | A A + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Fibrosarcoma | | 1 |
| Tongue |         + | 1 |
| **Cardiovascular System** | | |
| Blood vessel |    +              + | 5 |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Endocrine System** | | |
| Adrenal gland | + A + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Adrenal gland, cortex | A A + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Adrenal gland, medulla | + A + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Osteosarcoma, metastatic, uncertain primary site | | 1 |
|   Pheochromocytoma malignant |  X  X        X   X X | 6 |
|   Pheochromocytoma complex | X | 1 |
|   Pheochromocytoma benign | X X X    X X   X X   X X X X X | 20 |
|   Bilateral, pheochromocytoma malignant |    X | 1 |
|   Bilateral, pheochromocytoma benign |   X   X X X  X  X X   X X      X X | 16 |
| Islets, pancreatic | A A + + + + + + M M + + + + + + M + + + + + + + | 43 |
|   Adenoma |                      X | 2 |
| Parathyroid gland | + + + + M + + + + + + + + + + + + + + + + + + + | 46 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Pars distalis, adenoma |   X   X X  X       X X   X | 10 |
|   Pars intermedia, adenoma | | 2 |
| Thyroid gland | A A + + + M + + + + + + + + + + + + + + + + + + | 46 |
|   C-cell, adenoma |        X      X | 3 |
|   Follicular cell, adenoma |              X | 1 |

Protected Document--Subject to Protective Order         JNJ 000009028

A-20                                                                                              Talc, NTP TR 421

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 2 4 5 5 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 7 7 7 7 7<br>4 9 0 9 0 0 1 1 1 1 2 3 4 5 5 5 7 8 9 9 0 0 1 2 3<br>8 2 0 4 7 9 4 5 5 7 8 4 5 1 1 3 6 3 7 8 1 5 9 2 7 |
| Carcass ID Number | 2 1 2 1 2 1 1 1 2 2 1 2 2 2 2 2 2 1 1 2 1 2 1 1<br>1 4 0 7 4 7 7 4 2 6 9 1 5 0 2 6 7 2 7 5 2 5 5 5 7<br>9 5 3 7 4 4 5 9 4 6 5 7 1 2 7 7 0 6 6 2 5 1 2 0 2<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**General Body System**
  None

**Genital System**
  Epididymis              + + + + + + + M + + + + + + + + + + + + + + + + +
  Penis
  Preputial gland         + + + + + + + + + M + + + + + + + M + + + + + +
    Adenoma
    Carcinoma                                           X
  Prostate                + + + A + + + + + + + + + + + + + + + + + + + + +
  Seminal vesicle         + + + A + + + + + + + + + + + + + + + A + + + +
  Testes                  + + + + + + + + + + + + + + + + + + + + + + + + +
    Bilateral, interstitial cell, adenoma                   X         X X X       X X X   X
    Interstitial cell, adenoma         X X       X   X   X         X           X

**Hematopoietic System**
  Bone marrow             + + + + + + + + + + + + + A + + + + + + + + + + +
  Lymph node              + + + + + + + + + + + + + + + + + + + + + + + + +
  Lymph node, bronchial   + + + + + + + + + + + + + + + + M + + + + + + +
  Lymph node, mandibular  + + + A + + + + + + I + + + + + + + + + + + + + +
  Lymph node, mediastinal I M + + + + + + + + + + + + + + + + + + + + + + +
  Lymph node, mesenteric  + + + + + + + + + + + + + + + + + + + + + + + + +
  Spleen                  + + + A + + + + + + + + + + + + + + + + + + + + +
  Thymus                  I + + + + + + + M + M + + + + M + + + + + + + +

**Integumentary System**
  Mammary gland           + + + + + + + + + + + + + + + + + + + + + + + + +
  Skin                    + + + + + + + + + + + + + + + + + + + + + + + + +
    Basosquamous tumor malignant                              X
    Fibrous histiocytoma
    Keratoacanthoma            X

**Musculoskeletal System**
  Bone                    + + + + + + + + + + + + + + + + + + + + + + + + +
    Vertebra, osteosarcoma X

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                              Board Draft

Protected Document--Subject to Protective Order                                              JNJ 000009029

