Lesions in Male Rats                                                                                         A-25

TABLE A3
Statistical Analysis of Primary Neoplasms in Male Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Pancreatic Islets: Adenoma or Carcinoma** | | | |
| Overall rates | 2/47 (4%) | 0/41 (0%) | 2/43 (5%) |
| Adjusted rates | 25.0% | 0.0% | 9.9% |
| Terminal rates | 2/8 (25%) | 0/13 (0%) | 1/13 (8%) |
| First incidence (days) | 799 (T) | — | 617 |
| Life table tests | P=0.650 | P=0.135N | P=0.560N |
| Logistic regression tests | P=0.544 | P=0.135N | P=0.683 |
| Cochran-Armitage test | P=0.531 | | |
| Fisher exact test | | P=0.282N | P=0.657 |
| **Pituitary Gland (Pars Distalis): Adenoma** | | | |
| Overall rates | 12/47 (26%) | 11/50 (22%) | 10/49 (20%) |
| Adjusted rates | 53.6% | 42.8% | 42.1% |
| Terminal rates | 3/9 (33%) | 3/14 (21%) | 4/16 (25%) |
| First incidence (days) | 568 | 558 | 697 |
| Life table tests | P=0.174N | P=0.334N | P=0.160N |
| Logistic regression tests | P=0.307N | P=0.419N | P=0.324N |
| Cochran-Armitage test | P=0.344N | | |
| Fisher exact test | | P=0.432N | P=0.362N |
| **Pituitary Gland (Pars Distalis): Adenoma or Carcinoma** | | | |
| Overall rates | 12/47 (26%) | 12/50 (24%) | 10/49 (20%) |
| Adjusted rates | 53.6% | 45.8% | 42.1% |
| Terminal rates | 3/9 (33%) | 3/14 (21%) | 4/16 (25%) |
| First incidence (days) | 568 | 558 | 697 |
| Life table tests | P=0.159N | P=0.411N | P=0.160N |
| Logistic regression tests | P=0.287N | P=0.509N | P=0.324N |
| Cochran-Armitage test | P=0.325N | | |
| Fisher exact test | | P=0.524N | P=0.362N |
| **Preputial Gland: Carcinoma** | | | |
| Overall rates | 1/48 (2%) | 6/49 (12%) | 1/48 (2%) |
| Adjusted rates | 2.3% | 22.5% | 2.5% |
| Terminal rates | 0/9 (0%) | 1/14 (7%) | 0/16 (0%) |
| First incidence (days) | 586 | 527 | 628 |
| Life table tests | P=0.361N | P=0.090 | P=0.753N |
| Logistic regression tests | P=0.440N | P=0.058 | P=0.750 |
| Cochran-Armitage test | P=0.425N | | |
| Fisher exact test | | P=0.059 | P=0.753N |
| **Preputial Gland: Adenoma or Carcinoma** | | | |
| Overall rates | 2/48 (4%) | 7/49 (14%) | 2/48 (4%) |
| Adjusted rates | 4.4% | 28.5% | 8.6% |
| Terminal rates | 0/9 (0%) | 2/14 (14%) | 1/16 (6%) |
| First incidence (days) | 429 | 527 | 628 |
| Life table tests | P=0.331N | P=0.134 | P=0.632N |
| Logistic regression tests | P=0.454N | P=0.078 | P=0.673 |
| Cochran-Armitage test | P=0.436N | | |
| Fisher exact test | | P=0.084 | P=0.692N |

Board Draft                                                                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009034

Pltf_JNJ_00000929

TABLE A3
Statistical Analysis of Primary Neoplasms in Male Rats in the Lifetime Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Skin: Keratoacanthoma or Squamous Cell Carcinoma** | | | |
| Overall rates | 0/49 (0%) | 3/50 (6%) | 2/50 (4%) |
| Adjusted rates | 0.0% | 13.5% | 6.6% |
| Terminal rates | 0/9 (0%) | 1/14 (7%) | 0/16 (0%) |
| First incidence (days) | — | 663 | 594 |
| Life table tests | P=0.414 | P=0.161 | P=0.331 |
| Logistic regression tests | P=0.323 | P=0.128 | P=0.239 |
| Cochran-Armitage test | P=0.319 | | |
| Fisher exact test | | P=0.125 | P=0.253 |
| **Testes: Adenoma** | | | |
| Overall rates | 31/49 (63%) | 39/50 (78%) | 36/50 (72%) |
| Adjusted rates | 100.0% | 100.0% | 97.0% |
| Terminal rates | 9/9 (100%) | 14/14 (100%) | 15/16 (94%) |
| First incidence (days) | 551 | 544 | 609 |
| Life table tests | P=0.198N | P=0.524 | P=0.245N |
| Logistic regression tests | P=0.333 | P=0.056 | P=0.268 |
| Cochran-Armitage test | P=0.295 | | |
| Fisher exact test | | P=0.082 | P=0.238 |
| **Thyroid Gland (C-cell): Adenoma** | | | |
| Overall rates | 3/45 (7%) | 4/46 (9%) | 3/46 (7%) |
| Adjusted rates | 24.5% | 28.6% | 14.5% |
| Terminal rates | 2/9 (22%) | 4/14 (29%) | 2/16 (13%) |
| First incidence (days) | 682 | 799 (T) | 614 |
| Life table tests | P=0.348N | P=0.620N | P=0.476N |
| Logistic regression tests | P=0.511N | P=0.641 | P=0.625N |
| Cochran-Armitage test | P=0.560N | | |
| Fisher exact test | | P=0.512 | P=0.651N |
| **Thyroid Gland (C-cell): Adenoma or Carcinoma** | | | |
| Overall rates | 3/45 (7%) | 5/46 (11%) | 3/46 (7%) |
| Adjusted rates | 24.5% | 33.0% | 14.5% |
| Terminal rates | 2/9 (22%) | 4/14 (29%) | 2/16 (13%) |
| First incidence (days) | 682 | 787 | 614 |
| Life table tests | P=0.296N | P=0.568 | P=0.476N |
| Logistic regression tests | P=0.467N | P=0.502 | P=0.625N |
| Cochran-Armitage test | P=0.523N | | |
| Fisher exact test | | P=0.369 | P=0.651N |
| **All Organs: Mononuclear Cell Leukemia** | | | |
| Overall rates | 24/49 (49%) | 21/50 (42%) | 23/50 (46%) |
| Adjusted rates | 70.3% | 59.9% | 62.5% |
| Terminal rates | 3/9 (33%) | 4/14 (29%) | 6/16 (38%) |
| First incidence (days) | 334 | 529 | 492 |
| Life table tests | P=0.298N | P=0.232N | P=0.269N |
| Logistic regression tests | P=0.501N | P=0.317N | P=0.479N |
| Cochran-Armitage test | P=0.486N | | |
| Fisher exact test | | P=0.310N | P=0.462N |

