Lesions in Female Rats      B-11

**TABLE B2**
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | | Total Tissues/Tumors |
|---|---|---|
| Number of Days on Study | 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 8 0 0 0 1 1 1 2 2 3 4 4 5 6 6 6 6 6 6 6 6 6 6 6<br>6 9 0 5 8 3 6 7 4 7 5 1 6 9 2 2 2 2 2 3 3 3 3 3 3 | |
| Carcass ID Number | 4 3 3 3 3 4 3 4 3 3 3 3 4 4 3 3 3 3 3 3 3 3 4 4 4<br>2 1 5 3 0 2 7 2 8 5 7 5 0 2 0 1 2 3 3 8 8 9 0 0 2<br>5 1 5 6 1 4 3 7 3 2 4 6 3 2 3 2 9 0 2 0 1 9 0 7 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Respiratory System** | | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Adenocarcinoma, metastatic, thyroid gland | | 1 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Adenocarcinoma, metastatic, multiple, mammary gland | | 1 |
|   Alveolar/bronchiolar adenoma |    X | 1 |
| Nose | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Trachea | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Special Senses System** | | |
| Eye |          -                    + | 2 |
| Harderian gland |         + + | 5 |
| **Urinary System** | | |
| Kidney | + + + + + + + + +.+ + + + + + + + + + + + + + + + | 49 |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Leukemia mononuclear | X            X X X   X              X | 13 |

Board Draft                                                         NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order      JNJ 000009052

B-12                                                                                                    Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³

| | Number of Days on Study |
|---|---|
| | 4 5 5 5 5 5 5 6 6 6 6 6 6 7 7 7 7 7 7 7 7 7 7 7 |
| | 8 0 2 5 6 6 6 4 5 6 7 9 9 0 2 2 2 3 4 4 5 6 6 6 |
| | 2 8 6 7 1 6 6 7 1 8 8 0 7 5 0 4 9 8 0 7 5 0 2 6 8 |

| Carcass ID Number | |
|---|---|
| | 0 0 0 1 0 0 0 1 0 1 1 0 0 0 0 1 1 0 1 0 1 0 0 0 |
| | 3 4 6 3 6 4 9 1 9 4 1 4 9 7 4 0 1 8 1 3 1 6 2 1 6 |
| | 8 8 8 7 9 3 5 0 6 1 8 5 2 0 0 9 6 9 5 9 2 7 3 7 3 |
| | 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Alimentary System**
 Esophagus                         + A + + + + + + + + + + + + + + + + + + + + + + +
 Intestine large                   + A + + + + A + + + + + A + A + + + A + A +
 Intestine large, cecum            + A + + + + A A + + + A + A + A + + A A A + A A
 Intestine large, colon            + A + + + + A + + + + + A + A + + A + A + A +
 Intestine large, rectum           + A + + + + A M + M M M + M + A + + + + M + A +
 Intestine small                   + A + + + + A A + + + + + + + + + + + + + + + +
 Intestine small, duodenum         + A + + + + A A + + + + + A + + + + + + + + + +
 Intestine small, ileum            + A A + + + A A + A + A + A A A + + A + A + A +
 Intestine small, jejunum          + A + + + + A A + + + + + A + A + + A + A + A +
 Liver                             + A + + + + + + + + + + + + + + + + + + + + + +
  Hepatocellular carcinoma
  Neoplastic nodule                                                X
 Mesentery                                                                              +   +
 Pancreas                          + A + + + + A + + + + + + + + + + + + + + + + +
 Salivary glands                   + A + + + + + + + + + + + + + + + + + + + + + +
  Lymphoma malignant lymphocytic,
   metastatic
  Sarcoma                                X
 Stomach                           + A + + + + + + + + + + + + + + A + + + + + + +
 Stomach, forestomach              + A + + + + + + + + + + + + + + A + + + + + + +
 Stomach, glandular                + A + + + + + + + + + + + + + + A + + + + + + +
 Tongue                                    +
  Sarcoma, metastatic                      X
  Squamous cell papilloma
 Tooth                                                              +
  Adamantinoma benign                                               X

**Cardiovascular System**
 Blood vessel                                                                    +
 Heart                             + A + + + + + + + + + + + + + + + + + + + + + + +

**Endocrine System**
 Adrenal gland                     + A + + + + A + + + + + + + + + + + + + + + + +
 Adrenal gland, cortex             + A + + + + A + + + + + + + + + + + + + + + + +
 Adrenal gland, medulla            + A + + + + A + + + + + + + + + + + + + + + + +
  Pheochromocytoma malignant
  Pheochromocytoma benign                                      X              X        X
  Bilateral, pheochromocytoma benign                                                X
 Islets, pancreatic                + A + + + + A + + + + + + + + + + + + + + + + M
  Adenoma
 Parathyroid gland                 + A + + + M + + + M + + + + + + + + + I + + +
 Pituitary gland                   + A + + + + I + + + + + + + + + + + + + + + + +
  Pars distalis, adenoma                                       X X           X X X X       X
  Pars distalis, carcinoma                    X           X
 Thyroid gland                     + A + + + + + + + + + + + + + + + + A + + + +
  C-cell, carcinoma
  Follicular cell, adenoma

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                     Board Draft

Protected Document--Subject to Protective Order                                 JNJ 000009053

Lesions in Female Rats                                                                                                                B-13

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³ (continued)

