TABLE B4
Summary of the Incidence of Nonneoplastic Lesions in Female Rats in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
|   Moribund | 28 | 17 | 27 |
|   Natural deaths | 11 | 19 | 14 |
| Survivors | | | |
|   Terminal sacrifice | 11 | 13 | 9 |
| Missing | | 1 | |
| Animals examined microscopically | 50 | 49 | 50 |
| **Alimentary System** | | | |
| Intestine large, cecum | (46) | (34) | (43) |
|   Hemorrhage, focal | | 1 (3%) | |
|   Inflammation | 11 (24%) | 1 (3%) | 6 (14%) |
|   Parasite metazoan | 7 (15%) | 3 (9%) | 6 (14%) |
|   Ulcer | 1 (2%) | 1 (3%) | 1 (2%) |
| Intestine large, colon | (48) | (41) | (45) |
|   Inflammation | | 1 (2%) | 2 (4%) |
|   Parasite metazoan | 2 (4%) | 3 (7%) | 3 (7%) |
| Intestine large, rectum | (38) | (37) | (41) |
|   Inflammation | 4 (11%) | | |
|   Parasite metazoan | 2 (5%) | 1 (3%) | 1 (2%) |
| Intestine small, duodenum | (48) | (44) | (47) |
|   Necrosis, focal | 1 (2%) | | |
| Intestine small, ileum | (44) | (32) | (38) |
|   Hyperplasia, lymphoid | 2 (5%) | | |
| Liver | (50) | (48) | (50) |
|   Atrophy | | 1 (2%) | 1 (2%) |
|   Basophilic focus | 27 (54%) | 17 (35%) | 21 (42%) |
|   Clear cell focus | 1 (2%) | 2 (4%) | 1 (2%) |
|   Cyst multilocular | 1 (2%) | | |
|   Degeneration, cystic | | 2 (4%) | 1 (2%) |
|   Eosinophilic focus | 2 (4%) | 5 (10%) | 4 (8%) |
|   Fatty change | 18 (36%) | 18 (38%) | 14 (28%) |
|   Hematopoietic cell proliferation | 1 (2%) | | |
|   Infiltration cellular, mononuclear cell | | | 1 (2%) |
|   Inflammation, granulomatous, focal | 13 (26%) | 3 (6%) | 4 (8%) |
|   Inflammation, necrotizing, focal | | 1 (2%) | |
|   Inflammation, suppurative | 1 (2%) | | |
|   Necrosis, focal | 5 (10%) | 1 (2%) | 2 (4%) |
|   Pigmentation, hemosiderin | 1 (2%) | | |
|   Thrombosis | | | 1 (2%) |
|   Bile duct, hyperplasia | 36 (72%) | 38 (79%) | 36 (72%) |
|   Centrilobular, atrophy | | 2 (4%) | 6 (12%) |
|   Centrilobular, degeneration | 10 (20%) | 14 (29%) | 10 (20%) |
|   Centrilobular, necrosis | 2 (4%) | 2 (4%) | 2 (4%) |
|   Hepatocyte, atrophy, focal | | | 1 (2%) |
|   Serosa, thrombosis | | 3 (6%) | |
| Mesentery | (1) | (2) | |
|   Granuloma | 1 (100%) | 1 (50%) | |
|   Inflammation, chronic active | | 1 (50%) | |

Protected Document--Subject to Protective Order                                                JNJ 000009070
126 of 283                                                             Pltf_JNJ_00000929

TABLE B4
Summary of the Incidence of Nonneoplastic Lesions in Female Rats in the Lifetime Inhalation Study of Talc
(continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Alimentary System (continued)** | | | |
| Pancreas | (50) | (46) | (49) |
|   Hyperplasia, nodular | 1 (2%) | | |
|   Inflammation | | 1 (2%) | |
|   Lobules, atrophy | 7 (14%) | 7 (15%) | 9 (18%) |
| Salivary glands | (50) | (48) | (50) |
|   Inflammation | 2 (4%) | | |
| Stomach, forestomach | (50) | (45) | (49) |
|   Hyperkeratosis | 1 (2%) | | 1 (2%) |
|   Inflammation | 1 (2%) | | 2 (4%) |
|   Mineralization | | 1 (2%) | |
|   Ulcer | 9 (18%) | 4 (9%) | 3 (6%) |
| Stomach, glandular | (50) | (47) | (50) |
|   Erosion | | | 1 (2%) |
|   Inflammation | 1 (2%) | 1 (2%) | |
|   Mineralization | 2 (4%) | 2 (4%) | 2 (4%) |
|   Ulcer | 3 (6%) | 2 (4%) | 3 (6%) |
|   Ulcer, multiple | 1 (2%) | | 1 (2%) |
|   Arteriole, muscularis, lamina propria, mineralization | | 1 (2%) | |
| **Cardiovascular System** | | | |
| Blood vessel | (3) | (3) | (1) |
|   Aorta, mineralization | | 3 (100%) | 1 (100%) |
|   Mesenteric artery, aneurysm | 1 (33%) | | |
|   Mesenteric artery, inflammation | 3 (100%) | | |
|   Mesenteric artery, mineralization | | 1 (33%) | 1 (100%) |
|   Mesenteric artery, thrombosis | 1 (33%) | 1 (33%) | |
| Heart | (50) | (48) | (50) |
|   Cardiomyopathy | 35 (70%) | 40 (83%) | 36 (72%) |
|   Inflammation, focal | 1 (2%) | | 1 (2%) |
|   Atrium, thrombosis | 5 (10%) | 8 (17%) | 5 (10%) |
|   Myocardium, embolus | | 2 (4%) | |
|   Myocardium, inflammation, focal | | 1 (2%) | |
|   Myocardium, mineralization | 1 (2%) | 4 (8%) | 3 (6%) |
| **Endocrine System** | | | |
| Adrenal gland, cortex | (50) | (47) | (49) |
|   Degeneration, cystic | 1 (2%) | | |
|   Degeneration, fatty | 3 (6%) | | |
|   Degeneration, focal | 1 (2%) | 1 (2%) | |
|   Hyperplasia, diffuse | | 1 (2%) | 1 (2%) |
|   Hyperplasia, focal | 9 (18%) | 12 (26%) | 13 (27%) |
|   Necrosis | | | 2 (4%) |
|   Necrosis, focal | 1 (2%) | 1 (2%) | |
|   Pigmentation, hemosiderin | 1 (2%) | | |
| Adrenal gland, medulla | (48) | (47) | (49) |
|   Cyst | 1 (2%) | | |
|   Hyperplasia | 20 (42%) | 18 (38%) | 14 (29%) |
|   Bilateral, hyperplasia | 2 (4%) | 2 (4%) | 2 (4%) |
| Parathyroid gland | (43) | (42) | (47) |
|   Hyperplasia | 3 (7%) | 4 (10%) | 2 (4%) |
|   Bilateral, hyperplasia | 1 (2%) | | |

