Lesions in Male Mice                                                                          C-13

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4<br>6 6 7 7 7 7 7 7 8 8 8 8 8 8 9 9 9 0 0 0 0 0 0 | |
|---|---|---|
| Carcass ID Number | 0 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1 1 0 0 1 1 1 1<br>1 1 3 3 6 6 6 7 7 9 9 9 9 0 2 3 5 3 9 2 2 5 6<br>0 4 3 6 4 5 6 1 2 3 5 6 9 1 5 7 5 5 2 2 4 5 8 2<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Gallbladder | + + + + + + I + + + + + M + + + + + + + + + + | 29 |
| Intestine large | + + + + + + + + + + + + + + + + + + + + + + + | 38 |
| Intestine large, cecum | + + + + + + + + + + + + + + + + + + + + + + + | 35 |
| Intestine large, colon | + + + + + + + + + + + + + + + + + + + + + + + | 38 |
| Intestine large, rectum | + + + I + + + M + + + + + + + + + + M + + + M | 32 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + | 34 |
| Intestine small, duodenum | + + M + + + + + + + + + + + + + + + + + + + + | 30 |
| Intestine small, ileum | + + + + + + + + + + + + + + + + + + + + + + + | 32 |
|    Adenocarcinoma |     X | 1 |
| Intestine small, jejunum | + + + + M + + + + + + + + + + + + + + + + M + | 31 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Hepatocellular carcinoma |  X | 5 |
|   Hepatocellular adenoma | X          X              X X X | 8 |
|   Hepatocellular adenoma, multiple |                X | 1 |
| Pancreas | + + + + + + + + + + + + + + + + I + + + + | 39 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + | 41 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Tooth |               +       + | 3 |
| **Cardiovascular System** | | |
| Heart | + + + + + + + + + + + + + + + + + + + M + + + + | 46 |
| **Endocrine System** | | |
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Spindle cell, adenoma |         X | 1 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Adenoma |         X | 1 |
| Adrenal gland, medulla | + + + + + + + + I + + M + + + + + + + M + | 39 |
| Islets, pancreatic | I M + I + I + I I M I I + + + M I + I + + | 20 |
| Parathyroid gland | M M M + + I M I M + M + + M M + + M + M + + + + | 21 |
| Pituitary gland | + + + + + + + + + + + + + + M + + + + + + | 44 |
|   Pars intermedia, adenoma |              X | 2 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + | 46 |

Board Draft                                            NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order         JNJ 000009088

144 of 283         Pltf_JNJ_00000929

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 2 5 3 | 2 5 4 | 3 4 3 | 4 2 6 | 5 4 0 | 5 5 8 | 5 8 4 | 5 9 0 | 5 9 1 | 6 2 4 | 6 2 6 | 6 3 3 | 6 8 1 | 6 8 5 | 6 8 8 | 7 1 0 | 7 2 2 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | | | |
| Carcass ID Number | 0 3 5 1 | 1 3 3 1 | 0 4 2 1 | 0 2 7 1 | 1 6 4 1 | 1 4 0 1 | 0 5 1 1 | 1 2 6 1 | 1 4 9 1 | 1 7 4 1 | 0 3 8 1 | 0 5 7 1 | 0 0 0 1 | 1 6 5 1 | 1 1 4 1 | 0 3 2 1 | 0 0 1 1 | 1 5 4 1 | 0 3 5 1 | 0 0 0 1 | 0 0 8 1 | | | |

**General Body System**
  Tissue NOS             + + +

**Genital System**
  Epididymis             A + + + + + + + + + + + + A + + + + + + +
  Preputial gland        + +             +                       +
  Prostate               + + M A I A + + + + + + + + + + + + + + +
  Seminal vesicle        A + + A + A + + + + + + + A + + + + + + +
  Testes                 A + + + + A + + + + + + + A + + + + + + +

**Hematopoietic System**
  Bone marrow            + + + + A A + A A A + + + + + + + + + + +
  Lymph node             + + + + + + + + + + + + + + + + + + + M +
  Lymph node, bronchial  + + + + M + I + + + + + + M + + + + + M +
  Lymph node, mandibular M M + M M + + + M + M M M + M + + + M M M
  Lymph node, mediastinal M M M M M + M M M + M M M M M M M + M M M
  Lymph node, mesenteric M M M M + M + + + + + M + + M + + + + M +
  Spleen                 A + + + + A A + + + + + + + + + + + + + +
  Thymus                 A M M M + + + I + + M + M + I M + + + + +

**Integumentary System**
  Mammary gland          M M M M M A M M M M M M M M + M + + M + M M
  Skin                   + + + + + + + + + + + + + + + + + + + + +

**Musculoskeletal System**
  Bone                   + + + + + + + + + + + + + + + + + + + + +

**Nervous System**
  Brain                  + + + + + + + + + + + + + + + + + + + + +

**Respiratory System**
  Larynx                 A + + A + A A + + + + A + + + + + + I + +
  Lung                   + + + + + + + + + + + + + + + + + + + + +
    Alveolar/bronchiolar adenoma                                                 X
    Alveolar/bronchiolar carcinoma        X
    Hepatocellular carcinoma, metastatic,
      liver                                                                      X
  Nose                   + + + + A + + + + + + + + + + + + + + + +
  Trachea                + + + + A I + + + + A + + + + + + + + + +

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                 Board Draft

Protected Document--Subject to Protective Order                                               JNJ 000009089
Pltf_JNJ_00000929

Lesions in Male Mice                                                                                          C-15

