TABLE C4
Summary of the Incidence of Nonneoplastic Lesions in Male Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Respiratory System** | | | |
| Larynx | (42) | (41) | (46) |
|   Inflammation, acute | 1 (2%) | | 1 (2%) |
| Lung | (45) | (47) | (48) |
|   Congestion | 3 (7%) | 1 (2%) | 1 (2%) |
|   Hyperplasia, macrophage | 3 (7%) | 46 (98%) | 48 (100%) |
|   Inflammation, chronic active | | 16 (34%) | 40 (83%) |
|   Thrombosis | | | 1 (2%) |
|   Alveolar epithelium, hyperplasia, focal | 1 (2%) | | |
|   Peribronchiolar, inflammation, chronic active | | 1 (2%) | |
|   Perivascular, inflammation, suppurative | 1 (2%) | | |
| Nose | (45) | (46) | (47) |
|   Cytoplasmic alteration, focal | 5 (11%) | 23 (50%) | 40 (85%) |
|   Erosion, focal | 1 (2%) | 1 (2%) | 2 (4%) |
|   Inflammation, acute | 4 (9%) | 4 (9%) | 7 (15%) |
| **Special Senses System** | | | |
| Ear | (1) | | |
|   Inflammation, granulomatous | 1 (100%) | | |
| **Urinary System** | | | |
| Kidney | (45) | (46) | (48) |
|   Casts protein | 1 (2%) | | |
|   Cyst | 2 (4%) | | |
|   Hydronephrosis | 3 (7%) | 1 (2%) | |
|   Inflammation, suppurative, focal | 3 (7%) | 5 (11%) | 3 (6%) |
|   Metaplasia, osseous, focal | | 3 (7%) | |
|   Nephropathy, chronic | 3 (7%) | | 2 (4%) |
|   Capsule, inflammation, suppurative | | | 1 (2%) |
|   Pelvis, inflammation, suppurative | 2 (4%) | 5 (11%) | 1 (2%) |
| Urinary bladder | (43) | (38) | (43) |
|   Dysplasia, focal | 1 (2%) | | |
|   Inflammation, chronic active | 6 (14%) | 5 (13%) | 2 (5%) |
|   Ulcer, focal | | | 1 (2%) |
|   Transitional epithelium, hyperplasia | | 1 (3%) | |

$^a$ Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.

Board Draft                                                    NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009106

Pltf_JNJ_00000929

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order    JNJ 000009107

# APPENDIX D
# SUMMARY LESIONS IN FEMALE MICE IN THE 2-YEAR INHALATION STUDY OF TALC

| | | |
|---|---|---|
| TABLE D1 | Summary of the Incidence of Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc | D-3 |
| TABLE D2 | Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc | D-6 |
| TABLE D3 | Statistical Analysis of Primary Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc | D-24 |
| TABLE D4 | Summary of the Incidence of Nonneoplastic Lesions in Female Mice in the 2-Year Inhalation Study of Talc | D-28 |

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009108

D-2

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009109

Pltf_JNJ_00000929

Lesions in Female Mice                                                                                           D-3

TABLE D1
Summary of the Incidence of Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
|   Moribund | 2 | 4 | 4 |
|   Natural deaths | 17 | 21 | 21 |
| Survivors | | | |
|   Terminal sacrifice | 30 | 23 | 25 |
| Missing | 1 | 1 | |
| Culled | | 1 | |
| Animals examined microscopically | 46 | 48 | 50 |
| **Alimentary System** | | | |
| Esophagus | (43) | (47) | (48) |
| Gallbladder | (31) | (28) | (29) |
| Intestine large, cecum | (35) | (29) | (34) |
|   Leiomyoma | | | 1 (3%) |
| Intestine large, colon | (38) | (33) | (32) |
|   Leiomyosarcoma | | 1 (3%) | |
| Intestine small, ileum | (33) | (27) | (31) |
| Liver | (46) | (46) | (50) |
|   Hemangioma | | 1 (2%) | |
|   Hepatocellular carcinoma | 7 (15%) | 5 (11%) | 4 (8%) |
|   Hepatocellular adenoma | 5 (11%) | 1 (2%) | 4 (8%) |
| Mesentery | (2) | | – |
| Pancreas | (42) | (39) | (44) |
| Salivary glands | (46) | (48) | (50) |
|   Hemangioma | 1 (2%) | | |
| Stomach, glandular | (45) | (39) | (46) |
| **Cardiovascular System** | | | |
| Heart | (46) | (48) | (50) |
|   Alveolar/bronchiolar carcinoma, metastatic, lung | | 1 (2%) | |
| **Endocrine System** | | | |
| Adrenal gland | (46) | (45) | (50) |
|   Spindle cell, adenoma | 1 (2%) | | |
| Adrenal gland, cortex | (46) | (44) | (50) |
|   Adenoma | 1 (2%) | | |
| Adrenal gland, medulla | (41) | (43) | (45) |
|   Pheochromocytoma malignant | 1 (2%) | | |
| Pituitary gland | (42) | (42) | (48) |
|   Adenoma | 5 (12%) | 4 (10%) | 2 (4%) |
|   Carcinoma | | 2 (5%) | |
| Thyroid gland | (43) | (47) | (49) |
|   Follicular cell, adenoma | 1 (2%) | 2 (4%) | 2 (4%) |

