Lesions in Female Mice                                                                    D-17

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 6 mg/m³ (continued)

| Number of Days on Study | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>1 2 2 2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3<br>4 9 9 9 9 0 0 0 0 0 1 1 1 1 1 2 2 2 2 2 2 3 3 3 | |
|---|---|---|
| Carcass ID Number | 0 0 0 0 1 0 0 0 0 1 0 0 1 1 1 1 1 1 1 1 1 0 1 1<br>8 2 2 3 0 5 5 7 7 0 8 8 0 3 4 4 6 6 6 7 4 7 8<br>5 4 9 0 6 2 4 6 8 7 9 9 1 8 4 5 6 8 9 2 7 8 0<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | **Total Tissues/ Tumors** |

**Respiratory System**

| Organ / Lesion | Marks | Total Tissues/Tumors |
|---|---|---|
| Larynx | A + + + + + + + + + + + + + + + + + + + + + + | 43 |
| Lung | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Adenocarcinoma, metastatic, kidney | | 1 |
|   Alveolar/bronchiolar adenoma | X | 2 |
|   Alveolar/bronchiolar carcinoma | | 4 |
|   Hepatocellular carcinoma, metastatic, liver | X | 2 |
| Nose | A + + + + + + + + + + + + + + + + + + + + + + | 46 |
| Trachea | A + + + + + + + + + + + + + + + + + + + + M M | 36 |

**Special Senses System**

| Organ / Lesion | Marks | Total Tissues/Tumors |
|---|---|---|
| Eye | | 1 |
| Harderian gland | + | 2 |
|   Adenoma | X | 1 |

**Urinary System**

| Organ / Lesion | Marks | Total Tissues/Tumors |
|---|---|---|
| Kidney | + + + + + + + + + + + + + + + + + + + + + + + | 46 |
|   Adenocarcinoma | | 1 |
| Urinary bladder | A + + + + + + + + + + + + + + + + + + + + + + | 40 |

**Systemic Lesions**

| Organ / Lesion | Marks | Total Tissues/Tumors |
|---|---|---|
| Multiple organs | + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Lymphoma malignant lymphocytic | X | 3 |
|   Lymphoma malignant mixed | X   X X X | 4 |

**Board Draft**                                    NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009124

**Pltf_JNJ_00000929**

D-18                                                                 Talc, NTP TR 421

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³

Number of Days on Study
```
0 0 0 0 0 0 0 4 5 5 5 5 5 5 6 6 6 6 6 6 6 7 7 7
2 2 2 2 2 2 7 0 1 4 5 5 6 8 4 4 5 6 6 8 9 0 1 1
0 8 8 8 8 8 8 3 8 6 8 4 8 9 1 2 6 5 1 5 6 2 6 8
```

Carcass ID Number
```
2 1 2 2 2 2 3 3 2 2 3 3 3 2 3 2 3 2 2 2 2 2 2 2
9 9 0 0 0 0 0 4 4 0 3 1 5 6 7 2 3 5 2 2 3 6 9 6 5
2 6 1 3 4 6 7 9 6 2 9 6 3 0 0 8 2 2 7 8 6 6 6 7 9
1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1
```

**Alimentary System**
```
Esophagus                 + + + + + M + + M + + + + + + + + + + + + + + +
Gallbladder               A M M A A A M M + M A A A A + A A + A A A + + A +
Intestine large           A A A + + A A + + A + A + A + A + A A A + + A A +
Intestine large, cecum    A A A + A A A + + A + A A A + A + A A A + + A A +
  Leiomyoma
Intestine large, colon    A A A + A A A I + A + A A A + A A A A A + + A A +
Intestine large, rectum   A A A + + A A M I M M A + A + A + M A M + + M A +
Intestine small           A A A + A A A + + A + A + A + A + A A A A + A A +
Intestine small, duodenum A A A + A A A + + A M A A A + A A A A A A + A A +
Intestine small, ileum    A A A A A A A + A A + A A A + A + A A A A + A A +
Intestine small, jejunum  A A A + A A A + A A A A + A + A A A A A A + A A +
Liver                     + + + + + + + + + + + + + + + + + + + + + + + +
  Hepatocellular carcinoma                                                    X
  Hepatocellular adenoma                            X                         X
Pancreas                  A + + + M A + + + A + + + A + + + + + + + + + A +
Salivary glands           + + + + + + + + + + + + + + + + + + + + + + + +
Stomach                   + + + + + + + + + + + + + + + + + + + + + + - +
Stomach, forestomach      + + + + + + + + + + + + + + + + + + + + + + + +
Stomach, glandular        + + + + + + + + + A + + A I + + + + A + + + + +
```

**Cardiovascular System**
```
Heart                     + + + + + + + + + + + + + + + + + + + + + + + +
```

**Endocrine System**
```
Adrenal gland             + + + + + + + + + + + + + + + + + + + + + + + +
Adrenal gland, cortex     + + + + + + + + + + + + + + + + + + + + + + + +
Adrenal gland, medulla    + I I M + + I + + + + + + + + + + + + + + + + +
Islets, pancreatic        A + + I M A M + + M M + + I I M + + + M I I + A +
Parathyroid gland         + M M + + M M M M M + + + + M M + + I + M M + + +
Pituitary gland           + + + + M I + + + + + + + + + + + + + + + + + +
  Adenoma                                                          X
Thyroid gland             + + M + + + + + + + + + + + + + + + + + + + + +
  Follicular cell, adenoma
```

**General Body System**
```
Tissue NOS                              +
  Hemangioma
  Hemangiosarcoma                       X
```

NOT FOR DISTRIBUTION OR ATTRIBUTION                                Board Draft

Protected Document--Subject to Protective Order

JNJ 000009125

Pltf_JNJ_00000929

Lesions in Female Mice                                                                 D-19

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| Number of Days on Study | 729 | 729 | 729 | 729 | 729 | 730 | 730 | 730 | 730 | 731 | 731 | 731 | 731 | 731 | 732 | 732 | 732 | 732 | 732 | 732 | 733 | 733 | 733 | 733 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carcass ID Number | 2101 | 2291 | 2341 | 2381 | 2401 | 2601 | 2611 | 2861 | 2841 | 2981 | 2991 | 3171 | 3191 | 3241 | 3261 | 3291 | 3541 | 3551 | 3581 | 3261 | 3291 | 3201 | 3291 | 3591 | Total Tissues/ Tumors |

