Organ Weight Analyses     E-3

TABLE E2
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats at the 11-Month Interim Evaluation in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| n | 2 | 3 | 3 |
| Necropsy body wt | 425 ± 10 | 406 ± 15 | 395 ± 14 |
| Brain | | | |
|   Absolute | 2.018 ± 0.010 | 1.616 ± 0.306 | 2.020 ± 0.012 |
|   Relative | 4.75 ± 0.13 | 3.97 ± 0.74 | 5.13 ± 0.16 |
| Heart | | | |
|   Absolute | 1.161 ± 0.080 | 1.051 ± 0.063 | 1.079 ± 0.048 |
|   Relative | 2.73 ± 0.12 | 2.58 ± 0.06 | 2.73 ± 0.09 |
| R. Kidney | | | |
|   Absolute | 1.313 ± 0.008 | 1.242 ± 0.062 | 1.216 ± 0.069 |
|   Relative | 3.09 ± 0.09 | 3.07 ± 0.26 | 3.07 ± 0.07 |
| Liver | | | |
|   Absolute | 12.824 ± 0.065 | 12.454 ± 0.424 | 12.223 ± 0.618 |
|   Relative | 30.20 ± 0.86 | 30.72 ± 1.47 | 30.92 ± 0.50 |
| Lungs | | | |
|   Absolute | 1.228 ± 0.143 | 1.152 ± 0.043 | 1.979 ± 0.077** |
|   Relative | 2.90 ± 0.40 | 2.85 ± 0.18 | 5.02 ± 0.16** |
| **Female** | | | |
| n | 3 | 3 | 3 |
| Necropsy body wt | 254 ± 7 | 249 ± 5 | 247 ± 10 |
| Brain | | | |
|   Absolute | 1.863 ± 0.003 | 1.867 ± 0.036 | 1.845 ± 0.030 |
|   Relative | 7.36 ± 0.22 | 7.52 ± 0.18 | 7.50 ± 0.19 |
| Heart | | | |
|   Absolute | 0.858 ± 0.032 | 0.796 ± 0.020 | 0.753 ± 0.063 |
|   Relative | 3.38 ± 0.06 | 3.20 ± 0.06 | 3.05 ± 0.19 |
| R. Kidney | | | |
|   Absolute | 0.830 ± 0.007 | 0.839 ± 0.002 | 0.735 ± 0.034* |
|   Relative | 3.28 ± 0.11 | 3.38 ± 0.07 | 2.99 ± 0.13 |
| Liver | | | |
|   Absolute | 7.878 ± 0.275 | 7.774 ± 0.130 | 7.537 ± 0.354 |
|   Relative | 31.13 ± 1.53 | 31.30 ± 0.47 | 30.57 ± 0.50 |
| Lungs | | | |
|   Absolute | 0.959 ± 0.037 | 1.039 ± 0.034 | 1.551 ± 0.163** |
|   Relative | 3.79 ± 0.20 | 4.18 ± 0.09 | 6.27 ± 0.48** |

\* Significantly different (P≤0.05) from the control group by Williams' or Dunnett's test
\*\* P≤0.01
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)

Board Draft         NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order     JNJ 000009142

E-4                                                                                    Talc, NTP TR 421

TABLE E3
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats at the 18-Month Interim Evaluation in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| n | 3 | 3 | 2 |
| Necropsy body wt | 446 ± 14 | 428 ± 10 | 430 ± 2 |
| Brain | | | |
| Absolute | 2.019 ± 0.043 | 1.965 ± 0.035 | 2.092 ± 0.004 |
| Relative | 4.53 ± 0.10 | 4.60 ± 0.17 | 4.86 ± 0.01 |
| Heart | | | |
| Absolute | 1.077 ± 0.065 | 1.027 ± 0.030 | 1.131 ± 0.103 |
| Relative | 2.41 ± 0.09 | 2.40 ± 0.07 | 2.63 ± 0.23 |
| R. Kidney | | | |
| Absolute | 1.913 ± 0.599 | 1.328 ± 0.063 | 1.317 ± 0.023 |
| Relative | 4.27 ± 1.31 | 3.10 ± 0.12 | 3.06 ± 0.06 |
| Liver | | | |
| Absolute | 14.329 ± 1.434 | 13.866 ± 0.882 | 12.520 ± 0.189 |
| Relative | 32.10 ± 3.01 | 32.38 ± 1.68 | 29.10 ± 0.56 |
| Lungs | | | |
| Absolute | 1.691 ± 0.100 | 1.852 ± 0.058 | 3.169 ± 0.121** |
| Relative | 3.78 ± 0.13 | 4.34 ± 0.21 | 7.36 ± 0.25** |
| **Female** | | | |
| n | 3 | 3 | 3 |
| Necropsy body wt | 305 ± 5 | 275 ± 4** | 280 ± 4* |
| Brain | | | |
| Absolute | 1.840 ± 0.028 | 1.827 ± 0.045 | 1.847 ± 0.013 |
| Relative | 6.04 ± 0.17 | 6.63 ± 0.11* | 6.61 ± 0.13* |
| Heart | | | |
| Absolute | 0.772 ± 0.015 | 0.706 ± 0.010* | 0.765 ± 0.011 |
| Relative | 2.53 ± 0.08 | 2.56 ± 0.03 | 2.74 ± 0.01* |
| R. Kidney | | | |
| Absolute | 0.929 ± 0.023 | 0.902 ± 0.038 | 0.955 ± 0.047 |
| Relative | 3.05 ± 0.12 | 3.28 ± 0.17 | 3.41 ± 0.13 |
| Liver | | | |
| Absolute | 8.750 ± 0.223 | 8.540 ± 0.648 | 8.904 ± 0.596 |
| Relative | 28.71 ± 0.35 | 31.03 ± 2.47 | 31.84 ± 1.94 |
| Lungs | | | |
| Absolute | 1.130 ± 0.026 | 1.395 ± 0.046** | 2.600 ± 0.030** |
| Relative | 3.71 ± 0.12 | 5.07 ± 0.11** | 9.31 ± 0.18** |

* Significantly different ($P \leq 0.05$) from the control group by Williams' or Dunnett's test
** $P \leq 0.01$
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)

Organ Weight Analyses                                                                                                      E-5

