Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats                      F-11

TABLE F9
Respiratory Frequency of Rats[a]

|                  | 0 mg/m³        | 6 mg/m³        | 18 mg/m³       |
|------------------|----------------|----------------|----------------|
| **Male**         |                |                |                |
| 6-Month Interim  | 57.11 ± 0.86   | 55.00 ± 1.13   | 54.00 ± 0.75*  |
| 11-Month Interim | 55.33 ± 1.11   | 56.10 ± 0.92   | 53.50 ± 0.99   |
| 18-Month Interim | 56.50 ± 1.34   | 55.40 ± 1.08   | 54.60 ± 1.13   |
| 24-Month Interim | 57.67 ± 1.20   | 56.50 ± 1.80   | 56.67 ± 1.86   |
| **Female**       |                |                |                |
| 6-Month Interim  | 52.10 ± 0.55   | 54.50 ± 1.19   | 54.30 ± 0.90   |
| 11-Month Interim | 53.60 ± 0.73   | 53.70 ± 1.10   | 55.20 ± 0.94   |
| 18-Month Interim | 55.44 ± 1.12   | 54.56 ± 0.93   | 55.22 ± 1.41   |
| 24-Month Interim | 57.67 ± 1.23   | 54.44 ± 0.93   | 59.00 ± 0.58   |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
[a] Units are presented as b/min; ratio is (dosed group mean/control group mean)×100


TABLE F10
Total Lung Capacity of Rats[a]

|                  | 0 mg/m³        | 6 mg/m³         | 18 mg/m³         |
|------------------|----------------|-----------------|------------------|
| **Male**         |                |                 |                  |
| 6-Month Interim  | 19.86 ± 0.54   | 19.48 ± 0.46    | 19.25 ± 0.39     |
| 11-Month Interim | 20.06 ± 0.32   | 18.44 ± 0.39**  | 17.67 ± 0.45**   |
| 18-Month Interim | 20.30 ± 0.45   | 18.87 ± 0.41*   | 16.34 ± 0.52**   |
| 24-Month Interim | 20.50 ± 0.83   | 20.20 ± 0.28    | 16.47 ± 1.53     |
| **Female**       |                |                 |                  |
| 6-Month Interim  | 14.20 ± 0.25   | 14.56 ± 0.27    | 13.80 ± 0.27     |
| 11-Month Interim | 13.29 ± 0.21   | 12.91 ± 0.17    | 12.06 ± 0.26**   |
| 18-Month Interim | 13.94 ± 0.26   | 12.68 ± 0.28**  | 11.43 ± 0.31**   |
| 24-Month Interim | 14.85 ± 0.31   | 13.73 ± 0.34*   | 11.50 ± 1.07**   |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq .01$
[a] Units are presented as mL; ratio is (dosed group mean/control group mean)×100

Protected Document--Subject to Protective Order                              JNJ 000009160

F-12                                                                        Talc, NTP TR 421

TABLE F11
Total Lung Capacity/Kilogram Body Weight of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 51.63 ± 1.05 | 51.45 ± 1.03 | 53.32 ± 0.78 |
| 11-Month Interim | 47.71 ± 0.99 | 44.11 ± 0.87* | 43.42 ± 0.74** |
| 18-Month Interim | 45.92 ± 1.58 | 42.98 ± 1.15 | 38.74 ± 1.50** |
| 24-Month Interim | 51.05 ± 4.36 | 48.49 ± 1.40 | 44.16 ± 1.29 |
| **Female** | | | |
| 6-Month Interim | 67.73 ± 1.26 | 67.06 ± 1.65 | 65.41 ± 1.50 |
| 11-Month Interim | 55.21 ± 1.91 | 52.37 ± 1.05 | 50.24 ± 1.19 |
| 18-Month Interim | 45.78 ± 1.26 | 43.40 ± 1.18 | 43.26 ± 2.42 |
| 24-Month Interim | 49.03 ± 1.31 | 48.93 ± 2.49 | 44.54 ± 0.51 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/kg; ratio is (dosed group mean/control group mean)×100

TABLE F12
Tidal Volume of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 1.83 ± 0.09 | 1.90 ± 0.08 | 2.01 ± 0.10 |
| 11-Month Interim | 1.94 ± 0.06 | 1.91 ± 0.06 | 1.93 ± 0.06 |
| 18-Month Interim | 1.66 ± 0.08 | 1.63 ± 0.08 | 1.74 ± 0.08 |
| 24-Month Interim | 1.50 ± 0.00 | 1.85 ± 0.16 | 2.13 ± 0.19* |
| **Female** | | | |
| 6-Month Interim | 1.65 ± 0.07 | 1.53 ± 0.11 | 1.40 ± 0.07* |
| 11-Month Interim | 1.66 ± 0.07 | 1.68 ± 0.06 | 1.43 ± 0.09 |
| 18-Month Interim | 1.54 ± 0.04 | 1.34 ± 0.06* | 1.40 ± 0.03* |
| 24-Month Interim | 1.43 ± 0.08 | 1.39 ± 0.09 | 1.37 ± 0.15 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
[a] Units are presented as mL; ratio is (dosed group mean/control group mean)×100

