# APPENDIX G
# LUNG BURDEN AND LUNG BIOCHEMISTRY IN MICE

| | | |
|---|---|---|
| METHODS | ................................................................ | G-2 |
| TABLE G1 | Number of Mice Evaluated for Lung Talc Burden and Lung Biochemistry | G-5 |
| TABLE G2 | Lung Talc Burden (Normalized to Control Lung Weight) of Mice | G-6 |
| TABLE G3 | Lung Talc Burden (Normalized to Exposure Concentration) of Mice | G-6 |
| TABLE G4 | Bronchoalveolar Lavage Fluid Enzymes of Mice at the 6-Month Interim Evaluation | G-7 |
| TABLE G5 | Bronchoalveolar Lavage Fluid Enzymes of Mice at the 12-Month Interim Evaluation | G-7 |
| TABLE G6 | Bronchoalveolar Lavage Fluid Enzymes of Mice at the 18-Month Interim Evaluation | G-8 |
| TABLE G7 | Bronchoalveolar Lavage Fluid Enzymes of Mice at the 24-Month Interim Evaluation | G-8 |
| TABLE G8 | Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 6-Month Interim Evaluation | G-9 |
| TABLE G9 | Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 12-Month Interim Evaluation | G-9 |
| TABLE G10 | Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 18-Month Interim Evaluation | G-10 |
| TABLE G11 | Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 24-Month Interim Evaluation | G-10 |
| TABLE G12 | Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Mice at the 12-Month Interim Evaluation | G-11 |
| TABLE G13 | Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Mice at the 18-Month Interim Evaluation | G-11 |
| TABLE G14 | Viability and Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Mice at the 24-Month Interim Evaluation | G-12 |
| TABLE G15 | Measurements of Lung Collagen in Mice at the 6-Month Interim Evaluation | G-13 |
| TABLE G16 | Measurements of Lung Collagen in Mice at the 12-Month Interim Evaluation | G-13 |
| TABLE G17 | Measurements of Lung Collagen in Mice at the 18-Month Interim Evaluation | G-13 |
| TABLE G18 | Lung Collagen Metabolism and Protein Synthesis in Mice at the 24-Month Interim Evaluation | G-14 |
| TABLE G19 | Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 6-Month Interim Evaluation | G-15 |
| TABLE G20 | Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 12-Month Interim Evaluation | G-16 |
| TABLE G21 | Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 18-Month Interim Evaluation | G-17 |
| TABLE G22 | Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 24-Month Interim Evaluation | G-18 |

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009178

## METHODS

### Lung Burden

Lung talc burden was measured to determine the relationship between the exposure concentration and the amount of talc deposited and retained within the pulmonary region of the respiratory tract. The method used for determination of talc in the lungs of rats and mice has been published (Hanson et al., 1985). Lung burdens of talc were determined on the left lung of 4 male and 4 female mice from each exposure group sacrificed at 27, 52, and 79 weeks after the start of exposure. At 103 to 104 weeks, lung burdens were determined on the left lungs of two mice from the biochemistry group. The analysis was based on determination of acid insoluble magnesium in the lung. MRI reported that the value for the magnesium was 19.33% for batch 02, and 19.47% for batch 03. The values reported by MRI and the results of the analysis at LITRI were close to the theoretical value of magnesium for talc (19.22%). Since mice sacrificed at 27, 52, and 79 weeks had been exposed to only batch 02 of talc, 19.33% magnesium was used to calculate quantity of talc for these mice. Since batch 03 was used for the last 4 months of exposure, and lung burdens of mice after 103 to 104 weeks of exposure talc would be expected to contain substantial amounts of batch 03 talc, 19.47% magnesium was used to calculate quantity of talc in lungs for these mice.

All operations in conjunction with the tissue analysis for talc were done with talc-free gloves. Left lung lobes were weighed at necropsy and stored frozen (-20° C) until used. Lungs were homogenized using water and the proteins precipitated with 70% perchloric acid. The individual samples were filtered and washed with 5% trichloroacetic acid (TCA) to remove perchlorates. Washing continued until magnesium levels in the wash were within 10% of levels in the TCA solution ($\leq 0.03$ ppm magnesium). Filters and tissue residues were placed in 15 mL porcelain crucibles, dried slowly (200° C), and then ashed at 600° C for 1 hour. Ashed samples were transferred to Teflon beakers using 2 mL HCl and evaporated to dryness. Samples were digested in hydrofluoric acid (HF), and the HF evaporated. Additional HF was added and reevaporated. Sulfuric acid was added to remove trace HF, and samples were diluted with distilled water and analyzed for magnesium by atomic absorbance (Perkin Elmer, Model 306, Atomic Absorption Spectrophotometer) with a magnesium hollow cathode lamp and an air acetylene flame (Hanson et al., 1985).

### Lung Biochemistry

In this study, bronchoalveolar lavage (BAL) fluid enzyme activity and cell numbers were measured as biochemical and cytological indicators of pulmonary injury from inhalation of talc. Four mice of each sex from each exposure group were sacrificed at 27, 52, and 79 weeks, and all remaining lung toxicology mice were sacrificed at 103 to 104 weeks. Numbers of animals at each sacrifice are shown below.

