Feed Analyses                                                                                        I-3

TABLE I3
Nutrient Composition of NIH-07 Rat and Mouse Ration

| Nutrient | Mean ± Standard Deviation | Range | Number of Samples |
|---|---|---|---|
| Protein (% by weight) | 22.22 ± 0.72 | 21.1–23.5 | 13 |
| Crude fat (% by weight) | 5.59 ± 0.55 | 4.7–6.4 | 13 |
| Crude fiber (% by weight) | 3.36 ± 0.30 | 2.7–3.8 | 13 |
| Ash (% by weight) | 6.55 ± 0.23 | 6.1–7.0 | 13 |
| **Amino Acids (% of total diet)** | | | |
| Arginine | 1.308 ± 0.606 | 1.210–1.390 | 8 |
| Cystine | 0.306 ± 0.084 | 0.181–0.400 | 8 |
| Glycine | 1.150 ± 0.047 | 1.060–1.210 | 8 |
| Histidine | 0.576 ± 0.024 | 0.531–0.607 | 8 |
| Isoleucine | 0.917 ± 0.029 | 0.881–0.944 | 8 |
| Leucine | 1.946 ± 0.055 | 1.850–2.040 | 8 |
| Lysine | 1.270 ± 0.058 | 1.200–1.370 | 8 |
| Methionine | 0.448 ± 0.128 | 0.306–0.699 | 8 |
| Phenylalanine | 0.987 ± 0.140 | 0.665–1.110 | 8 |
| Threonine | 0.877 ± 0.042 | 0.824–0.940 | 8 |
| Tryptophane | 0.236 ± 0.176 | 0.107–0.671 | 8 |
| Tyrosine | 0.676 ± 0.105 | 0.564–0.794 | 8 |
| Valine | 1.103 ± 0.040 | 1.050–1.170 | 8 |
| **Essential Fatty Acids (% of total diet)** | | | |
| Linoleic | 2.393 ± 0.258 | 1.830–2.570 | 7 |
| Linolenic | 0.280 ± 0.040 | 0.210–0.320 | 7 |
| **Vitamins** | | | |
| Vitamin A (IU/kg) | 9,846 ± 2,839 | 5,600–15,000 | 13 |
| Vitamin D (IU/kg) | 4,450 ± 1,382 | 3,000–6,300 | 4 |
| α-Tocopherol (ppm) | 37.95 ± 9.41 | 22.5–48.9 | 8 |
| Thiamine (ppm) | 20.77 ± 2.01 | 17.0–23.0 | 13 |
| Riboflavin (ppm) | 7.92 ± 0.87 | 6.10–9.00 | 8 |
| Niacin (ppm) | 103.4 ± 26.59 | 65.0–150.0 | 8 |
| Pantothenic acid (ppm) | 29.54 ± 3.60 | 23.0–34.0 | 8 |
| Pyridoxine (ppm) | 9.55 ± 3.48 | 5.60–14.0 | 8 |
| Folic acid (ppm) | 2.25 ± 0.73 | 1.80–3.70 | 8 |
| Biotin (ppm) | 0.254 ± 0.042 | 0.19–0.32 | 8 |
| Vitamin $B_{12}$ (ppb) | 38.45 ± 22.01 | 10.6–65.0 | 8 |
| Choline (ppm) | 3,089 ± 328.69 | 2,400–3,430 | 8 |
| **Minerals** | | | |
| Calcium (%) | 1.17 ± 0.09 | 1.06–1.41 | 13 |
| Phosphorus (%) | 0.92 ± 0.03 | 0.87–0.99 | 13 |
| Potassium (%) | 0.883 ± 0.078 | 0.772–0.971 | 6 |
| Chloride (%) | 0.526 ± 0.092 | 0.380–0.635 | 8 |
| Sodium (%) | 0.313 ± 0.390 | 0.258–0.371 | 8 |
| Magnesium (%) | 0.168 ± 0.010 | 0.151–0.181 | 8 |
| Sulfur (%) | 0.280 ± 0.064 | 0.208–0.420 | 8 |
| Iron (ppm) | 360.5 ± 100 | 255.0–523.0 | 8 |
| Manganese (ppm) | 92.0 ± 6.01 | 81.70–99.40 | 8 |
| Zinc (ppm) | 54.72 ± 5.67 | 46.10–64.50 | 8 |
| Copper (ppm) | 11.06 ± 2.50 | 8.090–15.39 | 8 |
| Iodine (ppm) | 3.37 ± 0.92 | 1.52–4.13 | 6 |
| Chromium (ppm) | 1.79 ± 0.36 | 1.04–2.09 | 8 |
| Cobalt (ppm) | 0.681 ± 0.14 | 0.490–0.780 | 4 |

