UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## NOTICE OF AGREEMENT ON FORM OF SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 1, entered by the Court on December 6, 2016 ("CMO No. 1"), the parties have met and conferred regarding the form of a Short Form Complaint.

1. Attached hereto as Exhibit 1 is the form of Short Form Complaint that has been agreed upon by the parties.

2. As directed by CMO No. 1, the parties continue to meet and confer on the content and form of a Direct Filing Order. At such a time as an agreement is reached by and between the parties as to the content and form of that Order, instructions for the adoption and filing of the agreed upon Short Form Complaint will be presented to the Court, including:

   a) The date by which cases currently pending in this MDL shall file a Short Form Complaint in the respective, individual case dockets; and

#8929106.1

(b) The date by which cases newly transferred to this MDL must file a Short Form Complaint in the respective, individual case dockets.

Dated:   January 5, 2017

RESPECTFULLY SUBMITTED,

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA, & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

*Plaintiffs' Co-Lead Counsel*

#8929106.1