IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In re:

Johnson & Johnson Talcum Powder Products :
Marketing's, Sales Practices and Products     :     3:16-md-02738-FLW
Liability Litigation                                            :

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiffs Barbara Mihalich and Bridget Graves.

Respectfully Submitted:

By: /s/ Laurel Li Harris
　　　LAUREL LI HARRIS

OF COUNSEL:
Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
Laurel Li Harris, MSB No. 104078
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

## CERTIFICATE OF SERVICE

I, Laurel Li Harris, hereby certify that I caused a copy of the foregoing Notice of Appearance to be filed electronically via the court's electronic filing system the __ day of January, 2017.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the court's system, and notices of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ Laurel Li Harris
LAUREL LI HARRIS