**Drinker Biddle & Reath LLP**

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
susan.sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000 phone
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC

January 19, 2017

**VIA ELECTRONIC FILING**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:  *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2738

Dear Judge Wolfson:

Enclosed please find Defendants' Proposed Status Conference Agenda for Monday. Thank you for your continued consideration of these matters.

Respectfully,

Drinker Biddle & Reath LLP

*s/Susan M. Sharko*

Susan M. Sharko

cc:  Honorable Lois H. Goodman, U.S.M.J. (via ECF)
     Counsel of Record (via ECF)

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

Established 1849

87464847.1