# COHEN / PLACITELLA / ROTH PC
ATTORNEYS AT LAW



CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

January 20, 2017

**VIA ELECTRONIC FILING**
Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

In re:  **Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation**
**USDC No:  3:16-md-2738-FLW-LHG**
**MDL No: 2738**

Dear Judge Wolfson:

    Enclosed please find Plaintiffs' Proposed Status Conference Agenda for Monday's hearing in the above-referenced matter.

Respectfully,

*/s/ Christopher M. Placitella*

CHRISTOPHER M. PLACITELLA

CMP/bd
Attachment
cc:  Honorable Lois H. Goodman, U.S.M.J. (via ECF)
    All counsel of record (via ECF)