UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

**Plaintiff's Proposed Status Conference Agenda**
January 23, 2017

1. Direct Filing Order

2. Preservation Order

3. Protective Order

4. ESI Protocol

5. In Extremis Deposition Protocol

6. Pathology Protocol

7. Plaintiffs Fact Sheet and use of MDL Centrality

8. Status of Discovery Requests