CERTIFICATE OF SERVICE

I, Christopher M. Placitella, hereby certify that I caused a copy of the foregoing Plaintiffs' Proposed Agenda to be filed electronically via the court's electronic filing system the 20th day of January, 2017.   Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

*/s/ Christopher M. Placitella*

CHRISTOPHER M. PLACITELLA

Dated:  January 20, 2017