**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I caused to be served on the Defendants identified below via federal express, overnight delivery a true and correct copy of Plaintiffs' Certificate of Mailing, Plaintiffs' First Set of Interrogatories to Defendant Imerys Talc America Inc. and Plaintiffs' First Set of Request for Production to Defendant Imerys Talc America Inc.:

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ  07392-1047
*COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and*
*JOHNSON & JOHNSON CONSUMER COMPANIES, INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ  07962
*COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA  19107
COUNSEL FOR DEFENDANT, PERSONAL CARE PRODUCTS COUNCIL


Dated:  January 20, 2017.

                                    RESPECTFULLY SUBMITTED,

                                    /s/ *Richard D. Meadow*
                                    Richard D. Meadow
                                    Richard.meadow@lanierlawfirm.com
                                    Catherine T. Heacox
                                    Catherine.heacox@lanierlawfirm.com
                                    THE LANIER LAW FIRM
                                    6810 FM 1960 Road West
                                    Houston, TX   77069
                                    Tel:  713-659-5200
                                    Fax:  713-659-2204

                                    ***Plaintiffs' Executive Committee***