UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I caused to be served on the Defendants identified below via federal express, overnight delivery a true and correct copy of Plaintiffs' Certificate of Mailing, Plaintiffs' First Set of Interrogatories to Defendant Johnson & Johnson Consumer Companies, Inc. and Plaintiffs' First Set of Request for Production to Johnson & Johnson Consumer Companies, Inc.:

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ  07392-1047
*COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ  07962
*COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA  19107
COUNSEL FOR DEFENDANT, PERSONAL CARE PRODUCTS COUNCIL


Dated:  January 20, 2017.

                                            RESPECTFULLY SUBMITTED,

                                            /s/ *Richard D. Meadow*
                                            Richard D. Meadow
                                            Richard.meadow@lanierlawfirm.com
                                            Catherine T. Heacox
                                            Catherine.heacox@lanierlawfirm.com
                                            THE LANIER LAW FIRM
                                            6810 FM 1960 Road West
                                            Houston, TX   77069
                                            Tel:  713-659-5200
                                            Fax:  713-659-2204

                                            ***Plaintiffs' Executive Committee***