```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       Minutes of Proceeding

OFFICE:    TRENTON                      Date: January 23, 2017

JUDGE FREDA L. WOLFSON, U.S.D.J.    CIVIL:16-md-2738(FLW)(LHG)
JUDGE LOIS H. GOODMAN,  U.S.M.J.
Court Reporter: Vincent Russoniello

TITLE OF CASE:

In Re: Johnson & Johnson Talcum Powder Products

APPEARANCES:

Leigh O'Dell, Esq., Michelle A. Parfitt, Esq. & Richard Golomb,
Esq. for Plaintiff.
Susan M. Sharko, Esq., Julie L. Tersigni, Esq., John Beisner, Esq.
Gene M. Williams, Esq. for Johnson & Johnson Defendant.
Sheryl L. Axelrod, Esq., Thomas Locke, Esq. for Personal Care
Products Council (PCPC)Defendant.
Lorna A. Dotro, Esq., Nancy M. Erfle, Esq. & Michael R. Klatt, Esq.
for Imerys Talc America, Inc. Defendant.

NATURE OF PROCEEDINGS:

Science Day Presentation Held on the record.
Lunch break 12:30 p.m. - 1:00 p.m.
Continued with Defendants Presentation.
Status letters due by February 17, 2017.
February Status Conference set for 2/22/2017 at 10:00 A.M.
March Status Conference set for 3/28/2017 at 10:00 A.M.

TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 3:30 P.M.
TOTAL TIME: (5 1/2 hours)

                                        s/Jacqueline Gore
                                        Deputy Clerk
```