# EXHIBIT A

## EXHIBIT A

|    | CASE NAME AND DOCKET NO. (Court of Origin): | Personal Jurisdiction | Anti-SLAPP | MDL Direct-Filed: Home Jurisdiction |
|----|---------------------------------------------|:---:|:---:|:---:|
| 1. | *Wilson v. Johnson & Johnson,* (N.D. Ala. No. 2:16-cv-01287) | X | | |
| 2. | *Ayers v. Johnson & Johnson,* (N.D. Ala. No. 2:16-cv-01927) | X | | |
| 3. | *Shinske v. Johnson & Johnson,* (M.D. Fla. No. 8:16-cv-02317) | X | X | |
| 4. | *Casey v. Johnson & Johnson,* (W.D. Ky. No. 3:16-cv-00477) | X | | |
| 5. | *Abell v. Johnson & Johnson,* (W.D. Ky. No. 3:16-cv-00722) | X | | |
| 6. | *Moore v. Johnson & Johnson,* (E.D. Ky. No. 2:17-cv-00009) | X | | |
| 7. | *Hammond v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-16518) | X | X | |
| 8. | *Cerrone-Kennedy v. J & J,* (W.D. Mo. No. 5:16-cv-0609) | X | | |
| 9. | *Fenstemaker v. Johnson & Johnson,* (E.D. Mo. No. 4:16-cv-00938) | X | | |
| 10. | *Handy v. Johnson & Johnson,* (E.D. Pa. No. 2:16-cv-04608) | X | | |
| 11. | *Brown-Harrison v. J & J,* (E.D. Pa. No. 2:16-cv-06029) | X | | |
| 12. | *Gendelman v. Johnson & Johnson,* (E.D. Pa. No. 2:16-cv-06596) | X | | |
| 13. | *Fiore v. Johnson & Johnson,* (E.D. Pa. No. 2:16-cv-06609) | X | | |
| 14. | *Harper v. Johnson & Johnson,* (D.S.C. No. 1:16-cv-03516) | X | | |
| 15. | *Ferguson v. Johnson & Johnson,* (D.S.C. No. 9:16-cv-03543) | X | | |
| 16. | *Kuntz v. Johnson & Johnson,* (N.D. Tex. No. 3:16-cv-02353) | X | X | |
| 17. | *Holmes v. Johnson & Johnson,* (N.D. Tex. No. 3:16-cv-03348) | X | X | |
| 18. | *Bier v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-15961)* | X | X | |
| 19. | *Daniels v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-15963)* | X | X | |
| 20. | *Gray v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-15988)* | X | X | |

\* Not yet served.

|     | CASE NAME AND DOCKET NO. (Court of Origin): | Personal Jurisdiction | Anti-SLAPP | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|---|
| 21. | *Jolla v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-15965)* | X | X | |
| 22. | *Lee v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-16009)* | X | X | |
| 23. | *Meyer v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-16006)* | X | X | |
| 24. | *Tetlow v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-15458)* | X | X | |
| 25. | *Walker v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-16004)* | X | X | |
| 26. | *Davis v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-07844) | X | X | Massachusetts |
| 27. | *Schofield v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08331) | X | X | New York |
| 28. | *Graves v. Johnson & Johnson,* (D.D.C. No. 1:16-cv-02090) | | X | |
| 29. | *Dolinger v. Johnson & Johnson,* (D.D.C. No. 1:16-cv-02202) | | X | |
| 30. | *Carlin v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08699) | X | | Pennsylvania |
| 31. | *Watkins v. Johnson & Johnson,* (D.D.C. No. 1:16-cv-2520) | | X | |
| 32. | *Segreaves v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09119) | X | | Pennsylvania |
| 33. | *Montz v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09523) | X | X | Louisiana |
| 34. | *Meredith v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09562) | X | X | Louisiana |
| 35. | *Brown (B.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09508) | X | X | Louisiana |
| 36. | *Bellanger v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09500) | X | X | Louisiana |
| 37. | *Bezue v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09564) | X | X | Louisiana |
| 38. | *Jones-Wilder v. J & J,* (D.N.J. No. 3:16-cv-09571) | X | X | Louisiana |
| 39. | *Chauvin v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09567) | X | X | Louisiana |
| 40. | *Harris v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09522) | X | X | Louisiana |
| 41. | *Elliott v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09514) | X | X | Louisiana |

*Not yet served.

|  | CASE NAME AND DOCKET NO. (Court of Origin): | Personal Jurisdiction | Anti-SLAPP | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|---|
| 42. | *Byrd v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09513) | X | X | Louisiana |
| 43. | *Sissac v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09524) | X | X | Louisiana |
| 44. | *Adams v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09498) | X | X | Louisiana |
| 45. | *Birdsong v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08810) | X | X | Texas |
| 46. | *Ferrell v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08812) | X | X | Oklahoma |
| 47. | *Patterson v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08815) | X | X | Louisiana |
| 48. | *Snyder v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08816) | X | X | Indiana |
| 49. | *Thorpe v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08827) | X | X | Maryland |
| 50. | *Wagenknecht v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08828) | X | X | Florida |
| 51. | *Williams (A.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08829) | X |  | Alabama |
| 52. | *Sillars v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08831) | X | X | Louisiana |
| 53. | *Lubben v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08942) | X | X | California |
| 54. | *Williams (S.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08738) | X | X | Nevada |
| 55. | *Morris v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-00549) | X | X | Texas |
| 56. | *Treadwell v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09495) | X | X | Florida |
| 57. | *Kursch v. Johnson & Johnson,* (D.D.C. No. 1:17-cv-00215) |  | X |  |
| 58. | *Hagstrom v. Johnson & Johnson,* (D.D.C. No. 1:17-cv-00224) |  | X |  |
| 59. | *Foster v. Johnson & Johnson,* (D.D.C. No. 1:17-cv-00233) |  | X |  |
| 60. | *Ewing v. Johnson & Johnson,* (D.D.C. No. 1:17-cv-00234) |  | X |  |
| 61. | *Brown (E.) v. Johnson & Johnson,* (D.D.C. No. 1:17-cv-00225) |  | X |  |
| 62. | *Wilder v. Johnson & Johnson,* (D.D.C. No. 1:17-cv-00199) |  | X |  |