# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>MOTION DATE: March 6, 2017<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION TO DISMISS** |

This matter having come before the Court by motion of counsel for Defendant Personal Care Products Council ("PCPC") for the dismissal of Plaintiffs' Complaints;

It is on this _____ day of _____, 2017,

1. **ORDERED** that PCPC's motion to dismiss is granted; and it is further

2. **ORDERED** that PCPC is dismissed with prejudice for lack of personal jurisdiction in those cases identified in PCPC's Exhibit A, Column 1; and it is further

3. **ORDERED** that PCPC is dismissed with prejudice pursuant to the applicable anti-SLAPP Acts in those cases identified in PCPC's Exhibit A, Column 2; and it is further

4. **ORDERED** that the alleged activities by PCPC are protected by the *Noerr-Pennington* doctrine, and consequently PCPC is dismissed from the MDL with prejudice; and it is further

5. **ORDERED** all claims against PCPC are dismissed with prejudice; and it is further

6. **ORDERED** that the clerk shall terminate PCPC as a party in the MDL; and it is further

36984205v.1

7. **ORDERED** that a copy of this Order shall be served on the parties of record.

**SO ORDERED**

_____

Honorable Freda L. Wolfson, U.S.D.J.

36984205v.1