UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>NOTICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION TO DISMISS |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that, on February 6, 2017, a true copy of Defendant Personal Care Products Council's Motion to Dismiss, accompanying Memorandum of Law, accompanying Exhibits, and Proposed Order was sent via electronic mail to the following attorneys of record:

Ted Meadows, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
PO Box 4160
Montgomery, AL 36103
ted.meadows@beasleyallen.com

Todd M. Powers, Esq.
Katherine L. Barbiere, Esq.
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville Foster Road, Suite 200
Mason, OH 45040
tpowers@smbplaw.com
kbarbiere@smbplaw.com

Morris Bart, Esq.
Betsy J. Barnes, Esq.
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
morrisbart@morrisbart.com
bbarnes@morrisbart.com

Richard M. Paul III, Esq.
Jack D. McInnes, Esq.
Ashlea Schwarz, Esq.
Sue Becker, Esq.
Paul McInnes LLP
601 Walnut Street, Suite 300
Kansas City, MO 64106
paul@paulmcinnes.com
mcinnes@paulmcinnes.com
ashlea@paulmcinnes.com
becker@paulmcinnes.com

Sean P. Barth, Esq.
Napoli Schkolnik, PLLC
103 W. Vandalia Street, Suite 125
Edwardsville, IL 62025
sbarth@napolilaw.com

Lee Balefsky, Esq.
Kline & Specter, PC
1525 Locust Street
Philadelphia, PA 19102
lee.balefsky@klinespecter.com

37000731v.1

Edward M. Nass, Esq.
Michael A. Cancelliere, Jr., Esq.
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA  191012
emnass@ncblawfirm.com
macancelliere@ncblawfirm.com
marowe@ncblawfirm.com

Arthur M. Murray, Esq.
Stephen B. Murray, Esq.
Caroline T. White, Esq.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA  70130
amurray@murray-lawfirm.com

Peter G. Angelos, Esq.
Gary J. Ignatowski, Esq.
Armand J. Volta, Jr., Esq.
Craig M. Silverman, Esq.
Law Offices of Peter G. Angelos, P.C.
601 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C.  20004
PGA@lawpga.com
gignatowski@lawpga.com
avolta@lawpga.com
csilverman@lawpga.com

Steven A. Hart, Esq.
Robert J. McLaughlin, Esq.
Kyle Pozan, Esq.
Jack P. Prior, Esq.
Hart McLaughlin & Eldridge, LLC
121 W. Wacker Drive, Suite 1050
Chicago, IL  60601
shart@hmelegal.com
rmclaughlin@hmelegal.com
kpozan@hmelegal.com
jprior@hmelegal.com

*/s/ Thomas T. Locke, Esq.*
Thomas T. Locke

37000731v.1