BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |
| Wendy Schwartz v. Johnson & Johnson, Johnson & Johnson Consumer, Inc., and Imerys Talc America, Inc. f/k/a Luzenac America, Inc., *et al*. | |
| SDIL Case No.: 3:16-cv-01364 | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the JPML via the CM/ECF system and was served on all counsel or parties via ECF on February 10, 2017.

Respectfully submitted,

SEIDMAN MARGULIS & FAIRMAN, LLP

By:   s/ Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
Tel. (618) 235-7622
Fax (224) 603-8345
dseidman@seidmanlaw.net
IL#6308142
*Attorneys for Plaintiff Wendy Schwartz*