BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM ) <br> POWDER PRODUCTS MARKETING, ) <br> SALES PRACTICES AND PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> Wendy Schwartz v. Johnson & Johnson, ) <br> Johnson & Johnson Consumer, Inc., and ) <br> Imerys Talc America, Inc. f/k/a Luzenac ) <br> America, Inc., *et al*. ) <br> ) <br> SDIL Case No.: 3:16-cv-01364 ) | MDL Docket No. 2738 |

## PLAINTIFF'S NOTICE TO VOLUNTARILY DISMISS DEFENDANT WALGREEN CO.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wendy Schwartz, hereby gives notice that Defendant WALGREEN CO. is voluntarily dismissed, without prejudice. This matter remains pending as to all other defendants.

Respectfully Submitted,

SEIDMAN MARGULIS & FAIRMAN, LLP

/s       Daniel R. Seidman
Attorneys for the Plaintiffs

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
Tel. (618) 235-7622
Fax (224) 603-8345
dseidman@seidmanlaw.net
IL#6308142
*Attorneys for Plaintiff Wendy Schwartz*