UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-02738-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO:<br><br>*Odell Holliday, et al v. Johnson & Johnson, et al* | Case No. 3:16-cv-09507-FLW-LHG |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Douglas R. Plymale of The Dugan Law Firm, APLC, as counsel for Plaintiff, Odell Holliday, individually and on behalf of Linda Pearson Marshall, deceased, in the above-entitled and numbered cause.

**DATED:**  February 10, 2017

                                           Respectfully Submitted:

                                           */s/ Douglas R. Plymale*
                                           **Douglas R. Plymale (LSBA No. 28409)**
                                           **The Dugan Law Firm, APLC**
                                           One Canal Place
                                           365 Canal Street, Suite 1000
                                           New Orleans, LA  70130
                                           Telephone:  (504) 648-0180
                                           Facsimile:  (504) 648-0181
                                           E-mail:  dplymale@dugan-lawfirm.com

                                           **COUNSEL FOR PLAINTIFF,**
                                           **ODELL HOLLIDAY, individually and on behalf of LINDA PEARSON MARSHALL, deceased**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                         */s/ Douglas R. Plymale*
                                         **Douglas R. Plymale**