UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-02738-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO: *Odell Holliday, et al v. Johnson & Johnson, et al* | Case No. 3:16-cv-09507-FLW-LHG |

### NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Mekel Smith Alvarez of The Dugan Law Firm, APLC, as additional counsel for Plaintiff, Odell Holliday, individually and on behalf of Linda Pearson Marshall, deceased, in the above-entitled and numbered cause.

**DATED:**  March 2, 2017

Respectfully Submitted:

 */s/ Mekel Smith Alvarez*
**Mekel Smith Alvarez (LSBA No. 22157)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
E-mail:  dplymale@dugan-lawfirm.com

**COUNSEL FOR PLAINTIFF,**
**ODELL HOLLIDAY, individually and on behalf of**
**LINDA PEARSON MARSHALL, deceased**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                     */s/ Mekel Smith Alvarez*
                                     **Mekel Smith Alvarez**