# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                        MDL No. 2738

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –20)

On October 4, 2016, the Panel transferred 10 civil action(s) to the United States District Court for
the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.
§ 1407. *See* __F.Supp.3d__ (J.P.M.L. 2016). Since that time, 121 additional action(s) have been
transferred to the District of New Jersey. With the consent of that court, all such actions have been
assigned to the Honorable Freda L. Wolfson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of New Jersey and assigned to Judge
Wolfson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
District of New Jersey for the reasons stated in the order of October 4, 2016, and, with the consent
of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7–day period, the stay will be continued until further order of the Panel.

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> **Mar 01, 2017**
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK

By
                    Deputy Clerk

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2738


## SCHEDULE CTO−20 − TAG−ALONG ACTIONS


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 17−00199 | WILDER et al v. JOHNSON & JOHNSON et al |
| DC | 1 | 17−00225 | BROWN v. JOHNSON & JOHNSON et al |
| DC | 1 | 17−00273 | NARD et al v. JOHNSON & JOHNSON et al |
| DC | 1 | 17−00277 | SIMPSON et al v. JOHNSON & JOHNSON et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 17−00392 | Williams et al v. Johnson & Johnson et al |
| KENTUCKY EASTERN | | | |
| ~~KYE~~ | ~~2~~ | ~~17−00009~~ | ~~Moore et al v. Johnson & Johnson et al~~   Opposed 3/1/17 |
| MISSOURI EASTERN | | | |
| ~~MOE~~ | ~~4~~ | ~~17−00585~~ | ~~Ghormley et al v. Johnson & Johnson et al~~  Opposed 3/1/17 |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 16−00728 | Kent et al v. Johnson & Johnson et al |
| TEXAS NORTHERN | | | |
| TXN | 3 | 16−03348 | Holmes v. Johnson & Johnson et al |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 16−00843 | Wallace, David v. Johnson & Johnson et al |
| WIW | 3 | 16−00844 | Dusenbery, Sandra et al v. Johnson & Johnson et al |