# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-02738-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO: *Odell Holliday, et al v. Johnson & Johnson, et al* | Case No. 3:16-cv-09507-FLW-LHG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Odell Holliday, individually and on behalf of Linda Pearson Marshall, deceased, who hereby dismisses WITHOUT PREJUDICE all of her claims in the above-entitled and numbered cause, pursuant to FRCP 41 (a)(1)(A)(i).  No Answer or responsive pleadings have been filed into the record of this matter.

DATED:  March 6, 2017

Respectfully Submitted:

 */s/ Douglas R. Plymale*
Douglas R. Plymale (LSBA No. 28409)
The Dugan Law Firm, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
E-mail:  dplymale@dugan-lawfirm.com

Counsel for Plaintiff,
Odell Holliday, individually and on behalf of
Linda Pearson Marshall, deceased

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2017, the above and foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                                 */s/ Douglas R. Plymale*
                                                 Douglas R. Plymale