IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re:

| | | |
|---|---|---|
| **Johnson & Johnson Talcum Powder Products** | : | |
| **Marketing's, Sales Practices and Products** | : | 3:16-md-02738-FLW |
| **Liability Litigation** | : | |

## NOTICE TO TAKE

## VIDEOTAPED TRIAL PRESERVATION DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the oral and videotaped deposition of Plaintiff, **BRIDGET GRAVES**, will be taken before a person authorized to administer the oath.  This deposition will be videotaped for use at trial and counsel are specifically informed that Plaintiff's health is declining such that she may not available or capable to attend trial; therefore, this deposition is intended to preserve her testimony for use before the jury.  The taking of said deposition may be adjourned from day to day until completed.

**DATE & TIME OF DEPOSITION:**      April 5, 2017, at 10:00 A.M. EST

**LOCATION:**      Scarzafava & Basdekis
48 Dietz Street, Suite C
Oneonta, NY  13820

**COURT REPORTER:**      Baker Realtime Reporting
& Video Services
250 Commerce Street
Third Floor, Suite One
Montgomery, Alabama 36104
(888) 253-3377

Respectfully Submitted:

By: /s/ Laurel Li Harris
LAUREL LI HARRIS

**OF COUNSEL:**

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone:  (601) 952-1422
Facsimile:  (601) 952-1426


Timothy W. Porter – MSB # 9687  Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
Laurel Li Harris – MSB #104078
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366


Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street  Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555


*Attorneys for Plaintiffs*

**Certificate of Service**

      I, Laurel Li Harris, hereby certify that I caused a copy of the foregoing Notice to Take Videotaped Trial Preservation Deposition to be filed electronically via the court's electronic filing system the 8th day of March, 2017.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the court's system, and notices of these filings will be sent to these parties by operation of the court's electronic filing system.

                                                /s/ Laurel Li Harris
                                                LAUREL LI HARRIS