

20170213141124

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS AND MASTER LONG FORM COMPLAINT, EXHIBITS**
EFFECTED (1) BY ME: Daniel Newcomb
TITLE: **PROCESS SERVER**
DATE: 2/14/17 at 3:15 PM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant

IMERYS TALC AMERICA, INC. F/KA LUZENAC AMERICA, INC. F/K/A RIO TINTO MATERIALS, INC. - Accepted by Amy McLaren

Place where served:

C/O CORPORATION TRUST COMPANY 1209 ORANGE ST WILMINGTON DE 19801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant   Managing Agent authorized to accept service

Description of Person Accepting Service:

SEX: F   AGE: 35   HEIGHT: 5'7"   WEIGHT: 135 lb   SKIN: White   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 15 / 20 17                       _____ L.S.
                                           SIGNATURE OF Daniel Newcomb
                                           GUARANTEED SUBPOENA SERVICE, INC.
                                           2009 MORRIS AVENUE
                                           UNION, NJ 07083

ATTORNEY: CHRISTOPHER M. PLACITELLA, ESQ.
PLAINTIFF: IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES
DEFENDANT: PRACTICES, AND PRODUCTS LIABILITY LITIGATION
VENUE: N/A
DOCKET: DISTRICT
COMMENT: 16 2738 FLW LHG

JB