UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

**STIPULATION AND PRETRIAL ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED MASTER LONG FORM COMPLAINT AND MODIFYING DEADLINES RELATED TO RESPONSIVE PLEADINGS PURSUANT TO CASE MANAGEMENT ORDER NO. \_\_\_**

WHEREAS, on January 5, 2017, Plaintiffs, by and through their counsel and pursuant to Case Management Order No. 1 ("CMO-1"), filed their Master Long Form Complaint against Defendants Johnson & Johnson ("J&J"), Johnson & Johnson Consumer Inc. f/k/a Johnson & Johnson Consumer Companies, Inc. ("J&J Consumer"), Imerys Talc America, Inc., f/k/a Luzenac America, Inc., f/k/a Rio Tinto Minerals, Inc. ("Imerys Talc") and Personal Care Products Council ("PCPC") (collectively referred to as "Defendants") (Doc. No. 82); and

WHEREAS, on February 6, 2017, Defendant PCPC filed a Motion to Dismiss the Master Long Form Complaint (Doc. No. 100); and

WHEREAS, pursuant to the March 8, 2017 Stipulation for Extension of Time jointly submitted to the Court, Defendants intend on filing Master Answers to the Master Long Form Complaint on or before the respective due dates for their Master Answers of March 15, 2017 for J&J and J&J Consumer, and March 16, 2017 for Imerys Talc; and

WHEREAS, pursuant to the March 8, 2017 Stipulation for Extension of Time jointly submitted to the Court, Plaintiffs' response and opposition to Defendant PCPC's Motion to Dismiss the Long Form Master Complaint to be due on April 11, 2017; and

1

WHEREAS, pursuant to the March 8, 2017 Stipulation for Extension of Time jointly submitted to the Court, Defendant PCPC's reply to Plaintiffs' response and opposition to Defendant PCPC's Motion to Dismiss the Long Form Master Complaint to be due on April 25, 2017; and

WHEREAS, Plaintiffs and Defendants PCPC, J & J, J & J Consumer and Imerys Talc have agreed to Plaintiffs filing a First Amended Master Long Form Complaint to be filed by March 14, 2017.

NOW, THEREFORE, it is hereby agreed to by and between Plaintiffs and Defendants PCPC, J & J, J & J Consumer and Imerys Talc, subject to Court approval to be provided for below:

1. Plaintiffs shall have leave to file a First Amended Master Long Form Complaint by March 14, 2017, in the form attached hereto as Exhibit A;

2. Defendants J & J, J & J Consumer and Imerys Talc shall Answer Plaintiffs' First Amended Master Long Form Complaint on or before April 13, 2017;

| For Plaintiffs: | For Defendant PCPC: |
|---|---|
| /s/ *Christopher M. Placitella* | */s/ Thomas T. Locke, Esq.* |
| Christopher M. Placitella | Thomas T. Locke (DC Bar No. 454144) |
| **COHEN, PLACITELLA, & ROTH, P.C.** | Rebecca Woods (DC Bar No. 468495) |
| 127 Maple Avenue | James R. Billings-Kang (DC Bar No. 984152) |
| Red Bank, NJ 07701 | **SEYFARTH SHAW LLP** |
| Tel: 732-747-9003 | 975 F Street, N.W. |
| Fax: 732-747-9004 | Washington, DC 20004 |
| cplacitella@cprlaw.com | Telephone: (202) 463-2400 |
| | Facsimile: (202) 828-5393 |
| **Plaintiffs' Liaison Counsel** | tlocke@seyfarth.com |
| | rwoods@seyfarth.com |
| | jbillingskang@seyfarth.com |
| | |
| */s/ P. Leigh O'Dell* | */s/ Sheryl L. Axelrod* (NJ Bar No. 017091994) |
| P. Leigh O'Dell | **THE AXELROD FIRM, PC** |
| **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** | The Beasley Building |
| | 1125 Walnut Street |
| 218 Commerce Street | Philadelphia, PA 19107 |
| Montgomery, AL 36104 | Phone: (205) 461-1770 |
| Tel: 334-269-2343 | Facsimile: (205) 238-1779 |
| Fax: 334-954-7555 | saxelrod@theaxelrodfirm.com |
| leigh.odell@beasleyallen.com | |
| | **Attorneys for Defendant Personal Care Products Council** |

2

| | |
|---|---|
| */s/ Michelle A. Parfitt* | *s/Susan M. Sharko* |
| Michelle A. Parfitt | Susan M. Sharko |
| **ASHCRAFT & GEREL, LLP** | DRINKER BIDDLE & REATH LLP |
| 4900 Seminary Road, Suite 650 | 600 Campus Drive |
| Alexandria, VA 22311 | Florham Park, New Jersey 07932 |
| Tel: 703-931-5500 | Telephone: 973-549-7000 |
| Fax: 703-820-1656 | Facsimile: 973-360-9831 |
| mparfitt@ashcraftlaw.com | susan.sharko@dbr.com |

**Plaintiffs' Co-Lead Counsel**

*s/Gene M. Williams*
Gene M. Williams
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: 713-227-8008
Facsimile: 713-227-9508
gmwilliams@shb.com

*s/John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
john.beisner@skadden.com

**Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. f/k/a Johnson & Johnson Consumer Companies, Inc.**

*/s/Lorna A. Dotro*
Lorna A. Dotro
Mark K. Silver
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
Telephone: 973-631-6016
Facsimile: 973-267-6442
ldotro@coughlinduffy.com

**Attorneys for Defendants Imerys Talc America, Inc., f/k/a Luzenac America, Inc., f/k/a Rio Tinto Minerals, Inc.**

**Approved by the Court this              day of                                    , 2017.**

_____
**Hon. Freda L. Wolfson, U.S.D.J.**

4