## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of

Case Number: 16 2738 FLW LHG

Plaintiff:
**IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

vs.

Defendant:
**N/A**

For:
CHRISTOPHER PLACITELLA

Received by Guaranteed Subpoena Service, Inc. to be served on **PERSONAL CARE PRODUCTS COUNCIL F/K/A COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION, 1620 L STREET, NW, SUITE 1200, WASHINGTON, DC 20036**.

I, Ben Davis, do hereby affirm that on the **15th day of February, 2017** at **3:50 pm**, I:

Served SUMMONS AND MASTER LONG FORM COMPLAINT, EXHIBITS to Carrie Gregory as Manager and Senior Paralegal of PERSONAL CARE PRODUCTS COUNCIL F/K/A COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION. Service occurred at 1620 L STREET, NW, SUITE 1200, WASHINGTON, DC 20036.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Red, Glasses: Y

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Ben Davis**
Process Server

**Guaranteed Subpoena Service, Inc.**
2009 Morris Ave
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: GTS-0000017580
Ref: 20170213135933

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

