UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## STIPULATION AND PRETRIAL ORDER APPROVING EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS OF PERSONAL CARE PRODUCTS COUNCIL ("PCPC") TO PLAINTIFFS' MASTER LONG FORM COMPLAINT AND FOR <u>PCPC TO FILE REPLY TO PLAINTIFFS' RESPONSE</u>

WHEREAS, on January 5, 2017, Plaintiffs, by and through their counsel and pursuant to Case Management Order No. 1 ("CMO-1"), filed their Master Long Form Complaint against Defendants Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc. f/k/a Johnson & Johnson Consumer Companies, Inc. ("J&J Consumer"), Imerys Talc America, Inc., f/k/a Luzenac America, Inc., f/k/a Rio Tinto Minerals, Inc. ("Imerys Talc") and Personal Care Products Council ("PCPC") (collectively

referred to as "Defendants") (Doc. No. 82); and

WHEREAS, on February 6, 2017, Defendant PCPC filed a Motion to Dismiss the Master Long Form Complaint (Doc. No. 100); and

WHEREAS, Defendants J & J, J & J Consumer and Imerys Talc have informed Plaintiffs that they intend on filing Master Answers to the Master Long Form Complaint on or before the respective due dates for their Master Answers of March 15, 2017 for J & J and March 16, 2017 for Imerys; and

1

WHEREAS, pursuant to Paragraph 11 of CMO-1 Plaintiffs and Defendant PCPC consider that Plaintiffs' response to Defendant PCPC's Motion to Dismiss the Long Form Master Complaint to be due on March 8, 2017 (30 days after the filing of the Motion); and

WHEREAS, Plaintiffs and Defendant PCPC have agreed that Plaintiffs shall have an extension of time to file their response and opposition to Defendant PCPC's Motion to Dismiss the Master Long Form Complaint until April 11, 2017; and

WHEREAS, Plaintiffs and Defendant PCPC have agreed that Defendant PCPC shall have an extension of time to file a reply to Plaintiffs response and opposition to Defendant PCPC's Motion to Dismiss until April 25, 2017.

NOW, THEREFORE, it is hereby agreed to by and between Plaintiffs and Defendant PCPC, subject to Court approval to be provided for below, that Plaintiffs shall have an extension of time to respond and oppose Defendant PCPC's Motion to Dismiss Plaintiffs' Master Long Form Complaint until April 11, 2017 and that Defendant PCPC's reply, if any, to Plaintiffs' response and opposition to Defendant PCPC's Motion to Dismiss shall be due on April 25, 2017.

| **For Plaintiffs:** | **For Defendant PCPC:** |
|---|---|
| /s/ *Christopher M. Placitella* | /s/ *Thomas T. Locke, Esq.* |
| Christopher M. Placitella | Thomas T. Locke (DC Bar No. 454144) |
| **COHEN, PLACITELLA, & ROTH, P.C.** | Rebecca Woods (DC Bar No. 468495) |
| 127 Maple Avenue | James R. Billings-Kang (DC Bar No. 984152) |
| Red Bank, NJ 07701 | **SEYFARTH SHAW LLP** |
| Tel: 732-747-9003 | 975 F Street, N.W. |
| Fax: 732-747-9004 | Washington, DC 20004 |
| cplacitella@cprlaw.com | Telephone: (202) 463-2400 |
| | Facsimile: (202) 828-5393 |
| **Plaintiffs' Liaison Counsel** | tlocke@seyfarth.com |
| | rwoods@seyfarth.com |
| | jbillingskang@seyfarth.com |

2

/s/ P. Leigh O'Dell
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

/s/ Michelle A. Parfitt
Michelle A. Parfitt
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

**Plaintiffs' Co-Lead Counsel**

/s/ Sheryl L. Axelrod (NJ Bar No. 017091994)
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
Phone: (205) 461-1770
Facsimile: (205) 238-1779
saxelrod@theaxelrodfirm.com

**Attorneys for Defendant
Personal Care Products Council**

Approved by the Court this 15th day of March, 2017.

Hon. Freda L. Wolfson, U.S.D.J.

3