**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

MDL NO. 16-2738(FLW)(LHG)

GAry Shaw , being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **PLAINTIFFS' MASTER LONG FORM COMPLAINT AND JURY DEMAND**

_to

Johnson & Johnson Co.

located at One Johnson & Johnson Plaza New Brunswick, NJ 08933

resulting in:

X   Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the 13TH day of FEBRUARY , 2017 at 1:15 P .M.

Name: KATHLEEN BONELLI  Title: PARALEGAL

A description of the person with whom the documents were left is as follows:

Sex: FEMALE          Hair Color/Style: BROWN
Race: WHITE          Height (approx.): 5'7"
Age (approx.) 35 YRS OLD   Weight (approx.): 140 LBS
Notable Features/Notes:

Signed and Sworn to before me

This 15TH day of FEBRUARY 2017        Served By:

Notary Public

Title Process Server

Service was completed by an independent contractor retained by A-1 Messenger Service, Inc.