# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON    MDL NO. 16-2738(FLW)(LHG)
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

__Gary Shaw__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **PLAINTIFFS' MASTER LONG FORM COMPLAINT AND JURY DEMAND**

to

Johnson & Johnson Consumer Co.

located at One Johnson & Johnson Plaza New Brunswick, NJ 08933

resulting in:

__X__    Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the __13TH__ day of __FEBRUARY__, 2017 at __1:15 P__.M.
Name: __KATHLEEN BONELLI__   Title: __PARALEGAL__

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | FEMALE | Hair Color/Style: | BROWN |
| Race: | WHITE | Height (approx.): | 5'7" |
| Age (approx.) | 35 | Weight (approx.): | 140 LBS |

Notable Features/Notes: _____

Signed and Sworn to before me
This __15TH__ day of __FEBRUARY__, 2018

Notary Public

Served By: _____
Process Server
Title

Service was completed by an independent contractor retained by A-1 Messenger Service, Inc.