# DrinkerBiddle&Reath LLP

Law Offices

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC

Andrew B. Joseph
Partner responsible for
Florham Park Office

Established 1849

Julie L. Tersigni
(973) 549-7106
julie.tersigni@dbr.com

March 17, 2017

**VIA ELECTRONIC MAIL**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
> **MDL No. 2738**

Dear Judge Wolfson and Judge Goodman:

This week, on March 15th, the parties met and conferred regarding the CMOs for Short Form Complaints and Answers, Preservation Order, Pathology Protocol, and ESI Protocol. Attorneys participated for Plaintiffs, and attorneys participated on behalf of the three defendants. Below is a summary of the negotiations that occurred.

<u>CMO for Short Form Complaints</u>: The parties agreed to a CMO for Short Form Complaints. This CMO was submitted to the Court on March 16, 2017.

<u>CMO for Answers</u>: The parties agreed to a CMO for Answers. This CMO was submitted to the Court on March 16, 2017.

<u>Preservation Order</u>: There is one issue in dispute in the Preservation Order, which is the timing of when Plaintiffs will have to send letters to Plaintiffs' treating physicians to preserve pathology. Plaintiffs have proposed addressing this in the Pathology Protocol negotiations. Defendants are considering Plaintiffs' request and will get back to Plaintiffs as soon as possible.

<u>Pathology Protocol</u>: The parties briefly discussed the Pathology Protocol. There are a few issues that remain in dispute. The parties are going to set up a smaller call to work through these issues.

**DrinkerBiddle&Reath**
L L P

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Lois H. Goodman, U.S.M.J.
March 17, 2017
Page 2 of 2

ESI Protocol: Plaintiffs sent Defendants a revised ESI Protocol on Monday, March 13th ("ESI Protocol"). Defendants had been working off of the Chakalos Protocol that was previously revised and proposed by Plaintiffs ("revised Chakalos Protocol"). The parties are going to schedule a call to discuss with Plaintiffs' ESI experts and attorneys how the ESI Protocol differs from the revised Chakalos Protocol so that the parties can expeditiously work out an agreed upon protocol to submit to the Court.

Next Meeting: The next meet and confer will be Wednesday, March 22nd. The parties will keep the Court apprised of their progress on the issues above.

Thank you for your consideration of these matters.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

s/ Julie L. Tersigni

Julie L. Tersigni

cc: Michelle A. Parfitt
P. Leigh O'Dell
Gene Williams, Esq.
Kat Frazier, Esq.
Lorna Dotro, Esq.
Mark Silver, Esq.
Nancy Erfle, Esq.
John Beisner, Esq.
Tom Locke, Esq.
James Billings-Kang, Esq.
Sheryl Axelrod, Esq.