UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738-FLW-LHG<br>Civil Action No. 3:17-cv-00461-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO:<br><br>ROBERT GENDELMAN, *on behalf of himself and as Executor of the Estate of* SHERRI GENDELMAN,<br><br>　　　　Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-16-06596-PD |

## STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE

It is hereby stipulated and agreed by and among the undersigned attorneys for the Plaintiffs Robert Gendelman, on behalf of himself and as Executor of the Estate of Sherri Gendelman, and Defendant Personal Care Products Council, f/k/a Cosmetic, Toiletry, and Fragrance Association (PCPC), that pursuant to Federal Rule of Civil Procedure 41, all claims asserted in the above-

captioned matter against Defendant are hereby dismissed with prejudice and without costs.

AGREED:

By: _____
Geoffrey B. Gompers, Esquire
Geoffrey B. Gompers & Associates, P.C.
1500 John F. Kennedy Blvd.
Two Penn Center Plaza, Suite 1850
Philadelphia, PA 19102
(215) 567-6600
(215) 567-1998 FAX
gompers@gomperslaw.com

By: /s/ Sheryl L. Axelrod, Esquire
Sheryl L. Axelrod, Esquire
The Axelrod Firm, PC*
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
Direct Dial: 215.461.1768
Fax: 215.238.1779
saxelrod@theaxelrodfirm.com

IT IS SO ORDERED:

*Freda L. Wolfson*

FREDA L. WOLFSON, U.S.D.J.          3-20-17