UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738-FLW-LHG<br>Civil Action No. 3:17-cv-00461-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO:<br><br>ROBERT GENDELMAN, *on behalf of himself and as Executor of the Estate of* SHERRI GENDELMAN,<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 2:16-cv-16-06596-PD<br><br><br><br>AMENDED STIPULATION |

## STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT, PERSONAL CARE PRODUCTS COUNCIL ONLY WITH PREJUDICE WITH ALL CLAIMS AGAINST OTHER DEFENDANTS TO REMAIN

It is hereby stipulated and agreed by and among the undersigned attorneys for the Plaintiffs, Robert Gendelman, on behalf of himself and as Executor of the Estate of Sherri Gendelman (cumulatively "the Gendelmans"), and Defendant, Personal Care Products Council, f/k/a Cosmetic, Toiletry, and Fragrance Association ("PCPC") that pursuant to Federal Rule of Civil Procedure 41, all claims asserted in this matter by the Gendelmans against Defendant, PCPC only are hereby dismissed with prejudice and without costs. All other claims of Gendelman against

other defendants in the action shall remain of record.

AGREED:

By: */s/ Geoffrey B. Gompers, Esquire*
Geoffrey B. Gompers, Esquire
Geoffrey B. Gompers & Associates, P.C.
1500 John F. Kennedy Blvd.
Two Penn Center Plaza, Suite 1850
Philadelphia, PA 19102
(215) 567-6600
(215) 567-1998 FAX
gompers@gomperslaw.com

By: */s/ Sheryl L. Axelrod, Esquire*
Sheryl L. Axelrod, Esquire
The Axelrod Firm, PC
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
Direct Dial: 215.461.1768
Fax: 215.238.1779
saxelrod@theaxelrodfirm.com

This Stipulation replaces and supersedes: Case No. 17-CV-00461, Dkt. Entry No. 31 and Case No. 16-MD-2738, Dkt. Entry No. 138.

Case No. 17-CV-00461 is REOPENED.

IT IS SO ORDERED:

*Freda L. Wolfson*

FREDA L. WOLFSON, U.S.D.J.
3/20/17