UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) MDL NO. 3:16-md-02738-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO: | ) ) ) ) |
| Deborah Crenshaw, et al v. Johnson & Johnson, et al; | ) ) ) ) ) Case No. 3:17-cv-01820-FLW-LHG |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Magua Benson of The Cuffie Law Firm as additional counsel for the following Plaintiffs, all of which are listed in the above entitled action: Deborah Crenshaw; Ozzie Brown; Lucille Burks; Cheryl Fitch; Zachariah Fitch; Dorothy Smith; Toiya Vinson; Benjamin Brock, Individually and as Putative Administrator of the Estate of Lois Brock, deceased; William Dukes, as Putative Administrator of the Estate of Andriea Dukes, deceased; Benjamin Edwards, Individually and as Putative Administrator of the Estate of Shirley Edwards, deceased; Joseph Guthrie, Individually and as Executor of the Estate of Jeannivee Guthrie, deceased; Joenathan Harris, Individually and as Putative Administrator of the Estate of Brunette Harris, deceased; Wanda Holden, Individually and as Putative Administrator of the Estate of Kather Washington, deceased; Leonard Hymes, Individually and as Putative Administrator of the Estate of Judith Hymes, deceased; Walter Lloyd, Individually and as Putative Administrator of the Estate of Marcia Lloyd, deceased; Ninda Rosser, Individually and as Putative

- 2 -

Administrator of the Estate of Julie Haymes, deceased; Allison Salter, Individually and as Putative Administrator of the Estate of Merrion Wilks, deceased; and Johnny Williams, Individually and as Putative Administrator of the Estate of Annie Williams, deceased.

**Dated:** March 23, 2017

                                                Respectfully submitted,
                                                **THE CUFFIE LAW FIRM**
                                                s/ Magua Benson
                                                Magua Benson, Esq.
                                                Georgia Bar No. 518834
                                                **Attorneys for Plaintiff**
                                                3080 Campbellton Road Southwest
                                                Atlanta, Georgia 30311
                                                (404) – 344 – 4242

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

s/ Magua Benson
**Magua Benson, Esq.**