SCHROEDER MAUNDRELL, BARBIERE & POWERS
5300 Socialville Foster Road, Suite 200
Mason, Ohio  45040
513-583-4200
*Attorneys for Plaintiffs Melissa Moore*
*and Hugh Moore*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON        :    Civil No. 3:16-md-2738-FLW-LHG
TALCUM POWDER PRODUCTS    :
MARKETING, SALES PRACTICES    :     MDL No. 2738
AND PRODUCTS LIABILITY LITIGATION :
                              :
                              :

_____:

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of

Plaintiffs Melissa Moore and Hugh Moore.

SCHROEDER, MAUNDRELL, BARBIERE & POWERS

Attorneys for Plaintiffs Melissa Moore and
Hugh Moore

    */s/  Katherine L. Barbiere*
Katherine L. Barbiere

Dated:  March 27, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.


_/s/  Katherine L. Barbiere_
Katherine L. Barbiere
Schroeder Maundrell Barbiere & Powers
5300 Socialville-Foster Rd., Suite 200
Mason, OH 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
kbarbiere@smbplaw.com