IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: REBECCA HALL         Plaintiff, v. JOHNSON & JOHNSON, et al.,         Defendants. | Civil Action No.: 3:16-cv-09596 |

## ORDER

THIS MATTER, having come before the Court on Plaintiff Rebecca Hall's Voluntary Dismissal without Prejudice solely against Valeant Pharmaceuticals International, Inc. and Valeant Pharmaceuticals North America, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERD that Plaintiff Rebecca Hall's Motion for Voluntary Dismissal without Prejudice solely against Valeant Pharmaceuticals International, Inc. and Valeant Pharmaceuticals North America is GRANTED, each party to bear their own attorneys fees and costs.

Signed, this __24th__ day of __March__, 2017.

_Freda L. Wolfson_
Honorable Freda L. Wolfson
United States District Court Judge