# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| **In re: Johnson & Johnson Talcum Powder Products Marketing, Sales, Practices, and Products Liability Litigation** | : : : : : : | MDL No. 2738<br><br>Case No. 3:16-md-02738-FLW-LHG |

## APPEARANCE OF COUNSEL

To:    The Clerk of The Court, U.S. District Court of New Jersey
         Trenton, New Jersey

PLEASE TAKE NOTICE that Eric Barton enters his appearance in this action as an additional counsel for Defendant Personal Care Products Council ("PCPC").

                                                Respectfully Submitted,

Date:  March 28, 2017              By:    */s/ Eric Barton, Esquire*
                                                               Eric Barton, Esquire
                                                               Seyfarth Shaw LLP
                                                               1075 Peachtree Street, NE
                                                               Suite 2500
                                                               Atlanta, GA 30309-3962
                                                               Phone: (404) 885-6772
                                                               Fax: (404) 892-7056
                                                               ebarton@seyfarth.com
                                                               *Attorneys for Defendant*
                                                               *Personal Care Products Council*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  March 28, 2017                                 Respectfully Submitted,

                                                          By:    */s/ Sheryl L. Axelrod*