UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS |

**DEFENDANT PERSONAL CARE PRODUCT COUNCIL'S
NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS**

In light of the March 16, 2017 filing of Plaintiffs' First Amended Master Long Form Complaint (Doc. 132), Defendant Personal Care Products Council ("PCPC") hereby withdraws its Motion to Dismiss (Doc. 100), filed on February 6, 2017. PCPC will file an Omnibus Motion to Dismiss in accordance with the Court's MDL Case Management Order No. 4 (Doc. 149).

Dated:   March 29, 2017                                   Respectfully submitted,

/s/ Thomas T. Locke, Esq.
Thomas T. Locke (DC Bar No. 454144)
Rebecca Woods (DC Bar No. 468495)
James R. Billings-Kang (DC Bar No. 984152)
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
jbillingskang@seyfarth.com

Sheryl L. Axelrod (NJ Bar No. 017091994)
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA  19107
Phone: (215) 461-1770

38343798v.1

-2-

        Facsimile: (215) 238-1779
        *saxelrod@theaxelrodfirm.com*

        *Attorneys for Defendant*
        *Personal Care Products Council*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                                                         */s/ Thomas T. Locke*
                                                                                          Thomas T. Locke