IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CASSANDRA MOORE**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHNSON & JOHNSON**, *et al.*, <br><br> **Defendants.** | **MDL No. 3:16-md-02738-FLW-LHG** <br><br> **Case No. 3:17-cv-02404-FLW-LHG** |

### APPEARANCE OF COUNSEL

To: The Clerk of the Court, U.S. District Court of New Jersey, Trenton, New Jersey

    PLEASE TAKE NOTICE that D. Todd Mathews of Gori Julian & Associates, P.C., hereby enters his appearance in this action on behalf of all Plaintiffs.

    Dated: April 10, 2017

                              Respectfully submitted,

                              s/ D. Todd Mathews
                              D. Todd Mathews, #52502
                              Gori Julian & Associates, P.C.
                              156 N. Main Street
                              Edwardsville, IL 62025
                              (618) 659-9833 – Telephone
                              (618) 659-9834 – Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered parties.

                                                        /s/ D. Todd Mathews_____
                                                        D. Todd Mathews