## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASSANDRA MOORE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, *et al.*, <br><br> Defendants. | MDL No. 3:16-md-02738-FLW-LHG <br><br> Case No. 3:17-cv-02404-FLW-LHG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION TO REMAND**

NOW BEFORE THE COURT is Plaintiffs' Renewed Motion to Remand. The Court having considered the moving papers and any opposition thereto; and having considered the arguments of counsel, and for good cause shown, hereby GRANTS the Plaintiffs' Renewed Motion to Remand and DIRECTS that this action be transferred to the Eastern District of Missouri for the purpose of Remand to the Twenty-Second Judicial Circuit, St. Louis City, Missouri.

SO ORDERED.

Signed on this _____day of _____, 2017

_____
Hon. Freda L. Wolfson