IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | MDL: 16-md-2738 |
| *This filing applies to case Cerrone-Kennedy, et al. vs. Johnson & Johnson, et al.  Case No.: 3:16-cv-07895-FLW-LHG* | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Paul McInnes LLP has changed its name to Paul LLP. The office address, telephone numbers and facsimile number remain the same; however, e-mail addresses have changed to reflect the paulllp.com domain name.

DATED:  April 10, 2017

                                                        **PAUL LLP**

                                                        */s/ Richard M. Paul III*
Richard M. Paul III (MO Bar #44233)
Ashlea Schwarz (MO Bar #60102)
Sue Becker (MO Bar #64721)
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
(816) 984-8101 (F)
rick@paulllp.com
ashlea@paulllp.com
sue@paulllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the April 10, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                              */s/ Richard M. Paul III*