IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION

MDL: 16-md-2738

*This filing applies to case Cerrone-Kennedy, et al. vs. Johnson & Johnson, et al. Case No.: 3:16-cv-07895-FLW-LHG*

## NOTICE OF WITHDRAWAL OF COUNSEL

Jack McInnes of Paul McInnes LLP hereby withdraws as counsel of record for the plaintiffs in the instant action.  Richard M. Paul III remains counsel of record.

DATED: April 10, 2017

**PAUL LLP**

*/s/ Richard M. Paul III*
Richard M. Paul III (MO Bar #44233)
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
(816) 984-8101 (F)
rick@paulllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the April 10, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

      */s/ Richard M. Paul III*