UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

**APPEARANCE OF COUNSEL**

To:   The Clerk of the Court, U.S. District Court of New Jersey
      Trenton, New Jersey

PLEASE TAKE NOTICE that Rebecca Woods enters her appearance in this action as an additional counsel for Defendant Personal Care Products Council.

Dated:  April 11, 2017                           Respectfully submitted,

*/s/ Rebecca Woods*
Rebecca Woods (DC Bar No. 468495)
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA  30309-3962
Telephone:  (404) 885-7996
Facsimile:  (202) 828-5393
rwoods@seyfarth.com

*Attorney for Defendant*
*Personal Care Products Council*

38521610v.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                         */s/ James R. Billings-Kang*
                                                         James R. Billings-Kang