# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court, U.S. District Court of New Jersey
      Trenton, New Jersey

PLEASE TAKE NOTICE that James R. Billings-Kang enters his appearance in this action as an additional counsel for Defendant Personal Care Products Council.

Dated:  April 11, 2017                   Respectfully submitted,

                                         */s/ James R. Billings-Kang*
                                         James R. Billings-Kang (DC No. 468495)
                                         **SEYFARTH SHAW LLP**
                                         975 F Street, N.W.
                                         Washington, DC  20004
                                         Telephone:  (202) 828-5356
                                         Facsimile:  (202) 641-9228
                                         jbillingskang@seyfarth.com

                                         *Attorney for Defendant*
                                         *Personal Care Products Council*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                              */s/ James R. Billings-Kang*
                              James R. Billings-Kang