**DrinkerBiddle&Reath**
L L P

Julie L. Tersigni
973-549-7106 Direct
julie.tersigni@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

April 14, 2017

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
      **MDL No. 2738**

Dear Judge Wolfson and Judge Goodman:

This week, on April 12th, the parties met and conferred regarding the Preservation Order and outstanding discovery. Attorneys participated for Plaintiffs, and attorneys participated on behalf of the three defendants. Below is a summary of the negotiations that occurred.

Preservation Order: The parties are at an impasse on the scope of providers to whom Plaintiffs shall send letters to preserve medical records and the timing for which such letters shall be sent. The parties are drafting a joint submission to send to the Court next week.

Discovery: The parties briefly discussed the status of Plaintiffs' discovery requests to the Johnson & Johnson Defendants. Discussions will continue.

Next Meeting: The next meet and confer will be Wednesday, April 19th. The parties will keep the Court apprised of their progress on the issues above.

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established* 1849

88330910.1

DrinkerBiddle&Reath
LLP

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Lois H. Goodman, U.S.M.J.
April 14, 2017
Page 2

Thank you for your consideration of these matters.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

*s/ Julie L. Tersigni*

Julie L. Tersigni

cc:     Michelle A. Parfitt
        P. Leigh O'Dell
        Gene Williams, Esq.
        Kat Frazier, Esq.
        Lorna Dotro, Esq.
        Mark Silver, Esq.
        Nancy Erfle, Esq.
        John Beisner, Esq.
        Tom Locke, Esq.
        James Billings-Kang, Esq.
        Sheryl Axelrod, Esq.