SCHROEDER MAUNDRELL, BARBIERE & POWERS
5300 Socialville Foster Road, Suite 200
Mason, Ohio  45040
513-583-4200
*Attorneys for Plaintiffs Melissa Moore*
*and Hugh Moore*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiffs Melissa Moore and Hugh Moore.

                                              SCHROEDER, MAUNDRELL, BARBIERE & POWERS

                                              Attorneys for Plaintiffs Melissa Moore and
                                              Hugh Moore


                                                **/s/  Todd M. Powers**
                                              Todd M. Powers

Dated:  April 24, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

       */s/ Todd M. Powers*
Todd M. Powers
Schroeder Maundrell Barbiere & Powers
5300 Socialville-Foster Rd., Suite 200
Mason, OH 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
tpowers@smbplaw.com