BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Melissa Dean*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES ) | MDL No. 2738 |
| AND PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| ) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Melissa Dean.

           */s/ P. Leigh O'Dell*
           P. Leigh O'Dell
           BEASLEY ALLEN CROW METHVIN
           PORTIS & MILES, P.C.
           218 Commerce Street
           Montgomery, Alabama 36104
           (800) 898-2034 Telephone
           (334) 954-7555 Facsimile
           Leigh.ODell@beasleyallen.com

           Attorneys for Plaintiff Melissa Dean

Dated: April 25, 2017

## CERTIFICATE OF SERVICE

  I hereby certify that on April 25, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               */s/ P. Leigh O'Dell*
               P. Leigh O'Dell

               BEASLEY ALLEN CROW METHVIN
               PORTIS & MILES, P.C.