# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | * CIVIL NO. 3:16-md-2738-FLW-LHG <br> * <br> * MDL NO. 2738 <br> * <br> * <br> * |
| THIS DOCUMENT RELATES TO: *Kimberly A. Karrick, et al. v. Johnson & Johnson, et al. (Civil Action No. 3:17-cv-02653)* | * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 18, 2017 on behalf of Plaintiffs Kimberly A. Karrick and Bobby V. Karrick.

Dated: April 26, 2017

Respectfully submitted by,

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, LLC**

 */s/M. Palmer Lambert*
**GERALD E. MEUNIER (LA Bar No. 9471)**
**M. PALMER LAMBERT (LA Bar No. 33228)**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: gmeunier@gainsben.com
Email: plambert@gainsben.com

-and-

**SUTTON, ALKER & RATHER, LLC**

**CHARLES E. SUTTON, JR. (LA Bar No. 19400)**
**MICHAEL B. ALKER (LA Bar No. 24275)**
4080 Lonesome Road, Suite A
Mandeville, LA  70448
Telephone: (985) 727-7501
Facsimile:  (985) 727-7505
Email:  csutton@sutton-alker.com
Email:  malker@sutton-alker.com

*Counsel for Plaintiffs, Kimberly A. Karrick and Bobby V. Karrick*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 /s/M. Palmer Lambert
**M. PALMER LAMBERT**