## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
| |
**In re:  Johnson & Johnson Talcum Powder**     :     MDL No. 2738
**Products Marketing, Sales, Practices, and**     :
**Products Liability Litigation**     :     Case No. 3:16-md-02738-FLW-LHG
_____     :

## APPEARANCE OF COUNSEL

To:     The Clerk of The Court, U.S. District Court of New Jersey
        Trenton, New Jersey

PLEASE TAKE NOTICE that Eric Barton enters his appearance in this action as an additional counsel for Defendant Personal Care Products Council ("PCPC").

Respectfully Submitted,

By:     */s/ Eric Barton*
        Eric Barton
        SEYFARTH SHAW LLP
        1075 Peachtree Street, NE, Suite 2500
        Atlanta, Georgia  30309-3962
        Telephone:  (404) 885-1500
        Facsimile:   (404) 892-7056
        ebarton@seyfarth.com
        *Attorneys for Defendant*
        *Personal Care Products Council*

38842582v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Date:  April 27, 2017                    Respectfully submitted,

*/s/ Eric F. Barton*

38842582v.1