UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| **THIS DOCUMENT RELATES TO:**<br>*Joanne Bussinger v. Johnson & Johnson, et al.*<br>*(Civil Action No. 3:17-cv-02730)* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 20, 2017 on behalf of Plaintiff Joanne Bussinger.

Dated: April 27, 2017

Respectfully submitted,

/s/Brett A. Emison
Brett A. Emison
Langdon & Emison, LLC
911 Main Street
Lexington, MO 64067
Ph: 660-259-6175
Fax: 660-259-4571
brett@lelaw.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on April 27, 2017.

                /s/ Brett A. Emison
                Attorney for Plaintiffs