Ben F. Pierce Gore
Pratt & Associates
1871 The Alameda
Suite 425
San Jose, CA  95126
(408)369-0800

*Attorney for Plaintiff Dolores Gould*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Dolores Gould; Case No: 3:16-cv-06567-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Dolores Gould.

Dated: April 27, 2017        /s/ Pierce Gore
                             Ben F. Pierce Gore
                             Pratt & Associates
                             1871 The Alameda
                             Suite 425
                             San Jose, CA  95126
                             (408)369-0800
                             Fax: 408-369-0752
                             Email:pgore@prattattorneys.com

                             *Attorney for Plaintiff Dolores Gould*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Pierce Gore*
                                                Ben F. Pierce Gore