**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Judy M. McDowell, et al. v. Johnson & Johnson, et al. (Civil Action No. 3:17-cv-02697* | **Civil No.: 3:16-md-2738-FLW-LHG**<br><br>**MDL NO. 2738** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form.

Complaints) that the Short Form Complaint and Jury Demand was filed on April 20, 2017 on behalf of

Plaintiffs Judy M. McDowell and Jim McDowell.

Dated: April 27, 2017                    Respectfully submitted,

                                                        /s/Brett A. Emison
                                                        Brett A. Emison
                                                        Langdon & Emison, LLC
                                                        911 Main Street
                                                        Lexington, MO 64067
                                                        Ph: 660-259-6175
                                                        Fax: 660-259-4571
                                                        brett@lelaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on April 27, 2017.


<u>/s/ Brett A. Emison</u>
Attorney for Plaintiffs