John "Don" Barrett
David McMullan, Jr.
Katherine B. Riley
Sterling Starns
Cary Littlejohn
Brandi Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com
sstarns@barrettlawgroup.com
clittlejohn@barrettlawgroup.com
Bhamilton@barrettlawgroup.com

*Attorneys for Plaintiff Tanashiska Lumas*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Tanashiska Lumas; Case No: 3:16-cv-06694-FLW-LHG | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Tanashiska Lumas.

Dated: April 27, 2017                             */s/ Don Barrett*
                                                                    John "Don" Barrett
                                                                    David McMullan, Jr.
                                                                    Katherine B. Riley

        Sterling Starns
        Cary Littlejohn
        Brandi Hamilton
        DON BARRETT, P.A.
        404 Court Square
        Lexington, Mississippi 39095
        Telephone: (662) 834-2488
        Fax: (662) 834-2628
        dbarrett@barrettlawgroup.com
        dmcmullan@barrettlawgroup.com
        kbriley@barrettlawgroup.com
        sstarns@barrettlawgroup.com
        clittlejohn@barrettlawgroup.com
        Bhamilton@barrettlawgroup.com

        *Attorneys for Plaintiff Tanashiska Lumas*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ Don Barrett*
        Don Barrett