Richard Barrett
LAW OFFICE OF RICHARD R. BARRETT, PLLC
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

*Attorney for Plaintiff Ada Rich-Williams*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to: Ada Rich-Williams; Case No: 3:16-cv-06489-FLW-LHG | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Ada Rich-Williams.

Dated: April 27, 2017                    /s/ Richard Barrett
                                         Richard Barrett
                                         LAW OFFICE OF RICHARD R.
                                         BARRETT, PLLC
                                         2086 Old Taylor Rd, Suite 1011
                                         Oxford, MS 38655
                                         Tel: 662-380-5018
                                         Fax: 866-430-5459
                                         rrb@rrblawfirm.net

                                         *Attorney for Plaintiff Ada Rich-Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Richard Barrett
Richard Barrett