Charles Barrett
NEAL & HARWELL, PLC
1201 Demonbreun
Suite 1000
Nashville, TN 37203
(615) 238-3647 (direct)
(615) 293-7375 (mobile)
cbarrett@nealharwell.com

*Attorney for Plaintiff Patricia Kuhn*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to: Patricia Kuhn; Case No: 3:16-cv-07312-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Patricia Kuhn.

Dated: April 27, 2017                /s/ Charles Barrett
                                      Charles Barrett
                                      NEAL & HARWELL, PLC
                                      1201 Demonbreun
                                      Suite 1000
                                      Nashville, TN 37203
                                      (615) 238-3647 (direct)
                                      (615) 293-7375 (mobile)
                                      cbarrett@nealharwell.com

                                      *Attorney for Plaintiff Patricia Kuhn*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Charles Barrett*
Charles Barrett
