UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: _____<br>Hicks v. Johnson & Johnson, et al.\_\_\_\_\_<br>3:16-cv-07428-FLW-LGH_____ | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 27, 2017 on behalf of Plaintiffs Nancy Crews Hicks and Brannon Rice Hicks, Sr.

Respectfully submitted this 27th day of April, 2017.

| | |
|---|---|
| **BARNES LAW GROUP, LLC** | **CHEELEY LAW GROUP, LLC** |
| s/ John R. Bevis_____ | s/ Robert D. Cheeley_____ |
| Roy E. Barnes | Robert D. Cheeley |
| Georgia Bar No.: 039000 | Georgia Bar No. 122727 |
| John R. Bevis | Patrick A. Dawson |
| Georgia Bar No. 056110 | Georgia Bar No.: 005620 |
| | Keith A. Pittman |
| 31 Atlanta Street | Georgia Bar No.: 581270 |
| Marietta, GA 30060 | |
| Phone: 770-227-6375 | 229 South Main Street |
| | Suite A |
| | Alpharetta, GA 30009 |
| | Phone: 770-559-6365 |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 27th day of April, 2017.

**BARNES LAW GROUP, LLC**

s/ John R. Bevis_____
John R. Bevis
Georgia Bar No. 056110