UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2378 (FLW) (LHG) |

**This document relates to:**
*Estate of Linda Abell, et al. v. Johnson & Johnson, et al.*
*(Case No. 3:16-cv-08901)*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 27, 2017 on behalf of Plaintiffs Estate of Linda E. Abell, by and through James H. Abell, as Executor, and James H. Abell, individually.

Dated: April 27, 2017

Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
Abigale Rhodes Green
GROSSMAN & MOORE, PLLC
One Riverfront Plaza
401 West Main Street, Suite 1810
Louisville, KY  40202
Phone: (502) 657-7100
Fax: (502) 657-7111
jmoore@gminjurylaw.com
*Counsel for Plaintiffs, Estate of Linda E. Abell, by and through James H. Abell, as Executor, and James H. Abell, individually*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>/s/Jennifer A. Moore
>Jennifer A. Moore
>GROSSMAN & MOORE, PLLC
>One Riverfront Plaza
>401 West Main Street, Suite 1810
>Louisville, KY  40202
>Phone: (502) 657-7100
>Fax: (502) 657-7111
>jmoore@gminjurylaw.com
>*Counsel for Plaintiffs, Estate of Linda E. Abell,*
>*by and through James H. Abell, as Executor,*
>*and James H. Abell, individually*