# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Johnson & Johnson Talcum Powder Products Marketing, Sales Practice and Products Liability Litigation | 3:16-md-2738-FLW-LHG |
| | Honorable Freda L. Wolfson |
| *This Document Also Relates To:* | |
| CARLA M. DONOHUE, as Personal Representative of the Estate of ANN ESTELL MCKNIGHT, | **Civil Action No. 3:17-cv-2399** |
| Plaintiffs, | |
| v. | |
| JOHNSON & JOHNSON, et al. | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Carmen S. Scott, of the law firm of Motley Rice LLC, hereby appears on behalf of the Plaintiff Carla M. Donohue, as Personal Representative of the Estate of Ann Estell McKnight (D.N.J. Case No. 3:17-cv-2399) and in the above-referenced MDL proceeding 3:16-md-2738-FLW-LHG.

Dated: April 27, 2017

Respectfully submitted,

/s/ *Carmen S. Scott*
Carmen S. Scott
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000; Fax: (843) 216-9430
Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                                /s/ *Carmen S. Scott*
                                                Carmen S. Scott