UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Heather A. Carlin and William H. Carlin, Jr.<br>(Case 3:16-cv-08699) | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 26, 2017 on behalf of Plaintiffs Heather A. Carlin and William H. Carlin, Jr.

| | |
|---|---|
| Dated: April 28, 2017 | Respectfully Submitted by,<br><br>/s/ Christopher M. Placitella<br>/s/ Dennis M. Geier<br>Cohen Placitella & Roth<br>127 Maple Ave.<br>Red Bank, NJ 07701<br>Phone: (732) 747-9003<br>Fax: (732) 747-9004<br>*Counsel for Plaintiff(s) Heather A. Carlin and William H. Carlin, Jr.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 28, 2017

/s/Dennis M. Geier
Cohen Placitella & Roth
127 Maple Ave.
Red Bank, NJ 07701
(732) 747-9003
(732) 747-9004
dgeier@cprlaw.com
Counsel for Plaintiffs,
Heather A. Carlin and
William H. Carlin, Jr.