UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Eric Davis, Individually and on behalf of the Estate of Patricia Dance, deceased<br>*Case: 3:16-cv-7844* | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 26, 2017 on behalf of Plaintiff Eric Davis, Individually and on behalf of the Estate of Patricia Dance, deceased.

Dated: April 28, 2017

Respectfully Submitted by,

/s/ Christopher M. Placitella
/s/ Dennis M. Geier
Cohen Placitella & Roth
127 Maple Ave.
Red Bank, NJ 07701
Phone: (732) 747-9003
Fax: (732) 747-9004
*Counsel for Plaintiff, Eric Davis, Individually and on behalf of the Estate of Patricia Dance, deceased.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 28, 2017                          /s/Dennis M. Geier
                                                                Cohen Placitella & Roth
                                                                 127 Maple Ave.
                                                                 Red Bank, NJ 07701
                                                                 (732) 747-9003
                                                                 (732) 747-9004
                                                                 dgeier@cprlaw.com
                                                                 *Counsel for Plaintiff, Eric*
                                                                 *Davis, Individually and on*
                                                                 *behalf of the Estate of Patricia*
                                                                 *Dance, deceased.*