UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Linda Blazio v. Johnson & Johnson, Inc., et al (Civil Action No. 3:16-cv-07489)</u> | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand was filed on April 27, 2017 on behalf of Plaintiff Linda Blazio.

Dated: April 28, 2017                                    Respectfully submitted,

                                                 /s/JOHN D. SILEO_____
                                                JOHN D. SILEO (LA. BAR NO.: 17797)
                                                CASEY MOLL (LA. BAR NO.: 35925)
                                                320 NORTH CARROLLTON AVE #101
                                                NEW ORLEANS, LOUISIANA 70119
                                                Telephone: (504) 486-4343
                                                Facsimile: (504) 297-1249
                                                **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on April 27, 2017.

               /s/JOHN D. SILEO_____
              JOHN D. SILEO (LA. BAR NO.: 17797)
              CASEY MOLL (LA. BAR NO.: 35925)
              320 NORTH CARROLLTON AVE #101
              NEW ORLEANS, LOUISIANA 70119
              Telephone: (504) 486-4343
              Facsimile: (504) 297-1249
              **Counsel for Plaintiff(s)**