**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: _Peggy Vallot v. Johnson & Johnson, Inc., et al (Civil Action No. 3:16-cv-08086)_ | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 27, 2017 on behalf of Plaintiff Peggy Vallot.

Dated: April 28, 2017                                Respectfully submitted,

                                                             /s/JOHN D. SILEO_____
                                                             JOHN D. SILEO (LA. BAR NO.: 17797)
                                                             CASEY MOLL (LA. BAR NO.: 35925)
                                                            320 NORTH CARROLLTON AVE #101
                                                            NEW ORLEANS, LOUISIANA 70119
                                                            Telephone: (504) 486-4343
                                                            Facsimile: (504) 297-1249
                                                            **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on April 27, 2017.

                 /s/JOHN D. SILEO
                JOHN D. SILEO (LA. BAR NO.: 17797)
                CASEY MOLL (LA. BAR NO.: 35925)
                320 NORTH CARROLLTON AVE #101
                NEW ORLEANS, LOUISIANA 70119
                Telephone: (504) 486-4343
                Facsimile: (504) 297-1249
                **Counsel for Plaintiff(s)**