# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Olivia Prout v. Johnson & Johnson, Inc., et al (Civil Action No. 3:16-cv-07774)* | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand was filed on April 27, 2017 on behalf of Plaintiff Olivia Prout.

Dated: April 28, 2017                               Respectfully submitted,

                                                    /s/JOHN D. SILEO_____
JOHN D. SILEO (LA. BAR NO.: 17797)
CASEY MOLL (LA. BAR NO.: 35925)
320 NORTH CARROLLTON AVE #101
NEW ORLEANS, LOUISIANA 70119
Telephone: (504) 486-4343
Facsimile: (504) 297-1249
**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on April 27, 2017.

    /s/JOHN D. SILEO_____
JOHN D. SILEO (LA. BAR NO.: 17797)
CASEY MOLL (LA. BAR NO.: 35925)
320 NORTH CARROLLTON AVE #101
NEW ORLEANS, LOUISIANA 70119
Telephone: (504) 486-4343
Facsimile: (504) 297-1249
**Counsel for Plaintiff(s)**