**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Paul Resor, Jr. individually and on behalf of his deceased wife Faye Resor v. Johnson & Johnson, Inc., et al (Civil Action No. 3:16-cv-07989)</u> | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand was filed on April 27, 2017 on behalf of Plaintiff Paul Resor, Jr. individually and on behalf of his deceased wife, Faye Resor.

Dated: April 28, 2017                               Respectfully submitted,

                                          _/s/JOHN D. SILEO_____
                                          JOHN D. SILEO (LA. BAR NO.: 17797)
                                          CASEY MOLL (LA. BAR NO.: 35925)
                                          320 NORTH CARROLLTON AVE #101
                                          NEW ORLEANS, LOUISIANA 70119
                                          Telephone: (504) 486-4343
                                          Facsimile: (504) 297-1249
                                          **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on April 27, 2017.

      /s/JOHN D. SILEO  
JOHN D. SILEO (LA. BAR NO.: 17797)  
CASEY MOLL (LA. BAR NO.: 35925)  
320 NORTH CARROLLTON AVE #101  
NEW ORLEANS, LOUISIANA 70119  
Telephone: (504) 486-4343  
Facsimile: (504) 297-1249  
**Counsel for Plaintiff(s)**