# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS        3:16-md-027838-FLW-LHG
LIABLITY LITIGATION

This document relates to:
*Cerrone-Kennedy, et al v. Johnson & Johnson, et al.*, 3:16-cv-07895

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 10, 2017 on behalf of Plaintiffs Delores Cerrone-Kennedy and Josh Kennedy.

Dated: April 28, 2017        Respectfully Submitted,

        */s/ Richard M. Paul III*
        Richard M. Paul III (Mo. #44233)
        Ashlea Schwarz (Mo. #60102)
        Sue Becker (Mo. #64721)
        PAUL LLP
        601 Walnut Street, Suite 300
        Kansas City, Missouri 64106
        Phone: 816-984-8100
        Fax: 816-984-8101
        rick@paulLLP.com
        ashlea@paulLLP.com
        sue@paulLLP.com