**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No.       16-2738 (FLW)(LHG) |
| This Document Relates to: : : | |
| ROBERT GENDELMAN, et al. : Plaintiffs, : v. : : JOHNSON & JOHNSON, et al. : Defendants. : | Civil Action No. 3:17-cv-00461 FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 28, 2017 on behalf of Plaintiffs, Robert Genedelman, et al.

GEOFFREY B. GOMPERS & ASSOCIATES, P.C

 /s/Geoffrey B. Gompers
Geoffrey B. Gompers, Esquire
Attorney for Plaintiffs, Robert Gendelman,
Executor of the Estate of Sherri Gendelman
and Robert Gendelman, in his own right

Dated: 04/28/2018