# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION<br><br><br>This document relates to:<br>*Cerrone-Kennedy, et al v. Johnson & Johnson, et al.*, 3:16-cv-07895 | 3:16-md-02738-FLW-LHG |

## PLAINTIFFS' NOTICE TO VOLUNTARILY DISMISS DEFENDANT IMERYS TALC AMERICA, INC.

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs Delores Cerrone-Kennedy and Josh Kennedy hereby give notice that Defendant Imerys Talc America, Inc. f/k/a Luzenac America, Inc. is voluntarily dismissed. This matter remains pending as to all other defendants.

Dated: May 1, 2017          Respectfully Submitted,

/s/ Richard M. Paul III
Richard M. Paul III (Mo. #44233)
Ashlea Schwarz (Mo. #60102)
Sue Becker (Mo. #64721)
PAULLLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Phone: 816-984-8100
Fax: 816-984-8101
rick@paulLLP.com
ashlea@paulLLP.com
sue@paulLLP.com

## CERTIFICATE OF SERVICE

I hereby certify that on the May 1, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.


*/s/ Richard M. Paul III*