UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>CERRONE-KENNEDY, et al<br><br>      PLAINTIFFS,<br>V.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC.; IMERYS TALC AMERICA, INC.; AND PERSONAL CARE PRODUCTS COUNCIL,<br><br>      DEFENDANTS. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>CIVIL ACTION NO.: 3:16-cv-7895 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT IMERYS TALC AMERICA, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the undersigned parties, that the above-captioned case be dismissed with prejudice as to Defendant Imerys Talc America, Inc., with each party to bear its own costs. This matter remains pending as to all other defendants.

IT IS SO STIPULATED:

Dated: May 1, 2017       Respectfully Submitted,

                /s/ Richard M. Paul III
                Richard M. Paul III (Mo. #44233)
                Ashlea Schwarz (Mo. #60102)
                Sue Becker (Mo. #64721)
                PAUL LLP
                601 Walnut Street, Suite 300

                                                          Kansas City, Missouri 64106
                                                          Phone: 816-984-8100
                                                          Fax: 816-984-8101
                                                          rick@paulLLP.com
                                                          ashlea@paulLLP.com
                                                          sue@paulLLP.com

*Attorneys for Plaintiff*

DATED: May 1, 2017                        COUGHLIN DUFFY LLP

                                                */s/ Mark K. Silver*
                                                Mark K. Silver
                                                Lorna A. Dotro
                                                COUGHLIN DUFFY LLP
                                                350 Mount Kemble Ave.
                                                Morristown, New Jersey 07962
                                                T:  973-631-6045
                                                F:  973-267-6442

                                                *Attorneys for Defendant Imerys Talc America, Inc., formerly known as Luzenac America, Inc.*

### CERTIFICATE OF SERVICE

      I hereby certify that on the May 1, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                                */s/ Richard M. Paul III*