Brandi Hamilton
Don Barrett
David McMullan, Jr.
Katherine B. Riley
Sterling Starns
Cary Littlejohn
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com
sstarns@barrettlawgroup.com
clittlejohn@barrettlawgroup.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON | ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS | ) | |
| MARKETING, SALES PRACTICES | ) | MDL NO. 2738 |
| AND PRODUCTS LIABLITY LITIGATION | ) | |
| | ) | |
| This document relates to: | ) | |
| Ronald Herrington, individually and as | ) | |
| Personal Representative of the Estate of | ) | |
| Carrie Herrington, deceased; Case No: | ) | |
| 3:17-cv-02386-FLW-LHG | ) | |
| | ) | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Ronald Herrington, individually and as a personal representative of Carrie Herrington, deceased.

Dated: May 3, 2017.

/s/ Brandi Hamilton
Brandi Hamilton
Don Barrett
David McMullan, Jr.
Katherine B. Riley
Sterling Starns
Cary Littlejohn
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
Bhamilton@barrettlawgroup.com
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com
sstarns@barrettlawgroup.com
clittlejohn@barrettlawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Brandi Hamilton
Brandi Hamilton