# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES,  AND PRODUCTS
LIABILITY LITIGATION                                 3:16-md-02738-FLW-LHG

*This document relates to:*

*Pilar Hestress v. Johnson & Johnson, et al.,*
*3:17-cv-02384*
_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 11,

2017 on behalf of the Plaintiff, Pilar Hestress.

Dated: May 4, 2017

Respectfully submitted,

/s/ Joseph H. Saunders
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33780-1637
(727) 579-4500, FAX (727) 577-9797
FBN 341746
joe@saunderslawyers.com
*Counsel for Plaintiff*