UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 3:16-md-02738-FLW-LHG |

*This document relates to:*

*Diana Shinske, et ux v. Johnson & Johnson, et al., 3:16-cv-07894*

_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 6, 2017 on behalf of the Plaintiffs, Diana Shinske and Daniel J. Shinske.

Dated: May 4, 2017

Respectfully submitted,

/s/ Joseph H. Saunders
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33780-1637
(727) 579-4500, FAX (727) 577-9797
FBN 341746
joe@saunderslawyers.com
*Counsel for Plaintiffs*

1