**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM | ) |
| POWDER PRODUCTS MARKETING, SALES | ) MDL No. 2738 (FLW) (LHG) |
| PRACTICES, AND PRODUCTS LIABILITY | ) |
| LITIGATION | ) |

| | |
|---|---|
| ***This document relates to:*** | ) |
| CLYDE LAGRONE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Case No.: 3:17-cv-02398-FLW-LHG |
| vs. | ) |
| | ) |
| JOHNSON & JOHNSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

THE COURT, having considered Plaintiffs' papers in support of remand and any opposition thereto, and having considered the arguments of counsel, hereby GRANTS Plaintiffs' Motion to Remand.

SO ORDERED.

_____            _____
Date                                             Hon. Freda L. Wolfson