# EXHIBIT 7





# In the Missouri Court of Appeals
## Eastern District
### WRIT DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel., JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | ) ) ) ) ) | No. ED102970 |
| Relator, | ) ) | Writ of Prohibition |
| v. | ) ) ) | Cause No. 1422-CC09964-01 |
| THE HONORABLE JOHN F. GARVEY, 22nd Judicial Circuit, City of St. Louis, Missouri, | ) ) ) ) | |
| Respondent. | ) | |

### ORDER

Relators have filed a petition for Writ of Prohibition along with suggestions in support and exhibits.

Being duly advised in the premises, the Court DENIES Relator's Petition for Writ of Prohibition.

SO ORDERED:

DATE: 5/21/15

_____
Roy L. Richter
Presiding Judge
Writ Division VI
Missouri Court of Appeals
Eastern District

cc: Hon. John F. Garvey
    Eric D. Holland

Mary Anne Mellow
Mark A. Prost
Mark C. Hegarty
Gerard T. Noce

# In the Supreme Court of Missouri

May Session, 2015

State ex rel. Imerys Talc America, Inc.,

       Relator,

No. SC95036     PROHIBITION AND/OR MANDAMUS
St. Louis City Circuit Court No. 1422-CC09964-01
Eastern District Court of Appeals No. ED102968

The Honorable John F. Garvey,

       Respondent.

    *Now at this day, on consideration of the petition for a writ of prohibition and/or mandamus herein to the said respondent, it is ordered by the Court here that the said petition be, and the same is hereby denied.*

STATE OF MISSOURI-Sct.

    *I, BILL L. THOMPSON, Clerk of the Supreme Court of the State of Missouri, certify that the foregoing is a full, true and complete transcript of the judgment of said Supreme Court, entered of record at the May Session thereof, 2015, and on the 30th day of June, 2015, in the above-entitled cause.*

    *WITNESS my hand and the Seal of the Supreme Court of Missouri, at my office in the City of Jefferson, this 30th day of June, 2015.*

_____, Clerk

_____, Deputy Clerk



| Supreme Court of Missouri | | vs. | | **MANDATE** | JUDGMENT | |
|---|---|---|---|---|---|---|





# In the Missouri Court of Appeals
## Eastern District
### WRIT DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel., ) | No. ED102852 |
| IMERYS TALC AMERICA, INC., ) | |
| ) | |
| Relator, ) | Writ of Prohibition and/or |
| ) | Mandamus |
| ) | |
| v. ) | |
| ) | Cause No. 1422-CC09012-01 |
| THE HONORABLE JOHN F. GARVEY, ) | |
| 22nd Judicial Circuit, ) | |
| City of St. Louis, Missouri, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Relators have filed a Petition for Writ of Prohibition and/or Mandamus along with Suggestions in Support and Exhibits. Respondent filed Suggestions in Opposition to Relators' Petition for Writ of Prohibition and/or Mandamus.

Being duly advised in the premises, the Court hereby DENIES Relators' Petition for Writ of Prohibition and/or Mandamus.

SO ORDERED:

DATE: 4/30/15

Philip M. Hess
Presiding Judge
Writ Division VII
Missouri Court of Appeals
Eastern District

cc: Hon. John F. Garvey
    James G. Onder
    Mark C. Hegarty
    Ted G. Meadows
    Scott A. James

R. Allen Smith, Jr.
Beth A. Bauer
Timothy W. Porter
Gerard T. Noce
Mary Anne Mellow

2

# In the Supreme Court of Missouri

May Session, 2015

State ex rel. Imerys Talc America, Inc.,

       Relator,

No.  SC94980     PROHIBITION AND/OR MANDAMUS
St. Louis City Circuit Court No.  1422-CC09012-01
Eastern District Court of Appeals No.  ED102852

The Honorable John F. Garvey,

       Respondent.

    Now at this day, on consideration of the petition for a writ of prohibition and/or mandamus herein to the said respondent, it is ordered by the Court here that the said petition be, and the same is hereby denied.

STATE OF MISSOURI-Sct.

    I, BILL L. THOMPSON, Clerk of the Supreme Court of the State of Missouri, certify that the foregoing is a full, true and complete transcript of the judgment of said Supreme Court, entered of record at the May Session thereof, 2015, and on the 30th day of June, 2015, in the above-entitled cause.

> WITNESS my hand and the Seal of the Supreme Court of Missouri, at my office in the City of Jefferson, this 30th day of June, 2015.

_____, Clerk

_____, Deputy Clerk



Supreme Court of Missouri

vs.

**MANDATE**

JUDGMENT