UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                     3:16-md-02738-FLW-LHG

*This document relates to:*

*Sandra Applefield v. Johnson & Johnson, et al.,
3:17-cv-03080*
_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 3, 2017 on behalf of the Plaintiff, Sandra Applefield.

Dated: May 5, 2017

                                                 Respectfully submitted,

                                                 /s/ Joseph H. Saunders
                                                 Joseph H. Saunders, Esquire
                                                 SAUNDERS & WALKER, P.A.
                                                 3491 Gandy Blvd. North, Ste. 200
                                                 Pinellas Park, FL 33780-1637
                                                 (727) 579-4500, FAX (727) 577-9797
                                                 FBN 341746
                                                 joe@saunderslawyers.com
                                                 *Counsel for Plaintiff*

1