## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS

MARKETING, SALES PRACTICES, AND

PRODUCTS LIABLITY LITIGATION

Civil No. 3:16-md-2738-FLW-LHG

MDL NO. 16-2738

*This document relates to:*
Odell Holliday, Individually and on behalf
of the deceased, Linda Pearson Marshall

3:16-cv-09507

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the short Form Complaint and Jury Demand has been filed this date

on behalf of Plaintiff Odell Holliday, Individually and on behalf of the deceased, Linda

Pearson Marshall.

Dated:   May 5, 2017

By:  /s/ Douglas R. Plymale
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
LANSON BORDELON, ESQ. (LSBA #3451)
lbordelon@dugan-lawfirm.com
DAVID SCALIA, ESQ. (LSBA #21369)
dscalia@dgan-lawfirm.com
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
THE DUGAN LAW FIRM APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile:  (504) 648-0181

*Attorneys for Plaintiff*