UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Nina Sawyer and Dennis Sawyer,<br><br>                              Plaintiffs,<br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-3274 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand has been filed on May 9, 2017 on behalf of Plaintiffs Nina Sawyer and Dennis Sawyer.

Dated: May 10, 2017                                   Respectfully submitted,

                                                      /s/Brett A. Emison
                                                      Brett A. Emison
                                                      Langdon & Emison, LLC
                                                      911 Main Street
                                                      Lexington, MO 64067
                                                      Ph: 660-259-6175
                                                      Fax: 660-259-4571
                                                      brett@lelaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on May 10, 2017.

                                                    /s/ Brett A. Emison
                                                  Attorney for Plaintiffs