UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 16-2738 (FLW) (LHG) ) ) ) ) |
| This document relates to: | ) ) |
| *Mary Rea, et al. v. Johnson & Johnson, et al.* | ) Case No. 3:17-cv-02397 ) |

## **ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

Dated:  May 10, 2017

Respectfully Submitted,

*/s/ Eric S. Johnson*
Eric S. Johnson
Trent B. Miracle
John J. Foley
Andy S. Williams
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
tmiracle@simmonsfirm.com
jfoley@simmonsfirm.com
awilliams@simmonsfirm.com
ejohnson@simmonsfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 10th day of May, 2017 to all parties of interest.

                                                    /s/ Eric S. Johnson
                                                      Eric S. Johnson