IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) |

**This documents relates to:**
Rebecca Hall v. Johnson & Johnson, et al.
(Case No. 3:16-cv-09596)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed April 27, 2017 on behalf of Plaintiff Rebecca Hall.

**Dated this 12th day of May, 2017**

**Respectfully submitted,**

/s/ *Paige Boldt*_____
**Paige Boldt**
NJ State Bar No. 52242013
**Ryan L. Thompson**
TX State Bar No. 24046969
**Mikal C. Watts**
TX State Bar No. 20981820
**WATTS GUERRA LLP**
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 866-529-9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2017, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                          */s/Paige Boldt*
                                                          Paige Boldt