UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-02738-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO: *Leon Poche, et al vs. Johnson & Johnson, et al.* | Case No.: 3:16-cv-09507-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand was filed February 28, 2017 on behalf of Plaintiffs Leon Poche, Kevin Poche and Celeste Poche.

**Dated this 12th day of May, 2017**

Respectfully submitted:

**USRY, WEEKS & MATTHEWS**

_s/Timothy R. Richardson_
TIMOTHY R. RICHARDSON (#27625)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone:   (504) 592-4600
Facsimile:     (504) 592-4641
**Attorney for Petitioner**

-and-

        Brian E. Adorno ( #8351)
        Attorney at Law, LLC,
        1421 N. Causeway Blvd., Suite 201
        Metairie, Louisiana 70001
        Telephone:  (504) 227-2280
        Facsimile:  (504) 227-2290
        **Attorney for Petitioner**

## CERTIFICATE OF SERVICE

I hereby certify that on this __12TH__ day of __May__, 2017, a copy of this pleading has been served upon all counsel to this action by electronic-mail, facsimile or by depositing same in the United States mail, properly addressed and first class postage prepaid.

        *s/Timothy R. Richardson*
        Timothy R. Richardson