UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **IN RE: JOHNSON & JOHNSON** | * | MDL NO.  3:16-md-02738-FLW-LHG |
| **TALCUM POWDER PRODUCTS** | * | |
| **MARKETING, SALES PRACTICES** | * | |
| **AND PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | |
| ****************************************** | | |
| | * | |
| **THIS DOCUMENT ALSO RELATES TO:** | * | |
| *Leon Poche, et al vs.* | * | Case No.: 3:16-cv-09507-FLW-LHG |
| *Johnson & Johnson, et al*. | * | |
| ****************************************** | | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand was filed February 28, 2017 on behalf of Plaintiffs Leon Poche, Kevin Poche and Celeste Poche.

**Dated this 12th day of May, 2017**

                                         Respectfully submitted:

                                         **USRY, WEEKS & MATTHEWS**

                                         *s/Timothy R. Richardson*
                                        TIMOTHY R. RICHARDSON (#27625)
                                        1615 Poydras Street, Suite 1250
                                        New Orleans, Louisiana 70112
                                        Telephone:    (504) 592-4600
                                        Facsimile:     (504) 592-4641
                                        **Attorney for Petitioner**

                                                   -and-

Brian E. Adorno ( #8351)
Attorney at Law, LLC,
1421 N. Causeway Blvd., Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 227-2280
Facsimile:  (504) 227-2290
**Attorney for Petitioner**

## CERTIFICATE OF SERVICE

I hereby certify that on this __12TH__ day of __May__, 2017, a copy of this pleading has been served upon all counsel to this action by electronic-mail, facsimile or by depositing same in the United States mail, properly addressed and first class postage prepaid.

          *s/Timothy R. Richardson*
          Timothy R. Richardson