# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | MDL No. 2738 |
| This document relates to: | |
| Sharon R. Ball v. Johnson & Johnson, et al., *Case No. 3:17-cv-01783-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-captioned action on March 16, 2017 on behalf of Plaintiff Sharon R. Ball.

Dated: May 11, 2017                                       Respectfully Submitted,

/s/ Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Sharon R. Ball*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 11, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

Dated: May 11, 2017

/s/ Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Sharon R. Ball*