# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION<br><br>Darlene Kernan and Gary Kernan,<br><br>  Plaintiffs<br>     v.<br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br><br>  Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-3465 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the short Form Complaint and Jury Demand has been filed on May 15, 2017 on behalf of Plaintiffs Darlene Kernan and Gary Kernan.

Dated:   May 15, 2017

By: /s/ Mekel Smith Alvarez
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
LANSON BORDELON, ESQ. (LSBA #3451)
lbordelon@dugan-lawfirm.com
DAVID SCALIA, ESQ. (LSBA #21369)
dscalia@dgan-lawfirm.com
THE DUGAN LAW FIRM APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile:  (504) 648-0181

*Attorneys for Plaintiffs*

Case 3:16-md-02738-MAS-RLS   Document 234   Filed 05/15/17   Page 2 of 2 PageID: 3079

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 15, 2017.

/s/ Mekel Smith Alvarez

Dugan Law Firm
*Attorneys for Plaintiffs*