## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION<br><br>Memarie Jobe and James N. Jobe,<br><br>　　　　　　　　　　　　Plaintiffs<br>　　v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br>　　　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-03474 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the short Form Complaint and Jury Demand has been filed on May 16, 2017 on behalf of Plaintiffs Memarie Jobe and James N. Jobe.

Dated:　May 16, 2017

By: /s/ Mekel Smith Alvarez
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
LANSON BORDELON, ESQ. (LSBA #3451)
lbordelon@dugan-lawfirm.com
DAVID SCALIA, ESQ. (LSBA #21369)
dscalia@dgan-lawfirm.com
THE DUGAN LAW FIRM APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile:  (504) 648-0181

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 16, 2017.

                                     /s/ Mekel Smith Alvarez

                                     Dugan Law Firm
                                     *Attorneys for Plaintiffs*