**ASHCRAFT & GEREL, LLP**
ATTORNEYS AND COUNSELLORS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VIRGINIA 22311

(703) 931-5500
FAX (703) 820-0630

ROCKVILLE, MD 20852 — SUITE 1002 — 11300 ROCKVILLE PIKE — (301) 770-3737
WASHINGTON, DC 20006 — SUITE 700 — 1825 K STREET, N.W. — (202) 783-6400
LANDOVER, MD 20785 — SUITE 301 — 4301 GARDEN CITY DRIVE — (301) 459-8400
BALTIMORE, MD 21202 — SUITE 1212 — 10 EAST BALTIMORE STREET — (410) 539-1122

DISTRICT OF COLUMBIA
ALLEN J. LOWE
CHRISTOPHER V. TISI
REBEKAH R. MILLER
JERRY D. SPITZ
BENJAMIN E. DOUGLAS
DREW B. LaFRAMBOISE
JILLIAN M. PETRELLA

MARYLAND
ROBERT G. SAMET
ROBERT P. ENDERLE
DAVID M. LAYTON
ROBERT A. FLACK
ALAN J. MENSH
SAMUEL G. LYNN
NATHAN M. PEAK
MICHAEL C. LIND
STEPHEN M. GENSEMER
PATRICK K. LYONS
JENNIFER L. HUISMAN

VIRGINIA
LAWRENCE J. PASCAL
JAMES F. GREEN
MICHELLE A. PARFITT
CRAIG A. BROWN
DAVID L. BAYNE, JR.
JOSEPH T. MUSSO
SARA E. ANDERSON

OF COUNSEL
WAYNE M. MANSULLA
WILLIAM F. MULRONEY
L. PALMER FORET
VIRGINIA R. DIAMOND
ERIC M. MAY

LEE C. ASHCRAFT
1908-1993
MARTIN E. GEREL
1918-2011

May 16, 2017

**VIA ELECTRONIC MAIL**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
           MDL No. 2738

Dear Judge Wolfson and Judge Goodman:

    Since the recent status conference held on May 2, 2017, the parties have continued to meet and confer on the outstanding issues addressed at the conference. Below is a summary of the discussions and negotiations held:

    **CMO 2(a) Filing of Short Form Complaints**. The parties have reached accord and CMO 2(a) will be submitted to the Court on May 16, 2017.

    **ESI Protocol**. The parties have reached an accord and the ESI Protocol will be filed the first of the week.

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Lois H. Goodman, U.S.M.J.
May 16, 2017
Page 2 of 3

**Motions.** The Defendants would like the Court to first consider the motion to dismiss filed in *Kelly Frazier, et al. v. Johnson & Johnson, et al.*, Docket No. 3:17-cv-00793. The parties have met and conferred on the issue, and Defendants understand that Plaintiffs will be nominating a different case they would like the Court to consider. The inability to agree on a case is based upon a disagreement as to the criteria the Court set for case selection. Plaintiffs understood the Court's intent was to have before her a motion to dismiss that does not contain a remand motion, as is the posture of the *Kelly* case. With this understanding, Plaintiffs ask the Court to consider the matter of *Grace Watkins v. Johnson &Johnson, et al.*, Docket No. 3:17–cv–01155–FLW-LHG, wherein Defendants have filed a motion to dismiss for lack of personal jurisdiction and there is no motion for remand involved.

**Preservation Order and Letter.** The parties have agreed upon the Preservation Order and will submit the Order to the Court during the week of May 15, 2017.

**Third Party Subpoenas.** Plaintiffs have withdrawn all five of the third party subpoenas that were issued, including that of Mr. Kelly. Plaintiffs will redraft the subpoenas, and the parties will confer on same.

**Discovery.**

**PCPC.** The parties met and conferred on May 12, 2017 to discuss PCPC's Discovery responses and additional productions. The parties will keep the Court apprised of their progress in this regard.

**J&J.** Since the last status conference, the parties have continued to meet and confer over the document production status and general discovery issues. Specifically, counsel for the parties conferred on May 4, May 10, and plan to confer again on May 17, 2017 to discuss custodial file production, privilege issues and search terms. The parties are making progress and will keep the Court apprised of their progress.

**IMERYS.** Since the last status conference, the parties have continued to meet and confer over the document production status. Specifically the parties conferred on May 10, and May 11, 2017 to discuss the document production. The parties will keep the Court apprised of their progress.

Thank you for your consideration of these matters.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

Michelle A. Parfitt

cc:   P. Leigh O'Dell, Esq.

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Lois H. Goodman, U.S.M.J.
May 16, 2017
Page 3 of 3

    Christopher M. Placitella, Esq.
    Gene Williams, Esq.
    Kat Frazier, Esq.
    Lorna Dotro, Esq.
    Mark Silver, Esq.
    Nancy Erfle, Esq.
    John Beisner, Esq.
    Tom Locke, Esq.
    James Billings-Kane, Esq.