## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LGH) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

Rhonda E. Rudnick,

      Plaintiff,

v.

Johnson & Johnson ("J&J), Johnson & Johnson Consumer Inc. F/K/A Johnson & Johnson Consumer Companies, Inc. ("J&J Consumer") Imerys Talc America, Inc., F/K/A Luzenac America, Inc., F/K/A Rio Tinto Minerals, Inc., ("Imerys Talc") And Personal Care Products Council ("PCPC")

      Defendants.
_____/

Civil Action No.: 3:17-cv-01853

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on March 21, 2017 on behalf of Plaintiff, Rhonda E. Rudnick.

                                              Hafeli Staran & Christ, P.C.

Dated:  May 18, 2017

                                            /s/Mark W. Hafeli_____
                                            Mark W. Hafeli (P28908)
                                            Attorney for Rhonda E. Rudnick
                                            2055 Orchard Lake Road
                                            Sylvan Lake, MI 48320
                                            248-731-3083
                                            mhafeli@hsc-law.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing systems on May 18, 2017.

                                                /s/Mark W. Hafeli
                                                Mark W. Hafeli (P28908)
                                                Attorney for Rhonda E. Rudnick