UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Dennis P. Hlavsa, individually, and as Personal Representative of the estate of Michelle Lynn Hlavsa<br><br>3:16-cv-03505 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 17, 2017 on behalf of Plaintiff, Dennis P. Hlavsa.

Dated:  May 18, 2017

Respectfully submitted,
***/s/Jordan R. Wagner***

Jordan R. Wagner
Florida Bar No.: 14852
**KIBBEY | WAGNER**
416 Camden Avenue
Stuart, FL 34994
(772) 286-0023 – Telephone
(772) 221-8888 – Facsimile
Email:   jwagner@kibbeylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Jordan R. Wagner*
Jordan R. Wagner
Florida Bar No.: 14852

**KIBBEY | WAGNER**
416 Camden Avenue
Stuart, FL 34994
(772) 286-0023 – Telephone
(772) 221-8888 – Facsimile
Email:   jwagner@kibbeylaw.com