UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**JOINT STIPULATION** |

**JOINT STIPULATION EXTENDING DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S TIME TO FILE ITS OMNIBUS MOTION TO DISMISS**

It is hereby agreed to by and between Plaintiffs, by and through Plaintiffs' counsel, and Defendant Personal Care Products Council ("PCPC"), by and through PCPC's counsel, that PCPC's deadline to file its Omnibus Motion to Dismiss Plaintiffs' Complaint is hereby extended one (1) day to May 19, 2017.

Dated: May 18, 2017

Respectfully submitted,

*/s/ Michelle A. Parfitt, Esq.*
MICHELLE A. PARFITT
**ASHCRAFT & GEREL, LLP**
4900 SEMINARY ROAD
SUITE 650
ALEXANDRIA, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
Email: mparfitt@ashcraftlaw.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Thomas T. Locke, Esq.*
Thomas T. Locke (DC Bar No. 454144)
Rebecca Woods (DC Bar No. 468495)
James R. Billings-Kang (DC Bar No. 984152)
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
jbillingskang@seyfarth.com

*/s/ Eric Barton, Esq.*
Eric Barton (GA Bar No. 040704)
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309

39133274v.1

-2-

Telephone:  (404) 885-6772
Facsimile:  (404) 892-7056
ebarton@seyfarth.com

*/s/ Sheryl L. Axelrod, Esq.*
Sheryl L. Axelrod (NJ Bar No. 017091994)
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA  19107
Phone: (215) 461-1768
Facsimile: (215) 238-1779
*saxelrod@theaxelrodfirm.com*

*Attorneys for Defendant*
*Personal Care Products Council*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                      */s/ Sheryl L. Axelrod*

39133274v.1