**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION TO DISMISS**<br><br>**Return Date:** June 19, 2017 at 9:00 a.m.<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S**
**NOTICE OF ITS MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on June 19, 2017, or such other time and date set by the Court, Defendant Personal Care Products Council, by its undersigned counsel, will move before the Honorable Freda L. Wolfson, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608, for an entry of an Order granting Defendant Personal Care Products Council's Motion to Dismiss Plaintiffs' Complaints.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendant Personal Care Products Council will rely on the Memorandum of Law and the accompanying Declaration of Mark A. Pollak and the attached exhibits submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant Personal Care Products Council requests oral argument on its motion.

Dated: May 19, 2017                                    Respectfully submitted,

*/s/ Thomas T. Locke, Esq.*
Thomas T. Locke (DC Bar No. 454144)
Rebecca Woods (DC Bar No. 468495)
James R. Billings-Kang (DC Bar No. 984152)
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
jbillingskang@seyfarth.com

Sheryl L. Axelrod (NJ Bar No. 017091994)
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA  19107
Phone: (215) 461-1770
Facsimile: (215) 238-1779
saxelrod@theaxelrodfirm.com

*Attorneys for Defendant*
*Personal Care Products Council*