# EXHIBIT A

**EXHIBIT A—Part I (as of May 18, 2017)**

|   | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|
| 1. | *Abell v. Johnson & Johnson*, (W.D. Ky. No. 3:16-cv-00722) | X | |
| 2. | *Adams v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-09498) | X | Louisiana |
| 3. | *Albertine v. Johnson & Johnson*, (W.D. La. No. 6:17-cv-00212) | X | |
| 4. | *Alexander v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-01576) | X | Alabama |
| 5. | *Alfred v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-01485) | X | Louisiana |
| 6. | *Anderson (B.) v. Johnson & Johnson*, (E.D. Mo. No. 4:17-cv-01232) | X | |
| 7. | *Anderson (E.) v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-07087) | X | Louisiana |
| 8. | *Applefield v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-03080) | X | Florida |
| 9. | *Ayers v. Johnson & Johnson*, (N.D. Ala. No. 2:16-cv-01927) | X | |
| 10. | *Bahnsen v. Johnson & Johnson*, (D.N.J. 3:17-cv-01254) | X | Ohio |
| 11. | *Bailey v. Johnson & Johnson*, (D.N.J. 3:17-cv-02258) | X | Texas |
| 12. | *Baldridge v. Johnson & Johnson*, (D.N.J. 3:17-cv-02174) | X | Missouri |
| 13. | *Ball v. Johnson & Johnson*, (D.N.J. 3:17-cv-01783) | X | Tennessee |
| 14. | *Batman v. Johnson & Johnson*, (D.N.J. 3:17-cv-01784) | X | South Dakota |
| 15. | *Bearfield v. Johnson & Johnson*, (E.D.Ark. No. 2-17-cv-00068) | X | |
| 16. | *Belcher v. Johnson & Johnson*, (D.N.J. 3:17-cv-03452) | X | New York |
| 17. | *Bellanger v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-09500) | X | Louisiana |
| 18. | *Berg v. Johnson & Johnson*, (D.N.J. 3:17-cv-01291) | X | Louisiana |
| 19. | *Berghaus v. Johnson & Johnson*, (D.N.J. 3:17-cv-02262) | X | Ohio |
| 20. | *Bezue v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-09564) | X | Louisiana |
| 21. | *Bier v. Johnson & Johnson*, (E.D. La. No. 2:16-cv-15961) | X | |

|  | **Case Name And Docket No. (Court of Origin)** | **No Personal Jurisdiction** | **MDL Direct-Filed: Home Jurisdiction** |
|---|---|---|---|
| 22. | *Birdsong v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08810) | X | Texas |
| 23. | *Boggs v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02219) | X | South Carolina |
| 24. | *Brazzel v. Johnson & Johnson,* (D.N.J. 3:17-cv-02192) | X | Nevada |
| 25. | *Broughton v. Johnson & Johnson,* (D.N.J. 3:17-cv-01121) | X | Kentucky |
| 26. | *Brown (B.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09508) | X | Louisiana |
| 27. | *Brown-Harrison v. Johnson & Johnson,* (E.D. Penn. No. 2:16-cv-06029) | X |  |
| 28. | *Burgess v. Johnson & Johnson,* (D.N.J. 3:17-cv-01125) | X | Alabama |
| 29. | *Byrd v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09513) | X | Louisiana |
| 30. | *Carlin v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08699) | X | Pennsylvania |
| 31. | *Casey v. Johnson & Johnson,* (W.D. Ky. No. 3:16-cv-00477) | X |  |
| 32. | *Cerrone-Kennedy v. Johnson & Johnson,* (W.D. Mo. No. 5:16-cv-06091) | X |  |
| 33. | *Chapman v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03362) | X | Nevada |
| 34. | *Chauvin v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09567) | X | Louisiana |
| 35. | *Chopin v. Johnson & Johnson,* (E.D. La. No. 2:17-cv-01928) | X |  |
| 36. | *Cobb v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02349) | X | New York |
| 37. | *Colon v. Johnson & Johnson,* (D.N.J. 3:17-cv-01160) | X | New York |
| 38. | *Daniel v. Johnson & Johnson,* (D.N.J. 3:17-cv-02260) | X | Oklahoma |
| 39. | *Daniels v. Johnson & Johnson,* (E.D. La. No. 2:16-cv-15963) | X |  |
| 40. | *Davis v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-07844) | X | Massachusetts |
| 41. | *Daviston v. Johnson & Johnson,* (D.N.J. 3:17-cv-01131) | X | Alabama |
| 42. | *Diamonds v. Johnson & Johnson,* (D.N.J. 3:17-cv-01503) | X | Louisiana |
| 43. | *Donohue v. Johnson & Johnson,* (D.N.J. 3:17-cv-02399) | X | Massachusetts |

