# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION TO DISMISS** |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2017, a true copy of Defendant Personal Care Products Council's Motion to Dismiss, accompanying Memorandum of Law, accompanying Exhibits, and Proposed Order was sent via electronic filing via the Court's ECF system to the attorneys of record.

*/s/ Thomas T. Locke, Esq.*
Thomas T. Locke (DC Bar No. 454144)

39161747v.1