# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## CASE MANAGEMENT ORDER NO. 2(a)
### (Filing of Short Form Complaints)

**IT IS HEREBY ORDERED**, with consent of all Parties, the following:

1. All Short Form Complaints previously filed in this MDL on or before March 16, 2017, the date of filing of the First Amended Master Long Form Complaint, are hereby deemed to incorporate the First Amended Master Long Form Complaint and any amendments to the Master Complaint that may be granted by the Court in the future without the need of any Plaintiff to take any action to amend their Short Form Complaints that have already been filed in this case.

2. With regard to any Plaintiff who files a Short Form Complaint in this MDL pursuant to Case Management Order No. 2 (CMO-2) and/or Case Management Order No. 3 (CMO-3), the Short Form Complaint filed shall be deemed

to incorporate the First Amended Master Long Form Complaint and any amendments to the Master Complaint that may be granted by the Court in the future.

This the 22nd day of May, 2017.

_____
Hon. Lois H. Goodman, U.S.M.J.