## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2738 (FLW)(LHG) |
| This document relates to: | ) ) | |
| *Rivera v. Johnson & Johnson, et al.* | ) ) ) | 1:17-cv-01664 |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiff in the above captioned matter.

DATED: May 23, 2016

Respectfully submitted,


   /s/ Ryan Jacobs

Jacobs O'Hara McMullen
14340 Torrey Chase Blvd.
Suite 360
Houston, TX 77014
Tel: (281) 919-2073
rnj@jomlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 23, 2017

    /s/ Ryan Jacobs
Ryan Nicole Jacobs