UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 16-2738 (FLW)(LHG) ) ) ) ) |
| This document relates to: | ) ) |
| *Rivera v. Johnson & Johnson, et al.* | ) 1:17-cv-01664 ) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiff in the above captioned matter.

DATED: May 23, 2016

                                                    Respectfully submitted,

                                                    /s/ JD McMullen

                                                    Jacobs O'Hara McMullen
                                                    14340 Torrey Chase Blvd.
                                                    Suite 360
                                                    Houston, TX 77014
                                                    Tel: (281) 919-2073
                                                    jdm@jomlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 23, 2017

                                                  /s/ JD McMullen  
                                                JD McMullen