# KLINE & SPECTER PC

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
215-772-1000
800-597-9585
FAX: 215-735-0960

Priscilla Jimenez, Esquire
Direct Dial (215) 772-0425
Pricsilla.jimenez@klinespecter.com

May 24, 2017

**VIA E-FILE**
U.S. District Court
District of New Jersey

     Re:    Case No.: 3:16-md-02738
              Document No.: 239
              **Notice by Frank Fiore Short Form Complaint**
              **and Jury Demand**

Dear Clerk of Court:

     This letter will serve as confirmation that Kline & Specter PC is requesting a refund of the fee paid for the Short Form Complaint regarding the above referenced matter on May 15, 2017. This filing was filed under the incorrect Event, and therefore required a filing fee. On May 16, 2017 the Short Form Complaint was filed under the proper Event, Notice (Other) under Other Filing, Notices, which does not require a filing fee.

     Please call me if you would like to discuss this further. My direct phone number is 215-772-0425.

     Thank you.

                                                Very truly yours,

                                                PRISCILLA JIMENEZ, ESQUIRE

PEJ/sd

**Duffy, Sarah**

| | |
|---|---|
| **From:** | Jimenez, Priscilla |
| **Sent:** | Tuesday, May 16, 2017 12:22 PM |
| **To:** | Duffy, Sarah |
| **Subject:** | Fwd: Activity in Case 3:16-md-02738-FLW-LHG JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION QC - Generic Message |

It was filed incorrectly please refile ASAP per the instructions below thanks

Sent from my iPhone

Begin forwarded message:

> **From:** <njdefiling@njd.uscourts.gov>
> **Date:** May 16, 2017 at 12:18:41 PM EDT
> **To:** <njdefiling@njd.uscourts.gov>
> **Subject: Activity in Case 3:16-md-02738-FLW-LHG JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION QC - Generic Message**
>
> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **U.S. District Court**
>
> **District of New Jersey [LIVE]**
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 5/16/2017 at 12:18 PM EDT and filed on 5/16/2017
>
> | | |
> |---|---|
> | **Case Name:** | JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION |
> | **Case Number:** | 3:16-md-02738-FLW-LHG |
> | **Filer:** | |
> | **Document Number:** | No document attached |
>
> **Docket Text:**
> CLERK'S QUALITY CONTROL MESSAGE - The [230] Short Form Complaint filed by Priscilla Jimenez on 5/15/2017 was submitted incorrectly as a Complaint. PLEASE RESUBMIT USING the event Notice (Other) found under Other Filings, Notices. For a refund of the fee paid please file a letter application using the event

1