UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Carlyne B. Willis, individually,<br><br>2:2016-cv-01413 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 25, 2017 on behalf of Plaintiff, Carlyne B. Willis.

Dated: May 25, 2017

Respectfully submitted,

/s/ M. Shane Lucado
M. Shane Lucado (ASB-7936-A53M)
Counsel for Plaintiff
**Shelby Lucado, LLC**
1 Perimeter Park S. Suite 435 S
Birmingham, AL 35423
T: (205) 933-8383
F: (205) 933-8386
slucado@lucadolaw.com

/s/ C. Don Freeman

C. Don Freeman (ASB-5618-S05U)
Counsel for Plaintiff
**Shelby Lucado, LLC**
1 Perimeter Park S. Suite 435 S
Birmingham, AL 35423
T: (205) 933-8383
F: (205) 933-8386
don@shelbyroden.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, a copy of the foregoing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Shane Lucado
M. Shane Lucado (ASB-7936-A53M)
Counsel for Plaintiff
**Shelby Lucado, LLC**
1 Perimeter Park S. Suite 435 S
Birmingham, AL 35423
T: (205) 933-8383
F: (205) 933-8386
slucado@lucadolaw.com

/s/ C. Don Freeman
C. Don Freeman (ASB-5618-S05U)
Counsel for Plaintiff
**Shelby Lucado, LLC**
1 Perimeter Park S. Suite 435 S
Birmingham, AL 35423
T: (205) 933-8383
F: (205) 933-8386
don@shelbyroden.com