UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 3:16-md-02738-FLW-LHG |
| ************************************* | | |
| | * | |
| THIS DOCUMENT ALSO RELATES TO: Mark Cain, et al. vs. Johnson & Johnson, et al. | * * * | Case No.: 3:16-cv-03670-FLW-LHG |
| ************************************* | | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on May 23, 2017 on behalf of Plaintiffs, Nikki Cain and Mark Cain.

```
SUGARMAN LAW, LLC
80 EAST MAIN STREET
SOMERVILLE, NEW JERSEY 08876
TELEPHONE:   (732) 877-1975
TELECOPIER:  (908) 300-8219
E-MAIL:      BSugarman@SugarmanLawFirm.com,
```

Dated: May 26, 2017

Respectfully Submitted by,

/s/ Barry R. Sugarman
Barry R. Sugarman, Esq.
Counsel for Plaintiffs, Nikki Cain and Mark Cain
New Jersey Attorney ID No. 023191991
SUGARMAN LAW, LLC
80 East Main Street
Somerville, New Jersey 08876
(732) 877-1975 F(908)300-8219
BSugarman@SugarmanLawFirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2017, service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court.

/s/ *Barry R. Sugarman*
Barry R. Sugarman