UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MDL NO. 3:16-MD-02738-FLW-LHG ) ) ) ) ) |
| THIS DOCUMENT ALSO RELATES TO: Melanie Finley v. Johnson & Johnson, et. al | ) Case No.: 3:17-cv-02391 ) ) ) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on May 31, 2017 on behalf of plaintiff Melanie Finley

Merson Law, PLLC
150 East 58th Street, 34th Floor
New York, NY 10155
Telephone: 212-603-9100
Facsimile: 347-441-4171
Email: jmerson@mersonlaw.com

Dated: May 31, 2017

Respectfully submitted by,

/s/ Jordan K. Merson_____
Jordan K. Merson, Esq.
Counsel for Plaintiff Melanie Finley
Merson Law, PLLC
150 East 58th Street, 34th Floor
New York, NY 10155
212-603-9100
347-441-4171 Fax
jmerson@mersonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2017, service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court.

/s/ Jordan K. Merson
Jordan K. Merson