Sterling Starns
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Scot Collins*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  )<br>)<br>)<br>)<br>)<br>This document relates to:                                    )<br>Scot Collins; Case No: 3:17-cv-3849        )<br>) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 31, 2017 on behalf of Plaintiff Scot Collins, individually and as executor of the estate of Esther Collins, deceased.

Dated: June 1, 2017                    /s/ Sterling Starns
                                        Sterling Starns
                                        DON BARRETT, P.A.
                                        404 Court Square
                                        Lexington, Mississippi 39095
                                        Telephone: (662) 834-2488
                                        Fax: (662) 834-2628
                                        sstarns@barrettlawgroup.com

                                        *Attorney for Plaintiff Scot Collins*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Sterling Starns*
                                                  Sterling Starns