UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Edward Spenny, Individually and as Trustee for the Heirs of Gladys E. Spenny, Deceased.<br><br>3:16-cv-7884 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 25, 2017 on behalf of Plaintiff, Edward Spenny.

Dated: June 1, 2017

                                                Respectfully submitted,

                                                /s/ *Warren T. Burns*

                                                Korey A. Nelson (LA #30002)
                                                Amanda K. Klevorn (LA #35193)
                                                **BURNS CHAREST LLP**
                                                365 Canal Street, Suite 1170
                                                New Orleans, Louisiana 70130
                                                T: 504.799.2845
                                                F: 504.881.1765
                                                E: aklevorn@burnscharest.com
                                                    knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
 dcharest@burnscharest.com
 scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com