# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT ALSO RELATES TO: ) <br> ) <br> DEANNA VALLE, et al. ) <br> ) <br>    Plaintiffs ) <br> v. ) <br> ) <br> JOHNSON & JOHNSON, et al. ) <br> ) <br>    Defendants ) | MDL No. 16-2738(FLW) (LHG) <br><br><br> Case No. 3:17-cv-00798-FLW-LHG |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Laurel Li Harris of Porter & Malouf, P.A. as additional counsel for Plaintiffs Deanna Valle and Sherri Sanders, both of which are listed in the above entitled action.

Dated: June 2, 2017

                                      Respectfully Submitted:

                                      **PORTER & MALOUF, P.A.**

                                      By: /s/ Laurel Li Harris _____
                                            Laurel Li Harris, MSB No. 104078
                                            PORTER & MALOUF, P.A.
                                            Post Office Box 12768
                                            Jackson, Mississippi 39236-2768
                                            Telephone: (601) 957-1173
                                            Facsimile: (601) 957-7366

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through the court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Laurel Li Harris
LAUREL LI HARRIS