# Drinker Biddle & Reath LLP

Julie L. Tersigni
973-549-7106 Direct
julie.tersigni@dbr.com

Law Offices
600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

June 2, 2017

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
MDL No. 2738

Dear Judge Wolfson and Judge Goodman:

This week, on May 31st, the parties met and conferred regarding the Pathology Protocol. Attorneys participated for Plaintiffs, and attorneys participated on behalf of the Defendants. There is one issue that the parties need to address with the Court relating to the timing of exchange of pathology materials. A separate submission will be sent to the Court outlining this specific issue.

Thank you for your consideration of these matters.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

*s/ Julie L. Tersigni*

Julie L. Tersigni

cc: Michelle A. Parfitt
P. Leigh O'Dell
Gene Williams, Esq.
Kat Frazier, Esq.

Andrew B. Joseph
Partner responsible for
Florham Park Office

Established 1849

DrinkerBiddle&Reath
　　　L L P

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Lois H. Goodman, U.S.M.J.
June 2, 2017
Page 2

  Lorna Dotro, Esq.
  Mark Silver, Esq.
  Nancy Erfle, Esq.
  John Beisner, Esq.
  Tom Locke, Esq.
  James Billings-Kang, Esq.
  Sheryl Axelrod, Esq.