UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE : JOHNSON & JONSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) Civil Case No. 3:16-md-2738 CLERK'S ORDER |
| This document relates to: Frank Fiore, Admin of the Estate of Helen M. Fiore, Deceased | |

This matter having come before the Court upon the filing of a Complaint, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF on May 15, 2017 by Priscilla Jimenez, counsel for the plaintiff Frank Fiore in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

    _X_   a.   An overpayment has been made by the filer, **OR**

    ___   b.   A duplicate, identical Complaint, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

**IT IS** on this ___31___ day of May 2017,

**ORDERED THAT,** the sum of $400.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: _____
Theresa L. Burnett
Chief Deputy Clerk