# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>Naila Faruqi v. Johnson and Johnson, et. al. | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-04033 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on June 5, 2017 on behalf of Naila Faruqi.

Dated: June 8, 2017

                                                                                                              Respectfully submitted by,

                                                                                                              **ANAPOL WEISS**

                                                                                                              */s/ Gregory S. Spizer, Esq.*
                                                                                                              Gregory S. Spizer, Esquire
Counsel for Plaintiff
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Gregory S. Spizer, Esq.*
      Gregory S. Spizer, Esquire
      ANAPOL WEISS
      One Logan Square
      130 N. 18th Street; Ste. 1600
      Philadelphia, PA 19103
      Telephone 215-735-1130
      Facsimile: 215-875-7722
      E-mail: Gspizer@anapolweiss.com