# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>*This Document relates to:*<br>*Stantra Norman v. Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Imerys Talc America, Inc., and Personal Care Products Counsel.*<br>*DNJ 3:17-CV-02593; transferred from EDLA 2:17-CV-1967* | MDL NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 14, 2017 on behalf of Plaintiff, Stantra Norman.

Dated: June 14, 2017

                              Respectfully submitted,

                              JEANSONNE & REMONDET

                              BY: /s/ *Michael J. Remondet*
                              MICHAEL J. REMONDET, JR. (#21046)
                              Post Office Box 91530
                              Lafayette, Louisiana 70509
                              Telephone: (337) 237-4370
                              Facsimile: (337)235-2011
                              ATTORNEYS FOR STANTRA NORMAN

AND

By: /s/ *Erik M. Tadda*
ERIK M. TADDA (#21080)
JEREMY HADER (#30536)
4660 O'Neal Lane, Suite A
Baton Rouge, Louisiana 70817
Telephone: (225) 756-0007
ATTORNEYS FOR STANTRA NORMAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was this day presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel. I hereby certify that the foregoing has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 14TH day of June 2017.

_____/s/Michael J. Remondet, Jr._____
**MICHAEL J. REMONDET, JR.**