**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION**<br><br>Tiffany Dawkins<br><br>                              Plaintiff<br>      v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br><br>                              Defendants. | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br> Civil Action No.: \_\_\_\_ |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on June 15, 2017 on behalf of Plaintiff, Tiffany Dawkins.

Dated:   June 15, 2017                    By:  /s/ Mekel Smith Alvarez
                                          MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                          mekel@dugan-lawfirm.com
                                          DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                          dplymale@dugan-lawfirm.com
                                          JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                          jdugan@dugan-lawfirm.com
                                          LANSON BORDELON, ESQ. (LSBA #3451)
                                          lbordelon@dugan-lawfirm.com
                                          DAVID SCALIA, ESQ. (LSBA #21369)
                                          dscalia@dgan-lawfirm.com
                                          THE DUGAN LAW FIRM APLC
                                          One Canal Place
                                          365 Canal Street, Suite 1000
                                          New Orleans, LA  70130
                                          Telephone: (504) 648-0180
                                          Facsimile:  (504) 648-0181

                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 15, 2017.

/s/ Mekel Smith Alvarez
Dugan Law Firm
*Attorneys for Plaintiff*