UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : <br> : Civil Action:  3:16-md-2738-FLW-LHG <br> : <br> : MDL No. 2738 <br> : |
| THIS DOCUMENT RELATES TO: <br> *Joy C. Faust  v. Johnson & Johnson, et al.* <br> *Civil Action No.: 3:17-cv-04369-* | : <br> : <br> : |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed June 15, 2017 on behalf of the plaintiff, Joy C. Faust.

Dated:  June 15, 2017                Respectfully submitted,
/s/Michael J. Sobieray
Michael J. Sobieray
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana  46032
  Tel:   317/846-8999
   Fax:  317/843-1991
    E-mail:  mike@getstewart.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on June 15, 2017

/s/Michael J. Sobieray
Michael J. Sobieray
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana  46032
 Tel:   317/846-8999
 Fax:  317/843-1991
  E-mail:  mike@getstewart.com