UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON : <br> TALCUM POWDER PRODUCTS : Civil Action: 3:16-md-2738-FLW-LHG <br> MARKETING, SALES PRACTICES, : <br> AND PRODUCTS LIABILITY LITIGATION : MDL No. 2738 <br> : <br> THIS DOCUMENT RELATES TO: : <br> *Sylvia Roberts, Rita Roquemore, Carolyn Roberts,* : <br> *Guy Randall, James Randall, Freida Etienne and* : <br> *Lee Randall obo Theresa N. Randall v.* : <br> *Johnson & Johnson, et al.* : <br> *Civil Action No.: 3:17-cv-0289-FLW-LGH* : | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed April 27, 2017 on behalf of the plaintiffs, Sylvia Roberts, Rita Roquemore, Carolyn Roberts, Guy Randall, James Randall, Freida Etienne and Lee Randall obo Theresa N. Randall

Dated: June 16, 2017               Respectfully submitted,
                                   /s/Michael J. Sobieray
                                   Michael J. Sobieray
                                   STEWART & STEWART
                                   931 S. Rangeline Road
                                   Carmel, Indiana  46032
                                     Tel:  317/846-8999
                                     Fax:  317/843-1991
                                     E-mail:  mike@getstewart.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on June 16, 2017.

                                  /s/Michael J. Sobieray
                                  Michael J. Sobieray
                                  STEWART & STEWART
                                  931 S. Rangeline Road
                                  Carmel, Indiana  46032
                                    Tel:   317/846-8999
                                    Fax:   317/843-1991
                                    E-mail:  mike@getstewart.com