UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : Civil Action: 3:16-md-2738-FLW-LHG : : MDL No. 2738 |
| THIS DOCUMENT RELATES TO: *Betty Hyche v. Johnson & Johnson, et al.* *Civil Action No.: 3:17-cv-01118* | : : : : |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed February 20, 2017 on behalf of the plaintiff, Betty Hyche.

Dated: June 16, 2017

Respectfully submitted,
/s/Michael J. Sobieray
Michael J. Sobieray
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
 Tel: 317/846-8999
 Fax: 317/843-1991
 E-mail: mike@getstewart.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on June 16, 2017

/s/Michael J. Sobieray
Michael J. Sobieray
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana  46032
 Tel:  317/846-8999
 Fax:  317/843-1991
  E-mail:  mike@getstewart.com