# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paniagua, et al. v. Johnson & Johnson, et al.*, Civil Action No.: 17-cv-02663-FLW-LHG | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on June 16, 2017 on behalf of Plaintiff Anastasia Paniagua, Robert O'Connell, Michelle Dunlevy, Josie Gates, Bert Hicks, Lee Ann Jones, Francisco Padilla, Lesleyann Phillips, Sonya Richardson, Wendy Smith, Angela Webster, Mary Zierk, Diane Zornes, and Marilyn Babich.

| | |
|---|---|
| Date:  June 16, 2017 | **PAUL LLP** |
| | |
| | _/s/ Richard M. Paul III_ |
| | Richard M. Paul III (MO Bar #44233) |
| | Ashlea Schwarz (MO Bar #60102) |
| | Sue Becker (MO Bar #64721) |
| | 601 Walnut Street, Suite #300 |
| | Kansas City, Missouri 64106 |
| | Telephone: (816) 984-8100 |
| | Facsimile: (816) 984-8101 |
| | Rick@PaulLLP.com |
| | Ashlea@PaulLLP.com |
| | Sue@PaulLLP.com |
| | **Counsel for Plaintiff** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was filed through the Court's CM/ECF filing system on the 16th day of June, 2017, which sends notification of filing to all counsel of record.

_/s/ Richard M. Paul III_