UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

**PLAINTIFFS' MOTION TO REDACT PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO PERSONAL CARE PRODUCTS COUNCIL'S MOTION TO DISMISS AND SEAL CERTAIN ACCOMPANYING EXHIBITS**

Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure and Local Civil Rules 5.3(c) and 7.1, Plaintiffs, as identified in Exhibit A to Defendant Personal Care Products Council's Memorandum of Law in Support of Its Motion to Dismiss (Dkt. No. 256-2), by and through Plaintiffs' Steering Committee, hereby move to file Exhibits C, F and H to Plaintiffs' Memorandum of Law in Opposition to Personal Care Products Council's Motion to Dismiss under seal, and to redact those portions of the Memorandum referring to the sealed Exhibits.

The documents at issue have previously been produced by Defendant Personal Care Products Council in a separate litigation and designated as "Protected Document – Subject to Protective Order." By agreement, the documents have been made available to Plaintiffs in the above-captioned litigation, but remain subject to a protective order.

A proposed form of Order has been simultaneously submitted.

Respectfully Submitted,

Dated: June 19, 2017

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Rd., Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com
***Plaintiffs' Co-Lead Counsel***

*/s/ Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Ave.
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
clpacitella@cprlaw.com
***Plaintiffs' Liaison Counsel***