# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |

[Proposed]
**Order**

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiff's Motion To Redact Plaintiffs' Memorandum Of Law In Opposition To Personal Care Products Council's Motion To Dismiss and Seal Certain Accompanying Exhibits, and any opposition thereto filed by Defendants, it is hereby ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Exhibits C, F and H to Plaintiffs' Memorandum Of Law In Opposition To Personal Care Products Council's Motion To Dismiss shall be filed under seal and remain so until further order of Court; and

IT IS FURTHER ORDERED that that a redacted version of the Memorandum be filed of record via ECF and be available to the public.

By the Court:

_____