CERTIFICATE OF SERVICE

I, Christopher M. Placitella, hereby certify that I caused a copy of the foregoing Plaintiffs' Motion to File Under Seal to be filed electronically via the court's electronic filing system the 19th day of June 2017. Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

                                            */s/ Christopher M. Placitella*

                                            CHRISTOPHER M. PLACITELLA

Dated: June19, 2017