# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS** | Master Docket No. 3:16-md-2738 (FLW) <br><br> MDL 2738 <br><br> Honorable Freda L. Wolfson |
| This document relates to: <br><br> Mihalich v. Johnson & Johnson, et al., S.D. Illinois, C.A. No. 3:14-00600 | Case No.:   3:16-cv-6695 (FLW) |
| Estrada v. Johnson & Johnson, et al., E.D. California, C.A. No. 2:14-01051 | Case No.    3:16-cv-7492 (FLW) |

---

## CERTIFICATE OF SERVICE

---

 

Timothy G. Blood
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
F: 619/338-1101
tblood@bholaw.com
pbrown@bholaw.com

*Attorneys for Plaintiffs*
*Barbara Mihalich and Mona Estrada*

(Additional Counsel on Signature Page)

00122396

I hereby certify that on June 16, 2017, I caused to be served on the Defendants identified below via electronic mail and via U.S. mail, postage prepaid, a true and correct copy of CONSUMER CLASS PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JOHNSON AND JOHNSON addressed as follows:

Matthew D. Powers
Email: mpowers@omm.com
O'MELVENY & MYERS
Two Embarcadero Center, 28th Fl.
San Francisco, CA  94111
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Richard B. Goetz
Email: rgoetz@omm.com
O'MELVENY & MYERS
400 South Hope Street
Los Angeles, CA  90071
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Kathleen Frazier
Email: kfrazier@shb.com
SHOOK HARDY & BACON LLP
600 Travis St., Suite 3400
Houston, TX  77002
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Lorna Dotro
Email: ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ  07962
COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA

Julie Tersigni
Email: julie.tersigni@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ  07392-1047
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

1

00122396

Thomas T. Locke
tlocke@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, DC  20004
COUNSEL FOR DEFENDANTS, PERSONAL CARE PRODUCTS COUNCIL

| | |
|---|---|
| Dated: June 16, 2017 | BLOOD HURST & O'REARDON, LLP<br>Timothy G. Blood<br>Paula R. Brown<br><br>By:      s/ *Timothy G. Blood*<br>         TIMOTHY G. BLOOD<br><br>701 B Street, Suite 1700<br>San Diego, CA  92101<br>T: 619/338-1100<br>*Attorneys for Plaintiffs*<br>*Barbara Mihalich and Mona Estrada*<br><br>GOLDENBERG HELLER ANTOGNOLI<br>    & RWOLAND, P.C.<br>Mark C. Goldenberg 300990221<br>Thomas P. Rosenfeld #06301401<br>Kevin P. Green #6299905<br>222 South State Route 157<br>Edwardsville, IL  62025<br>T: 618/656-5150<br>*Attorneys for Plaintiff Barbara Mihalich*<br><br>BEASLEY, ALLEN, CROW, METHVIN,<br>    PORTIS & MILES, P.C.<br>W. Daniel "Dee" Miles, III<br>Lance C. Gould<br>Alison Douillard Hawthorne<br>272 Commerce Street<br>Post Office Box 4160<br>Montgomery, AL 36103<br>T: 334/269-2343<br><br>THE SMITH LAW FIRM<br>Allen Smith, Jr.<br>618 Towne Center Blvd., Suite B<br>Ridgeland, MS  39157<br>T: 601/952-1422<br>*Attorneys for Plaintiff Mona Estrada* |

2

00109693