# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS** | Master Docket No. 3:16-md-2738 (FLW) <br><br> MDL 2738 <br><br> Honorable Freda L. Wolfson |
| This document relates to: <br><br> Mihalich v. Johnson & Johnson, et al., S.D. Illinois, C.A. No. 3:14-00600 | Case No.:   3:16-cv-6695 (FLW) |
| Estrada v. Johnson & Johnson, et al., E.D. California, C.A. No. 2:14-01051 | Case No.   3:16-cv-7492 (FLW) |

---
## CERTIFICATE OF SERVICE
---

Timothy G. Blood
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
F: 619/338-1101
tblood@bholaw.com
pbrown@bholaw.com

*Attorneys for Plaintiffs*
*Barbara Mihalich and Mona Estrada*

(Additional Counsel on Signature Page)

00122398

I hereby certify that on June 16, 2017, I caused to be served on the Defendants identified below via electronic mail and via U.S. mail, postage prepaid, a true and correct copy of CONSUMER CLASS PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT JOHNSON & JOHNSON CONSUMER INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC. addressed as follows:

Matthew D. Powers
Email: mpowers@omm.com
O'MELVENY & MYERS
Two Embarcadero Center, 28th Fl.
San Francisco, CA  94111
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Richard B. Goetz
Email: rgoetz@omm.com
O'MELVENY & MYERS
400 South Hope Street
Los Angeles, CA  90071
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Kathleen Frazier
Email: kfrazier@shb.com
SHOOK HARDY & BACON LLP
600 Travis St., Suite 3400
Houston, TX  77002
COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Lorna Dotro
Email: ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ  07962
COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA

Julie Tersigni
Email: julie.tersigni@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ  07392-1047

1

00122398

COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Thomas T. Locke
tlocke@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, DC  20004
COUNSEL FOR DEFENDANTS, PERSONAL CARE PRODUCTS COUNCIL

Dated: June 16, 2017

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood
Paula R. Brown

By:    s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
*Attorneys for Plaintiffs*
*Barbara Mihalich and Mona Estrada*

GOLDENBERG HELLER ANTOGNOLI
    & RWOLAND, P.C.
Mark C. Goldenberg 300990221
Thomas P. Rosenfeld #06301401
Kevin P. Green #6299905
222 South State Route 157
Edwardsville, IL  62025
T: 618/656-5150
*Attorneys for Plaintiff Barbara Mihalich*

BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
W. Daniel "Dee" Miles, III
Lance C. Gould
Alison Douillard Hawthorne
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103
T: 334/269-2343

THE SMITH LAW FIRM
Allen Smith, Jr.
618 Towne Center Blvd., Suite B
Ridgeland, MS  39157
T: 601/952-1422
*Attorneys for Plaintiff Mona Estrada*

2

00109693