**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATE OF SERVICE**

I hereby certify that the Defendants identified below were served via electronic mail on June 16, 2017, and via federal express overnight delivery on June 19, 2017, a true and correct copy of Plaintiffs' Certificate of Service, Plaintiffs' First Set of Requests for the Production of Documents to Defendant Johnson and Johnson, and Plaintiffs' First Set of Interrogatories to Defendant Johnson and Johnson:

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047
*COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
*COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building

1

Philadelphia, PA 19107
*COUNSEL FOR DEFENDANT, PERSONAL CARE PRODUCTS COUNCIL*

DATE:  June 20, 2017

        */s/ Michelle A. Parfitt*
        Michelle A. Parfitt
        **ASHCRAFT & GEREL, LLP**
        4900 Seminary Road, Suite 650
        Alexandria, VA 22311
        Tel: 703-931-5500
        Fax: 703-820-1656
        mparfitt@ashcraftlaw.com


        */s/ P. Leigh O'Dell*
        P. Leigh O'Dell
        **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
        218 Commerce Street
        Montgomery, AL 36104
        Tel: 334-269-2343
        Fax: 334-954-7555
        leigh.odell@beasleyallen.com

        **Plaintiffs' Co-Lead Counsel**

        /s/ *Christopher M. Placitella*
        Christopher M. Placitella
        COHEN, PLACITELLA & ROTH, P.C.
        127 Maple Avenue
        Red Bank, NJ 07701
        Tel: 732-747-9003
        Fax: 732-747-9004
        cplacitella@cprlaw.com

        *Plaintiffs' Liaison Counsel*