UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: Trenton
JUDGE Freda L. Wolfson, USDJ &
     Lois H. Goodman, USMJ
Court Reporter: Vincent Russoniello

Date: June 21, 2017

Civil: 16-2738(FLW)(LHG)

TITLE OF CASE:

In Re: Johnson & Johnson, MDL

APPEARANCES:

See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD ON THE RECORD.

Additional status conference scheduled for July 20, 2017 at 1:30 P.M. and September 6, 2017 at 10:30 A.M.

Certain discovery issues resolved on the record.

Counsel shall advised the Court within 60 days of their intentions with respect to the Motions to dismiss based on lack of jurisdiction and Motions to remand.

TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 12:00 P.M.
TOTAL TIME: (1 hour 30 minutes)

*s/Jacqueline Merrigan*
Deputy Clerk

INITIAL STATUS/SETTLEMENT FINAL PRETRIAL ✓   ①   DATE 6/21/17   TIME 10:30

CASE NAME: J&J MDL

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: KATHLEEN FRAZIER
FIRM NAME: SHOOK, HARDY & BACON, L.L.P.
MAILING ADDRESS: 2602 VALLEY MANOR DR.
KINGWOOD, TX 77339
PHONE NO.: 713-703-5350
WHOM YOU REPRESENT: J&J, JJCI

NAME: Lorna A. Dotro
FIRM NAME: Coughlin Duffy LLP
MAILING ADDRESS: 350 Mt. Kemble Ave.
Morristown, NJ 07962
PHONE NO.: 973-267-0058
WHOM YOU REPRESENT: Imerys Talc America

***

NAME: Ann Thornton Field
FIRM NAME: Gordon Rees
MAILING ADDRESS: 2005 Market St, #2900
Philadelphia, PA 19103
PHONE NO.: 215 717 4002
WHOM YOU REPRESENT: Imerys Talc America

NAME: Mark Silver
FIRM NAME: Coughlin Duffy
MAILING ADDRESS: 350 Mt. Kemble Avenue
Morristown, NJ 07960
PHONE NO.: 973-631-6045
WHOM YOU REPRESENT: Imerys Talc America

②

INITIAL  
STATUS/SETTLEMENT _____  
FINAL PRETRIAL _____

DATE _____  
TIME _____

CASE NAME: _____

CIVIL ACTION NO.: _____

## APPEARANCES

NAME: Thomas T. Locke  
FIRM NAME: Seyfarth Shaw LLP  
MAILING ADDRESS: 975 F Str. NW  
Washington D  

PHONE NO.: 202-828-5300  
WHOM YOU REPRESENT: Personal Care Products Council

NAME: Sheryl L. Axelrod  
FIRM NAME: The Axelrod Firm, PC  
MAILING ADDRESS: 1125 Walnut Street  
Phila, PA 19107  

PHONE NO.: 215.461.1768  
WHOM YOU REPRESENT: Personal Care Products Counsel

\*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*

NAME: JOHN BEISNER  
FIRM NAME: SKADDEN ARPS  
MAILING ADDRESS: 1440 NEW YORK AVE., N.W.  
WASHINGTON, DC 20005  

PHONE NO.: 703-371-7410  
WHOM YOU REPRESENT: J&J

NAME: _____  
FIRM NAME: _____  
MAILING ADDRESS: _____  

PHONE NO.: _____  
WHOM YOU REPRESENT: _____

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

(3)

DATE 6-21-17
TIME 10:30

CASE NAME: J+J MDL
CIVIL ACTION NO.:

## APPEARANCES

NAME: Susan M. Sherko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Dr. Florham Park NJ 07932
PHONE NO.: 973-549-7350
WHOM YOU REPRESENT: J+J, JJCI

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive Florham Park, NJ 07932
PHONE NO.:
WHOM YOU REPRESENT: J&J and JJCI

\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*

NAME: Patrick Oot
FIRM NAME: Shook Hardy & Bacon
MAILING ADDRESS: 1155 F Street NW Suite 800 Washington, DC 20004
PHONE NO.: 202 5966876
WHOM YOU REPRESENT:

NAME: Matt Powers
FIRM NAME: O'Melveny & Myers
MAILING ADDRESS: 2 Embarcadero Center, 28th Fl. San Francisco, CA 94111
PHONE NO.: (415) 984-8898
WHOM YOU REPRESENT: JTT

(4)

INITIAL
STATUS/SETTLEMENT
FINAL PRETRIAL

DATE
TIME

CASE NAME:

CIVIL ACTION NO.:

**APPEARANCES**

NAME: Leigh O'Dell    PSC
FIRM NAME: Beasley Allen
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT:

NAME: Michelle Parfitt
FIRM NAME: Ashcraft Gerel
MAILING ADDRESS: Alexandria, Va.

PHONE NO.:
WHOM YOU REPRESENT:

**********   **********   **********   **********   **********

NAME: Timothy Blood
FIRM NAME: Blood Hurst & O'Reardon
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT: Class plaintiffs

NAME: Don Lapinski
FIRM NAME: Wilentz
MAILING ADDRESS: 90 Woodbridge Ctr Dr
Woodbridge, NJ 07095

PHONE NO.:
WHOM YOU REPRESENT: Plaintiffs

(5)

```
INITIAL          _____                    DATE  _____
STATUS/SETTLEMENT _____
FINAL PRETRIAL   _____                    TIME  _____

CASE NAME:       _____

CIVIL ACTION NO.: _____
```

**APPEARANCES**

NAME: Chris Placitella  
FIRM NAME: Cohen Placitella  
MAILING ADDRESS: 127 Maple Ave, Red Bank NJ  
PHONE NO.: _____  
WHOM YOU REPRESENT: TTS

NAME: Laurence Berman  
FIRM NAME: Levin Sedran Berman  
MAILING ADDRESS: 510 Walnut St #500, Phila PA 19106  
PHONE NO.: 215-592-1500  
WHOM YOU REPRESENT: TNS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Chris Tisi  
FIRM NAME: Ashcraft + Gerel  
MAILING ADDRESS: 8000 [Street], 4900 Seminary Rd, Alexandria Va.  
PHONE NO.: 703-931-5500  
WHOM YOU REPRESENT: ____

NAME: Richard Golomb  
FIRM NAME: Golomb Honik  
MAILING ADDRESS: 1515 Market St, Phila PA 19102  
PHONE NO.: 215 985 9177  
WHOM YOU REPRESENT: TTS

W. Steven Berman  
Napoli Shkolnik PLLC  
1 Greentree Ctr Ste 201  
Marlton NJ 08053  (850) 988 5574