UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>DEBRA COBBS, DAUGHTER AND NEXT OF KIN TO MELVA LEE CULP, DECEASED,<br><br>3:17-cv-04447 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 19, 2017 on behalf of Plaintiff, Debra Cobbs, Daughter and Next of Kin to Melva Lee Culp, Deceased.

Dated: June 22, 2017

                                                           Respectfully submitted,

                                                           */s/ Kelsey L. Stokes*
                                                           Kelsey L. Stokes (TX Bar No. 24083912)
                                                           kelsey_stokes@fleming-law.com
                                                           Rand P. Nolen (TX Bar No. 00788126)
                                                           rand_nolen@fleming-law.com
                                                           FLEMING, NOLEN & JEZ, L.L.P.
                                                           2800 Post Oak Blvd., Suite 4000
                                                           Houston, Texas 77056-6109
                                                           Tel: 713-621-7944
                                                           Fax: 713-621-9638

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      */s/ Kelsey L. Stokes*
Kelsey L. Stokes (TX Bar No. 24083912)
kelsey_stokes@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel:  713-621-7944
Fax: 713-621-9638