OMB No 1545-0047

**Form 990**

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)**

► The organization may have to use a copy of this return to satisfy state reporting requirements

Department of the Treasury
Internal Revenue Service

**2010**

**Open to Public Inspection**

**A** For the 2010 calendar year, or tax year beginning 01-01-2010 and ending 12-31-2010

| **B** Check if applicable | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | THE PERSONAL CARE PRODUCTS COUNCIL INC F/K/A THE COSMETICTOILETRY & FRAGRANC | 13-1390920 |
| ☐ Name change | Doing Business As | |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address) Room/suite | **E** Telephone number |
| ☐ Terminated | 1101 17TH STREET NW NO 300 | (202) 331-1770 |
| ☐ Amended return | City or town, state or country, and ZIP + 4 WASHINGTON, DC 200364702 | **G** Gross receipts $ 22,651,488 |
| ☐ Application pending | | |

**F** Name and address of principal officer
LEZLEE WESTINE
1101 17TH STREET NW NO 300
WASHINGTON, DC 200364702

**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No

**H(b)** Are all affiliates included? ☐ Yes ☐ No
If "No," attach a list (see instructions)

**H(c)** Group exemption number ►

**I** Tax-exempt status: ☐ 501(c)(3) ☑ 501(c) ( 6 ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** Website: ► WWW PERSONALCARECOUNCIL ORG

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ►   **L** Year of formation 1971   **M** State of legal domicile DC

## Part I Summary

**Activities & Governance**

**1** Briefly describe the organization's mission or most significant activities
REPRESENT THE COMMON BUSINESS INTERESTS OF THE PERSONAL CARE PRODUCTS INDUSTRY

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | |
|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 42 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 42 |
| **5** Total number of individuals employed in calendar year 2010 (Part V, line 2a) | **5** | 111 |
| **6** Total number of volunteers (estimate if necessary) | **6** | 0 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 190,018 |
| **b** Net unrelated business taxable income from Form 990-T, line 34 | **7b** | 11,217 |

| **Revenue** | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 268,312 | 172,324 |
| **9** | Program service revenue (Part VIII, line 2g) | 14,052,382 | 14,289,745 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 769,800 | 1,028,607 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 2,442,605 | 2,180,147 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 17,533,099 | 17,670,823 |

| **Expenses** | | | |
|---|---|---|---|
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 9,496,107 | 10,027,382 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ►0 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 7,500,387 | 7,663,042 |
| **18** | Total expenses Add lines 13–17 (must equal Part IX, column (A), line 25) | 16,996,494 | 17,690,424 |
| **19** | Revenue less expenses Subtract line 18 from line 12 | 536,605 | -19,601 |

| **Net Assets or Fund Balances** | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 19,677,225 | 20,640,045 |
| **21** | Total liabilities (Part X, line 26) | 8,027,636 | 7,588,110 |
| **22** | Net assets or fund balances Subtract line 21 from line 20 | 11,649,589 | 13,051,935 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2011-05-26 Date |
|---|---|---|
| | LEZLEE WESTINE PRESIDENT Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name BILL TURCO | Preparer's signature BILL TURCO | Date | Check ☐ if self-employed ► | PTIN |
|---|---|---|---|---|---|
| | Firm's name ► RSM MCGLADREY INC | | | | Firm's EIN ► |
| | Firm's address ► 8000 TOWERS CRESCENT DR STE 500 VIENNA, VA 221826205 | | | | Phone no ► (703) 336-6400 |

May the IRS discuss this return with the preparer shown above? (see instructions) ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. Cat No 11282Y Form **990** (2010)

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 2 of 42 PageID: 3839

| **Part III** | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response to any question in this Part III . . . . . . . . . . . ☑

**1** Briefly describe the organization's mission

TO SECURE AND PROVIDE THROUGH THE COUNCIL THE COOPERATION AND UNITED EFFORTS OF THE PERSONAL CARE PRODUCTS INDUSTRY IN ANY MATTERS RELATING TO THE WELFARE OF THE INDUSTRY, INCLUDING REPRESENTING THE INDUSTRY BEFORE FEDERAL, STATE, AND LOCAL GOVERNMENTS IN ORDER TO MAINTAIN THE APPROPRIATE REGULATORY STATUS FOR PERSONAL CARE PRODUCTS, REPRESENTING THE INDUSTRY IN OTHER MATTERS RELATING TO ITS GENERAL WELFARE, AND SUPPORTING PRODUCT, EMPLOYEE, AND ENVIRONMENTAL SAFETY THROUGH SCIENTIFIC RESEARCH AND DEVELOPMENT OF VOLUNTARY SCIENTIFIC STANDARDS AND TEST METHODOLOGIES

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O

**4** Describe the exempt purpose achievements for each of the organization's three largest program services by expenses

Section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported

**4a** ( Code ) (Expenses $          including grants of $          ) (Revenue $          )

SCIENCE/COSMETICS INGREDIENT REVIEW - THE COUNCIL PROMOTES THE INDUSTRY'S COMMITMENT TO SAFETY AND SELF-REGULATION TO ENSURE THE PROTECTION OF HUMAN HEALTH AND THE ENVIRONMENT THROUGH THE USE OF SAFE INGREDIENTS IN PERSONAL CARE PRODUCTS  THE COUNCIL'S COMSUMER COMMITMENT CODE FORMALIZES EXISTING PRODUCT SAFETY PRACTICES AND DEMONSTRATES THE INDUSTRY'S COMMITMENT TO SAFETY  THE CIR REVIEWS AVAILABLE INFORMATION ON INGREDIENTS TO DETERMINE THE SAFETY OF THOSE INGREDIENTS AS USED IN PEROSNAL CARE PRODUCTS AND PUBLISHES THE CONCLUSIONS OF ITS INDEPENDENT REVIEW PANEL

**4b** ( Code ) (Expenses $          including grants of $          ) (Revenue $          )

GOVERNMENT AFFAIRS/LEGAL AND REGULATORY/GLOBAL STRATEGIES - THE COUNCIL WORKS TO ENSURE THAT ALL FEDERAL AND STATE LEGISLATION AND REGULATION HAS AN APPROPRIATE FOCUS ON CONSUMER PROTECTION AND PRODUCT AVAILABLIITY  THE COUNCIL SUPPORTS MEMBER COMPANIES' ACCESS TO GLOBAL MARKETS THROUGH INTERNATIONAL ADVOCACY, REGULATORY HARMONIZATION, AND MEMBER ADVISORY SERVICES

**4c** ( Code ) (Expenses $          including grants of $          ) (Revenue $          )

PUBLIC AFFAIRS/MEETINGS/PUBLICATIONS - THE COUNCIL PROMOTES THE VALUE OF, NEED FOR, AND SAFETY OF THE INDUSTRY'S PRODUCTS AND OFFERS A VARIETY OF PRODUCTS AND SERVICES TO MEET THE CONTINUING INFORMATIONAL NEEDS OF ITS MEMBERS AND CONSUMERS

**4d** Other program services (Describe in Schedule O ) **See also Additional Data for Description**
(Expenses $          including grants of $          ) (Revenue $          )

**4e** **Total program service expenses▶**$

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 3 of 42 PageID: 3840

**Part IV**    **Checklist of Required Schedules**

| | | Yes | No |
|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? If "Yes," complete Schedule A . . . . . . . . . . . . . . **1** | | No |
| 2 | Is the organization required to complete Schedule B, Schedule of Contributors (see instruction)? . . **2** | | No |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I  **3** | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? If "Yes," complete Schedule C, Part III  **5** | Yes | |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts where donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? If "Yes," complete Schedule D, Part I  **6** | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas or historic structures? If "Yes," complete Schedule D, Part II  . . . **7** | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? If "Yes," complete Schedule D, Part III  **8** | | No |
| 9 | Did the organization report an amount in Part X, line 21, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? If "Yes," complete Schedule D, Part IV  **9** | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in term, permanent,or quasi-endowments? If "Yes," complete Schedule D, Part V  **10** | Yes | |
| 11 | If the organization's answer to any of the following questions is 'Yes,' then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line10? If "Yes," complete Schedule D, Part VI.  **11a** | Yes | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VII.  **11b** | Yes | |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VIII.  **11c** | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part IX.  **11d** | | No |
| e | Did the organization report an amount for other liabilities in Part X, line 25? If "Yes," complete Schedule D, Part X.  **11e** | Yes | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? If "Yes," complete Schedule D, Part X.  **11f** | Yes | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? If "Yes," complete Schedule D, Parts XI, XII, and XIII  **12a** | | No |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? If "Yes," and if the organization answered 'No' to line 12a, then completing Schedule D, Parts XI, XII, and XIII is optional  **12b** | Yes | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E  **13** | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . **14a** | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, and program service activities outside the United States? If "Yes," complete Schedule F, Parts I and IV  . . . . . . **14b** | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or assistance to any organization or entity located outside the U S ? If "Yes," complete Schedule F, Parts II and IV  . . **15** | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or assistance to individuals located outside the U S ? If "Yes," complete Schedule F, Parts III and IV  . **16** | | No |
| 17 | Did the organization report a total of more than $15,000, of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? If "Yes," complete Schedule G, Part I (see instructions)  **17** | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II  . . . . . . . . . . . **18** | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? If "Yes," complete Schedule G, Part III  . . . . . . **19** | | No |
| 20a | Did the organization operate one or more hospitals? If "Yes," complete Schedule H  . . . . . **20a** | | No |
| b | If "Yes" to line 20a, did the organization attach its audited financial statement to this return? **Note.** Some Form 990 filers that operate one or more hospitals must attach audited financial statements  (see instructions)  **20b** | | |

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 4 of 42 PageID: 3841

**Part IV**   **Checklist of Required Schedules** *(continued)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| 21 | Did the organization report more than $5,000 of grants and other assistance to governments and organizations in the United States on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . | | **21** | | No |
| 22 | Did the organization report more than $5,000 of grants and other assistance to individuals in the United States on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . | | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, questions 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . 🔗 | | **23** | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b–24d and complete Schedule K. If "No," go to line 25* . . . | | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . | | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . . | | **24d** | | |
| 25a | **Section 501(c)(3) and 501(c)(4) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . | | **25a** | | |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . | | **25b** | | |
| 26 | Was a loan to or by a current or former officer, director, trustee, key employee, highly compensated employee, or disqualified person outstanding as of the end of the organization's tax year? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . . . . . . . . . . . . 🔗 | | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor, or a grant selection committee member, or to a person related to such an individual? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . 🔗 | | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties? (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | | |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . 🔗 | | **28a** | | No |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . 🔗 | | **28b** | Yes | |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . 🔗 | | **28c** | Yes | |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M*🔗 | | **29** | Yes | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . 🔗 | | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* . . . . . . . . . . . . . . . . . . . . . . 🔗 | | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . | | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . 🔗 | | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Parts II, III, IV, and V, line 1* . . . . . . . . . . . . . . . . . . . . . . 🔗 | | **34** | Yes | |
| 35 | Is any related organization a controlled entity within the meaning of section 512(b)(13)? . . . . . | | **35** | | No |
| a | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . 🔗 ⌐Yes ☑ No | | | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . | | **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* 🔗 | | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11 and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . | | **38** | Yes | |

