**FREE NEWSLETTER**  Your e-mail address  SUBSCRIBE

Breaking News on Cosmetics Formulation & Packaging in North America    EU edition | APAC edition

HEADLINES  HOT TOPICS  PRODUCT LIBRARY  EVENTS  CD BUZZ  RELATED SITES          Search

# PERSONAL CARE PRODUCTS COUNCIL (PCPC) WASHINGTON REPORT COSMETICS

**This section is sponsored by:**
Unicep



Unicep specializes in custom blending & manufacturing and unique single use packaging. We understand today's current beauty trends and can bring your product to market quickly.



Visit supplier's page

PRODUCT LIBRARY > FRAGRANCE

Text size   Print   Forward                                          16

## Washington DC and the state of beauty industry



By Deanna Utroske
06-Mar-2017
Last updated on 06-Mar-2017 at 15:38 GMT

Follow @CosmeticsDesign  5,518 followers

Like 1.7k

G+ Follow  194



Related tags: Washington Report, Personal Care Products Council, PCPC, Regulations, Global trade, Safety, Communications

A week ago Monday, the Personal Care Products Council convened a panel, as part of the organization's annual meeting, to discuss the ramifications that the new Presidential administration's legislative endeavors and policies will have on the cosmetics and personal care industry.

What happens in Washington DC has repercussions throughout the industry in here in the States and around the globe. For that very reason the PCPC panel discussion known as The Washington Report presented a rundown of how the new administration is likely to impact the legislative,

regulatory, legal, public affairs, and global initiatives of the council.

**A bigger role for the CIR?**

Even before the panel got underway in earnest, Lezlee Westine, president and CEO of the PCPC showed a video of clip of a legislative panel that took place last September. After the short video, Beth Jonas, the PCPC's EVP of science observed that, *"it's time for the CIR to be recognized as a regulatory structure."* It was a remark that met with affirmation from the panel and a general murmur of agreement from the room.

The CIR, or Cosmetic Ingredient Review, reviews and assess cosmetic ingredient safety often then going on to publish its findings in peer-reviewed scientific publications.

The CIR was founded in 1976 by the PCPC and uses the International Nomenclature of Cosmetic Ingredients system to determine what ingredients to review. The PCPC developed the INCI system in the early 1970s. Industry funding supports the CIR, which operates as a 501(c) 6 not-for-profit; and the majority of that funding reportedly comes into the group through the PCPC.

Currently the CIR and the FDA have a good working relationship. *"The CIR is an independent, industry-funded panel of medical and scientific experts that meets quarterly to assess the safety of cosmetic ingredients….FDA takes the results of CIR reviews into consideration when evaluating safety, but the results of FDA safety assessments may differ from those of CIR,"* according to the FDA's webpage about how the administration evaluates cosmetics.

How likely it is that the CIR will gain an expanded regulatory role or what exactly that would look like wasn't made clear.

**Council priorities**

Besides Jonas, the Washington Report panel that Westine moderated included Mark Pollak, the council's senior EVP; Tom Myers, EVP of legal and the council's general counsel; John Hurson, EVP of government affairs; Francine Lamoriello, EVP of global strategies; and Lisa Powers, EVP of public affairs and communications.

The speakers shared insights into not only the current focus of the council as it pertains to their respective committees but also into how the council's work will likely shift in response to the new White House.

There was a consensus among the panelists that the current administration will reduce federal regulations for industry across the board. Regulatory responsibility will therefore, *"swing to the states,"* according to Pollak, who went on to add that as a result, the focus of trade associations like the PCPC will need to shift more attention to the states as well. Pollak later emphasized that even under the current administration, *"the council goals remain the same."*

**Communications**

On the communications front, Powers noted that while there is *"less need for traditional media,"* there is a greater need for accurate information across all media platforms (traditional, social, and otherwise). Therefore, in the year ahead, her committee will make *"more [of an] effort to educate reporters."*

**Legal**

Myers commented on the executive order, signed on January 30, that makes it more challenging to pass new federal regulations. As Trump explains it, *"we have to knock out two regulations for every new regulation."* Meyers believes this new reality *"will embolden states;"* and he plans to *"stay actively engaged"* with state agencies in an effort to avoid what could eventually result in an uptick in lawsuits.

