CERTIFICATE OF SERVICE

I, Christopher M. Placitella, hereby certify that I caused a copy of the foregoing Plaintiffs' Redacted Memorandum in Opposition to Defendant Personal Care Products Council's Amended Motion to Dismiss to be filed electronically via the court's electronic filing system the 22nd day of June 2017. Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

*/s/ Christopher M. Placitella*

CHRISTOPHER M. PLACITELLA

Dated: June 22, 2017