UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates To:*<br><br>Wendy Schwartz<br>SDIL Case No.: 3:16-cv-01364 | **MDL NO. 2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br><br>MDL No. 2738-FLW-LHG |

**CORRECTED NOTICE OF FILING**

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that a Short Form Complaint with Jury Demand was filed on June 22, 2017 on behalf of Plaintiff, Wendy Schwartz.

Dated: 06/22/2017                                           Respectfully Submitted,


                                                             /s/ Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
IL bar no. 6308142
*Attorneys for Plaintiff Wendy Schwartz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, a copy of the foregoing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
IL bar no. 6308142
*Attorneys for Plaintiff Wendy Schwartz*