**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION<br><br>Mary Bernhard and Richard Bernhard<br><br>         Plaintiffs<br> v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br>         Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-4611 |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on June 23, 2017 on behalf of Plaintiffs, Mary Bernhard and Richard Bernhard.

Dated: June 23, 2017    By: /s/ Mekel Smith Alvarez
                 MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                 mekel@dugan-lawfirm.com
                 DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                 dplymale@dugan-lawfirm.com
                 JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                 jdugan@dugan-lawfirm.com
                 LANSON BORDELON, ESQ. (LSBA #3451)
                 lbordelon@dugan-lawfirm.com
                 DAVID SCALIA, ESQ. (LSBA #21369)
                 dscalia@dgan-lawfirm.com
                 THE DUGAN LAW FIRM APLC
                 One Canal Place
                 365 Canal Street, Suite 1000
                 New Orleans, LA  70130
                 Telephone: (504) 648-0180
                 Facsimile:  (504) 648-0181

                 *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 23, 2017.

                /s/ Mekel Smith Alvarez
                Dugan Law Firm
                *Attorneys for Plaintiffs*