UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Allan Rappold, individually, and as Personal Representative of the Estate of Madeleine Rappold,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc., & Personal Care Products Counsel,<br><br>　　　　　　　Defendants. | MDL NO. 16-2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No. 3:17-cv-4596 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on June 22, 2017 on behalf of Plaintiffs, Allan Rappold, individually, and as Personal Representative of the Estate of Madeleine Rappold.

Dated: June 23, 2017

By: /s/ Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Becnel Law Firm, L.L.C.
425 W. Airline Hwy, Ste B
LaPlace, LA 70068
(985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on June 23, 2017.

/s/ Matthew B. Moreland
Becnel Law Firm, L.L.C.
*Attorney for Plaintiffs*
