UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd Day of June, 2017 a copy of DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL was served on counsel of record via electronic mail as follows:

Richard D. Meadow, Esq.
richard.meadow@lanierlawfirm.com
Catherine T. Heacox, Esq.
catherine.heacox@lanierlawfirm.com
THE LANIER LAW FIRM
6810 FM 1960 Road West
Houston, TX  77069
*Plaintiffs' Executive Committee*

Susan M. Sharko, Esq.
susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ  07392-1047
*Attorneys for Defendants Johnson and Johnson and Johnson & Johnson Consumer Companies, Inc.*

Lorna A. Dotro, Esq.
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ  07962
*Attorneys for Defendant Imerys Talc America, Inc*

39611884v.1

Dated:  June 23, 2017.

Respectfully submitted,

PERSONAL CARE PRODUCTS COUNCIL

By:  */s/ Thomas T. Locke*
Thomas T. Locke (DC Bar No. 454144)
Rebecca Woods (DC Bar No. 468495)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com

Sheryl Lisa Axelrod, Esq.
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA  19107
saxelrod@theaxelrodfirm.com

*Attorneys for Defendant Personal Care Products Council*