# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| Dennis Maroney, surviving spouse of Shelly Maroney<br><br>                                  Plaintiff,<br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br><br>                                  Defendants. | Civil Action No.: 3:17-cv-4620 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand has been filed on June 23, 2017 on behalf of Plaintiff Dennis Maroney, surviving spouse of Shelly Maroney.


Dated: June 28, 2017                                  Respectfully submitted,

                                                     /s/Brett A. Emison
                                                     Brett A. Emison
                                                     Langdon & Emison, LLC
                                                     911 Main Street
                                                     Lexington, MO 64067
                                                     Ph: 660-259-6175
                                                     Fax: 660-259-4571
                                                     brett@lelaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on June 28, 2017.

                                                   /s/ Brett A. Emison
                                                   Attorney for Plaintiffs