UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Maria DeJesus Ramirez<br><br>3:17-cv-04589 | Civil Action No. 3:16-md-02738-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 22, 2017 on behalf of Plaintiff, Maria DeJesus Ramirez.

Dated: June 29, 2017

Respectfully submitted,

*s/ Tim D. Brandenburg*
Tim D. Brandenburg, Esq.
TX Bar No. 24049036
Roger "Rocky" Walton, Esq.
LAW FIRM OF ROGER "ROCKY" WALTON, P.C.
2310 West Interstate 20, Suite 200
Arlington, Texas 76017
Tel: 817-429-4299
Fax: 817-429-3469
Email: filings@rockywalton.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      *s/ Tim D. Brandenburg*
      TIM D. BRANDENBURG