**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |
| Andrea Petrides                              , | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No.: _____ |
| Johnson & Johnson, et al.              , | DIRECT FILED ACTION |
| Defendants. | |