UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Joann Leamy. 3:17-cv-04800 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on June 29, 2017 on behalf of Plaintiff Joann Leamy

| | |
|---|---|
| Dated: June 29, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 29, 2017          /s/ Catherine T. Heacox
                 Catherine T. Heacox
                 The Lanier Law Firm, PLLC
                 Tower 56
                 126 East 56th Street
                 New York, NY 10022
                 (212) 421-2800
                 Catherine.Heacox@LanierLawFirm.com
                 Counsel for Plaintiff(s)