UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **LISA ROSS,** **Plaintiff,** v. **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNSEL.** **Defendants.** | Case No.: 3:17-cv-04791-FLW-LHG DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 29, 2017 on behalf of Plaintiff, Lisa Ross.

Date:  June 30, 2017        Respectfully Submitted,

       */s/ Eric D. Holland*
       Eric D. Holland – MO Bar #: 39935
       R. Seth Crompton – MO Bar #: 57448
       Patrick R. Dowd – MO Bar #: 64820
       Holland Law Firm, LLC
       300 N. Tucker Blvd., Suite 801
       St. Louis, MO 63101
       Tel: 314-241-8111
       Fax: 314-241-5554
       Email: eholland@allfela.com
       Email: scrompton@allfela.com
       Email: pdowd@allfela.com

       ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

       */s/ Eric D. Holland*
       Eric D. Holland – MO Bar #: 39935
       Holland Law Firm, LLC
       300 N. Tucker Blvd., Suite 801
       St. Louis, MO 63101
       Tel: 314-241-8111
       Fax: 314-241-5554
       Email: eholland@allfela.com