UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Daneen R. Ramey<br><br>3:17-cv-04843 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 30, 2017 on behalf of Plaintiff, Daneen R. Ramey.

Dated:  June 30, 2017

                                                    Respectfully submitted,

                                                  */s/ Kelsey L. Stokes*
                                                  Kelsey L. Stokes (TX Bar No. 24083912)
                                                  kelsey_stokes@fleming-law.com
                                                  Rand P. Nolen (TX Bar No. 00788126)
                                                  rand_nolen@fleming-law.com
                                                  FLEMING, NOLEN & JEZ, L.L.P.
                                                  2800 Post Oak Blvd., Suite 4000
                                                  Houston, Texas 77056-6109
                                                  Tel:  713-621-7944
                                                  Fax: 713-621-9638

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                      */s/ Kelsey L. Stokes*
                                      KELSEY L. STOKES