

Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC  20004-1454
(202) 463-2400
fax (202) 828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5376

Writer's e-mail
tlocke@seyfarth.com

March 24, 2017

**VIA FEDEX**

Michelle A. Parfitt
Ashcraft & Gerel, LLP
Suite 650
4900 Seminary Road
Alexandria , Virginia , 22311

    Re:    **MDL Talc - PCPC Production**

Dear Michelle:

    Pursuant to our agreement, please find in the enclosed flash drive Personal Care Products Council's document production. We will provide you with the password to the production flash drive via email.

    Very truly yours,

    SEYFARTH SHAW LLP

    Thomas T. Locke

TTL

38253527v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK