# Personal Care Products Council

# *Pollak, Mark 30(b)(6) 02-18-2016*

*2/18/2016 10:03 AM*

**Condensed Transcript**

**Prepared by:**

Elizabeth Harraka
Seyfarth Shaw LLP

Wednesday, September 14, 2016

### Page 1

```
 1      SUPERIOR COURT OF NEW JERSEY
 2      LAW DIVISION - ATLANTIC COUNTY
 3      MASTER DOCKET NO. ATL-L-2648-15
 4   ----------------------------------
 5   IN RE:  TALC-BASED POWDER PRODUCTS : Case No.
                              : 300
 6   Applicable to All Cases   : Civil Action
 7   ----------------------------------
 8          IN THE SUPERIOR COURT
 9       OF THE DISTRICT OF COLUMBIA
10             CIVIL DIVISION
11   ----------------------------------
12   LORI OULES,
13          Plaintiff,
14   V.                   Civil Action No.
15   JOHNSON & JOHNSON, et al.,   2014 CA 008327 B
16          Defendants.    Judge Brian Holeman
17   --------------------------X
18         VIDEOTAPED DEPOSITION OF
19      PERSONAL CARE PRODUCTS COUNCIL
20     Through its corporate representative
21            MARK A. POLLAK
22          Washington, DC 20004
23         Thursday, February 18, 2016
24   Reported by: Denise D. Vickery, CRR/RMR
25
```

### Page 2

```
 1          Thursday, February 18, 2016
 2              10:03 a.m.
 3
 4
 5   VIDEOTAPED DEPOSITION OF PERSONAL CARE PRODUCTS
 6   COUNCIL, through its corporate representative,
 7   MARK A. POLLAK, held at the offices of:
 8
 9
10   SEYFARTH SHAW, LLP
11   975 F Street, NW
12   Washington, DC 20004-1454
13
14
15
16   Pursuant to notice, before Denise D. Vickery,
17   Registered Merit Reporter, Certified Realtime
18   Reporter, and Notary Public in and for the
19   District of Columbia.
20
21
22
23
24
25
```

### Page 3

```
 1            A P P E A R A N C E S
 2   For Plaintiffs:
 3      GOLOMB & HONIK, PC
 4      1515 Market Street, Suite 1100
 5      Philadelphia, PA 19102
 6      215.985.9177
 7      BY:  RICHARD GOLOMB, ESQ.
 8      rgolomb@golombhonik.com
 9
10      ASHCRAFT & GEREL, LLP
11      4900 Seminary Road, Suite 650
12      Alexandria, VA 22311
13      703.931.5500
14      BY:  EMILY J. VASSIL, ESQ.
15      evassil@ashcraftlaw.com
16      BY:  PATRICK K. LYONS, ESQ.
17      plyons@ashcraftlaw.com
18
19      LUNDY, LUNDY, SOILEAU & SOUTH, LLP
20      501 Broad Street
21      Lake Charles, LA 70601
22      337.439.0707
23      BY:  NICHOLAS J. KOHRS, ESQ.
24      nkohrs@lundylawllp.com
25
```

### Page 4

```
 1         A P P E A R A N C E S (Cont'd)
 2   For Defendant Personal Care Products Council:
 3      SEYFARTH SHAW, LLP
 4      975 F Street, NW
 5      Washington, DC 20004-1454
 6      202.463.2400
 7   BY:  THOMAS T. LOCKE, ESQ.
 8      tlocke@seyfarth.com
 9
10   For Defendant Johnson & Johnson:
11      SHOOK, HARDY & BACON, LLP
12      1155 F Street, NW, Suite 200
13      Washington, DC 20004-1305
14      202.783.8400
15   BY:  CHAD COOTS, ESQ.
16      jcoots@shb.com
17
18   For Defendant Imerys Talc NA:
19      COUGHLIN DUFFY, LLP
20      350 Mount Kemble Avenue, P.O. Box 1917
21      Morristown, NJ 07962
22      973.267.0058
23   BY:  MARK K. SILVER, ESQ.
24      msilver@coughlinduffy.com
25
```