**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION TO DISMISS** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, copies of Defendant Personal Care Products Council's ("PCPC") Brief in Reply to Plaintiffs' Memorandum in Opposition to PCPC's Motion to Dismiss and in further Support of its Motion to Dismiss and accompanying Exhibits were served by electronic filing via the Court's ECF system to all counsel of record.

                                                                      /s/ Thomas T. Locke, Esq.
                                                                      Thomas T. Locke