

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343
(800) 898-2034
FAX: (334) 954-7555
BEASLEYALLEN.COM

July 7, 2017

**VIA ELECTRONIC MAIL**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
      MDL No. 2738

Dear Judge Wolfson and Judge Goodman:

  The parties met and conferred on July 5, 2017. Due to the July 4th holiday and the shortened workweek, the discussion was brief. The parties will reconvene next week and thereafter, provide the Court with a report regarding any ongoing issues.

  Thank you for your consideration of these matters.

          Respectfully submitted,

         BEASLEY, ALLEN, CROW, METHVIN,
         PORTIS & MILES, P.C.

         */s/ P. Leigh O'Dell*

         P. Leigh O'Dell

cc: Michelle A. Parfitt, Esq.
   Christopher M. Placitella, Esq.
   Gene Williams, Esq.

Honorable Freda L. Wolfson, U.S.D.J.
Honorable Lois H. Goodman, U.S.M.J.
July 7, 2017
Page 2 of 2

    Kat Frazier, Esq.
    Lorna Dotro, Esq.
    Mark Silver, Esq.
    Nancy Erfle, Esq.
    John Beisner, Esq.
    Tom Locke, Esq.
    James Billings-Kang, Esq.
    Sheryl Axelrod, Esq.
    Julie Tersigni, Esq.