**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Patricia Cavett et al. v. Johnson & Johnson, et al.,* Case No. 3:17-cv-04401 | MDL NO. 16-2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 16, 2017, on behalf of Plaintiffs, Patricia and Marvin Cavett.

Dated: July 12, 2017

                                                    Respectfully Submitted by,

                                                    /s/ Elwood C. Stevens, Jr.

                                                    Elwood C. Stevens, Jr. (La. Bar No. 12,459)
                                                    Domengeaux Wright Roy & Edwards, LLC
                                                    Jefferson Towers, Suite 500, 556 Jefferson Street
                                                    P. O. Box 3668, Lafayette, LA 70502-3668
                                                    1-800-375-6186 Phone
                                                    (337) 232-8213 Facsimile
                                                    elwoods@wrightroy.com
                                                    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr.