# Exhibit B

**TALCUM POWDER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION**

**Time Detail Worksheet**

**Categories**

| Firm: | | | | |
|---|---|---|---|---|
| **Timekeeper Name** | **Date** | **Hours** | **Description** | **Category** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Categories |
|---|---|
| 1 | Pleadings, Motions, Briefs & Legal Research |
| 2 | Preparing & Responding to Discovery Requests |
| 3 | Factual Research and Document Analysis |
| 4 | Expert Work |
| 5 | Depositions (Including Preparation) |
| 6 | Officially-Called Meetings of Counsel |
| 7 | Common Benefit Case Management |
| 8 | Court Appearances |
| 9 | Trial Preparation & Trial |
| 10 | Appeals |
| 11 | Settlement |