# Exhibit C

CASE NAME:  TALCUM POWDER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

REPORTING PERIOD:

FIRM NAME:

| SUMMARY TIME REPORT — Timekeeper Name | Professional Status* | Current Hourly Rate | 1: Pleadings, Motions, Briefs & Legal Research | 2: Preparing & Responding to Discovery Requests | 3: Factual Research and Document Analysis | 4: Expert Work | 5: Depositions (Including Preparation) | 6: Officially-Called Meetings of Counsel | 7: Common Benefit Case Management | 8: Court Appearances | 9: Trial Preparation & Trial | 10: Appeals | 11: Settlement | CURRENT TIME REPORTED Hours | CURRENT TIME REPORTED Hours x Hourly Rate | CUMULATIVE TIME REPORTED Hours | CUMULATIVE TIME REPORTED Hours x Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| TOTALS | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - |

*Professional Status:       P-Partner       A-Associate       OC-Of Counsel       PL-Paralegal       LC-Law Clerk

| EXPENSE REPORT | | |
|---|---|---|
| Category | Current Expenses | Cumulative Expenses |
| Assessments | | - |
| Commercial Copies | | - |
| Computerized Research (Westlaw, Lexis, etc.) | | - |
| Court Reporters/Transcripts | | - |
| Expert Services | | - |
| Facsimile | | - |
| Filing & Service Fees | | - |
| In-House Copies | | - |
| Long Distance Telephone | | - |
| Postage/Express Delivery | | - |
| Travel/Meals/Lodging | | - |
| Miscellaneous (Describe) | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| TOTAL EXPENSES: | - | - |

Enter additional pertinent information regarding your Time and/or Expenses here:

| RECAP OF CUMULATIVE TOTALS | |
|---|---|
| TOTAL CUMULATIVE HOURS TO DATE | - |
| TOTAL CUMULATIVE FEES TO DATE | $ - |
| TOTAL CUMULATIVE EXPENSES TO DATE | $ - |
| TOTAL CUMULATIVE FEES AND EXPENSES TO DATE | $ - |