UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |
| THIS DOCUMENT RELATES TO:<br>Jacquelyn Grady *v. Johnson & Johnson, et al.*<br>Civil Action No.: 3:17-cv-03425-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 13, 2017 on behalf of the plaintiff, Jacquelyn Grady.

| | |
|---|---|
| Dated:  July 13, 2017 | Respectfully Submitted by,<br><br>**MOTLEY RICE LLC**<br><br>/s/ Carmen S. Scott<br>Carmen S. Scott<br>cscott@motleyrice.com<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>(843) 216-9160<br>(843) 216-9450 (Facsimile)<br><br>*Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                     **MOTLEY RICE LLC**

                                     /s/ Carmen S. Scott
                                     Carmen S. Scott