IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS | Master Docket No. 3:16-md-2738 (FLW)<br><br>MDL 2738<br><br>Honorable Freda L. Wolfson |

**THIS MATTER** having been opened to the Court *sua sponte*; it appearing that both Defendants Johnson & Johnson ("J&J") and Imerys Talc America, Inc. ("Imerys") separately moved in numerous cases, outlined in Exhibit A of this Order, to dismiss certain plaintiffs' complaints based on lack of personal jurisdiction, and these plaintiffs have moved to remand their case to state court; it appearing that during the pendency of these motions, the Supreme Court issued its decision in *Bristol-Myers Squibb Co. v. Superior Court of California*, 528 U.S. ___ (2017), which substantially impacts, if not resolves, the issues raised by these competing motions; it appearing that the Court held a status conference on June 21, 2017, and discussed with counsel regarding the ramifications of the Supreme Court's decision on these motions; it appearing that the parties requested additional time to confer and decide whether there are any remaining issues raised by the motions, and if not, the parties will propose certain procedures as to how to proceed with the removed-cases that are the subject of these pending motions; accordingly, to provide counsel with additional time to accomplish these tasks,

1

IT IS on this 13th day of July, 2017,

ORDERED that all the motions listed in Exhibit A of this Order shall be ADMINISTARTIVELY TERMINATED until further order of this Court.

/s/ Freda L. Wolfson
HON. FREDA L. WOLFSON
U.S. DISTRICT COURT JUDGE

## EXHIBIT A

## TERMINATED MOTIONS

| Case Name | Case No. | Pending Motions |
|---|---|---|
| *Patricia Dysart v. Johnson & Johnson, et al.* | 3:16-cv-08564 | Johnson & Johnson Defendants' Motion to Dismiss 89 Plaintiffs' Claims for Lack of Personal Jurisdiction filed December 15, 2016.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed December 15, 2016. Fully briefed.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction as to the 2 Missouri Plaintiffs filed March 9, 2017.<br><br>Plaintiffs' Motion to Remand filed December 15, 2016. |
| *Charles Fenstemaker, et al. v. Johnson & Johnson, et al.* | 3:16-cv-07418 | Johnson & Johnson Defendants' Motion to Dismiss Plaintiff Charles Fenstemaker's Claims for Lack of Personal Jurisdiction filed December 23, 2016.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Bridget Graves v. Johnson & Johnson, et al.* | 3:16-cv-08672 | Johnson & Johnson Defendants' Motion to Dismiss Plaintiff's Claims for Lack of Personal Jurisdiction filed December 23, 2016. |
| *Odell Holliday v. Johnson & Johnson, et al.* | 3:16-cv-09507 | Johnson & Johnson Defendants' Motion to Dismiss Plaintiff's Claims for Lack of Personal Jurisdiction filed January 26, 2017. |

| Case Name | Case No. | Pending Motions |
|---|---|---|
| | | Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017.<br><br>Plaintiffs' Motion to Withdraw Notice of Dismissal filed April 3, 2017. |
| *Angela Lovato, et al. v. Johnson & Johnson, et al.* | 3:16-cv-07427 | Johnson & Johnson Defendants' Motion to Dismiss Eleven Plaintiffs' Claims for Lack of Personal Jurisdiction filed December 23, 2016. Stipulations of Dismissal filed May 12, 2017.<br><br>Defendant Ethicon Endo-Surgery, Inc.'s Motion to Dismiss Plaintiffs' Claims for Lack of Personal Jurisdiction and Failure to State a Claim filed December 23, 2016. Stipulations of Dismissal filed May 12, 2017. |
| *Christine Harders, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00726 | Plaintiffs' Motion to Remand filed February 9, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed March 6, 2017.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 6, 2017. |
| *Mary Gallow, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00790 | Plaintiffs' Motion to Remand filed February 9, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Wynester Logan, et al.* | 3:17-cv- | Plaintiffs' Motion to Remand filed |

| Case Name | Case No. | Pending Motions |
|---|---|---|
| v. Johnson & Johnson, et al. | 00797 | February 10, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| Farrah Starks, et al. v. Johnson & Johnson et al. | 3:17-cv-00792 | Plaintiffs' Motion to Remand filed February 10, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| Kelly Frazier, et al. v. Johnson & Johnson, et al. | 3:17-cv-00793 | Plaintiffs' Motion to Remand filed February 9, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| Kimberly Carney, et al. v. Johnson & Johnson, et al. | 3:17-cv-00796 | Plaintiffs' Motion to Remand filed February 9, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017.<br><br>Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| Deanna Valle, et al. v. Johnson & Johnson, et al. | 3:17-cv-00798 | Plaintiffs' Motion to Remand filed February 9, 2017.<br><br>Johnson & Johnson Defendants' Motion |

