Richard Barrett
LAW OFFICE OF RICHARD R. BARRETT, PLLC
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

*Attorney for Plaintiff Ada Rich-Williams*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES ) <br> AND PRODUCTS LIABLITY LITIGATION ) <br> ) <br> This document relates to: ) <br> Ada Rich-Williams; Case No: 3:16-cv-06489-FLW-) <br> LHG ) | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Ada Rich-Williams.

Dated: July 17, 2017

*/s/ Richard Barrett*
Richard Barrett
LAW OFFICE OF RICHARD R.
BARRETT, PLLC
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

*Attorney for Plaintiff Ada Rich-Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Richard Barrett*
Richard Barrett