Ben F. Pierce Gore
Pratt & Associates
1871 The Alameda
Suite 425
San Jose, CA  95126
(408)369-0800

*Attorney for Plaintiff Dolores Gould*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION </br></br>This document relates to:</br>Dolores Gould; Case No: 3:16-cv-06567-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG </br></br> MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Dolores Gould.

Dated: July 18, 2017           /s/ Pierce Gore
                               Ben F. Pierce Gore
                               Pratt & Associates
                               1871 The Alameda
                               Suite 425
                               San Jose, CA  95126
                               (408)369-0800
                               Fax: 408-369-0752
                               Email:pgore@prattattorneys.com

                               *Attorney for Plaintiff Dolores Gould*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                        */s/ Pierce Gore*
                                                        Ben F. Pierce Gore