UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>DONALD HACKNEY, Individually and as Personal Representative for the Estate of his deceased wife, JUDY HACKNEY,<br><br>3:17-cv-05220 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on July 18, 2017, on behalf of Plaintiff, Donald Hackney, Individually and as Personal Representative for the Estate of his deceased wife, Judy Hackney.

Dated: July 18, 2017.

Respectfully Submitted by,

**KILLIAN, DAVIS, RICHTER & MAYLE, PC**

*/s/ Nicholas W. Mayle* _____
Nicholas W. Mayle, Esq.
Attorneys for Plaintiff
202 North 7th Street
Post Office Box 4859
Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF NEW JERSEY**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 18th of July, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ Nicholas W. Mayle
Nicholas W. Mayle, Esq.
Attorneys for Plaintiff
202 North 7th Street
Post Office Box 4859
Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com