## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | |
| | ) | **3:16-md-02738** (FLW) (LHG) |
| *This document relates to:* | ) ) | |
| Mary Young v. Johnson & Johnson, et al. | ) ) | |
| 3:17-cv-2403 | ) ) | |

_____

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 7, 2017 on behalf of Plaintiff, Mary Young.

Dated: July 19, 2017.

KARSMAN, McKENZIE & HART

 */s/ C. Dorian Britt*
C. Dorian Britt
Georgia Bar No. 083259
dorian@kmtrial.com
Jeremy S. McKenzie
Georgia Bar No. 436655
Jeremy@kmtrial.com
***Attorney for Plaintiff***

21 West Park Avenue
Savannah, Georgia 31401
(912) 335-4977

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

Dated: July 19, 2017.

KARSMAN, McKENZIE & HART

 */s/ C. Dorian Britt*
C. Dorian Britt
Georgia Bar No. 083259
dorian@kmtrial.com
Jeremy S. McKenzie
Georgia Bar No. 436655
Jeremy@kmtrial.com
***Attorney for Plaintiff***

21 West Park Avenue
Savannah, Georgia 31401
(912) 335-4977