## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re: Johnson & Johnson Talcum Powder Litigation** | Civil Action No. 16-md-2738 (FLW)(LHG) |

| | |
|---|---|
| **ROBERTA JOHANSON,** | Civil Action No. 16-cv-7427 (FLW)(LHG) |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON,** *et al.*, | **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| Defendants. | |

       **THIS MATTER** having been brought before the Court by a motion [Docket Entry No. 74] filed by The Branch Law Firm, counsel for Plaintiff Roberta Johanson, seeking an order permitting counsel to withdraw from representation of Ms. Johanson in this matter; no opposition to the motion having been filed; and for good cause shown,

       **IT IS** on this **19ᵗʰ** day of **July, 2017,**

       **ORDERED** that the Motion for Leave to Withdraw as Counsel [Docket Entry No. 74] is GRANTED; and it is further

       **ORDERED** that Counsel shall mail Plaintiff a complete and accurate copy of her entire file within fourteen (14) days of this Order; and it is further

       **ORDERED** that Counsel is relieved of any further responsibility in this case with regard to representation of Plaintiff; and it is further

       **ORDERED** that Plaintiff is required to either retain new counsel or inform the Court that she intends to proceed *pro se*; in the event she elects to retain new counsel, her new counsel shall make an appearance in this case **within forty-five (45) days of this Order**; in the event Plaintiff elects to proceed *pro se*, she shall notify the Court and the parties in writing and on this record of her intention to do so **within forty-five (45) days of this Order**; and it is further

1

**ORDERED** that failure to comply with this Order may lead to imposition of sanctions, including dismissal of Plaintiff's claim with prejudice; and it is further

**ORDERED** that the pending deadlines for this individual matter are stayed until after Plaintiff has notified the Court of her intentions regarding representation.


**LOIS H. GOODMAN**
**United States Magistrate Judge**