UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re: Johnson & Johnson Talcum Powder Litigation** | Civil Action No. 16-md-2738 (FLW)(LHG) |
| **CURTIS DAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON,** *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-799 (FLW)(LHG)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

**THIS MATTER** having been brought before the Court by a motion [Docket Entry No. 59] filed by The Branch Law Firm, counsel for Plaintiff Curtis Davis, seeking an order permitting counsel to withdraw from representation of Mr. Davis in this matter; no opposition to the motion having been filed; and for good cause shown,

**IT IS** on this **19th** day of **July, 2017,**

**ORDERED** that the Motion for Leave to Withdraw as Counsel [Docket Entry No. 59] is GRANTED; and it is further

**ORDERED** that Counsel shall mail Plaintiff a complete and accurate copy of his entire file within fourteen (14) days of this Order; and it is further

**ORDERED** that Counsel is relieved of any further responsibility in this case with regard to representation of Plaintiff; and it is further

**ORDERED** that Plaintiff is required to either retain new counsel or inform the Court that he intends to proceed *pro se*; in the event he elects to retain new counsel, his new counsel shall make an appearance in this case **within forty-five (45) days of this Order**; in the event Plaintiff elects to proceed *pro se*, he shall notify the Court and the parties in writing and on this record of his intention to do so **within forty-five (45) days of this Order**; and it is further

**ORDERED** that failure to comply with this Order may lead to imposition of sanctions, including dismissal of Plaintiff's claim with prejudice; and it is further

**ORDERED** that the pending deadlines for this individual matter are stayed until after Plaintiff has notified the Court of his intentions regarding representation.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**