IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>JAY COBB, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CINDY COBB,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., and IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC.,<br><br>      Defendants. | MDL NO. 2738<br><br>CASE NO. 3:17-CV-02349-FLW-LHG |

## ORDER

AND NOW this 18th day of July, 2017, upon consideration of P. LEIGH O'DELL'S Motion to Withdraw as Counsel for Plaintiff, JAY COBB, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

BY THE COURT:

*[signature]*

~~Honorable Freda L. Wolfson~~
~~United States District Judge~~
LOIS H. GOODMAN, U.S.M.J.