## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Jo Ann Shannon and John Shannon; Case No: 3:17-cv-05389-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on July 24, 2017, date on behalf of Plaintiffs Jo Ann Shannon and John Shannon.

Dated:  July 26, 2017

/s/ Priscilla E. Jimenez, Esquire
Priscilla E. Jimenez, Esquire
KLINE & SPECTER PC
1525 Locust Street – 19th Floor
Philadelphia, PA 19102
215-772-1000
215-735-0960 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Priscilla Jimenez_____