UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Jacqueline Rivera, Individually and as Administratrix of the Estate of Theresa Costanza, Deceased;<br>*Cause No.:* 3:17-cv-5435 | MDL No. 16-2738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 26, 2017 on behalf of Plaintiff Jacqueline Rivera, Individually and as Administratrix of the Estate of Theresa Costanza, Deceased.

DATED: July 26, 2017

Respectfully submitted,

   /s/ JD McMullen

Jacobs O'Hara McMullen
14340 Torrey Chase Blvd.
Suite 360
Houston, TX 77014
Tel: (281) 919-2073
rnj@jomlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

Dated: July 26, 2017

                                                                 /s/ JD McMullen