# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION<br><br>**MARY OBERDIER**<br><br>　　　　　　　　　　Plaintiff<br>　　v.<br>**Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council ("PCPC")**<br><br>　　　　　　　　　　Defendants | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-5479 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 27, 2017 on behalf of Plaintiff, Mary Oberdier.

Dated:  July 27, 2017

By: /s/ Mekel Smith Alvarez
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
LANSON BORDELON, ESQ. (LSBA #3451)
lbordelon@dugan-lawfirm.com
DAVID SCALIA, ESQ. (LSBA #21369)
dscalia@dgan-lawfirm.com
THE DUGAN LAW FIRM APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile:  (504) 648-0181

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on July 27, 2017.

                                  <u>/s/ Mekel Smith Alvarez</u>
                                  Dugan Law Firm
                                  *Attorneys for Plaintiff*