UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Christina MacMurphy et al v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05700-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 3, 2017 on behalf of Plaintiffs Christina MacMurphy and Shawn MacMurphy.

                                                    /s/ Derek T. Braslow_____
                                                    Derek T. Braslow
                                                    T. Matthew Leckman
                                                    Pogust Braslow & Millrood
                                                    Eight Tower Bridge
                                                    161 Washington St., Ste. 940
                                                    Conshohocken, PA 19428
                                                    (610) 941-4204 Telephone
                                                    (610) 941-4245 Fax
                                                    dbraslow@pbmattorneys.com
                                                    mleckman@pbmattorneys.com

                                                    Attorneys for Plaintiffs Christina and Shawn MacMurphy

Dated: August 3, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust Braslow & Millrood