UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sharon Cunnigan-Wilson et al v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05702-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 3, 2017 on behalf of Plaintiffs Sharon Cunnigan-Wilson and Wesley Wilson.

                                                /s/ Derek T. Braslow_____
                                                Derek T. Braslow
                                                T. Matthew Leckman
                                                Pogust Braslow & Millrood
                                                Eight Tower Bridge
                                                161 Washington St., Ste. 940
                                                Conshohocken, PA 19428
                                                (610) 941-4204 Telephone
                                                (610) 941-4245 Fax
                                                dbraslow@pbmattorneys.com
                                                mleckman@pbmattorneys.com

                                                Attorneys for Plaintiffs Sharon
                                                Cunnigan-Wilson and Wesley Wilson

Dated: August 3, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust Braslow & Millrood