UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND<br><br><br>This document relates to:<br>*Christynn Vierra v. Johnson & Johnson et al.*<br>Case No. 3:17-cv-5762 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 4, 2017 on behalf of Plaintiff, Christynn Vierra.

Dated:   August 4, 2017

                                                         Respectfully submitted

                                                        /s/ Douglas R. Plymale
                                                        Douglas R. Plymale, Esq. (LSBA #28409)
                                                        Plymale Law Firm
                                                        201 St. Charles Ave., Suite 2500
                                                        New Orleans, LA 70170
                                                         Telephone: (504) 355-0092
                                                        Facsimile: (504) 662-3801
                                                        Email: drplymale@plymalelawfirm.com

                                                        Richard C. Ely, Jr., Esq.
                                                        Ely Law, LLC
                                                        400 Poydras St., Suite 1680
                                                        New Orleans, LA 70130
                                                        Telephone: (504) 620-5415
                                                        Facsimile: (504) 527-5456
                                                        Email: rick@ely-law.com

Pierre V. Miller, IV Esq.
Patrick Miller, LLC
400 Poydras St., Suite 1680
New Orleans, LA 70130
Telephone: (504) 527-5400
Facsimile: (504) 527-5456
Email: pmiller@patrickmillerlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing systems on August 4, 2017.

                                                  /s/ Douglas R. Plymale
                                                  *Attorney for Plaintiff*