SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Crystal M. Rosensteel*<br>Case No. 3:17-cv-05781 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 7, 2017 on behalf of Plaintiff Crystal M. Rosensteel.

Dated: August 7, 2017                               Respectfully Submitted,

*/s/ Eric S. Johnson*
Eric S. Johnson
Trent B. Miracle
John J. Foley
Andy S. Williams
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
tmiracle@simmonsfirm.com
jfoley@simmonsfirm.com
awilliams@simmonsfirm.com
ejohnson@simmonsfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 7th day of August, 2017 to all parties of interest.

                                                              */s/ Eric S. Johnson*
                                                                Eric S. Johnson