BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Robert Isenberg obo Robin Isenberg, deceased*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Robert Isenberg, individually and as Executor of the estate of Robin Isenberg, deceased, v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05674-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 3, 2017 on behalf of Plaintiff Robert Isenberg obo Robin Isenberg, deceased.

                                                   */s/ P. Leigh O'Dell*
                                                   P. Leigh O'Dell
                                                   BEASLEY ALLEN CROW METHVIN
                                                   PORTIS & MILES, P.C.
                                                   218 Commerce Street
                                                   Montgomery, Alabama 36104
                                                   (800) 898-2034 Telephone
                                                   (334) 954-7555 Facsimile
                                                   Leigh.ODell@beasleyallen.com

                                                   Attorneys for Plaintiff Robert Isenberg obo
                                                   Robin Isenberg, deceased

Dated: August 7, 2017

## CERTIFICATE OF SERVICE

 I hereby certify that on August 7, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 */s/ P. Leigh O'Dell*
P. Leigh O'Dell

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.