**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>**CHRISTIN WILEY, Individually and as Surviving Daughter of SUE WILEY, aka SUSAN M. WILEY, Decedent**<br>*Case No. 3:17-cv-04879* | **Case No. 3-16-md-2738(FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints) that the Short Form Complaint with Jury Demand was

filed on June 30, 2017 on behalf of Plaintiff Christin Wiley, Individually and as

Surviving Daughter of Sue Wiley, aka Susan M. Wiley,  Decedent.

Dated:  August 7, 2017          Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole, K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman,P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com

mbaum@baumhedlundlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2017, a copy of the foregoing NOTICE

OF FILING was filed electronically.  Notice of this filing will be sent by

operations of the Court's electronic filing system to all parties indicated on the

electronic filing receipt.  Parties may access this filing through the Court's

system.

/s/ Nicole K.H. Maldonado
Nicole, K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com