## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____<br>**THIS DOCUMENT ALSO RELATES TO:**<br><br>ROSE MOORE,<br><br>     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>     Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br><br><br><br><br>Case No.: 3:17-cv-05148 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Mark P. Robinson, Jr. of Robinson Calcagnie, Inc., as additional counsel for Plaintiff Rose Moore, who is listed in the above-entitled action.

Dated: August 7, 2017    Respectfully Submitted:

              **ROBINSON CALCAGNIE, INC.**

              By: /s/ Mark P. Robinson, Jr.
                 Mark P. Robinson, Jr. SBN 054426
                 ROBINSON CALCAGNIE, INC.
                 19 Corporate Plaza Drive
                 Newport Beach, CA 92660
                 Telephone: (949) 720-1288
                 Facsimile: (949) 720-1292

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through the court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson, Jr.
MARK P. ROBINSON, JR.
