UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>*Krull v. Johnson & Johnson, et al.* | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:17-CV-05657 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 2, 2017 on behalf of Plaintiff Rose M. Krull.

Dated: August 8, 2017                         FITZGERALD KNAIER LLP


                                              By: s/ *Robert G. Knaier*
                                                  Robert G. Knaier, Esq.
                                                  Attorney for Plaintiff
                                                  Rose M. Krull

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2017, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          s/ *Robert G. Knaier*
                                          Robert G. Knaier
                                          Attorney for Plaintiff
                                          Rose M. Krull