# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  _____  **THIS DOCUMENT ALSO RELATES TO:**  MICHIKO BRAZELL,  　　　　　Plaintiff,  v.  JOHNSON & JOHNSON, et al.  　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)  Case No.: 3:17-cv-5843 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Mark P. Robinson, Jr. of Robinson Calcagnie, Inc., as additional counsel for Plaintiff Rose Moore, who is listed in the above-entitled action.

Dated:  August 7, 2017　　　　　Respectfully Submitted:

**ROBINSON CALCAGNIE, INC.**

By: /s/ Mark P. Robinson, Jr.
　　Mark P. Robinson, Jr. SBN 054426
　　ROBINSON CALCAGNIE, INC.
　　19 Corporate Plaza Drive
　　Newport Beach, CA 92660
　　Telephone: (949) 720-1288
　　Facsimile: (949) 720-1292

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through the court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson, Jr.
MARK P. ROBINSON, JR.