## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* *Laura Orem, et al. v. Johnson & Johnson, et al.* Civil Action No. 3:17-cv-5589 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 31, 2017 on behalf of Plaintiffs, Laura Orem and Richard Orem, w/h.

DATED: <u>August 9, 2017</u>

Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:     (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **9th** day of **August 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiffs' Short Form Complaint and Jury Demand were filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>August 9, 2017</u>

                                                    /s/ Steven D. Resnick
                                           Steven D. Resnick, Esquire
                                           GOLOMB & HONIK, P.C.
                                           1515 Market Street, Suite 1100
                                           Philadelphia, PA  19102
                                           Phone: (215) 985-9177
                                           Fax:    (215) 985-4169
                                           Email:  sresnick@golombhonik.com

                                        *Attorney for Plaintiffs*