# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____ **THIS DOCUMENT ALSO RELATES TO:** MICHIKO BRAZELL, Plaintiff, v. JOHNSON & JOHNSON, et al. Defendants. | MDL NO. 16-2738 (FLW) (LHG) Case No.: 3:17-cv-5843 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 7, 2017 on behalf of Plaintiff MICHIKO BRAZELL.

Dated:  August 9, 2017              Respectfully Submitted:

**ROBINSON CALCAGNIE, INC.**

By:   /s/ Mark P. Robinson, Jr.
         Mark P. Robinson, Jr. CA Bar No. 054426
         ROBINSON CALCAGNIE, INC.
         19 Corporate Plaza Drive
         Newport Beach, CA 92660
         Telephone:  (949) 720-1288
         Facsimile:  (949) 720-1292

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2017, the above and foregoing Notice of Filing was filed electronically and is available for viewing through the court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr.