UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Mario DiPalermo, Individually and as Personal Representative of the Estate of Sandra DiPalermo v. Johnson & Johnson, et al.*<br>Civil Action No.: 3:17-cv-05717-FLW-LHG | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 3, 2017 and the First Amended Short Form Complaint and Jury Demand was filed on August 9, 2017 on behalf of the plaintiff, Mario DiPalermo.

Dated: August 10, 2017        Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

<table>
<tr><td>

BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
440 College Avenue
P.O. Box 832
Athens, GA  30603
706-354-4000

</td><td>

*/s/ Henry G. Garrard, III*
Henry G. Garrard, III
hgg@bbgbalaw.com
Georgia Bar No. 286300
James B. Matthews, III
jbm@bbgbalaw.com
Georgia Bar No. 477559
Andrew J. Hill, III
ajh@bbgbalaw.com
Georgia Bar No. 353300
Josh B. Wages
jbw@bbgbalaw.com
Georgia Bar No. 730098
Patrick H. Garrard
phg@bbgbalaw.com
Georgia Bar No. 134007

*Counsel for the Plaintiff*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 10, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

           **MOTLEY RICE LLC**

           /s/ Carmen S. Scott
           Carmen S. Scott