UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Martha Klemetson v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-05716-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 3, 2017 and the First Amended Short Form Complaint and Jury Demand was filed on August 9, 2017 on behalf of the plaintiff, Martha Klemetson.

Dated:  August 10, 2017            Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

|  |  |
|---|---|
| BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.<br>440 College Avenue<br>P.O. Box 832<br>Athens, GA 30603<br>706-354-4000 | */s/ Henry G. Garrard, III*<br>Henry G. Garrard, III<br>hgg@bbgbalaw.com<br>Georgia Bar No. 286300<br>James B. Matthews, III<br>jbm@bbgbalaw.com<br>Georgia Bar No. 477559<br>Andrew J. Hill, III<br>ajh@bbgbalaw.com<br>Georgia Bar No. 353300<br>Josh B. Wages<br>jbw@bbgbalaw.com<br>Georgia Bar No. 730098<br>Patrick H. Garrard<br>phg@bbgbalaw.com<br>Georgia Bar No. 134007<br><br>*Counsel for the Plaintiff* |

## CERTIFICATE OF SERVICE

   I hereby certify that on August 10, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott