## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Johnson & Johnson Talcum Powder Products Marketing's, Sales Practices and Products Liability litigation | MDL No. 3:16-md-02738-FLW |
| This Document Relates to:<br><br>Desiree Merritt v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-00798;<br>Carol Oberlin v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Michele Pyram v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Denise Stone v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Carolyn Streeter v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Cynthia Winstead v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946; and<br>John Salavics v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-00798 | |

## **NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

      Please enter my appearance as counsel in this case on behalf of the above-referenced Plaintiffs.

      Respectfully submitted,

      /s/ Christina Graziano
      Christina Graziano, BBO #687783
      Hausfeld
      1700 K Street, Suite 650
      Washington D.C. 20006
      202-540-7200
      cgraziano@hausfeld.com

August 10, 2017

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 10th day of August, 2017

/s/ Christina Graziano
Christina Graziano