# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  Johnson & Johnson Talcum Powder Products Marketing's, Sales Practices and Products Liability litigation | MDL No. 3:16-md-02738-FLW |
| This Document Relates to:<br><br>Desiree Merritt v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-00798;<br>Carol Oberlin v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Michele Pyram v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Denise Stone v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Carolyn Streeter v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Cynthia Winstead v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946; and<br>John Salavics v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-00798 | |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

    Please enter my appearance as counsel in this case on behalf of the above-referenced Plaintiffs.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ James D. Gotz |
| Date: August 10, 2017 | James D. Gotz, Esq.<br>BBO# 567157<br>Hausfeld<br>One Marina Park Drive, Suite 1410<br>Boston, MA 02210<br>617-207-0600<br>jgotz@hausfeld.com |

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 10th day of August, 2017

/s/ James D. Gotz
James D. Gotz