UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  Johnson & Johnson Talcum Powder Products Marketing's, Sales Practices and Products Liability litigation | MDL No. 3:16-md-02738-FLW |
| This Document Relates to:<br><br>Desiree Merritt v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-00798;<br>Carol Oberlin v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Michele Pyram v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Denise Stone v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Carolyn Streeter v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946;<br>Cynthia Winstead v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-03946; and<br>John Salavics v. Johnson & Johnson, et al. USDC NJ No.: 3:2017-cv-00798 | |

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

      Please enter my appearance as counsel in this case on behalf of the above-referenced Plaintiffs.

                                        Respectfully submitted,

                                        /s/ Steven B. Rotman

Date: August 10, 2017                Steven B. Rotman, Esq.
                                        BBO# 558473
                                        Hausfeld
                                        One Marina Park Drive
                                        Suite 1410
                                        Boston, MA 02210
                                        617-207-0600
                                        srotman@hausfeld.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 10th day of August, 2017

/s/ Steven B. Rotman
Steven B. Rotman, Esq.