UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONA ESTRADA, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES INC.,<br><br>                Defendants. | Civil Action No. 16-7492 (FLW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by letter request of Timothy G. Blood, Esq., counsel for Plaintiff Mona Estrada ("Plaintiff"); it appearing that on July 14, 2017, the Court dismissed Plaintiff's First Amended Class Action Complaint (the "Complaint") without prejudice, pursuant Fed. R. Civ. P. 12(b)(1); it appearing that on even date the Court provided Plaintiff thirty (30) days to amend her Complaint; it appearing further that Plaintiff has informed the Court that no amendment will be made;

**IT IS** on this 10th day of August, 2017,

**ORDERED** that the case is **DISMISSED**, and this matter is hereby **CLOSED.**

                                                                               /s/ Freda L. Wolfson
                                                                               The Honorable Freda L. Wolfson
                                                                               United States District Judge