# DrinkerBiddle&Reath
## L L P

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
Susan.Sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited*
*Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

August 11, 2017

**VIA ECF AND ELECTRONIC MAIL**

Honorable Freda L. Wolfson
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Lois H. Goodman
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:** **JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**
> **Case No. 3:16-MD-02738-FLW-LHG**

Dear Judge Wolfson and Judge Goodman:

As a follow-up to our August 9, 2017 letter regarding certain artifacts discovery issues, we learned that yesterday plaintiffs in a California state proceeding have filed an ex parte application for an order compelling Defendant Johnson & Johnson to produce the same artifacts that are the subject our of August 9, 2017 letter. The application will be heard today at 11:30 AM (ET). This is but one example of the Johnson & Johnson Defendants' concern that there will be a nationwide rush for first-come, first-served orders for production and destructive testing, and is further evidence of the need for this Court's intervention at this time.

We appreciate Your Honors' consideration of the foregoing, and we look forward to discussing these issues on our call at 12:00 AM (ET).

*Andrew B. Joseph*
*Partner responsible for*
*Florham Park Office*

*Established 1849*

# DrinkerBiddle&Reath
### L L P

**VIA ECF AND ELECTRONIC MAIL**

Honorable Freda L. Wolfson
Honorable Lois H. Goodman
August 11, 2017
Page 2

Respectfully,

/s/ *Susan M. Sharko*

Susan M. Sharko

/s/ *Julie Tersigni*

Julie Tersigni

cc:    All Counsel of Record via ECF
       P. Leigh O'Dell (via ECF and Electronic Mail)
       Michelle Parfitt (via ECF and Electronic Mail)
       Christopher Placitella (via ECF and Electronic Mail)

89834804.1