**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

August 11, 2017

**LETTER ORDER**

Re:   **JOHNSON & JOHNSON TALCUM POWDER PRODUCTIONS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**
      **Civil Action No. 16-2738 (FLW)(LHG)**

Dear Counsel:

By its letter submitted on August 9, 2017, Defendant Johnson & Johnson seeks leave to move the Court for relief regarding the disposition of certain historical samples of its talc products. Plaintiffs responded to that request on August 10, 2017. This afternoon, the Court conducted a case management conference by telephone with lead counsel to address the request. Based on the parties' submissions and the discussion during that conference, the Court granted Johnson & Johnson leave to file a formal motion. With the participation of counsel, the Court set the following deadlines: August 16, 2017 for the filing of Johnson & Johnson's motion; August 23, 2017 for any opposition; and August 25, 2017 for any reply.

**IT IS SO ORDERED.**

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**