UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Terry Dailey v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-06046-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 11, 2017 on behalf of Plaintiff Terry Dailey.

                                        /s/ Derek T. Braslow_____
                                        Derek T. Braslow
                                        T. Matthew Leckman
                                        Pogust Braslow & Millrood
                                        Eight Tower Bridge
                                        161 Washington St., Ste. 940
                                        Conshohocken, PA 19428
                                        (610) 941-4204 Telephone
                                        (610) 941-4245 Fax
                                        dbraslow@pbmattorneys.com
                                        mleckman@pbmattorneys.com

                                        Attorneys for Plaintiff Terry Dailey

Dated: August 14, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust Braslow & Millrood