## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Mary McPartlin et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-06050-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 11, 2017 on behalf of Plaintiffs Mary McPartlin and Thomas McPartlin.

                                            /s/ Derek T. Braslow_____
                                            Derek T. Braslow
                                            T. Matthew Leckman
                                            Pogust Braslow & Millrood
                                            Eight Tower Bridge
                                            161 Washington St., Ste. 940
                                            Conshohocken, PA 19428
                                            (610) 941-4204 Telephone
                                            (610) 941-4245 Fax
                                            dbraslow@pbmattorneys.com
                                            mleckman@pbmattorneys.com

                                            Attorneys for Plaintiffs Mary McPartlin
                                            and Thomas McPartlin

Dated: August 14, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust Braslow & Millrood
