UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No.: 3:16-md-2738-FLW-LHG |
| *This document relates to:*<br>Karen Burns v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-06087-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 11, 2017 on behalf of Plaintiff Karen Burns.

/s/ Derek T. Braslow_____
Derek T. Braslow
T. Matthew Leckman
Pogust Braslow & Millrood
Eight Tower Bridge
161 Washington St., Ste. 940
Conshohocken, PA 19428
(610) 941-4204 Telephone
(610) 941-4245 Fax
dbraslow@pbmattorneys.com
mleckman@pbmattorneys.com

Attorneys for Plaintiff Karen Burns

Dated: August 14, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust Braslow & Millrood