**THE MILLER FIRM, LLC**
The Sherman Building
108 Railroad Ave.
Orange, VA 22960
(540) 672-4224

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **IN RE JOHNSON & JOHNSON** | ) | **MDL NO. 16-2738 (FLW) (LHG)** |
| **TALCUM POWDER PRODUCTS** | ) | **JUDGE FREDA L. WOLFSON** |
| **MARKETING, SALES PRACTICES,** | ) | **JUDGE LOIS H. GOODMAN** |
| **AND PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | |
| EDNA BROWN, | ) | Civil Action No.: 1:17-03052 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOHNSON & JOHNSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of the above named Plaintiff.

With this Notice of Appearance, the Plaintiff does not waive any defenses, objections, or motions available under state or federal law.

Dated: August 14, 2017

By: */s/ Tayjes M. Shah*
TAYJES M. SHAH (01750)
tshah@millerfirmllc.com
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
(540) 672-4224

*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 14, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Tayjes M. Shah*
The Miller Firm, LLC

*Attorneys for Plaintiff*