IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIBILITY LITIGATION<br><br>This Document Relates to:<br><br>Kimberly L Mier, et al. v. Johnson & Johnson, et al.<br>Civil Action No. 3:17-cv-06067-FLW-LHG | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**Notice of Filing** |

Notice is hereby given pursuant to Case Management Order No. 3 (filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 11, 2017, on behalf of the Plaintiffs Kimberly L. Mier and David L. Mier.

Date: August 15, 2017

Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC

/s/ *William N. Riley*
William N. Riley (#14941-49)
Anne Medlin Lowe (#31402-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
317.633.5270
Fax: 317.426.3348
wriley@rwp-law.com
alowe@rwp-law.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on the 15th day of August, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *William N. Riley*
William N. Riley