**THE MILLER FIRM, LLC**
The Sherman Building
108 Railroad Ave.
Orange, VA 22960
(540) 672-4224

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> JUDGE LOIS H. GOODMAN |
| RUTH CARVER and MICHAEL CARVER, <br><br> Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON, ET AL., <br><br> Defendants. | Civil Action No.: 3:17-cv-03549 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of the above named Plaintiffs.

With this Notice of Appearance, the Plaintiffs do not waive any defenses, objections, or motions available under state or federal law.

Dated: August 15, 2017

By: */s/ Tayjes M. Shah*
TAYJES M. SHAH (01750)
tshah@millerfirmllc.com
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
(540) 672-4224
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                       */s/ Tayjes M. Shah*
                                       The Miller Firm, LLC

                                       *Attorneys for Plaintiffs*