UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Nancy Quinn et al v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-06142-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 3, 2017 on behalf of Plaintiffs Nancy Quinn and Thomas Quinn.

                                                   /s/ Derek T. Braslow_____
                                                  Derek T. Braslow
                                                  T. Matthew Leckman
                                                  Pogust Braslow & Millrood
                                                  Eight Tower Bridge
                                                  161 Washington St., Ste. 940
                                                  Conshohocken, PA 19428
                                                  (610) 941-4204 Telephone
                                                  (610) 941-4245 Fax
                                                  dbraslow@pbmattorneys.com
                                                  mleckman@pbmattorneys.com

                                                  Attorneys for Plaintiffs Nancy Quinn
                                                  and Thomas Quinn

Dated: August 15, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust Braslow & Millrood