**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON | * |
| TALCUM POWDER PRODUCTS | * MDL No. 16-2738 (FLW) (LHG) |
| MARKETING, SALES PRACTICES, | * JUDGE FREDA L. WOLFSON |
| AND PRODUCTS LIABILITY | * MAG. JUDGE LOIS H. GOODMAN |
| LITIGATION | * |
| _____ | * |
| | • NOTICE OF FILING |
| This Document Relates to: | * |
| | * |
| Elizabeth Ford v. Johnson & Johnson, et al | * |
| Civil Action No. 3:17-cv-06140-FLW-LHG | * |

**Notice of Filing**

Notice is hereby given pursuant to Case Management Order No. 3 (filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 15, 2017, on behalf of the Plaintiff Elizabeth Ford.

Date: 8/15/17

Respectfully Submitted,

/s/ Grant D. Amey

_____

Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on the 15th day of August, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Grant D. Amey

_____

Grant D. Amey