# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738<br>Judge Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>Case No.: 3:16-MD-02738-FLW-LHG<br><br>**NOTICE OF MOTION OF JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC.'S APPLICATION FOR INJUNCTIVE RELIEF**<br><br>[ORAL ARGUMENT REQUESTED] |

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J Plaintiffs") shall move before this Court for an order granting a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Local Rule 65.1 and a protective order pursuant to Fed. R. Civ. P. 26 whereby this Court will take constructive possession and control of certain historical artifacts owned and in the possession of the J&J Defendants and their counsel that may contain evidence related to the claims pertaining to Johnson's® Baby Powder, maintaining the status quo until a procedure regarding the fair allocation among thousands of litigants in

89861899

these MDL actions and others across the country may be implemented regarding the need for destructive testing of the limited amount of materials that may be contained within the artifacts, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that the J&J Defendants intend to rely upon the Declaration of Kathleen Frazier, Esq. and exhibits thereto; the Brief in Support of Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Application for Injunctive Relief; the Proposed Order and Certificate of Service; and the pleadings and prior proceedings herein in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' opposition, if any, must be electronically filed and served upon all parties by August 23, 2017.

                              DRINKER BIDDLE & REATH LLP

Dated: August 16, 2017      By: */s/ Susan M. Sharko*
                                   Susan M. Sharko, Esq.
                                   Stephen R. Long
                                   Jack N. Frost, Jr.
                                   Julie L. Tersigni
                                   600 Campus Drive
                                   Florham Park, New Jersey 07932
                                   Telephone:  973-549-7000
                                   Facsimile:  973-360-9831
                                   E-mail:  susan.sharko@dbr.com
                                   E-mail:  stephen.long@dbr.com
                                   E-mail:  jack.frost@dbr.com
                                   E-mail:  julie.tersigni@dbr.com

*Of Counsel*

Gene M. Williams
Kathleen Frazier
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Telephone:  713-227-8008
Facsimile:  713-227-9508
E-mail:  gmwilliams@shb.com
E-mail:  kfrazier@shb.com

John H. Beisner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
E-mail:  john.beisner@skadden.com

Attorneys for Defendants
*Johnson & Johnson and*
*Johnson & Johnson Consumer Inc.*