## EXHIBIT A

| Object Number | Place of Distribution | Place of Origin | Dated | Medium | Dimensions |
|---|---|---|---|---|---|
| 2014.001.0082 | Argentina | | 1979 | | |
| 2014.001.0086 | Argentina | | 1978 | | |
| 2014.001.0124 | Australia | Australia | 1975 | | |
| 2014.001.0145 | Australia | | 1983-1989 | | |
| 2014.001.0421 | Belgium | Italy | | | |
| 2014.001.0499 | China | | | | |
| 2014.001.0612 | Canada | | 1977 | | |
| 2014.001.0690 | Brazil | | 1979 | | |
| 2014.001.0887 | Dominican Republic | Dominican Republic | | | |
| 2014.001.0939 | Great Britain | England | | plastic | 4.875 h. x 2.0625 diam. |
| 2014.001.0953 | Colombia | | | | |
| 2014.001.1363 | Puerto Rico | | 1979 | plastic; paper | 7.75 h. x 2.625 w. x 2 d. |
| 2014.001.1364 | Puerto Rico | | | plastic; paper | 7.5 h. x 2.5 w. x 2 d. |
| 2014.001.2007 | Holland | Italy | 1977 | plastic | |
| 2014.001.2021 | China | | | plastic | |
| 2014.001.2030 | Indonesia | | 1979 | plastic | |
| 2014.001.2108 | Greece | | 1980 | plastic | |
| 2014.001.2120 | Guatemala | Guatemala | 1980 | plastic | |
| 2014.001.2436 | | United States | 1945 | metal; plastic; paper | 4.1875 h. x 2.8125 w. x 2.8125 d. |
| 2014.001.2437 | | United States | 1945 | metal; plastic; paper | 5.1875 h. x 2.375 w. x 2.375 d. |
| 2014.001.2438 | | United States | 11/15/1943 | cardboard; plastic; paper | 5.5 h. x 2.5 w. x 2.5 d. |

EXHIBIT A-1

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.2439 | | United States | 1957 | metal; plastic; paper | 5.75 h. x 2.4375 w. x 2.4375 d. |
| 2014.001.2441 | | United States | 1896 | metal; paper | 3 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.2442 | Great Britain | Great Britain | | metal | 1.9375 h. x 1 w. x 1 d. |
| 2014.001.2444 | | United States | | metal | 1.75 h. x 1.0625 w. x 1.0625 d. |
| 2014.001.2445 | | United States | | metal; paper | 3.5625 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.2447 | | United States | 1942 | cardboard | 4.1875 h. x 1.9375 diam. |
| 2014.001.2449 | | United States | | metal | 3.625 h. x 1.375 w. x 1.375 d. |
| 2014.001.2450 | | United States | | metal; paper | 3.5625 h. x 1.875 w. x 1.875 d. |
| 2014.001.2451 | | United States | 1896-1912 | metal; plastic; paper | 3.5 h. x 1.75 w. x 1.75 d. |
| 2014.001.2452 | | United States | 1910 | metal; plastic; paper | 3.5 h. x 1.75 w. x 1.75 d. |
| 2014.001.2453 | | United States | 1940-1943 | metal; plastic; paper | 4.1875 h. x 1.75 w. x 1.75 d. |
| 2014.001.2454 | | United States | 1/28/1944 | cardboard; plastic; paper | 5.4375 h. x 3.625 diam. |
| 2014.001.2455 | | United States | 1970 | | |
| 2014.001.2456 | | United States | 1962 | | |
| 2014.001.2457 | | | | | |
| 2014.001.2458 | Mexico | | | | |
| 2014.001.2459 | Switzerland | | 1987 | | |
| 2014.001.2460 | | United States | 1963 | | |
| 2014.001.2461 | Canada | United States | 2001 | | |
| 2014.001.2462 | United Kingdom | United Kingdom | | | |
| 2014.001.2463 | | United States | 1996-2003 | | |
| 2014.001.2464 | | United States | 2000-2003 | | |
| 2014.001.2500 | | United States | 1979 | | |
| 2014.001.3136 | | United States | 1966 | | |
| 2014.001.3146 | Japan | | 1970-1975 | | |
| 2014.001.3157 | Kenya | Kenya | 1976 | | |
| 2014.001.3179 | Malaysia | | 1982 | | |
| 2014.001.3191 | Italy | | 1979 | | |
| 2014.001.3201 | Jamaica | Jamaica | 1982 | | |

