# EXHIBIT B

| Object Description | Place of Origin | Dated | Medium | Dimensions |
|---|---|---|---|---|
| Johnson's Baby and Toilet Powder – Borated Talcum – square-base bottle with screw-removable cap. | Great Britain | Late 1940s | Metal | *Approx:* 4 1/4in. h. x 1 7/8in. w. x 1 7/8in. d. |
| Johnson's Baby Powder – round-base bottle with screw-removable cap. | England | Early 1950s | Metal | *Approx:* 4in. h. x 2 3/8in. d. |
| Johnson's Baby Powder – round-base bottle with screw-removable cap. | Great Britain | Late 1950s | Metal | *Approx:* 4 1/8in. h. x 2 3/8in. d. |
| Johnson's Baby Powder – square-base bottle with turn-top, non-removable cap – removable Disney sweepstake's label. | England | October 1966 | Metal; paper label | *Approx:* 4 3/4in. h. x. 1 7/8in. w. x 1 7/8in. d. |

EXHIBIT B