# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738<br>Judge Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>Case No.: 3:16-MD-02738-FLW-LHG<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**PRELIMINARY INJUNCTION**<br>**AND PROTECTIVE ORDER**<br><br>**[ORAL ARGUMENT REQUESTED]** |

This matter having been brought before the Court by Drinker Biddle & Reath LLP, attorneys for Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J Plaintiffs"), by way of Notice of Motion seeking an order granting a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Local Rule 65.1 and a protective order pursuant to Fed. R. Civ. P. 26 whereby this Court will take constructive possession and control of certain historical artifacts owned and in the possession of the J&J Defendants and their counsel that may contain evidence related to the claims pertaining to Johnson's® Baby Powder, maintaining the status quo until a procedure regarding the fair allocation among thousands of litigants in these MDL actions and others across the country may be implemented regarding the need for destructive testing of the limited amount of materials that may be

89862085

contained within the artifacts, and the Court having reviewed any opposition and further filings in support thereof, and the Court finding good and sufficient reasons to issue temporary restraints and a protective order, and for other good cause shown;

IT IS ON THIS \_\_\_\_\_ day of August, 2017,

**ORDERED** that this Court assumes constructive possession and absolute control over the historical artifacts identified in Exhibits A and B hereto (the "Artifacts"), which Artifacts are to remain the possession and custody of the J&J Defendants and their counsel in their present condition pending further order of this Court establishing a uniform and orderly process of allocating a portion of the contents of the Artifacts for destructive testing by parties involved in actions against the J&J Defendants is issued;

**FURTHER ORDERED** that no action may be undertaken regarding the Artifacts without approval and consent upon further order of this Court;

**FURTHER ORDERED** that any interested person or party is preliminarily enjoined from demanding or taking samples of any materials which may be contained in the Artifacts pending further order of this Court establishing a uniform and orderly process of allocating a portion of the contents of the Artifacts for destructive testing by parties involved in actions against the J&J Defendants is issued;

3

**FURTHER ORDERED** that any interested person, court or party is preliminarily enjoined from instituting or prosecuting any proceeding in any state or the United States court affecting the Artifacts pending further order of this Court establishing a uniform and orderly process of allocating a portion of the contents of the Artifacts for destructive testing by parties involved in actions against the J&J Defendants is issued.

_____

# **EXHIBIT A**

| Object Number | Place of Distribution | Place of Origin | Dated | Medium | Dimensions |
|---|---|---|---|---|---|
| 2014.001.0082 | Argentina | | 1979 | | |
| 2014.001.0086 | Argentina | | 1978 | | |
| 2014.001.0124 | Australia | Australia | 1975 | | |
| 2014.001.0145 | Australia | | 1983-1989 | | |
| 2014.001.0421 | Belgium | Italy | | | |
| 2014.001.0499 | China | | | | |
| 2014.001.0612 | Canada | | 1977 | | |
| 2014.001.0690 | Brazil | | 1979 | | |
| 2014.001.0887 | Dominican Republic | Dominican Republic | | | |
| 2014.001.0939 | Great Britain | England | | plastic | 4.875 h. x 2.0625 diam. |
| 2014.001.0953 | Colombia | | | | |
| 2014.001.1363 | Puerto Rico | | 1979 | plastic; paper | 7.75 h. x 2.625 w. x 2 d. |
| 2014.001.1364 | Puerto Rico | | | plastic; paper | 7.5 h. x 2.5 w. x 2 d. |
| 2014.001.2007 | Holland | Italy | 1977 | plastic | |
| 2014.001.2021 | China | | | plastic | |
| 2014.001.2030 | Indonesia | | 1979 | plastic | |
| 2014.001.2108 | Greece | | 1980 | plastic | |
| 2014.001.2120 | Guatemala | Guatemala | 1980 | plastic | |
| 2014.001.2436 | | United States | 1945 | metal; plastic; paper | 4.1875 h. x 2.8125 w. x 2.8125 d. |
| 2014.001.2437 | | United States | 1945 | metal; plastic; paper | 5.1875 h. x 2.375 w. x 2.375 d. |
| 2014.001.2438 | | United States | 11/15/1943 | cardboard; plastic; paper | 5.5 h. x 2.5 w. x 2.5 d. |

EXHIBIT A-1

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.2439 | | United States | 1957 | metal; plastic; paper | 5.75 h. x 2.4375 w. x 2.4375 d. |
| 2014.001.2441 | | United States | 1896 | metal; paper | 3 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.2442 | Great Britain | Great Britain | | metal | 1.9375 h. x 1 w. x 1 d. |
| 2014.001.2444 | | United States | | metal | 1.75 h. x 1.0625 w. x 1.0625 d. |
| 2014.001.2445 | | United States | | metal; paper | 3.5625 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.2447 | | United States | 1942 | cardboard | 4.1875 h. x 1.9375 diam. |
| 2014.001.2449 | | United States | | metal | 3.625 h. x 1.375 w. x 1.375 d. |
| 2014.001.2450 | | United States | | metal; paper | 3.5625 h. x 1.875 w. x 1.875 d. |
| 2014.001.2451 | | United States | 1896-1912 | metal; plastic; paper | 3.5 h. x 1.75 w. x 1.75 d. |
| 2014.001.2452 | | United States | 1910 | metal; plastic; paper | 3.5 h. x 1.75 w. x 1.75 d. |
| 2014.001.2453 | | United States | 1940-1943 | metal; plastic; paper | 4.1875 h. x 1.75 w. x 1.75 d. |
| 2014.001.2454 | | United States | 1/28/1944 | cardboard; plastic; paper | 5.4375 h. x 3.625 diam. |
| 2014.001.2455 | | United States | 1970 | | |
| 2014.001.2456 | | United States | 1962 | | |
| 2014.001.2457 | | | | | |
| 2014.001.2458 | Mexico | | | | |
| 2014.001.2459 | Switzerland | | 1987 | | |
| 2014.001.2460 | | United States | 1963 | | |
| 2014.001.2461 | Canada | United States | 2001 | | |
| 2014.001.2462 | United Kingdom | United Kingdom | | | |
| 2014.001.2463 | | United States | 1996-2003 | | |
| 2014.001.2464 | | United States | 2000-2003 | | |
| 2014.001.2500 | | United States | 1979 | | |
| 2014.001.3136 | | United States | 1966 | | |
| 2014.001.3146 | Japan | | 1970-1975 | | |
| 2014.001.3157 | Kenya | Kenya | 1976 | | |
| 2014.001.3179 | Malaysia | | 1982 | | |
| 2014.001.3191 | Italy | | 1979 | | |

