## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____ This Document Relates to: Darlene Garner v. Johnson & Johnson, et al Civil Action No. 3:17-cv-06289 | ) ) ) ) MDL No. 16-2738 (FLW)(LHG) ) JUDGE FREDA L. WOLFSON ) MAG. JUDGE LOIS H. GOODMAN ) ) ) ) NOTICE OF FILING ) ) ) ) ) |

### Notice of Filing

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 21, 2017 on behalf of Darlene Garner.

Date: August 21, 2017

        Respectfully Submitted,
        /s/ *Gary A. Anderson*
        Gary A. Anderson
        Gregory A. Cade
        Kevin B. McKie
        Donald E. Blankenship, Jr.
        Environmental Litigation Group, P.C.
        2160 Highland Ave South
        Birmingham, Alabama 35205

        **ATTORNEYS FOR THE PLAINTIFFS**

### Certificate of Service

I hereby certify that on Monday, August 21, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

        /s/ *Gary A. Anderson*
        Gary A. Anderson