**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) _____ ) ) This Document Relates to: ) Eula Holley v. Johnson & Johnson, et al ) Civil Action No. 3:17-cv-06297 ) ) | **MDL No. 16-2738 (FLW)(LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** **NOTICE OF FILING** |

**Notice of Filing**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 21, 2017 on behalf of Eula Holley.

    Date: August 21, 2017

                                                    Respectfully Submitted,
                                                   */s/ Gary A. Anderson*
                                                   Gary A. Anderson
                                                   Gregory A. Cade
                                                   Kevin B. McKie
                                                   Donald E. Blankenship, Jr.
                                                   Environmental Litigation Group, P.C.
                                                   2160 Highland Ave South
                                                   Birmingham, Alabama 35205

                                                 **ATTORNEYS FOR THE PLAINTIFFS**

**Certificate of Service**

    I hereby certify that on Monday, August 21, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                   */s/ Gary A. Anderson*
                                                   Gary A. Anderson