LAW OFFICES OF

# SEAN M. CLEARY

PROFESSIONAL ASSOCIATION

19 WEST FLAGLER STREET
SUITE 618
MIAMI, FLORIDA 33130

TELEPHONE: (305) 416-9805
FACSIMILE: (305) 416-9807
EMAIL: SEAN@CLEARYPA.COM
WWW.SEANCLEARYPA.COM

August 21, 2017

**Submitted Via CM/ECF**

U.S. District Court of New Jersey
Office of the Clerk of Court
Attn: FINANCE DEPT.
402 East State Street RM 2020
Trenton, NJ 08608

re:   **Refund for filing fees**

To Whom It May Concern:

On behalf of the following Plaintiffs, I request that the Clerk of Court issue a reimbursement for the filing fees for the cases identified below. The direct file complaints were filed in error on August 18, 2017 as complaints filed into the MDL instead of being filed as initial complaints by opening the case via Attorney Case Opening. Please see the list of cases below, which are referenced in a Notice of Electronic Filing dated August 21, 2017 (no document attached):

**Paulette Locke**
Pay.gov Tracking ID: 264BC1CG
Agency Tracking ID: 0312-8036721

**Melissa Lancieri**
Pay.gov Tracking ID: 264BA0FI
Agency Tracking ID: 0312-8036714

**Teri Williams**
Pay.gov Tracking ID: 264B9ML0
Agency Tracking ID: 0312-8036712

**Carey Baumgarte**
Pay.gov Tracking ID: 264B9K2G
Agency Tracking ID: 0312-8036708

**Vera Silver**
Pay.gov Tracking ID: 264B95O1
Agency Tracking ID: 0312-8036690

If you have any questions or concerns please contact me at (305) 416-9805. Thank you.

Sincerely,

*Sean M. Cleary*
Sean M. Cleary