**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) | **MDL No. 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| _____ ) ) ) | **NOTICE OF FILING** |
| This Document Relates to: Madeline Parker v. Johnson & Johnson, et al Civil Action No. 3:17-6308 ) ) ) ) ) | |

**Notice of Filing**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2017 on behalf of Madeline Parker.

    Date: August 22, 2017

                                                    Respectfully Submitted,
                                                  /s/ *Gary A. Anderson*
                                                  Gary A. Anderson
                                                  Gregory A. Cade
                                                  Kevin B. McKie
                                                  Donald E. Blankenship, Jr.
                                                  Environmental Litigation Group, P.C.
                                                  2160 Highland Ave South
                                                  Birmingham, Alabama 35205

                                                  **ATTORNEYS FOR THE PLAINTIFFS**

**Certificate of Service**

    I hereby certify that on Tuesday, August 22, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                  /s/ *Gary A. Anderson*
                                                  Gary A. Anderson