IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This Document Relates to:<br>Marchelle Yvonne Golliday v. Johnson & Johnson, et al<br>Civil Action No. 3:17-6312 | ) ) ) ) ) ) ) ) ) ) ) ) ) )  MDL No. 16-2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>NOTICE OF FILING |

### Notice of Filing

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2017 on behalf of Marchelle Yvonne Golliday.

    Date: August 22, 2017

                                        Respectfully Submitted,
                                        /s/ *Gary A. Anderson*
                                        Gary A. Anderson
                                        Gregory A. Cade
                                        Kevin B. McKie
                                        Donald E. Blankenship, Jr.
                                        Environmental Litigation Group, P.C.
                                        2160 Highland Ave South
                                        Birmingham, Alabama 35205

                                        **ATTORNEYS FOR THE PLAINTIFFS**

### Certificate of Service

    I hereby certify that on Tuesday, August 22, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                        /s/ *Gary A. Anderson*
                                        Gary A. Anderson