# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates to: Nancy Kittle v. Johnson & Johnson, et al Civil Action No. 3:17-cv-06324 | NOTICE OF FILING |

### Notice of Filing

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2017 on behalf of Nancy Kittle.

Date: August 22, 2017

Respectfully Submitted,
/s/ *Gary A. Anderson*
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
Donald E. Blankenship, Jr.
Environmental Litigation Group, P.C.
2160 Highland Ave South
Birmingham, Alabama 35205

**ATTORNEYS FOR THE PLAINTIFFS**

### Certificate of Service

I hereby certify that on Tuesday, August 22, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Gary A. Anderson*
Gary A. Anderson