UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION
Lewis, et al. v. Johnson & Johnson, et al., )
E.D. Missouri, C.A. No. 4:17-01847 ) MDL No. 2738

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE SEPTEMBER 28, 2017, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Lewis*) on July 7, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Lewis* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-48" filed on July 7, 2017, is LIFTED insofar as it relates to this action. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Freda L. Wolfson.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 9, 2017, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk