# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> This Document Relates to: <br> Imo Lois Nixon Bunt v. Johnson & Johnson, et al. <br> Civil Action No. 3:17-cv-06329 | MDL No. 16-2738 (FLW)(LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> NOTICE OF FILING |

## Notice of Filing

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2017 on behalf of Imo Lois Nixon Bunt.

Date: August 22, 2017

                                                 Respectfully Submitted,
                                                 /s/ *Gary A. Anderson*
                                                 Gary A. Anderson
                                                 Gregory A. Cade
                                                 Kevin B. McKie
                                                 Donald E. Blankenship, Jr.
                                                 Environmental Litigation Group, P.C.
                                                 2160 Highland Ave South
                                                 Birmingham, Alabama 35205

                                                 **ATTORNEYS FOR THE PLAINTIFFS**

## Certificate of Service

I hereby certify that on Tuesday, August 22, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                 /s/ *Gary A. Anderson*
                                                 Gary A. Anderson