

**One Riverfront Plaza**
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Joel A. Pisano
Direct Dial: (973) 757-1035
jpisano@walsh.law

August 23, 2017

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
Case No. 3:16-MD-02738-FLW-LHG

Dear Judge Wolfson,

Enclosed herein please find my Declaration Pursuant to Federal Rule of Civil Procedure 53, which I am filing in connection with my potential appointment to serve as Special Master in the above-reference action.

Very truly yours,

*/s/ Joel A. Pisano*

Joel A. Pisano

cc:   All Counsel of Record via ECF