UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation | Civil Action No. 3:16-md-2738(FLW) <br><br> CLERK'S ORDER <br><br> RECEIVED <br> AUG 24 2017 <br> WILLIAM T. WALSH, CLERK |

This matter having come before the Court upon the filing of a <u>Complaint,</u> Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF on August 18, 2017 by Sean Cleary, counsel for several plaintiffs in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

    _X_   a.    An overpayment has been made by the filer, **OR**

    ___   b.    A duplicate, identical <u>Complaint,</u> Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

**IT IS** on this 24 day of August 2017,

    **ORDERED THAT**, the sum of $2000.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: _/s/ Theresa L. Burnett_
Theresa L. Burnett
Chief Deputy Clerk