IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738<br>Judge Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>Case No.: 3:16-MD-02738-FLW-LHG<br><br>**[ALTERNATIVE PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND PROTECTIVE ORDER**<br><br>[ORAL ARGUMENT REQUESTED] |

This matter having been brought before the Court by Drinker Biddle & Reath LLP, attorneys for Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J Plaintiffs"), by way of Notice of Motion seeking an order granting a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Local Rule 65.1 and a protective order pursuant to Fed. R. Civ. P. 26 whereby this Court will take constructive possession and control of certain historical artifacts owned and in the possession of the J&J Defendants and their counsel that may contain evidence related to the claims pertaining to Johnson's® Baby Powder, maintaining the status quo until a the within proposed procedure regarding the fair allocation among thousands of litigants in these MDL actions and others across the country may be implemented regarding the need for destructive testing of the limited amount of

materials that may be contained within the artifacts, and the Court having reviewed any opposition and further filings in support thereof, and the Court finding good and sufficient reasons to issue temporary restraints and a protective order, and for other good cause shown;

IT IS ON THIS \_\_\_\_\_ day of August, 2017,

**ORDERED** that this Court assumes constructive possession and absolute control over the historical artifacts identified in Exhibits A and B hereto (the "Artifacts"), which Artifacts are to remain the possession and custody of the J&J Defendants and their counsel in their present condition pending completion of the "Removal" as defined and set forth below; and be it

**FURTHER ORDERED** that any interested person or party is preliminarily enjoined from demanding or taking samples of any materials which may be contained in the Artifacts pending completion of the "Removal" as defined and set forth below; and be it

**FURTHER ORDERED** that any interested person, court or party is preliminarily enjoined from instituting or prosecuting any proceeding in any state or the United States court affecting the Artifacts pending completion of the "Removal" as defined and set forth below; and be it

**FURTHER ORDERED** that no action other than the "Removal," as defined and set forth below, may be undertaken regarding the Artifacts without approval and consent upon further order of this Court; and be it

**FURTHER ORDERED** that (1) any materials which may be contained within the Artifacts that were manufactured and/or distributed (a) in or prior to 1930 and/or (b) outside of the United States and do not share a talc mine source with product distributed in a similar time frame within the United States, and (2) any of the Artifacts which never contained any talc materials or product, are immunized from discovery in these matters (the "Immune Artifacts"); and be it

**FURTHER ORDERED** that the J&J Defendants shall, ten (10) days prior to the "Removal" as defined and set forth below, provide Plaintiffs with a list of the Immune Artifacts (the "Immune Artifact List"), with the J&J Defendants agreeing to meet and confer with counsel for the Plaintiffs should any reasonable dispute arise regarding inclusion of any of the Artifacts on the Immune Artifacts List, and, should a meet and confer not result in a consensus among the parties, the matter shall be referred to the Special Master previously appointed by this Court for final resolution of inclusion of Artifacts on the Immune Artifact List; and be it

**FURTHER ORDERED** that any materials which may be contained within the Artifacts and not otherwise identified above as an Immune Artifact (the "Discoverable Artifacts") are to be divided equally as follows:

- One-third (1/3) of the total volume by weight of any materials which may be contained within the Discoverable Artifacts is to be removed and provided to the Plaintiffs for destructive testing pursuant to the procedures set forth below;

- One-third (1/3) of the total volume by weight of any materials which may be contained within the Discoverable Artifacts is to allocated pursuant to the procedures set forth below to the J&J Defendants for destructive testing; and

- One-third (1/3) of the total volume by weight of any materials which may be contained within the Discoverable Artifacts shall be retained by the J&J Defendants within the Artifacts as part of the collection of historical artifacts that are housed at the museum maintained by the J&J Defendants in New Brunswick, New Jersey (the "Museum Artifacts"); and be it

**FURTHER ORDERED** that, following the allocation of any materials which may be contained within the Discoverable Artifacts as set forth above, no further action may be requested by the Plaintiffs or their counsel regarding any materials which may be contained within the Museum Artifacts or the Immune Artifacts, now or in the future; and be it

**FURTHER ORDERED** that the parties expressly recognize and this Court, for good cause shown, has determined that the results of any testing of any materials

which may be contained within the Discoverable Artifacts shall be deemed attorney work product and subject to the full protections afforded thereto until any expert or other person or company conducting or relying on the testing done by or on behalf of the releasing party is disclosed; and be it

**FURTHER ORDERED** that, because of the historical significance of the individual Artifact containers, under no circumstances shall the Artifact containers themselves be damaged or permanently altered in order to remove any materials which may be contained within; and be it

**FURTHER ORDERED** that, to ensure there is no damage or permanent alteration to the Artifact containers themselves, and to further ensure there is no further contamination of any materials that may be contained within the Artifacts, the Artifacts shall not leave the actual possession and control of the J&J Defendants, with the parties utilizing the following procedure for allocation of any materials which may be contained within the Discoverable Artifacts as contemplated by this Order:

