# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |

## DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Thomas T. Locke
Rebecca Woods
James Billings-Kang
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
jbillingskang@seyfarth.com

Sheryl L. Axelrod
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA  19107
Phone: (215) 461-1768
Facsimile: (215) 238-1779
*saxelrod@theaxelrodfirm.com*

*Attorneys for Defendant
Personal Care Products Council*

40669231v.1

PLEASE TAKE NOTICE that Defendant Personal Care Products Council ("PCPC") hereby submits a Notice of Ruling and Hearing Transcript from the Superior Court of California, County of Los Angeles, dated July 27, 2017, in *Wittman v. Brenntag North Am., Inc.*, No. BC646439 (attached as Exhibit A) as supplemental authority in support of PCPC's Motion to Dismiss for Lack of Personal Jurisdiction.  (ECF No. 256).

The California Superior Court for Los Angeles granted PCPC's motion to dismiss for lack of personal jurisdiction, which raised issues substantially the same as here.  The *Wittman* decision provides supplemental authority for the following pleadings:

(i) PCPC's Memorandum of Law in Support of Its Motion to Dismiss, p. 12, following the citation to *Graziose v. Am. Home Prods. Corp.*, 161 F. Supp. 2d 1149, 1153 (D. Nev. 2001); and

(ii) PCPC's Reply to Plaintiff's Opposition, p. 8, following the citation to the Washington state court's decision in *Ratcliff v. Am. Honda Motor*, 16-2-SEA-18128-7 SEA (Wash. Super. Ct., June 2, 2017) (granting PCPC's motion to dismiss).

Dated:   August 28, 2017               Respectfully submitted,


                                       */s/ Thomas T. Locke, Esq.*
                                       Thomas T. Locke

40669231v.1

Rebecca Woods
James Billings-Kang
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
jbillingskang@seyfarth.com

Sheryl L. Axelrod
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA  19107
Phone: (215) 461-1768
Facsimile: (215) 238-1779
*saxelrod@theaxelrodfirm.com*

*Attorneys for Defendant
Personal Care Products Council*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 28, 2017, copies of Defendant Personal Care Products Council's ("PCPC") Notice of Supplemental Authority in Further Support of its Motion to Dismiss for Lack of Personal Jurisdiction and accompanying Exhibit A were served by electronic filing via the Court's ECF system to all counsel of record.

                    */s/ Thomas T. Locke, Esq.*
                    Thomas T. Locke

40669231v.1