COPY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 01 2017

Sherri R. Carter, Executive Officer/Clerk
By: Veronica Hilliard, Deputy

Daniel A. Berman (State Bar No. 161696)
Jade N. Tran (State Bar No. 216014)
jtran@wshblaw.com
Sara M. Juarez (State Bar No. 313254)
sjuarez@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
5000 Birch Street, Suite 8500
Newport Beach, California 92660
Phone: 949-757-4500 ♦ Fax: 949-757-4550

Of Counsel:

SEYFARTH SHAW LLP
Thomas Locke (Pro Hac Vice Application Pending)
975 F Street, NW
Washington, D.C. 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Attorneys for Specially-Appearing Defendant PERSONAL CARE PRODUCTS COUNCIL

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL CIVIL WEST

| | |
|---|---|
| Coordinated Proceeding<br>Special Title (Rule 3.550)<br><br>LAOSD ASBESTOS CASES<br><br>BARBARA WITTMAN, an individual; JOHN WITTMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRENNTAG NORTH AMERICAN, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. as successor-in-interest to WHITTAKER, CLARK & DANIELS, INC.); BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. as successor-in-interest to WHITTAKER, CLARK & DANIELS, INC.; CHANEL, INC.; COLGATE-PALMOLIVE COMPANY; COTY INC.; CYPRUS AMAX MINERALS, individually and as successor in interest to SIERRA TALC COMPANY and UNITED TALC COMPANY; IMERYS TALC | Case No. JCCP4642<br><br>Los Angeles Superior Court Case No. BC646439<br><br>**NOTICE OF RULING**<br><br>[Assigned for All Purposes to Judge Steven J. Kleifield, Dept. 324]<br><br>Action Filed: January 12, 2017<br><br>Trial Date: None Set |

LEGAL:10175-0053/7665870.1

-1-

NOTICE OF RULING

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | AMERICA, INC. f/k/a LUZENAC AMERICA, INC.; JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; PERSONAL CARE PRODUCTS COUNCIL (f/k/a COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION); PFIZER INC.; SAV-ON-DRUG STORES, INC.; WHITTAKER CLARK & DANIELS, INC.; and DOES 1 through 400, inclusive,<br><br>                Defendants, |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Motion to Quash for Lack of Personal Jurisdiction filed by on Specially-Appearing Defendant PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was heard on July 27, 2017. Kyle Tracy appeared on behalf of Plaintiff and Jade Tran appeared on behalf of PCPC.

After consideration of the papers and hearing oral argument, the Court ruled that Plaintiff had not met her burden in establishing jurisdiction over PCPC. Accordingly, the Court granted PCPC's Motion to Quash for Lack of Personal Jurisdiction. PCPC was ordered to prepare the Notice of Ruling.

DATED: July 31, 2017                      WOOD, SMITH, HENNING & BERMAN LLP

By: _____
JADE N. TRAN
SARA M. JUAREZ
Attorneys for Specially-Appearing Defendant
PERSONAL CARE PRODUCTS COUNCIL

LEGAL:10175-0053/7665870.1           -2-
NOTICE OF RULING

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 5000 Birch Street, Suite 8500, Newport Beach, CA 92660.

On August 1, 2017, I served the following document(s) described as **NOTICE OF RULING** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE:** I electronically served the document(s) described above via File & ServeXpress, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website (https://secure.fileandservexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2017, at Newport Beach, California.

_____
Clarissa M. Martinez

LEGAL:10175-0053/7665870.1

-3-

NOTICE OF RULING

# SERVICE LIST
## Wittman, et al. v. Brenntag North American, Inc. et al.
### BC646439

| | |
|---|---|
| Benno Ashrafi, Esq.<br>Kyle Tracy, Esq.<br>WEITZ & LUXENBERG, P.C.<br>1880 Century Park East, Suite 700<br>Los Angeles CA 90067<br>Tel: (310) 247-0921 / Fax: (310) 786-9927<br>**Attorneys for Plaintiffs, BARBARA WITTMAN and JOHN WITTMAN** | Gary D. Sharp Esq.<br>Kieth M. Ameele, Esq<br>N. Nikki Harirchi Esq.<br>FOLEY & MANSFIELD, PLLP<br>300 South Grand Avenue, Suite 2800<br>Los Angeles, CA 90071<br>Tel: (213) 283-2100/ Fax: (213) 283-2101<br>**Attorneys for Defendant, COLGATE-PALMOLIVE COMPANY** |
| Mark S. Kannett, Esq.<br>Ira Goldberg, Esq.<br>Becherer Kannett & Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608<br>Tel: (510) 658-3600/ Fax: (510) 658-1151<br>E-mail: mkannett@bkscal.com<br>E-mail: igoldberg@bkscal.com<br>**Attorneys for Defendant, ALBERTSONS COMPANIES, INC.** | Bradford J. Dejardin, Esq.<br>Karleen F. Murphy, Esq.<br>Dentons US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Tel: (213) 623-9300/ Fax: (213) 623-9924<br>E-mail: brad.dejardin@dentons.com<br>E-mail: Karleen.murphy@dentons.com<br>**Attorneys for Defendant, CYPRUS AMAX MINERALS COMPANY** |
| Roger A. Cerda, Esq.<br>Jesus Torres, Esq.<br>Alston & Bird LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 576-1000/ Fax: (213) 576-1100<br>E-mail: roger.cerda@alston.com<br>E-mail: jesus.torres@alson.com<br>**Attorneys for Defendant, CYPRUS AMAX MINERALS COMPANY** | Justin E. Garratt, Esq.<br>James P. Cunningham, Esq.<br>Tucker Ellis LLP<br>515 South Flower Street, Forty-Second Floor<br>Los Angeles, CA 90071<br>Tel: (213) 430-3400/ Fax: (213) 430-3409<br>E-mail: justin.garratt@tuckerellis.com<br>**Attorneys for Defendant, COTY, INC.** |

