UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG)<br><br>3:16-md-02738-FLW-LHG |
| *This document relates to:*<br><br>*Ronald Buckholz, Individually and on behalf of the Estate of Pamela Buckholz v. Johnson & Johnson, Inc, et al*<br>*3:17-cv-05537* | JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 28, 2017 on behalf of Plaintiff Ronald Buckholz, Individually and on behalf of the Estate of Pamela Buckholz.

Dated: August 17, 2017

Respectfully Submitted,

By: /s/ Philip Bohrer
Philip Bohrer (LA Bar No. 14089)
Scott E. Brady (LA Bar No. 24976
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          */s/ Philip Bohrer*
                                                          Philip Bohrer