UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| EMILY VINSON, | COMPLAINT AND JURY DEMAND |
| Plaintiffs, v. | Civil Action No.: 3:17-cv-05718-FLW-LHG |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 29, 2017 on behalf of Plaintiff, Emily Vinson.

Dated: August 29, 2017

        Respectfully submitted,

        */s/ Eric D. Pearson*
        Eric D. Pearson
        Texas State Bar No. 15690472
        eric@hop-law.com
        HEYGOOD, ORR & PEARSON
        6363 North State Hwy 161, Suite 450
        Irving, Texas 75038
        (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   Eric D. Pearson _____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF