## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| **CASSANDRA FISHBEIN,  CHRISTY NEESE, and CYNTHIA ROBINSON individually and on behalf of the ESTATE of SHIRLEY ROBINSON**, | COMPLAINT AND JURY DEMAND |
| **Plaintiffs,** **v.** | Civil Action No.:  3:17-cv-05718-FLW-LHG |
| **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,** | |
| **Defendants.** | |

## <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 29, 2017 on behalf of Plaintiffs, Cassandra Fishbein, Christy Neese and Cynthia Robinson, individually and on behalf of the Estate of Shirley Robinson.

Dated:  <u>August 29, 2017</u>

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson

Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

_/s/  **Eric D. Pearson** _____
Eric D. Pearson

ATTORNEY FOR PLAINTIFFS