UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Joanna Wallbillich v. Johnson & Johnson, Inc., et al (3:17-cv-06215)* | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2017 on behalf of Plaintiff Joanna Wallbillich.

Dated: August 30, 2017

Respectfully submitted,

 /s/JOHN D. SILEO
JOHN D. SILEO (LA. BAR NO.: 17797)
CASEY MOLL (LA. BAR NO.: 35925)
320 NORTH CARROLLTON AVE #101
NEW ORLEANS, LOUISIANA 70119
Telephone: (504) 486-4343
Facsimile: (504) 297-1249
**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on August 30, 2017.

                                                            /s/JOHN D. SILEO_____
                                                    JOHN D. SILEO (LA. BAR NO.: 17797)
                                                    CASEY MOLL (LA. BAR NO.: 35925)
                                                    320 NORTH CARROLLTON AVE #101
                                                  NEW ORLEANS, LOUISIANA 70119
                                                  Telephone: (504) 486-4343
                                                  Facsimile: (504) 297-1249
                                                  **Counsel for Plaintiff(s)**