UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To:*<br><br>Davonna Moss<br>2:17-cv-06543 | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>MDL No. 2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that a Short Form Complaint with Jury Demand was filed on August 30, 2017 on behalf of Plaintiff, Davonna Moss.

Dated: 08/30/2017                                    Respectfully Submitted,


                                                     /s/ Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
IL bar no. 6308142
*Attorneys for Plaintiff Davonna Moss*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, a copy of the foregoing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
IL bar no. 6308142
*Attorneys for Plaintiff Davonna Moss*