UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Shaletta D. Alston, as the Personal Representative of the Estate of Dianna C. Alston v. Johnson & Johnson, et al.* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 28, 2017 on behalf of the plaintiff, Shaletta D. Alston, as the Personal Representative of the Estate of Dianna C. Alston.

Dated:  August 30, 2017

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone:  843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone:  803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                MCGOWAN, HOOD & FELDER, LLC

                                */s/ James L. Ward, Jr.*
                                James L. Ward, Jr.
                                321 Wingo Way, Suite 103
                                Mt. Pleasant, SC 29464
                                Phone:  843-388-7202
                                jward@mcgowanhood.com

                                S. Randall Hood
                                1539 Health Care Drive
                                Rock Hill, SC 29732
                                Phone:  803-327-7800
                                rhood@mcgowanhood.com

                                John Gressette Felder, Jr.
                                1517 Hampton Street
                                Columbia, SC 29201
                                Phone: 803-779-0100
                                jfelder@mcgowanhood.com