# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| ------------------------------------------------ This Document Relates to: Douglas W. Nelson, individually and as trustee for the next-of-kin of decedent, Joanne E. Nelson,                Plaintiff v. Johnson & Johnson, et. al,                Defendants. | Case No.: 3:17-cv-06471 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 28, 2017, by Plaintiff, Douglas W. Nelson, individually and as trustee for the next-of-kin of decedent, Joanne E. Nelson.

Dated: August 30, 2017

                                            Respectfully submitted,
                                              */s/ Scott Kitner*
                                              Marc R. Stanley (TX Bar No. 1904500)
                                              Scott Kitner (TX Bar No. 24065563)
                                              STANLEY LAW GROUP
                                              6116 N. Central Expressway, Suite 1500
                                              Dallas, TX  75206
                                              Telephone: 214.443.4300
                                              Facsimile: 214.443.0358
                                              marcstanley@mac.com
                                              skitner@stanleylawgroup.com

                                              **ATTORNEYS FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                             */s/ Scott Kitner*
                                             Scott Kitner