# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Michael Roberts, as the Personal Representative of the Estate of Kimberly Wade Roberts v. Johnson & Johnson, et al.* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2017 on behalf of the plaintiff, Michael Roberts, as the Personal Representative of the Estate of Kimberly Wade Roberts.

Dated:  <u>August 31, 2017</u>

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone:  843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone:  803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone:  843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone:  803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com