# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **RHONDA GONZALEZ**, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:17-cv-05628-FLW-LHG |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 1, 2017 on behalf of Plaintiff, Rhonda Gonzalez.

Dated:   August 31, 2017

                                                Respectfully submitted,

                                                */s/ Eric D. Pearson*
                                                Eric D. Pearson
                                                Texas State Bar No. 15690472
                                                eric@hop-law.com
                                                HEYGOOD, ORR & PEARSON
                                                6363 North State Hwy 161, Suite 450
                                                Irving, Texas 75038
                                                (214) 237-9001 Telephone
                                                (214) 237-9002 Facsimile

                                                **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/ Eric D. Pearson
      Eric D. Pearson

      ATTORNEY FOR PLAINTIFF