## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **JOAN MALLETT**, Plaintiff, v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., Defendants. | COMPLAINT AND JURY DEMAND  Civil Action No.: 3:17-cv-05593-FLW-LHG  DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on July 31, 2017 on behalf of Plaintiff, Joan Mallett.

Dated:  August 31, 2017

        Respectfully submitted,

        */s/ Eric D. Pearson*
        Eric D. Pearson
        Texas State Bar No. 15690472
        eric@hop-law.com
        HEYGOOD, ORR & PEARSON
        6363 North State Hwy 161, Suite 450
        Irving, Texas 75038
        (214) 237-9001 Telephone
        (214) 237-9002 Facsimile

        **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

       /s/   **Eric D. Pearson**
       Eric D. Pearson

       ATTORNEY FOR PLAINTIFF