**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**JAMES EDDIE HOUSTON and DAVID HOUSTON, JR., as representatives of the Estate of MARY LOUISE HOUSTON**,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-CV-04090-FLW/LHG<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on June 7, 2017 on behalf of Plaintiffs, James Eddie Houston and David Houston, Jr., as representatives of the Estate of Mary Louise Houston.

Dated:  August 31, 2017

                                                        Respectfully submitted,

                                                        */s/ Eric D. Pearson*
                                                        Eric D. Pearson
                                                        Texas State Bar No. 15690472
                                                        eric@hop-law.com
                                                         HEYGOOD, ORR & PEARSON
                                                         6363 North State Hwy 161, Suite 450
                                                         Irving, Texas 75038
                                                         (214) 237-9001 Telephone
                                                         (214) 237-9002 Facsimile

<b>COUNSEL FOR PLAINTIFF</b>

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/  Eric D. Pearson_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF