UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**MARY BODIE**,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-cv-03771-FLW-LHG<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on May 26, 2017 on behalf of Plaintiff, Mary Bodie.

Dated:　August 31, 2017

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Eric D. Pearson*
　　　　　　　　　　　　　　　　　　　Eric D. Pearson
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 15690472
　　　　　　　　　　　　　　　　　　　eric@hop-law.com
　　　　　　　　　　　　　　　　　　　HEYGOOD, ORR & PEARSON
　　　　　　　　　　　　　　　　　　　6363 North State Hwy 161, Suite 450
　　　　　　　　　　　　　　　　　　　Irving, Texas 75038
　　　　　　　　　　　　　　　　　　　(214) 237-9001 Telephone
　　　　　　　　　　　　　　　　　　　(214) 237-9002 Facsimile

　　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   Eric D. Pearson_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF