**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**RUTHIE WALKER SMITH**,<br><br>       Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-00082-FLW-LHG<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING SHORT FORM COMPLAINT**

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 5, 2017 on behalf of Plaintiff, Ruthie Walker Smith.

  Dated: <u>August 31, 2017</u>

                 Respectfully submitted,

                 <u>*/s/ Eric D. Pearson*</u>
                 Eric D. Pearson
                 Texas State Bar No. 15690472
                 eric@hop-law.com
                 HEYGOOD, ORR & PEARSON
                 6363 North State Hwy 161, Suite 450
                 Irving, Texas 75038
                 (214) 237-9001 Telephone
                 (214) 237-9002 Facsimile

                 **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   Eric D. Pearson _____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF