## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**NATHAN ROGERS, and JESSICA CRADDUCK, individually as wrongful death beneficiaries and on behalf of the Estate of REBECCA ROGERS**,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:16-cv-09482-FLW-LHG<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 5, 2017 on behalf of Plaintiffs, Nathan Rogers and Jessica Cradduck, individually as wrongful death beneficiaries and on behalf of the Estate of Rebecca Rogers.

Dated: August 31, 2017

                                          Respectfully submitted,

                                          */s/ Eric D. Pearson*
                                          Eric D. Pearson
                                          Texas State Bar No. 15690472
                                          eric@hop-law.com
                                          HEYGOOD, ORR & PEARSON
                                          6363 North State Hwy 161, Suite 450
                                          Irving, Texas 75038
                                          (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF