UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* <br><br> **TAMMY SMITH-COWAN AND GREG COWAN** | Civil Action No: 3:17-cv-6610 |

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 31, 2017 on behalf of Tammy Smith-Cowan and Greg Cowan.

Dated: August 31, 2017.

          Respectfully submitted,

          **THE SIMON LAW FIRM, P.C.**

          By: */s/ Benjamin R. Askew*_____
             John G. Simon, #35231
             Anthony G. Simon, #38745
             Benjamin R. Askew, #58933
             800 Market Street, Suite 1700
             Saint Louis, Missouri 63101
             (314) 241-2929
             (314) 241-2029 (FAX)
             jsimon@simonlawpc.com
             asimon@simonlawpc.com
             baskew@simonlawpc.com

**Certificate of Service**

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

          /s/ *Benjamin R. Askew*_____
          Benjamin R. Askew