BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Paul Curtis Johnson, Jr. obo Linda Ketner Johnson, deceased*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Paul Curtis Johnson, Jr., individually and as Administrator of the Estate of Linda Ketner Johnson, deceased v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-06583-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 31, 2017 on behalf of Plaintiff Paul Curtis Johnson, Jr. obo Linda Ketner Johnson, deceased.

                                                   */s/ P. Leigh O'Dell*
                                                   P. Leigh O'Dell
                                                   BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                                   218 Commerce Street
                                                   Montgomery, Alabama 36104
                                                   (800) 898-2034 Telephone
                                                   (334) 954-7555 Facsimile
                                                   Leigh.ODell@beasleyallen.com
                                                   Attorneys for Plaintiff Paul Curtis Johnson,
                                                   Jr. obo Linda Ketner Johnson, deceased

Dated: August 31, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ P. Leigh O'Dell*
P. Leigh O'Dell

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.