UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:*<br><br>ANA RIVERA AND VICTOR RIVERA | Civil Action No: 3:17-cv-6621 |

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 31, 2017 on behalf of Ana Rivera and Victor Rivera.

Dated: August 31, 2017.

                                             Respectfully submitted,

                                             **THE SIMON LAW FIRM, P.C.**

                                             By: /s/ *Benjamin R. Askew*_____
                                                 John G. Simon, #35231
                                                 Anthony G. Simon, #38745
                                                 Benjamin R. Askew, #58933
                                                 800 Market Street, Suite 1700
                                                 Saint Louis, Missouri 63101
                                                 (314) 241-2929
                                                 (314) 241-2029 (FAX)
                                                 jsimon@simonlawpc.com
                                                 asimon@simonlawpc.com
                                                 baskew@simonlawpc.com

**Certificate of Service**

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

                                               /s/ *Benjamin R. Askew*_____
                                               Benjamin R. Askew