**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: ABBEDUTO, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17-03061 | **MDL No. 2738 (FLW) (LHG)**<br><br>Hearing Date: October 2, 2017<br>Courtroom: 5E |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2017, upon consideration of Plaintiffs' Motion to Remand this case to the Circuit Court of Cook County, Illinois, it is hereby ORDERED that the motion is **GRANTED**.

BY THE COURT

_____
Hon. Freda L. Wolfson
United States District Judge