Exhibit F

Walgreens president booked for PCPC annual meeting Filed 09/04/15 Page 1 of 1 PageID #: 298



FREE NEWSLETTER | Your e-mail address | SUBSCRIBE
Breaking News on Cosmetics Formulation & Packaging in North America | EU edition | APAC edition

HEADLINES  HOT TOPICS  PRODUCT LIBRARY  EVENTS  ON THE ROAD  RELATED SITES      Search

HEADLINES > MARKET TRENDS

Text size   Print   Forward

Subscribe to our FREE newsletter   Your e-mail address   SUBSCRIBE

Follow
Like  782

NEWS IN BRIEF

# Walgreens president booked for PCPC annual meeting

28-Jan-2009
Last updated on 29-Jan-2009 at 19:11 GMT

Follow  118

Related tags: Walgreens, Personal Care Products Council, Annual meeting

The Personal Care Products Council (PCPC) has announced that the president of Walgreens will deliver the keynote address at the trade association's 2009 Annual Meeting next month.

In his talk, Gregory Wasson, President and Chief Operating Officer of Walgreens, will focus on the initiatives the retailer is pursing in the cosmetics and personal care sector this year and discuss trends in the category.

Wasson will also cover the current economic conditions and talk more generally about how Walgreens works with beauty manufacturers and consumers.

Built as an event to help PCPC members gain insights on trends and business opportunities, the 2009 Annual Meeting will take place on February 24-27 in Boca Raton, Florida.

---

**SPONSORED LINK**

**The ultimate natural whitening ingredient for skin**

Beraca's BBA is a natural active ingredient produced by a unique process, with high quality raw materials and 100% traceable chain. It promotes an even skin tone, improves skin's firmness and provides deep hydration. Know more:... Click here

---

Copyright - Unless otherwise stated all contents of this web site are © 2015 - William Reed Business Media SAS - All Rights Reserved - Full details for the use of materials on this site can be found in the Terms & Conditions

**RELATED NEWS:**
PCPC partners with SAI Global on assessment program for cosmetic products
PCPC Annual Meeting 2013
CSC urges Walgreens to pull baby products from shelves
PCPC annual meeting focuses on impact of economic situation

**RELATED TOPICS:**



MOST POPULAR NEWS

1  From kitchen start-up to offers from Sephora in under a year
2  Navigating the Personal Care Products Safety Act