**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Aljanette Perry, individually and on behalf of Vattisee Butler-West<br><br>3:17-cv-6470 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 28, 2017 on behalf of Plaintiff, Aljanette Perry.

Dated: September 1, 2017

                                         Respectfully submitted,

                                         /s/ *Warren T. Burns*

                                         Korey A. Nelson (LA #30002)
                                         Amanda K. Klevorn (LA #35193)
                                         **BURNS CHAREST LLP**
                                         365 Canal Street, Suite 1170
                                         New Orleans, Louisiana 70130
                                         T: 504.799.2845
                                         F: 504.881.1765
                                         E: aklevorn@burnscharest.com
                                                 knelson@burnscharest.com

                                         **AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
   dcharest@burnscharest.com
   scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
