UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Mike Walker, on behalf of Vicki Walker, deceased<br><br>     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. f/k/a/ JOHNSON & JOHNSON CONSUMER COMPANIES, INC. and IMERYS TALC AMERICA, INC. f/k/a/ LUZENAC AMERICA, INC.<br><br>     Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-CV-06609<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 31, 2017 on behalf of Plaintiff Mike Walker, on behalf of Vicki Walker.

Dated: September 1, 2017

                          Respectfully submitted,

*[signature]*

Daniel J. McGlynn (LA#17051)

Julie H. Ralph (MS#101625)

MCGLYNN, GLISSON & MOUTON

340 Florida Street (70801)

P.O. Box 1909

Baton Rouge, LA 70821-1909

(225) 344-3555

(225) 344-3666 – Facsimile

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the EM/ECF participants registered to receive services in this MDL.

*[signature]*

Julie H. Ralph

Attorney for Plaintiff