UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* <br><br> **LISA WISNIOWICZ** | Civil Action No: 3:17-CV-6691 |

**NOTICE OF FILILNG SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 1, 2017 on behalf of Lisa Wisniowicz.

Dated: September 1, 2017.                Respectfully submitted,

                                                                            **THE SIMON LAW FIRM, P.C.**

                                                                            By: /s/ *Benjamin R. Askew*_____
        John G. Simon, #35231
        Anthony G. Simon, #38745
        Benjamin R. Askew, #58933
        800 Market Street, Suite 1700
        Saint Louis, Missouri 63101
        (314) 241-2929
        (314) 241-2029 (FAX)
        jsimon@simonlawpc.com
        asimon@simonlawpc.com
        baskew@simonlawpc.com

**Certificate of Service**

I hereby certify that on September 1, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

                                                          /s/ *Benjamin R. Askew*_____
                                                          Benjamin R. Askew