UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Mike Walker v. Johnson & Johnson, et al.* | MDL NO. 16-2738 (FLW) (LHG)<br><br>Civil Action No.: 3:17-CV-06609 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiff Mike Walker.

Date: 9-1-17

Respectfully Submitted:

By: /s/ Julie H. Ralph

Julie H. Ralph
(MS#101625)
MCGLYNN, GLISSON & MOUTON
340 Florida Street (70801)
P.O. Box 1909
Baton Rouge, LA 70821-1909
(225) 344-3555
(225) 344-3666 – Facsimile
Julie@mcglynnglisson.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 1st day of September, 2017.

/s/ Julie H. Ralph

Julie H. Ralph