UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| MARGARET L. WEBSTER, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:17-cv-06654 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 1, 2017.

Dated: September 1, 2017.

                                  Respectfully submitted,

                                  */s/* M. Brandon Smith
                                  M. BRANDON SMITH, Esq.
                                  Georgia Bar Number: 141418
                                  CHILDERS, SCHLUETER & SMITH, LLC
                                  1932 N. Druid Hills Road, Suite 100
                                  Atlanta, GA 30319
                                  Phone: 404.419.9500
                                  Fax: 404.419.9501
                                  bsmith@cssfirm.com
                                  *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> */s/* M. Brandon Smith
> M. BRANDON SMITH, Esq.
>
> *Attorney for Plaintiff(s)*