UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATE OF SERVICE**

I hereby certify that the Defendants identified below were served via electronic mail and overnight delivery on September 1, 2017, a true and correct copy of Plaintiff Steering Committees' Second Request for the Production of Documents Propounded to Defendants Johnson & Johnson, Plaintiff Steering Committees' Second Set of Interrogatories to Defendant Johnson & Johnson, Plaintiff Steering Committees' Second Request for the Production of Documents Propounded to Defendants Johnson & Johnson Consumer, Inc., Plaintiff Steering Committees' Second Set of Interrogatories to Defendant Johnson & Johnson Consumer, Inc., and Plaintiff Steering Committee's Notice to Take 30(b)(6) Oral Deposition of Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. Through Designated Witnesses:

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047
*COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and*
*JOHNSON & JOHNSON CONSUMER COMPANIES, INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue

Morristown, NJ 07962
*COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA 19107
*COUNSEL FOR DEFENDANT, PERSONAL CARE PRODUCTS COUNCIL*

DATE:  September 1, 2017

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com


/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

**Plaintiffs' Co-Lead Counsel**

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*

2