UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

### **CERTIFICATE OF SERVICE**

I hereby certify that the Defendants identified below were served via electronic mail and overnight delivery on September 1, 2017, a true and correct copy of the Plaintiff Steering Committees' Second Request for Production of Documents Propounded to Defendant Imerys Talc America, Inc., Plaintiff Steering Committees' Second Set of Interrogatories Propounded to Defendant Imerys Talc America, Inc., and Plaintiff Steering Committee's Notice to Take 30(b)(6) Oral Deposition of Defendant Imerys Talc America, Inc. Through Designated Witnesses:

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047
*COUNSEL FOR DEFENDANTS, JOHNSON AND JOHNSON and*
*JOHNSON & JOHNSON CONSUMER COMPANIES, INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
*COUNSEL FOR DEFENDANTS, IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com

1

THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA 19107
*COUNSEL FOR DEFENDANT, PERSONAL CARE PRODUCTS COUNCIL*

DATE:  September 1, 2017

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com


/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

**Plaintiffs' Co-Lead Counsel**

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*