## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Anita Davidson, Case No. 3:17-CV-06604* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 31, 2017, on behalf of Plaintiff Anita Davidson.

Dated: September 1, 2017        Respectfully Submitted by,

        */s/ Rolf T. Fiebiger*

        Rolf T. Fiebiger, Esq.
        MN Bar No. 391138
        Michael K. Johnson, Esq.
        MN Bar No. 258696
        Jennell K. Shannon, Esq.
        MN Bar No. 398672
        **JOHNSON BECKER, PLLC**
        444 Cedar Street, Suite 1800
        St. Paul, MN 55101
        Phone: 612-436-1800
        Fax: 612-436-1801
        Email: mjohnson@johnsonbecker.com
        Email: rfiebiger@johnsonbecker.com
        Email: jshannon@johnsonbecker.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com