UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* MARIA JOHANSEN | Civil Action No: 3:17-cv-6722 |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 30, 2017 on behalf of Maria Johansen.

Dated: September 1, 2017.                    Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: */s/ Anthony G. Simon*_____
  John G. Simon, #35231
  Anthony G. Simon, #38745
  Benjamin R. Askew, #58933
  800 Market Street, Suite 1700
  Saint Louis, Missouri 63101
  (314) 241-2929
  (314) 241-2029 (FAX)
  jsimon@simonlawpc.com
  asimon@simonlawpc.com
  baskew@simonlawpc.com

**Certificate of Service**

I hereby certify that on September 1, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

                    /s/ *Anthony G. Simon*_____
                    Anthony G. Simon