UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* <br><br> MARGIE KRIEG | Civil Action No: 3:17-CV-6730 |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 1, 2017 on behalf of Margie Krieg.

Dated: <u>September 1, 2017</u>.                   Respectfully submitted,

                                                                    **THE SIMON LAW FIRM, P.C.**

                                                                    By: /s/ *Benjamin R. Askew*_____
                                                                         John G. Simon, #35231
                                                                         Anthony G. Simon, #38745
                                                                         Benjamin R. Askew, #58933
                                                                         800 Market Street, Suite 1700
                                                                         Saint Louis, Missouri 63101
                                                                         (314) 241-2929
                                                                         (314) 241-2029 (FAX)
                                                                         jsimon@simonlawpc.com
                                                                         asimon@simonlawpc.com
                                                                         baskew@simonlawpc.com

**Certificate of Service**

I hereby certify that on September 1, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

                                                                       /s/ *Benjamin R. Askew*_____
                                                                       Benjamin R. Askew