UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* *Terresa Vanover,* | Civil Action No: 3:17-CV-6791 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 5, 2017 on behalf of Terresa Vanover.

Dated: September 5, 2017

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/ *Benjamin R. Askew*_____
John G. Simon, #35231
Anthony G. Simon, #38745
Benjamin R. Askew, #58933
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (FAX)
jsimon@simonlawpc.com
asimon@simonlawpc.com
baskew@simonlawpc.com

## Certificate of Service

I hereby certify that on September 5, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ *Benjamin R. Askew*_____
Benjamin R. Askew