UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br>_____<br>THIS DOCUMENT ALSO RELATES TO:<br><br>DANETTE PETTIGREW,<br><br>            Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>            Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br>Case No. 3:17-cv-06574-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 30, 2017, on behalf of Plaintiff DANETTE PETTIGREW.

Dated September 5, 2017          Respectfully Submitted,

                                      By:   /s/ *Mark P. Robinson, Jr.*
                                            Mark P. Robinson, Jr.
                                            19 Corporate Plaza Drive
                                            Newport Beach, CA 92660
                                            949-720-1288 Phone
                                            949-720-1292 Facsimile
                                            mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2017, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.