**CERTIFICATION OF SERVICE**

   I hereby certify that on September 6, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              /s/ Patrick L. Oot, Jr.
              Patrick L. Oot, Jr.
              SHOOK, HARDY & BACON LLP
              1155 F Street NW
              Suite 200
              Washington, DC 20004
              Telephone: (202) 783-8400
              oot@shb.com