UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To:*<br><br>**APRIL HANAWAY**, Special Administrator For the Estate of **MARTHA JANE ODLE**, | MDL NO. 16-2738<br>(3:16-md-02738)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 6, 2017 on behalf of April Hanaway, Special Administrator for the Estate of Martha Jane Odle.

Dated: September 6, 2017

Respectfully submitted,

s/Daniel N. Abraham
Daniel N. Abraham    (OH – 0023457)
Colley Shroyer & Abraham Co., LPA
536 South High Street
Columbus, Ohio 43215
Tele:  (614) 228-6453
Fax:   (614) 228-7122
Email:  dabraham@csajustice.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2017, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    s/Daniel N. Abraham
Daniel N. Abraham   (OH-23457)