UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON/LOIS H. GOODMAN    Date: September 6, 2017
Court Reporter: Vincent Russoniello

TITLE OF CASE:                            CIVIL 16-2738(FLW)(LHG)
JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:

See attached sign in sheets.

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Status conference scheduled for December 7, 2017 at 10:30 A.M.
Document discovery due within 60 days.
All written discovery due within 90 days.
Plaintiff to identify experts within 60 days.
Order to be filed.


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 12:00 P.M.
TOTAL TIME: 1 hour 30 minutes          s/Jacqueline Merrigan
                                       Deputy Clerk

INITIAL STATUS/SETTLEMENT FINAL PRETRIAL: ✓

DATE: 9-6-17
TIME: 10:30

CASE NAME: J&J
CIVIL ACTION NO.: 16-2738

**APPEARANCES**

NAME: Daniel Lapinski
FIRM NAME: Wilentz
MAILING ADDRESS:
PHONE NO.: 732-855-6066
WHOM YOU REPRESENT: Plaintiffs

NAME: Leigh O'Dell  PSC
FIRM NAME: Beasley Allen
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

***********

NAME: Chris Plotkin
FIRM NAME: Cohen Placitella d Roth
MAILING ADDRESS:
PHONE NO.: 732-747-9003
WHOM YOU REPRESENT:

NAME: Laurence Berman
FIRM NAME: Levin Sedran Berman
MAILING ADDRESS: 510 Walnut #500
Phila PA 19106
PHONE NO.: 215-592-1500
WHOM YOU REPRESENT: Plaintiff (PSC)

INITIAL
STATUS/SETTLEMENT
FINAL PRETRIAL

DATE _____
TIME _____

CASE NAME: _Plaintiff_

CIVIL ACTION NO.: _____

**APPEARANCES**

NAME: Hunter Shkolnik
FIRM NAME: Napoli Shkolnik
MAILING ADDRESS: 360 Lexington Ave
NY NY 10017
PHONE NO.: 212 397 1000
WHOM YOU REPRESENT: π

NAME: Chris Tisi
FIRM NAME: Ashcraft Gerel
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT: π

\*\*\*\*\*\*\*\*\*\*\*

NAME: Richard Golomb
FIRM NAME: Golomb Honik
MAILING ADDRESS: 1515 Market St.
Phila PA 19102
PHONE NO.: 215 985 9177
WHOM YOU REPRESENT: π

NAME: Patrick Oot
FIRM NAME: Shook Hardy + Bacon
MAILING ADDRESS: 1155 F Street NW
Suite 200
PHONE NO.: 002 5395645
WHOM YOU REPRESENT: J+J Defendants

```
INITIAL
STATUS/SETTLEMENT         _____        DATE _____
FINAL PRETRIAL            _____
                          _____        TIME _____
CASE NAME:                _____
CIVIL ACTION NO.:         _____
```

## APPEARANCES

NAME: Susan Sharko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J, JJCI

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J, JJCI

**********  **********  **********  **********  **********

NAME: John Beisner
FIRM NAME: Skadden Arps
MAILING ADDRESS: 1440 New York Ave, N.W.
Washington, DC 20005

PHONE NO.: 202-371-7000
WHOM YOU REPRESENT: J&J, JJCI

NAME: Warren T. Burns
FIRM NAME: Burns Charest LLP
MAILING ADDRESS: 900 Jackson St, #500
Dallas, TX 75202

PHONE NO.: 469 904 4500
WHOM YOU REPRESENT: Plaintiffs

```
INITIAL
STATUS/SETTLEMENT         _____        DATE _____
FINAL PRETRIAL            _____
                          _____        TIME _____
CASE NAME: _____

CIVIL ACTION NO.: _____
```

## APPEARANCES

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw
MAILING ADDRESS:
975 F Str. NW
Washington, DC

PHONE NO.: 202 828 5376
WHOM YOU REPRESENT:
Personal Care Products (Council)

NAME: Lorna Dotro
FIRM NAME: Coughlin Duffy
MAILING ADDRESS:
350 Mt. Kimble Ave.
Morristown, NJ 07962

PHONE NO.: 973-267-0058
WHOM YOU REPRESENT:
Imerys Talc

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NAME: Mark Silver
FIRM NAME: Coughlin Duffy
MAILING ADDRESS:
350 Mt. Kimble Avenue
Morristown, NJ 07960

PHONE NO.: 973-631-6045
WHOM YOU REPRESENT:
Imerys Talc America, Inc.

NAME: Nancy M. Erfle
FIRM NAME: Gordon & Rees
MAILING ADDRESS:
~~121 SW Sheridan St~~
121 SW Morrison
Portland OR 97201

PHONE NO.: 503-382-3852
WHOM YOU REPRESENT:
Imerys Talc America

```
INITIAL              _____
STATUS/SETTLEMENT    _____                    DATE _____
FINAL PRETRIAL       _____
                                                       TIME _____
CASE NAME:           _____

CIVIL ACTION NO.:    _____
```

## APPEARANCES

NAME: Ann Thornton Field
      Gordon Rees

FIRM NAME:

MAILING ADDRESS:
2005 Market Street
2900
Philadelphia, PA 19103

PHONE NO.: 215 7174002

WHOM YOU REPRESENT:
Imerys Talc America

NAME: _____

FIRM NAME: _____

MAILING ADDRESS: _____

PHONE NO.: _____

WHOM YOU REPRESENT: _____

\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*

NAME: Michelle Parfitt

FIRM NAME: Ashcraft + Gerel

MAILING ADDRESS:
4900 Seminary Rd.
Alexandria, VA.

PHONE NO.: 2026690032

WHOM YOU REPRESENT:

NAME: _____

FIRM NAME: _____

MAILING ADDRESS: _____

PHONE NO.: _____

WHOM YOU REPRESENT: _____