UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**CAROLYN DIANE PERKOLA**,<br><br>                 Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                 Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: _3:17-cv-06835__<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 6, 2017 on behalf of Plaintiff, Carolyn Diane Perkola.

Dated:   September 6, 2017

                 Respectfully submitted,

                 */s/ Eric D. Pearson*
                 Eric D. Pearson
                 Texas State Bar No. 15690472
                 eric@hop-law.com
                 HEYGOOD, ORR & PEARSON
                 6363 North State Hwy 161, Suite 450
                 Irving, Texas 75038
                 (214) 237-9001 Telephone
                 (214) 237-9002 Facsimile

                 **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                                           /s/   **Eric D. Pearson**
                                                                           Eric D. Pearson

                                                                           ATTORNEY FOR PLAINTIFF