# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG <br><br> MDL No. 2738 <br><br> ~~PROPOSED~~ ORDER TERMINATING MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

**THIS MATTER** having been opened to the Court by the parties at the September 6, 2017 Case Management Conference; it appearing that Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. moved in numerous cases, outlined in Exhibit A of this Order, to dismiss certain plaintiffs' complaints based on lack of personal jurisdiction; it appearing that the parties have resolved the personal jurisdiction issues raised by these motions,

**IT IS** on this 6th day of September, 2017,

**ORDERED** that all the motions listed on Exhibit A of this Order shall be **ADMINISTRATIVELY TERMINATED** until further order of this Court.

_____
Hon. Freda L. Wolfson, U.S.D.J.

# EXHIBIT A
# LIST OF TERMINATED MOTIONS

| Case Name | Case No. | Terminated Motions |
|---|---|---|
| *Freddie Landrum, et al. v. Johnson & Johnson, et al.* | 3:17-cv-04032 | Johnson & Johnson Defendants' Motion to Dismiss filed July 6, 2017. Plaintiffs' Opposition filed August 7, 2017. |
| *Kelly Frances Cogliandro v. Johnson & Johnson, et al.* | 3:17-cv-04348 | Johnson & Johnson Defendants' Motion to Dismiss filed July 17, 2017. Plaintiffs' Opposition filed August 16, 2017. |
| *Laura Saldana-Kintner v. Johnson & Johnson, et al.* | 3:17-cv-04353 | Johnson & Johnson Defendants' Motion to Dismiss filed July 17, 2017. Plaintiffs' Opposition filed August 16, 2017. |
| *Edna Howard v. Johnson & Johnson, et al.* | 3:17-cv-04350 | Johnson & Johnson Defendants' Motion to Dismiss filed July 17, 2017. Plaintiffs' Opposition filed August 16, 2017. |
| *Robbie Dollar v. Johnson & Johnson, et al.* | 3:17-cv-04349 | Johnson & Johnson Defendants' Motion to Dismiss filed July 17, 2017. Plaintiffs' Opposition filed August 16, 2017. |
| *Angela Harrell v. Johnson & Johnson, et al.* | 3:17-cv-04351 | Johnson & Johnson Defendants' Motion to Dismiss filed July 17, 2017. Plaintiffs' Opposition filed August 16, 2017. |
| *Rosa Quaider v. Johnson & Johnson, et al.* | 3:17-cv-04721 | Johnson & Johnson Defendants' Motion to Dismiss filed July 27, 2017. |
| *Vicki Peterson v. Johnson & Johnson, et al.* | 3:17-cv-04720 | Johnson & Johnson Defendants' Motion to Dismiss filed July 27, 2017. |
| *Patricia Rice v. Johnson & Johnson, et al.* | 3:17-cv-04719 | Johnson & Johnson Defendants' Motion to Dismiss filed July 27, 2017. |
| *Karen Glenn, et al. v. Johnson & Johnson, et al.* | 3:17-cv-05071 | Johnson & Johnson Defendants' Motion to Dismiss filed August 11, 2017. |
| *Mary Lovell v. Johnson & Johnson, et al.* | 3:17-cv-05222 | Johnson & Johnson Defendants' Motion to Dismiss filed August 17, 2017. |
| *Eleanor Miller v.* | 3:17-cv- | Johnson & Johnson Defendants' Motion |

| Case Name | Case No. | Terminated Motions |
|---|---|---|
| *Johnson & Johnson, et al.* | 05226 | to Dismiss filed August 17, 2017. |
| *Michelle Settipani v. Johnson & Johnson, et al.* | 3:17-cv-05224 | Johnson & Johnson Defendants' Motion to Dismiss filed August 17, 2017. |
| *Virginia King v. Johnson & Johnson, et al.* | 3:17-cv-05227 | Johnson & Johnson Defendants' Motion to Dismiss filed August 17, 2017. |
| *Lorraine Terando v. Johnson & Johnson, et al.* | 3:17-cv-05225 | Johnson & Johnson Defendants' Motion to Dismiss filed August 17, 2017. |

89943733.1