# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## CASE MANAGEMENT ORDER NO. 9

**THESE MATTERS** having come before the Court during the Case Management Conference held on September 6, 2017;

**IT IS ORDERED:**

1. The next Case Management Conference will be Thursday, October 5, 2017, beginning at 10:30 a.m.

2. The following Case Management Conference will be Thursday, December 7, 2017, beginning at 10:30 a.m.

3. Defendants shall complete document production within sixty (60) days of the date of this Order.

4. Written discovery shall be completed within ninety (90) days of the date of this Order.

5. Plaintiffs shall identify the names of their experts and provide a brief summary of the expert's area of expertise and topics expected to be discussed by the expert within sixty (60) days of the date of this Order.

_____  9/7/17
Hon. Freda L. Wolfson, U.S.D.J.