Melissa S. Hedrick
Hedrick Law Firm
3721 N. Classen Boulevard
Oklahoma City, OK  73118
405-361-7844 (O)
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL NO. 16-2738 (FLW)(LHG)<br>)  JUDGE FREDA L. WOLFSON<br>)  MAG. JUDGE LOIS H. GOODMAN<br>)<br>)<br>) |
| Dianna C. Kent, and Douglas Kent, Husband and Wife,<br><br>            Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, Et Al; Johnson & Johnson Consumer Companies, Inc. Imerys Talc America, Inc., F/K/A Luzenac America, Inc.; And Personal Care Products Council F/K/A Cosmetic, Toiletry And Fragrance Association (CTFA);<br><br>            Defendants. | ) Civil Action 3:17-cv-01547-FLW-LHG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Court Clerk's Notice of September 6, 2017 that the Short Form Complaint and Jury Demand was filed in the individual case on May 10, 2017 on behalf of Plaintiffs, Dianna C. Kent and Douglas Kent.

1

DATED: September 7, 2017							Respectfully submitted,

                s/ MELISSA S. HEDRICK
                Melissa S. Hedrick
                HEDRICK LAW FIRM
                3721 N. Classen Boulevard
                Oklahoma City, OK  73118
                405-361-7844 (O)
                405-528-0359 (F)
                Melissa.S.Hedrick@gmail.com
                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 7, 2017, a copy of the foregoing was served on all parties of record via the District of New Jersey's electronic filing system.

                s/ Melissa S. Hedrick
                Melissa S. Hedrick
                Hedrick Law Firm
                3721 N. Classen Boulevard
                Oklahoma City, OK  73118
                405-361-7844 (O)
                405-528-0359 (F)
                Melissa.S.Hedrick@gmail.com