# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS** | Master Docket No. 3:16-md-2738 (FLW)<br><br>MDL 2738<br><br>Honorable Freda L. Wolfson |
| This document relates to:<br><br>Estrada v. Johnson & Johnson, et al., E.D. California, C.A. No. 2:14-01051 | Case No.   3:16-cv-7492 (FLW) |

---------------------------------------------------------------------------------------------------------------------
### PLAINTIFF MONA ESTRADA'S NOTICE OF APPEAL
---------------------------------------------------------------------------------------------------------------------

 

Timothy G. Blood
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
F: 619/338-1101
tblood@bholaw.com
pbrown@bholaw.com

*Attorneys for Plaintiff Mona Estrada*
(Additional Counsel on Signature Page)

00126060

Notice is hereby given that plaintiff Mona Estrada appeals to the United States Court of Appeals for the Third Circuit from the Order granting defendants Johnson & Johnson and Johnson & Johnson Consumer Companies' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) [ECF No. 53] and accompanying Opinion [ECF No. 50], entered in this action on August 10, 2017.

Dated: September 8, 2017

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood
Paula R. Brown

By:      s/ *Timothy G. Blood*
         TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
*Class Counsel*

BEASLEY, ALLEN, CROW, METHVIN,
      PORTIS & MILES, P.C.
W. Daniel "Dee" Miles, III
Lance C. Gould
Alison Douillard Hawthorne
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103
T: 334/269-2343

THE SMITH LAW FIRM
Allen Smith, Jr.
618 Towne Center Blvd., Suite B
Ridgeland, MS  39157
T: 601/952-1422
*Attorneys for Plaintiff Mona Estrada*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the United States District Court, District of New Jersey, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on September 8, 2017.

                    *s/ Timothy G. Blood*
                    TIMOTHY G. BLOOD

00126060

2