Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Sarah L. Smith*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |
| This document relates to: <br> Sarah L. Smith; <br> Case No: 3:17-cv-06984-FLW-LHG | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Sarah L. Smith.

Dated: September 12, 2017

By: /s/ *Brandi R. Hamilton*
Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Sarah L. Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Brandi R. Hamilton
Brandi R. Hamilton