**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| ***THIS DOCUMENT RELATES TO:*** | **Civil Action No: 3:17-CV-6991** |
| ***KARA LEON AND ALFRED LEON,*** | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 12, 2017 on behalf of Kara Leon and Alfred Leon.

Dated: <u>September 12, 2017</u>                    Respectfully submitted,

                                    **THE SIMON LAW FIRM, P.C.**

                                    By: <u>*/s/ Benjamin R. Askew*        </u>
                                         John G. Simon, #35231
                                         Anthony G. Simon, #38745
                                         Benjamin R. Askew, #58933
                                         800 Market Street, Suite 1700
                                         Saint Louis, Missouri 63101
                                         (314) 241-2929
                                         (314) 241-2029 (FAX)
                                         jsimon@simonlawpc.com
                                         asimon@simonlawpc.com
                                         baskew@simonlawpc.com

**Certificate of Service**

I hereby certify that on September 12, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

                                    <u>*/s/ Benjamin R. Askew*        </u>
                                    Benjamin R. Askew