Melissa S. Hedrick
Hedrick Law Firm
3721 N. Classen Boulevard
Oklahoma City, OK  73118
405-361-7844 (O)
*Attorney for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL NO. 16-2738 (FLW)(LHG)<br>) JUDGE FREDA L. WOLFSON<br>) MAG. JUDGE LOIS H. GOODMAN<br>)<br>) |
| Dianna C. Kent, and Douglas Kent, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, Et Al; Johnson & Johnson Consumer Companies, Inc. Imerys Talc America, Inc., F/K/A Luzenac America, Inc.; And Personal Care Products Council F/K/A Cosmetic, Toiletry And Fragrance Association (CTFA);<br><br>Defendants. | ) Civil Action 3:17-cv-01547-FLW-LHG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION DOCUMENT ENTRY 695 RESTRICED IN ERROR

Notice is hereby given that Plaintiffs Dianna C. Kent and Douglas Kent erroneously filed Notice of Filing Short Form Complaint, Document Entry 695 on September 7, 2017 as confidential.  The access to Document Entry 695 (Notice of Filing Short Form Complaint) was restricted in error and Plaintiffs request the Court Clerk's Office to remove the restriction.

1

DATED: September 12, 2017	Respectfully submitted,

                                                                                           s/ MELISSA S. HEDRICK
                                                                                          Melissa S. Hedrick
HEDRICK LAW FIRM
3721 N. Classen Boulevard
Oklahoma City, OK  73118
405-361-7844 (O)
405-528-0359 (F)
Melissa.S.Hedrick@gmail.com
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2017, a copy of the foregoing was served on all parties of record via the District of New Jersey's electronic filing system.

                                                                                          s/ Melissa S. Hedrick
Melissa S. Hedrick
Hedrick Law Firm
3721 N. Classen Boulevard
Oklahoma City, OK  73118
405-361-7844 (O)
405-528-0359 (F)
Melissa.S.Hedrick@gmail.com