Sterling Starns
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Theresa Hayden*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Theresa Hayden; Case No:<br>3:17-cv-7000-FLW-LHG | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Theresa Hayden.

Dated: September 12, 2017                 By: /s/ *Sterling Starns*
                                          Sterling Starns
                                          DON BARRETT, P.A.
                                          404 Court Square North
                                          Lexington, Mississippi 39095
                                          Telephone: (662) 834-2488
                                          Fax: (662) 834-2628
                                          sstarns@barrettlawgroup.com

                                          *Attorney for Plaintiff Theresa Hayden*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                          */s/ Sterling Starns*
                                                                          Sterling Starns