David McMullan
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Plaintiff Eddie Dean Derrick*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION This document relates to: Eddie Dean Derrick, individually and as Executor of the Estate of Shirley Mae Hunt Derrick, deceased; Case No: 3:17-cv-7014-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG MDL NO. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Eddie Dean Derrick.

Dated: September 12, 2017

By: /s/ *David McMullan*
David McMullan
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Plaintiff Eddie Dean Derrick*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ David McMullan*
                                                David McMullan