Katherine B. Riley
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Rama Ray Moore*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION )<br>)<br>)<br>)<br>)<br>This document relates to:       )<br>Rama Ray Moore;                    )<br>Case No: 3:17-cv-7023-FLW-LHG )<br>                                             ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Rama Ray Moore.

Dated: September 12, 2017

By: /s/ *Katherine B. Riley*
Katherine B. Riley
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Rama Ray Moore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Katherine B. Riley*
Katherine B. Riley