UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>JULIE CARNES<br><br>3:17-cv-07055 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on September 13, 2017, on behalf of Plaintiff, Julie Carnes.

Dated:  September 13, 2017.                    Respectfully Submitted by,

**KILLIAN, DAVIS, RICHTER & MAYLE, PC**

*/s/ Nicholas W. Mayle* _____
Nicholas W. Mayle, Esq.
Attorneys for Plaintiff
202 North 7th Street
Post Office Box 4859
Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRIT OF NEW JERSEY**

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on the 13th of September, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                                  */s/ Nicholas W. Mayle*
                                  Nicholas W. Mayle, Esq.
                                  Attorneys for Plaintiff
                                  202 North 7th Street
                                  Post Office Box 4859
                                  Grand Junction, CO 81502
                                  Phone: (970) 241-0707
                                  Fax: (970) 242-8375
                                  nick@killianlaw.com