**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES ) | MDL NO. 2738 |
| AND PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| Susan Austin; Case No. ) | |
| 3:17-cv-02400-FLW-LHG ) | SEPTEMBER 13, 2017 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of the Plaintiff, Susan Austin.

THE PLAINTIFF

By: /s/ Kelly E. Reardon (ct28441)
Kelly E. Reardon (ct28441)
THE REARDON LAW FIRM, P.C.
160 Hempstead St.
P.O. Drawer 1430
New London, CT   06320
Phone:  860-442-0444
Fax:  860-444-6445
Email:  kreardon@reardonlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2017, a copy of the foregoing Notice of Filing was filed via the Court's EM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's leectr0onic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Kelly E. Reardon (ct28441)___<br>
Kelly E. Readon, Esq.

2