Richard Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

*Attorney for Plaintiff Clara Bell Williams*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  )  )  )  )  )   This document relates to:   )   Clara Bell Williams;   )   Case No: 3:17-cv-7056-FLW-LHG   )   ) | Civil No. 3:16-md-2738-FLW-LHG   MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Clara Bell Williams.

Dated: September 13, 2017

By: /s/ *Richard Barrett*
Richard Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

*Attorney for Plaintiff Clara Bell Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Richard Barrett*
Richard Barrett