UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**CASSANDRA FISHBEIN, CHRISTY NEESE, and CYNTHIA ROBINSON individually and on behalf of the ESTATE of SHIRLEY ROBINSON**,<br><br>                  **Plaintiffs,**<br><br>**v.**<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,**<br><br>                  **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-cv-07075-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed in the above-referenced case on September 13, 2017 on behalf of Plaintiffs Cassandra Fishbein, Christy Neese and Cynthia Robinson, individually and on behalf of the Estate of Shirley Robinson.

Dated:  September 14, 2017

                                              Respectfully submitted,

                                              */s/ Eric D. Pearson*
                                              Eric D. Pearson

>Texas State Bar No. 15690472
>eric@hop-law.com
>HEYGOOD, ORR & PEARSON
>6363 North State Hwy 161, Suite 450
>Irving, Texas 75038
>(214) 237-9001 Telephone
>(214) 237-9002 Facsimile

>**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> _/s/ Eric D. Pearson_____
> Eric D. Pearson
>
> ATTORNEY FOR PLAINTIFFS