UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**EMILY VINSON**,<br><br>      **Plaintiffs**,<br>v.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.**,<br><br>      **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-cv-07066-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed in the above-referenced case on September 13, 2017 on behalf of Plaintiff, Emily Vinson.

Dated:  September 14, 2017

        Respectfully submitted,

        */s/ Eric D. Pearson*
        Eric D. Pearson
        Texas State Bar No. 15690472
        eric@hop-law.com
        HEYGOOD, ORR & PEARSON
        6363 North State Hwy 161, Suite 450
        Irving, Texas 75038

(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/  Eric D. Pearson_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF