UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**LINDA HAYS**,<br><br>                        Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>COMPLAINT AND JURY DEMAND<br><br><br>Civil Action No.: 3:17-cv-07065-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

    Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed in the above-referenced case on September 13, 2017 on behalf of Plaintiff, Linda Hays.

    Dated:  September 14, 2017

                                            Respectfully submitted,

                                          */s/ Eric D. Pearson*
                                          Eric D. Pearson
                                          Texas State Bar No. 15690472
                                          eric@hop-law.com
                                          HEYGOOD, ORR & PEARSON
                                          6363 North State Hwy 161, Suite 450

Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/  Eric D. Pearson  
Eric D. Pearson

ATTORNEY FOR PLAINTIFF