UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| SHELLEY LYTLE as personal representative of the ESTATE of JACQUELINE AMICA, **Plaintiffs,** v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., **Defendants.** | COMPLAINT AND JURY DEMAND Civil Action No.: 3:17-cv-07061-FLW-LHG CASE MANAGEMENT ORDER NO. 8 MATTER |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed in the above-referenced case on September 13, 2017 on behalf of Plaintiff, Shelley Lytle, as personal representative of the Estate of Jacqueline Amica.

Dated: September 14, 2017

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/ **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF