UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Johnson & Johnson and Johnson & Johnson Consumer, Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., Imery's Talc America, Inc., and Personal Care Products Counsel (PCPC)<br><br>This document Relates to:<br><br>THE ESTATE OF JUDITH SWAN,<br><br>                              Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; ET AL.,<br><br>                              Defendants. | 16-MD-2738-FLW-LHG<br><br>**Civil Case No. 3:17-cv-02008-FLW-LHG** |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 31, 2017 on behalf of Plaintiff, Estate of Judith Swan.

Dated:  September 14, 2017

                                                  WILL FERGUSON & ASSOCIATES

                                                  /s/ Kedar Bhasker
                                                  Kedar Bhasker
                                                  1720 Louisiana Blvd. NE, Suite 100
                                                  Albuquerque, NM  87110
                                                  505-243-5566
                                                  kedar@fergusonlaw.com
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

               /s/ Kedar Bhasker
               Kedar Bhasker