Richard Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

*Attorney for Plaintiff Curtis Gustafson*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to: ) Curtis Gustafson, individually and as the Personal Representative of Marilyn Gustafson, deceased; Case No: 3:17-cv-7112-FLW-LHG ) ) ) ) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Curtis Gustafson.

Dated: September 14, 2017       By: /s/ *Richard Barrett*
                                Richard Barrett
                                Law Offices of Richard R. Barrett, PLLC
                                2086 Old Taylor Rd, Suite 1011
                                Oxford, MS 38655
                                Tel: 662-380-5018
                                Fax: 866-430-5459
                                rrb@rrblawfirm.net

                                *Attorney for Plaintiff Curtis Gustafson*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 /s/ Richard Barrett
                                                 Richard Barrett