# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| *THIS DOCUMENT RELATES TO:* | **Civil Action No: 3:17-CV-7119** |
| *PENELOPE SEALY,* | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 14, 2017 on behalf of Penelope Sealy.

Dated: <u>September 14, 2017</u>                              Respectfully submitted,

                                                                        **THE SIMON LAW FIRM, P.C.**

                                                                        By: <u>*/s/ Benjamin R. Askew*</u>
                                                                             John G. Simon, #35231
                                                                             Anthony G. Simon, #38745
                                                                             Benjamin R. Askew, #58933
                                                                             800 Market Street, Suite 1700
                                                                             Saint Louis, Missouri 63101
                                                                             (314) 241-2929
                                                                             (314) 241-2029 (FAX)
                                                                             jsimon@simonlawpc.com
                                                                             asimon@simonlawpc.com
                                                                             baskew@simonlawpc.com

## Certificate of Service

I hereby certify that on September 14, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

                                                                        <u>*/s/ Benjamin R. Askew*</u>
                                                                        Benjamin R. Askew