# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCMENT RELATES TO:**<br><br>Lisa A. Herbick v. Johnson and Johnson Company, et. al. | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-07146 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 15, 2017 on behalf of Naila Faruqi.

Dated: September 15, 2017

                                                                   Respectfully submitted by,

                                                                   **ANAPOL WEISS**

                                                                   */s/ Gregory S. Spizer, Esq.*
                                                                   Gregory S. Spizer, Esquire
                                                                   Counsel for Plaintiff
                                                                   One Logan Square
                                                                   130 N. 18th Street; Ste. 1600
                                                                   Philadelphia, PA 19103
                                                                   Telephone 215-735-1130
                                                                   Facsimile: 215-875-7722
                                                                   E-mail: Gspizer@anapolweiss.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 15, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                */s/ Gregory S. Spizer, Esq.*
                Gregory S. Spizer, Esquire
                ANAPOL WEISS
                One Logan Square
                130 N. 18th Street; Ste. 1600
                Philadelphia, PA 19103
                Telephone 215-735-1130
                Facsimile: 215-875-7722
                E-mail: Gspizer@anapolweiss.com