**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: *Linda Ball, Case No. 3:17-CV-06918* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 8, 2017, on behalf of Plaintiff Linda Ball.

Dated: September 15, 2017          Respectfully Submitted by,

                                              */s/ Rolf T. Fiebiger*

                                              Rolf T. Fiebiger, Esq.
                                              MN Bar No. 391138
                                              Michael K. Johnson, Esq.
                                              MN Bar No. 258696
                                              Jennell K. Shannon, Esq.
                                              MN Bar No. 398672
                                              **JOHNSON BECKER, PLLC**
                                              444 Cedar Street, Suite 1800
                                              St. Paul, MN 55101
                                              Phone: 612-436-1800
                                              Fax: 612-436-1801
                                              Email: mjohnson@johnsonbecker.com
                                              Email: rfiebiger@johnsonbecker.com
                                              Email: jshannon@johnsonbecker.com

                                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com