UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Karla S. Gonzalez, v. Johnson & Johnson, et al.,*<br><br>Case No.: 3:17-cv-07170 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 5, 2017 on behalf of Plaintiff Carolyn A. Clear, individually and as Administrator of the Estate of Christine S. Clear.

Dated: September 15, 2017

                                                       Respectfully Submitted by,

                                                      s/ Andrew F. Sullo
                                                      SULLO & SULLO, LLP
                                                      2020 Southwest Fwy.
                                                      Suite 300
                                                      Houston, TX 77098
                                                      T: 713-839-9026
                                                      F: 713-335-0841
                                                      ASullo@sullolaw.com

                                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 15, 2017, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Andrew F. Sullo
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com
