Sterling Starns
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Gloria Graham*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Gloria Graham; Case No: 3:17-cv-7186-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Gloria Graham.

Dated: September 18, 2017.                By: /s/ *Sterling Starns*
                                          Sterling Starns
                                          DON BARRETT, P.A.
                                          404 Court Square
                                          Lexington, Mississippi 39095
                                          Telephone: (662) 834-2488
                                          Fax: (662) 834-2628
                                          sstarns@barrettlawgroup.com

                                          *Attorney for Plaintiff Gloria Graham*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                       */s/ Sterling Starns*
                                                       Sterling Starns