**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:_____ | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Deborah Smith.

Dated September 19, 2017

By: */s/ Peter G. McGrath*
Peter G. McGrath
McGrath Law Firm, PA
802 Johnnie Dodds Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 606-2755
Fax: (843) 388-7263

*Attorney for Plaintiff Deborah Smith*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                               */s/ Peter G. McGrath*
                                                               Peter G. McGrath