UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to*:*<br><br>*Robb v. Johnson & Johnson, et al.*, | **MDL No. 2738-FLW-LHG**<br><br><br><br><br><br>Case No. 3:16-cv-6608-FLQ-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 19, 2017 on behalf of Plaintiff, Robert L. Robb, son and next of kin to Mary R. Robb, deceased.

DATED:   September 19, 2017            Respectfully submitted,

                                                              By:     *s/ Matthew J. Sill*
                                                              MATTHEW J. SILL (OK Bar No. 21547)
                                                              SILL LAW GROUP PLLC
                                                              1101 N. Broadway, Suite 102
                                                              Oklahoma City, OK 73103
                                                              Tel: (405) 509-6300
                                                              Fax: (405) 509-6268
                                                              Email:  matt@sill-law.com

1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 19, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                  *s/ Matthew J. Sill*
                  MATTHEW J. SILL