**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

IN RE JOHNSON & JOHNSON          :
TALCUM POWDER PRODUCTS       : Civil Action:  3:16-md-2738-FLW-LHG
MARKETING, SALES PRACTICES,    :
AND PRODUCTS LIABILITY LITIGATION  : MDL No. 2738
                                                   :
THIS DOCUMENT RELATES TO:       :
*Trudy A. Lehman v. Johnson & Johnson, et al.*  :
*Civil Action No.: 3:17-cv-07195*                  :
_____

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed September 18, 2017 on

behalf of the plaintiff, Trudy A. Lehman.

Dated:  September 20, 2017                    Respectfully submitted,
                                                              /s/Michael J. Sobieray
                                                              Michael J. Sobieray
                                                              STEWART & STEWART
                                                              931 S. Rangeline Road
                                                              Carmel, Indiana  46032
                                                                Tel:   317/846-8999
                                                                Fax:  317/843-1991
                                                                E-mail:  mike@getstewart.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

record via the District of New Jersey electronic filing system on September 20, 2017.


/s/Michael J. Sobieray
Michael J. Sobieray
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana  46032
   Tel:   317/846-8999
    Fax:  317/843-1991
     E-mail:  mike@getstewart.com