## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION<br><br>Odell Holliday, Individually and on behalf of Linda Pearson Marshall, Deceased<br>　　　　　　　　　　　　Plaintiff<br>　v.<br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")<br>　　　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-0721 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 20, 2017 on behalf of Plaintiff, Odell Holliday, Individually and on behalf of Linda Pearson Marshall, Deceased.

Dated:　September 20, 2017

　　　　　　　　　　　　　　　　　　By: /s/ Mekel Smith Alvarez
　　　　　　　　　　　　　　　　　　MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
　　　　　　　　　　　　　　　　　　mekel@dugan-lawfirm.com
　　　　　　　　　　　　　　　　　　DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
　　　　　　　　　　　　　　　　　　dplymale@dugan-lawfirm.com
　　　　　　　　　　　　　　　　　　JAMES R. DUGAN, II, ESQ. (LSBA #23785)
　　　　　　　　　　　　　　　　　　jdugan@dugan-lawfirm.com
　　　　　　　　　　　　　　　　　　LANSON BORDELON, ESQ. (LSBA #3451)
　　　　　　　　　　　　　　　　　　lbordelon@dugan-lawfirm.com
　　　　　　　　　　　　　　　　　　DAVID SCALIA, ESQ. (LSBA #21369)
　　　　　　　　　　　　　　　　　　dscalia@dgan-lawfirm.com
　　　　　　　　　　　　　　　　　　THE DUGAN LAW FIRM APLC
　　　　　　　　　　　　　　　　　　One Canal Place
　　　　　　　　　　　　　　　　　　365 Canal Street, Suite 1000
　　　　　　　　　　　　　　　　　　New Orleans, LA  70130
　　　　　　　　　　　　　　　　　　Telephone: (504) 648-0180
　　　　　　　　　　　　　　　　　　Facsimile:  (504) 648-0181

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 20, 2017.

/s/ Mekel Smith Alvarez
Dugan Law Firm
*Attorneys for Plaintiff*