Sterling Starns
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Kelly Davis*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  )  )  )  )  )  This document relates to:  )  Kelly Davis; Case No: 3:17-cv-7285-FLW-LHG  )  ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Kelly Davis.

Dated: September 20, 2017.

By: /s/ *Sterling Starns*
Sterling Starns
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Kelly Davis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                           */s/ Sterling Starns*
                                                                           Sterling Starns