UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Rebecca Young<br><br>      Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>      Defendants | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:17-cv-7353 |

## NOTICE OF FILING

 Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 20, 2017 on behalf of Plaintiff, Janice Williams.

 Dated:  September 22, 2017

             By: /s/ Mekel Smith Alvarez
             MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
             mekel@dugan-lawfirm.com
             DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
             dplymale@dugan-lawfirm.com
             JAMES R. DUGAN, II, ESQ. (LSBA #23785)
             jdugan@dugan-lawfirm.com
             THE DUGAN LAW FIRM APLC
             365 Canal Street, Suite 1000
             New Orleans, LA  70130
             Telephone: (504) 648-0180
             Fax: (504) 648-0181

             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 22, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez