UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                              :
JOHNSON & JOHNSON TALCUM POWDER    :
PRODUCTS MARKETING, SALES PRACTICES :
AND PRODUCTS LIABILITY LITIGATION      :  Case No.: 3:16-md-02738-FLW-LHG
                                              :
_____:

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

      Lynne M. Kizis, Esq., of the law offices of Wilentz, Goldman & Spitzer, P.A., hereby enters a Notice of Appearance on behalf of all Plaintiffs.

Dated:  September 22, 2017                Respectfully submitted,

                                                    /s/ Lynne M. Kizis
                                                    Lynne M. Kizis
                                                    NJ Bar ID: 037831987
                                                    WILENTZ, GOLDMAN & SPITZER, P.A.
                                                     90 Woodbridge Center Drive, Suite 900, Box 10
                                                     Woodbridge, NJ  07095
                                                     lkizis@wilentz.com
                                                     Tele.:  732.636.8000
                                                     Fax.:   732.726.6612

#9455631.1