**CERTIFICATION OF FILING AND SERVICE**

I hereby certify that on the 22nd day of September, 2017, a copy of a Notice of Appearance on behalf of all Plaintiffs was filed via Electronic Case Filing. Notice of this filing will be sent to all parties via the Court's Electronic Case Filing System.

*Lynne M. Kizis*
Lynne M. Kizis

**Error! Unknown document property name.**