RECEIVED

SEP 22 2017

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

*Granted. Clerk's office is instructed to update the caption for this matter and terminate motion at [ECF No. 11].*

*So Ordered this 22ND day of September, 2017*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 3:17-cv-03667<br><br>MDL No. 2738<br><br>August 22, 2017 |

## MOTION TO SUBSTITUTE ESTATE

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves that the Estate of Kathleen Thompson be substituted for the Plaintiff Kathleen Thompson. By way of background, on April 27, 2017 the Plaintiff, Kathleen Thompson, filed this action against the Defendants. Thereafter, this action was transferred to the Untied States District Court for the District of New Jersey as case 3:17-cv-03667 in MDL No. 2738. Thereafter, on May 5, 2017, Ms. Thompson passed away. On July 31, 2017, an estate was opened with the Southeastern Connecticut Regional Probate Court where her daughter, Kathleen Gauthier, and husband Charles Thompson were appointed co-executors (Exhibit A).

**WHEREFORE**, the Plaintiff moves that the Estate of Kathleen Thompson by its Executors, Kathleen Gauthier and Charles Thompson, be substituted as Plaintiff in this matter.

1

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

THE PLAINTIFF

By: s/Matthew H. Zucker (CT Juris # 29453)
Matthew H. Zucker (CT Juris # 29453)
Kelly E. Reardon (CT Juris # 28441)
THE REARDON LAW FIRM, P.C.
160 Hempstead St.
P.O. Drawer 1430
New London, CT   06320
Phone:  860-442-0444
Fax:  860-444-6445
Email: mzucker@reardonlaw.com
        kreardon@reardonlaw.com