UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02738-FLW-LHG |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Lynne M. Kizis, Esq., of the law offices of Wilentz, Goldman & Spitzer, P.A., hereby enters a Notice of Appearance on behalf of Plaintiff Dolores Shea.

Dated: September 22, 2017

Respectfully submitted,

/s/ Lynne M. Kizis
Lynne M. Kizis
NJ Bar ID: 037831987
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900, Box 10
Woodbridge, NJ 07095
lkizis@wilentz.com
Tele.: 732.636.8000
Fax.: 732.726.6612

#9455631.1