## CERTIFICATION OF FILING AND SERVICE

I hereby certify that on the 22nd day of September, 2017, a copy of a *Notice of Appearance on behalf of Plaintiff Dolores Shea* was filed via Electronic Case Filing. Notice of this filing will be sent to all parties via the Court's Electronic Case Filing System.

/s/ Lynne M. Kizis

#3951213.1(154173.002)