# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |
| **This Document Relates to: All Plaintiffs** | |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF JIJO JAMES, M.D.

PLEASE TAKE NOTICE that, in connection with *Gail Lucille Ingham and Robert Ingham, et al. v. Johnson & Johnson, et al.*, Case No. 1522-CC10417, in the Circuit Court of the City of St. Louis, State of Missouri, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Missouri Rules of Civil Procedure, cross-notice the videotaped deposition upon oral examination of **Jijo James, M.D.**, before a person duly authorized to administer oaths, on **October 7, 2017 at 1:30 pm (eastern time) at the offices of Drinker Biddle & Reath, 105 College Road East, Princeton, NJ 08540**, pursuant to the *Third Amended Notice of Oral and Video Deposition of Jijo James, M.D.*, as served and attached as Exhibit "A"

hereto. A second camera will be placed on counsel examining the witness in accordance with the Federal and Missouri rules.

The deposition will be conducted pursuant to the provisions of the Missouri Rules of Civil Procedure. You may appear and examine the witness following completion of the *Ingham* deposition.

Dated: September 22, 2017

*s/Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Facsimile: 973-360-9831
E-mail: susan.sharko@dbr.com

*s/Gene M. Williams*
Gene M. Williams
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: 713-227-8008
Facsimile: 713-227-9508
gmwilliams@shb.com

*s/John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
john.beisner@skadden.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc., now known as Johnson & Johnson Consumer Inc.*

# EXHIBIT A

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| GAIL LUCILLE INGHAM and ROBERT INGHAM, et al., | |
| Plaintiffs, | Case Number: 1522-CC10417-01 |
| v. | |
| JOHNSON & JOHNSON, et al. | |
| Defendants. | |

**THIRD AMENDED NOTICE OF ORAL AND VIDEO
DEPOSITION OF JIJO JAMES, M.D.**

TO:   Defendants: Johnson & Johnson and Johnson and Johnson Consumer Companies

PLEASE TAKE NOTICE that, pursuant to Rule 57.03 of the Missouri Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition of Jijo James, M.D on October 7, 2017 at 1:30 pm (Local) at the offices of the DrinkerBiddle, 105 College Rd E, Princeton, NJ 08540. The deposition will be taken before a person authorized by law to administer oaths and will continue day-to-day until the examination is completed.

The Defendant should also produce for inspection and copying, in accordance with Rule 58.01, and no later than **October 1, 2017** the documents requested in Exhibit "A" attached to this Notice below.

Dated: September 7, 2017

        **HOLLAND LAW FIRM**

        /s/ Eric D. Holland
        Eric D. Holland
        R. Seth Crompton
        Patrick R. Dowd
        300 N. Tucker Blvd., Suite #801
        Saint Louis, MO 63101
        314.241.8111 (ph)
        314.241.5554 (fax)
        eholland@allfela.com
        scrompton@allfela.com
        pdowd@allfela.com

        **GRAY RITTER & GRAHAM, PC**
        Thomas K. Neill
        701 Market Street, Suite 800
        Saint Louis, MO 63101
        314.732.0728 (ph)
        314.241.4140 (fax)
        tneill@grgpc.com

        **THE LANIER LAW FIRM, PLLC**
        W Mark Lanier (Pro Hac Vice)
        Richard D. Meadow (Pro Hac Vice)
        Lee A. Cirsch (Pro Hac Vice)
        6810 FM 1960 West
        Houston, TX 77069
        713.659.5200 (ph)
        713.659.2204 (fax)
        WML@lanierlawfirm.com
        Richard.Meadow@lanierlawfirm.com
        Lee.cirsch@lanierlawfirm.com

        **THE LANIER LAW FIRM, PC**
        Michael A. Akselrud (Pro Hac Vice)
        10866 Wilshire Blvd., #400
        Los Angeles, CA 90024
        310.277.5100 telephone
        310.277.5103 facsimile
        Michael.Akselrud@lanierlawfirm.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via Electronic mail and First Class Mail to the below counsel for Defendants on this 7th day of September, 2017.

Gerard T. Noce
Hepler Broom LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
Email: gtn@heplerbroom.com

Beth A. Bauer
Hepler Broom LLC
130 N. Main Street, P.O. Box 510
Edwardsville, IL 62025
Email: bab@heplerbroom.com

Mary Anne Mellow
Mark A. Prost
Sandberg Phoenix & von Gontard P.C.
600 Wasington Ave., 15th Floor
St. Louis, MO 63101-1313
Email: mmellow@sandbergphoenix.com
Email: mprost@sandbergphoenix.com

Respectfully submitted,

*s/ Eric D. Holland*
Eric D. Holland - Bar #: 39935
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

