UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABLITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates to:<br>Brian Knodel, etc., v. Johnson & Johnson, et al<br>Member Case No.: 3:17-cv-06356 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 22, 2017 on behalf of Brian Knodel, Individually and as Personal Representative of the Estate of Elaine M. Knodel; Steven Knodel, Individually and David Knodel, Individually.

Dated: September 22, 2017.

Respectfully submitted,

THE HANNON LAW FIRM, LLC

By: */s/ Kevin S. Hannon*
Kevin S. Hannon, Co. Bar #16015
1641 Downing Street
Denver, Colorado 80218
Phone: (303) 861-8800
Email: khannon@hannonlaw.com
**DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, a copy of the foregoing **NOTICE OF FILING** was filed electronically. Service of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Kevin S. Hannon*
Kevin S. Hannon, Co. Bar #16015
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver, Colorado 80218
Phone: (303) 861-8800
Email: khannon@hannonlaw.com
**DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM, LLC**