UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JUDY BLACKMON,<br><br>            **Plaintiffs,**<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>            **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-cv-07410-FLW-LHG<br><br>CASE MANAGEMENT ORDER NO. 8 MATTER |

**NOTICE OF FILING SHORT FORM COMPLAINT**

    Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed in the above-referenced case on September 25, 2017 on behalf of Plaintiff, Judy Blackmon.

Dated:  September 25, 2017

                                  Respectfully submitted,

                                  */s/ Eric D. Pearson*
                                  Eric D. Pearson
                                  Texas State Bar No. 15690472
                                  eric@hop-law.com
                                  HEYGOOD, ORR & PEARSON
                                  6363 North State Hwy 161, Suite 450
                                  Irving, Texas 75038
                                  (214) 237-9001 Telephone
                                  (214) 237-9002 Facsimile

                                  **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   Eric D. Pearson
Eric D. Pearson

ATTORNEY FOR PLAINTIFF