# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Karen Griffin and Charles Griffin | |
| Plaintiffs | Civil Action No.: 3:17-cv-7403 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") | |
| Defendants | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 25, 2017 on behalf of Plaintiffs, Karen Griffin and Charles Griffin.

Dated:     September 25, 2017

        By:  /s/ Mekel Smith Alvarez
        MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
        mekel@dugan-lawfirm.com
        DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
        dplymale@dugan-lawfirm.com
        JAMES R. DUGAN, II, ESQ. (LSBA #23785)
        jdugan@dugan-lawfirm.com
        THE DUGAN LAW FIRM APLC
        365 Canal Street, Suite 1000
        New Orleans, LA  70130
        Telephone: (504) 648-0180
        Fax: (504) 648-0181

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 25, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
