## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Tracy McCarver and Theodore McCarver | |
| Plaintiffs | Civil Action No.: 3:17-cv-7407 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") | |
| Defendants | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 25, 2017 on behalf of Plaintiffs, Tracy McCarver and Theodore McCarver.

Dated:   September 25, 2017

          By: /s/ Mekel Smith Alvarez
          MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
          mekel@dugan-lawfirm.com
          DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
          dplymale@dugan-lawfirm.com
          JAMES R. DUGAN, II, ESQ. (LSBA #23785)
          jdugan@dugan-lawfirm.com
          THE DUGAN LAW FIRM APLC
          365 Canal Street, Suite 1000
          New Orleans, LA  70130
          Telephone: (504) 648-0180
          Fax: (504) 648-0181

          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 25, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez