UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BOBBY SIMMONS, individually and on behalf of the ESTATE OF NANCY ANN SIMMONS, DECEASED,<br>,<br>                           **Plaintiffs,**<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                           **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-07424<br><br>CASE MANAGEMENT ORDER NO. 8 MATTER |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 25, 2017 on behalf of Plaintiff, Bobby Simmons, individually and on behalf of the Estate of Nancy Ann Simmons, deceased.

Dated:  September 25, 2017

                                      Respectfully submitted,

                                      */s/ Eric D. Pearson*
                                      Eric D. Pearson
                                      Texas State Bar No. 15690472
                                      eric@hop-law.com
                                      HEYGOOD, ORR & PEARSON
                                      6363 North State Hwy 161, Suite 450

Irving, Texas 75038  
(214) 237-9001 Telephone  
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   **Eric D. Pearson**  
Eric D. Pearson

ATTORNEY FOR PLAINTIFF