UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> BRIAN MARINO, individually and as administrator of the ESTATE OF MARIE MARINO, DECEASED, , <br><br>                               **Plaintiffs,** <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., <br><br>                               **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> Civil Action No.:  3:17-cv-07427 <br><br> CASE MANAGEMENT ORDER NO. 8 MATTER |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 25, 2017 on behalf of Plaintiff, Brian Marino, individually and as administrator of the Estate of Marie Marino, deceased.

Dated:   September 25, 2017

                              Respectfully submitted,

                              */s/ Eric D. Pearson*
                              Eric D. Pearson
                              Texas State Bar No. 15690472
                              eric@hop-law.com
                              HEYGOOD, ORR & PEARSON
                              6363 North State Hwy 161, Suite 450

Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

_/s/   Eric D. Pearson_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF