UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SANTA DELLEVAS, individually and as administrator of the ESTATE OF ALEXANDRA DELLEVAS, DECEASED,<br><br>     Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>     Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-07429<br><br>CASE MANAGEMENT ORDER NO. 8 MATTER |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 25, 2017 on behalf of Plaintiff, Santa Dellevas, individually and as administrator of the Estate of Alexandra Dellevas, deceased.

Dated:  September 25, 2017

             Respectfully submitted,

             */s/ Eric D. Pearson*
             Eric D. Pearson
             Texas State Bar No. 15690472
             eric@hop-law.com
             HEYGOOD, ORR & PEARSON
             6363 North State Hwy 161, Suite 450

Irving, Texas 75038<br>
(214) 237-9001 Telephone<br>
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

       **/s/ Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF