# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |

Diane Scovens,

                                        Plaintiff,

v.

Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC")

                                        Defendants.

Civil Action No.: 3:17-cv-7179

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand has been filed on September 18, 2017 on behalf of Plaintiff Diane Scovens.

Dated: September 18, 2017                    Respectfully submitted,

                                        /s/Brett A. Emison
                                        Brett A. Emison
                                        Langdon & Emison, LLC
                                        911 Main Street
                                        Lexington, MO 64067
                                        Ph: 660-259-6175
                                        Fax: 660-259-4571
                                        brett@lelaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on September 25, 2017.


/s/ Brett A. Emison
Attorney for Plaintiffs