UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>CHARLETTE WRIGHT and SALANDRIA STEVENSON, individually and on behalf of the ESTATE OF MARGARET HUNTER STEVENSON, DECEASED,<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-07439<br><br>CASE MANAGEMENT ORDER NO. 8 MATTER |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Re-Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 25, 2017 on behalf of Plaintiffs, Charlette Wright and Salandria Stevenson, individually and on behalf of the Estate of Margaret Hunter Stevenson, deceased.

Dated:  September 25, 2017

                                          Respectfully submitted,

                                          */s/ Eric D. Pearson*
                                          Eric D. Pearson
                                          Texas State Bar No. 15690472
                                          eric@hop-law.com
                                          HEYGOOD, ORR & PEARSON
                                          6363 North State Hwy 161, Suite 450

Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

**_/s/   Eric D. Pearson_____**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF