## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN |
| Diane Rice <br><br>                         Plaintiff <br><br> v. <br><br> Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") <br><br>                         Defendants | Civil Action No.: 3:17-cv-7456 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 26, 2017 on behalf of Plaintiff, Diane Rice.

Dated:    September 26, 2017

                                  By:  /s/ Mekel Smith Alvarez
                                  MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                  mekel@dugan-lawfirm.com
                                  DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                  dplymale@dugan-lawfirm.com
                                  JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                  jdugan@dugan-lawfirm.com
                                  THE DUGAN LAW FIRM APLC
                                  365 Canal Street, Suite 1000
                                  New Orleans, LA  70130
                                  Telephone: (504) 648-0180
                                  Fax: (504) 648-0181

                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 26, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
