# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Emma Williams and Eric Williams<br><br>               Plaintiffs<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>               Defendants | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:17-cv-7465 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 26, 2017 on behalf of Plaintiffs, Emma Williams and Eric Williams.

Dated:     September 26, 2017

                                By: /s/ Mekel Smith Alvarez
                                MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                mekel@dugan-lawfirm.com
                                DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                dplymale@dugan-lawfirm.com
                                JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                jdugan@dugan-lawfirm.com
                                THE DUGAN LAW FIRM APLC
                                365 Canal Street, Suite 1000
                                New Orleans, LA  70130
                                Telephone: (504) 648-0180
                                Fax: (504) 648-0181

                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 26, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez