# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* *Carmel Hines v. Johnson & Johnson, et al.* 3:17-cv-7481 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 26, 2017 on behalf of Plaintiff, Carmel Hines.

| | |
|---|---|
| **DATED: September 26, 2017** | Respectfully submitted, |
| | */s/ Steven D. Resnick* |
| | Steven D. Resnick, Esquire |
| | GOLOMB & HONIK, P.C. |
| | 1515 Market Street, Suite 1100 |
| | Philadelphia, PA 19102 |
| | Phone: (215) 985-9177 |
| | Fax: (215) 985-4169 |
| | Email: sresnick@golombhonik.com |
| | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **26th** day of **September 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Short Form Complaint was electronically filed with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** September 26, 2017

                         */s/ Steven D. Resnick*
                         Steven D. Resnick, Esquire
                         GOLOMB & HONIK, P.C.
                         1515 Market Street, Suite 1100
                         Philadelphia, PA  19102
                         Phone: (215) 985-9177
                         Fax:    (215) 985-4169
                         Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*