


7017 1450 0000 1052 2803

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

203258
MJ

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total
$

Postmark Here

NEW LONDON CT 06320 — SEP 14 2017 — USPS

Sent To
Law Department
Johnson & Johnson
Street
One Johnson & Johnson Plaza
City,
New Brunswick, NJ 08933

PS Form ... Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Department
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9402 2947 7094 2141 64

2. Article Number *(Transfer from service label)*

7017 1450 0000 1052 2803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RARITAN CENTER LOBBY 08... — SEP 18 2017 — USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

7017 1450 0000 1052 2797

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

203258
MJ

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Post
$

Postmark Here

NEW LONDON CT 06320 — SEP 14 2017 — USPS

Sent To
Law Department
Johnson & Johnson
Street and
One Johnson & Johnson Plaza
City, State
New Brunswick, NJ 08933

PS Form ... ctions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Department
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9402 2947 7094 2141 71

2. Article Number *(Transfer from service label)*

7017 1450 0000 1052 2797

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RARITAN CENTER LOBBY 08... — SEP 18 2017 — USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

## Monica Tuscano

| | |
|---|---|
| **From:** | Monica Tuscano |
| **Sent:** | Thursday, September 14, 2017 10:32 AM |
| **To:** | 'MDLImerysComplaints@gordonrees.com'; 'talccomplaints@coughlinduffy.com' |
| **Cc:** | Kelly Reardon |
| **Subject:** | Short Form Complaint-Kathleen Thompson |
| **Attachments:** | Ltr and SFC-Imerys service-Kathleen Thompson.pdf |

Counsel:

Pursuant to Case Management Order No. 3, please accept service of the attached Short Form Complaint filed on behalf of our client, Kathleen Thompson (through her Estate). Should you have any questions or concerns, please do not hesitate to contact our office.

*Monica Tuscano*
*Paralegal*
*The Reardon Law Firm, P.C.*
*160 Hempstead Street*
*PO Drawer 1430*
*New London, CT 06320*
*(860) 442-0444*
*(860) 442-6445 fax*
*mtuscano@reardonlaw.com*

**CONFIDENTIALITY STATEMENT**

The information contained in this e-mail is confidential and privileged and is intended only for the named receiver. If you are not the named receiver or the person responsible for delivering this e-mail to the named receiver, you are hereby notified that any use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please immediately notify THE REARDON LAW FIRM, P.C. by telephone at (860) 442-0444. Thank you.

1

## Monica Tuscano

| | |
|---|---|
| **From:** | MDL Imerys Complaints Mailbox [mdlimeryscomplaints@grsm.com] |
| **Sent:** | Thursday, September 14, 2017 10:34 AM |
| **To:** | Monica Tuscano |
| **Subject:** | MDL Imerys Complaints Autoreply Message |

Thank you for your email. This is the mailbox designated for service of Short Form Complaints on Imerys Talc America, Inc. in MDL 2738 (In Re: JOHNSON & JOHNSON TALC PRODUCTS). This mailbox is for service of Short Form Complaints only. Imerys Talc America, Inc. and/or GRSM LLP will not accept service of any other type of document or communications through this e-mail address. You are hereby advised that any document or communication sent to this email address other than a Short Form Complaint WILL NOT BE REVIEWED OR RESPONDED TO. Please do not reply to this message.

Alabama * Arizona * California * Colorado * Connecticut * Florida * Georgia * Illinois * Maryland * Massachusetts * Missouri * Nebraska * Nevada * New Jersey * New York * North Carolina * Ohio * Oregon * Pennsylvania * South Carolina * South Dakota * Texas * Virginia * Washington * Washington, DC * West Virginia

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

GORDON REES SCULLY MANSUKHANI LLP
http://www.grsm.com