# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Linda Sullivan and Michael Sullivan<br><br>      Plaintiffs<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>      Defendants | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:17-cv-7566 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 28, 2017 on behalf of Plaintiffs, Linda Sullivan and Michael Sullivan.

Dated:	September 28, 2017

      By: /s/ Mekel Smith Alvarez
      MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
      mekel@dugan-lawfirm.com
      DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
      dplymale@dugan-lawfirm.com
      JAMES R. DUGAN, II, ESQ. (LSBA #23785)
      jdugan@dugan-lawfirm.com
      THE DUGAN LAW FIRM APLC
      365 Canal Street, Suite 1000
      New Orleans, LA  70130
      Telephone: (504) 648-0180
      Fax: (504) 648-0181

      *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 28, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez