## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Janice Williams<br><br>                Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>                Defendants | Civil Action No.: 3:17-cv-7567 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 28, 2017 on behalf of Plaintiff, Janice Williams.

Dated:     September 28, 2017

                                      By:  /s/ Mekel Smith Alvarez
                                      MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                      mekel@dugan-lawfirm.com
                                      DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                      dplymale@dugan-lawfirm.com
                                      JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                      jdugan@dugan-lawfirm.com
                                      THE DUGAN LAW FIRM APLC
                                      365 Canal Street, Suite 1000
                                      New Orleans, LA  70130
                                      Telephone: (504) 648-0180
                                      Fax: (504) 648-0181

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 28, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez