UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Bertha Alexander v. Johnson & Johnson, et al<br>Civil Action No. 3:17-cv-7544 | MDL NO. 16-2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**NOTICE OF FILING** |

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 27, 2017 on behalf of Bertha Alexander.

Respectfully submitted this 28th day of September, 2017,

/s/ John Randolph Davis
John Randolph Davis
Texas State Bar No. 24099518
**SLACK & DAVIS, L.L.P.**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
512-795-8686 (Telephone)
512-795-8787 (Facsimile)
jdavis@slackdavis.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of September, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ John Randolph Davis
      JOHN RANDOLPH DAVIS