**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON** ) | **MDL NO. 16-2738 (FLW) (LHG)** |
| **TALCUM POWDER PRODUCTS** ) | **JUDGE FREDA L. WOLFSON** |
| **MARKETING, SALES PRACTICES** ) | **MAG. JUDGE LOIS H. GOODMAN** |
| **AND PRODUCTS LIABILITY LITIGATION** ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Civil Action No.: 3:17-cv-02400 |
| Susan Austin v. Johnson & Johnson, et al ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed

on September 28, 2017 on behalf of Susan Austin.

THE PLAINTIFF

By: /s/ Kelly E. Reardon (ct28441)
Kelly E. Reardon (ct28441)
THE REARDON LAW FIRM, P.C.
160 Hempstead St.
P.O. Drawer 1430
New London, CT   06320
Phone:  860-442-0444
Fax:  860-444-6445
Email:  kreardon@reardonlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2017, a copy of the foregoing Notice of Filing was filed via the Court's EM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Kelly E. Reardon (ct28441)
Kelly E. Reardon, Esq.