## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON )<br>TALCUM POWDER PRODUCTS )<br>MARKETING, SALES PRACTICES )<br>AND PRODUCTS LIABILITY LITIGATION )<br>)<br>THIS DOCUMENT RELATES TO: )<br>Estate of Kathleen Thompson v. )<br>Johnson & Johnson, et al )<br>) | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-03667 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 28, 2017 on behalf of the Estate of Kathleen Thompson.

THE PLAINTIFF

By: /s/ Kelly E. Reardon (ct28441)
Kelly E. Reardon (ct28441)
THE REARDON LAW FIRM, P.C.
160 Hempstead St.
P.O. Drawer 1430
New London, CT   06320
Phone:  860-442-0444
Fax:  860-444-6445
Email:  kreardon@reardonlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2017, a copy of the foregoing Notice of Filing was filed via the Court's EM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kelly E. Reardon (ct28441)
Kelly E. Reardon, Esq.