BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Janet Harris*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Janet Harris v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-07510-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 27, 2017 on behalf of Plaintiff Janet Harris.

                                                      */s/ P. Leigh O'Dell*
                                                     P. Leigh O'Dell
                                                     BEASLEY ALLEN CROW METHVIN
                                                     PORTIS & MILES, P.C.
                                                     218 Commerce Street
                                                     Montgomery, Alabama 36104
                                                     (800) 898-2034 Telephone
                                                     (334) 954-7555 Facsimile
                                                     Leigh.ODell@beasleyallen.com

                                                     Attorneys for Plaintiff Janet Harris

Dated: September 29, 2017

## CERTIFICATE OF SERVICE

  I hereby certify that on September 29, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ P. Leigh O'Dell*
              P. Leigh O'Dell

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.