UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates To:*<br><br>TONI L. FANFA | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-07646 |

**NOTICE OF FILING**

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 29, 2017 on behalf of Plaintiff, Toni L. Fanfa.

Dated: 09/29/2017                    Respectfully Submitted by,

                                                      /s/Kelly A. Fitzpatrick
                                                      Kelly A. Fitzpatrick
                                                      Ventura Law
                                                      235 Main Street,
                                                      Danbury, CT 06810
                                                      203-800-8000
                                                      NJ Bar Number: 010772009

                                                      /s/Agostinho J. Ribeiro
                                                      Agostinho J. Ribeiro
                                                      Ventura Law
                                                      235 Main Street,
                                                      Danbury, CT 06810

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, a copy of the foregoing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000
NY Bar: 010722009

/s/Agostinho J. Ribeiro
Agostinho J. Ribeiro
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000