**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION

This document relates to:
*Linda Michaelis v. Johnson & Johnson, et al.*
Case No. 3:17-cv-07692

Civil Action No: 3:17-md-2738-FLW-LHG

## NOTICE OF FILING

Notice is hereby given, pursuant to the Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 29, 2017 on behalf of Linda Michaelis.

Dated: September 29, 2017

Respectfully Submitted by,

**GOLDENBERGLAW, PLLC**

By: */s/ Noah C. Lauricella*
Noah C. Lauricella (MN #397896)
Stuart L. Goldenberg (MN #0158719)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
nclauricella@goldenberglaw.com
slgoldenberg@goldenberglaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Noah C. Lauricella*
Noah C. Lauricella
GOLDENBERGLAW, PLLC
