Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Stephaine Eriksen; Case No: 2:17-cv-7680 ) ) ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff September 29, 2017.

Dated: October 2, 2017

                                      By: /s/ Sindhu Daniel
                                      Sindhu S. Daniel (NJ Bar No. 010711996)
                                      Russell W. Budd
                                      BARON & BUDD, P.C.
                                      3102 Oak Lawn Avenue, Suite 1100
                                      Dallas, Texas 75219
                                      Tel (214) 521-3605
                                      Fax (214) 520-1181
                                      sdaniel@baronbudd.com
                                      rbudd@baronbudd.com

                                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Sindhu Daniel*
Sindhu Daniel