**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Karyl Webb v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-07681 | Civil Action No: 3:17-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given, pursuant to the Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 29, 2017 on behalf of Karyl Webb.

Dated: September 29, 2017                     Respectfully Submitted by,

**GOLDENBERGLAW, PLLC**

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
nclauricella@goldenberglaw.com
slgoldenberg@goldenberglaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
