## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Stephanie Vinton and Christopher Vinton | |
| Plaintiffs | Civil Action No.: 3:17-cv-7777 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") | |
| Defendants | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 3, 2017 on behalf of Plaintiffs, Stephanie Vinton and Christopher Vinton.

Dated:   October 3 2017

>By: /s/ Mekel Smith Alvarez
>MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
>mekel@dugan-lawfirm.com
>DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
>dplymale@dugan-lawfirm.com
>JAMES R. DUGAN, II, ESQ. (LSBA #23785)
>jdugan@dugan-lawfirm.com
>THE DUGAN LAW FIRM APLC
>365 Canal Street, Suite 1000
>New Orleans, LA  70130
>Telephone: (504) 648-0180
>Fax: (504) 648-0181
>
>*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 3, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez