**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>David Foster, Sr. et. al. v. Johnson & Johnson, et al.<br>Case No.  3:17-cv-07671-FLW-LHG | Civil No. 3:16-md-2738-FW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8, that on

September 29, 2017, the Short Form Complaint and Jury Demand were filed on behalf of

Plaintiff, David Foster, Sr., et al., Individually and as Personal Representative of the Estate

of Jeanie Foster.

Date:   October 3, 2017                                   Respectfully submitted,


                                                         */s/ Craig M. Silverman*
                                                         Craig M. Silverman (Bar No.16898)
                                                         csilverman@lawpga.com
                                                         Nicholas C. Bonadio (Bar No.13679)
                                                         nbonadio@lawpga.com
                                                         Law Offices of Peter G. Angelos, P.C.
                                                         100 North Charles Street, 22nd Floor
                                                         Baltimore, Maryland 21201
                                                         410-649-2000
                                                         410-649-1780 (Fax)
                                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Craig M. Silverman*
Craig M. Silverman