UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>David Hagstrom, et al. v. Johnson & Johnson, et al.<br>Case No.  3:17-cv-07669-FLW-LHG | Civil No. 3:16-md-2738-FW-LHG |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8, that on September 29, 2017, the Short Form Complaint and Jury Demand were filed on behalf of Plaintiff, David Hagstrom, Individually and as Personal Representative of the Estate of Lois Hagstrom.

Date:   October 3, 2017                                           Respectfully submitted,

*/s/ Craig M. Silverman*
Craig M. Silverman (Bar No.16898)
csilverman@lawpga.com
Nicholas C. Bonadio (Bar No.13679)
nbonadio@lawpga.com
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000
410-649-1780 (Fax)
*Attorneys for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

       I hereby certify that on October 3, 2017 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Craig M. Silverman*
Craig M. Silverman