# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>Deborah Kursch, et al. v. Johnson & Johnson, et al.<br>Case No.  3:17-cv-07676-FLW-LHG | Civil No. 3:16-md-2738-FW-LHG |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8, that on September 29, 2017, the Short Form Complaint and Jury Demand were filed on behalf of Plaintiff, Deborah Kursch, Individually and as Personal Representative of the Estate of Norma Slampa.

Date:   October 3, 2017                                      Respectfully submitted,

                                                                          */s/ Craig M. Silverman*
                                                                          Craig M. Silverman (Bar No.16898)
                                                                          csilverman@lawpga.com
                                                                          Nicholas C. Bonadio (Bar No.13679)
                                                                          nbonadio@lawpga.com
                                                                          Law Offices of Peter G. Angelos, P.C.
                                                                          100 North Charles Street, 22nd Floor
                                                                          Baltimore, Maryland 21201
                                                                          410-649-2000
                                                                          410-649-1780 (Fax)
                                                                          *Attorneys for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2017 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                */s/ Craig M. Silverman*
                                                Craig M. Silverman