# UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Anna Pozon Gibbs and Edwin Gibbs | |
| Plaintiffs | Civil Action No.: 3:17-cv-7852 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") | |
| Defendants | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 4, 2017 on behalf of Plaintiffs, Anna Pozon Gibbs and Edwin Gibbs.

Dated:   October 4, 2017

By: /s/ Mekel Smith Alvarez
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
THE DUGAN LAW FIRM APLC
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 4, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez