# UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Lorraine Green<br><br>　　　　　　Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>　　　　　　Defendants | Civil Action No.: 3:17-cv-7854 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 4, 2017 on behalf of Plaintiff, Lorraine Green.

Dated:　　October 4, 2017

　　　　　　　　　　　　　　　　By: /s/ Mekel Smith Alvarez
　　　　　　　　　　　　　　　　MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
　　　　　　　　　　　　　　　　mekel@dugan-lawfirm.com
　　　　　　　　　　　　　　　　DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
　　　　　　　　　　　　　　　　dplymale@dugan-lawfirm.com
　　　　　　　　　　　　　　　　JAMES R. DUGAN, II, ESQ. (LSBA #23785)
　　　　　　　　　　　　　　　　jdugan@dugan-lawfirm.com
　　　　　　　　　　　　　　　　THE DUGAN LAW FIRM APLC
　　　　　　　　　　　　　　　　365 Canal Street, Suite 1000
　　　　　　　　　　　　　　　　New Orleans, LA  70130
　　　　　　　　　　　　　　　　Telephone: (504) 648-0180
　　　　　　　　　　　　　　　　Fax: (504) 648-0181

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 4, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez