UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>NOTICE OF FILING |
| This Document Relates to:<br>Dale Williams, Individually and as Independent Executor of the Estate of Barby Anna Williams, Deceased, Brady Douglas Williams, Individually and Brook Allison Henry, Individually v. Johnson & Johnson, et al<br>Civil Action No. 3:17-cv-07822 | |

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 3, 2017 on behalf of Dale Williams, Individually and as Independent Executor of the Estate of Barby Anna Williams, Deceased, Brady Douglas Williams, Individually and Brook Allison Henry, Individually.

Respectfully submitted this 4th day of October, 2017,

/s/ John Randolph Davis
John Randolph Davis
Texas State Bar No. 24099518
**SLACK & DAVIS, L.L.P.**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
512-795-8686 (Telephone)
512-795-8787 (Facsimile)
jdavis@slackdavis.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Randolph Davis
JOHN RANDOLPH DAVIS