## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| KIM M. IZZARD, individually and as administrator of the ESTATE OF MADELINE GRACE, DECEASED, | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No.:  3:17-cv-07913 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on October 5, 2017 on behalf of Plaintiff, Kim M. Izzard, individually and as administrator of the Estate of Madeline Grace, deceased.

Dated:  October 5, 2017

Respectfully submitted,

/s/ Eric D. Pearson
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 <u>/s/   **Eric D. Pearson**            </u>
Eric D. Pearson

ATTORNEY FOR PLAINTIFF