**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rivera, et al. vs. Johnson & Johnson, et al.*<br>Case No.: 3:17-cv-05435 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Sort Form Complaint and Jury Demand has been filed on behalf of Plaintiff's Jacqueline Rivera, Individually and as Personal Representative of the Estate of Theresa Costanza, Deceased.

This 5th day of October, 2017.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

By:   */s/ Stephanie L. Rados*
       Stephanie L. Rados, #65117 MO
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO 63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com
       *Attorneys for Plaintiffs*

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 5th day of October, 2017.

                       */s/ Stephanie L. Rados*