UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |
| **THIS DOCUMENT RELATES TO:**<br>*Kristine L. Gash v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-07964-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 6, 2017 on behalf of the plaintiff, Kristine L. Gash.

Dated:  October 9, 2017

                                          Respectfully submitted by,

                                          **WILSON LAW, P.A.**

                                          /s/ Kimberly Wilson White
                                          Kimberly Wilson White
                                          kim@wilsonlawpa.com
                                          1111 Haynes Street, Suite 103
                                          Raleigh, NC 27604
                                          Phone:  (919) 890-0180
                                          Fax:     (919) 882-1758
                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 9, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.  Parties may access this filing through the Court's System.

        **WILSON LAW, P.A.**

        /s/ Kimberly Wilson White
        Kimberly Wilson White