UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Damon Rose, Individually and as Administrator of the Estate of Brenda Rose, Deceased v. Johnson & Johnson, et al<br>Civil Action No. 3:17-cv-07882 | MDL NO. 16-2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>NOTICE OF FILING |

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 4, 2017 on behalf of Damon Rose, Individually and as Administrator of the Estate of Brenda Rose, Deceased.

Respectfully submitted this 9th day of October, 2017,

/s/ John Randolph Davis
John Randolph Davis
Texas State Bar No. 24099518
**SLACK & DAVIS, L.L.P.**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
512-795-8686 (Telephone)
512-795-8787 (Facsimile)
jdavis@slackdavis.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 9th day of October, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            /s/ John Randolph Davis
            JOHN RANDOLPH DAVIS