**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Hilda M. Harper v. Johnson & Johnson, et al.*; **Civil Action No. 3:17-cv-07939** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 5, 2017 on behalf of Plaintiff Hilda M. Harper.

Date:  October 9, 2017                                Respectfully submitted by,

                                                                **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

                                                                 /s/ Kristie M. Hightower
                                                                **KRISTIE M. HIGHTOWER**
                                                                (LA Bar No. 31782; MS Bar No. 102792)
                                                                501 Broad Street
                                                                Lake Charles, LA 70602
                                                                PO Box 3010
                                                                Lake Charles, LA 70602
                                                                Telephone: (337) 439-0707
                                                                Facsimile: (337) 439-1029
                                                                Email: khightower@lundylawllp.com