UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738 <br><br> MDL No. 2738 |
| THIS DOCUMENT RELATES TO: <br> *Mary M. Hammer v. Johnson & Johnson, et al.* <br> *Civil Action No.: 3:17-cv-07969-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 6, 2017 on behalf of the plaintiff, Mary M. Hammer.

Dated:  October 10, 2017

                                          Respectfully submitted by,

                                          **WILSON LAW, P.A.**

                                          /s/ Kimberly Wilson White
                                          Kimberly Wilson White
                                          kim@wilsonlawpa.com
                                          1111 Haynes Street, Suite 103
                                          Raleigh, NC 27604
                                          Phone:  (919) 890-0180
                                          Fax:     (919) 882-1758
                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 10, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.   Parties may access this filing through the Court's System.


           **WILSON LAW, P.A.**

           /s/ Kimberly Wilson White
           Kimberly Wilson White