# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MARITZA RIVERO,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON CONSUMER, INC.;<br>IMERYS TALC AMERICA, INC.; and<br>PERSONAL CARE PRODUCTS COUNCIL,<br><br>    Defendants | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br>"Case Management Order No. 8 Matter"<br><br>Civil Action No. 3:17-cv-7909<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiff, MARITZA RIVERO, filed her Short Form Complaint and Demand for Jury Trial on October 5, 2017, pursuant to Case Management Order No. 8 entered by this Court in MDL No. 2738.

                                                                                   Respectfully submitted,

                                                           /s/    Katie A. Hubbard
                                                                     Counsel for Plaintiff