# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Johnson & Johnson Talcum Powder Products Marketing's, Sales Practices and Products Liability litigation | MDL No. 3:16-md-02738-FLW |
| This Document Relates to:<br><br>Kimberly Boykins v. Johnson & Johnson, et al.<br>USDC NJ No.: 3:17-cv-07912;<br>Michele Pulaski v. Johnson & Johnson, et al.<br>USDC NJ No.: 3:17-cv-07912 | |

## **NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

    Please enter my appearance as counsel in this case on behalf of the above-referenced Plaintiffs.

                                                        Respectfully submitted,

Dated: October 10, 2017              /s/ Christina Graziano
                                             Christina Graziano, Esq.
                                             BBO #687783
                                             Hausfeld
                                             1700 K Street
                                             Suite 650
                                             Washington D.C. 20006
                                             202-540-7200
                                             cgraziano@hausfeld.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 10th day of October, 2017.

/s/ Christina Graziano
Christina Graziano