# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: Johnson & Johnson Talcum Powder Products Marketing's, Sales Practices and Products Liability litigation** | **MDL No. 3:16-md-02738-FLW** |
| This Document Relates to: Kimberly Boykins v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-07912; Michele Pulaski v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-07912 | |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

      Please enter my appearance as counsel in this case on behalf of the above-referenced Plaintiffs.

      Respectfully submitted,

Date: October 10, 2017

/s/ James D. Gotz
James D. Gotz, Esq.
BBO# 567157
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 10th day of October, 2017.

/s/ James D. Gotz
James D. Gotz