## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Johnson & Johnson Talcum Powder Products Marketing's, Sales Practices and Products Liability litigation | MDL No. 3:16-md-02738-FLW |
| This Document Relates to:<br><br>Kimberly Boykins v. Johnson & Johnson, et al.<br>USDC NJ No.: 3:17-cv-07912;<br>Michele Pulaski v. Johnson & Johnson, et al.<br>USDC NJ No.: 3:17-cv-07912 | |

## **NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

 Please enter my appearance as counsel in this case on behalf of the above-referenced Plaintiffs.

               Respectfully submitted,

Dated:  October 10, 2017    /s/ Steven B. Rotman
               Steven B. Rotman, Esq.
               BBO #558473
               Hausfeld
               One Marina Park Drive
               Suite 1410
               Boston, MA 02210
               617-207-0600
               srotman@hausfeld.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 10th day of October, 2017.

/s/ Steven B. Rotman
Steven B. Rotman