# UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Teresa Delarosa                 Plaintiff v. Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")                 Defendants | Civil Action No.: 3:17-cv-8097 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 11, 2017 on behalf of Plaintiff, Teresa Delarosa.

Dated:     October 11, 2017

                            By: /s/ Mekel Smith Alvarez
                            MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                            mekel@dugan-lawfirm.com
                            DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                            dplymale@dugan-lawfirm.com
                            JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                            jdugan@dugan-lawfirm.com
                            THE DUGAN LAW FIRM APLC
                            365 Canal Street, Suite 1000
                            New Orleans, LA  70130
                            Telephone: (504) 648-0180
                            Fax: (504) 648-0181

                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 11, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
