BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Willadean Duff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Willadean Duff v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08116-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 11, 2017 on behalf of Plaintiff Willadean Duff.

                                                                         */s/ P. Leigh O'Dell*
                                                                         P. Leigh O'Dell
                                                                         BEASLEY ALLEN CROW METHVIN
                                                                         PORTIS & MILES, P.C.
                                                                         218 Commerce Street
                                                                         Montgomery, Alabama 36104
                                                                         (800) 898-2034 Telephone
                                                                         (334) 954-7555 Facsimile
                                                                         Leigh.ODell@beasleyallen.com

                                                                         Attorneys for Plaintiff Willadean Duff

Dated: October 12, 2017

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 12, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ P. Leigh O'Dell*
                P. Leigh O'Dell

                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.