UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Shannon West Turner | |
| Plaintiff | Civil Action No.: 3:17-cv-8217 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") | |
| Defendants | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October

13, 2017 on behalf of Plaintiff, Shannon West Turner.

Dated:        October 13, 2017

By:  /s/ Mekel Smith Alvarez
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
THE DUGAN LAW FIRM APLC
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on October 13, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez