## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCMENT RELATES TO:**<br><br>Donna Petrosky v. Johnson and Johnson Company, et. al. | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-08234 |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 13, 2017 on behalf of Donna Petrosky.

Dated: October 13, 2017

                                                Respectfully submitted by,

                                                **ANAPOL WEISS**

                                                */s/ Gregory S. Spizer, Esq.*
                                                Gregory S. Spizer, Esquire
                                                Counsel for Plaintiff
                                                One Logan Square
                                                130 N. 18th Street; Ste. 1600
                                                Philadelphia, PA 19103
                                                Telephone 215-735-1130
                                                Facsimile: 215-875-7722
                                                E-mail: Gspizer@anapolweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Gregory S. Spizer, Esq.*
                                          Gregory S. Spizer, Esquire
                                          ANAPOL WEISS
                                          One Logan Square
                                          130 N. 18th Street; Ste. 1600
                                          Philadelphia, PA 19103
                                          Telephone 215-735-1130
                                          Facsimile: 215-875-7722
                                          E-mail: Gspizer@anapolweiss.com