

**One Riverfront Plaza**
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Direct Dial: (973) 757-1035
jpisano@walsh.law

October 13, 2017

**VIA ECF & FIRST CLASS MAIL**
Honorable Freda L. Wolfson, U.S.D.J.
U.S. District Court for the District of N.J.
402 East State Street
Trenton, New Jersey 08608

      Re:    *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
             MDL No. 2738

Dear Judge Wolfson:

      As you know, I have been appointed by Your Honor's August 30, 2017 Order as Special Discovery Master in the above-captioned matter.

      Pursuant to paragraph 3 of Your Honor's September 11, 2017 Order, enclosed please find my Orders:

- Regarding Mehaffy Weber Memo; and
- Striking Cross-Notices of Deposition.

      Please contact our office should you have any questions.

                                    Respectfully,

                                    *s/Joel A. Pisano*
                                    Joel A. Pisano

JAP:lxw
Enclosures
cc:    Hon. Lois H. Goodman, U.S.M.J. (Via ECF & 1st Class Mail)
        All counsel of record (Via ECF & email)