**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**ORDER STRIKING CROSS-NOTICES OF DEPOSITION** |

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party and hearing oral argument of counsel, and for good cause shown,

IT IS on this _____ day of _____ 2017 hereby:

ORDERED as follows:

1. Plaintiffs' application to strike the cross-notices of deposition of Susan Nicholson, MD and Jijo James, MD in connection with the above-captioned action, and originally served in connection with *Ingham v. Johnson & Johnson, et al.*, CA No. 1522-CC1-417-01 (Cir. Ct. St. Louis, Mo) (the "Missouri State Court Case") is hereby GRANTED.

2. The depositions of Dr. Nicholson and Dr. James may proceed in connection with the Missouri State Court Case, but shall not occur in relation to the above-captioned case at this time.

3. To the extent the Rules of Court governing the Missouri State Court Case allow use of deposition testimony taken in connection with the Missouri State Court Case, this Court will permit use of such testimony in connection with the above-captioned action.

DATED:  October 13, 2017                              *s/Joel A. Pisano*
                                                    Joel A. Pisano, U.S.D.J. (Ret.)