**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>Katie Estrada, Individually and as Co-Administrator of the Estate of Linda Diane Scaman, Deceased and Keith Scaman, II, Individually and as Co-Administrator of The Estate of Linda Diane Scaman v. Johnson & Johnson, et al<br>Civil Action No. 3:17-cv-8176 | **MDL NO. 16-2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>**NOTICE OF FILING** |

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 12, 2017 on behalf of Katie Estrada, Individually and as Co-Administrator of the Estate of Linda Diane Scaman, Deceased and Keith Scaman, II, Individually and as Co-Administrator of the Estate of Linda Diane Scaman, Deceased.

Respectfully submitted this 13th day of October, 2017,

/s/ John Randolph Davis
John Randolph Davis
Texas State Bar No. 24099518
**SLACK & DAVIS, L.L.P.**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
512-795-8686 (Telephone)
512-795-8787 (Facsimile)
jdavis@slackdavis.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of October, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    /s/ John Randolph Davis
                                                  JOHN RANDOLPH DAVIS