# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cathy Hawkins-Panek.<br>3:17-cv-08211 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

       Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 12, 2017 on behalf of Plaintiff Cathy Hawkins-Panek

Dated: October 13, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 13, 2017       /s/ Catherine T. Heacox
                 Catherine T. Heacox
                 The Lanier Law Firm, PLLC
                 Tower 56
                 126 East 56th Street
                 New York, NY 10022
                 (212) 421-2800
                 Counsel for Plaintiff(s)