# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Linda Heselton. 3:17-cv-08208 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

       Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 12, 2017 on behalf of Plaintiff Linda Heselton.

Dated: October 13, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 13, 2017                      /s/ Catherine T. Heacox
                                                           Catherine T. Heacox
                                                           The Lanier Law Firm, PLLC
                                                           Tower 56
                                                           126 East 56th Street
                                                           New York, NY 10022
                                                           (212) 421-2800
                                                           Counsel for Plaintiff(s)