


Cary Littlejohn
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
clittlejohn@barrettlawgroup.com

*Attorney for Plaintiff Anthony Morigi*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION )<br><br>This document relates to:<br>Anthony Morigi, individually and as the Personal Representative of Kathleen Morigi, deceased;<br>Case No: 3:17-cv-8297-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Anthony Morigi.

Dated: October 13, 2017.                    By: /s/ *Cary Littlejohn*
                                            Cary Littlejohn
                                            DON BARRETT, P.A.
                                            404 Court Square
                                            P.O. Box 927
                                            Lexington, Mississippi 39095
                                            Telephone: (662) 834-2488
                                            Fax: (662) 834-2628
                                            clittlejohn@barrettlawgroup.com

                                            *Attorney for Plaintiff Anthony Morigi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Cary Littlejohn
Cary Littlejohn