# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To:*<br><br>KIM LEE TENGBERG, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JODY LYNN TENGBERG, | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-08360 |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 16, 2017 on behalf of the Plaintiff, Kim Lee Tengberg, individually and as Personal Representative of the Estate of Jody Lynn Tengberg.

Dated: 10/16/2017

Respectfully Submitted by,

/s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
Ventura Law
235 Main Street,
Danbury, CT 06810
203-800-8000
NJ Bar Number: 010772009

1

2

/s/Agostinho J. Ribeiro
Agostinho J. Ribeiro
Ventura Law
235 Main Street,
Danbury, CT 06810

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000
NY Bar: 010722009

/s/Agostinho J. Ribeiro
Agostinho J. Ribeiro
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000