**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: PULASKI v. Johnson & Johnson et al. 3:17-cv-08286-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 13, 2017 on behalf of Plaintiff Michele Pulaski.

Dated: October 16, 2017

Respectfully Submitted by,

/s/James D. Gotz
James D. Gotz
Steven B. Rotman
Christina M. Graziano
HAUSFELD
1700 K Street NW Suite 650
Washington, D.C. 20006
jgotz@hausfeld.com
srotman@hausfeld.com
cgraziano@hausfeld.com
**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This  16th   day of October, 2017.

                                              HAUSFELD

                                              /s/James D. Gotz
                                              James D. Gotz
                                              Steven B. Rotman
                                              Christina M. Graziano