Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Dorthy Harbin*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES ) | MDL NO. 2738 |
| AND PRODUCTS LIABLITY LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| Dorthy Harbin; Case No: 3:17-cv-8382-FLW-LHG ) | |
| ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf

of Plaintiff Dorthy Harbin.

Dated: October 16, 2017.

By: /s/ *Brandi R. Hamilton*
Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Dorthy Harbin*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Brandi Hamilton
Brandi Hamilton