## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Cynthia Albanese, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05037 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 03, 2017 on behalf of Plaintiff Cynthia Albanese.

DATED: October 16, 2017

                                            BISNAR|CHASE LLP

                            By:   /s/ Tom Antunovich
                                        BRIAN D. CHASE
                                        TOM ANTUNOVICH
                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    BISNAR|CHASE LLP

                              By:    /s/ Tom Antunovich
                                         BRIAN D. CHASE
                                         TOM ANTUNOVICH