IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Sabrina Carmack, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05037 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 03, 2017 on behalf of Plaintiff Sabrina Carmack.

DATED: October 16, 2017  　　　　　　　　BISNAR|CHASE LLP

　　　　　　　　　　　　　　　　By: 　/s/ Tom Antunovich
　　　　　　　　　　　　　　　　　　　BRIAN D. CHASE
　　　　　　　　　　　　　　　　　　　TOM ANTUNOVICH
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              BISNAR|CHASE LLP

            By:    /s/ Tom Antunovich
                     BRIAN D. CHASE
                     TOM ANTUNOVICH