IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Kathleen France, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05037 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 03, 2017 on behalf of Plaintiff Kathleen France.

DATED: October 16, 2017                         BISNAR|CHASE LLP

                                    By:   /s/ Tom Antunovich
                                          BRIAN D. CHASE
                                          TOM ANTUNOVICH
                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        BISNAR|CHASE LLP

By:   /s/ Tom Antunovich
         BRIAN D. CHASE
         TOM ANTUNOVICH