IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Roxy Fry, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-05037 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 03, 2017 on behalf of Plaintiff Roxy Fry.

DATED: October 16, 2017               BISNAR|CHASE LLP

                                By:   /s/ Tom Antunovich
                                      BRIAN D. CHASE
                                      TOM ANTUNOVICH
                                      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                BISNAR|CHASE LLP

By:   /s/ Tom Antunovich
       BRIAN D. CHASE
       TOM ANTUNOVICH