**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Rita Garrett

              Plaintiff

v.

Johnson & Johnson, Johnson & Johnson
Consumer, Inc., Imerys Talc America, Inc.
("Imerys Talc"), and Personal Care Products
Council (PCPC")

              Defendants

MDL NO. 16-2738 (FLW) (LHG)
JUDGE FREDA L. WOLFSON
MAG. JUDGE LOIS GOODMAN

Civil Action No.: 3:17-cv-8437

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 17, 2017 on behalf of Plaintiff, Rita Garrett.

Dated:        October 17, 2017

                      By:  /s/ Mekel Smith Alvarez
                      MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                      mekel@dugan-lawfirm.com
                      DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                      dplymale@dugan-lawfirm.com
                      JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                      jdugan@dugan-lawfirm.com
                      THE DUGAN LAW FIRM APLC
                      365 Canal Street, Suite 1000
                      New Orleans, LA  70130
                      Telephone: (504) 648-0180
                      Fax: (504) 648-0181

                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on October 17, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez