**UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN** |
| Judith Fayne<br><br>     Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>     Defendants | Civil Action No.: 3:17-cv-8438 |

**NOTICE OF FILING**

 Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 17, 2017 on behalf of Plaintiff, Judith Fayne.

 Dated:  October 17, 2017

             By: /s/ Mekel Smith Alvarez
             MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
             mekel@dugan-lawfirm.com
             DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
             dplymale@dugan-lawfirm.com
             JAMES R. DUGAN, II, ESQ. (LSBA #23785)
             jdugan@dugan-lawfirm.com
             THE DUGAN LAW FIRM APLC
             365 Canal Street, Suite 1000
             New Orleans, LA  70130
             Telephone: (504) 648-0180
             Fax: (504) 648-0181

             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 17, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez