# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Kimberly Fanciullo.<br>3:17-cv-08319 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 13, 2017 on behalf of Plaintiff Kimberly Fanciullo.

Dated: October 17, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on October 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>October 17, 2017</u>      /s/ Catherine T. Heacox
                Catherine T. Heacox
                The Lanier Law Firm, PLLC
                Tower 56
                126 East 56th Street
                New York, NY 10022
                (212) 421-2800
                Counsel for Plaintiff(s)