UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |
| THIS DOCUMENT RELATES TO:<br>*Tammy S. Peck v. Johnson & Johnson, et al.*<br>Civil Action No.: 3:17-cv-08254-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 13, 2017 on behalf of the plaintiff, Tammy S. Peck.

Dated:  October 18, 2017

                                               Respectfully submitted by,

                                               **WILSON LAW, P.A.**

                                               /s/ Kimberly Wilson White
                                               Kimberly Wilson White
                                               kim@wilsonlawpa.com
                                               1111 Haynes Street, Suite 103
                                               Raleigh, NC 27604
                                               Phone:  (919) 890-0180
                                               Fax:     (919) 882-1758
                                               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.   Parties may access this filing through the Court's System.

                                **WILSON LAW, P.A.**

                                /s/ Kimberly Wilson White
                                Kimberly Wilson White