UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cathy Sweeney and John Sweeney<br>3:17-cv-08431 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 16, 2017 on behalf of Plaintiffs Cathy Sweeney and John Sweeny.


Dated: October 18, 2017

                                    Respectfully Submitted by,
                                    /s/ Catherine T. Heacox
                                    Catherine T. Heacox
                                    The Lanier Law Firm, PLLC
                                    Tower 56
                                    126 East 56th Street
                                    New York, NY 10022
                                    (212) 421-2800
                                    Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: October 18, 2017                         /s/ Catherine T. Heacox
                                                            Catherine T. Heacox
                                                            The Lanier Law Firm, PLLC
                                                            Tower 56
                                                            126 East 56th Street
                                                            New York, NY 10022
                                                            (212) 421-2800
                                                            Counsel for Plaintiff(s)