# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Desiree Young 3:17-cv-08422 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 16, 2017 on behalf of Plaintiff Desiree Young

Dated: October 18, 2017

        Respectfully Submitted by,
        /s/ Catherine T. Heacox
        Catherine T. Heacox
        The Lanier Law Firm, PLLC
        Tower 56
        126 East 56th Street
        New York, NY 10022
        (212) 421-2800
        Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 18, 2017                    /s/ Catherine T. Heacox
                                                     Catherine T. Heacox
                                                     The Lanier Law Firm, PLLC
                                                     Tower 56
                                                     126 East 56th Street
                                                     New York, NY 10022
                                                     (212) 421-2800
                                                     Counsel for Plaintiff(s)