**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Mary Hottinger and Dana Hottinger.<br>3:17-cv-08435 | **MDL No. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 17, 2017 on behalf of Plaintiffs Mary Hottinger and Dana Hottinger.

Dated: October 18, 2017

                                          Respectfully Submitted by,
                                          /s/ Catherine T. Heacox
                                          Catherine T. Heacox
                                          The Lanier Law Firm, PLLC
                                          Tower 56
                                          126 East 56th Street
                                          New York, NY 10022
                                          (212) 421-2800
                                          Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 18, 2017                /s/ Catherine T. Heacox
                                                    Catherine T. Heacox
                                                     The Lanier Law Firm, PLLC
                                                     Tower 56
                                                     126 East 56th Street
                                                     New York, NY 10022
                                                     (212) 421-2800
                                                     Counsel for Plaintiff(s)