UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Sheila Bunch 3:17-cv-08405 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

       Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 16, 2017 on behalf of Plaintiff Sheila Bunch.

| | |
|---|---|
| Dated: October 18, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 18, 2017         /s/ Catherine T. Heacox
                   Catherine T. Heacox
                   The Lanier Law Firm, PLLC
                   Tower 56
                   126 East 56th Street
                   New York, NY 10022
                   (212) 421-2800
                   Counsel for Plaintiff(s)