**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No.: 3:16-md-2738-FLW-LHG |
| *This document relates to:* Norma Holstrom v. Johnson & Johnson, et al. Case No. 3:17-cv-07296-FLW-LHG | |

<u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on September 20, 2017 on behalf

of Plaintiff Norma Holstrom.

/s/ Bradley D. Honnold
Bradley D. Honnold
Goza & Honnold, LLC
11181 Overbrook Road, Ste. 200
Leawood, KS  66211
913-451-3433 Telephone
913-839-0567 Facsimile
bhonnold@gohonlaw.com

Attorneys for Plaintiff Norma Holstrom

Dated: October 18, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff