## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Laura Lee Stilwell<br><br>      Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>      Defendants | Civil Action No.: 3:17-cv-8639 |

### NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 19, 2017 on behalf of Plaintiff, Laura Lee Stilwell.

Dated:  October 19, 2017

            By: /s/ Mekel Smith Alvarez
            MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
            mekel@dugan-lawfirm.com
            DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
            dplymale@dugan-lawfirm.com
            JAMES R. DUGAN, II, ESQ. (LSBA #23785)
            jdugan@dugan-lawfirm.com
            THE DUGAN LAW FIRM APLC
            365 Canal Street, Suite 1000
            New Orleans, LA  70130
            Telephone: (504) 648-0180
            Fax: (504) 648-0181

            *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 19, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez