# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Dena Krause<br><br>      Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>      Defendants | Civil Action No.: 3:17-cv-8646 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 19, 2017 on behalf of Plaintiff, Dena Krause.

Dated:  October 19, 2017

           By: /s/ Mekel Smith Alvarez
           MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
           mekel@dugan-lawfirm.com
           DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
           dplymale@dugan-lawfirm.com
           JAMES R. DUGAN, II, ESQ. (LSBA #23785)
           jdugan@dugan-lawfirm.com
           THE DUGAN LAW FIRM APLC
           365 Canal Street, Suite 1000
           New Orleans, LA  70130
           Telephone: (504) 648-0180
           Fax: (504) 648-0181

           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 19, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
