UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Lynn Heinz<br><br>       Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No.: 3:17-cv-8648 |

### NOTICE TO WITHDRAW FROM NEF AS TO CASE IN 16-2738

**PLEASE TAKE NOTICE** that Angela Hart-Edwards, Esq. is no longer an attorney of Gordon & Rees LLP, the law firm representing one of the Defendants in this matter. Please remove her appearance in this case.

Dated: Oct. 19, 2017

Respectfully submitted,

**AKERMAN LLP**

*s/Angela Hart-Edwards*
Angela Hart-Edwards
750 9th Street, N.W., 7th Floor
Washington, D.C. 20001

angela.hart-edwards@akerman.com

43174148;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2017, I submitted via my CN/ECF a <u>Notice to Withdraw from NEF as to Case in 16-2738</u> account to the New Jersey U.S. District Court Clerk's Office Clerk of the Court.

<i>s/ Angela Hart-Edwards</i>

## SERVICE LIST

New Jersey U.S. District Court Clerk's Office

43174148;1