UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>GAIL SCHELLINGER<br><br>                    Plaintiffs,<br><br>-vs-<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)<br><br>                    Defendants. | MDL NO. 16-2738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**COMPLAINT AND JURY DEMAND**<br><br>Civil Action No. <u>3:17-cv-08502</u><br><br>**DIRECT FILED ACTION** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on <u>October 17, 2017</u> on behalf of Gail Schellinger, Plaintiffs.

Dated: <u>October 19, 2017</u>            Respectfully submitted,

                                              /s/ Zollie C. Steakley
                                              Zollie C. Steakley (TX-24029484); (MS-100517)
                                              Harrison Davis Steakley Morrison Jones, PC
                                              P. O. Drawer 21387
                                              Waco, Texas 76712
                                              T:  (254) 761-3300 Telephone
                                              F:  (254) 762-3301 Facsimile
                                              Email:  Zollie@TheTrialLawyers.com

                                              **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on <u>October 19, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Zollie C. Steakley  
Zollie C. Steakley (TX-24029484); (MS-100517)
