UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>STEVE MASSAGEE on behalf of the Estate of BONNIE A. MASSAGEE,<br><br>Plaintiffs,<br><br>-vs-<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)<br><br>Defendants. | MDL NO. 16-2738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**COMPLAINT AND JURY DEMAND**<br><br>Civil Action No. 3:17-cv-08479-FLW-LHG<br><br>**DIRECT FILED ACTION** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 17, 2017 on behalf of Steve Massagee on behalf of the Estate of Bonnie A. Massagee, Plaintiffs.

Dated: October 19, 2017                    Respectfully submitted,

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)
Harrison Davis Steakley Morrison Jones, PC
P. O. Drawer 21387
Waco, Texas 76712
T:  (254) 761-3300 Telephone
F:  (254) 762-3301 Facsimile
Email:  Zollie@TheTrialLawyers.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on <u>October 19, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<pre>                                        /s/ Zollie C. Steakley
                                        Zollie C. Steakley (TX-24029484); (MS-100517)</pre>