## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL NO. 16-2738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| EVELYN BROOKS<br>　　　　　　　　　　Plaintiff,<br>-vs-<br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)<br>　　　　　　　　　　Defendants. | COMPLAINT AND JURY DEMAND<br>Civil Action No. 3:17-cv-08498<br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 17, 2017 on behalf of Evelyn Brooks, Plaintiff.

Dated:  October 19, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Zollie C. Steakley
　　　　　　　　　　　　　　　　　　　　　Zollie C. Steakley (TX-24029484); (MS-100517)
　　　　　　　　　　　　　　　　　　　　　Harrison Davis Steakley Morrison Jones, PC
　　　　　　　　　　　　　　　　　　　　　P. O. Drawer 21387
　　　　　　　　　　　　　　　　　　　　　Waco, Texas 76712
　　　　　　　　　　　　　　　　　　　　　T:  (254) 761-3300 Telephone
　　　　　　　　　　　　　　　　　　　　　F:  (254) 762-3301 Facsimile
　　　　　　　　　　　　　　　　　　　　　Email:  Zollie@TheTrialLawyers.com

　　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on <u>October 19, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)
