UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>DARLENE E. ADAMS AND JERRY G. ADAMS<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-vs-<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)<br><br>　　　　　　　　　　Defendants. | MDL NO. 16-2738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No. 3:17-cv-08500<br><br>**DIRECT FILED ACTION** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 17, 2017 on behalf of Darlene E. Adams and Jerry G. Adams, Plaintiffs.

Dated:　October 19, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Zollie C. Steakley
　　　　　　　　　　　　　　　　　　　Zollie C. Steakley (TX-24029484); (MS-100517)
　　　　　　　　　　　　　　　　　　　Harrison Davis Steakley Morrison Jones, PC
　　　　　　　　　　　　　　　　　　　P. O. Drawer 21387
　　　　　　　　　　　　　　　　　　　Waco, Texas 76712
　　　　　　　　　　　　　　　　　　　T:  (254) 761-3300 Telephone
　　　　　　　　　　　　　　　　　　　F:  (254) 762-3301 Facsimile
　　　　　　　　　　　　　　　　　　　Email:  Zollie@TheTrialLawyers.com

　　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on <u>October 19, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<u>/s/ Zollie C. Steakley</u>
Zollie C. Steakley (TX-24029484); (MS-100517)