# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2738 (FLW) (LHG) <br> : JUDGE FREDA L. WOLFSON <br> : MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates To: | : <br> : Civil Action No.: 3:17-cv-08727 |
| RHONDA LOW. | : |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 19, 2017 on behalf of Plaintiff, Rhonda Low.

Dated this 19th day of October, 2017.    Respectfully Submitted By:

**COHEN & MALAD, LLP**

By: _____
Greg L. Laker, Atty. No. 10322-49
Jeff S. Gibson, Atty. No. 22362-49
TaKeena T. Sandifer, Atty. No. 28807-53
Jonathan A. Knoll, Atty. No. 29324-49
*Attorneys for Plaintiff*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
glaker@cohenandmalad.com
jgibson@cohenandmalad.com
tsandifer@cohenandmalad.com
jknoll@cohenandmalad.com
Telephone: (317) 636-6481
Fax: (317) 636-2593

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                           **COHEN & MALAD, LLP**

By: _____
                Jeff S. Gibson, Atty. No. 22362-49
                *Attorney for Plaintiff*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593