IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES,<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>Leslie Donnetta Franklin vs. Johnson &<br>Johnson, et al.<br>Case No.: 3:17-cv-08544 | MDL NO 16-2738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Leslie Donnetta Franklin.

Respectfully Submitted by,

**NASS CANCELLIERE BRENNER**

*/s/ Edward M. Nass*
EDWARD M. NASS, #34588 PA
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone:      (215) 546-8200
Facsimile:        (215) 545-1591
emnass@ncblawfirm.com
Attorneys for Plaintiff, Leslie Donetta Franklin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of October, 2017.

/s/ Edward M. Nass
EDWARD M. NASS