# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: JOHNSON & JOHNSON | : |  |
| TALCUM POWDER PRODUCTS | : | **MDL NO 16-2738 (FLW)(LHG)** |
| MARKETING, SALES PRACTICES, | : |  |
| PRODUCTS LIABILITY LITIGATION | : |  |
|  | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO | : |  |
|  | : |  |
| Sherry L. Hurley and James Scott | : |  |
| Hurley, w/h | : |  |
| Case No.: 3:17-cv-08585 | : |  |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Sherry L. Hurley and James Scott Hurley, w/h.

Respectfully Submitted by,

**NASS CANCELLIERE BRENNER**

 */s/ Edward M. Nass*
EDWARD M. NASS, #34588 PA
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone:       (215) 546-8200
Facsimile:        (215) 545-1591
emnass@ncblawfirm.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of October, 2017.


_/s/ Edward M. Nass_____
EDWARD M. NASS