# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  _____  This Document Relates to: Ralph B. Jenkins, as personal representative of the Estate of Della Mae Jenkins v. Johnson & Johnson, et al Civil Action No. 3:17-cv-08801 | ) ) ) ) MDL No. 16-2738 (FLW)(LHG) ) JUDGE FREDA L. WOLFSON ) MAG. JUDGE LOIS H. GOODMAN ) ) ) NOTICE OF FILING ) ) ) ) ) |

## Notice of Filing

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 20, 2017 on behalf of Ralph B. Jenkins, as personal representative of the Estate of Della Mae Jenkins.

Date: October 20, 2017

        Respectfully Submitted,
        /s/ *Gary A. Anderson*
        Gary A. Anderson
        Gregory A. Cade
        Kevin B. McKie
        Donald E. Blankenship, Jr.
        Environmental Litigation Group, P.C.
        2160 Highland Ave South
        Birmingham, Alabama 35205

        **ATTORNEYS FOR THE PLAINTIFFS**

## Certificate of Service

I hereby certify that on Friday, October 20, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

        /s/ *Gary A. Anderson*
        Gary A. Anderson