Anastopoulo Law Firm LLC
32 Ann Street, Unit B | Charleston, SC 29403
*Attorneys for Plaintiff* Patricia Sumner

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Patricia Sumner v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08142 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 11, 2017 on behalf of Plaintiff Patricia Sumner.

/s/ *[signature]*
Stefan B. Feidler, Esq.

Attorneys for Plaintiff- Patricia Sumner