**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Barbara Abrams vs. Johnson & Johnson, et al.*<br>*Case No.: 3:17-cv-8783* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Abrams.

This 23rd day of October, 2017.

                                                              Respectfully submitted,

                                                              ONDERLAW, LLC

                            By:    */s/ Stephanie L. Rados*
                                         James G. Onder, #38049 MO
                                         William W. Blair, #58196 MO
                                         Stephanie L. Rados, #65117 MO
                                         110 E. Lockwood, 2nd Floor
                                         St. Louis, MO  63119
                                         314-963-9000 telephone
                                         314-963-1700 facsimile
                                         onder@onderlaw.com
                                         blair@onderlaw.com
                                         rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of October, 2017.

*/s/ Stephanie L. Rados*