## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Marilyn Reccek and Darryl Reccek <br> 3:17-cv-08629 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 18, 2017 on behalf of Plaintiffs Marilyn Reccek and Darryl Reccek.

Dated: October 23, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: October 23, 2017                    /s/ Catherine T. Heacox
                                           Catherine T. Heacox
                                           The Lanier Law Firm, PLLC
                                           Tower 56
                                           126 East 56th Street
                                           New York, NY 10022
                                           (212) 421-2800
                                           Counsel for Plaintiff(s)