# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cindy Jett and Dean Jett<br>3:17-cv-08523 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 17, 2017 on behalf of Plaintiffs Cindy Jett and Dean Jett.

Dated: October 23, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 23, 2017                  /s/ Catherine T. Heacox
                                         Catherine T. Heacox
                                         The Lanier Law Firm, PLLC
                                         Tower 56
                                         126 East 56th Street
                                         New York, NY 10022
                                         (212) 421-2800
                                         Counsel for Plaintiff(s)