# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Concetta Bonfiglio<br>3:17-cv-08788 | MDL No. 2738 (FLW) (LHG) |

# NOTICE OF FILING

       Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 19, 2017 on behalf of Plaintiff Concetta Bonfiglio.

| | |
|---|---|
| Dated: October 24, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 24, 2017                      /s/ Catherine T. Heacox  
                                                         Catherine T. Heacox  
                                                         The Lanier Law Firm, PLLC  
                                                         Tower 56  
                                                         126 East 56th Street  
                                                         New York, NY 10022  
                                                         (212) 421-2800  
                                                         Counsel for Plaintiff(s)