David McMullan
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Plaintiff Patsy Kinsel*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to: Patsy Kinsel; Case No: 3:17-cv-9059-FLW-LHG  ) ) ) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Patsy Kinsel.

Dated: October 24, 2017.                         By: /s/ *David McMullan*
                                                David McMullan
                                                DON BARRETT, P.A.
                                                404 Court Square North
                                                Lexington, Mississippi 39095
                                                Telephone: (662) 834-2488
                                                Fax: (662) 834-2628
                                                dmcmullan@barrettlawgroup.com

                                                *Attorney for Plaintiff Patsy Kinsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                             /s/ David McMullan
                                                                             David McMullan