Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Perry McKennie, Jr.*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION )<br><br>This document relates to: )<br>Perry McKennie, Jr., individually and as the Personal Representative of Bernice McKennie, deceased; Case No: 3:17-cv-9172-FLW-LHG ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Perry McKennie, Jr.

Dated: October 24, 2017.                    By: */s/ Brandi R. Hamilton*
                                            Brandi R. Hamilton
                                            DON BARRETT, P.A.
                                            404 Court Square North
                                            Lexington, Mississippi 39095
                                            Telephone: (662) 834-2488
                                            Fax: (662) 834-2628
                                            bhamilton@barrettlawgroup.com

                                            *Attorney for Plaintiff Perry McKennie, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brandi Hamilton*
Brandi Hamilton
