## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Lakisha Washington<br><br>                    Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>                    Defendants | Civil Action No.: 3:17-cv-9209 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 25, 2017 on behalf of Plaintiff, Lakisha Washington.

Dated:      October 25, 2017

                                          By:  /s/ Mekel Smith Alvarez
                                          MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                          mekel@dugan-lawfirm.com
                                          DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                          dplymale@dugan-lawfirm.com
                                          JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                          jdugan@dugan-lawfirm.com
                                          THE DUGAN LAW FIRM APLC
                                          365 Canal Street, Suite 1000
                                          New Orleans, LA  70130
                                          Telephone: (504) 648-0180
                                          Fax: (504) 648-0181

                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 25, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez