**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN |
| Aimee Remillard, Individually and on behalf of Karen Bosarge, Deceased <br><br>        Plaintiff <br> v. <br><br> Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") <br>        Defendants | Civil Action No.: 3:17-cv-9217 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 25, 2017 on behalf of Plaintiffs, Aimee Remillard, Individually and on behalf of Karen Bosarge, Deceased.

Dated:  October 25, 2017

             By: /s/ Mekel Smith Alvarez
             MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
             mekel@dugan-lawfirm.com
             DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
             dplymale@dugan-lawfirm.com
             JAMES R. DUGAN, II, ESQ. (LSBA #23785)
             jdugan@dugan-lawfirm.com
             THE DUGAN LAW FIRM APLC
             365 Canal Street, Suite 1000
             New Orleans, LA  70130
             Telephone: (504) 648-0180
             Fax: (504) 648-0181

             *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 25, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
