UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to: Samuel Wayne Allen, Sabrina Allen, Samantha Allen, Individually and as Heirs of the Estate of Joyce D. Allen, deceased* | Civil Action No. 3:17-cv-07339-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 21, 2017 on behalf of Plaintiffs, Samuel Wayne Allen, Sabrina Allen, Samantha Allen, Individually and as Heirs of the Estate of Joyce D. Allen, deceased.

Dated: October 24, 2017

Respectfully submitted,

*s/ Tim D. Brandenburg*
Tim D. Brandenburg, Esq.
TX Bar No. 24049036
Roger "Rocky" Walton, Esq.
LAW FIRM OF ROGER "ROCKY" WALTON, P.C.
2310 West Interstate 20, Suite 200
Arlington, Texas 76017
Tel:  817-429-4299
Fax: 817-429-3469
Email: filings@rockywalton.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 24, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                        *s/ Tim D. Brandenburg*
                                                       TIM D. BRANDENBURG