# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Marshai Neville 3:17-cv-09004 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 23, 2017 on behalf of Plaintiff Marshai Neville.

Dated: October 25, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 25, 2017                          /s/ Catherine T. Heacox  
                                                    Catherine T. Heacox  
                                                    The Lanier Law Firm, PLLC  
                                                    Tower 56  
                                                    126 East 56th Street  
                                                    New York, NY 10022  
                                                    (212) 421-2800  
                                                    Counsel for Plaintiff(s)