UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Colleen Driscoll and David A. Driscoll<br>3:17-cv-09181 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 24, 2017 on behalf of Plaintiffs Colleen Driscoll and David A. Driscoll.

| | |
|---|---|
| Dated: October 25, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 25, 2017                  /s/ Catherine T. Heacox
                                                     Catherine T. Heacox
                                                     The Lanier Law Firm, PLLC
                                                     Tower 56
                                                     126 East 56th Street
                                                     New York, NY 10022
                                                     (212) 421-2800
                                                     Counsel for Plaintiff(s)