UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Timothy Dunnavant obo Tereasa Dunnavant, deceased v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-08811-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 20, 2017 on behalf of the plaintiff, Timothy Dunnavant obo Tereasa Dunnavant, deceased.

Dated: October 25, 2017

                                              Respectfully submitted by,

                                              **WILSON LAW, P.A.**

                                              /s/ Kimberly Wilson White
                                              Kimberly Wilson White
                                              kim@wilsonlawpa.com
                                              1111 Haynes Street, Suite 103
                                              Raleigh, NC 27604
                                              Phone:  (919) 890-0180
                                              Fax:     (919) 882-1758
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.   Parties may access this filing through the Court's System.

                                      **WILSON LAW, P.A.**

                                      /s/ Kimberly Wilson White
                                      Kimberly Wilson White