UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Rachael Castillo v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-08812-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 20, 2017 on behalf of the plaintiff, Rachael Castillo.

Dated:  October 25, 2017

                                            Respectfully submitted by,

                                            **WILSON LAW, P.A.**

                                            /s/ Kimberly Wilson White
                                            Kimberly Wilson White
                                            kim@wilsonlawpa.com
                                            1111 Haynes Street, Suite 103
                                            Raleigh, NC 27604
                                            Phone:  (919) 890-0180
                                            Fax:     (919) 882-1758
                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.   Parties may access this filing through the Court's System.


                                          **WILSON LAW, P.A.**

                                          /s/ Kimberly Wilson White
                                          Kimberly Wilson White