UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Carla Witherington v. Johnson & Johnson, et al.* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 25, 2017 on behalf of the plaintiff, Carla T. Witherington.

Dated: October 25, 2017

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

/s/ James L. Ward, Jr.
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                      MCGOWAN, HOOD & FELDER, LLC

                                      */s/ James L. Ward, Jr.*
                                      James L. Ward, Jr.
                                      321 Wingo Way, Suite 103
                                      Mt. Pleasant, SC 29464
                                      Phone:  843-388-7202
                                      jward@mcgowanhood.com

                                      S. Randall Hood
                                      1539 Health Care Drive
                                      Rock Hill, SC 29732
                                      Phone:  803-327-7800
                                      rhood@mcgowanhood.com

                                      John Gressette Felder, Jr.
                                      1517 Hampton Street
                                      Columbia, SC 29201
                                      Phone: 803-779-0100
                                      jfelder@mcgowanhood.com