UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Logan, et al. v. Johnson & Johnson, et al.*, **3:17-cv-00797-FLW-LHG** | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that Short Form Complaints and Jury Demands have been filed for the following Plaintiffs and assigned the following case numbers:

- MICHELLE CANNADY; 3:17-cv-9346
- WYNESTER LOGAN; 3:17-cv-9357
- LEAH TAYLOR; 3:17-cv-9361
- AMY MCCALL; 3:17-cv-9363
- JULIE NEJMAN; 3:17-cv-9366
- JEAN FEATHERS; 3:17-cv-9370

This 25th day of October, 2017.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of October, 2017.

                                            */s/ D. Todd Mathews*
                                            D. Todd Mathews