BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff James Bowen obo*
*Julie F. Bowen (deceased)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>James Bowen obo Julie F. Bowen (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08511 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 17, 2017 on behalf of Plaintiff James Bowen obo Julie F. Bowen (deceased).

                   */s/ Brittany S. Scott*
                   Brittany S. Scott
                   BEASLEY ALLEN CROW METHVIN
                   PORTIS & MILES, P.C.
                   218 Commerce Street
                   Montgomery, Alabama 36104
                   (800) 898-2034 Telephone
                   (334) 954-7555 Facsimile
                   Brittany.Scott@beasleyallen.com

                   Attorneys for Plaintiff James Bowen obo
                   Julie F. Bowen (deceased)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

             */s/ Brittany S. Scott*
             Brittany S. Scott

             BEASLEY ALLEN CROW METHVIN
             PORTIS & MILES, P.C.