# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>Donna Dawe, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-CV-09129 | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 24, 2017 on behalf of Plaintiffs Donna Dawe and Thomas Dawe.

                                                /s/ T. Matthew Leckman
                                                T. Matthew Leckman
                                                Derek T. Braslow
                                                Pogust Braslow & Millrood
                                                Eight Tower Bridge
                                                161 Washington St., Ste. 940
                                                Conshohocken, PA 19428
                                                (610) 941-4204 Telephone
                                                (610) 941-4245 Fax
                                                mleckman@pbmattorneys.com
                                                dbraslow@pbmattorneys.com

                                                Attorneys for Plaintiffs Donna and Thomas Dawe

Dated: October 26, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ T. Matthew Leckman
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood