UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Lena Hernandez v. Johnson & Johnson, et al.<br>Case No. 3:17-CV-09228 | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 25, 2017 on behalf of Plaintiff Lena Hernandez.

        /s/ T. Matthew Leckman
        T. Matthew Leckman
        Derek T. Braslow
        Pogust Braslow & Millrood
        Eight Tower Bridge
        161 Washington St., Ste. 940
        Conshohocken, PA 19428
        (610) 941-4204 Telephone
        (610) 941-4245 Fax
        mleckman@pbmattorneys.com
        dbraslow@pbmattorneys.com

        Attorneys for Plaintiff Lena Hernandez

Dated: October 26, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ T. Matthew Leckman
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood