UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Carl Hackerman v. Johnson & Johnson, et al.<br>Case No. 3:17-CV-09111 | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 24, 2017 on behalf of Plaintiff Carl Hackerman, Individually and as Personal Representative of the Estate of Sharon Hackerman.

                                                          /s/ T. Matthew Leckman_____
                                                        T. Matthew Leckman
                                                        Derek T. Braslow
                                                        Pogust Braslow & Millrood
                                                        Eight Tower Bridge
                                                        161 Washington St., Ste. 940
                                                        Conshohocken, PA 19428
                                                        (610) 941-4204 Telephone
                                                        (610) 941-4245 Fax
                                                        mleckman@pbmattorneys.com
                                                        dbraslow@pbmattorneys.com

                                                        Attorneys for Plaintiff Carl Hackerman

Dated: October 26, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ T. Matthew Leckman
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood
