BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Tina Marie Varnauskas*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Tina Marie Varnauskas v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08366-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 16, 2017 on behalf of Plaintiff Tina Marie Varnauskas.

    */s/ P. Leigh O'Dell*
    P. Leigh O'Dell
    BEASLEY ALLEN CROW METHVIN
    PORTIS & MILES, P.C.
    218 Commerce Street
    Montgomery, Alabama 36104
    (800) 898-2034 Telephone
    (334) 954-7555 Facsimile
    Leigh.ODell@beasleyallen.com

    Attorneys for Plaintiff Tina Marie Varnauskas

Dated: October 26, 2017

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ P. Leigh O'Dell*
              P. Leigh O'Dell

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.