BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Judith Anderson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Judith Anderson v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08170-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 12, 2017 on behalf of Plaintiff Judith Anderson.

                                                            */s/ P. Leigh O'Dell*
                                                            P. Leigh O'Dell
                                                            BEASLEY ALLEN CROW METHVIN
                                                            PORTIS & MILES, P.C.
                                                            218 Commerce Street
                                                            Montgomery, Alabama 36104
                                                            (800) 898-2034 Telephone
                                                            (334) 954-7555 Facsimile
                                                            Leigh.ODell@beasleyallen.com

                                                            Attorneys for Plaintiff Judith Anderson

Dated: October 26, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 */s/ P. Leigh O'Dell*
                                                 P. Leigh O'Dell

                                               BEASLEY ALLEN CROW METHVIN
                                               PORTIS & MILES, P.C.