UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* *Stephanie Hunt* | Civil Action No: 3:17-cv-09489 |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 26,2017 on behalf of Stephanie Hunt.

Dated: <u>October 26, 2017.</u>                Respectfully submitted,

**THE LAW OFFICES OF SEAN M. CLEARY, P.A.**

By: <u>/s/ *Sean M. Cleary, Esq.*</u>
Sean M. Cleary, P.A.
Law Offices of Sean M. Cleary, Esq.
19 West Flagler Street Suite 618
Miami, FL 33130
(305) 416-9805
sean@clearypa.com
Bar No. 0146341

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

<u>/s/ *Sean M. Cleary, Esq.*</u>
Sean M. Cleary