# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| MICHAEL REINHART, individually and as the Administrator of the Estate of CONNIE REINHART, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC. *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC. *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL,<br><br>Defendants, | MDL No: 2738 (FLW)(LHG)<br>Individual Case No: 3:17-cv- |
| *This document relates to:*<br>*Case Management Order No. 8 Matter*<br><br>*Jones et al v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Case No: 1622-CC10978 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Orders Nos. 3 (Filing of Short Form Complaints) and 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint with Jury Demand was filed on October 27, 2017 on behalf of Plaintiff Michael Reinhart, individually and as Administrator of the Estate of Connie Reinhart, Deceased.

- 2 -

| | | |
|---|---|---|
| **DATED:** | <u>**October 27, 2017**</u> | Respectfully submitted, |
| | | |
| | | */s/ Steven D. Resnick* |
| | | Steven D. Resnick, Esquire |
| | | GOLOMB & HONIK, P.C. |
| | | 1515 Market Street, Suite 1100 |
| | | Philadelphia, PA  19102 |
| | | Phone:  (215) 985-9177 |
| | | Fax:       (215) 985-4169 |
| | | Email: sresnick@golombhonik.com |
| | | |
| | | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint with Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>October 27, 2017</u>

          */s/ Steven D. Resnick*
          Steven D. Resnick, Esquire
          GOLOMB & HONIK, P.C.
          1515 Market Street, Suite 1100
          Philadelphia, PA  19102
          Phone: (215) 985-9177
          Fax:     (215) 985-4169
          Email:  sresnick@golombhonik.com

          *Attorney for Plaintiff*