**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| MYRA THOMPSON, as Personal Representative of the ESTATE OF VERNA MAE THOMPSON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC. *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC. *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL,<br><br>Defendants,<br>*This document relates to:*<br>*Case Management Order No. 8 Matter*<br><br>*Jones et al v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Case No: 1622-CC10978 | **MDL No: 2738 (FLW)(LHG)**<br>**Individual Case No: 3:17-cv-9629** |

**NOTICE OF FILING**

Notice is hereby given in accordance with Case Management Orders Nos. 3 (Filing of Short Form Complaints) and 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint with Jury Demand was filed on October 27, 2017 on behalf of Plaintiff, Jesse Crandell individually and as Administrator of the Estate of Angela Glass, Deceased.

- 2 -

**DATED:** <u>**October 27, 2017**</u>　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven D. Resnick*
　　　　　　　　　　　　　　　　　　　　　　　Steven D. Resnick, Esquire
　　　　　　　　　　　　　　　　　　　　　　　GOLOMB & HONIK, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1515 Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (215) 985-9177
　　　　　　　　　　　　　　　　　　　　　　　Fax:      (215) 985-4169
　　　　　　　　　　　　　　　　　　　　　　　Email: sresnick@golombhonik.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing together with Plaintiff's Short Form Complaint with Jury Demand and Summons were filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** October 27, 2017

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*