**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| JESSE CRANDALL, individually and as Administrator of the ESTATE OF ANGELA GLASS, Deceased,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC. *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC. *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL,<br><br>                    Defendants,<br><br>***This document relates to:***<br>***Case Management Order No. 8 Matter***<br><br>*McNichols et al v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Case No: 1722-CC0667 | **MDL No: 2738 (FLW)(LHG)**<br>**Individual Case No: 3:17-cv-9646** |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Orders Nos. 3 (Filing of Short Form Complaints) and 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint with Jury Demand was filed on October 27, 2017 on behalf of Plaintiff Jesse Crandall, individually and as Administrator of the Estate of Angela Glass, Deceased.

**DATED:**    <u>**October 27, 2017**</u>         Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:       (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint with Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**      <u>October 27, 2017</u>

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*