# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| **KATHLEEN ORELLANA and GABRIEL ORELLANA, w/h,**<br><br>                    **Plaintiff(s),**<br>v.<br><br>**JOHNSON & JOHNSON;**<br>-and-<br>**JOHNSON & JOHNSON CONSUMER, INC.,** *f/k/a* **JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;**<br>-and-<br>**IMERYS TALC AMERICA, INC.,** *f/k/a* **LUZENAC AMERICA, INC.;**<br>-and-<br>**PERSONAL CARE PRODUCTS COUNCIL,** *f/k/a* **COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),**<br><br>                    **Defendants.** | **MDL No: 2738 (FLW)(LHG)**<br><br>**NJ Member Case No: 3:17-cv-9658** |
| **This document relates to:**<br>**Case Management Order No. 8 Matter**<br><br>*McNichols, et al. v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Cause No: 1722-CC00667 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction

- 2 -

Objections) that a Short Form Complaint with Jury Demand was filed on October 27, 2017 on behalf of Plaintiffs, Kathleen Orellana and Gabriel Orellana.

| | | |
|---|---|---|
| **DATED:** | **October 27, 2017** | Respectfully submitted, |

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**     October 27, 2017

                                                  */s/ Steven D. Resnick*
                                                Steven D. Resnick, Esquire
                                                GOLOMB & HONIK, P.C.
                                                1515 Market Street, Suite 1100
                                                Philadelphia, PA  19102
                                                Phone: (215) 985-9177
                                                Fax:     (215) 985-4169
                                                Email:  sresnick@golombhonik.com

                                                *Attorney for Plaintiff*