## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| LYNN CORNWELL, in her capacity as Power of Attorney for MARY MALENICK, Incapacitated and FRANK MALENICK, <br><br> Plaintiff(s), <br> v. <br><br> JOHNSON & JOHNSON; <br> -and- <br> JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; <br> -and- <br> IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.; <br> -and- <br> PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA), <br><br> Defendants. | MDL No: 2738 (FLW)(LHG) <br><br> NJ Member Case No: 3:17-cv-9687 |
| **This document relates to:** <br> **Case Management Order No. 8 Matter** <br><br> *McNichols, et al. v. Johnson & Johnson, et al.* <br> In the Circuit Court of St. Louis, Missouri <br> Cause No: 1722-CC00667 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 27, 2017,  on

- 2 -

behalf of Plaintiffs, Lynn Cornwell, in her capacity as Power of Attorney for Mary Malenick, Incapacitated and Frank Malenick.

|  |  |  |
|---|---|---|
| **DATED:** | **October 27, 2017** | Respectfully submitted, |

                                                */s/ Steven D. Resnick*
                                                Steven D. Resnick, Esquire
                                                GOLOMB & HONIK, P.C.
                                                1515 Market Street, Suite 1100
                                                Philadelphia, PA  19102
                                                Phone:  (215) 985-9177
                                                Fax:     (215) 985-4169
                                                Email: sresnick@golombhonik.com

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   <u>October 27, 2017</u>

                                             */s/ Steven D. Resnick*
                                             Steven D. Resnick, Esquire
                                             GOLOMB & HONIK, P.C.
                                             1515 Market Street, Suite 1100
                                             Philadelphia, PA  19102
                                             Phone: (215) 985-9177
                                             Fax:     (215) 985-4169
                                             Email:  sresnick@golombhonik.com

                        *Attorney for Plaintiff*