# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Donna Stott and Celeste Martin, Case No: 3:17-cv-09483 | MDL No. 2738 (FLW) (LHG)<br><br>TRANSFER NO.: 3:17-CV-03946<br><br>CASE MANAGEMENT ORDER NO. 8 MATTER |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint and Jury Demand has been filed on October 26, 2017 on behalf of Plaintiffs Donna Stott and Celeste Martin.

Dated: October 27, 2017

/s/ Priscilla E. Jimenez, Esquire
Priscilla E. Jimenez, Esquire
KLINE & SPECTER PC
1525 Locust Street – 19th Floor
Philadelphia, PA 19102
215-772-1000
215-735-0960 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Priscilla Jimenez_____