**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| LACINDA SULLIVAN and GARY SULLIVAN, w/h, | |
|                       Plaintiff(s), | |
| v. | MDL No: 2738 (FLW)(LHG) |
| JOHNSON & JOHNSON; -and- JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; -and- IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.; -and- PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA), | NJ Member Case No: 3:17-cv-9713 |
|                       Defendants. | |
| This document relates to: **Case Management Order No. 8 Matter** *McNichols, et al. v. Johnson & Johnson, et al.* In the Circuit Court of St. Louis, Missouri Cause No: 1722-CC00667 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of

Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction

Objections) that a Short Form Complaint with Jury Demand was filed on October 27, 2017, on behalf of Plaintiffs, Lacinda Sullivan and Gary Sullivan.

**DATED:** **October 27, 2017**               Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I Steven D. Resnick, hereby certify that on this **27th day of October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**        <u>**October 27, 2017**</u>

> */s/ Steven D. Resnick*
> _____
> Steven D. Resnick, Esquire
> GOLOMB & HONIK, P.C.
> 1515 Market Street, Suite 1100
> Philadelphia, PA  19102
> Phone: (215) 985-9177
> Fax:     (215) 985-4169
> Email:  sresnick@golombhonik.com
>
> *Attorney for Plaintiff*