UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Starks, et al. v. Johnson & Johnson, et al.*, 3:17-cv-00792-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that Short Form Complaints and Jury Demands have been filed for the following Plaintiffs and assigned the following case numbers:

- TERESA GUNBY; 3:17-cv-9666
- SHERITA CHAVIS WILLIAMS; 3:17-cv-9669
- JOYCE SOWELS; 3:17-cv-9676
- TIM DEWITT, INDIVIDUALLY, AND AS THE EXECUTOR OF THE ESTATE OF JOANNE DEWITT, DECEASED; 3:17-cv-9685
- LISA ISHAM; 3:17-cv-9690
- JENNIFER PERKINS; 3:17-cv-9691
- SYLVIA LIDDELL; 3:17-cv-9695
- ROBIN HEFNER; 3:17-cv-9698
- APRIL MILES; 3:17-cv-9699
- CHERI RATLIFF; 3:17-cv-9703

- WENDY FERREIRA; 3:17-cv-9707

- FARRAH STARKS, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBIN STARKS, DECEASED; 3:17-cv-9711

- CAROLYN GOUDINE-JACKSON; 3:17-cv-9714

This 27th day of October, 2017.

        Respectfully submitted by,

        s/ D. Todd Mathews
        D. Todd Mathews, #52502 (MO)
        Gori Julian & Associates, P.C.
        156 N. Main Street
        Edwardsville, IL 62025
        (618) 659-9833 – Telephone
        (618) 659-9834 – Facsimile

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of October, 2017.

                */s/ D. Todd Mathews*
                D. Todd Mathews