**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Stacey Hommel 3:17-cv-09399 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 25, 2017 on behalf of Plaintiff Stacey Hommel.

Dated: October 27, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 27, 2017　　　　　　　　　　/s/ Catherine T. Heacox
　　　　　　　　　　　　　　　　　　　　　Catherine T. Heacox
　　　　　　　　　　　　　　　　　　　　　The Lanier Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　Tower 56
　　　　　　　　　　　　　　　　　　　　　126 East 56th Street
　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　(212) 421-2800
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff(s)