UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Denise Damm & Robert Damm<br>3:17-cv-09409 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 25, 2017 on behalf of Plaintiffs Denise Damm & Robert Damm.

| | |
|---|---|
| Dated: October 27, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: October 27, 2017                    /s/ Catherine T. Heacox
                                                 Catherine T. Heacox
                                                 The Lanier Law Firm, PLLC
                                                 Tower 56
                                                 126 East 56th Street
                                                 New York, NY 10022
                                                 (212) 421-2800
                                                 Counsel for Plaintiff(s)