**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Janice Fitzgerald 3:17-cv-09407 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

     Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 25, 2017 on behalf of Plaintiff Janice Fitzgerald.

Dated: October 27, 2017                    Respectfully Submitted by,
                                                          /s/ Catherine T. Heacox
                                                          Catherine T. Heacox
                                                          The Lanier Law Firm, PLLC
                                                          Tower 56
                                                          126 East 56th Street
                                                          New York, NY 10022
                                                          (212) 421-2800
                                                          Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 27, 2017              /s/ Catherine T. Heacox
                                                                  Catherine T. Heacox
                                                                  The Lanier Law Firm, PLLC
                                                                  Tower 56
                                                                126 East 56th Street
                                                                New York, NY 10022
                                                                 (212) 421-2800
                                                                Counsel for Plaintiff(s)