## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> **IJEOMA SOPHIA MEMEH,** <br><br>                             **Plaintiff,** <br> **v.** <br><br> **JOHNSON & JOHNSON;** <br> **-and-** <br> **JOHNSON & JOHNSON CONSUMER, INC.,** *f/k/a* **JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;** <br> **-and-** <br> **IMERYS TALC AMERICA, INC.,** *f/k/a* **LUZENAC AMERICA, INC.;** <br> **-and-** <br> **PERSONAL CARE PRODUCTS COUNCIL,** *f/k/a* **COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),** <br><br>                             **Defendants.** | **MDL No: 2738 (FLW)(LHG)** <br> **Member Case No: 3:17-cv-9757** |
| **This document relates to:** <br> **Case Management Order No. 8 Matter** <br><br> *Carney, et al.  v. Johnson & Johnson, et al.* <br> In the Circuit Court of St. Louis, Missouri <br> Cause No: 1622-CC09768 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 27, 2017 on behalf of Plaintiff Ijeoma Sophia Memeh.

- 2 -

**DATED:** <u>**October 27, 2017**</u>  Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**    <u>October 27, 2017</u>

                                             */s/ Steven D. Resnick*
                                             Steven D. Resnick, Esquire
                                             GOLOMB & HONIK, P.C.
                                             1515 Market Street, Suite 1100
                                             Philadelphia, PA  19102
                                             Phone: (215) 985-9177
                                             Fax:     (215) 985-4169
                                             Email:  sresnick@golombhonik.com

                                             *Attorney for Plaintiff*