IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>PENELOPE KUDERIK, as Administrator of the ESTATE OF ARLENE MONDRO, DECEASED,<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>Defendants. | MDL No: 2738 (FLW)(LHG)<br>Member Case No: 3:17-cv-9795 |
| **This document relates to:**<br>**Case Management Order No. 8 Matter**<br><br>*Fraizer, et al. v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Cause No: 1622-CC09669 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 27, 2017, on behalf of Plaintiff, Penelope Kuderik, as Administrator of the Estate of Arlene Mondro, Deceased.

- 2 -

| | | |
|---|---|---|
| **DATED:** | <u>**October 27, 2017**</u> | Respectfully submitted, |

                                               *<u>/s/ Steven D. Resnick</u>*
                                               Steven D. Resnick, Esquire
                                               GOLOMB & HONIK, P.C.
                                               1515 Market Street, Suite 1100
                                               Philadelphia, PA  19102
                                               Phone:  (215) 985-9177
                                               Fax:      (215) 985-4169
                                               Email: [sresnick@golombhonik.com](mailto:sresnick@golombhonik.com)

                                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I Steven D. Resnick, hereby certify that on this **27th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>October 27, 2017</u>

                  */s/ Steven D. Resnick*
                  Steven D. Resnick, Esquire
                  GOLOMB & HONIK, P.C.
                  1515 Market Street, Suite 1100
                  Philadelphia, PA  19102
                  Phone: (215) 985-9177
                  Fax:     (215) 985-4169
                  Email:  sresnick@golombhonik.com

                 *Attorney for Plaintiff*