UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: <u>Charles Hayer On Behalf of the Estate of Charlene Hayer</u><br>3:17-cv-09556 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 26, 2017 on behalf of Plaintiffs Charles Hayer On Behalf of the Estate of Charlene Hayer.

| | |
|---|---|
| Dated:<u> October 30, 2017</u> | Respectfully Submitted by,<br><u>/s/ Catherine T. Heacox</u><br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: October 30, 2017                               /s/ Catherine T. Heacox
                                                                Catherine T. Heacox
                                                                The Lanier Law Firm, PLLC
                                                                Tower 56
                                                                126 East 56th Street
                                                                New York, NY 10022
                                                                (212) 421-2800
                                                                Counsel for Plaintiff(s)