IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| JOHN MOE, individually and as Administrator of the ESTATE OF CORRINE MOE, DECEASED,<br><br>        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>        Defendants. | MDL No: 2738 (FLW)(LHG)<br>Member Case No: 3:17-cv-9787 |
| This document relates to:<br>Case Management Order No. 8 Matter<br><br>*Fraizer, et al. v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Cause No: 1622-CC09669 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 27, 2017, on behalf of Plaintiff, John Moe, as Administrator of the Estate of Corrine Moe, Deceased.

- 2 -

| | | |
|---|---|---|
| **DATED:** | <u>**October 30, 2017**</u> | Respectfully submitted, |
| | | */s/ Steven D. Resnick* |
| | | Steven D. Resnick, Esquire |
| | | G<small>OLOMB</small> & H<small>ONIK</small>, P.C. |
| | | 1515 Market Street, Suite 1100 |
| | | Philadelphia, PA  19102 |
| | | Phone:  (215) 985-9177 |
| | | Fax:      (215) 985-4169 |
| | | Email: sresnick@golombhonik.com |
| | | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **30th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>October 30, 2017</u>

                                          */s/ Steven D. Resnick*
                                          Steven D. Resnick, Esquire
                                          GOLOMB & HONIK, P.C.
                                          1515 Market Street, Suite 1100
                                          Philadelphia, PA  19102
                                          Phone: (215) 985-9177
                                          Fax:     (215) 985-4169
                                          Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*