UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN  NOTICE OF FILING |
| This Document Relates to: Miqaela Escobedo, Independent Administrator of the Estate of Guadalupe Escobedo, Deceased and as Attorney-in-Fact for Maria Escobedo, Wrongful Death Beneficiary v. Johnson & Johnson, et al Civil Action No. 3:17-cv-9743 | |

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 27, 2017 on behalf of Miqaela Escobedo, Independent Administrator of the Estate of Guadalupe Escobedo, Deceased and as Attorney-in-Fact for Maria Escobedo, Wrongful Death Beneficiary.

    Respectfully submitted this 31st day of October, 2017,

    /s/ John Randolph Davis
    John Randolph Davis
    Texas State Bar No. 24099518
    **SLACK & DAVIS, L.L.P.**
    2705 Bee Cave Road, Suite 220
    Austin, Texas  78746
    512-795-8686 (Telephone)
    512-795-8787 (Facsimile)
    jdavis@slackdavis.com

    **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of October, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ John Randolph Davis
      JOHN RANDOLPH DAVIS