BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff June Leber*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>June Leber v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08934-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 23, 2017 on behalf of Plaintiff June Leber.

                                           */s/ P. Leigh O'Dell*
                                           P. Leigh O'Dell
                                           BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                           218 Commerce Street
                                           Montgomery, Alabama 36104
                                           (800) 898-2034 Telephone
                                           (334) 954-7555 Facsimile
                                           Leigh.ODell@beasleyallen.com

                                           Attorneys for Plaintiff June Leber

Dated: October 31, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ P. Leigh O'Dell*
                                                  P. Leigh O'Dell

                                                  BEASLEY ALLEN CROW METHVIN
                                                  PORTIS & MILES, P.C.