**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW)(LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** <br><br> **NOTICE OF FILING** |
| This Document Relates to: <br> Carol L. Johnson v. Johnson & Johnson, et al <br> Civil Action No. 3:17-cv-9747 | |

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 27, 2017 on behalf of Carol L. Johnson.

Respectfully submitted this 31st day of October, 2017,

> /s/ John Randolph Davis
> John Randolph Davis
> Texas State Bar No. 24099518
> **SLACK & DAVIS, L.L.P.**
> 2705 Bee Cave Road, Suite 220
> Austin, Texas  78746
> 512-795-8686 (Telephone)
> 512-795-8787 (Facsimile)
> jdavis@slackdavis.com
>
> **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of October, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ John Randolph Davis
                                              JOHN RANDOLPH DAVIS