**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**  *This Document Relates To:*  OTIS RENCHER, PERSONAL REPRESENATIVE OF THE ESTATE OF DOROTHY RENCHER | **MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN**  Civil Action No.: 3:17-cv-10174 |

**NOTICE OF FILING**

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 31, 2017 on behalf of the Plaintiff, Otis Rencher, Personal Representative of the Estate of Dorothy Rencher.

Dated: 10/31/2017                                  Respectfully Submitted by,

                                                   /s/ Kelly A. Fitzpatrick
                                                   Kelly A. Fitzpatrick
                                                   Ventura Law
                                                   235 Main Street,
                                                   Danbury, CT 06810
                                                   203-800-8000
                                                   NJ Bar Number: 010772009

1

/s/Agostinho J. Ribeiro  
Agostinho J. Ribeiro  
Ventura Law  
235 Main Street,  
Danbury, CT 06810

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000
NY Bar: 010722009

/s/Agostinho J. Ribeiro
Agostinho J. Ribeiro
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000