# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Roberta Weiner 3:17-cv-9832 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 27, 2017 on behalf of Plaintiff Roberta Weiner.

Dated: October 31, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: October 31, 2017         /s/ Catherine T. Heacox
                   Catherine T. Heacox
                   The Lanier Law Firm, PLLC
                   Tower 56
                   126 East 56th Street
                   New York, NY 10022
                   (212) 421-2800
                   Counsel for Plaintiff(s)