UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Henry Gann, <u>Individually and on Behalf of the Estate of</u> Debra Gann 3:17-cv-09608 | MDL No. 2738 (FLW) (LHG) |

<u>**NOTICE OF FILING**</u>

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 26, 2017 on behalf of Plaintiffs Henry Gann, Individually and on Behalf of the Estate of Debra Gann.

Dated: <u>October 31, 2017</u>

                                                      Respectfully Submitted by,
                                                      <u>/s/ Catherine T. Heacox</u>
                                                      Catherine T. Heacox
                                                      The Lanier Law Firm, PLLC
                                                      Tower 56
                                                      126 East 56th Street
                                                      New York, NY 10022
                                                      (212) 421-2800
                                                      Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 31, 2017                      /s/ Catherine T. Heacox
                                                                                  Catherine T. Heacox
                                                                                  The Lanier Law Firm, PLLC
                                                                                  Tower 56
                                                                                  126 East 56th Street
                                                                                  New York, NY 10022
                                                                                  (212) 421-2800
                                                                                  Counsel for Plaintiff(s)