UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Kimberly Murray and Robert Murray<br>3:17-cv-09841 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 27, 2017 on behalf of Plaintiffs Kimberly Murray and Robert Murray.

Dated: October 31, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 31, 2017                  /s/ Catherine T. Heacox  
                                               Catherine T. Heacox  
                                               The Lanier Law Firm, PLLC  
                                               Tower 56  
                                               126 East 56th Street  
                                               New York, NY 10022  
                                               (212) 421-2800  
                                               Counsel for Plaintiff(s)