UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Anthony Parla Individually on Behalf of the Estate of Nan cy Ann Parla 3:17-cv-09844 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 27, 2017 on behalf of Plaintiffs Anthony Parla Individually, on Behalf of the Estate of Nan cy Ann Parla.

Dated: October 31, 2017

                Respectfully Submitted by,
                /s/ Catherine T. Heacox
                Catherine T. Heacox
                The Lanier Law Firm, PLLC
                Tower 56
                126 East 56th Street
                New York, NY 10022
                (212) 421-2800
                Counsel for Plaintiff(s)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 31, 2017                  /s/ Catherine T. Heacox
                                                    Catherine T. Heacox
                                                    The Lanier Law Firm, PLLC
                                                    Tower 56
                                                    126 East 56th Street
                                                    New York, NY 10022
                                                    (212) 421-2800
                                                    Counsel for Plaintiff(s)