UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cynthia Rich 3:17-cv-09850 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 27, 2017 on behalf of Plaintiff Cynthia Rich.

Dated: October 31, 2017

                Respectfully Submitted by,
                /s/ Catherine T. Heacox
                Catherine T. Heacox
                The Lanier Law Firm, PLLC
                Tower 56
                126 East 56th Street
                New York, NY 10022
                (212) 421-2800
                Counsel for Plaintiff(s)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 31, 2017                      /s/ Catherine T. Heacox
                                                               Catherine T. Heacox
                                                               The Lanier Law Firm, PLLC
                                                                Tower 56
                                                                126 East 56th Street
                                                                New York, NY 10022
                                                                (212) 421-2800
                                                                Counsel for Plaintiff(s)