# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Michelle Shadix on Behalf of the Estate of Nancy Kraft Smithson 3:17-cv-09851 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 27, 2017 on behalf of Plaintiffs Michelle Shadix on Behalf of the Estate of Nancy Kraft Smithson.

Dated: October 31, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 31, 2017                      /s/ Catherine T. Heacox
                                                              Catherine T. Heacox
                                                              The Lanier Law Firm, PLLC
                                                              Tower 56
                                                              126 East 56th Street
                                                              New York, NY 10022
                                                              (212) 421-2800
                                                              Counsel for Plaintiff(s)