UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT ALSO RELATES TO:<br><br>MARISA EWING,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　　　　Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br><br>Case No. 3:17-cv-09614-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 26, 2017, on behalf of Plaintiff MARISA EWING.

Dated October 31, 2017　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　By:   /s/ *Mark P. Robinson, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Mark P. Robinson, Jr.
　　　　　　　　　　　　　　　　　　　　　　19 Corporate Plaza Drive
　　　　　　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　　　　　　949-720-1288 Phone
　　　　　　　　　　　　　　　　　　　　　　949-720-1292 Facsimile
　　　　　　　　　　　　　　　　　　　　　　mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that October 31, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.