UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT ALSO RELATES TO: <br><br> MICHELE LAKE and MARK LAKE, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | MDL NO. 2738 (FLW) (LHG) <br><br><br><br> Case No. 3:17-cv-09615-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 26, 2017, on behalf of Plaintiffs MICHELE LAKE and MARK LAKE.

Dated October 31, 2017         Respectfully Submitted,


                               By:   /s/ *Mark P. Robinson, Jr.*
                                   Mark P. Robinson, Jr.
                                   19 Corporate Plaza Drive
                                   Newport Beach, CA 92660
                                   949-720-1288 Phone
                                   949-720-1292 Facsimile
                                   mrobinson@robinsonfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that October 31, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

       /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.