**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW) (LHG) |
| _____ | |
| **THIS DOCUMENT ALSO RELATES TO:** | |
| **STACY CARDWELL,** | Case No. 3:17-cv-09557-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 26, 2017, on behalf of Plaintiff STACY CARDWELL.

Dated October 31, 2017                    Respectfully Submitted,


By:   /s/ *Mark P. Robinson, Jr.*
         Mark P. Robinson, Jr.
         19 Corporate Plaza Drive
         Newport Beach, CA 92660
         949-720-1288 Phone
         949-720-1292 Facsimile
         mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that October 31, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

          /s/ Mark P. Robinson Jr.
      MARK P. ROBINSON, JR.