# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>RONALD NOGA, as ADMINISTRATOR OF THE ESTATE OF DONNA JUNE NOGA and RONALD NOGA, INDIVIDUALLY v. Johnson and Johnson Company, et. al. | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-10257 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 31, 2017 on behalf of Ronald Noga, Individually and as Administrator to the Estate of Donna June Noga.

Dated: November 1, 2017

                                            Respectfully submitted by,

                                            **ANAPOL WEISS**

                                            */s/ Gregory S. Spizer, Esq.*
                                            Gregory S. Spizer, Esquire
                                            Counsel for Plaintiff
                                            One Logan Square
                                            130 N. 18th Street; Ste. 1600
                                            Philadelphia, PA 19103
                                            Telephone 215-735-1130
                                            Facsimile: 215-875-7722
                                            E-mail: Gspizer@anapolweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
ANAPOL WEISS
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com