IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM PRODUCTIONS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | Master Docket No.:  3:16-md-02738(FLW)  Honorable Freda L. Wolfson |
| *This document relates to:* | |
| *BARBARA MIHALICH, individually and on behalf of all others similarly situated.* | Case No:  3:16-cv-06695(FLW) |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC. | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

On September 28, 2017, The Court entered its Order dismissing with prejudice and closing the case styled *Barbara Mihalich v. Johnson & Johnson et al*, Case No. 3:16 cv-06695-FLW-LHG.  Accordingly, Kevin P. Green of Goldenberg Heller and Antognoli, P.C., hereby withdraws his appearance for the plaintiffs in Case No: 3:16-cv-06695(FLW) and Master Docket No.:  3:16-md-02738(FLW).

DATED:  November 1, 2017.

Respectfully submitted,

GOLDENBERG HELLER & ANTOGNOLI, P.C.

By: */s/ Kevin P. Green*
Kevin P. Green, #06299905
2227 South State Route 157
Edwardsville, IL 62025
Telephone:  (618) 656-5150
Facsimile:   (618) 656-6230
kevin@ghalaw.com

<u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that a copy of the foregoing motion was electronically filed with the United States District Court, District of New Jersey, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on November 1, 2017.

                    */s/ Kevin P. Green*