UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT ALSO RELATES TO:** **THOMAS OAKLEY,**     **Plaintiff,** v. **JOHNSON & JOHNSON, et al.,**     **Defendants.** | **MDL NO. 2738 (FLW) (LHG)** Case No. 3:17-cv-10119-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 30, 2017, on behalf of Plaintiff THOMAS OAKLEY.

Dated November 1, 2017    Respectfully Submitted,

            By: /s/ *Mark P. Robinson, Jr.*
              Mark P. Robinson, Jr.
              19 Corporate Plaza Drive
              Newport Beach, CA 92660
              949-720-1288 Phone
              949-720-1292 Facsimile
              mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 1, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

  /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.