UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Robert Williams, Individually and as Personal Representative of the Estate of Betty Jo Williams v. Johnson & Johnson, et al.<br>USDC NJ 3:17-cv-03946;<br><br>Angela Loftus v. Johnson & Johnson, et al.<br>USDC NJ 3:17-cv-03946;<br><br>Gladys Jones v. Johnson & Johnson, et al.<br>USDC NJ 3:17-cv-03946;<br><br>Walter Hood v. Johnson & Johnson, et al.<br>USDC NJ 3:17-cv-03946 | MDL No. 3:16-md-02738-FLW |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the appearance of Attorney Daniel J. Thornburgh as counsel for the Plaintiff(s) in the case(s) listed above.

Dated: October 31, 2017            Respectfully Submitted by,

/s/Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz

17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, a copy of the foregoing Entry of Appearance was served on Defendants, filed on October 31, 2017, using the CM/ECF system, which sent notification of such filing to all counsel of record who have appeared.

 /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Attorney for Plaintiffs*