## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Belma Marrero<br><u>3:17-cv-10369</u> | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 31, 2017 on behalf of Plaintiff Belma Marrero.

Dated: <u>November 2, 2017</u>

Respectfully Submitted by,
<u>/s/ Catherine T. Heacox</u>
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: <u>November 2, 2017</u>                     /s/ Catherine T. Heacox
                                                 Catherine T. Heacox
                                                 The Lanier Law Firm, PLLC
                                                 Tower 56
                                                 126 East 56th Street
                                                 New York, NY 10022
                                                 (212) 421-2800
                                                 Counsel for Plaintiff(s)