UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Juanita Pajao and Patrick Pajao <br> 3:17-cv-10122 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 30, 2017 on behalf of Plaintiffs Juanita Pajao and Patrick Pajao.

| | |
|---|---|
| Dated: November 2, 2017 | Respectfully Submitted by, <br> /s/ Catherine T. Heacox <br> Catherine T. Heacox <br> The Lanier Law Firm, PLLC <br> Tower 56 <br> 126 East 56th Street <br> New York, NY 10022 <br> (212) 421-2800 <br> Counsel for Plaintiff(s) |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 2, 2017                /s/ Catherine T. Heacox
                                                      Catherine T. Heacox
                                                      The Lanier Law Firm, PLLC
                                                      Tower 56
                                                      126 East 56th Street
                                                      New York, NY 10022
                                                      (212) 421-2800
                                                      Counsel for Plaintiff(s)