UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Moore, et al. v. Johnson & Johnson, et al.*, **3:17-cv-02404-FLW-LHG** | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that Short Form Complaints and Jury Demands have been filed for the following Plaintiffs and assigned the following case numbers:

- KATHY GEBARD; 3:17-cv-9959
- KATHERINE CLARK; 3:17-cv-9963
- NEACOLE BROWN; 3:17-cv-9968
- KATHLEEN LEDBETTER; 3:17-cv-9972
- TURESSER GRAVES; 3:17-cv-9973
- STEPHANIE FOX; 3:17-cv-9977
- CHRISTINE HICKS; 3:17-cv-9980
- DEBRA MADDEN; 3:17-cv-9983
- BRANDI DIXON; 3:17-cv-9986
- DORIS OLDHAM; 3:17-cv-9988

- MARY JENNIFER COLBERT; 1:17-cv-9990
- CHRISTINE CORBETT; 3:17-cv-9992
- ERIKA WILSON; 3:17-cv-9993
- DORIS STOGNER; 3:17-cv-9998
- JOSEPH RAY, INDIVIDUALLY, AND AS NEXT OF KIN OF MARGARET RAY, DECEASED; 3:17-cv-10459
- KARMA MOORE; 3:17-cv-10002
- SHERRY BONEY; 3:17-cv-10005
- LINDA CARTER; 3:17-cv-10011
- CERMORIA MILLER; 3:17-cv-10015
- DANIEL PARKER, INDIVIDUALLY, AND AS SURVIVING SPOUSE OF CHARLOTTE PARKER, DECEASED; 3:17-cv-10465
- SUSAN PARRISH; 3:17-cv-10017
- CECILIA YANG; 3:17-cv-10022
- SUSAN STOPCHINSKI; 3:17-cv-10035
- JILL EARP; 3:17-cv-10037
- SUSAN FULLER; 3:17-cv-10052
- LISA SURRENCY; 3:17-cv-10053
- SHAWNA CUFF; 3:17-cv-10056
- MARIA WALLACE; 3:17-cv-10057
- RACHEL HAUCK; 3:17-cv-10061
- KRISTY ALLEN; 3:17-cv-10064

- LARRY ADAMS, INDIVIDUALLY, AND AS NEXT OF KIN OF PATRICIA ADAMS, DECEASED; 3:17-cv-10455
- ANN SMITH; 3:17-cv-10068
- DOREEN NICASTRO; 3:17-cv-10074
- DONNA RUSH; 3:17-cv-10077
- DONNA MORTON; 3:17-cv-10084
- NANCY EHIRG; 3:17-cv-10087
- LADONNA GARLAND; 3:17-cv-10089
- TRINA HADLEY; 3:17-cv-10152
- CONNIE LEMELLE; 3:17-cv-10203
- BARBARA BRYANT; 3:17-cv-10204
- MARCIA GOINS; 3:17-cv-10207
- LARRY WRIGHT, INDIVIDUALLY, AND AS NEXT OF KIN OF BRENDA WRIGHT, DECEASED; 3:17-cv-10450
- MICHELLE SCHUSTER; 3:17-cv-10210
- DONNA DORSEY; 3:17-cv-10219
- PENNY GENTRY; 3:17-cv-10246
- ELISHER IRONS; 3:17-cv-10251
- CASSANDRA MOORE; 3:17-cv-10254
- KAREN GALLIA; 3:17-cv-10256
- BETTY GALBREATH; 3:17-cv-10258
- MISTY SUBER; 3:17-cv-10264
- CAROLYN ROBERTSON; 3:17-cv-10265

- NICOLE KERR, INDIVIDUALLY, AND AS EXECUTRIX OF THE ESATE OF LANELLE CROSS, DECEASED; 3:17-cv-10439

- JENNIFER JOPEK; 3:17-cv-10266

- SARA SAMMONS; 3:17-cv-10277

- CINDA TYES; 3:17-cv-10280

- SHARON MAGUIRE; 3:17-cv-10284

- DOROTHY MITCHELL, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF YUN KIM, DECEASED; 3:17-cv-10443

- MARY TAVAKE; 3:17-cv-10289

- SYLVIA SCRUGGS; 3:17-cv-10292

- MARY JANE COLLETT; 3:17-cv-10399

- TAISKA FERGUSON; 3:17-cv-10403

- CHRISTINA AGUILAR, INDIVIDUALLY, AND AS NEXT OF KIN OF PATRICIA THOMPSON, DECEASED; 3:17-cv-10520

- ELAINE PEPIN; 3:17-cv-10407

- ROBIN JENKINS; 3:17-cv-10410

- TONESHA JOHNSON, INDIVIDUALLY AND AS SURVIVING DAUGHTER AND NEXT OF KIN OF YOLANDA KENDRIX, DECEASED; 3:17-cv-10521

- ELIZABETH LAWLOR; 3:17-cv-10412

- SHERRIE KAKOURIS; 3:17-cv-10419

- CLIFFORD FORD, INDIVIDUALLY, AND AS SURVIVING SPOUSE OF GLORIA FORD, DECEASED; 3:17-cv-10421

- MABEL MOORE; 3:17-cv-10426

- EMMANUEL HERNANDEZ, INDIVIDUALLY, AND AS SURVIVING SPOUSE OF ELIZABETH HERNANDEZ, DECEASED; 3:17-cv-10436

- LAURIELEE STEWART; 3:17-cv-10518

This 2nd day of November, 2017.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of November, 2017.

                                          <u>*/s/ D. Todd Mathews*</u>
                                          D. Todd Mathews