## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| ***THIS DOCUMENT RELATES TO:*** | **Civil Action No: 3:17-cv-10771** |
| ***Kimberly Joyner*** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Kimberly Joyner.

Dated: <u>November 2, 2017.</u>               Respectfully submitted,

**THE LAW OFFICES OF SEAN M. CLEARY, P.A.**

By: <u>*/s/ Sean M. Cleary, Esq.*</u>
Sean M. Cleary, P.A.
Law Offices of Sean M. Cleary, Esq.
19 West Flagler Street Suite 618
Miami, FL 33130
(305) 416-9805
sean@clearypa.com
Bar No. 0146341

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

<u>*/s/ Sean M. Cleary, Esq.*</u>
Sean M. Cleary