# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>KAREN JENSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>　　　　Defendants | Case No. 3:17-cv-10316-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 31, 2017, on behalf of Plaintiff KAREN JENSEN.

Dated: November 2, 2017

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　By:　 */s/ James A. Morris, Jr.*
　　　　　　　　　　　　　　　　　　James A. Morris, Jr.
　　　　　　　　　　　　　　　　　　4111 W. Alameda Ave.
　　　　　　　　　　　　　　　　　　Suite 611
　　　　　　　　　　　　　　　　　　Burbank, CA 91505
　　　　　　　　　　　　　　　　　　747-283-1144 Phone
　　　　　　　　　　　　　　　　　　747-283-1143 Facsimile
　　　　　　　　　　　　　　　　　　jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

>*/s/ James A. Morris, Jr.*
>JAMES A. MORRIS, JR.