## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT ALSO RELATES TO:**<br><br>**GLENDA CROFT**<br><br>         Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON, et. al.**<br><br>         Defendants | Case No. 3:17-cv-10642-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 1, 2017, on behalf of Plaintiff GLENDA CROFT.

Dated: November 2, 2017

By:     Respectfully Submitted,
         */s/ James A. Morris, Jr.*
         James A. Morris, Jr.
         4111 W. Alameda Ave.
         Suite 611
         Burbank, CA 91505
         747-283-1144 Phone
         747-283-1143 Facsimile
         jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.