# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES,  AND PRODUCTS
LIABILITY LITIGATION                                    3:16-md-02738-FLW-LHG

*This document relates to:*

*Carolynn Maupin, et ux v. Johnson & Johnson,*
*et al., 3:17-cv-10137*

_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury Demand was filed on October

30, 2017 on behalf of the Plaintiffs, Caroynn Maupin and David Maupin.

Dated: November 2, 2017

Respectfully submitted,

/s/ Joseph H. Saunders
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33780-1637
(727) 579-4500, FAX (727) 577-9797
FBN 341746
joe@saunderslawyers.com
*Counsel for Plaintiffs*

1