# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **FRANCIS CERNIGLIA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JOHNSON & JOHNSON,** <br> **JOHNSON & JOHNSON CONSUMER, INC.,** <br> **IMERYS TALC AMERICA, INC.** <br> **PERSONAL CARE PRODUCTS COUNCIL.** <br><br> **Defendants.** | Case No.: 3:17-cv-10662-FLW-LHG <br><br> DIRECT FILED ACTION <br><br> RELATED ACTION: <br> Lagrone, et al v. Johnson & Johnson, et al <br> NO.: 3:17-cv-02398-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff, Francis Cerniglia on Behalf of Janet Cerniglia, Deceased.

Date: November 3, 2017　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Eric D. Holland
　　　　　　　　　　　　　　　　　　　　　　　Eric D. Holland – MO Bar #: 39935
　　　　　　　　　　　　　　　　　　　　　　　R. Seth Crompton – MO Bar #: 57448
　　　　　　　　　　　　　　　　　　　　　　　Patrick R. Dowd – MO Bar #: 64820
　　　　　　　　　　　　　　　　　　　　　　　Holland Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　　　300 N. Tucker Blvd., Suite 801
　　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　　　　Tel: 314-241-8111
　　　　　　　　　　　　　　　　　　　　　　　Fax: 314-241-5554
　　　　　　　　　　　　　　　　　　　　　　　Email: eholland@allfela.com
　　　　　　　　　　　　　　　　　　　　　　　Email: scrompton@allfela.com
　　　　　　　　　　　　　　　　　　　　　　　Email: pdowd@allfela.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on November 3, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Eric D. Holland
　　　　　　　　　　　　　　　　　　　　　　　Eric D. Holland – MO Bar #: 39935
　　　　　　　　　　　　　　　　　　　　　　　Holland Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　　　300 N. Tucker Blvd., Suite 801
　　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　　　　Tel: 314-241-8111
　　　　　　　　　　　　　　　　　　　　　　　Fax: 314-241-5554
　　　　　　　　　　　　　　　　　　　　　　　Email: eholland@allfela.com