UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **VLADISLAV BLACK,**<br>**Plaintiff,**<br>v.<br>**JOHNSON & JOHNSON,**<br>**JOHNSON & JOHNSON CONSUMER, INC.,**<br>**IMERYS TALC AMERICA, INC.**<br>**PERSONAL CARE PRODUCTS COUNCIL.**<br>**Defendants.** | Case No.: 3:17-cv-10591-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION:<br>Lagrone, et al v. Johnson & Johnson, et al<br>NO.: 3:17-cv-02398-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 1, 2017 on behalf of Plaintiff, Vladislav Black, Representative of the Estate of Inna Black, Deceased.

Date:  November 3, 2017		Respectfully Submitted,

		*/s/ Eric D. Holland*
		Eric D. Holland – MO Bar #: 39935
		R. Seth Crompton – MO Bar #: 57448
		Patrick R. Dowd – MO Bar #: 64820
		Holland Law Firm, LLC
		300 N. Tucker Blvd., Suite 801
		St. Louis, MO 63101
		Tel: 314-241-8111
		Fax: 314-241-5554
		Email: eholland@allfela.com
		Email: scrompton@allfela.com
		Email: pdowd@allfela.com

		*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

		*/s/ Eric D. Holland*
		Eric D. Holland – MO Bar #: 39935
		Holland Law Firm, LLC
		300 N. Tucker Blvd., Suite 801
		St. Louis, MO 63101
		Tel: 314-241-8111
		Fax: 314-241-5554
		Email: eholland@allfela.com