J. Devlan Geddes
Kyle W. Nelson
GOETZ, BALDWIN & GEDDES, P.C.
P.O. Box 6580
35 N. Grand Ave.
Bozeman, Montana 59771
Phone:    (406) 587-0618
Email:    devlan@goetzlawfirm.com
          knelson@goetzlawfirm.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| Craig C. Jensen, both individually and as the Personal Representative of the Estate of Kaymarie E. Jensen, Plaintiffs, v. Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc., and Personal Care Products Council, Defendants. | Civil Action No.: 3:17-CV-07915-FLW-LHG DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the *Short Form Complaint and Demand for Jury Trial* was filed on October 5, 2017, on behalf of Plaintiff Craig C. Jensen.

DATED this 3rd day of November, 2017.

Respectfully submitted by,

*/s/ J. Devlan Geddes*
J. Devlan Geddes, MSBN #6513
Kyle W. Nelson, MSBN #11211
GOETZ, BALDWIN & GEDDES, P.C.
35 North Grand Ave.
P.O. Box 6580
Bozeman, Montana 59771
Tel: (406) 587-0618
Fax: (406) 587-5144
Email: devlan@goetzlawfirm.com
Email: knelson@goetzlawfirm.com

**Counsel for Plaintiff**