**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON | ) | |
| TALCUM POWDER PRODUCTS | ) | **MDL NO. 2738 (FLW) (LHG)** |
| MARKETING, SALES PRACTICES, | ) | **JUDGE FREDA L. WOLFSON** |
| AND PRODUCTS LIABILITY | ) | **MAG. JUDGE LOIS H. GOODMAN** |
| LITIGATION | ) | |
| | ) | |
| *This Document Relates To:* | ) | Civil Action No.: 3-17-cv-10764 |
| | ) | |
| JANET GRESKE. | ) | |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 8 (Re-filing of

Complaints Subject to Personal Jurisdiction Objections), that the Short Form Complaint with Jury

Demand was filed on November 2, 2017 on behalf of Janet Greske.

Dated: <u>November 3, 2017</u>                    Respectfully Submitted By:


                                                                /s/ David Cates
                                                                DAVID CATES #6289198
                                                                CATES MAHONEY, LLC
                                                                216 West Pointe Drive, Suite A
                                                                Swansea, IL  62226
                                                                Telephone:     (618) 277-3644
                                                                Facsimile:     (618) 277-7882
                                                                Email: dcates@cateslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, a copy of the foregoing Notice of Filing was
filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing
system to all parties on the electronic filing receipt.  Parties may access this filing through the
Court's system.

                        /s/ David Cates