## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA WOLFSON MAG. JUDGE LOIS GOODMAN |
| *This document relates to:* Allen Abernethy, Personal Representative for the Estate of Nancy Abernethy, Deceased. | Civil Action No. 3:17-cv-10577 DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 1, 2017, on behalf of Plaintiff Allen Abernethy, Personal Representative for the Estate of Nancy Abernethy, Deceased.

Respectfully submitted,

/s/Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
913-451-3433
913-839-0567 - Facsimile
ATTORNEY FOR PLAINTIFF

Dated: November 3, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff
