IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG |
| This document relates to: Debra Gilbert, et al. v. Johnson & Johnson, et al. Case No. 3:17-cv-10614 |  |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on November 01, 2017

on behalf of Plaintiff Debra Gilbert.


DATED: November 3, 2017                    BISNAR|CHASE LLP

                              By:     /s/ Tom Antunovich
                                      BRIAN D. CHASE
                                      TOM ANTUNOVICH
                                      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 03, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By:   /s/ Tom Antunovich
      BRIAN D. CHASE
      TOM ANTUNOVICH