IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Lawona Kiser, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10621 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 01, 2017 on behalf of Plaintiff Lawona Kiser.

DATED: November 3, 2017                    BISNAR|CHASE LLP

                                By:    /s/ Tom Antunovich
                                       BRIAN D. CHASE
                                       TOM ANTUNOVICH
                                       Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 03, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ Tom Antunovich
BRIAN D. CHASE
TOM ANTUNOVICH