IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Aileen Ochoa, et al. v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10942 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 03, 2017 on behalf of Plaintiffs Aileen Ochoa and Enrique Vicente Ochoa.

DATED: November 3, 2017            BISNAR|CHASE LLP

                                   By:    /s/ Tom Antunovich
                                            BRIAN D. CHASE
                                            TOM ANTUNOVICH
                                            Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on November 03, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      BISNAR|CHASE LLP

                      By:    /s/ Tom Antunovich
                              BRIAN D. CHASE
                              TOM ANTUNOVICH