UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Joyce Knutsen and Jon Pearson<br>3:17-cv-10534 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 1, 2017 on behalf of Plaintiffs Joyce Knutsen and Jon Pearson.

| | |
|---|---|
| Dated: November 3, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>November 3, 2017</u>            /s/ Catherine T. Heacox
                                              Catherine T. Heacox
                                              The Lanier Law Firm, PLLC
                                              Tower 56
                                              126 East 56th Street
                                              New York, NY 10022
                                              (212) 421-2800
                                              Counsel for Plaintiff(s)