# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Elbert Lee Hall, Individually, On Behalf of the Estate of Mariann Hall 3:17-cv-10616 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 1, 2017 on behalf of Plaintiffs Elbert Lee Hall, Individually, On Behalf of the Estate of Mariann Hall.

Dated: November 3, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

| | |
|---|---|
| Dated: <u>November 3, 2017</u> | <u>/s/ Catherine T. Heacox</u><br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |