# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*O'Shei v. Johnson & Johnson, et al.*, 3:17-cv-10867 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- CHRISTOPHER O'SHEI, INDIVIDUALLY AND AS THE SURVIVING SPOUSE OF LINDA O'SHEI, DECEASED; 3:17-cv-10867

This 3rd day of November, 2017.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of November, 2017.

<u>/s/ D. Todd Mathews</u>
D. Todd Mathews