UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG)<br><br>Civil Action No.: 3:17-cv-11026 |
| This Document Relates to:<br>*Massaro et al. v. Johnson & Johnson, et al.*,<br>Case No. 3:17-cv-11026 | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the appearance of Wendy R. Fleishman as counsel for Plaintiffs Nancy Massaro and Angelo Massaro.

Dated: November 3, 2017

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ *Wendy R. Fleishman*
Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

### Certificate of Service

I hereby certify that on November 3, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ *Wendy Fleishman*
Wendy R. Fleishman

1382523.1