UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**LEON ASHLOCK**, *individually and as next of kin to* **DEANNA KAY BRISON**, *deceased* | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>Case No. 3:17-cv-11080-FLQ-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017 on behalf of Plaintiff **LEON ASHLOCK**, *individually and as next of kin to* **DEANNA KAY BRISON**, *deceased*.

DATED:	November 3, 2017

Respectfully submitted,

By: *s/ Matthew J. Sill*
MATTHEW J. SILL (OK Bar No. 21547)
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Tel: (405) 509-6300
Fax: (405) 509-62688
Email: matt@sill-law.com

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                             *s/ Matthew J. Sill*
                                             MATTHEW J. SILL