# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to*:*<br><br>**JAMES A. GILL**, *individually and as Personal representative of the Estate of* **LINDA BETH GILL***, deceased* | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>Case No. 3:17-cv-11086-FLQ-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017 on behalf of Plaintiff **JAMES A. GILL**, *individually and as Personal representative of the Estate of* **LINDA BETH GILL**, *deceased*.

DATED:    November 3, 2017            Respectfully submitted,

By:   *s/ Matthew J. Sill*
MATTHEW J. SILL (OK Bar No. 21547)
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Tel: (405) 509-6300
Fax: (405) 509-62688
Email:  matt@sill-law.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2017, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                               _s/ Matthew J. Sill_
                                                                                       MATTHEW J. SILL