# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| This document relates to*:*<br><br>**SHIRLEY JEAN ASHFORD** | Case No. 3:17-cv-11083-FLQ-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017 on behalf of Plaintiff **SHIRLEY JEAN ASHFORD**.

DATED:     November 3, 2017              Respectfully submitted,

                                         By:     *s/ Matthew J. Sill*
                                         MATTHEW J. SILL (OK Bar No. 21547)
                                         SILL LAW GROUP PLLC
                                         1101 N. Broadway Avenue, Suite 102
                                         Oklahoma City, OK 73103
                                         Tel: (405) 509-6300
                                         Fax: (405) 509-62688
                                         Email:  matt@sill-law.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                  _s/ Matthew J. Sill_
                  MATTHEW J. SILL