UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Steven Baggett, as personal representative for the estate of Karen Baggett v. Johnson & Johnson, et al.<br><br>2:17-cv-11048 | 3:16-md-02738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017, on behalf of the Plaintiff, Steven Baggett.

Dated: November 4, 2017

Respectfully Submitted,

/s/ Christopher A. McNutt
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Ave.
Birmingham, AL 35203
Tel. (205) 324-3600
Fax (205) 324-3636
Email: drewm@hollis-wright.com
**Counsel for Plaintiff(s)**

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 4, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicate on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ Christopher A. McNutt

                Hollis, Wright, Clay & Vail, P.C.
                2201 Morris Ave.
                Birmingham, AL 35203
                Tel. (205) 324-3600
                Fax (205) 324-3636
                Email: drewm@hollis-wright.com