**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:  Gloria Bolton and James Bolton v. Johnson & Johnson, et al. | 3:16-md-02738 (FLW) (LHG) |

2:17-cv-11076

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017, on behalf of the Plaintiffs, Gloria Bolton and James Bolton.

Dated:  November 4, 2017

                                                    Respectfully Submitted,

                                                    /s/ Christopher A. McNutt
                                                    Hollis, Wright, Clay & Vail, P.C.
                                                    2201 Morris Ave.
                                                    Birmingham, AL 35203
                                                    Tel. (205) 324-3600
                                                    Fax (205) 324-3636
                                                    Email: drewm@hollis-wright.com
                                                      **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicate on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Christopher A. McNutt

        Hollis, Wright, Clay & Vail, P.C.
        2201 Morris Ave.
        Birmingham, AL 35203
        Tel. (205) 324-3600
        Fax (205) 324-3636
        Email: drewm@hollis-wright.com