**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Charles Rios v. Johnson & Johnson, et al.*
Case No.: 3:17-cv-10193

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Charles Rios.

Dated: <u>November 4, 2017</u>                Respectfully submitted,

                                **GOLDENBERGLAW, PLLC**


                                By: <u>*/s/ Stuart L. Goldenberg*</u>
                                Stuart L. Goldenberg (MN #0158719)
                                Noah C. Lauricella (MN #397896)
                                800 LaSalle Avenue, Suite 2150
                                Minneapolis, MN 55402
                                (612) 333-4662 (Tel)
                                (612) 367-8107 (Fax)
                                slgoldenberg@goldenberglaw.com
                                nclauricella@goldenberglaw.com\

                                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of November, 2017.

*/s/ Stuart L. Goldenberg*