# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Casaundra Fletcher v. Johnson & Johnson, et al.*<br>Case No.: 3:17-cv-10310 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Casaundra Fletcher.

Dated: November 4, 2017

Respectfully submitted,

**GOLDENBERGLAW, PLLC**

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com\

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of November, 2017.

                                                  */s/ Stuart L. Goldenberg*