# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Marcia Phillips v. Johnson & Johnson, et al.*<br>Case No.: 3:17-cv-10463 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Marcia Phillips.

Dated: November 4, 2017                  Respectfully submitted,

                                                **GOLDENBERGLAW, PLLC**

                                                By: */s/ Stuart L. Goldenberg*
                                                Stuart L. Goldenberg (MN #0158719)
                                                Noah C. Lauricella (MN #397896)
                                                800 LaSalle Avenue, Suite 2150
                                                Minneapolis, MN 55402
                                                (612) 333-4662 (Tel)
                                                (612) 367-8107 (Fax)
                                                slgoldenberg@goldenberglaw.com
                                                nclauricella@goldenberglaw.com\

                                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of November, 2017.

                                                */s/ Stuart L. Goldenberg*