UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Alice Emery v. Johnson & Johnson, et al.*<br>Case No.: 3;17-cv-11120 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alice Emery.

Dated: <u>November 4, 2017</u>       Respectfully submitted,

                      **GOLDENBERGLAW, PLLC**

                       By: */s/ Stuart L. Goldenberg*
                       Stuart L. Goldenberg (MN #0158719)
                       Noah C. Lauricella (MN #397896)
                       800 LaSalle Avenue, Suite 2150
                       Minneapolis, MN 55402
                       (612) 333-4662 (Tel)
                       (612) 367-8107 (Fax)
                       slgoldenberg@goldenberglaw.com
                       nclauricella@goldenberglaw.com\

                       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of November, 2017.

                                                            */s/ Stuart L. Goldenberg*