**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Noreen Fewry v. Johnson & Johnson, et al.*<br>Case No.: 3:17-cv-10748 | **MDL NO. 2738 (FLW) (LHG)** |

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Noreen Fewry.


Dated: <u>November 4, 2017</u>                    Respectfully submitted,

                                        **GOLDENBERGLAW, PLLC**



                                        By: <u>*/s/ Stuart L. Goldenberg*</u>
                                        Stuart L. Goldenberg (MN #0158719)
                                        Noah C. Lauricella (MN #397896)
                                        800 LaSalle Avenue, Suite 2150
                                        Minneapolis, MN 55402
                                        (612) 333-4662 (Tel)
                                        (612) 367-8107 (Fax)
                                        slgoldenberg@goldenberglaw.com
                                        nclauricella@goldenberglaw.com\

                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of November, 2017.


*/s/ Stuart L. Goldenberg*