# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jillene Thomsen Corrigan v. Johnson & Johnson, et al.*; Civil Action No. 3:17-cv-10986 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 3 (Filing of Short Form Complaints) and 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on November 3, 2017 on behalf of Plaintiff Jillene Thomsen Corrigan.

Date:  November 5, 2017  

Respectfully submitted by,

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

 /s/ Kristie M. Hightower  
**KRISTIE M. HIGHTOWER**
(LA Bar No. 31782; MS Bar No. 102792)
501 Broad Street
Lake Charles, LA 70602
PO Box 3010
Lake Charles, LA 70602
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
Email: khightower@lundylawllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 5th day of November, 2017.

                                          **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

                                          /s/ Kristie M. Hightower
                                          **KRISTIE M. HIGHTOWER**
                                          LA Bar No. 31782; MS Bar No. 102792