UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| JANICE BARKER,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNSEL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,<br><br>      Defendants. | Case No. 3:17-cv-10694-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION :<br>Lagrone et. al. v. Johnson & Johnson, et. al. No.: 3:17-cv-02398-FLW-LHG |

## **NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Janice Barker.

                                              Respectfully Submitted by,

Date:  November 6, 2017

                                              WALTON TELKEN FOSTER, LLC


                                        By:  /s/ Stephanie Lyons
                                                Stephanie A. Lyons, #6283427
                                                Stephen J. Telken, #6257209
                                                241 N. Main St.
                                                Edwardsville, IL 62025
                                                618.307.9880 – Telephone
                                                618.307.9881 – Facsimile
                                                slyons@waltontelken.com
                                                stelken@waltontelken.com
                                                **Counsel for Plaintiff**


## Certificate of Service

     The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of November, 2017.


                                                        /s/ Stephanie Lyons
                                                        Stephanie A. Lyons