## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| RHONDA DANIELS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNSEL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-10698-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION :<br>Lagrone et. al. v. Johnson & Johnson, et. al.<br>No.: 3:17-cv-02398-FLW-LHG |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Rhonda Daniels.

<table>
<tr><td>Date: November 6, 2017</td><td>Respectfully Submitted by,<br><br>WALTON TELKEN FOSTER, LLC<br><br>By: /s/ Stephanie Lyons<br>Stephanie A. Lyons, #6283427<br>Stephen J. Telken, #6257209<br>241 N. Main St.<br>Edwardsville, IL 62025<br>618.307.9880 – Telephone<br>618.307.9881 – Facsimile<br>slyons@waltontelken.com<br>stelken@waltontelken.com<br>**Counsel for Plaintiff**</td></tr>
</table>

### Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6<u>th</u> day of November, 2017.

/s/ Stephanie Lyons
Stephanie A. Lyons