# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| DENISE KHOURY and VICTOR KHOURY,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNSEL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,<br><br>Defendants. | Case No. 3:17-cv-10701-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION :<br>Lagrone et. al. v. Johnson & Johnson, et. al.<br>No.: 3:17-cv-02398-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiffs Denise Khoury and Victor Khoury.

                                                Respectfully Submitted by,

Date: November 6, 2017                                 WALTON TELKEN FOSTER, LLC

                                                By:  /s/ Stephanie Lyons
                                                        Stephanie A. Lyons, #6283427
                                                        Stephen J. Telken, #6257209
                                                        241 N. Main St.
                                                        Edwardsville, IL 62025
                                                        618.307.9880 – Telephone
                                                        618.307.9881 – Facsimile
                                                        slyons@waltontelken.com
                                                        stelken@waltontelken.com
                                                    **Counsel for Plaintiffs**

### Certificate of Service

     The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6<u>th</u> day of November, 2017.

                                                                        /s/ Stephanie Lyons
                                                                        Stephanie A. Lyons