UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| JOHN MOEN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DEBORAH MOEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNSEL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,<br><br>Defendants. | Case No. 3:17-cv-10703-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION :<br>Lagrone et. al. v. Johnson & Johnson, et. al. No.: 3:17-cv-02398-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff John Moen, Individually and on behalf of the Estate of Deborah Moen.

                                        Respectfully Submitted by,

Date: November 6, 2017                           WALTON TELKEN FOSTER, LLC

                                        By:  /s/ Stephanie Lyons
                                                 Stephanie A. Lyons, #6283427
                                                 Stephen J. Telken, #6257209
                                                 241 N. Main St.
                                                 Edwardsville, IL 62025
                                                 618.307.9880 – Telephone
                                                 618.307.9881 – Facsimile
                                                 slyons@waltontelken.com
                                                 stelken@waltontelken.com

                                                 **Counsel for Plaintiff**

## Certificate of Service

     The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6<u>th</u> day of November, 2017.

                                                         /s/ Stephanie Lyons
                                                        Stephanie A. Lyons