## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

| | |
|---|---|
| RICHARD SLACK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARY SLACK,<br><br>          Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNSEL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,<br><br>          Defendants. | Case No. 3:17-cv-10707-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION :<br>Lagrone et. al. v. Johnson & Johnson, et. al.<br>No.: 3:17-cv-02398-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Richard Slack, Individually and on behalf of The Estate of Mary Slack.

Respectfully Submitted by,

Date: November 6, 2017                              WALTON TELKEN FOSTER, LLC

By:  /s/ Stephanie Lyons
Stephanie A. Lyons, #6283427
Stephen J. Telken, #6257209
241 N. Main St.
Edwardsville, IL 62025
618.307.9880 – Telephone
618.307.9881 – Facsimile
slyons@waltontelken.com
stelken@waltontelken.com
**Counsel for Plaintiff**

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of November, 2017.

/s/ Stephanie Lyons
Stephanie A. Lyons