# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| LORRAINE VEGA,<br><br>          Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNSEL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,<br><br>          Defendants. | Case No. 3:17-cv-10711-FLW-LHG<br><br>DIRECT FILED ACTION<br><br>RELATED ACTION :<br>Lagrone et. al. v. Johnson & Johnson, et. al. No.: 3:17-cv-02398-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Lorraine Vega.

Respectfully Submitted by,

Date: November 6, 2017                  WALTON TELKEN FOSTER, LLC

By: /s/ Stephanie Lyons
Stephanie A. Lyons, #6283427
Stephen J. Telken, #6257209
241 N. Main St.
Edwardsville, IL 62025
618.307.9880 – Telephone
618.307.9881 – Facsimile
slyons@waltontelken.com
stelken@waltontelken.com

**Counsel for Plaintiff**

### Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of November, 2017.

/s/ Stephanie Lyons
Stephanie A. Lyons