**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Hackett. v. Johnson & Johnson, et al.*, 3:17-cv-11294 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that Short Form Complaints and Jury Demands have been filed for the following Plaintiffs and assigned the following case numbers:

- KEVIN HACKETT, INDIVIDUALLY, AND AS PERSONAL REPRESNATIVE ON BEHALF OF THE ESTATE OF CAROL HACKETT, DECEASED; 3:17-cv-11294

This 6th day of November, 2017.

                                          Respectfully submitted by,

                                          s/ D. Todd Mathews
                                          D. Todd Mathews, #52502 (MO)
                                          Gori Julian & Associates, P.C.
                                          156 N. Main Street
                                          Edwardsville, IL 62025
                                          (618) 659-9833 – Telephone
                                          (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of November, 2017.

                                                */s/ D. Todd Mathews*
                                                D. Todd Mathews