UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> Terry Hafley, individually and as executor of the Estate of Terry K. Hafley, Deceased <br><br>                         Plaintiff, <br> v. <br><br> Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), Personal Care Products Council ("PCPC") | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** <br><br> Civil Action No.: 3:17-cv-11169 |

                         Defendants.

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand has been filed on November 5, 2017 on behalf of Plaintiff Terry Hafley.

Dated: November 6, 2017                    Respectfully submitted,

                            /s/Brett A. Emison
                            Brett A. Emison
                            Langdon & Emison, LLC
                            911 Main Street
                            Lexington, MO 64067
                            Ph: 660-259-6175
                            Fax: 660-259-4571
                            brett@lelaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on November 5, 2017.

                /s/ Brett A. Emison
                Attorney for Plaintiffs