SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Barbara Buboltz v. Johnson & Johnson, et al.* Case No. 3:17-cv-11234 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 6, 2017 on behalf of Plaintiff Barbara Buboltz.

Dated: November 6, 2017 	Respectfully Submitted,

	*/s/ Trent B. Miracle*
	Trent B. Miracle
	John J. Foley
	Andy S. Williams
	Eric S. Johnson
	**SIMMONS HANLY CONROY**
	One Court Street
	Alton, IL 62002
	Telephone:  618.259.2222
	Facsimile:   618.259.2251
	tmiracle@simmonsfirm.com
	jfoley@simmonsfirm.com
	awilliams@simmonsfirm.com
	ejohnson@simmonsfirm.com

	*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 6th day of November, 2017 to all parties of interest.

	*/s/ Trent B. Miracle*
	Trent B. Miracle