Sterling Starns
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION<br><br>This document relates to:<br>*Anderson, et al v. Johnson & Johnson et al*,<br>Case No. 3:17-cv-02943-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that Notice of Voluntary Dismissal has been filed this date on behalf of Plaintiffs Susan Borger, Silvia Victoria Pena, Joyce Tischner, Dolly Renner, Altagracia Cortes de Marron, Yvonne Garlock, Bria Craige, individually and on behalf of Eugenia Morris, Anetta Lockett, Shirley Mae Conte, Carolina Johnson, Phyllis McMahan, and Gladies Wheet.

Dated: November 6, 2017.

By: /s/ *Sterling Starns*
Sterling Starns
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488

Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 6, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

           /s/ *Sterling Starns*
           Sterling Starns