SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Vicki Shortt v. Johnson & Johnson, et al.* Case No. 3:17-cv-11297 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 6, 2017 on behalf of Plaintiff Vicki Shortt.

| | |
|---|---|
| Dated: November 6, 2017 | Respectfully Submitted, |
| | */s/ Trent B. Miracle* |
| | Trent B. Miracle |
| | John J. Foley |
| | Andy S. Williams |
| | Eric S. Johnson |
| | **SIMMONS HANLY CONROY** |
| | One Court Street |
| | Alton, IL 62002 |
| | Telephone:  618.259.2222 |
| | Facsimile:   618.259.2251 |
| | tmiracle@simmonsfirm.com |
| | jfoley@simmonsfirm.com |
| | awilliams@simmonsfirm.com |
| | ejohnson@simmonsfirm.com |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 6th day of November, 2017 to all parties of interest.

*/s/ Trent B. Miracle*
Trent B. Miracle
