**IN THE UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON | ) |
| TALCUM POWDER PRODUCTS | ) MDL NO. 2738 (FLW)(LHG) |
| MARKETING, SALES PRACTICES, AND | ) JUDGE FREDA L. WOLFSON |
| PRODUCTS LIABILITY LITIGATION | ) MAG. JUDGE LOIS H. GOODMAN |
| | ) |
| | ) |
| | ) |
| *This Document Relates To:* | ) Civil Action No.: 3:17-cv-11319 |
| | ) |
| CINDY LENGELE | ) |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 8 (Re-filing of

Complaints Subject to Personal Jurisdiction Objections), that this Short Form Complaint with

Jury Demand was filed on November 6, 2017 on behalf of Cindy Lengele.

Dated: November 7, 2017                        Respectfully Submitted By:

                                               HART McLAUGHLIN & ELDRIDGE

                                               By:   /s/Steven A. Hart #6211008
                                                     Robert J. McLaughlin # 6272701
                                                     121 W. Wacker Drive, Suite 1050
                                                     Chicago, Illinois  60601
                                                     (312) 955-0545
                                                     (312) 971-9243 (FAX)
                                                     shart@hmelegal.com
                                                     rmclaughlin@hmelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, a copy of the foregoing Notice of Filing was
filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing
system to all parties on the electronic filing receipt.  Parties may access this filing through the
Court's system.

                        /s/Steven A. Hart