## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2738 (FLW)(LHG) ) JUDGE FREDA L. WOLFSON ) MAG. JUDGE LOIS H. GOODMAN ) ) ) |
| *This Document Relates To:* | ) Civil Action No.: 3:17-cv-11330 ) |
| MAGDALENA LETOURNEAUT | ) |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections), that this Short Form Complaint with Jury Demand was filed on November 6, 2017 on behalf of Magdalena Letourneaut.

Dated: November 7, 2017          Respectfully Submitted By:

                                 HART McLAUGHLIN & ELDRIDGE

                                 By:  /s/Steven A. Hart #6211008
                                      Robert J. McLaughlin # 6272701
                                      121 W. Wacker Drive, Suite 1050
                                      Chicago, Illinois  60601
                                      (312) 955-0545
                                      (312) 971-9243 (FAX)
                                      shart@hmelegal.com
                                      rmclaughlin@hmelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Steven A. Hart