IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2738 (FLW)(LHG) ) JUDGE FREDA L. WOLFSON ) MAG. JUDGE LOIS H. GOODMAN ) ) ) |
| *This Document Relates To:* | ) Civil Action No.: 3:17-cv-11329 ) |
| YOKITA SEYMOUR | ) |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections), that this Short Form Complaint with Jury Demand was filed on November 6, 2017 on behalf of Yokita Seymour.

Dated: November 7, 2017

Respectfully Submitted By:

HART McLAUGHLIN & ELDRIDGE

By: /s/Steven A. Hart #6211008
Robert J. McLaughlin # 6272701
121 W. Wacker Drive, Suite 1050
Chicago, Illinois  60601
(312) 955-0545
(312) 971-9243 (FAX)
shart@hmelegal.com
rmclaughlin@hmelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/Steven A. Hart