## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |

Robert Kirkendall, Individually and on behalf of
Leslee Kirkendall, Deceased

                                   Plaintiffs                           Civil Action No.: 3:17-cv-11359

v.

Johnson & Johnson, Johnson & Johnson
Consumer, Inc., Imerys Talc America, Inc.
("Imerys Talc"), and Personal Care Products
Council (PCPC")

                                   Defendants

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on November 7, 2017 on behalf of Plaintiffs, Robert Kirkendall, Individually and on behalf of Leslee Kirkendall, Deceased.

  Dated:      November 7, 2017

                        By:  /s/ Mekel Smith Alvarez
                        MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                        mekel@dugan-lawfirm.com
                        DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                        dplymale@dugan-lawfirm.com
                        JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                        jdugan@dugan-lawfirm.com
                        THE DUGAN LAW FIRM APLC
                        365 Canal Street, Suite 1000
                        New Orleans, LA  70130
                        Telephone: (504) 648-0180
                        Fax: (504) 648-0181

                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on November 7, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez