## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Marvell Fair, Individually and on behalf of Sylvia Fair, Deceased<br><br>                    Plaintiffs<br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br>                    Defendants | Civil Action No.: 3:17-cv-11362 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on November 7, 2017 on behalf of Plaintiffs, Marvell Fair, Individually and on behalf of Sylvia Fair, Deceased.

Dated:    November 7, 2017

>    By: /s/ Mekel Smith Alvarez
>    MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
>    mekel@dugan-lawfirm.com
>    DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
>    dplymale@dugan-lawfirm.com
>    JAMES R. DUGAN, II, ESQ. (LSBA #23785)
>    jdugan@dugan-lawfirm.com
>    THE DUGAN LAW FIRM APLC
>    365 Canal Street, Suite 1000
>    New Orleans, LA  70130
>    Telephone: (504) 648-0180
>    Fax: (504) 648-0181
>
>    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on November 7, 2017.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez