UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Bibi Karim 3:17-cv-10746 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 2, 2017 on behalf of Plaintiff Bibi Karim.

| | |
|---|---|
| Dated: November 7, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

| | |
|---|---|
| Dated: November 7, 2017 | /s/ Catherine T. Heacox <br> Catherine T. Heacox <br> The Lanier Law Firm, PLLC <br> Tower 56 <br> 126 East 56th Street <br> New York, NY 10022 <br> (212) 421-2800 <br> Counsel for Plaintiff(s) |