**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Raymond Doiel Individuall, and on Behalf of the Estate of Virginia Doiel 3:17-cv-10294 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 31, 2017 on behalf of Plaintiffs Raymond Doiel, Individually, and on Behalf of the Estate of Virginia Doiel.

| | |
|---|---|
| Dated: November 7, 2017 | Respectfully Submitted by, <br> /s/ Catherine T. Heacox <br> Catherine T. Heacox <br> The Lanier Law Firm, PLLC <br> Tower 56 <br> 126 East 56th Street <br> New York, NY 10022 <br> (212) 421-2800 <br> Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

| | |
|---|---|
| Dated: November 7, 2017 | /s/ Catherine T. Heacox |
| | Catherine T. Heacox |
| | The Lanier Law Firm, PLLC |
| | Tower 56 |
| | 126 East 56th Street |
| | New York, NY 10022 |
| | (212) 421-2800 |
| | Counsel for Plaintiff(s) |