UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Deanna Addison, individually and as Personal Representative of the estate of Elizabeth Schuemann<br><br>3:17-cv-7644 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 29, 2017 on behalf of Plaintiff, Deanna Addison.

Dated: November 7, 2017

                                             Respectfully submitted,

                                             /s/ *Warren T. Burns*

                                             Korey A. Nelson (LA #30002)
                                             Amanda K. Klevorn (LA #35193)
                                             **BURNS CHAREST LLP**
                                             365 Canal Street, Suite 1170
                                             New Orleans, Louisiana 70130
                                             T: 504.799.2845
                                             F: 504.881.1765
                                             E: aklevorn@burnscharest.com
                                                 knelson@burnscharest.com

        **AND**

        Warren T. Burns (TX #24053119)
        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
          dcharest@burnscharest.com
          scox@burnscharest.com

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on November 7, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        <u>/s/ Warren T. Burns</u>
        Warren T. Burns (TX #24053119)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com