**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY POWDER" and
"SHOWER TO SHOWER" MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:                                       MDL NO. 2738 (FLW)
                                                                                                    (LHG)
*Veronica Richardson vs. Johnson & Johnson, et al.*
*Case No.:  3:17-cv-09652*

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Veronica Richardson.

This 7th day of November, 2017.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

                                    By:     */s/ W. Wylie Blair*
                                                    James G. Onder, #38049 MO
                                                    William W. Blair, #58196 MO
                                                    Stephanie L. Rados, #65117 MO
                                                    110 E. Lockwood, 2nd Floor
                                                    St. Louis, MO  63119
                                                    314-963-9000 telephone
                                                    314-963-1700 facsimile
                                                    onder@onderlaw.com
                                                    blair@onderlaw.com
                                                    rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of November, 2017.

/s/ W. Wylie Blair