UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2017, a copy of **THE PLAINTIFFS' STEERING COMMITTEE'S INITIAL DESIGNATION AND DISCLOSURE OF NON-CASE SPECIFIC EXPERT WITNESSES** was served on counsel of record via electronic mail as follows:

Susan M. Sharko, Esq.
susan.sharko@dbr.com
Julie Lynn Tersigni, Esq.
julie.tersigni@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047

*Attorneys for Defendants Johnson & Johnson and
Johnson & Johnson Consumer Companies, Inc.*

Kat Frazier, Esq.
kfrazier@shb.com
Patrick L. Oot, Esq.
oot@shb.com
SHOOK HARDY & BACON, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

*Attorneys for Defendants Johnson & Johnson and
Johnson & Johnson Consumer Companies, Inc.*

John Beisner, Esq.
john.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005

*Attorneys for Defendants Johnson & Johnson and
Johnson & Johnson Consumer Companies, Inc.*


Lorna A. Dotro, Esq.
ldotro@coughlinduffy.com
Mark Silver
msilver@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962

*Attorneys for Defendant Imerys Talc America, Inc.*

Nancy Erfle
nerfle@grsm.com
GORDON & REES
121 SW Morrison Street, Suite 1575
Portland, OR 97204

*Attorneys for Defendant Imerys Talc America, Inc.*

Thomas T. Locke
tlocke@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004

*Attorneys for Defendant Personal Care Products Council*

Sheryl Lisa Axelrod, Esq.
Saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA 19107

*Attorneys for Defendant Personal Care Products Council*

2

Respectfully submitted,

By: */s/ P. Leigh O'Dell*_____
P. LEIGH O'DELL
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
leigh.odell@beasleyallen.com

**Plaintiffs' Co-Lead Counsel**