**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

<table>
<tr>
<td>

**IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Richard Arnoff, et al. v. Johnson & Johnson, et al.*
*Docket Number: 3:16-cv-09228*

</td>
<td>

**MDL NO. 2738 (FLW) (LHG)**

</td>
</tr>
</table>

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Richard Arnoff.

This 7th day of November, 2017.

Respectfully submitted,

RHEINGOLD GIUFFRA RUFFO & PLOTKIN,
LLP

By:     */s/ Sherri L. Plotkin*
Sherri L. Plotkin, esq.
551 5th Ave, 29th Floor
New York, NY 10176
212-684-1880 telephone
212-689-8156 facsimile
splotkin@rheingoldlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of November, 2017.


/s/ Morris S. Dweck