# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Marilyn Passander. v. Johnson & Johnson, et al.*<br>*Docket Number: 3:16-cv-09229* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Marilyn Passander.

This 8th day of November, 2017.

        Respectfully submitted,

        RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP

By:   */s/ Sherri L. Plotkin*
       Sherri L. Plotkin
       551 5th Ave, 29th Floor
       New York, NY 10176
       212-684-1880 telephone
       212-689-8156 facsimile
       splotkin@rheingoldlaw.com

**<u>Certificate of Service</u>**

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of November, 2017.

                */s/ Morris S. Dweck*