**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Esther Russo v. Johnson & Johnson, et al. Docket Number: 3:17-cv-05797* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Esther Russo.

This 8th day of November, 2017.

                                      Respectfully submitted,

                                      RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP

By:   */s/ Sherri L. Plotkin*
       Sherri L. Plotkin, esq.
       551 5th Ave, 29th Floor
       New York, NY 10176
       212-684-1880 telephone
       212-689-8156 facsimile
       splotkin@rheingoldlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of November, 2017.

                 */s/ Morris S. Dweck*