## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victoria Russo v. Johnson & Johnson, et al.* Docket Number: 3:17-cv-02206 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Victoria Russo.

This 8th day of November, 2017.

              Respectfully submitted,

              RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP

      By: */s/ Sherri L. Plotkin*
         Sherri L. Plotkin, Esq.
         551 5th Ave, 29th Floor
         New York, NY 10176
         212-684-1880 telephone
         212-689-8156 facsimile
         splotkin@rheingoldlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of November, 2017.

                */s/ Morris S. Dweck*