**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Mary Jane Taxter, et al. v. Johnson & Johnson, et al.*<br>*Docket Number: 3:17-cv-08364* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Mary Jane Taxter.

This 8th day of November, 2017.

                Respectfully submitted,

                RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP

By: */s/ Sherri L. Plotkin*
   Sherri L. Plotkin, esq.
   551 5th Ave, 29th Floor
   New York, NY 10176
   212-684-1880 telephone
   212-689-8156 facsimile
   splotkin@rheingoldlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of November, 2017.

                 <u>*/s/ Morris S. Dweck*</u>