IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |

Civil Action No. 3:16-md-2738-FLW-LHG

MDL 2738

**NOTICE TO WITHDRAW FROM NEF**

Please take notice that the undersigned does not represent any party in the above matter and hereby requests that he be removed from any further Notice of Electronic filing (NEF) documents relating to this litigation.

Respectfully submitted,

s/*Peter J. Brodhead*
PETER J. BRODHEAD (#OH 00067333)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
Fax:  (216) 696-3924
pbrodhead@spanglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2017 a copy of the foregoing Notice to Withdraw From NEF was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

s/*Peter J. Brodhead*
PETER J. BRODHEAD