IN THE UNITED STATES DISTRICT COURT

MULTI-DISTRICT LIGITATION

| | | |
|---|---|---|
| ROBERT GENDELMAN, EXECUTOR OF THE ESTATE OF SHERRI GENDERLMAN, AND ROBERT GENDELMAN, IN HIS OWN RIGHT | : : : : | CIVIL ACTION |
| v. | : : : | MAIN NO: 16-2738 |
| A.O. SMITH CORP, et. al. | : : | NO.: 17-CV-461 |

## NOTICE OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Defendant T. Levy Associates, Inc., t/d/b/a BEAUTY LAND ENTERPRISES, A Fictitious Name, and also t/d/b/a BEAUTYLAND, A Fictitious Name only in the above-captioned civil action.

                          MARSHALL DENNEHEY WARNER
                          COLEMAN & GOGGIN

                    BY: /s/ Christian A. Weimann, Esquire
                          CHRISTIAN A. WEIMANN, ESQ.
                          MARSHALL DENNEHEY WARNER
                          COLEMAN & GOGGIN
                          2000 MARKET STREET, 23RD FL
                          PHILA PA 19103
                          (215) 575-2600 – Atty I.D. 312375
                          caweimann@mdcwg.com
                          Attorney for Defendant
                          T. Levy Associates, Inc., t/d/b/a BEAUTY
                          LAND ENTERPRISES, A Fictitious Name,
                          and also t/d/b/a BEAUTYLAND, A
                          Fictitious Name

IN THE UNITED STATES DISTRICT COURT

MULTI-DISTRICT LIGITATION

| | |
|---|---|
| ROBERT GENDELMAN, EXECUTOR OF THE ESTATE OF SHERRI GENDERLMAN, AND ROBERT GENDELMAN, IN HIS OWN RIGHT<br><br>v.<br><br>A.O. SMITH CORP, et. al. | CIVIL ACTION<br><br>MAIN #: 16-2738<br><br>NO.: 17-CV-461 |

## CERTIFICATE OF SERVICE

On November 6, 2017, I served a true and correct copy of Defendant, T. Levy Associates, Inc., t/d/b/a BEAUTY LAND ENTERPRISES, A Fictitious Name, and also t/d/b/a BEAUTYLAND, A Fictitious Name Notice of Appearance upon all counsel/parties by electronic filing.

This document has been filed electronically and is available for reviewing and downloading from the ECF system.

                              MARSHALL DENNEHEY WARNER
                              COLEMAN & GOGGIN

BY: /s/ Christian A. Weimann, Esquire
     CHRISTIAN A. WEIMANN, ESQ.
     MARSHALL DENNEHEY WARNER
     COLEMAN & GOGGIN
     2000 MARKET STREET, 23RD FL
     PHILA PA 19103
     (215) 575-2600 – Atty I.D. 312375
     caweimann@mdcwg.com
     Attorney for Defendant
     T. Levy Associates, Inc., t/d/b/a BEAUTY
     LAND ENTERPRISES, A Fictitious Name,
     and also t/d/b/a BEAUTYLAND, A
     Fictitious Name