UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*John Davidson, individually and on behalf of all wrongful death beneficiaries of Dortha Davidson v. Johnson & Johnson, et al.* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 8, 2017 on behalf of the plaintiff, John Davidson, individually and on behalf of all wrongful death beneficiaries of Dortha Davidson.

Dated: November 8, 2017

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

      MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com