Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Marie Carole Heying*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to: Marie Carole Heying; Case No: 3:17-cv-11443-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Marie Carole Heying.

Dated: November 8, 2017.                    By: /s/ *Brandi R. Hamilton*
                                                Brandi R. Hamilton
                                                DON BARRETT, P.A.
                                                404 Court Square
                                                P.O. Box 927
                                                Lexington, Mississippi 39095
                                                Telephone: (662) 834-2488
                                                Fax: (662) 834-2628
                                                bhamilton@barrettlawgroup.com

                                                *Attorney for Plaintiff Marie Carole Heying*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brandi R. Hamilton*
Brandi R. Hamilton
