BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Ginger Young*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Ginger Young v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08539 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 18, 2017 on behalf of Plaintiff Ginger Young.

                         */s/ Lauren K. Razick*
                         Lauren K. Razick
                         BEASLEY ALLEN CROW METHVIN
                         PORTIS & MILES, P.C.
                         218 Commerce Street
                         Montgomery, Alabama 36104
                         (800) 898-2034 Telephone
                         (334) 954-7555 Facsimile
                         Lauren.Razick@BeasleyAllen.com

                         Attorneys for Plaintiff Ginger Young

Dated: November 8, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                        */s/ Lauren K. Razick*
                                                        Lauren K. Razick

                                                        BEASLEY ALLEN CROW METHVIN
                                                       PORTIS & MILES, P.C.