Katherine B. Riley
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Robert Plotner*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  This document relates to: Robert Plotner, individually and as the Personal Representative of Deanna Plotner, deceased; Case No: 3:17-cv-11299-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 6, 2017 on behalf of Plaintiff Robert Plotner.

Dated: November 9, 2017.

By: /s/ *Katherine B. Riley*
Katherine B. Riley
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Robert Plotner*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Katherine B. Riley*
Katherine B. Riley