# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Jennifer E. White and Kenneth White, Case No: 3:17-cv-11423-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on November 8, 2017 on behalf of Plaintiffs Jennifer E. White and Kenneth White.

Dated: November 9, 2017　　　　　　　　/s/ Priscilla E. Jimenez, Esquire
　　　　　　　　　　　　　　　　　　　Priscilla E. Jimenez, Esquire
　　　　　　　　　　　　　　　　　　　KLINE & SPECTER PC
　　　　　　　　　　　　　　　　　　　1525 Locust Street – 19th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　215-772-1000
　　　　　　　　　　　　　　　　　　　215-735-0960 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Priscilla Jimenez