# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Nancy Charest and Denis Charest<br>3:17-cv-10818 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 2, 2017 on behalf of Plaintiffs Nancy Charest and Denis Charest.

Dated: November 9, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2017, I electronically filed the foregoing document with the Clerk of theCourt using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 9, 2017                  /s/ Catherine T. Heacox
                                                          Catherine T. Heacox
                                                          The Lanier Law Firm, PLLC
                                                          Tower 56
                                                          126 East 56th Street
                                                          New York, NY 10022
                                                          (212) 421-2800
                                                          Counsel for Plaintiff(s)