**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

**AMENDED CASE MANAGEMENT ORDER NO. 9**

**THESE MATTERS** having come before the Court by Defendants Johnson & Johnson Consumer Inc., Johnson & Johnson and Imerys Talc America, Inc. requesting an extension of time to complete document production and respond to written discovery, and for good cause shown:

**IT IS ORDERED:**

1. The Johnson & Johnson Defendants shall complete document production by December 20, 2017.

2. The Johnson & Johnson Defendants shall serve responses to written discovery by December 20, 2017.

3. Imerys Talc America, Inc. shall complete its document production by January 5, 2018.

4. All other provisions in CMO 9 shall remain in effect.

/s/     Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.