BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Jacqueline D. Woodley*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jacqueline D. Woodley v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08647 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 19, 2017 on behalf of Plaintiff Jacqueline D. Woodley.

       */s/ Brittany S. Scott*
       Brittany S. Scott
       BEASLEY ALLEN CROW METHVIN
       PORTIS & MILES, P.C.
       218 Commerce Street
       Montgomery, Alabama 36104
       (800) 898-2034 Telephone
       (334) 954-7555 Facsimile
       Brittany.Scott@BeasleyAllen.com

       Attorneys for Plaintiff Jacqueline D. Woodley

Dated: November 9, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                     */s/ Brittany S. Scott*
                                                     Brittany S. Scott

                                                     BEASLEY ALLEN CROW METHVIN
                                                     PORTIS & MILES, P.C.