Katherine B. Riley
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Karen Stansbury*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES ) | MDL NO. 2738 |
| AND PRODUCTS LIABLITY LITIGATION ) | |
| ) | |
| This document relates to: Karen Stansbury; ) | |
| Case No: 3:17-cv-11495-FLW-LHG ) | |
| ) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Karen Stansbury.

Dated: November 9, 2017.                By: /s/ *Katherine B. Riley*
                                        Katherine B. Riley
                                        DON BARRETT, P.A.
                                        404 Court Square North
                                        Lexington, Mississippi 39095
                                        Telephone: (662) 834-2488
                                        Fax: (662) 834-2628
                                        kbriley@barrettlawgroup.com

                                        *Attorney for Plaintiff Karen Stansbury*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          */s/ Katherine Barrett Riley*
                                                          Katherine Barrett Riley