Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiff Kerrie McCarthy*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES ) <br> AND PRODUCTS LIABLITY LITIGATION ) <br> ) <br> This document relates to: Kerrie McCarthy; ) <br> Case No: 3:17-cv-11498-FLW-LHG ) <br> ) | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of

Plaintiff Kerrie McCarthy.

Dated: November 9, 2017.                     By: /s/ *Brandi R. Hamilton*
                                             Brandi R. Hamilton
                                             DON BARRETT, P.A.
                                             404 Court Square
                                             P.O. Box 927
                                             Lexington, Mississippi 39095
                                             Telephone: (662) 834-2488
                                             Fax: (662) 834-2628
                                             bhamilton@barrettlawgroup.com


                                             *Attorney for Plaintiff Kerrie McCarthy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brandi R. Hamilton*
Brandi R. Hamilton