BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Pamela Blake*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Pamela Blake v. Johnson & Johnson, et al<br>Case No. 3:17-cv-08898 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 23, 2017 on behalf of Plaintiff Pamela Blake.

                       */s/ Lauren K. Razick*
                       Lauren K. Razick
                       BEASLEY ALLEN CROW METHVIN
                       PORTIS & MILES, P.C.
                       218 Commerce Street
                       Montgomery, Alabama 36104
                       (800) 898-2034 Telephone
                       (334) 954-7555 Facsimile
                       Lauren.Razick@BeasleyAllen.com

                       Attorneys for Plaintiff Pamela Blake

Dated: November 10, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ *Lauren K. Razick*
                Lauren K. Razick

                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.