UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Luciano Bianco, Administrator of the Estate of Mary C. Bianco, Deceased, Case No: 3:17-cv-11515-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on November 10, 2017 on behalf of Plaintiff Luciano Bianco, Administrator of the Estate of Mary C. Bianco, Deceased.

Dated: November 13, 2017            /s/ Priscilla E. Jimenez, Esquire
                                    Priscilla E. Jimenez, Esquire
                                    KLINE & SPECTER PC
                                    1525 Locust Street – 19th Floor
                                    Philadelphia, PA 19102
                                    215-772-1000
                                    215-735-0960 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Priscilla Jimenez_____