## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to William A. Cambria, Administrator of the Estate of Beverly Cambria, Deceased, Case No: 3:17-cv-11513-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on November 10, 2017 on behalf of Plaintiff William A. Cambria, Administrator of the Estate of Beverly Cambria, Deceased.

Dated: November 13, 2017        /s/ Priscilla E. Jimenez, Esquire
                                Priscilla E. Jimenez, Esquire
                                KLINE & SPECTER PC
                                1525 Locust Street – 19th Floor
                                Philadelphia, PA 19102
                                215-772-1000
                                215-735-0960 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Priscilla Jimenez_____