**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW**
**JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Karen Witcher and Ronald Witcher<br>3:17-cv-11287 | **MDL No. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 6, 2017 on behalf of Plaintiffs Karen Witcher and Ronald Witcher.

| | |
|---|---|
| Dated: November 13, 2017 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 13, 2017       /s/ Catherine T. Heacox
                 Catherine T. Heacox
                 The Lanier Law Firm, PLLC
                 Tower 56
                 126 East 56th Street
                 New York, NY 10022
                 (212) 421-2800
                 Counsel for Plaintiff(s)