# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Colleen Bilyeu 3:17-cv-11395 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 7, 2017 on behalf of Plaintiff Colleen Bilyeu.

Dated: November 13, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 13, 2017         /s/ Catherine T. Heacox
                     Catherine T. Heacox
                     The Lanier Law Firm, PLLC
                     Tower 56
                     126 East 56th Street
                     New York, NY 10022
                     (212) 421-2800
                     Counsel for Plaintiff(s)