# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cynthia Stanley and William Stanley<br>3:17-cv-11394 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 7, 2017 on behalf of Plaintiffs Cynthia Stanley and William Stanley.

Dated: November 13, 2017

Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 13, 2017　　　　　　　/s/ Catherine T. Heacox
　　　　　　　　　　　　　　　　　　　Catherine T. Heacox
　　　　　　　　　　　　　　　　　　　The Lanier Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　Tower 56
　　　　　　　　　　　　　　　　　　　126 East 56th Street
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　(212) 421-2800
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff(s)