# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Rebecca Atwood and William Atwood <br> 3:17-cv-09799 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 27, 2017 on behalf of Plaintiffs Rebecca Atwood and William Atwood.

| | |
|---|---|
| Dated: <u>November 13, 2017</u> | Respectfully Submitted by, <br> <u>/s/ Catherine T. Heacox</u> <br> Catherine T. Heacox <br> The Lanier Law Firm, PLLC <br> Tower 56 <br> 126 East 56th Street <br> New York, NY 10022 <br> (212) 421-2800 <br> Counsel for Plaintiff(s) |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 13, 2017                      /s/ Catherine T. Heacox
                                                              Catherine T. Heacox
                                                              The Lanier Law Firm, PLLC
                                                              Tower 56
                                                              126 East 56th Street
                                                              New York, NY 10022
                                                              (212) 421-2800
                                                              Counsel for Plaintiff(s)