BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Lanette Ryans and*
*Reginald Greenfield obo Amelia Greenfield*
*(deceased)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Lanette Ryans and Reginald Greenfield obo Amelia Greenfield (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08909 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 23, 2017 on behalf of Plaintiff Lanette Ryans and Reginald Greenfield obo Amelia Greenfield (deceased).

    */s/ Lauren K. Razick*
    Lauren K. Razick
    BEASLEY ALLEN CROW METHVIN
    PORTIS & MILES, P.C.
    218 Commerce Street
    Montgomery, Alabama 36104
    (800) 898-2034 Telephone
    (334) 954-7555 Facsimile
    Lauren.Razick@BeasleyAllen.com

    Attorneys for Plaintiff Lanette Ryans and
    Reginald Greenfield obo Amelia Greenfield
    (deceased)

Dated: November 13, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                        */s/ Lauren K. Razick*
                                                        Lauren K. Razick

                                                        BEASLEY ALLEN CROW METHVIN
                                                       PORTIS & MILES, P.C.