BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Paul Ruetzler*
*obo Sally A. Ruetzler (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Paul Ruetzler obo Sally A. Ruetzler (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-08913 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 23, 2017 on behalf of Plaintiff Paul Ruetzler obo Sally A. Ruetzler (deceased).

                        */s/ Lauren K. Razick*
                        Lauren K. Razick
                        BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES, P.C.
                        218 Commerce Street
                        Montgomery, Alabama 36104
                        (800) 898-2034 Telephone
                        (334) 954-7555 Facsimile
                        Lauren.Razick@BeasleyAllen.com

                        Attorneys for Plaintiff Paul Ruetzler obo
                        Sally A. Ruetzler (deceased)

Dated: November 13, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Lauren K. Razick*
                                              Lauren K. Razic

                                              BEASLEY ALLEN CROW METHVIN
                                              PORTIS & MILES, P.C.