UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES,
AND PRODUCT LIABILITY LITIGATION

Plaintiff(s)    :    Civil/Criminal Action No.   3:16-MD-02738-FLW-LHG

v.    :

Defendant(s)    :

**REQUEST BY ATTORNEY TO
WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by  Joseph A. Power, Jr._____, Esq., counsel for  Plaintiff_____, in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client; **OR**

2. The criminal defendant has been sentenced and there are no further proceedings which require notification.

**NOTE:** Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

/s/Joseph A. Power, Jr.
_____
Signature of Attorney

Name:    _Joseph a Power, Jr._____

Address:    _70 W. Madison Street_____

_55th Floor_____

_Chicago, Illinios_____

_____

e-Mail:  _joepower@prslaw.com_____

Instructions for filing:
1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-003