IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jack Nasatsky v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-11341 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 6, 2017 on behalf of Plaintiff Jack Nasatsky.

                                                          */s/ Ken Moll*
                                                          Ken Moll
                                                          MOLL LAW GROUP
                                                          70 W Madison Street, 14th Floor
                                                          Chicago, Illinois 60602
                                                          T: (312) 462-1700
                                                          F: (312) 756-0045
                                                          kmoll@molllawgroup.com
                                                          Counsel for Plaintiff(s)

Dated:  November 14, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Ken Moll*
Ken Moll

MOLL LAW GROUP