UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Patricia Jean Ralph v. Johnson & Johnson, et al.,* Civil Action No. 3:17-cv-11011-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint and Jury Demand has been filed on November 3, 2017 on behalf of Plaintiff Patricia Jean Ralph.

Dated: November 14, 2017

Respectfully submitted by,

/s/ *Meghan E. McCormick*
Meghan E. McCormick
LEVIN SIMES LLP
44 Montgomery St., 32nd Floor
San Francisco, California 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on November 14, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

                     */s/ Meghan E. McCormick*
                     Meghan E. McCormick