# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** | **MDL NO. 16-2738**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| **MICHALENE BOUZON** as Representative of the Estate of **PAULINE SKINTO ALLIETTA**, Deceased | **COMPLAINT AND JURY DEMAND**<br>Civil Action No. <u>3:17-cv-11662-FLW-LHG</u> |
| Plaintiffs, | **DIRECT FILED ACTION** |
| -vs- | |
| **JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)** | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on <u>November 15, 2017</u> on behalf of Michalene Bouzon as Representative of the Estate of Pauline Skinto Allietta, Deceased, Plaintiffs.

Dated: <u>11/16/2017</u>                              Respectfully submitted,


<u>/s/ Zollie C. Steakley</u>
Zollie C. Steakley (TX-24029484); (MS-100517)
Harrison Davis Steakley Morrison Jones, PC
P. O. Drawer 21387
Waco, Texas 76712
T:  (254) 761-3300 Telephone
F:  (254) 762-3301 Facsimile

Email:  Zollie@TheTrialLawyers.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on <u>November 16, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)