# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL NO. 16-2738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| ROBERT L. HILL as Representative of the Estate of **DORIS JEANETTE HILL**, Deceased | **COMPLAINT AND JURY DEMAND**<br>Civil Action No. 3:17-cv-11658-FLW-LHG<br>**DIRECT FILED ACTION** |
| Plaintiffs, | |
| -vs- | |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC) | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 15, 2017 on behalf of Robert L. Hill as Representative of the Estate of Doris Jeanette Hill, Deceased, Plaintiffs.

Dated: 11/16/2017                                        Respectfully submitted,

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)
Harrison Davis Steakley Morrison Jones, PC
P. O. Drawer 21387
Waco, Texas 76712
T:  (254) 761-3300 Telephone

F:  (254) 762-3301 Facsimile
Email:  Zollie@TheTrialLawyers.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on <u>November 16, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<u>/s/ Zollie C. Steakley</u>
Zollie C. Steakley (TX-24029484); (MS-100517)