# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>**LUDIVINA GOMEZ**<br><br>                          Plaintiffs,<br><br>     -vs-<br><br>**JOHNSON & JOHNSON;**<br>**JOHNSON & JOHNSON**<br>**CONSUMER, INC.; IMERYS**<br>**TALC AMERICA, INC.**<br>**PERSONAL CARE PRODUCTS**<br>**COUNCIL (PCPC)**<br><br>                          Defendants. | **MDL NO. 16-2738**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br><br>**COMPLAINT AND JURY DEMAND**<br><br>Civil Action No. 3:17-cv-11648-FLW-LHG<br><br>**DIRECT FILED ACTION** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 15, 2017 on behalf of Ludivina Gomez, Plaintiffs.

Dated:  11/16/2017                                            Respectfully submitted,

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)
Harrison Davis Steakley Morrison Jones, PC
P. O. Drawer 21387
Waco, Texas 76712
T:  (254) 761-3300 Telephone
F:  (254) 762-3301 Facsimile
Email:  Zollie@TheTrialLawyers.com

**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on <u>November 16, 2017</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)
