UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Valerie Robinson<br><br>3:17-cv-10677 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff, Valerie Robinson.

Dated: November 16, 2017

                                     Respectfully submitted,

                                     /s/ *Warren T. Burns*

                                     Korey A. Nelson (LA #30002)
                                     Amanda K. Klevorn (LA #35193)
                                     **BURNS CHAREST LLP**
                                     365 Canal Street, Suite 1170
                                     New Orleans, Louisiana 70130
                                     T: 504.799.2845
                                     F: 504.881.1765
                                     E: aklevorn@burnscharest.com
                                          knelson@burnscharest.com

                                     **AND**

                                  Warren T. Burns (TX #24053119)
                                  Daniel H. Charest (TX #24057803)
                                  Spencer M. Cox (TX #24097540)
                                  **BURNS CHAREST LLP**
                                  900 Jackson Street, Suite 500
                                  Dallas, Texas 75202
                                  T: 469.904.4550
                                  F: 469.444.5002
                                  E: wburns@burnscharest.com
                                        dcharest@burnscharest.com
                                        scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                  /s/ Warren T. Burns
                                  Warren T. Burns (TX #24053119)
                                  **BURNS CHAREST LLP**
                                  900 Jackson Street, Suite 500
                                  Dallas, Texas 75202
                                  T: 469.904.4550
                                  F: 469.444.5002
                                  E: wburns@burnscharest.com