UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Marie Taylor, individually and as Personal Representative of the estate of Rejane Ducrot<br><br>3:17-cv-10785 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff, Marie Taylor.

Dated: November 16, 2017

                                            Respectfully submitted,

                                            /s/ *Warren T. Burns*

                                            Korey A. Nelson (LA #30002)
                                            Amanda K. Klevorn (LA #35193)
                                            **BURNS CHAREST LLP**
                                            365 Canal Street, Suite 1170
                                            New Orleans, Louisiana 70130
                                            T: 504.799.2845
                                            F: 504.881.1765
                                            E: aklevorn@burnscharest.com
                                                 knelson@burnscharest.com

                    **AND**

                    Warren T. Burns (TX #24053119)
                    Daniel H. Charest (TX #24057803)
                    Spencer M. Cox (TX #24097540)
                    **BURNS CHAREST LLP**
                    900 Jackson Street, Suite 500
                    Dallas, Texas 75202
                    T: 469.904.4550
                    F: 469.444.5002
                    E: wburns@burnscharest.com
                        dcharest@burnscharest.com
                        scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                    /s/ Warren T. Burns
                    Warren T. Burns (TX #24053119)
                    **BURNS CHAREST LLP**
                    900 Jackson Street, Suite 500
                    Dallas, Texas 75202
                    T: 469.904.4550
                    F: 469.444.5002
                    E: wburns@burnscharest.com