UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Beverly Cormier, individually and as Personal Representative of the estate of Johnnie Salmon<br><br>3:17-cv-10976 | 3:16-md-02738 (FLW) (LHG) |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017 on behalf of Plaintiff, Beverly Cormier.

Dated: November 16, 2017

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
    knelson@burnscharest.com

                                        **AND**

                Warren T. Burns (TX #24053119)
                Daniel H. Charest (TX #24057803)
                Spencer M. Cox (TX #24097540)
                **BURNS CHAREST LLP**
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                T: 469.904.4550
                F: 469.444.5002
                E: wburns@burnscharest.com
                    dcharest@burnscharest.com
                    scox@burnscharest.com

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on November 16, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ Warren T. Burns
                Warren T. Burns (TX #24053119)
                **BURNS CHAREST LLP**
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                T: 469.904.4550
                F: 469.444.5002
                E: wburns@burnscharest.com