# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW)(LHG)**<br><br>3:16-md-02738-FLW-LHG |
| *This document relates to:*<br><br>*Mary Ann Hodge v. Johnson & Johnson, Inc., et al.*<br>*3:17-cv-10848* | **JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Mary Ann Hodge.

Dated: November 17, 2017                    Respectfully Submitted,

By: /s/ Adriana Suarez Desmond
Steven J. Skikos (CA Bar No. 148110)
Adriana Suarez Desmond (CA Bar 216564)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome St., Suite 2830
San Francisco, CA  94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
sskikos@skikos.com
adesmond@skikos.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Adriana Suarez Desmond*
      Adriana Suarez Desmond