BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Timothy Tremmel*
*obo Deborah Bay (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Timothy Tremmel obo Deborah Bay (deceased) v. Johnson & Johnson, et al<br>Case No. 3:17-cv-09452 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 26, 2017 on behalf of Plaintiff Timothy Tremmel obo Deborah Bay (deceased).

                                              */s/ Lauren K. Razick*
                                              Lauren K. Razick
                                              BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                              218 Commerce Street
                                              Montgomery, Alabama 36104
                                              (800) 898-2034 Telephone
                                              (334) 954-7555 Facsimile
                                              Lauren.Razick@BeasleyAllen.com

                                              Attorneys for Plaintiff Timothy Tremmel
                                              obo Deborah Bay (deceased)

Dated: November 20, 2017

## CERTIFICATE OF SERVICE

  I hereby certify that on November 20, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Lauren K. Razick*
              Lauren K. Razick

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.