UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*McFadden, v. Johnson & Johnson, et al.*, 3:17-cv-11844 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that a Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- DEBBY MCFADDEN; 3:17-cv-11844

This 20th day of November, 2017.

                                                                                 Respectfully submitted by,

                                                                                 s/ D. Todd Mathews
                                                                                 D. Todd Mathews, #52502 (MO)
                                                                                 Gori Julian & Associates, P.C.
                                                                                 156 N. Main Street
                                                                                 Edwardsville, IL 62025
                                                                                 (618) 659-9833 – Telephone
                                                                                 (618) 659-9834 – Facsimile

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of November, 2017.

/s/ D. Todd Mathews
D. Todd Mathews