UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kibble v. Johnson & Johnson, et al.*,<br>3:17-cv-11850 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that a Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- VALERIE KIBBLE; 3:17-cv-11854

This 20th day of November, 2017.

                                                                    Respectfully submitted by,

                                                                    s/ D. Todd Mathews
                                                                    D. Todd Mathews, #52502 (MO)
                                                                    Gori Julian & Associates, P.C.
                                                                    156 N. Main Street
                                                                    Edwardsville, IL 62025
                                                                    (618) 659-9833 – Telephone
                                                                    (618) 659-9834 – Facsimile

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of November, 2017.

*/s/ D. Todd Mathews*
D. Todd Mathews