BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Claudia Meacham*
*obo Roberta Meacham (deceased)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Claudia Meacham obo Roberta Meacham (deceased) v. Johnson & Johnson, et al<br>Case No. 3:17-cv-09391 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 25, 2017 on behalf of Plaintiff Claudia Meacham obo Roberta Meacham (deceased).

                      */s/ Lauren K. Razick*
                      Lauren K. Razick
                      BEASLEY ALLEN CROW METHVIN
                      PORTIS & MILES, P.C.
                      218 Commerce Street
                      Montgomery, Alabama 36104
                      (800) 898-2034 Telephone
                      (334) 954-7555 Facsimile
                      Lauren.Razick@BeasleyAllen.com

                      Attorneys for Plaintiff Claudia Meacham
                      obo Roberta Meacham (deceased)

Dated: November 21, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Lauren K. Razick*
                                                  Lauren K. Razick

                                                  BEASLEY ALLEN CROW METHVIN
                                                  PORTIS & MILES, P.C.