BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Laura Beth Hawks*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Laura Beth Hawks v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-09318 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 25, 2017 on behalf of Plaintiff Laura Beth Hawks.

                    */s/ Brittany S. Scott*
                    Brittany S. Scott
                    BEASLEY ALLEN CROW METHVIN
                    PORTIS & MILES, P.C.
                    218 Commerce Street
                    Montgomery, Alabama 36104
                    (800) 898-2034 Telephone
                    (334) 954-7555 Facsimile
                    Brittany.Scott@BeasleyAllen.com

                    Attorneys for Plaintiff Laura Beth Hawks

Dated: November 21, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brittany S. Scott*
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.