IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION | MDL NO 16-2738 (FLW)(LHG) |
| THIS DOCUMENT RELATES TO | |
| Katherine P. Basilio, et al. vs. Johnson & Johnson, et al. Case No.: 3:17-cv-11793 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Katherine P. Basilio and Lawrence Basilio, w/h.

Respectfully Submitted by,

**NASS CANCELLIERE BRENNER**

*/s/ Edward M. Nass*
EDWARD M. NASS, #34588 PA
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone: (215) 546-8200
Facsimile: (215) 545-1591
emnass@ncblawfirm.com
Attorneys for Plaintiffs Cheryl L. Journey and Wayne Journey, w/h

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on November 21, 2017.

/s/ Edward M. Nass
EDWARD M. NASS