UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION | MDL NO 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| CHERYL L. JOURNEY and WAYNE JOURNEY, w/h    Plaintiffs, | COMPLAINT AND JURY DEMAND |
| | Civil Action No.:_____ |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., and IMERYS TALC AMERICA, INC. | DIRECT FILED ACTION |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. **1** of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint,* where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

### Identification of Plaintiff(s)

1. Name of individual injured due to the use of talcum powder product(s):

   **Cheryl L. Journey**

2. At the time of the filing of the specific case, Plaintiff(s) is are a citizen of:

   **Pennsylvania**

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: **Wayne Journey**

4. Survival and/or Wrongful Death Claims:

   Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: **N/A**

5. Plaintiff was born on: **July 13, 1966**

6. Plaintiff is filing this case in a representative capacity as the \_\_\_\_\_ _____ of the _____, having been duly appointed as the _____ by the _____ Court of _____. **N/A**

7. As a result of using talcum powder products, Plaintiff suffered personal and economic injuries that are alleged to have been caused by the use of the products identified in paragraph 16 below, but not limited to, the following:

   **X**  injury to herself

   _____ injury to the person represented

   _____ wrongful death

   _____ survivorship action

    __X__ economic loss

    __X__ loss of services

    __X__ loss of consortium

    _____ other

### Identification of Defendants

8. Plaintiffs are suing the following Defendants (please check all that apply)

    __X__ Johnson & Johnson

    __X__ Johnson & Johnson Consumer Inc.

    __X__ Imerys Talc America, Inc. ("Imerys Talc")

    _____ Personal Care Products Council ("PCPC")

**Additional Defendants:**

Other(s) Defendant(s) (please specify):

### JURISDICTION & VENUE

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

    __X__ Diversity of Citizenship

    _____ Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure).

**Venue:**

10. District Court and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order

entered by this Court and to where remand could be ordered by the Judicial Panel for trial: **Eastern District of Pennsylvania**

### CASE SPECIFIC FACTS

11. Plaintiff(s) currently reside in (City, State): **Folsom, PA**

12. At the time of Plaintiff's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City/State): **Folsom, PA**

13. The Plaintiff was diagnosed with a talcum powder product(s) injury in:

    **Chester, Pennsylvania on October 17, 2007**

14. To the best of Plaintiff's knowledge, Plaintiff began using talcum powder product(s) on or about the following date: **1966** and continued the use of talcum powder product(s) through about the following date: **2016.**

15. The Plaintiff purchased talcum powder product(s) in the following State(s)): **Pennsylvania**

16. Plaintiff used the following talcum powder products:

    **X** Johnson & Johnson's Baby Powder

    **X** Shower to Shower

### CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

    **X** Count I: Products Liability- Strict Liability-Failure to Warn

|   |   |
|---|---|
|   | (Against Imerys Talc) |
| __X__ | Count II: Products Liability- Strict Liability- Failure to Warn (Against the Johnson & Johnson Defendants) |
| __X__ | Count III: Products Liability- Strict Liability- Defective Manufacturer and Design (Against Imerys Talc) |
| __X__ | Count IV: Products Liability- Strict Liability- Defective Manufacturer and Design (Against the Johnson & Johnson Defendants) |
| __X__ | Count V: Breach of Express Warranties (Against the Johnson & Johnson Defendants) |
| __X__ | Count VI: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants) |
| __X__ | Count VII: Breach of implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants) |
| __X__ | Count VIII: Negligence (Against Imerys Talc) |
| __X__ | Count IX: Negligence (Against the Johnson & Johnson Defendants) |
| __X__ | Count X: Negligence (Against PCPC) |
| __X__ | Count XI: Negligent Misrepresentation (Against the Johnson & Johnson Defendants) |
| __X__ | Count XII: Fraud (Against the Johnson & Johnson Defendants) |
| _____ | Count XIII: Fraud (Against PCPC) |
| __X__ | Count XIV: Violation of State Consumer Protection Laws of the State of Pennsylvania (Against the Johnson & Johnson Defendants) |
| __X__ | Count XV: Fraudulent Concealment (Against Imerys Talc) |
| __X__ | Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants) |
| _____ | Count XVII: Fraudulent Concealment (Against PCPC) |
| __X__ | Count XVIII: Civil Conspiracy (Against All Defendants) |

| | |
|---|---|
| __X__ | Count XIX: Loss of Consortium (Against All Defendants) |
| __X__ | Count XX: Punitive Damages (Against All Defendants) |
| __X__ | Count XXI: Discovery Rule and Tolling (Against All Defendants) |
| _____ | Count XXII: Wrongful Death (Against All Defendants) |
| _____ | Count XXIII: Survival Action (Against All Defendants) |
| _____ | Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure. |

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: 11/17/17

Respectfully Submitted by,

**NASS CANCELLIERE BRENNER**

*/s/ Edward M. Nass*
EDWARD M. NASS, #34588 PA
MICHAEL A. ROWE, #82886 PA
1515 Market Street, Suite 2000
Philadelphia, PA  19102
Telephone:     (215) 546-8200
Facsimile:      (215) 545-1591
emnass@ncblawfirm.com
marowe@ncblawfirm.com
Attorneys for Plaintiffs, Cheryl L. Journey and Wayne Journey