UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABLITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates to:<br>Rosemary LaMantia, v. Johnson & Johnson, et al<br>Member Case No.: 3:17-cv-11809 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 17, 2017 on behalf of Rosemary LaMantia.

Dated: November 21, 2017.

                                                          Respectfully submitted,

                                                          THE HANNON LAW FIRM, LLC

                                                          By:    */s/ Kevin S. Hannon*
                                                                       Kevin S. Hannon, WI Bar #1034348
                                                                       1641 Downing Street
                                                                       Denver, Colorado 80218
                                                                       Phone: (303) 861-8800
                                                                       Email: khannon@hannonlaw.com
                                                                       **DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, a copy of the foregoing **NOTICE OF FILING** was filed electronically. Service of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Kevin S. Hannon*
Kevin S. Hannon, WI Bar #1034348
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver, Colorado 80218
Phone: (303) 861-8800
Email: khannon@hannonlaw.com
**DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM, LLC**
