BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Sarah Marie Angel o/b/o Cindy Angel (deceased)*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sarah Marie Angel o/b/o Cindy Angel (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-09279 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 25, 2017 on behalf of Plaintiff Sarah Marie Angel o/b/o Cindy Angel (deceased).

                                                                   */s/ Brittany S. Scott*
                                                                   Brittany S. Scott
                                                                   BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                                                   218 Commerce Street
                                                                   Montgomery, Alabama 36104
                                                                   (800) 898-2034 Telephone
                                                                   (334) 954-7555 Facsimile
                                                                   Brittany.Scott@BeasleyAllen.com

                                                                   Attorneys for Plaintiff Sarah Marie Angel
                                                                   o/b/o Cindy Angel (deceased)

Dated: November 21, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                   */s/ Brittany S. Scott*
                                                                   Brittany S. Scott

                                                                   BEASLEY ALLEN CROW METHVIN
                                                                   PORTIS & MILES, P.C.