UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Ruby Marie Breaux, in her capacity as Court appointed Tutrix of the four minor children: IMD, McLD, EGD and MPD v. Johnson & Johnson, et al.*<br>Civil Action No.: 3:17-cv-08900-FLW-LHG | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 17, 2017 on behalf of the plaintiff, Ruby Marie Breaux, in her capacity as Court appointed Tutrix of the four minor children: IMD, McLD, EGD and MPD.

Dated:  November 21, 2017                Respectfully Submitted by,

                                                                      **MOTLEY RICE LLC**

                                                                       /s/ Carmen S. Scott
                                                                       Carmen S. Scott
                                                                       cscott@motleyrice.com
                                                                       28 Bridgeside Blvd.
                                                                       Mt. Pleasant, SC 29464
                                                                       (843) 216-9160
                                                                       (843) 216-9450 (Facsimile)

                                                                       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2017, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott