Keith D. Griffin
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Rita Gutierrez v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-11717 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 16, 2017 on behalf of Plaintiff Rita Gutierrez.

DATED: November 21, 2017                    GIRARDI | KEESE

                              */s/ Keith D. Griffin*
                              Keith D. Griffin
                              kgriffin@girardikeese.com
                              1126 Wilshire Boulevard
                              Los Angeles, California 90017-1904
                              Telephone: (213) 977-0211
                              Facsimile:  (213) 481-1554

                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 21, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 21, 2017    GIRARDI | KEESE

                */s/ Keith D. Griffin*
              Keith D. Griffin
              kgriffin@girardikeese.com
              1126 Wilshire Boulevard
              Los Angeles, California 90017-1904
              Telephone: (213) 977-0211
              Facsimile:  (213) 481-1554

              *Attorneys for Plaintiffs*