**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> Donald Lucas, individually and on behalf ) <br> of Paula Lucas (D) v. Johnson & Johnson, ) <br> et al ) <br> Civil Case No. 3:17-cv-04526-FLW-LHG ) | MDL No. 2738 <br><br> 3:16-md-02738-FLW-LHG |

**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING**

Joseph M. Bruno and Melissa A. DeBarbieris, counsel of record for movant Donald Lucas, individually and on behalf of Paula Lucas (D), respectfully request that the Clerk of Court remove them from the notice of electronic filing for the above-captioned case. On October 30, 2017, a Motion to Voluntary Dismiss with Prejudice was filed, thus plaintiff's claim has been terminated, and his attorneys no longer need to receive notice of the filings in this case.

                                                                Respectfully submitted,
                                                                BY: /s/ Melissa A. DeBarbieris
                                                                Joseph M. Bruno, #3604
                                                                Melissa A. DeBarbieris, #32124
                                                                BRUNO & BRUNO, LLP
                                                                855 Baronne Street
                                                                New Orleans, LA. 70113
                                                                PHONE: (504) 525-1335
                                                                FAX: (504) 561-6775
                                                                Email: jbruno@brunobrunolaw.com
                                                                Email: melissa@brunobrunolaw.com
                                                                *Attorneys for Plaintiff Donald Lucas,*
                                                                *individually and on behalf of Paula Lucas (d)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2017, a copy of the foregoing was filed electronically with the Clerk of the Court, to be served via the Court's electronic filing system on all counsel of record.

By: /s/ Melissa A. DeBarbieris
Melissa A. DeBarbieris