## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Aguilar v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objection) that the Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- THE ESTATE OF BARBARA WILSON, by and through its Succesor-In-Interest, DEANDRE AGUILAR; 3:17-cv-11969

This 22nd day of November, 2017.

    Respectfully submitted by,

    s/ D. Todd Mathews\_\_\_
    D. Todd Mathews, #52502 (MO)
    Gori Julian & Associates, P.C.
    156 N. Main Street
    Edwardsville, IL 62025
    (618) 659-9833 – Telephone
    (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of November, 2017.

                                          */s/ D. Todd Mathews*
                                          D. Todd Mathews