# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: *Tricia Course-Cislo, Case No. 3:17-CV-11236* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 6, 2016, on behalf of Plaintiff Tricia Course-Cislo.

Dated: November 22, 2016          Respectfully Submitted by,

　　　　　　　　　　　　　　　　　 */s/ Rolf T. Fiebiger*

　　　　　　　　　　　　　　　　　Rolf T. Fiebiger, Esq.
　　　　　　　　　　　　　　　　　MN Bar No. 391138
　　　　　　　　　　　　　　　　　Michael K. Johnson, Esq.
　　　　　　　　　　　　　　　　　MN Bar No. 258696
　　　　　　　　　　　　　　　　　Jennell K. Shannon, Esq.
　　　　　　　　　　　　　　　　　MN Bar No. 398672
　　　　　　　　　　　　　　　　　**JOHNSON BECKER, PLLC**
　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　Phone: 612-436-1800
　　　　　　　　　　　　　　　　　Fax: 612-436-1801
　　　　　　　　　　　　　　　　　Email: mjohnson@johnsonbecker.com
　　　　　　　　　　　　　　　　　Email: rfiebiger@johnsonbecker.com
　　　　　　　　　　　　　　　　　Email: jshannon@johnsonbecker.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2016, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

            */s/ Rolf T. Fiebiger*

            Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
            **JOHNSON BECKER, PLLC**
            444 Cedar Street, Suite 1800
            St. Paul, MN 55101
            Phone: 612-436-1800
            Fax: 612-436-1801
            Email: rfiebiger@johnsonbecker.com