BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff John Kinberger*
*obo Cynthia Kay Kinberger (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>John Kinberger obo Cynthia Kay Kinberger (deceased) v. Johnson & Johnson, et al<br>Case No. 3:17-cv-09146 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 24, 2017 on behalf of Plaintiff John Kinberger obo Cynthia Kay Kinberger (deceased).

    */s/ Lauren K. Razick*
    Lauren K. Razick
    BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
    218 Commerce Street
    Montgomery, Alabama 36104
    (800) 898-2034 Telephone
    (334) 954-7555 Facsimile
    Lauren.Razick@BeasleyAllen.com

    Attorneys for Plaintiff John Kinberger obo Cynthia Kay Kinberger (deceased)

Dated: November 22, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                     */s/ Lauren K. Razick*
                                                     Lauren K. Razick

                                                     BEASLEY ALLEN CROW METHVIN
                                                   PORTIS & MILES, P.C.