# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Dawn Maykowski, Case No. 3:17-CV-11050* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017, on behalf of Plaintiff Dawn Maykowski.

Dated: November 22, 2017          Respectfully Submitted by,

                                   */s/ Rolf T. Fiebiger*

                                   Rolf T. Fiebiger, Esq.
                                   MN Bar No. 391138
                                   Michael K. Johnson, Esq.
                                   MN Bar No. 258696
                                   Jennell K. Shannon, Esq.
                                   MN Bar No. 398672
                                   **JOHNSON BECKER, PLLC**
                                   444 Cedar Street, Suite 1800
                                   St. Paul, MN 55101
                                   Phone: 612-436-1800
                                   Fax: 612-436-1801
                                   Email: mjohnson@johnsonbecker.com
                                   Email: rfiebiger@johnsonbecker.com
                                   Email: jshannon@johnsonbecker.com

                                   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Rolf T. Fiebiger

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com