# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Karen Glazier, Case No. 3:17-CV-11040* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017, on behalf of Plaintiff Karen Glazier.

Dated: November 22, 2017        Respectfully Submitted by,

                                              */s/ Rolf T. Fiebiger*

                                         Rolf T. Fiebiger, Esq.
                                         MN Bar No. 391138
                                         Michael K. Johnson, Esq.
                                         MN Bar No. 258696
                                         Jennell K. Shannon, Esq.
                                         MN Bar No. 398672
                                         **JOHNSON BECKER, PLLC**
                                         444 Cedar Street, Suite 1800
                                         St. Paul, MN 55101
                                         Phone: 612-436-1800
                                         Fax: 612-436-1801
                                         Email: mjohnson@johnsonbecker.com
                                         Email: rfiebiger@johnsonbecker.com
                                         Email: jshannon@johnsonbecker.com

                                         ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com