**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: *Laura Eglen, Case No. 3:17-CV-11072* | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 3, 2017, on behalf of Plaintiffs Geoffrey Eglen and the Estate of Laura Eglen.

Dated: November 22, 2017					Respectfully Submitted by,

							 */s/ Rolf T. Fiebiger*

							Rolf T. Fiebiger, Esq.
							MN Bar No. 391138
							Michael K. Johnson, Esq.
							MN Bar No. 258696
							Jennell K. Shannon, Esq.
							MN Bar No. 398672
							**JOHNSON BECKER, PLLC**
							444 Cedar Street, Suite 1800
							St. Paul, MN 55101
							Phone: 612-436-1800
							Fax: 612-436-1801
							Email: mjohnson@johnsonbecker.com
							Email: rfiebiger@johnsonbecker.com
							Email: jshannon@johnsonbecker.com

							ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Rolf T. Fiebiger

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com