Cary Littlejohn
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
clittlejohn@barrettlawgroup.com

*Attorney for Plaintiff Laurel Lund*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  )  )  )  )  )  This document relates to:  )  Laurel Lund; Case No: 3:17-cv-12055-FLW-LHG  )  ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Laurel Lund.

Dated: November 27, 2017.                By: /s/ *Cary Littlejohn*
                                         Cary Littlejohn
                                         DON BARRETT, P.A.
                                         404 Court Square North
                                         Lexington, Mississippi 39095
                                         Telephone: (662) 834-2488
                                         Fax: (662) 834-2628
                                         clittlejohn@barrettlawgroup.com

                                         *Attorney for Plaintiff Laurel Lund*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                            */s/ Cary Littlejohn*
                                                            Cary Littlejohn