# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br> This document relates to: Anita Wilson 3:17-cv-08780 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

     Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 19, 2017 on behalf of Plaintiff Anita Wilson.


Dated: Pqxgo dgt"4: , 2017

     Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on P qxgo dgt"4: , 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: P qxgo dgt"4: , 2017                    /s/ Catherine T. Heacox
                                               Catherine T. Heacox
                                               The Lanier Law Firm, PLLC
                                               Tower 56
                                               126 East 56th Street
                                               New York, NY 10022
                                               (212) 421-2800
                                               Counsel for Plaintiff(s)