# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br> This document relates to: Kathleen Grimley <br> 3:17-cv-10821 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

     Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 2, 2017 on behalf of Plaintiff Kathleen Grimley.

Dated: November 28, 2017

     Respectfully Submitted by,
/s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: November 28, 2017                /s/ Catherine T. Heacox
                                  Catherine T. Heacox
                                  The Lanier Law Firm, PLLC
                                  Tower 56
                                  126 East 56th Street
                                  New York, NY 10022
                                  (212) 421-2800
                                  Counsel for Plaintiff(s)