**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Paul Thomas, Individually and on Behalf of the Estate Robin Thomas 3:17-cv-10340 | **MDL No. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 31, 2017 on behalf of Plaintiffs Paul Thomas, Individually and on Behalf of the Estate Robin Thomas.

Dated: November 28, 2017         Respectfully Submitted by,
                       /s/ Catherine T. Heacox
                       Catherine T. Heacox
                       The Lanier Law Firm, PLLC
                       Tower 56
                       126 East 56th Street
                       New York, NY 10022
                       (212) 421-2800
                       Counsel for Plaintiff(s)

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 28, 2017             /s/ Catherine T. Heacox
                                                           Catherine T. Heacox
                                                           The Lanier Law Firm, PLLC
                                                           Tower 56
                                                           126 East 56th Street
                                                           New York, NY 10022
                                                           (212) 421-2800
                                                           Counsel for Plaintiff(s)