BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Sherry O. Cantrell*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sherry O. Cantrell v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10157 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 31, 2017 on behalf of Plaintiff Sherry O. Cantrell.

        */s/ Lauren K. Razick*
        Lauren K. Razick
        BEASLEY ALLEN CROW METHVIN
        PORTIS & MILES, P.C.
        218 Commerce Street
        Montgomery, Alabama 36104
        (800) 898-2034 Telephone
        (334) 954-7555 Facsimile
        Lauren.Razick@BeasleyAllen.com

        Attorneys for Plaintiff Sherry O. Cantrell

Dated: November 29, 2017

## CERTIFICATE OF SERVICE

  I hereby certify that on November 29, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ *Lauren K. Razick*
                Lauren K. Razick

                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.