Brandi Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Edward Cochran*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION </br></br>This document relates to:</br>Plaintiff Edward Cochran,</br>Individually and as the Personal Representative</br>Of Gwendolyn Cochran, deceased;</br>Case No: 3:17-cv-12156 | Civil No. 3:16-md-2738-FLW-LHG </br></br> MDL NO. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Edward Cochran, Individually and as the Personal Representative of Gwendolyn Cochran, deceased.

Dated: November 29, 2017.                    By: /s/ *Brandi Hamilton*
                                             Brandi Hamilton
                                             DON BARRETT, P.A.
                                             404 Court Square
                                             Lexington, Mississippi 39095
                                             Telephone: (662) 834-2488
                                             Fax: (662) 834-2628
                                             bhamilton@barrettlawgroup.com

                                             *Attorney for Edward Cochran*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                            */s/ Brandi Hamilton*
                                                            Brandi Hamilton