Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Joyce McIntyre et al; Case No: 3:17-cv-12108 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 28, 2017 on behalf of Plaintiff, Joyce McIntyre, et al.

Dated: November 29, 2017

          By: /s/ Sindhu Daniel
          Sindhu S. Daniel (NJ Bar No. 010711996)
          Russell W. Budd
          BARON & BUDD, P.C.
          3102 Oak Lawn Avenue, Suite 1100
          Dallas, Texas 75219
          Tel (214) 521-3605
          Fax (214) 520-1181
          sdaniel@baronbudd.com
          rbudd@baronbudd.com

          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Sindhu Daniel
Sindhu Daniel