Katherine B. Riley
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Rose Marie Roszak*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES ) | MDL NO. 2738 |
| AND PRODUCTS LIABLITY LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| Rose Marie Roszak; Case No: 3:17-cv-12181 ) | |
| ) | |
| ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Rose Marie Roszak.

Dated: November 30, 2017

/s/ Katherine Barrett Riley
Katherine B. Riley
DON BARRETT, P.A.
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff* Rose Marie Roszak

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Katherine Barrett Riley*
Katherine Barrett Riley