Brandi Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Plaintiff Gail Bird*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Gail Bird; Case No: 3:17-cv-12148 ) ) ) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Gail Bird.

Dated: November 30, 2017.                                  By: /s/ *Brandi Hamilton*
                                                                          Brandi Hamilton
                                                                          DON BARRETT, P.A.
                                                                          404 Court Square
                                                                          Lexington, Mississippi 39095
                                                                          Telephone: (662) 834-2488
                                                                          Fax: (662) 834-2628
                                                                          bhamilton@barrettlawgroup.com

                                                                          *Attorney for Gail Bird*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Brandi Hamilton
Brandi Hamilton