UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roberts v. Johnson & Johnson, et al.*,<br>3:17-cv-12263 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that a Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- SYLVIA ROBERTS; 3:17-cv-12263

This 1st day of December, 2017.

                                                                  Respectfully submitted by,

                                                                  s/ D. Todd Mathews
                                                                  D. Todd Mathews, #52502 (MO)
                                                                  Gori Julian & Associates, P.C.
                                                                  156 N. Main Street
                                                                  Edwardsville, IL 62025
                                                                  (618) 659-9833 – Telephone
                                                                  (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of December, 2017.

                                            */s/ D. Todd Mathews*
                                            D. Todd Mathews