UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Evans v. Johnson & Johnson, et al.*,<br>3:17-cv-12301 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that a Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- BOBBIE EVANS, INDIVIDUALLY and AS ADMINISTRATOR OF THE ESTATE OF EULA ROCKETT, DECEASED; 3:17-cv-12301

This 1st day of December, 2017.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of December, 2017.

*/s/ D. Todd Mathews*
D. Todd Mathews
