**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Parker v. Johnson & Johnson, et al.,*<br>**3:17-cv-12302** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that a Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- BRENDA PARKER, INDIVIDUALLY, and as INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PENNY PARKER, DECEASED; 3:17-cv-12302

This 1st day of December, 2017.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of December, 2017.

*/s/ D. Todd Mathews*
D. Todd Mathews