UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| PERRY GIDDENS, Individually and as Administrator of the ESTATE OF HARRIET D. GIDDENS, deceased,<br>　　　　　　　　　Plaintiffs,<br>v.<br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC., and PERSONAL CARE PRODUCTS COUNCIL,<br>　　　　　　　　　Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No: _____<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on December 1, 2017 on behalf of PERRY GIDDENS, Individually and as Administrator of the ESTATE OF HARRIET D. GIDDENS, deceased.

Dated: December /, 2017　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　/s/ Michael Goetz
　　　　　　　　　　　　　　　　　　　　MICHAEL GOETZ, ESQUIRE
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 963984
　　　　　　　　　　　　　　　　　　　　Morgan & Morgan
　　　　　　　　　　　　　　　　　　　　Complex Litigation Group
　　　　　　　　　　　　　　　　　　　　One Tampa City Center, 7th Floor
　　　　　　　　　　　　　　　　　　　　201 N. Franklin Street
　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　　　Telephone (813) 223-5505
　　　　　　　　　　　　　　　　　　　　Facsimile (813) 223-5402
　　　　　　　　　　　　　　　　　　　　E-Mail: MGoetz@forthepeople.com
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on December __, 2017.

/s/ Michael Goetz
Attorney for Plaintiffs