## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Miriam Schnier, et al. v. Johnson & Johnson, et al.*<br>*Docket Number: 3:17-cv-12279-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Miriam Schnier.

This 1st day of December, 2017.

                                                                  Respectfully submitted,

                                                                   RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP

By:   */s/ Morris S. Dweck*
       Morris S. Dweck
       551 5th Ave, 29th Floor
       New York, NY 10176
       212-684-1880 telephone
       212-689-8156 facsimile
       mdweck@rheingoldlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of December, 2017.

                                                                     */s/ Morris S. Dweck*