# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>DIANE M. ZEGLEY,<br><br>3:17-cv-12206-FLW-LHG | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 29, 2017 on behalf of Plaintiff, Diane M. Zegley.

Dated: December 1, 2017

                                                             Respectfully submitted,

                                                             */s/ Kelsey L. Stokes*
                                                             Kelsey L. Stokes (TX Bar No. 24083912)
                                                             kelsey_stokes@fleming-law.com
                                                             Rand P. Nolen (TX Bar No. 00788126)
                                                             rand_nolen@fleming-law.com
                                                             FLEMING, NOLEN & JEZ, L.L.P.
                                                             2800 Post Oak Blvd., Suite 4000
                                                             Houston, Texas 77056-6109
                                                             Tel: 713-621-7944
                                                             Fax: 713-621-9638

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2017 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                */s/ Kelsey L. Stokes*
                Kelsey L. Stokes (TX Bar No. 24083912)
                kelsey_stokes@fleming-law.com
                Rand P. Nolen (TX Bar No. 00788126)
                rand_nolen@fleming-law.com
                FLEMING, NOLEN & JEZ, L.L.P.
                2800 Post Oak Blvd., Suite 4000
                Houston, Texas 77056-6109
                Tel:  713-621-7944
                Fax: 713-621-9638