UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>CRISTINA MUNOZ-ANELLO,<br><br>3:17-cv-12221-FLW-LHG | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 29, 2017 on behalf of Plaintiff, Cristina Munoz-Anello.

Dated: December 1, 2017

                                                                        Respectfully submitted,

                                                                         */s/ Kelsey L. Stokes*
                                                                          Kelsey L. Stokes (TX Bar No. 24083912)
                                                                          kelsey_stokes@fleming-law.com
                                                                          Rand P. Nolen (TX Bar No. 00788126)
                                                                          rand_nolen@fleming-law.com
                                                                          FLEMING, NOLEN & JEZ, L.L.P.
                                                                          2800 Post Oak Blvd., Suite 4000
                                                                          Houston, Texas 77056-6109
                                                                          Tel: 713-621-7944
                                                                          Fax: 713-621-9638

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Kelsey L. Stokes*
Kelsey L. Stokes (TX Bar No. 24083912)
kelsey_stokes@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel: 713-621-7944
Fax: 713-621-9638