UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Steven J. Grundy, as the Personal Representative of the Estate of Peggy L. Grundy and individually v. Johnson & Johnson, et al., Case No. 3:17-cv-12338.* | MDL NO. 16-2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 1, 2017, on behalf of Plaintiff, Steven J. Grundy, as the Personal Representative of the Estate of Peggy L. Grundy and individually.

Dated this the 4th day of December, 2017.

                                                     Respectfully submitted,

                                                    LAW OFFICES OF JAMES S. ROGERS

                                                    s/ James S. Rogers
                                                    James S. Rogers, Washington Bar No. 5335

                                                    s/ Heather Cover
                                                    Heather Cover, Washington Bar No. 52146
                                                    1500 Fourth Avenue, Suite 500
                                                    Seattle, WA 98101
                                                    Phone: (206) 621-8525
                                                    Facsimile: (206) 223-8224
                                                    Email: jsr@jsrogerslaw.com
                                                    Email: heather@jsrogerslaw.com
                                                    Counsel for Plaintiff

**Co-Counsel for Plaintiff:**
Peter Kaufman, California State Bar No. 269297
Panish Shea & Boyle LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: pkaufman@psblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

                LAW OFFICES OF JAMES S. ROGERS

                s/ James S. Rogers
                James S. Rogers, WSBA # 5335
                Attorney for Plaintiff