David McMullan, Jr.
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Anne Marie Weiss, individually
and as the Personal Representative of Carol Marie Gromaski, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to: Anne Marie Weiss, individually and as the Personal Representative of Carol Marie Gromaski, deceased; Case No. 3:17-cv-12318 ) ) ) ) ) ) | |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Anne Marie Weiss.

Dated: December 4, 2017.                By: /s/ *David McMullan, Jr.*
                                        David McMullan, Jr.
                                        DON BARRETT, P.A.
                                        404 Court Square
                                        P.O. Box 927
                                        Lexington, Mississippi 39095
                                        Telephone: (662) 834-2488
                                        Fax: (662) 834-2628
                                        dmcmullan@barrettlawgroup.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ *David McMullan, Jr.*
                David McMullan, Jr.