## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Terri King, Individually and on behalf*
*of the Estate of Eileen Adams, deceased*
**Case No.: 17-cv-12009**

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Terri King, Individually and on behalf of the Estate of Eileen Adams, deceased.

This 4th day of December, 2017.

/s/Tyler J. Schneider
TorHoerman Law LLC
Tyler J. Schneider, IL 6313923
Steven D. Davis, IL 6281263
6029 Old Poag Road
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile:  (618) 656-4401
tyler@thlawyer.com
sdavis@thlawyer.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of December, 2017.


<u>/s/Tyler J. Schneider</u>