## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG) <br><br> Civil Action No.: 3:17-cv-12439 |
| This Document Relates to: <br> *Martinez et al. v. Johnson & Johnson Consumer Inc. et al* <br> Case No.  3:17-cv-12439 | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the appearance of Wendy R. Fleishman as counsel for Plaintiffs Noelia Martinez and Brunilda Velez.

Dated: December 4, 2017

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ *Wendy R. Fleishman*
    Wendy R. Fleishman (NY Bar No. 2500429)
    Lieff Cabraser Heimann & Bernstein LLP
    250 Hudson Street, 8th Floor
    New York, NY 10013
    wfleishman@lchb.com

### Certificate of Service

I hereby certify that on December 4, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

/s/ *Wendy Fleishman*
Wendy R. Fleishman

1472025.1