Sarah Sterling Starns
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Riona Cruz*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to: Riona Cruz; Case No: 3:17-cv-12391  ) ) ) | |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 4, 2017 on behalf of Plaintiff Riona Cruz.

Dated: December 5, 2017.                              By: /s/ *Sterling Starns*
                                                                           Sterling Starns
                                                                           DON BARRETT, P.A.
                                                                           404 Court Square
                                                                           Lexington, Mississippi 39095
                                                                           Telephone: (662) 834-2488
                                                                           Fax: (662) 834-2628
                                                                           sstarns@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 /s/ *Sterling Starns*
                 Sterling Starns