BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Kara Johnson*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Kara Johnson v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10530 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 1, 2017 on behalf of Plaintiff Kara Johnson.

                      */s/ Lauren K. Razick*
                      Lauren K. Razick
                      BEASLEY ALLEN CROW METHVIN
                      PORTIS & MILES, P.C.
                      218 Commerce Street
                      Montgomery, Alabama 36104
                      (800) 898-2034 Telephone
                      (334) 954-7555 Facsimile
                      Lauren.Razick@BeasleyAllen.com

                      Attorneys for Plaintiff Kara Johnson

Dated: December 5, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren K. Razick*
      Lauren K. Razick

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.