UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| NORMAN FELLS, individually and as administrator of the ESTATE OF ANDREA BETH FELLS, DECEASED,<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | Civil Action No.: 3:17-cv-12576<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

    Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 5, 2017 on behalf of Plaintiff, Norman Fells, individually and as administrator of the Estate of Andrea Beth Fells, deceased.

    Dated: <u>December 5, 2017</u>

                                  Respectfully submitted,

                                  */s/ Eric D. Pearson*
                                  Eric D. Pearson
                                  Texas State Bar No. 15690472
                                  eric@hop-law.com
                                  HEYGOOD, ORR & PEARSON
                                  6363 North State Hwy 161, Suite 450

Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF