UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Grace Graham, Case No. 3:17-CV-12437* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 4, 2017, on behalf of Plaintiff Keith Graham and Plaintiff-Decedent Grace Graham.

Dated: December 5, 2017            Respectfully Submitted by,

                                                     */s/ Rolf T. Fiebiger*

                                               Rolf T. Fiebiger, Esq.
                                               MN Bar No. 391138
                                               Michael K. Johnson, Esq.
                                               MN Bar No. 258696
                                               Jennell K. Shannon, Esq.
                                               MN Bar No. 398672
                                               **JOHNSON BECKER, PLLC**
                                               444 Cedar Street, Suite 1800
                                               St. Paul, MN 55101
                                               Phone: 612-436-1800
                                               Fax: 612-436-1801
                                               Email: mjohnson@johnsonbecker.com
                                               Email: rfiebiger@johnsonbecker.com
                                               Email: jshannon@johnsonbecker.com

                                               ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

       */s/ Rolf T. Fiebiger*

      Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
      **JOHNSON BECKER, PLLC**
      444 Cedar Street, Suite 1800
      St. Paul, MN 55101
      Phone: 612-436-1800
      Fax: 612-436-1801
      Email: rfiebiger@johnsonbecker.com