## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN: RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

**MDL DOCKET NO. 2738 (FLW) (LHG)**

This document relates to: *Joanne Benson,
Case No. 3:17-CV-12443*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on December 4, 2017, on

behalf of Plaintiff Joanne Benson.

Dated: December 5, 2017          Respectfully Submitted by,

                          */s/ Rolf T. Fiebiger*

                          Rolf T. Fiebiger, Esq.
                          MN Bar No. 391138
                          Michael K. Johnson, Esq.
                          MN Bar No. 258696
                          Jennell K. Shannon, Esq.
                          MN Bar No. 398672
                          **JOHNSON BECKER, PLLC**
                          444 Cedar Street, Suite 1800
                          St. Paul, MN 55101
                          Phone: 612-436-1800
                          Fax: 612-436-1801
                          Email: mjohnson@johnsonbecker.com
                          Email: rfiebiger@johnsonbecker.com
                          Email: jshannon@johnsonbecker.com

                          ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com