Katherine B. Riley
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Marion Joe Odom, individually and as*
*Personal Representative of Trudy Odom, deceased*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  This document relates to: Marion Joe Odom, individually and as Personal Representative of Trudy Odom, deceased; Case No. 3:17-cv-12628 | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 5, 2017 on behalf of Plaintiff Marion Joe Odom, individually and as Personal Representative of Trudy Odom, deceased.

Dated: December 6, 2017.   By: /s/ *Katherine B. Riley*
　　　　　　　　　　　　　　　　Katherine B. Riley
　　　　　　　　　　　　　　　　DON BARRETT, P.A.
　　　　　　　　　　　　　　　　404 Court Square
　　　　　　　　　　　　　　　　Lexington, Mississippi 39095
　　　　　　　　　　　　　　　　Telephone: (662) 834-2488
　　　　　　　　　　　　　　　　Fax: (662) 834-2628
　　　　　　　　　　　　　　　　kbriley@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Katherine B. Riley*
Katherine B. Riley