Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Virginia A. Semaan*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES ) | MDL NO. 2738 |
| AND PRODUCTS LIABLITY LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| Virginia A. Semaan; Case No: 3:17-cv-12623 ) | |
| ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 5, 2017 on behalf of Plaintiff Virginia A. Semaan.

Dated: December 6, 2017.     By: */s/ Brandi R. Hamilton*
                              Brandi R. Hamilton
                              DON BARRETT, P.A.
                              404 Court Square
                              Lexington, Mississippi 39095
                              Telephone: (662) 834-2488
                              Fax: (662) 834-2628
                              bhamilton@barrettlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Brandi R. Hamilton*
Brandi R. Hamilton
