David McMullan, Jr.
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Gasecener White*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |
| This document relates to: <br> Gasecener White; Case No: 3:17-cv-12598 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 5, 2017 on behalf of Plaintiff Gasecener White.

Dated: December 6, 2017.　　　　　　　　　　By: /s/ *David McMullan, Jr.*
　　　　　　　　　　　　　　　　　　　　　　David McMullan, Jr.
　　　　　　　　　　　　　　　　　　　　　　DON BARRETT, P.A.
　　　　　　　　　　　　　　　　　　　　　　404 Court Square
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 927
　　　　　　　　　　　　　　　　　　　　　　Lexington, Mississippi 39095
　　　　　　　　　　　　　　　　　　　　　　Telephone: (662) 834-2488
　　　　　　　　　　　　　　　　　　　　　　Fax: (662) 834-2628
　　　　　　　　　　　　　　　　　　　　　　dmcmullan@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *David McMullan, Jr.*
David McMullan, Jr.