## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>AMANDA L. BERNING-SZCZESNY<br><br>3:17-cv-12676 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on December 6, 2017 on behalf of Amanda Berning-Szczesny.

Dated:  December 6, 2017                                         Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 6, 2017

                              Respectfully submitted,

                              */s/ W. Steven Berman*
                              W. Steven Berman, Esq.
                              (New Jersey Bar No: 11971986)
                              NAPOLI SHKOLNIK PLLC
                              400 Broadhollow Rd., Suite 305
                              Melville, NY 11747
                              T: (212) 397-1000
                              F: (646) 927-1676
                              WSBerman@NapoliLaw.com