David McMullan, Jr.
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Sharon Giber*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Sharon Giber; Case No: 3:17-cv-12681 | |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff Sharon Giber.

Dated: December 6, 2017.                    By: /s/ *David McMullan*
                                             David McMullan, Jr.
                                             DON BARRETT, P.A.
                                             404 Court Square
                                             Lexington, Mississippi 39095
                                             Telephone: (662) 834-2488
                                             Fax: (662) 834-2628
                                             dmcmullan@barrettlawgroup.com

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                <u>/s/ *David McMullan*</u>
                David McMullan, Jr.