## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>JANET GRIFFIN<br><br>3:17-cv-12697 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on December 6, 2017 on behalf of Janet Griffin.

Dated: December 6, 2017

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ W. Steven Berman*
W. Steven Berman, Esq.
(New Jersey Bar No: 11971986)
NAPOLI SHKOLNIK PLLC
400 Broadhollow Rd., Suite 305
Melville, NY 11747
T: (212) 397-1000
F: (646) 927-1676
WSBerman@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 6, 2017

                                            Respectfully submitted,

                                            **NAPOLI SHKOLNIK, PLLC**

                                            */s/ W. Steven Berman*
                                            W. Steven Berman, Esq.
                                            (New Jersey Bar No: 11971986)
                                            NAPOLI SHKOLNIK PLLC
                                            400 Broadhollow Rd., Suite 305
                                            Melville, NY 11747
                                            T: (212) 397-1000
                                            F: (646) 927-1676
                                            WSBerman@NapoliLaw.com

                                            *Attorneys for Plaintiff*