# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: ROLANDA CANADA Individually, and as Personal Representative of the Estate of MAMIE HOLMES<br><br>3:17-cv-12700 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on December 6, 2017 on behalf of Rolanda Canada, Individually and as Personal Representative of the Estate of Mamie Holmes.

Dated: December 6, 2017

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ W. Steven Berman*

W. Steven Berman, Esq.
(New Jersey Bar No: 11971986)
NAPOLI SHKOLNIK PLLC
400 Broadhollow Rd., Suite 305
Melville, NY 11747
T: (212) 397-1000
F: (646) 927-1676
WSBerman@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 6, 2017
Respectfully submitted,

                **NAPOLI SHKOLNIK, PLLC**

                */s/ W. Steven Berman*

                W. Steven Berman, Esq.
                (New Jersey Bar No: 11971986)
                NAPOLI SHKOLNIK PLLC
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                T: (212) 397-1000
                F: (646) 927-1676
                WSBerman@NapoliLaw.com

                *Attorneys for Plaintiff*