# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: ROBERT GADFIELD as the Surviving Heir of MERRY GADFIELD, DECEASED<br><br>3:17-cv-12704 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on December 6, 2017 on behalf of Robert Gadfield as the Surviving Heir of Merry Gadfield.

Dated: December 6, 2017

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ W. Steven Berman*
W. Steven Berman, Esq.
(New Jersey Bar No: 11971986)
NAPOLI SHKOLNIK PLLC
400 Broadhollow Rd., Suite 305
Melville, NY 11747
T: (212) 397-1000
F: (646) 927-1676
WSBerman@NapoliLaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 6, 2017
Respectfully submitted,

                                              **NAPOLI SHKOLNIK, PLLC**

                                              */s/ W. Steven Berman*
                                              W. Steven Berman, Esq.
                                              (New Jersey Bar No: 11971986)
                                              NAPOLI SHKOLNIK PLLC
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              T: (212) 397-1000
                                              F: (646) 927-1676
                                              WSBerman@NapoliLaw.com

                                              *Attorneys for Plaintiff*