Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Shanedra Washington*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |
| This document relates to: Shanedra Washington; Case No: 3:17-cv-12710 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff Shanedra Washington.

Dated: December 6, 2017.               By: /s/ *Brandi R. Hamilton*
                                       Brandi R. Hamilton
                                       DON BARRETT, P.A.
                                       404 Court Square
                                       Lexington, Mississippi 39095
                                       Telephone: (662) 834-2488
                                       Fax: (662) 834-2628
                                       bhamilton@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ *Brandi R. Hamilton*
Brandi R. Hamilton