# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>JAMES FIERRO as the Surviving Heir of JANIE FIERRO, DECEASED<br><br>3:17-cv-12716 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on December 6, 2017on behalf of James Fierro as the Surviving Heir of Janie Fierro.

Dated:  December 6, 2017                                  Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

Case 3:16-md-02738-MAS-RLS   Document 2954   Filed 12/06/17   Page 2 of 2 PageID: 9746

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 6, 2017

    */s/ Christopher R. LoPalo*
    Christopher R. LoPalo, Esq.
    400 Broadhollow Rd., Suite 305
    Melville, NY 11747
    Telephone: (212) 397-1000
    Facsimile: (646) 927-1676
    CLoPalo@NapoliLaw.com

    *Attorneys for Plaintiff*