UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to: Billy Mason, Individually and as Heir of the Estate of Vicki Lynne Mason, deceased* | Civil Action No. 3:17-cv-12600-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 5, 2017 on behalf of Plaintiff, Billy Mason, Individually and as Heir of the Estate of Vicki Lynne Mason, deceased.

Dated:  December 5, 2017                   Respectfully submitted,

                                                 *s/ Tim  D. Brandenburg*
                                                 Tim D. Brandenburg, Esq.
                                                 TX Bar No. 24049036
                                                 Roger "Rocky" Walton, Esq.
                                                 LAW FIRM OF ROGER "ROCKY" WALTON, P.C.
                                                 2310 West Interstate 20, Suite 200
                                                 Arlington, Texas 76017
                                                 Tel:  817-429-4299
                                                 Fax: 817-429-3469
                                                 Email: filings@rockywalton.com

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 5, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                *s/ Tim D. Brandenburg*
                TIM D. BRANDENBURG