ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiffs Patricia Weber, et al.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Patricia Weber, et al. v. Johnson & Johnson, et al. Case No. 3:17-cv-12636 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 5, 2017 on behalf of Plaintiffs Patricia and Robert Weber.

*/s/ John R. Crone*
John R. Crone
ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
(866) 795-9529 Telephone
(303) 376-6361 Facsimile
john.crone@andruswagstaff.com

Attorneys for Plaintiffs

Dated: December 7, 2017

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>*/s/ John R. Crone*</u>
John R. Crone

ANDRUS WAGSTAFF PC