UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: December 7, 2017
Court Reporter: Vincent Russoniello

TITLE OF CASE:

                                        CIVIL: 16-2378(FLW)(LHG)

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Transcript of proceedings to be filed.
In-Person Status Conference set for February 7, 2018 at 10:30 A.M.

TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 12:00 P.M.                 *s/Jacqueline Merrigan*
TOTAL TIME:  1 hour 30 minutes             Deputy Clerk

```
INITIAL
STATUS/SETTLEMENT          ✓                    DATE   12-7-17
FINAL PRETRIAL                                  TIME   10:30
```

CASE NAME: J & J Talc

CIVIL ACTION NO.: CV. 16-2738

**APPEARANCES**

NAME: Susan M. Sharko
Drinker Biddle

FIRM NAME:

MAILING ADDRESS:

600 Campus Dr.
Florham Park NJ 07932

PHONE NO.: 973 549-750

WHOM YOU REPRESENT:

J & J Defts

NAME: Julie Tersigni
Drinker Biddle

FIRM NAME:

MAILING ADDRESS:
600 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7106

WHOM YOU REPRESENT:

J&J Defendants

*********** ***********   *********** *********** ***********

NAME: John Beisner
Skadden Arps

FIRM NAME:

MAILING ADDRESS:
1440 New York Ave, N.W
Washington, DC 20005

PHONE NO.: 202-371-7410
WHOM YOU REPRESENT:
REPRESENT: J&J defendants

NAME: W Steven Berman
Napoli Shkolnik

FIRM NAME:

MAILING ADDRESS:
1 Greentree Ctr, 201
10000 Lincoln Dr E
Marlton NJ 08053

PHONE NO.: (856) 988-5574
WHOM YOU
Plff

2

INITIAL          _____        DATE _____

STATUS/SETTLEMENT     _____

FINAL PRETIRAL       _____        TIME _____

CASE NAME: _____

CIVIL ACTION NO.: _____

**APPEARANCES**

NAME: _Daniel Lapinski_            NAME: _Chris Placitella_

_Wilentz_                      _Cohen Placitella & Roth_

FIRM NAME: _____      FIRM NAME: _____

MAILING ADDRESS:             MAILING ADDRESS:

_90 Woodbridge Ctr Dr_      _127 Maple Ave_

_Woodbridge, NJ 07095_       _Red Bank NJ_

PHONE NO.: _____      PHONE NO.: _____

WHOM YOU REPRESENT:        WHOM YOU REPRESENT:

*********** *********** *********** *********** *********** ***********

NAME: _LAURence BERMAN_     NAME: _Warren T. Burns_

_Levin Sedran F Berman_        _Burns Charest LLP_

FIRM NAME: _____      FIRM NAME: _____

MAILING ADDRESS:             MAILING ADDRESS:

_510 WALNUT ST_           _900 Jackson St. Ste 500_

_# 500_                     _Dallas, TX 75202_

_Phila PA 19106_

PHONE NO.: _215 592.1500_    PHONE NO.: _469 904 4557_

WHOM YOU REPRESENT: _PSC_    WHOM YOU REPRESENT: _PSC_

3

INITIAL
STATUS/SETTLEMENT _____          DATE _____
FINAL PRETRIAL _____
                                             TIME _____

CASE NAME: _____

CIVIL ACTION NO.: _____

**APPEARANCES**

NAME: Sheryl L. Axelrod                      NAME: Thomas Locke
The Axelrod Firm, PC                         Seyfarth Shaw LLP
FIRM NAME:                                   FIRM NAME:

MAILING ADDRESS:                             MAILING ADDRESS:
1125 Walnut Street                           975 F Str NW
Phila, PA 19107                              Washington, DC 20004

PHONE NO.: 215.461.1768                      PHONE NO.: 202 828 5376

WHOM YOU REPRESENT: PCPC                     WHOM YOU REPRESENT: PCPC

*********** *********** ***********          *********** ***********
NAME: Lorna Dotro/Mark                       NAME: Ann Thornton Field
Silver
Coughlin Duffy                               Gordon Rees Scully Mansukani
FIRM NAME:                                   FIRM NAME:

MAILING ADDRESS:                             MAILING ADDRESS:        29th fl.
350 Mt. Kemble Ave                           2001 Market Street #3000
Morristown, NJ 07962                         Philadelphia PA

PHONE NO.: 973-267-0058                      PHONE NO.: 215 694 3141
WHOM YOU REPRESENT:                          WHOM YOU
REPRESENT: Def. Imerys Talc                                  Imerys
America                                                      Talc America

RICHARD GOLOMB TT's
1515 MARKET St.
PHILA, PA 19102
215 985 9177

4

INITIAL                  _____              DATE  _____

STATUS/SETTLEMENT        _____

FINAL PRETIRAL           _____              TIME  _____

CASE NAME:               _____

CIVIL ACTION NO.:        _____

<strong>APPEARANCES</strong>

NAME: _Leigh O'Dell_____          NAME: _Nancy Erfle_____

_Beasley Allen_____                _Gordon & Rees_____

FIRM NAME:                             FIRM NAME:

MAILING ADDRESS:                       MAILING ADDRESS:

_____                _121 SW Morrison St_____

_____                _Portland OR   97225_____

_____                _____

PHONE NO.: _____             PHONE NO.: _503-382-3852_____

WHOM YOU REPRESENT:                    WHOM YOU REPRESENT:

_____PSC_____            _____D Imerys_____

_____                _____

*********** ***********   *********** *********** ***********

NAME: _____                  NAME: _Chris Tisi / Michell Raff_____

_____                _Ashcraft & Gerel_____

FIRM NAME:                             FIRM NAME:

MAILING ADDRESS:                       MAILING ADDRESS:

_____                _[signature]_____

_____                _[signature]_____

_____                _____

PHONE NO.: _____             PHONE NO.: _____