BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Schester Martin*
*obo Florence Williams (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Schester Martin obo Florence Williams (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10667 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Schester Martin obo Florence Williams (deceased).

                                                           */s/ Lauren K. Razick*
                                                           Lauren K. Razick
                                                           BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                                           218 Commerce Street
                                                           Montgomery, Alabama 36104
                                                           (800) 898-2034 Telephone
                                                           (334) 954-7555 Facsimile
                                                           Lauren.Razick@BeasleyAllen.com

                                                           Attorneys for Plaintiff Schester Martin obo
                                                           Florence Williams (deceased)

Dated: December 7, 2017

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

             */s/ Lauren K. Razick*
             Lauren K. Razick

             BEASLEY ALLEN CROW METHVIN
             PORTIS & MILES, P.C.