## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>RONNIE WIMBERLY, SR., et al.<br><br>3:17-cv-12752 | |

### NOTICE OF FILING SHORT FORM COMPLAINT

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Shorth Form Complaint and Jury Demand has been filed on December 6, 2017 on behalf of Ronnie Wimberly, Sr., et al.

Dated: December 7, 2017        Respectfully submitted,

                                          MARY ALEXANDER & ASSOCIATES, P.C.
                                            /s/ Mary E. Alexander
                                          Mary E. Alexander, Esq.
                                          Mary Alexander & Associates, P.C.
                                          44 Montgomery Street, Suite 1303
                                          San Francisco, CA 94104
                                          Telephone: (415) 433-4440
                                          Facsimile: (415) 433-5440
                                          malexander@maryalexanderlaw.com

                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mary E. Alexander
Mary E. Alexander, Esq.