BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Sarah Soto o/b/o Mona L. Granados, deceased*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sarah Soto o/b/o Mona L. Granados, deceased v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-09645 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 27, 2017 on behalf of Plaintiff Sarah Soto o/b/o Mona L. Granados, deceased.

                          */s/ Brittany S. Scott*
                          Brittany S. Scott
                          BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                          218 Commerce Street
                          Montgomery, Alabama 36104
                          (800) 898-2034 Telephone
                          (334) 954-7555 Facsimile
                          Brittany.Scott@BeasleyAllen.com

                          Attorneys for Plaintiff Sarah Soto o/b/o
                          Mona L. Granados, deceased

Dated: December 8, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Brittany S. Scott*
                                                  Brittany S. Scott

                                                  BEASLEY ALLEN CROW METHVIN
                                                  PORTIS & MILES, P.C.