AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Michelle Ashlock | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:17-cv-07362 |
| Johnson & Johnson, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michelle Ashlock                                                                                                                                      .

Date:     12/06/2017                                                       /s/ Douglas R. Plymale
                                                                                   *Attorney's signature*

                                                                   Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                                   *Printed name and bar number*

                                                                           The Dugan Law Firm, APLC
                                                                           365 Canal Street, Suite 1000
                                                                           New Orleans, LA 70130

                                                                                   *Address*

                                                                   dplymale@dugan-lawfirm.com
                                                                                   *E-mail address*

                                                                           (504) 648-0180
                                                                                   *Telephone number*

                                                                           (504) 648-0181
                                                                                   *FAX number*