AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Wendy Creamer-Zintel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-07366 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wendy Creamer-Zintel                                                                                         .

Date:      12/06/2017                                              /s/ Douglas R. Plymale
                                                                    *Attorney's signature*

                                                    Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                         *Printed name and bar number*

                                                         The Dugan Law Firm, APLC
                                                         365 Canal Street, Suite 1000
                                                         New Orleans, LA 70130

                                                                    *Address*

                                                    dplymale@dugan-lawfirm.com
                                                              *E-mail address*

                                                         (504) 648-0180
                                                         *Telephone number*

                                                         (504) 648-0181
                                                            *FAX number*