AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Cleide Dos Reis and Abpahecido Dos Reis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-07367 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cleide Dos Reis and Abpahecido Dos Reis                                                                                      .

Date:   12/06/2017                                        /s/ Douglas R. Plymale
                                                                        *Attorney's signature*

                                                        Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                *Printed name and bar number*

                                                        The Dugan Law Firm, APLC
                                                        365 Canal Street, Suite 1000
                                                        New Orleans, LA 70130
                                                                        *Address*

                                                        dplymale@dugan-lawfirm.com
                                                                *E-mail address*

                                                        (504) 648-0180
                                                                *Telephone number*

                                                        (504) 648-0181
                                                                *FAX number*