BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Evelyn Papp-Roche*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Evelyn Papp-Roche v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10596 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 1, 2017 on behalf of Plaintiff Evelyn Papp-Roche.

                */s/ Lauren K. Razick*
                Lauren K. Razick
                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.
                218 Commerce Street
                Montgomery, Alabama 36104
                (800) 898-2034 Telephone
                (334) 954-7555 Facsimile
                Lauren.Razick@BeasleyAllen.com

                Attorneys for Plaintiff Evelyn Papp-Roche

Dated: December 11, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Lauren K. Razick*
                                                      Lauren K. Razick

                                                      BEASLEY ALLEN CROW METHVIN
                                                      PORTIS & MILES, P.C.