David McMullan, Jr.
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for William L. Randall, individually and*
*as Personal Representative of Mary L. Randall, deceased*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  )<br>)<br>)<br>)<br>) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>William L. Randall, individually and as<br>Personal Representative of<br>Mary L. Randall, deceased;<br>Case No. 3:17-cv-12891  )<br>)<br>)<br>)<br>)<br>) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff William L. Randall, individually and as Personal Representative of Mary L. Randall, deceased.

Dated: December 11, 2017.                    By: /s/ *David McMullan, Jr.*
                                              David McMullan, Jr.
                                              DON BARRETT, P.A.
                                              404 Court Square
                                              Lexington, Mississippi 39095
                                              Telephone: (662) 834-2488
                                              Fax: (662) 834-2628
                                              dmcmullan@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 11, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 /s/ *David McMullan, Jr.*
                 David McMullan, Jr.