# UNITED STATED DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM | : | MDL No. 2738 (FLW) (LHG) |
| POWDER PRODUCTS MARKETING, SALES | : | |
| PRACTICES, AND PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| This document relates to: *Allison Schmitt v.* | : | |
| *Johnson & Johnson, et al., # 17-12869* | : | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Allison Schmitt.

Respectfully submitted by:

*/s/Irene M. McLafferty*

Irene M. McLafferty, Esquire
Counsel for Plaintiff
Messa & Associates, P.C.
123 S. 22nd Street
Philadelphia, PA  19103
215-568-3500
215-568-3501 - fax

DATED: December 11, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Irene M. McLafferty

Irene M. McLafferty