# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No.: 3:16-md-2738-FLW-LHG |
| *This document relates to:* <br> Eileen Centrilla and Anthony Centrilla, h/w v. Johnson & Johnson, et al. <br><br> Case No. 3:17-cv-12834-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 8, 2017 on behalf of Plaintiffs Eileen Centrilla and Anthony Centrilla.

        /s/ T. Matthew Leckman_____
        T. Matthew Leckman
        Derek T. Braslow
        Pogust Braslow & Millrood
        Eight Tower Bridge
        161 Washington St., Ste. 940
        Conshohocken, PA 19428
        (610) 941-4204 Telephone
        (610) 941-4245 Fax
        mleckman@pbmattorneys.com
        dbraslow@pbmattorneys.com

        Attorneys for Plaintiffs Eileen and Anthony Centrilla

Dated: December 11, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

    /s/ T. Matthew Leckman
    T. Matthew Leckman, Esq.
    Pogust Braslow & Millrood