UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Marvin Harris, Individually and on behalf of the Estate of Gwendolyn Harris v. Johnson & Johnson, et al.<br><br>Case No. 3:17-cv-12836-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 8, 2017 on behalf of Plaintiff Marvin Harris.

/s/ T. Matthew Leckman
T. Matthew Leckman
Derek T. Braslow
Pogust Braslow & Millrood
Eight Tower Bridge
161 Washington St., Ste. 940
Conshohocken, PA 19428
(610) 941-4204 Telephone
(610) 941-4245 Fax
mleckman@pbmattorneys.com
dbraslow@pbmattorneys.com

Attorneys for Plaintiff Marvin Harris

Dated: December 11, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

                                                                                      /s/ T. Matthew Leckman  
                                                                                      T. Matthew Leckman, Esq.  
                                                                                      Pogust Braslow & Millrood