## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 3:16-md-2738-FLW-LHG |
| *This document relates to:* Julie Kramp v. Johnson & Johnson, et al.  Case No. 3:17-cv-12845-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 8, 2017 on behalf of Plaintiff Julie Kramp.

/s/ T. Matthew Leckman____
T. Matthew Leckman
Derek T. Braslow
Pogust Braslow & Millrood
Eight Tower Bridge
161 Washington St., Ste. 940
Conshohocken, PA 19428
(610) 941-4204 Telephone
(610) 941-4245 Fax
mleckman@pbmattorneys.com
dbraslow@pbmattorneys.com

Attorneys for Plaintiff Julie Kramp

Dated: December 11, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ T. Matthew Leckman
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood