UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Karen Beam, individually, and as the representative of the Estate of Lorene Hayes Farrington,<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson, et. al. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:17-cv-12414 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 12/4/2017 on behalf of the Plaintiff(s) listed in the above captioned matter.

        Respectfully Submitted by,

        /s/ Randi Kassan
        SANDERS PHILLIPS GROSSMAN, LLC
        Randi A. Kassan, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        rkassan@thesandersfirm.com

        **Counsel for Plaintiff**