Sarah Sterling Starns
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Penelope Gabbard*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| Penelope Gabbard;<br>Case No: 3:17-cv-12906 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff Penelope Gabbard.

Dated: December 11, 2017.         By: /s/ *Sterling Starns*
                                  Sarah Sterling Starns
                                  DON BARRETT, P.A.
                                  404 Court Square
                                  Lexington, Mississippi 39095
                                  Telephone: (662) 834-2488
                                  Fax: (662) 834-2628
                                  sstarns@barrettlawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                         /s/ *Sterling Starns*
                                         Sarah Sterling Starns