## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: /s/: Randi Kassan, Esq.
Randi Kassan
**SANDERS PHILLIPS GROSSMAN, LLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

*Counsel for Plaintiff*
