UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Tiffany Lynn Lowery Meeks, individually, and as the representative of the Estate of Donna Lynn Nunley Lowery,<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson, et. al. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:17-cv-12578 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 12/5/2017 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                Respectfully Submitted by,

                                                <u>/s/ Randi Kassan</u>
                                                SANDERS PHILLIPS GROSSMAN, LLC
                                                Randi A. Kassan, Esq.
                                                100 Garden City Plaza, Suite 500
                                                Garden City, NY 11530
                                                Tel: (516) 741-5600
                                                Fax: (516) 741-0128
                                                rkassan@thesandersfirm.com

                                                **Counsel for Plaintiff**