# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Karen Dirkman v. Johnson & Johnson, et al.<br><br>Case No. 3:17-cv-12972-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 12, 2017 on behalf of Plaintiff Karen Dirkman.

                    /s/ T. Matthew Leckman
                    T. Matthew Leckman
                    Derek T. Braslow
                    Pogust Braslow & Millrood
                    Eight Tower Bridge
                    161 Washington St., Ste. 940
                    Conshohocken, PA 19428
                    (610) 941-4204 Telephone
                    (610) 941-4245 Fax
                    mleckman@pbmattorneys.com
                    dbraslow@pbmattorneys.com

                    Attorneys for Plaintiff Karen Dirkman

Dated: December 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ T. Matthew Leckman
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood
