UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Maria Rodriguez Cotto,<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson, et. al. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-12594 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 12/5/2017 on behalf of the Plaintiff listed in the above captioned matter.

Respectfully Submitted by,

/s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Randi A. Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

**Counsel for Plaintiff**