AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Marcy Raindorf<br>*Plaintiff*<br>v.<br>Johnson & Johnson, et al.<br>*Defendant* | )<br>)<br>)  Case No. 3:17-cv-07416<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marcy Raindorf.

Date:   12/06/2017                                                       /s/ Douglas R. Plymale
                                                                          *Attorney's signature*

                                                                Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                     *Printed name and bar number*

                                                                        The Dugan Law Firm, APLC
                                                                        365 Canal Street, Suite 1000
                                                                          New Orleans, LA 70130
                                                                                *Address*

                                                                    dplymale@dugan-lawfirm.com
                                                                            *E-mail address*

                                                                            (504) 648-0180
                                                                          *Telephone number*

                                                                            (504) 648-0181
                                                                              *FAX number*