AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Rebecca Salters
_____
*Plaintiff*

v.

Johnson & Johnson, et al.
_____
*Defendant*

)
)
)
)
)
)

Case No. 3:17-cv-07457

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rebecca Salters
_____.

Date:      12/06/2017
_____

/s/ Douglas R. Plymale
_____
*Attorney's signature*

Douglas R. Plymale, Ph.D. (LSBA #28409)
_____
*Printed name and bar number*

The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
_____
*Address*

dplymale@dugan-lawfirm.com
_____
*E-mail address*

(504) 648-0180
_____
*Telephone number*

(504) 648-0181
_____
*FAX number*