AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Vanessa Snead and Lee Snead | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-07461 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vanessa Snead and Lee Snead                                            .

Date:    12/06/2017                                           /s/ Douglas R. Plymale
                                                                *Attorney's signature*

                                                      Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                         *Printed name and bar number*

                                                          The Dugan Law Firm, APLC
                                                          365 Canal Street, Suite 1000
                                                          New Orleans, LA 70130
                                                                      *Address*

                                                        dplymale@dugan-lawfirm.com
                                                                *E-mail address*

                                                                (504) 648-0180
                                                              *Telephone number*

                                                                (504) 648-0181
                                                                 *FAX number*