UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by James S. Dobis, Esq., counsel for ANNE MARIE EYTEL and RICHARD EYTEL, in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client; **OR**

2. The criminal defendant has been sentenced and there are no further proceedings which require notification.

**NOTE:** Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

_____
Signature of Attorney

Name: James S. Dobis, Esq. (1425)

Address: DOBIS, RUSSELL & PETERSON, P.C.

326 South Livingston Avenue

Livingston, New Jersey 07039

(973) 740-2474

e-Mail: jdobis@drp-law.com

Instructions for filing:
1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the NEXT button.

DNJ-CMECF-003