AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Deborah Dionesotes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-7560 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Deborah Dionesotes                                                                                                              .

Date:     12/06/2017                                                       /s/ Douglas R. Plymale
                                                                          *Attorney's signature*

                                                                Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                          *Printed name and bar number*

                                                                          The Dugan Law Firm, APLC
                                                                          365 Canal Street, Suite 1000
                                                                          New Orleans, LA 70130
                                                                          *Address*

                                                                          dplymale@dugan-lawfirm.com
                                                                          *E-mail address*

                                                                          (504) 648-0180
                                                                          *Telephone number*

                                                                          (504) 648-0181
                                                                          *FAX number*