AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Karen Nilan | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:17-cv-7563 |
| Johnson & Johnson, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karen Nilan.

Date:    12/06/2017                                                     /s/ Douglas R. Plymale
                                                                              *Attorney's signature*

                                                           Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                     *Printed name and bar number*

                                                                     The Dugan Law Firm, APLC
                                                                     365 Canal Street, Suite 1000
                                                                     New Orleans, LA 70130
                                                                              *Address*

                                                                     dplymale@dugan-lawfirm.com
                                                                              *E-mail address*

                                                                     (504) 648-0180
                                                                              *Telephone number*

                                                                     (504) 648-0181
                                                                              *FAX number*