AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| Kristi Chaney and Alan Chaney | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No. 3:17-cv-07783 |
| Johnson & Johnson, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristi Chaney and Alan Chaney                                                                                          .

Date:      12/06/2017                                              /s/ Douglas R. Plymale
                                                                                      *Attorney's signature*

                                                                    Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                            *Printed name and bar number*

                                                                              The Dugan Law Firm, APLC
                                                                            365 Canal Street, Suite 1000
                                                                              New Orleans, LA 70130

                                                                                           *Address*

                                                                         dplymale@dugan-lawfirm.com
                                                                                     *E-mail address*

                                                                                  (504) 648-0180
                                                                                *Telephone number*

                                                                                  (504) 648-0181
                                                                                    *FAX number*