AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| Cheryl Cooper | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-07785 |
| Johnson & Johnson, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cheryl Cooper _____.

Date:      12/06/2017          /s/ Douglas R. Plymale
                               *Attorney's signature*

                               Douglas R. Plymale, Ph.D. (LSBA #28409)
                               *Printed name and bar number*

                               The Dugan Law Firm, APLC
                               365 Canal Street, Suite 1000
                               New Orleans, LA 70130

                               *Address*

                               dplymale@dugan-lawfirm.com
                               *E-mail address*

                               (504) 648-0180
                               *Telephone number*

                               (504) 648-0181
                               *FAX number*