AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| Cathy Flynn | ) |
| _Plaintiff_ | ) |
| v. | ) Case No. 3:17-cv-07846 |
| Johnson & Johnson, et al. | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cathy Flynn                                                                                                    .

Date:      12/06/2017                                             /s/ Douglas R. Plymale
                                                                              _Attorney's signature_

                                                                    Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                              _Printed name and bar number_

                                                                    The Dugan Law Firm, APLC
                                                                    365 Canal Street, Suite 1000
                                                                    New Orleans, LA 70130

                                                                              _Address_

                                                                    dplymale@dugan-lawfirm.com
                                                                              _E-mail address_

                                                                    (504) 648-0180
                                                                              _Telephone number_

                                                                    (504) 648-0181
                                                                              _FAX number_