AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Lorraine Green

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Johnson & Johnson, et al. | ) |
| *Defendant* | ) |

Case No. 3:17-cv-07854

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lorraine Green                                                                                      .

Date:     12/06/2017                               /s/ Douglas R. Plymale
                                                                         *Attorney's signature*

                                                        Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                    *Printed name and bar number*

                                                                    The Dugan Law Firm, APLC
                                                                    365 Canal Street, Suite 1000
                                                                    New Orleans, LA 70130

                                                                             *Address*

                                                        dplymale@dugan-lawfirm.com
                                                                         *E-mail address*

                                                                    (504) 648-0180
                                                                    *Telephone number*

                                                                    (504) 648-0181
                                                                         *FAX number*