AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

Sandra Gregg )
_____ )
*Plaintiff* )
v. ) Case No. 3:17-cv-07855
Johnson & Johnson, et al. )
_____ )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Sandra Gregg                                                                                       .

Date:    12/06/2017                              /s/ Douglas R. Plymale
                                                    *Attorney's signature*

                                      Douglas R. Plymale, Ph.D. (LSBA #28409)
                                         *Printed name and bar number*

                                           The Dugan Law Firm, APLC
                                           365 Canal Street, Suite 1000
                                            New Orleans, LA 70130
                                                    *Address*

                                         dplymale@dugan-lawfirm.com
                                                *E-mail address*

                                                 (504) 648-0180
                                              *Telephone number*

                                                 (504) 648-0181
                                                 *FAX number*