AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Saundra Lewis and Kenneth Lewis )
*Plaintiff* )
v. ) Case No. 3:17-cv-08001
Johnson & Johnson, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Saundra Lewis and Kenneth Lewis.

Date:     12/06/2017

/s/ Douglas R. Plymale
*Attorney's signature*

Douglas R. Plymale, Ph.D. (LSBA #28409)
*Printed name and bar number*

The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
*Address*

dplymale@dugan-lawfirm.com
*E-mail address*

(504) 648-0180
*Telephone number*

(504) 648-0181
*FAX number*