AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Sandy Merkuris  )
*Plaintiff*  )
v.  )   Case No. 3:17-cv-08088
Johnson & Johnson, et al.  )
*Defendant*  )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sandy Merkuris                                                                                                                          .

Date:   12/06/2017                                        /s/ Douglas R. Plymale
                                                                    *Attorney's signature*

                                                           Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                 *Printed name and bar number*

                                                                     The Dugan Law Firm, APLC
                                                                     365 Canal Street, Suite 1000
                                                                       New Orleans, LA 70130

                                                                             *Address*

                                                                 dplymale@dugan-lawfirm.com
                                                                         *E-mail address*

                                                                        (504) 648-0180
                                                                      *Telephone number*

                                                                        (504) 648-0181
                                                                         *FAX number*