AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Patricia A. Davis ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:17-cv-08095 |
| Johnson & Johnson, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patricia A. Davis                                                                                                                .

Date:     12/06/2017                                                          /s/ Douglas R. Plymale
                                                                                              *Attorney's signature*

                                                                                   Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                                         *Printed name and bar number*

                                                                                           The Dugan Law Firm, APLC
                                                                                           365 Canal Street, Suite 1000
                                                                                             New Orleans, LA 70130
                                                                                                      *Address*

                                                                                        dplymale@dugan-lawfirm.com
                                                                                                *E-mail address*

                                                                                                (504) 648-0180
                                                                                              *Telephone number*

                                                                                                (504) 648-0181
                                                                                                  *FAX number*