AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| Liya Shatashvili<br>_____<br>*Plaintiff*<br>v.<br>Johnson & Johnson, et al.<br>*Defendant* | )<br>)<br>)<br>)   Case No. 3:17-cv-08226<br>)<br>) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Liya Shatashvili                                                                                                              .

Date:      12/06/2017                                            /s/ Douglas R. Plymale
                                                                        *Attorney's signature*

                                                          Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                                   *Printed name and bar number*

                                                                   The Dugan Law Firm, APLC
                                                                   365 Canal Street, Suite 1000
                                                                   New Orleans, LA 70130

                                                                              *Address*

                                                             dplymale@dugan-lawfirm.com
                                                                         *E-mail address*

                                                                     (504) 648-0180
                                                                     *Telephone number*

                                                                     (504) 648-0181
                                                                        *FAX number*