AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

Lisa Simmons

*Plaintiff*

v.                               Case No. 3:17-cv-08227

Johnson & Johnson, et al.

*Defendant*

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lisa Simmons.

Date:     12/06/2017                                   /s/ Douglas R. Plymale

*Attorney's signature*

Douglas R. Plymale, Ph.D. (LSBA #28409)

*Printed name and bar number*

The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130

*Address*

dplymale@dugan-lawfirm.com

*E-mail address*

(504) 648-0180

*Telephone number*

(504) 648-0181

*FAX number*