**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| ALICE ROBINSON, <br><br> Plaintiff(s), <br> v. <br><br> JOHNSON & JOHNSON; <br> -and- <br> JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; <br> -and- <br> IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.; <br> -and- <br> PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA), <br><br> Defendants. | MDL No: 2738 (FLW)(LHG) <br> NJ Member Case No: 3:17-cv-10447 |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 16, 2017 on behalf of Plaintiff, Charles DeGidio as Administrator of the Estate of Kathleen DeGidio, Deceased.

- 2 -

**DATED:** <u>**December 13, 2017**</u>　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Steven D. Resnick*
　　　　　　　　　　　　　　　　　　　　Steven D. Resnick, Esquire
　　　　　　　　　　　　　　　　　　　　GOLOMB & HONIK, P.C.
　　　　　　　　　　　　　　　　　　　　1515 Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　　Phone:  (215) 985-9177
　　　　　　　　　　　　　　　　　　　　Fax:     (215) 985-4169
　　　　　　　　　　　　　　　　　　　　Email: sresnick@golombhonik.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I Steven D. Resnick, hereby certify that on this **13th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**    <u>December 13, 2017</u>

                                             */s/ Steven D. Resnick*
                                             Steven D. Resnick, Esquire
                                             GOLOMB & HONIK, P.C.
                                             1515 Market Street, Suite 1100
                                             Philadelphia, PA  19102
                                             Phone: (215) 985-9177
                                             Fax:     (215) 985-4169
                                             Email:  sresnick@golombhonik.com

                                   *Attorney for Plaintiff*