AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

Nancy Berry

*Plaintiff*

v.  Case No. 3:17-cv-08444

Johnson & Johnson, et al.

*Defendant*

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nancy Berry.

Date:   12/06/2017                                       /s/ Douglas R. Plymale
                                                          *Attorney's signature*

                                              Douglas R. Plymale, Ph.D. (LSBA #28409)
                                                   *Printed name and bar number*

                                                   The Dugan Law Firm, APLC
                                                   365 Canal Street, Suite 1000
                                                   New Orleans, LA 70130
                                                          *Address*

                                                   dplymale@dugan-lawfirm.com
                                                        *E-mail address*

                                                      (504) 648-0180
                                                      *Telephone number*

                                                      (504) 648-0181
                                                        *FAX number*