IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>CHARLES DEGIDIO individually and as Administrator of the ESTATE OF KATHLEEN DEGIDIO, DECEASED,<br><br>       Plaintiff(s),<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>       Defendants. | MDL No: 2738 (FLW)(LHG)<br>NJ Member Case No: 3:17-cv-11707 |

### CORRECTED NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on November 16, 2017 on behalf of Plaintiff, Charles DeGidio as Administrator of the Estate of Kathleen DeGidio, Deceased.

|  |  |
|---|---|
| **DATED:** <u>**December 13, 2017**</u> | Respectfully submitted, |

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:       (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I Steven D. Resnick, hereby certify that on this **13th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**      **December 13, 2017**

                                          */s/ Steven D. Resnick*
                                          Steven D. Resnick, Esquire
                                          GOLOMB & HONIK, P.C.
                                          1515 Market Street, Suite 1100
                                          Philadelphia, PA  19102
                                          Phone: (215) 985-9177
                                          Fax:    (215) 985-4169
                                          Email:  sresnick@golombhonik.com

                                          *Attorney for Plaintiff*