# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM PRODUCTS MARKETING,
SALES PRACTICES & PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Hicks, et al. v. Johnson & Johnson, et al.,*
*Civil Action No.: 17-cv-12931*

**MDL NO. 16-2738 (FLW) (LHG)**
**JUDGE FREDA L. WOLFSON**
**MAG. JUDGE LOIS H. GOODMAN**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on December 12, 2017 on behalf of Plaintiff Bert Hicks, on his own behalf and as Representative of the Estate of Ruby Lee Hicks.

Date: December 13, 2017

Respectfully Submitted by,

**PAUL LLP**

*/s/Richard M. Paul III*
Richard M. Paul III (MO Bar #44233)
Ashlea Schwarz (MO Bar #60102
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF FILING was filed through the Court's CM/ECF filing system on the 13th day of December, 2017, which sends notification of filing to all counsel of record.

                                                */s/ Richard M. Paul III*