# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM PRODUCTS MARKETING,
SALES PRACTICES & PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Jones v. Johnson & Johnson, et al.,*
*Civil Action No.: 17-cv-12933*

**MDL NO. 16-2738 (FLW) (LHG)**
**JUDGE FREDA L. WOLFSON**
**MAG. JUDGE LOIS H. GOODMAN**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on December 12, 2017 on behalf of Plaintiff Lee Ann Jones.

Date: December 13, 2017

Respectfully Submitted by,

**PAUL LLP**

/s/*Richard M. Paul III*
Richard M. Paul III (MO Bar #44233)
Ashlea Schwarz (MO Bar #60102
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF FILING was filed through the Court's CM/ECF filing system on the 13th day of December, 2017, which sends notification of filing to all counsel of record.

/s/ Richard M. Paul III