UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Earl Clifton, individually and as Personal Representative of the estate of Moya McKoy<br><br>3:17-cv-11837 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 20, 2017 on behalf of Plaintiff Earl Clifton.

Dated: December 13, 2017

                                                   Respectfully submitted,

                                                 /s/ *Warren T. Burns*

                                                 Korey A. Nelson (LA #30002)
                                                 Amanda K. Klevorn (LA #35193)
                                                 **BURNS CHAREST LLP**
                                                 365 Canal Street, Suite 1170
                                                 New Orleans, Louisiana 70130
                                                 T: 504.799.2845
                                                 F: 504.881.1765
                                                 E: aklevorn@burnscharest.com
                                                    knelson@burnscharest.com

                **AND**

        Warren T. Burns (TX #24053119)
        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
           dcharest@burnscharest.com
           scox@burnscharest.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Warren T. Burns
        Warren T. Burns (TX #24053119)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com