AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Jane Moomey )
_____ )
*Plaintiff* )
v. ) Case No. 3:17-cv-08644
Johnson & Johnson, et al. )
_____ )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Jane Moomey                                                                                                          .

Date:    12/06/2017                                       /s/ Douglas R. Plymale
                                                     *Attorney's signature*

                                       Douglas R. Plymale, Ph.D. (LSBA #28409)
                                          *Printed name and bar number*

                                            The Dugan Law Firm, APLC
                                            365 Canal Street, Suite 1000
                                              New Orleans, LA 70130
                                                     *Address*

                                            dplymale@dugan-lawfirm.com
                                                  *E-mail address*

                                                 (504) 648-0180
                                                 *Telephone number*

                                                 (504) 648-0181
                                                   *FAX number*