# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Myra Brooks, Case No: 3:17-cv-12860 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on December 8, 2017 on behalf of Plaintiff Myra Brooks.


Dated: December 13, 2017                         /s/ Priscilla E. Jimenez, Esquire
                                                 Priscilla E. Jimenez, Esquire
                                                 KLINE & SPECTER PC
                                                 1525 Locust Street – 19th Floor
                                                 Philadelphia, PA 19102
                                                 215-772-1000
                                                 215-735-0960 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2017, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Priscilla Jimenez_____