AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| Michelle LaPorte | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Johnson & Johnson, et al. | ) |
| _Defendant_ | ) |

Case No. 3:17-cv-09207

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michelle LaPorte                                                                                                                .

Date:      12/06/2017

/s/ Douglas R. Plymale
_Attorney's signature_

Douglas R. Plymale, Ph.D. (LSBA #28409)
_Printed name and bar number_

The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130

_Address_

dplymale@dugan-lawfirm.com
_E-mail address_

(504) 648-0180
_Telephone number_

(504) 648-0181
_FAX number_