**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br>Raenell Callies<br>Case No. 3:17-CV-13012 | MDL No. 2738 (FLW) (LHG)<br>Civil Action No. 3:16-MD-2738 |

**NOTICE OF FILING SHORT FORM COMPLAINT**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 13, 2017 on behalf of Plaintiff Raenell Callies.

Dated: December 13, 2017

    Respectfully submitted,

**SHAW COWART, LLP**

By: */s/ Ethan L. Shaw*
Ethan L. Shaw (TX Bar No. 18140480)
John P. Cowart (TX Bar No. 04919500)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for Plaintiff Raenell Callies*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Ethan L. Shaw*
      Ethan L. Shaw