**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>DORIS STUMBAUGH, as Administrator of the ESTATE OF ELIZABETH HANCOCK, Deceased,<br><br>     **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>     **Defendants.** | MDL No: 2738 (FLW)(LHG)<br>Member Case No: 3:17-cv-10472 |
| This document relates to:<br>**Case Management Order No. 8 Matter**<br>*Dunn, et al., v. Johnson & Johnson, et al.*<br>*Circuit Court of St. Louis, Missouri*<br>*Cause No: 1422-CC10042* | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on November 1, 2017 on

- 2 -

behalf of Plaintiff Doris Stumbaugh as Administrator of the Estate of Elizabeth Hancock, Deceased.

  **DATED:**   **December 14, 2017**      Respectfully submitted,

                */s/ Steven D. Resnick*
                Steven D. Resnick, Esquire
                GOLOMB & HONIK, P.C.
                1515 Market Street, Suite 1100
                Philadelphia, PA  19102
                Phone:  (215) 985-9177
                Fax:   (215) 985-4169
                Email: sresnick@golombhonik.com

           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **14th** day of **December 2017**, I caused a true

and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury

Demand was filed electronically with the Court using CM/ECF filing system which will generate

and send a notice of this filing to all counsel of record.

**DATED:**      **December 14, 2017**

                            */s/ Steven D. Resnick*
                            Steven D. Resnick, Esquire
                            GOLOMB & HONIK, P.C.
                            1515 Market Street, Suite 1100
                            Philadelphia, PA  19102
                            Phone: (215) 985-9177
                            Fax:      (215) 985-4169
                            Email:  sresnick@golombhonik.com

                           *Attorney for Plaintiff*