IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| DARCY ARENA, as Administrator of the ESTATE OF KATHY CAROL ARENA, DECEASED,<br><br>                    Plaintiff(s),<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>                    Defendants. | MDL No: 2738 (FLW)(LHG)<br>NJ Member Case No: 3:17-cv-10147 |
| **This document relates to:**<br>**Case Management Order No. 8 Matter**<br><br>*Dunn, et al. v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Cause No: 1622-CC10042 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction

- 2 -

Objections) that a Short Form Complaint with Jury Demand was filed on October 31, 2017 on behalf of Plaintiff, Darcy Arena, as Administrator of the Estate of Kathy Carol Arena.

| | |
|---|---|
| **DATED:** <u>**December 14, 2017**</u> | Respectfully submitted, |
| | <u>*/s/ Steven D. Resnick*</u> |
| | Steven D. Resnick, Esquire |
| | GOLOMB & HONIK, P.C. |
| | 1515 Market Street, Suite 1100 |
| | Philadelphia, PA  19102 |
| | Phone:  (215) 985-9177 |
| | Fax:       (215) 985-4169 |
| | Email: sresnick@golombhonik.com |
| | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **14th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   <u>December 14, 2017</u>

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*