AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Nichole Pacheco, as Personal Representative of the Estate of Tracy Morgan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-12720 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nichole Pacheco, as Personal Representative of the Estate of Tracy Morgan.

Date: 12/14/2017

/s/ Peter A. Miller
*Attorney's signature*

Peter A. Miller (VA #47822)
*Printed name and bar number*

Miller DellaFera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
*Address*

pmiller@millerdellafera.com
*E-mail address*

(800) 401-6670
*Telephone number*

(888) 840-1488
*FAX number*