# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No: 2738 (FLW)(LHG) |
| *This document relates to:*<br>*Cortisha Richardson and Kamarr Fair, w/h v. Johnson & Johnson, et al.*<br>3:17-cv-11368 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 7, 2017 on behalf of Plaintiffs Cortisha Richardson and Kamarr Fair, w/h.

DATED: **December 15, 2017**

Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:     (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **15th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiffs' Short Form Complaint and Jury Demand to be electronically filed with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>December 15, 2017</u>

      */s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiffs*