## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No: 2738 (FLW)(LHG) |
| *This document relates to:*<br>*Isis Hollis vs. Johnson & Johnson, et al.*<br>Member Case No: 3:17-cv-11714 | |

### NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 16, 2017 on behalf of Plaintiff Isis Hollis.

DATED: **December 15, 2017**      Respectfully submitted,

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:     (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I Steven D. Resnick, hereby certify that on this **15th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be electronically filed with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>December 15, 2017</u>

                                               */s/ Steven D. Resnick*
                                              Steven D. Resnick, Esquire
                                              GOLOMB & HONIK, P.C.
                                              1515 Market Street, Suite 1100
                                              Philadelphia, PA  19102
                                              Phone: (215) 985-9177
                                              Fax:     (215) 985-4169
                                              Email:  sresnick@golombhonik.com

                                              *Attorney for Plaintiff*