IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ROY L. KIKER, individually and as Personal Representative of the ESTATE OF FLORA KIKER, DECEASED,<br><br>                            **Plaintiff,**<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>                            **Defendants.** | MDL No: 2738 (FLW)(LHG)<br>Member Case No: 3:17-cv-10665 |
| This document relates to:<br>**Case Management Order No. 8 Matter**<br><br>*Dunn, et al., v. Johnson & Johnson, et al.*<br>Circuit Court of St. Louis, Missouri<br>Cause No: 1422-CC10042 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on

- 2 -

behalf of Plaintiff Roy L. Kiker, individually and as Personal Representative of the Estate of Flora Kiker, Deceased.

**DATED:** **December 15, 2017**     Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:       (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I Steven D. Resnick, hereby certify that on this **15th** day of **October 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **December 15, 2017**

                                        */s/ Steven D. Resnick*
                                        Steven D. Resnick, Esquire
                                        GOLOMB & HONIK, P.C.
                                        1515 Market Street, Suite 1100
                                        Philadelphia, PA  19102
                                        Phone: (215) 985-9177
                                        Fax:     (215) 985-4169
                                        Email:  sresnick@golombhonik.com

                                        *Attorney for Plaintiff*