## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| **HELENE GROSSMAN,** | |
| **Plaintiff(s),** | |
| **v.** | |
| **JOHNSON & JOHNSON;** **-and-** **JOHNSON & JOHNSON CONSUMER, INC.,** *f/k/a* **JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;** **-and-** **IMERYS TALC AMERICA, INC.,** *f/k/a* **LUZENAC AMERICA, INC.;** **-and-** **PERSONAL CARE PRODUCTS COUNCIL,** *f/k/a* **COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),** | **MDL No: 2738 (FLW)(LHG)** **NJ Member Case No: 3:17-cv-10440** |
| **Defendants.** | |
| **This document relates to:** **Case Management Order No. 8 Matter** *Dunn, et al. v. Johnson & Johnson, et al.* In the Circuit Court of St. Louis, Missouri Cause No: 1622-CC10042 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of

Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction

Objections) that a Short Form Complaint with Jury Demand was filed on November 1, 2017 on

behalf of Plaintiff Helene Grossman.

- 2 -

**DATED:**     **December 15, 2017**                    Respectfully submitted,

*/s/ Steven D. Resnick*

Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:       (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I Steven D. Resnick, hereby certify that on this **15th** day of **December 2017**, I caused a true

and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury

Demand to be electronically filed with the Court using CM/ECF filing system which will generate

and send a notice of this filing to all counsel of record.

**DATED:**      <u>**December 15, 2017**</u>

*/s/ Steven D. Resnick*

Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:      (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*