UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Barbara Becker and Dean Becker v. Johnson & Johnson, et al.,* Case No. 3:17-cv-12985-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 15, 2017 on behalf of Plaintiffs Barbara Becker and Dean Becker.

Dated:  December 15, 2017           Respectfully Submitted,

By:  *s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Robert B. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, a copy of the foregoing **Notice of Filing Short Form Complaint** was filed via the Court's CM/ECF electronic filing system. Notice of tis filing will be sent via the Court's electronic filing system to all parties indicated on the electronic filing service list.

By: *s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP