Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Nora Krasinkiewicz, individually
and as the Personal Representative of Sara Kelleher, deceased*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| Nora Krasinkiewicz, individually and as the Personal Representative of Sara Kelleher, deceased; Case No. 3:17-cv-13153 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff Attorney for Nora Krasinkiewicz, individually and as the Personal Representative of Sara Kelleher, deceased.

Dated: December 15, 2017.         By: /s/ *Brandi R. Hamilton*
                                     Brandi R. Hamilton
                                     DON BARRETT, P.A.
                                     404 Court Square
                                     Lexington, Mississippi 39095
                                     Telephone: (662) 834-2488
                                     Fax: (662) 834-2628
                                     bhamilton@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Brandi R. Hamilton*
Brandi R. Hamilton
