UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KATHLEEN FRANCIS,<br><br>     **Plaintiff,**<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>     **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.:  3:17-cv-13165<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 15, 2017 on behalf of Plaintiff, Kathleen Francis.

  Dated: December 15, 2017

               Respectfully submitted,

               */s/ Eric D. Pearson*
               Eric D. Pearson
               Texas State Bar No. 15690472
               eric@hop-law.com
               HEYGOOD, ORR & PEARSON
               6363 North State Hwy 161, Suite 450
               Irving, Texas 75038
               (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   Eric D. Pearson_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF