UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sue Ann Thompson<br><br>3:17-cv-12859 | 3:16-md-02738 (FLW) (LHG) |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 8, 2017 on behalf of Plaintiff Sue Ann Thompson.

Dated: December 14, 2017

                                                       Respectfully submitted,

                                                       /s/ *Warren T. Burns*

                                                       Korey A. Nelson (LA #30002)
                                                       Amanda K. Klevorn (LA #35193)
                                                       **BURNS CHAREST LLP**
                                                       365 Canal Street, Suite 1170
                                                       New Orleans, Louisiana 70130
                                                       T: 504.799.2845
                                                       F: 504.881.1765
                                                       E: aklevorn@burnscharest.com
                                                            knelson@burnscharest.com

                                                       **AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
  dcharest@burnscharest.com
  scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com