UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**EVELYN McCUMBER,**<br><br>**Plaintiff,**<br>v.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,**<br><br>**Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: _3:17-cv-13171<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 15, 2017 on behalf of Plaintiff, Evelyn McCumber.

Dated: <u>December 15, 2017</u>

                                                                                                 Respectfully submitted,

                                                                                                 <u>/s/ Eric D. Pearson</u>
                                                                                                 Eric D. Pearson
                                                                                                 Texas State Bar No. 15690472
                                                                                                 eric@hop-law.com
                                                                                                 HEYGOOD, ORR & PEARSON
                                                                                                 6363 North State Hwy 161, Suite 450
                                                                                                 Irving, Texas 75038
                                                                                                 (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF