# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No: 2738 (FLW)(LHG) |
| *This document relates to:* <br> *James King/Estate of Sybil King, Deceased,* <br> *vs. Johnson & Johnson, et al.* <br> Member Case No: 3:17-cv-11710 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 16, 2017 on behalf of Plaintiff James L. King individually and as Administrator of the Estate of Sybil L. King, Deceased.

DATED: **December 17, 2017**    Respectfully submitted,

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:      (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **17th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be electronically filed with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **December 17, 2017**

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*