IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> RENEE ARCHULETA as Power of Attorney for JANET OWENS, Incapacitated, <br><br>                 Plaintiff(s), <br> v. <br><br> JOHNSON & JOHNSON; <br> -and- <br> JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; <br> -and- <br> IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.; <br> -and- <br> PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA), <br><br>                 Defendants. | MDL No: 2738 (FLW)(LHG) <br> Member Case No: 3:17-cv-10656 |
| **This document relates to:** <br> **Case Management Order No. 8 Matter** <br><br> *Dunn, et al., v. Johnson & Johnson, et al.* <br> *Circuit Court of St. Louis, Missouri* <br> *Cause No: 1422-CC10042* | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction

- 2 -

Objections) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Renee Archuleta as Power of Attorney for Janet Owens, Incapacitated.

**DATED:** **December 17, 2017**   Respectfully submitted,

  */s/ Steven D. Resnick*
  Steven D. Resnick, Esquire
  GOLOMB & HONIK, P.C.
  1515 Market Street, Suite 1100
  Philadelphia, PA  19102
  Phone:  (215) 985-9177
  Fax:      (215) 985-4169
  Email: sresnick@golombhonik.com

  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **17th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**     <u>December 17, 2017</u>

 */s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*

- 1 -