David McMullan, Jr.
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Jerolynn Berthelsen*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to: Jerolynn Berthelsen; Case No: 3:17-cv-13180  ) ) ) | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff Jerolynn Berthelsen.

Dated: December 18, 2017.                By:  /s/ *David McMullan, Jr.*
                                         David McMullan, Jr.
                                         DON BARRETT, P.A.
                                         404 Court Square
                                         Lexington, Mississippi 39095
                                         Telephone: (662) 834-2488
                                         Fax: (662) 834-2628
                                         dmcmullan@barrettlawgroup.com

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on December 18, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                <u>/s/ *David McMullan, Jr.*   </u>
                David McMullan, Jr.