Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Shawn Brown, individually
and as the Personal Representative of Jeanie V. Brown, deceased*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| Shawn Brown, individually and as the Personal Representative of Jeanie V. Brown, deceased; Case No. 3:17-cv-13183 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiff Shawn Brown, individually and as the Personal Representative of Jeanie V. Brown.

Dated: December 18, 2017.

By: /s/ *Brandi R. Hamilton*
Brandi R. Hamilton
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Brandi R. Hamilton*
Brandi R. Hamilton