IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JAMES LAMB, as Executor of the ESTATE OF ELIZA LAMB, DECEASED,<br><br>                            Plaintiff(s),<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>                            Defendants. | MDL No: 2738 (FLW)(LHG)<br>Member Case No: 3:17-cv-10302 |
| **This document relates to:**<br>**Case Management Order No. 8 Matter**<br>*Austin et al. v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Cause No: 1722-CC01309 | |

## NOTICE OF FILING

       Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 31, 2017 on behalf of Plaintiff James Lamb, as the Executor of the Estate of Eliza Lamb, Deceased.

- 2 -

**DATED:** <u>**December 18, 2017**</u>  Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:      (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **18th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>December 18, 2017</u>

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*