## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| **MARILYN KLEINER,** <br><br>　　　　　　　　　**Plaintiff(s),** <br><br>v. <br><br> **JOHNSON & JOHNSON;** <br> -and- <br> **JOHNSON & JOHNSON CONSUMER, INC.,** *f/k/a* **JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;** <br> -and- <br> **IMERYS TALC AMERICA, INC.,** *f/k/a* **LUZENAC AMERICA, INC.;** <br> -and- <br> **PERSONAL CARE PRODUCTS COUNCIL,** *f/k/a* **COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),** <br><br>　　　　　　　　　**Defendants.** | **MDL No: 2738 (FLW)(LHG)** <br> **Member Case No: 3:17-cv-10287** |
| *This document relates to:* <br> *Case Management Order No. 8 Matter* <br> *Austin et al. v. Johnson & Johnson, et al.* <br> In the Circuit Court of St. Louis, Missouri <br> Cause No: 1722-CC01309 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 31, 2017 on behalf of Plaintiff Marilyn Kleiner.

- 2 -

**DATED:** <u>**December 18, 2017**</u>	Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:      (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I Steven D. Resnick, hereby certify that on this **18th** day of **December 2017**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **December 18, 2017**

                                          */s/ Steven D. Resnick*
                                          Steven D. Resnick, Esquire
                                          GOLOMB & HONIK, P.C.
                                          1515 Market Street, Suite 1100
                                          Philadelphia, PA  19102
                                          Phone: (215) 985-9177
                                          Fax:     (215) 985-4169
                                          Email:  sresnick@golombhonik.com

                                          *Attorney for Plaintiff*