UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Dakota Samuels, individually and on behalf of Sabrina Samuels. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:17-cv-12884<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 11, 2017, on behalf of Dakota Samuels, individually and on behalf of Sabrina Samuels.

                                                  Respectfully submitted,

                                                  /s/Bradley D. Honnold
                                                  Bradley D. Honnold, KS #22972
                                                  Goza & Honnold, LLC
                                                  11181 Overbrook Road, Suite 200
                                                  Leawood, KS  66211
                                                  913-451-3433
                                                  913-839-0567 - Facsimile
                                                  ATTORNEY FOR PLAINTIFF

Dated: December 18, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff
