UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**PATSY WILSON,**<br><br>                  **Plaintiff,**<br>v.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,**<br><br>                  **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:17-cv-13264<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 19, 2017 on behalf of Plaintiff, Patsy Wilson.

Dated: December 19, 2017

                                            Respectfully submitted,

                                            */s/ Eric D. Pearson*
                                            Eric D. Pearson
                                            Texas State Bar No. 15690472
                                            eric@hop-law.com
                                            HEYGOOD, ORR & PEARSON
                                            6363 North State Hwy 161, Suite 450
                                            Irving, Texas 75038
                                            (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/   Eric D. Pearson
Eric D. Pearson

ATTORNEY FOR PLAINTIFF