# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------
IN RE: JOHNSON & JOHNSON TALCUM )
POWDER PRODUCTS MARKETING, )
SALES PRACTICES, AND PRODUCTS )
LIABILITY LITIGATION )
)
THIS DOCUMENT RELATES TO: )
)
Susan M. Phalen and Patrick J. Phalen, Jr. )
*v. Johnson & Johnson, et al.,* )
---------------------------------------------------------

3:16-MD-2738-FLW-LHG

JUDGE FREDA L. WOLFSON

MAG. JUDGE LOIS H. GOODMAN

**Civil Action No. 3:17-cv-13104**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and the Jury Demand was filed on December 14, 2017, on behalf of Plaintiff, Susan M. Phalen.

Dated:  December 15, 2017

Respectfully Submitted by,

**HABUSH HABUSH & ROTTIER S.C.®**

_____/s/ Timothy S. Trecek_____
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      **HABUSH HABUSH & ROTTIER S.C.®**

                                        _____/s/ Timothy S. Trecek_____
                                        Timothy S. Trecek
                                        (SBN: 1021161)
                                        Daniel A. Rottier
                                        (SBN: 1016998)
                                        Peter M. Young
                                        (SBN: 1062054)
                                        Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900