Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>Rhoda Goodman; Case No: 3:17-cv-13305 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 19, 2017 on behalf of Plaintiff, Rhoda Goodman.

Dated: December 20, 2017

                                       By:  /s/ Sindhu Daniel
                                               Sindhu S. Daniel (NJ Bar No. 010711996)
                                               Russell W. Budd
                                               BARON & BUDD, P.C.
                                               3102 Oak Lawn Avenue, Suite 1100
                                               Dallas, Texas 75219
                                               Tel (214) 521-3605
                                               Fax (214) 520-1181
                                               sdaniel@baronbudd.com
                                               rbudd@baronbudd.com

                                               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/*s/* Sindhu Daniel
Sindhu Daniel