UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**GEORGINA CHUN SERIKAKU,**<br><br>     **Plaintiff,**<br>v.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,**<br><br>     **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.:  3:17-cv-13360<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING SHORT FORM COMPLAINT**

 Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 20, 2017 on behalf of Plaintiff, Georgina Chun Serikaku.

 Dated: December 20, 2017

             Respectfully submitted,

             */s/ Eric D. Pearson*
             Eric D. Pearson
             Texas State Bar No. 15690472
             eric@hop-law.com
             HEYGOOD, ORR & PEARSON
             6363 North State Hwy 161, Suite 450
             Irving, Texas 75038
             (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF