UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Chaney v. Johnson & Johnson, et al.*, | |

### NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- VALETTA CHANEY; 3:17-cv-13242

This 20th day of December, 2017.

                                                        Respectfully submitted by,

                                                        s/ D. Todd Mathews\_\_\_
                                                        D. Todd Mathews, #52502 (MO)
                                                        Gori Julian & Associates, P.C.
                                                        156 N. Main Street
                                                        Edwardsville, IL 62025
                                                        (618) 659-9833 – Telephone
                                                        (618) 659-9834 – Facsimile

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of December, 2017.

                                      */s/ D. Todd Mathews*
                                      D. Todd Mathews