UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MAUREEN DIFRANCESCO AND DAVID DIFRANCESCO,<br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br>Defendants. | MDL NO. 3:16-md-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>Civil Action No. 3:17-cv-13326 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 20, 2017 on behalf of Plaintiffs Maureen DiFrancesco and David DiFrancesco.

/s/ Mark R. Mueller
Mark R. Mueller
MUELLER LAW, PLLC
404 W. 7th St.
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
receptionist@muellerlaw.com

*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2017, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ Mark R. Mueller
                                              Mark R. Mueller

                                              MUELLER LAW, PLLC