UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mullins v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- TERESA MULLINS; 3:17-cv-13252

This 20th day of December, 2017.

                                                                               Respectfully submitted by,

                                                                               s/ D. Todd Mathews
                                                                               D. Todd Mathews, #52502 (MO)
                                                                               Gori Julian & Associates, P.C.
                                                                               156 N. Main Street
                                                                               Edwardsville, IL 62025
                                                                               (618) 659-9833 – Telephone
                                                                               (618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of December, 2017.

                */s/ D. Todd Mathews*
                D. Todd Mathews