**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Gilbert v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- GERALDINE GILBERT; 3:17-cv-13259

This 20th day of December, 2017.

                                                                                         Respectfully submitted by,

                                                                                         s/ D. Todd Mathews<br>
                                                                                         D. Todd Mathews, #52502 (MO)<br>
                                                                                         Gori Julian & Associates, P.C.<br>
                                                                                         156 N. Main Street<br>
                                                                                         Edwardsville, IL 62025<br>
                                                                                         (618) 659-9833 – Telephone<br>
                                                                                         (618) 659-9834 – Facsimile

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of December, 2017.

*/s/ D. Todd Mathews*
D. Todd Mathews