UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Walton v. Johnson & Johnson, et al.,* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- DONALD WALTON, INDIVIDUALLY, and AS EXECUTOR OF THE ESTATE OF DELEEN WALTON, DECEASED; 3:17-cv-13328

This 20th day of December, 2017.

                                                                           Respectfully submitted by,

                                                                           s/ D. Todd Mathews  
                                                                           D. Todd Mathews, #52502 (MO)  
                                                                           Gori Julian & Associates, P.C.  
                                                                           156 N. Main Street  
                                                                           Edwardsville, IL 62025  
                                                                           (618) 659-9833 – Telephone  
                                                                           (618) 659-9834 – Facsimile

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of December, 2017.

                                            */s/ D. Todd Mathews*
                                            D. Todd Mathews