## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

**KATHY GARRARD,**

                            **Plaintiff,**

**v.**

**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,**

                            **Defendants.**

Civil Action No.:  3:17-cv-13446

DIRECT FILED ACTION

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 21, 2017 on behalf of Plaintiff, Kathy Garrard.

Dated: December 21, 2017

                            Respectfully submitted,

                            */s/ Eric D. Pearson*
                            Eric D. Pearson
                            Texas State Bar No. 15690472
                            eric@hop-law.com
                            HEYGOOD, ORR & PEARSON
                            6363 North State Hwy 161, Suite 450
                            Irving, Texas 75038
                            (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/  **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF