UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Candace Johnson<br>*v. Johnson & Johnson, et al.* | MDL NO. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No. 3:17-cv-12976-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and the Jury Demand was filed on December 12, 2017 on behalf of Plaintiff, Candace Johnson.

Dated: December 21, 2017

Respectfully Submitted by,

**PANISH SHEA & BOYLE, LLP**

 /s/ *PETER L. KAUFMAN*
Peter L. Kaufman, SBN 269297
Attorney for Plaintiff

**ADDRESS:**
11111 Santa Monica Blvd., Suite 700
Los Angele, CA 90025
(310) 477-1700

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of the foregoing NOTICE OF FILINGw was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system

**PANISH SHEA & BOYLE, LLP**

_____/s/ PETER L. KAUFMAN_____
Peter L. Kaufman, SBN 269297
Attorney for Plaintiff

**ADDRESS:**
11111  Santa Monica Blvd., Suite 700
Los Angele, CA 90025
(310) 477-1700