# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*David Wallace, Individually and as Special Administrator of the Estate of Renee Wallace v. Johnson & Johnson, et al., 3:17-cv-1509* | 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>**Civil Action No. 3:17-cv-01509-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and the Jury Demand was filed on May 24, 2017 on behalf of Plaintiff David Wallace, Individually and as Special Administrator of the Estate of Renee Wallace.

Dated: December 22, 2017    Respectfully Submitted by,

**HABUSH HABUSH & ROTTIER S.C.®**

    /s/ Timothy S. Trecek
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

**HABUSH HABUSH & ROTTIER S.C.®**

    /s/ Timothy S. Trecek
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900