UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>KAREN KLEIN,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:17-cv-12376-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 1, 2017, on behalf of Plaintiff KAREN KLEIN.

Dated: December 22, 2017

By:   Respectfully Submitted,
      */s/ James A. Morris, Jr.*
      James A. Morris, Jr.
      4111 W. Alameda Ave.
      Suite 611
      Burbank, CA 91505
      747-283-1144 Phone
      747-283-1143 Facsimile
      jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.