UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **SUSAN WARREN,**               **Plaintiff,** **v.** **JOHNSON & JOHNSON, et al.,**               **Defendants.** | MDL NO. 2738 (FLW) (LHG) Case No. 3:17-cv-13310-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 13, 2017, on behalf of Plaintiff SUSAN WARREN.

Dated December 22, 2017            Respectfully Submitted,

                                                By:   /s/ *Mark P. Robinson, Jr.*
                                                          Mark P. Robinson, Jr.
                                                          19 Corporate Plaza Drive
                                                          Newport Beach, CA 92660
                                                          949-720-1288 Phone
                                                          949-720-1292 Facsimile
                                                          mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that December 22, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

     /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.