Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |
| This Document Relates to:<br>*David Addison, individually and on behalf of the Estate of Virginia Addison v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12730 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Plaintiff David Addison, individually and on behalf of the Estate of Virginia Addison.

DATED: December 20, 2017          GIRARDI | KEESE

          */s/ Keith D. Griffin*
          Keith D. Griffin
          kgriffin@girardikeese.com
          1126 Wilshire Boulevard
          Los Angeles, California 90017-1904
          Telephone: (213) 977-0211
          Facsimile:  (213) 481-1554
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 6, 2017    GIRARDI | KEESE

              */s/ Keith D. Griffin*
              Keith D. Griffin
              kgriffin@girardikeese.com
              1126 Wilshire Boulevard
              Los Angeles, California 90017-1904
              Telephone: (213) 977-0211
              Facsimile: (213) 481-1554

              *Attorneys for Plaintiffs*