Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |
| This Document Relates to:<br>*Richard Allison, individually and on behalf of the Estate of Oma Allison v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12731 | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Richard Allison, individually and on behalf of the Estate of Oma Allison.

DATED: December 20, 2017                              GIRARDI | KEESE


                                                                     */s/ Keith D. Griffin*
                                                                     Keith D. Griffin
                                                                     kgriffin@girardikeese.com
                                                                     1126 Wilshire Boulevard
                                                                     Los Angeles, California 90017-1904
                                                                     Telephone: (213) 977-0211
                                                                     Facsimile:  (213) 481-1554
                                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 6, 2017                    GIRARDI | KEESE

 

                                                  */s/ Keith D. Griffin*
Keith D. Griffin
kgriffin@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: (213) 977-0211
Facsimile:  (213) 481-1554

*Attorneys for Plaintiffs*