## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **AMANDA TROUT,** | **Case No. 3:17-cv-13311-FLW-LHG** |
| **Plaintiff,** | |
| **v.** | |
| **JOHNSON & JOHNSON, et al.,** | |
| **Defendants.** | |

## <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 19, 2017, on behalf of Plaintiff AMANDA TROUT.

Dated December 22, 2017          Respectfully Submitted,


By:  /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that December 22, 2017, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.


    /s/ Mark P. Robinson Jr.          
MARK P. ROBINSON, JR.