Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Brenda Emery, individually and on behalf of the Estate of Margo Decker v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12732 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Brenda Emery, individually and on behalf of the Estate of Margo Decker.

DATED: December 20, 2017                    GIRARDI | KEESE


　　　　　　　　　　　　　　　　　　　　　 */s/ Keith D. Griffin*
　　　　　　　　　　　　　　　　　　　　　Keith D. Griffin
　　　　　　　　　　　　　　　　　　　　　kgriffin@girardikeese.com
　　　　　　　　　　　　　　　　　　　　　1126 Wilshire Boulevard
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017-1904
　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 977-0211
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 481-1554
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 6, 2017			GIRARDI | KEESE


						       */s/ Keith D. Griffin*
						Keith D. Griffin
						kgriffin@girardikeese.com
						1126 Wilshire Boulevard
						Los Angeles, California 90017-1904
						Telephone: (213) 977-0211
						Facsimile:  (213) 481-1554

						*Attorneys for Plaintiffs*