Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Barbara Evans, individually and on behalf of the Estate of Virginia Marutiak v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12734 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Barbara Evans, individually and on behalf of the Estate of Virginia Marutiak.

DATED: December 20, 2017          GIRARDI | KEESE

                    */s/ Keith D. Griffin*
                    Keith D. Griffin
                    kgriffin@girardikeese.com
                    1126 Wilshire Boulevard
                    Los Angeles, California 90017-1904
                    Telephone: (213) 977-0211
                    Facsimile:  (213) 481-1554
                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, a copy of the foregoing NOTICE OF FILING

SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt. Parties may access this filing through the Court's

system.

DATED: December 6, 2017                    GIRARDI | KEESE


                                           */s/ Keith D. Griffin*
                                           Keith D. Griffin
                                           kgriffin@girardikeese.com
                                           1126 Wilshire Boulevard
                                           Los Angeles, California 90017-1904
                                           Telephone: (213) 977-0211
                                           Facsimile:  (213) 481-1554

                                           *Attorneys for Plaintiffs*