Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Richard Allison, individually and on behalf of the Estate of Oma Allison v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12731 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Richard Allison, individually and on behalf of the Estate of Oma Allison.

DATED: December 22, 2017            GIRARDI | KEESE


                                    */s/ Keith D. Griffin*
                                    Keith D. Griffin
                                    kgriffin@girardikeese.com
                                    1126 Wilshire Boulevard
                                    Los Angeles, California 90017-1904
                                    Telephone: (213) 977-0211
                                    Facsimile:  (213) 481-1554
                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 22, 2017　　　　　　　GIRARDI | KEESE

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith D. Griffin*
　　　　　　　　　　　　　　　　　　　　　　　Keith D. Griffin
　　　　　　　　　　　　　　　　　　　　　　　kgriffin@girardikeese.com
　　　　　　　　　　　　　　　　　　　　　　　1126 Wilshire Boulevard
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017-1904
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 977-0211
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 481-1554

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*