Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |
| This Document Relates to:<br>*Alicia Bueno v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12500 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Alicia Bueno.

DATED: December 22, 2017                    GIRARDI | KEESE

                                            */s/ Keith D. Griffin*
                                            Keith D. Griffin
                                            kgriffin@girardikeese.com
                                            1126 Wilshire Boulevard
                                            Los Angeles, California 90017-1904
                                            Telephone: (213) 977-0211
                                            Facsimile:  (213) 481-1554
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 22, 2017           GIRARDI | KEESE

                                                 */s/ Keith D. Griffin*
                                       Keith D. Griffin
                                       kgriffin@girardikeese.com
                                       1126 Wilshire Boulevard
                                       Los Angeles, California 90017-1904
                                       Telephone: (213) 977-0211
                                       Facsimile:  (213) 481-1554

*Attorneys for Plaintiffs*