Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*India Henry, individually and on behalf of the Estate of Bessie Edelen v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12737 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of India Henry, individually and on behalf of the Estate of Bessie Edelen.

DATED: December 22, 2017                    GIRARDI | KEESE


                                                                                         */s/ Keith D. Griffin*
                                                                        Keith D. Griffin
                                                                        kgriffin@girardikeese.com
                                                                        1126 Wilshire Boulevard
                                                                        Los Angeles, California 90017-1904
                                                                        Telephone: (213) 977-0211
                                                                        Facsimile:  (213) 481-1554
                                                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 22, 2017                    GIRARDI | KEESE

                                                    */s/ Keith D. Griffin*
                                                  Keith D. Griffin
                                                  kgriffin@girardikeese.com
                                                  1126 Wilshire Boulevard
                                                  Los Angeles, California 90017-1904
                                                  Telephone: (213) 977-0211
                                                  Facsimile:  (213) 481-1554

                                                  *Attorneys for Plaintiffs*