Keith D. Griffin- California State Bar No. 204388
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Phone (213) 977-0211
Fax (213) 481-1554
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br>The Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |
| This Document Relates to:<br>*Mark Peach, individually and on behalf of the Estate of Nora Peach v. Johnson & Johnson, et al.*;<br>Case No. 3:17-cv-12743 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 6, 2017 on behalf of Mark Peach, individually and on behalf of the Estate of Nora Peach.

DATED: December 22, 2017              GIRARDI | KEESE


                                      */s/ Keith D. Griffin*
                                      Keith D. Griffin
                                      kgriffin@girardikeese.com
                                      1126 Wilshire Boulevard
                                      Los Angeles, California 90017-1904
                                      Telephone: (213) 977-0211
                                      Facsimile:  (213) 481-1554
                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 22, 2017          GIRARDI | KEESE

                                  */s/ Keith D. Griffin*
                                  Keith D. Griffin
                                  kgriffin@girardikeese.com
                                  1126 Wilshire Boulevard
                                  Los Angeles, California 90017-1904
                                  Telephone: (213) 977-0211
                                  Facsimile:  (213) 481-1554

                                  *Attorneys for Plaintiffs*