# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>RON CAVOLT, Personal Representative of the Estate of KATHERINE CAVOLT, deceased,<br><br>    Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>    Defendants. | **MDL No. 16-2738 (FLW) (LHG)**<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>Civil Action No.: 3:16-cv-09400-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints) that the Short Form Complaint with Jury Demand was

filed on December 27, 2017 on behalf of Plaintiff, Ron Cavolt, Personal

Representative of the Estate of Katherine Cavolt, deceased.

Dated: 12/27/2017

/s/ Michael B. Lynch_____
Michael B. Lynch (FL Bar 668478)
The Michael Brady Lynch Firm
127 West Fairbanks Ave. #528
Winter Park, FL 32789
Phone: (407) 641-5567
michaelblynch@mac.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* Michael B. Lynch_____
Michael B. Lynch