**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| NANCY SHULAR, <br><br>      **Plaintiff(s),** <br><br> v. <br><br> JOHNSON & JOHNSON; <br> -and- <br> JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; <br> -and- <br> IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.; <br> -and- <br> PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA), <br><br>      **Defendants.** | **MDL No: 2738 (FLW)(LHG)** <br> **NJ Member Case No: 3:17-cv-10655** |
| This document relates to: <br> **Case Management Order No. 8 Matter** <br> *Dunn, et al., v. Johnson & Johnson, et al.* <br> Circuit Court of St. Louis, Missouri <br> Cause No: 1422-CC10042 | |

<u>**NOTICE OF FILING**</u>

  Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on November 2, 2017 on behalf of Plaintiff, Nancy Shular.

**DATED:**  <u>**January 2, 2018**</u>          Respectfully submitted,

*/s/ Steven D. Resnick*
_____
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:        (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **2nd** day of **January 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**      <u>January 2, 2018</u>

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:      (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*

- 1 -