## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| **NAKIA WHITFIELD-GILMORE and ASHTON GILMORE, w/h,**<br><br>                    **Plaintiff(s),**<br>v.<br><br>**JOHNSON & JOHNSON;**<br>-and-<br>**JOHNSON & JOHNSON CONSUMER, INC.,** *f/k/a* **JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;**<br>-and-<br>**IMERYS TALC AMERICA, INC.,** *f/k/a* **LUZENAC AMERICA, INC.;**<br>-and-<br>**PERSONAL CARE PRODUCTS COUNCIL,** *f/k/a* **COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),**<br><br>                    **Defendants.** | **MDL No: 2738 (FLW)(LHG)**<br>**NJ Member Case No: 3:1-cv-10149** |
| **This document relates to:**<br>**Case Management Order No. 8 Matter**<br>*Dunn, et al. v. Johnson & Johnson, et al.*<br>In the Circuit Court of St. Louis, Missouri<br>Cause No: 1622-CC10042 | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on October 31, 207 on behalf of Plaintiffs Nakia Whitfield-Gilmore and Ashton Gilmore.

- 2 -

**DATED:** <u>**January 2, 2018**</u>  Respectfully submitted,

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
G<small>OLOMB</small> & H<small>ONIK</small>, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:      (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **2nd** day of **January 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>January 2, 2018</u>

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*