# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Cristine Ann Botzenhardt<br><br>     Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>     Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>Civil Action No.: 3:17-cv-13718-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 28, 2017 on behalf of Plaintiff, Cristine Ann Botzenhardt.

Dated:  January 2, 2018    /s/ Michael B. Lynch
              Michael B. Lynch (FL Bar 668478)
              The Michael Brady Lynch Firm
              127 West Fairbanks Ave. #528
              Winter Park, FL 32789
              Phone: (407) 641-5567
              michaelblynch@mac.com

              and

        */s/* Levi M. Plesset_____
        Levi M. Plesset (CA Bar 296039)
        Milstein, Jackson, Fairchild & Wade, LLP
        10250 Constellation Blvd., Suite 1400
        Los Angeles, CA 90067
        Phone: (310) 396-9600
        lplesset@mjfwlaw.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        */s/* Michael B. Lynch_____
        Michael B. Lynch