## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| VALERIE WARD and PETER WARD, w/h,<br><br>              Plaintiff(s),<br>v.<br><br>JOHNSON & JOHNSON;<br>-and-<br>JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>-and-<br>IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.;<br>-and-<br>PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA),<br><br>              Defendants. | MDL No: 2738 (FLW)(LHG)<br>Member Case No: 3:17-cv-10514 |
| *This document relates to:*<br>*Case Management Order No. 8 Matter*<br>*Dunn, et al., v. Johnson & Johnson, et al.*<br>*Circuit Court of St. Louis, Missouri*<br>*Cause No: 1422-CC10042* | |

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on November 1, 2017 on behalf of Plaintiffs Valerie Ward and Peter Ward.

- 2 -

| | |
|---|---|
| **DATED:** <u>**January 2, 2018**</u> | Respectfully submitted, |
| | <u>*/s/ Steven D. Resnick*</u> |
| | Steven D. Resnick, Esquire |
| | GOLOMB & HONIK, P.C. |
| | 1515 Market Street, Suite 1100 |
| | Philadelphia, PA  19102 |
| | Phone:  (215) 985-9177 |
| | Fax:       (215) 985-4169 |
| | Email: sresnick@golombhonik.com |
| | *Attorney for Plaintiff* |

- 2 -

**CERTIFICATE OF SERVICE**

I Steven D. Resnick, hereby certify that on this **2nd** day of **January 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **January 2, 2018**

                                        */s/ Steven D. Resnick*
                                        Steven D. Resnick, Esquire
                                        GOLOMB & HONIK, P.C.
                                        1515 Market Street, Suite 1100
                                        Philadelphia, PA  19102
                                        Phone: (215) 985-9177
                                        Fax:     (215) 985-4169
                                        Email:  sresnick@golombhonik.com

                                        *Attorney for Plaintiff*