# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>JOYCE ANN BRAMMER and CHRIS BRAMMER<br><br>                  Plaintiffs,<br><br>  -vs-<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)<br><br>                  Defendants. | **MDL NO. 16-2738**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br><br>**COMPLAINT AND JURY DEMAND**<br><br>Civil Action No. 3:18-cv-00017<br><br>**DIRECT FILED ACTION** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 2, 2018 on behalf of Joyce Ann Brammer and Chris Brammer, Plaintiffs.

Dated: January 2, 2018                  Respectfully submitted,

                                                /s/ Zollie C. Steakley
                                                Zollie C. Steakley (TX-24029484); (MS-100517)
                                                Harrison Davis Steakley Morrison Jones, PC
                                                P. O. Drawer 21387
                                                Waco, Texas 76712
                                                T: (254) 761-3300 Telephone
                                                F: (254) 762-3301 Facsimile
                                                Email: Zollie@TheTrialLawyers.com

                                                **COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on <u>January 2, 2018</u>, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)