Sarah Sterling Starns
DON BARRETT, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
sstarns@barrettlawgroup.com

*Attorney for Siobhan Julia McNicholas*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to: Siobhan Julia McNicholas; Case No: 3:18-cv-33 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Siobhan Julia McNicholas.

Dated: January 2, 2018.                    By: /s/ *Sarah Sterling Starns*
                                            Sarah Sterling Starns
                                            DON BARRETT, P.A.
                                            404 Court Square
                                            Lexington, Mississippi 39095
                                            Telephone: (662) 834-2488
                                            Fax: (662) 834-2628
                                            sstarns@barrettlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Sarah Sterling Starns*
Sarah Sterling Starns