UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ALICE OVER,<br><br>                              Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., and IMERYS TALC AMERICA, INC.,<br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 17-cv-13277 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 19, 2017 on behalf of Plaintiff, Alice Over.

Dated: 1/3/2018                                         Respectfully Submitted by,

                                                                    */s/ Thomas P. Cartmell*
                                                                    Thomas P. Cartmell MO# 45366
                                                                    tcartmell@wcllp.com
                                                                    Christopher L. Schnieders MO# 57725
                                                                    cschnieders@wcllp.com
                                                                    Wagstaff & Cartmell, LLP
                                                                    4740 Grand Avenue, Suite 300
                                                                    Kansas City, MO 64112
                                                                    (816) 701-1100
                                                                    FAX (816) 531-2372

                                                                    **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on January 3, 2018.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell