# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| This document relates to: <br><br> Trisha DeAnn Nichols <br><br> Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON, et al. <br><br> Defendants. | Civil Action No.: 3:17-cv-13826-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 29, 2017 on behalf of Plaintiff, Trisha DeAnn Nichols.


Dated:  January 3, 2018              */s/* Michael B. Lynch_____
                                                  Michael B. Lynch (FL Bar 668478)
                                                  The Michael Brady Lynch Firm
                                                  127 West Fairbanks Ave. #528
                                                  Winter Park, FL 32789
                                                  Phone: (407) 641-5567
                                                  michaelblynch@mac.com

                                                  and

/s/ Levi M. Plesset_____
Levi M. Plesset (CA Bar 296039)
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Phone: (310) 396-9600
lplesset@mjfwlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Michael B. Lynch_____
Michael B. Lynch