UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **JAMES STAUBER,** | Case No. 3:17-cv-13512-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 21, 2017, on behalf of Plaintiff JAMES STAUBER.

Dated January 3, 2018                   Respectfully Submitted,


By:   /s/ *Mark P. Robinson, Jr.*
       Mark P. Robinson, Jr.
       19 Corporate Plaza Drive
       Newport Beach, CA 92660
       949-720-1288 Phone
       949-720-1292 Facsimile
       mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that January 3, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.