UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN |
| WILTON ALLEN SYAS, SR., JEREMY SYAS and WILTON ALLEN SYAS, JR., individually and on behalf of the ESTATE OF ELIZABETH SYAS, | Civil Action No.:  3:18-cv-00152  DIRECT FILED ACTION |
| **Plaintiffs,** | |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 5, 2018 on behalf of Plaintiffs Wilton Allen Syas, Sr., Jeremy Syas and Wilton Allen Syas, Jr., individually and on behalf of the Estate of Elizabeth Syas.

Dated: January 5, 2018

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450

Irving, Texas 75038<br>
(214) 237-9001 Telephone<br>
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF