UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To:*<br><br>JACK G. GIBBS, JR, Administrator of the Estate of ALOMA GIBBS,<br>Case No. 3:18-cv-159 | MDL NO. 16-2738<br>(3:16-md-02738)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 5, 2018 on behalf of Jack G. Gibbs, Jr., individually and as Administrator of the Estate of Aloma Gibbs.

Dated: January 5, 2018

Respectfully submitted,

Daniel N. Abraham  (OH – 0023457)
Colley Shroyer & Abraham Co., LPA
536 South High Street
Columbus, Ohio 43215
Tele: (614) 228-6453
Fax:  (614) 228-7122
Email: dabraham@csajustice.com

Case 3:16-md-02738-MAS-RLS   Document 3663   Filed 01/05/18   Page 2 of 2 PageID: 11081

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2018, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Daniel N. Abraham    (OH-23457)