1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                    CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


    _____   :
                                   :  TRANSCRIPT OF
    IN RE JOHNSON & JOHNSON        :  STATUS CONFERENCE
    POWDER PRODUCTS MARKETING,     :
    SALES PRACTICES.               :
    --------------------------     :  DECEMBER 7, 2017



CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608



B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ



A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
        -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
     CHRIS TISI, ESQUIRE  (VIRGINIA)
        -and-
COHEN, PLACITELLA & ROTH, ESQUIRES
BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
On Behalf of the Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE
     JULIE L. TERSIGNI, ESQUIRE
        -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
On behalf of Defendant Johnson & Johnson

                              (Continued.)
```

**\* \* \* \* \***
**VINCENT RUSSONIELLO, RPR, CRR, CCR**
**OFFICIAL U.S. COURT REPORTER**
**(609) 588-9516**

2

A P P E A R A N C E S   C O N T I N U E D:


SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
        -and-
THE AXELROD FIRM, ESQUIRES
BY:  SHERYL L. AXELROD, ESQUIRE  (PENNSYLVANIA)
On Behalf of Defendant PCPC


COUGHLIN DUFFY, ESQUIRES
BY:  LORNA A. DOTRO, ESQUIRE
     MARK K. SILVER, ESQUIRE
        -and-
GORDON & REES, ESQUIRES
BY:  ANN THORNTON FIELD, ESQUIRE  (PENNSYLVANIA)
     NANCY M. ERFLE, ESQUIRE  (OREGON)
On behalf of Defendant Imerys Talc America

3

**C E R T I F I C A T E**

PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.

S/Vincent Russoniello
VINCENT RUSSONIELLO, CCR
OFFICIAL U.S. COURT REPORTER

4

1          (In open court.)

2          THE CLERK:  All rise.

3          JUDGE WOLFSON:  Thank you.  You may be seated.

4          (Appearances noted.)

5                    *  *  *  *  *

6          JUDGE WOLFSON:  On the record.

7          We've been having a discussion with regard to

8     the application to quash the notice of deposition of

9     Dr. Fred Pooley in Wales, and there had been an

10    application made by the plaintiff to quash the cross

11    designation, that it was pending before Judge Pisano.

12         We've had a discussion that the defendants

13    were going to file a response today.  But after

14    further inquiry, one, with regard to the need for

15    moving forward immediately, what the health of Dr.

16    Pooley is, what his role is, whether as a fact or

17    expert witness is, many of the issues are not really

18    ripe today and as a result Ms. Sharko on behalf of J&J

19    has indicated that she has withdrawn the cross notice

20    for deposition of Dr. Pooley in the MDL.

21         MS. SHARKO:  Correct.  Limited to the MDL.

22    And the matter can now be litigated in the state

23    courts in the asbestos cases.

24         JUDGE WOLFSON:  Fine.  I have nothing to do

25    with those.  So that is withdrawn.

5

1          Please notify Judge Pisano so he doesn't have

2     to waste his time or you spend your money having him

3     review the materials.

4          MS. SHARKO:  We will.

5          JUDGE WOLFSON:  Thank you.

6          Speaking now for a few moments or longer about

7     the issue of experts and ultimately what may result by

8     timing, Daubert, et cetera.

9          I had directed when we were here the last

10    time, and it was in a case management order, that the

11    plaintiff had to identify experts and their areas of

12    expertise in a basic summary.

13         I guess what I want to say -- I didn't count

14    them all.  What do we have, about 30 you've

15    identified?

16         MS. PARFITT:  Your Honor, there are about 37.

17         JUDGE WOLFSON:  37.  I will tell you, frankly,

18    I was taken aback when I saw that submission.  It was

19    not what I expected.  I don't think it's a real

20    submission.  I think it's the universe of anyone you

21    could possibly identify.  It's not telling me who you

22    really are focused on.

23         I don't think it's helpful.  I don't think

24    it's helpful to the defendants.  It's certainty not

25    helpful to the Court because it's not narrowing where

6

1   we are.  Probably everybody could go out and figure

2   out anybody who could possibly serve as a plaintiff's

3   expert in these areas.

4          It didn't do it.  It's not what I expected.

5   You are not having 37 experts in this case.  I know

6   that and you know that.

7          MS. PARFITT:  Your Honor, may I be heard on

8   that?

9          JUDGE WOLFSON:  Yes.

10          You are going to tell me you are going to have

11   37 experts?

12          MS. PARFITT:  I want to clarify.

13          JUDGE WOLFSON:  Okay.

14          MS. PARFITT:  Your Honor, when you asked us to

15   identify the experts that we've been working with,

16   that is indeed what we do, and I can represent to the

17   Court that all of those 37 individuals are people

18   that -- members of our expert committee or leadership

19   that we've been working with over the last year.  The

20   areas, and I think it's important because there

21   were --

22          JUDGE WOLFSON:  I'm not so concerned about who

23   you work with or consult with.  I was looking for

24   those who you were going to be designating as your

25   experts in this case who would render reports, so that

1    we could assess them and make any appropriate motions

2    and decide whether they would testify at a trial.

3            MS. PARFITT:  If I may, your Honor?

4            JUDGE WOLFSON:  Yes.

5            MS. PARFITT:   The areas, and I realize that

6    the numbers were large, and indeed we have been

7    working with regard to reports and I thought it might

8    be helpful to the Court to know the areas.

9            There were almost 17 different areas from

10   genetics to radiation oncologists, to regulatory

11   individuals, epidemiologists, statisticians, chemists,

12   biomedical engineers, OBGYNs, geologists,

13   pathologists, toxicologists, microscopists, material

14   science, occupational health, public health, quality

15   control and environmental sciences.

16           And the only reason, your Honor, I take a

17   moment to go through is those were all very different

18   specialties.  And as we have been looking at this case

19   and its broader perspective with regard to what is

20   talcum powder products and the issue of the

21   constituents within that, it expanded the list of

22   experts that we felt we might introduce to the Court

23   in the fields of material science, in geology, in

24   chemistry and occupational health.

25           So what we had done, as we have worked in

1   earnest to develop actual reports for this individual,

2   I understand what the Court is saying.  It's an

3   overwhelming number of individuals.  But, frankly, the

4   specialty for most of them, of those 17 or so

5   specialties, there are probably about two.

6        There are only two categories where there

7   might be more than two experts designated in those

8   particular disciplines.  There is overlap.  Some

9   experts might have been a regulatory expert, but also

10  a toxicologist and pharmacologist.  And what we would

11  try to do is keep that individual in one wheelhouse so

12  there wasn't a duplicative nature in this court.

13       I only say that, your Honor, believe me, I'm

14  not arguing, I'm just simply representing to the Court

15  what that world was of experts, and it was not

16  intended to do anything other than represent to the

17  Court, as you had asked:  Who have you been working

18  with in earnest?  How have you been developing the

19  opinions that you intend to show the Court in order to

20  actually frame this case?  And that is what we have

21  been doing.

22       As you can imagine, your Honor, with the

23  issues, with testing, the samples, the asbestos issue,

24  that has been a new array of experts that really

25  haven't been previously introduced to the Court.  So

9

1    the numbers were larger than what the Court might have

2    expected.

3              The other thing is, we had not completed and

4    still have not completed our discovery.  As your Honor

5    has just indicated, as to Imerys, we'll get their

6    documents the first part of January.

7              JUDGE WOLFSON:  My understanding is that most

8    of them have been produced.

9              This is a supplemental production, isn't it?

10             MS. DOTRO:  Your Honor, we've made a full and

11   complete production.

12             JUDGE WOLFSON:  Right.  This is based on

13   conferences you've had --

14             MS. PARFITT:  Your Honor, Imerys has been

15   very, very cooperative.

16             JUDGE WOLFSON:  I understand.  But what I'm

17   indicating is, I don't know how much more is really

18   coming anyway that is going to make a difference.

19             MS. PARFITT:  We don't either.

20             It's a situation sometimes that maybe the last

21   round of documents are the ones that are most

22   important.  I don't know that either, your Honor.  I

23   haven't seen them.  And I'm not suggesting that we

24   haven't gotten waves of discovery from all three of

25   the defendants.

1          My point is simply, we are waiting to see what

2     the discovery looks like at the conclusion of the

3     production just as we are looking at what does the

4     discovery look like at the conclusion of production

5     issues with regard to interrogatories and RFPs.

6          THE COURT: Excuse me one second.

7          (Pause.)

