## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KATHY BRADFORD<br><br>                        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., and IMERYS TALC AMERICA, INC.,<br><br>                        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 18-cv-00267 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 9, 2018 on behalf of Plaintiff, Kathy Bradford.

Dated: 1/9/2018

Respectfully Submitted by,

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Christopher L. Schnieders MO# 57725
cschnieders@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on January 9, 2018.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell
