UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Vermillion v. Johnson & Johnson et al. 3:18-cv-284 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on January 9, 2018 on behalf of Plaintiff Moira Vermillion.

Dated: January 10, 2018            Respectfully Submitted by,

                                                   /s/James D. Gotz
                                                   James D. Gotz
                                                   Steven B. Rotman
                                                   Christina M. Graziano
                                                   HAUSFELD
                                                   1700 K Street NW Suite 650
                                                   Washington, D.C. 20006
                                                   jgotz@hausfeld.com
                                                   srotman@hausfeld.com
                                                   cgraziano@hausfeld.com
                                                   **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This  10th  day of January, 2018.

                                              HAUSFELD

                                              /s/James D. Gotz
                                              James D. Gotz
                                              Steven B. Rotman
                                              Christina M. Graziano