# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> AMBER DYKEMAN, <br><br> 3:18-cv-411 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on January 11, 2018 on behalf of Amber Dykeman.

Dated: January 11, 2018

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  January 11, 2018

                                        */s/ Christopher R. LoPalo*
                                        Christopher R. LoPalo, Esq.
                                        400 Broadhollow Rd., Suite 305
                                        Melville, NY 11747
                                        Telephone: (212) 397-1000
                                        Facsimile: (646) 927-1676
                                        CLoPalo@NapoliLaw.com

                                        *Attorneys for Plaintiff*