ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiff Ruthanne Davis*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Ruthanne Davis v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-00498 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 12, 2018 on behalf of Plaintiff Ruthanne Davis.

                                                            */s/ John R. Crone*
                                                            John R. Crone
                                                            ANDRUS WAGSTAFF PC
                                                            7171 W Alaska Drive
                                                            Lakewood, CO 80226
                                                            (866) 795-9529 Telephone
                                                            (303) 376-6361 Facsimile
                                                            john.crone@andruswagstaff.com

                                                            Attorneys for Plaintiff

Dated: January 15, 2018

## CERTIFICATE OF SERVICE

   I hereby certify that on January 15, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

            */s/ John R. Crone*
            John R. Crone

            ANDRUS WAGSTAFF PC