## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: *Karyn Blanchette, Case No. 3:18-CV-00495* | **MDL DOCKET NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 12, 2018, on behalf of Plaintiff Karyn Blanchette.

Dated: January 16, 2018         Respectfully Submitted by,

                               */s/ Rolf T. Fiebiger*

                               Rolf T. Fiebiger, Esq.
                               MN Bar No. 391138
                               Michael K. Johnson, Esq.
                               MN Bar No. 258696
                               Jennell K. Shannon, Esq.
                               MN Bar No. 398672
                               **JOHNSON BECKER, PLLC**
                               444 Cedar Street, Suite 1800
                               St. Paul, MN 55101
                               Phone: 612-436-1800
                               Fax: 612-436-1801
                               Email: mjohnson@johnsonbecker.com
                               Email: rfiebiger@johnsonbecker.com
                               Email: jshannon@johnsonbecker.com

                               ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 */s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com