**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: *Rina Gutierrez, Case No. 3:18-CV-00542* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 12, 2018, on behalf of Plaintiff Rina Gutierrez.

Dated: January 16, 2018                    Respectfully Submitted by,

                                            */s/ Rolf T. Fiebiger*

                                            Rolf T. Fiebiger, Esq.
                                            MN Bar No. 391138
                                            Michael K. Johnson, Esq.
                                            MN Bar No. 258696
                                            Jennell K. Shannon, Esq.
                                            MN Bar No. 398672
                                            **JOHNSON BECKER, PLLC**
                                            444 Cedar Street, Suite 1800
                                            St. Paul, MN 55101
                                            Phone: 612-436-1800
                                            Fax: 612-436-1801
                                            Email: mjohnson@johnsonbecker.com
                                            Email: rfiebiger@johnsonbecker.com
                                            Email: jshannon@johnsonbecker.com

                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 */s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com