## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2738 (FLW) (LHG) <br> : JUDGE FREDA L. WOLFSON <br> : MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates To: <br><br> BEVERLY and TERRY MILES. | : <br> : Civil Action No.: 3:18-cv-00743 <br> : <br> : <br> : |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 18, 2018 on behalf of Plaintiffs Beverly and Terry Miles.

Dated this 18th day of January, 2018.   Respectfully Submitted By:

**COHEN & MALAD, LLP**

/s/ Jeff S. Gibson
Greg L. Laker, Atty. No. 10322-49
Jeff S. Gibson, Atty. No. 22362-49
TaKeena T. Sandifer, Atty. No. 28807-53
Jonathan A. Knoll, Atty. No. 29324-49
*Attorneys for Plaintiffs*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
glaker@cohenandmalad.com
jgibson@cohenandmalad.com
tsandifer@cohenandmalad.com
jknoll@cohenandmalad.com
Telephone: (317) 636-6481
Fax: (317) 636-2593

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                              **COHEN & MALAD, LLP**

                                              /s/ Jeff S. Gibson
                                              Jeff S. Gibson, Atty. No. 22362-49
                                              *Attorney for Plaintiffs*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone:  (317) 636-6481
Fax:  (317) 636-2593