AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Christynn Vierra | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:16-md-2738-FLW-LHG |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christynn Vierra                                              .

Date:   01/19/2018

s/ Douglas R. Plymale
*Attorney's signature*

Douglas R. Plymale (LSBA #28409)
*Printed name and bar number*

201 St. Charles Ave., Suite 2500
New Orleans, LA  70170

*Address*

drplymale@plymalelawfirm.com
*E-mail address*

(504) 355-0092
*Telephone number*

(504) 662-3801
*FAX number*