## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>JULIE MACLIN,<br><br>        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:18-cv-00333-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 2 (Direct Filing) and Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 9, 2018, on behalf of Plaintiff JULIE MACLIN.

Dated: January 19, 2018          Respectfully Submitted,

        By:    */s/ James A. Morris, Jr.*
                  James A. Morris, Jr.
                  4111 W. Alameda Ave.
                  Suite 611
                  Burbank, CA 91505
                  747-283-1144 Phone
                  747-283-1143 Facsimile
                  jmorris@jamlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available to viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.