## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO: JULIE MACLIN,  Plaintiff, v. JOHNSON & JOHNSON, et. al.  Defendants | Case No. 3:18-cv-00333-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 2 (Direct Filing) and Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 9, 2018, on behalf of Plaintiff JULIE MACLIN.

Dated: January 19, 2018

Respectfully Submitted,

By: */s/ James A. Morris, Jr.*
James A. Morris, Jr.
4111 W. Alameda Ave.
Suite 611
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.
