**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* <br> *Cynthia Sheaffer, et al. v. Johnson & Johnson, et al.* <br> 3:18-cv-603 | |

**NOTICE OF FILING**

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 16, 2018 on behalf of Plaintiffs Cynthia Sheaffer and Karl Sheaffer, w/h.

**DATED:** **January 22, 2018**         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Steven D. Resnick*
　　　　　　　　　　　　　　　　　　　Steven D. Resnick, Esquire
　　　　　　　　　　　　　　　　　　　GOLOMB & HONIK, P.C.
　　　　　　　　　　　　　　　　　　　1515 Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　Phone:  (215) 985-9177
　　　　　　　　　　　　　　　　　　　Fax:      (215) 985-4169
　　　　　　　　　　　　　　　　　　　Email: sresnick@golombhonik.com

　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I Steven D. Resnick, hereby certify that on this **22nd** day of **January 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **January 22, 2018**

/s/ Steven D. Resnick
Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*