**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

---

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* <br> *Sandra DiVenanzo v. Johnson & Johnson, et al.* <br> 3:18-cv-611 | |

**NOTICE OF FILING**

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 15, 2018

on behalf of Plaintiff, Sandra DiVenanzo.

**DATED:**     **January 22, 2018**          Respectfully submitted,

*/s/ Steven D. Resnick*

Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone:  (215) 985-9177
Fax:     (215) 985-4169
Email: sresnick@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Steven D. Resnick, hereby certify that on this **22nd** day of **January 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**      **January 22, 2018**

 */s/ Steven D. Resnick*

Steven D. Resnick, Esquire
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  sresnick@golombhonik.com

*Attorney for Plaintiff*