UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This document relates to:<br><br>CherylAnn Fernandes | ) ) MDL No. 2738 (FLW)(LHG) ) ) Case No. 3:17-cv-13067 ) ) ) ) ) |

NOTICE OF FILING OF SHORT FORM COMPLAINT

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaint), that the Short Form Complaint with Jury Demand was filed on January 22, 2018 on behalf of CherylAnn Fernandes.

    Plaintiff CherylAnn Fernandes

    By:__/s/ Joel E. Brown_____
    Joel E. Brown, Illinois Bar No. 6212326
    Attorney for Plaintiff
    416 Main Street, Suite 1300
    Peoria, Illinois 61602
    Tel. 309-673-4357
    Fax 309-673-6119
    jebrownlaw@sbcglobal.net

CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

    /s/ Joel E. Brown
    Illinois Bar No. 6212326
    Attorney for Defendant
    416 Main Street, Suite 1300
    Peoria, IL 61602
    Phone: 309-673-4357
    Fax: 309-673-6119
    Email: jebrownlaw@sbcglobal.net