## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) **MDL No. 16-2738 (FLW)(LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |
| _____ | ) ) ) **NOTICE OF FILING** |
| This Document Relates to: Donna Crook, as the administrator of the estate of Jewel Crook v. Johnson & Johnson, et al Civil Action No. 3:18-cv-00876 | ) ) ) ) ) |

### Notice of Filing

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 22, 2018 on behalf of Donna Crook as the administrator of the estate of Jewel Crook.

Date: Monday, January 22, 2018

Respectfully Submitted,
/s/ *Gary A. Anderson*
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
Donald E. Blankenship, Jr.
Environmental Litigation Group, P.C.
2160 Highland Ave South
Birmingham, Alabama 35205

**ATTORNEYS FOR THE PLAINTIFFS**

### Certificate of Service

I hereby certify that on Monday, January 22, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Gary A. Anderson*
Gary A. Anderson