## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>JANIE R. WALLER,<br><br>        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:18-cv-00465-FLW-LHG |

## **NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 2 (Direct Filing) and Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 11, 2018, on behalf of Plaintiff JANIE R. WALLER.

Dated: January 22, 2018                            Respectfully Submitted,

                                             By:     */s/ James A. Morris, Jr.*
                                                         James A. Morris, Jr.
                                                         4111 W. Alameda Ave.
                                                         Suite 611
                                                         Burbank, CA 91505
                                                         747-283-1144 Phone
                                                         747-283-1143 Facsimile
                                                         jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.