### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Mary Maher,<br><br>3:18-cv-00240 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 12, 2017 on behalf of Plaintiff Mary Maher.

Dated: January 23, 2018

                                          Respectfully submitted,

                                        /s/ *Warren T. Burns*

                                        Korey A. Nelson (LA #30002)
                                        Amanda K. Klevorn (LA #35193)
                                        **BURNS CHAREST LLP**
                                        365 Canal Street, Suite 1170
                                        New Orleans, Louisiana 70130
                                        T: 504.799.2845
                                        F: 504.881.1765
                                        E: aklevorn@burnscharest.com
                                             knelson@burnscharest.com

                                        **AND**

> Warren T. Burns (TX #24053119)
> Daniel H. Charest (TX #24057803)
> Spencer M. Cox (TX #24097540)
> **BURNS CHAREST LLP**
> 900 Jackson Street, Suite 500
> Dallas, Texas 75202
> T: 469.904.4550
> F: 469.444.5002
> E: wburns@burnscharest.com
>   dcharest@burnscharest.com
>   scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> /s/ Warren T. Burns
> _____
> Warren T. Burns (TX #24053119)
> **BURNS CHAREST LLP**
> 900 Jackson Street, Suite 500
> Dallas, Texas 75202
> T: 469.904.4550
> F: 469.444.5002
> E: wburns@burnscharest.com