## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG)  <br><br>Civil Action No.: 3:18-cv-00985 |
| This Document Relates to: <br> *Crowley et al. v. Johnson & Johnson et al* <br> Case No.  3:18-cv-00985 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order No. 8, that the Short Form Complaint with Jury Demand was filed on January 24, 2018 on behalf of Darby and David Crowley.

Dated: January 24, 2018

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN**

By: /s/ Wendy Fleishman

Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

### Certificate of Service

I hereby certify that on January 24, 2018 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

/s/ Wendy Fleishman

Wendy R. Fleishman

1491793.1