# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG) <br><br> Civil Action No.: 3:18-cv-00985 |
| This Document Relates to: <br> *Crowley et al. v. Johnson & Johnson et al* <br> Case No.  3:18-cv-00985 | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the appearance of Wendy R. Fleishman as counsel for Plaintiffs Darby and David Crowley.

Dated: January 24, 2018

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ Wendy Fleishman

Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

## Certificate of Service

I hereby certify that on January 24, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

/s/ Wendy Fleishman
Wendy R. Fleishman