**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON TALCUM :
POWDER PRODUCTS MARKETING, SALES :
PRACTICES, AND PRODUCTS LIABILITY :   MDL No. 2738 (FLW) (LHG)
LITIGATION                    :   JUDGE FREDA L. WOLFSON
                             :   MAG. JUDGE LOIS H. GOODMAN

This Document Relates To:       :
                             :   Civil Action No.: 3:18-cv-01009.
SUSAN HERRING.           :
                             :

**NOTICE OF FILING**

      Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints), that the Short Form Complaint with Jury Demand was filed on January 25, 2018 on

behalf of Plaintiff Susan Herring.

      Dated this 25th day of January, 2018.      Respectfully Submitted By:

                                                  **COHEN & MALAD, LLP**

                                                  /s/ Jeff S. Gibson
                                                  Greg L. Laker, Atty. No. 10322-49
                                                  Jeff S. Gibson, Atty. No. 22362-49
                                                  TaKeena T. Sandifer, Atty. No. 28807-53
                                                  Jonathan A. Knoll, Atty. No. 29324-49
                                                  *Attorneys for Plaintiff*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
glaker@cohenandmalad.com
jgibson@cohenandmalad.com
tsandifer@cohenandmalad.com
jknoll@cohenandmalad.com
Telephone:  (317) 636-6481
Fax:  (317) 636-2593

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25th, 2018, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

COHEN & MALAD, LLP

/s/ Jeff S. Gibson
Jeff S. Gibson, Atty. No. 22362-49
*Attorney for Plaintiff*

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone:  (317) 636-6481
Fax:  (317) 636-2593