## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>LETICIA NINI<br><br>3:18-cv-01014 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on January 25, 2018 on behalf of Leticia Nini.

Dated: January 25, 2018                     Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  January 25, 2018

            */s/ Christopher R. LoPalo*
            Christopher R. LoPalo, Esq.
            400 Broadhollow Rd., Suite 305
            Melville, NY 11747
            Telephone: (212) 397-1000
            Facsimile: (646) 927-1676
            CLoPalo@NapoliLaw.com

            *Attorneys for Plaintiff*