# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>KATHRYN TADDEI and RUSSELL TADDEI,<br><br>3:18-cv-01062 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on January 26, 2018 on behalf of Kathryn Taddei and Russell Taddei.

Dated: January 26, 2018              Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  January 26, 2018

                                         */s/ Christopher R. LoPalo*
                                         Christopher R. LoPalo, Esq.
                                         400 Broadhollow Rd., Suite 305
                                         Melville, NY 11747
                                         Telephone: (212) 397-1000
                                         Facsimile: (646) 927-1676
                                         CLoPalo@NapoliLaw.com

                                         *Attorneys for Plaintiff*