## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| DOROTY ALGER<br>Plaintiff, | COMPLAINT AND JURY DEMAND |
| v. | Civil Action No.: 3:18-CV-01117 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 26, 2018, 2018.

Dated: January 29, 2018.

                Respectfully submitted,

                /s/ M. Brandon Smith
                M. BRANDON SMITH, Esq.
                Georgia Bar Number: 141418
                CHILDERS, SCHLUETER & SMITH, LLC
                1932 N. Druid Hills Road, Suite 100
                Atlanta, GA 30319
                Phone: 404.419.9500
                Fax: 404.419.9501
                bsmith@cssfirm.com
                *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>*/s/* M. Brandon Smith
>M. BRANDON SMITH, Esq.
>
>*Attorney for Plaintiff(s)*