Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | Civil No. 3:16-md-2738-FLW-LHG |
| TALCUM POWDER PRODUCTS MARKETING, ) | |
| SALES PRACTICES ) | MDL NO. 2738 |
| AND PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| Paul Carver, Individually and O/B/O Lisa Carver; ) | |
| Case No. 3:18-cv-01039 ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 25, 2018 on behalf of Plaintiff, Paul Carver, Individually and O/B/O Lisa Carver.

Dated: January 29, 2018

By: /s/ Sindhu Daniel
Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 29, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Sindhu Daniel*
Sindhu Daniel