UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Seung Jae Hong, Individually, and as Personal Representative of the Estate of Seung Yeon Hong v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-10627-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint and Jury Demand was filed on November 1, 2017 on behalf of the plaintiff, Seung Jae Hong, Individually, and as Personal Representative of the Estate of Seung Yeon Hong.

Dated: January 30, 2018　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　**MOTLEY RICE LLC**

　　　　　　　　　　　　　　　　　　　　/s/ Carmen S. Scott
　　　　　　　　　　　　　　　　　　　　Carmen S. Scott
　　　　　　　　　　　　　　　　　　　　cscott@motleyrice.com
　　　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　　　Mt. Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　(843) 216-9160
　　　　　　　　　　　　　　　　　　　　(843) 216-9450 (Facsimile)

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                **MOTLEY RICE LLC**

                                /s/ Carmen S. Scott
                                Carmen S. Scott