UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Amanda Smith and Patrick Hall, Individually and on behalf of the Estate of Donna J. Smith v. Johnson & Johnson, Inc, et al*<br>*3:18-cv-00809* | MDL NO. 16-2738 (FLW)(LHG)<br><br>3:16-md-02738-FLW-LHG<br><br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 19, 2018 on behalf of Plaintiffs Amanda Smith and Patrick Hall, Individually and on behalf of the Estate of Donna J. Smith.

Dated: January 30, 2018                                                  Respectfully Submitted,

                                                                                      By: /s/ Philip Bohrer
                                                                                      Philip Bohrer (LA Bar No. 14089)
                                                                                      Scott E. Brady (LA Bar No. 24976)
                                                                                      BOHRER BRADY, LLC
                                                                                      8712 Jefferson Highway, Suite B
                                                                                      Baton Rouge, LA  70809
                                                                                      Telephone: (225) 925-5297
                                                                                      Facsimile: (225) 231-7000
                                                                                      phil@bohrerbrady.com
                                                                                      scott@bohrerbrady.com

                                                                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    */s/ Philip Bohrer*
                                                    Philip Bohrer