SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Jessica L. Kietur v. Johnson & Johnson, et al.* Case No. 3:18-cv-01283 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 30, 2018 on behalf of Plaintiff Jessica L. Kietur.

Dated: January 30, 2018                          Respectfully Submitted,

                                                 *s/ Trent B. Miracle*
                                                 Trent B. Miracle
                                                 John J. Foley
                                                 Andy S. Williams
                                                 Eric S. Johnson
                                                 **SIMMONS HANLY CONROY**
                                                 One Court Street
                                                 Alton, IL 62002
                                                 Telephone:  618.259.2222
                                                 Facsimile:  618.259.2251
                                                 tmiracle@simmonsfirm.com
                                                 jfoley@simmonsfirm.com
                                                 awilliams@simmonsfirm.com
                                                 ejohnson@simmonsfirm.com

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served

via the Court's electronic filing system on this 30th day of January, 2018 to all parties of interest.

                                                 *s/ Trent B. Miracle*
                                                 Trent B. Miracle