SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG <br><br> JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Catrina Wagner v. Johnson & Johnson, et al.* <br> Case No. 3:18-cv-01277 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 30, 2018 on behalf of Plaintiff Catrina M. Wagner.

Dated: January 30, 2018                                         Respectfully Submitted,

                                                                *s/ Trent B. Miracle*
                                                                Trent B. Miracle
                                                                John J. Foley
                                                                Andy S. Williams
                                                                Eric S. Johnson
                                                                **SIMMONS HANLY CONROY**
                                                                One Court Street
                                                                Alton, IL 62002
                                                                Telephone:  618.259.2222
                                                                Facsimile:   618.259.2251
                                                                tmiracle@simmonsfirm.com
                                                                jfoley@simmonsfirm.com
                                                                awilliams@simmonsfirm.com
                                                                ejohnson@simmonsfirm.com

                                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 30th day of January, 2018 to all parties of interest.

                                                                *s/ Trent B. Miracle*
                                                                Trent B. Miracle