SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Sandy Toro v. Johnson & Johnson, et al.* Case No. 3:18-cv-01261 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 30, 2018 on behalf of Plaintiff Sandy Toro.

Dated: January 30, 2018                    Respectfully Submitted,

                                           *s/ Trent B. Miracle*
                                           Trent B. Miracle
                                           John J. Foley
                                           Andy S. Williams
                                           Eric S. Johnson
                                           **SIMMONS HANLY CONROY**
                                           One Court Street
                                           Alton, IL 62002
                                           Telephone:  618.259.2222
                                           Facsimile:  618.259.2251
                                           tmiracle@simmonsfirm.com
                                           jfoley@simmonsfirm.com
                                           awilliams@simmonsfirm.com
                                           ejohnson@simmonsfirm.com

                                           *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served

via the Court's electronic filing system on this 30th day of January, 2018 to all parties of interest.

                                           *s/ Trent B. Miracle*
                                           Trent B. Miracle