SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ELEONOR MACIAS V. JOHNSON & JOHNSON, ET AL.*<br>CASE NO. 3:18-CV-01321 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 30, 2018 on behalf of Plaintiff Eleonor Macias.

Dated: January 31, 2018               Respectfully Submitted,

                                     */s/ Trent B. Miracle*
                                     Trent B. Miracle
                                     John J. Foley
                                     Andy S. Williams
                                     Eric S. Johnson
                                     **SIMMONS HANLY CONROY**
                                     One Court Street
                                     Alton, IL 62002
                                     Telephone:  618.259.2222
                                     Facsimile:   618.259.2251
                                     tmiracle@simmonsfirm.com
                                     jfoley@simmonsfirm.com
                                     awilliams@simmonsfirm.com
                                     ejohnson@simmonsfirm.com

                                     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 31st day of January, 2018 to all parties of interest.

*/s/ Trent B. Miracle*
Trent B. Miracle