**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL NO. 16-2738 JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| RITA WINTERS and ARCHIE WINTERS | COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No. 3:18-cv-01271 |
| -vs- | DIRECT FILED ACTION |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC) | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 30, 2018 on behalf of Rita Winters and Archie Winters.

Dated:  January 31, 2018.

Respectfully submitted,

/s/ Zollie C. Steakley
Zollie C. Steakley (TX-24029484); (MS-100517)
Harrison Davis Steakley Morrison Jones, PC
P. O. Drawer 21387
Waco, Texas 76712
T:  (254) 761-3300 Telephone
F:  (254) 762-3301 Facsimile
Email:  Zollie@TheTrialLawyers.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on January 31, 2018, a copy of the foregoing **NOTICE OF FILING** was filed electronically with the Court through its CM/ECF filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Zollie C. Steakley

Zollie C. Steakley (TX-24029484); (MS-100517)
