UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Margaret Arnold and David Arnold | MDL NO. 16-2738 (FLW) (LHG)<br><br>Civil Case No. 3:18-cv-01219 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 29, 2018 on behalf of Plaintiffs Margaret Arnold and David Arnold.

Dated: January 29, 2018

Respectfully submitted,

By: \_\_\_\_\_/s/ Alan S. Lazar\_\_\_\_\_
Alan S. Lazar, Esq.
Stanley D. Saltzman, Esq.
Adam M. Tamburelli, Esq.
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-808
alazar@marlinsaltzman.com
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

**MCGOWAN, HOOD & FELDER, LLC**
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, South Carolina 29464
Telephone: (843) 388-7202
Facsimile: (843) 388-3194
jward@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
S. Randall Hood
1539 Health Care Drive
Rock Hill, South Carolina
803-327-7800 (general)
rhood@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
John G. Felder, Jr.
1517 Hampton Street
Columbia, South Carolina   29201
(803)  779-0100
(803)  256-0702 Facsimile
jfelder@mcgowanhood.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Alan S. Lazar, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on January 29, 2018.

By:   /s/ Alan S. Lazar