# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-MD-02738-FLW-LGH |

This document relates to:

CAROL OBERLIN,

                Plaintiff,        CASE NO. 3:17-CV-03946-FLW-LGH

v.

JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; IMERYS TALC AMERICA, INC. f/k/a/ LUZENCA AMERICA, INC.,

                Defendants.

## **NOTICE OF APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Rachel B. Abrams of Levin Simes LLP, as lead counsel for Plaintiff Carol Oberlin in the above-entitled and numbered case.

**DATED**: January 31, 2018      By:   /s/ *Rachel Abrams*
                                                       Rachel Abrams
                                                       LEVIN SIMES LLP
                                                       44 Montgomery Street
                                                       32nd Floor
                                                       San Francisco, CA 94104
                                                       Tel: 415.426.3000
                                                       Fax: 415.426.3001
                                                       rabrams@levinsimes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Rachel B. Abrams
**Rachel B. Abrams**