## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY　　　MDL NO. 3:16-MD-02738-FLW-LGH
LITIGATION

This document relates to:

MICHELE S. PULASKI,

　　　　　　　Plaintiff,　　　　　　CASE NO. 4:17-CV-01601-FLW-LGH

v.

JOHNSON & JOHNSON; JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.; IMERYS TALC
AMERICA, INC. f/k/a/ LUZENCA AMERICA, INC.,

　　　　　　　Defendants.

## NOTICE OF APPEARANCE

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Rachel B. Abrams of Levin Simes LLP, as lead counsel for Plaintiff Michele S. Pulaski in the above-entitled and numbered case.

**DATED**: January 31, 2018　　　　By:　　*/s/ Rachel Abrams*
　　　　　　　　　　　　　　　　　　　　Rachel Abrams
　　　　　　　　　　　　　　　　　　　　LEVIN SIMES LLP
　　　　　　　　　　　　　　　　　　　　44 Montgomery Street
　　　　　　　　　　　　　　　　　　　　32nd Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Tel: 415.426.3000
　　　　　　　　　　　　　　　　　　　　Fax: 415.426.3001
　　　　　　　　　　　　　　　　　　　　rabrams@levinsimes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ Rachel B. Abrams*
**Rachel B. Abrams**
