# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-MD-02738-FLW-LGH |
| This document relates to: | |
| MICHELE M. PYRAM, | |
| Plaintiff, | CASE NO. 3:17-CV-03946-FLW-LGH |
| v. | |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; IMERYS TALC AMERICA, INC. f/k/a/ LUZENCA AMERICA, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Rachel B. Abrams of Levin Simes LLP, as lead counsel for Plaintiff Michele M. Pyram in the above-entitled and numbered case.

**DATED**: January 31, 2018         By:   */s/ Rachel Abrams*
Rachel Abrams
LEVIN SIMES LLP
44 Montgomery Street
32nd Floor
San Francisco, CA 94104
Tel: 415.426.3000
Fax: 415.426.3001
rabrams@levinsimes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ Rachel B. Abrams*
**Rachel B. Abrams**