## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY      MDL NO. 3:16-MD-02738-FLW-LGH
LITIGATION

This document relates to:

JOHN SALAVICS,

                Plaintiff,          CASE NO. 3:17-CV-00798-FLW-LGH

v.

JOHNSON & JOHNSON; JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.; IMERYS TALC
AMERICA, INC. f/k/a/ LUZENCA AMERICA, INC.,

                Defendants.

## NOTICE OF APPEARANCE

## TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Rachel B. Abrams of Levin Simes LLP, as lead counsel for Plaintiff John Salavics in the above-entitled and numbered case.

**DATED**: January 31, 2018      By:    */s/ Rachel Abrams*
                                  Rachel Abrams
                                  LEVIN SIMES LLP
                                  44 Montgomery Street
                                  32nd Floor
                                  San Francisco, CA 94104
                                  Tel:  415.426.3000
                                  Fax: 415.426.3001
                                  rabrams@levinsimes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ Rachel B. Abrams*
**Rachel B. Abrams**