## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY    MDL NO. 3:16-MD-02738-FLW-LGH
LITIGATION

This document relates to:

DENISE STONE,

                     Plaintiff,           CASE NO. 3:17-CV-03946-FLW-LGH

v.

JOHNSON & JOHNSON; JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.; IMERYS TALC
AMERICA, INC. f/k/a/ LUZENCA AMERICA, INC.,

                     Defendants.

## NOTICE OF APPEARANCE

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Rachel B. Abrams of Levin Simes LLP, as lead counsel for Plaintiff Denise Stone in the above-entitled and numbered case.

**DATED**: January 31, 2018        By:    */s/ Rachel Abrams*
                                                  Rachel Abrams
                                                  LEVIN SIMES LLP
                                                  44 Montgomery Street
                                                  32nd Floor
                                                  San Francisco, CA 94104
                                                  Tel: 415.426.3000
                                                  Fax: 415.426.3001
                                                  rabrams@levinsimes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Rachel B. Abrams
**Rachel B. Abrams**