SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cindy Johnson v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-1315 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 30, 2018 on behalf of Plaintiff Cindy Johnson.

Dated: January 30, 2018　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Trent B. Miracle*
　　　　　　　　　　　　　　　　　　　　　　Trent B. Miracle
　　　　　　　　　　　　　　　　　　　　　　John J. Foley
　　　　　　　　　　　　　　　　　　　　　　Andy S. Williams
　　　　　　　　　　　　　　　　　　　　　　Eric S. Johnson
　　　　　　　　　　　　　　　　　　　　　　**SIMMONS HANLY CONROY**
　　　　　　　　　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　　　　　　　　　Alton, IL 62002
　　　　　　　　　　　　　　　　　　　　　　Telephone:  618.259.2222
　　　　　　　　　　　　　　　　　　　　　　Facsimile:   618.259.2251
　　　　　　　　　　　　　　　　　　　　　　tmiracle@simmonsfirm.com
　　　　　　　　　　　　　　　　　　　　　　jfoley@simmonsfirm.com
　　　　　　　　　　　　　　　　　　　　　　awilliams@simmonsfirm.com
　　　　　　　　　　　　　　　　　　　　　　ejohnson@simmonsfirm.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 30th day of January 2018 to all parties of interest.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Trent B. Miracle*
　　　　　　　　　　　　　　　　　　　　　　Trent B. Miracle