# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Mitzie M. Fisher v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-12382-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint and Jury Demand was filed on January 31, 2018 on behalf of the plaintiff, Mitzie M. Fisher.

Dated:  February 1, 2018               Respectfully Submitted by,

                                        **MOTLEY RICE LLC**

                                      /s/ Carmen S. Scott
                                      Carmen S. Scott
                                      cscott@motleyrice.com
                                      28 Bridgeside Blvd.
                                      Mt. Pleasant, SC 29464
                                      (843) 216-9160
                                      (843) 216-9450 (Facsimile)

                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                      **MOTLEY RICE LLC**

                                      /s/ Carmen S. Scott
                                      Carmen S. Scott