# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*George Harter, as Personal Representative of the Estate of Patsy Harter v. Johnson & Johnson, et al.* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 1, 2018 on behalf of the plaintiff, George Harter, as Personal Representative of the Estate of Patsy Harter.

Dated:  February 1, 2018

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone:  843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone:  803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 1, 2018, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

             MCGOWAN, HOOD & FELDER, LLC

             */s/ James L. Ward, Jr.*
             James L. Ward, Jr.
             321 Wingo Way, Suite 103
             Mt. Pleasant, SC 29464
             Phone:  843-388-7202
             jward@mcgowanhood.com

             S. Randall Hood
             1539 Health Care Drive
             Rock Hill, SC 29732
             Phone:  803-327-7800
             rhood@mcgowanhood.com

             John Gressette Felder, Jr.
             1517 Hampton Street
             Columbia, SC 29201
             Phone: 803-779-0100
             jfelder@mcgowanhood.com