IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION | MDL NO 16-2738 (FLW)(LHG) |
| THIS DOCUMENT RELATES TO | |
| Patricia A. Tollari and Anthony Tollari, w/h Case No.: 3:18-cv-01292 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Patricia A. Tollari and Anthony Tollari, w/h.

Respectfully Submitted by,

**NASS CANCELLIERE BRENNER**

*/s/ Edward M. Nass*
EDWARD M. NASS, #34588 PA
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone: (215) 546-8200
Facsimile: (215) 545-1591
emnass@ncblawfirm.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of February, 2018.

                                                                            */s/ Edward M. Nass*
                                                                            EDWARD M. NASS