UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SAMMIE SCHINDLER,<br><br>                        **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                        **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:18-cv-01474<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

    Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 2, 2018 on behalf of Plaintiff, Sammie Schindler.

    Dated: January 31, 2018

                                              Respectfully submitted,

                                              */s/ Eric D. Pearson*
                                              Eric D. Pearson
                                              Texas State Bar No. 15690472
                                              eric@hop-law.com
                                              HEYGOOD, ORR & PEARSON
                                              6363 North State Hwy 161, Suite 450
                                              Irving, Texas 75038
                                              (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF