**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>DOROTHY GOODWILL WHITE, DAUGHTER AND NEXT OF KIN TO MARY GOODWILL, DECEASED<br><br>3:18-cv-01490-FLW-LHG | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 2, 2018 on behalf of Plaintiff, Dorothy Goodwill White, Daughter and Next of Kin to Mary Goodwill, Deceased.

Dated:  February 2, 2018

                                                    Respectfully submitted,

                                                    */s/ Kelsey L. Stokes*
                                                    Kelsey L. Stokes (TX Bar No. 24083912)
                                                    kelsey_stokes@fleming-law.com
                                                    Rand P. Nolen (TX Bar No. 00788126)
                                                      rand_nolen@fleming-law.com
                                                    FLEMING, NOLEN & JEZ, L.L.P.
                                                     2800 Post Oak Blvd., Suite 4000
                                                     Houston, Texas 77056-6109
                                                     Tel:  713-621-7944
                                                     Fax: 713-621-9638

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Kelsey L. Stokes*
Kelsey L. Stokes (TX Bar No. 24083912)
kelsey_stokes@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel:  713-621-7944
Fax: 713-621-9638