UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Delta Rachel Reynolds v. Johnson & Johnson, et al.,*<br>Civil Action No. 3:18-cv-00756-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on January 18, 2018 on behalf of Plaintiff Delta Rachel Reynolds.

Dated: February 2, 2018

Respectfully submitted by,

/s/ *Meghan E. McCormick*
Meghan E. McCormick
LEVIN SIMES LLP
44 Montgomery St., 32nd Floor
San Francisco, California 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*/s/ Meghan E. McCormick*
Meghan E. McCormick