## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Susan Katz Persinger, et al. v. Johnson & Johnson, et al.,* <br> Civil Action No. 3:18-cv-00754-FLW-LHG | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on January 18, 2018 on behalf of Plaintiff Susan Katz Persinger.

Dated: February 2, 2018

Respectfully submitted by,

/s/ *Meghan E. McCormick*

Meghan E. McCormick

LEVIN SIMES LLP

44 Montgomery St., 32nd Floor

San Francisco, California 94104

Telephone: (415) 426-3000

Facsimile: (415) 426-3001

Email: mmccormick@levinsimes.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*/s/ Meghan E. McCormick*
Meghan E. McCormick