UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KURT KNIERIM and PETER KNIERIM, individually, and WILLIS MARIAN KNIERIM, individually and as personal representative of the ESTATE OF PATRICIA LOUISE KNIERIM, DECEASED,<br><br>                    Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-01526<br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 5, 2018 on behalf of Plaintiffs Kurt Knierim and Peter Knierim, individually, and Willis Marian Knierim, individually and as personal representative of the Estate of Patricia Louise Knierim, deceased.

Dated: February 5, 2018

                                          Respectfully submitted,

                                          */s/ Eric D. Pearson*
                                          Eric D. Pearson
                                          Texas State Bar No. 15690472
                                          eric@hop-law.com
                                          HEYGOOD, ORR & PEARSON
                                          6363 North State Hwy 161, Suite 450

Irving, Texas 75038  
(214) 237-9001 Telephone  
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   **Eric D. Pearson**  
Eric D. Pearson

ATTORNEY FOR PLAINTIFF