# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sandra Santiago v. Johnson & Johnson, et al.*<br>*Docket Number: 3:17-cv-09350-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sandra Santiago.

This 5th day of February, 2018.

                              Respectfully submitted,

                              ONDERLAW, LLC

        By:    */s/ Stephanie L. Rados*
                  James G. Onder, #38049 MO
                  William W. Blair, #58196 MO
                  Stephanie L. Rados, #65117 MO
                  110 E. Lockwood, 2nd Floor
                  St. Louis, MO 63119
                  314-963-9000 telephone
                  314-963-1700 facsimile
                  onder@onderlaw.com
                  blair@onderlaw.com
                  rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of February, 2018.

/s/ Stephanie L. Rados