**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Alicia Riggs vs. Johnson & Johnson, et al.*<br>Case No.:  3:17-cv-09539-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alicia Riggs.

This 5th day of February, 2018.

											Respectfully submitted,

											ONDERLAW, LLC

By:		*/s/ Stephanie L. Rados*
			James G. Onder, #38049 MO
			William W. Blair, #58196 MO
			Stephanie L. Rados, #65117 MO
			110 E. Lockwood, 2nd Floor
			St. Louis, MO  63119
			314-963-9000 telephone
			314-963-1700 facsimile
			onder@onderlaw.com
			blair@onderlaw.com
			rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of February, 2018.

*/s/ Stephanie L. Rados*
