# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**ORDER TERMINATING MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**THIS MATTER** having been opened to the Court by the parties at the December 7, 2017 Case Management Conference; it appearing that Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. moved in numerous cases outlined in Exhibit 1 of this Order, to dismiss certain plaintiffs' complaints based on lack of personal jurisdiction; it appearing that the parties have resolved the personal jurisdiction issues raised by these motions,

**IT IS** on this ___ day of February, 2018,

**ORDERED** that the motions listed on Exhibit 1 of this Order shall be **ADMINISTRATIVELY TERMINATED** until further order of this Court.

_____
Hon. Freda L. Wolfson, U.S.D.J.

# EXHIBIT 1

## LIST OF TERMINATED MOTIONS

| Case Name | Docket No. | Terminated Motions |
|---|---|---|
| *Sharon McBee, et al. v. Johnson & Johnson, et al.* | 3:17-cv-5720 | Johnson & Johnson Defendants' Motion to Dismiss filed September 5, 2017. |
| *Donna McNichols, et al. v. Johnson & Johnson, et al.* | 3:17-cv-5719 | Johnson & Johnson Defendants' Motion to Dismiss filed September 5, 2017. |