UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**CASE MANAGEMENT ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party and hearing oral argument of counsel, and for good cause shown,

**IT IS** on this _____ day of _____ 2017 hereby:

**ORDERED** as follows:

1. Plaintiffs' request for additional time to review the December 2017 document production is DENIED.

2. Plaintiffs' request to shift the cost of reviewing the December 2017 document production is DENIED.

3. To the extent that Plaintiffs desire to take depositions prior to completion of general causation expert reports, Plaintiffs may notice one Rule 30(b)(6) deposition per defendant, limited to the following subjects: a) composition of the Products; b) testing of the Products by Defendants; c) sampling of the Products by Defendants; and d) any influence or bias in the published scientific literature caused by Defendants.

    4.       The Parties have agreed upon a testing protocol to test the available samples (the "Samples") of the products at issue (the "Products").  The agreed upon protocol is expected to be approved by the Court.

    5.       Plaintiffs' initial experts reports on general causation shall be served within 45 days from the date test results of the Samples are received.

DATED:  February 6, 2018　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　Joel A. Pisano, U.S.D.J. (Ret.)