**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Harriett Coomer vs. Johnson & Johnson, et al.*<br>*Case No.: 3:17-cv-09863* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Harriett Coomer.

This 6th day of February, 2018.

                                      Respectfully submitted,

                                      ONDERLAW, LLC

      By:    */s/ Stephanie L. Rados*
                 James G. Onder, #38049 MO
                 William W. Blair, #58196 MO
                 Stephanie L. Rados, #65117 MO
                 110 E. Lockwood, 2nd Floor
                 St. Louis, MO  63119
                 314-963-9000 telephone
                 314-963-1700 facsimile
                 onder@onderlaw.com
                 blair@onderlaw.com
                 rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of February, 2018.

      */s/ Stephanie L. Rados*