UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.     Date: February 7, 2018
Court Reporter: Vincent Russoniello

TITLE OF CASE:                       CIVIL 16-2738(FLW)

In Re: Johnson & Johnson Talcum Powder
Products Marketing, Sales Practices &
Product Liability Litigation

APPEARANCES:

SEE ATTACHED SIGN-IN SHEET

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD ON THE RECORD.
Status Conference set for March 6, 2018 at 10:30 A.M.


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:30 A.M.         <u>s/Jacqueline Merrigan</u>
TOTAL TIME: 1 hour                  Deputy Clerk

INITIAL
(STATUS) SETTLEMENT                                    DATE 2-7-18
FINAL PRETRIAL
                                                       TIME 10:30

CASE NAME:                    J & J

CIVIL ACTION NO.:             16-2738

**APPEARANCES**

NAME: Caroline M. Tinsley                NAME: Susan M. Sharko
Baker Sterchi Cowdent Rice               Drinker Biddle
FIRM NAME:                               FIRM NAME:

MAILING ADDRESS:                         MAILING ADDRESS:
1010 Market Suite 950                    600 Campus Dr.
St. Louis MO 63101                       Florham Park NJ
                                         07932

PHONE NO.: 314 231 2925                  PHONE NO.: 973-549-7350

WHOM YOU REPRESENT:                      WHOM YOU REPRESENT:
PTI Union LLC                            J&J Ds
PTI Royston LLC

NAME: Jon Beisner                        NAME: Julie L. Tersigni
                                         Drinker Biddle
FIRM NAME: Skadden Arps                  FIRM NAME:

MAILING ADDRESS:                         MAILING ADDRESS:
1440 New York Ave., N.W.                 600 Campus Dr.
Washington, DC 20005                     Florham Park NJ
                                         07932
PHONE NO.: 202-371-7410                  PHONE NO.: 973-549-7106
WHOM YOU REPRESENT:                      WHOM YOU REPRESENT:
J&J defendants                           
                                         J&J Defts

1

| | |
|---|---|
| INITIAL | DATE 2-7-18 |
| STATUS/SETTLEMENT ✓ | |
| FINAL PRETRIAL | TIME 10:30 |

CASE NAME: J+J

CIVIL ACTION NO.: 

## APPEARANCES

NAME: Nancy Erfle
FIRM NAME: Gordon + Rees LLP
MAILING ADDRESS:
Portland, OR

PHONE NO.: 503-382-3852
WHOM YOU REPRESENT: Imerys

NAME: Lorna A. Dotro
FIRM NAME: Coughlin Duffy LLP
MAILING ADDRESS: 350 Mt. Kemble Ave
Morristown, NJ 07962

PHONE NO.: 973-267-0058
WHOM YOU REPRESENT: Imerys

***********

NAME: Sheryl L. Axelrod
FIRM NAME: The Axelrod Firm, PC
MAILING ADDRESS:
1125 Walnut Street
Phila, PA 19107

PHONE NO.: 215-461-1768
WHOM YOU REPRESENT: PCPC

NAME: Mark Silver
FIRM NAME: Coughlin Duffy
MAILING ADDRESS:
350 Mt. Kemble Ave
Morristown, NJ 07962

PHONE NO.: 973-631-6046
WHOM YOU REPRESENT: Imerys Talc America, Inc.

2

INITIAL _____      DATE 2/7/18
STATUS/SETTLEMENT _____
FINAL PRETIRAL _____      TIME 10:30

CASE NAME: MDL J+J

CIVIL ACTION NO.: _____

**APPEARANCES**

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F St. NW
Washington, DC

PHONE NO.: 202 828-5376
WHOM YOU REPRESENT: PCPC

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____

***********   ***********   ***********   ***********   ***********

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____

3

| | |
|---|---|
| INITIAL ✓ | DATE 2-7-18 |
| STATUS/SETTLEMENT | |
| FINAL PRETRIAL | TIME 10:30 |

CASE NAME: J+J

CIVIL ACTION NO.:

## APPEARANCES

NAME: W. Steven Berman
FIRM NAME: Napoli Shkolnik PLLC
MAILING ADDRESS: 10,000 Lincoln Dr. E, One Greentree Ctr
Ste 201 Marlton NJ 08053
PHONE NO.: (856) 988-5574
WHOM YOU REPRESENT: Plffs

NAME: Chris Tisi
FIRM NAME: Ashcraft + Gerel
MAILING ADDRESS: ctisi@ashcraftlaw.com
PHONE NO.: 307-733-0028
WHOM YOU REPRESENT:

***********          ***********          ***********          ***********          ***********          ***********

NAME: Richard Golomb
FIRM NAME: Golomb Honik
MAILING ADDRESS: 1515 Market St
Phila PA 19102
PHONE NO.: 215 985 9177
WHOM YOU REPRESENT: Pltf

NAME: Dan Lapinski
FIRM NAME: Wilentz
MAILING ADDRESS: 90 Woodbridge Ctr. Dr.
Woodbridge, NJ 07095
PHONE NO.: 732-855-6066
WHOM YOU REPRESENT: Plffs

4

```
INITIAL                    _____           DATE  2-7-18
STATUS/SETTLEMENT              ✓
FINAL PRETRIAL             _____           TIME  10:30

CASE NAME:                 J+J

CIVIL ACTION NO.:          _____
```

## APPEARANCES

NAME: Ann Thornton Field  
FIRM NAME: Gordon Rees  
MAILING ADDRESS: 2005 ~~2101~~ Market Street, Philadelphia PA 19103  
PHONE NO.: 215 717 4002  
WHOM YOU REPRESENT: Emerys Talc Am.

NAME: Leigh O'Dell  
FIRM NAME: Beasley Allen  
MAILING ADDRESS: PSC

***

NAME: Michelle Parfitt  
FIRM NAME: Ashcraft + Gerel  
MAILING ADDRESS: 4900 ~~Seminary~~ Rd., Alexandria, Va  
PHONE NO.:  
WHOM YOU REPRESENT:

NAME:  
FIRM NAME:  
MAILING ADDRESS:  
PHONE NO.:  
WHOM YOU REPRESENT:

5