# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| *This document relates to:* *Edith Lawson, et al. v. Johnson & Johnson, et al.* 3:17-cv-12322 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 1, 2017 on behalf of Plaintiffs Edith Lawson and Fred Lawson.

**Dated:** February 7, 2018

Respectfully submitted by,

*/s/ Nicholas R. Rockforte*
Nicholas R. Rockforte, La. Bar No. 31305
Christopher L. Coffin, La. Bar No. 27902
Evan P. Fontenot, La. Bar No. 37685
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street / P.O. Drawer 71
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
Email: nrockforte@pbclawfirm.com
　　　　ccoffin@pbclawfirm.com
　　　　efontenot@pbclawfirm.com

*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I, Nicholas R. Rockforte, hereby certify that on this 7th day of February 2018, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**     February 7, 2018

*/s/ Nicholas R. Rockforte*
Nicholas R. Rockforte, La. Bar No. 31305
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street / P.O. Drawer 71
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
Email: nrockforte@pbclawfirm.com

*Attorneys for Plaintiffs*