## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Gary Webster, individually and as Representative of the Estate of Diane Webster, deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:17-cv-10548 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Gary Webster, individually and as Representative of the Estate of Diane Webster, deceased.

This 8th day of October, 2018.

>Respectfully submitted,
>
>ONDERLAW, LLC
>
>By: */s/ Stephanie L. Rados*
>James G. Onder, #38049 MO
>William W. Blair, #58196 MO
>Stephanie L. Rados, #65117 MO
>110 E. Lockwood, 2nd Floor
>St. Louis, MO  63119
>314-963-9000 telephone
>314-963-1700 facsimile
>onder@onderlaw.com
>blair@onderlaw.com
>rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

*/s/ Stephanie L. Rados*
