**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Dortch v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- MABLE DORTCH; 3:18-cv-1137

This 8th day of February, 2018.

Respectfully submitted by,

s/ D. Todd Mathews\
D. Todd Mathews, #52502 (MO)\
Gori Julian & Associates, P.C.\
156 N. Main Street\
Edwardsville, IL 62025\
(618) 659-9833 – Telephone\
(618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

*/s/ D. Todd Mathews*
D. Todd Mathews
