**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Guy Villa, Individually and as Representative of the Estate of Lynn Villa, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:17-cv-10908 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Guy Villa, Individually and as Representative of the Estate of Lynn Villa, deceased.

This 8th day of February, 2018.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

                              By:    */s/ Stephanie L. Rados*
                                          James G. Onder, #38049 MO
                                          William W. Blair, #58196 MO
                                          Stephanie L. Rados, #65117 MO
                                          110 E. Lockwood, 2nd Floor
                                          St. Louis, MO  63119
                                          314-963-9000 telephone
                                          314-963-1700 facsimile
                                          onder@onderlaw.com
                                          blair@onderlaw.com
                                          rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

*/s/ Stephanie L. Rados*
