UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: | COMPLAINT AND JURY DEMAND |
| *Angie Burns vs. Johnson & Johnson, et al.* Case No.: 3:18-cv-01619 | Civil Action No.: _____ DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Firm Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Angie Burns.

This __6th__ day of February, 2018.

Respectfully Submitted by,

_____
Jeffrey S. Quinn
Bekman, Marder, & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
quinn@bmalawfirm.com
410-539-6633

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2018, this Notice of Filing was filed and electronically served by way of the Court's electronic filing system. This Notice of Filing was further served with a copy of the Short Form Complaint by certified mail to:

Law Department
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Law Department
Johnson & Johnson Consumer, Inc.
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

and by email to:

MDLImerysComplaints@gordonrees.com

talccomplaints@coughlinduffy.com

Thomas T. Locke at tlocke@seyfarth.com

Sheryl L. Axelrod at saxelrod@theaxelrodfirm.com

Jeffrey S. Quinn
Bekman, Marder, & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
quinn@bmalawfirm.com
410-539-6633