MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121
Attorney for Plaintiffs Rene Maleski & Brian Maleski

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 7, 2018 on behalf of Plaintiffs Rene Maleski and Brian Maleski.

/s/ Ashleigh E. Raso
Ashleigh Raso
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121
araso@meshbesher.com

Attorney for Plaintiffs Rene Maleski
and Brian Maleski

Dated: February 8, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Ashleigh E. Raso
Ashleigh Raso

MESHBESHER & SPENCE, LTD.