UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Leckey v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- PATSY LECKEY; 3:18-cv-1245

This 8th day of February, 2018.

                                                                                 Respectfully submitted by,

                                                                                 s/ D. Todd Mathews\
                                                                                 D. Todd Mathews, #52502 (MO)\
                                                                                 Gori Julian & Associates, P.C.\
                                                                                 156 N. Main Street\
                                                                                 Edwardsville, IL 62025\
                                                                                 (618) 659-9833 – Telephone\
                                                                                 (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

                                                */s/ D. Todd Mathews*
                                                D. Todd Mathews