## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Plass v. Johnson & Johnson, et al.*,

**MDL NO. 2738 (FLW) (LHG)**

## <u>NOTICE OF FILING</u>

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed

for the following Plaintiff and assigned the following case number:

- DIANE PLASS; 3:18-cv-1164

This 8th day of February, 2018.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

*/s/ D. Todd Mathews*      
D. Todd Mathews