**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Constantine Miller, Individually and Representative of the*
*    Estate of Marge Miller, deceased vs. Johnson &*
*    Johnson, et al.*
*Case No.:  3:17-cv-11117*

**MDL NO. 2738 (FLW) (LHG)**

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Constantine Miller, Individually and Representative of the Estate of Marge Miller.

This 8th day of February, 2018.

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ Stephanie L. Rados*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

_/s/ Stephanie L. Rados_