UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sellers v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- VICTORIA SELLERS; 3:18-cv-1178

This 8th day of February, 2018.

                                                                      Respectfully submitted by,

                                                                       s/ D. Todd Mathews\_\_\_
                                                                       D. Todd Mathews, #52502 (MO)
                                                                       Gori Julian & Associates, P.C.
                                                                       156 N. Main Street
                                                                       Edwardsville, IL 62025
                                                                       (618) 659-9833 – Telephone
                                                                       (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

/s/ D. Todd Mathews
D. Todd Mathews