**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lord v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- JAYNE LORD; 3:18-cv-1196

This 8th day of February, 2018.

            Respectfully submitted by,

            s/ D. Todd Mathews\_\_\_
            D. Todd Mathews, #52502 (MO)
            Gori Julian & Associates, P.C.
            156 N. Main Street
            Edwardsville, IL 62025
            (618) 659-9833 – Telephone
            (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

                                                           */s/ D. Todd Mathews*
                                                           D. Todd Mathews