**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Detra Deese, Individually and as Representative of the Estate of Rosa Allen, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:17-cv-11147 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Detra Deese, Individually and as Representative of the Estate of Rosa Allen.

This 8th day of February, 2018.

                                           Respectfully submitted,

                                           ONDERLAW, LLC

                        By:      */s/ Stephanie L. Rados*
                                           James G. Onder, #38049 MO
                                           William W. Blair, #58196 MO
                                           Stephanie L. Rados, #65117 MO
                                           110 E. Lockwood, 2nd Floor
                                           St. Louis, MO  63119
                                           314-963-9000 telephone
                                           314-963-1700 facsimile
                                           onder@onderlaw.com
                                           blair@onderlaw.com
                                           rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2018.

/s/ Stephanie L. Rados