UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO: <br><br> PATRICIA RYAN, <br><br>           Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br>           Defendants. | MDL NO. 2738 (FLW) (LHG) <br><br><br><br><br><br> Case No. 3:18-cv-01471-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on February 1, 2018, on behalf of Plaintiff PATRICIA RYAN.

Dated February 8, 2018            Respectfully Submitted,


                                         By:    /s/ *Mark P. Robinson, Jr.*
                                                Mark P. Robinson, Jr.
                                                19 Corporate Plaza Drive
                                                Newport Beach, CA 92660
                                                949-720-1288 Phone
                                                949-720-1292 Facsimile
                                                mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that February 8, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
     MARK P. ROBINSON, JR.