IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><u>Thomas Michael Collins obo Karen Carter Collins (deceased) v. Johnson & Johnson, et al.</u>, Case No. 1:17-cv-13253 | Case No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 19, 2017, on behalf of Plaintiff Thomas Michael Collins obo Karen Carter Collins (deceased).

                                                   **CONLEY GRIGGS PARTIN LLP**

                                                   /s/ *Ranse M. Partin*
                                                   RANSE M. PARTIN
                                                   Georgia Bar No. 556260

                                                   4200 Northside Parkway, NW
                                                   Building One, Suite 300
                                                   Atlanta, Georgia 30327
                                                   (404) 467-1155
                                                   ranse@conleygriggs.com

                                                **ATTORNEYS FOR PLAINTIFF THOMAS MICHAEL COLLINS OBO KAREN CARTER COLLINS (DECEASED)**

Dated February 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, a copy of the foregoing **NOTICE OF FILING** was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

**CONLEY GRIGGS PARTIN LLP**

/s/   *Ranse M. Partin*
**RANSE M. PARTIN**
Georgia Bar No. 556260

4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, Georgia 30327
(404) 467-1155
ranse@conleygriggs.com

**ATTORNEYS FOR PLAINTIFF THOMAS MICHAEL COLLINS OBO KAREN CARTER COLLINS (DECEASED)**