UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN: RE JOHNSON & JOHNSON     MDL DOCKET NO. 2738 – FLW-LHG
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

-------

This document relates to: *Lauren S. Kruskall, Case No. 3:17-CV-17-5143*

-------

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 13th, 2017, on behalf of Plaintiff Lauren S. Kruskall.

**Dated**: December 11, 2017

Respectfully Submitted by,

          */s/ Lauren S. Kruskall*

          Lauren S. Kruskall, Esq.
          (MO Bar No. 70494)
          The Jungle Law Group
          2300 Main Street, Suite 900
          Kansas City, MO 64108
          Phone: #816-448-3107
          Email: Lauren@tarzanthelawman.com

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ Lauren S. Kruskall*

Lauren S. Kruskall, Esq.
(MO Bar No. 70494)
The Jungle Law Group
2300 Main Street, Suite 900
Kansas City, MO 64108
Phone: #816-448-3107
Email: Lauren@tarzanthelawman.com