**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br><br>**This document relates to: ESTATE OF GRAYCE NADEAU v. JOHNSON & JOHNSON et al.** | **MDL No. 2738 (FLW) (LHG)**<br><br>**Case No. 3:17-cv-11595** |

<u>**NOTICE OF FILING SHORT FORM COMPLAINT**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 14, 2017, on behalf of Plaintiff.

Dated: February 13, 2018                     Respectfully submitted,

                                        _/s/ Tayjes M. Shah_
                                        Tayjes M. Shah (01750)
                                        **THE MILLER FIRM, LLC**
                                        The Sherman Building
                                        108 Railroad Avenue
                                        Orange, Virginia 22960
                                        Ph: (540) 672-4224
                                        Fax: (540) 672-3055
                                        E-Mail: tshah@millerfirmllc.com

                                        _Attorneys for Plaintiff_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document has been filed electronically on the court's ECF

system and is available for viewing and downloading from the ECF system.  All counsel of

record listed on the Court's CM/ECF system are to be served by the Court via Notice of

Electronic Filing (NEF).


By: _Tayjes M. Shah_____