**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: SEWARD v. JOHNSON & JOHNSON et al. | **MDL No. 2738 (FLW) (LHG)**<br><br>**Case No. 3:17-cv-11686** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 16, 2017, on behalf of Plaintiff.

Dated: February 13, 2018                        Respectfully submitted,

                                                                */s/ Tayjes M. Shah*
                                                                Tayjes M. Shah (01750)
                                                                **THE MILLER FIRM, LLC**
                                                                The Sherman Building
                                                                108 Railroad Avenue
                                                                Orange, Virginia 22960
                                                                Ph: (540) 672-4224
                                                                Fax: (540) 672-3055
                                                                E-Mail: tshah@millerfirmllc.com

                                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed electronically on the court's ECF system and is available for viewing and downloading from the ECF system. All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).

By: *Tayjes M. Shah*