**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Carmen Taylor and Allan Taylor<br>3:18-cv-02010 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 12, 2018 on behalf of Plaintiffs Carmen Taylor and Allan Taylor.

| | |
|---|---|
| Dated: February 13, 2018 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 13, 2018                     /s/ Catherine T. Heacox
                                                  Catherine T. Heacox
                                                  The Lanier Law Firm, PLLC
                                                  Tower 56
                                                  126 East 56th Street
                                                  New York, NY 10022
                                                  (212) 421-2800
                                                  Counsel for Plaintiff(s)