**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Christine Biale and William Biale<br>3:18-cv-02011 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 12, 2018 on behalf of Plaintiffs Christine Biale and William Biale.

Dated: February 13, 2018

    Respectfully Submitted by,
    /s/ Catherine T. Heacox
    Catherine T. Heacox
    The Lanier Law Firm, PLLC
    Tower 56
    126 East 56th Street
    New York, NY 10022
    (212) 421-2800
    Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 13, 2018                  /s/ Catherine T. Heacox
                                                 Catherine T. Heacox
                                                  The Lanier Law Firm, PLLC
                                                  Tower 56
                                                  126 East 56th Street
                                                  New York, NY 10022
                                                  (212) 421-2800
                                                  Counsel for Plaintiff(s)