**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)**  **Case No. 3:17-cv-10735** |
| **This document relates to: BAILEY v. JOHNSON & JOHNSON et al** | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on November 2, 2017,

on behalf of Plaintiff.


Dated: February 14, 2018                     Respectfully submitted,

                                             */s/ Tayjes M. Shah*
                                             Tayjes M. Shah (01750)
                                             **THE MILLER FIRM, LLC**
                                             The Sherman Building
                                             108 Railroad Avenue
                                             Orange, Virginia 22960
                                             Ph: (540) 672-4224
                                             Fax: (540) 672-3055
                                             E-Mail: tshah@millerfirmllc.com

                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically on the court's ECF

system and is available for viewing and downloading from the ECF system.  All counsel of

record listed on the Court's CM/ECF system are to be served by the Court via Notice of

Electronic Filing (NEF).


By: *Tayjes M. Shah*