UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ANALYDE APONTE,<br><br>      **Plaintiff,**<br>**v.**<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>      **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: <u>3:18-cv-02107</u><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 14, 2018 on behalf of Plaintiff, Analyde Aponte.

  Dated: <u>February 14, 2018</u>

              Respectfully submitted,

              */s/ Eric D. Pearson*
              Eric D. Pearson
              Texas State Bar No. 15690472
              eric@hop-law.com
              HEYGOOD, ORR & PEARSON
              6363 North State Hwy 161, Suite 450
              Irving, Texas 75038
              (214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF