## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This document relates to:<br>Gwendolyn B. Stevens and Robert C. Stevens<br>Case No. 3:18-cv-02080 | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand was filed on February 13, 2018, on behalf of Plaintiffs Gwendolyn B. Stevens and Robert C. Stevens.

Dated: February 14, 2018      Respectfully Submitted,

By:      /s/ Cherisse Heidi A. Cleofe
Cherisse Heidi A. Cleofe
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: cleofe@kiesel.law

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 14, 2018  Respectfully Submitted,

By: /s/ Cherisse Heidi A. Cleofe
Cherisse Heidi A. Cleofe
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: cleofe@kiesel.law

*Attorneys for Plaintiffs*