

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
susan.sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

February 14, 2018

**VIA ECF AND ELECTRONIC MAIL**

Hon. Freda L. Wolfson
United States District Judge
US District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

> **Re:** *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices &Products Liability Litigation*
> MDL No. 2738

Dear Judge Wolfson:

Pursuant to footnote 3 of the Court's January 31, 2018, Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples (Dkt. No. 4032), the Johnson & Johnson defendants hereby submit a supplemental inventory of agreed-upon Museum Samples, attached hereto as Exhibit 1.  The parties are continuing to discuss the possible inclusion of the following five Museum Artifacts and will update the Court accordingly:

- 2014.001.0398
- 2014.001.2007
- 2014.001.3201
- 2014.036.0007
- 2015.001.3450

Respectfully,

*s/Susan M. Sharko*

Susan M. Sharko

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

cc:   Hon. Lois H. Goodman, U.S.M.J. (via Electronic Mail)
       Hon. Joel A. Pisano (Ret.) (via Electronic Mail)
       Counsel of Record (via ECF)

*Established* 1849