# EXHIBIT 1

# Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| "New Artifact Donated on 9/19/17" | Johnson's Baby Powder | N/A | Cardboard; metal | N/A | 4 1/8 oz. | Empty | Talc and Boric Acid | Johnson & Johnson; New Brunswick N.J. Chicago ILL; Made in U.S.A. |
| "New Museum 1" | Johnson's Baby Powder | N/A | Metal | N/A | 9 oz. | Empty | talc and boric acid | Johnson & Johnson; New Brunswick, N.J. Chicago, Ill |
| "New Museum 3" | Regular Scent Shower to Shower Deodorant Body Powder with Baking Soda and Corn Starch | N/A | Plastic | N/A | 13 oz. | Empty | talc, corn starch, sodium bicarbonate, fragrance | Personal Products Company |
| "New Museum 4" | Johnson's Baby Powder | N/A | Metal | N/A | 4 1/2 oz. | Empty | talc and boric acid | Johnson & Johnson; New Brunswick, N.J. Chicago, Ill |
| 2014.001.0086 | Polvo A Base De Fécula Johnson's* | 1978 | Plastic | N/A | 100 g. | Empty | N/A | Johnson & Johnson de Uruguay S.A.; Aut. Lab No. 381; Ind. Uruguaya Cont. Neto 100 grs; *Marca de Fabrica |
| 2014.001.0124 | Johnson's baby powder | 1975 | Plastic | N/A | 600 g. | Empty | N/A | Johnson & Johnson PTY., LTD. Sydney; D4028; © J&J; Made in Australia |
| 2014.001.0142 | Teal Shower to Shower Talc with Deodorant | 1972 | Plastic | N/A | 7.5 oz. net | Empty | Talc | Johnson & Johnson Ltd. |
| 2014.001.0143 | Shower to Shower Deodorant Body Powder | N/A | Plastic | N/A | 200 g. | Empty | Sodium Bicarbonate | Johnson & Johnson; Australia PTY LTD. Sydney 04028; * Trade Mark © J&J |
| 2014.001.0145 | Johnson's baby powder | 1983-1989 | Plastic | N/A | 375 g. | Full | "highest quality talc" | Johnson & Johnson; Australia PTY LTD.; 154 Pacific Hwy. St. Lenards. 2065; * Trade Mark © J&J 1983 |
| 2014.001.0389 | Johnson's Medicated Powder for Baby and all the Family | 1957 | Metal | N/A | 4 oz. | Full | hexachlorophene, para-chloro-meta-xylenol, bentonite, kaolin and talc | Johnson & Johnson, New Brunswick, N.J. |
| 2014.001.0395 | Shower to Shower Deodorant Body Powder | 1974 | Plastic | N/A | 8 oz. | Full | covered by museum label | Johnson & Johnson; New Brunswick, N.J.; Made in U.S.A. |
| 2014.001.0396 | Shower to Shower Morning Fresh™; Fraicheur Matinale | 2003 | Plastic | N/A | 8 oz. | Full | N/A | Distributed in Canada by Johnson & Johnson Inc.; Montreal H1N 2G4; Made in U.S.A. |
| 2014.001.0397 | Shower to Shower Deodorant Body Powder | 1978 | Plastic | N/A | 8 oz. | Full | Talc, Sodium Bicarbonate, Fragrance | Johnson & Johnson; New Brunswick, N.J.; Made in U.S.A. |
| 2014.001.0399 | Shower to Shower Original Fresh with chamomile; Fraicheur Originale with chamomile | 2003 | Plastic | N/A | 8 oz. | Full | cornstarch, talc, sodium bicarbonate, fragrance, tricalcium phosphate, polysaccharides, aloe barbadensis extract, extrait de camomile (anthernis nobilis) | Johnson & Johnson Consumer Companies, Inc.; Johnson & Johnson, Inc. Montreal |
| 2014.001.0400 | Herbal Trial Size Shower to Shower Deodorant Body Powder with Baking Soda | 1978 | Plastic | N/A | 1 oz. | Full | talc, sodium Bicarbonate, Fragrance | Personal Products Company |

# Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| 2014.001.0403 | Spice Scent Shower to Shower | 1987/1989 | Plastic | N/A | 200 g. | Full | N/A | Johnson & Johnson Australia PTY. LTD.; 154 Pacific Hwy St. Leonards 2065; * Trade Mark © J&J 1987 |
| 2014.001.0421 | Johnson's baby powder | N/A | Plastic | N/A | 100 g. | Full | N/A | Johnson & Johnson; Made in Italy; © J&J; Amersfoort-Brussels |
| 2014.001.0499 | Johnson's baby powder | N/A | Plastic | N/A | 14 oz. | Full | N/A; label partially in foreign language | Johnson & Johnson; Manufactured by Johnson & Johnson (H.K.) Ltd. Under the license of Johnson & Johnson in the Republic of China. |
| 2014.001.0501 | Herbal Shower to Shower Deodorant Body Powder with Baking Soda | N/A | Plastic | N/A | 8 oz. | Full | Talc, Sodium Bicarbonate, Fragrance | Johnson & Johnson; New Brunswick, N.J.; Made in U.S.A. |
| 2014.001.0502 | Spice Scent Shower to Shower Deodorant Body Powder With Baking Soda and Corn Starch | N/A | Plastic | N/A | 8 oz. | Full | Talc, Corn Starch, Sodium Bicarbonate, Fragrance | Personal Products Company, Milltown, N.J. 08850 © PPC |
| 2014.001.0612 | Johnson's baby powder; poudre pour bébés Johnson's | 1977 | Plastic | N/A | 4 oz.; 113 g. | Full | N/A | Johnson & Johnson Limited; Montreal & Toronto Canada; Made in Canada; © J&J |
| 2014.001.0621 | New Shower to Shower Deodorant Body Powder | N/A | Plastic | N/A | 8 oz. | Empty | N/A | Johnson & Johnson Limited, Montreal & Toronto - Canada |
| 2014.001.0690 | talco Johnson's* para criancas | 1979 | Plastic | N/A | 200 g. | One-third full | talco | Johnson & Johnson A.U.; Industria E Comercio; © J&J '79; Rod. Pres. Dutra. Km 157 - Sao Jose dos Campos - SP; CGC 61.192.571/0002-40 - Industria Brasilerira; Reg. S.N.F.M.F.n. H T 34/64; *Marca de Ind. E Com. |
| 2014.001.0757 | Polvilho Antisseptico Johnson's | 1966 | Metal; plastic | N/A | N/A | Full | Hyamina - 10x ,.50g, Diclorofeno 0,10g, Hexaclorofeno 0,10, Oxido de zinco 5,00g, Acido salicilico 0,20g, Excipiente q.s.p. 100g | Johnson & Johnson; AV.DO Estado, 5459, S. Paulo - C.G.C. 61.192.571/1 - Lic. Pelo S.N.F.M.F. SOB o 941, EM 28/12/66; Farmaceutico Responsavel: Fermino Yamashiro - Pesco Liquido 90 g - Industria Brasileria |
| 2014.001.0887 | Talco Johnson Para Niños; Johnson's Baby Powder | Pre-1963 | Metal | N/A | 255 g. | Empty | Talc; Talco | Johnson & Johnson; New Brunswick, New Jersey; Fabricado En La Republica Dominicana |
| 2014.001.0939 | Johnson's baby powder | 1980 | Plastic | N/A | 99 g. | Full | N/A | Johnson & Johnson LTD Slough; Made in England |

# Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| 2014.001.0953 | Johnson's® talco para niños | N/A | Plastic | N/A | 100 g. | Full | Label in Spanish | Johnson & Johnson; Cali Columbia |
| 2014.001.0955 | Johnson's Polvo Medicinal para el bebé y para toda la familia | N/A | Metal | N/A | 113 g. | Full | Label in foreign language: Talc, hexachlorophene, bentonite, parachloro, ….. | Johnson & Johnson, New Brunswick, N.J. |
| 2014.001.0959 | Nuevo Shower to Shower | N/A | Plastic | N/A | N/A | Empty | Label in foreign language | Johnson & Johnson Columbia |
| 2014.001.1363 | Johnson's baby powder | 1979 | Plastic | N/A | 14 oz. | Full | Talc and fragrance | Johnson & Johnson; New Brunswick, N.J. 08903; Made In U.S.A. © J&J |
| 2014.001.1364 | Johnson's talco para niños | N/A | Plastic | N/A | 400 g. | Full | Talco | Johnson & Johnson; New Brunswick N.J. E.U.A.; Hecho En Venezuela; Johnson & Johnson de Venezuela, S.A. |
| 2014.001.2021 | Johnson's baby powder | N/A | Plastic | N/A | 220 g. | Full | Label in foreign languages | Label in foreign languages |
| 2014.001.2030 | Johnson's baby powder | 1979 | Plastic | N/A | 45 g. | Empty | talc | Bahan Aktip; Indonesia |
| 2014.001.2108 | Johnson's baby powder | 1980 | Plastic | N/A | N/A | Full | Label in foreign language | Greece |
| 2014.001.2120 | Johnson's talco para bebé | 1980 | Plastic | N/A | 4 oz. | Empty | talco | Johnson & Johnson S.A.; Hecho En Guatemala |
| 2014.001.2436 | Johnson's Baby Powder | 1945 | Metal | N/A | 4 1/8 oz. | Full | Talc and Boric Acid | Johnson & Johnson; New Brunswick, N.J. Chicago, ILL; Made in U.S.A. |
| 2014.001.2437 | Johnson's Baby Powder | 1945 | Metal | N/A | 10 oz. | Full | Talc and Boric Acid | Johnson & Johnson; New Brunswick, NJ Chicago, ILL |
| 2014.001.2439 | Johnson's Baby Powder - For Hospital Dispensing Only | 1957 | Metal | N/A | 9 oz. | Full | Talc | New Brunswick, New Jersey; Made in U.S.A. |
| 2014.001.2442 | Johnson's Toilet and Baby Powder | 1920s | Metal | N/A | N/A | Full | Antiseptic Borated Talc | Johnson & Johnson (GTBritain) Ltd.; Slough & London; Made in Gt. Britain |
| 2014.001.2449 | Johnson's Baby Powder | 1950s-style pkg. | Metal | N/A | 1 1/2 oz. | Full | Talc | Johnson & Johnson; New Brunswick, N.J. Chicago, ILL; Made in U.S.A. |
| 2014.001.2453 | Johnson's Baby Powder | 1940-1943 | Metal | N/A | N/A | Empty | Talc and Boric Acid | Johnson & Johnson; New Brunswick, N.J.; Chicago, ILL; Made in U.S.A. |
| 2014.001.2455 | Johnson's baby powder | 1970 | Plastic - No top | N/A | 2 oz. | Two-thirds full - No cap | Talc | Johnson & Johnson; New Brunswick, N.J. 08903; Made U.S.A. © J&J |
| 2014.001.2456 | Johnson's baby powder | 1962 | Metal | N/A | Economy Size | Full | Talc 12 1/2 Ozs. | New Brunswick, N.J. Made in U.S.A.; © J&J '60 |
| 2014.001.2457 | baby talco Johnson's | N/A | Plastic | N/A | N/A | Empty | Talco | Johnson & Johnson; creato per I piccoli; ottimo per I grandi |

**Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]**

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| 2014.001.2458 | Johnson's talco para niños | N/A | Plastic | N/A | 245 g. | One-quarter full, or less | "talco" | Avenida; Emante Izlapalapa No 557; Mexicp 13. D F; Hecho En Mexico Por; Johnson & Johnson De Mexico SA DE CV |
| 2014.001.2459 | Johnson's baby puder | 1987 | Plastic | N/A | 200 g. | Full | Talcum 99.8%, Aromaticu, | Johnson & Johnson; Spreitenbach AG |
| 2014.001.2460 | Johnson's baby powder purest protection | 1963 | Plastic | N/A | 14 oz. | Full | Talc | Johnson & Johnson; New Brunswick, New Jersey; Made in the U.S.A. |
| 2014.001.2461 | Johnson's Baby Powder with aloe & vitamin e pure cornstarch | 2001 | Plastic | N/A | 1 1/2 oz. | Full | Cornstarch | Johnson & Johnson Consumer Products, Inc.; Skillman, New Jersey |
| 2014.001.2462 | Johnson's baby powder | N/A | Plastic | N/A | 200 g. | One half full | Talc, Zea Mays, Parfum | Johnson & Johnson Ltd.; Maidenhead SL6 3UG and Tallaght, Dublin 24; Made in UK.; 119012 |
| 2014.001.2463 | Johnson® baby powder | 1996-2003 | Plastic | N/A | 4 oz.; 113 g. | Full | Talc, Fragrance | Johnson & Johnson Consumer Products Company; Division of Johnson & Johnson Consumer Companies, Inc.; Skillman, NJ 08558-9418; © J&J CCI 1996 Made in U.S.A. 3011EK |
| 2014.001.2464 | Johnson's® baby powder Lavender & Chamomile | 2000-2003 | Plastic | N/A | 15 oz.; 425 g. | Full | Zea Mays (Corn) Starch, Tri-Calcium Phosphate, Fragrance (Lavender, Chamomile) | Johnson & Johnson Consumer Products Company; Division of Johnson & Johnson Consumer Companies, Inc.; Skillman, NJ 08558-9418; © J&J CCI 2000 Made in U.S.A.; 712400 |
| 2014.001.2500 | Johnson's baby corn starch | 1979 | Plastic | N/A | 8 oz. | Full | Corn Starch, Tricalcium Phosphate, Fragrance. | Johnson & Johnson; Baby Products Company; Skillman, New Jersey 08558; Made in U.S.A. © BPC 1979; 4051 BG |
| 2014.001.3026 | Shower to Shower body powder | N/A | N/A | N/A | N/A | Full | N/A | Made in Jamaica |
| 2014.001.3136 | Johnson's baby powder - For Hospital Use Only | 1966 | Plastic | N/A | 4 oz. | Full | Talc | Johnson & Johnson; New Brunswick, New Jersey; Made in U.S.A. |
| 2014.001.3206 | Shower to Shower body powder | N/A | Plastic | N/A | N/A | Full | hexachlorophene | N/A |
| 2014.001.3232 | Shower to Shower body powder | N/A | Plastic | N/A | N/A | Empty | N/A | Johnson & Johnson Limited Bombay 26; *Trademark - Made in India; © Johnson & Johnson 1971 |

See endnotes.

