## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** |
| This document relates to: *Sharon Crowe, Case No. 3:18-CV-02157* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on February 15, 2018, on

behalf of Plaintiff Sharon Crowe.


Dated: February 15, 2018                          Respectfully Submitted by,

                                                   */s/ Rolf T. Fiebiger*

                                                  Rolf T. Fiebiger, Esq.
                                                  MN Bar No. 391138
                                                  Michael K. Johnson, Esq.
                                                  MN Bar No. 258696
                                                  Jennell K. Shannon, Esq.
                                                  MN Bar No. 398672
                                                  **JOHNSON BECKER, PLLC**
                                                  444 Cedar Street, Suite 1800
                                                  St. Paul, MN 55101
                                                  Phone: 612-436-1800
                                                  Fax: 612-436-1801
                                                  Email: mjohnson@johnsonbecker.com
                                                  Email: rfiebiger@johnsonbecker.com
                                                  Email: jshannon@johnsonbecker.com

                                                  ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Rolf T. Fiebiger*

Rolf T. Fiebiger, Esq. (MN Bar No. 391138)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: rfiebiger@johnsonbecker.com