BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Patricia Langan*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Patricia Langan v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-02068-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 13, 2018 on behalf of Plaintiff Patricia Langan.

                              */s/ Brittany S. Scott*
                              Brittany S. Scott
                              BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES, P.C.
                              218 Commerce Street
                              Montgomery, Alabama 36104
                              (800) 898-2034 Telephone
                              (334) 954-7555 Facsimile
                              Brittany.Scott@BeasleyAllen.com

                              Attorneys for Plaintiff Patricia Langan

Dated: February 15, 2018

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 15, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               ***/s/ Brittany S. Scott***
               Brittany S. Scott

               BEASLEY ALLEN CROW METHVIN
               PORTIS & MILES, P.C.