ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiff Brenda Walker obo*
*Jenna S. Land (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Brenda Walker obo Jenna S. Land (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-01902 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 9, 2018 on behalf of Plaintiff Brenda Walker obo Jenna S. Land (deceased).

        */s/ John R. Crone*
        John R. Crone
        ANDRUS WAGSTAFF PC
        7171 W Alaska Drive
        Lakewood, CO 80226
        (866) 795-9529 Telephone
        (303) 376-6361 Facsimile
        john.crone@andruswagstaff.com

        Attorneys for Plaintiff

Dated: February 15, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ **John R. Crone***
                                          John R. Crone

                                          ANDRUS WAGSTAFF PC