UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**MARY VICTORIA COFFEY,**<br><br>                      **Plaintiff,**<br>v.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC., LUZENAC AMERICA, INC.**<br>                      **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-2208<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No.3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 15, 2018, on behalf of the Plaintiff

Dated:  February 15, 2018                                    Respectfully Submitted,


/s/ Patrick E. Carr_____
Patrick E. Carr (OK Bar No 1506)
Carr & Carr Attorneys at Law
4416 S. Harvard Avenue
Tulsa, OK  74135
Tel: (918) 747-1000
Fax:  (918)747-7284
Email:  pcarr@carrcarr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed electronically on the Court's ECF system and is available for viewing and downloading from the ECF system. All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).

By:  /s/   Patick E. Carr