## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* <br> *Victoria Verlie v. Johnson & Johnson, et al.* <br> 3:18-cv-1421 | |

### NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 1, 2018 on behalf of Plaintiff, Victoria Verlie.

DATED:   **February 20, 2018**               Respectfully submitted,

                                              */s/ David J. Stanoch*
                                              David J. Stanoch, Esquire
                                              **GOLOMB & HONIK, P.C.**
                                              1515 Market Street, Suite 1100
                                              Philadelphia, PA  19102
                                              Phone: (215) 985-9177
                                              Fax:    (215) 985-4169
                                              Email: dstanoch@golombhonik.com

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I David J. Stanoch, Esquire, hereby certify that on this **20th** day of **February 2018**, I caused a true and correct copy of the foregoing **Notice of Filing of Plaintiff's Short Form Complaint with Jury Demand** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** February 20, 2018

/s/ David J. Stanoch
David J. Stanoch, Esquire
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA  19102
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  dstanoch@golombhonik.com

*Attorney for Plaintiff*

- 1 -