UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN |
| SHACARA NICHOLS, individually and as administrator of the ESTATE OF ADELE EUNICE NICHOLS, DECEASED,<br><br>            Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>            Defendants. | Civil Action No.: 3:18-cv-02375<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

    Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 20, 2018 on behalf of Plaintiff, Shacara Nichols, individually and as administrator of the Estate of Adele Eunice Nichols, deceased.

    Dated: February 20, 2018

                                        Respectfully submitted,

                                        */s/ Eric D. Pearson*
                                        Eric D. Pearson
                                        Texas State Bar No. 15690472
                                        eric@hop-law.com
                                        HEYGOOD, ORR & PEARSON
                                        6363 North State Hwy 161, Suite 450

Irving, Texas 75038<br>
(214) 237-9001 Telephone<br>
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

   /s/  **Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF