EXHIBIT A

| VT Floated Product | | | |
|---|---|---|---|
| Project number | Description | Sample No. | Sample description |
| A02006 | TEM asbestos analysis of cosmetic grade talc for West Windsor | 1 | Grade 66 composite from Silo 4: 04 Dec - 07 Dec, 2001   (J&J priority sample) |
| A02007 | Grade 66 composite for J&J for quartz and amphibole testing | 1 | Silo 1: 30 Aug - 6 Sep & Silo 2: 18 Sep - 25 Sep, 2001 |
| A02007 | Grade 66 composite for J&J for quartz and amphibole testing | 2 | Silo 4: 9 Oct - 18 Oct, 2001 |
| A02008 | 4th quarter 2001 Grade 66 composite for TEM asbestos | 1 | Silo 4: 9 Oct - 18 Oct, 2001 |
| A02053 | XRD for quartz and amphiboles of Grade 66 composite for Johnson & Jo | 1 | Dec 4 - 7, 2001  Silo 4 & Jan 9 - 12, 2002   Silo 2 |
| A02223 | Quartz and Amphibole testing of Grade 96 USP composite for J&J | 1 | Mar 05-08, silo 1, batch 2892-2895, & Mar 20-26, silo 4, batch 2905-2910, 2002 composite |
| A02224 | TEM asbestos of Grade 96 USP 1st quarter composite for Johnson & Jo | 1 | Mar 05-08, Silo 1, batch 2892-2895 & Mar 20-26, silo 4, batch 2905-2910, 2002 composite |
| A02225 | 2002 Yearly composite of Grade 96 USP for AA testing for J&J | 1 | Year 2002 composite |
| A02399 | Quartz and Amphibole testing of Grade 96 USP 2nd Quarter 2002 comp | 1 | Apr 15-21, 2002 / Silo 2 / Batch 2928-2933 and May 1-4, 2002 / Silo 1 / Batch 2942-2945 |
| A02400 | TEM of Grade 96 USP, 2nd quarter 2002 composite for Johnson & John | 1 | Apr 15-21, 2002 / Silo 2 / Batch 2928-2933 and May 1-4, 2002 / Silo 1 / Batch 2942-2945 |
| A02401 | Quartz and Amphibole testing of Grade 96 USP 2nd qtr 2002 composite | 1 | May 14-19, 2002 / Silo 4 / Batch 2954-2959 and May 21-25, 2002 / Silo 2 / Batch 2961-2965 |
| A02523 | Quartz and Amphibole testing of Grade 96 composite for Johnson & Joh | 1 | June 13-16, 2002 Silo 1 and July 9-12, 2002 Silo 4 |
| A02523 | Quartz and Amphibole testing of Grade 96 composite for Johnson & Joh | 2 | Aug 3-9, 2002 Silo 2 and Aug 9-15, 2002 Silo 1 |
| A02524 | TEM of Grade 96 3rd quarter composite for Johnson & Johnson | 1 | 3rd quarter composite |
| A02594 | Quartz and amphibole testing of Grade 96 USP for Johnson & Johnson | 1 | Sep 16 - 19, silo 4 and Oct 7 - 11, silo 1 |
| A03037 | Quartz and Amphibole analysis of 4th Quarter Grade 96 composite for J | 1 | Oct 29-Nov 1, 2002 Silo 2 and Dec 3-6, 2002 Silo 4 |
| A03038 | TEM of 4th qtr 2002 Grade 96 USP composite for J&J | 1 | 4th quarter composite |
| A03097 | Quartz and amphibole testing of Grade 96 USP composite for J&J | 1 | 2003: Jan 6-10, Silo 1 and Jan 23-29, Silo 2 |
| A03098 | TEM of 1st quarter 2003 Grade 96 USP composite for J&J | 1 | 1st quarter 2003 composite |
| A03194 | Grade 96 for Quartz and Amphibole Analysis for J&J | 1 | 24Feb-12Mar 03 Silo 4, 15Mar-19Mar 03, Silo 1 |
| A03371 | Quartz and Amphibole testing of Grade 96 USP composite for Johnson & | 1 | April 7-10, 2003 Silo 2 and May 13-16, 2003 Silo 4 |
| A03372 | TEM of 2nd qtr 2003 Grade 96 USP composite for Johnson & Johnson | 1 | Apr 7-10, 2003 Silo 2 and May 13-16, 2003 Silo 4 |
| A03416 | Quartz and Amphibole testing of Grade 96USP for Johnson & Johnson | 1 | June 3-10, 2003 Silo 1 and June 23-27, 2003 Silo 2 composite |
| A03498 | Quartz & Amphibole testing of 3rd quarter 2003 Grade 96 composite for | 1 | June 30-July 03, Silo 4 and Aug 03-Aug 06, Silo 1 |
