EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

# LIST OF PLAINTIFFS' LAW FIRMS[1]

| |
|---|
| Allan Berger and Associates |
| Allred, Brotherson & Harrington, P.C. |
| Anapol Weiss |
| Anastopoulo Law Firm |
| Andrews Thornton Higgins Razmara LLP |
| Andrus Wagstaff, P.C. |
| Ashby & Geddes |
| Ashcraft & Gerel |
| Aylstock, Witkin, Kreis & Overholtz, PLLC |
| Bachus & Schanker LLC |
| Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Barnes Law Group, LLC |
| Baron & Budd, P.C. |
| Bathgate, Wegener & Wolf |
| Baum, Hedlund, Aristei & Goldman, P.C. |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Becker Law Group |
| Becnel Law Firm, LLC |
| Belluck & Fox L.L.P. |
| Bergstresser & Pollock PC |
| Berke Law Firm, PA |
| Bernstein Liebhard LLP |
| Bevan & Associates LPA, Inc. |
| Bisnar and Chase |
| Blasingame, Burch, Garrard & Ashley, P.C. |
| Blizzard & Nabers, LLP |
| Bohrer Law Firm, LLC |
| Boodell & Domanskis, LLC |
| Boucher LLP |
| Branch Law Firm |
| Brayton Purcell LLP |

---

[1] Names based on complaints for talc personal injury actions against one or more of defendants.

