EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018_____-_____ | | | | | | |
| 2018_____-_____A | | | | | | |
| 2018_____-_____B | | | | | | |
| 2018_____-_____C | | | | | | |

Observer for plaintiffs hereby acknowledges receipt of 2018_____-_____A, _____ of original Sample 2018_____-_____.
(weight)

_____      _____
Observer for Plaintiffs                            Date


Observer for defendants hereby acknowledges receipt of 2018_____-_____B, _____ of original Sample 2018_____-_____.
(weight)

_____      _____
Observer for Defendants                          Date


Laboratory technician hereby acknowledges that all remaining material from Sample 2018_____-_____ was

(check one): ☐ replaced in its original container   ☐ transferred to a new receptacle (2018_____-_____C).


_____      _____
Laboratory Technician                            Date

1

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | MUSEUM SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY TRANSFERRED TO NEW RECEPTACLE |
|---|---|---|---|---|---|---|
| 2018_____-_____M | | | | | | |

Observer for plaintiffs hereby acknowledges that unselected Museum Sample _____, _____ was transferred to 2018_____-_____M.
(weight)

_____          _____
Observer for Plaintiffs                                    Date


Observer for defendants hereby acknowledges that unselected Museum Sample _____, _____ was transferred to 2018_____-_____M.
(weight)

_____          _____
Observer for Defendants                                   Date


Laboratory technician hereby acknowledges that unselected Museum Sample _____, _____ was transferred to 2018_____-_____M.
(weight)

_____          _____
Laboratory Technician                                     Date

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this ___ day of _____, _____, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.  That parties further acknowledge that the full contents of unselected Museum Samples were transferred to new receptacles fairly and pursuant to all terms of the Agreed Order.

_____        _____
Observer for Plaintiffs                                        Date


_____        _____
Observer for Defendants                                     Date


The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.


_____        _____
Laboratory Technician                                       Date