UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Plaintiffs' Steering Committee's Notices of the 30(b)(6) Depositions of Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. were served via electronic mail today on all Defendants through their counsel of record identified below.

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047

Gene M. Williams
gmwilliams@shb.com
SHOOK, HARDY & BACON LLP
600 Travis St., Ste. 3400
Houston, TX 77002

John H. Beisner
John.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
*COUNSEL FOR DEFENDANTS, JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP

350 Mount Kemble Avenue
Morristown, NJ 07962

Mark Silver
msilver@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962

Nancy M. Erfle
nerfle@grsm.com
GORDON & REES SCULLY MANSUKHANI
121 SW Morrison St., Ste. 1575
Portland, OR 97204
*COUNSEL FOR DEFENDANT IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA 19107

Thomas Locke
tlocke@seyfarth.com
SEYFARTH SHAW LLP
975 F St., NW
Washington, DC 20004
*COUNSEL FOR DEFENDANT PERSONAL CARE PRODUCTS COUNCIL*

DATE:  February 21, 2018

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com


*/s/ P. Leigh O'Dell*
P. Leigh O'Dell

2

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

**Plaintiffs' Co-Lead Counsel**

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*