UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Frye v. Johnson & Johnson, et al., ) | |
|     N.D. Illinois, C.A. No. 1:18-00940 ) | MDL No. 2738 |

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On February 13, 2018, the Panel filed in this docket a conditional transfer order (CTO-75) pertaining to, *inter alia*, this action (*Frye*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Frye* was lifted on February 21, 2018, and the action was transferred to the District of New Jersey.

Subsequently, also on February, 21, 2018, plaintiff, through counsel, filed a motion to reinstate the CTO. Counsel states that the notice of opposition was not filed due to clerical error. Appended to plaintiff's motion is a notice of opposition, along with certain other supporting documents. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Frye* in order to permit plaintiff to pursue her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-75" filed on February 13, 2018, is REINSTATED insofar as it relates to this action.

IT IS FURTHER ORDERED that plaintiff's notice of opposition is deemed filed as of the date of this order. Plaintiff's motion to vacate the conditional transfer order, and a separate supporting brief, will be due according to the briefing schedule that will issue shortly.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
Deputy Clerk