UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cassie Allen 3:18-cv-02389 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 20, 2018 on behalf of Plaintiff Cassie Allen.

Dated: February 22, 2018

                 Respectfully Submitted by,
                 /s/ Catherine T. Heacox
                 Catherine T. Heacox
                 The Lanier Law Firm, PLLC
                 Tower 56
                 126 East 56th Street
                 New York, NY 10022
                 (212) 421-2800
                 Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 22, 2018

  /s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
New York, NY 10022
(212) 421-2800
Counsel for Plaintiff(s)