# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Joyce Everhart, Individually, and on Behalf of the Estate of Barbara Sharp 3:18-cv-02391 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

   Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 20, 2018 on behalf of Plaintiffs Joyce Everhart, Individually, and on Behalf of the Estate of Barbara Sharp.

| | |
|---|---|
| Dated: February 22, 2018 | Respectfully Submitted by,<br>/s/ Catherine T. Heacox<br>Catherine T. Heacox<br>The Lanier Law Firm, PLLC<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-2800<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 22, 2018            /s/ Catherine T. Heacox
                                                           Catherine T. Heacox
                                                           The Lanier Law Firm, PLLC
                                                           Tower 56
                                                           126 East 56th Street
                                                           New York, NY 10022
                                                           (212) 421-2800
                                                           Counsel for Plaintiff(s)