## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **NANCY KRAJCIK v. JOHNSON & JOHNSON, ET AL.** | Civil Action No.: 3:18-cv-00982-FLW-LHG |

## NOTICE OF ASSOCIATION OF COUNSEL

Notice is hereby given that, KIESEL LAW LLP, attorneys for Plaintiff, hereby associates the law firm of BOUCHER LLP as co-counsel in this matter. The name, office address, telephone number, facsimile number and e-mail address of the associated counsel is as follows:

(a) BOUCHER LLP
Raymond P. Boucher (CA State Bar No. 115364)
Shehnaz M. Bhujwala (CA State Bar No. 223484)
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Telephone: (818) 340-5400
Facsimile: (818) 340-5401
E-mail: ray@boucher.la
E-mail: bhujwala@boucher.la

DATED: February 22, 2018                Respectfully Submitted,


By:      /s/ Helen Zukin
Helen Zukin
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: zukin@kiesel.law

1

Dated: February 22, 2018

                By:      /s/ Raymond P. Boucher

Raymond P. Boucher
Shehnaz M. Bhujwala
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Tel: (818) 340-5400
Fax: (818) 340 5401
E-mail: ray@boucher.la
E-mail: bhujwala@boucher.la

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 22, 2018  Respectfully Submitted,

By:  /s/ Helen Zukin
Helen Zukin
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: zukin@kiesel.law

*Counsel for Plaintiff*