IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the law offices of Barry, McTiernan & Wedinger, P.C., by Alexandra J. Taylor, Esq., hereby enters an appearance in the above entitled action on behalf of defendant, PERSONAL CARE PRODUCTS COUNCIL.

Dated: February 23, 2018

>
> Respectfully submitted,
> BARRY, McTIERNAN & WEDINGER, P.C.
> 10 Franklin Avenue
> Edison, NJ 08837
> Telephone:   (732) 732-5600
> Facsimile:    (732) 738-5618
>
> _____
> Alexandra J. Taylor, Esq.