## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *This Document Relates To:* | ) ) | Civil Action No.: 3-18-CV-02431 |
| LINDSEY BLAKE LEAN, ADMINIS-TRATOR OF THE ESTATE OF SUSAN P. MARGULIES, DECEASED. | ) ) ) | |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 2 (Direct Filing), that the Short Form Complaint with Jury Demand was filed on February 21, 2018 on behalf of Lindsey Blake Lean, Administrator of the Estate of Susan P. Margulies, Deceased.

Dated: <u>February 23, 2018</u>　　　　　　Respectfully Submitted By:

　　　　　　　　　　　　　　　　　　<u>/s/ David Cates</u>
　　　　　　　　　　　　　　　　　　DAVID CATES #6289198
　　　　　　　　　　　　　　　　　　CATES MAHONEY, LLC
　　　　　　　　　　　　　　　　　　216 West Pointe Drive, Suite A
　　　　　　　　　　　　　　　　　　Swansea, IL  62226
　　　　　　　　　　　　　　　　　　Telephone:　(618) 277-3644
　　　　　　　　　　　　　　　　　　Facsimile:　(618) 277-7882
　　　　　　　　　　　　　　　　　　Email: dcates@cateslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　<u>　/s/ David Cates　</u>