SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Helen Robinson v. Johnson & Johnson, et al.* Case No. 3:18-cv-2581 | |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 23, 2018 on behalf of Plaintiff Helen Robinson.

Dated: February 23, 2018                Respectfully Submitted,

                                        */s/ Trent B. Miracle*
                                        Trent B. Miracle
                                        John J. Foley
                                        Andy S. Williams
                                        Eric S. Johnson
                                        **SIMMONS HANLY CONROY**
                                        One Court Street
                                        Alton, IL 62002
                                        Telephone:  618.259.2222
                                        Facsimile:  618.259.2251
                                        tmiracle@simmonsfirm.com
                                        jfoley@simmonsfirm.com
                                        awilliams@simmonsfirm.com
                                        ejohnson@simmonsfirm.com

                                        ***Attorneys for Plaintiffs***

                        <u>**CERTIFICATE OF SERVICE**</u>

        The undersigned hereby certifies that a true and correct copy of the foregoing was served

via the Court's electronic filing system on this 23rd day of February, 2018 to all parties of

interest.

                                        */s/ Trent B. Miracle*
                                        Trent B. Miracle