## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------

FREDERICA SMITH,                   :     Civil Action No. 3:17-cv-00799
                                   :
          Plaintiff,               :        MDL No. 2738
                                   :
     v.                            :
                                   :
                                   :
JOHNSON & JOHNSON, et al.,         :
                                   :
          Defendants.              :
--------------------------------------------- :

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Frederica Smith and counsel for Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., and Imerys Talc America, Inc., formerly known as Luzenac America, Inc., (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure Rule 41(A)(1)(a)(ii) that the above-captioned matter is dismissed in its entirety with prejudice as to Defendants and without costs against any parties.


*s/Margaret M. Branch*_____        *s/Susan M. Sharko*_____
Margaret M. Branch                         Susan M. Sharko
*Attorneys for Plaintiff*                  *Attorneys for Defendants Johnson &*
                                           *Johnson,   Johnson   &   Johnson*
                                           *Consumer, Inc.*

s/Lorna A. Dotro
_____
Lorna A. Dotro
*Attorneys for Imerys Talc America, Inc.*

IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.          2-26-18