# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMINTA MCCARTHY, INDIVIDUALLY, AND IN HER CAPACITY AS REPRESENTATIVES OF THE ESTATE OF ANNA CORTEZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-00790<br><br>MDL No. 2738 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Aminta McCarthy and counsel for Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., and Imerys Talc America, Inc., formerly known as Luzenac America, Inc., (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure Rule 41(A)(1)(a)(ii) that the above-captioned matter is dismissed in its entirety with prejudice as to Defendants and without costs against any parties.

s/Margaret M. Branch
Margaret M. Branch
*Attorneys for Plaintiff*

s/Susan M. Sharko
Susan M. Sharko
*Attorneys for Defendants Johnson &*

*Johnson, Johnson & Johnson Consumer, Inc.*

*s/Lorna A. Dotro*
Lorna A. Dotro
*Attorneys for Imerys Talc America, Inc.*

IT IS SO ORDERED:

*[signature]*

FREDA L. WOLFSON, U.S.D.J.

2-26-18