# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Walker v. Johnson & Johnson, et al.,* Case No. 3:18-cv-02254 | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 16, 2018, on behalf of Plaintiffs Edith Smith-Johnson and The Estate of Belinda Walker.

Dated: February 27, 2018                    Respectfully Submitted by,

                                                                  */s/ Jennell K. Shannon*

                                                                 Jennell K. Shannon, Esq.
                                                                 MN Bar No. 398672
                                                                 Michael K. Johnson, Esq.
                                                                 MN Bar No. 258696
                                                                 Stacy Hauer, Esq.
                                                                 MN Bar No. 317093
                                                                 **JOHNSON BECKER, PLLC**
                                                                 444 Cedar Street, Suite 1800
                                                                 St. Paul, MN 55101
                                                                 Phone: 612-436-1800
                                                                 Fax: 612-436-1801
                                                                 Email: mjohnson@johnsonbecker.com
                                                                 Email: shauer@johnsonbecker.com
                                                                 Email: jshannon@johnsonbecker.com

                                                                 ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Jennell K. Shannon

Jennell K. Shannon, Esq.
MN Bar No. 398672
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: jshannon@johnsonbecker.com

ATTORNEY FOR PLAINTIFF