SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*RAQUEL NDZEIDZE v. JOHNSON & JOHNSON, et al.*<br>Case No. 3:18-cv-2703 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2018 on behalf of Plaintiff Raquel Ndzeidze.

Dated: February 27, 2018                 Respectfully Submitted,

                                                       */s/ Trent B. Miracle*
                                                       Trent B. Miracle
                                                       John J. Foley
                                                       Andy S. Williams
                                                       Eric S. Johnson
                                                       **SIMMONS HANLY CONROY**
                                                       One Court Street
                                                       Alton, IL 62002
                                                       Telephone: 618.259.2222
                                                       Facsimile: 618.259.2251
                                                       tmiracle@simmonsfirm.com
                                                       jfoley@simmonsfirm.com
                                                       awilliams@simmonsfirm.com
                                                       ejohnson@simmonsfirm.com

                                                       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 27th day of February, 2018 to all parties of interest.

/s/ Trent B. Miracle
Trent B. Miracle