UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Plaintiffs' Steering Committee's Notices of the 30(b)(6) Depositions of Defendant Imerys Talc America, Inc. was served via electronic mail today on all Defendants through their counsel of record identified below.

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047

Gene M. Williams
gmwilliams@shb.com
SHOOK, HARDY & BACON LLP
600 Travis St., Ste. 3400
Houston, TX 77002

John H. Beisner
John.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
*COUNSEL FOR DEFENDANTS, JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962

Mark Silver
msilver@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962

Nancy M. Erfle
nerfle@grsm.com
GORDON & REES SCULLY MANSUKHANI
121 SW Morrison St., Ste. 1575
Portland, OR 97204
*COUNSEL FOR DEFENDANT IMERYS TALC AMERICA INC.*

Sheryl Lisa Axelrod
saxelrod@theaxelrodfirm.com
THE AXELROD FIRM PC
1125 Walnut Street
The Beasley Building
Philadelphia, PA 19107

Thomas Locke
tlocke@seyfarth.com
SEYFARTH SHAW LLP
975 F St., NW
Washington, DC 20004
COUNSEL FOR DEFENDANT PERSONAL CARE PRODUCTS COUNCIL

DATE:  February 27, 2018

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

**Plaintiffs' Co-Lead Counsel**

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*