## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *This Document Relates To:* | Civil Action No.: 3-18-CV-02385 |
| CYNTHIA PROKOP. | |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 2 (Direct Filing), that the Short Form Complaint with Jury Demand was filed on February 20, 2018 on behalf of Cynthia Prokop.

Dated: February 28, 2018                Respectfully Submitted By:

/s/ David Cates
DAVID CATES #6289198
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone:     (618) 277-3644
Facsimile:     (618) 277-7882
Email: dcates@cateslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David Cates