## UNITED STATES DISTRICT COURT
### THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON | ) | |
| TALCUM POWDER PRODUCTS | ) | **MDL NO. 2738 (FLW) (LHG)** |
| MARKETING, SALES PRACTICES, | ) | **JUDGE FREDA L. WOLFSON** |
| AND PRODUCTS LIABILITY | ) | **MAG. JUDGE LOIS H. GOODMAN** |
| LITIGATION | ) | |
| | ) | |
| *This Document Relates To:* | ) | Civil Action No.: 3-18-CV-02386 |
| | ) | |
| CINDY AND MARK ROBBINS. | ) | |

---

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 2 (Direct Filing), that the

Short Form Complaint with Jury Demand was filed on February 20, 2018 on behalf of Cindy and

Mark Robbins.


Dated: <u>February 28, 2018</u>                    Respectfully Submitted By:


                                          <u>/s/ David Cates                    </u>
                                          DAVID CATES #6289198
                                          CATES MAHONEY, LLC
                                          216 West Pointe Drive, Suite A
                                          Swansea, IL  62226
                                          Telephone:     (618) 277-3644
                                          Facsimile:      (618) 277-7882
                                          Email: dcates@cateslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

                         <u>        /s/ David Cates        </u>