# UNITED STATES DISTRICT COURT
# THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *This Document Relates To:* | ) ) | Civil Action No.: 3-18-CV-02433 |
| JACKIE LEE STEWART, PERSONAL REPRESENTATIVE OF KAREN SUE STEWART, DECEASED. | ) ) ) | |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 2 (Direct Filing), that the Short Form Complaint with Jury Demand was filed on February 201 2018 on behalf of Jackie Lee Stewart, Personal Representative of Karen Sue Stewart, Deceased.

Dated: <u>February 28, 2018</u>  Respectfully Submitted By:

        /s/ David Cates  
        DAVID CATES #6289198  
        CATES MAHONEY, LLC  
        216 West Pointe Drive, Suite A  
        Swansea, IL  62226  
        Telephone:     (618) 277-3644  
        Facsimile:     (618) 277-7882  
        Email: dcates@cateslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

        /s/ David Cates