UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> *This Document Relates To:* ) <br> ) <br> ANNETTE SZAFRANSKI. ) | MDL NO. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> Civil Action No.: 3-18-CV-02387 |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 2 (Direct Filing), that the Short Form Complaint with Jury Demand was filed on February 21, 2018 on behalf of Annette Szafranski.

Dated: February 28, 2018            Respectfully Submitted By:

/s/ David Cates
DAVID CATES #6289198
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone:     (618) 277-3644
Facsimile:      (618) 277-7882
Email: dcates@cateslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ David Cates