## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| <u>ANGELICA JONES,</u>  Plaintiff, v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,  Defendants. | COMPLAINT AND JURY DEMAND  Civil Action No.: 3:18-CV-02913  DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 28, 2018.

Dated: <u>February 28, 2018.</u>

            Respectfully submitted,

            <u>/s/</u> M. Brandon Smith
            M. BRANDON SMITH, Esq.
            Georgia Bar Number: 141418
            CHILDERS, SCHLUETER & SMITH, LLC
            1932 N. Druid Hills Road, Suite 100
            Atlanta, GA 30319
            Phone: 404.419.9500
            Fax: 404.419.9501
            bsmith@cssfirm.com
            *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*