## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: __3:18-cv-02947__<br><br>MDL No. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Donna Stevens.

Dated: February 28, 2018.

                                                        Respectfully Submitted,

                                                        By: */s/ T. Roe Frazer II*
                                                           T. Roe Frazer II (MS Bar No. 5519) PHV
                                                           Patrick D. McMurtray (TN Bar No. 31597) PHV
                                                           Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                                           FRAZER PLC
                                                           1 Burton Hills Blvd., Suite 215
                                                           Nashville, TN 37215
                                                           Telephone: 615.647.0988
                                                           Facsimile: 866.314.2466

**OF COUNSEL:**
Clair G. Campbell
N.C. Bar No. 12965
CAMPBELL & ASSOCIATES
Post Office Box 31666
Charlotte, NC 28231
Telephone: 704.333.0885
Facsimile: 704.372.7718

Payton D. Hoover
N.C. Bar No. 32110
CAMPBELL & ASSOCIATES
Post Office Box 31666
Charlotte, NC 28231
Telephone: 704.333.0885
Facsimile: 704.372.7718
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 28, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ T. Roe Frazer II*