## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*SUE HURST ET. AL. V. JOHNSON & JOHNSON, ET AL.*<br>Case No: 3:18-cv-02802 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint and Jury Demand was filed on February 27, 2018, on behalf of Plaintiffs Sue Hurst and Steve Hurst.

Dated: March 1, 2018

Respectfully Submitted,

*/s/ Richard W. Schulte*
Richard Schulte (OH 0066031)
**Wright & Schulte, LLC**
865 S. Dixie Dr.
Vandalia, Ohio 45377
Phone: 937-435-7500
Fax: 937-435-7511
rschulte@yourlegalhelp.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed on March 1, 2018, with the clerk using the CM/ECF system which will automatically serve all counsel of record.

*/s/ Richard W. Schulte*
Richard W. Schulte