**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILIFY LITIGATION | MDL No. 16-2738 (FLW) (LHG) |
| | C/A/F: 3:18-cv-02970 |

This Document Applies To The Following:
**VENUS PIZZONI**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, by and through her counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and files this **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** of all claims asserted under her Complaint. This **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** is filed by Plaintiff prior to the service of an answer and/or motion for summary judgment by any adverse party herein named. Plaintiff expressly reserves the right to re-file the subject claims as provided by law and/or CMO 8 of this Court.

Respectfully submitted this 1st day of March, 2018.

                                            **/s/: M. Brandon Smith**
                                            M. Brandon Smith, Esq.
                                            Attorney For Plaintiff
                                            Georgia Bar No. 141418
                                            bsmith@cssfirm.com

CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, Georgia 30319
(404) 419-9500 (phone)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the foregoing pleading via the CM/ECF system.

Respectfully submitted this 1st day of March, 2018.

**/s/: M. Brandon Smith**
M. Brandon Smith, Esq.
Attorney For Plaintiff
Georgia Bar No. 141418
bsmith@cssfirm.com

CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, Georgia 30319
(404) 419-9500 (phone)