**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sulma Riyadh v. Johnson & Johnson, et al.*<br>Case No.: 3:18-cv-02989 | **MDL NO. 2738 (FLW) (LHG)** |

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Sulma Riyadh.


Dated: <u>March 1, 2018</u>                    Respectfully submitted,

                              **GOLDENBERGLAW, PLLC**


                              By: <u>*/s/ Stuart L. Goldenberg*</u>
                              Stuart L. Goldenberg (MN #0158719)
                              Noah C. Lauricella (MN #397896)
                              800 LaSalle Avenue, Suite 2150
                              Minneapolis, MN 55402
                              (612) 333-4662 (Tel)
                              (612) 367-8107 (Fax)
                              slgoldenberg@goldenberglaw.com
                              nclauricella@goldenberglaw.com

**DALIMONTE RUEB, LLP**

By: */s/ Jennifer L. Orendi*
Jennifer L. Orendi (DC #489615)
John A. Dalimonte (MA #554554)
Gregory D. Rueb (CA #154589)
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
(888) 461-3650 (Tel)
jorendi@drlawllp.com
greg@drlawllp.com
john@drlawllp.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of March, 2018.

*/s/ Stuart L. Goldenberg*