## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| AMY WHITE, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:18-CV-02991 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on March 1, 2018.

Dated: March 1, 2018

                                           Respectfully submitted,

                                           */s/* M. Brandon Smith
                                           M. BRANDON SMITH, Esq.
                                           Georgia Bar Number: 141418
                                           CHILDERS, SCHLUETER & SMITH, LLC
                                           1932 N. Druid Hills Road, Suite 100
                                           Atlanta, GA 30319
                                           Phone: 404.419.9500
                                           Fax: 404.419.9501
                                           bsmith@cssfirm.com
                                           *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*