MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kimberli M. Harney v. Johnson & Johnson, et al.*, 3:18-cv-01461-FLW-LHG | MDL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 1, 2018 on behalf of Plaintiff Kimberli M. Harney.

Dated: March 1, 2018

Respectfully Submitted by,

*/s/ Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T: 504-525-8100
F: 504-584-5249
cthomas@murray-lawfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                              */s/ Caroline T. White*
                                                                              Caroline T. White (LA #36051)
                                                                              MURRAY LAW FIRM
                                                                              650 Poydras St., Ste. 2150
                                                                              New Orleans, LA 70130
                                                                              T: 504-525-8100
                                                                              F: 504-584-5249
                                                                              cthomas@murray-lawfirm.com