

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
Susan.Sharko@dbr.com

March 2, 2018

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

**VIA ECF**
Honorable Freda L. Wolfson
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 2738

Dear Judge Wolfson:

      Pursuant to the Court's January 31, 2018, Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples (Dkt. No. 4032), the Johnson & Johnson defendants hereby amend Exhibit C to incorporate historical samples of Johnson's® Baby Powder and Shower to Shower® that were located at PTI Union, LLC or PTI Royston, LLC in connection with supplemental discovery efforts. *See* January 31, 2018 Order, at p. 3 (stating that the Johnson & Johnson defendants would amend Exhibit C to the Order to identify historical samples located at PTI Union, LLC or PTI Royston, LLC). An amended version of Exhibit C is attached hereto as Exhibit 1.

      Respectfully submitted,

      */s/ Susan M. Sharko*

      Susan M. Sharko

cc:    Hon. Lois H. Goodman (via Electronic Mail)
       Hon. Joel A. Pisano (Ret.) (via Electronic Mail)
       Leigh O'Dell, Esq. (via Electronic Mail)
       Michelle Parfitt, Esq. (via Electronic Mail)
       Christopher Placitella, Esq. (via Electronic Mail)
       Lorna Dotro, Esq. (via Electronic Mail)
       Thomas Locke, Esq. (via Electronic Mail)

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established* 1849