# EXHIBIT 1

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2012 | 2362RB | 0.5 | 4 |
| 2012 | 2622RB | 0.5 | 5 |
| 2012 | 2372RB | 1 | 42 |
| 2012 | 2402RB | 1 | 43 |
| 2012 | 2412RA | 1 | 44 |
| 2012 | 2422RA | 1 | 45 |
| 2012 | 2492RB | 1 | 46 |
| 2012 | 2502RA | 1 | 47 |
| 2012 | 2542RA | 1 | 48 |
| 2012 | 2552RA | 1 | 49 |
| 2012 | 2562RA | 1 | 50 |
| 2012 | 2572RB | 1 | 51 |
| 2012 | 2612RB | 1 | 52 |
| 2012 | 2622RA | 1 | 53 |
| 2012 | 3202RB | 0.5 | 949 |
| 2012 | 3342RB | 0.5 | 950 |
| 2012 | 3472RB | 0.5 | 951 |
| 2012 | 3482RB | 0.5 | 952 |
| 2012 | 2912RA | 1 | 961 |
| 2012 | 2922RA | 1 | 962 |
| 2012 | 2932RA | 1 | 963 |
| 2012 | 3032RA | 1 | 964 |
| 2012 | 3042RA | 1 | 965 |
| 2012 | 3052RA | 1 | 966 |
| 2012 | 3062RA | 1 | 967 |
| 2012 | 3072RA | 1 | 968 |
| 2012 | 3102RA | 1 | 969 |
| 2012 | 3132RA | 1 | 970 |
| 2012 | 3142RA | 1 | 971 |
| 2012 | 3172RA | 1 | 972 |
| 2012 | 3182RA | 1 | 973 |
| 2012 | 3192RA | 1 | 974 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz. Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3] To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

Inventory of Historical[1] Johnson's® Baby Powder Samples Identified by PTI Royston, LLC    EXHIBIT C - AMENDED 3/1/2018

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2012 | 3322RA | 1 | 975 |
| 2012 | 3332RA | 1 | 976 |
| 2012 | 3452RA | 1 | 977 |
| 2012 | 3462RA | 1 | 978 |
| 2013 | 3543RB | 0.5 | 214 |
| 2013 | 0023RB | 0.5 | 661 |
| 2013 | 0093RB | 0.5 | 663 |
| 2013 | 0103RB | 0.5 | 664 |
| 2013 | 0143RB | 0.5 | 665 |
| 2013 | 0163RB | 0.5 | 666 |
| 2013 | 0173RB | 0.5 | 667 |
| 2013 | 0253RB | 0.5 | 668 |
| 2013 | 0353RB | 0.5 | 669 |
| 2013 | 0033RA | 1 | 679 |
| 2013 | 0043RA | 1 | 680 |
| 2013 | 0073RA | 1 | 681 |
| 2013 | 0113RB | 1 | 682 |
| 2013 | 1083RA | 1 | 683 |
| 2013 | 0213RA | 1 | 684 |
| 2013 | 0223RA | 1 | 685 |
| 2013 | 0233RA | 1 | 686 |
| 2013 | 0243RB | 1 | 687 |
| 2013 | 0303RA | 1 | 688 |
| 2013 | 0313RA | 1 | 689 |
| 2013 | 0313RA | 1 | 690 |
| 2013 | 0323RA | 1 | 691 |
| 2013 | 0363RA | 1 | 692 |
| 2013 | 0373RA | 1 | 693 |
| 2013 | 3113RB | 0.5 | 728 |
| 2013 | 0953RB | 0.5 | 736 |
| 2013 | 0983RB | 0.5 | 737 |
| 2013 | 1153RB | 0.5 | 738 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz.  Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3] To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

