IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Terry Nichole Thompson,<br><br>                Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>                Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:18-cv-02984 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 1, 2018 on behalf of Plaintiff, Terry Nichole Thompson.

Dated:  March 2, 2018                */s/* Michael B. Lynch_____
                                                    Michael B. Lynch (FL Bar 668478)
                                                      The Michael Brady Lynch Firm
                                                      127 West Fairbanks Ave. #528
                                                      Winter Park, FL 32789
                                                      Phone: (407) 641-5567
                                                      michaelblynch@mac.com

                                                      and

/s/ Levi M. Plesset_____
Levi M. Plesset (CA Bar 296039)
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Phone: (310) 396-9600
lplesset@mjfwlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Michael B. Lynch_____
Michael B. Lynch