## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL Docket No. 2738<br><br>**CERTIFICATION OF JULIE L. TERSIGNI** |

1. I am an attorney at law of the State of New Jersey and am an associate of the law firm of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc. I submit this Certification based on personal knowledge in support of Defendants' Johnson & Johnson, Johnson & Johnson Consumer Inc.'s Response to Plaintiffs' Steering Committee's Objection to Proposed Case Management Order of the Special Master Relating to Discovery and Depositions.

2. Attached hereto as Exhibit 1 is a true and correct copy of the January 19, 2018 Letter from Susan M. Sharko to Hon. Joel A. Pisano.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: March 2, 2018

_____
Julie L. Tersigni