# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>KARL SIECKMAN, Personal Representative of the Estate of PATRICIA LYNN JARVIS, deceased,<br><br>    Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>    Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>Civil Action No.: 3:18-cv-03003 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 1, 2018 on behalf of Plaintiff, Karl Sieckman, Personal Representative of the Estate of Patricia Lynn Jarvis, deceased.

Dated: March 2, 2018    */s/* Michael B. Lynch_____
              Michael B. Lynch (FL Bar 668478)
              The Michael Brady Lynch Firm
              127 West Fairbanks Ave. #528
              Winter Park, FL 32789
              Phone: (407) 641-5567
              michaelblynch@mac.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* Michael B. Lynch_____
Michael B. Lynch