UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| EXCELL HOLMAN obo JOYCE HOLMAN (deceased), | COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No.: 3:17-CV-11438 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on November 11, 2017.

Dated: March 2, 2018.

          Respectfully submitted,

          */s/* M. Brandon Smith
          M. BRANDON SMITH, Esq.
          Georgia Bar Number: 141418
          CHILDERS, SCHLUETER & SMITH, LLC
          1932 N. Druid Hills Road, Suite 100
          Atlanta, GA 30319
          Phone: 404.419.9500
          Fax: 404.419.9501
          bsmith@cssfirm.com
          *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*