## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| OCEAIN WALLIS<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>        Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-CV-12176<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on November 29, 2017.

Dated: <u>March 2, 2018.</u>

                                                                                    Respectfully submitted,

                                                                                    <u>/s/</u> M. Brandon Smith
                                                                                    M. BRANDON SMITH, Esq.
                                                                                    Georgia Bar Number: 141418
                                                                                    CHILDERS, SCHLUETER & SMITH, LLC
                                                                                     1932 N. Druid Hills Road, Suite 100
                                                                                     Atlanta, GA 30319
                                                                                     Phone: 404.419.9500
                                                                                     Fax: 404.419.9501
                                                                                     bsmith@cssfirm.com
                                                                                     *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*