UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:*<br>*Rebecca Alrubaiie v. Johnson & Johnson, et al.*<br><br>**Civil Action No: 3:17-CV-11009** | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to the Case Management Order No. 8 (Re-filing of Short Form Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint with Jury Demand was filed on November 3, 2017 on behalf of Plaintiff Rebecca Alrubaiie (originally filed under "Hensley", on January 27, 2017; Case Number 3:17-cv-3946).

Dated: March 2, 2018                    Respectfully submitted,

**PARKER WAICHMAN LLP**

By: /s/ *Michael S. Werner*_____
Michael S. Werner
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500 (516) 466-6665 (FAX)
mwerner@yourlawyer.com

## Certificate of Service

I hereby certify that on March 2, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ *Michael S. Werner*
Michael S. Werner