# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| | JUDGE FREDA L. WOLFSON |
| | MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* | |
| *Rosa Muse v. Johnson & Johnson, et al.* | |
| Civil Action No: 3:17-CV-11016 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order No. 8 (Re-filing of Short Form Complaints Subject to Personal Jurisdiction Objections) that the Short Form Complaint with Jury Demand was filed on November 3, 2017 on behalf of Plaintiff Rosa Muse (originally filed under "Gallow" on May 20, 2016; MDL New Jersey Case Number 3:17-cv-790).

Dated: March 2, 2018              Respectfully submitted,

**PARKER WAICHMAN LLP**

By: */s/ Michael S. Werner*_____
    Michael S. Werner
    6 Harbor Park Drive
    Port Washington, NY 11050
    (516) 466-6500 (516) 466-6665 (FAX)
    mwerner@yourlawyer.com

**<u>Certificate of Service</u>**

I hereby certify that on March 2, 2018, a copy of the foregoing was filed electronically.  Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ *Michael S. Werner*_____
 Michael S. Werner