# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738 (FLW) (LHG) <br><br> JUDGE FREDA L. WOLFSON <br><br> MAG. JUDGE LOIS H. GOODMAN |
| **This Document Relates To:** <br><br> **Audrey Roberts,** <br><br> **Plaintiff** <br><br> v. <br><br> **JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC.; AND PERSONAL CARE PRODUCTS COUNCIL F/K/A COSMETIC, TOILETRY AND FRAGRANCE ASSOCIATION (CTFA)** <br><br> **Defendants** | **COMPLAINT AND JURY DEMANDED** <br><br> Civil Action No.: 3:18-cv-3105 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order No. 3 (Filing of Short Form Complaint), that the Short Form Complaint with Jury Demand was filed on March 2, 2018 on behalf of Audrey Roberts.

Dated: <u>March 2, 2018</u>  Respectfully Submitted by,

*/s/Haytham Faraj*
Haytham Faraj (CA # 291416)
THE LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave
Chicago, IL 60657
(312) 635-0800
haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

*/s/Haytham Faraj*