

Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004-1454
(202) 463-2400
fax (202) 828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5376

Writer's e-mail
tlocke@seyfarth.com

March 5, 2018

**VIA E-MAIL**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Joel Pisano, USDJ (Ret.)
Walsh Pizzi O'Reilly Falanga
1037 Raymond Boulevard, 6th Floor
Newark, NJ 07102

Re:  In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2738

Your Honors:

Seyfarth Shaw LLP, together with Barry, McTiernan & Wedinger, P.C., are counsel for Defendant Personal Care Products Council ("PCPC"). We write in response to the Plaintiffs' Steering Committee's Objections to Special Master Pisano's February 6, 2018 proposed case management order. PCPC joins in Defendant Johnson & Johnson and Imerys' oppositions to the objections.

Very truly yours,

SEYFARTH SHAW LLP

/s/ Thomas T. Locke
Thomas T. Locke
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004

cc:  Plaintiff's Steering Committee
Counsel for Defendants Johnson & Johnson
Counsel for Defendant Imerys Talc America, Inc.

44920703v.1