IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Pamela Devine, et al. v. Johnson & Johnson, et al.<br>CaseNo.3:18-cv-03067 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 2, 2018 on behalf of Plaintiff Pamela Devine.

DATED: March 5, 2018                                    BISNAR|CHASE LLP

                                              By:    /s/ Tom Antunovich
                                                          BRIAN D. CHASE
                                                          TOM ANTUNOVICH
                                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ Tom Antunovich
BRIAN D. CHASE
TOM ANTUNOVICH