UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Case No. 3:16-md-02738-FLW-LHG |

## **WITHDRAWL OF APPEARANCE**

To: The Clerk of The Court, U.S. District Court of New Jersey
Trenton, New Jersey

Kindly withdraw the appearance of Sheryl L. Axelrod, Esquire as attorney of record for Defendant, Personal Care Products Council, in the above-captioned matter.

Respectfully Submitted,

THE AXELROD FIRM, PC

Date:  March 5, 2018         BY:    */s/ Sheryl L. Axelrod, Esquire*
SHERYL L. AXELROD, ESQUIRE
(NJ Bar No. 017091994)
**THE AXELROD FIRM, PC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA  19107
Phone: (215) 461-1768
Facsimile: (215) 238-1779
saxelrod@theaxelrodfirm.com

*Attorneys for Defendant*
*Personal Care Products Council*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Case No. 3:16-md-02738-FLW-LHG |

**CERTIFICATE OF SERVICE**

I, Sheryl L. Axelrod, Esquire, hereby certify that on March 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

By: */s/ Sheryl L. Axelrod*
Sheryl L. Axelrod