```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
                Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: March 6, 2018
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                        CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign-in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Court resolved [4760] Plaintiffs' Steering Committee's Objection to Proposed Case Management Order of the Special Master Relating to Discovery and Depositions.

Court set additional status conferences for April 5, 2018 at 10:30.A.M., May 15, 2018 at 10:30 A.M. & June 28, 2018 at 10:30 A.M.

TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 12:00 P.M.              s/Jacqueline Merrigan
TOTAL TIME:  1 hour 30 minutes          Deputy Clerk

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE: 3-6-18
TIME: 10:30

CASE NAME: J+J

CIVIL ACTION NO.: M6-2738

**APPEARANCES**

NAME: Thomas T. Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F. Street NW
Washington DC 20878
PHONE NO.: 301 233-4192
WHOM YOU REPRESENT: PCPC

NAME: Alexandra Taylor
FIRM NAME: Barry McTiernan & Wedinger
MAILING ADDRESS: 10 Franklin Ave
Edison, NJ 08837
PHONE NO.: 732-738-5600
WHOM YOU REPRESENT: PCPC

\*\*\*\*\*\*\*\*\*\*

NAME: Janet L. Poletto
FIRM NAME: Hardin, Kundla, McKeon & Poletto
MAILING ADDRESS: 673 Morris Avenue
Springfield, NJ 07081
PHONE NO.: (973) 912-5222
WHOM YOU REPRESENT: PTI Union & Specially Appearing PTT Royston

NAME: John Beisner
FIRM NAME: Skadden Arps
MAILING ADDRESS: 1440 New York Ave., NW
Washington, DC 20005
PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: J&J defendants

```
INITIAL                                                    DATE  3-6-18
STATUS/SETTLEMENT         ✓
FINAL PRETIRAL                                             TIME  10:30

CASE NAME:                      J+J

CIVIL ACTION NO.:               16-2738

                        APPEARANCES    Laurence

NAME: Chris LoPdo              NAME: ~~Larry~~ Berman
      Napoli Shkolnik                 Kevin Stern Berman
FIRM NAME:                     FIRM NAME:

MAILING ADDRESS:               MAILING ADDRESS:
                                510 Walnut St
                                # 500
                                Phila PA 19106

PHONE NO.:                     PHONE NO.: 215-592-1500

WHOM YOU REPRESENT:            WHOM YOU REPRESENT: TK (PSC)


***********    ***********    ***********    ***********    ***********
NAME:                          NAME:

FIRM NAME:                     FIRM NAME:

MAILING ADDRESS:               MAILING ADDRESS:



PHONE NO.:                     PHONE NO.:
WHOM YOU REPRESENT:            WHOM YOU REPRESENT:
```

INITIAL
STATUS/SETTLEMENT    ✓
FINAL PRETRIAL

DATE 3-6-18
TIME 10:30

CASE NAME: J&J

CIVIL ACTION NO.: 16-2738

**APPEARANCES**

NAME: Susan Sharko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

NAME: Ann Thornton Field
FIRM NAME: Gordon Rees
MAILING ADDRESS: 2005 Market St
Phil. PA 19355

PHONE NO.: 215 694 3141
WHOM YOU REPRESENT: Imerys Talc Am.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

NAME: Lorna Dotro / McCarter
Coughlin Puddy
FIRM NAME:
MAILING ADDRESS: 350 Mt Kemble Avenue
Morristown NJ 07960

PHONE NO.: 973-631-6016
WHOM YOU REPRESENT: Imerys Talc America Inc

```
INITIAL              _____              DATE   3-6-18
STATUS/SETTLEMENT    ____✓_____
FINAL PRETRIAL       _____              TIME   10:30

CASE NAME:           Talc MDL       J-J
CIVIL ACTION NO.:                   16-2738
```

**APPEARANCES**

NAME: Leigh O'Dell
        Beasley Allen
FIRM NAME:
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT: PSC

NAME:
FIRM NAME:
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Dan Lapinski
FIRM NAME: Wilentz
MAILING ADDRESS: Michael Parfitt / Chris Tisi
                 Ashcraft + Gerel
PHONE NO.:
WHOM YOU REPRESENT: PSC

NAME:
FIRM NAME:
MAILING ADDRESS: 4900 Seminary Rd.
                 Alexandria, Va.
PHONE NO.:
WHOM YOU REPRESENT:

INITIAL  
STATUS/SETTLEMENT ✓  
FINAL PRETRIAL  

DATE: 3-6-18  
TIME: 10:30  

CASE NAME: J+J  
CIVIL ACTION NO.: MDL-No. 2738  

**APPEARANCES**

NAME: Jennifer Cheong  
FIRM NAME: Barry McTiernan & Wedinger  
MAILING ADDRESS: 10 Franklin Ave, Edison, NJ  
PHONE NO.: 732-738-5600  
WHOM YOU REPRESENT: PCPC  

NAME:  
FIRM NAME:  
MAILING ADDRESS:  
PHONE NO.:  
WHOM YOU REPRESENT:  

***********  ***********  ***********  ***********  ***********

NAME:  
FIRM NAME:  
MAILING ADDRESS:  
PHONE NO.:  
WHOM YOU REPRESENT:  

NAME:  
FIRM NAME:  
MAILING ADDRESS:  
PHONE NO.:  
WHOM YOU REPRESENT: