BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Marilyn Caldwell*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Marilyn Caldwell v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-02790-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 27, 2018 on behalf of Plaintiff Marilyn Caldwell.

                        */s/ Brittany S. Scott*
                        Brittany S. Scott
                        BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES, P.C.
                        218 Commerce Street
                        Montgomery, Alabama 36104
                        (800) 898-2034 Telephone
                        (334) 954-7555 Facsimile
                        Brittany.Scott@BeasleyAllen.com

                        Attorneys for Plaintiff Marilyn Caldwell

Dated: March 6, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brittany S. Scott*
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.