IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738 (FLW) (LHG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Defendant PTI Union, LLC.

Dated: March 7, 2018          BAKER STERCHI COWDEN & RICE, L.L.C.


*/s/ Caroline M. Tinsley*
Caroline M. Tinsley
1010 Market Street, Suite 950
St. Louis, MO 63101
Telephone:   (314)-231-2925
Facsimile:   (314)-231-4857
tinsley@bscr-law.com

**ATTORNEYS FOR PTI UNION, LLC**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2018, the foregoing NOTICE OF APPEARANCE was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                                    */s/ Caroline M. Tinsley*