## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738 (FLW) (LHG) |

## NOTICE OF APPEARANCE[1]

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Specially-Appearing Defendant PTI Royston, LLC.[2]

Dated: March 7, 2018

BAKER STERCHI COWDEN & RICE, L.L.C.

*/s/ Caroline M. Tinsley*
Caroline M. Tinsley
1010 Market Street, Suite 950
St. Louis, MO 63101
Telephone:   (314)-231-2925
Facsimile:    (314)-231-4857
tinsley@bscr-law.com

**ATTORNEYS FOR PTI ROYSTON, LLC**

---

[1] This is a special/limited appearance inasmuch PTI Royston, LLC is not waiving any objections it may have to personal jurisdiction.
[2] *Id.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2018, the foregoing NOTICE OF APPEARANCE was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/ Caroline M. Tinsley