UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Patricia Loudon,<br><br>3:18-cv-02128 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 14, 2018 on behalf of Plaintiff Patricia Loudon.

Dated: March 9, 2018

          Respectfully submitted,

          /s/ *Warren T. Burns*

          Korey A. Nelson (LA #30002)
          Amanda K. Klevorn (LA #35193)
          **BURNS CHAREST LLP**
          365 Canal Street, Suite 1170
          New Orleans, Louisiana 70130
          T: 504.799.2845
          F: 504.881.1765
          E: aklevorn@burnscharest.com
             knelson@burnscharest.com

          **AND**

          Warren T. Burns (TX #24053119)
          Daniel H. Charest (TX #24057803)
          Spencer M. Cox (TX #24097540)
          **BURNS CHAREST LLP**
          900 Jackson Street, Suite 500
          Dallas, Texas 75202
          T: 469.904.4550
          F: 469.444.5002
          E: wburns@burnscharest.com
             dcharest@burnscharest.com
             scox@burnscharest.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/ Warren T. Burns
          Warren T. Burns (TX #24053119)
          **BURNS CHAREST LLP**
          900 Jackson Street, Suite 500
          Dallas, Texas 75202
          T: 469.904.4550
          F: 469.444.5002
          E: wburns@burnscharest.com