UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Chester Ferguson, as Personal Representative of the estate of Vickie Ferguson,<br><br>3:18-cv-02175 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 15, 2018 on behalf of Plaintiff Chester Ferguson.

Dated: March 9, 2018

                                        Respectfully submitted,

                                        /s/ *Warren T. Burns*

                                        Korey A. Nelson (LA #30002)
                                        Amanda K. Klevorn (LA #35193)
                                        **BURNS CHAREST LLP**
                                        365 Canal Street, Suite 1170
                                        New Orleans, Louisiana 70130
                                        T: 504.799.2845
                                        F: 504.881.1765
                                        E: aklevorn@burnscharest.com
                                            knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
    dcharest@burnscharest.com
    scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com