# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Sharon Sadler and Thomas Sadler, wife and husband and their marital community comprised thereof,*<br><br>3:17-cv-13744-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed March 12, 2018 on behalf of Plaintiffs Sharon Sadler and Thomas Sadler.

Dated:  This 12th day of March 2018.

Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*

Corrie J. Yackulic
705 Second Ave. Ste. 1300
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2018, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

                                    */s/ Corrie Yackulic*
                                    Corrie Yackulic