# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>SANDRA M. CRESPO, Individually; Spouse LUIS CRESPO; and adult children KATHLEEN CRESPO CORTEZ; SAADIA CRESPO; KEITH R. HOLLAND, JR.; VICTOR CRESPO; ANGELICA CRESPO.<br>Case No. 3:17-cv-11174 | Case No. 3-16-md-2738 (FLW)(LHG)<br><br>MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 5, 2017 on behalf of Plaintiffs captioned above.

Dated: March 12, 2018           Respectfully Submitted by

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com