**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Klimke v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- ANDREA KLIMKE; 3:18-cv-3218

This 13th day of March, 2018.

    Respectfully submitted by,

    s/ D. Todd Mathews
    D. Todd Mathews, #52502 (MO)
    Gori Julian & Associates, P.C.
    156 N. Main Street
    Edwardsville, IL 62025
    (618) 659-9833 – Telephone
    (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of March, 2018.

*/s/ D. Todd Mathews*
D. Todd Mathews
