## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| JACKIE CLERENCE BOND, as surviving spouse and personal representative of the ESTATE OF DONNA MARIE BOND, DECEASED, and ELIZABETH WARNER and JOHN CHRISTOPHER BOND, surviving children of DONNA MARIE BOND, | Civil Action No.: 3:18-cv-03549 DIRECT FILED ACTION |
| Plaintiffs, v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on March 14, 2018 on behalf of Plaintiffs Jackie Clerence Bond, as surviving spouse and personal representative of the Estate of Donna Marie Bond, deceased, and Elizabeth Warner and John Christopher Bond, surviving children of Donna Marie Bond.

Dated: March 14, 2018

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive services in this MDL.

**_/s/   Eric D. Pearson_____**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF