## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** <br><br> **Case No. 3:17-cv-11469** |
| **This document relates to: DENNIS FOERSTER, son of Carol Foerster, deceased v. JOHNSON & JOHNSON et al** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on November 09, 2017,

on behalf of Plaintiff.


Dated: March 14, 2018                                   Respectfully submitted,

                                                        */s/ Tayjes M. Shah*
                                                        Tayjes M. Shah (01750)
                                                        **THE MILLER FIRM, LLC**
                                                        The Sherman Building
                                                        108 Railroad Avenue
                                                        Orange, Virginia 22960
                                                        Ph: (540) 672-4224
                                                        Fax: (540) 672-3055
                                                        E-Mail: tshah@millerfirmllc.com

                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically on the court's ECF

system and is available for viewing and downloading from the ECF system.  All counsel of

record listed on the Court's CM/ECF system are to be served by the Court via Notice of

Electronic Filing (NEF).


By: _Tayjes M. Shah_