IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** TANYA RENAE BROOKSHIRE AND JESSE WEST  Plaintiffs, v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC. (IMERYS TALC), AND PERSONAL CARE PRODUCTS COUNCIL ("PCPC")  Defendants. | Civil Action No. 3:17-cv-06711  **SUGGESTION OF DEATH** |

## **SUGGESTION OF DEATH**

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Tanya Renae Brookshire. Ms. Brookshire passed away on December 4, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

By way of a Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Plaintiff's surviving spouse, Jesse West, will request to be substituted in this action as Plaintiff and Successor in Interest on Behalf of the Estate so that Tanya Renae Brookshire's claims survive and the action on her behalf may proceed.

Dated: March 15, 2018

Respectfully submitted,

/s/ Rachel Abrams
Rachel Abrams (CA #209316) (pro hac vice)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, CA 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: rabrams@levinsimes.com

/s/ Brian J. Perkins
Brian J. Perkins (IL #6283734)
**MEYERS & FLOWERS, LLC**
225 West Wacker Drive, Suite 1515
Chicago, IL 60606
Telephone: (630) 232-6333
Facsimile: (630) 845-8982
Email: bjp@meyers-flowers.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on March 15, 2018, which shall send notification of such filing to all CM/ECF participants.

/s/Rachel Abrams
Rachel Abrams