## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| Maria Theresa Ruiz-Law, | |
| Plaintiff, | |
| v. | Civil Action No:   3:18-cv-02077-FLW-LHG |
| Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council ("PCPC") , | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, pursuant to Case Management Order No. 3,  I served Defendants Johnson & Johnson and Johnson & Johnson Consumer,  Inc. in the above-captioned matter with the Civil Cover Sheet, Summons,  Short Form Complaint, and Jury Demand via first class certified mail addressed to Law  Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law  Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively. I further certify that the Notice of Filing of the Short Form Complaint and a  copy of the Short Form Complaint in the above-captioned matter were emailed to counsel

for Defendant Imerys Talc America, Inc. at MDLImerysComplaints@gordonrees.com and talccomplaints@coughlinduffy.com, and to counsel for Defendant Personal Care Products Council ("PCPC") at tlocke@seyfarth.com and saxelrod@theaxelrodfirm.com.

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Dated:_March 15, 2018____                         Respectfully submitted by,

                                                  /s/ Meghan E. McCormick
                                                  Meghan E. McCormick
                                                  LEVIN SIMES LLP
                                                  44 Montgomery St., 32nd Floor
                                                  San Francisco, California 94104
                                                  Telephone: (415) 426-3000
                                                  Facsimile: (415) 426-3001
                                                  Email: mmccormick@levinsimes.com

                                                  Counsel for Plaintiff

2