# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738<br><br>MDL NO. 2738 |
| THIS DOCUMENT RELATED TO:<br>*Betty Stone v. Johnson & Johnson, et al.*<br>*Civil Action No. 3:18-cv-00112-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 4, 2018 on behalf of the plaintiff, Betty Stone.

Dated: March 16, 2018

Respectfully Submitted by:

CHAPPELL SMITH & ARDEN

s/Graham L. Newman
Graham L. Newman
gnewman@csa-law.com
P.O. Box 12330
Columbia, SC 29211
(803) 929-3600
(803) 929-3604 (facsimile)

Counsel for Plaintiff