**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Civil Action:  3:16-md-2738 ) ) MDL NO. 2738 ) ) |
| THIS DOCUMENT RELATED TO: *Cynthia Nettles v. Johnson & Johnson, et al.* *Civil Action No. 3:18-cv-00103-FLW-LHG* | ) ) ) ) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 5, 2018 on behalf of the plaintiff, Cynthia Nettles.

Dated:  March 16, 2018          Respectfully Submitted by:

CHAPPELL SMITH & ARDEN

s/Graham L. Newman
Graham L. Newman
gnewman@csa-law.com
P.O. Box 12330
Columbia, SC 29211
(803) 929-3600
(803) 929-3604 (facsimile)

Counsel for Plaintiff