**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM ) <br> POWDER PRODUCTS MARKETING, ) <br> SALES PRACTICES AND PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATED TO: ) <br> *Shirley Ramsey v. Johnson & Johnson, et al.* ) <br> *Civil Action No. 3:18-cv-00105-FLW-LHG* ) <br> _____ ) | Civil Action: 3:16-md-2738 <br><br> MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 4, 2018 on behalf of the plaintiff, Shirley Ramsey.

Dated: March 16, 2018               Respectfully Submitted by:

                                    CHAPPELL SMITH & ARDEN

                                    s/Graham L. Newman
                                    Graham L. Newman
                                    gnewman@csa-law.com
                                    P.O. Box 12330
                                    Columbia, SC 29211
                                    (803) 929-3600
                                    (803) 929-3604 (facsimile)

                                    Counsel for Plaintiff