**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM ) | Civil Action: 3:16-md-2738 |
| POWDER PRODUCTS MARKETING, ) | |
| SALES PRACTICES AND PRODUCTS ) | MDL NO. 2738 |
| LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATED TO: ) | |
| *Robin Nixon v. Johnson & Johnson, et al.* ) | |
| *Civil Action No. 3:18-cv-00100-FLW-LHG* ) | |
| _____ ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 5, 2018 on behalf of the plaintiff, Robin Nixon.

Dated: March 16, 2018                Respectfully Submitted by:

CHAPPELL SMITH & ARDEN

s/Graham L. Newman_____
Graham L. Newman
gnewman@csa-law.com
P.O. Box 12330
Columbia, SC 29211
(803) 929-3600
(803) 929-3604 (facsimile)

Counsel for Plaintiff