UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM ) <br> POWDER PRODUCTS MARKETING, ) <br> SALES PRACTICES AND PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATED TO: ) <br> *Shauna Berson v. Johnson & Johnson, et al.* ) <br> *Civil Action No. 3:18-cv-01001-FLW-LHG* ) <br> _____ ) | Civil Action: 3:16-md-2738 <br><br> MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 25, 2018 on behalf of the plaintiff, Shauna Berson.

Dated: March 16, 2018

Respectfully Submitted by:

CHAPPELL SMITH & ARDEN

s/Graham L. Newman
Graham L. Newman
gnewman@csa-law.com
P.O. Box 12330
Columbia, SC 29211
(803) 929-3600
(803) 929-3604 (facsimile)

Counsel for Plaintiff