## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>William Lance Davis; Rio Dean Davis; Cheryl Noelle Adams; Cherianne Yvonne Bishop; Michael Lee Davis; and Cody Lynn Theodore Tendick, Individually and as surviving adult children of CONNIE LU TENDICK, DECEDENT. | MDL No. 2738 (FLW) (LHG) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Notice is hereby given that, pursuant to F.R.C.P. 41 (a)(1)(A)(i), Plaintiff Cheryl Noelle Adams Only, by and through her undersigned counsel, gives notice of the voluntary dismissal of this action against all defendants, without prejudice. This dismissal is without costs to any party.

Dated:  March 16, 2018                    Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
Counsel for Plaintiffs

1

## Certificate of Service

I hereby certify that I filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Plaintiff Cheryl Noelle Adams only)**, via the Court's ECF system on March 16, 2018.

Dated:  March 16, 2018                     /s/Nicole K.H. Maldonado