UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
This document relates to: Enid Adler
And David Adler, w/h

MDL No.: 2738 (FLW) (LHG)

CASE: 3:18-cv-01720

## NOTICE OF FILING A SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (filing of a Short Form Complaint) that the Short Form Complaint with Jury Demand was filed on March 1, 2018 on behalf of plaintiffs.

Dated: March 14, 2018

Respectfully Submitted,

*/s/ Matt Rubenstein/*

_____
MARTIN G. RUBENSTEIN, ESQUIRE
MARK R. COHEN, ESQUIRE
Attorneys for Plaintiffs