## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically on the Court's ECF system and is available for viewing and downloading from the ECF system. All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).

BY: _____

MARTIN G. RUBENSTEIN, ESQUIRE
MARK R. COHEN, ESQUIRE
Attorneys for Plaintiffs