**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No.: | 2738 (FLW) (LHG) |
| | CASE: | 3:17-cv-08735 |
| This document relates to:  Caroline Werther And Daniel Werther, w/h | | |

**NOTICE OF FILING A SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (filing of a Short Form Complaint) that the Short Form Complaint with Jury Demand was filed on October 19, 2017 on behalf of plaintiffs.

Dated:  March 15, 2018              Respectfully Submitted,

_____
MARTIN G. RUBENSTEIN, ESQUIRE
MARK R. COHEN, ESQUIRE
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed electronically on the Court's ECF system and is available for viewing and downloading from the ECF system. All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).

BY: _____
MARTIN G. RUBENSTEIN, ESQUIRE
MARK R. COHEN, ESQUIRE
Attorneys for Plaintiffs