# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Ronna Kull, Individually and on behalf of Jana Patterson, Deceased<br><br>                         Plaintiffs<br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br>                         Defendants | Civil Action No.: 3:18-cv-3913 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on March 21, 2018 on behalf of Plaintiffs, Ronna Kull, Individually and on behalf of Jana Patterson, Deceased.

Dated:    March 21, 2018

                    By: /s/ Mekel Smith Alvarez
                    MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                    mekel@dugan-lawfirm.com
                    DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                    dplymale@dugan-lawfirm.com
                    JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                    jdugan@dugan-lawfirm.com
                    THE DUGAN LAW FIRM APLC
                    365 Canal Street, Suite 1000
                    New Orleans, LA  70130
                    Telephone: (504) 648-0180
                    Fax: (504) 648-0181

                    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 21, 2018.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
