UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>Karl Ryden, Cathy Ryden,<br><br>                              Plaintiff,<br> v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council ("PCPC")            ,<br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No:   3:18-cv-02076 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2018, pursuant to Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in the above-captioned matter with the Civil Cover Sheet, Summons, Short Form Complaint, and Jury Demand via first class certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively. I further certify that the Notice of Filing of the Short Form Complaint and a copy of the Short Form Complaint in the above-captioned matter were emailed to counsel

1

for Defendant Imerys Talc America, Inc. at MDLImerysComplaints@gordonrees.com and talccomplaints@coughlinduffy.com, and to counsel for Defendant Personal Care Products Council ("PCPC") at tlocke@seyfarth.com and saxelrod@theaxelrodfirm.com.

    This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Dated: March 21, 2018                                       Respectfully submitted by,

/s/ Meghan E. McCormick
Meghan E. McCormick
LEVIN SIMES LLP
44 Montgomery St., 32nd Floor
San Francisco, California 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com

Counsel for Plaintiff