## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Sheree McKinley<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson, et. al. | **MDL No. 2738 (FLW) (LHG)**<br>**Civil No. 3:16-md-2738-FLW-LHG**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-03728 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 16, 2018 on behalf of the Plaintiff listed in the above captioned matter.

    Respectfully Submitted,

    By: /s/: Randi Kassan
    **SANDERS PHILLIPS GROSSMAN, LLC**
    Randi A. Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    Tel: (516) 741-5600
    Fax: (516) 741-0128
    rkassan@thesandersfirm.com

    *Counsel for Plaintiff*