## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><u>Donald P. Chiari, Individually and as Administrator of the Estate of Linda Chiari v. Johnson & Johnson Consumer Inc., et. al.</u><br><br>Case No: 3:18-cv-01841-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 22, 2018 on behalf of Plaintiff.

Dated:   March 22, 2018

                                                        Respectfully Submitted,

                                                        /s/Theresa M. Walsh
                                                        Theresa M. Walsh, Esq.
                                                        BROWN CHIARI LLP
                                                        **Attorneys for Plaintiff**
                                                        2470 Walden Avenue
                                                        Buffalo, New York 14225
                                                        (716) 681-7190
                                                        twalsh@brownchiari.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/Theresa M. Walsh
Theresa M. Walsh, Esq.
BROWN CHIARI LLP
**Attorneys for Plaintiff**
2470 Walden Avenue
Buffalo, New York 14225
(716) 681-7190
twalsh@brownchiari.com