# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL No.: 2738

THIS DOCUMENT APPLIES TO:

Civil Action No. 3:17-cv-12607

Christopher Riestra-Schneider, individually, and as the representative of the Estate of Susan Marie Schneider,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff,

v.

Johnson & Johnson, Johnson & Johnson, Consumer, Inc., Imerys Talc America, Inc., and Personal Care Products Council

    Defendants.

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN
Randi A. Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516-741-5600
Fax: 516-741-0126
rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Christopher Riestra-Schneider,*
*individually, and as the representative*
*of the Estate of Susan Marie Schneider*

Dated: March 16, 2018

By: /s/ Lorna A. Dotro
COUGHLIN DUFFY LLP
Lorna A. Dotro, Esq.
350 Mount Kemble Avenue
Morristown, NJ 07962
Tel: 973-631-6016
Fax: 973-267-6442
ldotro@coughlinduffy.com

*Counsel for Defendant*
*Imerys Talc America Inc*

Dated: March 12, 2018

By: /s/ Julie Lynn Tersigni
DRINKER, BIDDLE & REATH, LLP
Susan M. Sharko, Esq.
Julie Lynn Tersigni, Esq.
600 Campus Drive
Florham Park, NJ 07932
Tel: 973-549-7350
Susan.sharko@dbr.com
julie.tersigni@dbr.com

SHOOK HARDY & BACON LLP
Kathleen A. Frazier, Esq.
Scott A. James, Esq.
Gene M. Williams, Esq.
600 Travis Ste 3400
Houston, TX 77002
Tel: 713-227-8008
kfrazier@shb.com
sjames@shb.com
gmwilliams@shb.com

*Counsel for Defendants
Johnson and Johnson, Johnson and
Johnson Consumer Inc.,*

Dated: March 16, 2018

By: /s/ Thomas T. Locke
SEYFARTH SHAW LLP
Thomas T. Locke, Esq.
975 F Street NW
Washington, DC 20004
Tel: 202-463-2400
Fax: 202-828-5393
tlocke@seyfarth.com

*Counsel for Defendant
Personal Care Products Council*

Dated: March 12, 2018

IT IS SO ORDERED:

*[signature]*

FREDA L. WOLFSON, U.S.D.J.    3-19-18