UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Mary Ellen Henjum & Nancy Irene Manning | 3:18-cv-4152 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 23, 2018 on behalf of Plaintiffs Mary Ellen Henjum and Nancy Irene Manning.

Dated:  March 26, 2018                                Respectfully submitted,

By:   /s/ Alan S. Lazar
Alan S. Lazar, Esq.
Stanley D. Saltzman, Esq.
Adam M. Tamburelli, Esq.
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-808
alazar@marlinsaltzman.com
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

**MCGOWAN, HOOD & FELDER, LLC**
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, South Carolina 29464
Telephone: (843) 388-7202
Facsimile: (843) 388-3194
jward@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
S. Randall Hood
1539 Health Care Drive
Rock Hill, South Carolina
803-327-7800 (general)
rhood@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
John G. Felder, Jr.
1517 Hampton Street
Columbia, South Carolina   29201
(803)  779-0100
(803)  256-0702 Facsimile
jfelder@mcgowanhood.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Alan S. Lazar, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on March 23, 2018.


By:   /s/ Alan S. Lazar