UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO:  JAZMINE LOISELLE,  Plaintiff,  v.  JOHNSON & JOHNSON, et al.,  Defendants. | MDL NO. 2738 (FLW) (LHG)   Case No. 3:18-cv-2920-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on February 28, 2018, on behalf of Plaintiff JAZMINE LOISELLE.

Dated March 26, 2018					Respectfully Submitted,


						By:   /s/ *Mark P. Robinson, Jr.*
						      Mark P. Robinson, Jr.
						      19 Corporate Plaza Drive
						      Newport Beach, CA 92660
						      949-720-1288 Phone
						      949-720-1292 Facsimile
						      mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that March 26, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

     /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.