**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br><br> **This document relates to: MEYERS v. JOHNSON & JOHNSON et al** | **MDL No. 2738 (FLW) (LHG)** <br><br> **Case No. 3:17-cv-13126** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 15, 2017, on behalf of Plaintiff.


Dated: March 27, 2018                    Respectfully submitted,

                                         */s/ Tayjes M. Shah*
                                         Tayjes M. Shah (01750)
                                         **THE MILLER FIRM, LLC**
                                         The Sherman Building
                                         108 Railroad Avenue
                                         Orange, Virginia 22960
                                         Ph: (540) 672-4224
                                         Fax: (540) 672-3055
                                         E-Mail: tshah@millerfirmllc.com

                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically on the court's ECF

system and is available for viewing and downloading from the ECF system.  All counsel of

record listed on the Court's CM/ECF system are to be served by the Court via Notice of

Electronic Filing (NEF).


By: *Tayjes M. Shah*