# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>**KING-LEE, ELVIRA A., BY DENZEL R. KING, ADMINISTRATOR** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 27, 2018 on behalf of Plaintiff, Elvira A. King-Lee, by Denzel R. King, Administrator.

                Respectfully submitted,

                */s/ Melvin W. Brunson*
                MELVIN W. BRUNSON (BRU011)
                Attorney for Plaintiff
                900 Western America Circle Suite 201
                Mobile, Alabama 36609
                251-433-0086

## CERTIFICATE OF SERVICE

I, Melvin W. Brunson, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on March 27, 2018.

                */s/ Melvin W. Brunson*