UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG)<br><br>Civil Action No.: 3:18-cv-04388 |
| This Document Relates to:<br>*Schneider et al v. Johnson & Johnson et al*<br>Case No. 3:18-cv-04388 | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to the Case Management Order No. 8, that the Short Form Complaint with Jury Demand was filed on March 27, 2018 on behalf of the Estate of Susan Schneider et al.

Dated: March 27, 2018

                                          Respectfully submitted,

                                          **LIEFF CABRASER HEIMANN & BERNSTEIN**

                                          By: /s/ *Wendy Fleishman*

                                              Wendy R. Fleishman (NY Bar No. 2500429)
                                             Lieff Cabraser Heimann & Bernstein LLP
                                             250 Hudson Street, 8th Floor
                                             New York, NY 10013
                                             wfleishman@lchb.com

**Certificate of Service**

I hereby certify that on March 27, 2018 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

                                          /s/ *Wendy Fleishman*
                                          Wendy R. Fleishman

1503954.1