UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG) Civil Action No.: 3:18-cv-04388 |
| This Document Relates to: *Schneider et al. v. Johnson & Johnson et al* Case No. 3:18-cv-04388 | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the appearance of Wendy R. Fleishman as counsel for Plaintiffs the Estate of Susan Schneider et al.

Dated: March 27, 2018

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ Wendy Fleishman
Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

### Certificate of Service

I hereby certify that on March 27, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ Wendy Fleishman
Wendy R. Fleishman

1503955.1