UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>PATRICIA CICCONE,<br><br>      **Plaintiff,**<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>      **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-04578<br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on March 28, 2018 on behalf of Plaintiff Patricia Ciccone.

  Dated: March 28, 2018

                 Respectfully submitted,

                 */s/ Eric D. Pearson*
                 Eric D. Pearson
                 Texas State Bar No. 15690472
                 eric@hop-law.com
                 HEYGOOD, ORR & PEARSON
                 6363 North State Hwy 161, Suite 450

Irving, Texas 75038  
(214) 237-9001 Telephone  
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

       /s/  **Eric D. Pearson**  
       Eric D. Pearson

ATTORNEY FOR PLAINTIFF