SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Susie Bruce v. Johnson & Johnson, et al.* Case No. 3:18-cv-4373 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 27, 2018 on behalf of Plaintiff Susie Bruce.

Dated: March 27, 2018	Respectfully Submitted,

	*/s/ Trent Miracle*
	Trent B. Miracle
	John J. Foley
	Eric Johnson
	Andy S. Williams
	**SIMMONS HANLY CONROY**
	One Court Street
	Alton, IL 62002
	Telephone:  618.259.2222
	Facsimile:   618.259.2251
	tmiracle@simmonsfirm.com
	jfoley@simmonsfirm.com
	ejohnson@simmonsfirm.com
	awilliams@simmonsfirm.com

	*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 27th day of March, 2018 to all parties of interest.

	*/s/ Trent Miracle*
	Trent B. Miracle