UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**MONNIE PHIPPS JENKINS,**<br><br>　　　　　　　　　**Plaintiff,**<br>**v.**<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,**<br><br>　　　　　　　　　**Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-04613<br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on March 28, 2018 on behalf of Plaintiff Monnie Phipps Jenkins.

Dated: March 28, 2018

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Eric D. Pearson*
　　　　　　　　　　　　　　　　　Eric D. Pearson
　　　　　　　　　　　　　　　　　Texas State Bar No. 15690472
　　　　　　　　　　　　　　　　　eric@hop-law.com
　　　　　　　　　　　　　　　　　HEYGOOD, ORR & PEARSON
　　　　　　　　　　　　　　　　　6363 North State Hwy 161, Suite 450

Irving, Texas 75038<br>
(214) 237-9001 Telephone<br>
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    **/s/   Eric D. Pearson**
Eric D. Pearson

ATTORNEY FOR PLAINTIFF