# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Linda Hale*
**Case No.: 3:18-cv-4371**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Linda Hale.

This 29th day of March, 2018,

/s/Steven D. Davis
TorHoerman Law LLC
Steven D. Davis, IL 6281263
6029 Old Poag Road
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of March, 2108

                  /s/Steven D. Davis