**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)**<br><br>**Case No. 3:17-cv-13255** |
| **This document relates to: STUDEBAKER v. JOHNSON & JOHNSON et al** | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 19, 2017 on behalf of Plaintiff.

Dated: March 29, 2018                    Respectfully submitted,

                                        */s/ Tayjes M. Shah*
                                        Tayjes M. Shah (01750)
                                        **THE MILLER FIRM, LLC**
                                        The Sherman Building
                                        108 Railroad Avenue
                                        Orange, Virginia 22960
                                        Ph: (540) 672-4224
                                        Fax: (540) 672-3055
                                        E-Mail: tshah@millerfirmllc.com

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically on the court's ECF system and is available for viewing and downloading from the ECF system.  All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).


By: *Tayjes M. Shah*