UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> MICHAEL MASON, Individually and as Wrongful Death Heir of VICTORIA MASON, Decedent, <br><br>       Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:18-cv-04573 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 28, 2018 on behalf of Plaintiff, Michael Mason, Individually and as Wrongful Death Heir of Victoria Mason, Decedent.

Dated: 3/29/2018             Respectfully Submitted by,

                      */s/ Christopher L. Schnieders*
                      Thomas P. Cartmell MO# 45366
                      tcartmell@wcllp.com
                      Christopher L. Schnieders MO# 57725
                      cschnieders@wcllp.com
                      Wagstaff & Cartmell, LLP
                      4740 Grand Avenue, Suite 300
                      Kansas City, MO 64112
                      (816) 701-1100
                      FAX (816) 531-2372

                      **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 29, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders