UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> PAMALA ONUCHUKWU, Individually and as Wrongful Death Heir of MATTIE PATTERSON, Decedent, <br><br>                    Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:18-cv-04601 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 28, 2018 on behalf of Plaintiff, Pamala Onuchukwu, Individually and as Wrongful Death Heir of Mattie Patterson.

Dated: 3/29/2018                             Respectfully Submitted by,

                                             */s/ Christopher L. Schnieders*
                                             Thomas P. Cartmell MO# 45366
                                             tcartmell@wcllp.com
                                             Christopher L. Schnieders MO# 57725
                                             cschnieders@wcllp.com
                                             Wagstaff & Cartmell, LLP
                                             4740 Grand Avenue, Suite 300
                                             Kansas City, MO 64112
                                             (816) 701-1100
                                             FAX (816) 531-2372

                                             **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 29, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders
