UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MICHAEL JAMES WINKELSPECHT, Individually, and as Personal Representative of the ESTATE OF THERESA WINKELSPECHT, and on behalf of the wrongful death beneficiaries of THERESA WINKELSPECHT,<br><br>      **Plaintiff,**<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>      **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-04822<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on March 29, 2018 on behalf of Plaintiff, Michael James Winkelspecht, Individually, and as Personal Representative of the Estate of Theresa Winkelspecht, and on behalf of the wrongful death beneficiaries of Theresa Winkelspecht.

  Dated:   March 29, 2018

                Respectfully submitted,

                */s/ Eric D. Pearson*
                Eric D. Pearson

Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

　　　　　　　　　　　　　　　　　　　　 **/s/  Eric D. Pearson**　　　　　　
　　　　　　　　　　　　　　　　　　　　Eric D. Pearson

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF