**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>TAMARA BOULIER and<br>MARK BOULIER  (Case No. 3:18-cv-05009) | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was directly filed on March 30, 2018 on behalf of Plaintiff Tamara Boulier and consortium Plaintiff Mark Boulier.

Dated: April 2, 2018

/s/ Susan A. Faunce
Susan A. Faunce, Esq.
Benjamin R. Gideon, Esq.
Elizabeth A. Kayatta, Esq.
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
sfaunce@bermansimmons.com
bgideon@bermansimmons.com
ekayatta@bermansimmons.com
Counsel for Plaintiffs Tamara Boulier and Mark Boulier

CERTIFICATE OF SERVICE

I hereby certify that on this date, April 2, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated:  April 2, 2018 | /s/ Susan A. Faunce |
| | Susan A. Faunce, Esq. |
| | Benjamin R. Gideon, Esq. |
| | Elizabeth A. Kayatta, Esq. |
| | Berman & Simmons, P.A. |
| | P.O. Box 961 |
| | Lewiston, ME  04243-0961 |
| | (207) 784-3576 |
| | sfaunce@bermansimmons.com |
| | bgideon@bermansimmons.com |
| | ekayatta@bermansimmons.com |
| | Counsel for Plaintiffs Tamara Boulier and Mark Boulier |