SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Michelle Tucker v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-04713 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 29, 2018 on behalf of Plaintiff Michelle Tucker.

Dated: April 2, 2018                                Respectfully Submitted,

                                                                */s/ Trent Miracle*
                                                                Trent B. Miracle
                                                                John J. Foley
                                                                Eric Johnson
                                                                Andy S. Williams
                                                                **SIMMONS HANLY CONROY**
                                                                One Court Street
                                                                Alton, IL 62002
                                                                Telephone:  618.259.2222
                                                                Facsimile:   618.259.2251
                                                                tmiracle@simmonsfirm.com
                                                                jfoley@simmonsfirm.com
                                                                ejohnson@simmonsfirm.com
                                                                awilliams@simmonsfirm.com

                                                                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 2nd day of April, 2018 to all parties of interest.

*/s/ Trent Miracle*
Trent B. Miracle
