# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Felicia Ferketich, et al. v. Johnson & Johnson, et al.<br>CaseNo.3:18-cv-05102 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 2, 2018 on behalf of Plaintiff Felicia Ferketich.

DATED: April 3, 2018                                BISNAR|CHASE LLP

                                        By:    /s/ Tom Antunovich
                                               BRIAN D. CHASE
                                               TOM ANTUNOVICH
                                               Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ Tom Antunovich
BRIAN D. CHASE
TOM ANTUNOVICH