**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Della Johnson, Individually and on behalf of the Estate of Emma Scott*
**Case No.: 3:18-cv- 5249**

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Della Johnson, Individually and on behalf of the Estate of Emma Scott.

This 4th day of April, 2018,

                                                          /s/Steven D. Davis
                                                          TorHoerman Law LLC
                                                          Steven D. Davis, IL 6281263
                                                          6029 Old Poag Road
                                                          Edwardsville, IL 62025
                                                          Telephone: (618) 656-4400
                                                          Facsimile:  (618) 656-4401
                                                          sdavis@thlawyer.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of April, 2108

/s/Steven D. Davis