IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | * * * MDL No. 2738 * * * * * * * |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was directly filed on January 9, 2018 on behalf of Plaintiff Leamen Allen.

Dated: April 4, 2018

/s/ Susan A. Faunce
Susan A. Faunce, Esq.
Berman & Simmons,
P.A. P.O. Box 961
Lewiston, ME 04243-0961
(207) 784-3576
sfaunce@bermansimmons.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this date, April 4, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


Dated: April 4, 2018                    /s/ Susan A. Faunce
                                        Susan A. Faunce, Esq.
                                        Berman & Simmons, P.A.
                                        P.O. Box 961
                                        Lewiston, ME 04243-0961
                                        (207) 784-3576
                                        sfaunce@bermansimmons.com
                                        Attorney for Plaintiff

1436804.doc