UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) |
| This document relates to:<br><br>Roger Zoeller, Individually, and as Anticipated Personal Representative of the Estate of Decedent, Cynthia Zoeller<br><br>Case No. 3:17-cv-11459 | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 8, 2017, on behalf of Plaintiff Roger Zoeller.

DATED: April 4, 2018					Respectfully Submitted,


					By:	/s/ Helen Zukin
						Helen Zukin
						**KIESEL LAW LLP**
						8648 Wilshire Boulevard
						Beverly Hills, California  90211
						Tel.: (310) 854-4444
						Fax: (310) 854-0812
						E-mail: zukin@kiesel.law

						*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 4, 2018                Respectfully Submitted,

By:     /s/ Helen Zukin
Helen Zukin
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: zukin@kiesel.law

*Counsel for Plaintiff*