# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) |
| **This document relates to:**<br><br>Daniel M. Adams, Individually, and as Anticipated Personal Representative of the Estate of Decedent, Patricia Lynn Adams<br><br>Case No. 3:17-cv-11455 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 8, 2017, on behalf of Plaintiff Daniel M. Adams.

DATED: April 4, 2018              Respectfully Submitted,


By:       /s/ Helen Zukin
Helen Zukin
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: zukin@kiesel.law

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 4, 2018                                  Respectfully Submitted,

                                                                   By:          /s/ Helen Zukin
                                                                            Helen Zukin
                                                                            **KIESEL LAW LLP**
                                                                            8648 Wilshire Boulevard
                                                                            Beverly Hills, California  90211
                                                                            Tel.: (310) 854-4444
                                                                            Fax: (310) 854-0812
                                                                            E-mail: zukin@kiesel.law

                                                                            *Counsel for Plaintiff*