**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:*<br>*Isadora Detres, et al.  v. Johnson & Johnson, et al.*<br>3:18-cv-5401 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 4, 2018 on behalf of Plaintiffs, Isadora Detres and Herbert Detres, w/h.

**DATED:** <u>**April 5, 2018**</u>   Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone:  (215) 985-9177
Fax:     (215) 985-4169
Email: rgolomb@golombhonik.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **5th** day of **April 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiffs' Short Form Complaint and Jury Demand were filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**     <u>April 5, 2018</u>

<u> /s/ Richard M. Golomb                    </u>
Richard M Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorney for Plaintiffs*