UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| WALTER IWANOW, as personal representative of the ESTATE OF CHRISTINE KOT IWANOW, DECEASED, and on behalf of the wrongful death beneficiaries of CHRISTINE KOT IWANOW,<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | Civil Action No.: 3:18-cv-05562<br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 5, 2018 on behalf of Plaintiff Walter Iwanow, as personal representative of the Estate of Christine Kot Iwanow, Deceased, and on behalf of the wrongful death beneficiaries of Christine Kot Iwanow.

Dated: April 5, 2018

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com

HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                            _/s/   **Eric D. Pearson** _____
                                                            Eric D. Pearson

                                                            ATTORNEY FOR PLAINTIFF