**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: *The Estate of Anitta Bouchard v. Johnson & Johnson, et al.*, Case No. 3:18-cv-04753 | **MDL DOCKET NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 5, 2018, on behalf of Plaintiffs Herbert Bouchard and the Estate of Anitta Bouchard.

Dated: April 5, 2018                     Respectfully Submitted by,

                                                                                   /s/ Jennell K. Shannon

                                            Jennell K. Shannon, Esq.
                                            MN Bar No. 398672
                                            Michael K. Johnson, Esq.
                                            MN Bar No. 258696
                                            Stacy Hauer, Esq.
                                            MN Bar No. 317093
                                            **JOHNSON BECKER, PLLC**
                                            444 Cedar Street, Suite 1800
                                            St. Paul, MN 55101
                                            Phone: 612-436-1800
                                            Fax: 612-436-1801
                                            Email: mjohnson@johnsonbecker.com
                                            Email: shauer@johnsonbecker.com
                                            Email: jshannon@johnsonbecker.com

                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/ Jennell K. Shannon

Jennell K. Shannon, Esq.
MN Bar No. 398672
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: jshannon@johnsonbecker.com

ATTORNEY FOR PLAINTIFF