UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.          Date: April 5, 2018
Court Reporter: Cathy Ford

TITLE OF CASE:
                                          CIVIL: 16-2378(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Transcript of proceedings to be filed.
In-Person Status Conference set for July 25, 2018 at 10:30 A.M.
Orders to be submitted as to 41(a)(2) protocol.


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:00 A.M.                s/Jacqueline Merrigan
TOTAL TIME:  30 minutes                   Deputy Clerk

```
INITIAL
STATUS/SETTLEMENT       ✓                     DATE  4-5-18
FINAL PRETRIAL
                                              TIME  10:30

CASE NAME:              J&J

CIVIL ACTION NO.:       16-2738
```

**APPEARANCES**

NAME: Leigh O'Dell                    NAME: Laurence Berman
      Beasley Allen                         Levin Sedran Berman
FIRM NAME:                            FIRM NAME:

MAILING ADDRESS:                      MAILING ADDRESS:
                                      510 Walnut St
                                      Ste 500
                                      Phila PA 19106

PHONE NO.:                            PHONE NO.: 215-592-1500

WHOM YOU REPRESENT: PSC               WHOM YOU REPRESENT: PSC

***********  ***********     ***********  ***********

NAME: Chris Tisi                      NAME:
      Levin Papantonio                ctisi@levinlaw.com
FIRM NAME:                            FIRM NAME:

MAILING ADDRESS:                      MAILING ADDRESS:




PHONE NO.:                            PHONE NO.:
WHOM YOU REPRESENT: PSC               WHOM YOU REPRESENT:

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE 4-5-18
TIME 10:30

CASE NAME: J&J

CIVIL ACTION NO.: JJ 162738

**APPEARANCES**

NAME: Warren T. Burns
FIRM NAME: Burns Charest LLP
MAILING ADDRESS: 900 Jackson St, #500
Dallas, TX 75202

PHONE NO.: 469 904 4557
WHOM YOU REPRESENT: Plaintiffs

NAME: Hunter Shkolnik
NAPOLI Shkolnik
FIRM NAME:
MAILING ADDRESS: 400 Broad Hollow Rd
Melville, NY

PHONE NO.: 212 397-1000
WHOM YOU REPRESENT: ∥

\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*

NAME:
FIRM NAME:
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT:

NAME:
FIRM NAME:
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT:

| | |
|---|---|
| INITIAL | DATE: 4-5-18 |
| STATUS/SETTLEMENT ✓ | |
| FINAL PRETRIAL | TIME: 10:30 |

CASE NAME: J&J

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Lorna Dotro
FIRM NAME: Coughlin Duffy
MAILING ADDRESS: 350 Mt. Kemble Avenue - 5th Fl.
Morristown, NJ 07960
PHONE NO.: 973-631-6016
WHOM YOU REPRESENT: Imerys Talc America, Inc.

NAME: Ann Thornton Field
FIRM NAME: Gordon, Rees, Scully & Man.
MAILING ADDRESS: 2001 Market Street
2900
Philadelphia, PA 19301
PHONE NO.: 215 717 4002
WHOM YOU REPRESENT: Imerys Talc American

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Mark Silver
FIRM NAME: Coughlin Duffy
MAILING ADDRESS: 350 Mt. Kemble Avenue - 2nd Fl.
Morristown, NJ 0796
PHONE NO.: 973-631-6045
WHOM YOU REPRESENT: Imerys Talc America, Inc.

NAME:
FIRM NAME:
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

INITIAL ☐
STATUS/SETTLEMENT ✓
FINAL PRETRIAL ☐

DATE: 4-5-18
TIME: 10:30

CASE NAME: J&J
CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Caroline Tinsley
FIRM NAME: Tucker Ellis
MAILING ADDRESS: 100 South Fourth Street, Suite 600, St. Louis, MO 63102
PHONE NO.: (314) 256-2550
WHOM YOU REPRESENT: Pharmatec

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive, Florham Park, NJ 07932
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: John Beisner
FIRM NAME: Skadden, Arps
MAILING ADDRESS: 1440 New York Ave, NW, Washington, DC 20005
PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: J&J entities

NAME: Susan Sharko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive, Florham Park, NJ 07932
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

```
INITIAL                    _____           DATE  4-5-18
STATUS/SETTLEMENT             ✓
FINAL PRETRIAL             _____           TIME  10:30
```

CASE NAME: J&J

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F Str. NW
Washington DC 20004

PHONE NO.: 202-828-5376
WHOM YOU REPRESENT: Personal Care Products Council

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____

***********

NAME: Alexandra Taylor
FIRM NAME: Barry McTiernan & Wedinger
MAILING ADDRESS: 10 Franklin Ave
Edison NJ

PHONE NO.: 732-738-5600
WHOM YOU REPRESENT: Personal Care Products Council

NAME: Janet L. Poletto
FIRM NAME: Hardin Kundla McKeon & Poletto
MAILING ADDRESS: 673 Morris Ave
Springfield NJ

PHONE NO.: 973-912-5222
WHOM YOU REPRESENT: Pharmatec