UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jones v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- ELBA JONES; 3:18-cv-5367

This 6th day of April, 2018.

                                                  Respectfully submitted by,

                                                  s/ D. Todd Mathews\_\_\_
                                                  D. Todd Mathews, #52502 (MO)
                                                  Gori Julian & Associates, P.C.
                                                  156 N. Main Street
                                                  Edwardsville, IL 62025
                                                  (618) 659-9833 – Telephone
                                                  (618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of April, 2018.

               <u>*/s/ D. Todd Mathews*</u>
               D. Todd Mathews