## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| JERMEL WILKERSON, as administrator of the ESTATE OF CAROLYN WILKERSON,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | Civil Action No.: 3:18-cv-05637<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 6, 2018 on behalf of Plaintiff Jermel Wilkerson, as administrator of the Estate of Carolyn Wilkerson.

Dated: April 6, 2018

                                                                      Respectfully submitted,

                                                                       */s/ Eric D. Pearson*
                                                                       Eric D. Pearson
                                                                       Texas State Bar No. 15690472
                                                                       eric@hop-law.com
                                                                       HEYGOOD, ORR & PEARSON
                                                                       6363 North State Hwy 161, Suite 450

Irving, Texas 75038<br>
(214) 237-9001 Telephone<br>
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

   /s/   **Eric D. Pearson**_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF