# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:* **Dardanelles Estes** | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on April 5, 2018, on behalf of Dardanelles Estes; 3:18-cv-05547.

Dated: April 6, 2018

        Respectfully Submitted by:

        */s/Jessica H. Meeder*
        **Jessica H. Meeder**
        Murphy, Falcon & Murphy, P.A.
        One South Street, 23rd Floor
        Baltimore, MD 21202
        410-951-8812
        Jessica.meeder@murphyfalcon.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 6th day of April, 2018.

*/s/Jessica H. Meeder*
**Jessica H. Meeder**