## Complaints and Other Initiating Documents (Do not use in 33-1,33-2606)

3:17-cv-02532 MOREL et al v. JOHNSON & JOHNSON et al

# U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by ROSLANSKY, ERIC on 4/13/2017 at 10:13 AM EDT and filed on 4/13/2017

**Case Name:** MOREL et al v. JOHNSON & JOHNSON et al
**Case Number:** 3:17-cv-02532
**Filer:** ELIZABETH R MOREL
HENRY MOREL

**Document Number:** 1

**Docket Text:**
**COMPLAINT against IMERYS TALC AMERICA, INC., JOHNSON & JOHNSON, PERSONAL CARE PRODUCTS COUNCIL ( Filing and Admin fee $ 400 receipt number 0312-7771139) with JURY DEMAND, filed by ELIZABETH R MOREL, HENRY MOREL. (Attachments: # (1) Civil Cover Sheet)(ROSLANSKY, ERIC)**

**3:17-cv-02532 Notice has been electronically mailed to:**

ERIC DANIEL ROSLANSKY     talc@getjustice.com, eroslansky@getjustice.com

**3:17-cv-02532 Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/13/2017] [FileNumber=10094936-0] [150534fd08669105b6d3d8ce561e96e2b23da80dc737ecce73260c1bedfec898ab 168a4ea373e5730f3ec08915aeb6357de52ef29f99b1974195ed6444b7ed6b]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/13/2017] [FileNumber=10094936-1] [751ccbe230fd6bf3de6422bedb08f810d762f60412944218141291e197b697fae9 6489ac198260426550a293496397a298cfd37877c7310c1eb7e19799a2c73b]]