# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Civil Action: 3:16-md-2738** |
| | **MDL No. 2738** |
| **THIS DOCUMENT RELATES TO:** *Nadine Williams v. Johnson & Johnson, et al.* *Civil Action No.: 3:18-cv-0995-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 24, 2018 on behalf of the plaintiff, Nadine Williams.

Dated:  <u>April 9, 2018</u>                              Respectfully Submitted by,

**MOTLEY RICE LLC**

<u>/s/ Carmen S. Scott</u>
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

<u>/s/ Carmen S. Scott</u>
Carmen S. Scott