UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Penny Patton v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:18-cv-1163-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 29, 2018 on behalf of the plaintiff, Penny Patton.

Dated:  April 9, 2018             Respectfully Submitted by,

                                                                  **MOTLEY RICE LLC**

                                                                   /s/ Carmen S. Scott
                                                                   Carmen S. Scott
                                                                   cscott@motleyrice.com
                                                                   28 Bridgeside Blvd.
                                                                   Mt. Pleasant, SC 29464
                                                                   (843) 216-9160
                                                                   (843) 216-9450 (Facsimile)

                                                                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott