UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>Sheryl Tennyson,<br><br>                              Plaintiff,<br> v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc. and Personal Care Products Council ("PCPC")            ,<br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No:   3:18-cv-02361-FLW-LHG |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2018, pursuant to Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in the above-captioned matter with the Civil Cover Sheet, Summons, Short Form Complaint, and Jury Demand via first class certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively.

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

| | |
|---|---|
| Dated: April 9, 2018 | Respectfully submitted by, |
| | /s/ Meghan E. McCormick |
| | Meghan E. McCormick |
| | LEVIN SIMES LLP |
| | 44 Montgomery St., 32nd Floor |
| | San Francisco, California 94104 |
| | Telephone: (415) 426-3000 |
| | Facsimile: (415) 426-3001 |
| | Email: mmccormick@levinsimes.com |
| | |
| | Counsel for Plaintiff |