**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Mejia v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- ENEDINA MEJIA-CORDOVA, INDIVIDUALLY and AS SUCCESSOR IN INTEREST TO THE ESTATE OF ZENAIDA MEJIA, DECEASED; 3:18-cv-5378

This 10th day of April, 2018.

                                                Respectfully submitted by,

                                                s/ D. Todd Mathews\_\_\_
                                                D. Todd Mathews, #52502 (MO)
                                                Gori Julian & Associates, P.C.
                                                156 N. Main Street
                                                Edwardsville, IL 62025
                                                (618) 659-9833 – Telephone
                                                (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of April, 2018.

                                                */s/ D. Todd Mathews*
                                                D. Todd Mathews