**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Guise v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- LAWRENCE GUISE, INDIVIDUALLY and AS SURVIVING SPOUSE and NEXT OF KIN to KAREN GUISE, DECEASED; 3:18-cv-5381

This 10th day of April, 2018.

                                                                                   Respectfully submitted by,

                                                                                   s/ D. Todd Mathews____
                                                                                   D. Todd Mathews, #52502 (MO)
                                                                                   Gori Julian & Associates, P.C.
                                                                                   156 N. Main Street
                                                                                   Edwardsville, IL 62025
                                                                                   (618) 659-9833 – Telephone
                                                                                   (618) 659-9834 – Facsimile

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of April, 2018.

/s/ D. Todd Mathews
D. Todd Mathews