BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Christina Schroeder*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Christina Schroeder v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-6056-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 11, 2018 on behalf of Plaintiff Christina Schroeder.

                                                                                        */s/ Brittany S. Scott*
                                                                                        Brittany S. Scott
                                                                                        BEASLEY ALLEN CROW METHVIN
                                                                                        PORTIS & MILES, P.C.
                                                                                        218 Commerce Street
                                                                                        Montgomery, Alabama 36104
                                                                                        (800) 898-2034 Telephone
                                                                                        (334) 954-7555 Facsimile
                                                                                        Brittany.Scott@BeasleyAllen.com

                                                                                        Attorneys for Plaintiff Christina Schroeder

Dated: April 12, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    */s/ Brittany S. Scott*
    Brittany S. Scott

    BEASLEY ALLEN CROW METHVIN
    PORTIS & MILES, P.C.