# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: <u>Dooher et al. v Johnson & Johnson et al.</u>, Case. No. 3:18-cv-06321 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has on this day been filed on behalf of Plaintiffs Carol and George Dooher.

Dated: April 12, 2018

Respectfully Submitted by,

/s/Kelsey W. Shannon
Martin A. Lynn, Esq.
Kelsey W. Shannon, Esq.
750 M&T Bank Building
101 South Salina Street
Syracuse, New York 13202
(315) 474-1267
kshannon@lynnlaw.com