**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Faye Emert, Individually and as Personal Representative of the Estate of Cheryl Poe, deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-2305* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Faye Emery, Individually, and as Personal Representative of the Estate of Cheryl Poe.

This 12th day of April 2018.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

                    By:   */s/ W. Wylie Blair*
                            James G. Onder, #38049 MO
                            William W. Blair, #58196 MO
                            Stephanie L. Rados, #65117 MO
                            110 E. Lockwood, 2nd Floor
                            St. Louis, MO  63119
                            314-963-9000 telephone
                            314-963-1700 facsimile
                            onder@onderlaw.com
                            blair@onderlaw.com
                            rados@onderlaw.com

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of April, 2018.

*/s/ W. Wylie Blair*