Pltf_JNJ_00000929

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 18 mg/m$^3$ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 8 8 8 8 8 8 8 8<br>4 7 8 8 9 9 9 9 9 9 9 9 9 9 9 9 9 9 0 0 0 0 0 0 0 0<br>3 8 3 8 1 1 3 4 8 9 9 9 9 9 9 9 9 9 0 0 0 0 0 0 0 0 | |
| Carcass ID Number | 2 2 2 1 2 2 2 1 1 1 1 1 1 1 1 1 1 2 2 2 2 2 2 2 2<br>2 0 4 9 4 7 7 9 4 5 5 6 7 8 9 9 9 2 2 4 4 4 6 7 7<br>2 1 2 4 5 4 1 7 6 5 6 9 8 0 3 6 8 0 8 3 6 7 8 5 6<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **General Body System** | | |
| None | | |
| **Genital System** | | |
| Epididymis | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Penis |                   +   +     + | 3 |
| Preputial gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Adenoma |                   X | 1 |
| Carcinoma | | 1 |
| Prostate | A + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Seminal vesicle | A + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Testes | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Bilateral, interstitial cell, adenoma | X X   X  X    X    X  X X    X X X    X X X X X | 24 |
| Interstitial cell, adenoma |     X        X  X    X      X | 12 |
| **Hematopoietic System** | | |
| Bone marrow | A A + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Lymph node, bronchial | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Lymph node, mandibular | A + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Lymph node, mediastinal | + + + + + + + + + + + + + + + + + + + I + + + + | 47 |
| Lymph node, mesenteric | A A A + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Spleen | + A + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Thymus | A + + + M + + + + + + + + + + + + + + + + + + + M | 43 |
| **Integumentary System** | | |
| Mammary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Basosquamous tumor malignant | | 1 |
| Fibrous histiocytoma |                   X | 1 |
| Keratoacanthoma |   X | 2 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Vertebra, osteosarcoma | | 1 |

A-22                                                                                                   Talc, NTP TR 421

**TABLE A2**
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 2 4 8 | 4 9 2 | 5 0 0 | 5 9 4 | 6 0 7 | 6 0 9 | 6 1 4 | 6 1 5 | 6 1 5 | 6 1 7 | 6 2 8 | 6 3 4 | 6 4 5 | 6 5 1 | 6 5 1 | 6 5 3 | 6 7 6 | 6 8 7 | 6 9 8 | 6 9 1 | 7 0 5 | 7 0 9 | 7 1 2 | 7 2 7 | | | | |
| Carcass ID Number | 2 1 9 1 | 1 4 5 1 | 2 0 3 1 | 1 7 4 1 | 2 7 4 1 | 1 7 5 1 | 1 7 9 1 | 1 2 4 1 | 2 6 6 1 | 1 9 5 1 | 2 1 7 1 | 2 5 1 1 | 2 0 2 1 | 2 6 7 1 | 2 2 7 1 | 2 2 0 1 | 2 2 6 1 | 2 1 6 1 | 1 1 2 1 | 1 2 5 1 | 2 1 1 1 | 1 2 2 1 | 1 5 0 1 | 1 7 2 1 | | | | |

| Nervous System | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brain | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Spinal cord | + | | | | | | | | | | | | | | | | | | | | | | | |

| Respiratory System | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larynx | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Lung | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Alveolar/bronchiolar adenoma | | | | | | | | | | | | | | | | | | | | | | | | |
| Alveolar/bronchiolar carcinoma, multiple | | | | | | | | | | | | | | | | | | | | | | | | |
| Osteosarcoma, metastatic, uncertain primary site | | | | | | | | | | | | | | | | | | | | X | | | | |
| Nose | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Trachea | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |

| Special Senses System | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eye | | | | | | | | | | | | + | | | | | | | | | + | | | |

| Urinary System | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kidney | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Ureter | | | | | | | | | | | | | | | | | | | | | | + | | |
| Urethra | | | | | | | | | | | | | | | | | | | | | | | | |
| Urinary bladder | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |

| Systemic Lesions | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple organs | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Leukemia mononuclear | | | | X | | X | X | X | X | X | | | X | X | X | | | X | | X | | X | | |
| Mesothelioma malignant | | | | | | | | | | | | | | | | | | | | | | | | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                Board Draft

Protected Document--Subject to Protective Order                                               JNJ 000009031