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009035

Lesions in Male Rats                                                                                                A-27

TABLE A3
Statistical Analysis of Primary Neoplasms in Male Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **All Organs: Benign Tumors** | | | |
| Overall rates | 42/49 (86%) | 45/50 (90%) | 45/50 (90%) |
| Adjusted rates | 100.0% | 100.0% | 100.0% |
| Terminal rates | 9/9 (100%) | 14/14 (100%) | 16/16 (100%) |
| First incidence (days) | 429 | 544 | 594 |
| Life table tests | P=0.161N | P=0.314N | P=0.153N |
| Logistic regression tests | P=0.463 | P=0.430 | P=0.480 |
| Cochran-Armitage test | P=0.353 | | |
| Fisher exact test | | P=0.365 | P=0.365 |
| **All Organs: Malignant Tumors** | | | |
| Overall rates | 34/49 (69%) | 34/50 (68%) | 34/50 (68%) |
| Adjusted rates | 88.4% | 80.9% | 80.0% |
| Terminal rates | 6/9 (67%) | 7/14 (50%) | 9/16 (56%) |
| First incidence (days) | 334 | 527 | 248 |
| Life table tests | P=0.222N | P=0.308N | P=0.216N |
| Logistic regression tests | P=0.534N | P=0.539N | P=0.571N |
| Cochran-Armitage test | P=0.505N | | |
| Fisher exact test | | P=0.527N | P=0.527N |
| **All Organs: Benign or Malignant Tumors** | | | |
| Overall rates | 48/49 (98%) | 49/50 (98%) | 50/50 (100%) |
| Adjusted rates | 100.0% | 100.0% | 100.0% |
| Terminal rates | 9/9 (100%) | 14/14 (100%) | 16/16 (100%) |
| First incidence (days) | 334 | 527 | 248 |
| Life table tests | P=0.154N | P=0.241N | P=0.139N |
| Logistic regression tests | P=0.337 | P=0.771 | P=0.506 |
| Cochran-Armitage test | P=0.348 | | |
| Fisher exact test | | P=0.747 | P=0.495 |

(T)Terminal sacrifice
a   Number of tumor-bearing animals/number of animals examined. Denominator is number of animals examined microscopically for adrenal gland, bone marrow, brain, clitoral gland, epididymis, gallbladder (mouse), heart, kidney, larynx, liver, lung, nose, ovary, pancreas, parathyroid gland, pituitary gland, preputial gland, prostate gland, salivary gland, spleen, testes, thyroid gland, and urinary bladder; for other tissues, denominator is number of animals necropsied.
b   Kaplan-Meier estimated tumor incidence at the end of the study after adjustment for intercurrent mortality
c   Observed incidence at terminal kill
d   Beneath the control incidence are the P values associated with the trend test. Beneath the dosed group incidence are the P values corresponding to pairwise comparisons between the controls and that dosed group. The life table analysis regards tumors in animals dying prior to terminal kill as being (directly or indirectly) the cause of death. The logistic regression tests regard these lesions as nonfatal. The Cochran-Armitage and Fisher exact tests compare directly the overall incidence rates. For all tests, a negative trend or a lower incidence in a dose group is indicated by N.
e   Not applicable; no tumors in animal group

Protected Document--Subject to Protective Order                                                JNJ 000009036
92 of 283                                                                                                       Pltf_JNJ_00000929

TABLE A4
Summary of the Incidence of Nonneoplastic Lesions in Male Rats in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
|   Moribund | 23 | 19 | 20 |
|   Natural deaths | 18 | 17 | 14 |
| Survivors | | | |
|   Died last week of study | 1 | 2 | 3 |
|   Terminal sacrifice | 8 | 12 | 13 |
| Animals examined microscopically | 49 | 50 | 50 |
| **Alimentary System** | | | |
| Esophagus | (49) | (50) | (49) |
|   Inflammation | | | 1 (2%) |
| Intestine large, cecum | (42) | (38) | (37) |
|   Hemorrhage | | 1 (3%) | |
|   Inflammation | 9 (21%) | 2 (5%) | 5 (14%) |
|   Parasite metazoan | 3 (7%) | 4 (11%) | 4 (11%) |
|   Ulcer | 1 (2%) | | |
| Intestine large, colon | (43) | (43) | (46) |
|   Hyperplasia, lymphoid | 1 (2%) | | |
|   Inflammation | 1 (2%) | | 1 (2%) |
|   Mineralization | | | 1 (2%) |
|   Parasite metazoan | 2 (5%) | 1 (2%) | 1 (2%) |
| Intestine large, rectum | (38) | (41) | (34) |
|   Inflammation | 6 (16%) | 1 (2%) | 1 (3%) |
|   Metaplasia, squamous, focal | | | 1 (3%) |
|   Parasite metazoan | | 2 (5%) | |
| Intestine small, duodenum | (48) | (44) | (46) |
|   Inflammation | | | 1 (2%) |
|   Mineralization | 1 (2%) | | |
|   Necrosis, focal | 1 (2%) | | |
|   Ulcer | 1 (2%) | 1 (2%) | |
| Intestine small, ileum | (39) | (34) | (35) |
|   Hyperplasia, lymphoid | | 1 (3%) | 2 (6%) |
|   Lymphatic, ectasia | | 1 (3%) | |
| Liver | (49) | (50) | (48) |
|   Angiectasis, focal | 1 (2%) | | |
|   Atrophy | 1 (2%) | | |
|   Basophilic focus | 18 (37%) | 18 (36%) | 19 (40%) |
|   Clear cell focus | 3 (6%) | 7 (14%) | 4 (8%) |
|   Congestion | | 1 (2%) | |
|   Degeneration, cystic | 9 (18%) | 17 (34%) | 9 (19%) |
|   Degeneration, diffuse | | | 1 (2%) |
|   Eosinophilic focus | 2 (4%) | 7 (14%) | 7 (15%) |
|   Fatty change | 16 (33%) | 14 (28%) | 12 (25%) |
|   Fibrosis | 1 (2%) | | |
|   Hematocyst | | 1 (2%) | |
|   Hyperplasia, focal | | | 1 (2%) |
|   Inflammation, granulomatous, focal | 3 (6%) | 1 (2%) | |
|   Inflammation, necrotizing, focal | | | 1 (2%) |
|   Necrosis, focal | 3 (6%) | | 1 (2%) |
|   Thrombosis | 1 (2%) | | |
|   Bile duct, hyperplasia | 39 (80%) | 46 (92%) | 44 (92%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                              Board Draft