| | Number of Days on Study: 7 7 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 9 9 9 0 1 1 1 1 4 4 6 6 6 6 6 6 6 6 6 6 6 6 6<br>6 8 8 9 0 2 5 8 9 1 9 2 2 2 2 2 2 2 2 3 3 3 3 3 3 | Total Tissues/ Tumors |
|---|---|---|
| Carcass ID Number | 1 0 1 1 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 1 1 1 1 1<br>4 2 4 3 8 1 3 6 1 4 6 1 1 2 2 4 6 7 8 9 1 3 3 4<br>4 4 3 8 5 4 7 6 7 4 4 6 8 0 1 7 2 1 6 1 1 3 6 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Intestine large | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Intestine large, cecum | A A A A + + + + + + + + + + + + + + + + + + + + | 34 |
| Intestine large, colon | + A + + + + + + + + + + + + + + + + + + + + + + | 41 |
| Intestine large, rectum | + M + + + + + + M + + + + + + + + + + + + + + + | 37 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Intestine small, duodenum | + + + + + + + M + + + + + + + + + + + + + + + + | 44 |
| Intestine small, ileum | A A A A + A + + + + + + + + + + + + + + + + + + | 32 |
| Intestine small, jejunum | + A + + + + + + + + + + + + + + + + + + + + + + | 40 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Hepatocellular carcinoma |                                             X | 1 |
|   Neoplastic nodule |      X    X | 3 |
| Mesentery | | 2 |
| Pancreas | + M + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Lymphoma malignant lymphocytic, metastatic | X | 1 |
|   Sarcoma | | 1 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Stomach, forestomach | + + + + + + + + + + + + + M + M + + + + + + + + | 45 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Tongue |   + | 2 |
|   Sarcoma, metastatic | | 1 |
|   Squamous cell papilloma |   X | 1 |
| Tooth | | 1 |
|   Adamantinoma benign | | 1 |
| **Cardiovascular System** | | |
| Blood vessel |    +             + | 3 |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| **Endocrine System** | | |
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Adrenal gland, medulla | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Pheochromocytoma malignant |          X | 1 |
|   Pheochromocytoma benign |   X   X X X   X   X X | 10 |
|   Bilateral, pheochromocytoma benign | X   X                         X | 4 |
| Islets, pancreatic | + M + + + + + + + + + + + + + + + + + + + + + + | 45 |
|   Adenoma |                          X | 1 |
| Parathyroid gland | + M M I + + + + + + + + + + + + + + + + + + + + | 42 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Pars distalis, adenoma | X   X X X X X   X   X   X         X X | 18 |
|   Pars distalis, carcinoma |              X | 3 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   C-cell, carcinoma |     X X | 2 |
|   Follicular cell, adenoma |    X | 1 |

Board Draft                                                                                                        NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009054

Pltf_JNJ_00000929

B-14  Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 4 5 5 5 5 5 6 6 6 6 6 6 7 7 7 7 7 7 7 7 7 7 7 7<br>8 0 2 5 6 6 6 4 5 6 7 9 9 0 2 2 2 3 4 4 5 6 6 6<br>2 8 6 7 1 6 6 7 1 8 8 0 7 5 0 4 9 8 0 7 5 0 2 6 8 |
| Carcass ID Number | 0 0 0 1 0 0 0 1 0 1 1 0 0 0 0 1 1 0 1 0 1 0 0 0 0<br>3 4 6 3 6 4 9 1 9 4 1 4 9 7 4 0 1 8 1 3 1 6 2 1 6<br>8 8 8 7 9 3 5 0 6 1 8 5 2 0 0 9 6 9 5 9 2 7 3 7 3<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**General Body System**
  None

**Genital System**
  Clitoral gland        + A + + + + + + + + + + + + + + + + M M + + + M M
  Ovary                 + A + + + + + + + + + + + + + + + + + + + + + + +
    Granulosa cell tumor benign
    Granulosa-theca tumor benign                                         X
  Uterus                + + + + + + + + + + + + + + + + + + + + + + + + +
    Lymphoma malignant lymphocytic, metastatic
    Polyp stromal                X                    X   X                       X
    Sarcoma stromal              X

**Hematopoietic System**
  Bone marrow           + A + + + + A A + + + A + + + + + + + A + + +
  Lymph node            + A + + + + + + + + + + + + + + + + + + + + +
  Lymph node, bronchial + A + + + + + + + + + + + M + + + + + + + + +
  Lymph node, mandibular + A + M + + + A + + + + + + + + + + + + + + +
    Sarcoma, metastatic          X
  Lymph node, mediastinal + A + + + + + + + + + + + + + + + + + + M + +
  Lymph node, mesenteric + A + + + + A + + + + + + + + + + + + + + + +
  Spleen                + A + + + + + + + + + + + + + + + + + + + + +
  Thymus                + A + + + + + + + + M M + + + + I + + + + + + +
    Mixed tumor malignant                       X
    Myxoma                                                  X

**Integumentary System**
  Mammary gland         + + + + + + + + + + M + + + + + + + + + + + + +
    Adenoma
    Fibroadenoma        X       X                                    X X   X
    Fibroma
    Lymphoma malignant lymphocytic, metastatic
  Skin                  + + + + + + + + + + + + + + + + + + + + + + + + +
    Keratoacanthoma
    Subcutaneous tissue, fibrosarcoma                                X

NOT FOR DISTRIBUTION OR ATTRIBUTION                                    Board Draft

Protected Document--Subject to Protective Order                        JNJ 000009055

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 6 mg/m$^3$ (continued)

| | Number of Days on Study | | Total Tissues/ Tumors |
|---|---|---|---|
| Number of Days on Study | | 7 7 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 9 9 9 0 1 1 1 1 4 4 6 6 6 6 6 6 6 6 6 6 6 6 6<br>6 8 8 9 0 2 5 8 9 1 9 2 2 2 2 2 2 2 3 3 3 3 3 3 | |
| Carcass ID Number | | 1 0 1 1 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1<br>4 2 4 3 8 1 3 6 1 4 6 1 1 2 2 4 6 7 8 9 1 3 3 4<br>4 4 3 8 5 4 7 6 7 4 4 4 6 8 0 1 7 2 1 6 1 1 3 6 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total Tissues/ Tumors |

**General Body System**
   None

**Genital System**
| | | |
|---|---|---|
| Clitoral gland | + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Ovary | + + + + + + + + + + + + + + + + + + + + + + M + | 47 |
|   Granulosa cell tumor benign |                                                 X X | 2 |
|   Granulosa-theca tumor benign | | 1 |
| Uterus | + + + + + + + + + + + + + + + + + + + + + + M + | 48 |
|   Lymphoma malignant lymphocytic, metastatic | X | 1 |
|   Polyp stromal |          X     X     X X | 7 |
|   Sarcoma stromal | | 1 |

**Hematopoietic System**
| | | |
|---|---|---|
| Bone marrow | + + A + + + + + + + + + + + + + + + + + + + + + | 43 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lymph node, bronchial | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Lymph node, mandibular | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Sarcoma, metastatic | | 1 |
| Lymph node, mediastinal | + + + + + + + M M + + + + + + M + + + + + + + + | 44 |
| Lymph node, mesenteric | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Thymus | + + + + + + + + + + + + + + + + + + + M + + + + | 44 |
|   Mixed tumor malignant | | 1 |
|   Myxoma | | 1 |