Protected Document--Subject to Protective Order                     JNJ 000009071

127 of 283                                                  Pltf_JNJ_00000929

Lesions in Female Rats                                                                                       B-31

TABLE B4
Summary of the Incidence of Nonneoplastic Lesions in Female Rats in the Lifetime Inhalation Study of Talc
(continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Endocrine System** (continued) |  |  |  |
| Pituitary gland | (50) | (47) | (50) |
|   Cyst | 2 (4%) |  | 1 (2%) |
|   Pars distalis, hyperplasia | 10 (20%) | 6 (13%) | 4 (8%) |
|   Pars distalis, necrosis |  |  | 1 (2%) |
| Thyroid gland | (50) | (47) | (49) |
|   C-cell, hyperplasia | 10 (20%) | 8 (17%) | 4 (8%) |
| **General Body System** |  |  |  |
| None |  |  |  |
| **Genital System** |  |  |  |
| Clitoral gland | (47) | (44) | (46) |
|   Hyperplasia | 2 (4%) |  | 1 (2%) |
|   Inflammation | 1 (2%) | 1 (2%) | 1 (2%) |
| Ovary | (50) | (47) | (50) |
|   Cyst | 5 (10%) |  | 1 (2%) |
| Uterus | (50) | (48) | (50) |
|   Cyst | 1 (2%) | 1 (2%) | 1 (2%) |
|   Inflammation | 1 (2%) | 1 (2%) |  |
|   Endometrium, hyperplasia | 3 (6%) |  |  |
|   Lamina propria, fibrosis | 20 (40%) | 39 (81%) | 19 (38%) |
| **Hematopoietic System** |  |  |  |
| Bone marrow | (50) | (43) | (49) |
|   Atrophy | 1 (2%) | 2 (5%) | 1 (2%) |
|   Hyperplasia, histiocytic | 1 (2%) |  | 1 (2%) |
|   Inflammation, granulomatous, focal | 1 (2%) |  |  |
|   Myelofibrosis | 1 (2%) | 3 (7%) | 3 (6%) |
|   Necrosis, focal |  | 1 (2%) |  |
|   Myeloid cell, hyperplasia | 2 (4%) | 2 (5%) | 3 (6%) |
| Lymph node | (50) | (48) | (50) |
|   Axillary, hemorrhage, chronic |  |  | 1 (2%) |
| Lymph node, bronchial | (46) | (47) | (47) |
|   Cyst | 1 (2%) |  |  |
|   Fibrosis |  | 1 (2%) |  |
|   Hemorrhage, chronic |  | 1 (2%) |  |
|   Hyperplasia, histiocytic |  | 40 (85%) | 45 (96%) |
|   Inflammation, suppurative | 1 (2%) |  |  |
|   Pigmentation, hemosiderin | 1 (2%) |  |  |
| Lymph node, mandibular | (47) | (46) | (47) |
|   Hyperplasia, lymphoid |  | 1 (2%) | 1 (2%) |
|   Hyperplasia, plasma cell | 2 (4%) | 1 (2%) | 1 (2%) |
|   Inflammation, chronic active | 1 (2%) |  | 1 (2%) |
|   Inflammation, suppurative |  |  | 1 (2%) |
| Lymph node, mediastinal | (47) | (44) | (47) |
|   Hemorrhage, chronic | 1 (2%) |  |  |
|   Hyperplasia, histiocytic |  | 33 (75%) | 40 (85%) |
|   Hyperplasia, lymphoid | 1 (2%) |  | 1 (2%) |
|   Inflammation, chronic active |  |  | 1 (2%) |
|   Inflammation, suppurative | 1 (2%) | 1 (2%) |  |

Board Draft                                                                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009072

B-32                                                                                     Talc, NTP TR 421