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 6 mg/m$^3$ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4<br>6 6 7 7 7 7 7 7 8 8 8 8 8 8 9 9 9 9 0 0 0 0 0 0 | |
| Carcass ID Number | 0 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1 1 1 0 0 1 1 1 1<br>1 1 3 3 6 6 6 7 7 9 9 9 9 0 0 2 3 5 3 9 2 2 5 6<br>0 4 3 6 4 5 6 1 2 3 5 6 9 1 5 7 5 5 2 2 4 5 8 2<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total Tissues/ Tumors |
| **General Body System** | | |
| Tissue NOS | | 3 |
| **Genital System** | | |
| Epididymis | M + + + + + M + + + + I + + + + I I + + + I + | 39 |
| Preputial gland |                                + + | 6 |
| Prostate | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Seminal vesicle | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Testes | + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| **Hematopoietic System** | | |
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + + + + | 42 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Lymph node, bronchial | + + + + M + + + + + M + + M + + + + + M | 39 |
| Lymph node, mandibular | + M + + M + M M + M + M + + M M + M + + M M | 23 |
| Lymph node, mediastinal | M M M + M M + M M M M + M M + M M M + M M M M + | 10 |
| Lymph node, mesenteric | + + + + + + + + + + + + + + + + + + + + + + + + | 39 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Thymus | + + + + I + + + M + I + + + + M + + + + + + + I | 33 |
| **Integumentary System** | | |
| Mammary gland | M M M M M M M M M M M M M M M M M M + M M M M M | 5 |
| Skin | + I + + + + + + + + + + + + + + + + M + + + + + | 45 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| **Respiratory System** | | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + + | 41 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Alveolar/bronchiolar adenoma | X        X       X | 4 |
| Alveolar/bronchiolar carcinoma |                   X | 2 |
| Hepatocellular carcinoma, metastatic, liver | | 1 |
| Nose | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Trachea | + + + + + + + + + + + M + + + + + + + + + + + | 43 |

Board Draft                                                                             NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order
JNJ 000009090
Pltf_JNJ_00000929

C-16                                                                     Talc, NTP TR 421

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 2 2 3 4 5 5 5 5 5 6 6 6 6 6 6 7 7 7 7 7 7 7<br>5 5 4 2 4 5 5 8 9 9 2 2 3 8 8 8 1 1 2 3 3 3 3<br>3 3 4 3 6 0 8 4 0 1 4 6 3 1 5 8 0 9 2 6 6 6 6 |
| Carcass ID Number | 0 1 0 0 1 1 0 1 1 1 0 0 0 1 1 0 0 1 1 0 0 0 0<br>3 3 4 0 2 6 4 5 5 2 4 7 3 5 0 6 1 5 3 0 0 0 0<br>5 3 2 7 1 4 0 1 6 9 1 4 8 7 0 1 5 4 2 1 4 5 8<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |
| **Special Senses System**<br>  None | |
| **Urinary System**<br>  Kidney<br>  Urinary bladder | + + + + + A + + + + + + + + + + + + + + + + +<br>A + + A + A A A + + + + A + A + A + + + + + + |
| **Systemic Lesions**<br>  Multiple organs<br>    Lymphoma malignant lymphocytic | + + + + + + + + + + + + + + + + + + + + + + +<br>                                            X           |

Lesions in Male Mice                                                                                            C-17

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4<br>6 6 7 7 7 7 7 7 8 8 8 8 8 8 9 9 9 0 0 0 0 0 | |
|---|---|---|
| Carcass ID Number | 0 0 0 0 0 0 0 0 0 0 0 0 1 1 1 1 1 0 0 1 1 1<br>1 1 3 3 6 6 6 7 7 9 9 9 9 0 0 2 3 5 3 9 2 2 5 6<br>0 4 3 6 4 5 6 1 2 3 5 6 9 1 5 7 5 5 2 2 4 5 8 2<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |
| **Special Senses System**<br>None | | |
| **Urinary System**<br>Kidney<br>Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + +<br>+ + + + + + + + + + + + + + + + + + + M + + + + | 46<br>38 |
| **Systemic Lesions**<br>Multiple organs<br>Lymphoma malignant lymphocytic | + + + + + + + + + + + + + + + + + + + + + + + + | 47<br>1 |

C-18    Talc, NTP TR 421

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 028 | 114 | 115 | 159 | 422 | 438 | 457 | 458 | 531 | 554 | 557 | 672 | 712 | 724 | 725 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 |
| Carcass ID Number | 1871 | 1831 | 1951 | 3051 | 2861 | 1821 | 2291 | 1851 | 2771 | 2491 | 2831 | 2311 | 3251 | 3261 | 3031 | 1841 | 1891 | 1921 | 2231 | 2111 | 2131 | 2141 | | |

Alimentary System
  Esophagus                  M + + + M + + + + + + M + + + + + + + + + +
  Gallbladder                M A A A M A + A + A A M A + A + A + + + + + + +
  Intestine large            A + + + A + + A + A A A + A A + A + + + + + + +
  Intestine large, cecum     A + + A A + A + A A A A A A + A + + + + + + +
  Intestine large, colon     A + + A A + + A + A A A + A A + A + + + + + +
  Intestine large, rectum    A + M + A M + M I A A A + A A + A + M + + + + +
  Intestine small            A A + A A A + A + A A A A A A + A + + + + + + +
  Intestine small, duodenum  A A + A A M + A M A A A A A A + A + + + + + + +
  Intestine small, ileum     A A A A A A + A + + A A A A A + A + + + + + + +
  Intestine small, jejunum   A A + A A A + A + A A A A A A + A + + + + + + +
  Liver                      + + + + A + + + + + + + + + + + + + + + + + + +
    Hemangiosarcoma                                                      X
    Hepatocellular carcinoma           X X    X X X X              X
    Hepatocellular adenoma                        • X           X X
  Pancreas                   + + + + A + + + M A A A + A + + + + + + + I +
  Salivary glands            + + + + A + + + + A + + + + + + + + + + + + +
  Stomach                    + + + + A + + + + A A + + + + + + + + + + + +
  Stomach, forestomach       + + + + A + + + + A A + + + + + + + + + + + +
  Stomach, glandular         + + + + A + + + + A A A + A + + A + + + + + +