Board Draft                                                                                  NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                  JNJ 000009110
Pltf_JNJ_00000929

D-4                                                                                              Talc, NTP TR 421

TABLE D1
Summary of the Incidence of Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc (continued)

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **General Body System** |  |  |  |
| Tissue NOS | (4) | (1) | (2) |
| Fibrosarcoma | 1 (25%) |  |  |
| Hemangioma | 1 (25%) |  | 1 (50%) |
| Hemangiosarcoma |  |  | 1 (50%) |
| **Genital System** |  |  |  |
| Ovary | (38) | (43) | (46) |
| Adenocarcinoma, metastatic, uterus | 1 (3%) |  |  |
| Adenoma | 1 (3%) | 1 (2%) |  |
| Cystadenoma |  | 1 (2%) |  |
| Luteoma | 2 (5%) |  |  |
| Uterus | (44) | (45) | (49) |
| Adenocarcinoma | 1 (2%) |  |  |
| Carcinoma adenosquamous |  |  | 1 (2%) |
| **Hematopoietic System** |  |  |  |
| Bone marrow | (41) | (43) | (45) |
| Lymph node | (46) | (46) | (49) |
| Lymph node, bronchial | (38) | (37) | (43) |
| Adenocarcinoma, metastatic, kidney |  | 1 (3%) |  |
| Adenocarcinoma, metastatic, uterus | 1 (3%) |  |  |
| Alveolar/bronchiolar carcinoma, metastatic, lung |  | 3 (8%) |  |
| Lymph node, mandibular | (35) | (38) | (36) |
| Lymph node, mediastinal | (13) | (17) | (14) |
| Adenocarcinoma, metastatic, kidney |  | 1 (6%) |  |
| Alveolar/bronchiolar carcinoma, metastatic, lung |  | 1 (6%) |  |
| Lymph node, mesenteric | (35) | (31) | (37) |
| Spleen | (45) | (44) | (50) |
| Hemangiosarcoma |  |  | 1 (2%) |
| Thymus | (40) | (40) | (41) |
| Alveolar/bronchiolar carcinoma, metastatic, lung |  | 2 (5%) |  |
| **Integumentary System** |  |  |  |
| Mammary gland | (41) | (45) | (48) |
| Fibrosarcoma |  |  | 1 (2%) |
| **Musculoskeletal System** |  |  |  |
| Bone | (46) | (48) | (50) |
| Vertebra, alveolar/bronchiolar carcinoma, metastatic, lung |  | 1 (2%) |  |
| **Nervous System** |  |  |  |
| Spinal cord |  |  | (1) |
| Thoracic, ganglioneuroma |  |  | 1 (100%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                              Board Draft

Protected Document--Subject to Protective Order                                        JNJ 000009111

Lesions in Female Mice

D-5

**TABLE D1**
**Summary of the Incidence of Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc** (continued)

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Respiratory System** | | | |
| Lung | (46) | (48) | (50) |
| Adenocarcinoma, metastatic, kidney | | 1 (2%) | |
| Alveolar/bronchiolar adenoma | 3 (7%) | 2 (4%) | 2 (4%) |
| Alveolar/bronchiolar carcinoma | 2 (4%) | 4 (8%) | 1 (2%) |
| Hemangiosarcoma, metastatic, tissue NOS | | | 1 (2%) |
| Hepatocellular carcinoma, metastatic, liver | 2 (4%) | 2 (4%) | |
| Trachea | (40) | (36) | (45) |
| **Special Senses System** | | | |
| Harderian gland | (2) | (2) | (1) |
| Adenocarcinoma | | | 1 (100%) |
| Adenoma | 2 (100%) | 1 (50%) | |
| **Urinary System** | | | |
| Kidney | (46) | (46) | (50) |
| Adenocarcinoma | | 1 (2%) | |
| Hepatocellular carcinoma, metastatic, liver | 1 (2%) | | |
| Urinary bladder | (44) | (40) | (41) |
| **Systemic Lesions** | | | |
| Multiple organs[b] | (46) | (48) | (50) |
| Lymphoma malignant histiocytic | | | 1 (2%) |
| Lymphoma malignant lymphocytic | 2 (4%) | 3 (6%) | 3 (6%) |
| Lymphoma malignant mixed | 3 (7%) | 4 (8%) | 2 (4%) |
| Lymphoma malignant undifferentiated cell | 2 (4%) | | 2 (4%) |
| **Tumor Summary** | | | |
| Total animals with primary neoplasms[c] | 31 | 26 | 21 |
| Total primary neoplasms | 42 | 33 | 31 |
| Total animals with benign neoplasms | 18 | 9 | 10 |
| Total benign neoplasms | 23 | 13 | 13 |
| Total animals with malignant neoplasms | 19 | 19 | 15 |
| Total malignant neoplasms | 19 | 20 | 18 |
| Total animals with metastatic neoplasms | 3 | 5 | 1 |
| Total metastatic neoplasms | 5 | 13 | 1 |