**Alimentary System**

| Lesion | Markers | Total |
|---|---|---|
| Esophagus | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
| Gallbladder | + + + + + M + + + + + + + + + + + + + M + + + + | 29 |
| Intestine large | + + + + + + + + + + + + + + + + -+ + + + + + + + | 36 |
| Intestine large, cecum | + + + + + + + + + + + + + + + + + + + + + + + + | 34 |
|   Leiomyoma |           X | 1 |
| Intestine large, colon | + + + + + + + + + + + + + + + + + + + + + + + + | 32 |
| Intestine large, rectum | + + + + M + M + + + M + + M M + + I + + + + + + | 27 |
| Intestine small | + + + + + + + + + + + + + + + + + + + + + + + + | 34 |
| Intestine small, duodenum | M + M + + + M + + + + + + + + + + + + + M + + | 27 |
| Intestine small, ileum | + + + + + + + + + + + + + + + + + + + + + + + + | 31 |
| Intestine small, jejunum | + + + + + + + + + + + + + + + + + + + + + + + + | 31 |
| Liver | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|   Hepatocellular carcinoma | X       X    X | 4 |
|   Hepatocellular adenoma |     X           X | 4 |
| Pancreas | + + + + + + + + + + + + + + + + + + + + + + + + | 44 |
| Salivary glands | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach, forestomach | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Stomach, glandular | + + + + + + + + + + + + + + + + + + + + + + + + | 46 |

**Cardiovascular System**

| Heart | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|---|---|---|

**Endocrine System**

| Adrenal gland | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
|---|---|---|
| Adrenal gland, cortex | + + + + + + + + + + + + + + + + + + + + + + + + | 50 |
| Adrenal gland, medulla | + + + I + + + + + + + + + + + + + + + + + + + + | 45 |
| Islets, pancreatic | + I M I + I + I + + + M I + I + + I I + I + + M I | 23 |
| Parathyroid gland | M I + + + I M M M + I + + M M + + M I M + + + M + | 25 |
| Pituitary gland | + + + + + + + + + + + + + + + + + + + + + + + + | 48 |
|   Adenoma | X | 2 |
| Thyroid gland | + + + + + + + + + + + + + + + + + + + + + + + + | 49 |
|   Follicular cell, adenoma |       X X | 2 |

**General Body System**

| Tissue NOS |       + | 2 |
|---|---|---|
|   Hemangioma |       X | 1 |
|   Hemangiosarcoma | | 1 |

Board Draft                                                   **NOT FOR DISTRIBUTION OR ATTRIBUTION**

Protected Document--Subject to Protective Order

JNJ 000009126

**Pltf_JNJ_00000929**

D-20                                                                     Talc, NTP TR 421

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Days on Study** | 0 2 0 | 0 2 8 | 0 2 8 | 0 2 8 | 0 2 8 | 0 2 8 | 0 7 8 | 4 0 3 | 5 1 8 | 5 4 6 | 5 5 8 | 5 6 4 | 5 8 8 | 5 4 9 | 6 4 1 | 6 5 2 | 6 6 6 | 6 6 5 | 6 8 1 | 6 9 5 | 6 0 6 | 7 1 2 | 7 1 6 | 7 1 8 |
| **Carcass ID Number** | 2 9 2 1 | 1 9 6 1 | 2 0 1 1 | 2 0 3 1 | 2 0 4 1 | 2 0 6 1 | 2 0 7 1 | 3 4 9 1 | 3 4 6 1 | 2 0 2 1 | 2 3 9 1 | 3 1 6 1 | 3 5 3 1 | 3 6 0 1 | 2 7 0 1 | 3 2 8 1 | 2 3 2 1 | 3 5 7 1 | 2 2 8 1 | 2 3 6 1 | 2 6 6 1 | 2 9 7 1 | 2 6 9 1 | 2 5 9 1 |

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Genital System** | | | | | | | | | | | | | | | | | | | | | | | | |
| Ovary | + | + | + | + | + | + | + | + | + | + | + | + | + | I | + | M | + | + | M | + | + | + | + | |
| Uterus | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Carcinoma adenosquamous | | | | | | | | | | | | | | | | | | | | | | | | |
| **Hematopoietic System** | | | | | | | | | | | | | | | | | | | | | | | | |
| Bone marrow | + | + | + | + | + | + | + | A | + | A | A | + | + | A | A | + | + | + | + | + | + | + | + | + |
| Lymph node | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Lymph node, bronchial | M | M | M | + | M | M | M | + | + | I | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Lymph node, mandibular | + | M | M | M | + | + | + | + | + | + | + | M | M | + | + | + | + | + | + | + | + | + | + | |
| Lymph node, mediastinal | M | M | M | M | M | M | M | M | M | M | + | M | M | M | M | M | M | + | + | + | M | + | M | + | + |
| Lymph node, mesenteric | M | M | A | + | M | M | M | + | + | A | + | A | + | + | + | M | + | + | + | M | + | M | + | + |
| Spleen | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Hemangiosarcoma | | | | | | | | | | | | | | | | | | | | | | | | |
| Thymus | M | M | + | M | + | + | M | M | + | + | + | + | + | + | + | + | + | + | + | M | + | + | M | I |
| **Integumentary System** | | | | | | | | | | | | | | | | | | | | | | | | |
| Mammary gland | + | + | M | + | + | + | + | + | + | + | I | + | + | + | + | + | + | + | + | + | + | + | + | |
| Fibrosarcoma | | | | | | | | | | | | | | | | | | | | | | | | |
| Skin | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| **Musculoskeletal System** | | | | | | | | | | | | | | | | | | | | | | | | |
| Bone | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| **Nervous System** | | | | | | | | | | | | | | | | | | | | | | | | |
| Brain | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Spinal cord | | | | | | | | | | | | | | | | | | | | | | | | |
| Thoracic, ganglioneuroma | | | | | | | | | | | | | | | | | | | | | | | | |
| **Respiratory System** | | | | | | | | | | | | | | | | | | | | | | | | |
| Larynx | + | + | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Lung | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Alveolar/bronchiolar adenoma | | | | | | | | | X | | | | | | | | | | | | | | | |
| Alveolar/bronchiolar carcinoma | | | | | | | | | | | X | | | | | | | | | | | | | |
| Hemangiosarcoma, metastatic, tissue NOS | | | | | | | | X | | | | | | | | | | | | | | | | |
| Nose | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | |
| Trachea | + | + | + | + | + | + | + | + | + | + | + | + | + | A | + | M | + | + | + | + | + | + | + | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                    Board Draft

Protected Document--Subject to Protective Order                        JNJ 000009127

**183 of 283**                                                    Pltf_JNJ_00000929

Lesions in Female Mice                                                                                   D-21