TABLE E4
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats at the 24-Month Interim Evaluation in the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| n | 3 | 6 | 2 |
| Necropsy body wt | 406 ± 29 | 422 ± 12 | 392 ± 30 |
| Brain | | | |
|   Absolute | 2.068 ± 0.015 | 2.023 ± 0.025 | 1.989 ± 0.008 |
|   Relative | 5.15 ± 0.42 | 4.81 ± 0.11 | 5.10 ± 0.37 |
| Heart | | | |
|   Absolute | 1.065 ± 0.022 | 1.126 ± 0.044 | 0.993 ± 0.026 |
|   Relative | 2.66 ± 0.25 | 2.69 ± 0.18 | 2.54 ± 0.13 |
| R. Kidney | | | |
|   Absolute | 1.720 ± 0.138 | 1.577 ± 0.048 | 1.649 ± 0.068 |
|   Relative | 4.25 ± 0.32 | 3.76 ± 0.19 | 4.24 ± 0.50 |
| Liver | | | |
|   Absolute | 15.298 ± 0.187 | 14.924 ± 0.480 | 14.344 ± 1.253 |
|   Relative | 38.11 ± 3.23 | 35.55 ± 1.80 | 37.05 ± 6.03 |
| Lungs | | | |
|   Absolute | 1.766 ± 0.177 | 2.150 ± 0.230 | 2.473 ± 0.674 |
|   Relative | 4.40 ± 0.55 | 5.18 ± 0.69 | 6.48 ± 2.21 |
| **Female** | | | |
| n | 5 | 9 | 3 |
| Necropsy body wt | 296 ± 17 | 296 ± 10 | 262 ± 25 |
| Brain | | | |
|   Absolute | 1.821 ± 0.023 | 1.826 ± 0.011 | 1.865 ± 0.012 |
|   Relative | 6.24 ± 0.42 | 6.24 ± 0.21 | 7.23 ± 0.63 |
| Heart | | | |
|   Absolute | 0.826 ± 0.014 | 0.826 ± 0.032 | 0.824 ± 0.045 |
|   Relative | 2.83 ± 0.19 | 2.81 ± 0.10 | 3.16 ± 0.13 |
| R. Kidney | | | |
|   Absolute | 1.118 ± 0.055 | 1.137 ± 0.044 | 1.021 ± 0.022 |
|   Relative | 3.82 ± 0.26 | 3.85 ± 0.10 | 3.97 ± 0.44 |
| Liver | | | |
|   Absolute | 11.218 ± 0.527 | 12.127 ± 0.672 | 9.966 ± 0.246 |
|   Relative | 38.38 ± 2.74 | 41.16 ± 2.12 | 38.84 ± 4.59 |
| Lungs | | | |
|   Absolute | 1.014 ± 0.104 | 1.447 ± 0.219 | 3.261 ± 0.115** |
|   Relative | 3.40 ± 0.23 | 4.88 ± 0.67 | 12.73 ± 1.62** |

\*\* Significantly different ($P \leq 0.01$) from the control group by Williams' or Dunnett's test
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)

Board Draft      NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order      JNJ 000009144

Pltf_JNJ_00000929

E-6											Talc, NTP TR 421

TABLE E5
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Rats at the Termination of the Lifetime Inhalation Study of Talc[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| n | 8 | 12 | 13 |
| Necropsy body wt | 379 ± 17 | 397 ± 6 | 326 ± 12** |
| Brain | | | |
|   Absolute | 2.030 ± 0.016 | 2.041 ± 0.015 | 2.014 ± 0.019 |
|   Relative | 5.45 ± 0.28 | 5.16 ± 0.09 | 6.29 ± 0.25* |
| Heart | | | |
|   Absolute | 1.385 ± 0.104 | 1.288 ± 0.041 | 1.302 ± 0.064 |
|   Relative | 3.68 ± 0.26 | 3.26 ± 0.13 | 4.05 ± 0.22 |
| R. Kidney | | | |
|   Absolute | 1.899 ± 0.151 | 1.847 ± 0.125 | 1.737 ± 0.101 |
|   Relative | 5.09 ± 0.49 | 4.69 ± 0.37 | 5.39 ± 0.35 |
| Liver | | | |
|   Absolute | 15.501 ± 0.861 | 16.562 ± 0.540 | 14.055 ± 0.936 |
|   Relative | 41.03 ± 1.67 | 41.92 ± 1.73 | 42.85 ± 1.76 |
| Lungs | | | |
|   Absolute | 2.154 ± 0.124 | 2.509 ± 0.068 | 4.026 ± 0.196** |
|   Relative | 5.76 ± 0.38 | 6.34 ± 0.21 | 12.65 ± 0.85** |
| **Female** | | | |
| n | 12 | 13 | 9 |
| Necropsy body wt | 260 ± 14 | 247 ± 14 | 231 ± 9 |
| Brain | | | |
|   Absolute | 1.975 ± 0.122 | 1.860 ± 0.020 | 1.847 ± 0.028 |
|   Relative | 8.03 ± 0.95 | 7.89 ± 0.51 | 8.06 ± 0.27 |
| Heart | | | |
|   Absolute | 1.020 ± 0.039 | 1.006 ± 0.026 | 1.047 ± 0.027 |
|   Relative | 4.03 ± 0.24 | 4.33 ± 0.39 | 4.58 ± 0.20 |
| R. Kidney | | | |
|   Absolute | 1.313 ± 0.047 | 1.235 ± 0.049 | 1.281 ± 0.079 |
|   Relative | 5.21 ± 0.34 | 5.22 ± 0.36 | 5.66 ± 0.55 |
| Liver | | | |
|   Absolute | 12.005 ± 0.660 | 12.567 ± 0.903 | 12.313 ± 0.642 |
|   Relative | 46.35 ± 1.68 | 51.25 ± 2.90 | 53.69 ± 3.72 |
| Lungs | | | |
|   Absolute | 1.575 ± 0.109 | 2.673 ± 0.362** | 4.050 ± 0.228** |
|   Relative | 6.11 ± 0.35 | 11.77 ± 2.10* | 17.83 ± 1.43** |

\* Significantly different (P≤0.05) from the control group by Williams' or Dunnett's test
\*\* P≤0.01
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)

NOT FOR DISTRIBUTION OR ATTRIBUTION                                   Board Draft

Protected Document--Subject to Protective Order                                        JNJ 000009145
201 of 283                                                             Pltf_JNJ_00000929

Organ Weight Analyses                                                                        E-7