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats　　　　　　　　　　　　　　　F-13

TABLE F13
Minute Volume of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
| --- | --- | --- | --- |
| **Male** | | | |
| 6-Month Interim | 102.5 ± 3.9 | 104.8 ± 4.2 | 104.8 ± 3.4 |
| 11-Month Interim | 104.5 ± 3.4 | 106.2 ± 2.3 | 100.5 ± 2.8 |
| 18-Month Interim | 97.34 ± 2.79 | 90.83 ± 3.45 | 95.87 ± 4.61 |
| 24-Month Interim | 92.53 ± 2.64 | 107.25 ± 6.34 | 117.77 ± 11.70 |
| **Female** | | | |
| 6-Month Interim | 85.43 ± 4.22 | 83.05 ± 4.44 | 76.36 ± 3.45 |
| 11-Month Interim | 87.89 ± 3.95 | 88.18 ± 3.26 | 78.78 ± 3.81 |
| 18-Month Interim | 87.14 ± 2.71 | 73.54 ± 3.02** | 76.83 ± 2.29** |
| 24-Month Interim | 83.87 ± 5.04 | 79.64 ± 5.29 | 82.07 ± 5.95 |

** Significantly different ($P=0.01$) from the control by Dunn's or Shirley's test
[a] Units are presented as mL/min; ratio is (dosed group mean/control group mean)×100

TABLE F14
Minute Volume/Kilogram Body Weight of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
| --- | --- | --- | --- |
| **Male** | | | |
| 6-Month Interim | 266.0 ± 7.0 | 277.7 ± 12.8 | 285.1 ± 9.5 |
| 11-Month Interim | 247.9 ± 5.9 | 254.5 ± 7.2 | 247.6 ± 8.2 |
| 18-Month Interim | 219.4 ± 4.6 | 206.8 ± 8.2 | 226.8 ± 10.5 |
| 24-Month Interim | 229.5 ± 12.7 | 256.9 ± 14.8 | 319.9 ± 38.1 |
| **Female** | | | |
| 6-Month Interim | 408.7 ± 23.3 | 381.7 ± 19.5 | 362.7 ± 19.2 |
| 11-Month Interim | 365.0 ± 18.9 | 359.3 ± 18.1 | 330.1 ± 20.7 |
| 18-Month Interim | 286.2 ± 11.0 | 250.6 ± 7.6 | 291.6 ± 17.7 |
| 24-Month Interim | 276.9 ± 17.4 | 282.5 ± 21.4 | 328.8 ± 57.7 |

[a] Units are presented as mL/min/kg; ratio is (dosed group mean/control group mean)×100

Board Draft　　　　　　　　　　　　　　　　　　　　　　　　　　NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order　　　　　　　　　　　　　　　　　　　　　JNJ 000009162
Pltf_JNJ_00000929

F-14                                                                                    Talc, NTP TR 421

TABLE F15
Residual Volume of Rats[a]

|                  | 0 mg/m³        | 6 mg/m³        | 18 mg/m³         |
|------------------|----------------|----------------|------------------|
| **Male**         |                |                |                  |
| 6-Month Interim  | 2.90 ± 0.21    | 2.99 ± 0.17    | 2.64 ± 0.11      |
| 11-Month Interim | 2.06 ± 0.17    | 1.63 ± 0.10    | 1.70 ± 0.16      |
| 18-Month Interim | 1.96 ± 0.15    | 1.74 ± 0.13    | 1.98 ± 0.16      |
| 24-Month Interim | 3.23 ± 0.48    | 2.83 ± 0.19    | 2.20 ± 0.32      |
| **Female**       |                |                |                  |
| 6-Month Interim  | 2.18 ± 0.14    | 2.39 ± 0.22    | 2.47 ± 0.15      |
| 11-Month Interim | 1.22 ± 0.15    | 1.25 ± 0.17    | 1.65 ± 0.14      |
| 18-Month Interim | 1.28 ± 0.11    | 1.52 ± 0.13    | 1.83 ± 0.13**    |
| 24-Month Interim | 1.68 ± 0.11    | 1.72 ± 0.23    | 1.73 ± 0.19      |

** Significantly different (P≤0.01) from the control by Dunn's or Shirley's test
[a] Units are presented as mL; ratio is (dosed group mean/control group mean)×100

TABLE F16
Residual Volume/Total Lung Capacity of Rats[a]

|                  | 0 mg/m³         | 6 mg/m³          | 18 mg/m³          |
|------------------|-----------------|------------------|-------------------|
| **Male**         |                 |                  |                   |
| 6-Month Interim  | 0.146 ± 0.009   | 0.154 ± 0.009    | 0.137 ± 0.004     |
| 11-Month Interim | 0.102 ± 0.008   | 0.088 ± 0.005    | 0.096 ± 0.008     |
| 18-Month Interim | 0.097 ± 0.007   | 0.092 ± 0.007    | 0.121 ± 0.010     |
| 24-Month Interim | 0.157 ± 0.019   | 0.140 ± 0.010    | 0.133 ± 0.011     |
| **Female**       |                 |                  |                   |
| 6-Month Interim  | 0.153 ± 0.009   | 0.163 ± 0.013    | 0.179 ± 0.011     |
| 11-Month Interim | 0.091 ± 0.010   | 0.096 ± 0.013    | 0.137 ± 0.011*    |
| 18-Month Interim | 0.091 ± 0.007   | 0.120 ± 0.010*   | 0.160 ± 0.009**   |
| 24-Month Interim | 0.113 ± 0.007   | 0.125 ± 0.016    | 0.151 ± 0.005     |

* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
** P≤0.01
[a] Units are presented as mL/mL; ratio is (dosed group mean/control group mean)×100

NOT FOR DISTRIBUTION OR ATTRIBUTION                                             Board Draft

Protected Document--Subject to Protective Order                                JNJ 000009163

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats                                    F-15

TABLE F17
Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 16.96 ± 0.49 | 16.49 ± 0.44 | 16.61 ± 0.32 |
| 11-Month Interim | 18.01 ± 0.27 | 16.82 ± 0.37* | 15.97 ± 0.42** |
| 18-Month Interim | 18.35 ± 0.45 | 17.15 ± 0.38 | 14.36 ± 0.51** |
| 24-Month Interim | 17.27 ± 0.48 | 17.35 ± 0.34 | 14.27 ± 1.26 |
| **Female** | | | |
| 6-Month Interim | 12.02 ± 0.22 | 12.17 ± 0.20 | 11.33 ± 0.28 |
| 11-Month Interim | 12.06 ± 0.20 | 11.68 ± 0.18 | 10.40 ± 0.25** |
| 18-Month Interim | 12.66 ± 0.21 | 11.14 ± 0.31** | 9.61 ± 0.26** |
| 24-Month Interim | 13.15 ± 0.27 | 11.99 ± 0.32* | 9.77 ± 0.90** |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL; ratio is (dosed group mean/control group mean)×100


TABLE F18
Vital Capacity/Total Lung Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 0.854 ± 0.009 | 0.846 ± 0.009 | 0.863 ± 0.004 |
| 11-Month Interim | 0.898 ± 0.008 | 0.912 ± 0.005 | 0.904 ± 0.008 |
| 18-Month Interim | 0.904 ± 0.007 | 0.909 ± 0.006 | 0.878 ± 0.010 |
| 24-Month Interim | 0.843 ± .19 | 0.859 ± 0.010 | 0.867 ± 0.011 |
| **Female** | | | |
| 6-Month Interim | 0.847 ± 0.009 | 0.837 ± 0.013 | 0.821 ± 0.011 |
| 11-Month Interim | 0.908 ± 0.010 | 0.905 ± 0.012 | 0.862 ± 0.010* |
| 18-Month Interim | 0.908 ± 0.007 | 0.879 ± 0.010* | 0.841 ± 0.009** |
| 24-Month Interim | 0.886 ± 0.007 | 0.874 ± 0.016 | 0.849 ± 0.005 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/mL; ratio is (dosed group mean/control group mean)×100

Board Draft                                                              NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                                      JNJ 000009164

F-16  Talc, NTP TR 421

TABLE F19
Forced Vital Capacity of Rats[a]

|                | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim  | 17.88 ± 0.40 | 17.15 ± 0.45   | 17.38 ± 0.41   |
| 11-Month Interim | 19.03 ± 0.38 | 18.07 ± 0.43*  | 17.25 ± 0.45*  |
| 18-Month Interim | 19.45 ± 0.45 | 17.92 ± 0.34*  | 15.28 ± 0.56** |
| 24-Month Interim | 17.27 ± 0.61 | 17.53 ± 0.46   | 14.90 ± 1.08   |
| **Female** | | | |
| 6-Month Interim  | 12.53 ± 0.33 | 12.38 ± 0.26   | 11.27 ± 0.33*  |
| 11-Month Interim | 12.86 ± 0.25 | 12.44 ± 0.26   | 11.22 ± 0.25** |
| 18-Month Interim | 13.39 ± 0.24 | 11.91 ± 0.28** | 10.24 ± 0.27** |
| 24-Month Interim | 13.08 ± 0.30 | 12.33 ± 0.33   | 10.03 ± 0.93** |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL; ratio is (dosed group mean/control group mean)×100

TABLE F20
Forced Vital Capacity/Kilogram Body Weight of Rats[a]

|                | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim  | 46.48 ± 0.61 | 45.32 ± 1.18 | 47.32 ± 1.25   |
| 11-Month Interim | 45.26 ± 0.95 | 43.22 ± 0.95 | 42.42 ± 0.89   |
| 18-Month Interim | 44.00 ± 1.56 | 40.82 ± 1.01 | 36.23 ± 1.57** |
| 24-Month Interim | 42.85 ± 2.67 | 42.00 ± 0.93 | 40.18 ± 2.32   |
| **Female** | | | |
| 6-Month Interim  | 59.78 ± 1.75 | 57.01 ± 1.49 | 53.37 ± 1.48*  |
| 11-Month Interim | 53.35 ± 1.68 | 50.43 ± 1.16 | 46.69 ± 0.90** |
| 18-Month Interim | 43.95 ± 1.18 | 40.76 ± 1.08 | 38.75 ± 2.17** |
| 24-Month Interim | 43.23 ± 1.51 | 43.87 ± 2.08 | 38.85 ± 0.48   |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/kg; ratio is (dosed group mean/control group mean)×100