Mice were anesthetized with halothane and sacrificed by exsanguination from the abdominal aorta or renal artery. The heart and lung block were removed. Mice were given endobronchial saline lavage (3 to 4 mL total volume in four, 0.75 to 1.0 mL washes) and the BAL fluid centrifuged at 300 × G to separate the cells from the supernatant fluid.

At all sacrifices, biochemical analyses were done on lavage fluid from single mice. At the 103 to 104 week terminal sacrifice where lung burden measurements were also performed on the left lung lobes, mouse lavage fluids were paired (from 2 mice) to obtain sufficient cells for the analyses and paired mouse lung tissue samples (from 2 mice) were analyzed to obtain sufficient lung tissue for collagen analyses.

#### *Airway Fluid Enzymes and Cytology*

In this study, BAL fluid was analyzed to determine degree of:

1) Cell injury as indicated by quantities of BAL fluid lactate dehydrogenase (LDH).
2) Chronic inflammatory response as indicated by presence of increased numbers of polymorphonuclear leukocytes (PMN) and pulmonary alveolar macrophages (AM) as well as increased BAL fluid protein and alkaline phosphatase activity.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                            Board Draft

Protected Document--Subject to Protective Order                                JNJ 000009179

3) Lysosomal activation as indicated by quantities of BAL fluid ß-glucuronidase and acid proteinase. Elevated quantities of these enzymes have been observed in BAL fluid from rodents exposed to particulates. These enzymes may be associated with the breakdown of necrotic tissues.
4) Response to oxidant injury as indicated by increased quantities of glutathione reductase and peroxidase activity.

The supernatant fluid was analyzed for the activities of ß-glucuronidase, LDH, glucose-6-phosphate dehydrogenase, alkaline phosphatase, glutathione reductase, and glutathione peroxidase by spectrophotometric, kinetic, and enzymatic techniques. Acid proteinase was measured by release of radiolabeled globin from the trichloroacetic acid precipitatible protein substrate, and total protein was analyzed colorimetrically (Henderson et al., 1985). ß-Glucuronidase was not performed at 27-week interim evaluation, but was performed at all other sacrifice times.

Numbers of total nucleated cells recovered in lavage fluid were determined on each sample using a cell counter (Coulter Electronics, Hileah, FL) or a hemocytometer. Cytocentrifuge preparations of resuspended cells were made, stained with Wrights stain (Diff-Quik, Curtin Matheson Scientific, Denver, CO) and differential cell counts were determined. At the 27, 52, and 79 week interim sacrifices, analyses were done on individual mice.

Alveolar macrophages (AM) were recovered from BAL fluid of the same mice as described above. Cells ($0.5 \times 10^6$) in Roswell Park Memorial Institute (RPMI) culture medium were pelleted by centrifugation and the supernatant RPMI removed. Cells were resuspended in 1 mL of a 1% suspension of IgG antibody-sensitized sheep red blood cells (SRBC) in RPMI 1640. The antibody sensitized SRBC were made as previously described (Harmsen and Jeska, 1980). The subagglutinating titer of heat-inactivated rabbit anti-SRBC serum was used to sensitize the SRBC. The AM and SRBC suspensions were incubated at 37° C for 1 hour in a humidified atmosphere of 5% $CO_2$ in air. The AM and SRBC were sedimented by centrifugation and the supernatant discarded. Unphagocytized SRBC were removed by lysing the RBC with water for 30 seconds. The lysing of unphagocytized SRBC was stopped by the addition of an equal volume of saline and cytocentrifuge preparations were made. The slides were stained with a rapid Wright's stain (Diff-Quik, American Scientific Products, McGaw Park, IL) and the number of AM phagocytizing 0, 1, 2, 3 to 4, and > 4 SRBC was determined by light microscopy. Three fields of 100 cells per preparation were counted. Viability of macrophages was not determined at the 27, 52, and 79 week sacrifices because the small number of cells recovered from these mice lungs precluded the measurement of cell viability. Viability determination of macrophages was made on macrophages obtained at the final sacrifice because sufficient numbers of cells were generally available at this time.

*Lung Tissue Collagen and Proteinase*
At 27-, 52-, and 79-week sacrifices, collagen content of lungs and lavage fluid was measured. At the 103 to 104 week sacrifice, additional collagen metabolism and protein synthesis measurements were made on survivors from each group. Proteinase activities were measured at all sacrifice times.

The supernatant BAL fluid was analyzed for hydroxyproline and acid proteinase. Lung tissue and bronchoalveolar lavage (BAL) fluid samples were hydrolyzed with 6N HCl at 110° C for approximately 18 hours to convert proteins to their individual amino acids. Collagen quantity was measured and multiplied by 7.46 to convert BAL or lung tissue hydroxyproline content to BAL or lung tissue collagen content, taking into account that collagen is approximately 13% hydroxyproline by weight (Neuman and Logan, 1950).

Additional collagen metabolism measurements were made on the mice sacrificed after 103 to 104 weeks of talc exposure to further define collagen metabolism. Approximately 2 to 3 hours prior to sacrifice, $^{14}C$-proline (0.1 $\mu Ci/g$ body weight) was injected intraperitoneally to estimate collagen and protein synthesis. Radioactive proline and hydroxyproline were quantitated in lung hydrolysate. Following this,

the radioactive proline and hydroxyproline quantities were used to calculate the noncollagenous protein synthesis, and the collagen production.