Board Draft                                                          **NOT FOR DISTRIBUTION OR ATTRIBUTION**

Protected Document--Subject to Protective Order

JNJ 000009214

Pltf_JNJ_00000929

Talc, NTP TR 421

TABLE I4
Contaminant Levels in NIH-07 Rat and Mouse Ration

| | Mean ± Standard Deviation[a] | Range | Number of Samples |
|---|---|---|---|
| **Contaminants** | | | |
| Arsenic (ppm) | 0.72 ± 0.19 | 0.33–0.94 | 13 |
| Cadmium (ppm) | <0.1 | | 13 |
| Lead (ppm) | 0.57 ± 0.31 | 0.14–1.32 | 13 |
| Mercury (ppm) | <0.05 | | 13 |
| Selenium (ppm) | 0.35 ± 0.08 | 0.21–0.44 | 13 |
| Aflatoxins (ppb) | <5.0 | | 13 |
| Nitrate nitrogen (ppm)[b] | 12.56 ± 4.47 | 2.80–18.0 | 13 |
| Nitrite nitrogen (ppm)[b] | 0.14 ± 0.11 | <0.10–0.50 | 13 |
| BHA (ppm)[c] | 2.54 ± 1.05 | <2.00–5.00 | 13 |
| BHT (ppm)[c] | 2.39 ± 1.33 | <1.00–4.00 | 13 |
| Aerobic plate count (CFU/g)[d] | 39,523 ± 39,878 | 3,400–130,000 | 13 |
| Coliform (MPN/g)[e] | 3.72 ± 1.79 | <3.00–9.00 | 11 |
| Coliform (MPN/g)[f] | 9.46 ± 14.11 | <3.00–43.0 | 13 |
| *E. coli.* (MPN/g)[g] | 3.08 ± 0.28 | <3.0–4.00 | 13 |
| Total nitrosamines (ppb)[h] | 6.99 ± 4.13 | 1.80–16.00 | 13 |
| *N*-Nitrosodimethylamine (ppb)[h] | 5.67 ± 3.79 | 0.80–15.00 | 13 |
| *N*-Nitrosopyrrolidine (ppb)[h] | 1.32 ± 0.73 | 1.00–3.40 | 13 |
| **Pesticides (ppm)** | | | |
| α-BHC[d] | <0.01 | | 13 |
| β-BHC | <0.02 | | 13 |
| γ-BHC | <0.01 | | 13 |
| δ-BHC | <0.01 | | 13 |
| Heptachlor | <0.01 | | 13 |
| Aldrin | <0.01 | | 13 |
| Heptachlor epoxide | <0.01 | | 13 |
| DDE | <0.01 | | 13 |
| DDD | <0.01 | | 13 |
| DDT | <0.01 | | 13 |
| HCB | <0.01 | | 13 |
| Mirex | <0.01 | | 13 |
| Methoxychlor | <0.05 | | 13 |
| Dieldrin | <0.01 | | 13 |
| Endrin | <0.01 | | 13 |
| Telodrin | <0.01 | | 13 |
| Chlordane | <0.05 | | 13 |
| Toxaphene | <0.1 | | 13 |
| Estimated PCBs | <0.2 | | 13 |
| Ronnel | <0.01 | | 13 |
| Ethion | <0.02 | | 13 |
| Trithion | <0.05 | | 13 |
| Diazinon | <0.1 | | 13 |
| Methyl parathion | <0.02 | | 13 |
| Ethyl parathion | <0.02 | | 13 |
| Malathion[i] | 0.09 ± 0.07 | 0.05–0.28 | 13 |
| Endosulfan I | <0.01 | | 13 |
| Endosulfan II | <0.01 | | 13 |
| Endosulfan sulfate | <0.03 | | 13 |