|  | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|
| 44. | *Edwards (T.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02066) | X | North Carolina |
| 45. | *Eidson v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02753) | X | South Carolina |
| 46. | *Elliott v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09514) | X | Louisiana |
| 47. | *Ellis v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02866) | X | Louisiana |
| 48. | *Engle v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01583) | X | Louisiana |
| 49. | *Fenstemaker v. Johnson & Johnson,* (E.D. Mo. No. 4:16-cv-00938) | X |  |
| 50. | *Ferguson v. Johnson & Johnson,* (D. S.C. No. 9:16-cv-03543) | X |  |
| 51. | *Ferrell (M.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08812) | X | Oklahoma |
| 52. | *Finley v. Johnson & Johnson,* (E.D. Penn. No. 2:17-cv-01394) | X |  |
| 53. | *Fiore v. Johnson & Johnson,* (E.D. Penn. No. 2:16-cv-06609) | X |  |
| 54. | *Fisher v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01050) | X | New York |
| 55. | *Ford v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02370) | X | Missouri |
| 56. | *Foster (N.) v. Johnson & Johnson,* (D.N.J. 3:17-cv-02259) | X | Louisiana |
| 57. | *Foster (V.) v. Johnson & Johnson,* (D.N.J. 3:17-cv-01134) | X | Iowa |
| 58. | *Franklin v. Johnson & Johnson,* (D.N.J. 3:17-cv-01135) | X | Tennessee |
| 59. | *Gendelman v. Johnson & Johnson,* (E.D. Penn. No. 2:16-cv-06596) | X |  |
| 60. | *Geslicki v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01433) | X | Illinois |
| 61. | *Giles v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01158) | X | Idaho |
| 62. | *Gipson v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01486) | X | Louisiana |
| 63. | *Graves v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03215) | X | Alabama |
| 64. | *Gray v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08966) | X | Louisiana |
| 65. | *Grelling v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03294) | X | Pennsylvania |

|  | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|
| 66. | *Hammond v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09378) | X | Louisiana |
| 67. | *Handy v. Johnson & Johnson,* (E.D. Penn. No. 2:16-cv-04608) | X |  |
| 68. | *Harper v. Johnson & Johnson,* (D. S.C. No. 1:16-cv-03516) | X |  |
| 69. | *Harris (C.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01502) | X | Louisiana |
| 70. | *Harris (R.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09522) | X | Louisiana |
| 71. | *Hartwell v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01487) | X | Louisiana |
| 72. | *Hayes v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01660) | X | New York |
| 73. | *Heath v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01571) | X | California |
| 74. | *Herrington v. Johnson & Johnson,* (D. Or. 6:17-cv-00151) | X |  |
| 75. | *Hestress v. Johnson & Johnson,* (M.D. Fla. No. 8:17-cv-00218) | X |  |
| 76. | *Hildabrand v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01159) | X | Kentucky |
| 77. | *Hill v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01136) | X | New York |
| 78. | *Holmes v. Johnson & Johnson,* (N.D. Tex. No. 3:16-cv-03348) | X |  |
| 79. | *Hudson v. Johnson & Johnson,* (W.D. La. No. 5:17-cv-00216) | X |  |
| 80. | *Huggins v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01269) | X | Texas |
| 81. | *Hughes v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03267) | X | Mississippi |
| 82. | *Jackson (C.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02603) | X | Pennsylvania |
| 83. | *Jackson (U.) v. Johnson & Johnson,* (S.D. Ala. No. 1:17-cv-00129) | X |  |
| 84. | *Jarrett v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01575) | X | Kentucky |
| 85. | *Jiminez v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01582) | X | Connecticut |
| 86. | *Jobe v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03474) | X | Tennessee |
| 87. | *Johnson (D.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-07664) | X | Minnesota |