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 5 of 42 PageID: 3842

| Part V | Statements Regarding Other IRS Filings and Tax Compliance | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response to any question in this Part V . . . . . . . . . . . □ | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable . | **1a** | 57 | | |
| **b** | Enter the number of Forms W-2G included in line 1a *Enter -0-* if not applicable | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . | | | **1c** | Yes | |
| **2a** | Enter the number of employees reported on Form W-3, *Transmittal of Wage and Tax Statements* filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . . . . . . | **2a** | 111 | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | | **2b** | Yes | |
| | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . . . . . . . . . . . . . . . . . . . . . . | | | **3a** | Yes | |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No," provide an explanation in Schedule O* . . | | | **3b** | Yes | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . | | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country ▶ _____ See instructions for filing requirements for Form TD F 90-22 1, Report of Foreign Bank and Financial Accounts | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | | No |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible? . . . . . . . . . . | | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . . | | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | | | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . | | | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . . . . | | | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . . . | | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . | | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.** Did the supporting organization, or a donor advised fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . . . . . . . | | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | | |
| **a** | Did the organization make any taxable distributions under section 4966? . . . . . . . . . | | | **9a** | | |
| **b** | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . . | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . | **11a** | | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . | **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? **Note.** See the instructions for additional information the organization must report on Schedule O | | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | **13b** | | | | |
| **c** | Enter the amount of reserves on hand | **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . | | | **14b** | | |

**Part VI** **Governance, Management, and Disclosure** For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.

Check if Schedule O contains a response to any question in this Part VI  . . . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year  . . . . . . . . . . . . . . . . . | 1a | 42 | | |
| b | Enter the number of voting members included in line 1a, above, who are independent  . . . . . . . . . . . . . . . . . | 1b | 42 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee?  . . . . . . . . . . . . . | 2 | | | No |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? | 3 | | | No |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | 4 | | | No |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets?  . | 5 | | | No |
| 6 | Does the organization have members or stockholders?  . . . . . . . . . . . | 6 | | Yes | |
| 7a | Does the organization have members, stockholders, or other persons who may elect one or more members of the governing body? | 7a | | Yes | |
| b | Are any decisions of the governing body subject to approval by members, stockholders, or other persons?  . . | 7b | | | No |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | | |
| a | The governing body? | 8a | | Yes | |
| b | Each committee with authority to act on behalf of the governing body? | 8b | | Yes | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O  . . . . . | 9 | | | No |

## Section B. Policies (This Section B requests information about policies not required by the Internal Revenue Code.)

| | | | Yes | No |
|---|---|---|---|---|
| 10a | Does the organization have local chapters, branches, or affiliates? | 10a | | Yes | |
| b | If "Yes," does the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with those of the organization?  . . . . | 10b | | Yes | |
| 11a | Has the organization provided a copy of this Form 990 to all members of its governing body before filing the form? | 11a | | | No |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990  . . . . . | | | | |
| 12a | Does the organization have a written conflict of interest policy? If "No," go to line 13  . . . . . . | 12a | | Yes | |
| b | Are officers, directors or trustees, and key employees required to disclose annually interests that could give rise to conflicts?  . . . . . . . . . . . . . . . . . . | 12b | | Yes | |
| c | Does the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe in Schedule O how this is done  . . . . . . . . . . . . . | 12c | | Yes | |
| 13 | Does the organization have a written whistleblower policy?  . . . . . . . . . . | 13 | | Yes | |
| 14 | Does the organization have a written document retention and destruction policy?  . . . . . . | 14 | | Yes | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | | |
| a | The organization's CEO, Executive Director, or top management official  . . . . . . . . | 15a | | Yes | |
| b | Other officers or key employees of the organization  . . . . . . . . . . . | 15b | | Yes | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O  (See instructions ) | | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year?  . . . . . . . . . . . . . . . | 16a | | | No |
| b | If "Yes," has the organization adopted a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and taken steps to safeguard the organization's exempt status with respect to such arrangements?  . . . . . . . . . | 16b | | | |

## Section C. Disclosure

17  List the States with which a copy of this Form 990 is required to be filed▶

18  Section 6104 requires an organization to make its Form 1023 (or 1024 if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection  Indicate how you make these available  Check all that apply
☐ Own website    ☐ Another's website    ☑ Upon request

19  Describe in Schedule O whether (and if so, how), the organization makes its governing documents, conflict of interest policy, and financial statements available to the public  See Additional Data Table

20  State the name, physical address, and telephone number of the person who possesses the books and records of the organization ▶
KRISTEN BOGENRIEF
1101 17TH ST NW STE 300
WASHINGTON, DC  200364702
(202) 331-1770

Form 990 (2010)

Case 3:16-md-02738-MAS-RLS Document 331-2 Filed 06/22/17 Page 7 of 42 PageID: 3844

**Part VII** **Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response to any question in this Part VII . . . . . . . . . . .⌐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

♦ List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation, and **current** key employees  Enter -0- in columns (D), (E), and (F) if no compensation was paid

♦ List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

♦ List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

♦ List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

♦ List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

⌐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A) Name and Title | (B) Average hours per week (describe hours for related organizations in Schedule O ) | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W- 2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) DANIEL J BRESTLE CHAIRMAN | 20 | X | | X | | | | 0 | 0 | 0 |
| (2) SCOTT BEATTIE TREASURER | 20 | X | | X | | | | 0 | 0 | 0 |
| (3) LINDA R MARSHALL SECRETARY | 20 | X | | X | | | | 0 | 0 | 0 |
| (4) GEORGE CALVERT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (5) JAMES MARINO MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (6) GERALYN BREIG MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (7) CAMILLE MCDONALD MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (8) ROBERT TAYLOR HUGHES MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (9) JOHN GALANTIC MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (10) THOMAS MALAFRONTE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (11) ROBERT M PHILLIPS MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (12) JONATHAN ZRIHEN MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (13) NOEL WALLACE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (14) VANESSA C SOLOMON MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (15) CHRISTOPHER B COMBE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (16) GEORGE CLEARY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |

Form **990** (2010)

**Part VII** Section A: Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees (continued)

| (A) Name and Title | (B) Average hours per week (describe hours for related organizations in Schedule O) | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (17) KEVIN F GALLAGHER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (18) SCOTT MOFFITT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (19) AL ROBERTSON MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (20) JERRY VITTORIA MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (21) COSIMO POLICASTRO MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (22) COLIN MACKENZIE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (23) DOUGLAS TOUGH MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (24) STEFANO CURTI MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (25) WILLIAM J GENTNER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (26) JOSEPH HEALY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (27) FREDERIC ROZE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (28) PAMELA BAXTER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (29) DAVID HOLL MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (30) JAMES J MACKEY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (31) JACK NETHERCUTT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (32) GEORGE SCHAEFFER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (33) INGRID JACKEL MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (34) FRANCOIS SABATE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (35) ED SHIRLEY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (36) CHRIS ELSHAW MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (37) STEPHEN I SADOVE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (38) ROGER BARNETT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (39) HEIDI MANHEIMER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (40) ERIC HOROWITZ MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (41) SEAN G TRAYNOR PHD MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (42) TODD TILLEMANS MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| (43) LEZLEE WESTINE PRESIDENT | 40 00 | | | X | | | | 687,208 | 0 | 37,173 |
| (44) KRISTEN BOGENRIEF EVP-FINANCE & ADMINISTRATI | 40 00 | | | X | | | | 338,762 | 0 | 28,836 |
| (45) MARK POLLAK SR  EVP STRATEGIC INITIATIVE | 40 00 | | | X | | | | 251,705 | 0 | 40,141 |
| (46) ALAN ANDERSEN DIRECTOR - SCIENTIFIC COOR | 40 00 | | | | X | | | 292,571 | 0 | 27,484 |
| (47) ELIZABETH ANDERSON EVP - LEGAL/GENERAL COUNCI | 40 00 | | | | X | | | 280,808 | 0 | 40,141 |
| (48) JOHN BAILEY EVP SCIENCE | 40 00 | | | | X | | | 342,373 | 0 | 34,683 |
| (49) JANA ADAMS EVP MARKETING/MEMBER SERVI | 40 00 | | | | X | | | 217,617 | 0 | 31,850 |
| (50) KATHLEEN DEZIO EVP - PUBLIC RELATIONS | 40 00 | | | | X | | | 276,583 | 0 | 37,391 |
| (51) JOHN HURSON EVP - GOVERNMENT AFFAIRS | 40 00 | | | | X | | | 336,711 | 0 | 40,141 |
| (52) FRANCINE LAMORIELLO EVP - GLOBAL STRATEGIES | 40 00 | | | | X | | | 357,520 | 0 | 34,462 |
| (53) JAY ANSELL VP OF COSMETIC PROGRAMS | 40 00 | | | | | X | | 165,761 | 0 | 30,465 |
| (54) MORRIS SCHMIER VP OF FINANCE | 40 00 | | | | | X | | 161,561 | 0 | 25,720 |
| (55) MICHAEL THOMPSON SR  VP - GOVERNMENT AFFAIR | 40 00 | | | | | X | | 205,117 | 0 | 30,586 |
| (56) FARAH AHMED ASSOCIATE GENERAL COUNCIL | 40 00 | | | | | X | | 143,620 | 0 | 22,049 |
| (57) HALYNA BRESLAWEC DEPUTY DIRECTOR | 40 00 | | | | | X | | 225,531 | 0 | 31,779 |

| | | | |
|---|---|---|---|
| **1b** Sub-Total . . . . . . . . . . . . . . ▶ | | | |
| **c** Total from continuation sheets to Part VII, Section A . . . . . ▶ | | | |
| **d** Total (add lines 1b and 1c) . . . . . . . . . . . . . ▶ | 4,283,448 | 0 | 492,901 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 in reportable compensation from the organization ▶23

| | | | Yes | No |
|---|---|---|---|---|
| **3** Did the organization list any *former* officer, director or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . | | **3** | | No |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . . . . . | | **4** | Yes | |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? If "Yes," complete Schedule J for such person . . . . . . | | **5** | | No |

## Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| DUBERSTEIN INC 2100 PENNSYLVANIA AVE NW STE 500 WASHINGTON, DC  20037 | GOVT AFFAIRS, CONSULTING & LOBBYING | 399,996 |
| MIDDLE KINGDOM BUSINESS CONSULTANTS 925 15TH ST NW SUITE 500 WASH, DC  20005 | BUSINESS CONSULTING | 308,754 |
| AVECTRA INC 7901 JONES BRANCH DRIVE SUITE 500 MCLEAN, VA  22102 | SOFTWARE SYSTEMS | 252,256 |
| COVINGTON & BURLING 1201 PENNSYLVANIA AVENUE NW WASHINGTON, DC  20004 | LEGAL | 239,509 |
| RATIONAL PR 1155 15TH STREET NW SUITE 614 WASHINGTON, DC  20005 | PUBLIC RELATIONS CONSULTING | 225,885 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 in compensation from the organization ▶10