**Government Affairs**

Despite the expected shift to state's rights in the coming months and years, Hurson says that the committee of government affairs *"will keep fighting to get a good federal bill through congress."* The council's primary objective with such a bill is to establish federal preemption so that any FDA



**MOST POPULAR NEWS**

| 1 | A new headquarters for New Avon |
|---|---|
| 2 | Forecasting the digital future of cosmetics and personal care retail |
| 3 | Laura Geller: A beauty brand turnaround case study |
| 4 | The Fragrance Foundation launches online learning program |
| 5 | MonoSol launches first pod-pac personal care product |

**KEY INDUSTRY EVENTS**

| CEW Newsmaker Forum: Jane Lauder, Global Brand President, Clinique<br>New York City / Event<br>read more | 30-Mar-2017 |
|---|---|
| CEW 2017 Beauty's Top Talent Awards<br>New York City / Award<br>read more | 12-Apr-2017 |

Access all events listing

**PRODUCTS**

Polishing up nail product quality
**Stable Micro Systems**

Sweet iris active cells to decrease wrinkles
**Naolys**

It's Time to Preserve & Protect, Naturally
**Sabinsa Cosmetics**

determination would apply to every state, nullifying more stringent state or local regulations. Hurson called the passage of such a bill *"really, really important."*

## Science

As far as science is concerned, Jonas says, *"I too am worried about states."* She's calling for *"very solid science"* when it comes to assessing ingredient risk. Risk she believes is the coincidence of *"hazard"* and *"exposure,"* and went on to explain that *"the mere presence of a synthetic ingredient in the natural environment"* isn't necessarily a concern. She and her team plan to *"use data on hazards to combat activism to ban ingredients"* and to *"develop a framework of risk assessment to defend ingredients that [personal care product manufacturers] really need."*

## Global Strategies

Lamoriello notes that the council's global strategy relies on collaboration with international association partners. Representatives from over 12 of which were in attendance at the meeting. Her efforts remain focused on regulatory cooperation and her global strategies committee will *"continue to promote regulatory reform in China."* She's also putting time and energy in to seeing the *"CIR and PCPC expanding CIR collaboration"* internationally.

Copyright - Unless otherwise stated all contents of this web site are © 2017 - William Reed Business Media SAS - All Rights Reserved - Full details for the use of materials on this site can be found in the Terms & Conditions

**RELATED NEWS:**

Selfie style: how the consumer hunger to be picture-perfect is impacting cosmetics

South Korea makes first APAC free trade agreement with Central America

Concept II Cosmetics takes flight with delegation to South Africa

Will cosmetics and personal care ingredient trade between Australia and the US come undone in the age of Trump?

**RELATED TOPICS:**

Regulation & Safety, Color Cosmetics, Nutricosmetics, Fragrance, Hair Care, Packaging, Skin Care

**RELATED PRODUCTS**



### Speed up formula development and ensure market requirement, using performance software solutions designed for cosmetic R&D lab

Coptis is a leading provider of Cosmetic R&D software solutions, based in … The Cosmetic product development generates large amounts of data and documents. Proper integration of your raw materials, ingredients, fo...



### Polishing up nail product quality

Stable Micro Systems  |  20-Feb-2017  |  Technical / white paper

In the age of selfies, appearances are more important than ever - including nails. Manufacturers must ensure their nail care products del...



### Sweet iris active cells to decrease wrinkles

Naolys  |  13-Feb-2017  |  Product brochure

All Even Sweet iris are active plant cells made with a specific biotechnology mixing plant cell dedifferenciation and a plant cell cultur...



### It's Time to Preserve & Protect, Naturally

Sabinsa Cosmetics  |  07-Feb-2017  |  Technical / white paper

Effective and safe natural alternatives to synthetic antimicrobial compounds

---

Strengthen, Condition and Protect Hair — Floraesters®
**Floratech**

Exploring New Luxury in Beauty INNOCOS Summit 2017
**innoCos pack**

Pycnogenol® Contributes to Skin Hydration and Reduces Pigmentation
**Horphag**

View All Products

### Live **Supplier Webinars**

**Speed up formula development and ensure market requirement, using performance software solutions designed for cosmetic R&D lab**  16-Mar-2017

Coptis is a leading provider of Cosmetic R&D software solutions, based in US and Europe.