| Case Name | Case No. | Pending Motions |
|---|---|---|
| | | to Dismiss filed March 9, 2017. Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Joyce Williams, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00799 | Plaintiffs' Motion to Remand filed February 9, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017. Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Janice Bahmler, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00800 | Plaintiffs' Motion to Remand filed February 9, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017. Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Lisa Eveland, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00794 | Plaintiffs' Motion to Remand filed February 9, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed March 9, 2017. Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Donna Mason, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00802 | Johnson & Johnson Defendants' Motion to Dismiss Filed March 9, 2017. |
| *Amber Lucas, et al. v. Johnson & Johnson, et al.* | 3:17-cv-00791 | Plaintiffs' Motion to Remand filed February 16, 2017. Johnson & Johnson Defendants' Motion |

| Case Name | Case No. | Pending Motions |
|---|---|---|
| | | to Dismiss filed March 9, 2017. |
| | | Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed March 9, 2017. |
| *Hinton, Barbara, et al. v. Johnson & Johnson, et al.* | 3:17-cv-2394 | Plaintiffs' Motion to Remand filed April 17, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed May 8, 2017. Imerys' Motion to Dismiss filed May 8, 2017. |
| *Jones, Annie, et al. v. Johnson & Johnson, et al.* | 3:17-cv-2396 | Plaintiffs' Motion to Remand filed April 17, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed May 8, 2017. Imerys' Motion to Dismiss filed May 8, 2017. |
| *Moore, Cassandra v. Johnson & Johnson, et al.* | 3:17-cv-2404 | Plaintiffs' Motion to Remand filed April 10, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed May 8, 2017. Imerys' Motion to Dismiss filed May 8, 2017. |
| *Lagrone, Clyde, et al. v. Johnson & Johnson, et al.* | 3:17-cv-02398 | Plaintiffs' Motion to Remand filed May 4, 2017. Johnson & Johnson Defendants' Motion to Dismiss Filed May 8, 2017. |
| *Rea, Mary, et al. v. Johnson & Johnson, et al.* | 3:17-cv-02397 | Plaintiffs' Motion to Remand filed May 22, 2017. Johnson & Johnson Defendants' Motion to Dismiss filed May 8, 2017. |

| Case Name | Case No. | Pending Motions |
|---|---|---|
| *Paniagua, Anastasia, et al. v. Johnson & Johnson, et al.* | 3:17-cv-02663 | Johnson & Johnson Defendants' Motion to Dismiss filed May 19, 2017. |
| *Anderson, Brenda, et al. v. Johnson & Johnson, et al.* | 3:17-cv-02943 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017.<br><br>Plaintiff's Motion to Remand filed May 26, 2017. |
| *Ghormley, Kerry, et al. v. Johnson & Johnson, et al.* | 3:17-cv-03944 | Plaintiff's Motion to Remand filed June 7, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed July 3, 2017.<br><br>Imerys Talc America, Inc.'s Motion to Dismiss filed on February 22, 2017. |
| *Krueger, Jean, et al. v. Johnson & Johnson, et al.* | 3:17-cv-03945 | Plaintiff's Motion to Remand filed June 7, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed July 3, 2017. |
| *Hensley, Mari-Grace, et al. v. Johnson & Johnson, et al.* | 3:17-cv-03946 | Plaintiff's Motion to Remand filed June 7, 2017.<br><br>Johnson & Johnson Defendants' Motion to Dismiss filed July 3, 2017. |
| *Daniel, Dorian v. Johnson & Johnson, et al.* | 3:17-cv-02498 | Johnson & Johnson Defendants' Motion to Dismiss filed May 12, 2017. |
| *York, Dennis, et al. v. Johnson & Johnson, et al.* | 3:17-cv-02497 | Johnson & Johnson Defendants' Motion to Dismiss filed May 12, 2017. |
| *Barshay, Leena v. Johnson & Johnson, et al.* | 3:17-cv-02509 | Johnson & Johnson Defendants' Motion to Dismiss filed May 12, 2017. |
| *Wolff, Marc v. Johnson & Johnson, et al.* | 3:17-cv-02496 | Johnson & Johnson Defendants' Motion to Dismiss filed May 12, 2017. |
| *Summerlin, Donna* | 3:17-cv- | Johnson & Johnson Defendants' Motion |