EXHIBIT A-2

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.3214 | Ireland | Ireland | 1982 | | |
| 2014.001.3239 | India | India | 1972 | | |
| 2014.001.3254 | Portugal | Portugal | 1980 | | |
| 2014.001.3298 | Philippines | Philippines | 1970-1980 | | |
| 2014.001.3417 | New Zealand | | 1980 | | |
| 2014.001.3444 | Pakistan | | 1978 | | |
| 2014.001.3448 | Pakistan | | | | |
| 2014.001.3454 | Peru | | 1977 | | |
| 2014.001.3468 | Zambia | England | 1975 | | |
| 2014.001.3482 | Trinidad | Trinidad | 1980 | | |
| 2014.001.3708 | Venezuela | Venezuela | 1978 | | |
| 2014.001.3718 | Singapore | | 1979 | | |
| 2014.001.3787 | Switzerland | Italy | 1978 | | |
| 2014.001.3918 | Taiwan | | 1980-1984 | | |
| 2014.001.3921 | Taiwan | | 1982 | | |
| 2014.001.3934 | Thailand | | 1980 | | |
| 2014.001.3939 | Thailand | | 1980 | | |
| 2014.001.3958 | Spain | | | | |
| 2014.001.3976 | Sweden | England | 1972 | | |
| 2014.001.4316 | South Africa | South Africa | 1980 | | |
| 2014.001.5101 | | United States | 1985 | | |
| 2014.001.5102 | | United States | 1985 | | |
| 2014.001.5812 | Canada | Canada | | metal; paper | 4 h. x 1.875 w. x 1.875 d. |
| 2014.001.5859 | | | | cardboard | |
| 2014.001.5862 | United States | United States | | metal | 4 h. x 1.8125 w. x 1.8125 d. |

EXHIBIT A-3

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.5863 | Mexico | | 1930 | metal | 4 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.5864 | Mexico | | 1930 | metal | 4 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.6011 | | United States | 1904 | cardboard | 1.4375 h. x 0.9375 w. x 0.9375 d. |
| 2014.013.0019 | | United States | | metal | 4.1875 h. x 1.875 w. x 1.875 d. |
| 2014.013.0020 | | United States | | metal | 5.25 h. x 2.6875 w. x 2.6875 d. |
| 2014.036.0007 | | United States | 1963 | plastic; paper | 2.75 h. x 1.25 diam. |
| 2014.036.0008 | | United States | | metal | 5.25 h. x 2.5 w. x 2.5 d. |
| 2014.043.0001 | | | 1980 | | 4.625 h. x 1.9375 w. x 1.5 d. |
| 2014.045.0001 | | United States | 1960 | metal | 3.5625 h. x 1.5 w. x 1.5 d. |
| 2015.001.2201 | | United States | 1994 | metal | |
| 2015.001.2218 | | United States | | metal | 4.25 h. x 1.875 w. x 1.875 d. |
| 2015.001.3445 | | Canada | | metal | 4.125 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3446 | | Canada | 1921 | metal | 3.875 h. x 1.875 w. x 1.875 d. |
| 2015.001.3447 | | Canada | | metal | 4.125 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3448 | | Great Britain | | metal | 4.25 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3449 | | Great Britain | | metal | 4.25 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3450 | | United States | | cardboard | 4.375 h. x 2 diam. |

EXHIBIT A-4