EXHIBIT A-2

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.3201 | Jamaica | Jamaica | 1982 | | |
| 2014.001.3214 | Ireland | Ireland | 1982 | | |
| 2014.001.3239 | India | India | 1972 | | |
| 2014.001.3254 | Portugal | Portugal | 1980 | | |
| 2014.001.3298 | Philippines | Philippines | 1970-1980 | | |
| 2014.001.3417 | New Zealand | | 1980 | | |
| 2014.001.3444 | Pakistan | | 1978 | | |
| 2014.001.3448 | Pakistan | | | | |
| 2014.001.3454 | Peru | | 1977 | | |
| 2014.001.3468 | Zambia | England | 1975 | | |
| 2014.001.3482 | Trinidad | Trinidad | 1980 | | |
| 2014.001.3708 | Venezuela | Venezuela | 1978 | | |
| 2014.001.3718 | Singapore | | 1979 | | |
| 2014.001.3787 | Switzerland | Italy | 1978 | | |
| 2014.001.3918 | Taiwan | | 1980-1984 | | |
| 2014.001.3921 | Taiwan | | 1982 | | |
| 2014.001.3934 | Thailand | | 1980 | | |
| 2014.001.3939 | Thailand | | 1980 | | |
| 2014.001.3958 | Spain | | | | |
| 2014.001.3976 | Sweden | England | 1972 | | |
| 2014.001.4316 | South Africa | South Africa | 1980 | | |
| 2014.001.5101 | | United States | 1985 | | |
| 2014.001.5102 | | United States | 1985 | | |
| 2014.001.5812 | Canada | Canada | | metal; paper | 4 h. x 1.875 w. x 1.875 d. |
| 2014.001.5859 | | | | cardboard | |
| 2014.001.5862 | United States | United States | | metal | 4 h. x 1.8125 w. x 1.8125 d. |

EXHIBIT A-3

| 2014.001.5863 | Mexico | | 1930 | metal | 4 h. x 1.8125 w. x 1.8125 d. |
|---|---|---|---|---|---|
| 2014.001.5864 | Mexico | | 1930 | metal | 4 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.6011 | | United States | 1904 | cardboard | 1.4375 h. x 0.9375 w. x 0.9375 d. |
| 2014.013.0019 | | United States | | metal | 4.1875 h. x 1.875 w. x 1.875 d. |
| 2014.013.0020 | | United States | | metal | 5.25 h. x 2.6875 w. x 2.6875 d. |
| 2014.036.0007 | | United States | 1963 | plastic; paper | 2.75 h. x 1.25 diam. |
| 2014.036.0008 | | United States | | metal | 5.25 h. x 2.5 w. x 2.5 d. |
| 2014.043.0001 | | | 1980 | | 4.625 h. x 1.9375 w. x 1.5 d. |
| 2014.045.0001 | | United States | 1960 | metal | 3.5625 h. x 1.5 w. x 1.5 d. |
| 2015.001.2201 | | United States | 1994 | metal | |
| 2015.001.2218 | | United States | | metal | 4.25 h. x 1.875 w. x 1.875 d. |
| 2015.001.3445 | | Canada | | metal | 4.125 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3446 | | Canada | 1921 | metal | 3.875 h. x 1.875 w. x 1.875 d. |
| 2015.001.3447 | | Canada | | metal | 4.125 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3448 | | Great Britain | | metal | 4.25 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3449 | | Great Britain | | metal | 4.25 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3450 | | United States | | cardboard | 4.375 h. x 2 diam. |

EXHIBIT A-4

# **EXHIBIT B**

| Object Description | Place of Origin | Dated | Medium | Dimensions |
|---|---|---|---|---|
| Johnson's Baby and Toilet Powder – Borated Talcum – square-base bottle with screw-removable cap. | Great Britain | Late 1940s | Metal | *Approx:* 4 1/4in. h. x 1 7/8in. w. x 1 7/8in. d. |
| Johnson's Baby Powder – round-base bottle with screw-removable cap. | England | Early 1950s | Metal | *Approx:* 4in. h. x 2 3/8in. d. |
| Johnson's Baby Powder – round-base bottle with screw-removable cap. | Great Britain | Late 1950s | Metal | *Approx:* 4 1/8in. h. x 2 3/8in. d. |
| Johnson's Baby Powder – square-base bottle with turn-top, non-removable cap – removable Disney sweepstake's label. | England | October 1966 | Metal; paper label | *Approx:* 4 3/4in. h. x. 1 7/8in. w. x 1 7/8in. d. |

EXHIBIT B