- At a mutually convenient time and at a location chosen by the J&J Defendants, the contents of the Discoverable Artifacts, if any, shall be removed without damage or permanent alteration to the Artifact containers themselves (which procedure may include, but not be limited to, removing only the amount by weight of material which may be

contained within the Discoverable Artifacts required to be distributed to Plaintiffs and the J&J Defendants pursuant to the Order, leaving the remaining share intact within the Artifact) by a consultant chosen and paid for by the J&J Defendants in a controlled environment, which material shall be catalogued, weighed and equally divided for distribution as set forth above (the "Removal");

- A representative of the Plaintiffs shall be permitted to observe the Removal and fair allocation of any materials which may be contained within the Discoverable Artifacts as contemplated by this Order; and

- Following the Removal, Plaintiffs shall be provided with their one-third allocation of any materials which may be contained within the Discoverable Artifacts in a sterile container clearly identifying the Artifact from which the materials were removed; and be it

**FURTHER ORDERED** that this Court shall maintain continuing jurisdiction with respect to the Artifacts themselves and as to any issues or disputes that may arise with regard to any materials which may be contained within the Artifacts; and be it

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**FURTHER ORDERED** that a true copy of this order shall be served upon all interested counsel that may be affected by this Order within seven (7) days of its execution.

_____

# **EXHIBIT A**

| Object Number | Place of Distribution | Place of Origin | Dated | Medium | Dimensions |
|---|---|---|---|---|---|
| 2014.001.0082 | Argentina | | 1979 | | |
| 2014.001.0086 | Argentina | | 1978 | | |
| 2014.001.0124 | Australia | Australia | 1975 | | |
| 2014.001.0145 | Australia | | 1983-1989 | | |
| 2014.001.0421 | Belgium | Italy | | | |
| 2014.001.0499 | China | | | | |
| 2014.001.0612 | Canada | | 1977 | | |
| 2014.001.0690 | Brazil | | 1979 | | |
| 2014.001.0887 | Dominican Republic | Dominican Republic | | | |
| 2014.001.0939 | Great Britain | England | | plastic | 4.875 h. x 2.0625 diam. |
| 2014.001.0953 | Colombia | | | | |
| 2014.001.1363 | Puerto Rico | | 1979 | plastic; paper | 7.75 h. x 2.625 w. x 2 d. |
| 2014.001.1364 | Puerto Rico | | | plastic; paper | 7.5 h. x 2.5 w. x 2 d. |
| 2014.001.2007 | Holland | Italy | 1977 | plastic | |
| 2014.001.2021 | China | | | plastic | |
| 2014.001.2030 | Indonesia | | 1979 | plastic | |
| 2014.001.2108 | Greece | | 1980 | plastic | |
| 2014.001.2120 | Guatemala | Guatemala | 1980 | plastic | |
| 2014.001.2436 | | United States | 1945 | metal; plastic; paper | 4.1875 h. x 2.8125 w. x 2.8125 d. |
| 2014.001.2437 | | United States | 1945 | metal; plastic; paper | 5.1875 h. x 2.375 w. x 2.375 d. |
| 2014.001.2438 | | United States | 11/15/1943 | cardboard; plastic; paper | 5.5 h. x 2.5 w. x 2.5 d. |

EXHIBIT A-1

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.2439 | | United States | 1957 | metal; plastic; paper | 5.75 h. x 2.4375 w. x 2.4375 d. |
| 2014.001.2441 | | United States | 1896 | metal; paper | 3 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.2442 | Great Britain | Great Britain | | metal | 1.9375 h. x 1 w. x 1 d. |
| 2014.001.2444 | | United States | | metal | 1.75 h. x 1.0625 w. x 1.0625 d. |
| 2014.001.2445 | | United States | | metal; paper | 3.5625 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.2447 | | United States | 1942 | cardboard | 4.1875 h. x 1.9375 diam. |
| 2014.001.2449 | | United States | | metal | 3.625 h. x 1.375 w. x 1.375 d. |
| 2014.001.2450 | | United States | | metal; paper | 3.5625 h. x 1.875 w. x 1.875 d. |
| 2014.001.2451 | | United States | 1896-1912 | metal; plastic; paper | 3.5 h. x 1.75 w. x 1.75 d. |
| 2014.001.2452 | | United States | 1910 | metal; plastic; paper | 3.5 h. x 1.75 w. x 1.75 d. |
| 2014.001.2453 | | United States | 1940-1943 | metal; plastic; paper | 4.1875 h. x 1.75 w. x 1.75 d. |
| 2014.001.2454 | | United States | 1/28/1944 | cardboard; plastic; paper | 5.4375 h. x 3.625 diam. |
| 2014.001.2455 | | United States | 1970 | | |
| 2014.001.2456 | | United States | 1962 | | |
| 2014.001.2457 | | | | | |
| 2014.001.2458 | Mexico | | | | |
| 2014.001.2459 | Switzerland | | 1987 | | |
| 2014.001.2460 | | United States | 1963 | | |
| 2014.001.2461 | Canada | United States | 2001 | | |
| 2014.001.2462 | United Kingdom | United Kingdom | | | |
| 2014.001.2463 | | United States | 1996-2003 | | |
| 2014.001.2464 | | United States | 2000-2003 | | |
| 2014.001.2500 | | United States | 1979 | | |
| 2014.001.3136 | | United States | 1966 | | |
| 2014.001.3146 | Japan | | 1970-1975 | | |
| 2014.001.3157 | Kenya | Kenya | 1976 | | |
| 2014.001.3179 | Malaysia | | 1982 | | |
| 2014.001.3191 | Italy | | 1979 | | |