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3   DEPARTMENT 324          HON. STEVEN J. KLEIFIELD, JUDGE

 4

 5     BARBARA WITTMAN, ET AL.,           )
                                          )
 6                    PLAINTIFF,          )
                                          )
 7        VS.                             ) CASE NO. BC646439
                                          )
 8     BRENNTAG NORTH AMERICA, INC., ET   )
       AL.,                               )
 9                                        )
                      DEFENDANTS.         )
10                                        )
       _____)
11

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                    THURSDAY, JULY 27, 2017

14

15   APPEARANCES OF COUNSEL:

16   FOR PLAINTIFF:

17          WEITZ & LUXENBERG
            BY:  KYLE R. TRACY, ESQ.
18          1880 CENTURY PARK EAST, SUITE 700
            LOS ANGELES, CA 90067
19          310-247-0921
            KTRACY@WEITZLUX.COM
20

21

22   FOR DEFENDANTS:

23          WOOD, SMITH, HENNING & BERMAN
            BY:  JADE NGOC BAO TRAN, ESQ.
24          5000 BIRCH STREET, SUITE 8500
            NEWPORT BEACH, CA 92660
25          949-757-4550
            JTRAN@WSHBLAW.COM
26
                              MARK SCHWEITZER, CSR, CRR, RPR
27                            OFFICIAL PRO TEM COURT REPORTER
                              LICENSE NO. 10514
28                            213-663-3494
```

M A S T E R   I N D E X

JULY 27, 2017

MATTER:  MOTION TO QUASH.


CHRONOLOGICAL/ALPHABETICAL INDEX OF WITNESSES

NONE


E X H I B I T S

NONE OFFERED