## EXHIBIT "A"
### Definitions

The following definitions apply to this notice of deposition and are deemed to be incorporated into each request below:

    a.    The term "DOCUMENT(S)" as used herein is defined herein to be synonymous in meaning and equal in scope to the usage of this term in 58.01(a)(1) of the Missouri Rules of Civil Procedure. Whenever the term DOCUMENT(S) is used herein, it shall include without the need for further reference and without limitation, all written, printed, typed, word-processed, copy, photocopy, photo static copy, photographed, recorded, computer-generated files, writing, text, file, representation, image, object, computer file, recorded information, presentation, communication, representation, record, all data in any form, whether comprised of letters, words, numbers, pictures, sounds, bytes, e-mails, electronic signals or impulses, electronic data, active files, deleted files, file fragments, memoranda, notes, records, letters, envelopes, telegrams, messages, instant messages, chats, voicemails, studies, analyses, contracts, agreements, projections, estimates, working papers, accounts, analytical records, reports and/or summaries of investigation, opinions of consultants, reports of consultants, opinions of experts, reports of experts, opinions of accountants, reports of accountants, other reports, trade letters, press releases, comparisons, books, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, forecasts, drawings, diagrams, PowerPoint-type files, spreadsheets, video files, audio files, instructions, minutes of meetings, minutes of communications of any type, including inter- and intra-office communications, telephone conference, meetings and conferences with any regulatory agencies wherever located, questionnaires, surveys, charts, graphs, photographs, films, tapes, discs, data cells, drums, printouts, all other compiled data which can be obtained (translated, if necessary, through intermediary or other devices into usable forms), documents maintained on,

stored in and/or generated on any electronic transfer and/or storage systems, including all versions (including drafts and revisions) of any of the foregoing, and other writings or documents of whatever description or kind, whether produced or authorized by or on behalf of you or anyone else, and shall include all non-identical copies and drafts of any of the foregoing now in the possession, custody or control of you, or the former or present directors, officers, counsel, agents, employees, partners, consultants, principals, and/or persons acting on your behalf. The term DOCUMENTS includes all duplicates of documents contemporaneously or subsequently created. The term DOCUMENTS also includes all drafts. The term DOCUMENT(S) also includes COMMUNICATION(S) as defined below. The DOCUMENTS requested herein include DOCUMENTS no matter where they were created, maintained or stored and are expressly not limited to DOCUMENTS created, maintained and/or stored in the United States. Further, the term DOCUMENT(S) refers to all documents whether or not the DEFENDANT(S) created, edited and/or received the DOCUMENT(S) as part of the original and/or intended chain and/or disclosed to anyone in the disclosed chain.

  b. "Relating to," "relate to," "relating," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

  c. Whenever the term "COMMUNICATION(S)" is used herein, it shall include without the need for further reference and without limitation, every manner or means of disclosure,

5

transfer or exchange and every disclosure, transfer or exchange of information, whether orally, electronically or by DOCUMENT(S) or whether face-to- face, by teleconference, telephone, mail, e-mail, text messaging, instant messaging, chat, facsimile, personal delivery, overnight delivery or other format. To the extent that a COMMUNICATION is in the form of, attached to, and/or part of a DOCUMENT, it is included under the definition of the term DOCUMENT, above. To the extent that a COMMUNICATION(s) is two-way, the definition "BY AND BETWEEN" at set forth in the DEFINITIONS section of Exhibit A will apply where the word COMMUNICATION(S) is used.

        d.      The term "BY AND BETWEEN" shall be deemed to include the items (i.e. documents, communications, etc.) provided by YOU to the recipient as well as items received by YOU or your designee and/or agent received from or on behalf of that same recipient.

        e.      "You, "your," and "defendant" means the individual party to whom this notice is directed and all of its domestic and foreign successors in interest, predecessors in interest, subsidiaries, parents, affiliates, and any of its or their divisions, subdivisions, parents, subsidiaries, affiliates, partners, directors, officers, employees, servants, agents, joint venturers, independent contractors, third-party contractors, attorneys, accountants, consultants, investment advisors, bankers or other representatives, whether present or former, and any other person acting or purporting to act on its or their behalf.

        f.      The connectives "and" and "or" mean either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

        g.      The use of the singular includes the plural and vice versa.

h.     Unless otherwise indicated, the relevant time period for the information sought is 1975 to present.

## Documents to be Produced

1.     Please produce your current resume, document(s) detailing your occupational history and/or Curriculum Vitae.

2.     Please produce any and all documents that reflect or relate in any way to any other inquiry or research conducted by you or at your request or direction in anticipation of or in the preparation of your deposition.

3.     Please produce any other documents of any nature that constitute, reflect, comprise, pertain, describe, or relate in any way to any other document or source of information (including individuals) you relied upon in preparing for your deposition.

4.     Please produce any other documents (not otherwise produced in response to a foregoing paragraph) that you reviewed in preparation for your deposition.

5.     Please produce any and all non-privileged documents, including but not limited to notes, correspondence, memoranda, tapes or transcriptions thereof, computerized information, minutes of meetings, or other documentation which reflect or relate in any way to conferences, meetings, or conversations you had with any individual or entity during which you prepared for or otherwise discussed asbestos, talcum powder, Baby Powder®, and/or Shower to Shower®.

6.     Please produce any and all non-privileged files, documents or communications, including any messages where you are copied, relating to asbestos, talcum powder, Baby Powder®, and/or Shower to Shower®.