8          JUDGE WOLFSON:  We're not putting our hands on

9     that submission because it wasn't filed on the docket

10    and I don't have my paper copy of your experts.

11         Do you have an extra copy of that?

12         MS. PARFITT:  I do.

13         Your Honor, I think you understand as well

14    that there have not been depositions taken.  There

15    were approximately three corporate depositions taken

16    of Imerys, a similar number for J&J, and only two

17    taken of PCPC.

18         So, again, we're not completely certain at

19    this point without the discovery what material will

20    ultimately be provided to our experts.

21         Again, the Court appreciates our experts will

22    also be relying on information from corporate

23    depositions, third-party depositions.  We just haven't

24    done that process.  It's not a blame.  It's just we

25    haven't completed them.

1        JUDGE WOLFSON:  I understand.

2        And, by the way, I was surprised, Ms. Sharko,

3   I hadn't gotten a letter from you when this came out,

4   and I thought, Well, maybe the defendant doesn't have

5   a problem with it.  I thought you would be getting a

6   letter to me that same afternoon, but I didn't get

7   one.  I'll hear from you in a moment.

8        I guess the other issue that I perhaps want to

9   raise when you are talking about all of these things

10  as well is, putting aside this asbestos component

11  which was not part of earlier science or whatever and

12  certainly wasn't part of our science day here, it's

13  not what you presented and maybe that's not what's

14  been tried yet, so that's a new issue.

15       But the other issues, while certainly I said

16  at the beginning of this case when the defendants were

17  taking the position:  Judge, we've already done

18  discovery everywhere and we are not starting from

19  square one.  I said, No we are not starting from

20  square one.  But this is a different case and they may

21  decide to do different things here.

22       On a lot of those issues, we're not writing on

23  a blank slate.  There has been discovery in many other

24  cases, deposition being taken.  I guess what you are

25  telling me now is, you don't like the job that's maybe

1   been done in other cases where you've won or lost, and

2   you've decided how to do things better now.  But we're

3   not on a blank slate.

4           So I'm a little confused about -- I don't see

5   this case as a case where we're starting with a brand

6   new case from square one that's the first time being

7   brought.  It's not.  And we have many of the same

8   players as lawyers here.

9           So it's not like you need to learn what's

10  going on and what the discovery has been.  Put aside

11  the written discovery.  There is now supplementation

12  here.  But were no deps taken before?

13          MS. PARFITT:  Your Honor, actually a very

14  limited number.  As I indicated to the Court, there

15  were only three corporate depositions taken on Imerys,

16  the same number for J&J, and only two for PCPC.

17          So whether good or bad, and I don't pass

18  judgment on that, and I'm not suggesting it wasn't

19  done well in the state court.  Obviously, the results

20  would demonstrate it was done well.

21          But the point of fact is, there has been

22  limited depositions that have been taken in the case

23  and there are additional deponents that we would like

24  to take.

25          JUDGE WOLFSON:  Have you identified them?

1    MS. PARFITT:  We had identified preliminarily

2  some deponents with J&J, but that was before we

3  started this process of getting the additional

4  documents, your Honor.  I believe your Honor

5  indicated:  Let's get the documents first.  No

6  depositions until we have the documents.

7    That's of great importance and we agree with

8  the Court because we don't want to unnecessarily take

9  people's deposition that we don't need.  We see a

10  document.  We may not need to take that individual's

11  deposition.  So I think that was well thought out.

12  It's a good plan.

13    We get the documents and then we are in a much

14  better position to assess who we really want, so that

15  we're not coming to the Court and saying:  There's a

16  plethora of people and it's a go fish.  We don't want

17  to do that.  We understand.  We heard the Court a year

18  ago.  That's not what we're asking to do.

19    So we are trying to be informed with regard to

20  our decision-making with the types of individuals that

21  we designate.  And all that plays into this larger

22  picture of the discovery role that unfortunately just

23  happens with cases and this case in particular.

24    We do have three defendants in the other

25  litigation.  There's been two defendants.  We haven't

1    had PCPC.  It plays a role.  I'm not saying it's the

2    only reason.

3              JUDGE WOLFSON:  I don't think that's a huge

4    role here.

5              MS. PARFITT:  Sure.  That's why I'm qualifying

6    that, your Honor.

7              JUDGE WOLFSON:  Yes.

8              MR. TISI:  Can I just add here, we started out

9    when we had the first status conference, the first one

10   I was at in February, there was a representation that

11   the state court production of documents was everything

12   that we needed to have to do this case.

13             We now, as we sit here today, have almost

14   twice as many documents as we had in the state court

15   proceedings.  It's doubled, if not more.  We've gotten

16   third-party documents that because of various reasons

17   in the state court they don't have subpoena power to

18   get the kinds of people that you are more easily able

19   to get in the MDL.

20             When we met with Judge Pisano he said -- he

21   suggested -- let me make one other point.

22             In the California case, when the Judge wrote

23   the opinion in the California case, one of the things

24   that she noted was that there was additional discovery

25   that needed to be done.  That case was done -- she

1    understood that there was a limitation because they

2    had to get the case to trial, but that there were

3    areas that the parties needed to further explore in

4    the case.

5          When we raised the issue with Judge Pisano

6    back in October, we told him at that point there were

7    four people -- and we actually raised this with your

8    Honor back in June -- there were four people that we

9    had asked for depositions from, from J&J, four people

10   from Imerys, and there were additional third parties

11   we wanted to take as well based upon the Court's

12   original description of the science in this case.

13         We explained to the Judge, to Judge Pisano in

14   October, that there were additional depositions we

15   needed to take.  What Judge Pisano said at that point

16   was:  Why don't we wait until the document production

17   is complete so we could see what the world is.

18         He understood that we doubled the number of

19   documents we got when J&J and Imerys originally said

20   the document production was complete.  We now have

21   doubled that.  What he suggested was that we meet in

22   January and further discuss the deposition protocol,

23   an opportunity, what we needed to do.

24         Candidly, one of the things we are doing in

25   the next week or two is sitting down and trying to

16

1    decide what depositions we need to take in order to

2    support the case.  Candidly, as somebody who is trying

3    to run discovery and deal with the discovery issues,

4    there are issues that we want to explore, both

5    science, what they knew and when they knew it,

6    third-party depositions.

7              We think it's important for the thousands of

8    women who are in this MDL as opposed to what had gone

9    on in the states previously.  So while we're not

10   really starting with a blank slate, there is a lot

11   that we feel like we need to do to adequately

12   represent these women.

13             And so we think there is a period of time

14   that we need to have in order to collect the

15   information, take the depositions, get them to our

16   experts, so we can winnow down the number of experts

17   that we have.

18             It's very difficult for us to identify at this

19   point all the experts we need, not having done the

20   discovery we feel like we need, in order to represent

21   the women in this case.

22             JUDGE WOLFSON:  Ms. Sharko.

23             MS. SHARKO:  The number of documents produced

24   has not doubled.

25             What we did, and we've been over and over this

1   with the plaintiff, is a number of the complaints we

2   just redid the production.  Are there new documents in

3   there?  Yes, but not double the number.  They asked

4   for four depositions.  We agreed to produce those

5   people and talk about dates.  Enough is enough.

6          The discovery from the defendants is not going

7   to prove for the plaintiff that there is

8   scientifically sound evidence that the perineal use of

9   talcum powder products causes ovarian cancer.  There

10  has been numerous trials.  There was a Daubert-like

11  proceeding in New Jersey.  There was a Daubert-like

12  proceeding in California.

13         Your Honor asked plaintiff to identify the

14  experts that they wanted to use to prove their case,

15  not the experts they were consulting with.  We got a

16  list of 37 people.  I agree that's an absurd list.

17  It's like everybody in the phonebook.  But if that's

18  what they want, then we should get 37 expert reports

19  soon.  We don't need to wait for the document

20  production which, by the way --

21         JUDGE WOLFSON:  We're waiting for the

22  document production -- I'll just stop you there.  That

23  I'm waiting for.  We'll get the document production.

24  But I don't know, for many of the science experts, I

25  don't really understand why these corporate deps are

1  necessary.

2          MR. TISI:  Let me give you an example, Judge.

3          The people who we initially named back in

4  July -- and I don't have the names in front of me.

5  But having been involved in the process of choosing

6  them, they were toxicologists primarily.  They were

7  people who not only tested the purity of the talc, but

8  also reviewed the science as it was developing over

9  the past 20 and 30 years.