Created for Purposes of Litigation

**Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]**

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| 2014.001.3298 | Johnson's baby powder | 1970-1980 | Plastic | N/A | 4 oz. | Full | Talc | Made in the Philippines by; Johnson & Johnson (Phil.) Inc.; Makati, Rizal |
| 2014.001.3417 | Johnson's baby powder | 1980 | Plastic | N/A | 110 g. | Full | Talc | Johnson & Johnson (N.Z.) Ltd. Auckland |
| 2014.001.3444 | Johnson's baby powder | 1978 | Plastic | N/A | 227 g. | Empty | N/A | Johnson & Johnson Pakistan LTD; Karachi |
| 2014.001.3448 | Johnson's baby powder With Increased Perfume | N/A | Plastic | N/A | 125 g. | Empty | talc | Johnson & Johnson Pakistan LTD; Karachi |
| 2014.001.3468 | Johnson's baby powder | 1975 | Plastic | N/A | 99 g. | Empty | N/A | © Johnson & Johnson LTD Slough; Made in England |
| 2014.001.3482 | Johnson's baby powder | 1980 | Plastic | N/A | 113 g. | Full | Talc | Made by Johnson & Johnson (Trinidad) Ltd.; Barataria, Trinidad & Tobago; © J&J 1985 |
| 2014.001.3708 | Johnson's® talco para niños | 1978 | Plastic | N/A | 113 g. | Full | Talco | Johnson & Johnson; de Venezuela S.A.; Hecho en Valencia; EDO Carabobo - Venezuela |
| 2014.001.3718 | Johnson's baby powder | 1979 | Plastic | N/A | 110 g. | Full | Talc | Johnson & Johnson; remainder of label in foreign languages |
| 2014.001.3787 | Johnson's baby powder | 1978 | Plastic | N/A | 200 g. | Full | Talcum 99.8%, Aromaticum | Johnson & Johnson Spreitenbach AG; Made in Italy; © J&J |
| 2014.001.3918 | Johnson's baby powder | 1980-1984 | Plastic | N/A | 4 oz. | Full | N/A | Johnson & Johnson; Manufactured by Johnson & Johnson Taiwan Ltd.; ". . ." is the trade mark used in Taiwan under license of Johnson & Johnson, U.S.A. |
| 2014.001.3921 | Johnson's baby powder | 1982 | N/A | N/A | 24 oz. | Full | Label in foreign language | Johnson & Johnson; Manufactured by Johnson & Johnson Taiwan Ltd.; ". . ." is the trade mark used in Taiwan under license of Johnson & Johnson, U.S.A. |
| 2014.001.3923 | Shower to Shower | 1972 | Plastic | N/A | 180 nsu. | Full | Label in foreign language | Label in foreign language |
| 2014.001.3934 | Johnson's baby powder | 1980 | Plastic | N/A | 375 nsu. | Full | N/A | N/A |
| 2014.001.3958 | Johnson's talco para niños | N/A | Plastic | N/A | N/A | Empty | talco | Johnson's products para la higiene infantil; Johnson & Johnson S.A.; Madrid-16 |
| 2014.001.3976 | Johnson's baby puder | 1972 | Plastic | N/A | 227 g. | Full | Talcum Steril. Natrii citras | Johnson & Johnson LTD. Slough; Made In England |

See endnotes.

Created for Purposes of Litigation

**Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]**

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| 2014.001.4042 | Shower to Shower Deodorant Body Powder | N/A | Plastic | N/A | 8 oz. | Full | Talc, Corn Starch, Sodium Bicarbonate, Fragrance | Personal Products Company, Lillington, N.J. 08850 © PPC |
| 2014.001.4043 | Herbal Shower to Shower Deodorant Body Powder | N/A | Plastic | N/A | 8 oz. | Full | Talc, Corn Starch, Sodium Bicarbonate, Fragrance | Personal Products Company, Lillington, N.J. 08850 © PPC |
| 2014.001.5101 | Johnson's baby powder | 1985 | Plastic | N/A | 9 oz. | Full | Talc, Fragrance | Johnson & Johnson; Baby Products Co.; Skillman, NJ 08858; Made in U.S.A.; © J&J BPC `1985; 3021DT |
| 2014.001.5102 | Johnson's baby powder | 1985 | Plastic | N/A | 9 oz. | Full | Talc, Fragrance | Johnson & Johnson; Baby Products Co.; Skillman, NJ 08858; Made in U.S.A.; © J&J BPC `1985; 3021DT |
| 2014.001.5506 | New Shower to Shower | N/A | Plastic | N/A | 1 oz. | Full | Talc, Sodium Bicarbonate, Fragrance | Johnson & Johnson; New Brunswick, N.J. 08903 Made in U.S.A. |
| 2014.001.5512 | Johnson's Medicated Powder for Baby and all the Family | 1958 | Metal | N/A | 9 oz. | Full | hexachlorophene, para-chloro-meta-xylenol, bentonite, kaolin and talc | Johnson & Johnson, New Brunswick, N.J. |
| 2014.001.5513 | Johnson's Medicated Powder for Baby and all the Family | 1958 | Metal | N/A | 9 oz. | Full | hexachlorophene, para-chloro-meta-xylenol, bentonite, kaolin and talc | Johnson & Johnson, New Brunswick, N.J. |
| 2014.001.5555 | New Shower to Shower | N/A | Plastic | N/A | 1 oz. | Full | Talc, Sodium Bicarbonate, Fragrance | Johnson & Johnson; New Brunswick, N.J. 08903 Made in U.S.A. |
| 2014.001.5557 | Johnson's Medicated Powder for Baby and all the Family | 1957 | Metal | N/A | 4 oz. | Full | hexachlorophene, para-chloro-meta-xylenol, bentonite, kaolin and talc | Johnson & Johnson, New Brunswick, N.J. |
| 2014.001.5812 | Johnson's Baby Powder | N/A | Metal | N/A | 4 oz. | Empty | Borated Talc | Johnson & Johnson Limited Montreal; Made in Canada |
| 2014.001.5859 | Johnson's baby powder | N/A | Cardboard | N/A | N/A | Full | Label in foreign language | N/A |
| 2014.001.5863 | Polvo Johnson's Para Niños | 1930 | Metal | N/A | N/A | Full | talco boratado | Johnson & Johnson; New Brunswick, N.J.E.U.A.; Fabricado En E.U.A. |
| 2014.001.5864 | Polvo Johnsons Para Niños | 1930 | Metal | N/A | N/A | Full | talco boratado | Johnson & Johnson; New Brunswick, N.J.E.U.A.; Fabricado En E.U.A. |
| 2014.013.0019 | Johnson's Baby Powder | Late-1950s-to-1963-style pkg. | Metal | N/A | 4 1/8 oz. | Almost empty | Talc and Boric Acid | Johnson & Johnson; New Brunswick, N.J. Chicago ILL; Made in U.S.A. |
| 2014.013.0020 | Johnson's Antiseptic Baby Powder | N/A | Metal | N/A | N/A | Never contained product - 100th Anniversary Commemorative Tin | N/A | N/A |