| A03498 | Quartz & Amphibole testing of 3rd quarter 2003 Grade 96 composite for | 2 | Aug 11-Aug 14, Silo 4 and Sep 09-Sep 12, Silo 4 |
| A03499 | TEM of 3rd quarter 2003 Grade 96 composite for Johnson & Johnson | 1 | 3rd quarter Grade 96 composite |
| A03542 | Quartz and Amphibole testing of Grade 96USP for Johnson & Johnson | 1 | Sept 28-Oct 2, 2003: Silo 1 |
| A07002 | Archiving samples of discontinued products | 33 | GRADE 66, A99372-5 |
| A07002 | Archiving samples of discontinued products | 34 | GRADE 66, A99372-1 |
| A07002 | Archiving samples of discontinued products | 46 | Grade 66 Batch, 1667-1671 |

EXHIBIT A

| | Houston Post-Shipment Ore | | |
|---|---|---|---|
| Project number | Description | Sample No. | Sample description |
| A01653 | Characterization of Crude Ore Composite From Houston | 1 | Guangxi #2 RM, Nov 2001 |
| A01653 | Characterization of Crude Ore Composite From Houston | 2 | Guangxi #2 ACM, Nov 2001 |
| A01653 | Characterization of Crude Ore Composite From Houston | 3 | Guangxi #2 AFG, Nov 2001 |
| A01659 | Guangxi #2 composite (Nov. 2001) | 1 | Guangxi #2 RM, Nov 2001 |
| A02027 | Guangxi #2 crude, Nov '01 shipment to Mexico | 1 | Guangxi #2 crude from Nov '01 |
| A02328 | Guangxi #2 Composite for May 2002 | 1 | Guangxi #2  May 2002 |
| A02329 | Characterization of Guangxi #2 Crude Ore Composites | 1 | Roller Mill |
| A02329 | Characterization of Guangxi #2 Crude Ore Composites | 2 | ACM |
| A02329 | Characterization of Guangxi #2 Crude Ore Composites | 3 | AFG |
| A03026 | Dec 2002 Guangxi #2 crude composite from Houston | 1 | Guangxi #2 crude composite from Houston, Dec 2002 |
| A03027 | Characterization of Dec 2002 crude composites from Houston | 1 | Dec 2002 Guangxi #2 crude composite: RM |
| A03027 | Characterization of Dec 2002 crude composites from Houston | 2 | Dec 2002 Guangxi #2 crude composite: ACM |
| A03027 | Characterization of Dec 2002 crude composites from Houston | 3 | Dec 2002 Guangxi #2 crude composite: AFG |
| A03191 | Characterization of Guangxi #2 Crude Composite | 1 | Guangxi #2, Jan 03, RM |
| A03191 | Characterization of Guangxi #2 Crude Composite | 2 | Guangxi #2, Jan 03, ACM |
| A03191 | Characterization of Guangxi #2 Crude Composite | 3 | Guangxi #2, Jan 03, AFG |
| A03199 | Guangxi #2 Crude Composites-Jan 03 | 1 | Houston, Guangxi #2 Jan 03 |
| A03369 | Guangxi #2, June 2003, crude composite from Houston | 1 | Guangxi #2 crude composite: June 2003 |
| A03370 | Characterization of Guangxi #2 crude composites from Houston | 1 | A - Guangxi #2 crude composite from June 2003 |
| A03370 | Characterization of Guangxi #2 crude composites from Houston | 2 | B - Guangxi #2 crude composite from June 2003 |
| A03370 | Characterization of Guangxi #2 crude composites from Houston | 3 | C - Guangxi #2 crude composite from June 2003 |
| A03613 | TEM asbestos analysis of October 2003 Guangxi shipments to Houston | 2 | Guangxi #2A: Oct 2003 |
| A03614 | Characterization of crude ore composites from Houston | 4 | Guangxi #2A RM: Oct 2003 |
| A03614 | Characterization of crude ore composites from Houston | 5 | Guangxi #2A ACM: Oct 2003 |
| A03614 | Characterization of crude ore composites from Houston | 6 | Guangxi #2A AFG: Oct 2003 |
| A04033 | Characterization of Guangxi #1 and #2A pre-shipment from Houston | 2 | Guangxi #2A pre-shipment, MV Tequz, January 2004 |