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Brian E. Adorno Attorney at Law, LLC |
| Brookman, Rosenberg, Brown  Sandler |
| Brown Chiari LLP |
| Burg Simpson Eldredge Hersh & Jardine, P.C. |
| Burns Charest LLP |
| Buzin Law, P.C. |
| Campbell & Associates |
| Capretz & Associates |
| Cates Mahoney, LLC |
| Cellino & Barnes, P.C. |
| Chappell, Smith & Arden, P.A. |
| Cheeley Law Group |
| Childers, Schlueter & Smith, LLC |
| Clark, Robb, Mason, Coulombe Buschman & Charbonnet |
| Clayeo C. Arnold, APC |
| Clifford Law Offices, P.C. |
| Coady Law Firm |
| Cohen & Malad, LLP |
| Cohen, Placitella & Roth, P.C. |
| Colley Shroyer & Abraham Co. LLC |
| Cooney And Conway |
| Corrie Yackulic Law Firm, PLLC |
| Crumley Roberts, LLP |
| Cuneo Gilbert & LaDuca, LLP |
| D'Amato Law Firm, P.C. |
| Daniel & Associates, LLC |
| Danziger & De Llano, LLP |
| D'Arcy Johnson Day, P.C. |
| Davis & Crump |
| Dean Omar Branham |
| Deblase Brown Eyerly LLP |
| DeFeo & Kolker LLC |
| Delise & Hall |
| Dickson Kohan & Bablove LLP |
| Domengeaux Wright Roy & Edwards, LLC |
| Don Barrett P.A. |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Dugan Law Firm, PLC |
| Dwyer Williams Potter |
| Early, Lucarelli, Sweeney & Meisenkothen |
| Eddie Foster |
| Eisenberg, Rothweiler, Winkler Eisenberg & Jeck, P.C. |
| Ely Law, LLC |
| Environmental Litigation Group, PC |
| Farris, Riley & Pitt, LLP |
| Farrise Firm PC |
| Fay Law Group PLLC |
| Fears Nachawati Law Firm |
| Feldman & Pinto |
| Ferraro Law Firm, P.A. |
| Fitzgerald Knaier, LLP |
| Fitzgerald Law Group, LLC |
| Fleming, Nolen & Jez, LLP |
| Flint Law Firm LLC |
| Fox and Farley |
| Frazer Law LLC |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| Galante & Bivalacqua LLC |
| Gary T. Mantkowski Co., L.P.A. |
| Geoffrey B. Gompers & Associates, P.C. |
| George & Farinas, LLP |
| Gibbs Law Group LLP |
| Girardi & Keese |
| Glenn LoeWenthal, PC |
| Goetz, Baldwin & Geddes, P.C. |
| Goldberg & Osborne LLP |
| Goldberg, Persky & White, P.C. |
| Goldenberg Heller Antognoli & Rowland, P.C. |
| Goldenberglaw, PLLC |
| Golomb & Honik, PC |
| Gori Julian & Associates, P.C. |
| Goza & Honnold, LLC |
| Greer, Russell, Dent & Leathers, P.A. |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Grossman & Moore, PLLC |
| Gustafon Gluek |
| Habush Habush & Rottier S.C. |
| Hafeli Staran & Christ , P.C. |
| Haffner Law PC |
| Hagens Berman Sobol Shapiro LLP |
| Harrison Davis Steakley Morrison Jones, PC |
| Hart McLaughlin & Eldridge |
| Hatch, James & Dodge, P.C. |
| Hausfeld |
| Heard Robins Cloud LLP |
| Hedrick Law Firm |
| Helmsdale Law, LLP |
| Herman Gerel, LLP |
| Heygood, Orr & Pearson |
| Hillard Munoz Gonzales, LLP |
| Hobson & Bradley |
| Holland Law Firm |
| Holland, Groves, Schneller & Stolze, LLC |
| Hollis Law Firm P.A. |
| Hollis, Wright, Clay & Vail, P.C. |
| Horton Law Firm |
| Hovde, Dassow, & Deets, LLC |
| Huber, Slack, Thomas & Marcelle, LLP |
| Hughes Law Firm, PLLC |
| Hurley McKenna & Mertz |
| Hutton & Hutton |
| Jacobs & Crumpler, P.A. |
| Jamie A. Johnston, P.C. |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. |
| Jeansonne & Remondet |
| Jeffrey R. Lessin & Associates, P.C. |
| Joel E. Brown & Associates, P.C. |
| John B. Ostrow, P.A. |
| Johnson Becker, PLLC |
| Johnson Law Group |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Jones Ward PLC |
| Karon LLC |
| Karsman, McKenzie & Hart |
| Karst & von Oiste LLP |
| Kassel McVey Attorneys At Law |
| Kazan, McClain, Satterley & Greenwood |
| Keefe Bartels LLC |
| Kelley Uustal, PLC |
| Kibbey and Wagner |
| Kiesel Law, LLP |
| King and Ballow |
| Kline & Specter, P.C. |
| Kuharski Levitz & Giovinazzo |
| Landry & Swarr, L.L.C. |
| Langdon & Emison |
| Lanier Law Firm, PLLC |
| Law Office of Eusi H. Phillips |
| Law Office of Grant D. Amey, LLC |
| Law Office of Haytham Faraj |
| Law Office of John D. Sileo, LLC |
| Law Office of Marion D. Floyd |
| Law Office of Roger "Rocky" Walton, P. C. |
| Law Office of Terence J. Sweeney |
| Law Offices of Eric H. Weinberg |
| Law offices of James S. Rogers |
| Law Offices of Kruskell |
| Law Offices of Lee W. Davis |
| Law Offices of Richard R. Barrett, PLLC |
| Law Offices of Wayne E. Ferrell, Jr., PLLC |
| Lenze Kamerrer Moss, PLC |
| Levin Simes LLP |
| Levy Baldante Finney & Rubenstein |
| Levy Konigsberg, LLP |
| Lewis Saul & Associates, P.C. |
| Lieff Cabraser Heimann & Bernstein, LLP |
| Lipsitz and Ponterio LLC |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Locks Law Firm, LLC |
| Lundy, Lundy, Soileau & South, LLP |
| Marlin & Saltzman LLP |
| Martinian & Associates, Inc. |
| Mary Alexander & Associates, P.C. |
| Massimo & Pawetta, P.C. |
| Maune Raichle Hartley French & Mudd, LLC |
| Mauro, Savo, Camerino, Grant & Schalk, P.A. |
| McDermott & Hickey, LLC |
| McEldrew Young |
| McGlynn, Glisson & Mouton |
| McGowan, Hood & Felder, LLC |
| McKoon, Williams, Atchley & Stanley, PLLC |
| McNulty Law Firm |
| Megargel & Eskridge Co., LPA |
| Meierhenry Sargent, LLP |
| Meirowitz & Wasserberg, LLP |
| Menges Law LLC |
| Merson Law PLLC |
| Messa & Associates, P.C. |
| Meyers & Flowers, LLC |
| Michael Hingle & Associates, LLC |
| Miller Legal, LLP |
| Milstein Adelman, LLP |
| Moll Law Group |
| Montrose Law LLP |
| Morelli Law Firm, PLLC |
| Morgan & Morgan, P.A. |
| Morris Bart, LLC |
| Morris Law Firm |
| Motley Rice LLC |
| Murray Law Firm |
| Napoli Bern Ripka Shkolnik & Associates, LLP |
| Napoli Shkolnik & Associates, LLP |
| Napoli Shkolnik LLC |
| Napoli Shkolnik, PLLC |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Nass Cancelliere Brenner |
| Neal & Harwell, PLC |
| Neblett, Beard & Arsenault |
| Nix Patterson & Roach |
| O'Brien Law Firm |
| Oldfather Law Firm |
| Onder, Shelton, O'Leary & Peterson, LLC |
| Panish, Shea & Boyle |
| Parker Waichman, LLP |
| Patrick Miller, LLC |
| Paul LLP |
| Paul Reich & Myers PC |
| Pendley, Baudin & Coffin, LLP |
| Phillips & Paolicelli, LLP |
| Plymale Law Firm |
| Pogust Braslow & Millrood, LLC |
| Porter & Malouf, PA |
| Pourciau Law Firm, LLC |
| Powers Rogers & Smith LLP |
| Pratt & Associates |
| Pratt & Tobin, P.C. |
| Pribanic & Pribanic, LLC |
| Prim Law Firm, PLLC |
| Provost Umphrey Law Firm |
| Pulaski Law Firm |
| Remer & Georges-Pierre, PLLC |
| Rheingold Giuffra Ruffo & Plotkin |
| Rheingold Valet Rheingold McCartney & Giuffra |
| Richardson Richardson Boudreaux |
| Riley Williams & Piatt, LLC |
| Robbins Ross Alloy Belinfante |
| Robins Cloud LLP |
| Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. |
| Ross Feller Casey, LLP |
| Ross Law Offices, P.C. |
| Ruckdeschel Law Firm, LLC |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Salkow Law, APC |
| Sanders Phillips Grossman, LLP |
| Sanders, Viener Grossman, LLP |
| Sangisetty Law Firm, LLC |
| Satterley & Kelley |
| Saunders & Walker, P.A. |
| Schlesinger Law Offices, P.A. |
| Schmidt & Sethi, PC |
| Schroeder Maundrell Barbiere & Powers |
| Scovern Law |
| Seeger Weiss LLP |
| Seidman Margulis & Fairman, LLP |
| Shaw Cowart, LLP |
| Shelby Lucado, LLC |
| Shrader & Associates, LLP |
| Sieben Polk P.A. |
| Sill Law Group, PLLC |
| Simmons Hanly Conroy LLC |
| Simon Greenstone Panatier Bartlett P.C. |
| Skikos, Crawford, Skikos & Joseph |
| Skikos, Crawford, Skikos, Joseph & Millican |
| Slack & Davis LLP |
| Southerland Law Firm, PLLC |
| Standly Hamilton, LLP |
| Stanley Law Group |
| Steve Merritt Law |
| Stewart & Stewart |
| Stone Granade & Crosby PC |
| Sugarman Law, LLC |
| Sullo & Sullo, LLP |
| Summers & Johnson, P.C. |
| Summers, Rufolo & Rodgers, P.C. |
| Sutter & Gillham, PLLC |
| Sutton, Alker & Rather, LLC |
| Szaferman, Lakind, Blumstein & Blader, P.C. |
| The Alarid Law Firm, P.C. |