Created for Purposes of Litigation

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2013 | 3043RA | 1 | 739 |
| 2013 | 3053RA | 1 | 740 |
| 2013 | 3123RA | 1 | 741 |
| 2013 | 3153RA | 1 | 742 |
| 2013 | 3163RA | 1 | 743 |
| 2013 | 3173RA | 1 | 744 |
| 2013 | 3193RB | 1 | 745 |
| 2013 | 3223RA | 1 | 746 |
| 2013 | 3233RA | 1 | 747 |
| 2013 | 3243RA | 1 | 748 |
| 2013 | 3253RA | 1 | 749 |
| 2013 | 3263RA | 1 | 750 |
| 2013 | 3293RA | 1 | 751 |
| 2013 | 3293RB | 1 | 752 |
| 2013 | 0993RA | 1 | 804 |
| 2013 | 1003RA | 1 | 805 |
| 2013 | 1013RA | 1 | 806 |
| 2013 | 1023RA | 1 | 807 |
| 2013 | 1053RA | 1 | 808 |
| 2013 | 1063RA | 1 | 809 |
| 2013 | 1073RA | 1 | 810 |
| 2013 | 1093RA | 1 | 811 |
| 2013 | 1123RA | 1 | 812 |
| 2013 | 1133RA | 1 | 813 |
| 2013 | 1143RA | 1 | 814 |
| 2013 | 1193RA | 1 | 815 |
| 2013 | 2263RB | 0.5 | 816 |
| 2013 | 2403RB | 0.5 | 817 |
| 2013 | 2413RB | 0.5 | 818 |
| 2013 | 2523RB | 0.5 | 819 |
| 2013 | 2603RB | 0.5 | 820 |
| 2013 | 2033RB | 0.5 | 821 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz. Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3] To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2013 | 2043RB | 0.5 | 822 |
| 2013 | 2173RB | 0.5 | 823 |
| 2013 | 3293RA | 1 | 824 |
| 2013 | 3293RB | 1 | 825 |
| 2013 | 3303RA | 1 | 826 |
| 2013 | 3313RA | 1 | 827 |
| 2013 | 3363RA | 1 | 828 |
| 2013 | 3373RA | 1 | 829 |
| 2013 | 3383RA | 1 | 830 |
| 2013 | 3393RB | 1 | 831 |
| 2013 | 3443RA | 1 | 832 |
| 2013 | 3453RA | 1 | 833 |
| 2013 | 3463RA | 1 | 834 |
| 2013 | 3473RA | 1 | 835 |
| 2013 | 3503RA | 1 | 836 |
| 2013 | 3513RA | 1 | 837 |
| 2013 | 3523RA | 1 | 838 |
| 2013 | 3533RA | 1 | 839 |
| 2013 | 3543RA | 1 | 840 |
| 2013 | 2203RA | 1 | 841 |
| 2013 | 2213RA | 1 | 842 |
| 2013 | 2273RA | 1 | 843 |
| 2013 | 2283RA | 1 | 844 |
| 2013 | 2313RA | 1 | 845 |
| 2013 | 2323RA | 1 | 846 |
| 2013 | 2333RB | 1 | 847 |
| 2013 | 2423RA | 1 | 848 |
| 2013 | 2463RA | 1 | 849 |
| 2013 | 2473RA | 1 | 850 |
| 2013 | 2483RA | 1 | 851 |
| 2013 | 2493RA | 1 | 852 |
| 2013 | 2533RA | 1 | 853 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz. Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3] To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

Inventory of Historical[1] Johnson's® Baby Powder Samples Identified by PTI Royston, LLC    EXHIBIT C - AMENDED 3/1/2018