TABLE A2
Individual Animal Tumor Pathology of Male Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | Number of Days on Study | | | | | | | | | | | | | | | | | | | | | | | | | | | Total Tissues/ Tumors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | | |
| | 4 | 7 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| | 3 | 8 | 3 | 8 | 1 | 1 | 3 | 4 | 8 | 9 | 9 | 9 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Carcass ID Number | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| | 2 | 0 | 4 | 9 | 4 | 7 | 7 | 9 | 4 | 5 | 5 | 6 | 7 | 8 | 9 | 2 | 2 | 4 | 4 | 4 | 6 | 7 | | | | | |
| | 2 | 1 | 2 | 4 | 5 | 4 | 1 | 7 | 6 | 5 | 6 | 9 | 8 | 0 | 3 | 6 | 8 | 0 | 3 | 6 | 7 | 8 | | | | | |
| | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |

| | | Total Tissues/Tumors |
|---|---|---|
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Spinal cord | | 1 |
| **Respiratory System** | | |
| Larynx | + A + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Alveolar/bronchiolar adenoma |              X | 1 |
|   Alveolar/bronchiolar carcinoma, multiple |              X | 1 |
|   Osteosarcoma, metastatic, uncertain primary site | | 1 |
| Nose | A + + + A A + + + + + + + + + + + + + + + + + + + | 47 |
| Trachea | A A + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| **Special Senses System** | | |
| Eye | | 2 |
| **Urinary System** | | |
| Kidney | A A + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Ureter | | 1 |
| Urethra |               + | 1 |
| Urinary bladder | A A + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Leukemia mononuclear | X X   X       X  X X  X         X     X | 23 |
|   Mesothelioma malignant |       X | 1 |

TABLE A3
Statistical Analysis of Primary Neoplasms in Male Rats in the Lifetime Inhalation Study of Talc

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Adrenal Medulla: Benign Pheochromocytoma** | | | |
| Overall rates[a] | 25/49 (51%) | 30/48 (63%) | 36/47 (77%) |
| Adjusted rates[b] | 87.6% | 90.2% | 100.0% |
| Terminal rates[c] | 6/9 (67%) | 11/14 (79%) | 16/16 (100%) |
| First incidence (days) | 429 | 558 | 614 |
| Life table tests[d] | P=0.434 | P=0.515N | P=0.499 |
| Logistic regression tests[d] | P=0.007 | P=0.213 | P=0.009 |
| Cochran-Armitage test[d] | P=0.007 | | |
| Fisher exact test[d] | | P=0.175 | P=0.008 |
| **Adrenal Medulla: Malignant Pheochromocytoma** | | | |
| Overall rates | 3/49 (6%) | 3/48 (6%) | 7/47 (15%) |
| Adjusted rates | 17.2% | 15.2% | 31.5% |
| Terminal rates | 1/9 (11%) | 1/14 (7%) | 3/16 (19%) |
| First incidence (days) | 670 | 544 | 645 |
| Life table tests | P=0.242 | P=0.552N | P=0.376 |
| Logistic regression tests | P=0.096 | P=0.662 | P=0.178 |
| Cochran-Armitage test | P=0.083 | | |
| Fisher exact test | | P=0.651 | P=0.142 |
| **Adrenal Medulla: Benign, Malignant, or Complex Pheochromocytoma** | | | |
| Overall rates | 26/49 (53%) | 32/48 (67%) | 37/47 (79%) |
| Adjusted rates | 91.7% | 93.6% | 100.0% |
| Terminal rates | 7/9 (78%) | 12/14 (86%) | 16/16 (100%) |
| First incidence (days) | 429 | 544 | 614 |
| Life table tests | P=0.483 | P=0.549N | P=0.539 |
| Logistic regression tests | P=0.007 | P=0.147 | P=0.006 |
| Cochran-Armitage test | P=0.007 | | |
| Fisher exact test | | P=0.123 | P=0.007 |
| **Liver: Hepatocellular Adenoma or Neoplastic Nodule** | | | |
| Overall rates | 2/49 (4%) | 2/50 (4%) | 4/48 (8%) |
| Adjusted rates | 11.2% | 14.3% | 14.9% |
| Terminal rates | 0/9 (0%) | 2/14 (14%) | 1/16 (6%) |
| First incidence (days) | 698 | 799 (T) | 615 |
| Life table tests | P=0.359 | P=0.586N | P=0.434 |
| Logistic regression tests | P=0.248 | P=0.661N | P=0.333 |
| Cochran-Armitage test | P=0.237 | | |
| Fisher exact test | | P=0.684N | P=0.329 |
| **Pancreatic Islets: Adenoma** | | | |
| Overall rates | 1/47 (2%) | 0/41 (0%) | 2/43 (5%) |
| Adjusted rates | 12.5% | 0.0% | 9.9% |
| Terminal rates | 1/8 (13%) | 0/13 (0%) | 1/13 (8%) |
| First incidence (days) | 799 (T) | —[e] | 617 |
| Life table tests | P=0.387 | P=0.403N | P=0.612 |
| Logistic regression tests | P=0.308 | P=0.403N | P=0.479 |
| Cochran-Armitage test | P=0.304 | | |
| Fisher exact test | | P=0.534N | P=0.466 |

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009033