Protected Document--Subject to Protective Order                                  JNJ 000009037

93 of 283                                                                        Pltf_JNJ_00000929

TABLE A4
Summary of the Incidence of Nonneoplastic Lesions in Male Rats in the Lifetime Inhalation Study of Talc (continued)

| | $0 \text{ mg/m}^3$ | $6 \text{ mg/m}^3$ | $18 \text{ mg/m}^3$ |
|---|---|---|---|
| **Alimentary System** (continued) | | | |
| Liver (continued) | | | |
|   Centrilobular, atrophy | 9 (18%) | 4 (8%) | 7 (15%) |
|   Centrilobular, degeneration | 8 (16%) | 12 (24%) | 9 (19%) |
|   Centrilobular, degeneration, fatty | | | 1 (2%) |
|   Centrilobular, necrosis | 5 (10%) | | 2 (4%) |
| Mesentery | (2) | | (1) |
|   Inflammation | | | 1 (100%) |
| Pancreas | (48) | (46) | (47) |
|   Lobules, atrophy | 11 (23%) | 7 (15%) | 8 (17%) |
| Salivary glands | (49) | (50) | (50) |
|   Inflammation | 1 (2%) | | |
|   Necrosis | | | 1 (2%) |
| Stomach, forestomach | (49) | (47) | (47) |
|   Hyperkeratosis | | | 1 (2%) |
|   Inflammation | 1 (2%) | | |
|   Mineralization | 1 (2%) | 4 (9%) | 1 (2%) |
|   Ulcer | 5 (10%) | 5 (11%) | 8 (17%) |
| Stomach, glandular | (49) | (47) | (47) |
|   Mineralization | 6 (12%) | 6 (13%) | 6 (13%) |
|   Ulcer | 3 (6%) | 3 (6%) | 2 (4%) |
| **Cardiovascular System** | | | |
| Blood vessel | (4) | (5) | (5) |
|   Aorta, mineralization | 3 (75%) | 5 (100%) | 4 (80%) |
|   Mesenteric artery, aneurysm | | | 2 (40%) |
|   Mesenteric artery, inflammation | | | 1 (20%) |
|   Mesenteric artery, mineralization | 3 (75%) | 5 (100%) | 3 (60%) |
|   Mesenteric artery, thrombosis | 1 (25%) | 1 (20%) | 1 (20%) |
| Heart | (49) | (50) | (50) |
|   Cardiomyopathy | 42 (86%) | 47 (94%) | 50 (100%) |
|   Atrium, thrombosis | 9 (18%) | 5 (10%) | 11 (22%) |
|   Epicardium, hyperplasia | 1 (2%) | | |
|   Myocardium, inflammation | | 1 (2%) | |
|   Myocardium, mineralization | 2 (4%) | 6 (12%) | 5 (10%) |
| **Endocrine System** | | | |
| Adrenal gland, cortex | (49) | (49) | (48) |
|   Degeneration | 1 (2%) | | |
|   Degeneration, fatty | 8 (16%) | | 2 (4%) |
|   Degeneration, focal | 1 (2%) | | |
|   Hyperplasia, diffuse | | | 2 (4%) |
|   Hyperplasia, focal | 11 (22%) | 4 (8%) | 9 (19%) |
|   Necrosis, focal | 1 (2%) | | |
| Adrenal gland, medulla | (49) | (48) | (47) |
|   Hyperplasia | 19 (39%) | 8 (17%) | 8 (17%) |
|   Bilateral, hyperplasia | 1 (2%) | | 1 (2%) |
| Islets, pancreatic | (47) | (41) | (43) |
|   Hyperplasia | | | 1 (2%) |
| Parathyroid gland | (45) | (45) | (46) |
|   Hyperplasia | 6 (13%) | 11 (24%) | 12 (26%) |
|   Bilateral, hyperplasia | 1 (2%) | | |

Protected Document--Subject to Protective Order                                                        JNJ 000009038