**Integumentary System**
| | | |
|---|---|---|
| Mammary gland | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Adenoma | X X | 2 |
|   Fibroadenoma |    X       X  X X                X | 10 |
|   Fibroma | X | 1 |
|   Lymphoma malignant lymphocytic, metastatic | X | 1 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Keratoacanthoma | X | 1 |
|   Subcutaneous tissue, fibrosarcoma | | 1 |

Board Draft                                                                                NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                             JNJ 000009056

B-16                                                                                     Talc, NTP TR 421

**TABLE B2**
**Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 6 mg/m$^3$** (continued)

| | | |
|---|---|---|
| Number of Days on Study | 4 5 5 5 5 5 6 6 6 6 6 6 7 7 7 7 7 7 7 7 7 7 7 7<br>8 0 2 5 6 6 6 4 5 6 7 9 9 0 2 2 2 3 4 4 5 6 6 6<br>2 8 6 7 1 6 6 7 1 8 8 0 7 5 0 4 9 8 0 7 5 0 2 6 8 | |
| Carcass ID Number | 0 0 0 1 0 0 0 1 0 1 1 0 0 0 0 1 1 0 1 0 1 0 0 0 0<br>3 4 6 3 6 4 9 1 9 4 1 4 9 7 4 0 1 8 1 3 1 6 2 1 6<br>8 8 8 7 9 3 5 0 6 1 8 5 2 0 0 9 6 9 5 9 2 7 3 7 3<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Musculoskeletal System**<br>  Bone<br>    Mandible, sarcoma, metastatic<br>  Skeletal muscle<br>    Liposarcoma | + A + + + + + + + + + + + + + + + + + + + + + + +<br>        X | |
| **Nervous System**<br>  Brain<br>    Carcinoma, metastatic, pituitary gland | + A + + + + + + + + + + + + + + + + + + + + + + +<br>        X | |
| **Respiratory System**<br>  Larynx<br>  Lung<br>  Nose<br>  Trachea | + A + + + + + + + + + + + + + + + + + + + + + + +<br>+ A + + + + + + + + + + + + + + + + + + + + + + +<br>+ A + + + + + A + + + + + + + A + + + A + + + + +<br>+ A + + + + + + + + + + + + + + + + + + + + + + + | |
| **Special Senses System**<br>  Harderian gland |                 +                    + | |
| **Urinary System**<br>  Kidney<br>    Lipoma<br>    Lymphoma malignant lymphocytic,<br>      metastatic<br>  Urinary bladder | + A + + + + + A + + + + + + + + + + + + + + + + +<br><br><br><br>+ A + M + + + A + + + + + + + + + + + + + + + + + | |
| **Systemic Lesions**<br>  Multiple organs<br>    Leukemia mononuclear<br>    Lymphoma malignant lymphocytic<br>    Lymphoma malignant mixed | + + + + + + + + + + + + + + + + + + + + + + + + +<br>    X       X X   X   X X         X X   X   X<br>                                  X<br>                                      X | |

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 6 mg/m³ (continued)

| Number of Days on Study | 789 | 799 | 799 | 790 | 802 | 815 | 818 | 819 | 841 | 849 | 862 | 862 | 862 | 862 | 862 | 862 | 863 | 863 | 863 | 863 | 863 | 863 | 863 | 863 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carcass ID Number | 1044 1 | 0243 1 | 1385 1 | 1054 1 | 0076 1 | 0067 1 | 0074 1 | 1046 1 | 0068 1 | 0010 1 | 0027 1 | 0041 1 | 0062 1 | 0071 1 | 0026 1 | 0011 1 | 0003 1 | 0016 1 | 1913 1 | 1330 1 | 1360 1 | 1340 1 | | | Total Tissues/ Tumors |

| | | Total Tissues/Tumors |
|---|---|---|
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Mandible, sarcoma, metastatic | | 1 |
| Skeletal muscle |                                           + | 1 |
| Liposarcoma |                                           X | 1 |
| **Nervous System** | | |
| Brain | + + + + + + + + - + + + + + + + + + + + + + + + | 48 |
| Carcinoma, metastatic, pituitary gland | | 1 |
| **Respiratory System** | | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + • | 48 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Nose | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Trachea | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| **Special Senses System** | | |
| Harderian gland |   +   +    +  +    + | 7 |
| **Urinary System** | | |
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Lipoma |                                           X | 1 |
| Lymphoma malignant lymphocytic, metastatic | X | 1 |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + M + | 45 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Leukemia mononuclear |  X                   X X X       X X X X | 20 |
| Lymphoma malignant lymphocytic | X | 2 |
| Lymphoma malignant mixed | | 1 |

Protected Document--Subject to Protective Order    JNJ 000009058
114 of 283    Pltf_JNJ_00000929

B-18                                                                                                       Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³

| | |
|---|---|
| Number of Days on Study | 5 5 5 5 6 6 6 6 6 6 6 6 6 6 6 7 7 7 7 7 7 7 7 7 7<br>3 5 8 9 1 3 4 6 6 7 7 7 8 9 9 0 1 1 1 2 3 4 4 4 7<br>6 8 6 4 5 3 6 0 1 5 6 8 4 3 7 6 0 6 7 4 9 0 6 7 3 |
| Carcass ID Number | 1 2 2 2 1 2 2 2 1 2 2 2 2 2 1 2 1 2 2 2 1 2 1 2 2<br>6 8 1 1 8 8 3 8 8 8 0 5 0 4 8 0 6 8 3 5 8 6 9 3 0<br>7 0 6 2 3 5 0 1 6 8 7 5 8 0 9 6 0 2 6 6 1 3 2 9 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

| | |
|---|---|
| **Alimentary System** | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Intestine large | + + A + + A + + + + + + + + + + + + + + + + + + + |
| Intestine large, cecum | + + A + + A + + + + M + + + + + + + + + + + A + + |
| Intestine large, colon | + + A + + A + + + + + + + + + + + + + + + A + + + |
| Intestine large, rectum | + M A M + A + + + + + M + + + + + M + + + + + + + |
| Intestine small | + + A + + + + + + + + + + + + + + + + + + + + + + |
| Intestine small, duodenum | + + A + + + + + + + + + + + + + M + + + + + + + + |
| Intestine small, ileum | + + A + + A A + + + + A + A + + + A + A + A + + + |
| Intestine small, jejunum | + + A + + A + + + + + + + + + + + + + A + + + + + |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Granulosa-theca tumor malignant, metastatic, ovary | X |
| Neoplastic nodule | |
| Pancreas | + + A + + + + + + + + + + + + + + + + + + + + + + |
| Pharynx | + |
| Squamous cell carcinoma | X |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Fibrosarcoma | |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + + |

| | |
|---|---|
| **Cardiovascular System** | |
| Blood vessel | |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + + |
| Granulosa-theca tumor malignant, metastatic, ovary | X |

| | |
|---|---|
| **Endocrine System** | |
| Adrenal gland | + + A + + + + + + + + + + + + + + + + + + + + + + |
| Adrenal gland, cortex | + + A + + + + + + + + + + + + + + + + + + + + + + |
| Granulosa-theca tumor malignant, metastatic, ovary | X |
| Adrenal gland, medulla | + + A + + + + + + + + + + + + + + + + + + + + + + |
| Granulosa-theca tumor malignant, metastatic, ovary | X |
| Pheochromocytoma malignant | |
| Pheochromocytoma benign | X |
| Bilateral, pheochromocytoma malignant | |
| Bilateral, pheochromocytoma benign | X X |
| Islets, pancreatic | + + A + + + + + + + + + + + + + + + + + + + + + + |
| Adenoma | X |
| Parathyroid gland | M + + + + + + + + + + + + + + + + + + + + + + + + |

Lesions in Female Rats                                                                                                      B-19

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 7 8 4 | 7 8 6 | 7 9 6 | 8 0 3 | 8 2 2 | 8 2 3 | 8 2 8 | 8 3 9 | 8 4 5 | 8 4 1 | 8 4 2 | 8 ·5 8 | 8 5 0 | 8 5 4 | 8 6 7 | 8 6 2 | 8 6 2 | 8 6 2 | 8 6 2 | 8 6 3 | 8 6 3 | 8 6 3 | 8 6 3 | 8 6 3 | | |
| Carcass ID Number | 2 5 7 1 | 2 8 7 1 | 2 3 3 1 | 2 5 3 1 | 1 6 2 1 | 1 6 4 1 | 1 5 7 1 | 2 7 5 1 | 2 1 0 1 | 1 9 1 1 | 1 9 5 1 | 2 0 8 1 | 2 5 4 1 | 2 6 1 1 | 2 3 5 1 | 1 6 8 1 | 1 5 3 1 | 1 6 6 1 | 1 8 2 1 | 1 3 2 1 | 2 3 8 1 | 2 5 4 1 | 2 5 9 1 | 2 8 6 1 | | Total Tissues/Tumors |

**Alimentary System**
| Tissue | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Esophagus | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 50 |
| Intestine large | + | + | + | + | + | A | + | + | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | | 46 |
| Intestine large, cecum | A | + | + | + | A | + | + | + | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | | 43 |
| Intestine large, colon | + | + | + | + | A | + | + | + | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | | 45 |
| Intestine large, rectum | + | + | + | + | A | + | + | M | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | | 41 |
| Intestine small | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 48 |
| Intestine small, duodenum | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 47 |
| Intestine small, ileum | A | + | + | + | A | + | + | + | A | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | | 38 |
| Intestine small, jejunum | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 46 |
| Liver | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 50 |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
|   Neoplastic nodule | | | | | | | | | | | | | | | X | | | | | | | | | | | 1 |
| Pancreas | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 49 |
| Pharynx | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
|   Squamous cell carcinoma | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Salivary glands | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 50 |
|   Fibrosarcoma | | | | | | | | | | | | | | | X | | | | | | | | | | | 1 |
| Stomach | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 50 |
| Stomach, forestomach | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 49 |
| Stomach, glandular | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 50 |

**Cardiovascular System**
| Tissue | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blood vessel | | | | | | | | | | | | | + | | | | | | | | | | | | | 1 |
| Heart | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 50 |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |

**Endocrine System**
| Tissue | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adrenal gland | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 49 |
| Adrenal gland, cortex | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 49 |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Adrenal gland, medulla | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 49 |
|   Granulosa-theca tumor malignant, metastatic, ovary | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
|   Pheochromocytoma malignant | X | | | X | | | X X X X | | | | | | | | | | | | | X | | | | | 7 |
|   Pheochromocytoma benign | | X | X | | X X X X | | | | X | | | | | X | | | X | X | X | | | | | | 11 |
|   Bilateral, pheochromocytoma malignant | | | | | | | | | | | | X X | | X | | | | | | | | | | | | 3 |
|   Bilateral, pheochromocytoma benign | | | | X | | | | | | X | | | | | X | | | X | X | | | | | | | 7 |
| Islets, pancreatic | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | 49 |
|   Adenoma | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Parathyroid gland | + | + | + | + | M | + | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | | 47 |

B-20                                                                                          Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 18 mg/m$^3$ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| | 3 | 5 | 8 | 9 | 1 | 3 | 4 | 6 | 6 | 7 | 7 | 8 | 9 | 9 | 0 | 1 | 1 | 1 | 2 | 3 | 4 | 4 | 4 | 7 |
| | 6 | 8 | 6 | 4 | 5 | 3 | 6 | 0 | 1 | 5 | 6 | 8 | 4 | 3 | 7 | 6 | 0 | 6 | 7 | 4 | 9 | 0 | 6 | 7 | 3 |
| Carcass ID Number | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 |
| | 6 | 8 | 1 | 1 | 8 | 8 | 3 | 8 | 8 | 8 | 0 | 5 | 0 | 4 | 8 | 0 | 6 | 8 | 3 | 5 | 8 | 6 | 9 | 3 | 0 |
| | 7 | 0 | 6 | 2 | 3 | 5 | 0 | 1 | 6 | 8 | 7 | 5 | 8 | 0 | 9 | 6 | 0 | 2 | 6 | 6 | 1 | 3 | 2 | 9 | 9 |
| | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Endocrine System (continued)**
Pituitary gland                + + + + + + + + + + + + + + + + + + + + + + + + +
  Pars distalis, adenoma                X   X   X   X   X               X
  Pars distalis, carcinoma                        X                       X
Thyroid gland                + + A + + + + + + + + + + + + + + + + + + + + + +
  C-cell, adenoma                                    X X
  C-cell, carcinoma                              X X

**General Body System**
None

**Genital System**
Clitoral gland               + + + + + + + + + + + + + + + + + + + + + M + M +
  Adenoma
  Carcinoma
Ovary                        + + + + + + + + + + + + + + + + + + + + + + + + +
  Bilateral, granulosa-theca tumor
    malignant                                                X
Uterus                       + + + + + + + + + + + + + + + + + + + + + + + + +
  Polyp stromal                                X                       X