TABLE B4
Summary of the Incidence of Nonneoplastic Lesions in Female Rats in the Lifetime Inhalation Study of Talc
(continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Hematopoietic System (continued)** | | | |
| Lymph node, mesenteric | (49) | (47) | (47) |
|   Hemorrhage | | 1 (2%) | |
|   Hyperplasia, lymphoid | 2 (4%) | 1 (2%) | 2 (4%) |
|   Hyperplasia, plasma cell | 1 (2%) | | |
|   Inflammation, chronic active | 4 (8%) | 1 (2%) | |
|   Inflammation, granulomatous | | | 1 (2%) |
| Spleen | (50) | (48) | (50) |
|   Atrophy | 2 (4%) | 2 (4%) | 2 (4%) |
|   Fibrosis, focal | 3 (6%) | 1 (2%) | 1 (2%) |
|   Hematopoietic cell proliferation | 4 (8%) | 6 (13%) | 7 (14%) |
|   Hyperplasia, lymphoid | | | 1 (2%) |
|   Inflammation, granulomatous, focal | 1 (2%) | | |
|   Pigmentation, hemosiderin | 2 (4%) | | |
|   Capsule, hemorrhage | | | 1 (2%) |
| Thymus | (47) | (44) | (47) |
|   Inflammation | 1 (2%) | | |
| **Integumentary System** | | | |
| Mammary gland | (50) | (48) | (50) |
|   Galactocele | | 1 (2%) | |
|   Hyperplasia, cystic | | 2 (4%) | |
|   Lobules, hyperplasia | | | 1 (2%) |
| Skin | (50) | (49) | (50) |
|   Inflammation, focal | 1 (2%) | | |
| **Musculoskeletal System** | | | |
| Bone | (50) | (48) | (50) |
|   Fibrous osteodystrophy | 4 (8%) | 3 (6%) | 4 (8%) |
|   Hyperostosis | 4 (8%) | 1 (2%) | 3 (6%) |
|   Pelvis, fracture | 1 (2%) | | |
|   Vertebra, cyst | 1 (2%) | | |
| **Nervous System** | | | |
| Brain | (50) | (48) | (50) |
|   Compression | 8 (16%) | 7 (15%) | 9 (18%) |
|   Hemorrhage | | 1 (2%) | 1 (2%) |
|   Hydrocephalus | | | 1 (2%) |
|   Inflammation, focal | | 1 (2%) | |
|   White matter, necrosis, focal | | | 2 (4%) |
| **Respiratory System** | | | |
| Larynx | (50) | (48) | (48) |
|   Inflammation, necrotizing | | | 1 (2%) |
|   Inflammation, suppurative | 2 (4%) | 1 (2%) | 1 (2%) |
| Lung | (50) | (48) | (50) |
|   Crystals, focal | 1 (2%) | | |
|   Cyst | | 1 (2%) | 5 (10%) |
|   Cyst, multiple | | | 2 (4%) |
|   Edema | 1 (2%) | | |
|   Hemorrhage | | 1 (2%) | 1 (2%) |
|   Hyperplasia, adenomatous, diffuse | | | 2 (4%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                      Board Draft

Protected Document--Subject to Protective Order                                          JNJ 000009073
Pltf_JNJ_00000929

Lesions in Female Rats

B-33

TABLE B4
Summary of the Incidence of Nonneoplastic Lesions in Female Rats in the Lifetime Inhalation Study of Talc (continued)

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Respiratory System** (continued) |  |  |  |
| Lung (continued) |  |  |  |
| Inflammation, granulomatous | 2 (4%) | 47 (98%) | 50 (100%) |
| Inflammation, suppurative | 2 (4%) | 1 (2%) |  |
| Mineralization |  | 2 (4%) |  |
| Alveolar epithelium, hyperplasia | 2 (4%) | 27 (56%) | 47 (94%) |
| Alveolus, metaplasia, squamous |  |  | 8 (16%) |
| Bronchus, epithelium, degeneration, focal | 1 (2%) |  |  |
| Interstitium, fibrosis |  |  | 1 (2%) |
| Interstitium, fibrosis, focal | 1 (2%) | 24 (50%) | 44 (88%) |
| Interstitium, mineralization |  | 1 (2%) | 1 (2%) |
| Peribronchial, hyperplasia, histiocytic |  | 8 (17%) | 9 (18%) |
| Nose | (48) | (45) | (48) |
| Inflammation, suppurative |  | 1 (2%) |  |
| Lumen, foreign body |  |  | 1 (2%) |
| Mucosa, inflammation, suppurative |  | 3 (7%) | 5 (10%) |
| Nasolacrimal duct, inflammation, suppurative | 1 (2%) |  |  |
| Nerve, developmental malformation | 1 (2%) |  |  |
| Olfactory epithelium, metaplasia |  | 1 (2%) |  |
| Respiratory epithelium, hyperplasia | 1 (2%) | 1 (2%) | 2 (4%) |
| Respiratory epithelium, metaplasia, squamous |  | 1 (2%) |  |
| Trachea | (50) | (48) | (50) |
| Inflammation, necrotizing |  |  | 1 (2%) |
| Inflammation, suppurative | 3 (6%) | 1 (2%) | 2 (4%) |
| **Special Senses System** |  |  |  |
| Eye | (2) |  | (2) |
| Cataract | 2 (100%) |  | 2 (100%) |
| Retina, degeneration | 2 (100%) |  | 2 (100%) |
| Harderian gland | (5) | (7) | (15) |
| Inflammation | 4 (80%) | 3 (43%) | 3 (20%) |
| **Urinary System** |  |  |  |
| Kidney | (49) | (47) | (49) |
| Abscess | 1 (2%) |  |  |
| Cyst |  | 1 (2%) | 1 (2%) |
| Cyst, multiple | 1 (2%) |  |  |
| Embolus, multiple |  | 1 (2%) |  |
| Infarct | 1 (2%) |  |  |
| Infarct, multiple |  |  | 1 (2%) |
| Inflammation | 1 (2%) | 1 (2%) |  |
| Nephropathy | 44 (90%) | 43 (91%) | 42 (86%) |
| Capsule, inflammation |  | 1 (2%) |  |
| Medulla, inflammation |  | 1 (2%) | 1 (2%) |
| Renal tubule, necrosis | 1 (2%) |  | 2 (4%) |
| Urinary bladder | (50) | (45) | (50) |
| Inflammation |  |  | 1 (2%) |