Cardiovascular System
  Heart                      + + + + + + + + + + + + + + + + + + + + + + + +
    Alveolar/bronchiolar carcinoma,
      metastatic, lung                    X

Endocrine System
  Adrenal gland              + + + + A + + + + A + + + + + + + + + + + + +
    Spindle cell, adenoma                                    X
  Adrenal gland, cortex      + + + + A + + + + A + + + + + + + + + + + + +
    Adenoma
  Adrenal gland, medulla     + + I + A + + + M M A + + + + + + + + + + + +
  Islets, pancreatic         I I + + A + + M A A A + A + + I I I M + I I
  Parathyroid gland          + + + + A M M + I M A + + M + M + + + I M M + M
  Pituitary gland            + + + + A + + + + A + + M + + + + + + + + + +
  Thyroid gland              + + + + A I + + + A + + + + + + + + + + + + +
    Follicular cell, adenoma

General Body System
  Tissue NOS                                         +
    Hemangioma
    Hemangiosarcoma, metastatic, spleen              X

NOT FOR DISTRIBUTION OR ATTRIBUTION    Board Draft

Protected Document--Subject to Protective Order    JNJ 000009093

Lesions in Male Mice                                                                                                                C-19

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 18 mg/m$^3$ (continued)

| | | Total Tissues/Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4<br>7 7 7 7 7 7 7 8 8 8 8 8 9 9 9 9 9 9 9 9 0 0 0 0 0 0 | |
| Carcass ID Number | 2 2 2 2 2 2 2 2 3 3 3 3 3 3 3 3 3 3 2 2 2 3 3 3<br>2 2 4 4 5 5 5 7 8 0 0 0 3 3 3 3 3 3 4 1 5 5 0 1 1<br>3 4 2 8 0 1 2 9 4 3 4 8 2 3 4 7 8 9 5 7 3 5 7 1 3<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |

| | | Total |
|---|---|---|
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Gallbladder | + + + + + + + + + + + + + + + + + + + I + + + | 35 |
| Intestine large | + + + + + + + + + + + + + + + + + + + + + + + + + | 40 |
| Intestine large, cecum | + + + + + + + + + + + + + + + + + + + + + + + + + | 37 |
| Intestine large, colon | + + + + + + + + + + + + + + + + + + + + + + + + + | 39 |
| Intestine large, rectum | M I + + + M M + + + M + + + + + + + + + + + + + | 31 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + + + | 36 |
| Intestine small, duodenum | + + + + + + + + + + + + + + + M + + + + + + + + | 34 |
| Intestine small, ileum | + + + + + + + + + + + + + + + + + + + + + + + + + | 35 |
| Intestine small, jejunum | + + + + + + + + + + + + + + + + + + + + + + + + + | 36 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Hemangiosarcoma | | 1 |
|   Hepatocellular carcinoma |   X X   X                     X | 11 |
|   Hepatocellular adenoma |                          X | 4 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + + | 42 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| **Cardiovascular System** | | |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| **Endocrine System** | | |
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Spindle cell, adenoma | | 1 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Adenoma |                    X | 1 |
| Adrenal gland, medulla | + + + + + + + M + + + + + + + + + + + + + + + + I | 42 |
| Islets, pancreatic | + I + + + + M M M M + I + + + + I M + I + + I I + | 24 |
| Parathyroid gland | + + + + M + M M + M M M + M + + + M + + M M M + | 26 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + I + + | 45 |
|   Follicular cell, adenoma |              X        X | 2 |
| **General Body System** | | |
| Tissue NOS |                         + | 2 |
|   Hemangioma |                         X | 1 |
|   Hemangiosarcoma, metastatic, spleen | | 1 |

Board Draft                                                                                                  NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                                                    JNJ 000009094

C-20                                                                                                          Talc, NTP TR 421

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 0 1 1 1 4 4 4 4 5 5 5 6 6 7 7 7 7 7 7 7 7 7 7<br>2 1 1 5 2 3 5 7 3 4 5 5 7 2 2 2 3 3 3 3 3 3 3<br>8 4 5 9 2 8 7 8 8 1 4 8 2 1 4 5 7 6 6 6 6 6 6 |
| Carcass ID Number | 1 1 1 3 2 1 2 2 1 2 2 2 2 2 2 3 3 1 1 1 1 2 2 2<br>8 8 9 1 8 8 2 1 8 7 4 8 4 8 1 0 4 8 8 9 9 1 1 1<br>7 3 5 0 5 6 1 9 5 7 9 3 1 2 5 6 3 4 9 2 3 1 3 4<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |
| **Genital System** | |
| Epididymis | + + + + A + + + + + M + + A + + + + + + + M + + + |
| Preputial gland | + + +       + |
| Prostate | + M M M A + + + + A + + + + + + + + + + + + + + |
| Seminal vesicle | + M M M A + + + + A A A M A + + + + + + + + + + |
| Testes | + + + + A + + + + + A M + A + + + + + + + + + + |
| **Hematopoietic System** | |
| Bone marrow | + + + + A A + + A A A A + + + + + + + + + + + + |
| Lymph node | + + + + + + + + + M + + + + + + + + + + + + + + |
| Lymph node, bronchial | + + M M A + + + + M + + + + + + + + + + + + + + |
|   Alveolar/bronchiolar carcinoma, | |
|   metastatic, lung |       X |
| Lymph node, mandibular | M I I + A M + M + M M M M + + + + + M M M M |
|   Hemangiosarcoma, metastatic, spleen |                         X |
| Lymph node, mediastinal | M M M M M M M M M M M + M + M M + M M M M M M |
| Lymph node, mesenteric | M + + M A + + M + + A + + A + + M + + + + + + + |
|   Hemangiosarcoma, metastatic, spleen |                         X |
| Spleen | + + + + A + + + + + A + + + + + + + + + + + + + |
|   Hemangiosarcoma |                       X X |
| Thymus | + M + M M + + + + + A + M + + + + + + + M + + + |
|   Alveolar/bronchiolar carcinoma, | |
|   metastatic, lung |       X |
| **Integumentary System** | |
| Mammary gland | I I M M M M + + M M M M M M M M M M M M M M M M |
| Skin | + + + + + + + + + + + + + + + + I + + + + + + + |
| **Musculoskeletal System** | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + |
|   Hemangiosarcoma, metastatic, spleen |                        X |
| Skeletal muscle |       + |
|   Thoracic, alveolar/bronchiolar | |
|   carcinoma, metastatic, lung |       X |
| **Nervous System** | |
| Brain | + + + + A + + + + + + + + + + + + + + + + + + + |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                              Board Draft