[a] Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.
[b] Number of animals with any tissue examined microscopically
[c] Primary tumors: all tumors except metastatic tumors

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009112

D-6                                                                                    Talc, NTP TR 421

**TABLE D2**
**Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³**

| | |
|---|---|
| Number of Days on Study | 0 4 4 4 5 5 5 5 5 6 6 6 6 6 7 7 7 7 7 7<br>3 2 6 8 0 0 0 4 5 9 4 8 8 8 9 2 2 2 2 2<br>0 6 5 7 5 6 9 4 2 8 1 0 3 6 2 3 9 9 9 9 |
| Carcass ID Number | 5 5 5 3 4 4 3 4 4 5 5 4 5 4 4 3 3 3 3 3<br>3 0 3 7 1 2 8 1 7 0 2 9 0 4 9 7 8 8 8 8<br>3 0 4 6 7 0 2 5 5 3 5 8 7 7 6 6 7 1 4 6 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Alimentary System**

| | |
|---|---|
| Esophagus | + + M + + M M + + + + + + + + + + + + + |
| Gallbladder | A M A M A M A + A A A A + A A + + + + + |
| Intestine large | A + + A A A + + A + A + + + + + + + + + |
| Intestine large, cecum | A + A A A A A A + A + A + A + + + + + + |
| Intestine large, colon | A + A A A A + + A + A + + + + + M + + + |
| Intestine large, rectum | A M + M M A + + M A A M + + + + + + + M |
| Intestine small | A + A A A A + A A A A + + + + + + + + + |
| Intestine small, duodenum | A + A A A A A A A A A + + A + + + + + M |
| Intestine small, ileum | A + A A A A A A A A A + + + + + + + + + |
| Intestine small, jejunum | A + A A A A + A A A A + A + + + + + + + |
| Liver | + + + + + + + + + + + + + + + + + + + + |
|   Hepatocellular carcinoma |   X     X       X   X            X |
|   Hepatocellular adenoma |                                     X |
| Mesentery |           + |
| Pancreas | + + A + A A + + + + + I + + + + + + + + |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + |
|   Hemangioma | |
| Stomach | + + + + + A + + + + + + + + + + + + + + |
| Stomach, forestomach | + + + + + A + + + + + + + + + + + + + + |
| Stomach, glandular | + + + + + A + + + + + + + + + + + + + + |

**Cardiovascular System**

| | |
|---|---|
| Heart | + + + + + + + + + + + + + + + + + + + + |

**Endocrine System**

| | |
|---|---|
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + |
|   Spindle cell, adenoma | |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + |
|   Adenoma | |
| Adrenal gland, medulla | + + + + M + M + + + I I + + + + + + + + |
|   Pheochromocytoma malignant | |
| Islets, pancreatic | + + M + A A M + I M I M I M + + + + + + |
| Parathyroid gland | M M + M + + M + M I + M + + + M M M I M + |
| Pituitary gland | M + + + M M + + + + I + + + + + + + + + |
|   Adenoma |                           X   X X        X |
| Thyroid gland | A + + + + + M + + + + + + + + + + + + + |
|   Follicular cell, adenoma | |

+: Tissue examined microscopically      M: Missing tissue      X: Lesion present
A: Autolysis precludes examination      I: Insufficient tissue      Blank: Not examined

NOT FOR DISTRIBUTION OR ATTRIBUTION            Board Draft

Protected Document--Subject to Protective Order          JNJ 000009113

169 of 283

Pltf_JNJ_00000929

Lesions in Female Mice                                                                                                  D-7