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 18 mg/m$^3$ (continued)

| Number of Days on Study | 7 2 9 | 7 2 9 | 7 2 9 | 7 2 9 | 7 2 9 | 7 3 0 | 7 3 0 | 7 3 0 | 7 3 0 | 7 3 1 | 7 3 1 | 7 3 1 | 7 3 1 | 7 3 1 | 7 3 2 | 7 3 2 | 7 3 2 | 7 3 2 | 7 3 2 | 7 3 3 | 7 3 3 | 7 3 3 | 7 3 3 | 7 3 3 | 7 3 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carcass ID Number | 2 1 0 1 | 2 2 9 1 | 2 3 4 1 | 2 3 8 1 | 2 4 0 1 | 2 6 0 1 | 2 6 1 1 | 2 8 6 1 | 2 8 8 1 | 2 9 4 1 | 2 9 8 1 | 2 9 9 1 | 3 1 7 1 | 3 1 9 1 | 3 2 4 1 | 3 2 6 1 | 3 2 9 1 | 3 5 4 1 | 3 5 5 1 | 3 5 8 1 | 2 5 6 1 | 2 8 9 1 | 2 9 0 1 | 3 2 2 1 | 3 5 9 1 | Total Tissues/ Tumors |

**Genital System**

| Lesion | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ovary | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | M | + | + | + | + | + | + | + | + | + | 46 |
| Uterus | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
|   Carcinoma adenosquamous | | | | | | | | | | | | | | | | | | | | X | | | | | | 1 |

**Hematopoietic System**

| Lesion | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bone marrow | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 45 |
| Lymph node | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 49 |
| Lymph node, bronchial | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 43 |
| Lymph node, mandibular | M | + | + | M | 1 | M | + | + | M | + | + | + | + | M | M | + | + | + | + | + | M | + | M | + | | 36 |
| Lymph node, mediastinal | M | M | M | M | M | M | M | M | + | M | + | + | M | + | M | M | M | M | + | M | + | + | M | M | | 14 |
| Lymph node, mesenteric | M | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | M | 37 |
| Spleen | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 50 |
|   Hemangiosarcoma | | | | | | | | | | | | | | | | X | | | | | | | | | | 1 |
| Thymus | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 1 | 41 |

**Integumentary System**

| Lesion | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mammary gland | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 48 |
|   Fibrosarcoma | | | | | | | | | | | | | | | | | X | | | | | | | | | 1 |
| Skin | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 50 |

**Musculoskeletal System**

| Lesion | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bone | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 50 |

**Nervous System**

| Lesion | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brain | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 50 |
| Spinal cord | + | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
|   Thoracic, ganglioneuroma | X | | | | | | | | | | | | | | | | | | | | | | | | | 1 |

**Respiratory System**

| Lesion | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larynx | 1 | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 48 |
| Lung | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 50 |
|   Alveolar/bronchiolar adenoma | | | | | | | | | | | | | | X | | | | | | | | | | | | 2 |
|   Alveolar/bronchiolar carcinoma | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
|   Hemangiosarcoma, metastatic, tissue NOS | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Nose | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | 50 |
| Trachea | M | + | + | + | + | + | + | + | + | + | + | + | M | 1 | + | + | + | + | + | + | + | + | + | | | 45 |

Board Draft                                                          NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009128

Pltf_JNJ_00000929

D-22                                                                                                    Talc, NTP TR 421

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 18 mg/m$^3$ (continued)

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Days on Study** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 7 |
| | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 7 | 0 | 1 | 4 | 5 | 5 | 6 | 8 | 4 | 4 | 5 | 6 | 6 | 8 | 9 | 0 | 1 | 1 |
| | 0 | 8 | 8 | 8 | 8 | 8 | 8 | 3 | 8 | 6 | 8 | 4 | 8 | 9 | 1 | 2 | 6 | 5 | 1 | 5 | 6 | 2 | 6 | 6 | 8 |
| **Carcass ID Number** | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 3 | 3 | 3 | 2 | 3 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 0 | 3 | 1 | 5 | 6 | 7 | 2 | 3 | 5 | 2 | 2 | 3 | 6 | 9 | 6 | 5 |
| | 2 | 6 | 1 | 3 | 4 | 6 | 7 | 9 | 6 | 2 | 9 | 6 | 3 | 0 | 0 | 8 | 2 | 2 | 7 | 8 | 6 | 6 | 6 | 7 | 9 |
| | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Special Senses System**
  Harderian gland
  Adenocarcinoma

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harderian gland | | | | | | | | | | | | | | | | | | | | | | + | | | |
| Adenocarcinoma | | | | | | | | | | | | | | | | | | | | | | X | | | |

**Urinary System**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kidney | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Urinary bladder | A | A | + | + | + | + | A | + | + | + | + | A | + | + | + | A | + | A | + | + | A | + | A | A | + |

**Systemic Lesions**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple organs | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + | + |
| Lymphoma malignant histiocytic | | | | | | | | | | | | | | | | X | | | | | | | | | |
| Lymphoma malignant lymphocytic | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lymphoma malignant mixed | | | | | | | | | | | | | | | | | | | | | | X | | | |
| Lymphoma malignant undifferentiated cell type | | | | | | | | | | | | | | | | | | X | | | | | | | |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                              Board Draft

Protected Document--Subject to Protective Order

JNJ 000009129

Pltf_JNJ_00000929

Lesions in Female Mice                                                      D-23

TABLE D2
Individual Animal Tumor Pathology of Female Mice in the 2-Year Inhalation Study of Talc: 18 mg/m³ (continued)

| | Number of Days on Study | | Total Tissues/ Tumors |
|---|---|---|---|
| **Number of Days on Study** | 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7 7<br>2 2 2 2 2 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3 3<br>9 9 9 9 9 0 0 0 0 1 1 1 1 1 2 2 2 2 2 2 3 3 3 3 3 3 | | |
| **Carcass ID Number** | 2 2 2 2 2 2 2 2 2 2 2 3 3 3 3 3 3 3 3 2 2 2 3 3<br>1 2 3 3 4 6 6 8 8 9 9 9 1 1 2 2 2 5 5 5 5 8 9 2 5<br>0 9 4 8 0 0 1 6 8 4 8 9 7 9 4 6 9 4 5 8 6 9 0 2 9<br>1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 1 | | **Total Tissues/ Tumors** |

**Special Senses System**
Harderian gland — 1
  Adenocarcinoma — 1

**Urinary System**
Kidney — + + + + + + + + + + + + + + + + + + + + + + + + — 50
Urinary bladder — + + + + + + + + + + + + + + + + + + + + + + + + — 41