TABLE E6
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice at the 6-Month Interim Evaluation
in the 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| n | 4 | 4 | 4 |
| Necropsy body wt | 31.3 ± 0.9 | 31.1 ± 0.9 | 32.1 ± 0.6 |
| Brain | | | |
|   Absolute | 0.431 ± 0.028 | 0.458 ± 0.006 | 0.469 ± 0.008 |
|   Relative | 13.81 ± 0.90 | 14.74 ± 0.23 | 14.60 ± 0.38 |
| Heart | | | |
|   Absolute | 0.159 ± 0.003 | 0.165 ± 0.008 | 0.157 ± 0.011 |
|   Relative | 5.10 ± 0.07 | 5.31 ± 0.33 | 4.88 ± 0.25 |
| R. Kidney | | | |
|   Absolute | 0.303 ± 0.022 | 0.297 ± 0.018 | 0.292 ± 0.011 |
|   Relative | 9.66 ± 0.40 | 9.58 ± 0.70 | 9.10 ± 0.33 |
| Liver | | | |
|   Absolute | 1.737 ± 0.079 | 1.792 ± 0.066 | 1.731 ± 0.060 |
|   Relative | 55.51 ± 1.06 | 57.75 ± 2.77 | 53.84 ± 1.19 |
| Lungs | | | |
|   Absolute | 0.165 ± 0.008 | 0.149 ± 0.010 | 0.173 ± 0.017 |
|   Relative | 5.29 ± 0.35 | 4.78 ± 0.27 | 5.35 ± 0.44 |
| **Female** | | | |
| n | 4 | 4 | 4 |
| Necropsy body wt | 27.1 ± 0.9 | 27.2 ± 1.7 | 29.5 ± 1.4 |
| Brain | | | |
|   Absolute | 0.474 ± 0.007 | 0.482 ± 0.008 | 0.474 ± 0.019 |
|   Relative | 17.52 ± 0.36 | 17.85 ± 0.81 | 16.10 ± 0.67 |
| Heart | | | |
|   Absolute | 0.142 ± 0.004 | 0.133 ± 0.005 | 0.145 ± 0.006 |
|   Relative | 5.27 ± 0.30 | 4.92 ± 0.19 | 4.92 ± 0.15 |
| R. Kidney | | | |
|   Absolute | 0.201 ± 0.011 | 0.203 ± 0.004 | 0.217 ± 0.008 |
|   Relative | 7.40 ± 0.20 | 7.53 ± 0.34 | 7.37 ± 0.13 |
| Liver | | | |
|   Absolute | 1.541 ± 0.099 | 1.640 ± 0.138 | 1.628 ± 0.033 |
|   Relative | 56.86 ± 2.92 | 60.01 ± 1.74 | 55.38 ± 1.91 |
| Lungs | | | |
|   Absolute | 0.190 ± 0.019 | 0.164 ± 0.011 | 0.178 ± 0.011 |
|   Relative | 7.11 ± 0.96 | 6.03 ± 0.28 | 6.04 ± 0.26 |

[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)

Board Draft                                                NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009146

E-8                                                                                              Talc, NTP TR 421

TABLE E7
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice at the 12-Month Interim Evaluation in the 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| n | 4 | 4 | 4 |
| Necropsy body wt | 34.6 ± 1.7 | 37.2 ± 0.3 | 33.1 ± 1.3 |
| Brain | | | |
|   Absolute | 0.478 ± 0.020 | 0.475 ± 0.009 | 0.475 ± 0.009 |
|   Relative | 13.87 ± 0.31 | 12.76 ± 0.16 | 14.39 ± 0.38 |
| Heart | | | |
|   Absolute | 0.196 ± 0.023 | 0.195 ± 0.005 | 0.205 ± 0.023 |
|   Relative | 5.62 ± 0.37 | 5.23 ± 0.10 | 6.21 ± 0.69 |
| R. Kidney | | | |
|   Absolute | 0.334 ± 0.007 | 0.339 ± 0.020 | 0.311 ± 0.027 |
|   Relative | 9.71 ± 0.28 | 9.12 ± 0.52 | 9.41 ± 0.86 |
| Liver | | | |
|   Absolute | 1.612 ± 0.052 | 1.886 ± 0.124 | 1.928 ± 0.240 |
|   Relative | 46.77 ± 0.79 | 50.72 ± 3.25 | 58.55 ± 8.01 |
| Lungs | | | |
|   Absolute | 0.157 ± 0.009 | 0.216 ± 0.018 | 0.243 ± 0.032* |
|   Relative | 4.54 ± 0.17 | 5.80 ± 0.46 | 7.30 ± 0.72** |
| **Female** | | | |
| n | 3 | 4 | 4 |
| Necropsy body wt | 32.1 ± 2.4 | 33.3 ± 1.3 | 28.7 ± 1.2 |
| Brain | | | |
|   Absolute | 0.478 ± 0.006 | 0.488 ± 0.005 | 0.491 ± 0.008 |
|   Relative | 15.04 ± 1.16 | 14.74 ± 0.70 | 17.16 ± 0.55 |
| Heart | | | |
|   Absolute | 0.151 ± 0.004 | 0.162 ± 0.008 | 0.190 ± 0.010* |
|   Relative | 4.72 ± 0.23 | 4.91 ± 0.42 | 6.64 ± 0.47* |
| R. Kidney | | | |
|   Absolute | 0.225 ± 0.010 | 0.231 ± 0.008 | 0.230 ± 0.011 |
|   Relative | 7.03 ± 0.22 | 6.97 ± 0.40 | 8.01 ± 0.10 |
| Liver | | | |
|   Absolute | 1.470 ± 0.105 | 1.796 ± 0.036* | 1.477 ± 0.093 |
|   Relative | 46.04 ± 3.71 | 54.20 ± 2.55 | 51.40 ± 2.48 |
| Lungs | | | |
|   Absolute | 0.151 ± 0.019 | 0.191 ± 0.014 | 0.207 ± 0.015* |
|   Relative | 4.68 ± 0.23 | 5.78 ± 0.61 | 7.19 ± 0.24** |

\* Significantly different (P≤0.05) from the control group by Williams' or Dunnett's test
\*\* P≤0.01
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)

Organ Weight Analyses                                                                                                                                                       E-9

TABLE E8
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice at the 18-Month Interim Evaluation in the 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| n | 4 | 4 | 4 |
| Necropsy body wt | 33.1 ± 3.0 | 37.5 ± 2.1 | 35.4 ± 1.7 |
| Brain | | | |
| Absolute | 0.467 ± 0.007 | 0.470 ± 0.009 | 0.496 ± 0.014 |
| Relative | 14.51 ± 1.44 | 12.63 ± 0.58 | 14.10 ± 0.76 |
| Heart | | | |
| Absolute | 0.193 ± 0.017 | 0.186 ± 0.011 | 0.203 ± 0.006 |
| Relative | 6.18 ± 1.29 | 5.00 ± 0.35 | 5.77 ± 0.22 |
| R. Kidney | | | |
| Absolute | 0.342 ± 0.007 | 0.361 ± 0.021 | 0.350 ± 0.009 |
| Relative | 10.66 ± 1.23 | 9.66 ± 0.47 | 9.91 ± 0.22 |
| Liver | | | |
| Absolute | 1.844 ± 0.228 | 1.796 ± 0.080 | 1.748 ± 0.113 |
| Relative | 57.08 ± 7.95 | 48.07 ± 1.26 | 49.28 ± 1.45 |
| Lungs | | | |
| Absolute | 0.229 ± 0.034 | 0.238 ± 0.013 | 0.345 ± 0.032* |
| Relative | 7.45 ± 2.01 | 6.42 ± 0.57 | 9.79 ± 0.91 |
| **Female** | | | |
| n | 4 | 4 | 4 |
| Necropsy body wt | 32.1 ± 1.2 | 31.9 ± 1.6 | 27.6 ± 1.0* |
| Brain | | | |
| Absolute | 0.483 ± 0.007 | 0.467 ± 0.019 | 0.501 ± 0.038 |
| Relative | 15.10 ± 0.59 | 14.73 ± 0.90 | 18.33 ± 1.91 |
| Heart | | | |
| Absolute | 0.155 ± 0.008 | 0.154 ± 0.011 | 0.164 ± 0.010 |
| Relative | 4.85 ± 0.28 | 4.87 ± 0.47 | 5.96 ± 0.48 |
| R. Kidney | | | |
| Absolute | 0.238 ± 0.009 | 0.233 ± 0.011 | 0.228 ± 0.007 |
| Relative | 7.41 ± 0.28 | 7.35 ± 0.45 | 8.32 ± 0.55 |
| Liver | | | |
| Absolute | 1.446 ± 0.056 | 1.592 ± 0.034 | 1.318 ± 0.055[b] |
| Relative | 45.10 ± 1.35 | 50.17 ± 2.02 | 48.69 ± 0.30[b] |
| Lungs | | | |
| Absolute | 0.223 ± 0.008 | 0.242 ± 0.018 | 0.299 ± 0.018** |
| Relative | 6.96 ± 0.07 | 7.65 ± 0.73 | 10.90 ± 0.87** |