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats                                                                F-17

TABLE F21
**Functional Residual Capacity of Rats**[a]

|   | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 4.48 ± 0.25 | 4.48 ± 0.22 | 4.17 ± 0.10 |
| 11-Month Interim | 3.34 ± 0.24 | 3.16 ± 0.09 | 3.19 ± 0.12 |
| 18-Month Interim | 3.24 ± 0.16 | 3.07 ± 0.11 | 3.53 ± 0.14 |
| 24-Month Interim | 4.53 ± 0.52 | 3.98 ± 0.24 | 4.37 ± 0.59 |
| **Female** | | | |
| 6-Month Interim | 3.51 ± 0.12 | 3.72 ± 0.16 | 3.57 ± 0.15 |
| 11-Month Interim | 2.78 ± 0.12 | 2.74 ± 0.10 | 2.87 ± 0.14 |
| 18-Month Interim | 2.47 ± 0.08 | 2.82 ± 0.12* | 3.17 ± 0.14** |
| 24-Month Interim | 3.07 ± 0.13 | 3.31 ± 0.26 | 3.27 ± 0.18 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL; ratio is (dosed group mean/control group mean)×100


TABLE F22
**Functional Residual Capacity/Total Lung Capacity of Rats**[a]

|   | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 0.226 ± 0.012 | 0.230 ± 0.009 | 0.217 ± 0.006 |
| 11-Month Interim | 0.166 ± 0.011 | 0.172 ± 0.006 | 0.181 ± 0.007 |
| 18-Month Interim | 0.159 ± 0.006 | 0.163 ± 0.005 | 0.217 ± 0.008** |
| 24-Month Interim | 0.220 ± 0.020 | 0.197 ± 0.012 | 0.268 ± 0.042 |
| **Female** | | | |
| 6-Month Interim | 0.248 ± 0.008 | 0.255 ± 0.009 | 0.258 ± 0.008 |
| 11-Month Interim | 0.209 ± 0.008 | 0.212 ± 0.006 | 0.238 ± 0.010* |
| 18-Month Interim | 0.177 ± 0.007 | 0.223 ± 0.010** | 0.277 ± 0.010** |
| 24-Month Interim | 0.207 ± 0.009 | 0.240 ± 0.016 | 0.287 ± 0.021* |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/mL; ratio is (dosed group mean/control group mean)×100

TABLE F23
Total Pulmonary Resistance of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 18-Month Interim | 0.075 ± 0.014 | 0.096 ± 0.009 | 0.120 ± 0.009* |
| 24-Month Interim | 0.110 ± 0.025 | 0.087 ± 0.028 | 0.067 ± 0.020 |
| **Female** | | | |
| 18-Month Interim | 0.130 ± 0.012 | 0.131 ± 0.016 | 0.180 ± 0.010* |
| 24-Month Interim | 0.138 ± 0.020 | 0.131 ± 0.014 | 0.150 ± 0.035 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
[a] Units are presented as cm H$_2$O/mL/second; ratio is (dosed group mean/control group mean)×100


TABLE F24
Maximum Quasistatic Compliance of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 1.97 ± 0.15 | 1.84 ± 0.12 | 2.01 ± 0.13 |
| 11-Month Interim | 2.32 ± 0.10 | 1.92 ± 0.12* | 1.91 ± 0.09* |
| 18-Month Interim | 2.35 ± 0.07 | 2.09 ± 0.16 | 1.57 ± 0.07** |
| 24-Month Interim | 2.00 ± 0.30 | 2.01 ± 0.11 | 1.48 ± 0.20 |
| **Female** | | | |
| 6-Month Interim | 1.37 ± 0.11 | 1.47 ± 0.11 | 1.37 ± 0.08 |
| 11-Month Interim | 1.273 ± 0.062 | 1.276 ± 0.033 | 0.968 ± 0.057** |
| 18-Month Interim | 1.704 ± 0.108 | 1.123 ± 0.050** | 0.908 ± 0.068** |
| 24-Month Interim | 1.538 ± 0.055 | 1.263 ± 0.062** | 0.883 ± 0.093** |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/cm H$_2$O; ratio is (dosed group mean/control group mean)×100

Protected Document--Subject to Protective Order                              JNJ 000009167
223 of 283                                           Pltf_JNJ_00000929

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats          F-19

TABLE F25
Quasistatic Chord Compliance of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim  | 1.18 ± 0.05   | 1.16 ± 0.04    | 1.17 ± 0.03 |
| 11-Month Interim | 1.34 ± 0.02   | 1.20 ± 0.04*   | 1.15 ± 0.04** |
| 18-Month Interim | 1.343 ± 0.037 | 1.205 ± 0.040* | 0.982 ± 0.037** |
| 24-Month Interim | 1.167 ± 0.104 | 1.220 ± 0.035  | 0.890 ± 0.124 |
| **Female** | | | |
| 6-Month Interim  | 0.824 ± 0.030 | 0.895 ± 0.091   | 0.802 ± 0.024 |
| 11-Month Interim | 0.841 ± 0.020 | 0.809 ± 0.016   | 0.684 ± 0.025** |
| 18-Month Interim | 0.879 ± 0.019 | 0.749 ± 0.027** | 0.607 ± 0.030** |
| 24-Month Interim | 0.883 ± 0.035 | 0.764 ± 0.024*  | 0.573 ± 0.084** |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/cm H$_2$O; ratio is (dosed group mean/control group mean)×100