Noncollagenous protein synthesis was indicated as total $^{14}$C-proline incorporation into lung tissue minus the incorporation into lung tissue which was related to collagen synthesis. The radioactive proline in collagen was assumed to be equal to the radioactive hydroxyproline, thus, incorporation into collagen was calculated as twice the radioactive hydroxyproline. Collagen production (% of newly synthesized protein that was collagen) was calculated as the percent incorporation of proline into collagen constituted of the total incorporation of proline into all proteins, and adjusted for the 5.4-fold difference in the content of total amino acids (proline and hydroxyproline) between collagen and noncollagenous protein (Pickrell et al., 1987).

At each sacrifice time, lung tissue proteinase activity was measured as the release of $^{14}$C-leucine from prelabeled globin at pH 4.2 and 7.5 (Gregory and Pickrell, 1982; Harkema et al., 1984; Pickrell et al., 1987). Acid proteinase activity was inhibited by leupeptin to indicate either cathepsin B (inhibited) or cathepsin D (not inhibited)-like activity. Neutral proteinase activity was inhibited by 1,10-phenanthroline to indicate either macrophage elastase (inhibited) or neutrophil elastase-cathepsin G (not inhibited)-like activity.

Protected Document--Subject to Protective Order                              JNJ 000009181

237 of 283                                                                   Pltf_JNJ_00000929

Lung Burden and Lung Biochemistry of Mice                                                                G-5

TABLE G1
Number of Mice Evaluated for Lung Talc Burden and Lung Biochemistry

|  | Male | | | Female | | |
|---|---|---|---|---|---|---|
|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
| **Lung Burden** | | | | | | |
| 6-Month Interim | –[a] | 2 | 4 | – | 4 | 4 |
| 12-Month Interim | – | 4 | 4 | – | 4 | 4 |
| 18-Month Interim | – | 2 | 1 | – | 4 | 3 |
| 24-Month Interim | – | 8 | 6 | – | 6 | 5 |
| **Lung Biochemistry** | | | | | | |
| 6-Month Interim | 4 | 4 | 4 | 4 | 4 | 4 |
| 12-Month Interim | 4 | 4 | 4 | 4 | 4 | 4 |
| 18-Month Interim | 4 | 4 | 4 | 4 | 4 | 4 |
| 24-Month Interim | 9 | 8 | 6 | 7 | 6 | 5 |

[a] Lung burden not measured in 0 mg/m³ mice

G-6                                                                                           Talc, NTP TR 421

TABLE G2
Lung Talc Burden (Normalized to Control Lung Weight) of Mice[a]

|  | 6 months | 12 months | 18 months | 24 months |
|---|---|---|---|---|
| **Male** | | | | |
| 0 mg/m$^3$ | –[b] | – | – | – |
| 6 mg/m$^3$ | 0.415 ± 0.114 | 1.084 ± 0.130 | 0.426 ± 0.040 | 2.973 ± 0.762 |
| 18 mg/m$^3$ | 1.41 ± 0.29 | 9.00 ± 1.45 | 8.36 | 19.73 ± 4.03 |
| **Female** | | | | |
| 0 mg/m$^3$ | – | – | – | – |
| 6 mg/m$^3$ | 0.524 ± 0.056 | 0.707 ± 0.170 | 1.387 ± 0.178 | 2.667 ± 0.720 |
| 18 mg/m$^3$ | 1.35 ± 0.24 | 6.17 ± 1.39 | 7.83 ± 1.36 | 20.05 ± 0.98 |

[a] Units are presented as mg talc/g control lung.
[b] Not examined

TABLE G3
Lung Talc Burden (Normalized to Exposure Concentration) of Mice[a]

|  | Male | | Female | |
|---|---|---|---|---|
|  | 6 mg/m$^3$ | 18 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
| 6-Month Interim | 0.069 ± 0.019 | 0.078 ± 0.016 | 0.087 ± 0.009 | 0.075 ± 0.013 |
| 12-Month Interim | 0.181 ± 0.022 | 0.500 ± 0.081* | 0.118 ± 0.028 | 0.343 ± 0.077* |
| 18-Month Interim | 0.071 ± 0.007 | 0.464[b] | 0.231 ± 0.030 | 0.435 ± 0.075 |
| 24-Month Interim | 0.496 ± 0.127 | 1.096 ± 0.224* | 0.445 ± 0.120 | 1.114 ± 0.055* |

\* Significantly different (P≤0.05) from the control group by Dunn's or Shirley's test
[a] Units are presented as mg talc/g control lung/mg/m$^3$
[b] n=1; no statistic calculated

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                           Board Draft

Protected Document--Subject to Protective Order                                      JNJ 000009183

Lung Burden and Lung Biochemistry of Mice                                                                G-7

TABLE G4
Bronchoalveolar Lavage Fluid Enzymes of Mice at the 6-Month Interim Evaluation

|  | $0 \text{ mg/m}^3$ | $6 \text{ mg/m}^3$ | $18 \text{ mg/m}^3$ |
|---|---|---|---|
| **Male** | | | |
| Lactate dehydrogenase[a] | 1,408 ± 658 | 1,317 ± 106 | 2,107 ± 336 |
| Glutathione reductase | 148.4 ± 33.8 | 123.3 ± 28.3 | 227.2 ± 65.6 |
| Total protein[b] | 3.57 ± 0.89 | 1.92 ± 0.70 | 6.24 ± 1.23 |
| **Female** | | | |
| Lactate dehydrogenase | 1,988 ± 157 | 2,351 ± 180 | 1,400 ± 197 |
| Glutathione reductase | 206.8 ± 14.7 | 166.0 ± 21.3 | 148.5 ± 29.4 |
| Total protein | 2.55 ± 0.53 | 4.43 ± 0.34 | 6.89 ± 4.29 |

[a] Units are presented as mIU/g control lung.
[b] Units are presented as mg/g controls lung.