**NOT FOR DISTRIBUTION OR ATTRIBUTION** Board Draft

Protected Document--Subject to Protective Order

JNJ 000009215

Pltf_JNJ_00000929

**Feed Analyses**                                                                                           I-5

**TABLE I4**
**Contaminant Levels in NIH-07 Rat and Mouse Ration** (continued)

---

[a]  For values less than the limit of detection, the detection limit is given for the mean.
[b]  Sources of contamination: alfalfa, grains, and fish meal
[c]  Sources of contamination: soy oil and fish meal
[d]  CFU = colony forming unit
[e]  MPN = most probable number
[f]  Includes two high values of 39 and 43 MPN/g obtained from lots milled 15 March 1984 and 9 May 1984, respectively.
[g]  One lot milled 17 October 1984 contained 4.00 MPN/g; all other lots contained 3.00 MPN/g
[h]  All values were corrected for percent recovery.
[i]  BHC = hexachlorocyclohexane or benzene hexachloride.
[j]  Seven lots contained more than 0.05 ppm.

Protected Document--Subject to Protective Order

JNJ 000009216

Pltf_JNJ_00000929

1-6

Talc, NTP TR 421

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009217

Pltf_JNJ_00000929

J-1

# APPENDIX J
# SENTINEL ANIMAL PROGRAM

METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . J-2
TABLE J1     Murine Virus Antibody Determinations for Rats and Mice
             in the Lifetime and 2-Year Inhalation Studies of Talc . . . . . . . . . . . . . . . . . . . . . . . J-4

Board Draft
NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009218

Pltf_JNJ_00000929

# SENTINEL ANIMAL PROGRAM

## METHODS

Rodents used in the Carcinogenesis Program of the National Toxicology Program are produced in optimally clean facilities to eliminate potential pathogens that may affect study results. The Sentinel Animal Program is part of the periodic monitoring of animal health that occurs during the toxicologic evaluation of chemical compounds. Under this program, the disease state of the rodents is monitored via serology on sera from extra (sentinel) animals in the study rooms. These animals and the study animals are subject to identical environmental conditions. The sentinel animals come from the same production source and weanling groups as the animals used for the studies of chemical compounds.

## Rats

Prior to the beginning of the lifetime study, 5 F344/N rats of each sex were sacrificed and serum samples were taken for serological evaluation by Microbiological Associates (Bethesda, MD). Serum samples were also taken from selected rats for serology testing at each of the interim evaluations: 3 male and 3 female rats at 6 months; 8 male and 9 female rats at 12 and 18 months; 11 male and 17 female rats at 24 months; and 15 male and 15 female rats at the terminal sacrifice (male, 113 weeks; female, 122 weeks). Blood collected from each animal was allowed to clot and the serum was separated. The serum was cooled on ice and shipped to Microbiological Associates (Bethesda, MD) for determination of antibody titers. The following tests were performed:

| Method of Analysis | Time of Analysis |
|---|---|
| ELISA | |
| RCV/SDA (rat corona virus/sialodacryoadenitis virus) | Study initiation, 6, 12, 18, 24 months, study termination |
| PVM (pneumonia virus of mice) | 6, 12, 18, 24 months, study termination |
| Sendai | 6, 12, 18, 24 months, study termination |
| *Mycoplasma arthritidis* | 12, 18, 24 months, study termination |
| *Mycoplasma pulmonis* | 12, 18, 24 months, study termination |
| CARB (cilia-associated respiratory bacillus) | Study termination (males only) |
| | |
| Hemagglutination Inhibition | |
| H-1 (Toolan's H-1 virus) | Study initiation, 6, 12, 18, 24 months, study termination |
| KRV (Kilham rat virus) | Study initiation, 6, 12, 18, 24, study termination |
| PVM | Study initiation |
| Sendai | Study initiation |
| | |
| Immunofluorescence Assay | |
| KRV | 24 months (males only) |
| RCV (rat corona virus) | 24 months (males only) |
| RCV/SDA | 28 months (males only) |

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document--Subject to Protective Order

JNJ 000009219

Pltf_JNJ_00000929

Sentinel Animal Program                                                        J-3