|  | **Case Name And Docket No. (Court of Origin)** | **No Personal Jurisdiction** | **MDL Direct-Filed: Home Jurisdiction** |
|---|---|---|---|
| 88. | *Johnson (L.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02605) | X | New Mexico |
| 89. | *Jolla v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08774) | X | Louisiana |
| 90. | *Jones-Wilder v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09571) | X | Louisiana |
| 91. | *Kane v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02494) | X | Kentucky |
| 92. | *Karrick v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02653) | X | Louisiana |
| 93. | *Kearney v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02865) | X | North Carolina |
| 94. | *Kent v. Johnson & Johnson,* (N.D. Okla. 4:16-cv-00728) | X |  |
| 95. | *Kernan v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03465) | X | Alaska |
| 96. | *Kidd v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02263) | X | Wisconsin |
| 97. | *Kihn v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02188) | X | Michigan |
| 98. | *Kniskern v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-00904) | X | Maryland |
| 99. | *Kuntz v. Johnson & Johnson,* (N.D. Tex. No. 3:16-cv-02353) | X |  |
| 100. | *Kwas v. Johnson & Johnson,* (D.N.J. 3:17-cv-01137) | X | Tennessee |
| 101. | *Lafontant v. Johnson & Johnson,* (D.N.J. 3:17-cv-01051) | X | New York |
| 102. | *Landry v. Johnson & Johnson,* (D.N.J. 3:17-cv-01504) | X | Louisiana |
| 103. | *Lee v. Johnson & Johnson,* (D.N.J. 3:16-cv-08805) | X | Louisiana |
| 104. | *LePage v. Johnson & Johnson,* (D.N.J. 3:17-cv-02189) | X | Minnesota |
| 105. | *Lozano v. Johnson & Johnson,* (D.N.J. 3:17-cv-02191) | X | New York |
| 106. | *Lubben v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08942) | X | California |
| 107. | *Maxwell v. Johnson & Johnson,* (D.N.J. 3:17-cv-02184) | X | Florida |
| 108. | *McClendon v. Johnson & Johnson,* (D.N.J. 3:17-cv-00943) | X | Georgia |
| 109. | *McDermitt-Weber v. Johnson & Johnson,* (D.N.J. 3:17-cv-01138) | X | New York |

5

|  | Case Name And Docket No.<br>(Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|
| 110. | *McDowell v. Johnson & Johnson*, (D.N.J. 3:17-cv-02697) | X | Missouri |
| 111. | *Meredith v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-09562) | X | Louisiana |
| 112. | *Meyer v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-08964) | X | Louisiana |
| 113. | *Montz v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-09523) | X | Louisiana |
| 114. | *Moore v. Johnson & Johnson*, (E.D. Ky. No. 2:17-cv-00009) | X |  |
| 115. | *Moral v. Johnson & Johnson*, (D.N.J. 3:17-cv-02532) | X | Louisiana |
| 116. | *Morris (B.) v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-01140) | X | Alabama |
| 117. | *Morris (C.) v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-00549) | X | Texas |
| 118. | *Mule v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-01141) | X | Louisiana |
| 119. | *Musgrove v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-06568) | X | Illinois |
| 120. | *Nelson v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-02264) | X | Alabama |
| 121. | *Norman v. Johnson & Johnson*, (E.D. La. No. 2:17-cv-01967) | X |  |
| 122. | *Nunley v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-03476) | X | Tennessee* |
| 123. | *O'Cain v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-02607) | X | South Carolina |
| 124. | *Ortiz v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-02606) | X | Louisiana |
| 125. | *Paniagua v. Johnson & Johnson*, (W.D. Mo. No. 4:17-cv-00232) | X |  |
| 126. | *Papa v. Johnson & Johnson*, (E.D. Wis. No. 2:17-cv-00285) | X |  |
| 127. | *Parker v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-02747) | X | Maryland |
| 128. | *Parmentier v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-01935) | X | Florida |
| 129. | *Passander v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-09229) | X | Connecticut |
| 130. | *Patterson v. Johnson & Johnson*, (D.N.J. No. 3:16-cv-08815) | X | Louisiana |
| 131. | *Pauley v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-03487) | X | North Carolina* |