**Part VIII** **Statement of Revenue**

| | | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512, 513, or 514 |
|---|---|---|---|---|---|---|
| **Contributions, gifts, grants and other similar amounts** | **1a** Federated campaigns | **1a** | | | | |
| | **b** Membership dues | **1b** | | | | |
| | **c** Fundraising events | **1c** | | | | |
| | **d** Related organizations | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 172,324 | | | |
| | **g** Noncash contributions included in lines 1a-1f $ | | 172,324 | | | |
| | **h** **Total.** Add lines 1a-1f ▶ | | 172,324 | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** MEMBERSHIP DUES | 900099 | 10,892,165 | 10,892,165 | | |
| | **b** PUBLICATIONS | 541800 | 2,133,967 | 1,943,949 | 190,018 | |
| | **c** MEETINGS AND CONFERENC | 900099 | 1,263,613 | 1,263,613 | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g** **Total.** Add lines 2a-2f ▶ | | 14,289,745 | | | |

| | | | (A) | (B) | (C) | (D) |
|---|---|---|---|---|---|---|
| **Other Revenue** | **3** Investment income (including dividends, interest and other similar amounts) ▶ | | 602,902 | | | 602,902 |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties ▶ | | | | | |

| | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|
| **6a** Gross Rents | | | | | | | |
| **b** Less rental expenses | | | | | | | |
| **c** Rental income or (loss) | | | | | | | |
| **d** Net rental income or (loss) ▶ | | | | | | | |

| | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|
| **7a** Gross amount from sales of assets other than inventory | | 5,406,370 | | | | | |
| **b** Less cost or other basis and sales expenses | | 4,980,665 | | | | | |
| **c** Gain or (loss) | | 425,705 | | | | | |
| **d** Net gain or (loss) ▶ | | | | 425,705 | | | 425,705 |

**8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c) See Part IV, line 18 **a**
**b** Less direct expenses **b**
**c** Net income or (loss) from fundraising events ▶

**9a** Gross income from gaming activities See Part IV, line 19 **a**
**b** Less direct expenses **b**
**c** Net income or (loss) from gaming activities ▶

**10a** Gross sales of inventory, less returns and allowances **a**
**b** Less cost of goods sold **b**
**c** Net income or (loss) from sales of inventory ▶

| Miscellaneous Revenue | Business Code | | | | |
|---|---|---|---|---|---|
| **11a** FREE SALE/BSE CERTIFIC | 900099 | 1,192,995 | 1,192,995 | | |
| **b** INTERESTED PARTY | 900099 | 587,995 | 587,995 | | |
| **c** APPLICATION FEES | 900099 | 304,923 | 304,923 | | |
| **d** All other revenue | | 94,234 | 94,234 | | |
| **e** **Total.** Add lines 11a-11d ▶ | | 2,180,147 | | | |

| **12** **Total revenue.** See Instructions ▶ | | 17,670,823 | 16,279,874 | 190,018 | 1,028,607 |

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 10 of 42 PageID: 3847

**Part IX**   **Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns.
All other organizations must complete column (A) but are not required to complete columns (B), (C), and (D).

| | Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service<br>expenses | (C)<br>Management and<br>general expenses | (D)<br>Fundraising<br>expenses |
|---|---|---|---|---|---|
| 1 | Grants and other assistance to governments and organizations in the U S See Part IV, line 21 | | | | |
| 2 | Grants and other assistance to individuals in the U S See Part IV, line 22 | | | | |
| 3 | Grants and other assistance to governments, organizations, and individuals outside the U S See Part IV, lines 15 and 16 | | | | |
| 4 | Benefits paid to or for members | | | | |
| 5 | Compensation of current officers, directors, trustees, and key employees  .  .  .  . | 4,122,744 | | | |
| 6 | Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)  .  .  .  . | | | | |
| 7 | Other salaries and wages | 4,398,402 | | | |
| 8 | Pension plan contributions (include section 401(k) and section 403(b) employer contributions)  .  .  .  . | 662,557 | | | |
| 9 | Other employee benefits  .  .  .  .  .  .  . | 426,436 | | | |
| 10 | Payroll taxes  .  .  .  .  .  .  .  .  .  . | 417,243 | | | |
| a | Fees for services (non-employees)<br>Management  .  .  .  .  .  . | | | | |
| b | Legal  .  .  .  .  .  .  .  . | 273,571 | | | |
| c | Accounting  .  .  .  .  .  .  .  .  . | 71,200 | | | |
| d | Lobbying  .  .  .  .  .  .  .  .  . | 1,216,836 | | | |
| e | Professional fundraising services  See Part IV, line 17  .  . | | | | |
| f | Investment management fees  .  .  .  .  . | 48,474 | | | |
| g | Other  .  .  .  .  .  .  .  . | 1,656,246 | | | |
| 12 | Advertising and promotion  .  .  .  . | 22,408 | | | |
| 13 | Office expenses  .  .  .  .  .  . | 280,139 | | | |
| 14 | Information technology  .  .  .  .  . | 393,430 | | | |
| 15 | Royalties  .  .  . | | | | |
| 16 | Occupancy  .  .  .  .  .  .  .  . | 689,580 | | | |
| 17 | Travel  .  .  .  .  .  .  .  .  . | 515,388 | | | |
| 18 | Payments of travel or entertainment expenses for any federal, state, or local public officials  .  .  .  . | | | | |
| 19 | Conferences, conventions, and meetings  .  .  .  . | 635,165 | | | |
| 20 | Interest  .  .  .  .  .  .  .  .  . | | | | |
| 21 | Payments to affiliates  .  .  .  .  . | | | | |
| 22 | Depreciation, depletion, and amortization  .  .  .  .  . | 224,422 | | | |
| 23 | Insurance  .  .  .  .  .  .  .  .  . | 108,030 | | | |
| 24 | Other expenses  Itemize expenses not covered above  (List miscellaneous expenses in line 24f  If line 24f amount exceeds 10% of line 25, column (A) amount, list line 24f expenses on Schedule O ) | | | | |
| a | PUBLICATION | 606,560 | | | |
| b | RESEARCH/REGULATORY/OTH | 519,375 | | | |
| c | OTHER EXPENSES | 271,660 | | | |
| d | DUES & SUBSCRIPTIONS | 125,866 | | | |
| e | UBIT TAX | 4,692 | | | |
| f | All other expenses | | | | |
| 25 | **Total functional expenses.** Add lines 1 through 24f | 17,690,424 | | | |
| 26 | **Joint costs.** Check here ▶ ☐ if following SOP 98-2 (ASC 958-720)  Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation | | | | |

**Part X**   **Balance Sheet**

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---:|---|---:|
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . . | 400 | **1** | 400 |
| | 2 | Savings and temporary cash investments . . . . . . . | 2,033,685 | **2** | 3,307,292 |
| | 3 | Pledges and grants receivable, net . . . . . . . . | | **3** | |
| | 4 | Accounts receivable, net . . . . . . . . . | 66,770 | **4** | 48,557 |
| | 5 | Receivables from current and former officers, directors, trustees, key employees, and highest compensated employees Complete Part II of Schedule L . . . . . . . . . | | **5** | |
| | 6 | Receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers, and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) Schedule L . . . . . . . . . | | **6** | |
| | 7 | Notes and loans receivable, net . . . . . . . . . . . . | | **7** | |
| | 8 | Inventories for sale or use . . . . . . . . . . . | 393,929 | **8** | 215,392 |
| | 9 | Prepaid expenses and deferred charges . . . . . . . . . . | 302,320 | **9** | 421,068 |
| | 10a | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D    **10a**   2,125,789 | | | |
| | b | Less accumulated depreciation . . . . . **10b**   1,604,977 | 709,237 | **10c** | 520,812 |
| | 11 | Investments—publicly traded securities . . . . . . . . . . | 16,087,765 | **11** | 13,605,258 |
| | 12 | Investments—other securities See Part IV, line 11 . . . . . . . | | **12** | 2,420,675 |
| | 13 | Investments—program-related See Part IV, line 11 . . | | **13** | |
| | 14 | Intangible assets . . . . . . . . | | **14** | |
| | 15 | Other assets See Part IV, line 11 . . . . . . | 83,119 | **15** | 100,591 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) . . . | 19,677,225 | **16** | 20,640,045 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . | 1,690,027 | **17** | 1,763,838 |
| | 18 | Grants payable . . . . . . . . . . . | | **18** | |
| | 19 | Deferred revenue . . . . . . . . . . . | 2,694,057 | **19** | 3,071,110 |
| | 20 | Tax-exempt bond liabilities . . . . . . . . . | | **20** | |
| | 21 | Escrow or custodial account liability Complete Part IV of Schedule D . . | | **21** | |
| | 22 | Payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons Complete Part II of Schedule L . . . . . . . . . . . | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . . . . | | **24** | |
| | 25 | Other liabilities Complete Part X of Schedule D . . . . . . | 3,643,552 | **25** | 2,753,162 |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | 8,027,636 | **26** | 7,588,110 |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117, check here ▶ ☑ and complete lines 27 through 29, and lines 33 and 34. | | | |
| | 27 | Unrestricted net assets . . . . . . . | 11,649,589 | **27** | 13,051,935 |
| | 28 | Temporarily restricted net assets . . . . . . | | **28** | |
| | 29 | Permanently restricted net assets . . . . . | | **29** | |
| | | Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 30 through 34. | | | |
| | 30 | Capital stock or trust principal, or current funds . . . . . . | | **30** | |
| | 31 | Paid-in or capital surplus, or land, building or equipment fund . . . . . . | | **31** | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | **32** | |
| | 33 | Total net assets or fund balances . . . . . . | 11,649,589 | **33** | 13,051,935 |
| | 34 | Total liabilities and net assets/fund balances . . . . . | 19,677,225 | **34** | 20,640,045 |

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 12 of 42 PageID: 3849

| Part XI | Reconciliation of Net Assets | | |
|---|---|---|---|

Check if Schedule O contains a response to any question in this Part XI   .   .   .   .   .   .   .   .   .   . ☑

| 1 | Total revenue (must equal Part VIII, column (A), line 12)   .   .   . | 1 | 17,670,823 |
|---|---|---|---|
| 2 | Total expenses (must equal Part IX, column (A), line 25)   .   .   .   .   . | 2 | 17,690,424 |
| 3 | Revenue less expenses  Subtract line 2 from line 1   .   .   .   . | 3 | -19,601 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A))   .   . | 4 | 11,649,589 |
| 5 | Other changes in net assets or fund balances (explain in Schedule O)   .   .   .   . | 5 | 1,421,947 |
| 6 | Net assets or fund balances at end of year  Combine lines 3, 4, and 5 (must equal Part X, line 33, column (B))   .   .   .   .   .   . | 6 | 13,051,935 |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response to any question in this Part XII   .   .   .   .   .   .   .   .   . ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990   ☐ Cash  ☑ Accrual  ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant?   .   . | 2a | | No |
| b | Were the organization's financial statements audited by an independent accountant?   .   .   .   .   .   .   .   . | 2b | Yes | |
| c | If "Yes," to 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? <br> If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | 2c | Yes | |
| d | If "Yes" to line 2a or 2b, check a box below to indicate whether the financial statements for the year were issued on a separate basis, consolidated basis, or both <br> ☐ Separate basis   ☑ Consolidated basis   ☐ Both consolidated and separated basis | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133?   .   .   .   .   .   .   .   .   .   .   . | 3a | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits   .   . | 3b | | |

Form **990** (2010)

Case 3:18-md-02828-MAS-LHG   Document 361-2   Filed 06/22/17   Page 13 of 42 PageID: 9501

| SCHEDULE C | Political Campaign and Lobbying Activities | OMB No 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | **For Organizations Exempt From Income Tax Under section 501(c) and section 527** | **2010** |

► Complete if the organization is described below.