### On demand **Supplier Webinars**

**Discover how Ashland uses fresh lotus flower to create skincare innovation**
Ashland

**CosmeticsDesign Anti-Pollution forum**
William Reed Business Media

All supplier webinars

**TODAY'S HEADLINES**

 Is there a digital solution for fragrance retail?

 Is Amazon the beauty industry's secret collaborator?

 Biodiesel company makes the leap into cosmetics, part II

 Trending beauty: 'masking' top searched skin care term

**PROMOTIONAL FEATURES**


Content Provided by Mibelle Biochemistry
**By Mibelle Biochemistry**
Rejuvenation through epigenetic science


Content Provided by DSM Nutritional Products, Ltd
**By DSM Nutritional Products, Ltd**
Facing up to pollution: The need for relevant skin care


Content Provided by In-Cosmetics North America
**By In-Cosmetics North America**
Biological pathways, natural products: How science is accelerating cosmetic innovation

and preservatives, find multifunctional applications in pers...



### Strengthen, Condition and Protect Hair — Floraesters®

Floratech   |   06-Feb-2017   |   Clinical study

Strengthen, condition and protect hair with Floraesters K-20W® Jojoba and Floraesters K-100® Jojoba.See how these natural, multifunctiona...



### Discover how Ashland uses fresh lotus flower to create skincare innovation

Ashland   |   28-Feb-2017   |   On-Demand Supplier Webinar

In the webinar you will discover how Ashland is using Zeta Fraction™ to amplify the efficacy and usability of the botanical benefits extr...



### Exploring New Luxury in Beauty INNOCOS Summit 2017

innoCos pack   |   31-Jan-2017   |   Event programme

The world of luxury beauty is changing. The modern consumer seeks out not just experiences, originality, luxurious, indulgent formulation...



### CosmeticsDesign Anti-Pollution forum

William Reed Business Media   |   22-Feb-2017   |   On-Demand Suppli…

Anti-pollution is a key hot topic for consumers and formulators alike. Now a central focus for the industry, it has become crucial to kee...



### Pycnogenol® Contributes to Skin Hydration and Reduces Pigmentation

Horphag   |   21-Sep-2016   |   Technical / white paper

A newly published review in Skin Pharmacology and Physiology on Pycnogenol®, French maritime pine bark extract, reveals supplementation w...

**RELATED SUPPLIERS**

Acme Hardesty | INOLEX | Mibelle Biochemistry | Sensient Cosmetic Technologies

---

**WEEKLY / DAILY FREE NEWSLETTERS**

| CosmeticsDesign.com USA | CosmeticsDesign-Europe.com | CosmeticsDesign-Asia.com |
|---|---|---|
| ☐ Cosmetics Formulation & Packaging in North America - Daily | ☐ Cosmetics Formulation & Packaging in Europe - Daily | ☐ Cosmetics Formulation & Packaging in Asia-Pacific - Daily |
| ☐ Cosmetics Formulation & Packaging in North America - Weekly | ☐ Cosmetics Formulation & Packaging in Europe - Weekly | ☐ Cosmetics Formulation & Packaging in Asia-Pacific - Weekly |
| ☐ Skin Care | ☐ Skin Care | ☐ Skin Care |
| ☐ Hair Care | ☐ Hair Care | ☐ Hair Care |
| ☐ Color Cosmetics | ☐ Colour Cosmetics | ☐ Color Cosmetics |
| ☐ Fragrance | ☐ Fragrance | ☐ Fragrance |
| ☐ Nutricosmetics | ☐ Nutricosmetics | ☐ Nutricosmetics |
| ☐ Packaging | ☐ Packaging | ☐ Packaging |

**Subscribe to our FREE newsletter**    Your e-mail address                                             SUBSCRIBE

**RELATED SITES FROM OUR TEAM**
Cosmetics Formulation & Packaging in Europe  |  Cosmetics Formulation & Packaging in Asia-Pacific

About us | Editorial Calendar | Site map | All sites | Recommend this Site | Advertise | Contact the Editor | Terms & Conditions | **Privacy & Cookie Policy**



William Reed Business Media Ltd

Registered Office: Broadfield Park, Crawley RH11 9RT, England. Registered in England No. 2883992. VAT No. 644 3073 52.

©William Reed Business Media SAS 2017. All rights reserved.

Prize Draw & Competition Terms | Advertising Booking Terms & Conditions

EXHIBIT D