| Case Name | Case No. | Pending Motions |
|---|---|---|
| and Timmy v. Johnson & Johnson, et al. | 02511 | to Dismiss filed May 12, 2017. |
| Thompson, Lisa v. Johnson & Johnson, et al. | 3:17-cv-02495 | Johnson & Johnson Defendants' Motion to Dismiss filed May 12, 2017. |
| Ferrell, Glenda v. Johnson & Johnson, et al. | 3:17-cv-02510 | Johnson & Johnson Defendants' Motion to Dismiss filed May 12, 2017. |
| Paniagua, Anastasia, et al. v. Johnson & Johnson, et al. | 3:17-cv-02663 | Johnson & Johnson Defendants' Motion to Dismiss filed May 19, 2017. |
| Cavazos, Amie, et al. v. Johnson & Johnson, et al. | 3:17-cv-02938 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Andrews, Brenda v. Johnson & Johnson, et al. | 3:17-cv-02939 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Sutton, Rick, et al. v. Johnson & Johnson, et al. | 3:17-cv-02937 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Anderson, Brenda, et al. v. Johnson & Johnson, et al. | 3:17-cv-02943 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Gordon, Florida v. Johnson & Johnson, et al. | 3:17-cv-02940 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Crowl, Sandra v. Johnson & Johnson, et al. | 3:17-cv-02936 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Graf-Spiegel, Susan v. Johnson & Johnson, et al. | 3:17-cv-02942 | Johnson & Johnson Defendants' Motion to Dismiss filed May 31, 2017. |
| Sonia Dolinger v. Johnson & Johnson, et al. | 3:16-cv-09485 | Johnson & Johnson Defendants' Motion to Dismiss Plaintiff's Claims for Lack of Personal Jurisdiction filed January 26, 2017. |
| Cerrone-Kennedy, Dolores v. Johnson & | 3:16-cv-07895 | Defendant Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal |

| Case Name | Case No. | Pending Motions |
|---|---|---|
| Johnson, et al. | | Jurisdiction filed March 9, 2017. |
| Robert Gendelman v. Johnson & Johnson, et al. | 3:17-cv-00461 | Motion to Withdraw Motion to Remand filed on 3/31/2017. |
| Grace Watkins v. Johnson & Johnson, et al. | 3:17-cv-01155 | Johnson & Johnson Defendants' Motion to Dismiss filed March 23, 2017. |
| Deborah Kursch, et al. v. Johnson & Johnson, et al. | 3:17-cv-01363 | Johnson & Johnson Defendants' Motion to Dismiss filed March 30, 2017. |
| David Hagstrom v. Johnson & Johnson, et al. | 3:17-cv-01364 | Johnson & Johnson Defendants' Motion to Dismiss filed March 30, 2017. |
| Jeanie Foster and David Foster v. Johnson & Johnson, et al. | 3:17-cv-01365 | Johnson & Johnson Defendants' Motion to Dismiss filed March 30, 2017. |
| Ruth Edwina Ewing v. Johnson & Johnson, et al. | 3:17-cv-01366 | Johnson & Johnson Defendants' Motion to Dismiss filed March 30, 2017. |
| Brenda Wilder, et al. v. Johnson & Johnson, et al. | 3:17-cv-01543 | Johnson & Johnson Defendants' Motion to Dismiss filed April 6, 2017. |
| Elizabeth Brown v. Johnson & Johnson, et al. | 3:17-cv-01544 | Johnson & Johnson Defendants' Motion to Dismiss filed April 6, 2017. |
| Linda Nard and Mark Nard v. Johnson & Johnson, et al. | 3:17-cv-01545 | Johnson & Johnson Defendants' Motion to Dismiss filed April 6, 2017. |
| Teresa Wilson, et al. v. Johnson & Johnson, et al. | 3:17-cv-01859 | Johnson & Johnson Defendants' Motion to Dismiss filed April 20, 2017. |
| Melissa Dean v. Johnson & Johnson, et al. | 3:17-cv-01858 | Johnson & Johnson Defendants' Motion to Dismiss filed April 20, 2017. |