EXHIBIT A-2

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.3201 | Jamaica | Jamaica | 1982 | | |
| 2014.001.3214 | Ireland | Ireland | 1982 | | |
| 2014.001.3239 | India | India | 1972 | | |
| 2014.001.3254 | Portugal | Portugal | 1980 | | |
| 2014.001.3298 | Philippines | Philippines | 1970-1980 | | |
| 2014.001.3417 | New Zealand | | 1980 | | |
| 2014.001.3444 | Pakistan | | 1978 | | |
| 2014.001.3448 | Pakistan | | | | |
| 2014.001.3454 | Peru | | 1977 | | |
| 2014.001.3468 | Zambia | England | 1975 | | |
| 2014.001.3482 | Trinidad | Trinidad | 1980 | | |
| 2014.001.3708 | Venezuela | Venezuela | 1978 | | |
| 2014.001.3718 | Singapore | | 1979 | | |
| 2014.001.3787 | Switzerland | Italy | 1978 | | |
| 2014.001.3918 | Taiwan | | 1980-1984 | | |
| 2014.001.3921 | Taiwan | | 1982 | | |
| 2014.001.3934 | Thailand | | 1980 | | |
| 2014.001.3939 | Thailand | | 1980 | | |
| 2014.001.3958 | Spain | | | | |
| 2014.001.3976 | Sweden | England | 1972 | | |
| 2014.001.4316 | South Africa | South Africa | 1980 | | |
| 2014.001.5101 | | United States | 1985 | | |
| 2014.001.5102 | | United States | 1985 | | |
| 2014.001.5812 | Canada | Canada | | metal; paper | 4 h. x 1.875 w. x 1.875 d. |
| 2014.001.5859 | | | | cardboard | |
| 2014.001.5862 | United States | United States | | metal | 4 h. x 1.8125 w. x 1.8125 d. |

EXHIBIT A-3

| | | | | | |
|---|---|---|---|---|---|
| 2014.001.5863 | Mexico | | 1930 | metal | 4 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.5864 | Mexico | | 1930 | metal | 4 h. x 1.8125 w. x 1.8125 d. |
| 2014.001.6011 | | United States | 1904 | cardboard | 1.4375 h. x 0.9375 w. x 0.9375 d. |
| 2014.013.0019 | | United States | | metal | 4.1875 h. x 1.875 w. x 1.875 d. |
| 2014.013.0020 | | United States | | metal | 5.25 h. x 2.6875 w. x 2.6875 d. |
| 2014.036.0007 | | United States | 1963 | plastic; paper | 2.75 h. x 1.25 diam. |
| 2014.036.0008 | | United States | | metal | 5.25 h. x 2.5 w. x 2.5 d. |
| 2014.043.0001 | | | 1980 | | 4.625 h. x 1.9375 w. x 1.5 d. |
| 2014.045.0001 | | United States | 1960 | metal | 3.5625 h. x 1.5 w. x 1.5 d. |
| 2015.001.2201 | | United States | 1994 | metal | |
| 2015.001.2218 | | United States | | metal | 4.25 h. x 1.875 w. x 1.875 d. |
| 2015.001.3445 | | Canada | | metal | 4.125 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3446 | | Canada | 1921 | metal | 3.875 h. x 1.875 w. x 1.875 d. |
| 2015.001.3447 | | Canada | | metal | 4.125 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3448 | | Great Britain | | metal | 4.25 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3449 | | Great Britain | | metal | 4.25 h. x 1.8125 w. x 1.8125 d. |
| 2015.001.3450 | | United States | | cardboard | 4.375 h. x 2 diam. |

EXHIBIT A-4

# **EXHIBIT B**

| Object Description | Place of Origin | Dated | Medium | Dimensions |
|---|---|---|---|---|
| Johnson's Baby and Toilet Powder – Borated Talcum – square-base bottle with screw-removable cap. | Great Britain | Late 1940s | Metal | *Approx:* 4 1/4in. h. x 1 7/8in. w. x 1 7/8in. d. |
| Johnson's Baby Powder – round-base bottle with screw-removable cap. | England | Early 1950s | Metal | *Approx:* 4in. h. x 2 3/8in. d. |
| Johnson's Baby Powder – round-base bottle with screw-removable cap. | Great Britain | Late 1950s | Metal | *Approx:* 4 1/8in. h. x 2 3/8in. d. |
| Johnson's Baby Powder – square-base bottle with turn-top, non-removable cap – removable Disney sweepstake's label. | England | October 1966 | Metal; paper label | *Approx:* 4 3/4in. h. x. 1 7/8in. w. x 1 7/8in. d. |

EXHIBIT B