```
 1    CASE NUMBER:                    BC646439
 2    CASE NAME:                      BARBARA WITTMAN VS.
 3                                    BRENNTAG NORTH AMERICA
 4    LOS ANGELES, CALIFORNIA         THURSDAY, JULY 27, 2017
 5    DEPARTMENT 324                  STEVEN J. KLEIFIELD, JUDGE
 6    REPORTER:                       MARK SCHWEITZER, CSR 10514
 7    TIME:                           1:50 P.M.
 8                          -oOo-
```

9           THE COURT: Good afternoon. Wittman. Appearances
10   please.
11           MS. TRAN: Good afternoon, your Honor. Jade Tran on
12   behalf of special specially appearing defendant Personal Care
13   Products Council.
14           MR. TRACY: And Kyle Tracy 'on behalf of the
15   Wittmans. We're trying to dismiss them. We're just hoping to
16   hear back from somebody about it. We feel like we actually do
17   have a legitimate claim to make; however, in conversations
18   with national counsel, they indicated to me that if we were to
19   win, that they would file an anti-SLAPP motion. And my
20   research into that has indicated to me that if they to that,
21   that it stays the proceedings. And with Barbara Wittman's
22   health at issue, I don't want to take a chance in doing that.
23   So I think the course that seems the best in Barbara Wittman's
24   interests would be to dismiss this defendant. And in doing
25   so, we're just asking for a mutual waiver of costs, and I
26   think we're just waiting to here if that's acceptable or not.
27           MS. TRAN: Well, your Honor, since we're already
28   here, if the Court has already done the work in reviewing the

1   papers, we'd like for the Court to make a ruling so that
2   possibly this same ruling could be used in the future to
3   preclude my client from being brought into California.
4            MR. TRACY:  I think that we actually have a good
5   argument to make, but we're not making it; so I don't know
6   that that would be an appropriate.  I think if maybe we could
7   put it over so we could hear back about our offer.
8            THE COURT:  Are you the person who -- would you be
9   the decision maker on this particular issue as to whether you
10  or your client or your firm wants to get a ruling or see if
11  you can get a dismissal with a waiver of costs?
12           MS. TRAN:  Your Honor, it's already been discussed
13  with the client, and I was instructed prior to some recent
14  emails with Mr. Tracy to go ahead with the hearing and to
15  obtain the ruling.  So that's what we're here for today.  You
16  know, we initially had filed this motion, and it was heard
17  several months ago.  And at that time I believe Mr. Tracy had
18  admitted on the record that there really wasn't anything to
19  maintain personal jurisdiction over my client in California.
20           At that time he also argued that, well, you know, at
21  this juncture, we don't have enough information.  So he asked
22  your Honor to conduct some limited jurisdictional discovery.
23  That discovery was served on us on May 16th.  We answered it.
24  And then we were supposed to be here for a further hearing on
25  June 22nd.  That morning we had an ex parte to continue the
26  hearing so that Mr. Tracy, based on his representations, could
27  continue to meet and confer and also to review some additional
28  cases that had come out by the United States Supreme Court.

1  During that hearing, your Honor, you said that we
2  would be here today and also that all additional briefing
3  would be due on the 20th. Since we hadn't reached an
4  agreement with Mr. Tracy, our office went ahead and filed
5  additional briefing. That should be in the Court's records.
6  And based on all of the work that's already been
7  done, the client wants to get a final ruling today and get out
8  rather than continue to bleed in terms of attorneys' fees.
9  THE COURT: Okay.
10 MR. TRACY: You know, I wasn't the attorney that
11 argued the first hearing. So I didn't say anything that was
12 just represented to the Court. I was at the last hearing, and
13 there was a new case that came down, and we did look at that
14 and the discovery responses, and we do think we actually have
15 a good faith argument.
16 I started meet and confer attempts last week to see
17 if we could come to a resolution in lieu of having to come in
18 and do this. And it was my understanding that something was
19 going to happen, and then it didn't happen, and the time to
20 file the brief had passed. So I don't want to concede on the
21 merits because I don't think that that's appropriate.
22 And if they want to proceed and actually do that,
23 would I just ask for a chance to file the brief because I do
24 think we have arguments to make.
25 THE COURT: Well, this has been pending for some
26 time, and my recollection is it was not you that was here for
27 the initial hearing. But I do recall there was some
28 discussion about how this was a fairly new defendant to

1  asbestos litigation and that plaintiff wanted an opportunity
2  to do jurisdictional discovery; so I granted that, and we put
3  the matter over.  And counsel was correct.  I did give the
4  opportunity for supplemental briefing.  The U.S. Supreme Court
5  issued its decision in the Bristol Myers Squibb case, and
6  defendant filed supplemental brief by the due date, and
7  plaintiff did not.
8         I think there's been enough time to try and resolve
9  the issue.  Defendant is here.  They want a ruling.  I think
10 they are entitled to a ruling.
11        MR. TRACY:  Can we go off the record for one second?
12        THE COURT:  Yes, we can go off the record for a
13 second.
14        (DISCUSSION HELD OFF THE RECORD.)
15        THE COURT:  All right.  Let's go back on the record.
16        Well, in any event, I think that the burden was
17 placed on the plaintiff to establish facts or to provide facts
18 that would establish a specific jurisdiction.  Certainly
19 there's no question that there is not general jurisdiction.
20 And I don't think that plaintiff has submitted evidence that
21 the defendant purposely availed itself of the benefits of
22 California during the relevant time period or at all, much
23 less that they did anything that was in California that was
24 related to or gave rise to the plaintiff's action.  So the
25 motion to quash is granted.  The moving party to give notice.
26        MS. TRAN:  Thank you, your Honor.
27        MR. TRACY:  Thank you.
28        (Proceedings concluded at 2:00 P.M.)

5

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF LOS ANGELES
 3    DEPARTMENT 324           HON. STEVEN J. KLEIFIELD, JUDGE
 4
 5      BARBARA WITTMAN, ET AL.,          )
                                          )
 6                     PLAINTIFF,         )
                                          )
 7        VS.                             )  CASE NO. BC646439
                                          )
 8      BRENNTAG NORTH AMERICA, INC., ET  )
        AL.,                              )
 9                                        )
                       DEFENDANTS.        )
10                                        )
        _____)
11
12
13
14          I, MARK SCHWEITZER, OFFICIAL COURT REPORTER PRO TEM
15   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF
16   LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT,
17   DATED JULY 27, 2017, COMPRISES A FULL, TRUE, AND CORRECT
18   TRANSCRIPT OF THE PROCEEDINGS HELD IN THE ABOVE-ENTITLED
19   CAUSE.
20              DATED THIS 9TH DAY OF JULY, 2017.
21
22   _____
     MARK SCHWEITZER, RPR, CRR, CSR NO. 10514
23
24
25
26
27
28
```