7

7.  Please produce any documents that support the claim that "[s]ince the 1970s, talc used in consumer products has been required to be asbestos-free, so Johnson's talc products do not contain asbestos, a substance classified as cancer-causing."

8.  Please produce any documents that support the claim that "Johnsons baby powder products contain only U.S Pharmacopeia (USP) grade talc, which meets the highest quality, purity and compliance standards."

9.  Please produce any documents that support the claim that "[t]he company's sources for talc are routinely evaluated using a sophisticated battery of tests designed to ensure compliance with all global standards."

10. Please produce any documents concerning talc specifications for your talc powder products, including Baby Powder®, and Shower to Shower®, from 1970 to the present.

11. Please produce any videos, including but not limited to the video posted to your blog in early 2016, including outakes, made relating to talcum powder, Baby Powder®, and/or Shower to Shower®.

12. Please produce any documents concerning research and development policies relating to asbestos, talcum powder, Baby Powder®, and/or Shower to Shower®.

13. Please produce any documents concerning research and development budgets relating to talcum powder, Baby Powder®, and/or Shower to Shower®.

14. Please produce any documents that relate to studies, both published and/or unpublished, conducted or funded by Johnson & Johnson or any of its affiliates, subsidiaries, or other related entities.

15. Please produce any documents concerning presentations given at Universities relating to talcum powder, Baby Powder®, and/or Shower to Shower®.

16.     Please produce any documents concerning post maket surveillance studies relating to talcum powder, Baby Powder®, and/or Shower to Shower®.

17.     Please produce any articles you have been an author for, including any and all articles listed on your CV as requested above.

18.     Please produce the 'BOX' folder as referenced in JNJ000539481.

19.     Please produce all correspondence with current and/or former employees of the Cosmetic Ingredient Review relating to the safety review of talc.

20.     Please produce all documents, emails, physical and/or electronic notes, and draft white papers in your custody related to the Cosmetic Ingredient Review's assessment of talc.

21.     Please produce all communications with IIS as referenced in JNJ000525836 related to research projects regarding talc and/or ovarian cancer and/or peritoneal mesothelioma.

22.     Please produce all research project proposals you have received or reviewed regarding talc and/or asbestos and/or ovarian cancer and/or peritoneal mesothelioma.

23.     Please produce all records, receipts, invoices, memoranda, correspondence, contracts, memoranda of understanding, letters, facsimiles, minutes, notes, bills, checks, reports, and all other documents regarding the American Society of Clinical Oncology in relation to talc and/or asbestos and/or ovarian cancer.

24.     Please produce all correspondences with employees of the American Society of Clinical Oncology in relation to talc and/or asbestos and/or ovarian cancer.

25.     Please produce all electronic and/or physical notes created before, during, or after meetings regarding talc and/or asbestos and/or ovarian cancer such as the meeting referenced in JNJ000523906 – JNJ000539292.

26.     Please produce all documents, emails, reports, literature, physical or electronic notes, calender invites, text messages, records, memoranda, diaries, minutes, or transcripts relating to your meeting(s) with Dr. Joanne Waldstreicher regarding the safety of talc and/or asbestos and/or ovarian cancer.

27.     Please produce all documents and/or literature you have used to assess the safety of Johnson & Johnson Baby Powder and/or Johnson & Johnson Shower to Shower.

28.     Please produce all documents and/or literature you have used to determine that Johnson & Johnson Baby Powder and/or Johnson & Johnson Shower to Shower is asbestos-free.

29.     Please produce all documents and/or literature you have used to determine that Johnson & Johnson Baby Powder and/or Johnson & Johnson Shower to Shower does not cause ovarian cancer.

30.     Please produce all safety reports you have received or generated regarding Johnson & Johnson Baby Powder and/or Johnson & Johnson Shower to Shower.

31.     Please produce all documents, presentations, and communications related to the Office of Consumer Medical Safety (OCMS) Fellowship at Rutgers University.

32.     Please produce all documents, including but not limited to laboratory reports and analyses, that relate in any way to the testing of talc for the presence of asbestos between 1960 and present.

33.     Please produce all documents, including but not limited to laboratory reports and analyses, that relate in any way to the testing of talc supplied to Johnson & Johnson or any of its affiliated or related entities for the presence of asbestos between 1960 and present.

34.     Please produce all documents, including but not limited to laboratory reports and analyses, that relate in any way to the testing of talc for the presence of asbestos that was supplied to Johnson & Johnson or any of its affiliated or related entities for use in Johnson & Johnson Baby Powder and/or Johnson & Johnson Shower to Shower between 1960 and present.

## **CERTIFICATION OF SERVICE**

I hereby certify that I have, on this 22nd day of September, 2017, caused the foregoing Cross-Notice of Oral and Videotaped Deposition of Jijo James, M.D. to be served on the following persons via ECF and Electronic Mail:

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone: 888-219-3599
Facsimile: 215-567-6019
Email: cplacitella@cprlaw.com

*[Signature]*
Julie L. Tersigni

90138581.1