10         As your Honor knows, there have been a lot of

11 studies, both epidemiology studies, mechanistic

12 studies, toxicology studies.  We've identified four

13 for each defendant.  They've agreed to produce them.

14         JUDGE WOLFSON:  Okay.

15         MR. TISI:  You have --

16         MS. DOTRO:  That's not true, Judge.  I'm sorry

17 to interject.  But we have no agreement yet.

18         MR. TISI:  I thought we had.

19         JUDGE WOLFSON:  I need you to move more

20 quickly.  I talk quickly.  We need to move this

21 process a bit.  I don't need the beginning of time to

22 the end of time.

23         So what I need to focus on is:  What really is

24 needed by way of depositions to start getting expert

25 reports rolling on the science?  I told you we're

1    focusing on general causation first.

2         Now, you've done lots.  You've been consulting

3    with experts for a long time about the science.  Put

4    aside issues of, quote, when did J&J become aware of X

5    or maybe a particular study or a complaint.  You know

6    what the studies are.  You want to make sure you know

7    what all the studies are that are out there.

8         Your experts are going to be opining on the

9    science of that:  What supports a connection between

10   this product, whether pure talc, whether with asbestos

11   in it or whatever it might be, can cause ovarian

12   cancer?

13        So that science focus, I don't see how this

14   changed by any of the discovery.  I understand you may

15   have different kinds of experts and issues.  The

16   asbestos you told me you haven't done yet.  Okay.  I

17   get it.  That you did not have opinions on yet.

18        But I'm still trying to figure out:  What in

19   here is going to affect those scientific opinions?

20        MR. TISI:  Let me give you an example, your

21   Honor.

22        JUDGE WOLFSON:  Okay.

23        MR. TISI:  If you have a toxicologist who

24   testifies that based upon their review -- their own

25   people, that there are admissions you can get that --

20

1    I don't want to lay out our entire case in the open

2    courtroom.

3          THE COURT:  I don't think there are any

4    surprises here, though.  Go ahead.

5          MR. TISI:  But we do believe that there are

6    admissions in the documents that we need to get from

7    witnesses, get them on the record, who will admit to

8    certain things that support the issues of causation,

9    biologic plausibility, relevance, the fit of certain

10   studies that were done.

11         JUDGE WOLFSON:  I understand why you think

12   that will bolster your case --

13         MR. TISI:  Correct.

14         JUDGE WOLFSON -- if you believe that there are

15   admissions.  But that does not go to what your own

16   experts will be opining upon based upon their own

17   review of what the science was at the time and over

18   these years in this area regardless of whether they

19   admit it or not.

20         That's great for a trial, to put that before a

21   jury:  Look, they admitted there was a problem here.

22   I understand that.  But for your experts to opine,

23   they have to independently and their opinions stand on

24   their own as to what they are relying on for the

25   science.

1    MR. TISI:  One of the things they can rely on,

2    your Honor -- and using admissions is just an

3    example -- they can rely on:  Well, I read the

4    deposition testimony of Dr. X and they understood that

5    there was biologically plausible mechanisms that would

6    support causation in this case.

7    JUDGE WOLFSON:  That's like an add-on.  But

8    that doesn't support their own opinion of whether it

9    stands on its own.

10    MR. TISI:  Well, these are not done in the

11    abstract.

12    JUDGE WOLFSON:  I'm not going to resolve this

13    issue today.  You are going to go one-by-one of

14    whoever they want to request.  But what I do want to

15    do, I want to set some parameters on timing today and

16    it's not going to be open-ended on starting these

17    experts going.

18    Certainly, I'm willing to, whether it's

19    phasing a bit, because if you are going to have

20    experts on the asbestos component because it is new to

21    you, that that requires a little more time.

22    I don't think many of these others do, and so

23    there may be a staggering of which reports are due and

24    when and we're going to get them going.  Because,

25    frankly, if it's 20 experts or 15 experts, we can't

1    attack them all at once anyway.

2         They are going to want to take a deposition of

3    an expert before they bring a Daubert motion.  I don't

4    like Daubert motions without an expert of a dep.  So

5    that process can begin.  They're not all necessarily

6    going to be produced on the same day.

7         You thought there were.  I'm thinking there

8    may be a way of dealing with this, and some of the

9    delay on someone who might be a new kind of expert and

10   not delaying the old kind.  So I'm throwing those

11   things out today.

12        Do you have a meeting with Judge Pisano set

13   up?

14        MS. PARFITT:  Your Honor, we do not at this

15   point.  It's certainly something that I know he would

16   be amenable to and perhaps that's something we could

17   do to talk generally about a mutual discovery plan

18   that the parties could talk about and agree upon, that

19   we could then present to you, your Honor, that we sit

20   down and we talk about the necessary discovery we need

21   to do, try and get some accord with the other side,

22   and then make a presentation to you, your Honor.

23        JUDGE WOLFSON:  Yes, Ms. Sharko.

24        MS. SHARKO:  Discovery plan sounds like delay.

25   I think we should go back to your Honor's question,

23

1  which is:  Who do you really need before we can get

2  expert reports?

3          JUDGE WOLFSON:  Well, this is what I would

4  like to do:  First of all, based upon the schedule

5  that you've already admitted to me on the documents,

6  J&J's full production of it, and if you are going to

7  have some objections you want to present to Judge

8  Pisano that you want to have reviewed by

9  December 20th, I think PCPC is somewhere in this

10  month, December 15th, and Imerys your last

11  supplemental is January 5th, we're talking basically

12  three weeks from now with a holiday in between.  Not a

13  lot is getting done in December other than this

14  document discovery.  Let's be practical about it.

15          So once that's complete, what I expect to see

16  is that by the second week in January, there is a

17  request for the depositions you want of fact

18  witnesses, and then that can be teed up for Judge

19  Pisano if you have objections to any of the

20  individuals, and get to those quickly and start

21  scheduling the dates for those.  I don't know how many

22  there will be.

23          As far as then the experts, I don't

24  understand -- you have the universe of 37.  When are

25  you going to narrow that?

24

1          MS. PARFITT:  Your Honor, I think that's why I

2    like your suggestion, frankly, that maybe if we could

3    have a little time to put together -- and it's not a

4    delay plan.  It is a discovery plan.  It makes sense.

5    I think that helps us coordinate the discovery that's

6    necessary with the experts that are necessary.

7          Your Honor has just talked a bit about perhaps

8    staggering that process of putting that kind of plan

9    together might help us answer that question and

10   provide the Court a little bit more guidance, and it's

11   not a delay mechanism.

12         JUDGE WOLFSON:  Well, we're not going to delay

13   anywhere.  Now, we're kicking in.  We've gotten

14   through a year of fighting over written discovery and

15   a lot of other things.  We're there now and now we

16   move.

17         MS. PARFITT:  I guess my point is, your Honor,

18   it's a processing part now, now that we're getting

19   what we're getting from the defendants as you've

20   indicated.  We have the opportunity to process, see

21   how that fits in with the various experts.  I think

22   having that discussion with the defendants is an

23   orderly way, and we present that then to the Court,

24   talk with Judge Pisano.

25         As you've indicated, we present a list of

25

1   folks that we feel should be deposed in the coming

2   months, get that done.  That seems to be an orderly

3   way.  We can request a meeting with Judge Pisano.  We

4   can certainly do that as well.  There wasn't one

5   planned.  We can certainly do that.

6          JUDGE WOLFSON:  Well, there is no reason to

7   present anything if you don't need anything.  But I'm

8   just thinking maybe it could be helpful to hash out

9   some of these things particularly because he in the

10  first instance will deal with the issue of whether

11  there are objections to any of these depositions.

12         MS. PARFITT:  That's right.

13         JUDGE WOLFSON:  So I would like to see you

14  identify who you want to depose by January 10.

15         MS. O'DELL:  Your Honor, I understand the

16  order to identify deponents by January 10th.  But we

17  will not have had all the documents, only for five

18  days by the time that date rolls around.  I know Ms.

19  Sharko said they just reproduced everything again.

20  But in fact we had 167,000 documents between Imerys

21  and J&J until early summer.

22         Now, we have 324,000 documents, most of which

23  have been produced, that additional number of

24  documents produced in the last 90 days, and we have

25  more coming.  We are working very hard to get our arms

1   around those documents so we could identify those

2   deponents.

3            So it's just very challenging when you've got

4   even rolling production because you noticed in the

5   status report J&J had said December 20th, but we got

6   documents that will lag behind.