See endnotes.

Created for Purposes of Litigation

**Supplemental Inventory[1] of Agreed-Upon Museum Samples[2]**

EXHIBIT 1

| Museum Number | Label | Date[3] | Medium | Approximate Dimensions | Container Volume (oz./g./nsu.) | Approx. Contents of Container | Ingredients Listed | Information re: Place Made or Dist. |
|---|---|---|---|---|---|---|---|---|
| 2014.036.0008 | Johnson's Antiseptic Baby Powder for Toilet and Nursery | N/A | Metal | N/A | N/A | Never contained product - 100th Anniversary Commemorative Tin | N/A | N/A |
| 2014.043.0001 | Johnson's baby powder | 1980 | Plastic | N/A | 4 oz. | Empty | talc | Johnson & Johnson; New Brunswick, New Jersey; Made in U.S.A. |
| 2014.045.0001 | Johnson's baby powder | 1960 | Metal | N/A | 1 1/2 oz. | Almost full | Talc | Johnson & Johnson; New Brunswick, New Jersey; Made in U.S.A. |
| 2015.001.2201 | Johnson's Antiseptic Baby Powder | 1994 | Metal | N/A | N/A | Never contained product - 100th Anniversary Commemorative Tin | N/A | N/A |
| 2015.001.2218 | Johnson's Baby Powder | 1950s-to-1963-style pkg. | Metal | N/A | 4 oz. | Full | Talc and Boric Acid | Johnson & Johnson; New Brunswick, N.J. Chicago, ILL; Made in USA |
| 2015.001.3448 | Johnson's Baby Powder | 1940s | Metal | N/A | N/A | Full | N/A | Johnson & Johnson (Gt. Britain) Limited.; Slough & Gargrave; Made in Gt. Britain |

[1] This supplemental inventory was filed pursuant to footnote 3 of the Courts' January 31, 2018, Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples (Dkt. No. 4032; "Agreed Order").  Terms used herein have the same meaning as defined in the Agreed Order.

[2] This supplemental inventory contains a subset of the Museum Artifacts listed on Exhibit B to the Agreed Order, and thus contains historical samples of Johnson's® Baby Powder or Shower to Shower®. The parties have agreed to treat these artifacts as Museum Samples under the Agreed Order.

[3] Approximate date, based on markings on the container or reasonably available information.

See endnotes.                                                                                                                                                     Created for Purposes of Litigation