| A04042 | CTFA testing on Gaungxi #2A ore for Johnson and Johnson | 1 | Guangxi #2a  - Oct 2003 composite  - A03613-2 |
| A04110 | TEM analysis of Guangxi 2A by J&J specs for Houston | 1 | Guangxi 2A: Feb 04, MV Tequi,  ACM grind |
| A04111 | XRD amphibole and quartz of February 2004 shipment of Guangxi 2A fo | 1 | Guangxi 2A: Feb 04, MV Tequi, ACM grind |
| A04112 | Characterization of Feb '04 Guangxi 2A crude composites | 1 | Guangxi 2A: Feb 04, MV Tequi, RM grind |
| A04112 | Characterization of Feb '04 Guangxi 2A crude composites | 2 | Guangxi 2A: Feb 04, MV Tequi, ACM grind |
| A04112 | Characterization of Feb '04 Guangxi 2A crude composites | 3 | Guangxi 2A: Feb 04, MV Tequi, AFG grind |
| A04315 | Characterization of Guangxi 2A pre-shipment from Houston | 1 | Guangxi 2A pre-shipment: May 2004 to M.V. Navios Galaxy |
| A04316 | Characterization of Guangxi #2 from Houston | 1 | RM: May 2004 composite for M.V. Great Bright |
| A04316 | Characterization of Guangxi #2 from Houston | 2 | ACM: May 2004 composite for M.V. Great Bright |
| A04316 | Characterization of Guangxi #2 from Houston | 3 | AFG: May 2004 composite for M.V. Great Bright |
| A04317 | Ore certification report for Guangxi #2A shipment for Johnson & Johnson | 1 | ACM-Guangxi #2: May 2004 composite, M.V. Great Bright |
| A04410 | Ore certification for Johnson & Johnson: Gaungxi #2 June 2004 shipmer | 1 | J&J - Houston, Guangxi 2A June 04, Navios Galaxy ACM |
| A04411 | Characterization of June 2004 Guangi 2A crude ore | 1 | Guangxi 2A;  June 2004;  Navios Galaxy RM |
| A04411 | Characterization of June 2004 Guangi 2A crude ore | 2 | Guangxi 2A;  June 2004;  Navios Galaxy ACM |
| A04550 | J&J characterization of Sep '04 Guangxi #2 | 1 | Sep '04 Guangxi #2: ACM from M.V. Danae |
| A04551 | Characterization of Sep '04 Guangxi #2 from Houston | 1 | Sep '04 Guangxi #2: RM from M.V. Danae |
| A04551 | Characterization of Sep '04 Guangxi #2 from Houston | 2 | Sep '04 Guangxi #2: ACM from M.V. Danae |
| A04551 | Characterization of Sep '04 Guangxi #2 from Houston | 3 | Sep '04 Guangxi #2: AFG from M.V. Danae |
| A04669 | Characterization of Guangxi 2A pre-shipment for Houston | 1 | Guangxi 2A pre-shipment - Nov 04 - M.V. Tai chang |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 1 | Guangxi #2  RM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 2 | Guangxi #2 ACM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 3 | Guangxi #2 AFG (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 4 | Guangxi #2A  RM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 5 | Guangxi #2A  ACM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 6 | Guangxi #2A  AFG (6/8/06) ship MV Hebei Arrow |
| A06334 | TEM/Quartz  Analysis of Guangxi #2 and #2A for J&J | 1 | Guangxi #2, 1 Gallon jug, 06/06, Roller Mill |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 1 | Guangxi #2 - ship MV great Harvest - RM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 2 | Guangxi #2 - ship MV great Harvest - ACM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 3 | Guangxi #2 - ship MV great Harvest - AFG |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 4 | Guangxi #2A - ship MV great Harvest - RM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 5 | Guangxi #2A - ship MV great Harvest - ACM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 6 | Guangxi #2A - ship MV great Harvest - AFG |