EXHIBIT B

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| The Brandi Law Firm |
| The Cheek Law Firm |
| The Cuffie Law Firm |
| The Deaton Law Firm |
| The Diaz Law Firm, PLLC |
| The Dugan Law Firm |
| The Dugan Law Firm, APLC |
| The Early Law Firm, LLC |
| The Hannon Law Firm, LLC |
| The Kruger Law Firm |
| The Law Firm of Joseph H. Low IV |
| The Law Offices of Peter G. Angelos |
| The Law Offices of Sean M. Cleary, P.A. |
| The Levensten Law Firm, P.C. |
| The Madalon Law Firm |
| The Miller Firm, LLC |
| The Pate Law Firm |
| The Penton Law Firm |
| The Pointe |
| The Potts Law Firm, LLP |
| The Reardon Law Firm, P.C. |
| The Ruth Law Team |
| The Simon Law Firm, PC |
| The Smith Law Firm, PLLC |
| The Whitehead Law Firm, LLC |
| The Zevan and Davidson Law Firm |
| Thornton Law Firm LLP |
| TorHoerman Law LLC |
| Tracey & Fox |
| Tracey Law Firm |
| Unglesby Law Firm |
| Usry, Weeks & Matthews, APLC |
| Ventura Law |
| Wagstaff & Cartmell, LLP |
| Wallace & Graham |
| Walton Telken Foster, LLC |

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

| |
|---|
| Waters & Krause, LLP |
| Waters, Kraus & Paul |
| Watts Guerra LLP |
| Weinstein Courture PLLC |
| Weitz & Luxenberg, P.C |
| Wexler Wallace LLP |
| White & Weddle, P.C. |
| Wilentz, Goldman & Spitzer, P.A. |
| Will Davidson LLP |
| Will Ferguson & Associates |
| William G. Colvin, PLLC |
| Williams Declark Tuschman Co., L.P.A |
| Wilson Law PA |
| Worthington & Caron, P.C. |
| Wylder Corwin Kelly LLP |
| Yearout & Traylor, P.C. |