| Date of Manufacture | Lot Number | Quantity[2, 3] | Sample Number |
|---|---|---|---|
| 2013 | 2543RA | 1 | 854 |
| 2013 | 2553RA | 1 | 855 |
| 2013 | 2563RA | 1 | 856 |
| 2013 | 2593RB | 1 | 857 |
| 2013 | 2623RA | 1 | 858 |
| 2013 | 2633RA | 1 | 859 |
| 2013 | 1973RA | 1 | 860 |
| 2013 | 1983RA | 1 | 861 |
| 2013 | 1993RA | 1 | 862 |
| 2013 | 2003RA | 1 | 863 |
| 2013 | 2053RA | 1 | 864 |
| 2013 | 2063RA | 1 | 865 |
| 2013 | 2073RB | 1 | 866 |
| 2013 | 2103RA | 1 | 867 |
| 2013 | 2113RA | 1 | 868 |
| 2013 | 2123RA | 1 | 869 |
| 2013 | 2133RA | 1 | 870 |
| 2013 | 2143RB | 1 | 871 |
| 2013 | 2183RA | 1 | 872 |
| 2013 | 2193RA | 1 | 873 |
| 2013 | 2683RB | 0.5 | 874 |
| 2013 | 2703RB | 0.5 | 875 |
| 2013 | 2743RB | 0.5 | 876 |
| 2013 | 2773RB | 0.5 | 877 |
| 2013 | 2953RB | 0.5 | 878 |
| 2013 | 1713RB | 0.5 | 879 |
| 2013 | 1723RB | 0.5 | 880 |
| 2013 | 1963RB | 0.5 | 881 |
| 2013 | 0423RB | 0.5 | 882 |
| 2013 | 0433RB | 0.5 | 883 |
| 2013 | 0443RB | 0.5 | 884 |
| 2013 | 0463RB | 0.5 | 885 |

[1]As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2]As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz.  Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3]To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

Created for Purposes of Litigation

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2013 | 1283RB | 0.5 | 886 |
| 2013 | 2663RA | 1 | 887 |
| 2013 | 2733RB | 1 | 888 |
| 2013 | 2803RB | 1 | 889 |
| 2013 | 2823RB | 1 | 890 |
| 2013 | 2833RA | 1 | 891 |
| 2013 | 2873RA | 1 | 893 |
| 2013 | 2883RA | 1 | 894 |
| 2013 | 2893RA | 1 | 895 |
| 2013 | 2903RA | 1 | 896 |
| 2013 | 2913RA | 1 | 897 |
| 2013 | 2963RB | 1 | 898 |
| 2013 | 2983RB | 1 | 899 |
| 2013 | 3023RA | 1 | 900 |
| 2013 | 3033RA | 1 | 901 |
| 2013 | 1643RA | 1 | 902 |
| 2013 | 1653RA | 1 | 903 |
| 2013 | 1683RA | 1 | 904 |
| 2013 | 1693RA | 1 | 905 |
| 2013 | 1703RA | 1 | 906 |
| 2013 | 1753RB | 1 | 907 |
| 2013 | 1763RB | 1 | 908 |
| 2013 | 1773RA | 1 | 909 |
| 2013 | 1783RA | 1 | 910 |
| 2013 | 1893RA | 1 | 911 |
| 2013 | 1903RA | 1 | 912 |
| 2013 | 1913RA | 1 | 913 |
| 2013 | 1923RA | 1 | 914 |
| 2013 | 1933RA | 1 | 915 |
| 2013 | 2383RA | 1 | 916 |
| 2013 | 0393RA | 1 | 917 |
| 2013 | 0453RB | 1 | 918 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz. Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3] To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

Created for Purposes of Litigation

Inventory of Historical[1] Johnson's® Baby Powder Samples Identified by PTI Royston, LLC        EXHIBIT C - AMENDED 3/1/2018

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2013 | 0493RA | 1 | 919 |
| 2013 | 0503RA | 1 | 920 |
| 2013 | 0513RA | 1 | 921 |
| 2013 | 0523RA | 1 | 922 |
| 2013 | 0533RA | 1 | 923 |
| 2013 | 0563RA | 1 | 924 |
| 2013 | 0573RA | 1 | 925 |
| 2013 | 0583RA | 1 | 926 |
| 2013 | 0593RA | 1 | 927 |
| 2013 | 0603RA | 1 | 928 |
| 2013 | 0633RA | 1 | 929 |
| 2013 | 0643RA | 1 | 930 |
| 2013 | 0653RA | 1 | 931 |
| 2013 | 0663RA | 1 | 932 |
| 2013 | 0673RA | 1 | 933 |
| 2013 | 0703RA | 1 | 934 |
| 2013 | 0713RA | 1 | 935 |
| 2013 | 0723RA | 1 | 936 |
| 2013 | 1203RA | 1 | 937 |
| 2013 | 1213RA | 1 | 938 |
| 2013 | 1223RA | 1 | 939 |
| 2013 | 1233RA | 1 | 940 |
| 2013 | 1263RA | 1 | 941 |
| 2013 | 1273RA | 1 | 942 |
| 2013 | 1293RA | 1 | 943 |
| 2013 | 1303RA | 1 | 944 |
| 2013 | 1333RA | 1 | 945 |
| 2013 | 1343RA | 1 | 946 |
| 2013 | 1373RA | 1 | 947 |
| 2013 | 1403RA | 1 | 948 |
| 2013 | 0803RB | 0.5 | 956 |
| 2013 | 0873RB | 0.5 | 957 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz. Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3] To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