TABLE A4
Summary of the Incidence of Nonneoplastic Lesions in Male Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Endocrine System** (continued) |  |  |  |
| Pituitary gland | (47) | (50) | (49) |
|   Angiectasis, focal |  | 1 (2%) |  |
|   Cyst |  | 1 (2%) | 1 (2%) |
|   Pars distalis, hyperplasia | 8 (17%) | 8 (16%) | 7 (14%) |
|   Pars nervosa, hyperplasia |  | 1 (2%) |  |
| Thyroid gland | (45) | (46) | (46) |
|   C-cell, hyperplasia | 5 (11%) | 7 (15%) | 2 (4%) |
| **General Body System** |  |  |  |
| None |  |  |  |
| **Genital System** |  |  |  |
| Epididymis | (49) | (50) | (49) |
|   Spermatocele |  | 1 (2%) |  |
| Preputial gland | (48) | (49) | (48) |
|   Hyperplasia | 3 (6%) |  | 1 (2%) |
|   Inflammation | 7 (15%) | 2 (4%) | 5 (10%) |
| Prostate | (49) | (45) | (48) |
|   Atrophy | 1 (2%) |  | 1 (2%) |
|   Inflammation | 22 (45%) | 14 (31%) | 19 (40%) |
| Seminal vesicle | (49) | (48) | (47) |
|   Atrophy | 1 (2%) |  |  |
|   Inflammation | 1 (2%) |  |  |
| Testes | (49) | (50) | (50) |
|   Atrophy | 14 (29%) | 11 (22%) | 16 (32%) |
|   Hyperplasia, lymphoid |  | 2 (4%) |  |
|   Hyperplasia, lymphoid, focal |  |  | 1 (2%) |
|   Interstitial cell, hyperplasia | 2 (4%) | 1 (2%) | 3 (6%) |
|   Serosa, proliferation |  |  | 1 (2%) |
| **Hematopoietic System** |  |  |  |
| Bone marrow | (48) | (48) | (47) |
|   Atrophy |  |  | 2 (4%) |
|   Atrophy, focal |  | 1 (2%) |  |
|   Inflammation |  | 1 (2%) |  |
|   Myelofibrosis |  | 1 (2%) | 1 (2%) |
|   Myeloid cell, hyperplasia | 2 (4%) | 3 (6%) | 6 (13%) |
| Lymph node | (49) | (50) | (50) |
|   Hemorrhage, chronic |  | 1 (2%) |  |
|   Pancreatic, atrophy | 1 (2%) |  |  |
|   Pancreatic, hyperplasia, lymphoid | 1 (2%) |  |  |
| Lymph node, bronchial | (41) | (48) | (49) |
|   Atrophy | 2 (5%) |  |  |
|   Hemorrhage |  | 1 (2%) |  |
|   Hemorrhage, acute | 1 (2%) |  |  |
|   Hemorrhage, chronic | 4 (10%) |  |  |
|   Hyperplasia, histiocytic |  | 44 (92%) | 46 (94%) |
| Lymph node, mandibular | (46) | (48) | (47) |
|   Hemorrhage |  | 1 (2%) |  |
|   Hyperplasia, lymphoid |  | 2 (4%) |  |
|   Hyperplasia, plasma cell |  | 2 (4%) | 5 (11%) |
|   Inflammation, chronic active |  |  | 2 (4%) |

Lesions in Male Rats                                                                                          A-31

TABLE A4
Summary of the Incidence of Nonneoplastic Lesions in Male Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Hematopoietic System (continued)** | | | |
| Lymph node, mediastinal | (48) | (49) | (47) |
|   Atrophy | 1 (2%) | | |
|   Hemorrhage | | 3 (6%) | |
|   Hemorrhage, acute | 1 (2%) | | |
|   Hemorrhage, chronic | 6 (13%) | | |
|   Hyperplasia, histiocytic | | 40 (82%) | 43 (91%) |
|   Pigmentation, hemosiderin | 1 (2%) | | |
| Lymph node, mesenteric | (49) | (48) | (47) |
|   Atrophy | 1 (2%) | | |
|   Hemorrhage | | 2 (4%) | |
|   Hemorrhage, acute | 1 (2%) | | |
|   Hyperplasia, lymphoid | 1 (2%) | 2 (4%) | 3 (6%) |
|   Hyperplasia, plasma cell | | | 1 (2%) |
|   Inflammation, chronic active | | | 1 (2%) |
| Spleen | (49) | (50) | (48) |
|   Atrophy | 1 (2%) | | 2 (4%) |
|   Autolysis | | | 1 (2%) |
|   Congestion, chronic | 1 (2%) | | |
|   Cyst | | | 1 (2%) |
|   Fibrosis | | 1 (2%) | |
|   Fibrosis, focal | | 5 (10%) | 2 (4%) |
|   Hematopoietic cell proliferation | 1 (2%) | 2 (4%) | 3 (6%) |
|   Hyperplasia, histiocytic | | 1 (2%) | |
|   Hyperplasia, lymphoid | | 1 (2%) | 1 (2%) |
|   Infarct | 3 (6%) | | |
|   Inflammation, granulomatous, focal | 1 (2%) | | 1 (2%) |
| Thymus | (48) | (40) | (43) |
|   Atrophy | | 2 (5%) | |
|   Cyst | 1 (2%) | | |
| **Integumentary System** | | | |
| Mammary gland | (45) | (48) | (50) |
|   Galactocele | 1 (2%) | | |
| Skin | (48) | (50) | (50) |
|   Cyst epithelial inclusion | | 1 (2%) | |
|   Subcutaneous tissue, inflammation | | | 1 (2%) |
|   Tail, necrosis | 1 (2%) | | |
| **Musculoskeletal System** | | | |
| Bone | (49) | (50) | (50) |
|   Fibrous osteodystrophy | 3 (6%) | 4 (8%) | 5 (10%) |
|   Coccygeal, necrosis | 1 (2%) | | |
|   Pelvis, fracture | | 1 (2%) | |
| **Nervous System** | | | |
| Brain | (49) | (50) | (50) |
|   Compression | 5 (10%) | 2 (4%) | 2 (4%) |
|   Hemorrhage | | 1 (2%) | |
|   Infarct | | | 1 (2%) |
|   Necrosis, focal | 1 (2%) | 2 (4%) | |
| Spinal cord | | | (1) |
|   Degeneration | | | 1 (100%) |

Board Draft                                                                                 NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                JNJ 000009040