**Hematopoietic System**
Bone marrow                  + + A + + + + + + + + + + + + + + + + + + + + + +
Lymph node                   + + + + + + + + + + + + + + + + + + + + + + + + +
Lymph node, bronchial        + + + + + + + + + + M + + M + + + + M + + + + +
  Squamous cell carcinoma, metastatic,
    lung                                                X
Lymph node, mandibular       + + + + + + + M + + + + + + + + + + + + + M + +
Lymph node, mediastinal      + + + + + + + + + + + + + + + + + + + + + + + + +
  Carcinoma, metastatic, uncertain
    primary site
  Fibrosarcoma, metastatic, skin                X
  Granulosa-theca tumor malignant,
    metastatic, ovary                                    X
Lymph node, mesenteric       + + A + + + + + + + + + + + + + + + + + + + + + +
Spleen                       + + + + + + + + + + + + + + + + + + + + + + + + +
Thymus                       + + + M M + + + + + + + + + + + + + + + + + + +
  Schwannoma benign

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 8 9 0 2 2 2 3 4 4 4 4 5 5 5 6 6 6 6 6 6 6 6 6 6<br>4 6 6 3 2 3 8 9 5 1 1 2 8 0 4 7 2 2 2 2 2 3 3 3 3 | |
| Carcass ID Number | 2 2 2 2 1 1 1 2 2 1 1 2 2 2 2 1 1 1 1 1 2 2 2 2 2<br>5 8 3 5 6 6 5 7 1 9 9 0 5 6 3 6 5 6 6 8 3 3 5 5 8<br>7 7 3 3 2 4 7 7 5 0 1 5 8 4 1 5 8 3 6 2 2 8 4 9 6<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Endocrine System** (continued) | | |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Pars distalis, adenoma |     X   X X      X X X X X X X X   X        X X   X | 21 |
|   Pars distalis, carcinoma | | 2 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   C-cell, adenoma |             X X                    X      X | 6 |
|   C-cell, carcinoma | | 2 |
| **General Body System** | | |
| None | | |
| **Genital System** | | |
| Clitoral gland | + + + + + M + + + + + + + M + + + + + + + + + + + | 46 |
|   Adenoma |        X | 1 |
|   Carcinoma |                       X | 1 |
| Ovary | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Bilateral, granulosa-theca tumor malignant | | 1 |
| Uterus | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Polyp stromal | X                                            X | 4 |
| **Hematopoietic System** | | |
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Lymph node, bronchial | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Squamous cell carcinoma, metastatic, lung | | 1 |
| Lymph node, mandibular | + + + + + + + + + + + + + M + + + + + + + + + + + | 47 |
| Lymph node, mediastinal | + + + + + + + + + + + + M + + + + + M + + + M | 47 |
|   Carcinoma, metastatic, uncertain primary site |      X | 1 |
|   Fibrosarcoma, metastatic, skin | | 1 |
|   Granulosa-theca tumor malignant, metastatic, ovary | | 1 |
| Lymph node, mesenteric | + + + + + + + + + + + + M + + M + + + + + + + | 47 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Thymus | M + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Schwannoma benign |                    X | 1 |

Protected Document--Subject to Protective Order    JNJ 000009062

B-22                                                                                                                               Talc, NTP TR 421

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 5 3 6 | 5 5 8 | 5 8 6 | 5 9 4 | 6 1 5 | 6 3 3 | 6 4 6 | 6 6 0 | 6 6 1 | 6 7 5 | 6 7 6 | 6 7 8 | 6 8 4 | 6 9 3 | 6 9 7 | 7 0 6 | 7 1 0 | 7 1 6 | 7 1 7 | 7 2 4 | 7 3 9 | 7 4 0 | 7 4 6 | 7 4 7 | 7 7 3 | |
| Carcass ID Number | 1 6 7 1 | 2 8 0 1 | 2 1 6 1 | 2 1 2 1 | 1 8 3 1 | 2 8 5 1 | 2 3 0 1 | 1 8 1 1 | 2 8 6 1 | 2 8 8 1 | 2 0 7 1 | 2 5 5 1 | 2 0 8 1 | 1 4 0 1 | 2 8 9 1 | 1 0 6 1 | 2 6 2 1 | 2 8 6 1 | 2 3 6 1 | 1 5 1 1 | 2 8 3 1 | 1 6 2 1 | 2 9 9 1 | 1 3 9 1 | 2 0 9 1 | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Integumentary System** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mammary gland | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Adenocarcinoma | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Adenoma | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fibroadenoma | | | | | | | | | | X | X | | | | | X | | X | X | | | | | | | |
| Fibrosarcoma | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Skin | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Keratoacanthoma | X | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subcutaneous tissue, fibrosarcoma | | | | | | X | | | | | | | | | | | | | | | | | | | | |
| **Musculoskeletal System** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bone | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| **Nervous System** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Brain | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Carcinoma, metastatic, pituitary gland | | | | | | | | | | X | | | | | | | | | | | | | | | | |
| **Respiratory System** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Larynx | + | + | + | + | + | I | + | I | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Lung | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Alveolar/bronchiolar adenoma | | | | | | | | | | | | | | | | | X | | X | | | | | | | |
| Alveolar/bronchiolar adenoma, multiple | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alveolar/bronchiolar carcinoma | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alveolar/bronchiolar carcinoma, multiple | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Granulosa-theca tumor malignant, metastatic, ovary | | | | | | | | | | | X | | | | | | | | | | | | | | | |
| Squamous cell carcinoma | | | | | | | | | | | X | | | | | | | | | | | | | | | |
| Nose | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | A | + | + | + | + | + | + | + | + | |
| Trachea | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| **Special Senses System** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eye | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Harderian gland | | | | | | | | | + | + | + | | + | | | | + | + | | + | | | + | | | |
| Lacrimal gland | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Urinary System** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kidney | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Urinary bladder | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| **Systemic Lesions** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Multiple organs | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Leukemia mononuclear | X | X | | X X | X | | X | | | | X | | | | X | | | | X | | | | X X | | | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                                             Board Draft

Protected Document--Subject to Protective Order                                                                                              JNJ 000009063

Lesions in Female Rats                                                                                                                       B-23