ᵃ Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009074

130 of 283

Pltf_JNJ_00000929

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009075

# APPENDIX C
# SUMMARY OF LESIONS IN MALE MICE
# IN THE 2-YEAR INHALATION STUDY
# OF TALC

TABLE C1  Summary of the Incidence of Neoplasms in Male Mice
         in the 2-Year Inhalation Study of Talc ................................. C-3
TABLE C2  Individual Animal Tumor Pathology of Male Mice
         in the 2-Year Inhalation Study of Talc ................................. C-6
TABLE C3  Statistical Analysis of Primary Neoplasms in Male Mice
         in the 2-Year Inhalation Study of Talc ................................. C-24
TABLE C4  Summary of the Incidence of Nonneoplastic Lesions in Male Mice
         in the 2-Year Inhalation Study of Talc ................................. C-28

Board Draft                                           NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                              JNJ 000009076

C-2

Talc, NTP TR 421

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009077

Lesions in Male Mice                                                                                                         C-3

TABLE C1
Summary of the Incidence of Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
|   Moribund | 1 | 2 | 3 |
|   Natural deaths | 16 | 18 | 14 |
| Survivors | | | |
|   Terminal sacrifice | 30 | 28 | 32 |
| Missexed | 1 | 1 | 0 |
| Missing | 2 | 1 | 1 |
| Animals examined microscopically | 46 | 47 | 49 |
| **Alimentary System** | | | |
| Gallbladder | (31) | (29) | (35) |
| Intestine large, colon | (36) | (38) | (39) |
| Intestine small, duodenum | (32) | (30) | (34) |
| Intestine small, ileum | (33) | (32) | (35) |
|   Adenocarcinoma | | 1 (3%) | |
| Liver | (45) | (47) | (48) |
|   Hemangiosarcoma | 1 (2%) | | 1 (2%) |
|   Hemangiosarcoma, metastatic, spleen | 1 (2%) | | |
|   Hepatocellular carcinoma | 6 (13%) | 5 (11%) | 11 (23%) |
|   Hepatocellular adenoma | 1 (2%) | 8 (17%) | 4 (8%) |
|   Hepatocellular adenoma, multiple | 2 (4%) | 1 (2%) | |
| Pancreas | (42) | (39) | (42) |
|   Hepatocellular carcinoma, metastatic, liver | 1 (2%) | | |
| Salivary glands | (45) | (46) | (47) |
| Stomach, glandular | (39) | (43) | (43) |
| **Cardiovascular System** | | | |
| Heart | (45) | (46) | (49) |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | | 1 (2%) |
| **Endocrine System** | | | |
| Adrenal gland | (43) | (46) | (47) |
|   Spindle cell, adenoma | 1 (2%) | 1 (2%) | 1 (2%) |
| Adrenal gland, cortex | (43) | (46) | (47) |
|   Adenoma | | 1 (2%) | 1 (2%) |
| Adrenal gland, medulla | (39) | (39) | (42) |
|   Pheochromocytoma malignant | 1 (3%) | | |
| Pituitary gland | (44) | (44) | (46) |
|   Adenoma | 1 (2%) | | |
|   Pars intermedia, adenoma | | 2 (5%) | |
| Thyroid gland | (45) | (46) | (45) |
|   Follicular cell, adenoma | | | 2 (4%) |
| **General Body System** | | | |
| Tissue NOS | | (3) | (2) |
|   Hemangioma | | | 1 (50%) |
|   Hemangiosarcoma, metastatic, spleen | | | 1 (50%) |

Board Draft                                                                                          NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009078

Pltf_JNJ_00000929

C-4                                                                                                              Talc, NTP TR 421

TABLE C1
Summary of the Incidence of Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Genital System** | | | |
| Epididymis | (39) | (39) | (42) |
| Prostate | (40) | (43) | (44) |
| Seminal vesicle | (41) | (43) | (39) |
| Testes | (43) | (44) | (45) |
|   Hemangiosarcoma | 1 (2%) | | |
| **Hematopoietic System** | | | |
| Bone marrow | (40) | (42) | (43) |
|   Hemangiosarcoma, metastatic, spleen | 1 (3%) | | |
| Lymph node | (45) | (46) | (48) |
| Lymph node, bronchial | (32) | (39) | (44) |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | | 1 (2%) |
| Lymph node, mandibular | (23) | (23) | (19) |
|   Hemangiosarcoma, metastatic, spleen | | | 1 (5%) |
| Lymph node, mediastinal | (9) | (10) | (7) |
| Lymph node, mesenteric | (36) | (39) | (40) |
|   Hemangiosarcoma, metastatic, spleen | | | 1 (3%) |
| Spleen | (44) | (44) | (47) |
|   Hemangiosarcoma | 2 (5%) | | 2 (4%) |
| Thymus | (34) | (33) | (40) |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | | 1 (3%) |
| **Integumentary System** | | | |
| None | | | |
| **Musculoskeletal System** | | | |
| Bone | (46) | (47) | (49) |
|   Hemangiosarcoma, metastatic, spleen | | | 1 (2%) |
| Skeletal muscle | | | (1) |
|   Thoracic, alveolar/bronchiolar carcinoma, metastatic, lung | | | 1 (100%) |
| **Nervous System** | | | |
| None | | | |
| **Respiratory System** | | | |
| Lung | (45) | (47) | (48) |
|   Alveolar/bronchiolar adenoma | 6 (13%) | 4 (9%) | 7 (15%) |
|   Alveolar/bronchiolar adenoma, multiple | | | 2 (4%) |
|   Alveolar/bronchiolar carcinoma | 6 (13%) | 2 (4%) | 2 (4%) |
|   Alveolar/bronchiolar carcinoma, multiple | 1 (2%) | | |
|   Hemangiosarcoma, metastatic, liver | 1 (2%) | | |
|   Hemangiosarcoma, metastatic, spleen | | | 1 (2%) |
|   Hepatocellular carcinoma, metastatic, liver | | 1 (2%) | 2 (4%) |
| **Special Senses System** | | | |
| Harderian gland | (1) | | (4) |
|   Adenoma | 1 (100%) | | 4 (100%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                              Board Draft