Protected Document--Subject to Protective Order                                                              JNJ 000009095

Pltf_JNJ_00000929

Lesions in Male Mice                                                                                                                 C-21

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4<br>7 7 7 7 7 7 7 8 8 8 8 8 9 9 9 9 9 9 9 0 0 0 0 0 0 | |
| Carcass ID Number | 2 2 2 2 2 2 2 2 3 3 3 3 3 3 3 3 3 2 2 2 3 3 3<br>2 2 4 4 5 5 5 7 8 0 0 0 3 3 3 3 3 3 4 1 5 5 0 1 1<br>3 4 2 8 0 1 2 9 4 3 4 8 2 3 4 7 8 9 5 7 3 5 7 1 3<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Genital System** | | |
| Epididymis | + + + + + + + + + + + + M + + + + + M + + + + M + | 42 |
| Preputial gland |         +           +          + + | 8 |
| Prostate | + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Seminal vesicle | + + + + + + + + + + + + + + + + + + + + + I + + + | 39 |
| Testes | + + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| **Hematopoietic System** | | |
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Lymph node, bronchial | + + + + + + + + + + + + + M + + + + + + + + + | 44 |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| Lymph node, mandibular | + M I M + M + + M M M + + M + M M + M M + M M M + | 19 |
|   Hemangiosarcoma, metastatic, spleen | | 1 |
| Lymph node, mediastinal | + M M M M M M + M M M M M M M + M M M M + M M M M | 7 |
| Lymph node, mesenteric | + + + + + + + + + + + + + + + + + M + I + + + + | 40 |
|   Hemangiosarcoma, metastatic, spleen | | 1 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
|   Hemangiosarcoma | | 2 |
| Thymus | + + + + + + M + + + + + + M + + I + + + + + + + | 40 |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| **Integumentary System** | | |
| Mammary gland | + M I M + + I + M M M M + M M M M M M M + M M M | 8 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Hemangiosarcoma, metastatic, spleen | | 1 |
| Skeletal muscle | | 1 |
|   Thoracic, alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |

Protected Document--Subject to Protective Order      JNJ 000009096
152 of 283      Pltf_JNJ_00000929

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 0 2 8 | 1 1 4 | 1 1 5 | 1 5 9 | 4 2 2 | 4 3 8 | 4 5 7 | 4.4 7 8 | 5 3 8 | 5 4 1 | 5 5 4 | 5·7 8 2 | 6 2 1 | 6 2 4 | 7 2 5 | 7 2 7 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | 7 3 6 | | |
| Carcass ID Number | 1 8 7 1 | 1 8 3 1 | 1 9 5 1 | 3 1 0 1 | 2 8 6 1 | 1 8 1 1 | 2 2 9 1 | 2 1 5 1 | 1 8 7 1 | 2 7 9 1 | 2 4 3 1 | 2 8 1 1 | 2 4 2 1 | 2 8 5 1 | 3 1 6 1 | 3 0 3 1 | 1 4 4 1 | 1 8 9 1 | 1 8 2 1 | 1 9 3 1 | 1 9 1 1 | 2 1 1 1 | 2 1 3 1 | 2 1 4 1 | |

Respiratory System
  Larynx                      + + + + A + + + + A + + A + + + + + + + + + +
  Lung                        + + + + A + + + + + + + + + + + + + + + + + + +
    Alveolar/bronchiolar adenoma                    X          X
    Alveolar/bronchiolar adenoma, multiple                             X
    Alveolar/bronchiolar carcinoma      X                     X
    Hemangiosarcoma, metastatic, spleen                          X
    Hepatocellular carcinoma, metastatic, liver                  X  X
  Nose                        + + + + A + + + + + A + + + + + + + + + + + + +
  Trachea                  + + + + A + + A + + A M + A + + + + + + + + + +

Special Senses System
  Harderian gland                               +       +
    Adenoma                                   X       X

Urinary System
  Kidney                      + + + + + + + + + + A + + + + + + + + + + + + +
  Urinary bladder           + + + + A + + + + + A A + A A + A + + + + + + +

Systemic Lesions
  Multiple organs           + + + + + + + + + + + + + + + + + + + + + + + +

Protected Document--Subject to Protective Order                                  JNJ 000009097
153 of 283                                                                       Pltf_JNJ_00000929

Lesions in Male Mice                                                                                                      C-23