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | Number of Days on Study | Total Tissues/Tumors |
|---|---|---|
| | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 | |
| | 2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 | |
| | 9 0 0 0 0 0 0 0 1 1 1 1 1 1 2 2 2 2 2 3 3 3 3 3 | |
| Carcass ID Number | 3 4 4 4 4 4 4 4 4 4 4 4 5 5 5 5 5 4 4 5 5 5 5 5 | |
| | 9 1 1 4 4 4 4 5 7 7 7 7 0 0 0 0 2 0 8 3 3 3 3 3 | |
| | 0 1 8 0 1 2 3 5 0 0 1 4 8 9 1 2 4 9 9 9 0 0 1 8 9 | |
| | 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |

| | | |
|---|---|---|
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Gallbladder | + + + + + + I + + + + + + + + + + + + + + + + + | 31 |
| Intestine large | + + + + + + + + + + + + + + + + + + + + + + + + | 40 |
| Intestine large, cecum | + + + + + + + + + + + + + + + + + + + + + + + + | 35 |
| Intestine large, colon | + + + + + + + + + + + + + + + + + + + + + + + + | 38 |
| Intestine large, rectum | + + + + + + + + + + M + + + + + + + + M + + + + | 34 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + + | 35 |
| Intestine small, duodenum | + M M + + + + + + + + + M M + + + M + + + + + | 27 |
| Intestine small, ileum | + + + + + + + + + + + + + + A + + + + + + + + + | 33 |
| Intestine small, jejunum | + + + + + + + + + + M + + + + + + + + + + + + + | 33 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Hepatocellular carcinoma | X                               X | 7 |
|   Hepatocellular adenoma |       X   X     X                         X | 5 |
| Mesentery |                            + | 2 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + | 42 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Hemangioma |                       X                   - | 1 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| **Cardiovascular System** | | |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| **Endocrine System** | | |
| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Spindle cell, adenoma |                                 X | 1 |
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Adenoma | X | 1 |
| Adrenal gland, medulla | + + + + + + + + + + + + + + + + + + + + + + + M | 41 |
|   Pheochromocytoma malignant |              X | 1 |
| Islets, pancreatic | + + M + I + I + I I + I I + + + M I + I + + M + | 25 |
| Parathyroid gland | + + + M + + M + I + M + M M + + I M + + + M M M + | 23 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + | 42 |
|   Adenoma |                                         X | 5 |
| Thyroid gland | + + + + + + + + + + + M + + + + + + + + + + + + | 43 |
|   Follicular cell, adenoma |                                 X | 1 |

D-8                                                                                                                                  Talc, NTP TR 421

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 0 4 4 4 5 5 5 5 5 6 6 6 6 6 7 7 7 7 7 7<br>3 2 6 8 0 0 0 4 5 9 4 8 8 8 9 2 2 2 2 2<br>0 6 5 7 5 6 9 4 2 8 1 0 3 6 2 3 9 9 9 9 |
| Carcass ID Number | 5 5 5 3 4 4 3 4 4 4 5 5 4 5 4 4 3 3 3 3<br>3 0 3 7 1 2 8 1 7 7 0 2 9 0 4 9 7 8 8 8<br>3 0 4 6 7 0 2 5 5 3 5 8 7 7 6 6 7 1 4 6 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**General Body System**
  Tissue NOS
    Fibrosarcoma
    Hemangioma

**Genital System**
  Ovary                                      + + + + + + + I + + I M + + + + + + + +
    Adenocarcinoma, metastatic, uterus
    Adenoma
    Luteoma
  Uterus                                     M I + + + + + + + + + + + + + + + + + +
    Adenocarcinoma

**Hematopoietic System**
  Bone marrow                                + + A + A A + A A + + + + + + + + + + +
  Lymph node                                 + + + + + + + + + + + + + + + + + + + +
  Lymph node, bronchial                      M + + + + M + M M + + + M + + + + + + +
    Adenocarcinoma, metastatic, uterus
  Lymph node, mandibular                     + + M + + + + + + M + + + M + + + + M M +
  Lymph node, mediastinal                    M M + M M M + M + M M M + M + + M M + M +
  Lymph node, mesenteric                     M + + M M M + M M + + + + I + + + M + + +
  Spleen                                     + + + + + A + + + + + + + + + + + + + +
  Thymus                                     M M + + + M + + + + + + M + M + + + + +

**Integumentary System**
  Mammary gland                              A + + + + A + I + + + M + + + + + + + +
  Skin                                       + + + + + + + + + + + + + + + + + + + +

**Musculoskeletal System**
  Bone                                       + + + + + + + + + + + + + + + + + + + +

**Nervous System**
  Brain                                      + + + + + + + + + + + + + + + + + + + +

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                                Board Draft

Protected Document--Subject to Protective Order                                                                   JNJ 000009115