**Systemic Lesions**
Multiple organs — + + + + + + + + + + + + + + + + + + + + + + + + — 50
  Lymphoma malignant histiocytic — 1
  Lymphoma malignant lymphocytic — X   X   X — 3
  Lymphoma malignant mixed — X — 2
  Lymphoma malignant undifferentiated
  cell type — X — 2

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009130

Pltf_JNJ_00000929

D-24             Talc, NTP TR 421

**TABLE D3**
**Statistical Analysis of Primary Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc**

| | $0 \text{ mg/m}^3$ | $6 \text{ mg/m}^3$ | $18 \text{ mg/m}^3$ |
|---|---|---|---|
| **Liver: Hepatocellular Adenoma** | | | |
| Overall rates[a] | 5/46 (11%) | 1/47 (2%) | 4/50 (8%) |
| Adjusted rates[b] | 16.7% | 4.3% | 14.0% |
| Terminal rates[c] | 5/30 (17%) | 1/23 (4%) | 2/25 (8%) |
| First incidence (days) | 729 (T) | 729 (T) | 581 |
| Life table tests[d] | P=0.565 | P=0.169N | P=0.602N |
| Logistic regression tests[d] | P=0.603N | P=0.169N | P=0.539N |
| Cochran-Armitage test[d] | P=0.523N | | |
| Fisher exact test[d] | | P=0.097N | P=0.447N |
| **Liver: Hepatocellular Carcinoma** | | | |
| Overall rates | 7/46 (15%) | 5/47 (11%) | 4/50 (8%) |
| Adjusted rates | 19.1% | 18.4% | 15.4% |
| Terminal rates | 3/30 (10%) | 3/23 (13%) | 3/25 (12%) |
| First incidence (days) | 426 | 645 | 718 |
| Life table tests | P=0.308N | P=0.487N | P=0.344N |
| Logistic regression tests | P=0.243N | P=0.372N | P=0.255N |
| Cochran-Armitage test | P=0.197N | | |
| Fisher exact test | | P=0.364N | P=0.216N |
| **Liver: Hepatocellular Adenoma or Carcinoma** | | | |
| Overall rates | 11/46 (24%) | 6/47 (13%) | 7/50 (14%) |
| Adjusted rates | 31.1% | 22.5% | 25.2% |
| Terminal rates | 7/30 (23%) | 4/23 (17%) | 5/25 (20%) |
| First incidence (days) | 426 | 645 | 581 |
| Life table tests | P=0.329N | P=0.262N | P=0.330N |
| Logistic regression tests | P=0.253N | P=0.147N | P=0.227N |
| Cochran-Armitage test | P=0.184N | | |
| Fisher exact test | | P=0.131N | P=0.163N |
| **Lung: Alveolar/bronchiolar Adenoma** | | | |
| Overall rates | 3/46 (7%) | 2/49 (4%) | 2/50 (4%) |
| Adjusted rates | 10.0% | 6.7% | 6.4% |
| Terminal rates | 3/30 (10%) | 1/23 (4%) | 1/25 (4%) |
| First incidence (days) | 729 (T) | 559 | 548 |
| Life table tests | P=0.505N | P=0.589N | P=0.562N |
| Logistic regression tests | P=0.467N | P=0.499N | P=0.515N |
| Cochran-Armitage test | P=0.425N | | |
| Fisher exact test | | P=0.470N | P=0.460N |
| **Lung: Alveolar/bronchiolar Carcinoma** | | | |
| Overall rates | 2/46 (4%) | 4/49 (8%) | 1/50 (2%) |
| Adjusted rates | 6.7% | 11.6% | 2.6% |
| Terminal rates | 2/30 (7%) | 0/23 (0%) | 0/25 (0%) |
| First incidence (days) | 729 (T) | 491 | 558 |
| Life table tests | P=0.383N | P=0.286 | P=0.539N |
| Logistic regression tests | P=0.325N | P=0.356 | P=0.500N |
| Cochran-Armitage test | P=0.309N | | |
| Fisher exact test | | P=0.369 | P=0.468N |

NOT FOR DISTRIBUTION OR ATTRIBUTION     Board Draft

Protected Document--Subject to Protective Order
JNJ 000009131

Pltf_JNJ_00000929

TABLE D3
Statistical Analysis of Primary Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Lung: Alveolar/bronchiolar Adenoma or Carcinoma** | | | |
| Overall rates | 5/46 (11%) | 6/49 (12%) | 3/50 (6%) |
| Adjusted rates | 16.7% | 17.5% | 8.9% |
| Terminal rates | 5/30 (17%) | 1/23 (4%) | 1/25 (4%) |
| First incidence (days) | 729 (T) | 491 | 548 |
| Life table tests | P=0.337N | P=0.394 | P=0.428N |
| Logistic regression tests | P=0.269N | P=0.519 | P=0.367N |
| Cochran-Armitage test | P=0.235N | | |
| Fisher exact test | | P=0.545 | P=0.311N |
| **Ovary: Luteoma** | | | |
| Overall rates | 2/38 (5%) | 0/43 (0%) | 0/46 (0%) |
| Adjusted rates | 8.0% | 0.0% | 0.0% |
| Terminal rates | 2/25 (8%) | 0/21 (0%) | 0/24 (0%) |
| First incidence (days) | 729 (T) | _$^e$ | – |
| Life table tests | P=0.177N | P=0.277N | P=0.246N |
| Logistic regression tests | P=0.177N | P=0.277N | P=0.246N |
| Cochran-Armitage test | P=0.146N | | |
| Fisher exact test | | P=0.217N | P=0.202N |
| **Pituitary Gland (Unspecified Site): Adenoma** | | | |
| Overall rates | 5/42 (12%) | 4/43 (9%) | 2/48 (4%) |
| Adjusted rates | 15.1% | 18.2% | 7.1% |
| Terminal rates | 2/30 (7%) | 4/22 (18%) | 1/25 (4%) |
| First incidence (days) | 683 | 729 (T) | 665 |
| Life table tests | P=0.239N | P=0.610 | P=0.290N |
| Logistic regression tests | P=0.189N | P=0.604N | P=0.220N |
| Cochran-Armitage test | P=0.133N | | |
| Fisher exact test | | P=0.485N | P=0.166N |
| **Pituitary Gland (Unspecified Site): Carcinoma** | | | |
| Overall rates | 0/42 (0%) | 2/43 (5%) | 0/48 (0%) |
| Adjusted rates | 0.0% | 5.5% | 0.0% |
| Terminal rates | 0/30 (0%) | 0/22 (0%) | 0/25 (0%) |
| First incidence (days) | – | 534 | _$^f$ |
| Life table tests | P=0.591N | P=0.237 | – |
| Logistic regression tests | P=0.515N | P=0.274 | – |
| Cochran-Armitage test | P=0.542N | | |
| Fisher exact test | | P=0.253 | – |
| **Pituitary Gland (Unspecified Site): Adenoma or Carcinoma** | | | |
| Overall rates | 5/42 (12%) | 6/43 (14%) | 2/48 (4%) |
| Adjusted rates | 15.1% | 22.7% | 7.1% |
| Terminal rates | 2/30 (7%) | 4/22 (18%) | 1/25 (4%) |
| First incidence (days) | 683 | 534 | 665 |
| Life table tests | P=0.216N | P=0.352 | P=0.290N |
| Logistic regression tests | P=0.150N | P=0.451 | P=0.220N |
| Cochran-Armitage test | P=0.111N | | |
| Fisher exact test | | P=0.517 | P=0.166N |