\* Significantly different ($P \leq 0.05$) from the control group by Williams' or Dunnett's test
\*\* $P \leq 0.01$
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)
[b] n=3

Board Draft                                                                                                                                       NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                                                                                       JNJ 000009148

E-10                                                                Talc, NTP TR 421

TABLE E9
Organ Weights and Organ-Weight-to-Body-Weight Ratios for Mice at the Termination
of 2-Year Inhalation Study of Talc[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| n | 30 | 28 | 32 |
| Necropsy body wt | 33.4 ± 0.5 | 32.1 ± 0.8 | 31.2 ± 0.4** |
| Brain | | | |
| Absolute | 0.461 ± 0.004 | 0.458 ± 0.004 | 0.460 ± 0.005 |
| Relative | 13.90 ± 0.22 | 14.50 ± 0.34 | 14.78 ± 0.19* |
| Heart | | | |
| Absolute | 0.183 ± 0.003 | 0.181 ± 0.004 | 0.183 ± 0.005 |
| Relative | 5.52 ± 0.12 | 5.68 ± 0.10 | 5.88 ± 0.15 |
| R. Kidney | | | |
| Absolute | 0.361 ± 0.010 | 0.362 ± 0.010 | 0.354 ± 0.006 |
| Relative | 10.85 ± 0.27 | 11.28 ± 0.16 | 11.34 ± 0.18 |
| Liver | | | |
| Absolute | 1.845 ± 0.064 | 1.733 ± 0.073[b] | 1.535 ± 0.033**[c] |
| Relative | 55.64 ± 2.21 | 53.14 ± 1.72[b] | 49.27 ± 1.03*[c] |
| Lungs | | | |
| Absolute | 0.252 ± 0.008[c] | 0.258 ± 0.009[b] | 0.408 ± 0.011** |
| Relative | 7.47 ± 0.25[c] | 8.01 ± 0.24[b] | 13.08 ± 0.33** |
| **Female** | | | |
| n | 30 | 23 | 25 |
| Necropsy body wt | 31.4 ± 0.6 | 31.7 ± 0.7 | 30.7 ± 0.5 |
| Brain | | | |
| Absolute | 0.484 ± 0.004 | 0.469 ± 0.006 | 0.477 ± 0.003 |
| Relative | 15.53 ± 0.26 | 14.93 ± 0.28 | 15.59 ± 0.20 |
| Heart | | | |
| Absolute | 0.164 ± 0.005 | 0.190 ± 0.009** | 0.163 ± 0.003 |
| Relative | 5.24 ± 0.15 | 6.02 ± 0.28** | 5.32 ± 0.09 |
| R. Kidney | | | |
| Absolute | 0.251 ± 0.007[d] | 0.265 ± 0.010 | 0.257 ± 0.007[e] |
| Relative | 8.03 ± 0.17[d] | 8.38 ± 0.27 | 8.37 ± 0.14[e] |
| Liver | | | |
| Absolute | 1.816 ± 0.089 | 1.770 ± 0.107[f] | 1.761 ± 0.083[e] |
| Relative | 57.41 ± 2.25 | 55.45 ± 3.13[f] | 56.94 ± 1.93[e] |
| Lungs | | | |
| Absolute | 0.276 ± 0.014 | 0.293 ± 0.012 | 0.410 ± 0.010** |
| Relative | 8.80 ± 0.42 | 9.28 ± 0.34 | 13.39 ± 0.28** |

\* Significantly different ($P \leq 0.05$) from the control group by Williams' or Dunnett's test
\*\* $P \leq 0.01$
[a] Organ weights and body weights are given in grams; organ-weight-to-body-weight ratios are given as mg organ weight/g body weight (mean ± standard error)
[b] n=27
[c] n=28
[d] n=29
[e] n=24
[f] n=22