TABLE F26
Dynamic Compliance of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim  | 0.546 ± 0.053 | 0.575 ± 0.043  | 0.536 ± 0.058 |
| 11-Month Interim | 0.748 ± 0.041 | 0.647 ± 0.048  | 0.687 ± 0.046 |
| 18-Month Interim | 0.990 ± 0.080 | 0.741 ± 0.043* | 0.685 ± 0.050** |
| 24-Month Interim | 0.930 ± 0.173 | 0.987 ± 0.130  | 1.173 ± 0.186 |
| **Female** | | | |
| 6-Month Interim  | 0.399 ± 0.029 | 0.445 ± 0.032  | 0.380 ± 0.034 |
| 11-Month Interim | 0.492 ± 0.024 | 0.426 ± 0.027* | 0.393 ± 0.020** |
| 18-Month Interim | 0.618 ± 0.053 | 0.527 ± 0.027  | 0.372 ± 0.025** |
| 24-Month Interim | 0.650 ± 0.065 | 0.618 ± 0.045  | 0.377 ± 0.077* |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/cm H$_2$O; ratio is (dosed group mean/control group mean)×100

Board Draft                                             NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                    JNJ 000009168

F-20                                                                                     Talc, NTP TR 421

TABLE F27
Peak Expiratory Flow of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 139.9 ± 1.9 | 138.7 ± 2.8 | 132.5 ± 4.0 |
| 11-Month Interim | 136.6 ± 1.4 | 133.5 ± 4.5 | 132.9 ± 2.0 |
| 18-Month Interim | 132.2 ± 1.2 | 132.3 ± 0.7 | 129.5 ± 0.6** |
| 24-Month Interim | 126.1 ± 2.7 | 124.5 ± 1.9 | 124.0 ± 1.0 |
| **Female** | | | |
| 6-Month Interim | 120.1 ± 8.7 | 122.3 ± 6.6 | 113.5 ± 5.7 |
| 11-Month Interim | 125.3 ± 4.3 | 123.9 ± 4.9 | 123.2 ± 2.1 |
| 18-Month Interim | 120.6 ± 3.0 | 113.2 ± 2.3 | 114.3 ± 2.5 |
| 24-Month Interim | 117.1 ± 2.5 | 116.7 ± 3.4 | 110.1 ± 4.7 |

** Significantly different (P≤0.01) from the control by Dunn's or Shirley's test
[a] Units are presented as mL/second; ratio is (dosed group mean/control group mean)×100

TABLE F28
Peak Expiratory Flow/Forced Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 7.85 ± 0.18 | 8.12 ± 0.22 | 7.63 ± 0.16 |
| 11-Month Interim | 7.21 ± 0.18 | 7.44 ± 0.33 | 7.74 ± 0.20 |
| 18-Month Interim | 6.82 ± 0.15 | 7.40 ± 0.14* | 8.57 ± 0.29** |
| 24-Month Interim | 7.31 ± 0.14 | 7.13 ± 0.21 | 8.40 ± 0.52 |
| **Female** | | | |
| 6-Month Interim | 9.56 ± 0.62 | 9.82 ± 0.35 | 10.08 ± 0.47 |
| 11-Month Interim | 9.73 ± 0.22 | 9.95 ± 0.31 | 11.01 ± 0.23** |
| 18-Month Interim | 9.02 ± 0.20 | 9.57 ± 0.37 | 11.21 ± 0.32** |
| 24-Month Interim | 8.96 ± 0.22 | 9.47 ± 0.19 | 11.16 ± 1.13** |

* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
** P≤0.01
[a] Units are presented as mL/second/mL; ratio is (dosed group mean/control group mean)×100

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                      Board Draft

Case 3:16-md-02738-MAS-RLS   Document 82-14   Filed 01/05/17   Page 11 of 18 PageID: 1181

TABLE F29
Expiratory Flow 10% Forced Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 28.22 ± 2.04 | 24.20 ± 1.77 | 19.60 ± 2.67* |
| 11-Month Interim | 26.33 ± 1.82 | 20.80 ± 1.14* | 21.60 ± 1.50 |
| 18-Month Interim | 19.00 ± 1.87 | 18.00 ± 1.61 | 20.70 ± 1.17 |
| 24-Month Interim | 11.33 ± 1.20 | 18.67 ± 1.50 | 18.33 ± 1.76 |
| **Female** | | | |
| 6-Month Interim | 17.40 ± 2.88 | 18.10 ± 3.10 | 16.60 ± 2.68 |
| 11-Month Interim | 19.20 ± 2.36 | 19.50 ± 1.97 | 23.30 ± 2.29 |
| 18-Month Interim | 19.67 ± 1.62 | 19.00 ± 1.45 | 21.78 ± 0.66 |
| 24-Month Interim | 12.67 ± 1.65 | 18.44 ± 1.51* | 17.00 ± 2.52 |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
[a] Units are presented as mL/second; ratio is (dosed group mean/control group mean)×100