TABLE G5
Bronchoalveolar Lavage Fluid Enzymes of Mice at the 12-Month Interim Evaluation

|  | $0 \text{ mg/m}^3$ | $6 \text{ mg/m}^3$ | $18 \text{ mg/m}^3$ |
|---|---|---|---|
| **Male** | | | |
| β-Glucuronidase[a] | 0.188 ± 0.114 | 0.486 ± 0.346 | 12.787 ± 3.604* |
| Lactate dehydrogenase | 1,107.6 ± 545 | 540.2 ± 59.0 | 1,487.1 ± 456 |
| Glutathione reductase | 89.50 ± 11.65 | 91.67 ± 6.60 | 302.40 ± 65.15* |
| Total protein[b] | 2.21 ± 0.74 | 1.56 ± 0.33 | 6.19 ± 2.63 |
| **Female** | | | |
| β-Glucuronidase | 0.073 ± 0.073 | 0.413 ± 0.251 | 9.786 ± 2.271** |
| Lactate dehyrogenase | 1,209.7 ± 305 | 447.5 ± 76.1 | 1,805.3 ± 285 |
| Glutathione reductase | 113.57 ± 19.78 | 97.93 ± 14.93 | 198.65 ± 23.44 |
| Total protein | 3.54 ± 1.27 | 3.61 ± 1.38 | 4.82 ± 2.88 |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mIU/g control lung.
[b] Units are presented as mg/g control lung.

Board Draft                                                                NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009184

240 of 283

Pltf_JNJ_00000929

G-8   Talc, NTP TR 421

TABLE G6
Bronchoalveolar Lavage Fluid Enzymes of Mice at the 18-Month Interim Evaluation

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| β-Glucuronidase[a] | 0.000 ± 0.000 | 1.344 ± 1.267 | 9.937 ± 4.196** |
| Lactate dehydrogenase | 434.0 ± 45.7 | 642.4 ± 119 | 1,039.9 ± 168** |
| Glutathione reductase | 63.93 ± 14.16 | 106.38 ± 12.15 | 217.18 ± 45.29* |
| Total protein[b] | 3.43 ± 0.62 | 6.23 ± 0.97* | 9.45 ± 1.95** |
| **Female** | | | |
| β-Glucuronidase | 4.243 ± 4.203 | 0.334 ± 0.334 | 19.064 ± 9.200 |
| Lactate dehydrogenase | 501.4 ± 46.9 | 404.2 ± 97.6 | 1,217.6 ± 255* |
| Glutathione reductase | 73.19 ± 14.94 | 71.27 ± 12.11 | 240.55 ± 44.06* |
| Total protein | 2.96 ± 0.40 | 3.41 ± 0.92 | 9.59 ± 1.23* |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mIU/g control lung.
[b] Units are presented as mg/g control lung.


TABLE G7
Bronchoalveolar Lavage Fluid Enzymes of Mice at the 24-Month Interim Evaluation

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| β-Glucuronidase[a] | 0.000 ± 0.000 | 1.811 ± 0.878** | 16.571 ± 3.932** |
| Lactate dehydrogenase | 1,769 ± 259 | 1,439 ± 295 | 2,965 ± 131* |
| Glutathione reductase | 73.66 ± 9.75 | 87.55 ± 25.16 | 229.53 ± 58.46* |
| Total protein[b] | 1.69 ± 0.20 | 2.34 ± 0.22 | 4.68 ± 0.70** |
| **Female** | | | |
| β-Glucuronidase | 0.000 ± 0.000 | 2.624 ± 1.176** | 13.778 ± 2.640** |
| Lactate dehydrogenase | 1,082 ± 155 | 1,596 ± 197* | 2,026 ± 279** |
| Glutathione reductase | 68.66 ± 7.42 | 73.37 ± 13.91 | 163.46 ± 33.43* |
| Total protein | 1.111 ± 0.310 | 0.872 ± 0.261 | 2.228 ± 0.501 |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mIU/g control lung.
[b] Units are presented as mg/g control lung.

TABLE G8
Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 6-Month Interim Evaluation[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Polymorphonucleated cells | 0.250 ± 0.250 | 3.250 ± 1.250 | 12.000 ± 3.764** |
| Lymphocytes | 0.750 ± 0.750 | 0.750 ± 0.479 | 0.000 ± 0.000 |
| Macrophages | 92.50 ± 3.23 | 95.75 ± 1.44 | 84.75 ± 2.95 |
| Epithelial cells | 6.500 ± 3.775 | 0.250 ± 0.250 | 3.250 ± 1.250 |
| **Female** | | | |
| Polymorphonuclear cells | 0.000 ± 0.000 | 1.250 ± 0.629* | 1.750 ± 0.854** |
| Lymphocytes | 0.000 ± 0.000 | 1.000 ± 1.000 | 0.000 ± 0.000 |
| Macrophages | 95.00 ± 2.16 | 94.75 ± 1.44 | 96.00 ± 1.22 |
| Epithelial cells | 5.00 ± 2.16 | 3.00 ± 1.73 | 2.25 ± 1.31 |

\* Significantly different (P≤0.05) from the control group by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as percent of total cells.