## Mice

Prior to the beginning of the 2-year study, 5 B6C3F$_1$ mice of each sex were sacrificed and serum samples were taken for serological evaluation by Microbiological Associates (Bethesda, MD). Serum samples for serology testing were also taken from control males and females at each of the interim evaluations (4 males and 4 females at 6 months; 12 males and 12 females at 12 months) and at the terminal sacrifice (15 males and 15 females). (Samples were inadvertently omitted for mice evaluated after 18 months of exposure on 4-5 December, 1985.) Blood collected from each animal was allowed to clot and the serum was separated. The serum was cooled on ice and shipped to Microbiological Associates (Bethesda, MD) for determination of antibody titers. The following tests were performed:

| Method of Analysis | Time of Analysis |
|---|---|
| Complement Fixation | |
|     LCM (lymphocytic choriomeningitis virus) | Study initiation, 6, 12, 24 months |
|     Mouse adenoma virus | Study initiation |
| | |
| ELISA | |
|     Ectromelia virus | 6, 12, 24 months |
|     GDVII (mouse encephalomyelitis virus) | Study initiation, 6, 12, 24 months |
|     MHV (mouse hepatitis virus) | Study initiation, 6, 12, 24 months |
|     PVM | 6, 12, 24 months |
|     Sendai | 6, 12, 24 months |
|     Reo 3 | 6, 12, 24 months |
|     Mouse adenoma virus | 6, 12, 24 months |
|     *M. arthritidis* | 6, 12, 24 months |
|     *M. pulmonis* | 6, 12, 24 months |
| | |
| Hemagglutination Inhibition | |
|     Ectromelia virus | Study initiation |
|     K (papovirus) | 12, 24 months |
|     MVM (minute virus mice) | Study initiation, 6, 12, 24 months |
|     PVM | Study initiation |
|     Polyoma virus | Study initiation, 6, 12, 24 months |
|     Reovirus 3 | Study initiation |
|     Sendai | Study initiation |
| | |
| Immunofluorescence Assay | |
|     EDIM (Epizootic diarrhea of infant mice) | 6, 12, 24 months |
|     Reovirus 3 | 24 months |

Board Draft                                    **NOT FOR DISTRIBUTION OR ATTRIBUTION**

Protected Document--Subject to Protective Order

JNJ 000009220

**Pltf_JNJ_00000929**

Talc, NTP TR 421

TABLE J1
Murine Virus Antibody Determinations for Rats and Mice in the Lifetime and 2-Year Inhalation Studies
of Talc

| Interval (months) | Incidence of Antibody in Sentinel Animals | Positive Serologic Reaction for |
|---|---|---|
| **Rats** | | |
| 6 months | 0/6 | – |
| 12 months | 0/17 | – |
| 18 months | 0/17 | – |
| 24 months (males) | 1/11 | KRV |
| | 9/11 | Sendai |
| | 6/11 | RCV |
| (females) | 13/17 | Sendai |
| | 13/17 | RCV/SDA |
| 28 months | 15/15 | Sendai |
| | 3/15 | RCV/SDA |
| 30 months | 15/15 | Sendai |
| | 1/15 | RCV/SDA |
| **Mice** | | |
| 6 months | 0/8 | – |
| 12 months | 0/24 | MHV |
| 24 months | 2/30 | Reovirus 3 |
| | 7/30 | *M. arthritidis* |
| | 21/30 | EDIM |

NOT FOR DISTRIBUTION OR ATTRIBUTION

Board Draft

Protected Document—Subject to Protective Order

JNJ 000009221

Pltf_JNJ_00000929

K-1

# APPENDIX K
# 4-WEEK INHALATION STUDIES
# IN RATS AND MICE

EXPERIMENTAL PROTOCOL .................................................. K-2
TABLE K1   Experimental Design and Materials and Methods
           in the 4-Week Inhalation Studies of Talc ................................ K-3
RESULTS ............................................................... K-5

**Board Draft**                                    **NOT FOR DISTRIBUTION OR ATTRIBUTION**

Protected Document--Subject to Protective Order

JNJ 000009222

**Pltf_JNJ_00000929**

## EXPERIMENTAL PROTOCOL
### Procurement and Characterization of Talc
Talc was obtained from Walsh and Associates (North Kansas City, MO) in one lot (lot number W101882). Identity and purity analyses were performed by the analytical chemistry laboratory, Midwest Research Institute (MRI; Kansas City, MO).