|      | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|------|---------------------------------------------|--------------------------|--------------------------------------|
| 132. | *Payne v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01654) | X | Alabama |
| 133. | *Payseur v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02190) | X | North Carolina |
| 134. | *Perez v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01643) | X | Illinois |
| 135. | *Perkins v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02371) | X | Kentucky |
| 136. | *Petersen v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01971) | X | Nebraska |
| 137. | *Phillips v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-07336) | X | Texas |
| 138. | *Potts v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01142) | X | Alabama |
| 139. | *Reade v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02265) | X | Massachusetts |
| 140. | *Richards v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-06661) | X | Florida |
| 141. | *Robinson v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-07502) | X | Mississippi |
| 142. | *Rudnick v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01853) | X | Michigan |
| 143. | *Salyer v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01143) | X | Tennessee |
| 144. | *Sawyer v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03274) | X | North Carolina |
| 145. | *Scaglione v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01970) | X | New York |
| 146. | *Schofield v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08331) | X | New York |
| 147. | *Segreaves v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09119) | X | Pennsylvania |
| 148. | *Sherlock v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02751) | X | Kentucky |
| 149. | *Shinske v. Johnson & Johnson,* (M.D. Fla. No. 8:16-cv-02317) | X | |
| 150. | *Shoup v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-07889) | X | South Dakota |
| 151. | *Sillars v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08831) | X | Louisiana |
| 152. | *Sissac v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09524) | X | Louisiana |
| 153. | *Smaagaard v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01144) | X | Kentucky |

39021023v.1

|  | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|---|---|---|---|
| 154. | *Smith v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-00881) | X | Virginia |
| 155. | *Snyder v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08816) | X | Indiana |
| 156. | *Spencer v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01390) | X | Illinois |
| 157. | *Story-Smith v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01152) | X | North Carolina |
| 158. | *Swan v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02008) | X | New Mexico |
| 159. | *Tetlow v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-07893) | X | Louisiana |
| 160. | *Thompson v. Johnson & Johnson*, (D.N.J. 3:17-cv-01564) | X | Georgia |
| 161. | *Thorpe v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08827) | X | Maryland |
| 162. | *Treadwell v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-09495) | X | Florida |
| 163. | *Turner (Ma.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01035) | X | Kentucky |
| 164. | *Turner (Mi.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03182) | X | Maryland |
| 165. | *Tyree v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02608) | X | Michigan |
| 166. | *Upchurch v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01851) | X | California |
| 167. | *Velardo v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01154) | X | Tennessee |
| 168. | *Wagenknecht v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08828) | X | Indiana |
| 169. | *Walker (A.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-07503) | X | Georgia |
| 170. | *Walker (D.) v. Johnson & Johnson*, (E.D. Tenn. 1:17-cv-00087) | X |  |
| 171. | *Walker (S.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08963) | X | Louisiana |
| 72. | *Welch v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03139) | X | Texas |
| 173. | *West v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02604) | X | Tennessee |
| 174. | *Williams (A.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08829) | X | Alabama |
| 175. | *Williams (E.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01150) | X | Louisiana |

39021023v.1

|      | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction |
|------|---------------------------------------------|--------------------------|-------------------------------------|
| 176. | *Williams (J.) v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-01507) | X | Georgia |
| 177. | *Williams (S.) v. Johnson & Johnson,* (D.N.J. No. 3:16-cv-08738) | X | Nevada |
| 178. | *Willmore v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-03277) | X | Tennessee |
| 179. | *Wilson v. Johnson & Johnson,* (N.D. Ala. No. 2:16-cv-01287) | X | |
| 180. | *Yacenech-Emerson v. J & J*, (D.N.J. 3:17-cv-01795) | X | Maryland |
| 181. | *Young v. Johnson & Johnson,* (D.N.J. No. 3:17-cv-02403) | X | Georgia |