Department of the Treasury
Internal Revenue Service

► **Attach to Form 990 or Form 990-EZ.** ► See separate instructions.

**Open to Public Inspection**

**If the organization answered "Yes," to Form 990, Part IV, Line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**
◆ Section 501(c)(3) organizations  Complete Parts I-A and B  Do not complete Part I-C
◆ Section 501(c) (other than section 501(c)(3)) organizations  Complete Parts I-A and C below  Do not complete Part I-B
◆ Section 527 organizations  Complete Part I-A only
**If the organization answered "Yes," to Form 990, Part IV, Line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**
◆ Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)) Complete Part II-A  Do not complete Part II-B
◆ Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h))  Complete Part II-B  Do not complete Part II-A
**If the organization answered "Yes," to Form 990, Part IV, Line 5 (Proxy Tax) or Form 990-EZ, Part V, line 35a (Proxy Tax), then**
◆ Section 501(c)(4), (5), or (6) organizations  Complete Part III

| Name of the organization<br>THE PERSONAL CARE PRODUCTS COUNCIL INC<br>F/K/A THE COSMETIC TOILETRY & FRAGRANC | Employer identification number<br><br>13-1390920 |
|---|---|

**Part I-A**  **Complete if the organization is exempt under section 501(c) or is a section 527 organization.**

| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV | | |
|---|---|---|---|
| 2 | Political expenditures | ► | $ _____ |
| 3 | Volunteer hours | | |

**Part I-B**  **Complete if the organization is exempt under section 501(c)(3).**

| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 | ► | $ _____ |
|---|---|---|---|
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 | ► | $ _____ |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year? | | ☐ Yes  ☐ No |
| 4a | Was a correction made? | | ☐ Yes  ☐ No |
| b | If "Yes," describe in Part IV | | |

**Part I-C**  **Complete if the organization is exempt under section 501(c) except section 501(c)(3).**

| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities | ► | $ _____ |
|---|---|---|---|
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt funtion activities | ► | $ _____ |
| 3 | Total exempt function expenditures  Add lines 1 and 2  Enter here and on Form 1120-POL, line 17b | ► | $ _____ |
| 4 | Did the filing organization file **Form 1120-POL** for this year? | | ☐ Yes  ☐ No |

5  Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments  For each organization listed, enter the amount paid from the filing organization's funds  Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC)  If additional space is needed, provide information in Part IV

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds  If none, enter -0- | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization  If none, enter -0- |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.    Cat No 50084S    **Schedule C (Form 990 or 990-EZ) 2010**

**Part II-A** **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).**

**A** Check ☐ if the filing organization belongs to an affiliated group
**B** Check ☐ if the filing organization checked box A and "limited control" provisions apply

| **Limits on Lobbying Expenditures** (The term "expenditures" means amounts paid or incurred.) | **(a)** Filing Organization's Totals | **(b)** Affiliated Group Totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grass roots lobbying) | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** Other exempt purpose expenditures | | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) | | |
| **f** Lobbying nontaxable amount Enter the amount from the following table in both columns | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000 |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000 |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000 |
| Over $17,000,000 | $1,000,000 |

| | **(a)** | **(b)** |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) | | |
| **h** Subtract line 1g from line 1a If zero or less, enter -0- | | |
| **i** Subtract line 1f from line 1c If zero or less, enter -0- | | |

**j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year?    ☐ **Yes** ☐ **No**

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 2a through 2f on page 4.)**

| Lobbying Expenditures During 4-Year Averaging Period | | | | | |
|---|---|---|---|---|---|
| Calendar year (or fiscal year beginning in) | **(a)** 2007 | **(b)** 2008 | **(c)** 2009 | **(d)** 2010 | **(e)** Total |
| **2a** Lobbying non-taxable amount | | | | | |
| **b** Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots non-taxable amount | | | | | |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | |
| **f** Grassroots lobbying expenditures | | | | | |

Schedule C (Form 990 or 990-EZ) 2010 | Page **3**

| **Part II-B** | Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)). | | | |
|---|---|---|---|---|
| | | **(a)** | | **(b)** |
| | | Yes | No | Amount |
| **1** | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of | | | |
| **a** | Volunteers? | | | |
| **b** | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| **c** | Media advertisements? | | | |
| **d** | Mailings to members, legislators, or the public? | | | |
| **e** | Publications, or published or broadcast statements? | | | |
| **f** | Grants to other organizations for lobbying purposes? | | | |
| **g** | Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| **h** | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| **i** | Other activities? If "Yes," describe in Part IV | | | |
| **j** | Total lines 1c through 1i | | | |
| **2a** | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| **b** | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| **c** | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| **d** | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

| **Part III-A** | Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6). | | | |
|---|---|---|---|---|
| | | | Yes | No |
| **1** | Were substantially all (90% or more) dues received nondeductible by members? | **1** | | No |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? | **2** | | No |
| **3** | Did the organization agree to carryover lobbying and political expenditures from the prior year? | **3** | | No |

| **Part III-B** | Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) if BOTH Part III-A, lines 1 and 2 are answered "No" OR if Part III-A, line 3 is answered "Yes". | | |
|---|---|---|---|
| **1** | Dues, assessments and similar amounts from members | **1** | 10,892,165 |
| **2** | Section 162(e) non-deductible lobbying and political expenditures (do not include amounts of political expenses for which the section 527(f) tax was paid). | | |
| **a** | Current year | **2a** | 1,629,333 |
| **b** | Carryover from last year | **2b** | |
| **c** | Total | **2c** | 1,629,333 |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | **3** | 2,178,433 |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | **4** | |
| **5** | Taxable amount of lobbying and political expenditures (see instructions) | **5** | -549,100 |

| **Part IV** | **Supplemental Information** |
|---|---|

Complete this part to provide the descriptions required for Part I-A, line 1, Part I-B, line 4, Part I-C, line 5, and Part II-B, line 1i Also, complete this part for any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|

Schedule C (Form 990 or 990EZ) 2010

Case 3:16-md-02738-MAS-RLS Document 381-2 Filed 06/22/17 Page 16 of 42 PageID: 8865

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Financial Statements**

▶ Complete if the organization answered "Yes," to Form 990,
Part IV, line 6, 7, 8, 9, 10, 11, or 12.
▶ Attach to Form 990. ▶ See separate instructions.

OMB No 1545-0047

**2010**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL INC<br>F/K/A THE COSMETICTOILETRY & FRAGRANC | 13-1390920 |

**Part I**  **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" to Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate contributions to (during year) | | |
| 3 | Aggregate grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control?     ☐ Yes  ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds may be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit     ☐ Yes  ☐ No

**Part II**  **Conservation Easements.** Complete if the organization answered "Yes" to Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply)

☐ Preservation of land for public use (e g , recreation or pleasure)   ☐ Preservation of an historically importantly land area

☐ Protection of natural habitat   ☐ Preservation of a certified historic structure

☐ Preservation of open space

2  Complete lines 2a–2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

| | | | Held at the End of the Year |
|---|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 8/17/06 | 2d | |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the taxable year ▶_____

4  Number of states where property subject to conservation easement is located ▶_____

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds?     ☐ Yes  ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting and enforcing conservation easements during the year ▶_____

7  Amount of expenses incurred in monitoring, inspecting, and enforcing conservation easements during the year ▶ $ _____

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and 170(h)(4)(B)(ii)?     ☐ Yes  ☐ No

9  In Part XIV, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

**Part III**  **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** Complete if the organization answered "Yes" to Form 990, Part IV, line 8.

1a  If the organization elected, as permitted under SFAS 116, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education or research in furtherance of public service, provide, in Part XIV, the text of the footnote to its financial statements that describes these items

b  If the organization elected, as permitted under SFAS 116, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

**(i)** Revenues included in Form 990, Part VIII, line 1   ▶ $ _____

**(ii)** Assets included in Form 990, Part X   ▶ $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 relating to these items

a  Revenues included in Form 990, Part VIII, line 1   ▶ $ _____

b  Assets included in Form 990, Part X   ▶ $ _____

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |

**3**  Using the organization's accession and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIV

**5**  During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?  ☐ Yes  ☐ No

| **Part IV** | **Escrow and Custodial Arrangements.** Complete if the organization answered "Yes" to Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21. |

**1a**  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?  ☐ Yes  ☐ No

**b**  If "Yes," explain the arrangement in Part XIV and complete the following table

| | | Amount |
|---|---|---|
| **c** | Beginning balance | **1c** |
| **d** | Additions during the year | **1d** |
| **e** | Distributions during the year | **1e** |
| **f** | Ending balance | **1f** |

**2a**  Did the organization include an amount on Form 990, Part X, line 21?  ☐ Yes  ☐ No

**b**  If "Yes," explain the arrangement in Part XIV

| **Part V** | **Endowment Funds.** Complete if the organization answered "Yes" to Form 990, Part IV, line 10. |

| | | **(a)**Current Year | **(b)**Prior Year | **(c)**Two Years Back | **(d)**Three Years Back | **(e)**Four Years Back |
|---|---|---|---|---|---|---|
| **1a** | Beginning of year balance . . . . | 9,936,695 | 8,379,852 | 6,329,741 | | |
| **b** | Contributions . . . . . . . | 1,510,383 | 2,063,621 | 2,465,051 | | |
| **c** | Investment earnings or losses . . . | | | | | |
| **d** | Grants or scholarships . . . . . | | | | | |
| **e** | Other expenditures for facilities and programs | 998,415 | 506,778 | 414,940 | | |
| **f** | Administrative expenses . . . . | | | | | |
| **g** | End of year balance . . . . . | 10,448,663 | 9,936,695 | 8,379,852 | | |

**2**  Provide the estimated percentage of the year end balance held as

**a**  Board designated or quasi-endowment ▶   100 000 %

**b**  Permanent endowment ▶

**c**  Term endowment ▶

**3a**  Are there endowment funds not in the possession of the organization that are held and administered for the organization by

| | | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations . . . . . . . . . . . . . . | **3a(i)** | | No |
| **(ii)** related organizations . . . . . . . . . . . . . . | **3a(ii)** | | No |
| **b** If "Yes" to 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | **3b** | | |

**4**  Describe in Part XIV the intended uses of the organization's endowment funds

| **Part VI** | **Investments—Land, Buildings, and Equipment.** See Form 990, Part X, line 10. |

| Description of investment | **(a)** Cost or other basis (investment) | **(b)**Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . . . . . . | | | | |
| **b** Buildings . . . . . . . . . | | | | |
| **c** Leasehold improvements . . . . . . . . . | | 478,047 | 221,761 | 256,286 |
| **d** Equipment . . . . . . . . . . . . . | | 1,588,298 | 1,349,230 | 239,068 |
| **e** Other . . . . . . . . . . | | 59,444 | 33,986 | 25,458 |
| **Total.** Add lines 1a-1e  *(Column (d) should equal Form 990, Part X, column (B), line 10(c).)* . . . . . . . . . ▶ | | | | 520,812 |

## Part VII   Investments—Other Securities. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) 19000 SHARES OF ISHARES RUSSELL 1000 VALUE IND FUND | 1,232,530 | F |
| (B) 20750 SHARES ISHARES RUSSELL 1000 GROWTH INDEX FUND | 1,188,145 | F |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total.** (Column (b) should equal Form 990, Part X, col (B) line 12) ▶ | 2,420,675 | |