7            We can identify a certain number of deponents

8   by January the 10th.  We're working on that.  We're

9   happy to do it.  But we will not be able to have

10  opportunity to review the documents in order to ensure

11  that a fuel universe --

12           JUDGE WOLFSON:  I understand that you may say:

13  Having now had a better opportunity, there are two

14  more that we want.  Okay.  You'll identify them.  The

15  fact that I told you to do it by January 10th doesn't

16  mean that it's a forever more if something else comes

17  up.  I understand.

18           MS. O'DELL:  Thank you.

19           We're just making that clear, your Honor, just

20  telling you where we are in this process.

21           JUDGE WOLFSON:  I hear you, and I understand

22  it's a large job.  But, on the other hand, if you

23  recall -- I'm not sure that I need all this on the

24  record.

25                   (Discussion of the record.)

27

1                          * * * * *

2

3          JUDGE WOLFSON:   On the record.

4          MS. SHARKO:   I would like to inform the Court

5     that Bart Williams, who is a lawyer in the California

6     office of the Proskauer firm and has been my client's

7     lead counsel in California and in a Missouri case and

8     very active in the Daubert-like proceeding called

9     Sargon in California, is working on the Daubert issues

10    with us for our client and will be involved here.

11         JUDGE WOLFSON:   Okay.

12         What I had indicated off the record and I will

13    say here, because I've had an issue arise when I've

14    had Proskauer cases in the past or firms that my son

15    had been affiliated with, the rules are quite clear

16    that that does not require recusal, that relationship,

17    and the role that she plays because she is an

18    associate, my daughter-in-law at that firm, not a

19    partner.

20         And all that I do is, I make the parties aware

21    of that relationship, and she is not in any way

22    involved in this litigation.  I know that they have

23    made, according to my daughter-in-law, no one can even

24    talk around her.  So that I would not be recusing

25    myself as a result of their involvement if they do

28

1   become involved in this case.  Though, I give any

2   party the opportunity to raise any concerns or

3   objections that you would like which I would consider.

4           MS. SHARKO:  Thank you.

5           JUDGE WOLFSON:  Anything else today?

6           MS. SHARKO:  No.

7           JUDGE WOLFSON:  Off the record.

8           (Discussion off the record.)

9           THE CLERK:  All rise.

10          (Proceedings concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

29

# C E R T I F I C A T E

I, **Vincent Russoniello**, Official United States Court Reporter and Certified Court Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I do further certify that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

S/Vincent Russoniello
Vincent Russoniello, CCR
Certificate No. 675

**0**

**08608** [1] - 1:8

**1**

**10** [1] - 25:14
**10th** [3] - 25:16, 26:8, 26:15
**15** [1] - 21:25
**15th** [1] - 23:10
**16-MD-2738(FLW)(LHG** [1] - 1:2
**167,000** [1] - 25:20
**17** [2] - 7:9, 8:4

**2**

**20** [2] - 18:9, 21:25
**2017** [1] - 1:5
**20th** [2] - 23:9, 26:5
**28** [1] - 3:7

**3**

**30** [2] - 5:14, 18:9
**324,000** [1] - 25:22
**37** [8] - 5:16, 5:17, 6:5, 6:11, 6:17, 17:16, 17:18, 23:24

**4**

**402** [1] - 1:8

**5**

**588-9516** [1] - 1:25
**5th** [1] - 23:11

**6**

**609** [1] - 1:25
**675** [1] - 29:23

**7**

**7** [1] - 1:5
**753** [1] - 3:7

**9**

**90** [1] - 25:24

**A**

**aback** [1] - 5:18
**able** [2] - 14:18, 26:9
**ABOVE** [1] - 3:10

**ABOVE-ENTITLED** [1] - 3:10
**abstract** [1] - 21:11
**absurd** [1] - 17:16
**accord** [1] - 22:21
**according** [1] - 27:23
**ACCURATE** [1] - 3:8
**accurate** [1] - 29:8
**ACTION** [1] - 1:2
**action** [2] - 29:14, 29:16
**active** [1] - 27:8
**actual** [1] - 8:1
**add** [2] - 14:8, 21:7
**add-on** [1] - 21:7
**additional** [6] - 12:23, 13:3, 14:24, 15:10, 15:14, 25:23
**adequately** [1] - 16:11
**admissions** [4] - 19:25, 20:6, 20:15, 21:2
**admit** [2] - 20:7, 20:19
**admitted** [2] - 20:21, 23:5
**affect** [1] - 19:19
**affiliated** [1] - 27:15
**afternoon** [1] - 11:6
**ago** [1] - 13:18
**agree** [3] - 13:7, 17:16, 22:18
**agreed** [2] - 17:4, 18:13
**agreement** [1] - 18:17
**ahead** [1] - 20:4
**ALABAMA** [1] - 1:13
**ALLEN** [1] - 1:13
**almost** [2] - 7:9, 14:13
**amenable** [1] - 22:16
**America** [1] - 2:11
**AN** [1] - 3:8
**ANN** [1] - 2:10
**answer** [1] - 24:9
**anyway** [2] - 9:18, 22:1
**appearances** [1] - 4:4
**application** [2] - 4:8, 4:10
**appreciates** [1] - 10:21
**appropriate** [1] - 7:1
**area** [1] - 20:18
**areas** [7] - 5:11, 6:3, 6:20, 7:5, 7:8, 7:9, 15:3
**arguing** [1] - 8:14
**arise** [1] - 27:13
**arms** [1] - 25:25
**ARPS** [1] - 1:21

**array** [1] - 8:24
**asbestos** [6] - 4:23, 8:23, 11:10, 19:10, 19:16, 21:20
**ASHCRAFT** [1] - 1:14
**aside** [3] - 11:10, 12:10, 19:4
**assess** [2] - 7:1, 13:14
**associate** [1] - 27:18
**attack** [1] - 22:1
**attorney** [2] - 29:13, 29:15
**aware** [2] - 19:4, 27:20
**AXELROD** [2] - 2:5, 2:6

**B**

**bad** [1] - 12:17
**Bart** [1] - 27:5
**based** [5] - 9:12, 15:11, 19:24, 20:16, 23:4
**basic** [1] - 5:12
**BE** [1] - 3:8
**BEASLEY** [1] - 1:13
**become** [2] - 19:4, 28:1
**begin** [1] - 22:5
**beginning** [2] - 11:16, 18:21
**behalf** [3] - 1:22, 2:11, 4:18
**Behalf** [2] - 1:17, 2:6
**behind** [1] - 26:6
**BEISNER** [1] - 1:21
**better** [3] - 12:2, 13:14, 26:13
**between** [3] - 19:9, 23:12, 25:20
**BIDDLE** [1] - 1:19
**biologic** [1] - 20:9
**biologically** [1] - 21:5
**biomedical** [1] - 7:12
**bit** [4] - 18:21, 21:19, 24:7, 24:10
**blame** [1] - 10:24
**blank** [3] - 11:23, 12:3, 16:10
**bolster** [1] - 20:12
**brand** [1] - 12:5
**bring** [1] - 22:3
**broader** [1] - 7:19
**brought** [1] - 12:7
**BY** [9] - 1:13, 1:15, 1:17, 1:19, 1:21, 2:4, 2:6, 2:8,

2:10