| A06369 | TEM and Quartz analysis of Guangxi #2 and #2A samples for J&J | 1 | Guangxi #2 - ship MV great Harvest - RM |
| A06369 | TEM and Quartz analysis of Guangxi #2 and #2A samples for J&J | 2 | Guangxi #2A - ship MV great Harvest - RM |
| A07025 | TEM and Quartz analysis of Jan 2007 Guangxi 2A (RM) for Johnson and | 1 | Guangxi 2A - RM   ---   Jan 2007 MV Eastern Queen |
| A07136 | Characterization of Guangxi #2A Ore, June 2007, MV Makali | 1 | Guangxi #2A, RM, May 2007, MV Makali |
| A07136 | Characterization of Guangxi #2A Ore, June 2007, MV Makali | 2 | Guangxi #2A, ACM, May 2007, MV Makali |
| A07136 | Characterization of Guangxi #2A Ore, June 2007, MV Makali | 3 | Guangxi #2A, AFG, May 2007, MV Makali |
| A07137 | Quartz and Amphibole Testing of Guangxi #2 and 2A Ore, June 2007 MV | 1 | Guangxi #2, RM, MV Makali |

| | | | |
|---|---|---|---|
| A07137 | Quartz and Amphibole Testing of Guangxi #2 and 2A Ore, June 2007 MV | 2 | Guangxi #2A, RM |
| A07138 | Characterization of Guangxi #2 Ore, May 2007, MV Makali | 1 | Guangxi #2, RM, May 2007, MV Makali |
| A07138 | Characterization of Guangxi #2 Ore, May 2007, MV Makali | 2 | Guangxi #2, ACM, May 2007, MV Makali |
| A07138 | Characterization of Guangxi #2 Ore, May 2007, MV Makali | 3 | Guangxi #2, AFG, May 2007, MV Makali |
| A07358 | Characterization od Guangxi #2 Ore Samples | 1 | RM grind M.V. "Wina-1" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 2 | ACM Grind M.V. "Wina-1" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 3 | AFG Grind M.V. "Wina-1" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 4 | RM Grind M.V. "Wina" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 5 | ACM Grind M.V. "Wina" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 6 | AFG Grind M.V. "Wina" |
| A07360 | TEM asbestos and quartz analysis for Guangxi roller mill samples | 1 | RM grind M.V. "wina-1" |
| A07360 | TEM asbestos and quartz analysis for Guangxi roller mill samples | 2 | RM grind M.V. "wina" |
| A07436 | Characterization of Guangxi #2 grinds, Nov 07 - MV Hellenic Sea | 1 | Guangxi #2 RM Nov 07 - MV Hellenic Sea |
| A07436 | Characterization of Guangxi #2 grinds, Nov 07 - MV Hellenic Sea | 2 | Guangxi #2 ACM Nov 07 - MV Hellenic Sea |
| A07436 | Characterization of Guangxi #2 grinds, Nov 07 - MV Hellenic Sea | 3 | Guangxi #2 ACM Nov 07 - MV Hellenic Sea |
| A07437 | TEM and Quartz Analysis of Guangxi #2 (MV Hellenic Sea) for Johnson | 1 | Guangxi #2 MV  Nov 07 - MV Hellenic Sea |
| A08027 | Characterization of Guangxi #2, Jan 2008, MV Iguana | 1 | Guangxi #2, RM, Jan 2008, MV Iguana |
| A08027 | Characterization of Guangxi #2, Jan 2008, MV Iguana | 2 | Guangxi #2,  ACM,  Jan 2008,  MV Iguana |
| A08027 | Characterization of Guangxi #2, Jan 2008, MV Iguana | 3 | Guangxi #2,  AFG,  Jan 2008,  MV Iguana |
| A08028 | Quartz and Amphibole testing of Guangxi 2,  Jan 2008, MV Iguana for Jo | 1 | Guangxi 2 RM, Jan 2008, MV Iguana |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 1 | February 2008  MV "Wina" Guangxi 2  RM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 2 | February 2008  MV "Wina" Guangxi 2  ACM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 3 | February 2008  MV "Wina" Guangxi 2  AFG |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 4 | February 2008  MV "Wina" Guangxi 2A RM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 5 | February 2008  MV "Wina" Guangxi 2A  ACM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 6 | February 2008  MV "Wina" Guangxi 2A  AFG |