Created for Purposes of Litigation

| Date of Manufacture | Lot Number | Quantity[2,3] | Sample Number |
|---|---|---|---|
| 2013 | 0953RB | 0.5 | 958 |
| 2013 | 1573RB | 0.5 | 959 |
| 2013 | 1613RB | 0.5 | 960 |
| 2013 | 0023RA | 1 | 979 |
| 2013 | 0733RA | 1 | 993 |
| 2013 | 0743RA | 1 | 994 |
| 2013 | 0773RA | 1 | 995 |
| 2013 | 0783RA | 1 | 996 |
| 2013 | 0793RA | 1 | 997 |
| 2013 | 0813RB | 1 | 998 |
| 2013 | 0843RA | 1 | 999 |
| 2013 | 0853RA | 1 | 1000 |
| 2013 | 0863RA | 1 | 1001 |
| 2013 | 0913RA | 1 | 1002 |
| 2013 | 0923RA | 1 | 1003 |
| 2013 | 0933RA | 1 | 1004 |
| 2013 | 0943RA | 1 | 1005 |
| 2013 | 1413RA | 1 | 1006 |
| 2013 | 1413RB | 1 | 1007 |
| 2013 | 1423RA | 1 | 1008 |
| 2013 | 1433RA | 1 | 1009 |
| 2013 | 1443RA | 1 | 1010 |
| 2013 | 1503RA | 1 | 1011 |
| 2013 | 1513RA | 1 | 1012 |
| 2013 | 1543RA | 1 | 1013 |
| 2013 | 1553RA | 1 | 1014 |
| 2013 | 1563RA | 1 | 1015 |
| 2013 | 1583RB | 1 | 1016 |
| 2013 | 1633RA | 1 | 1017 |

[1]As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2]As used in this column, "1" indicates a full, sealed container of Johnson's® Baby Powder ranging in weight from 1.5 oz. to 22 oz. Samples designated "0.5" were transferred from their original containers to sterile 5 oz. cups and range in weight from approximately 2 oz. to 5 oz.

[3]To the extent that PTI Royston, LLC has multiple samples of Johnson's® Baby Powder from the same lot, in general only one has been included in this inventory.

**Inventory of Historical[1] Talc Samples[2, 3] Identified by PTI Royston, LLC**     EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2009 | H12049-21 | 288 |
| 2009 | H11239-21 | 290 |
| 2009 | H01070-21 | 291 |
| 2009 | H12239-21 | 303 |
| 2009 | H12149-21 | 304 |
| 2010 | H12040-21 | 20 |
| 2010 | H12070-21 | 30 |
| 2010 | H11190-21 | 52 |
| 2010 | H11210-21 | 54 |
| 2010 | H11050-21 | 57 |
| 2010 | H10300-21 | 61 |
| 2010 | H01260-21 | 289 |
| 2010 | H02010-21 | 292 |
| 2010 | H01300-21 | 293 |
| 2010 | H02250-21 | 294 |
| 2010 | H03230-21 | 295 |
| 2010 | H02050-21 | 296 |
| 2010 | H10190-21 | 297 |
| 2010 | H03170-21 | 298 |
| 2010 | H01100-21 | 299 |
| 2010 | H03300-21 | 300 |
| 2010 | H04150-21 | 301 |
| 2010 | H01160-21 | 302 |
| 2010 | H04280-21 | 305 |
| 2010 | H05190-21 | 306 |
| 2010 | H006040-21 | 307 |
| 2010 | H06080-21 | 308 |
| 2010 | H04290-21 | 309 |
| 2010 | H03080-21 | 310 |
| 2010 | H05120-21 | 311 |
| 2010 | H05160-21 | 312 |
| 2010 | H07010-21 | 313 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