A-32                                              Talc, NTP TR 421

**TABLE A4**
Summary of the Incidence of Nonneoplastic Lesions in Male Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Respiratory System** | | | |
| Larynx | (48) | (49) | (49) |
|   Inflammation, suppurative | 6 (13%) | | |
| Lung | (49) | (50) | (50) |
|   Congestion | 1 (2%) | | |
|   Crystals, focal | 1 (2%) | | |
|   Cyst | | | 3 (6%) |
|   Hemorrhage, chronic | 2 (4%) | | |
|   Infarct | 1 (2%) | | |
|   Inflammation, granulomatous | 2 (4%) | 50 (100%) | 49 (98%) |
|   Inflammation, suppurative | | 2 (4%) | |
|   Mineralization | | 4 (8%) | |
|   Alveolar epithelium, hyperplasia | 5 (10%) | 26 (52%) | 38 (76%) |
|   Alveolus, hemorrhage, focal | 1 (2%) | | |
|   Alveolus, metaplasia, squamous | | | 2 (4%) |
|   Artery, thrombosis | 1 (2%) | | |
|   Interstitium, fibrosis, focal | 1 (2%) | 16 (32%) | 33 (66%) |
|   Interstitium, mineralization | 2 (4%) | 1 (2%) | 4 (8%) |
|   Peribronchial, hyperplasia, histiocytic | | 12 (24%) | 8 (16%) |
| Nose | (49) | (48) | (47) |
|   Inflammation, suppurative | 2 (4%) | 1 (2%) | |
|   Lumen, foreign body | 1 (2%) | | |
|   Lumen, hemorrhage | | | 1 (2%) |
|   Mucosa, inflammation, suppurative | 4 (8%) | 5 (10%) | 2 (4%) |
|   Nasolacrimal duct, inflammation, suppurative | | 1 (2%) | |
|   Respiratory epithelium, hyperplasia | | 3 (6%) | 14 (30%) |
| Trachea | (49) | (50) | (48) |
|   Inflammation, suppurative | 3 (6%) | | 1 (2%) |
| **Special Senses System** | | | |
| Eye | (3) | (2) | (2) |
|   Cataract | 1 (33%) | 1 (50%) | 2 (100%) |
|   Inflammation, chronic | | | 1 (50%) |
|   Cornea, inflammation, necrotizing | | | 1 (50%) |
|   Cornea, necrosis | 1 (33%) | | |
|   Lens, cataract | 1 (33%) | | |
|   Retina, degeneration | 2 (67%) | 1 (50%) | 1 (50%) |
| **Urinary System** | | | |
| Kidney | (49) | (49) | (48) |
|   Calculus micro observation only | | | 1 (2%) |
|   Cyst | 3 (6%) | | 1 (2%) |
|   Hydronephrosis | | 1 (2%) | 1 (2%) |
|   Nephropathy | 45 (92%) | 47 (96%) | 43 (90%) |
|   Medulla, inflammation | | 1 (2%) | 1 (2%) |
|   Renal tubule, necrosis | | 1 (2%) | |
| Ureter | | | (1) |
|   Calculus micro observation only | | | 1 (100%) |
| Urethra | | | (1) |
|   Fibrosis | | | 1 (100%) |
| Urinary bladder | (49) | (48) | (47) |
|   Calculus gross observation | | | 1 (2%) |
|   Inflammation | 1 (2%) | | |
|   Mucosa, hyperplasia | | | 1 (2%) |

[a] Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                 Board Draft

Protected Document--Subject to Protective Order                        JNJ 000009041

# APPENDIX B
# SUMMARY OF LESIONS IN FEMALE RATS IN THE LIFETIME INHALATION STUDY OF TALC

TABLE B1   Summary of the Incidence of Neoplasms in Female Rats
           in the Lifetime Inhalation Study of Talc .................................. B-2
TABLE B2   Individual Animal Tumor Pathology of Female Rats
           in the Lifetime Inhalation Study of Talc .................................. B-6
TABLE B3   Statistical Analysis of Primary Neoplasms in Female Rats
           in the Lifetime Inhalation Study of Talc .................................. B-24
TABLE B4   Summary of the Incidence of Nonneoplastic Lesions in Female Rats
           in the Lifetime Inhalation Study of Talc .................................. B-29

Protected Document--Subject to Protective Order                        JNJ 000009042

B-2                                                                                          Talc, NTP TR 421

TABLE B1
Summary of the Incidence of Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
|   Moribund | 28 | 17 | 27 |
|   Natural deaths | 11 | 19 | 14 |
| Survivors | | | |
|   Terminal sacrifice | 11 | 13 | 9 |
| Missing | | 1 | |
| Animals examined microscopically | 50 | 49 | 50 |
| **Alimentary System** | | | |
| Intestine small, ileum | (44) | (32) | (38) |
| Liver | (50) | (48) | (50) |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | 1 (2%) |
|   Hepatocellular carcinoma | | 1 (2%) | |
|   Neoplastic nodule | | 3 (6%) | 1 (2%) |
| Pancreas | (50) | (46) | (49) |
| Pharynx | | | (1) |
|   Squamous cell carcinoma | | | 1 (100%) |
| Salivary glands | (50) | (48) | (50) |
|   Fibrosarcoma | | | 1 (2%) |
|   Sarcoma | | 1 (2%) | |
| Stomach, forestomach | (50) | (45) | (49) |
| Stomach, glandular | (50) | (47) | (50) |
| Tongue | | (2) | |
|   Sarcoma, metastatic | | 1 (50%) | |
|   Squamous cell papilloma | | 1 (50%) | |
| Tooth | | (1) | |
|   Adamantinoma benign | | 1 (100%) | |
| **Cardiovascular System** | | | |
| Heart | (50) | (48) | (50) |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | 1 (2%) |
| **Endocrine System** | | | |
| Adrenal gland, cortex | (50) | (47) | (49) |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | 1 (2%) |
| Adrenal gland, medulla | (48) | (47) | (49) |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | 1 (2%) |
|   Pheochromocytoma malignant | | 1 (2%) | 7 (14%) |
|   Pheochromocytoma benign | 13 (27%) | 10 (21%) | 11 (22%) |
|   Bilateral, pheochromocytoma malignant | | | 3 (6%) |
|   Bilateral, pheochromocytoma benign | | 4 (9%) | 7 (14%) |
| Islets, pancreatic | (50) | (45) | (49) |
|   Adenoma | 1 (2%) | 1 (2%) | 1 (2%) |
| Parathyroid gland | (43) | (42) | (47) |
| Pituitary gland | (50) | (47) | (50) |
|   Pars distalis, adenoma | 19 (38%) | 18 (38%) | 21 (42%) |
|   Pars distalis, carcinoma | 3 (6%) | 3 (6%) | 2 (4%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                          Board Draft

Protected Document--Subject to Protective Order                                              JNJ 000009043

Lesions in Female Rats                                                                                                         B-3