TABLE B2
Individual Animal Tumor Pathology of Female Rats in the Lifetime Inhalation Study of Talc: 18 mg/m³ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8 8<br>8 8 9 0 2 2 2 2 3 4 4 4 4 5 5 5 6 6 6 6 6 6 6 6 6<br>4 6 6 3 2 3 8 9 5 1 1 2 8 0 4 7 2 2 2 2 3 3 3 3 3 | |
| Carcass ID Number | 2 2 2 2 1 1 1 2 2 1 1 2 2 2 2 1 1 1 1 1 2 2 2 2 2<br>5 8 3 5 6 6 5 7 1 9 9 0 5 6 3 6 5 6 6 8 3 3 5 5 8<br>7 7 3 3 2 4 7 7 5 0 1 5 8 4 1 5 8 3 6 2 2 8 4 9 6<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Integumentary System** | | |
| Mammary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Adenocarcinoma |         X          X | 2 |
| Adenoma |           X        X | 2 |
| Fibroadenoma |          X  X  X     X       X X X  X | 13 |
| Fibrosarcoma |        X | 1 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Keratoacanthoma | | 1 |
| Subcutaneous tissue, fibrosarcoma | | 1 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Carcinoma, metastatic, pituitary gland | | 1 |
| **Respiratory System** | | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Alveolar/bronchiolar adenoma | X     X X  X    X        X | 8 |
| Alveolar/bronchiolar adenoma, multiple |       X | 1 |
| Alveolar/bronchiolar carcinoma |      X      X       X X | 4 |
| Alveolar/bronchiolar carcinoma, multiple |                      X | 1 |
| Granulosa-theca tumor malignant, metastatic, ovary | | 1 |
| Squamous cell carcinoma | | 1 |
| Nose | A + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Trachea | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Special Senses System** | | |
| Eye |         +         + | 2 |
| Harderian gland | +   +      + + +   +           + | 15 |
| Lacrimal gland |           + | 1 |
| **Urinary System** | | |
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Leukemia mononuclear | X   X     X   X      X        X X | 18 |

Board Draft                                                                                                     NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                                  JNJ 000009064

B-24  Talc, NTP TR 421

TABLE B3
Statistical Analysis of Primary Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Adrenal Medulla: Benign Pheochromocytoma** | | | |
| Overall rates[a] | 13/48 (27%) | 14/47 (30%) | 18/49 (37%) |
| Adjusted rates[b] | 61.3% | 59.7% | 82.5% |
| Terminal rates[c] | 5/11 (45%) | 5/13 (38%) | 6/9 (67%) |
| First incidence (days) | 678 | 705 | 697 |
| Life table tests[d] | P=0.135 | P=0.529 | P=0.183 |
| Logistic regression tests[d] | P=0.185 | P=0.541 | P=0.225 |
| Cochran-Armitage test[d] | P=0.180 | | |
| Fisher exact test[d] | | P=0.474 | P=0.212 |
| **Adrenal Medulla: Malignant Pheochromocytoma** | | | |
| Overall rates | 0/48 (0%) | 1/47 (2%) | 10/49 (20%) |
| Adjusted rates | 0.0% | 7.1% | 56.9% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 3/9 (33%) |
| First incidence (days) | —[e] | 849 | 784 |
| Life table tests | P<0.001 | P=0.531 | P=0.002 |
| Logistic regression tests | P<0.001 | P=0.509 | P=0.001 |
| Cochran-Armitage test | P<0.001 | | |
| Fisher exact test | | P=0.495 | P<0.001 |
| **Adrenal Medulla: Benign or Malignant Pheochromocytoma** | | | |
| Overall rates | 13/48 (27%) | 14/47 (30%) | 23/49 (47%) |
| Adjusted rates | 61.3% | 59.7% | 95.2% |
| Terminal rates | 5/11 (45%) | 5/13 (38%) | 8/9 (89%) |
| First incidence (days) | 678 | 705 | 697 |
| Life table tests | P=0.016 | P=0.529 | P=0.033 |
| Logistic regression tests | P=0.014 | P=0.541 | P=0.024 |
| Cochran-Armitage test | P=0.021 | | |
| Fisher exact test | | P=0.474 | P=0.034 |
| **Liver: Neoplastic Nodule** | | | |
| Overall rates | 0/50 (0%) | 3/48 (6%) | 1/50 (2%) |
| Adjusted rates | 0.0% | 13.6% | 10.0% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 0/9 (0%) |
| First incidence (days) | — | 724 | 857 |
| Life table tests | P=0.550 | P=0.114 | P=0.464 |
| Logistic regression tests | P=0.561 | P=0.117 | P=0.496 |
| Cochran-Armitage test | P=0.556 | | |
| Fisher exact test | | P=0.114 | P=0.500 |
| **Liver: Neoplastic Nodule or Hepatocellular Carcinoma** | | | |
| Overall rates | 0/50 (0%) | 4/48 (8%) | 1/50 (2%) |
| Adjusted rates | 0.0% | 20.2% | 10.0% |
| Terminal rates | 0/11 (0%) | 1/13 (8%) | 0/9 (0%) |
| First incidence (days) | — | 724 | 857 |
| Life table tests | P=0.575 | P=0.066 | P=0.464 |
| Logistic regression tests | P=0.602 | P=0.060 | P=0.496 |
| Cochran-Armitage test | P=0.599 | | |
| Fisher exact test | | P=0.054 | P=0.500 |

NOT FOR DISTRIBUTION OR ATTRIBUTION    Board Draft

Protected Document--Subject to Protective Order    JNJ 000009065

Lesions in Female Rats                                                                                                   B-25