Protected Document--Subject to Protective Order

JNJ 000009079

Pltf_JNJ_00000929

Lesions in Male Mice                                                                                                      C-5

TABLE C1
Summary of the Incidence of Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Urinary System** | | | |
| Kidney | (45) | (46) | (48) |
|   Carcinoma, metastatic, uncertain primary site | 1 (2%) | | |
| Urinary bladder | (43) | (38) | (43) |
|   Sarcoma | 1 (2%) | | |
| | | | |
| **Systemic Lesions** | | | |
| Multiple organs[b] | (46) | (47) | (49) |
|   Lymphoma malignant lymphocytic | | 1 (2%) | |
|   Lymphoma malignant mixed | 2 (4%) | | |
|   Lymphoma malignant undifferentiated cell | 3 (7%) | | |
| | | | |
| **Tumor Summary** | | | |
| Total animals with primary neoplasms[c] | 26 | 20 | 28 |
|   Total primary neoplasms | 36 | 26 | 38 |
| Total animals with benign neoplasms | 11 | 16 | 18 |
|   Total benign neoplasms | 12 | 17 | 22 |
| Total animals with malignant neoplasms | 20 | 8 | 15 |
|   Total malignant neoplasms | 24 | 9 | 16 |
| Total animals with metastatic neoplasms | 4 | 1 | 4 |
|   Total metastatic neoplasms | 5 | 1 | 11 |
| Total animals with malignant neoplasms, uncertain primary site | 1 | | |

[a] Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.
[b] Number of animals with any tissue examined microscopically
[c] Primary tumors: all tumors except metastatic tumors

Board Draft                                                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                    JNJ 000009080

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³

| Number of Days on Study | 0 0 8 | 4 3 2 | 4 3 7 | 4 8 4 | 4 8 6 | 5 1 8 | 5 4 3 | 5 7 1 | 5 7 9 | 5 8 5 | 5 8 7 | 6 2 7 | 6 7 9 | 6 8 1 | 7 1 4 | 7 3 0 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carcass ID Number | 4 3 5 1 | 3 9 1 1 | 4 5 4 1 | 5 1 2 1 | 3 7 4 1 | 3 7 2 1 | 4 9 4 1 | 5 0 5 1 | 3 1 5 1 | 4 9 9 1 | 5 8 8 1 | 4 1 3 1 | 4 2 3 1 | 5 9 5 1 | 3 1 7 1 | 3 6 4 1 | 3 6 7 1 | 3 6 0 1 | 3 7 1 1 | 3 7 5 1 | | |

| Alimentary System | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Esophagus | M | M | + | M | + | + | + | + | M | + | M | + | + | + | + | + | + | + | + | + | + | |
| Gallbladder | M | M | M | M | A | A | A | A | M | + | + | A | A | + | + | A | M | + | M | + | + | + |
| Intestine large | A | + | A | A | A | A | A | A | + | + | A | + | + | + | A | + | + | + | + | + | + | |
| Intestine large, cecum | A | + | A | A | A | A | A | A | + | + | A | A | A | + | A | + | + | + | + | + | + | |
| Intestine large, colon | A | + | A | A | A | A | A | A | + | + | A | + | + | + | A | + | + | + | + | + | + | |
| Intestine large, rectum | A | + | A | A | A | A | A | A | + | A | A | M | M | + | A | + | + | + | + | + | + | |
| Intestine small | A | + | A | A | A | A | A | A | + | A | A | A | + | + | A | + | + | + | + | + | + | |
| Intestine small, duodenum | A | A | A | A | A | A | A | A | + | A | A | A | + | + | A | + | + | + | + | + | + | |
| Intestine small, ileum | A | + | A | A | A | A | A | A | + | A | A | A | A | + | A | + | + | + | + | + | + | |
| Intestine small, jejunum | A | + | A | A | A | A | A | A | + | A | A | A | A | + | A | + | + | + | + | + | + | |
| Liver | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
|   Hemangiosarcoma | | | | | | | | | | | | | | | X | | | | | | | |
|   Hemangiosarcoma, metastatic, spleen | | | | | | | | | | | | | | | | | | | | | | |
|   Hepatocellular carcinoma | | | | | | | X | X | | | X | | | | X | X | X | | | | | |
|   Hepatocellular adenoma | | | | | | | | | | | | | | | | | | | | | | |
|   Hepatocellular adenoma, multiple | | | | | | | | | | | | | | | | | | | | | | |
| Pancreas | M | + | + | + | + | A | + | A | + | + | + | + | + | + | A | + | + | + | + | + | + | |
|   Hepatocellular carcinoma, metastatic, liver | | | | | | | | | | | X | | | | | | | | | | | |
| Salivary glands | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Stomach | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Stomach, forestomach | A | + | + | + | + | + | + | + | I | + | + | M | + | + | + | + | + | + | + | + | + | |
| Stomach, glandular | A | + | A | + | A | M | + | A | + | + | A | + | + | + | + | + | + | + | + | + | + | |