TABLE C2
Individual Animal Tumor Pathology of Male Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 4 4 4 4 4 4<br>7 7 7 7 7 7 8 8 8 8 8 9 9 9 9 9 9 9 0 0 0 0 0 0 | |
|---|---|---|
| Carcass ID Number | 2 2 2 2 2 2 2 2 3 3 3 3 3 3 3 3 3 3 2 2 2 3 3 3<br>2 2 4 4 5 5 5 7 8 0 0 0 3 3 3 3 3 3 4 1 5 5 0 1 1<br>3 4 2 8 0 1 2 9 4 3 4 8 2 3 4 7 8 9 5 7 3 5 7 1 3<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |
| **Respiratory System** | | |
| Larynx | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Alveolar/bronchiolar adenoma |          X       X X X    X | 7 |
|   Alveolar/bronchiolar adenoma, multiple |   X | 2 |
|   Alveolar/bronchiolar carcinoma | | 2 |
|   Hemangiosarcoma, metastatic, spleen | | 1 |
|   Hepatocellular carcinoma, metastatic, liver | | 2 |
| Nose | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Trachea | + + + + + I + + M + + + + + + + + + + + + + + + | 42 |
| **Special Senses System** | | |
| Harderian gland |   + + | 4 |
|   Adenoma |   X X | 4 |
| **Urinary System** | | |
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |

Board Draft                                                                                                       NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                                   JNJ 000009098

C-24                                                                                           Talc, NTP TR 421

TABLE C3
Statistical Analysis of Primary Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Harderian Gland: Adenoma** | | | |
| Overall rates[a] | 1/46 (2%) | 0/47 (0%) | 4/49 (8%) |
| Adjusted rates[b] | 3.3% | 0.0% | 12.0% |
| Terminal rates[c] | 1/30 (3%) | 0/28 (0%) | 3/32 (9%) |
| First incidence (days) | 736 (T) | —[e] | 725 |
| Life table tests[d] | P=0.073 | P=0.514N | P=0.204 |
| Logistic regression tests[d] | P=0.075 | P=0.514N | P=0.216 |
| Cochran-Armitage test[d] | P=0.065 | | |
| Fisher exact test[d] | | P=0.495N | P=0.201 |
| **Liver: Hepatocellular Adenoma** | | | |
| Overall rates | 3/45 (7%) | 9/47 (19%) | 4/48 (8%) |
| Adjusted rates | 10.0% | 29.5% | 11.8% |
| Terminal rates | 3/30 (10%) | 7/28 (25%) | 3/32 (9%) |
| First incidence (days) | 736 (T) | 633 | 672 |
| Life table tests | P=0.489N | P=0.050 | P=0.539 |
| Logistic regression tests | P=0.493N | P=0.061 | P=0.552 |
| Cochran-Armitage test | P=0.515N | | |
| Fisher exact test | | P=0.070 | P=0.536 |
| **Liver: Hepatocellular Carcinoma** | | | |
| Overall rates | 6/45 (13%) | 5/47 (11%) | 11/48 (23%) |
| Adjusted rates | 16.7% | 13.7% | 27.3% |
| Terminal rates | 2/30 (7%) | 1/28 (4%) | 5/32 (16%) |
| First incidence (days) | 571 | 546 | 438 |
| Life table tests | P=0.114 | P=0.491N | P=0.187 |
| Logistic regression tests | P=0.116 | P=0.445N | P=0.203 |
| Cochran-Armitage test | P=0.097 | | |
| Fisher exact test | | P=0.469N | P=0.177 |
| **Liver: Hepatocellular Adenoma or Carcinoma** | | | |
| Overall rates | 9/45 (20%) | 13/47 (28%) | 14/48 (29%) |
| Adjusted rates | 25.6% | 38.1% | 34.5% |
| Terminal rates | 5/30 (17%) | 8/28 (29%) | 7/32 (22%) |
| First incidence (days) | 571 | 546 | 438 |
| Life table tests | P=0.256 | P=0.228 | P=0.230 |
| Logistic regression tests | P=0.216 | P=0.257 | P=0.223 |
| Cochran-Armitage test | P=0.225 | | |
| Fisher exact test | | P=0.269 | P=0.217 |
| **Lung: Alveolar/bronchiolar Adenoma** | | | |
| Overall rates | 6/45 (13%) | 4/47 (9%) | 9/48 (19%) |
| Adjusted rates | 20.0% | 14.3% | 27.0% |
| Terminal rates | 6/30 (20%) | 4/28 (14%) | 8/32 (25%) |
| First incidence (days) | 736 (T) | 736 (T) | 672 |
| Life table tests | P=0.224 | P=0.411N | P=0.333 |
| Logistic regression tests | P=0.251 | P=0.411N | P=0.371 |
| Cochran-Armitage test | P=0.210 | | |
| Fisher exact test | | P=0.342N | P=0.336 |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                   Board Draft

Protected Document--Subject to Protective Order                                          JNJ 000009099
155 of 283                                          Pltf_JNJ_00000929

Lesions in Male Mice                                                                                      C-25