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | | Total Tissues/Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3<br>9 0 0 0 0 0 0 0 1 1 1 1 1 1 2 2 2 2 2 3 3 3 3 3 | |
| Carcass ID Number | 3 4 4 4 4 4 4 4 4 4 4 4 4 5 5 5 5 5 4 4 5 5 5 5<br>9 1 1 4 4 4 4 4 5 7 7 7 7 7 0 0 0 0 2 0 8 3 3 3 3<br>0 1 8 0 1 2 3 5 0 0 1 4 8 9 1 2 4 9 9 9 0 0 1 8 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **General Body System** | | |
| Tissue NOS |             +   +   +           + | 4 |
| Fibrosarcoma |             X | 1 |
| Hemangioma |                              X | 1 |
| **Genital System** | | |
| Ovary | + + + M + + + M + + + M + + M + + + + I + + + + + | 38 |
| Adenocarcinoma, metastatic, uterus |             X | 1 |
| Adenoma |                            X | 1 |
| Luteoma |        X                     X | 2 |
| Uterus | + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Adenocarcinoma |             X | 1 |
| **Hematopoietic System** | | |
| Bone marrow | + + + + + + + + + + + + + + + + + + + + + ± + + + | 41 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Lymph node, bronchial | M + + + + + + + + I + + + + + + + + + I + + + + | 38 |
| Adenocarcinoma, metastatic, uterus |             X | 1 |
| Lymph node, mandibular | + + + + M M + + + + + + + M M + + + M + M + + + | 35 |
| Lymph node, mediastinal | M M M M M + M M M + + M M M M M M + M M M M + | 13 |
| Lymph node, mesenteric | M + + + + + + + + + + + + + + + + + + + + M M + | 35 |
| Spleen | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Thymus | + + + + + + + + + + + + + + + + + + + + + + I + | 40 |
| **Integumentary System** | | |
| Mammary gland | + + + + + I + + + + + + + + + + + + + + + + + + | 41 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |

Protected Document--Subject to Protective Order      JNJ 000009116

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 0 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Days on Study | 0 3 0 | 4 2 6 | 4 6 5 | 4 8 7 | 5 0 5 | 5 0 6 | 5 0 9 | 5 4 4 | 5 9 2 | 6 4 8 | 6 8 1 | 6 8 0 | 6 8 3 | 6 9 6 | 7 2 2 | 7 2 3 | 7 2 9 | 7 2 9 | 7 2 9 | 7 2 9 |
| Carcass ID Number | 5 3 3 1 | 5 0 0 1 | 5 3 4 1 | 3 7 6 1 | 4 1 7 1 | 3 2 0 1 | 4 1 2 1 | 4 7 5 1 | 4 0 5 1 | 5 2 3 1 | 5 9 5 1 | 4 0 8 1 | 5 4 7 1 | 4 9 7 1 | 4 7 6 1 | 3 8 7 1 | 3 8 1 1 | 3 8 4 1 | 3 8 6 1 | 3 8 9 1 |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Respiratory System** | | | | | | | | | | | | | | | | | | | | |
| Larynx | + | + | + | + | + | A | I | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Lung | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   Alveolar/bronchiolar adenoma | | | | | | | | | | | | | | | X | | | | | |
|   Alveolar/bronchiolar carcinoma | | | | | | | | | | | | | | | | X | | | | |
|   Hepatocellular carcinoma, metastatic, liver | | | | X | | | | | | X | | | | | | | | | | |
| Nose | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Trachea | A | + | A | + | M | A | A | + | + | + | + | + | + | + | + | + | + | + | + | + |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Special Senses System** | | | | | | | | | | | | | | | | | | | | |
| Harderian gland | | | | | | | | | | | | | | | + | | | | | |
|   Adenoma | | | | | | | | | | | | | | | X | | | | | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Urinary System** | | | | | | | | | | | | | | | | | | | | |
| Kidney | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   Hepatocellular carcinoma, metastatic, liver | | | | X | | | | | | | | | | | | | | | | |
| Urinary bladder | M | + | + | + | + | A | + | + | + | + | + | + | + | + | + | + | + | + | + | + |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Systemic Lesions** | | | | | | | | | | | | | | | | | | | | |
| Multiple organs | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   Lymphoma malignant lymphocytic | | | | | | | X | | | | | | | | | | | | | |
|   Lymphoma malignant mixed | | | | | | | | | | | | | | | | | | | | |
|   Lymphoma malignant undifferentiated cell type | | | | | | | | | | | | | X | | | | | | | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                                Board Draft

Protected Document--Subject to Protective Order                                                     JNJ 000009117

Lesions in Female Mice                                                                                           D-11

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 0 mg/m$^3$ (continued)

| | Values | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3<br>9 0 0 0 0 0 0 0 1 1 1 1 1 1 2 2 2 2 2 3 3 3 3 3 | |
| Carcass ID Number | 3 4 4 4 4 4 4 4 4 4 4 4 5 5 5 5 5 4 4 5 5 5 5 5<br>9 1 1 4 4 4 4 4 5 7 7 7 7 7 0 0 0 0 2 0 8 3 3 3 3<br>0 1 8 0 1 2 3 5 0 0 1 4 8 9 1 2 4 9 9 9 0 0 1 8 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **Respiratory System** | | |
| Larynx | + + + + + + + + + + + + M + 1 + + + + + + + + + | 42 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Alveolar/bronchiolar adenoma |      X                   X | 3 |
|   Alveolar/bronchiolar carcinoma |                        X | 2 |
|   Hepatocellular carcinoma, metastatic, liver | | 2 |
| Nose | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Trachea | + + + + + + + + + + + + + + + + M + + + + + + + | 40 |
| **Special Senses System** | | |
| Harderian gland |                         + | 2 |
|   Adenoma |                         X | 2 |
| **Urinary System** | | |
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Hepatocellular carcinoma, metastatic, liver | | 1 |
| Urinary bladder | + + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| **Systemic Lesions** | | |
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Lymphoma malignant lymphocytic |               X | 2 |
|   Lymphoma malignant mixed |          X    X        X | 3 |
|   Lymphoma malignant undifferentiated cell type |   X | 2 |