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009132

Pltf_JNJ_00000929

D-26

Talc, NTP TR 421

TABLE D3
**Statistical Analysis of Primary Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc** (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **All Organs: Hemangioma or Hemangiosarcoma** | | | |
| Overall rates | 2/46 (4%) | 1/49 (2%) | 3/50 (6%) |
| Adjusted rates | 6.7% | 4.3% | 10.1% |
| Terminal rates | 2/30 (7%) | 1/23 (4%) | 2/25 (8%) |
| First incidence (days) | 729 (T) | 729 (T) | 473 |
| Life table tests | P=0.323 | P=0.593N | P=0.434 |
| Logistic regression tests | P=0.356 | P=0.593N | P=0.495 |
| Cochran-Armitage test | P=0.399 | | |
| Fisher exact test | | P=0.476N | P=0.540 |
| **All Organs: Malignant Lymphoma (Histiocytic, Lymphocytic, Mixed, or Undifferentiated Cell Type)** | | | |
| Overall rates | 7/46 (15%) | 7/49 (14%) | 8/50 (16%) |
| Adjusted rates | 21.3% | 26.7% | 27.4% |
| Terminal rates | 5/30 (17%) | 5/23 (22%) | 5/25 (20%) |
| First incidence (days) | 509 | 628 | 642 |
| Life table tests | P=0.358 | P=0.454 | P=0.387 |
| Logistic regression tests | P=0.406 | P=0.607 | P=0.463 |
| Cochran-Armitage test | P=0.514 | | |
| Fisher exact test | | P=0.563N | P=0.571 |
| **All Organs: Benign Tumors** | | | |
| Overall rates | 18/46 (39%) | 9/49 (18%) | 10/50 (20%) |
| Adjusted rates | 54.5% | 38.4% | 33.0% |
| Terminal rates | 15/30 (50%) | 8/23 (35%) | 6/25 (24%) |
| First incidence (days) | 683 | 559 | 548 |
| Life table tests | P=0.148N | P=0.125N | P=0.145N⁻ |
| Logistic regression tests | P=0.094N | P=0.044N | P=0.071N |
| Cochran-Armitage test | P=0.050N | | |
| Fisher exact test | | P=0.022N | P=0.033N |
| **All Organs: Malignant Tumors** | | | |
| Overall rates | 19/46 (41%) | 19/49 (39%) | 15/50 (30%) |
| Adjusted rates | 51.9% | 55.4% | 45.6% |
| Terminal rates | 13/30 (43%) | 9/23 (39%) | 8/25 (32%) |
| First incidence (days) | 426 | 491 | 473 |
| Life table tests | P=0.372N | P=0.340 | P=0.441N |
| Logistic regression tests | P=0.241N | P=0.546N | P=0.279N |
| Cochran-Armitage test | P=0.143N | | |
| Fisher exact test | | P=0.483N | P=0.173N |
| **All Organs: Benign or Malignant Tumors** | | | |
| Overall rates | 31/46 (67%) | 26/49 (53%) | 21/50 (42%) |
| Adjusted rates | 81.4% | 75.1% | 58.9% |
| Terminal rates | 23/30 (77%) | 15/23 (65%) | 11/25 (44%) |
| First incidence (days) | 426 | 491 | 473 |
| Life table tests | P=0.141N | P=0.537 | P=0.168N |
| Logistic regression tests | P=0.036N | P=0.162N | P=0.035N |
| Cochran-Armitage test | P=0.011N | | |
| Fisher exact test | | P=0.112N | P=0.011N |

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009133

Pltf_JNJ_00000929

TABLE D3
Statistical Analysis of Primary Neoplasms in Female Mice in the 2-Year Inhalation Study of Talc (continued)

(T)Terminal sacrifice
a  Number of tumor-bearing animals/number of animals examined. Denominator is number of animals examined microscopically for adrenal gland,
   bone marrow, brain, clitoral gland, epididymis, gallbladder (mouse), heart, kidney, larynx, liver, lung, nose, ovary, pancreas, parathyroid gland,
   pituitary gland, preputial gland, prostate gland, salivary gland, spleen, testes, thyroid gland, and urinary bladder; for other tissues, denominator is
   number of animals necropsied.
b  Kaplan-Meier estimated tumor incidence at the end of the study after adjustment for intercurrent mortality
c  Observed incidence at terminal kill
d  Beneath the control incidence are the P values associated with the trend test.  Beneath the dosed group incidence are the P values
   corresponding to pairwise comparisons between the controls and that dosed group.  The life table analysis regards tumors in animals dying prior
   to terminal kill as being (directly or indirectly) the cause of death.  The logistic regression tests regard these lesions as nonfatal.  The Cochran-
   Armitage and Fisher exact tests compare directly the overall incidence rates.  For all tests, a negative trend or a lower incidence in a dose group
   is indicated by N.
e  Not applicable; no tumors in animal group
f  Value of statistic cannot be computed.