NOT FOR DISTRIBUTION OR ATTRIBUTION                                         Board Draft

Protected Document--Subject to Protective Order

JNJ 000009149

Pltf_JNJ_00000929

# APPENDIX F
# LUNG BURDEN, PULMONARY FUNCTION, AND LUNG BIOCHEMISTRY IN RATS

METHODS .................................................................... F-2
TABLE F1   Number of Rats Evaluated for Lung Talc Burden, Pulmonary Function,
           and Lung Biochemistry ..................................... F-6
TABLE F2   Lung Talc Burden (Normalized to Control Lung Weight) of Rats .......... F-7
TABLE F3   Lung Talc Burden (Normalized to Exposure Concentration) of Rats ....... F-7
TABLE F4   Bronchoalveolar Lavage Fluid Enzymes of Rats
           at the 24-Month Interim Evaluation ............................ F-8
TABLE F5   Bronchoalveolar Lavage Fluid Cell Populations of Rats
           at the 24-Month Interim Evaluation ............................ F-8
TABLE F6   Viability and Phagocytic Activity of Macrophages in Bronchoalveolar Fluid
           of Rats at the 24-Month Interim Evaluation .................... F-9
TABLE F7   Lung Collagen Metabolism and Protein Synthesis in Rats
           at the 24-Month Interim Evaluation ............................ F-9
TABLE F8   Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid
           of Rats at the 24-Month Interim Evaluation .................... F-10
TABLE F9   Respiratory Frequency of Rats .................................. F-11
TABLE F10  Total Lung Capacity of Rats .................................... F-11
TABLE F11  Total Lung Capacity/Kilogram Body Weight of Rats ................ F-12
TABLE F12  Tidal Volume of Rats ........................................... F-12
TABLE F13  Minute Volume of Rats .......................................... F-13
TABLE F14  Minute Volume/Kilogram Body Weight of Rats ...................... F-13
TABLE F15  Residual Volume of Rats ........................................ F-14
TABLE F16  Residual Volume/Total Lung Capacity of Rats ..................... F-14
TABLE F17  Vital Capacity of Rats ......................................... F-15
TABLE F18  Vital Capacity/Total Lung Capacity of Rats ...................... F-15
TABLE F19  Forced Vital Capacity of Rats .................................. F-16
TABLE F20  Forced Vital Capacity/Kilogram Body Weight of Rats .............. F-16
TABLE F21  Functional Residual Capacity of Rats ........................... F-17
TABLE F22  Functional Residual Capacity/Total Lung Capacity of Rats ........ F-17
TABLE F23  Total Pulmonary Resistance of Rats ............................. F-18
TABLE F24  Maximum Quasistatic Compliance of Rats ......................... F-18
TABLE F25  Quasistatic Chord Compliance of Rats ........................... F-19
TABLE F26  Dynamic Compliance of Rats ..................................... F-19
TABLE F27  Peak Expiratory Flow of Rats ................................... F-20
TABLE F28  Peak Expiratory Flow/Forced Vital Capacity of Rats .............. F-20
TABLE F29  Expiratory Flow 10% Forced Vital Capacity of Rats ............... F-21
TABLE F30  Expiratory Flow 10% Forced Vital Capacity/Forced Vital Capacity of Rats ......... F-21
TABLE F31  Expiratory Flow 25% Forced Vital Capacity of Rats ............... F-22
TABLE F32  Expiratory Flow 25% Forced Vital Capacity/Forced Vital Capacity of Rats ......... F-22
TABLE F33  Expiratory Flow 50% Forced Vital Capacity of Rats ............... F-23
TABLE F34  Expiratory Flow 50% Forced Vital Capacity/Forced Vital Capacity of Rats ......... F-23
TABLE F35  Mean Midexpiratory Flow of Rats ................................ F-24
TABLE F36  Mean Midexpiratory Flow/Forced Vital Capacity of Rats ........... F-24
TABLE F37  Carbon Monoxide Diffusing Capacity of Rats ..................... F-25
TABLE F38  Carbon Monoxide Diffusing Capacity/Lung Volume of Rats .......... F-25
TABLE F39  Carbon Monoxide Diffusing Capacity/Kilogram Body Weight of Rats ....... F-26
TABLE F40  Percent Forced Vital Capacity Expired in 0.1 Second of Rats ..... F-26
TABLE F41  Slope III of $N_2$ Washout of Rats ............................. F-27

Board Draft                                      NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009150

## METHODS

### Lung Burden

Lung talc burden was measured to determine the relationship between the exposure concentration and the amount of talc deposited and retained within the pulmonary region of the respiratory tract. The method used for analyzing for talc in lungs has been published (Hanson et al., 1985). Lung burdens were determined on 3 male and 3 female rats from each exposure group sacrificed at 27, 47, 79, and 105 weeks after the start of exposure. The analysis was based on determination of acid insoluble magnesium in the lung. MRI reported that the value for the magnesium was 19.33% for batch 02 and 19.47% for batch 03. These values and the results of the analysis at LITRI were close to the theoretical value of magnesium for talc (19.22%). Since rats sacrificed at 27, 47, and 79 weeks had been exposed to only batch 02 of talc, 19.33% magnesium was used to calculate the quantity of talc for these rats. Because batch 03 was used for the last 4 months of exposure and lung burdens of rats after 105 weeks of exposure to talc would be expected to contain substantial amounts of batch 03 talc, 19.47% magnesium was used to calculate the quantity of talc deposited in the lungs of these rats.

All operations in conjunction with tissue analysis for talc were done while wearing talc-free gloves. Left lung lobes were weighed at necropsy and stored frozen (-20° C) until used. Lungs were homogenized using water and the proteins were precipitated with 70% perchloric acid. The individual samples were filtered and washed with 5% trichloroacetic acid (TCA) to remove perchlorates. Washing continued until magnesium levels in the wash were within 10% of levels in the TCA solution ($\leq 0.03$ ppm magnesium). Filters and tissue residues were placed in 15 mL porcelain crucibles, dried slowly (200° C), and then ashed at 600° C for 1 hour. Ashed samples were transferred to Teflon beakers using 2 mL HCl and evaporated to dryness. Samples were then digested in hydrofluoric acid (HF), and the HF evaporated. Additional HF was added and reevaporated. Sulfuric acid was added to remove trace HF, and samples were then diluted with distilled water and analyzed for magnesium by atomic absorbance (Perkin Elmer, Model 306, Atomic Absorption Spectrophotometer) with a magnesium hollow cathode lamp and an air acetylene flame (Hanson et al., 1985).

### Pulmonary Function

Ten male and 10 female rats from each exposure level were assigned for respiratory function analyses. Respiratory function was measured at 6 months (27 weeks), 10 months (43 weeks), and 18 months (79 weeks). At 24 months (103 to 104 weeks) of exposure, respiratory function was performed on all surviving rats not assigned to the lifetime study. Respiratory function was measured by noninvasive techniques, using methods previously published (Harkema et al., 1982).

Tests were conducted using a 1.4 L combination flow and pressure plethysmograph. Flows were measured by measuring differential pressures across a wire screen pneumotachograph in the plethysmograph wall. Volumes were obtained by integration (Model 6, Pulmonary Mechanics Analyzer, Buxco Electronics, Sharon, CT). In the pressure mode, used only for measuring functional residual capacity, the pneumotachograph hole was sealed and volume changes were measured as pressure changes. The plethysmograph was maintained at approximately 37° C by a resistance element. Transpulmonary pressure was measured using transducers connected to the external airway and a liquid-filled, 2.2 mm O.D. esophageal catheter.

A positive-negative pressure respirator system was used to induce quasistatic and forced respiratory movements, simulating the movements performed voluntarily by man. Reservoirs maintained at +40 and -50 cm $H_2O$ were connected to the airway by solenoid valves. Inspiratory and quasistatic expiratory flow rates were limited by calibrated needle valves to 5 and 3 mL/sec, respectively. Inspirations were stopped automatically at a transpulmonary pressure of 30 cm $H_2O$, defining the lung volume at that distending pressure as total lung capacity (TLC). Forced inhalations were induced from TLC by opening the airway to the negative pressure reservoir via a rapidly opening valve having a 9.5 mm I.D., with no intentional flow restriction between the valve and the reservoir.

The rats were anesthetized with halothane and intubated orally with a tracheal catheter 5.5 cm long × 1.8 mm I.D., fabricated from a 14-gauge intravenous catheter as previously described (Mauderly, 1977).

The breathing port in the plethysmograph wall was a luer fitting drilled to 2.5 mm I.D. The frequency response of the plethysmograph-respirator-tracheal catheter system has been tested and found adequate for forced expiratory events in rats. No phase lag among flow, pressure and volume signals has been found in the frequency range of spontaneous breathing.