TABLE F30
Expiratory Flow 10% Forced Vital Capacity/Forced Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 1.58 ± 0.11 | 1.41 ± 0.09 | 1.13 ± 0.16* |
| 11-Month Interim | 1.39 ± 0.10 | 1.16 ± 0.08 | 1.27 ± 0.11 |
| 18-Month Interim | 0.986 ± 0.106 | 1.002 ± 0.085 | 1.372 ± 0.085* |
| 24-Month Interim | 0.661 ± 0.085 | 1.057 ± 0.065* | 1.256 ± 0.188* |
| **Female** | | | |
| 6-Month Interim | 1.37 ± 0.21 | 1.43 ± 0.23 | 1.45 ± 0.22 |
| 11-Month Interim | 1.47 ± 0.17 | 1.55 ± 0.14 | 2.07 ± 0.19** |
| 18-Month Interim | 1.47 ± 0.13 | 1.62 ± 0.15 | 2.14 ± 0.09** |
| 24-Month Interim | 0.959 ± 0.109 | 1.488 ± 0.102* | 1.693 ± 0.170* |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mL/second/mL; ratio is (dosed group mean/control group mean)×100

Board Draft                    NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order    JNJ 000009170

**TABLE F31**
**Expiratory Flow 25% Forced Vital Capacity of Rats[a]**

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 63.56 ± 3.30 | 55.00 ± 5.57 | 44.30 ± 6.59* |
| 11-Month Interim | 62.00 ± 2.89 | 60.40 ± 3.46 | 59.30 ± 3.36 |
| 18-Month Interim | 50.50 ± 2.57 | 54.20 ± 2.45 | 62.20 ± 2.80** |
| 24-Month Interim | 47.00 ± 2.89 | 51.33 ± 3.97 | 60.00 ± 3.79 |
| **Female** | | | |
| 6-Month Interim | 44.30 ± 7.73 | 41.20 ± 7.14 | 35.60 ± 5.59 |
| 11-Month Interim | 50.40 ± 5.68 | 43.00 ± 5.69 | 54.60 ± 4.01 |
| 18-Month Interim | 52.33 ± 4.57 | 42.56 ± 4.76 | 49.00 ± 3.67 |
| 24-Month Interim | 40.67 ± 3.80 | 49.33 ± 6.17 | 46.00 ± 12.49 |

* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
** $P \leq 0.01$
[a] Units are presented as mL/second; ratio is (dosed group mean/control group mean)×100


**TABLE F32**
**Expiratory Flow 25% Forced Vital Capacity/Forced Vital Capacity of Rats[a]**

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 3.56 ± 0.19 | 3.21 ± 0.31 | 2.54 ± 0.37 |
| 11-Month Interim | 3.26 ± 0.14 | 3.35 ± 0.20 | 3.47 ± 0.24 |
| 18-Month Interim | 2.61 ± 0.15 | 3.03 ± 0.14* | 4.14 ± 0.27** |
| 24-Month Interim | 2.72 ± 0.07 | 2.92 ± 0.20 | 4.06 ± 0.35* |
| **Female** | | | |
| 6-Month Interim | 3.50 ± 0.59 | 3.25 ± 0.53 | 3.10 ± 0.43 |
| 11-Month Interim | 3.88 ± 0.42 | 3.43 ± 0.44 | 4.88 ± 0.37 |
| 18-Month Interim | 3.91 ± 0.34 | 3.60 ± 0.44 | 4.75 ± 0.27 |
| 24-Month Interim | 3.10 ± 0.24 | 3.95 ± 0.44 | 4.66 ± 1.28 |

* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
** $P \leq 0.01$
[a] Units are presented as mL/second/mL; ratio is (dosed group mean/control group mean)×100

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats F-23

TABLE F33
Expiratory Flow 50% Forced Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 111.33 ± 7.11 | 94.00 ± 7.61 | 78.70 ± 10.05* |
| 11-Month Interim | 111.7 ± 4.4 | 100.1 ± 7.1 | 102.1 ± 6.2 |
| 18-Month Interim | 98.75 ± 6.00 | 97.10 ± 3.59 | 107.70 ± 5.25 |
| 24-Month Interim | 99.33 ± 10.17 | 92.33 ± 4.47 | 94.67 ± 9.02 |
| **Female** | | | |
| 6-Month Interim | 75.30 ± 11.98 | 73.90 ± 10.54 | 66.00 ± 8.52 |
| 11-Month Interim | 85.50 ± 8.87 | 78.00 ± 10.09 | 94.10 ± 5.57 |
| 18-Month Interim | 93.00 ± 8.40 | 76.11 ± 9.60 | 87.67 ± 6.91 |
| 24-Month Interim | 86.50 ± 7.12 | 85.89 ± 10.40 | 83.67 ± 23.90 |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
[a] Units are presented as mL/second; ratio is (dosed group mean/control group mean)×100