TABLE G9
Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 12-Month Interim Evaluation[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Polymorphonuclear cells | 26.75 ± 15.12 | 7.50 ± 5.85 | 15.00 ± 14.01 |
| Lymphocytes | 0.750 ± 0.250 | 2.250 ± 1.436 | 0.333 ± 0.333 |
| Macrophages | 70.50 ± 14.56 | 83.25 ± 6.91 | 73.33 ± 12.14 |
| Epithelial cells | 2.00 ± 1.41 | 7.00 ± 2.12 | 11.33 ± 7.36 |
| **Female** | | | |
| Polymorphonuclear cells | 1.33 ± 1.33 | 34.50 ± 10.27* | 2.25 ± 0.85 |
| Lymphocytes | 1.000 ± 0.577 | 3.500 ± 1.500 | 0.000 ± 0.000 |
| Macrophages | 92.67 ± 0.33 | 58.25 ± 11.65 | 91.00 ± 2.04 |
| Epithelial cells | 5.00 ± 1.53 | 3.75 ± 1.75 | 6.75 ± 2.84 |

\* Significantly different (P≤0.05) from the control group by Dunn's or Shirley's test
[a] Units are presented as percent of total cells.

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009186

Pltf_JNJ_00000929

TABLE G10
Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 18-Month Interim Evaluation[a]

|                        | 0 mg/m³         | 6 mg/m³         | 18 mg/m³           |
|------------------------|-----------------|-----------------|--------------------|
| **Male**               |                 |                 |                    |
| Polymorphonuclear cells| 0.250 ± 0.250   | 8.750 ± 4.404   | 19.000 ± 6.258*    |
| Lymphocytes            | 0.000 ± 0.000   | 0.500 ± 0.500   | 1.000 ± 0.577      |
| Macrophages            | 89.00 ± 1.22    | 82.75 ± 5.81    | 75.75 ± 4.73       |
| Epithelial cells       | 10.75 ± 1.44    | 8.00 ± 4.74     | 4.25 ± 2.39        |
| **Female**             |                 |                 |                    |
| Polymorphonuclear cells| 0.250 ± 0.250   | 1.000 ± 0.577   | 16.000 ± 3.606*    |
| Lymphocytes            | 0.000 ± 0.000   | 0.000 ± 0.000   | 1.333 ± 0.882*     |
| Macrophages            | 84.50 ± 5.52    | 92.67 ± 0.88    | 79.00 ± 3.06       |
| Epithelial cells       | 15.25 ± 5.54    | 6.33 ± 0.88     | 3.67 ± 2.33        |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
[a] Units are presented as percent of total cells.


TABLE G11
Bronchoalveolar Lavage Fluid Cell Populations of Mice at the 24-Month Interim Evaluation[a]

|                        | 0 mg/m³         | 6 mg/m³         | 18 mg/m³           |
|------------------------|-----------------|-----------------|--------------------|
| **Male**               |                 |                 |                    |
| Polymorphonuclear cells| 0.200 ± 0.200   | 13.000 ± 2.345* | 16.500 ± 1.803**   |
| Lymphocytes            | 0.000 ± 0.000   | 0.375 ± 0.239   | 0.500 ± 0.289      |
| Macrophages            | 89.10 ± 2.50    | 78.25 ± 1.61*   | 80.33 ± 0.60*      |
| Epithelial cells       | 10.70 ± 2.61    | 8.38 ± 1.01     | 2.67 ± 1.59        |
| **Female**             |                 |                 |                    |
| Polymorphonuclear cells| 0.000 ± 0.000   | 7.500 ± 1.607*  | 20.667 ± 5.918**   |
| Lymphocytes            | 0.000 ± 0.000   | 0.500 ± 0.500   | 0.500 ± 0.500      |
| Macrophages            | 86.38 ± 3.57    | 87.00 ± 2.08    | 73.67 ± 8.46       |
| Epithelial cells       | 13.63 ± 3.57    | 5.00 ± 1.00     | 5.17 ± 3.03        |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as percent of total cells.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                Board Draft

Protected Document--Subject to Protective Order                                    JNJ 000009187

TABLE G12
Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Mice
at the 12-Month Interim Evaluation[a]

|  | $0\ mg/m^3$ | $6\ mg/m^3$ | $18\ mg/m^3$ |
|---|---|---|---|
| **Male** | | | |
| Phagocytic Activity | 85.50 ± 1.44 | 56.10 ± 2.23* | 16.77 ± 2.98** |
| **Female** | | | |
| Phagocytic Activity | 77.07 ± 9.88 | 52.10 ± 9.22 | 17.37 ± 6.17** |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as percent cells phagocytizing sheep erythrocytes.