The study chemical, a finely powdered white solid, was identified as talc by infrared spectroscopy, elemental analysis, and microscopic analyses. The moisture content of the bulk chemical was analyzed and was determined to be stable throughout the studies. Bulk chemical studies were not conducted due to the physical and chemical properties of talc. The compound was stored in sealed Nalgene containers.

### Generation and Monitoring of Chamber Concentrations
Talc aerosols were generated in a fluidized bed generator by injecting filtered air into the bed. Samples were collected continuously during the 6-hour exposure day on glass fiber filters. Only one sampling port position was used each day to collect the samples from each chamber. Once a week, samples were collected on Zefluor filters so that the magnesium content of aerosolized talc could be determined and be compared to the magnesium content of bulk talc. Cascade impactor samples were taken 3 to 6 times a week to determine the aerosol particle size. The amount of talc collected on the filters and impactor stages was quantitated gravimetrically. The extent of carry over of the stainless steel material from the FBG was quantitated by measuring the amount of acid soluble nickel and chromium in filter samples taken from the exposure atmosphere twice during the study.

### Study Design
Groups of 10 male and 10 female F344/N rats and B6C3F$_1$ mice were exposed by inhalation to talc at target concentrations of 0 (chamber controls), 2, 6, and 18 mg/m$^3$. Rats and mice were exposed for 6 hours daily, 5 days a week, for 20 days.

### Source and Specification of Animals
Male and female F344/N rats were obtained from Lovelace Inhalation Toxicology Research Institute (Albuquerque, NM). Male and female B6C3F$_1$ mice were obtained from Simonsen Laboratory (Gilroy, CA). Rats and mice were held 3 weeks before the studies began, and were 6 to 7 weeks old when the studies began. Animal health was monitored by serologic analyses during the studies under the protocols of the NTP Sentinel Animal Program.

### Animal Maintenance
Rats and mice were housed individually throughout the studies. Drinking water was available *ad libitum*. Further details of animal maintenance are given in Table K1.

### Clinical Examinations and Pathology
All rats and mice were observed twice daily. Clinical observations and body weights were recorded at the beginning of the studies, each week, and at the end of the studies. Organ weights were recorded for the heart, right kidney, liver, and lung at the end of the studies.

A necropsy was performed on all animals. During necropsy, all organs and tissues were examined for grossly visible lesions. A complete histopathologic examination was performed on all high-exposure and control animals. Tissues for microscopic examination were fixed in 10% neutral buffered formalin, embedded in paraffin, sectioned to a thickness of 5 μm, and stained with hematoxylin and eosin.

**NOT FOR DISTRIBUTION OR ATTRIBUTION**

**Board Draft**

JNJ 000009223

Pltf_JNJ_00000929

TABLE K1
Experimental Design and Materials and Methods in the 4-Week Inhalation Studies of Talc

**Study Laboratory**
Lovelace Inhalation Toxicology Research Institute (Albuquerque, NM)

**Strain and Species**
Rats: F344/N rats
Mice: B6C3F$_1$ mice

**Animal Source**
Rats: Lovelace Inhalation Toxicology Research Institute (Albuquerque, NM)
Mice: Simonsen Laboratory (Gilroy, CA)

**Time Held Before Studies**
3 weeks

**Average Age When Placed on Studies**
6-7 weeks

**Date of First Exposure**
Rats: 20 April 1983
Mice: 16 June 1983

**Duration of Exposure**
6 hours/day, 5 days/week for 4 weeks

**Date of Last Exposure**
Rats: 18 May 1983
Mice: 13 July 1983

**Average Age When Killed**
10 to 11 weeks

**Method of Sacrifice**
Intraperitoneal injection of T-61 solution

**Necropsy Dates**
Rats: 19-20 May 1983
Mice: 14-15 July 1983

**Size of Study Groups**
10 males and 10 females

**Method of Animal Distribution**
Randomized by weight

**Animals per Cage**
1

**Method of Animal Identification**
Ear tag and toeclip

**Diet**
NIH-07 Rat and Mouse Ration (Zeigler, Bros., Gardner, PA) available *ad libitum* during non-exposure periods

**Maximum Storage Time for Feed**
Not available

**Water**
Automatic Watering System (Edstrom Industries, Waterford, WI), available *ad libitum*

**Cages**
Stainless steel mesh cages (Hazleton, Aberdeen, MD), changed once weekly

---

Board Draft

NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order

JNJ 000009224

Pltf_JNJ_00000929

K-4                                                                          Talc, NTP TR 421