**EXHIBIT A—Part II (as of May 18, 2017)**

|  | Case Name And Docket No. (Court of Origin) | No Personal Jurisdiction | MDL Direct-Filed: Home Jurisdiction | Not Yet Served |
|---|---|---|---|---|
| 1. | *Abraham v. Johnson & Johnson*, (D.N.J. No. 3:17-cv-02255) | X | Oregon | X |
| 2. | *Arnoff v. Johnson & Johnson*, (D.N.J. 3:16-cv-09228) | X | New York | X |
| 3. | *Baker v. Johnson & Johnson*, (D.N.J. 3:17-cv-02760) | X | Texas | X |
| 4. | *Batiste v. Johnson & Johnson*, (D.N.J. 3:16-cv-7499) | X | Louisiana | X |
| 5. | *Bell v. Johnson & Johnson*, (D.N.J. 3:17-cv-02871) | X | Georgia | X |
| 6. | *Blazio v. Johnson & Johnson*, (D.N.J. 3:16-cv-07489) LA | X | Louisiana | X |
| 7. | *Brooks v. Johnson & Johnson*, (D.N.J. 3:17-cv-02081) TX | X | Texas | X |
| 8. | *Bruce v. Johnson & Johnson*, (D.N.J. 3:17-cv-1367) | X | South Carolina | X |
| 9. | *Bussinger v. Johnson & Johnson*, (D.N.J. 3:17-cv-02730) MO | X | Missouri | X |
| 10. | *Crisostomo v. Johnson & Johnson*, (D.N.J. 3:17-cv-01633) | X | California | X |
| 11. | *Darnold v. Johnson & Johnson*, (D.N.J. 3:17-cv-00096) | X | West Virginia | X |
| 12. | *Dawson v. Johnson & Johnson*, (D.N.J. 3:16-cv-8749) | X | Florida | X |
| 13. | *Edwards (A.) v. Johnson & Johnson*, (D.N.J. 3:17-cv-00627) | X | Kentucky | X |
| 14. | *Farquharson v. Johnson & Johnson*, (D.N.J. 3:17-cv-01650) | X | Arizona | X |
| 15. | *Forsberg v. Johnson & Johnson*, (D.N.J. 3:17-cv-02780) | X | Texas | X |
| 16. | *Haddix v. Johnson & Johnson*, (D.N.J. 3:17-cv-02569) | X | Indiana | X |
| 17. | *Hicks v. Johnson & Johnson*, (D.N.J. 3:16-cv-07428) | X | Georgia | X |
| 18. | *Houston v. Johnson & Johnson*, (D.N.J. 3:17-cv-00713) | X | Louisiana | X |
| 19. | *Hunter v. Johnson & Johnson*, (D.N.J. 3:17-cv-01850) | X | South Carolina | X |
| 20. | *Husain v. Johnson & Johnson*, (D.N.J. 3:17-cv-02832) | X | New York | X |
| 21. | *Hvizdos v. Johnson & Johnson*, (D.N.J. 3:17-cv-00047) | X | Ohio | X |

|  | **Case Name And Docket No. (Court of Origin)** | **No Personal Jurisdiction** | **MDL Direct-Filed: Home Jurisdiction** | **Not Yet Served** |
|---|---|---|---|---|
| 22. | *Jones v. Johnson & Johnson*, (D.N.J. 3:17-cv-02211) | X | New York | X |
| 23. | *Knight v. Johnson & Johnson*, (D.N.J. 3:17-cv-02910) | X | Michigan | X |
| 24. | *Koehler v. Johnson & Johnson*, (D.N.J. 3:17-cv-01666) | X | New York | X |
| 25. | *Long v. Johnson & Johnson*, (D.N.J. 3:17-cv-02469) | X | Louisiana | X |
| 26. | *Marchetti v. Johnson & Johnson*, (D.N.J. 3:16-cv-08082) | X | Georgia | X |
| 27. | *Matthews v. Johnson & Johnson*, (D.N.J. 3:16-cv-07490) | X | Louisiana | X |
| 28. | *Poche v. Johnson & Johnson*, (D.N.J. 3:16-cv-07501) | X | Louisiana | X |
| 29. | *Prout v. Johnson & Johnson*, (D.N.J. 3:16-cv-07774) | X | Louisiana | X |
| 30. | *Provenza v. Johnson & Johnson*, (D.N.J. 3:17-cv-00516) | X | California | X |
| 31. | *Ramos v. Johnson & Johnson*, (D.N.J. 3:17-cv-02470) | X | Tennessee | X |
| 32. | *Renn v. Johnson & Johnson*, (D.N.J. 3:17-cv-02856) | X | Kentucky | X |
| 33. | *Resor v. Johnson & Johnson*, (D.N.J. 3:16-cv-07989) | X | Louisiana | X |
| 34. | *Russo v. Johnson & Johnson*, (D.N.J. 3:17-cv-02206 ) | X | New York | X |
| 35. | *Spenny v. Johnson & Johnson*, (D.N.J. 3:16-cv-07884) | X | Minnesota | X |
| 36. | *Strickland v. Johnson & Johnson*, (D.N.J. 3:16-cv-07337) | X | Georgia | X |
| 37. | *Vallot v. Johnson & Johnson*, (D.N.J. 3:16-cv-08086) | X | Louisiana | X |
| 38. | *Villella v. Johnson & Johnson*, (D.N.J. 3:17-cv-00512) | X | Ohio | X |
| 39. | *Wade v. Johnson & Johnson*, (D.N.J. 3:17-cv-02775) | X | Arizona | X |
| 40. | *Witherspoon v. Johnson & Johnson*, (D.N.J. 3:16-cv-09615) | X | Texas | X |

39021023v.1