## Part VIII   Investments—Program Related. See Form 990, Part X, line 13.

| (a) Description of investment type | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total.** (Column (b) should equal Form 990, Part X, col (B) line 13) ▶ | | |

## Part IX   Other Assets. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total.** (Column (b) should equal Form 990, Part X, col.(B) line 15.)   .   .   .   .   .   .   .   .   .   .   .   ▶ | |

## Part X   Other Liabilities. See Form 990, Part X, line 25.

| 1 | (a) Description of Liability | (b) Amount |
|---|---|---|
| | Federal Income Taxes | |
| | ACCRUED PENSION LIABILITY | 2,752,160 |
| | DUE TO AFFILIATE | 1,002 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total.** (Column (b) should equal Form 990, Part X, col (B) line 25) ▶ | 2,753,162 |

**2.** Fin 48 (ASC 740) Footnote  In Part XIV, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC740)

| Part XI | Reconciliation of Change in Net Assets from Form 990 to Financial Statements | | |
|---|---|---|---|
| 1 | Total revenue (Form 990, Part VIII, column (A), line 12) | 1 | 17,670,823 |
| 2 | Total expenses (Form 990, Part IX, column (A), line 25) | 2 | 17,690,424 |
| 3 | Excess or (deficit) for the year  Subtract line 2 from line 1 | 3 | -19,601 |
| 4 | Net unrealized gains (losses) on investments | 4 | 531,570 |
| 5 | Donated services and use of facilities | 5 | |
| 6 | Investment expenses | 6 | |
| 7 | Prior period adjustments | 7 | |
| 8 | Other (Describe in Part XIV) | 8 | 890,377 |
| 9 | Total adjustments (net)  Add lines 4 - 8 | 9 | 1,421,947 |
| 10 | Excess or (deficit) for the year per financial statements  Combine lines 3 and 9 | 10 | 1,402,346 |

| Part XII | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return | | | | |
|---|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements  .  .  .  .  .  .  .  . | | | 1 | 17,698,379 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | | | |
| a | Net unrealized gains on investments  .  .  .  .  .  .  . | 2a | | | |
| b | Donated services and use of facilities  .  .  .  .  .  .  .  . | 2b | 27,556 | | |
| c | Recoveries of prior year grants  .  .  .  .  .  .  . | 2c | | | |
| d | Other (Describe in Part XIV)  .  .  .  .  .  .  .  .  .  .  . | 2d | | | |
| e | Add lines 2a through 2d  .  .  .  .  .  .  .  .  .  .  .  . | | | 2e | 27,556 |
| 3 | Subtract line 2e from line 1  .  .  .  .  .  .  .  .  .  . | | | 3 | 17,670,823 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1 | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b  . | 4a | | | |
| b | Other (Describe in Part XIV)  .  .  .  .  .  .  .  .  .  . | 4b | | | |
| c | Add lines 4a and 4b  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | | 4c | 0 |
| 5 | Total Revenue  Add lines 3 and 4c. (This should equal Form 990, Part I, line 12 )  .  .  .  .  .  . | | | 5 | 17,670,823 |

| Part XIII | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return | | | | |
|---|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements  .  .  .  .  .  .  .  .  .  .  . | | | 1 | 17,717,980 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | | | |
| a | Donated services and use of facilities  .  .  .  .  .  .  .  . | 2a | 27,556 | | |
| b | Prior year adjustments  .  .  .  .  .  .  .  .  .  .  .  . | 2b | | | |
| c | Other losses  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 2c | | | |
| d | Other (Describe in Part XIV)  .  .  .  .  .  .  .  .  . | 2d | | | |
| e | Add lines 2a through 2d  .  .  .  .  .  .  .  .  .  .  .  . | | | 2e | 27,556 |
| 3 | Subtract line 2e from line 1  .  .  .  .  .  .  .  .  .  . | | | 3 | 17,690,424 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b  .  . | 4a | | | |
| b | Other (Describe in Part XIV)  .  .  .  .  .  .  .  .  .  . | 4b | | | |
| c | Add lines 4a and 4b  .  .  .  .  .  .  .  .  .  .  .  .  . | | | 4c | 0 |
| 5 | Total expenses  Add lines 3 and 4c. (This should equal Form 990, Part I, line 18 )  .  .  .  .  .  . | | | 5 | 17,690,424 |

| Part XIV | Supplemental Information |
|---|---|

Complete this part to provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, Part XI, line 8, Part XII, lines 2d and 4b, and Part XIII, lines 2d and 4b  Also complete this part to provide any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|
| DESCRIPTION OF INTENDED USE OF ENDOWMENT FUNDS | PART V, LINE 4 | THE COUNCIL'S BOARD OF DIRECTORS HAS AUTHORIZED THAT ANY FISCAL YEAR'S OPERATING EXCESS REVENUES OVER EXPENSES BE DESIGNATED FOR THE SUCCEEDING YEARS' OPERATING EXPENSES  ACCORDINGLY, AT YEAR-END, ANY OPERATING EXCESS IS TRANSFERRED TO THE BOARD DESIGNATED FUND |
| DESCRIPTION OF UNCERTAIN TAX POSITIONS UNDER FIN 48 | PART X | ON JANUARY 1, 2009, THE COUNCIL ADOPTED THE ASC TOPIC ON ACCOUNTING FOR UNCERTAINTY IN INCOME TAXES, WHICH ADDRESSES THE DETERMINATION OF WHETHER TAX BENEFITS CLAIMED OR EXPECTED TO BE CLAIMED ON A TAX RETURN SHOULD BE RECORDED IN THE CONSOLIDATED FINANCIAL STATEMENTS  UNDER THIS GUIDANCE, THE COUNCIL MAY RECOGNIZE THE TAX BENEFIT FROM AN UNCERTAIN TAX POSITION ONLY IF IT IS MORE-LIKELY-THAN-NOT THAT THE TAX POSITION WILL BE SUSTAINED ON EXAMINATION BY TAXING AUTHORITIES, BASED ON THE TECHNICAL MERITS OF THE POSITION  THE TAX BENEFITS RECOGNIZED IN THE CONSOLIDATED FINANCIAL STATEMENTS FROM SUCH A POSITION ARE MEASURED BASED ON THE LARGEST BENEFIT THAT HAS A GREATER THAN 50 PERCENT LIKELIHOOD OF BEING REALIZED UPON ULTIMATE SETTLEMENT  THE GUIDANCE ON ACCOUNTING FOR UNCERTAINTY IN INCOME TAXES ALSO ADDRESSES DE-RECOGNITION, CLASSIFICATION, INTEREST AND PENALTIES ON INCOME TAXES, AND ACCOUNTING IN INTERIM PERIODS  MANAGEMENT EVALUATED THE COUNCIL'S TAX POSITIONS AND CONCLUDED THAT THE COUNCIL HAD TAKEN NO UNCERTAIN TAX POSITIONS THAT REQUIRE ADJUSTMENT TO THE FINANCIAL STATEMENTS TO COMPLY WITH THE PROVISIONS OF THIS GUIDANCE  GENERALLY, THE COUNCIL IS NO LONGER SUBJECT TO INCOME TAX EXAMINATIONS BY THE U S FEDERAL, STATE OR LOCAL TAX AUTHORITIES FOR YEARS BEFORE 2002 |
| PART XI, LINE 8 - OTHER ADJUSTMENTS | | CHANGES IN MINIMUM PENSION LIABILITY 890,377 |

| | |
|---|---|
| **Schedule J**<br>**(Form 990)** | **Compensation Information** | OMB No 1545-0047 |

**Compensation Information**

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

► Complete if the organization answered "Yes" to Form 990,
Part IV, question 23.

► Attach to Form 990. ► See separate instructions.

Department of the Treasury
Internal Revenue Service

**2010**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL INC<br>F/K/A THE COSMETICTOILETRY & FRAGRANC | 13-1390920 |

## Part I   Questions Regarding Compensation

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed in Form 990, Part VII, Section A, line 1a  Complete Part III to provide any relevant information regarding these items | | | |

☑ First-class or charter travel                 ☐ Housing allowance or residence for personal use
☐ Travel for companions                         ☐ Payments for business use of personal residence
☐ Tax idemnification and gross-up payments       ☐ Health or social club dues or initiation fees
☐ Discretionary spending account                ☐ Personal services (e g , maid, chauffeur, chef)

| | | | Yes | No |
|---|---|---|---|---|
| **b** | If any of the boxes in line 1a are checked, did the organization follow a written policy regarding payment or reimbursement orprovision of all the expenses described above? If "No," complete Part III to explain | **1b** | Yes | |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all officers, directors, trustees, and the CEO/Executive Director, regarding the items checked in line 1a? | **2** | Yes | |
| **3** | Indicate which, if any, of the following the organization uses to establish the compensation of the organization's CEO/Executive Director  Check all that apply | | | |

☑ Compensation committee                         ☐ Written employment contract
☐ Independent compensation consultant            ☑ Compensation survey or study
☐ Form 990 of other organizations               ☑ Approval by the board or compensation committee

| | | | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed in Form 990, Part VII, Section A, line 1a with respect to the filing organization or a related organization | | | |
| **a** | Receive a severance payment or change-of-control payment from the organization or a related organization? | **4a** | | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | | No |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** | | No |
| | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III | | | |
| | **Only 501(c)(3) and 501(c)(4) organizations only must complete lines 5-9.** | | | |
| **5** | For persons listed in form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of | | | |
| **a** | The organization? | **5a** | | |
| **b** | Any related organization? | **5b** | | |
| | If "Yes," to line 5a or 5b, describe in Part III | | | |
| **6** | For persons listed in form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of | | | |
| **a** | The organization? | **6a** | | |
| **b** | Any related organization? | **6b** | | |
| | If "Yes," to line 6a or 6b, describe in Part III | | | |
| **7** | For persons listed in Form 990, Part VII, Section A, line 1a, did the organization provide any non-fixed payments not described in lines 5 and 6? If "Yes," describe in Part III | **7** | | |
| **8** | Were any amounts reported in Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regs  section 53 4958-4(a)(3)? If "Yes," describe in Part III | **8** | | |
| **9** | If "Yes" to line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53 4958-6(c)? | **9** | | |

**Part II**  **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions on row (ii)  Do not list any individuals that are not listed on Form 990, Part VII