**C**

**California** [6] - 14:22, 14:23, 17:12, 27:5, 27:7, 27:9
**cancer** [2] - 17:9, 19:12
**candidly** [2] - 15:24, 16:2
**case** [27] - 5:10, 6:5, 6:25, 7:18, 8:20, 11:16, 11:20, 12:5, 12:6, 12:22, 13:23, 14:12, 14:22, 14:23, 14:25, 15:2, 15:4, 15:12, 16:2, 16:21, 17:14, 20:1, 20:12, 21:6, 27:7, 28:1
**cases** [5] - 4:23, 11:24, 12:1, 13:23, 27:14
**categories** [1] - 8:6
**causation** [3] - 19:1, 20:8, 21:6
**causes** [1] - 17:9
**CCR** [3] - 1:24, 3:14, 29:23
**certain** [4] - 10:18, 20:8, 20:9, 26:7
**certainly** [6] - 11:12, 11:15, 21:18, 22:15, 25:4, 25:5
**certainty** [1] - 5:24
**Certificate** [1] - 29:23
**CERTIFIED** [1] - 3:8
**Certified** [1] - 29:6
**certify** [2] - 29:7, 29:12
**cetera** [1] - 5:8
**challenging** [1] - 26:3
**changed** [1] - 19:14
**chemistry** [1] - 7:24
**chemists** [1] - 7:11
**choosing** [1] - 18:5
**CHRIS** [1] - 1:15
**CHRISTOPHER** [1] - 1:17
**CIVIL** [1] - 1:2
**clarify** [1] - 6:12
**CLARKSON** [1] - 1:7
**clear** [2] - 26:19, 27:15
**CLERK** [2] - 4:2, 28:9
**client** [1] - 27:10
**client's** [1] - 27:6
**COHEN** [1] - 1:16
**collect** [1] - 16:14

**coming** [4] - 9:18, 13:15, 25:1, 25:25
**Committee** [1] - 1:17
**committee** [1] - 6:18
**complaint** [1] - 19:5
**complaints** [1] - 17:1
**complete** [4] - 9:11, 15:17, 15:20, 23:15
**completed** [3] - 9:3, 9:4, 10:25
**completely** [1] - 10:18
**component** [2] - 11:10, 21:20
**concerned** [1] - 6:22
**concerns** [1] - 28:2
**concluded** [1] - 28:10
**conclusion** [2] - 10:2, 10:4
**conference** [1] - 14:9
**CONFERENCE** [1] - 1:4
**conferences** [1] - 9:13
**confused** [1] - 12:4
**connection** [1] - 19:9
**consider** [1] - 28:3
**constituents** [1] - 7:21
**consult** [1] - 6:23
**consulting** [2] - 17:15, 19:2
**Continued** [1] - 1:23
**control** [1] - 7:15
**cooperative** [1] - 9:15
**coordinate** [1] - 24:5
**copy** [2] - 10:10, 10:11
**corporate** [4] - 10:15, 10:22, 12:15, 17:25
**correct** [2] - 4:21, 20:13
**COUGHLIN** [1] - 2:8
**counsel** [3] - 27:7, 29:13, 29:15
**count** [1] - 5:13
**COURT** [5] - 1:1, 1:25, 3:15, 10:6, 20:3
**court** [6] - 4:1, 8:12, 12:19, 14:11, 14:14, 14:17
**Court** [20] - 5:25, 6:17, 7:8, 7:22, 8:2, 8:14, 8:17, 8:19, 8:25, 9:1, 10:21, 12:14, 13:8, 13:15, 13:17, 24:10, 24:23, 27:4, 29:6
**Court's** [1] - 15:11
**COURTHOUSE** [1] - 1:7

**courtroom** [1] - 20:2
**courts** [1] - 4:23
**cross** [2] - 4:10, 4:19
**CRR** [1] - 1:24

**D**

**D.C** [2] - 1:21, 2:4
**date** [2] - 25:18, 29:10
**dates** [2] - 17:5, 23:21
**Daubert** [7] - 5:8, 17:10, 17:11, 22:3, 22:4, 27:8, 27:9
**Daubert-like** [3] - 17:10, 17:11, 27:8
**daughter** [2] - 27:18, 27:23
**daughter-in-law** [2] - 27:18, 27:23
**days** [2] - 25:18, 25:24
**deal** [2] - 16:3, 25:10
**dealing** [1] - 22:8
**DECEMBER** [1] - 1:5
**December** [4] - 23:9, 23:10, 23:13, 26:5
**decide** [3] - 7:2, 11:21, 16:1
**decided** [1] - 12:2
**decision** [1] - 13:20
**decision-making** [1] - 13:20
**Defendant** [3] - 1:22, 2:6, 2:11
**defendant** [2] - 11:4, 18:13
**defendants** [9] - 4:12, 5:24, 9:25, 11:16, 13:24, 13:25, 17:6, 24:19, 24:22
**delay** [5] - 22:9, 22:24, 24:4, 24:11, 24:12
**delaying** [1] - 22:10
**demonstrate** [1] - 12:20
**dep** [1] - 22:4
**deponents** [5] - 12:23, 13:2, 25:16, 26:2, 26:7
**depose** [1] - 25:14
**deposed** [1] - 25:1
**deposition** [8] - 4:8, 4:20, 11:24, 13:9, 13:11, 15:22, 21:4, 22:2
**depositions** [16] - 10:14, 10:15, 10:23, 12:15,

12:22, 13:6, 15:9, 15:14, 16:1, 16:6, 16:15, 17:4, 18:24, 23:17, 25:11
**deps** [2] - 12:12, 17:25
**description** [1] - 15:12
**designate** [1] - 13:21
**designated** [1] - 8:7
**designating** [1] - 6:24
**designation** [1] - 4:11
**develop** [1] - 8:1
**developing** [2] - 8:18, 18:8
**difference** [1] - 9:18
**different** [5] - 7:9, 7:17, 11:20, 11:21, 19:15
**difficult** [1] - 16:18
**directed** [1] - 5:9
**disciplines** [1] - 8:8
**discovery** [23] - 9:4, 9:24, 10:2, 10:4, 10:19, 11:18, 11:23, 12:10, 12:11, 13:22, 14:24, 16:3, 16:20, 17:6, 19:14, 22:17, 22:20, 22:24, 23:14, 24:4, 24:5, 24:14
**discuss** [1] - 15:22
**discussion** [5] - 4:7, 4:12, 24:22, 26:25, 28:8
**DISTRICT** [2] - 1:1, 1:1
**docket** [1] - 10:9
**document** [7] - 13:10, 15:16, 15:20, 17:19, 17:22, 17:23, 23:14
**documents** [21] - 9:6, 9:21, 13:4, 13:5, 13:6, 13:13, 14:11, 14:14, 14:16, 15:19, 16:23, 17:2, 20:6, 23:5, 25:17, 25:20, 25:22, 25:24, 26:1, 26:6, 26:10
**done** [15] - 7:25, 10:24, 11:17, 12:1, 12:19, 12:20, 14:25, 16:19, 19:2, 19:16, 20:10, 21:10, 23:13, 25:2
**DOTRO** [3] - 2:8, 9:10, 18:16
**double** [1] - 17:3
**doubled** [4] - 14:15, 15:18, 15:21, 16:24
**down** [3] - 15:25, 16:16, 22:20
**Dr** [4] - 4:9, 4:15, 4:20,

21:4
**DRINKER** [1] - 1:19
**due** [1] - 21:23
**DUFFY** [1] - 2:8
**duplicative** [1] - 8:12

**E**

**early** [1] - 25:21
**earnest** [2] - 8:1, 8:18
**easily** [1] - 14:18
**EAST** [1] - 1:8
**either** [2] - 9:19, 9:22
**employee** [2] - 29:13, 29:15
**end** [1] - 18:22
**ended** [1] - 21:16
**engineers** [1] - 7:12
**ensure** [1] - 26:10
**entire** [1] - 20:1
**ENTITLED** [1] - 3:10
**environmental** [1] - 7:15
**epidemiologists** [1] - 7:11
**epidemiology** [1] - 18:11
**ERFLE** [1] - 2:11
**ESQUIRE** [13] - 1:13, 1:15, 1:15, 1:17, 1:19, 1:20, 1:21, 2:4, 2:6, 2:8, 2:9, 2:10, 2:11
**ESQUIRES** [9] - 1:13, 1:14, 1:16, 1:19, 1:21, 2:4, 2:5, 2:8, 2:10
**et** [1] - 5:8
**everywhere** [1] - 11:18
**evidence** [1] - 17:8
**example** [3] - 18:2, 19:20, 21:3
**excuse** [1] - 10:6
**expanded** [1] - 7:21
**expect** [1] - 23:15
**expected** [3] - 5:19, 6:4, 9:2
**expert** [10] - 4:17, 6:3, 6:18, 8:9, 17:18, 18:24, 22:3, 22:4, 22:9, 23:2
**expertise** [1] - 5:12
**experts** [32] - 5:7, 5:11, 6:5, 6:11, 6:15, 6:25, 7:22, 8:7, 8:9, 8:15, 8:24, 10:10, 10:20, 10:21, 16:16, 16:19, 17:14, 17:15, 17:24,

19:3, 19:8, 19:15, 20:16, 20:22, 21:17, 21:20, 21:25, 23:23, 24:6, 24:21