| A08074 | Quartz and TEM Analysis of February 2008 Guangxi 2 & 2A - a08540for | 1 | February 2008  MV "Wina" Guangxi 2  RM |
| A08074 | Quartz and TEM Analysis of February 2008 Guangxi 2 & 2A - a08540for | 2 | February 2008  MV "Wina" Guangxi 2A  RM |
| A08487 | Characterization of Guangxi #2 M.V. "Shi Dai" | 1 | RM  Guangxi #2 M.V. "Shi Dai" |
| A08487 | Characterization of Guangxi #2 M.V. "Shi Dai" | 2 | RM  Guangxi #2 M.V. "Shi Dai" |
| A08487 | Characterization of Guangxi #2 M.V. "Shi Dai" | 3 | AFG  Guangxi #2 M.V. "Shi Dai" |
| A08488 | TEM, Quartz, Amphibole Anaylsis of Guangxi #2 M.V. "Shi Dia" for Johns | 1 | RM  Guangxi #2 M.V. "Shi Dai" |
| A08540 | TEM, Quartz, & Amphibole Anaylsis of Guangxi #2 M.V. "Hellenic Sea" fo | 1 | RM Guangxi 2 "Hellenic Sea" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 1 | RM Guangxi #2. MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 2 | ACM Guangxi 2, MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 3 | AFG Guangxi 2, MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 4 | RM Guangxi #1, MV "Anna Smile |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 5 | ACM Guangxi #1, MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 6 | AFG Guangxi #1, MV "Anna Smile" |
| A09020 | TEM & Quartz Analysis of Guangxi 2 for J & J | 1 | Guangxi 2 RM, Nov 08, MV "Anna Smile" |
| A09479 | Guangxi #2 ore shipment to Houston - M.V. Beilun Dolphin, Oct 08 | 1 | Guangxi #2, RM, grind date ***, M.V. Beilun Dolphin, arrived 10/08 (sa |
| A09479 | Guangxi #2 ore shipment to Houston - M.V. Beilun Dolphin, Oct 08 | 2 | Guangxi #2, ACM, grind date 10/6/09, M.V. Beilun Dolphin, arrived 10/ |
| A09479 | Guangxi #2 ore shipment to Houston - M.V. Beilun Dolphin, Oct 08 | 3 | Guangxi #2, AFG, grind date 10/6/09, M.V. Beilun Dolphin, arrived 10/ |
| A10043 | Characterization of Guangxi 2 Shipment from M.V. Blunenau | 1 | Guangxi 2,  M.V. Blunenau, RM |
| A10043 | Characterization of Guangxi 2 Shipment from M.V. Blunenau | 2 | Guangxi 2,  M.V. Blunenau, ACM |
| A10043 | Characterization of Guangxi 2 Shipment from M.V. Blunenau | 3 | Guangxi 2,  M.V. Blunenau, AFG |
| A10044 | TEM and XRD Analysis of Guangxi 2 for Johnson & Johnson | 1 | Guangxi 2, M.V. Blunenau, RM |
| A10200 | Characterization Analysis of Guangxi #2 Shipment MV "Beilun Dolphin" | 1 | RM Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10200 | Characterization Analysis of Guangxi #2 Shipment MV "Beilun Dolphin" | 2 | ACM Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10200 | Characterization Analysis of Guangxi #2 Shipment MV "Beilun Dolphin" | 3 | AFG Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10201 | TEM Analysis of Guangxi #2 for Johnson and Johnson | 1 | RM Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10461 | Characterization Analysis of Sept. 2010 Guangxi #2 Shipment M.V. Sonj | 1 | RM, Guangxi 2, MV Sonja C |
| A10461 | Characterization Analysis of Sept. 2010 Guangxi #2 Shipment M.V. Sonj | 2 | ACM, Guangxi #2 MV Sonja C |
| A10461 | Characterization Analysis of Sept. 2010 Guangxi #2 Shipment M.V. Sonj | 3 | AFG, Guangxi #2 MV Sonja C |
| A10541 | TEM Analysis of Oct. 2010 Guangxi #2 MV Jiali Hai | 1 | RM Guangxi #2, MV Jiali Hai |