Created for Purposes of Litigation

**Inventory of Historical[1] Talc Samples[2,3] Identified by PTI Royston, LLC**        EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2010 | H06240-21 | 314 |
| 2010 | H06280-21 | 315 |
| 2010 | H05070-21 | 316 |
| 2010 | H06060-21 | 317 |
| 2010 | H06260-21 | 318 |
| 2010 | H07110-21 | 319 |
| 2010 | H06100-21 | 320 |
| 2010 | H06160-21 | 321 |
| 2010 | H07090-21 | 322 |
| 2010 | H10250-21 | 323 |
| 2010 | H10050-21 | 324 |
| 2010 | H08100-21 | 325 |
| 2010 | H08130-21 | 326 |
| 2010 | H08050-21 | 327 |
| 2010 | H08230-21 | 328 |
| 2010 | H07280-21 | 329 |
| 2010 | H10010-21 | 330 |
| 2010 | H09260-21 | 331 |
| 2010 | H08150-21 | 332 |
| 2010 | H09150-21 | 333 |
| 2010 | H10090-21 | 334 |
| 2010 | H09070-21 | 335 |
| 2010 | H09130-21 | 336 |
| 2011 | H11081-21 | 1 |
| 2011 | H03281-21 | 2 |
| 2011 | H09191-21 | 3 |
| 2011 | H10121-21 | 4 |
| 2011 | H10221-21 | 5 |
| 2011 | H10231-21 | 6 |
| 2011 | H10041-21 | 7 |
| 2011 | H09151-21 | 8 |
| 2011 | H09301-21 | 9 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

Created for Purposes of Litigation

**Inventory of Historical[1] Talc Samples[2, 3] Identified by PTI Royston, LLC**   EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2011 | H10061-21 | 10 |
| 2011 | H09201-21 | 11 |
| 2011 | H07011-21 | 12 |
| 2011 | H09171-21 | 13 |
| 2011 | H03191-21 | 14 |
| 2011 | H09261-21 | 15 |
| 2011 | H08071-21 | 16 |
| 2011 | H05021-21 | 17 |
| 2011 | H08201-21 | 18 |
| 2011 | H09041-21 | 19 |
| 2011 | H08221-21 | 21 |
| 2011 | H10021-21 | 22 |
| 2011 | H06281-21 | 23 |
| 2011 | H08241-21 | 24 |
| 2011 | H06241-21 | 25 |
| 2011 | H08121-21 | 26 |
| 2011 | H07221-21 | 27 |
| 2011 | H07151-21 | 28 |
| 2011 | H03111-21 | 29 |
| 2011 | H08011-21 | 31 |
| 2011 | H04011-21 | 32 |
| 2011 | H05111-21 | 33 |
| 2011 | H03131-21 | 34 |
| 2011 | H06101-21 | 35 |
| 2011 | H08141-21 | 36 |
| 2011 | H05211-21 | 37 |
| 2011 | H03051-21 | 38 |
| 2011 | H07091-21 | 39 |
| 2011 | H07081-21 | 40 |
| 2011 | H05191-21 | 41 |
| 2011 | H05311-21 | 42 |
| 2011 | H05261-21 | 43 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