TABLE B1
Summary of the Incidence of Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Endocrine System (continued)** | | | |
| Thyroid gland | (50) | (47) | (49) |
|   Bilateral, C-cell, carcinoma | 1 (2%) | | |
|   C-cell, adenoma | 5 (10%) | | 6 (12%) |
|   C-cell, carcinoma | 2 (4%) | 2 (4%) | 2 (4%) |
|   Follicular cell, adenoma | | 1 (2%) | |
| **General Body System** | | | |
| None | | | |
| **Genital System** | | | |
| Clitoral gland | (47) | (44) | (46) |
|   Adenoma | | | 1 (2%) |
|   Carcinoma | 2 (4%) | | 1 (2%) |
| Ovary | (50) | (47) | (50) |
|   Granulosa cell tumor malignant | 1 (2%) | | |
|   Granulosa cell tumor benign | | 2 (4%) | |
|   Granulosa-theca tumor benign | | 1 (2%) | |
|   Bilateral, granulosa-theca tumor malignant | | | 1 (2%) |
| Uterus | (50) | (48) | (50) |
|   Polyp stromal | 5 (10%) | 7 (15%) | 4 (8%) |
|   Sarcoma stromal | | 1 (2%) | |
| **Hematopoietic System** | | | |
| Bone marrow | (50) | (43) | (49) |
| Lymph node | (50) | (48) | (50) |
| Lymph node, bronchial | (46) | (47) | (47) |
|   Adenocarcinoma, metastatic, thyroid gland | 1 (2%) | | |
|   Squamous cell carcinoma, metastatic, lung | | | 1 (2%) |
| Lymph node, mandibular | (47) | (46) | (47) |
|   Sarcoma, metastatic | | 1 (2%) | |
| Lymph node, mediastinal | (47) | (44) | (47) |
|   Adenocarcinoma, metastatic, thyroid gland | 1 (2%) | | |
|   Carcinoma, metastatic, uncertain primary site | | | 1 (2%) |
|   Fibrosarcoma, metastatic, skin | | | 1 (2%) |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | 1 (2%) |
| Lymph node, mesenteric | (49) | (47) | (47) |
| Spleen | (50) | (48) | (50) |
| Thymus | (47) | (44) | (47) |
|   Mixed tumor malignant | | 1 (2%) | |
|   Myxoma | | 1 (2%) | |
|   Schwannoma benign | | | 1 (2%) |
|   Thymoma benign | 1 (2%) | | |
| **Integumentary System** | | | |
| Mammary gland | (50) | (48) | (50) |
|   Adenocarcinoma | 2 (4%) | | 2 (4%) |
|   Adenoma | 1 (2%) | 2 (4%) | 2 (4%) |
|   Fibroadenoma | 11 (22%) | 10 (21%) | 13 (26%) |
|   Fibroma | 1 (2%) | 1 (2%) | |
|   Fibrosarcoma | | | 1 (2%) |

Board Draft                                                                          NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order
JNJ 000009044

Pltf_JNJ_00000929

TABLE B1
Summary of the Incidence of Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Integumentary System** (continued) | | | |
| Skin | (50) | (49) | (50) |
|   Keratoacanthoma | | 1 (2%) | 1 (2%) |
|   Subcutaneous tissue, fibrosarcoma | | 1 (2%) | 1 (2%) |
| **Musculoskeletal System** | | | |
| Bone | (50) | (48) | (50) |
|   Mandible, sarcoma | 1 (2%) | | |
|   Mandible, sarcoma, metastatic | | 1 (2%) | |
| Skeletal muscle | (1) | (1) | |
|   Liposarcoma | | 1 (100%) | |
| **Nervous System** | | | |
| Brain | (50) | (48) | (50) |
|   Astrocytoma benign | 1 (2%) | | |
|   Carcinoma, metastatic, pituitary gland | 2 (4%) | 1 (2%) | 1 (2%) |
|   Ependymoma malignant | 1 (2%) | | |
| **Respiratory System** | | | |
| Larynx | (50) | (48) | (48) |
|   Adenocarcinoma, metastatic, thyroid gland | 1 (2%) | | |
| Lung | (50) | (48) | (50) |
|   Adenocarcinoma, metastatic, multiple, mammary gland | 1 (2%) | | |
|   Alveolar/bronchiolar adenoma | 1 (2%) | | 8 (16%) |
|   Alveolar/bronchiolar adenoma, multiple | | | 1 (2%) |
|   Alveolar/bronchiolar carcinoma | | | 4 (8%) |
|   Alveolar/bronchiolar carcinoma, multiple | | | 1 (2%) |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | 1 (2%) |
|   Squamous cell carcinoma | | | 1 (2%) |
| **Special Senses System** | | | |
| None | | | |
| **Urinary System** | | | |
| Kidney | (49) | (47) | (49) |
|   Lipoma | | 1 (2%) | |
| Urinary bladder | (50) | (45) | (50) |
| **Systemic Lesions** | | | |
| Multiple organs[b] | (50) | (49) | (50) |
|   Leukemia mononuclear | 13 (26%) | 20 (41%) | 18 (36%) |
|   Lymphoma malignant lymphocytic | | 2 (4%) | |
|   Lymphoma malignant mixed | | 1 (2%) | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                       Board Draft

Protected Document--Subject to Protective Order                                          JNJ 000009045

Lesions in Female Rats B-5

TABLE B1
Summary of the Incidence of Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Tumor Summary** | | | |
| Total animals with primary neoplasms[c] | 44 | 47 | 49 |
| Total primary neoplasms | 85 | 100 | 124 |
| Total animals with benign neoplasms | 38 | 35 | 39 |
| Total benign neoplasms | 59 | 65 | 78 |
| Total animals with malignant neoplasms | 23 | 31 | 35 |
| Total malignant neoplasms | 26 | 35 | 46 |
| Total animals with metastatic neoplasms | 4 | 3 | 4 |
| Total metastatic neoplasms | 6 | 8 | 10 |
| Total animals with malignant neoplasms, uncertain primary site | | | 1 |

[a] Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.
[b] Number of animals with any tissue examined microscopically
[c] Primary tumors: all tumors except metastatic tumors