TABLE B3
Statistical Analysis of Primary Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Lung: Alveolar/bronchiolar Adenoma** | | | |
| Overall rates | 1/50 (2%) | 0/48 (0%) | 9/50 (18%) |
| Adjusted rates | 4.5% | 0.0% | 40.8% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 1/9 (11%) |
| First incidence (days) | 805 | — | 716 |
| Life table tests | P<0.001 | P=0.529N | P=0.015 |
| Logistic regression tests | P<0.001 | P=0.503N | P=0.010 |
| Cochran-Armitage test | P<0.001 | | |
| Fisher exact test | | P=0.510N | P=0.008 |
| **Lung: Alveolar/bronchiolar Carcinoma** | | | |
| Overall rates | 0/50 (0%) | 0/48 (0%) | 5/50 (10%) |
| Adjusted rates | 0.0% | 0.0% | 41.7% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 3/9 (33%) |
| First incidence (days) | — | — | 828 |
| Life table tests | P=0.002 | _f | P=0.027 |
| Logistic regression tests | P=0.003 | — | P=0.028 |
| Cochran-Armitage test | P=0.004 | | |
| Fisher exact test | | — | P=0.028 |
| **Lung: Alveolar/bronchiolar Adenoma or Carcinoma** | | | |
| Overall rates | 1/50 (2%) | 0/48 (0%) | 13/50 (26%) |
| Adjusted rates | 4.5% | 0.0% | 65.8% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 4/9 (44%) |
| First incidence (days) | 805 | — | 716 |
| Life table tests | P<0.001 | P=0.529N | P=0.001 |
| Logistic regression tests | P<0.001 | P=0.503N | P<0.001 |
| Cochran-Armitage test | P<0.001 | | |
| Fisher exact test | | P=0.510N | P<0.001 |
| **Mammary Gland: Fibroadenoma** | | | |
| Overall rates | 11/50 (22%) | 10/49 (20%) | 13/50 (26%) |
| Adjusted rates | 47.6% | 41.4% | 64.0% |
| Terminal rates | 2/11 (18%) | 3/13 (23%) | 4/9 (44%) |
| First incidence (days) | 634 | 482 | 678 |
| Life table tests | P=0.304 | P=0.489N | P=0.394 |
| Logistic regression tests | P=0.363 | P=0.508N | P=0.428 |
| Cochran-Armitage test | P=0.343 | | |
| Fisher exact test | | P=0.521N | P=0.408 |
| **Mammary Gland: Fibroma, Fibroadenoma, or Adenoma** | | | |
| Overall rates | 13/50 (26%) | 13/49 (27%) | 15/50 (30%) |
| Adjusted rates | 54.7% | 59.0% | 68.6% |
| Terminal rates | 3/11 (27%) | 6/13 (46%) | 4/9 (44%) |
| First incidence (days) | 634 | 482 | 678 |
| Life table tests | P=0.314 | P=0.544N | P=0.404 |
| Logistic regression tests | P=0.394 | P=0.585 | P=0.434 |
| Cochran-Armitage test | P=0.371 | | |
| Fisher exact test | | P=0.567 | P=0.412 |

Board Draft                                                                         NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                         JNJ 000009066

| B-26 | | | Talc, NTP TR 421 |

TABLE B3
Statistical Analysis of Primary Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Mammary Gland: Fibroma, Fibroadenoma, Adenoma, or Adenocarcinoma** | | | |
| Overall rates | 15/50 (30%) | 13/49 (27%) | 16/50 (32%) |
| Adjusted rates | 56.6% | 59.0% | 70.1% |
| Terminal rates | 3/11 (27%) | 6/13 (46%) | 4/9 (44%) |
| First incidence (days) | 370 | 482 | 678 |
| Life table tests | P=0.378 | P=0.386N | P=0.494 |
| Logistic regression tests | P=0.457 | P=0.425N | P=0.531 |
| Cochran-Armitage test | P=0.430 | | |
| Fisher exact test | | P=0.437N | P=0.500 |
| **Pituitary Gland (Pars Distalis): Adenoma** | | | |
| Overall rates | 19/50 (38%) | 18/47 (38%) | 21/50 (42%) |
| Adjusted rates | 62.1% | 60.5% | 78.3% |
| Terminal rates | 3/11 (27%) | 3/13 (23%) | 4/9 (44%) |
| First incidence (days) | 568 | 697 | 633 |
| Life table tests | P=0.360 | P=0.512N | P=0.425 |
| Logistic regression tests | P=0.409 | P=0.557N | P=0.457 |
| Cochran-Armitage test | P=0.380 | | |
| Fisher exact test | | P=0.571 | P=0.419 |
| **Pituitary Gland (Pars Distalis): Carcinoma** | | | |
| Overall rates | 3/50 (6%) | 3/47 (6%) | 2/50 (4%) |
| Adjusted rates | 17.1% | 12.2% | 5.6% |
| Terminal rates | 1/11 (9%) | 1/13 (8%) | 0/9 (0%) |
| First incidence (days) | 696 | 566 | 676 |
| Life table tests | P=0.438N | P=0.636N | P=0.506N |
| Logistic regression tests | P=0.427N | P=0.634 | P=0.497N |
| Cochran-Armitage test | P=0.418N | | |
| Fisher exact test | | P=0.631 | P=0.500N |
| **Pituitary Gland (Pars Distalis): Adenoma or Carcinoma** | | | |
| Overall rates | 22/50 (44%) | 21/47 (45%) | 23/50 (46%) |
| Adjusted rates | 69.8% | 66.2% | 79.5% |
| Terminal rates | 4/11 (36%) | 4/13 (31%) | 4/9 (44%) |
| First incidence (days) | 568 | 566 | 633 |
| Life table tests | P=0.429 | P=0.502N | P=0.488 |
| Logistic regression tests | P=0.506 | P=0.570N | P=0.545 |
| Cochran-Armitage test | P=0.471 | | |
| Fisher exact test | | P=0.554 | P=0.500 |
| **Thyroid Gland (C-cell): Adenoma** | | | |
| Overall rates | 5/50 (10%) | 0/47 (0%) | 6/49 (12%) |
| Adjusted rates | 33.5% | 0.0% | 34.0% |
| Terminal rates | 2/11 (18%) | 0/13 (0%) | 2/9 (22%) |
| First incidence (days) | 805 | – | 678 |
| Life table tests | P=0.253 | P=0.030N | P=0.467 |
| Logistic regression tests | P=0.283 | P=0.029N | P=0.505 |
| Cochran-Armitage test | P=0.276 | | |
| Fisher exact test | | P=0.033N | P=0.486 |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                   Board Draft

Protected Document--Subject to Protective Order                       JNJ 000009067

Lesions in Female Rats                                                                                  B-27