| Cardiovascular System | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |

| Endocrine System | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adrenal gland | A | + | + | + | M | + | + | + | + | + | + | + | + | + | + | I | + | + | + | + | + | |
|   Spindle cell, adenoma | | | | | | | | | | | | | | | | | | | | | | |
| Adrenal gland, cortex | A | + | + | + | M | + | + | + | + | + | + | + | + | + | + | I | + | + | + | + | + | |
| Adrenal gland, medulla | A | + | + | + | M | M | + | + | + | + | + | I | + | + | + | M | + | + | + | + | M | |
|   Pheochromocytoma malignant | | | | | | | | | | | | | | | | | | | | | | |
| Islets, pancreatic | M | + | I | + | + | M | + | A | + | M | + | A | + | I | M | I | + | + | + | + | + | M |
| Parathyroid gland | M | M | M | + | M | M | M | + | + | + | + | + | + | M | + | + | + | M | M | M | + | M |
| Pituitary gland | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
|   Adenoma | | | | | | | | | | | | | | | X | | | | | | | |
| Thyroid gland | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |

+: Tissue examined microscopically     M: Missing tissue     X: Lesion present
A: Autolysis precludes examination     I: Insufficient tissue     Blank: Not examined

NOT FOR DISTRIBUTION OR ATTRIBUTION     Board Draft

Protected Document--Subject to Protective Order     JNJ 000009081

Pltf_JNJ_00000929

Lesions in Male Mice                                                                                                  C-7

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4 4<br>6 7 7 7 7 7 7 8 8 8 8 8 8 9 9 9 9 9 0 0 0 0 0 0 | |
|---|---|---|
| Carcass ID Number | 3 3 4 4 4 4 4 4 4 4 4 4 4 4 4 4 5 3 4 4 4 4 5 5<br>9 9 0 0 2 2 2 3 3 5 5 5 6 8 8 9 1 9 2 2 8 8 2 2<br>2 8 2 3 1 3 4 1 4 1 2 8 4 5 8 2 3 3 6 7 2 4 0 1<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 41 |
| Gallbladder | + + + M + + + + + + + + + + + + + + + + + + + + | 31 |
| Intestine large | + + + + + + + + + + + + + + + + + + + + + + + + | 36 |
| Intestine large, cecum | + + + + + + + + + + + + + + + + + + + + + + + + | 34 |
| Intestine large, colon | + + + + + + + + + + + + + + + + + + + + + + + + | 36 |
| Intestine large, rectum | + + + + + + + + + I + + + + + + + + + + + + + + | 32 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + + | 34 |
| Intestine small, duodenum | + + + + + + + + + + + + M + + + + + + + + + + + | 32 |
| Intestine small, ileum | + + + + + + + + + + + + + + + + + + + + + + + + | 33 |
| Intestine small, jejunum | + + + + + + M + + + + + + + + + + + + + + + + + | 32 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Hemangiosarcoma | | 1 |
| Hemangiosarcoma, metastatic, spleen | X | 1 |
| Hepatocellular carcinoma | | 6 |
| Hepatocellular adenoma | X | 1 |
| Hepatocellular adenoma, multiple | X X | 2 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + | 42 |
| Hepatocellular carcinoma, metastatic, liver | | 1 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + I | 39 |
| **Cardiovascular System** | | |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| **Endocrine System** | | |
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Spindle cell, adenoma | X | 1 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Adrenal gland, medulla | + + + + + + + + + M + + + + + + + + + + + + + + | 39 |
| Pheochromocytoma malignant | X | 1 |
| Islets, pancreatic | + + + + + M I I + + + + M I I M + I + + I + M + | 26 |
| Parathyroid gland | + + M + + + M + + M M + + + M M M M M + + + + M | 25 |
| Pituitary gland | + + + + + + + + + + + + + + + I + + + + + + | 44 |
| Adenoma | | 1 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |

Board Draft                                                                                  NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009082

Pltf_JNJ_00000929

C-8	Talc, NTP TR 421

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 0 0 8 | 4 3 2 | 4 3 7 | 4 8 4 | 4 8 6 | 5 1 8 | 5 4 3 | 5 7 1 | 5 7 9 | 5 8 5 | 5 8 7 | 6 2 7 | 6 7 9 | 6 8 4 | 7 1 0 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 |
| Carcass ID Number | 4 3 5 1 | 3 9 1 1 | 4 5 4 1 | 5 1 2 1 | 3 7 4 1 | 3 7 2 1 | 4 9 4 1 | 4 0 5 1 | 5 1 5 1 | 3 9 5 1 | 4 8 9 1 | 5 1 8 1 | 5 2 3 1 | 4 9 3 1 | 4 5 5 1 | 5 1 7 1 | 3 6 1 1 | 3 6 4 1 | 3 6 7 1 | 3 6 0 1 | 3 7 1 1 | 3 7 5 1 |

General Body System
  None

Genital System
  Epididymis         + + + M + + + + + + + + + M + + M + + M I
  Preputial gland        +              + +   +       +
  Prostate           M + M M + I + + + + + + + I + + + + + + +
  Seminal vesicle    + + + A + M + + + + A A + + A + + + + + + +
  Testes             A + + M + + + A + + + + + + + + + + + + + +
    Hemangiosarcoma

Hematopoietic System
  Bone marrow        A + A + + A + A + A + A + + + + + + + + + +
    Hemangiosarcoma, metastatic, spleen
  Lymph node         M + + + + + + + + + + + + + + + + + + + + +
  Lymph node, bronchial  M M + I + + M + + + + I I + + + + + + + + +
  Lymph node, mandibular M M M M + M + M M M M M M + M M M + M M + +
  Lymph node, mediastinal M M M M I M + M M + M M M M M M M M M M M +
  Lymph node, mesenteric M + A M + M + M + + M A + + + + + + + + I M
  Spleen             A + + + + + + + + + + + + + + + + + + + + +
    Hemangiosarcoma
  Thymus             M I M M + M M A + M + + + I + + M + + + + +