TABLE C3
Statistical Analysis of Primary Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Lung: Alveolar/bronchiolar Carcinoma** | | | |
| Overall rates | 7/45 (16%) | 2/47 (4%) | 2/48 (4%) |
| Adjusted rates | 23.3% | 5.9% | 5.2% |
| Terminal rates | 7/30 (23%) | 1/28 (4%) | 0/32 (0%) |
| First incidence (days) | 736 (T) | 558 | 438 |
| Life table tests | P=0.068N | P=0.093N | P=0.068N |
| Logistic regression tests | P=0.069N | P=0.073N | P=0.070N |
| Cochran-Armitage test | P=0.065N | | |
| Fisher exact test | | P=0.069N | P=0.065N |
| **Lung: Alveolar/bronchiolar Adenoma or Carcinoma** | | | |
| Overall rates | 12/45 (27%) | 5/47 (11%) | 11/48 (23%) |
| Adjusted rates | 40.0% | 16.4% | 30.8% |
| Terminal rates | 12/30 (40%) | 4/28 (14%) | 8/32 (25%) |
| First incidence (days) | 736 (T) | 558 | 438 |
| Life table tests | P=0.533N | P=0.063N | P=0.426N |
| Logistic regression tests | P=0.552N | P=0.043N | P=0.423N |
| Cochran-Armitage test | P=0.554N | | |
| Fisher exact test | | P=0.043N | P=0.429N |
| **Pituitary Gland (Pars Intermedia): Adenoma** | | | |
| Overall rates | 0/44 (0%) | 2/44 (5%) | 0/46 (0%) |
| Adjusted rates | 0.0% | 6.5% | 0.0% |
| Terminal rates | 0/29 (0%) | 1/27 (4%) | 0/32 (0%) |
| First incidence (days) | — | 681 | — |
| Life table tests | P=0.547N | P=0.238 | _f |
| Logistic regression tests | P=0.566N | P=0.239 | — |
| Cochran-Armitage test | P=0.564N | | |
| Fisher exact test | | P=0.247 | — |
| **Spleen: Hemangiosarcoma** | | | |
| Overall rates | 2/44 (5%) | 0/44 (0%) | 2/47 (4%) |
| Adjusted rates | 6.9% | 0.0% | 5.5% |
| Terminal rates | 2/29 (7%) | 0/28 (0%) | 0/32 (0%) |
| First incidence (days) | 736 (T) | — | 672 |
| Life table tests | P=0.595 | P=0.246N | P=0.650N |
| Logistic regression tests | P=0.581 | P=0.246N | P=0.668N |
| Cochran-Armitage test | P=0.577 | | |
| Fisher exact test | | P=0.247N | P=0.666N |
| **All Organs: Hemangiosarcoma** | | | |
| Overall rates | 4/46 (9%) | 0/47 (0%) | 3/49 (6%) |
| Adjusted rates | 12.9% | 0.0% | 8.4% |
| Terminal rates | 3/30 (10%) | 0/28 (0%) | 1/32 (3%) |
| First incidence (days) | 710 | — | 672 |
| Life table tests | P=0.529N | P=0.071N | P=0.448N |
| Logistic regression tests | P=0.545N | P=0.060N | P=0.456N |
| Cochran-Armitage test | P=0.554N | | |
| Fisher exact test | | P=0.056N | P=0.464N |

C-26                                                                                              Talc, NTP TR 421

TABLE C3
Statistical Analysis of Primary Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **All Organs: Hemangioma or Hemangiosarcoma** | | | |
| Overall rates | 4/46 (9%) | 0/47 (0%) | 4/49 (8%) |
| Adjusted rates | 12.9% | 0.0% | 11.4% |
| Terminal rates | 3/30 (10%) | 0/28 (0%) | 2/32 (6%) |
| First incidence (days) | 710 | — | 672 |
| Life table tests | P=0.515 | P=0.071N | P=0.590N |
| Logistic regression tests | P=0.505 | P=0.060N | P=0.598N |
| Cochran-Armitage test | P=0.492 | | |
| Fisher exact test | | P=0.056N | P=0.607N |
| **All Organs: Malignant Lymphoma (Lymphocytic, Mixed, or Undifferentiated Cell Type)** | | | |
| Overall rates | 5/46 (11%) | 1/47 (2%) | 0/49 (0%) |
| Adjusted rates | 16.7% | 3.6% | 0.0% |
| Terminal rates | 5/30 (17%) | 1/28 (4%) | 0/32 (0%) |
| First incidence (days) | 736 (T) | 736 (T) | — |
| Life table tests | P=0.019N | P=0.116N | P=0.027N |
| Logistic regression tests | P=0.019N | P=0.116N | P=0.027N |
| Cochran-Armitage test | P=0.020N | | |
| Fisher exact test | | P=0.097N | P=0.024N |
| **All Organs: Benign Tumors** | | | |
| Overall rates | 11/46 (24%) | 16/47 (34%) | 18/49 (37%) |
| Adjusted rates | 35.2% | 51.1% | 51.4% |
| Terminal rates | 10/30 (33%) | 13/28 (46%) | 15/32 (47%) |
| First incidence (days) | 587 | 633 | 672 |
| Life table tests | P=0.158 | P=0.135 | P=0.127 |
| Logistic regression tests | P=0.154 | P=0.188 | P=0.138 |
| Cochran-Armitage test | P=0.139 | | |
| Fisher exact test | | P=0.199 | P=0.128 |
| **All Organs: Malignant Tumors** | | | |
| Overall rates | 20/46 (43%) | 8/47 (17%) | 15/49 (31%) |
| Adjusted rates | 58.3% | 23.3% | 35.9% |
| Terminal rates | 16/30 (53%) | 4/28 (14%) | 6/32 (19%) |
| First incidence (days) | 571 | 546 | 438 |
| Life table tests | P=0.253N | P=0.012N | P=0.166N |
| Logistic regression tests | P=0.262N | P=0.005N | P=0.152N |
| Cochran-Armitage test | P=0.245N | | |
| Fisher exact test | | P=0.005N | P=0.139N |
| **All Organs: Benign or Malignant Tumors** | | | |
| Overall rates | 26/46 (57%) | 20/47 (43%) | 28/49 (57%) |
| Adjusted rates | 76.2% | 58.0% | 66.5% |
| Terminal rates | 22/30 (73%) | 14/28 (50%) | 18/32 (56%) |
| First incidence (days) | 571 | 546 | 438 |
| Life table tests | P=0.442 | P=0.208N | P=0.554 |
| Logistic regression tests | P=0.344 | P=0.102N | P=0.503 |
| Cochran-Armitage test | P=0.399 | | |
| Fisher exact test | | P=0.127N | P=0.558 |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                     Board Draft

Protected Document--Subject to Protective Order                                          JNJ 000009101

157 of 283                                                                Pltf_JNJ_00000929