Board Draft                                                                     NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009118

D-12                                                                                         Talc, NTP TR 421

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³

| | |
|---|---|
| Number of Days on Study | 0 0 4 4 5 5 5 5 5 6 6 6 6 6 6 6 6 6 6 7 7 7<br>2 9 2 9 0 3 4 5 5 6 1 2 2 4 4 6 7 7 8 9 9 0 0 1<br>0 2 2 1 0 4 8 4 9 4 8 1 8 1 5 5 6 8 6 2 9 9 9 2 |
| Carcass ID Number | 1 0 0 1 0 1 1 1 0 1 0 1 0 0 1 1 0 1 1 0 0 1 1 0<br>1 5 1 1 5 4 7 4 1 7 2 2 5 8 3 0 5 7 3 8 6 1 4 2<br>7 5 6 5 0 7 6 8 9 5 2 0 6 1 6 8 8 1 9 3 0 8 0 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Alimentary System**
Esophagus                       + + + + M + + + + + + + + + + + + + + + + + + +
Gallbladder                     A M M M A A + + + A A A A A A A A A M A A + A +
Intestine large                 A + A A A + A + + A + + A A A + A + A + A + A +
Intestine large, cecum          A A A A A A A + + A A + A A A + A A A A A + A +
Intestine large, colon          A A A A A + A + + A + + A A A + A + A + A + A +
  Leiomyosarcoma
Intestine large, rectum         A + A A A M M I   M A + M M A A M A + A A A + A +
Intestine small                 A A A A A A A + + A A + A A A + A A A A A + A +
Intestine small, duodenum       A A A A A A A + + A A + A A A A A A A A A + A +
Intestine small, ileum          A A A A A A A + + A A + A A A A A A A A A + A +
Intestine small, jejunum        A A A A A A A + + A A + A A A + A A A A A + A +
Liver                           + + + A + + + + + + + + + + + + A + + + + + + +
  Hemangioma
  Hepatocellular carcinoma                                      X       X
  Hepatocellular adenoma
Pancreas                        + + + A A + + + + + + I M + + A + A + A + + I
Salivary glands                 + + + + + + + + + + + + + + + + + + + + + + + +-
Stomach                         + + + A + + + + + + + + + + + A + + + + + + + +
Stomach, forestomach            + + + A + + + + + + + + + + + A + + + + + + + +
Stomach, glandular              A + + A A + + + + A A + + A + + A + + + + + A +

**Cardiovascular System**
Heart                           + + + + + + + + + + + + + + + + + + + + + + + +
  Alveolar/bronchiolar carcinoma,
    metastatic, lung                        X

**Endocrine System**
Adrenal gland                   + + + A + + + + + + + + + + + A + + + + + + + +
Adrenal gland, cortex           + + + A + + + + + + + M + + + A + + + + + + + +
Adrenal gland, medulla          + + + A + + + + + + + + + + + A + + + + + + + +
Islets, pancreatic              M I + A A I I + + M I M M M + + A + M I M M I I
Parathyroid gland               I + + A M M + + M M M + + M + + M M I + M I + M
Pituitary gland                 M + + + + + + + + + + I + + + M + + M I + + +
  Adenoma
  Carcinoma                                 X                           X
Thyroid gland                   + + + A + + + + + + + + + + + + + + + + + + + +
  Follicular cell, adenoma

NOT FOR DISTRIBUTION OR ATTRIBUTION                                      Board Draft

Protected Document--Subject to Protective Order                          JNJ 000009119

Pltf_JNJ_00000929

Lesions in Female Mice                                                                                              D-13