Board Draft                                                         NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009134

Pltf_JNJ_00000929

D-28

Talc, NTP TR 421

TABLE D4
**Summary of the Incidence of Nonneoplastic Lesions in Female Mice in the 2-Year Inhalation Study of Talc[a]**

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Disposition Summary** | | | |
| Animals initially in study | 50 | 50 | 50 |
| Early deaths | | | |
| Moribund | 2 | 4 | 4 |
| Natural deaths | 17 | 21 | 21 |
| Survivors | | | |
| Terminal sacrifice | 30 | 23 | 25 |
| Missing | 1 | 1 | |
| Culled | | 1 | |
| Animals examined microscopically | 46 | 48 | 50 |
| **Alimentary System** | | | |
| Intestine large, cecum | (35) | (29) | (34) |
| Hyperplasia, lymphoid | | | 1 (3%) |
| Serosa, inflammation, suppurative | | 1 (3%) | |
| Intestine large, colon | (38) | (33) | (32) |
| Serosa, inflammation, suppurative | | 2 (6%) | |
| Intestine small, duodenum | (27) | (25) | (27) |
| Ulcer, focal | 1 (4%) | | |
| Mucosa, atrophy | 2 (7%) | 6 (24%) | 4 (15%) |
| Serosa, inflammation, suppurative | | 2 (8%) | |
| Intestine small, ileum | (33) | (27) | (31) |
| Hyperplasia, lymphoid | 1 (3%) | 1 (4%) | |
| Mucosa, atrophy | 4 (12%) | 6 (22%) | 6 (19%) |
| Peyer's patch, necrosis | | | 1 (3%) |
| Serosa, inflammation, suppurative | | 2 (7%) | 1 (3%) |
| Intestine small, jejunum | (33) | (28) | (31) |
| Mucosa, atrophy | 2 (6%) | 7 (25%) | 3 (10%) |
| Serosa, inflammation, suppurative | | 2 (7%) | 1 (3%) |
| Liver | (46) | (46) | (50) |
| Eosinophilic focus | | 1 (2%) | |
| Fibrosis, focal | | 1 (2%) | |
| Focal cellular change | 2 (4%) | 3 (7%) | 1 (2%) |
| Hematopoietic cell proliferation | 1 (2%) | 2 (4%) | 2 (4%) |
| Inflammation, focal | 1 (2%) | 2 (4%) | 1 (2%) |
| Necrosis, focal | 1 (2%) | 2 (4%) | 2 (4%) |
| Pigmentation, hemosiderin, focal | | 1 (2%) | |
| Centrilobular, degeneration | | 1 (2%) | |
| Centrilobular, necrosis, coagulative | | 1 (2%) | |
| Serosa, inflammation, suppurative | 4 (9%) | 7 (15%) | 5 (10%) |
| Sinusoid, inflammation | 2 (4%) | | |
| Pancreas | (42) | (39) | (44) |
| Inflammation, focal | | | 2 (5%) |
| Acinus, hyperplasia, focal | 1 (2%) | | |
| Serosa, inflammation, suppurative | 1 (2%) | 5 (13%) | 4 (9%) |
| Salivary glands | (46) | (48) | (50) |
| Inflammation, acute | | 1 (2%) | 1 (2%) |
| Stomach | (45) | (45) | (50) |
| Serosa, inflammation, granulomatous | | | 1 (2%) |
| Serosa, inflammation, suppurative | 1 (2%) | 2 (4%) | 1 (2%) |
| Stomach, forestomach | (45) | (45) | (50) |
| Hyperplasia, mast cell, focal | | | 1 (2%) |
| Hyperplasia, squamous, focal | 2 (4%) | 4 (9%) | 2 (4%) |
| Ulcer, focal | 1 (2%) | 3 (7%) | |

**NOT FOR DISTRIBUTION OR ATTRIBUTION**

**Board Draft**

Protected Document--Subject to Protective Order

JNJ 000009135

Pltf_JNJ_00000929

Lesions in Female Mice

D-29

**TABLE D4**
**Summary of the Incidence of Nonneoplastic Lesions in Female Mice in the 2-Year Inhalation Study of Talc** (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Alimentary System** (continued) | | | |
| Stomach, glandular | (45) | (39) | (46) |
| Inflammation, suppurative | | | 1 (2%) |
| Ulcer, focal | 1 (2%) | 1 (3%) | |
| Forestomach, inflammation, focal | | 1 (3%) | 2 (4%) |
| | | | |
| **Cardiovascular System** | | | |
| Heart | (46) | (48) | (50) |
| Myocardium, degeneration, focal | 1 (2%) | | |
| Myocardium, inflammation, focal | | 1 (2%) | |
| Myocardium, mineralization, focal | 1 (2%) | | |
| Pericardium, inflammation, suppurative | 1 (2%) | 2 (4%) | 4 (8%) |
| | | | |
| **Endocrine System** | | | |
| Adrenal gland | (46) | (45) | (50) |
| Capsule, inflammation, suppurative | 4 (9%) | 7 (16%) | 5 (10%) |
| Corticomedullary junction, hemorrhage | 2 (4%) | 3 (7%) | 1 (2%) |
| Spindle cell, hyperplasia | 46 (100%) | 45 (100%) | 47 (94%) |
| Adrenal gland, cortex | (46) | (44) | (50) |
| Cyst | 2 (4%) | 3 (7%) | |
| Inflammation, suppurative, focal | | | 1 (2%) |
| Vacuolization cytoplasmic, focal | 3 (7%) | | |
| Adrenal gland, medulla | (41) | (43) | (45) |
| Hyperplasia, focal | 2 (5%) | | |
| Parathyroid gland | (23) | (18) | (25) |
| Hyperplasia | 1 (4%) | | |
| Pituitary gland | (42) | (42) | (48) |
| Cyst | 2 (5%) | | |
| Hemorrhage, focal | 2 (5%) | | |
| Hyperplasia, focal | 2 (5%) | | |
| Pigmentation, lipofuscin | 1 (2%) | | |
| Thyroid gland | (43) | (47) | (49) |
| Cyst | 2 (5%) | | |
| Inflammation, acute, focal | | | 2 (4%) |
| C-cell, hyperplasia | 1 (2%) | | 1 (2%) |
| Follicular cell, hyperplasia | 9 (21%) | 12 (26%) | 10 (20%) |
| | | | |
| **General Body System** | | | |
| Tissue NOS | (4) | (1) | (2) |
| Thrombosis, chronic | 1 (25%) | | |
| | | | |
| **Genital System** | | | |
| Ovary | (38) | (43) | (46) |
| Abscess | 4 (11%) | 10 (23%) | 7 (15%) |
| Cyst | 6 (16%) | 11 (26%) | 10 (22%) |
| Thrombosis | 1 (3%) | 2 (5%) | |
| Uterus | (44) | (45) | (49) |
| Angiectasis | | | 1 (2%) |
| Hyperplasia, histiocytic, focal | | | 1 (2%) |
| Metaplasia, squamous | | 1 (2%) | |
| Thrombosis | 1 (2%) | | |
| Endometrium, hyperplasia, cystic | 34 (77%) | 30 (67%) | 35 (71%) |
| Mucosa, inflammation, suppurative | 3 (7%) | 7 (16%) | 4 (8%) |
| Serosa, inflammation, suppurative | 1 (2%) | 4 (9%) | 2 (4%) |