Rats were anesthetized, intubated and placed prone in the plethysmograph. The esophageal catheter was adjusted to maximize the recorded transpulmonary pressure signal. Anesthetic depth was adjusted to yield a respiratory frequency of 50 to 60 per minute. Respiratory frequency, tidal volume, minute volume, dynamic lung compliance, and total pulmonary resistance were recorded during spontaneous respiration, time-averaged by a data logger and displayed on a teletype terminal.

Prior to each subsequent measurement procedure, the rat's lung was manually inflated with a syringe to induce apnea. A quasistatic deflation from TLC to residual volume allowed measurement of vital capacity and the quasistatic expiratory pressure-volume curve. Quasistatic lung chord compliance was measured as the slope of the curve over the chord between the apneic lung volume and the volume at +10 cm $H_2O$ pressure. Maximum quasistatic compliance was measured as the steepest slope of the pressure-volume curve over any 2 cm $H_2O$ pressure interval. Functional residual capacity was measured by the barometric method (Dubois et al., 1956) from recordings of lung volume and airway pressure changes as the rat resumed breathing against a blocked airway. From these measurements, all subdivisions of lung volume were calculated including residual volume.

Alveolar-capillary gas exchange was evaluated by a single-breath, CO diffusing capacity test (Ogilvie et al., 1957). The lungs were inflated with a gas mixture containing CO and Ne in air to 20 cm $H_2O$ transpulmonary pressure. After 6 seconds, one-half of the gas was withdrawn and the remaining gas collected for analysis by gas chromatography. The lung volume when inflated with the mixture was measured by neon dilution.

A forced inhalation was performed as described above, and the maneuver analyzed by a microprocessor in the data logger (Model D-12, Buxco). Data included forced vital capacity (FVC), the percentage of FVC exhaled in 0.1 second, flow rates at peak flow, and at 50%, 25%, and 10% of FVC.

A single-breath nitrogen washout was performed by recording volume and nitrogen concentration of expirate during a slow deflation after an inflation to TLC with oxygen. The slope of phase III ("alveolar plateau") of the washout curve was calculated to assess the uniformity of intrapulmonary gas distribution.

## Lung Biochemistry

All surviving rats from each exposure group (the 3 males and 3 females originally assigned for lung burden/histology and the 10 males and 10 females from physiology/biochemistry) were sacrificed after 105 weeks of exposure.

The rats were anesthetized with halothane and sacrificed by exsanguination from the abdominal aorta or renal artery. The heart and lung block was removed, the right apical, right cardiac, and right intermediate portions of each rat lung were given endobronchial saline lavage (6 mL total volume in three, 2.0 mL washes of saline), and the bronchoalveolar lavage (BAL) fluid was centrifuged at 300 × G to separate the cells from the supernatant fluid.

### Airway Fluid Enzymes and Cytology Measurements
In this study, BAL fluid was analyzed to determine the degree of:

1)   Cell injury as indicated by concentration of lactate dehydrogenase (LDHP)
2)   Chronic inflammatory response as indicated by presence of increased numbers of polymorphonuclear leukocytes (PMN) and pulmonary alveolar macrophages (AM) as well as increased protein and alkaline phosphatase activity

Protected Document--Subject to Protective Order                                    JNJ 000009152
208 of 283                                                                          Pltf_JNJ_00000929

3) Lysosomal activation as indicated by ß-glucuronidase and acid proteinase activity. Elevated enzyme activities have been observed in BAL fluid from rodents exposed to particles. These enzymes may be associated with the breakdown of necrotic tissues.
4) Response to oxidant injury as indicated by increased glutathione reductase activity.

The supernatant fluid was analyzed by spectrophotometric, kinetic, and enzymatic analyses for the activities of ß-glucuronidase, LDH, glucose-6-phosphate dehydrogenase, alkaline phosphatase, glutathione reductase, and glutathione peroxidase. Acid proteinase was measured by the release of radiolabeled globin peptides from the trichloroacetic acid-precipitable protein substrate, and total protein was analyzed colorimetrically (Henderson et al., 1985).

Numbers of total nucleated cells recovered in lavage fluid were determined using a cell counter (Coulter Electronic, Hileah, FL) or a hemocytometer. Cytocentrifuge preparations of resuspended cells were made, stained with Wright's stain (Diff-Quick, Curtin Matheson Scientific, Denver, CO) and the differential cell count determined.

Alveolar macrophages (AM) were recovered from BAL fluid of the same rats as described above. The cells ($1 \times 10^6$) were suspended in Roswell Park Memorial Institute (RPMI) 1640 culture medium and pelleted by centrifugation and the supernatant RPMI removed. Cells were resuspended in 1 mL of a 1% suspension of IgG antibody-sensitized sheep red blood cells (SRBC) in RPMI 1640. The antibody-sensitized SRBC were made as previously described (Harmsen and Jeska, 1980). The subagglutinating titer of heat-inactivated rabbit anti-SRBC serum was used to sensitize the SRBC. The AM and SRBC suspensions were incubated at 37° C for 1 hour in a humidified atmosphere of 5% $CO_2$ in air. The AM and SRBC were sedimented by centrifugation and the supernatant discarded. Unphagocytized SRBC were removed by lysing the RBC with water for 30 seconds. Lysing of unphagocytized SRBC was stopped by the addition of an equal volume of saline and cytocentrifuge preparations were made. The slides were stained with Wright's stain (Diff-Quik, American Scientific Products, McGaw Park, IL) and the percent of AM phagocytizing SRBC was determined by light microscopy. Three fields of 100 cells per preparation were counted. Viability was determined by trypan blue exclusion.

### Lung Tissue Collagen and Proteinase

In this study, rats sacrificed at 105 weeks of talc exposure were used for collagen metabolism, protein synthesis, and proteinase activity measurements. Tissue and BAL fluid from single rats were used for analyses.

To estimate collagen and protein synthesis, $^{14}$C-proline (0.1 $\mu$Ci/g body weight) was injected intraperitoneally approximately 2 to 3 hours prior to sacrifice. Lung lobes to be analyzed for collagen were frozen in liquid nitrogen and pulverized. The pulverized lungs were extracted overnight in 0.5M acetic acid at 4° C, and centrifuged to separate the insoluble material from the supernatant fluid. The supernatant fluid was separated into high and low molecular weight fractions using Amicon Cones with a size cutoff of approximately 50 kDa.

All samples for collagen analyses from lung and lavage supernatant fluid were hydrolyzed for approximately 18 hours in 6N HCl at 110° C to convert proteins to their individual amino acids, were evaporated to dryness to remove the HCl, and were resuspended in 0.001 N HCl prior to analysis.

Collagen quantity was measured and multiplied by 7.46 to convert BAL or lung tissue hydroxyproline content to BAL or lung tissue collagen content, taking into account that collagen is approximately 13% hydroxyproline by weight (Neuman and Logan, 1950).