TABLE F34
Expiratory Flow 50% Forced Vital Capacity/Forced Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 6.23 ± 0.39 | 5.50 ± 0.47 | 4.49 ± 0.55* |
| 11-Month Interim | 5.86 ± 0.18 | 5.55 ± 0.40 | 5.95 ± 0.40 |
| 18-Month Interim | 5.08 ± 0.30 | 5.43 ± 0.21 | 7.18 ± 0.50** |
| 24-Month Interim | 5.73 ± 0.44 | 5.30 ± 0.36 | 6.38 ± 0.62 |
| **Female** | | | |
| 6-Month Interim | 5.95 ± 0.90 | 5.85 ± 0.77 | 5.79 ± 0.67 |
| 11-Month Interim | 6.58 ± 0.62 | 6.21 ± 0.77 | 8.39 ± 0.48* |
| 18-Month Interim | 6.92 ± 0.59 | 6.48 ± 0.90 | 8.49 ± 0.54 |
| 24-Month Interim | 6.63 ± 0.55 | 6.88 ± 0.77 | 8.50 ± 2.50 |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mL/second/mL; ratio is (dosed group mean/control group mean)×100

Board Draft                                      NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                 JNJ 000009172

F-24                                                                       Talc, NTP TR 421

TABLE F35
Mean Midexpiratory Flow of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 101.90 ± 5.20 | 89.30 ± 7.34 | 74.27 ± 9.38* |
| 11-Month Interim | 102.52 ± 3.54 | 94.92 ± 6.02 | 94.11 ± 4.51 |
| 18-Month Interim | 93.12 ± 3.99 | 91.41 ± 2.81 | 98.44 ± 3.67 |
| 24-Month Interim | 87.13 ± 6.27 | 87.78 ± 3.74 | 90.33 ± 7.07 |
| **Female** | | | |
| 6-Month Interim | 71.07 ± 12.01 | 70.72 ± 10.66 | 60.65 ± 7.99 |
| 11-Month Interim | 81.38 ± 7.94 | 73.24 ± 9.19 | 87.91 ± 5.04 |
| 18-Month Interim | 85.98 ± 6.80 | 69.51 ± 7.53 | 81.79 ± 5.58 |
| 24-Month Interim | 78.28 ± 5.27 | 79.94 ± 9.44 | 75.13 ± 19.66 |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
[a] Units are presented as mL/second; ratio is (dosed group mean/control group mean)×100


TABLE F36
Mean Midexpiratory Flow/Forced Vital Capacity of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 5.71 ± 0.30 | 5.23 ± 0.44 | 4.24 ± 0.51 |
| 11-Month Interim | 5.39 ± 0.16 | 5.27 ± 0.35 | 5.49 ± 0.32 |
| 18-Month Interim | 4.78 ± 0.13 | 5.11 ± 0.18 | 6.55 ± 0.39** |
| 24-Month Interim | 5.04 ± 0.24 | 5.03 ± 0.29 | 6.10 ± 0.56 |
| **Female** | | | |
| 6-Month Interim | 5.62 ± 0.91 | 5.59 ± 0.78 | 5.31 ± 0.62 |
| 11-Month Interim | 6.27 ± 0.56 | 5.83 ± 0.70 | 7.85 ± 0.45* |
| 18-Month Interim | 6.41 ± 0.48 | 5.90 ± 0.72 | 7.94 ± 0.41 |
| 24-Month Interim | 5.99 ± 0.39 | 6.40 ± 0.69 | 7.65 ± 2.13 |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mL/second/mL; ratio is (dosed group mean/control group mean)×100

NOT FOR DISTRIBUTION OR ATTRIBUTION                                        Board Draft

Protected Document--Subject to Protective Order                            JNJ 000009173

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats                                         F-25

TABLE F37
Carbon Monoxide Diffusing Capacity of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 0.364 ± 0.014 | 0.347 ± 0.008 | 0.336 ± 0.010 |
| 11-Month Interim | 0.400 ± 0.010 | 0.373 ± 0.010 | 0.331 ± 0.020** |
| 18-Month Interim | 0.338 ± 0.022 | 0.301 ± 0.015 | 0.235 ± 0.009** |
| 24-Month Interim | 0.303 ± 0.027 | 0.288 ± 0.011 | 0.177 ± 0.035* |
| **Female** | | | |
| 6-Month Interim | 0.238 ± 0.012 | 0.241 ± 0.008 | 0.213 ± 0.010 |
| 11-Month Interim | 0.233 ± 0.008 | 0.231 ± 0.005 | 0.190 ± 0.003** |
| 18-Month Interim | 0.233 ± 0.010 | 0.207 ± 0.009 | 0.137 ± 0.011** |
| 24-Month Interim | 0.198 ± 0.007 | 0.183 ± 0.006 | 0.113 ± 0.017** |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as mL/minute/mm Hg; ratio is (dosed group mean/control group mean)×100