TABLE G13
Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Mice
at the 18-Month Interim Evaluation[a]

|  | $0\ mg/m^3$ | $6\ mg/m^3$ | $18\ mg/m^3$ |
|---|---|---|---|
| **Male** | | | |
| Phagocytic Activity | 37.43 ± 8.55 | 14.10 ± 4.54 | 11.98 ± 2.22* |
| **Female** | | | |
| Phagocytic Activity | 46.85 ± 11.08 | 20.03 ± 7.45 | 6.65 ± 0.35* |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
[a] Units are presented as percent cells phagocytizing sheep erythrocytes.

TABLE G14
Viability and Phagocytic Activity of Macrophages in Bronchoalveolar Fluid of Mice at the 24-Month Interim Evaluation

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Viability[a] | 79.20 ± 3.44 | 64.60 ± 4.15 | 83.23 ± 0.87 |
| Phagocytic Activity[b] | 37.14 ± 9.80 | 11.90 ± 4.64 | 3.56 ± 2.25** |
| **Female** | | | |
| Viability | 60.50 ± 8.80 | 47.17 ± 2.74 | 59.77 ± 3.21 |
| Phagocytic Activity | 21.57 ± 6.77 | 13.60 ± 4.71 | 4.35 ± 2.65* |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as percent viable cells.
[b] Units are presented as percent cells phagocytizing sheep erythrocytes.

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                          Board Draft

Lung Burden and Lung Biochemistry of Mice                                                                G-13

TABLE G15
Measurements of Lung Collagen in Mice at the 6-Month Interim Evaluation

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid Collagenous Peptides[a] | 67.13 ± 9.76 | 24.83 ± 8.18 | 79.64 ± 18.03 |
| Total Lung Collagen[b] | 7.42 ± 0.48 | 7.51 ± 1.38 | 12.27 ± 4.53 |
| **Female** | | | |
| Lavage Fluid Collagenous Peptides | 42.92 ± 8.49 | 70.83 ± 9.09 | 51.17 ± 5.14 |
| Total Lung Collagen | 4.69 ± 0.35 | 5.85 ± 0.89 | 11.00 ± 3.88 |

[a] Units are presented as µg/g control lung.
[b] Units are presented as mg/g control lung.

TABLE G16
Measurements of Lung Collagen in Mice at the 12-Month Interim Evaluation

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid Collagenous Peptides[a] | 74.23 ± 9.42 | 68.73 ± 4.11 | 117.62 ± 11.87* |
| Total Lung Collagen[b] | 11.94 ± 0.47 | 12.44 ± 0.82 | 13.30 ± 1.11 |
| **Female** | | | |
| Lavage Fluid Collagenous Peptides | 89.88 ± 12.99 | 73.66 ± 11.58 | 108.55 ± 7.56 |
| Total Lung Collagen | 11.64 ± 0.48 | 11.84 ± 0.45 | 13.78 ± 1.09 |

* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
[a] Units are presented as µg/g control lung.
[b] Units are presented as mg/g control lung.

TABLE G17
Measurements of Lung Collagen in Mice at the 18-Month Interim Evaluation

|  | 0 mg/m³ | 6 mg/m³ | 18 mg/m³ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid Collagenous Peptides[a] | 42.54 ± 2.15 | 51.18 ± 5.40 | 70.67 ± 8.41** |
| Total Lung Collagen[b] | 6.60 ± 0.49 | 7.13 ± 0.30 | 9.70 ± 0.70** |
| **Female** | | | |
| Lavage Fluid Collagenous Peptides | 54.09 ± 11.27 | 37.68 ± 6.01 | 64.88 ± 6.56 |
| Total Lung Collagen | 6.16 ± 0.25 | 6.96 ± 0.31 | 7.34 ± 0.43 |

** Significantly different (P≤0.01) from the control by Dunn's or Shirley's test
[a] Units are presented as µg/g control lung.
[b] Units are presented as mg/g control lung.

Protected Document--Subject to Protective Order                                           JNJ 000009190
246 of 283                                                                    Pltf_JNJ_00000929

**TABLE G18**
Lung Collagen Metabolism and Protein Synthesis in Mice at the 24-Month Interim Evaluation

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid Collagenous Peptides[a] | 54.39 ± 4.42 | 65.98 ± 5.01 | 91.92 ± 4.93** |
| Total Lung Collagen[b] | 8.53 ± 0.71 | 8.55 ± 0.59 | 13.71 ± 2.81* |
| Collagen Production[c] | 1.133 ± 0.274 | 0.779 ± 0.151 | 1.554 ± 0.291 |
| Non-Collagenous Protein Synthesis[d] | 18.73 ± 2.85 | 16.09 ± 1.15 | 25.64 ± 2.66 |
| **Female** | | | |
| Lavage Fluid Collagenous Peptides | 38.09 ± 4.38 | 39.26 ± 4.01 | 62.14 ± 9.04* |
| Total Lung Collagen | 6.04 ± 0.27 | 6.41 ± 0.36 | 7.91 ± 0.35* |
| Collagen Production[c] | 1.15 ± 0.33 | 1.65 ± 0.13 | 1.33 ± 0.12 |
| Non-Collagenous Protein Synthesis[d] | 17.05 ± 2.80 | 15.45 ± 2.26 | 27.46 ± 1.57 |

\* Significantly different (P≤0.05) from the control by Dunn's or Shirley's test
\*\* P≤0.01
[a] Units are presented as µg/g control lung.
[b] Units are presented as mg/g control lung.
[c] Units are presented as percent new protein.
[d] Units are presented as dpm x 10$^{-3}$/g control lung.