TABLE K1
**Experimental Design and Materials and Methods in the 4-Week Inhalation Studies of Talc** (continued)

**Chambers**
Stainless steel multitiered whole-body exposure chambers (H2000 and H1000, Hazleton Systems, Aberdeen, MD) washed once weekly

**Excreta Pan**
Techboard untreated paper (Shepherd Specialties Paper, Inc., Kalamazoo, MI), changed twice a day

**Filters**
Room Air and Chamber Air High Efficiency Particulate Air (HEPA) Filter, MIL Spec MIL-F-51068C (Flanders, Washington, DC), changed as required

**Animal Room Environment**

| Rats | Mice |
|---|---|
| Average temperature: 23° C | Average temperature: 24° C |
| Relative humidity: 40.3% | Relative humidity: 42% |
| Fluorescent light: not available | Fluorescent light: not available |
| Room air changes: not available | Room air changes: not available |

**Exposure Concentrations**
0, 2, 6, and 18 $mg/m^3$ by inhalation

**Type and Frequency of Observation**
Observed twice daily; body weights and clinical findings recorded at study initiation and weekly thereafter

**Necropsy**
Necropsy was performed on all animals.

**Histopathology**
Complete histopathologic examinations performed on all high-exposure and control animals. In addition to tissue masses, gross lesions, and associated lymph nodes, tissues examined included: larynx, lung, nasal turbinates, trachea, and tracheobronchial lymph nodes.

---

**NOT FOR DISTRIBUTION OR ATTRIBUTION**                                  **Board Draft**

Protected Document--Subject to Protective Order                                          JNJ 000009225

Pltf_JNJ_00000929

## RESULTS

### Rats

All rats survived to the end of the study and there were no clinical findings related to talc exposure. The mean body weights and final mean body weights of exposed male and female rats were similar to those of the controls.

There were no significant increases in any organ-weight-to-body-weight ratios in male or female rats. The talc lung burdens increased with talc exposure level; however, the ratio of lung burden to exposure concentration was somewhat higher at the 6 and 18 mg/m$^3$ exposure levels. The increase in talc lung burden to exposure concentration may be because the maximum ability of the respiratory tract to clear particles was exceeded at the 6 and 18 mg/m$^3$ exposure levels.

There was a minimal increase in the number of intra-alveolar macrophages in the lung of male and female rats exposed to 18 mg/m$^3$. The lesion was diffuse in nature and in no instance were clusters of greater than three alveolar macrophages observed. The individual macrophages were slightly larger than normal and had cytoplasm which contained fine eosinophilic granules.

### Mice

One male mouse exposed to 2 mg/m$^3$ and one male mouse exposed to 6 mg/m$^3$ died before the end of the study. The survival of exposed male and female mice was similar to that of the controls. The mean weights and final mean body weights of exposed male and female mice were similar to those of the controls. There were no clinical findings associated with exposure to talc aerosols.

There were no significant changes in any organ-weight-to-body-weight ratios in exposed male or female mice. Talc lung burdens increased with talc exposure level. However, the ratio of lung burden to exposure concentration was constant at all exposure levels. In contrast to rats, the maximum ability of the respiratory tract to clear particles was apparently not exceeded at the 18 mg/m$^3$ level.

The only lesions related to inhalation of talc aerosols were observed in the lung of male and female mice exposed to 18 mg/m$^3$. However, the changes were minimal and consisted of a diffuse increase in the number of intra-alveolar macrophages. In most cases, pulmonary macrophages did not exceed two per alveolus, but occasional clusters of up to 10 alveolar macrophages were observed. The individual macrophages were two to three times normal size with foamy granular cytoplasm.

Board Draft                                                    NOT FOR DISTRIBUTION OR ATTRIBUTION

Protected Document--Subject to Protective Order                                JNJ 000009226

Pltf_JNJ_00000929

K-6                                           Talc, NTP TR 421

NOT FOR DISTRIBUTION OR ATTRIBUTION                    Board Draft

Protected Document--Subject to Protective Order                    JNJ 000009227

Pltf_JNJ_00000929