**Note.** The sum of columns (B)(i)-(iii) must equal the applicable column (D) or column (E) amounts on Form 990, Part VII, line 1a

| (A) Name | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation reported in prior Form 990 or Form 990-EZ |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (1) LEZLEE WESTINE | (i) | 497,289 | 166,700 | 23,219 | 28,150 | 9,023 | 724,381 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (2) KRISTEN BOGENRIEF | (i) | 310,019 | 15,100 | 13,643 | 28,150 | 686 | 367,598 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (3) MARK POLLAK | (i) | 235,772 | 10,725 | 5,208 | 28,150 | 11,991 | 291,846 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (4) ALAN ANDERSEN | (i) | 269,295 | 13,400 | 9,876 | 17,150 | 10,334 | 320,055 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (5) ELIZABETH ANDERSON | (i) | 258,414 | 13,275 | 9,119 | 28,150 | 11,991 | 320,949 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (6) JOHN BAILEY | (i) | 306,151 | 15,025 | 21,197 | 28,150 | 6,533 | 377,056 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (7) JANA ADAMS | (i) | 205,620 | 10,000 | 1,997 | 22,698 | 9,152 | 249,467 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (8) KATHLEEN DEZIO | (i) | 256,310 | 12,975 | 7,298 | 25,400 | 11,991 | 313,974 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (9) JOHN HURSON | (i) | 303,283 | 15,025 | 18,403 | 28,150 | 11,991 | 376,852 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (10) FRANCINE LAMORIELLO | (i) | 321,814 | 15,850 | 19,856 | 28,150 | 6,312 | 391,982 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (11) JAY ANSELL | (i) | 163,708 | 0 | 2,053 | 20,131 | 10,334 | 196,226 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (12) MORRIS SCHMIER | (i) | 158,725 | 0 | 2,836 | 19,182 | 6,538 | 187,281 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (13) MICHAEL THOMPSON | (i) | 201,291 | 0 | 3,826 | 24,274 | 6,312 | 235,703 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (14) FARAH AHMED | (i) | 143,062 | 0 | 558 | 15,737 | 6,312 | 165,669 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (15) HALYNA BRESLAWEC | (i) | 223,456 | 0 | 2,075 | 25,467 | 6,312 | 257,310 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ( 16 ) | | | | | | | | |

**Part III**    **Supplemental Information**

Complete this part to provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 4c, 5a, 5b, 6a, 6b, 7, and 8  Also complete this part for any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|
| | PART I, LINE 1A | FIRST CLASS TRAVEL IS PERMITTED ON AMTRAK ACELA EXPRESS WHERE THERE IS NO COACH CLASS  THE LOWEST CLASS ON THAT TRAIN SERVICE IS BUSINESS  FIRST CLASS INCLUDES A MEAL AND CONDITIONS THAT ARE MORE FAVORABLE TO WORKING WHILE ENROUTE  TRAVELERS ARE PERMITTED TO SELECT THIS CLASS DEPENDING ON SUCH FACTORS AS THE TIME OF TRAVEL AND WORK NEEDING TO BE COMPLETED |

**Schedule J (Form 990) 2010**

**Schedule L**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Transactions with Interested Persons

► **Complete if the organization answered
"Yes" on Form 990, Part IV, lines 25a, 25b, 26, 27, 28a, 28b, or 28c,
or Form 990-EZ, Part V lines 38a or 40b.**
► **Attach to Form 990 or Form 990-EZ. ►See separate instructions.**

OMB No 1545-0047

# 2010

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL INC F/K/A THE COSMETICTOILETRY & FRAGRANC | 13-1390920 |

## Part I — Excess Benefit Transactions (section 501(c)(3) and section 501 (c)(4) organizations only).

Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 | **(a)** Name of disqualified person | **(b)** Description of transaction | **(c)** Corrected? | |
|---|---|---|---|---|
| | | | Yes | No |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 Enter the amount of tax imposed on the organization managers or disqualified persons during the year under
  section 4958 . . . . . . . . . . . . . . . . . . . . . ► $ _____

3 Enter the amount of tax, if any, on line 2, above, reimbursed by the organization . . . . . . . . ► $ _____

## Part II — Loans to and/or From Interested Persons.

Complete if the organization answered "Yes" on Form 990, Part IV, line 26, or Form 990-EZ, Part V, line 38a

| **(a)** Name of interested person and purpose | **(b)** Loan to or from the organization? | | **(c)** Original principal amount | **(d)** Balance due | **(e)** In default? | | **(f)** Approved by board or committee? | | **(g)** Written agreement? | |
|---|---|---|---|---|---|---|---|---|---|---|
| | To | From | | | Yes | No | Yes | No | Yes | No |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total . . . . . . . . . . . . . . . ► $ | | | | | | | | | | |

## Part III — Grants or Assistance Benefitting Interested Persons.

Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of grant or type of assistance |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**For Privacy Act and Paperwork Reduction Act Notice, see the
Instructions for Form 990 or 990-EZ.**

Cat No 50056A

**Schedule L (Form 990 or 990-EZ) 2010**

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 24 of 42 PageID: 3061

| **Part IV** | Business Transactions Involving Interested Persons. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of transaction | **(d)** Description of transaction | **(e)** Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | **Yes** | **No** |
| (1) CATHERINE BAILEY | SPOUSE OF JOHN BAILEY | 41,347 | KEY EMPLOYEE'S SPOUSE WORKS PT FOR COUNCIL | | No |
| (2) ANDERSON COURT REPORTING | SPOUSE OF ELIZABETH ANDERSON | 21,201 | CONSULTANT OF THE ORGANIZATION IS THE SPOUSE OF A KEY EMPOYEE | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **Part V** | Supplemental Information |
|---|---|

Complete this part to provide additional information for responses to questions on Schedule L (see instructions)

| Identifier | Return Reference | Explanation |
|---|---|---|

| SCHEDULE M (Form 990) | | NonCash Contributions | | OMB No 1545-0047 |
|---|---|---|---|---|
| | | ►Complete if the organization answered "Yes" on Form 990, Part IV, lines 29 or 30. ► Attach to Form 990. | | **2010** |
| Department of the Treasury Internal Revenue Service | | | | Open to Public Inspection |

| Name of the organization THE PERSONAL CARE PRODUCTS COUNCIL INC F/K/A THE COSMETICTOILETRY & FRAGRANC | Employer identification number 13-1390920 |
|---|---|

### Part I    Types of Property

| | | (a) Check if applicable | (b) Number of Contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining oncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art—Works of art  .  .  . | | | | |
| 2 | Art—Historical treasures | | | | |
| 3 | Art—Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods  .  .  .  .  .  .  .  . | | | | |
| 6 | Cars and other vehicles  . | | | | |
| 7 | Boats and planes  .  .  . | | | | |
| 8 | Intellectual property  .  . | | | | |
| 9 | Securities—Publicly traded | | | | |
| 10 | Securities—Closely held stock  .  .  .  .  .  . | | | | |
| 11 | Securities—Partnership, LLC, or trust interests  . | | | | |
| 12 | Securities—Miscellaneous | | | | |
| 13 | Qualified conservation contribution—Historic structures  .  .  .  .  . | | | | |
| 14 | Qualified conservation contribution—Other  .  . | | | | |
| 15 | Real estate—Residential  . | | | | |
| 16 | Real estate—Commercial | | | | |
| 17 | Real estate—Other  .  . | | | | |
| 18 | Collectibles  .  .  .  .  . | | | | |
| 19 | Food inventory  .  .  .  . | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy  .  .  .  .  . | | | | |
| 22 | Historical artifacts  .  . | | | | |
| 23 | Scientific specimens  .  . | | | | |
| 24 | Archeological artifacts  . | | | | |
| 25 | Other ► ( COSMETICS ) | X | 34 | 172,324 | FMV |
| 26 | Other ►( _____) | | | | |
| 27 | Other ►( _____) | | | | |
| 28 | Other ► ( _____) | | | | |

| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part IV, Donee Acknowledgement  .  .  . | 29 | |
|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1-28 that it must hold for at least three years from the date of the initial contribution, and which is not required to be used for exempt purposes for the entire holding period?  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | 30a | | No |
| b | If "Yes," describe the arrangement in Part II | | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any non-standard contributions? | | 31 | | No |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell non-cash contributions?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | 32a | | No |
| b | If "Yes," describe in Part II | | | | |
| 33 | If the organization did not report revenues in column (c) for a type of property for which column (a) is checked, describe in Part II | | | | |

Case 3:16-md-02738-MAS-RLS   Document 331-2   Filed 06/22/17   Page 26 of 42 PageID: 3863

**Part II**

**Supplemental Information.** Complete this part to provide the information required by Part I, lines 30b, 32b, and 33. Also complete this part for any additional information.

| Identifier | Return Reference | Explanation |
| --- | --- | --- |

**Schedule M (Form 990) 2010**

# SCHEDULE O
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

## Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on
Form 990 or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.**

OMB No 1545-0047

# 2010

**Open to Public
Inspection**

| **Name of the organization** | **Employer identification number** |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL INC<br>F/K/A THE COSMETICTOILETRY & FRAGRANC | 13-1390920 |

| Identifier | Return Reference | Explanation |
|---|---|---|
| FORM 990, PART VI, SECTION A, LINE 6 | | THE COUNCIL IS ORGANIZED AS A NOT-FOR-PROFIT ASSOCIATION IT'S MEMBERS HAVE THE RIGHT TO PARTICIPATE IN THE ORGANIZATION'S GOVERNANCE |

| Identifier | Return Reference | Explanation |
|---|---|---|
| FORM 990, PART VI, SECTION A, LINE 7A | | THE ASSOCIATION'S MEMBERS ELECT THE OFFICERS OF THE ASSOCIATION |

| Identifier | Return Reference | Explanation |
|---|---|---|
| FORM 990, PART VI, SECTION B, LINE 11 | | THE FINANCE AND AUDIT COMMITTEE (THE "COMMITTEE") OF THE BOARD OF DIRECTORS ASSISTS THE BOARD IN FULFILLING ITS OVERSIGHT RESPONSIBILITIES RELATING TO THE COUNCIL'S FINANCIAL AND OTHER GOVERNING AND OPERATING POLICIES  THE FINANCE AND AUDIT COMMITTEE IS COMPRISED OF THE CHAIRMAN OF THE BOARD, THE TREASURER, AND OTHER MEMBERS OF THE EXECUTIVE COMMITTEE APPOINTED BY THE BOARD  TO ADDRESS THE ISSUE OF THE PRACTICALITY OF A FULL BOARD REVIEW OF THE 990, THIS COMMITTEE WILL RECEIVE DRAFT COPY OF THE 990, REVIEW IT, AND APPROVE IT FOR ISSUANCE  THIS REVIEW WILL TAKE PLACE IN A TIME FRAME THAT WILL ALLOW THE 990 TO BE FILED BY THE APPLICABLE FILING DATE  THE COMMITTEE'S REVIEW WILL BE CONDUCTED WITH THE THIRD PARTY TAX PREPARERS AND MANAGEMENT OF THE COUNCIL  A REPORT WILL BE MADE TO THE BOARD AT ITS NEXT MEETING THAT THE REVIEW AND APPROVAL OF THE 990S TOOK PLACE, AND THAT THEY HAVE BEEN FILED |