**explained** [1] - 15:13
**explore** [2] - 15:3, 16:4
**extra** [1] - 10:11

**F**

**fact** [5] - 4:16, 12:21, 23:17, 25:20, 26:15
**far** [1] - 23:23
**February** [1] - 14:10
**felt** [1] - 7:22
**few** [1] - 5:6
**FIELD** [1] - 2:10
**fields** [1] - 7:23
**fighting** [1] - 24:14
**figure** [2] - 6:1, 19:18
**file** [1] - 4:13
**filed** [1] - 10:9
**financially** [1] - 29:16
**fine** [1] - 4:24
**firm** [2] - 27:6, 27:18
**FIRM** [1] - 2:5
**firms** [1] - 27:14
**first** [8] - 9:6, 12:6, 13:5, 14:9, 19:1, 23:4, 25:10
**fish** [1] - 13:16
**FISHER** [1] - 1:7
**fit** [1] - 20:9
**fits** [1] - 24:21
**five** [1] - 25:17
**FLOM** [1] - 1:21
**focus** [2] - 18:23, 19:13
**focused** [1] - 5:22
**focusing** [1] - 19:1
**folks** [1] - 25:1
**FOLLOWING** [1] - 3:8
**FOR** [1] - 1:1
**foregoing** [1] - 29:8
**forever** [1] - 26:16
**forth** [1] - 29:11
**forward** [1] - 4:15
**four** [5] - 15:7, 15:8, 15:9, 17:4, 18:12
**frame** [1] - 8:20
**frankly** [4] - 5:17, 8:3, 21:25, 24:2
**Fred** [1] - 4:9
**FREDA** [1] - 1:10
**front** [1] - 18:4

**fuel** [1] - 26:11
**full** [2] - 9:10, 23:6

**G**

**general** [1] - 19:1
**generally** [1] - 22:17
**genetics** [1] - 7:10
**geologists** [1] - 7:12
**geology** [1] - 7:23
**GEREL** [1] - 1:14
**GORDON** [1] - 2:10
**great** [2] - 13:7, 20:20
**guess** [4] - 5:13, 11:8, 11:24, 24:17
**guidance** [1] - 24:10

**H**

**hand** [1] - 26:22
**hands** [1] - 10:8
**happy** [1] - 26:9
**hard** [1] - 25:25
**hash** [1] - 25:8
**health** [4] - 4:15, 7:14, 7:24
**hear** [2] - 11:7, 26:21
**heard** [2] - 6:7, 13:17
**help** [1] - 24:9
**helpful** [5] - 5:23, 5:24, 5:25, 7:8, 25:8
**helps** [1] - 24:5
**hereby** [1] - 29:7
**hereinbefore** [1] - 29:10
**holiday** [1] - 23:12
**Honor** [29] - 5:16, 6:7, 6:14, 7:3, 7:16, 8:13, 8:22, 9:4, 9:10, 9:14, 9:22, 10:13, 12:13, 13:4, 14:6, 15:8, 17:13, 18:10, 19:21, 21:2, 22:14, 22:19, 22:22, 24:1, 24:7, 24:17, 25:15, 26:19
**Honor's** [1] - 22:25
**HONORABLE** [1] - 1:10
**huge** [1] - 14:3

**I**

**identified** [4] - 5:15, 12:25, 13:1, 18:12
**identify** [10] - 5:11, 5:21, 6:15, 16:18, 17:13, 25:14, 25:16, 26:1, 26:7, 26:14

**imagine** [1] - 8:22
**Imerys** [9] - 2:11, 9:5, 9:14, 10:16, 12:15, 15:10, 15:19, 23:10, 25:20
**immediately** [1] - 4:15
**importance** [1] - 13:7
**important** [3] - 6:20, 9:22, 16:7
**IN** [1] - 1:4, 3:9
**indeed** [2] - 6:16, 7:6
**independently** [1] - 20:23
**indicated** [7] - 4:19, 9:5, 12:14, 13:5, 24:20, 24:25, 27:12
**indicating** [1] - 9:17
**individual** [2] - 8:1, 8:11
**individual's** [1] - 13:10
**individuals** [5] - 6:17, 7:11, 8:3, 13:20, 23:20
**inform** [1] - 27:4
**information** [2] - 10:22, 16:15
**informed** [1] - 13:19
**inquiry** [1] - 4:14
**instance** [1] - 25:10
**intend** [1] - 8:19
**intended** [1] - 8:16
**interested** [1] - 29:16
**interject** [1] - 18:17
**interrogatories** [1] - 10:5
**introduce** [1] - 7:22
**introduced** [1] - 8:25
**involved** [4] - 18:5, 27:10, 27:22, 28:1
**involvement** [1] - 27:25
**IS** [1] - 3:8
**issue** [9] - 5:7, 7:20, 8:23, 11:8, 11:14, 15:5, 21:13, 25:10, 27:13
**issues** [11] - 4:17, 8:23, 10:5, 11:15, 11:22, 16:3, 16:4, 19:4, 19:15, 20:8, 27:9

**J**

**J&J** [9] - 4:18, 10:16, 12:16, 13:2, 15:9, 15:19, 19:4, 25:21, 26:5
**J&J's** [1] - 23:6
**January** [8] - 9:6, 15:22,

23:11, 23:16, 25:14, 25:16, 26:8, 26:15
**JERSEY** [1] - 1:1
**Jersey** [2] - 17:11, 29:7
**job** [2] - 11:25, 26:22
**JOHN** [1] - 1:21
**JOHNSON** [2] - 1:4
**Johnson** [2] - 1:22
**JUDGE** [37] - 4:3, 4:6, 4:24, 5:5, 5:17, 6:9, 6:13, 6:22, 7:4, 9:7, 9:12, 9:16, 10:8, 11:1, 12:25, 14:3, 14:7, 16:22, 17:21, 18:14, 18:19, 19:22, 20:11, 20:14, 21:7, 21:12, 22:23, 23:3, 24:12, 25:6, 25:13, 26:12, 26:21, 27:3, 27:11, 28:5, 28:7
**Judge** [16] - 4:11, 5:1, 11:17, 14:20, 14:22, 15:5, 15:13, 15:15, 18:2, 18:16, 22:12, 23:7, 23:18, 24:24, 25:3
**judgment** [1] - 12:18
**JULIE** [1] - 1:20
**July** [1] - 18:4
**June** [1] - 15:8
**jury** [1] - 20:21

**K**

**keep** [1] - 8:11
**kicking** [1] - 24:13
**kind** [3] - 22:9, 22:10, 24:8
**kinds** [2] - 14:18, 19:15
**knows** [1] - 18:10

**L**

**lag** [1] - 26:6
**large** [2] - 7:6, 26:22
**larger** [2] - 9:1, 13:21
**last** [5] - 5:9, 6:19, 9:20, 23:10, 25:24
**law** [2] - 27:18, 27:23
**lawyer** [1] - 27:5
**lawyers** [1] - 12:8
**lay** [1] - 20:1
**lead** [1] - 27:7
**leadership** [1] - 6:18
**learn** [1] - 12:9
**LEIGH** [1] - 1:13

**letter** [2] - 11:3, 11:6
**limitation** [1] - 15:1
**limited** [3] - 4:21, 12:14, 12:22
**list** [4] - 7:21, 17:16, 24:25
**litigated** [1] - 4:22
**litigation** [2] - 13:25, 27:22
**LOCKE** [1] - 2:4
**look** [2] - 10:4, 20:21
**looking** [3] - 6:23, 7:18, 10:3
**looks** [1] - 10:2
**LORNA** [1] - 2:8
**lost** [1] - 12:1

**M**

**management** [1] - 5:10
**MARK** [1] - 2:9
**MARKETING** [1] - 1:4
**material** [3] - 7:13, 7:23, 10:19
**materials** [1] - 5:3
**MATTER** [1] - 3:10
**matter** [1] - 4:22
**MDL** [4] - 4:20, 4:21, 14:19, 16:8
**MEAGHER** [1] - 1:21
**mean** [1] - 26:16
**mechanism** [1] - 24:11
**mechanisms** [1] - 21:5
**mechanistic** [1] - 18:11
**meet** [1] - 15:21
**meeting** [2] - 22:12, 25:3
**members** [1] - 6:18
**met** [1] - 14:20
**MICHELLE** [1] - 1:15
**microscopists** [1] - 7:13
**might** [8] - 7:7, 7:22, 8:7, 8:9, 9:1, 19:11, 22:9, 24:9
**Missouri** [1] - 27:7
**moment** [2] - 7:17, 11:7
**moments** [1] - 5:6
**money** [1] - 5:2
**month** [1] - 23:10
**months** [1] - 25:2
**most** [4] - 8:4, 9:7, 9:21, 25:22
**motion** [1] - 22:3
**motions** [2] - 7:1, 22:4

**move** [3] - 18:19, 18:20, 24:16
**moving** [1] - 4:15
**MR** [10] - 14:8, 18:2, 18:15, 18:18, 19:20, 19:23, 20:5, 