| A11076 | CTFA-USP XRD Analysis of January 2011 Houston Composites | 2 | 6x8 sample baggie |
| A11124 | Characterization of Chinese ore for Houston | 1 | Chinese 2 RM #2, Pregrind MV Hosanger |
| A11124 | Characterization of Chinese ore for Houston | 2 | Chinese 2 ACM #2, Stellar Ex MV Hosanger |
| A11124 | Characterization of Chinese ore for Houston | 3 | Chinese #2 AFG, Cimpact 710 MV Hosanger |
| A11128 | TEM Analysis of Guangxi 2 Shipment MV Hosanger for J&J | 1 | RM Guangxi #2 MV Hosanger |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 1 | ACM Chinese 2 - MV Navios Star |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 2 | AFG Chinese 2 - MV Navios Star |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 3 | MISLABELED, RM Chinese 2 - MV Navios Star |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 4 | Correctly Labeled RM Guangxi 2, Navio Star |
| A11307 | TEM analysis on Chinese #2 ore (MV Navios Star) for Johnson and Johr | 1 | RM Chinese 2 - MV Navios Star |
| A11307 | TEM analysis on Chinese #2 ore (MV Navios Star) for Johnson and Johr | 2 | Correctly Labeled RM Guangxi 2, Navio Star |
| A11510 | Characterization Analysis for Guangxi #2 | 1 | Guangxi #2 RM, Imp-200, 1 Gal Jug |

EXHIBIT A

| | | | |
|---|---|---|---|
| A11510 | Characterization Analysis for Guangxi #2 | 2 | Guangxi #2 ACM, St-Ex, 1 Gal Jug |
| A11510 | Characterization Analysis for Guangxi #2 | 3 | Guangxi #2 AFG, C-710, 1 Gal Jug |
| A11511 | TEM Analysis of Guangxi 2 from the MV Prabhu Puni | 1 | Guangxi 2 |
| A12069 | Characterization of Chinese #2 MV Silver Dragaon | 1 | RM - "A" - MV Silver Dragon - Chinese #2 ore composite sample |
| A12069 | Characterization of Chinese #2 MV Silver Dragaon | 2 | ACM - "A" - MV Silver Dragon - Chinese #2 ore composite sample |
| A12069 | Characterization of Chinese #2 MV Silver Dragaon | 3 | AFG - "A" - MV Silver Dragon - Chinese #2 ore composite sample |
| A12078 | Product Characterization of Silver Dragon Crude Ore Shipment | 4 | Chinese #2 Composite, RM |
| A12078 | Product Characterization of Silver Dragon Crude Ore Shipment | 5 | Chinese #2 Composite, ACM |
| A12078 | Product Characterization of Silver Dragon Crude Ore Shipment | 6 | Chinese #2 Composite AFG |

EXHIBIT A

| | Houston Product | | |
|---|---|---|---|
| Project number | Description | Sample No. | Sample description |
| A09151 | TEM Analysis of Jan 2009 Samples from Houston | 2 | Jan 09, Grade 25 |
| A09152 | Quartz Analysis of Jan 2009 Samples from Houston | 2 | Jan 09, Grade 25 |
| A09153 | TEM Analysis of Feb. 2009 Houston Samples | 2 | Feb. 09, Grade 25 USP |
| A09154 | Quartz Analysis of Feb. 2009 Houston Samples | 2 | Feb 09, Grade 25 USP |
| A09173 | TEM Analysis of March 2009 Houston Samples | 2 | March 09, Grade 25 USP |
| A09174 | Quartz Analysis of March 2009 Houston Samples | 2 | March 09, Grade 25 USP |
| A09219 | TEM Analysis of April 2009 Houston Samples | 2 | April 09; Grade 25 USP |
| A09220 | Quartz Analysis of April 2009 Houston Samples | 2 | April 09; Grade 25 USP |
| A09231 | Heavy Metal Analysis of April 2009 Houston Composites | 2 | March 2009 Houston composite - Grade 25 USP |
| A09274 | TEM Analysis of May 2009 Houston Composites | 2 | May 2009 Houston composite - Grade 25 USP |
| A09276 | Heavy Metals Analysis of May 2009 Houston Composites | 2 | May 2009 Houston composite - Grade 25 USP |