Created for Purposes of Litigation

**Inventory of Historical[1] Talc Samples[2,3] Identified by PTI Royston, LLC**     EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2011 | H04261-21 | 44 |
| 2011 | H01111-21 | 45 |
| 2011 | H07301-21 | 46 |
| 2011 | H02111-21 | 47 |
| 2011 | H05061-21 | 48 |
| 2011 | H03081-21 | 49 |
| 2011 | H04171-21 | 50 |
| 2011 | H12190-21 | 51 |
| 2011 | H02031-21 | 53 |
| 2011 | H04091-21 | 55 |
| 2011 | H07181-21 | 56 |
| 2011 | H06291-21 | 58 |
| 2011 | H12300-21 | 59 |
| 2011 | H9091-21 | 60 |
| 2011 | H11181-21 | 62 |
| 2011 | H12061-21 | 64 |
| 2011 | H12091-21 | 65 |
| 2011 | H11261-21 | 67 |
| 2011 | H11161-21 | 68 |
| 2011 | H12041-21 | 70 |
| 2011 | H11221-21 | 74 |
| 2011 | H12191-21 | 78 |
| 2012 | H05212-21 | 63 |
| 2012 | H12301-21 | 66 |
| 2012 | H02132-21 | 69 |
| 2012 | H05092-21 | 71 |
| 2012 | H04082-21 | 72 |
| 2012 | H03072-21 | 73 |
| 2012 | H05022-21 | 75 |
| 2012 | H03232-21 | 76 |
| 2012 | H05172-21 | 77 |
| 2012 | H01222-21 | 79 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

**Inventory of Historical[1] Talc Samples[2,3] Identified by PTI Royston, LLC**          EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2012 | H03252-21 | 80 |
| 2012 | H02022-21 | 81 |
| 2012 | H02192-21 | 82 |
| 2012 | H04112-21 | 83 |
| 2012 | H09132-21 | 84 |
| 2012 | H06232-21 | 85 |
| 2012 | H10012-21 | 86 |
| 2012 | H05262-21 | 87 |
| 2012 | H07012-21 | 88 |
| 2012 | H02052-21 | 89 |
| 2012 | H06182-21 | 90 |
| 2012 | H08102-21 | 91 |
| 2012 | H12281-21 | 92 |
| 2012 | H07192-21 | 93 |
| 2012 | H07102-21 | 94 |
| 2012 | H08292-21 | 95 |
| 2012 | H08172-21 | 96 |
| 2012 | H07162-21 | 97 |
| 2012 | H09012-21 | 98 |
| 2012 | H08192-21 | 99 |
| 2012 | H09022-21 | 100 |
| 2012 | H08042-21 | 101 |
| 2012 | H09272-21 | 102 |
| 2012 | H10122-21 | 103 |
| 2012 | H12102-21 | 104 |
| 2012 | H12282-21 | 110 |
| 2012 | H12032-21 | 128 |
| 2012 | H10062-21 | 131 |
| 2012 | H10302-21 | 136 |
| 2012 | H11042-21 | 143 |
| 2013 | H04123-21 | 105 |
| 2013 | H03143-21 | 106 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

Created for Purposes of Litigation

**Inventory of Historical[1] Talc Samples[2,3] Identified by PTI Royston, LLC**          EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2013 | H08023-21 | 107 |
| 2013 | H05073-21 | 108 |
| 2013 | H05053-21 | 109 |
| 2013 | H05213-21 | 111 |
| 2013 | H04053-21 | 112 |
| 2013 | H07033-21 | 113 |
| 2013 | H09123-21 | 114 |
| 2013 | H06133-21 | 115 |
| 2013 | H08133-21 | 116 |
| 2013 | H06213-21 | 117 |
| 2013 | H07243-21 | 118 |
| 2013 | H02063-21 | 119 |
| 2013 | H02253-21 | 120 |
| 2013 | H04263-21 | 121 |
| 2013 | H10213-21 | 122 |
| 2013 | H07183-21 | 123 |
| 2013 | H10113-21 | 124 |
| 2013 | H06283-21 | 125 |
| 2013 | H08283-21 | 126 |
| 2013 | H06103-21 | 127 |
| 2013 | H03213-21 | 129 |
| 2013 | H05303-21 | 130 |
| 2013 | H01243-21 | 132 |
| 2013 | H01313-21 | 133 |
| 2013 | H10023-21 | 134 |
| 2013 | H09103-21 | 135 |
| 2013 | H04213-21 | 137 |
| 2013 | H05163-21 | 138 |
| 2013 | H05143-21 | 139 |
| 2013 | H06053-21 | 140 |
| 2013 | H10303-21 | 141 |
| 2013 | H08163-21 | 142 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