B-6                                                                                             Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 0 mg/m³

| | |
|---|---|
| Number of Days on Study | 3 3 3 5 5 5 5 5 6 6 6 6 6 6 6 7 7 7 7 7 7 7 7 7 7<br>7 9 9 5 6 8 8 9 2 3 4 7 7 8 9 1 1 2 3 6 6 6 6 7 7<br>0 0 8 8 8 4 6 9 6 4 7 7 8 8 6 6 9 7 1 2 6 7 8 2 9 |
| Carcass ID Number | 3 4 3 3 3 3 4 3 3 3 3 4 3 3 3 3 4 3 3 3 3 3 3 3 4<br>3 3 7 0 5 5 3 2 5 8 0 7 0 0 5 2 0 0 9 8 5 2 2 3 0<br>5 0 7 6 0 7 2 9 8 4 2 6 2 8 9 7 5 6 7 2 1 8 6 1 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Alimentary System**
Esophagus                      M + + + + + + + + + + + + + + + + + + + + + + + +
Intestine large                + + + + + + + + + A + + + + + + + + + + + + + + +
Intestine large, cecum         + A + + + + + + + A + + + A A + + + + + + + + + +
Intestine large, colon         + + + + + + + + + A + + + A + + + + + + + + + + +
Intestine large, rectum        + A M + + A + M M M + + + + + M + + M + + + + + +
Intestine small                + A + + + + + + + A + + + + + + + + + + + + + + +
Intestine small, duodenum      + A + + + + + + + A + + + + + + + + + + + + + + +
Intestine small, ileum         + A + + + + + + + . + A + + + + A + A A + + + + +
Intestine small, jejunum       + A + + + + A + + A + + + + A + + + A + + + + + +
Liver                          + + + + + + + + + + + + + + + + + + + + + + + + +
Mesentery                                                     +
Pancreas                       + + + + + + + + + + + + + + + + + + + + + + + + +
Salivary glands                + + + + + + + + + + + + + + + + + + + + + + + + +
Stomach                        + + + + + + + + + + + + + + + + + + + + + + + + +
Stomach, forestomach           + + + + + + + + + + + + + + + + + + + + + + + + +
Stomach, glandular             + + + + + + + + + + + + + + + + + + + + + + + + +

**Cardiovascular System**
Blood vessel                                                                 +
Heart                          + + + + + + + + + + + + + + + + + + + + + + + + +

**Endocrine System**
Adrenal gland                  + + + + + + + + + + + + + + + + + + + + + + + + +
Adrenal gland, cortex          + . + + + + + + + + + + + + + + + + + + + + + + +
Adrenal gland, medulla         + + + + + + + + + + + + + + + + + + + + + + + I +
  Pheochromocytoma benign                              X           X         X X
Islets, pancreatic             + + + + + + + + + + + + + + + + + + + + + + + + +
  Adenoma
Parathyroid gland              + M M + + + + + + + M + + + + + M + + + + + + + M
Pituitary gland                + + + + + + + + + + + + + + + + + + + + + + + + +
  Pars distalis, adenoma              X   X X X                   X X   X       X X
  Pars distalis, carcinoma                                    X
Thyroid gland                  + + + + + + + + + + + + + + + + + + + + + + + + +
  Bilateral, C-cell, carcinoma                               X
  C-cell, adenoma
  C-cell, carcinoma

**General Body System**
  None

---

+: Tissue examined microscopically          M: Missing tissue           X: Lesion present
A: Autolysis precludes examination          I: Insufficient tissue      Blank: Not examined

NOT FOR DISTRIBUTION OR ATTRIBUTION                                           Board Draft

Protected Document--Subject to Protective Order                                      JNJ 000009047

Lesions in Female Rats                                                                                                     B-7

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 0 mg/m³ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 8 0 0 0 1 1 1 2 2 3 4 4 5 6 6 6 6 6 6 6 6 6 6 6<br>6 9 0 5 8 3 6 7 4 7 5 1 6 9 2 2 2 2 2 3 3 3 3 3 3 | |
| Carcass ID Number | 4 3 3 3 3 4 3 4 3 3 3 3 4 4 3 3 3 3 3 3 3 3 4 4 4<br>2 1 5 3 0 2 7 2 8 5 7 5 0 2 0 1 2 3 3 8 8 9 0 0 2<br>5 1 6 6 1 4 3 7 3 2 4 6 3 2 3 2 9 0 2 0 1 9 0 7 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total Tissues/ Tumors |
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Intestine large | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Intestine large, cecum | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Intestine large, colon | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Intestine large, rectum | M + + + M + + + + + + + + + + + + + + + M + + M + | 38 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Intestine small, duodenum | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Intestine small, ileum | + + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Intestine small, jejunum | + + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Mesentery | | 1 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Cardiovascular System** | | |
| Blood vessel | + + | 3 |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Endocrine System** | | |
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Adrenal gland, medulla | + + + + + + + + + + M + + + + + + + + + + + + + + | 48 |
| Pheochromocytoma benign | X X X X X X X X X X | 13 |
| Islets, pancreatic | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Adenoma | X | 1 |
| Parathyroid gland | + + + + + + + M + + + + + + + + + + M + + + + | 43 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Pars distalis, adenoma | X X X X X X X X X X X | 19 |
| Pars distalis, carcinoma | X X | 3 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Bilateral, C-cell, carcinoma | | 1 |
| C-cell, adenoma | X X X X X | 5 |
| C-cell, carcinoma | X X | 2 |
| **General Body System** | | |
| None | | |

Board Draft                                                                                      NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                JNJ 000009048
Pltf_JNJ_00000929