TABLE B3
Statistical Analysis of Primary Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Thyroid Gland (C-cell): Carcinoma** | | | |
| Overall rates | 3/50 (6%) | 2/47 (4%) | 2/49 (4%) |
| Adjusted rates | 11.1% | 12.2% | 4.9% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 0/9 (0%) |
| First incidence (days) | 677 | 818 | 675 |
| Life table tests | P=0.430N | P=0.507N | P=0.493N |
| Logistic regression tests | P=0.462N | P=0.516N | P=0.533N |
| Cochran-Armitage test | P=0.463N | | |
| Fisher exact test | | P=0.530N | P=0.510N |
| **Thyroid Gland (C-cell): Adenoma or Carcinoma** | | | |
| Overall rates | 8/50 (16%) | 2/47 (4%) | 8/49 (16%) |
| Adjusted rates | 40.9% | 12.2% | 37.2% |
| Terminal rates | 2/11 (18%) | 0/13 (0%) | 2/9 (22%) |
| First incidence (days) | 677 | 818 | 675 |
| Life table tests | P=0.418 | P=0.051N | P=0.579 |
| Logistic regression tests | P=0.435 | P=0.048N | P=0.599N |
| Cochran-Armitage test | P=0.414 | | |
| Fisher exact test | | P=0.056N | P=0.590 |
| **Uterus: Stromal Polyp** | | | |
| Overall rates | 5/50 (10%) | 7/49 (14%) | 4/50 (8%) |
| Adjusted rates | 22.3% | 34.4% | 19.5% |
| Terminal rates | 1/11 (9%) | 3/13 (23%) | 1/9 (11%) |
| First incidence (days) | 398 | 678 | 678 |
| Life table tests | P=0.439N | P=0.400 | P=0.532N |
| Logistic regression tests | P=0.376N | P=0.372 | P=0.505N |
| Cochran-Armitage test | P=0.386N | | |
| Fisher exact test | | P=0.365 | P=0.500N |
| **Uterus: Stromal Polyp or Stromal Sarcoma** | | | |
| Overall rates | 5/50 (10%) | 8/49 (16%) | 4/50 (8%) |
| Adjusted rates | 22.3% | 35.8% | 19.5% |
| Terminal rates | 1/11 (9%) | 3/13 (23%) | 1/9 (11%) |
| First incidence (days) | 398 | 557 | 678 |
| Life table tests | P=0.412N | P=0.298 | P=0.532N |
| Logistic regression tests | P=0.360N | P=0.265 | P=0.505N |
| Cochran-Armitage test | P=0.363N | | |
| Fisher exact test | | P=0.264 | P=0.500N |
| **All Organs: Mononuclear Cell Leukemia** | | | |
| Overall rates | 13/50 (26%) | 20/49 (41%) | 18/50 (36%) |
| Adjusted rates | 45.7% | 73.3% | 60.1% |
| Terminal rates | 1/11 (9%) | 8/13 (62%) | 3/9 (33%) |
| First incidence (days) | 390 | 526 | 536 |
| Life table tests | P=0.234 | P=0.164 | P=0.232 |
| Logistic regression tests | P=0.226 | P=0.084 | P=0.152 |
| Cochran-Armitage test | P=0.250 | | |
| Fisher exact test | | P=0.088 | P=0.194 |

Board Draft                                                                          NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009068

124 of 283

Pltf_JNJ_00000929

TABLE B3
Statistical Analysis of Primary Neoplasms in Female Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **All Organs: Malignant Lymphoma** | | | |
| Overall rates | 0/50 (0%) | 3/49 (6%) | 0/50 (0%) |
| Adjusted rates | 0.0% | 10.3% | 0.0% |
| Terminal rates | 0/11 (0%) | 0/13 (0%) | 0/9 (0%) |
| First incidence (days) | — | 724 | — |
| Life table tests | P=0.525N | P=0.124 | — |
| Logistic regression tests | P=0.497N | P=0.118 | — |
| Cochran-Armitage test | P=0.499N | | |
| Fisher exact test | | P=0.117 | — |
| **All Organs: Benign Tumors** | | | |
| Overall rates | 38/50 (76%) | 35/49 (71%) | 39/50 (78%) |
| Adjusted rates | 97.2% | 96.9% | 97.4% |
| Terminal rates | 10/11 (91%) | 12/13 (92%) | 8/9 (89%) |
| First incidence (days) | 398 | 482 | 558 |
| Life table tests | P=0.338 | P=0.350N | P=0.440 |
| Logistic regression tests | P=0.544 | P=0.312N | P=0.562N |
| Cochran-Armitage test | P=0.415 | | |
| Fisher exact test | | P=0.387N | P=0.500 |
| **All Organs: Malignant Tumors** | | | |
| Overall rates | 23/50 (46%) | 31/49 (63%) | 35/50 (70%) |
| Adjusted rates | 69.3% | 85.8% | 90.5% |
| Terminal rates | 4/11 (36%) | 9/13 (69%) | 6/9 (67%) |
| First incidence (days) | 370 | 526 | 536 |
| Life table tests | P=0.054 | P=0.189 | P=0.061 |
| Logistic regression tests | P=0.013 | P=0.056 | P=0.010 |
| Cochran-Armitage test | P=0.016 | | |
| Fisher exact test | | P=0.064 | P=0.013 |
| **All Organs: Benign or Malignant Tumors** | | | |
| Overall rates | 44/50 (88%) | 47/49 (96%) | 49/50 (98%) |
| Adjusted rates | 97.6% | 97.9% | 100.0% |
| Terminal rates | 10/11 (91%) | 12/13 (92%) | 9/9 (100%) |
| First incidence (days) | 370 | 482 | 536 |
| Life table tests | P=0.248 | P=0.447 | P=0.279 |
| Logistic regression tests | P=0.053 | P=0.145 | P=0.060 |
| Cochran-Armitage test | P=0.049 | | |
| Fisher exact test | | P=0.141 | P=0.056 |

[a] Number of tumor-bearing animals/number of animals examined. Denominator is number of animals examined microscopically for adrenal gland, bone marrow, brain, clitoral gland, epididymis, gallbladder (mouse), heart, kidney, larynx, liver, lung, nose, ovary, pancreas, parathyroid gland, pituitary gland, preputial gland, prostate gland, salivary gland, spleen, testes, thyroid gland, and urinary bladder; for other tissues, denominator is number of animals necropsied.
[b] Kaplan-Meier estimated tumor incidence at the end of the study after adjustment for intercurrent mortality
[c] Observed incidence at terminal kill
[d] Beneath the control incidence are the P values associated with the trend test. Beneath the dosed group incidence are the P values corresponding to pairwise comparisons between the controls and that dosed group. The life table analysis regards tumors in animals dying prior to terminal kill as being (directly or indirectly) the cause of death. The logistic regression tests regard these lesions as nonfatal. The Cochran-Armitage and Fisher exact tests compare directly the overall incidence rates. For all tests, a negative trend or a lower incidence in a dose group is indicated by N.
[e] Not applicable; no tumors in animal group
[f] Value of statistic cannot be computed.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                            Board Draft

Protected Document--Subject to Protective Order                                JNJ 000009069