Integumentary System
  Mammary gland      M M M M M M + M + M I M M M M M M M M M M M
  Skin               + + + + + + + + + + + + + + M + + + + + + +

Musculoskeletal System
  Bone               + + + + + + + + + + + + + + + + + + + + + +

Nervous System
  Brain              + + + + + + + + + + + + + + + + + + + + + +

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                Board Draft

Protected Document--Subject to Protective Order                                                    JNJ 000009083

Lesions in Male Mice                                                                                                     C-9

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| | Number of Days on Study | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 3 6 | 7 3 7 | 7 3 7 | 7 3 7 | 7 3 7 | 7 3 7 | 7 3 8 | 7 3 8 | 7 3 8 | 7 3 8 | 7 3 8 | 7 3 8 | 7 3 9 | 7 3 9 | 7 3 9 | 7 3 9 | 7 3 0 | 7 4 0 | 7 4 0 | 7 4 0 | 7 4 0 | 7 4 0 | 7 4 0 | | |

| | Carcass ID Number | | | | | | | | | | | | | | | | | | | | | | | | Total Tissues/ Tumors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 9 2 1 | 3 9 8 1 | 4 0 2 1 | 4 0 3 1 | 4 2 1 1 | 4 2 3 1 | 4 2 4 1 | 4 3 1 1 | 4 3 4 1 | 4 5 1 1 | 4 5 2 1 | 4 5 4 1 | 4 6 8 1 | 4 8 5 1 | 4 8 8 1 | 4 9 2 1 | 5 1 3 1 | 3 9 6 1 | 4 2 7 1 | 4 2 2 1 | 4 2 4 1 | 4 5 8 1 | 4 5 0 1 | 5 2 2 1 | 5 2 1 1 | |

**General Body System**
  None

**Genital System**
| Tissue | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Epididymis | + | + | + | + | + | + | + | + | + | + | + | + | + | + | M | + | + | + | + | M | + | + | + | | | 39 |
| Preputial gland | | | | | | | | | | | | | | | | | | | | | + | + | + | | | 8 |
| Prostate | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | | 40 |
| Seminal vesicle | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | | 41 |
| Testes | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | | 43 |
|   Hemangiosarcoma | | | | | | | | | | | | | | | X | | | | | | | | | | | 1 |

**Hematopoietic System**
| Tissue | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bone marrow | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | | 40 |
|   Hemangiosarcoma, metastatic, spleen | | | | | X | | | | | | | | | | | | | | | | | | | | | 1 |
| Lymph node | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | | | 45 |
| Lymph node, bronchial | I | + | M | + | + | + | M | + | + | + | + | M | + | M | + | + | M | + | + | M | M | | | | | 32 |
| Lymph node, mandibular | M | + | M | M | + | + | + | + | + | + | + | + | + | + | M | M | + | M | M | + | + | + | | | | 23 |
| Lymph node, mediastinal | M | M | M | M | + | M | M | M | M | + | + | M | M | M | + | M | M | + | M | M | M | M | + | M | | 9 |
| Lymph node, mesenteric | + | + | + | + | + | + | + | + | + | + | + | I | + | + | + | + | + | + | + | + | + | + | | | | 36 |
| Spleen | + | + | + | + | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | | | | 44 |
|   Hemangiosarcoma | | | | | X | X | | | | | | | | | | | | | | | | | | | | 2 |
| Thymus | I | + | + | + | + | + | + | + | + | I | + | + | + | + | + | + | + | + | + | + | + | + | + | | | 34 |

**Integumentary System**
| Tissue | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mammary gland | M | M | M | M | M | M | M | M | M | M | M | M | + | M | M | M | M | + | M | + | M | I | M | M | | 5 |
| Skin | + | + | + | + | + | + | + | + | + | + | I | + | + | + | + | + | + | + | + | + | + | + | + | | | 44 |

**Musculoskeletal System**
  Bone                                            + + + + + + + + + + + + + + + + + + + + + + +        46

**Nervous System**
  Brain                                           + + + + + + + + + + + + + + + + + + + + + + +        46

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 0 0 8 | 4 3 2 | 4 3 7 | 4 8 4 | 4 8 6 | 5 1 8 | 5 4 3 | 5 7 1 | 5 7 9 | 5 8 5 | 5 8 7 | 5 8 7 | 6 2 9 | 6 7 4 | 6 8 0 | 7 1 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | | |
| Carcass ID Number | 4 3 5 1 | 3 9 1 1 | 4 5 4 1 | 5 1 2 1 | 3 7 4 1 | 3 7 2 1 | 4 9 4 1 | 5 0 5 1 | 3 1 5 1 | 4 9 5 1 | 5 8 9 1 | 4 1 8 1 | 5 2 3 1 | 4 9 3 1 | 5 5 5 1 | 3 1 7 1 | 3 6 1 1 | 3 6 4 1 | 3 6 7 1 | 3 7 0 1 | 3 7 1 1 | 3 7 5 1 | | |

**Respiratory System**
Larynx                              A + + + + + + A + + + + + + + + + + 1 + +
Lung                                A + + + + + + + + + + + + + + + + + + + +
  Alveolar/bronchiolar adenoma                                                            X
  Alveolar/bronchiolar carcinoma
  Alveolar/bronchiolar carcinoma,
    multiple                                                                            X
  Hemangiosarcoma, metastatic, liver                                                    X
Nose                                + + + + + + A + + + + + + + + + + + + + +
Trachea                             A + A + + + + + + + + + + + A + + + + +