TABLE C3
Statistical Analysis of Primary Neoplasms in Male Mice in the 2-Year Inhalation Study of Talc (continued)

(T) Terminal sacrifice
a  Number of tumor-bearing animals/number of animals examined. Denominator is number of animals examined microscopically for adrenal gland, bone marrow, brain, clitoral gland, epididymis, gallbladder (mouse), heart, kidney, larynx, liver, lung, nose, ovary, pancreas, parathyroid gland, pituitary gland, preputial gland, prostate gland, salivary gland, spleen, testes, thyroid gland, and urinary bladder; for other tissues, denominator is number of animals necropsied.
b  Kaplan-Meier estimated tumor incidence at the end of the study after adjustment for intercurrent mortality
c  Observed incidence at terminal kill
d  Beneath the control incidence are the P values associated with the trend test. Beneath the dosed group incidence are the P values corresponding to pairwise comparisons between the controls and that dosed group. The life table analysis regards tumors in animals dying prior to terminal kill as being (directly or indirectly) the cause of death. The logistic regression tests regard these lesions as nonfatal. The Cochran-Armitage and Fisher exact tests compare directly the overall incidence rates. For all tests, a negative trend or a lower incidence in a dose group is indicated by N.
e  Not applicable; no tumors in animal group
f  Value of statistic cannot be computed.

C-28                                                                                          Talc, NTP TR 421

TABLE C4
Summary of the Incidence of Nonneoplastic Lesions in Male Mice in the 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
|   Moribund | 1 | 2 | 3 |
|   Natural deaths | 16 | 18 | 14 |
| Survivors | | | |
|   Terminal sacrifice | 30 | 28 | 32 |
| Missexed | 1 | 1 | 0 |
| Missing | 2 | 1 | 1 |
| Animals examined microscopically | 46 | 47 | 49 |
| **Alimentary System** | | | |
| Gallbladder | (31) | (29) | (35) |
|   Dilatation | | | 1 (3%) |
|   Epithelium, hyperplasia, papillary | | | 1 (3%) |
| Intestine large, cecum | (34) | (35) | (37) |
|   Hyperplasia, lymphoid | | 1 (3%) | 3 (8%) |
| Intestine large, colon | (36) | (38) | (39) |
|   Hyperplasia, lymphoid | 1 (3%) | | |
| Intestine large, rectum | (32) | (32) | (31) |
|   Serosa, inflammation, suppurative | | 1 (3%) | |
| Intestine small, duodenum | (32) | (30) | (34) |
|   Hyperplasia, lymphoid | | | 1 (3%) |
|   Mucosa, atrophy | 3 (9%) | 7 (23%) | 3 (9%) |
| Intestine small, ileum | (33) | (32) | (35) |
|   Hyperplasia, lymphoid | 5 (15%) | 3 (9%) | 5 (14%) |
|   Mucosa, atrophy | 3 (9%) | 5 (16%) | 4 (11%) |
|   Peyer's patch, necrosis | 1 (3%) | | |
| Intestine small, jejunum | (32) | (31) | (36) |
|   Hyperplasia, lymphoid | | | 1 (3%) |
|   Mucosa, atrophy | 3 (9%) | 3 (10%) | 2 (6%) |
| Liver | (45) | (47) | (48) |
|   Abscess | 1 (2%) | | 1 (2%) |
|   Focal cellular change | 4 (9%) | 3 (6%) | 5 (10%) |
|   Hematocyst | | 1 (2%) | |
|   Hematopoietic cell proliferation | 2 (4%) | 2 (4%) | |
|   Infarct | 2 (4%) | | |
|   Inflammation, focal | | 3 (6%) | 1 (2%) |
|   Mineralization, focal | | 1 (2%) | |
|   Necrosis, focal | 4 (9%) | 5 (11%) | 4 (8%) |
|   Pigmentation, hemosiderin, focal | | | 1 (2%) |
|   Bile duct, hyperplasia, focal | | | 1 (2%) |
|   Serosa, inflammation, suppurative | | | 1 (2%) |
| Pancreas | (42) | (39) | (42) |
|   Serosa, inflammation, suppurative | | | 1 (2%) |
| Stomach, forestomach | (43) | (41) | (46) |
|   Hyperplasia, squamous, focal | | 1 (2%) | 1 (2%) |
| Tooth | | (3) | |
|   Dysplasia | | 3 (100%) | |
| **Cardiovascular System** | | | |
| Heart | (45) | (46) | (49) |
|   Thrombosis | | 1 (2%) | 1 (2%) |
|   Coronary artery, mineralization | | 1 (2%) | |
|   Myocardium, degeneration, focal | 1 (2%) | | |
|   Myocardium, fibrosis, focal | | 1 (2%) | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                         Board Draft

Protected Document--Subject to Protective Order                                             JNJ 000009103