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| | Number of Days on Study: 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>1 2 2 2 2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3<br>4 9 9 9 9 0 0 0 0 0 1 1 1 1 1 2 2 2 2 2 2 3 3 3 | |
|---|---|---|
| Carcass ID Number | 0 0 0 0 1 0 0 0 0 1 0 0 1 1 1 1 1 1 1 1 1 0 1 1<br>8 2 2 3 0 5 5 7 7 0 8 8 0 1 3 4 4 6 6 6 7 4 7 8<br>5 4 9 0 6 2 4 6 8 7 7 9 9 1 8 4 5 6 8 9 2 7 8 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | Total<br>Tissues/<br>Tumors |
| **Alimentary System** | | |
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Gallbladder | A + + + + + + + + + + + + + + + + + + + + + + + | 28 |
| Intestine large | A + + + + + + + + + + + + + + + + + + + + + + + | 34 |
| Intestine large, cecum | A + + + + + + + + + + + + + + + + + + + + + + + | 29 |
| Intestine large, colon | A + + + + + + + + + + + + + + + + + + + + + + + | 33 |
| Leiomyosarcoma |                   X | 1 |
| Intestine large, rectum | A + + M + + + + + M I + + + + + + M + + + M | 23 |
| Intestine small | A + + + + + + + + + + + + + + + + + + + + + + + | 29 |
| Intestine small, duodenum | A + + + + + + + + + + + + + + + I + + + + + M M | 25 |
| Intestine small, ileum | A + + + + + + + + + + A + + + + + + + + + + + + | 27 |
| Intestine small, jejunum | A + + + + + + + + + + + + + + + + M + + + + + | 28 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Hemangioma |        X | 1 |
| Hepatocellular carcinoma |              X  X             X | 5 |
| Hepatocellular adenoma |        X | 1 |
| Pancreas | A + + + + + + + + + + + + + + + + + + + + + + + | 39 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Stomach | A + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Stomach, forestomach | A + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Stomach, glandular | A + + + + + + + + + + + + + + + + + + + + + + + | 39 |
| **Cardiovascular System** | | |
| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| **Endocrine System** | | |
| Adrenal gland | A + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| Adrenal gland, cortex | A + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Adrenal gland, medulla | A + + + + + + + + + + + I + + + I + + + + + + | 43 |
| Islets, pancreatic | A I + M I + I + M I + + I + I I + + + + + + + | 20 |
| Parathyroid gland | M M I I + M + + M M M + M + M M I M M + I + M + | 18 |
| Pituitary gland | + + + + + + + + + + + + + + + + + M + + + + + + | 42 |
| Adenoma |     X       X X         X | 4 |
| Carcinoma | | 2 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + | 47 |
| Follicular cell, adenoma |     X               X | 2 |

Board Draft                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                  JNJ 000009120

D-14                                                                                                      Talc, NTP TR 421

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| | |
|---|---|
| Number of Days on Study | 0 0 4 4 5 5 5 5 5 5 6 6 6 6 6 6 6 6 6 6 7 7 7<br>2 9 2 9 0 3 4 5 5 6 1 2 2 4 4 6 7 7 8 9 9 0 0 1<br>0 2 2 1 0 4 8 4 9 4 8 1 8 1 5 5 6 8 6 2 9 9 9 2 |
| Carcass ID Number | 1 0 0 1 0 1 1 1 0 1 0 1 0 0 1 1 0 1 1 0 0 1 1 0<br>1 5 1 1 5 4 7 4 1 7 2 2 5 8 3 0 5 7 3 8 6 1 4 2<br>7 5 6 5 0 7 6 8 9 5 2 0 6 1 6 8 8 1 9 3 0 8 0 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**General Body System**
  Tissue NOS

**Genital System**
  Ovary                          + + + A + + + + + + + + M + + + A + + + + + + +
    Adenoma
    Cystadenoma
  Uterus                         + + + A + + + + + + + + + + A + A + + + + + + +

**Hematopoietic System**
  Bone marrow                + + + A + + A + + A + + A + + + + + + + + + + +
  Lymph node                 M + A + + + + + + + + + + + + + + + + + + + + +
  Lymph node, bronchial      M M M + + + M I + + M + + M + + + + M + + + + I  •
    Adenocarcinoma, metastatic, kidney                                   X
    Alveolar/bronchiolar carcinoma,
      metastatic, lung                  X                       X         X
  Lymph node, mandibular      M + M M M + + + + + + + M + + + + + M + + +
  Lymph node, mediastinal      M M M + M M M M M M M + + + M M M + I M + + M
    Adenocarcinoma, metastatic, kidney                                   X
    Alveolar/bronchiolar carcinoma,
      metastatic, lung                                                          X
  Lymph node, mesenteric      M M A A + M + + + + + A + + A M M + + + + +
  Spleen                          A + + A + + + + + + + + + + A + + + + + + +
  Thymus                         M M + + + I + + + + I + + + + + M M M + I + + +
    Alveolar/bronchiolar carcinoma,
      metastatic, lung                  X                                            X

**Integumentary System**
  Mammary gland                + + + A + + + + + + + + + + + M + + + + + +
  Skin                               + + + A + + + + + + + + + + + M + + + + + +

**Musculoskeletal System**
  Bone                               + + + + + + + + + + + + + + + + + + + + + + + +
    Vertebra, alveolar/bronchiolar
      carcinoma, metastatic, lung                                                X