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009136

Pltf_JNJ_00000929

D-30                                                                                                Talc, NTP TR 421

TABLE D4
Summary of the Incidence of Nonneoplastic Lesions in Female Mice in the 2-Year Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Hematopoietic System** | | | |
| Bone marrow | (41) | (43) | (45) |
| Hyperplasia | 1 (2%) | 4 (9%) | 5 (11%) |
| Myelofibrosis | 28 (68%) | 23 (53%) | 27 (60%) |
| Myeloid cell, hyperplasia | 1 (2%) | 6 (14%) | 3 (7%) |
| Lymph node | (46) | (46) | (49) |
| Iliac, hyperplasia, lymphoid | | | 1 (2%) |
| Iliac, inflammation | 1 (2%) | | 1 (2%) |
| Pancreatic, hyperplasia, lymphoid | 1 (2%) | | 1 (2%) |
| Pancreatic, infiltration cellular, mixed cell | | | 1 (2%) |
| Pancreatic, follicular, necrosis | | | 1 (2%) |
| Renal, hyperplasia, lymphoid | | 2 (4%) | 2 (4%) |
| Renal, infiltration cellular, mixed cell | | | 1 (2%) |
| Renal, inflammation | 1 (2%) | 1 (2%) | 1 (2%) |
| Renal, follicular, necrosis | | 2 (4%) | 1 (2%) |
| Lymph node, bronchial | (38) | (37) | (43) |
| Hyperplasia, histiocytic | | 25 (68%) | 39 (91%) |
| Hyperplasia, lymphoid | | 16 (43%) | 20 (47%) |
| Infiltration cellular, mixed cell | 1 (3%) | | |
| Inflammation, acute | 1 (3%) | 1 (3%) | 1 (2%) |
| Lymph node, mandibular | (35) | (38) | (36) |
| Cyst | | | 1 (3%) |
| Depletion lymphoid | 1 (3%) | | |
| Hyperplasia, histiocytic | 1 (3%) | | |
| Hyperplasia, lymphoid | | 1 (3%) | 3 (8%) |
| Hyperplasia, plasma cell | 1 (3%) | | |
| Infiltration cellular, mixed cell | | 1 (3%) | |
| Inflammation | | 1 (3%) | 1 (3%) |
| Follicular, necrosis | | 1 (3%) | |
| Lymph node, mediastinal | (13) | (17) | (14) |
| Hyperplasia, histiocytic | 1 (8%) | 3 (18%) | 2 (14%) |
| Hyperplasia, lymphoid | | 1 (6%) | 2 (14%) |
| Infiltration cellular, mixed cell | 1 (8%) | | |
| Lymph node, mesenteric | (35) | (31) | (37) |
| Depletion lymphoid | | 1 (3%) | 2 (5%) |
| Hematocyst | | | 1 (3%) |
| Hyperplasia, histiocytic | | 1 (3%) | 1 (3%) |
| Hyperplasia, lymphoid | | 2 (6%) | 2 (5%) |
| Hyperplasia, plasma cell | | | 1 (3%) |
| Infiltration cellular, mixed cell | 5 (14%) | 5 (16%) | 5 (14%) |
| Inflammation | | 2 (6%) | 1 (3%) |
| Follicular, necrosis | 3 (9%) | 12 (39%) | 7 (19%) |
| Spleen | (45) | (44) | (50) |
| Congestion | 2 (4%) | | |
| Hematopoietic cell proliferation | 8 (18%) | 12 (27%) | 10 (20%) |
| Hyperplasia, lymphoid | 5 (11%) | 8 (18%) | 6 (12%) |
| Inflammation, suppurative | 2 (4%) | | 1 (2%) |
| Capsule, inflammation, suppurative | 2 (4%) | 3 (7%) | 3 (6%) |
| Lymphoid follicle, depletion lymphoid | 2 (4%) | 3 (7%) | 5 (10%) |
| Lymphoid follicle, necrosis | 2 (4%) | 4 (9%) | 2 (4%) |
| Thymus | (40) | (40) | (41) |
| Cyst | 2 (5%) | 2 (5%) | |
| Hyperplasia, plasma cell | | 1 (3%) | |
| Inflammation, suppurative | | 1 (3%) | 1 (2%) |
| Necrosis | 3 (8%) | 5 (13%) | |
| Cortex, depletion lymphoid | 8 (20%) | 12 (30%) | 15 (37%) |

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                    Board Draft

Protected Document--Subject to Protective Order

JNJ 000009137

Pltf_JNJ_00000929

TABLE D4
Summary of the Incidence of Nonneoplastic Lesions in Female Mice in the 2-Year Inhalation Study of Talc (continued)

| | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Integumentary System** | | | |
| Mammary gland | (41) | (45) | (48) |
| Abscess | | | 1 (2%) |
| Edema | 1 (2%) | | |
| Skin | (46) | (46) | (50) |
| Alopecia | 2 (4%) | 2 (4%) | |
| **Musculoskeletal System** | | | |
| Bone | (46) | (48) | (50) |
| Periosteum, femur, proliferation connective tissue | 1 (2%) | | |
| **Nervous System** | | | |
| Brain | (46) | (48) | (50) |
| Hydrocephalus | | 2 (4%) | |
| Mineralization, focal | 36 (78%) | 33 (69%) | 29 (58%) |
| **Respiratory System** | | | |
| Larynx | (42) | (43) | (48) |
| Inflammation, acute | 1 (2%) | | |
| Lung | (46) | (48) | (50) |
| Congestion | 1 (2%) | 3 (6%) | |
| Hyperplasia, histiocytic | | | 1 (2%) |
| Hyperplasia, macrophage | 2 (4%) | 45 (94%) | 43 (86%) |
| Inflammation, chronic active | | 25 (52%) | 38 (76%) |
| Metaplasia, osseous, focal | 1 (2%) | | |
| Alveolar epithelium, hyperplasia, focal | | | 1 (2%) |
| Perivascular, inflammation, suppurative | | 3 (6%) | 1 (2%) |
| Pleura, inflammation, suppurative | 1 (2%) | 2 (4%) | 5 (10%) |
| Nose | (46) | (46) | (50) |
| Cytoplasmic alteration, focal | 29 (63%) | 37 (80%) | 40 (80%) |
| Developmental malformation | 1 (2%) | | |
| Erosion, focal | 3 (7%) | | 1 (2%) |
| Inflammation, acute | 6 (13%) | 4 (9%) | 5 (10%) |
| Ulcer, focal | 1 (2%) | | |
| **Special Senses System** | | | |
| Eye | | (1) | |
| Inflammation, suppurative | | 1 (100%) | |
| Harderian gland | (2) | (2) | (1) |
| Inflammation, suppurative | | 1 (50%) | |
| **Urinary System** | | | |
| Kidney | (46) | (46) | (50) |
| Casts protein | | 2 (4%) | |
| Infarct | 1 (2%) | 1 (2%) | |
| Inflammation, focal | 1 (2%) | 1 (2%) | 1 (2%) |
| Metaplasia, osseous, focal | 1 (2%) | | 2 (4%) |
| Nephropathy, chronic | 1 (2%) | 1 (2%) | |
| Capsule, inflammation, suppurative | 3 (7%) | 6 (13%) | 5 (10%) |
| Renal tubule, hyperplasia, focal | | 1 (2%) | |