Radioactive proline and hydroxyproline were quantitated in the low molecular weight supernatant fluid fraction and in a sample containing both the high molecular weight supernatant fluid fraction and the acetic acid insoluble fraction. Following this, the radioactive proline and hydroxyproline quantities were

NOT FOR DISTRIBUTION OR ATTRIBUTION  Board Draft

Protected Document--Subject to Protective Order  JNJ 000009153

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats      F-5

used to calculate the noncollagenous protein synthesis, the collagen production, and the intracellular collagen degradation.

Noncollagenous protein synthesis was measured as the total radioactive proline incorporation into lung tissue minus the incorporation into lung tissue which was related to collagen synthesis. The radioactive proline in collagen was assumed to be equal to the radioactive hydroxyproline, thus, incorporation into collagen was calculated as twice the radioactive hydroxyproline. Collagen production (% of newly synthesized protein that was collagen) was calculated as the percentage of the total incorporation of proline into all proteins constituted by collagen, and adjusted for the 5.4-fold difference in the content of total amino acids (proline and hydroxyproline) between collagen and noncollagenous protein (Pickrell et al., 1987). Intracellular collagen degradation (as a percent of newly synthesized collagen) was calculated as the percentage of total radioactive hydroxyproline in collagen constituted by low molecular weight radioactive hydroxyproline-containing peptides.

Lung tissue proteinase activity was measured as the release of $^{14}$C-leucine from prelabeled globin at pH 4.2 and 7.5 (Gregory and Pickrell, 1982; Harkema et al., 1984; Pickrell et al., 1987). Acid proteinase activity was inhibited by leupeptin to indicate either neutrophil and macrophage cathepsin B (inhibited) or macrophage cathepsin D (not inhibited)-like activity. Neutral proteinase activity was inhibited by 1,10-phenanthroline to indicate either macrophage elastase (inhibited) or neutrophil elastase-cathepsin G (not inhibited)-like activity.

TABLE F1
Number of Rats Evaluated for Lung Talc Burden, Pulmonary Function, and Lung Biochemistry

|  | Male | | | Female | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
| **Lung Burden** | | | | | | |
| 6-Month Interim | –[a] | 3 | 3 | – | 3 | 3 |
| 11-Month Interim | – | 3 | 3 | – | 3 | 3 |
| 18-Month Interim | – | 3 | 3 | – | 2 | 3 |
| 24-Month Interim | – | 6 | 9 | – | 2 | 3 |
| **Pulmonary Function** | | | | | | |
| 6-Month Interim | 9 | 10 | 10 | 10 | 10 | 10 |
| 11-Month Interim | 9 | 10 | 10 | 10 | 10 | 10 |
| 18-Month Interim | 9 | 10 | 10 | 9 | 9 | 9 |
| 24-Month Interim | 3 | 6 | 3 | 6 | 9 | 3 |
| **Lung Biochemistry** | | | | | | |
| 24-Month Interim | 3 | 6 | 2 | 5 | 9 | 3 |

[a] Lung burden not measured in 0 mg/m$^3$ rats.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                           Board Draft

Protected Document--Subject to Protective Order                               JNJ 000009155

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats                                    F-7

TABLE F2
Lung Talc Burden (Normalized to Control Lung Weight) of Rats[a]

|                      | 6 months         | 12 months        | 18 months        | 24 months        |
|----------------------|------------------|------------------|------------------|------------------|
| **Male**             |                  |                  |                  |                  |
| 0 mg/m$^3$           | —[b]             | —                | —                | —                |
| 6 mg/m$^3$           | 2.63 ± 0.24      | 4.38 ± 0.59      | 7.31 ± 0.71      | 10.45 ± 1.26     |
| 18 mg/m$^3$          | 10.83 ± 0.23     | 20.96 ± 2.04     | 27.57 ± 0.91     | 24.15 ± 3.41     |
| **Female**           |                  |                  |                  |                  |
| 0 mg/m$^3$           | —                | —                | —                | —                |
| 6 mg/m$^3$           | 2.43 ± 0.19      | 4.71 ± 0.26      | 7.66 ± 0.34      | 9.10 ± 0.88      |
| 18 mg/m$^3$          | 8.34 ± 0.12      | 14.16 ± 3.36     | 24.33 ± 0.63     | 29.40 ± 2.40     |

[a] Units are presented as mg talc/g control lung.
[b] No measurements taken

TABLE F3
Lung Talc Burden (Normalized to Exposure Concentration) of Rats[a]

|                  | Male                |                      | Female              |                      |
|                  | 6 mg/m$^3$          | 18 mg/m$^3$          | 6 mg/m$^3$          | 18 mg/m$^3$          |
|------------------|---------------------|----------------------|---------------------|----------------------|
| 6-Month Interim  | 0.439 ± 0.040       | 0.602 ± 0.013*       | 0.406 ± 0.032       | 0.464 ± 0.007*       |
| 12-Month Interim | 0.731 ± 0.098       | 1.165 ± 0.113*       | 0.785 ± 0.043       | 0.787 ± 0.187        |
| 18-Month Interim | 1.22 ± 0.12         | 1.53 ± 0.05          | 1.28 ± 0.06         | 1.35 ± 0.04          |
| 24-Month Interim | 1.74 ± 0.21         | 1.34 ± 0.19          | 1.52 ± 0.15         | 1.63 ± 0.13          |

* Significantly different ($P \leq 0.05$) from the 6 mg/m$^3$ group by Dunn's or Shirley's test
[a] Units are presented as mg talc/g control lung/mg/m$^3$

Board Draft                                                           NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                              JNJ 000009156

TABLE F4
Bronchoalveolar Lavage Fluid Enzymes of Rats at the 24-Month Interim Evaluation

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| ß-Glucuronidase[a] | 1.09 ± 0.40 | 18.86 ± 3.20* | 89.24 ± 14.24** |
| Lactate dehydrogenase | 1,634 ± 545 | 3,193 ± 606 | 8,262 ± 380* |
| Alkaline phosphatase | 364.7 ± 147 | 572.8 ± 86.8 | 1,604.7 ± 143* |
| Glutathione reductase | 103.03 ± 16.43 | 99.35 ± 19.79 | 110.99 ± 51.27 |
| Total protein[b] | 1.78 ± 0.40 | 3.12 ± 0.64 | 5.79 ± 0.55* |
| **Female** | | | |
| ß-Glucuronidase | 3.33 ± 0.97 | 41.05 ± 4.39** | 154.16 ± 17.21** |
| Lactate dehydrogenase | 1,655 ± 266 | 3,906 ± 444* | 14E3 ± 1E3** |
| Alkaline phosphatase | 427.8 ± 30.9 | 853.6 ± 79.7** | 2,504.7 ± 221** |
| Glutathione reductase | 100.6 ± 1.7 | 135.2 ± 22.4 | 460.0 ± 44.8* |
| Total protein | 1.20 ± 0.22 | 4.30 ± 0.36** | 12.96 ± 0.28** |