TABLE F38
Carbon Monoxide Diffusing Capacity/Lung Volume of Rats[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 0.020 ± 0.001 | 0.020 ± 0.000 | 0.019 ± 0.000 |
| 11-Month Interim | 0.021 ± 0.000 | 0.021 ± 0.001 | 0.019 ± 0.001* |
| 18-Month Interim | 0.017 ± 0.001 | 0.025 ± 0.008 | 0.014 ± 0.001* |
| 24-Month Interim | 0.015 ± 0.002 | 0.015 ± 0.001 | 0.010 ± 0.002* |
| **Female** | | | |
| 6-Month Interim | 0.019 ± 0.001 | 0.019 ± 0.001 | 0.017 ± 0.001 |
| 11-Month Interim | 0.018 ± 0.001 | 0.019 ± 0.000 | 0.017 ± 0.000* |
| 18-Month Interim | 0.017 ± 0.001 | 0.016 ± 0.001 | 0.012 ± 0.001** |
| 24-Month Interim | 0.013 ± 0.001 | 0.013 ± 0.001 | 0.009 ± 0.001 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Ratio is (dosed group mean/control group mean)×100

Board Draft                                          NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                          JNJ 000009174

F-26                                                                                          Talc, NTP TR 421

TABLE F39
Carbon Monoxide Diffusing Capacity/Kilogram Body Weight of Rats[a]

|                  | 0 mg/m³           | 6 mg/m³           | 18 mg/m³            |
|------------------|-------------------|-------------------|---------------------|
| **Male**         |                   |                   |                     |
| 6-Month Interim  | 0.949 ± 0.039     | 0.917 ± 0.017     | 0.914 ± 0.026       |
| 11-Month Interim | 0.951 ± 0.021     | 0.892 ± 0.021     | 0.821 ± 0.043**     |
| 18-Month Interim | 0.759 ± 0.043     | 0.683 ± 0.029     | 0.554 ± 0.016**     |
| 24-Month Interim | 0.749 ± 0.056     | 0.691 ± 0.025     | 0.465 ± 0.062*      |
| **Female**       |                   |                   |                     |
| 6-Month Interim  | 1.13 ± 0.05       | 1.11 ± 0.04       | 1.01 ± 0.04         |
| 11-Month Interim | 0.968 ± 0.045     | 0.939 ± 0.033     | 0.792 ± 0.019**     |
| 18-Month Interim | 0.766 ± 0.034     | 0.705 ± 0.028     | 0.502 ± 0.028**     |
| 24-Month Interim | 0.656 ± 0.031     | 0.650 ± 0.027     | 0.435 ± 0.036*      |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mL/minute/mm Hg/kg; ratio is (dosed group mean/control group mean)×100


TABLE F40
Percent Forced Vital Capacity Expired in 0.1 Second of Rats[a]

|                  | 0 mg/m³        | 6 mg/m³         | 18 mg/m³         |
|------------------|----------------|-----------------|------------------|
| **Male**         |                |                 |                  |
| 6-Month Interim  | 61.11 ± 1.52   | 59.80 ± 2.15    | 53.90 ± 2.64     |
| 11-Month Interim | 58.22 ± 0.98   | 57.40 ± 2.74    | 60.30 ± 1.63     |
| 18-Month Interim | 55.00 ± 0.63   | 58.30 ± 0.90*   | 66.50 ± 2.13**   |
| 24-Month Interim | 58.67 ± 1.20   | 57.00 ± 1.71    | 64.00 ± 2.89     |
| **Female**       |                |                 |                  |
| 6-Month Interim  | 62.80 ± 5.17   | 64.20 ± 3.82    | 63.40 ± 3.86     |
| 11-Month Interim | 67.00 ± 2.82   | 65.20 ± 3.61    | 75.50 ± 1.78*    |
| 18-Month Interim | 66.44 ± 2.60   | 64.56 ± 3.57    | 75.78 ± 1.56*    |
| 24-Month Interim | 65.83 ± 2.09   | 66.78 ± 3.31    | 73.00 ± 9.17     |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as percent forced vital capacity; ratio is (dosed group mean/control group mean)×100

NOT FOR DISTRIBUTION OR ATTRIBUTION                                              Board Draft

Protected Document--Subject to Protective Order                                     JNJ 000009175

Lung Burden, Pulmonary Function, and Lung Biochemistry in Rats                                              F-27

TABLE F41
Slope III of $N_2$ Washout of Rats[a]

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| 6-Month Interim | 0.400 ± 0.023 | 0.431 ± 0.037 | 0.481 ± 0.049 |
| 11-Month Interim | 0.449 ± 0.019 | 0.446 ± 0.037 | 0.437 ± 0.040 |
| 18-Month Interim | 0.393 ± 0.037 | 0.361 ± 0.035 | 0.555 ± 0.041* |
| 24-Month Interim | 0.627 ± 0.077 | 0.438 ± 0.045 | 0.597 ± 0.083 |
| **Female** | | | |
| 6-Month Interim | 0.587 ± 0.059 | 0.528 ± 0.049 | 0.596 ± 0.042 |
| 11-Month Interim | 0.704 ± 0.027 | 0.735 ± 0.029 | 0.813 ± 0.076 |
| 18-Month Interim | 0.601 ± 0.053 | 0.699 ± 0.074 | 1.008 ± 0.087** |
| 24-Month Interim | 0.535 ± 0.040 | 0.580 ± 0.071 | 1.520 ± 0.409* |

\* Significantly different ($P \leq 0.05$) from the control by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as percent $N_2$/mL; ratio is (dosed group mean/control group mean)×100

F-28  Talc, NTP TR 421