Lung Burden and Lung Biochemistry of Mice  G-15

TABLE G19
Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 6-Month Interim Evaluation[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 1.27 ± 0.24 | 1.65 ± 0.47 | 2.05 ± 0.23 |
|   Cathepsin D | 0.078 ± 0.038 | 0.656 ± 0.321* | 0.876 ± 0.107* |
|   Cathepsin B | 1.006 ± 0.239 | 0.992 ± 0.716 | 0.954 ± 0.010 |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 5.83 ± 1.07 | 8.10 ± 0.78 | 7.45 ± 0.64 |
|   Cathepsin D | 2.27 ± 0.46 | 3.30 ± 0.57 | —[b] |
|   Cathepsin B | 3.56 ± 0.80 | 4.80 ± 0.58 | — |
|   Neutral Proteinase | 0.634 ± 0.039 | 0.360 ± 0.043* | — |
|   PMN Elastase Cathepsin G | 0.446 ± 0.014 | 0.418 ± 0.357 | — |
|   Macrophage Elastase Collagenase | 0.207 ± 0.058 | 0.340 ± 0.154 | — |
| **Female** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 0.762 ± 0.089 | 1.595 ± 0.038** | 1.346 ± 0.097 |
|   Cathepsin D | 0.457 ± 0.166 | 0.998 ± 0.016 | 0.628 ± 0.113 |
|   Cathepsin B | 0.260 ± 0.068 | 0.571 ± 0.063 | 0.718 ± 0.094* |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 4.35 ± 0.31 | 6.95 ± 0.61* | 5.77 ± 0.61 |
|   Cathepsin D | 1.78 ± 0.12 | 3.89 ± 1.52* | 3.12 ± 0.06* |
|   Cathepsin B | 2.57 ± 0.22 | 3.06 ± 1.01 | 2.65 ± 0.56 |
|   Neutral Proteinase | 0.522 ± 0.047 | 0.535 ± 0.039 | 0.848[c] |
|   PMN Elastase Cathepsin G | 0.416 ± 0.033 | 0.347 ± 0.066 | — |
|   Macrophage Elastase Collagenase | 0.106 ± 0.043 | 0.188 ± 0.058 | — |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mg/hour/mg control lung.
[b] n=0; no data recorded
[c] n=1; no statistic calculated

Board Draft  NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009192
Pltf_JNJ_00000929

G-16                                                                                                   Talc, NTP TR 421

TABLE G20
Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice
at the 12-Month Interim Evaluation[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 1.65 ± 0.13 | 2.11 ± 0.82 | 3.25 ± 0.28 |
|     Cathepsin D | 0.403 ± 0.163 | 0.970 ± 0.244 | 1.796 ± 0.306** |
|     Cathepsin B | 1.25 ± 0.10 | 1.25 ± 0.78 | 1.46 ± 0.05 |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 7.21 ± 0.50 | 9.35 ± 0.07* | 16.50 ± 0.95** |
|     Cathepsin D | 5.32 ± 0.27 | 7.71 ± 0.16* | 14.32 ± 1.27** |
|     Cathepsin B | 1.89 ± 0.48 | 1.64 ± 0.10 | 2.18 ± 0.39 |
|   Neutral Proteinase | 0.386 ± 0.055 | 1.029 ± 0.416 | 1.088 ± 0.271* |
|     PMN Elastase Cathepsin G | 0.110 ± 0.110 | 0.005 ± 0.005 | 0.209 ± 0.148 |
|     Macrophage Elastase Collagenase | 0.426 ± 0.159 | 1.127 ± 0.422 | 0.879 ± 0.162 |
| **Female** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 1.94 ± 0.17 | 1.79 ± 0.35 | 3.60 ± 0.33* |
|     Cathepsin D | 0.526 ± 0.263 | 0.463[b] | 1.525 ± 0.266* |
|     Cathepsin B | 1.50 ± 0.41 | 2.14[b] | 2.08 ± 0.08 |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 7.88 ± 0.24 | 10.48 ± 0.50* | 16.92 ± 1.84** |
|     Cathepsin D | 6.40 ± 0.70 | 8.44 ± 0.51 | 14.76 ± 1.59** |
|     Cathepsin B | 1.55 ± 0.54 | 2.04 ± 0.22 | 2.16 ± 0.55 |
|   Neutral Proteinase | 0.423 ± 0.183 | 0.601 ± 0.108 | 0.824 ± 0.057 |
|     PMN Elastase Cathepsin G | 0.215 ± 0.125 | 0.213 ± 0.213 | 0.190 ± 0.124 |
|     Macrophage Elastase Collagenase | 0.280 ± 0.116 | 0.446 ± 0.127 | 0.653 ± 0.158 |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mg/hour/mg control lung.
[b] n=1; no statistic calculated

NOT FOR DISTRIBUTION OR ATTRIBUTION                                                    Board Draft

Protected Document--Subject to Protective Order                                          JNJ 000009193