| Identifier | Return Reference | Explanation |
|---|---|---|
|  | FORM 990, PART VI, SECTION B, LINE 12C | ANNUALLY ALL DIRECTORS, OFFICERS, AND SENIOR STAFF EMPLOYEES WILL RECEIVE A COPY OF THE CONFLICT OF INTEREST POLICY TOGETHER WITH A CONFLICT OF INTEREST STATEMENT OF DISCLOSURE, WHICH SHALL BE COMPLETED AT LEAST ANNUALLY  EACH NEW DIRECTOR, OFFICER, AND SENIOR STAFF EMPLOYEE SHALL PARTICIPATE IN A SIMILAR PROCEDURE IMMEDIATELY UPON ASSUMPTION OF HIS OR HER RESPONSIBILITIES  DIRECTORS  ANY MEMBER OF THE BOARD OF DIRECTORS WHO MAY BE INVOLVED IN A COUNCIL BUSINESS TRANSACTION IN WHICH THERE IS A POSSIBLE CONFLICT OF INTEREST SHALL PROMPTLY NOTIFY THE PRESIDENT OR THE GENERAL COUNSEL  THE BOARD MEMBER SHALL REFRAIN FROM VOTING ON ANY SUCH TRANSACTION, PARTICIPATING IN DELIBERATIONS CONCERNING IT, OR USING PERSONAL INFLUENCE IN ANY WAY IN THE MATTER  THE BOARD MEMBER'S PRESENCE MAY NOT BE COUNTED IN DETERMINING THE QUORUM FOR ANY VOTE WITH RESPECT TO A COUNCIL BUSINESS TRANSACTION IN WHICH HE OR SHE HAS A POSSIBLE CONFLICT OF INTEREST  THE BOARD MEMBER, OR THE CHAIRMAN IN THE DIRECTOR'S ABSENCE, SHALL DISCLOSE A POSSIBLE CONFLICT OF INTEREST TO THE OTHER MEMBERS OF THE BOARD BEFORE ANY VOTE ON A COUNCIL BUSINESS TRANSACTION AND SUCH DISCLOSURE SHALL BE RECORDED IN THE BOARD MINUTES OF THE MEETING AT WHICH IT IS MADE  ANY COUNCIL BUSINESS TRANSACTION WHICH INVOLVES A POSSIBLE CONFLICT OF INTEREST WITH A MEMBER OF THE BOARD OF DIRECTORS SHALL HAVE TERMS THAT ARE AT LEAST AS FAIR AND REASONABLE TO THE COUNCIL AS THOSE THAT WOULD OTHERWISE BE AVAILABLE TO THE COUNCIL IF IT WERE DEALING WITH AN UNRELATED PARTY  STAFF  ANY SENIOR STAFF MEMBER WHO MAY BE INVOLVED IN A COUNCIL BUSINESS TRANSACTION IN WHICH THERE IS A POSSIBLE CONFLICT OF INTEREST SHALL PROMPTLY REPORT THE POSSIBLE CONFLICT TO THE PRESIDENT OR GENERAL COUNSEL  IF THE POSSIBLE CONFLICT INVOLVES THE PRESIDENT, THE POSSIBLE CONFLICT SHALL BE REPORTED TO THE CHAIRMAN OF THE BOARD BY THE PRESIDENT  THE PRESIDENT, OR WHERE APPLICABLE THE CHAIRMAN, AFTER RECEIVING INFORMATION ABOUT A POSSIBLE CONFLICT OF INTEREST, SHALL TAKE SUCH ACTION AS IS NECESSARY TO ASSURE THAT THE TRANSACTION IS COMPLETED IN THE BEST INTEREST OF THE ASSOCIATION WITHOUT THE SUBSTANTIVE INVOLVEMENT OF THE PERSON WHO HAS THE POSSIBLE CONFLICT OF INTEREST  THIS DOES NOT MEAN THAT THE PURCHASE OR OTHER TRANSACTION MUST NECESSARILY BE DIVERTED, BUT SIMPLY THAT PERSONS OTHER THAN THE ONE WITH THE POSSIBLE CONFLICT SHALL MAKE THE JUDGMENTS INVOLVED AND SHALL CONTROL THE TRANSACTION  A WRITTEN RECORD OF ANY REPORT OF POSSIBLE CONFLICT AND OF ANY ADJUSTMENTS MADE TO AVOID POSSIBLE CONFLICTS OF INTEREST SHALL BE KEPT BY THE PRESIDENT OR THE GENERAL COUNSEL  ANY DISPUTED ACTION WITH RESPECT TO THIS POLICY SHALL BE RESOLVED BY THE BOARD |

| Identifier | Return Reference | Explanation |
|---|---|---|
| | FORM 990, PART VI, SECTION B, LINE 15 | THE COMPENSATION COMMITTEE (THE "COMMITTEE") OF THE BOARD OF DIRECTORS ASSISTS THE BOARD IN FULFILLING ITS OVERSIGHT RESPONSIBILITIES RELATING TO THE COUNCIL'S COMPENSATION OF STAFF SPECIFICALLY, THIS INCLUDES DETERMINING THE COUNCIL'S COMPENSATION PHILOSOPHY AND DETERMINATION AND APPROVAL OF THE CEO'S COMPENSATION WITHIN THE COMPENSATION PHILOSOPHY AND SYSTEM APPROVED BY THE COMMITTEE, THE CEO IS SOLELY RESPONSIBLE FOR ADMINISTERING THE COMPENSATION SYSTEM FOR ALL COUNCIL EMPLOYEES OTHER THAN THE CEO  THE COMMITTEE, HOWEVER, WILL REVIEW AND APPROVE THE COMPENSATION OF OTHER EXECUTIVE (NON-CEO) STAFF TO CONFIRM THAT PAY LEVELS ARE WITHIN MARKET PRACTICE AND THE COUNCIL'S COMPENSATION PHILOSOPHY  THE COMMITTEE SHALL CONSIST OF AT LEAST THREE DIRECTORS - THE CHAIRMAN OF THE BOARD OF DIRECTORS, THE IMMEDIATE PAST CHAIRMAN, AND THE TREASURER, WHO HAVE NO RELATIONSHIP TO THE COUNCIL THAT MAY INTERFERE WITH THE EXERCISE OF THEIR INDEPENDENCE FROM MANAGEMENT AND THE COUNCIL  THE CHAIRMAN OF THE BOARD OF DIRECTORS CHAIRS THIS COMMITTEE  ALL MEMBERS OF THE COMMITTEE SHALL HAVE A WORKING FAMILIARITY WITH FUNDAMENTAL COMPENSATION PRACTICES  DUTIES AND RESPONSIBILITIES THE PRINCIPAL DUTIES AND RESPONSIBILITIES OF THE COMMITTEE ARE (1) TO APPROVE THE COUNCIL'S COMPENSATION PHILOSOPHY, WHICH INCLUDES SPECIFYING MARKETPLACE DEFINITION AND TARGET COMPENSATION LEVELS RELATIVE TO THE MARKETPLACE (2) TO EVALUATE THE CEO'S PERFORMANCE IN LIGHT OF THE COUNCIL'S ANNUAL GOALS AND OBJECTIVES AND DETERMINE THE ANNUAL BASE SALARY AND ANNUAL INCENTIVE-BASED COMPENSATION FOR THE CEO (3) TO REVIEW AND APPROVE THE CEO'S RECOMMENDATIONS REGARDING COMPENSATION FOR OTHER EXECUTIVE STAFF (4) TO APPROVE ANY EMPLOYMENT CONTRACT APPLICABLE TO THE PRESIDENT/CEO (5) AND TO PERIODICALLY REVIEW BOTH REGIONAL AND INDUSTRY-WIDE COMPENSATION PRACTICES AND TRENDS IN ORDER TO ASSESS THE APPROPRIATENESS AND COMPETITIVENESS OF THE COUNCIL'S EXECUTIVE COMPENSATION PROGRAMS AMONG COMPARABLE COMPANIES IN THE COUNCIL'S INDUSTRY  IN CONDUCTING THIS PERIODIC REVIEW, THE COMMITTEE SHALL HAVE THE RESOURCES AND AUTHORITY APPROPRIATE TO DISCHARGE ITS RESPONSIBILITIES, INCLUDING THE AUTHORITY TO RETAIN CONSULTANTS, ACCOUNTANTS, AND LEGAL OR OTHER ADVISORS, AT THE COUNCIL'S EXPENSE  ANY CONSULTANTS OR OTHER ADVISORS RETAINED SHALL BE INDEPENDENT AND HAVE APPROPRIATE EXPERTISE REGARDING COMPENSATION ARRANGEMENTS FOR NONPROFIT TAX-EXEMPT CORPORATIONS  PROCESS ANNUAL PERFORMANCE OBJECTIVES ARE DEVELOPED AS A BASIS FOR ASSESSING THE CEO'S ANNUAL PERFORMANCE AND FOR COMPENSATION REWARDS AT YEAR-END  THE PERFORMANCE OBJECTIVES ARE LINKED TO THE COUNCIL'S ANNUAL GOALS AND OBJECTIVES  THEY COMBINE SUBSTANTIVE (E G , POLICY/GOVERNMENTAL) OBJECTIVES WITH MEASURES OF INTERNAL EFFECTIVENESS (FOR EXAMPLE, MEMBERSHIP AND PERFORMANCE AGAINST BUDGET)  THEY ARE WRITTEN TO BE AS CONCRETE AND NUMERICAL AS POSSIBLE  THE CHAIRMAN OF THE BOARD, WITH INVOLVEMENT OF MEMBERS OF THE COMPENSATION OR EXECUTIVE COMMITTEES AS APPROPRIATE, REVIEWS AND APPROVES THESE OBJECTIVES  AT YEAR-END, THE COMPENSATION COMMITTEE CONDUCTS A PERFORMANCE REVIEW OF THE CEO TO DETERMINE THE EXTENT TO WHICH THE ANNUAL PERFORMANCE OBJECTIVES HAVE BEEN MET  THE COMMITTEE MAY SEEK INPUT FROM OTHER MEMBERS OF THE BOARD REGARDING THE CEO'S PERFORMANCE  BASED ON THE PERFORMANCE REVIEW OF THE CEO, THE COMMITTEE WILL DETERMINE THE LEVEL OF INCENTIVE COMPENSATION TO BE AWARDED TO THE CEO FOR THE PREVIOUS YEAR'S PERFORMANCE  THE COMMITTEE WILL ALSO DETERMINE THE BASE SALARY INCREASE FOR THE CEO FOR THE COMING YEAR  IN MAKING THIS DETERMINATION, THE COMMITTEE WILL CONSIDER THE CEO'S CURRENT AND HISTORICAL PERFORMANCE, AS WELL AS RELEVANT MARKET DATA  THE COMMITTEE WILL REVIEW THE CEO'S COMPENSATION DECISIONS REGARDING OTHER EXECUTIVE STAFF TO CONFIRM THAT THEY ARE IN KEEPING WITH THE COUNCIL'S COMPENSATION PHILOSOPHY AND CURRENT MARKET PRACTICE  THE CEO'S COMPENSATION DECISIONS ARE BASED ON THE EXECUTIVE'S ANNUAL PERFORMANCE AGAINST THEIR PERFORMANCE OBJECTIVES, WHICH HAVE BEEN APPROVED BY THE CEO  ADMINISTRATION THE COMMITTEE SHALL MEET AS OFTEN AS NECESSARY TO CARRY OUT ITS RESPONSIBILITIES  A MAJORITY OF THE MEMBERS PRESENT WILL CONSTITUTE A QUORUM FOR THE TRANSACTION OF BUSINESS, AND ANY ACTION APPROVED BY AT LEAST A MAJORITY OF THE MEMBERS SHALL REPRESENT THE VALID ACTION OF THE COMMITTEE  THE COMMITTEE SHALL MAINTAIN WRITTEN MINUTES OF ALL OF ITS MEETINGS  THE MINUTES SHALL BE CIRCULATED IN DRAFT FORM TO ALL COMMITTEE MEMBERS TO ENSURE ACCURACY AND SHALL BE APPROVED AT A SUBSEQUENT MEETING OF THE COMMITTEE  DOCUMENTATION OF COMMITTEE APPROVALS OF COMPENSATION MAY BE DONE BY EMAIL IF THE APPROVAL BY INDIVIDUAL MEMBERS OF THE COMMITTEE MUST OCCUR AFTER THE CONCLUSION OF AN ACTUAL MEETING |

| Identifier | Return Reference | Explanation |
|---|---|---|
| | FORM 990, PART VI, SECTION C, LINE 19 | UPON REQUEST |

| Identifier | Return Reference | Explanation |
|---|---|---|
| CHANGES IN NET ASSETS OR FUND BALANCES | FORM 990, PART XI, LINE 5 | NET UNREALIZED GAINS ON INVESTMENTS  531,570  CHANGES IN MINIMUM PENSION LIABILITY  890,377  TOTAL TO FORM 990, PART XI, LINE 5  1,421,947 |

**SCHEDULE R**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Related Organizations and Unrelated Partnerships**

▶ Complete if the organization answered "Yes" to Form 990, Part IV, line 33, 34, 35, 36, or 37.
▶ Attach to Form 990.   ▶ See separate instructions.