20:13, 21:1, 21:10
**MS** [27] - 4:21, 5:4, 5:16, 6:7, 6:12, 6:14, 7:3, 7:5, 9:10, 9:14, 9:19, 10:12, 12:13, 13:1, 14:5, 16:23, 18:16, 22:14, 22:24, 24:1, 24:17, 25:12, 25:15, 26:18, 27:4, 28:4, 28:6
**mutual** [1] - 22:17
**MY** [1] - 3:9

**N**

**named** [1] - 18:3
**names** [1] - 18:4
**NANCY** [1] - 2:11
**narrow** [1] - 23:25
**narrowing** [1] - 5:25
**nature** [1] - 8:12
**necessarily** [1] - 22:5
**necessary** [4] - 18:1, 22:20, 24:6
**need** [19] - 4:14, 12:9, 13:9, 13:10, 16:1, 16:11, 16:14, 16:19, 16:20, 17:19, 18:19, 18:20, 18:21, 18:23, 20:6, 22:20, 23:1, 25:7, 26:23
**needed** [6] - 14:12, 14:25, 15:3, 15:15, 15:23, 18:24
**New** [2] - 17:11, 29:7
**new** [6] - 8:24, 11:14, 12:6, 17:2, 21:20, 22:9
**NEW** [1] - 1:1
**next** [1] - 15:25
**NJ** [1] - 1:8
**NO** [1] - 1:2
**noted** [2] - 4:4, 14:24
**NOTES** [1] - 3:9
**nothing** [1] - 4:24
**notice** [2] - 4:8, 4:19
**noticed** [1] - 26:4
**notify** [1] - 5:1
**number** [11] - 8:3, 10:16, 12:14, 12:16, 15:18, 16:16, 16:23, 17:1, 17:3,

25:23, 26:7
**numbers** [2] - 7:6, 9:1
**numerous** [1] - 17:10

**O**

**O'DELL** [3] - 1:13, 25:15, 26:18
**OBGYNs** [1] - 7:12
**objections** [4] - 23:7, 23:19, 25:11, 28:3
**obviously** [1] - 12:19
**occupational** [2] - 7:14, 7:24
**October** [2] - 15:6, 15:14
**OF** [3] - 1:1, 1:4, 3:9
**office** [1] - 27:6
**Official** [1] - 29:5
**OFFICIAL** [2] - 1:25, 3:15
**old** [1] - 22:10
**once** [2] - 22:1, 23:15
**oncologists** [1] - 7:10
**one** [16] - 4:14, 8:11, 10:6, 11:7, 11:19, 11:20, 12:6, 14:9, 14:21, 14:23, 15:24, 21:1, 21:13, 25:4, 27:23
**one-by-one** [1] - 21:13
**ones** [1] - 9:21
**open** [3] - 4:1, 20:1, 21:16
**open-ended** [1] - 21:16
**opine** [1] - 20:22
**opining** [2] - 19:8, 20:16
**opinion** [2] - 14:23, 21:8
**opinions** [4] - 8:19, 19:17, 19:19, 20:23
**opportunity** [5] - 15:23, 24:20, 26:10, 26:13, 28:2
**opposed** [1] - 16:8
**order** [7] - 5:10, 8:19, 16:1, 16:14, 16:20, 25:16, 26:10
**orderly** [2] - 24:23, 25:2
**OREGON** [1] - 2:11
**original** [1] - 15:12
**originally** [1] - 15:19
**ovarian** [2] - 17:9, 19:11
**overlap** [1] - 8:8
**overwhelming** [1] - 8:3
**own** [6] - 19:24, 20:15, 20:16, 20:24, 21:8, 21:9

**P**

**paper** [1] - 10:10
**parameters** [1] - 21:15
**PARFITT** [17] - 1:15, 5:16, 6:7, 6:12, 6:14, 7:3, 7:5, 9:14, 9:19, 10:12, 12:13, 13:1, 14:5, 22:14, 24:1, 24:17, 25:12
**part** [4] - 9:6, 11:11, 11:12, 24:18
**particular** [3] - 8:8, 13:23, 19:5
**particularly** [1] - 25:9
**parties** [5] - 15:3, 15:10, 22:18, 27:20, 29:14
**partner** [1] - 27:19
**party** [4] - 10:23, 14:16, 16:6, 28:2
**pass** [1] - 12:17
**past** [2] - 18:9, 27:14
**pathologists** [1] - 7:13
**pause** [1] - 10:7
**PCPC** [5] - 2:6, 10:17, 12:16, 14:1, 23:9
**pending** [1] - 4:11
**PENNSYLVANIA** [2] - 2:6, 2:10
**people** [11] - 6:17, 13:16, 14:18, 15:7, 15:8, 15:9, 17:5, 17:16, 18:3, 18:7, 19:25
**people's** [1] - 13:9
**perhaps** [3] - 11:8, 22:16, 24:7
**perineal** [1] - 17:8
**period** [1] - 16:13
**perspective** [1] - 7:19
**pharmacologist** [1] - 8:10
**phasing** [1] - 21:19
**phonebook** [1] - 17:17
**picture** [1] - 13:22
**Pisano** [11] - 4:11, 5:1, 14:20, 15:5, 15:13, 15:15, 22:12, 23:8, 23:19, 24:24, 25:3
**place** [1] - 29:10
**PLACITELLA** [2] - 1:16, 1:17
**plaintiff** [5] - 4:10, 5:11, 17:1, 17:7, 17:13

**plaintiff's** [1] - 6:2
**Plaintiffs** [1] - 1:17
**plan** [6] - 13:12, 22:17, 22:24, 24:4, 24:8
**planned** [1] - 25:5
**plausibility** [1] - 20:9
**plausible** [1] - 21:5
**players** [1] - 12:8
**plays** [3] - 13:21, 14:1, 27:17
**plethora** [1] - 13:16
**point** [9] - 10:1, 10:19, 12:21, 14:21, 15:6, 15:15, 16:19, 22:15, 24:17
**Pooley** [3] - 4:9, 4:16, 4:20
**position** [2] - 11:17, 13:14
**possibly** [2] - 5:21, 6:2
**POWDER** [1] - 1:4
**powder** [2] - 7:20, 17:9
**power** [1] - 14:17
**practical** [1] - 23:14
**PRACTICES** [1] - 1:5
**preliminarily** [1] - 13:1
**present** [5] - 22:19, 23:7, 24:23, 24:25, 25:7
**presentation** [1] - 22:22
**presented** [1] - 11:13
**previously** [2] - 8:25, 16:9
**primarily** [1] - 18:6
**problem** [2] - 11:5, 20:21
**proceeding** [3] - 17:11, 17:12, 27:8
**proceedings** [3] - 14:15, 28:10, 29:9
**process** [8] - 10:24, 13:3, 18:5, 18:21, 22:5, 24:8, 24:20, 26:20
**processing** [1] - 24:18
**produce** [2] - 17:4, 18:13
**produced** [5] - 9:8, 16:23, 22:6, 25:23, 25:24
**product** [1] - 19:10
**production** [13] - 9:9, 9:11, 10:3, 10:4, 14:11, 15:16, 15:20, 17:2, 17:20, 17:22, 17:23, 23:6, 26:4
**products** [2] - 7:20, 17:9

**PRODUCTS** [1] - 1:4
**Proskauer** [2] - 27:6, 27:14
**protocol** [1] - 15:22
**prove** [2] - 17:7, 17:14
**provide** [1] - 24:10
**provided** [1] - 10:20
**public** [1] - 7:14
**pure** [1] - 19:10
**purity** [1] - 18:7
**PURSUANT** [1] - 3:7
**put** [4] - 12:10, 19:3, 20:20, 24:3
**putting** [3] - 10:8, 11:10, 24:8

---

### Q

**qualifying** [1] - 14:5
**quality** [1] - 7:14
**quash** [2] - 4:8, 4:10
**quickly** [3] - 18:20, 23:20
**quite** [1] - 27:15
**quote** [1] - 19:4

---

### R

**radiation** [1] - 7:10
**raise** [2] - 11:9, 28:2
**raised** [2] - 15:5, 15:7
**RE** [1] - 1:4
**read** [1] - 21:3
**real** [1] - 5:19
**realize** [1] - 7:5
**really** [9] - 4:17, 5:22, 8:24, 9:17, 13:14, 16:10, 17:25, 18:23, 23:1
**reason** [3] - 7:16, 14:2, 25:6
**reasons** [1] - 14:16
**REATH** [1] - 1:19
**record** [8] - 4:6, 20:7, 26:24, 26:25, 27:3, 27:12, 28:7, 28:8
**recusal** [1] - 27:16
**recusing** [1] - 27:24
**redid** [1] - 17:2
**REES** [1] - 2:10
**regard** [6] - 4:7, 4:14, 7:7, 7:19, 10:5, 13:19
**regardless** [1] - 20:18
**regulatory** [2] - 7:10, 8:9
**relationship** [2] - 27:16, 27:21

**relative** [2] - 29:12, 29:15
**relevance** [1] - 20:9
**rely** [2] - 21:1, 21:3
**relying** [2] - 10:22, 20:24
**render** [1] - 6:25
**report** [1] - 26:5
**Reporter** [2] - 29:6
**REPORTER** [2] - 1:25, 3:15
**reports** [7] - 6:25, 7:7, 8:1, 17:18, 18:25, 21:23, 23:2
**represent** [4] - 6:16, 8:16, 16:12, 16:20
**representation** [1] - 14:10
**representing** [1] - 8:14
**reproduced** [1] - 25:19
**request** [3] - 21:14, 23:17, 25:3
**require** [1] - 27:16
**requires** [1] - 21:21
**resolve** [1] - 21:12
**response** [1] - 4:13
**result** [3] - 4:18, 5:7, 27:25
**results** [1] - 12:19
**review** [4] - 5:3, 19:24, 20:17, 26:10
**reviewed** [2] - 18:8, 23:8
**RFPs** [1] - 10:5
**ripe** [1] - 4:18
**rise** [2] - 4:2, 28:9
**role** [5] - 4:16, 13:22, 14:1, 14:4, 27:17
**rolling** [2] - 18:25, 26:4
**rolls** [1] - 25:18
**ROTH** [1] - 1:16
**round** [1] - 9:21
**RPR** [1] - 1:24
**rules** [1] - 27:15
**run** [1] - 16:3
**Russoniello** [4] - 3:14, 29:5, 29:22, 29:23
**RUSSONIELLO** [2] - 1:24, 3:14

---