| A09308 | TEM Analysis of June 2009 Houston Composites | 2 | June 2009 Houston composite - Grade 25 USP |
| A09309 | CTFA XRD Analysis of June 09 Houston Composites | 2 | June 2009 Houston composite - Grade 25 USP |
| A09310 | Heavy Metals Analysis of June 09 Houston Composites | 2 | June 2009 Houston composite - Grade 25 USP |
| A09370 | TEM Analysis of July 2009 Houston Composites | 2 | July 2009 Houston composite - Grade 25 USP |
| A09371 | CTFA XRD Analysis of July 2009 Houston Composites | 2 | July 2009 Houston composite - Grade 25 USP |
| A09372 | Heavy Metals Analysis of July 2009 Houston Composites | 2 | July 2009 Houston composite - Grade 25 USP |
| A09425 | TEM Analysis of August 2009 Houston Composites | 2 | Aug 2009 Houston composite - Grade 25 USP |
| A09426 | CTFA XRD Analysis of August 2009 Houston Composites | 2 | Aug 2009 Houston composite - Grade 25 USP |
| A09427 | Heavy Metal Analysis of August 2009 Houston Composites | 2 | Aug 2009 Houston composite - Grade 25 USP |
| A09470 | CTFA XRD Analysis of September 09 Houston Composites | 2 | Sept 09 Grade 25 USP |
| A09471 | TEM Analysis of September 09 Houston Composites | 2 | Sept 09 Grade 25 USP |
| A09560 | TEM Analysis of November 2009 Houston Composites | 3 | Grade 25 USP Houston fiber management sample November 2009 |
| A09561 | CTFA XRD Analysis of November 2009 Houston Composites | 3 | Grade 25 USP Houston fiber management sample November 2009 |
| A10016 | TEM Analysis of December 09 Houston Composites | 3 | Dec 2009 Houston composite - Grade 25 USP |
| A10017 | CFTA XRD Analysis of December 09 Houston Composites | 3 | Grade 25 USP, 6x8 sample baggie |
| A10123 | TEM Analysis of February 2010 Houston Composites | 3 | FEB 2010 Houston composite - Grade 25 USP |
| A10126 | CTFA XRD Analysis of February 2010 Houston Composites | 3 | 6x8 sample baggie, Grade 25 USP |
| A10178 | TEM Analysis of March 2010 Houston Composites | 3 | MAR 2010 Houston composite - Grade 25 USP |
| A10179 | CTFA XRD Analysis of March 2010 Houston Composites | 3 | Grade 25 USP |
| A10227 | TEM Analysis of April 2010 Houston Composites | 3 | April 2010 Houston composite - Grade 25 USP |
| A10228 | CTFA XRD Analysis of April 2010 Houston Composites | 3 | April 2010 Houston composite - Grade 25 Usp |
| A10268 | TEM Analysis of May 2010 Houston Composites | 3 | May 2010 Houston Composite - Grade 25 USP |
| A10269 | CTFA XRD Analysis of May 2010 Houston Composites | 3 | May 2010 Houston Composite - Grade 25 USP |
| A10341 | TEM Analysis of June 2010 Houston Composites | 3 | June 2010 Houston composite - Grade 25 USP |
| A10342 | CTFA XRD Analysis of June 2010 Houston Composites | 3 | June 2010, Grade 25 USP |
| A10391 | TEM Analysis of July 2010 Houston Composites | 2 | JULY 2010 Houston composite - Grade 25 USP |
| A10392 | CTFA XRD Analysis of July 2010 Houston Composites | 2 | JULY 2010 Houston composite - Grade 25 USP |
| A10430 | TEM Analysis of August 2010 Houston Composites | 2 | Aug 2010 Houston composite - Grade 25 USP |
| A10431 | CTFA XRD Analysis of August 2010 Houston Composites | 2 | Aug 2010 Houston composite - Grade 25 USP |
| A10569 | TEM Analysis of October 2010 Houston Composites | 2 | OCT 2010 Houston composite - Grade 25 USP |
| A10570 | CTFA XRD Analysis of October 2010 Houston Composites | 2 | OCT 2010 Houston composite - Grade 25 USP |
| A10628 | TEM Analysis of November 2010 Houston Composites | 2 | Nov 2010, Grade 25 USP |