Created for Purposes of Litigation

**Inventory of Historical[1] Talc Samples[2,3] Identified by PTI Royston, LLC**  EXHIBIT C - AMENDED 3/1/2018

| Date | Lot Number | Sample Number |
|---|---|---|
| 2013 | H11153-21 | 144 |
| 2013 | H06083-21 | 145 |
| 2013 | H01173-21 | 146 |
| 2013 | H03053-21 | 147 |
| 2013 | H12093-21 | 148 |
| 2013 | H12203-21 | 167 |
| 2013 | H12173-21 | 180 |
| 2013 | H12113-21 | 181 |
| 2013 | H11273-21 | 183 |

[1] As used in this inventory, "historical" refers to products that were manufactured prior to 2014 and talc used in those products.

[2] All Samples of talc listed on this inventory range in weight from approximately 3.5 oz. to 4.3 oz. (i.e., 100 g to 123 g).

[3] To the extent that PTI Royston, LLC has multiple samples of talc from the same lot, only one has been included in this inventory.

Created for Purposes of Litigation

Additional Historical Samples - PTI Royston, LLC[1]                    EXHIBIT C - AMENDED 3/1/2018

| Site | Product | Size | Date of Manufacture | Lot Code | Medium | Approx. Contents of Container | Contents | Producing Site |
|---|---|---|---|---|---|---|---|---|
| Royston | Shower to Shower Island Fresh | 13 oz | 8/31/2005 | 2435RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Shower to Shower Breeze Fresh | 13 oz | 8/31/2005 | 2435RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Shower to Shower Sport | 8 oz | 10/12/2005 | 2855RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Johnson's Baby Powder | 500 g | 11/25/2005 | 3295E | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 1.5 oz | 4/26/2006 | 1166RA | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 22 oz | 11/13/2007 | 3177RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 9 oz | 11/16/2007 | 3207RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 15 oz | 6/3/2008 | 1558RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Shower to Shower Morning Fresh | 8 oz | 10/6/2010 | 2790RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Shower to Shower Breeze Fresh | 13 oz | 10/14/2010 | 2870RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |

See endnote.                                                                                                                                      Created for Purposes of Litigation

Additional Historical Samples - PTI Royston, LLC                                EXHIBIT C - AMENDED 3/1/2018

| Site | Product | Size | Date of Manufacture | Lot Code | Medium | Approx. Contents of Container | Contents | Producing Site |
|---|---|---|---|---|---|---|---|---|
| Royston | Shower to Shower Breeze Fresh | 13 oz | 10/14/2010 | 2870RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Johnson's Baby Powder | 9 oz | 10/19/2010 | 2920RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 1.5 oz | 10/20/2010 | 2930RA | Plastic | Full | talc, fragrance | Royston |
| Royston | Shower to Shower Sport | 13 oz | 10/20/2010 | 2930RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Shower to Shower Sport | 13 oz | 10/20/2010 | 2930RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Johnson's Baby Powder | 4 oz | 10/21/2010 | 2940RA | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 4 oz | 10/21/2010 | 2940RA | Plastic | Full | talc, fragrance | Royston |
| Royston | Shower to Shower Island Fresh | 8 oz | 4/11/2011 | 1011RC2 | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Johnson's Baby Powder | 15 oz | 6/27/2011 | 1781RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 425 g | 6/29/2011 | 1801RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 15 oz | 3/5/2012 | 0652RB1 | Plastic | Full | talc, fragrance | Royston |
| Royston | Shower to Shower Morning Fresh | 8 oz | 7/21/2012 | 2032RC2 | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |

See endnote.                                                                                                                      Created for Purposes of Litigation