B-8

Talc, NTP TR 421

**TABLE B2**
**Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 0 mg/m³** (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 3 7 0 | 3 9 0 | 3 9 8 | 5 5 8 | 5 6 8 | 5 8 4 | 5 8 6 | 5 9 9 | 6 2 6 | 6 3 4 | 6 4 7 | 6 7 7 | 6 7 8 | 6 8 8 | 6 9 6 | 7 1 6 | 7 1 9 | 7 2 7 | 7 3 1 | 7 6 2 | 7 6 6 | 7 6 7 | 7 6 8 | 7 7 2 | 7 7 9 |
| Carcass ID Number | 3 3 5 1 | 4 3 0 1 | 3 7 7 1 | 3 0 6 1 | 3 5 0 1 | 4 5 7 1 | 4 3 2 1 | 3 2 9 1 | 3 5 8 1 | 3 8 4 1 | 3 0 2 1 | 4 7 6 1 | 3 0 2 1 | 3 0 8 1 | 3 5 9 1 | 3 2 7 1 | 4 0 5 1 | 3 0 6 1 | 3 9 7 1 | 3 8 2 1 | 3 5 1 1 | 3 2 8 1 | 3 2 6 1 | 3 3 1 1 | 4 0 8 1 |
| **Genital System** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clitoral gland | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | M | + | + | + |
| Carcinoma | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ovary | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Granulosa cell tumor malignant | | | | | | | | | | | | | | | | | | | | | | X | | | |
| Uterus | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Polyp stromal | | | | X | | | | | | | | | | | | | | | | | | | | | |
| **Hematopoietic System** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bone marrow | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Lymph node | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Lymph node, bronchial | + | + | + | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Adenocarcinoma, metastatic, thyroid gland | | | | | | | | | | | | | | X | | | | | | | | | | | |
| Lymph node, mandibular | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + |
| Lymph node, mediastinal | M | + | + | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Adenocarcinoma, metastatic, thyroid gland | | | | | | | | | | | | | | X | | | | | | | | | | | |
| Lymph node, mesenteric | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Spleen | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Thymus | M | M | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Thymoma benign | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Integumentary System** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mammary gland | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Adenocarcinoma | X | | | | X | | | | | | | | | | | | | | | | | | | | |
| Adenoma | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fibroadenoma | | | | | | | | | X | | X | | | | | | | | X | | | | | | |
| Fibroma | | | | | | | | | | | X | | | | | | | | | | | | | | |
| Skin | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| **Musculoskeletal System** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bone | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Mandible, sarcoma | | | | | | | | | | | | | | | | | X | | | | | | | | |
| Skeletal muscle | | | | + | | | | | | | | | | | | | | | | | | | | | |
| **Nervous System** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Brain | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Astrocytoma benign | | | | | | | | | | | | | | | | | | | | | X | | | | |
| Carcinoma, metastatic, pituitary gland | | | | | | | | | | | | | | X | | | | | | | | | | | |
| Ependymoma malignant | | | | | | | | | | | | | | | | | | | | | | | | | |

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009049

Lesions in Female Rats                                                                                     B-9

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | Values | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 8 0 0 0 1 1 1 2 2 3 4 4 5 6 6 6 6 6 6 6 6 6 6 6<br>6 9 0 5 8 3 6 7 4 7 5 1 6 9 2 2 2 2 2 3 3 3 3 3 3 | |
| Carcass ID Number | 4 3 3 3 3 4 3 4 3 3 3 3 4 4 3 3 3 3 3 3 3 3 4 4 4<br>2 1 5 3 0 2 7 2 8 5 7 5 0 2 0 1 2 3 3 8 8 9 0 0 2<br>5 1 6 6 1 4 3 7 3 2 4 6 3 2 3 2 9 0 2 0 1 9 0 7 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total Tissues/ Tumors |
| **Genital System** | | |
| Clitoral gland | + + + + + + + + + + + + M + + + + + + + + + + + + | 47 |
|    Carcinoma |                                                         X X | 2 |
| Ovary | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|    Granulosa cell tumor malignant | | 1 |
| Uterus | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|    Polyp stromal |   X X  X                  X | 5 |
| **Hematopoietic System** | | |
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Lymph node, bronchial | + + M + + + + + + + + + + + + M + + M + + + + + + | 46 |
|    Adenocarcinoma, metastatic, thyroid gland | | 1 |
| Lymph node, mandibular | + + + + + + + + + + + + + + + + M + + + + + + + + | 47 |
| Lymph node, mediastinal | + + + + + + + + + + + + + + + + + + M + + + + + + | 47 |
|    Adenocarcinoma, metastatic, thyroid gland | | 1 |
| Lymph node, mesenteric | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Thymus | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|    Thymoma benign |                                                X | 1 |
| **Integumentary System** | | |
| Mammary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|    Adenocarcinoma | | 2 |
|    Adenoma |                                     X | 1 |
|    Fibroadenoma |      X  X X    X X X        X        X | 11 |
|    Fibroma | | 1 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|    Mandible, sarcoma | | 1 |
| Skeletal muscle | | 1 |
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|    Astrocytoma benign | | 1 |
|    Carcinoma, metastatic, pituitary gland |                 X | 2 |
|    Ependymoma malignant |                             X | 1 |

Board Draft                                                         NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                              JNJ 000009050

B-10                                                                                           Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 0 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 3 3 3 5 5 5 5 5 6 6 6 6 6 6 6 6 7 7 7 7 7 7 7 7 7 7<br>7 9 9 5 6 8 8 9 2 3 4 7 7 8 9 1 1 2 3 6 6 6 6 7 7<br>0 0 8 8 8 4 6 9 6 4 7 7 8 8 6 6 9 7 1 2 6 7 8 2 9 |
| Carcass ID Number | 3 4 3 3 3 3 4 4 3 3 3 4 3 3 3 3 4 3 3 3 3 3 3 3 4<br>3 3 7 0 5 5 3 2 5 8 0 7 0 0 5 2 0 0 9 8 5 2 2 3 0<br>5 0 7 6 0 7 2 9 8 4 2 6 2 8 9 7 5 6 7 2 1 8 6 1 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |
| **Respiratory System** | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + + + |
|   Adenocarcinoma, metastatic, thyroid gland |                       X |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + |
|   Adenocarcinoma, metastatic, multiple, mammary gland |           X |
|   Alveolar/bronchiolar adenoma | |
| Nose | + A + + + + + + + A + + + + + + + + + + + + + + + |
| Trachea | + + + + + + + + + + + + + + + + + + + + + + + + + |
| **Special Senses System** | |
| Eye |      + |
| Harderian gland |          +              +     + |
| **Urinary System** | |
| Kidney | + + + + + + + + + A + + + + + + + + + + + + + + + |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + + + |
| **Systemic Lesions** | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + |
|   Leukemia mononuclear | X X X X       X       X         X |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                          Board Draft

Protected Document--Subject to Protective Order                                              JNJ 000009051