**Special Senses System**
Ear
Harderian gland
  Adenoma

**Urinary System**
Kidney                              A + + + + + + + + + + + + + + + + + + + +
  Carcinoma, metastatic, uncertain
    primary site                                                X
Urinary bladder                     A + + A + + + A + + + + + + + + + + + + +
  Sarcoma                                                       X

**Systemic Lesions**
Multiple organs                     + + + + + + + + + + + + + + + + + + + + +
  Lymphoma malignant mixed
  Lymphoma malignant undifferentiated
    cell type

NOT FOR DISTRIBUTION OR ATTRIBUTION                                     Board Draft

Protected Document--Subject to Protective Order                         JNJ 000009085

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4 4<br>6 7 7 7 7 7 7 8 8 8 8 8 8 9 9 9 9 0 0 0 0 0 0 0 | |
|---|---|---|
| Carcass ID Number | 3 3 4 4 4 4 4 4 4 4 4 4 4 4 4 5 3 4 4 4 4 5 5<br>9 9 0 0 2 2 2 3 3 5 5 5 6 8 8 9 1 9 2 2 8 8 2 2<br>2 8 2 3 1 3 4 1 4 1 2 8 4 5 8 2 3 3 6 7 2 4 0 1<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |
| **Respiratory System** | | |
| Larynx | I + + + + + + + + + + + + + + + + + + + + + + | 42 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + | 45 |
|   Alveolar/bronchiolar adenoma |     X X   X       X X | 6 |
|   Alveolar/bronchiolar carcinoma | X   X X                X   X     X | 6 |
|   Alveolar/bronchiolar carcinoma, multiple | | 1 |
|   Hemangiosarcoma, metastatic, liver | | 1 |
| Nose | + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Trachea | + + M + + + + + + + + + + + + + + + + + + + + | 42 |
| **Special Senses System** | | |
| Ear |                                           + | 1 |
| Harderian gland |                                   + | 1 |
|   Adenoma |                                   X | 1 |
| **Urinary System** | | |
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + | 45 |
|   Carcinoma, metastatic, uncertain primary site | | 1 |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + | 43 |
|   Sarcoma | | 1 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Lymphoma malignant mixed |                 X       X | 2 |
|   Lymphoma malignant undifferentiated cell type |     X       X     X | 3 |

Protected Document--Subject to Protective Order                                    JNJ 000009086

C-12                                                                                                    Talc, NTP TR 421

**TABLE C2**
**Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³**

| Number of Days on Study | 2 2 3 4 5 5 5 5 5 5 6 6 6 6 6 6 7 7 7 7 7 7 7<br>5 5 4 2 4 5 5 8 9 9 2 2 3 8 8 8 1 1 2 3 3 3 3<br>3 3 4 3 6 0 8 4 0 1 4 6 3 1 5 8 0 9 2 6 6 6 6 |
|---|---|
| Carcass ID Number | 0 1 0 0 1 1 0 1 1 1 0 0 0 1 1 0 0 1 1 0 0 0 0<br>3 3 4 0 2 6 4 5 5 2 4 7 3 5 0 6 1 5 3 0 0 0 0<br>5 3 2 7 1 4 0 1 6 9 1 4 8 7 0 1 5 4 2 1 4 5 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Alimentary System**
Esophagus                       + + + M + + + + + + + + + + + + + + + + + + +
Gallbladder                     A M I M A A A A + A + I A A A + A A M + + + +
Intestine large                 A + + A A A A + A + + A + A + + + + + + + + +
Intestine large, cecum          A A + A A A A A + A + A A + A + A + + + + + +
Intestine large, colon          A + + A A A A + A + + A + A + + + + + + + + +
Intestine large, rectum         A + + A A A M A + A + A A + A + + M + + + + +
Intestine small                 A A + A A A A A + A + A A + A + A + A + + + +
Intestine small, duodenum       A A + A A A A A A + A A A A + A + A + + + M
Intestine small, ileum          A A A A A A A A + A + A A A A + A + A + + + +
  Adenocarcinoma
Intestine small, jejunum        A A + A A A A A + A + A A + A + A A A + + + +
Liver                           + + + + + + + + + + + + + + + + + + + + + + +
  Hepatocellular carcinoma              X   X               X           X
  Hepatocellular adenoma                                X           X               X
  Hepatocellular adenoma, multiple
Pancreas                        M A + A M A M + + + + M + + + + + + + + + + +
Salivary glands                 A + + + + + + + + + + + + + + + + + + + + + +
Stomach                         + + + A + A A + + + + + A + + + + + + + + + +
Stomach, forestomach            + + + A + A A + + + + I A + + + + + I + + + +
Stomach, glandular              + + + A + A A + + + + + A + + + + + + + + + +
Tooth                                 +

**Cardiovascular System**
Heart                           + + + + + + + + + + + + + + + + + + + + + + +

**Endocrine System**
Adrenal gland                   A + + + + + + + + + + + + + + + + + + + + + +
  Spindle cell, adenoma
Adrenal gland, cortex           A + + + + + + + + + + + + + + + + + + + + + +
  Adenoma
Adrenal gland, medulla          A + + + + + + + + + I + + M + + + + M M + + +
Islets, pancreatic              M A M A M A M M + + + + M + I M + + + + M + M
Parathyroid gland               M M M + + I M M M M + + M M + + + M M + M M
Pituitary gland                 + + I + M + + + + + + + + + + + + + + + + + +
  Pars intermedia, adenoma                                      X
Thyroid gland                   + + + + + + I + + + + + + + + + + + + + + + +

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                    Board Draft

Protected Document--Subject to Protective Order                                        JNJ 000009087