TABLE C4
Summary of the Incidence of Nonneoplastic Lesions in Male Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Endocrine System** | | | |
| Adrenal gland | (43) | (46) | (47) |
|   Spindle cell, hyperplasia | 38 (88%) | 37 (80%) | 35 (74%) |
| Adrenal gland, cortex | (43) | (46) | (47) |
|   Atrophy | 1 (2%) | | |
|   Hyperplasia, focal | | 1 (2%) | |
|   Vacuolization cytoplasmic, focal | | 3 (7%) | 4 (9%) |
| Parathyroid gland | (25) | (21) | (26) |
|   Cyst | 3 (12%) | 1 (5%) | |
| Pituitary gland | (44) | (44) | (46) |
|   Cyst | 1 (2%) | | 1 (2%) |
|   Pigmentation, lipofuscin | 1 (2%) | | |
| Thyroid gland | (45) | (46) | (45) |
|   Cyst | 2 (4%) | 1 (2%) | 1 (2%) |
|   Follicular cell, hyperplasia | 4 (9%) | 8 (17%) | 8 (18%) |
| **General Body System** | | | |
| None | | | |
| **Genital System** | | | |
| Epididymis | (39) | (39) | (42) |
|   Inflammation, suppurative | 1 (3%) | 1 (3%) | |
| Preputial gland | (8) | (6) | (8) |
|   Dilatation | 7 (88%) | 6 (100%) | 8 (100%) |
|   Inflammation | 3 (38%) | | 1 (13%) |
| Prostate | (40) | (43) | (44) |
|   Inflammation, suppurative | 3 (8%) | 7 (16%) | 4 (9%) |
|   Epithelium, hyperplasia | | 1 (2%) | |
| Seminal vesicle | (41) | (43) | (39) |
|   Inflammation, suppurative | | 2 (5%) | 1 (3%) |
| Testes | (43) | (44) | (45) |
|   Aspermatogenesis, diffuse | | | 1 (2%) |
|   Atrophy, diffuse | | | 1 (2%) |
|   Hypospermia | 1 (2%) | 2 (5%) | |
|   Inflammation, suppurative | | 1 (2%) | |
|   Seminiferous tubule, degeneration, focal | 3 (7%) | 4 (9%) | 1 (2%) |
| **Hematopoietic System** | | | |
| Bone marrow | (40) | (42) | (43) |
|   Hyperplasia | 4 (10%) | 1 (2%) | 1 (2%) |
|   Myelofibrosis | 2 (5%) | 2 (5%) | |
|   Myeloid cell, hyperplasia | 4 (10%) | 7 (17%) | 1 (2%) |
| Lymph node | (45) | (46) | (48) |
|   Iliac, hyperplasia, lymphoid | 1 (2%) | | |
|   Iliac, hyperplasia, plasma cell | 1 (2%) | | |
|   Lumbar, hyperplasia, lymphoid | 1 (2%) | 1 (2%) | |
|   Lumbar, hyperplasia, plasma cell | | 1 (2%) | |
|   Pancreatic, inflammation, granulomatous | | 1 (2%) | |
|   Renal, depletion lymphoid | | | 1 (2%) |
|   Renal, hyperplasia, lymphoid | | | 1 (2%) |

TABLE C4
Summary of the Incidence of Nonneoplastic Lesions in Male Mice in the 2-Year Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Hematopoietic System** (continued) | | | |
| Lymph node, bronchial | (32) | (39) | (44) |
|   Abscess | | | 1 (2%) |
|   Hyperplasia, histiocytic | 1 (3%) | 32 (82%) | 42 (95%) |
|   Hyperplasia, histiocytic, lymphoid | | 1 (3%) | |
|   Hyperplasia, lymphoid | 3 (9%) | 10 (26%) | 23 (52%) |
|   Infiltration cellular, mixed cell | 3 (9%) | 1 (3%) | 3 (7%) |
|   Inflammation, acute | 1 (3%) | | |
|   Follicular, necrosis | 1 (3%) | | |
| Lymph node, mandibular | (23) | (23) | (19) |
|   Hyperplasia, histiocytic | | 1 (4%) | |
|   Hyperplasia, lymphoid | | | 1 (5%) |
|   Follicular, necrosis | | | 1 (5%) |
| Lymph node, mediastinal | (9) | (10) | (7) |
|   Hyperplasia, histiocytic | 1 (11%) | 1 (10%) | 2 (29%) |
|   Hyperplasia, lymphoid | | 2 (20%) | |
| Lymph node, mesenteric | (36) | (39) | (40) |
|   Depletion lymphoid | 1 (3%) | | 2 (5%) |
|   Hyperplasia, lymphoid | 4 (11%) | 3 (8%) | 6 (15%) |
|   Infiltration cellular, mixed cell | 18 (50%) | 20 (51%) | 13 (33%) |
|   Inflammation, granulomatous | | 1 (3%) | |
|   Thrombosis | | | 1 (3%) |
|   Follicular, necrosis | | 6 (15%) | 2 (5%) |
| Spleen | (44) | (44) | (47) |
|   Hematocyst | | 1 (2%) | |
|   Hematopoietic cell proliferation | 6 (14%) | 7 (16%) | 10 (21%) |
|   Hyperplasia, lymphoid | 3 (7%) | 2 (5%) | 3 (6%) |
|   Hyperplasia, mast cell | | | 1 (2%) |
|   Inflammation, granulomatous | | 1 (2%) | |
|   Lymphoid follicle, depletion lymphoid | | 2 (5%) | 5 (11%) |
|   Lymphoid follicle, necrosis | 2 (5%) | 5 (11%) | 1 (2%) |
| Thymus | (34) | (33) | (40) |
|   Cyst | 3 (9%) | 2 (6%) | 1 (3%) |
|   Hyperplasia, lymphoid | | | 1 (3%) |
|   Inflammation, granulomatous | | 1 (3%) | |
|   Necrosis | 1 (3%) | | 2 (5%) |
|   Cortex, depletion lymphoid | 6 (18%) | 10 (30%) | 8 (20%) |
|   Epithelial cell, hyperplasia, focal | 1 (3%) | | |
| **Integumentary System** | | | |
| Skin | (44) | (45) | (48) |
|   Abscess | | 1 (2%) | |
|   Alopecia | 1 (2%) | | 1 (2%) |
|   Inflammation, acute | | 2 (4%) | |
|   Ulcer, focal | | 2 (4%) | |
| **Musculoskeletal System** | | | |
| Bone | (46) | (47) | (49) |
|   Rib, cartilage, fracture healed | 1 (2%) | | |
| **Nervous System** | | | |
| Brain | (46) | (47) | (48) |
|   Mineralization, focal | 37 (80%) | 39 (83%) | 38 (79%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION  Board Draft

Protected Document--Subject to Protective Order

JNJ 000009105