**Nervous System**
  Brain                             + + + + + + + + + + + + + + + + + + + + + + + +

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                        Board Draft

Protected Document--Subject to Protective Order

JNJ 000009121

Pltf_JNJ_00000929

Lesions in Female Mice                                                                                     D-15

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| | | Total Tissues/ Tumors |
|---|---|---|
| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>1 2 2 2 2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3<br>4 9 9 9 9 0 0 0 0 0 1 1 1 1 1 2 2 2 2 2 2 3 3 3 | |
| Carcass ID Number | 0 0 0 0 1 0 0 0 0 1 0 0 1 1 1 1 1 1 1 1 1 0 1 1<br>8 2 2 3 0 5 5 7 7 0 8 8 0 1 3 4 4 6 6 6 7 4 7 8<br>5 4 9 0 6 2 4 6 8 7 7 9 9 1 8 4 5 6 8 9 2 7 8 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | |
| **General Body System** | | |
| Tissue NOS |        + | 1 |
| **Genital System** | | |
| Ovary | + + + M + + + + + + + + + + + + + + + + + M + + | 43 |
| Adenoma |                X | 1 |
| Cystadenoma |      X | 1 |
| Uterus | + + + + + + + + + + + + + + + + + + + + + + + + | 45 |
| **Hematopoietic System** | | |
| Bone marrow | A + + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Lymph node | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Lymph node, bronchial | + + 1 + + + + + M + + + + + + + + + + + + + + + | 37 |
| Adenocarcinoma, metastatic, kidney | | 1 |
| Alveolar/bronchiolar carcinoma, metastatic, lung | | 3 |
| Lymph node, mandibular | M M + + + + + M + + + + + + + M + + + + + + + + | 38 |
| Lymph node, mediastinal | M M + M M + M + + + + + + M M M M M + M M M M | 17 |
| Adenocarcinoma, metastatic, kidney | | 1 |
| Alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| Lymph node, mesenteric | A + + + + 1 M + + + M + 1 + + M + + M + + + + | 31 |
| Spleen | A + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Thymus | + + + + + + + + + + + + + + + + + + + + + + + + | 40 |
| Alveolar/bronchiolar carcinoma, metastatic, lung | | 2 |
| **Integumentary System** | | |
| Mammary gland | + + + + + + + 1 + + + + + + + + + + + + + + + + | 45 |
| Skin | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |
| **Musculoskeletal System** | | |
| Bone | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Vertebra, alveolar/bronchiolar carcinoma, metastatic, lung | | 1 |
| **Nervous System** | | |
| Brain | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |

Board Draft                                                                       NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009122

Pltf_JNJ_00000929

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 6 mg/m$^3$ (continued)

| | |
|---|---|
| Number of Days on Study | 0 0 4 4 5 5 5 5 5 5 6 6 6 6 6 6 6 6 6 6 7 7 7<br>2 9 2 9 0 3 4 5 5 6 1 2 2 4 4 6 7 7 8 9 9 0 0 1<br>0 2 2 1 0 4 8 4 9 4 8 1 8 1 5 5 6 8 6 2 9 9 9 2 |
| Carcass ID Number | 1 0 0 1 0 1 1 1 0 1 0 1 0 0 1 1 0 1 1 0 0 1 1 0<br>1 5 1 1 5 4 7 4 1 7 2 2 5 8 3 0 5 7 3 8 6 1 4 2<br>7 5 6 5 0 7 6 8 9 5 2 0 6 1 6 8 8 1 9 3 0 8 0 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 |

**Respiratory System**
  Larynx                  + + + A A I + + + + A + + + + + + + + + + + + +
  Lung                    + + + + + + + + + + + + + + + + + + + + + + + +
    Adenocarcinoma, metastatic, kidney                                              X
    Alveolar/bronchiolar adenoma                  X                         X X             X
    Alveolar/bronchiolar carcinoma             X
    Hepatocellular carcinoma, metastatic,
      liver                                                                X
  Nose                    + + + + A + + + + + + + + + + + + + + + + + + +
  Trachea                 + + + A A + M + + A A + A A + + M + M + + + + +

**Special Senses System**
  Eye                                                              +
  Harderian gland                                                  +
    Adenoma

**Urinary System**
  Kidney                  + + + A + + + + + + + + + + + A + + + + + + + +
    Adenocarcinoma                                                 X
  Urinary bladder         A A + A + + + + + A + + + A A + A + + + + + + +

**Systemic Lesions**
  Multiple organs         + + + + + + + + + + + + + + + + + + + + + + + +
    Lymphoma malignant lymphocytic                                 X                     X
    Lymphoma malignant mixed

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                            Board Draft

Protected Document--Subject to Protective Order                                              JNJ 000009123

Pltf_JNJ_00000929