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009138

Pltf_JNJ_00000929

D-32                                                                                                      Talc, NTP TR 421

TABLE D4
Summary of the Incidence of Nonneoplastic Lesions in Female Mice in the 2-Year Inhalation Study of Talc (continued)

|                                        | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|----------------------------------------|------------|------------|-------------|
| Urinary System (continued)             |            |            |             |
| Urinary bladder                        | (44)       | (40)       | (41)        |
| Serosa, inflammation, suppurative      |            | 3 (8%)     | 3 (7%)      |
| Submucosa, hyperplasia, lymphoid       | 1 (2%)     |            |             |
| Submucosa, inflammation, suppurative   |            |            | 1 (2%)      |

a   Incidences are expressed as the ratio of animals with lesions to the number of animals examined microscopically at the site.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                              Board Draft

Protected Document--Subject to Protective Order

JNJ 000009139

Pltf_JNJ_00000929

# APPENDIX E
# ORGAN WEIGHTS
# AND ORGAN-WEIGHT-TO-BODY-WEIGHT RATIOS

TABLE E1   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats
at the 6-Month Interim Evaluation in the Lifetime Inhalation Study of Talc  . . . . . . .   E-2

TABLE E2   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats
at the 11-Month Interim Evaluation in the Lifetime Inhalation Study of Talc . . . . . . .   E-3

TABLE E3   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats
at the 18-Month Interim Evaluation in the Lifetime Inhalation Study of Talc . . . . . . .   E-4

TABLE E4   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats
at the 24-Month Interim Evaluation in the Lifetime Inhalation Study of Talc . . . . . . .   E-5

TABLE E5   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats
at the Termination of the Lifetime Inhalation Study of Talc . . . . . . . . . . . . . . . . .   E-6

TABLE E6   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice
at the 6-Month Interim Evaluation in the 2-Year Inhalation Study of Talc . . . . . . . . .   E-7

TABLE E7   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice
at the 12-Month Interim Evaluation in the 2-Year Inhalation Study of Talc . . . . . . . .   E-8

TABLE E8   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice
at the 18-Month Interim Evaluation in the 2-Year Inhalation Study of Talc . . . . . . . .   E-9

TABLE E9   Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice
at the Termination of the 2-Year Inhalation Study of Talc . . . . . . . . . . . . . . . . . .   E-10

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009140

Pltf_JNJ_00000929

E-2                                                                    Talc, NTP TR 421

TABLE E1
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats at the 6-Month Interim Evaluation
in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| n | 3 | 3 | 3 |
| Necropsy body wt | 379 ± 2 | 365 ± 9 | 351 ± 4* |
| Brain | | | |
|   Absolute | 2.061 ± 0.073 | 1.962 ± 0.035 | 1.964 ± 0.041 |
|   Relative | 5.44 ± 0.22 | 5.38 ± 0.22 | 5.59 ± 0.10 |
| Heart | | | |
|   Absolute | 1.087 ± 0.024 | 0.984 ± 0.047 | 1.008 ± 0.018 |
|   Relative | 2.87 ± 0.07 | 2.69 ± 0.07 | 2.87 ± 0.03 |
| R. Kidney | | | |
|   Absolute | 1.203 ± 0.055 | 1.155 ± 0.028 | 1.143 ± 0.025 |
|   Relative | 3.17 ± 0.16 | 3.16 ± 0.01 | 3.25 ± 0.04 |
| Liver | | | |
|   Absolute | 12.969 ± 0.336 | 11.658 ± 0.483 | 11.644 ± 0.613 |
|   Relative | 34.20 ± 0.79 | 31.89 ± 0.65 | 33.11 ± 1.43 |
| Lungs | | | |
|   Absolute | 1.196 ± 0.049 | 1.201 ± 0.060 | 1.600 ± 0.073** |
|   Relative | 3.15 ± 0.11 | 3.29 ± 0.19 | 4.55 ± 0.19** |
| **Female** | | | |
| n | 3 | 3 | 3 |
| Necropsy body wt | 216 ± 10 | 210 ± 5 | 212 ± 7 |
| Brain | | | |
|   Absolute | 1.801 ± 0.020 | 1.800 ± 0.030 | 1.860 ± 0.031 |
|   Relative | 8.39 ± 0.33 | 8.57 ± 0.28 | 8.82 ± 0.39 |
| Heart | | | |
|   Absolute | 0.679 ± 0.023 | 0.691 ± 0.031 | 0.716 ± 0.055 |
|   Relative | 3.16 ± 0.11 | 3.29 ± 0.13 | 3.38 ± 0.20 |
| R. Kidney | | | |
|   Absolute | 0.700 ± 0.043 | 0.775 ± 0.025 | 0.751 ± 0.030 |
|   Relative | 3.25 ± 0.17 | 3.69 ± 0.10 | 3.55 ± 0.07 |
| Liver | | | |
|   Absolute | 7.579 ± 0.502 | 7.253 ± 0.172 | 6.875 ± 0.409 |
|   Relative | 35.13 ± 1.09 | 34.51 ± 0.33 | 32.47 ± 1.21 |
| Lungs | | | |
|   Absolute | 1.006 ± 0.112 | 0.986 ± 0.064 | 1.090 ± 0.010 |
|   Relative | 4.71 ± 0.65 | 4.69 ± 0.29 | 5.17 ± 0.21 |

*  Significantly different (P≤0.05) from the control group by Williams' or Dunnett's test
** P≤0.01
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body
weight (mean ± standard error)

NOT FOR DISTRIBUTION OR ATTRIBUTION                                    Board Draft

Protected Document--Subject to Protective Order                        JNJ 000009141

Pltf_JNJ_00000929