\* Significantly different (P≤0.05) from the control group by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units presented as mIU/g control lung
[b] Units presented as mg/g control lung


TABLE F5
Bronchoalveolar Lavage Fluid Cell Populations of Rats at the 24-Month Interim Evaluation

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| Polymorphonuclear cells[a] | 0.333 ± 0.167 | 24.417 ± 2.557* | 32.500 ± 3.000* |
| Lymphocytes | 0.000 ± 0.000 | 0.500 ± 0.258 | 0.500 ± 0.500 |
| Macrophages | 93.67 ± 3.72 | 70.25 ± 2.53* | 62.75 ± 1.75* |
| Epithelial cells | 6.00 ± 3.61 | 4.83 ± 1.41 | 4.25 ± 1.75 |
| **Female** | | | |
| Polymophonuclear cells | 0.625 ± 0.315 | 25.778 ± 2.673** | 37.000 ± 1.528** |
| Lymphocytes | 0.000 ± 0.000 | 0.722 ± 0.188* | 1.333 ± 0.667* |
| Macrophages | 91.38 ± 1.75 | 71.22 ± 2.95** | 57.33 ± 4.67** |
| Epithelial cells | 8.00 ± 2.01 | 2.28 ± 0.50* | 4.33 ± 2.60 |

\* Significantly different (P≤0.05) from the control group by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units presented as percent of total cells

TABLE F6
Viability and Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Rats at the 24-Month Interim Evaluation

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Viability[a] | 63.67 ± 5.91 | 66.73 ± 1.59 | 57.70 ± 5.00 |
| Phagocytic activity[b] | 83.13 ± 4.54 | 63.12 ± 8.14 | 65.30[c] |
| **Female** | | | |
| Viability | 82.65 ± 9.65 | 74.64 ± 3.24 | 61.00 ± 4.42 |
| Phagocytic activity | 75.60 ± 5.14 | 66.51 ± 8.09 | 70.15 ± 2.85 |

[a] Units are presented as percent viable cells.
[b] Units are presented as percent cells phagocytizing sheep erythrocytes.
[c] n=1; no statistic calculated

TABLE F7
Lung Collagen Metabolism and Protein Synthesis in Rats at the 24-Month Interim Evaluation

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage fluid collagenous peptides[a] | 39.79 ± 5.07 | 46.99 ± 6.51 | 79.21 ± 13.73 |
| Total lung collagen[b] | 13.87 ± 0.60 | 15.98 ± 0.39* | 18.88 ± 3.35* |
| Collagen production[c] | 1.58 ± 0.17 | 1.60 ± 0.17 | 1.63 ± 0.22 |
| Collagen degradation[d] | 31.67 ± 1.72 | 27.74 ± 1.42 | 9.18 ± 2.38* |
| Non-collagenous protein synthesis[e] | 142.1 ± 14.5 | 199.8 ± 22.1* | 312.2 ± 10.6** |
| **Female** | | | |
| Lavage fluid collagenous peptides | 78.27 ± 11.64 | 115.36 ± 8.61* | 174.71 ± 13.56** |
| Total lung collagen | 14.32 ± 0.66 | 19.95 ± 1.58* | 36.47 ± 3.39** |
| Collagen production | 0.982 ± 0.185 | 1.804 ± 0.144* | 2.264 ± 0.347** |
| Collagen degradation | 14.41 ± 2.44 | 21.59 ± 4.99 | 9.38 ± 1.63 |
| Non-collagenous protein synthesis | 173.9 ± 34.5 | 325.8 ± 90.9 | 554.3 ± 107* |

* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
** $P \leq 0.01$
[a] Units are presented as µg/g control lung.
[b] Units are presented as mg/g control lung.
[c] Units are presented as percent new protein.
[d] Units are presented as percent new collagen.
[e] Units are presented as dpm x 10$^3$/g control lung.

TABLE F8
Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Rats at the 24-Month Interim Evaluation[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid | | | |
| Acid Proteinase | 0.994 ± 0.329 | 1.866 ± 0.174 | 4.307 ± 0.218* |
| Cathepsin D | 0.147 ± 0.147 | 0.599 ± 0.150 | 2.420 ± 0.147** |
| Cathepsin B | 0.924 ± 0.415 | 1.267 ± 0.094 | 1.887 ± 0.365 |
| Homogenate Supernatant Fluid | | | |
| Acid Proteinase | 10.92 ± 0.64 | 17.51 ± 0.90* | 25.13 ± 1.50** |
| Cathepsin D | 8.53 ± 0.91 | 14.04 ± 0.62* | 21.03 ± 1.56** |
| Cathepsin B | 2.39 ± 0.41 | 3.48 ± 0.37 | 4.10 ± 0.06* |
| Neutral Proteinase | 0.715 ± 0.168 | 2.417 ± 0.304* | 4.505[b] |
| PMN Elastase Cathepsin G | 0.490 ± 0.218 | 1.936 ± 0.242* | 4.457 ± 0.377** |
| Macrophage Elastase Collagenase | 0.225 ± 0.099 | 0.482 ± 0.077 | 0.000[b] |
| **Female** | | | |
| Lavage Fluid | | | |
| Acid Proteinase | 1.52 ± 0.12 | 3.46 ± 0.33* | 6.05 ± 0.73** |
| Cathepsin D | 0.015 ± 0.015 | 1.310 ± 0.292* | 4.043 ± 0.578** |
| Cathepsin B | 1.61 ± 0.26 | 2.15 ± 0.22 | 2.01 ± 0.17 |
| Homogenate Supernatant Fluid | | | |
| Acid Proteinase | 14.04 ± 0.95 | 29.43 ± 1.18** | 38.61 ± 1.81** |
| Cathepsin D | 10.05 ± 0.68 | 22.97 ± 1.07** | 30.25 ± 1.60** |
| Cathepsin B | 3.99 ± 0.58 | 6.46 ± 0.60* | 8.37 ± 0.42** |
| Neutral Proteinase | 0.648 ± 0.087 | 5.040 ± 0.418** | 12.293 ± 1.598** |
| PMN Elastase Cathepsin G | 0.785 ± 0.142 | 4.351 ± 0.261** | 10.313 ± 2.694** |
| Macrophage Elastase Collagenase | 0.054 ± 0.037 | 0.683 ± 0.175* | 2.012 ± 1.126* |

\* Significantly different (P≤0.05) from the control group by Dunn's or Shirley's test
\** P≤0.01
[a] Units are presented as mg/hour/mg control lung.
[b] n=1; no statistic calculated

NOT FOR DISTRIBUTION OR ATTRIBUTION    Board Draft

Protected Document--Subject to Protective Order    JNJ 000009159
215 of 283    Pltf_JNJ_00000929