TABLE G21
Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 18-Month Interim Evaluation[a]

|  | 0 mg/m$^3$ | 6 mg/m$^3$ | 18 mg/m$^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 0.264 ± 0.044 | 0.428 ± 0.120 | 0.384 ± 0.066 |
|   Cathepsin D | 0.212 ± 0.046 | 0.073 ± 0.013* | 0.051 ± 0.035* |
|   Cathepsin B | 0.069 ± 0.037 | 0.355 ± 0.127* | 0.342 ± 0.057* |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 3.29 ± 0.58 | 4.76 ± 0.49 | 8.38 ± 0.85** |
|   Cathepsin D | 2.71 ± 0.24 | 4.98 ± 0.63* | 8.45 ± 0.63** |
|   Cathepsin B | 0.607 ± 0.327 | 0.053 ± 0.053 | 0.403 ± 0.270 |
|   Neutral Proteinase | 0.425 ± 0.079 | 0.548 ± 0.022 | 0.528 ± 0.034 |
|     PMN Elastase Cathepsin G | 0.158 ± 0.066 | 0.242 ± 0.061 | 0.254 ± 0.017 |
|     Macrophage Elastase Collagenase | 0.286 ± 0.093 | 0.306 ± 0.041 | 0.275 ± 0.031 |
| **Female** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 0.267 ± 0.103 | 0.561 ± 0.126 | 0.382 ± 0.040 |
|   Cathepsin D | 0.219 ± 0.085 | 0.012 ± 0.012 | 0.062 ± 0.036 |
|   Cathepsin B | 0.088 ± 0.034 | 0.587 ± 0.095* | 0.358 ± 0.098* |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 3.97 ± 0.41 | 5.57 ± 0.26* | 9.03 ± 0.88** |
|   Cathepsin D | 3.28 ± 0.23 | 5.37 ± 0.16* | 9.17 ± 0.75** |
|   Cathepsin B | 0.694 ± 0.284 | 0.232 ± 0.096 | 0.265 ± 0.265 |
|   Neutral Proteinase | 0.381 ± 0.041 | 0.540 ± 0.036* | 0.583 ± 0.035* |
|     PMN Elastase Cathepsin G | 0.265 ± 0.038 | 0.391 ± 0.038 | 0.268 ± 0.041 |
|     Macrophage Elastase Collagenase | 0.116 ± 0.033 | 0.149 ± 0.054 | 0.315 ± 0.045* |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mg/hour/mg control lung.

TABLE G22
Proteinase Activity in Lavage Fluid and Lung Homogenate Supernatant Fluid of Mice at the 24-Month Interim Evaluation[a]

|  | $0 \text{ mg/m}^3$ | $6 \text{ mg/m}^3$ | $18 \text{ mg/m}^3$ |
|---|---|---|---|
| **Male** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 1.62 ± 0.14 | 1.92 ± 0.18 | 3.56 ± 0.67* |
|   Cathepsin D | 0.000 ± 0.000 | 0.260 ± 0.156 | 1.613 ± 0.632** |
|   Cathepsin B | 1.94 ± 0.19 | 1.72 ± 0.28 | 1.78 ± 0.29 |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 9.23 ± 1.16 | 13.85 ± 1.56 | 24.34 ± 2.66* |
|   Cathepsin D | 6.63 ± 0.96 | 10.82 ± 0.98* | 18.75 ± 1.73** |
|   Cathepsin B | 2.60 ± 0.39 | 3.03 ± 0.78 | 5.58 ± 1.11* |
|   Neutral Proteinase | 0.417 ± 0.072 | 0.568 ± 0.104 | 0.862 ± 0.164* |
|   PMN Elastase Cathepsin G | 0.251 ± 0.034 | 0.382 ± 0.093 | 0.341 ± 0.106 |
|   Macrophage Elastase Collagenase | 0.166 ± 0.063 | 0.186 ± 0.040 | 0.521 ± 0.250 |
| **Female** | | | |
| Lavage Fluid | | | |
|   Acid Proteinase | 0.854 ± 0.077 | 1.012 ± 0.149 | 0.998 ± 0.212 |
|   Cathepsin D | 0.194 ± 0.089 | 0.114 ± 0.114 | 0.402 ± 0.146 |
|   Cathepsin B | 0.708 ± 0.118 | 1.000 ± 0.365 | 0.596 ± 0.305 |
| Homogenate Supernatant Fluid | | | |
|   Acid Proteinase | 7.83 ± 1.11 | 9.76 ± 0.56 | 22.54 ± 1.29* |
|   Cathepsin D | 5.10 ± 0.67 | 8.04 ± 0.95 | 17.93 ± 0.55** |
|   Cathepsin B | 2.73 ± 0.47 | 1.71 ± 0.57 | 4.61 ± 1.00 |
|   Neutral Proteinase | 0.454 ± 0.096 | 0.646 ± 0.143 | 0.922 ± 0.077* |
|   PMN Elastase Cathepsin G | 0.172 ± 0.063 | 0.341 ± 0.082 | 0.360 ± 0.093 |
|   Macrophage Elastase Collagenase | 0.421 ± 0.293 | 0.314 ± 0.162 | 0.563 ± 0.102 |

\* Significantly different ($P \leq 0.05$) from the control group by Dunn's or Shirley's test
\*\* $P \leq 0.01$
[a] Units are presented as mg/hour/mg control lung.

Protected Document--Subject to Protective Order

JNJ 000009195

Pltf_JNJ_00000929