OMB No 1545-0047

**2010**

**Open to Public Inspection**

**Name of the organization**
THE PERSONAL CARE PRODUCTS COUNCIL INC
F/K/A THE COSMETICTOILETRY & FRAGRANC

**Employer identification number**

13-1390920

---

**Part I**   **Identification of Disregarded Entities** (Complete if the organization answered "Yes" on Form 990, Part IV, line 33.)

| (a) Name, address, and EIN of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

**Part II**   **Identification of Related Tax-Exempt Organizations** (Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year.)

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled organization | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| **(1)** COUNCIL'S FEDERAL PAC<br><br>1101 17TH STREET NW STE 300<br><br>WASHINGTON, DC 20036<br>57-1193100 | POLITICAL ACTION COMMITTEE - FEDERAL | DC | 527 | N/A | THE PERSONAL CARE PRODUCTS COUNCIL INC | | No |
| **(2)** COUNCIL'S STATE PAC<br><br>1101 17TH STREET NW STE 300<br><br>WASHINGTON, DC 20036<br>54-0836354 | POLITICAL ACTION COMMITTEE - STATE | CA | 527 | N/A | THE PERSONAL CARE PRODUCTS COUNCIL INC | | No |
| **(3)** PERSONAL CARE PRODUCTS COUNCIL - FOUNDATION<br><br>1101 17TH STREET NW STE 300<br><br>WASHINGTON, DC 20036<br>52-1523017 | WORKSHOPS AND OTHER EDUCATIONAL INFORMATION FOR CANCER PATIENTS | DC | 501(C)(3) | LINE 7 | THE PERSONAL CARE PRODUCTS COUNCIL INC | | No |
| **(4)** COUNCIL'S STATE PAC<br><br>1101 17TH STREET NW STE 300<br><br>WASHINGTON, DC 20036<br>14-1747878 | POLITICAL ACTION COMMITTEE - STATE | NY | 527 | N/A | THE PERSONAL CARE PRODUCTS COUNCIL INC | | No |
| | | | | | | | |
| | | | | | | | |

---

**For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 990.**          Cat No 50135Y          **Schedule R (Form 990) 2010**

Case 3:16-md-02738-MAS-RLS Document 331-2 Filed 06/22/17 Page 35 of 42 PageID: 3872

**Part III** **Identification of Related Organizations Taxable as a Partnership** (Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a partnership during the tax year.)

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproprtionate allocations? | | (i) Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Part IV** **Identification of Related Organizations Taxable as a Corporation or Trust** (Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a corporation or trust during the tax year.)

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Part V** **Transactions With Related Organizations** (Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35, 35A, or 36.)

| | | | Yes | No |
|---|---|---|---|---|
| **Note.** Complete line 1 if any entity is listed in Parts II, III or IV | | | | |
| **1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | | |
| **a** Receipt of **(i)** interest **(ii)** annuities **(iii)** royalties **(iv)** rent from a controlled entity | | **1a** | | No |
| **b** Gift, grant, or capital contribution to other organization(s) | | **1b** | | No |
| **c** Gift, grant, or capital contribution from other organization(s) | | **1c** | | No |
| **d** Loans or loan guarantees to or for other organization(s) | | **1d** | | No |
| **e** Loans or loan guarantees by other organization(s) | | **1e** | | No |
| | | | | |
| **f** Sale of assets to other organization(s) | | **1f** | | No |
| **g** Purchase of assets from other organization(s) | | **1g** | | No |
| **h** Exchange of assets | | **1h** | | No |
| **i** Lease of facilities, equipment, or other assets to other organization(s) | | **1i** | | No |
| | | | | |
| **j** Lease of facilities, equipment, or other assets from other organization(s) | | **1j** | | No |
| **k** Performance of services or membership or fundraising solicitations for other organization(s) | | **1k** | | No |
| **l** Performance of services or membership or fundraising solicitations by other organization(s) | | **1l** | | No |
| **m** Sharing of facilities, equipment, mailing lists, or other assets | | **1m** | Yes | |
| **n** Sharing of paid employees | | **1n** | Yes | |
| | | | | |
| **o** Reimbursement paid to other organization for expenses | | **1o** | | No |
| **p** Reimbursement paid by other organization for expenses | | **1p** | Yes | |
| | | | | |
| **q** Other transfer of cash or property to other organization(s) | | **1q** | | No |
| **r** Other transfer of cash or property from other organization(s) | | **1r** | | No |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds

| (a)<br>Name of other organization | (b)<br>Transaction<br>type(a-r) | (c)<br>Amount involved | (d)<br>Method of determining amount<br>involved |
|---|---|---|---|
| **(1)** PERSONAL CARE PRODUCTS COUNCIL - FOUNDATION | M | 82,610 | ACTUAL COSTS |
| **(2)** PERSONAL CARE PRODUCTS COUNCIL - FOUNDATION | N | 53,682 | ACTUAL COST PLUS BENEFIT PRCTG |
| **(3)** PERSONAL CARE PRODUCTS COUNCIL - FOUNDATION | P | 993,930 | ACTUAL REIMBURSEMENT RECEIVED |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

**Part VI**    **Unrelated Organizations Taxable as a Partnership** (Complete if the organization answered "Yes" on Form 990, Part IV, line 37.)

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization  See instructions regarding exclusion for certain investment partnerships

| (a)<br>Name, address, and EIN of entity | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or foreign<br>country) | (d)<br>Are all<br>partners<br>section<br>501(c)(3)<br>organizations? | | (e)<br>Share of<br>end-of-year<br>assets | (f)<br>Disproprtionate<br>allocations? | | (g)<br>Code V—UBI<br>amount in box<br>20 of Schedule K-1<br>(Form 1065) | (h)<br>General or<br>managing<br>partner? | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | | Yes | No | | Yes | No |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| **Part VII** | **Supplemental Information** |

Complete this part to provide additional information for responses to questions on Schedule R (see instructions)

| Identifier | Return Reference | Explanation |
| --- | --- | --- |
| | | |

**Software ID:**
**Software Version:**
**EIN:** 13-1390920
**Name:** THE PERSONAL CARE PRODUCTS COUNCIL INC
F/K/A THE COSMETICTOILETRY & FRAGRANC

## Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W- 2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| DANIEL J BRESTLE CHAIRMAN | 20 | X | | X | | | | 0 | 0 | 0 |
| SCOTT BEATTIE TREASURER | 20 | X | | X | | | | 0 | 0 | 0 |
| LINDA R MARSHALL SECRETARY | 20 | X | | X | | | | 0 | 0 | 0 |
| GEORGE CALVERT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| JAMES MARINO MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| GERALYN BREIG MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| CAMILLE MCDONALD MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| ROBERT TAYLOR HUGHES MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| JOHN GALANTIC MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| THOMAS MALAFRONTE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| ROBERT M PHILLIPS MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| JONATHAN ZRIHEN MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| NOEL WALLACE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| VANESSA C SOLOMON MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| CHRISTOPHER B COMBE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| GEORGE CLEARY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| KEVIN F GALLAGHER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| SCOTT MOFFITT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| AL ROBERTSON MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| JERRY VITTORIA MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| COSIMO POLICASTRO MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| COLIN MACKENZIE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| DOUGLAS TOUGH MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| STEFANO CURTI MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| WILLIAM J GENTNER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |

Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Case 3:16-md-02738-MAS-RLS Document 331-2 Filed 06/22/17 Page 40 of 42 PageID: 3877

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| JOSEPH HEALY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| FREDERIC ROZE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| PAMELA BAXTER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| DAVID HOLL MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| JAMES J MACKEY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| JACK NETHERCUTT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| GEORGE SCHAEFFER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| INGRID JACKEL MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| FRANCOIS SABATE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| ED SHIRLEY MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| CHRIS ELSHAW MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| STEPHEN I SADOVE MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| ROGER BARNETT MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| HEIDI MANHEIMER MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| ERIC HOROWITZ MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| SEAN G TRAYNOR PHD MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| TODD TILLEMANS MEMBER | 20 | X | | | | | | 0 | 0 | 0 |
| LEZLEE WESTINE PRESIDENT | 40 00 | | | X | | | | 687,208 | 0 | 37,173 |
| KRISTEN BOGENRIEF EVP-FINANCE & ADMINISTRATI | 40 00 | | | X | | | | 338,762 | 0 | 28,836 |
| MARK POLLAK SR EVP STRATEGIC INITIATIVE | 40 00 | | | X | | | | 251,705 | 0 | 40,141 |
| ALAN ANDERSEN DIRECTOR - SCIENTIFIC COOR | 40 00 | | | | X | | | 292,571 | 0 | 27,484 |
| ELIZABETH ANDERSON EVP - LEGAL/GENERAL COUNCI | 40 00 | | | | X | | | 280,808 | 0 | 40,141 |
| JOHN BAILEY EVP SCIENCE | 40 00 | | | | X | | | 342,373 | 0 | 34,683 |
| JANA ADAMS EVP MARKETING/MEMBER SERVI | 40 00 | | | | X | | | 217,617 | 0 | 31,850 |
| KATHLEEN DEZIO EVP - PUBLIC RELATIONS | 40 00 | | | | X | | | 276,583 | 0 | 37,391 |

**Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

| (A)<br>Name and Title | (B)<br>Average hours per week | (C)<br>Position (check all that apply) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| JOHN HURSON<br>EVP - GOVERNMENT AFFAIRS | 40 00 | | | | X | | | 336,711 | 0 | 40,141 |
| FRANCINE LAMORIELLO<br>EVP - GLOBAL STATEGIES | 40 00 | | | | X | | | 357,520 | 0 | 34,462 |
| JAY ANSELL<br>VP OF COSMETIC PROGRAMS | 40 00 | | | | | X | | 165,761 | 0 | 30,465 |
| MORRIS SCHMIER<br>VP OF FINANCE | 40 00 | | | | | X | | 161,561 | 0 | 25,720 |
| MICHAEL THOMPSON<br>SR VP - GOVERNMENT AFFAIR | 40 00 | | | | | X | | 205,117 | 0 | 30,586 |
| FARAH AHMED<br>ASSOCIATE GENERAL COUNCIL | 40 00 | | | | | X | | 143,620 | 0 | 22,049 |
| HALYNA BRESLAWEC<br>DEPUTY DIRECTOR | 40 00 | | | | | X | | 225,531 | 0 | 31,779 |

**Form 990, Part III - 4 Program Service Accomplishments (See the Instructions)**

**4d. Other program services**

| (Code | ) (Expenses $ | including grants of $ | ) (Revenue $ | ) |

MEMBER SERVICES

EXHIBIT A