### S

**S/Vincent** [2] - 3:14, 29:22
**SALES** [1] - 1:5
**samples** [1] - 8:23

**Sargon** [1] - 27:9
**saw** [1] - 5:18
**schedule** [1] - 23:4
**scheduling** [1] - 23:21
**science** [14] - 7:14, 7:23, 11:11, 11:12, 15:12, 16:5, 17:24, 18:8, 18:25, 19:3, 19:9, 19:13, 20:17, 20:25
**sciences** [1] - 7:15
**scientific** [1] - 19:19
**scientifically** [1] - 17:8
**seated** [1] - 4:3
**second** [2] - 10:6, 23:16
**SECTION** [1] - 3:7
**see** [8] - 10:1, 12:4, 13:9, 15:17, 19:13, 23:15, 24:20, 25:13
**sense** [1] - 24:4
**serve** [1] - 6:2
**set** [3] - 21:15, 22:12, 29:10
**SEYFARRTH** [1] - 2:4
**Sharko** [5] - 4:18, 11:2, 16:22, 22:23, 25:19
**SHARKO** [8] - 1:19, 4:21, 5:4, 16:23, 22:24, 27:4, 28:4, 28:6
**SHAW** [1] - 2:4
**SHERYL** [1] - 2:6
**show** [1] - 8:19
**side** [1] - 22:21
**SILVER** [1] - 2:9
**similar** [1] - 10:16
**simply** [2] - 8:14, 10:1
**sit** [2] - 14:13, 22:19
**sitting** [1] - 15:25
**situation** [1] - 9:20
**SKADDEN** [1] - 1:21
**slate** [3] - 11:23, 12:3, 16:10
**SLATE** [1] - 1:21
**someone** [1] - 22:9
**sometimes** [1] - 9:20
**somewhere** [1] - 23:9
**son** [1] - 27:14
**soon** [1] - 17:19
**sorry** [1] - 18:16
**sound** [1] - 17:8
**sounds** [1] - 22:24
**speaking** [1] - 5:6
**specialties** [2] - 7:18, 8:5
**specialty** [1] - 8:4

**spend** [1] - 5:2
**square** [3] - 11:19, 11:20, 12:6
**staggering** [2] - 21:23, 24:8
**stand** [1] - 20:23
**stands** [1] - 21:9
**start** [2] - 18:24, 23:20
**started** [2] - 13:3, 14:8
**starting** [5] - 11:18, 11:19, 12:5, 16:10, 21:16
**STATE** [1] - 1:8
**State** [1] - 29:7
**state** [5] - 4:22, 12:19, 14:11, 14:14, 14:17
**states** [1] - 16:9
**STATES** [2] - 1:1, 1:7
**States** [1] - 29:5
**statisticians** [1] - 7:11
**status** [2] - 14:9, 26:5
**STATUS** [1] - 1:4
**Steering** [1] - 1:17
**STENOGRAPHIC** [1] - 3:9
**stenographically** [1] - 29:9
**still** [2] - 9:4, 19:18
**stop** [1] - 17:22
**STREET** [1] - 1:8
**studies** [7] - 18:11, 18:12, 19:6, 19:7, 20:10
**study** [1] - 19:5
**submission** [3] - 5:18, 5:20, 10:9
**subpoena** [1] - 14:17
**suggested** [2] - 14:21, 15:21
**suggesting** [2] - 9:23, 12:18
**suggestion** [1] - 24:2
**summary** [1] - 5:12
**summer** [1] - 25:21
**supplemental** [2] - 9:9, 23:11
**supplementation** [1] - 12:11
**support** [4] - 16:2, 20:8, 21:6, 21:8
**supports** [1] - 19:9
**surprised** [1] - 11:2
**surprises** [1] - 20:4
**SUSAN** [1] - 1:19

**T**

**talc** [2] - 18:7, 19:10
**Talc** [1] - 2:11
**talcum** [2] - 7:20, 17:9
**teed** [1] - 23:18
**TERSIGNI** [1] - 1:20
**tested** [1] - 18:7
**testifies** [1] - 19:24
**testify** [1] - 7:2
**testimony** [1] - 21:4
**testing** [1] - 8:23
**THE** [9] - 1:1, 1:10, 2:5, 3:7, 3:9, 4:2, 10:6, 20:3, 28:9
**they've** [1] - 18:13
**thinking** [2] - 22:7, 25:8
**third** [4] - 10:23, 14:16, 15:10, 16:6
**third-party** [3] - 10:23, 14:16, 16:6
**THOMAS** [1] - 2:4
**THORNTON** [1] - 2:10
**thousands** [1] - 16:7
**three** [5] - 9:24, 10:15, 12:15, 13:24, 23:12
**throwing** [1] - 22:10
**timing** [2] - 5:8, 21:15
**TISI** [11] - 1:15, 14:8, 18:2, 18:15, 18:18, 19:20, 19:23, 20:5, 20:13, 21:1, 21:10
**TITLE** [1] - 3:7
**TO** [2] - 3:7, 3:8
**today** [7] - 4:13, 4:18, 14:13, 21:13, 21:15, 22:11, 28:5
**together** [2] - 24:3, 24:9
**toxicologist** [2] - 8:10, 19:23
**toxicologists** [2] - 7:13, 18:6
**toxicology** [1] - 18:12
**transcript** [1] - 29:8
**TRANSCRIPT** [2] - 1:4, 3:8
**TRANSCRIPTION** [1] - 3:9
**TRENTON** [1] - 1:8
**trial** [3] - 7:2, 15:2, 20:20
**trials** [1] - 17:10
**tried** [1] - 11:14
**true** [2] - 18:16, 29:8

**try** [2] - 8:11, 22:21
**trying** [4] - 13:19, 15:25, 16:2, 19:18
**twice** [1] - 14:14
**two** [8] - 8:5, 8:6, 8:7, 10:16, 12:16, 13:25, 15:25, 26:13
**types** [1] - 13:20

**U**

**U.S** [2] - 1:25, 3:15
**U.S.C** [1] - 3:7
**ultimately** [2] - 5:7, 10:20
**understood** [3] - 15:1, 15:18, 21:4
**unfortunately** [1] - 13:22
**United** [1] - 29:5
**UNITED** [2] - 1:1, 1:7
**universe** [3] - 5:20, 23:24, 26:11
**unnecessarily** [1] - 13:8
**up** [3] - 22:13, 23:18, 26:17
**USDJ** [1] - 1:10

**V**

**various** [2] - 14:16, 24:21
**VINCENT** [2] - 1:24, 3:14
**Vincent** [2] - 29:5, 29:23
**VIRGINIA** [2] - 1:15, 1:15

**W**

**wait** [2] - 15:16, 17:19
**waiting** [3] - 10:1, 17:21, 17:23
**Wales** [1] - 4:9
**WASHINGTON** [2] - 1:21, 2:4
**waste** [1] - 5:2
**waves** [1] - 9:24
**week** [2] - 15:25, 23:16
**weeks** [1] - 23:12
**wheelhouse** [1] - 8:11
**Williams** [1] - 27:5
**willing** [1] - 21:18
**winnow** [1] - 16:16
**withdrawn** [2] - 4:19, 4:25
**witness** [1] - 4:17
**witnesses** [2] - 20:7, 23:18
**WOLFSON** [38] - 1:10,

4:3, 4:6, 4:24, 5:5, 5:17, 6:9, 6:13, 6:22, 7:4, 9:7, 9:12, 9:16, 10:8, 11:1, 12:25, 14:3, 14:7, 16:22, 17:21, 18:14, 18:19, 19:22, 20:11, 20:14, 21:7, 21:12, 22:23, 23:3, 24:12, 25:6, 25:13, 26:12, 26:21, 27:3, 27:11, 28:5, 28:7
**women** [3] - 16:8, 16:12, 16:21
**won** [1] - 12:1
**world** [2] - 8:15, 15:17
**writing** [1] - 11:22
**written** [2] - 12:11, 24:14
**wrote** [1] - 14:22

**Y**

**year** [3] - 6:19, 13:17, 24:14
**years** [2] - 18:9, 20:18