| A10629 | CTFA XRD Analysis of November 2010 Houston Composites | 2 | Nov 2010, Grade 25 USP |
| A10632 | TEM Analysis of September 2010 Houston Composites | 2 | Grade 25 USP Chinese #2 September 2010 sample |
| A10633 | CTFA XRD Analysis of September 2010 Houston Composites | 2 | Grade 25 USP Chinese #2 September 2010 sample |
| A11032 | CTFA XRD Analysis of December 2010 Houston Composites | 2 | 6x8 sample baggie, Grade 25 USP |
| A11033 | TEM Analysis of December 2010 Houston Composites | 2 | 6X8 SAMPLE BAGGIE, Grade 25 USP |
| A11075 | TEM Analysis of January 2010 Houston Composites | 2 | JAN 2011 Houston composite - Grade 25 USP |
| A11135 | TEM Analysis of February 2011 Houston composites | 2 | Feb 2011 Houston Composite - Grade 25 USP |
| A11136 | CTFA XRD Analysis of February 2011 Houston composites | 2 | Feb 2011 Houston Composite - Grade 25 USP |
| A11198 | Mar 2011 M4 Fibre Test samples from Houston | 2 | Mar 2011 Houston composite - Grade 25 USP |
| A11199 | Mar 2011 M4 Fibre Test samples from Houston | 2 | Mar 2011 Houston composite - Grade 25 USP |
| A11248 | TEM Analysis of April 2011 Houston Composites | 2 | Apr 2011 Houston Composite - Grade 25 USP |
| A11249 | April 2011 CTFA USP XRD analysis of Houston Composites | 2 | Apr 2011 Houston Composite - Grade 25 USP |
| A11304 | TEM Analysis of May 2011 Houston Composites | 2 | May 2011 Houston Composite - Grade 25 USP, Chinese #2 |
| A11305 | CTFA USP XRD Analysis of May 2011 Houston Composites | 2 | May 2011 Houston Composite - Grade 25 USP, Chinese #2 |
| A11361 | TEM analysis of JUN 2011 Houston composites | 2 | JUN 2011 Houston composite - Grade 25 USP |
| A11362 | CTFA USP XRD Analysis for JUN 2011 Houston composites | 2 | JUN 2011 Houston composite - Grade 25 USP |
| A11392 | TEM analysis of July 2011 Houston composites | 2 | JUL 2011 Houston composite - Grade 25 USP |
| A11393 | CTFA USP analysis of July 2011 Houston composites | 2 | JUL 2011 Houston composite - Grade 25 USP |
| A11426 | TEM Analysis of August 2011 Houston Composites | 2 | Grade 25 USP Chinese #2 Aug '11 |
| A11427 | CFTA-USP XRD Analysis of August 2011 Houston Composites | 2 | Grade 25 USP Chinese #2 Aug '11 |
| A11459 | TEM analysis of Houston September 2011 composites | 2 | SEPT 2011 Houston composite - Grade 25 USP |
| A11460 | CTFA USP analysis on Houston September 2011 composites | 2 | SEPT 2011 Houston composite - Grade 25 USP |

EXHIBIT A

| | | | |
|---|---|---|---|
| A11508 | TEM Analysis of October 2011 Houston Composites | 2 | Oct 2011 Grade 25 USP Composite |
| A11509 | CTFA XRD Analysis of Oct 2011 Houston Composites | 2 | Oct 2011 Grade 25 USP Composite |
| A11547 | TEM Analysis of NOV 2011 Composites for Houston | 2 | NOV 2011 Houston composite - Grade 25 USP |
| A11548 | CTFA USP XRD Analysis of NOV 2011 Composites for Houston | 2 | NOV 2011 Houston composite - Grade 25 USP |
| A12009 | TEM Analysis of Houston Monthly Composites for December 2011 | 2 | DEC 2011 Houston Composite - Grade 25 USP |
| A12010 | CTFA USP XRD Analysis of Houston DEC 2011 monthly composites | 2 | DEC 2011 Houston Composite - Grade 25 USP |
| A12014 | 4th quarter 2011 heavy metal analysis | 1 | Grade 25 USP |
| A12083 | TEM Analysis of Feb 2012 Houston Composites | 3 | Chinese #2, Grade 25 USP |
| A12084 | CTFA XRD Analysis of Feb 2012 Houston Composites | 3 | Chinese #2, Grade 25 USP |