Additional Historical Samples - PTI Royston, LLC[1]   EXHIBIT C - AMENDED 3/1/2018

| Site | Product | Size | Date of Manufacture | Lot Code | Medium | Approx. Contents of Container | Contents | Producing Site |
|---|---|---|---|---|---|---|---|---|
| Royston | Shower to Shower Sport | 8 oz | 8/8/2012 | 2212RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Shower to Shower Blossom Fresh | 13 oz | 9/9/2012 | 2532RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Johnson's Baby Powder | 1.5 oz | 9/10/2012 | 2542RA | Plastic | Full | talc, fragrance | Royston |
| Royston | Shower to Shower Island Fresh | 13 oz | 9/13/2012 | 2572RC | Plastic | Full | corn starch, talc, sodium bicarbonate, tricalcium phosphate, fragrance, maltodextrin | Royston |
| Royston | Johnson's Baby Powder | 9 oz | 1/10/2013 | 0103RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 623 g | 3/26/2013 | 0853RB | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 4 oz | 7/18/2013 | 1993RA | Plastic | Full | talc, fragrance | Royston |
| Royston | Johnson's Baby Powder | 623 g | 7/18/2013 | 1993RB | Plastic | Full | talc, fragrance | Royston |

[1]This list represents the historical display and office samples of Johnson's® Baby Powder or Shower to Shower® ("Talcum Powder Products") cosmetic talc located by PTI Royston, LLC. "Historical" is defined by the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples as Talcum Powder Products manufactured prior to 2014 and talc used in those products.  ECF No. 4032.  These Talcum Powder Product samples were located in company displays and employee offices at PTI Royston, LLC.  As such, PTI Royston, LLC makes no representations as to whether or not (1) the samples are comprised of marketed talcum powder; (2) the chain of custody can be established; or (3) the samples were stored in a manner to avoid contamination by other particulates.

See endnote.                                                                                                                                    Created for Purposes of Litigation

**Additional Historical Samples - PTI Union, LLC[1]**  EXHIBIT C - AMENDED 3/1/2018

| Site | Product | Size | Date of Manufacture | Lot Code | Medium | Approx. Contents of Container | Contents | Producing Site |
|---|---|---|---|---|---|---|---|---|
| Union | Johnson's Baby Powder | 22 oz | 10/18/2013 | 2913RB | Plastic | Full | talc, fragrance | Royston |
| Union | Shower to Shower Shimmer Effects | 13 oz | 2004 | 0024P | Plastic | Full | cornstarch, talc, sodium bicardonate, mica, titanium diozide, tricalcium phosphate, grangrance, iron oxides, maltodextrin | Union |
| Union | Shower to Shower Shimmer Effects | .16 oz | 2005 | 0155P | Plastic | Full | cornstarch, talc, sodium bicardonate, mica, titanium diozide, tricalcium phosphate, grangrance, iron oxides, maltodextrin | Union |
| Union | Shower to Shower Sport | .16 oz | 2005 | 0015P | Plastic | Full | cornstarch, talc, sodium bicardbonate, tricalcium phosphate, frangranced, maltodextrin | Union |
| Union | Shower to Shower Shimmer Effects | 8 oz | Unknown | No Lot Code | Plastic | Full | cornstarch, talc, sodium bicardonate, mica, titanium diozide, tricalcium phosphate, grangrance, iron oxides, maltodextrin | Union |

[1]This list represents the historical display and office samples of Johnson's® Baby Powder or Shower to Shower® ("Talcum Powder Products") cosmetic talc located by PTI Union, LLC. "Historical" is defined by the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples as Talcum Powder Products manufactured prior to 2014 and talc used in those products.  ECF No. 4032.  These Talcum Powder Product samples were located in company displays and employee offices at PTI Union, LLC.  As such, PTI Union, LLC makes no representations as to whether or not (1) the Samples are comprised of marketed talcum powder; (2) the chain of custody can be established; or (3) the samples were stored in a manner to avoid contamination by other particulates.

Created for Purposes of Litigation