<div align="center">

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Claudette Osborne vs. Johnson & Johnson, et al.* <br> **Case No.:  3:18-cv-2545** | **MDL NO. 2738 (FLW) (LHG)** |

<div align="center">

**NOTICE OF FILING**

</div>

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Claudette Osborne.

    This 12th day of April, 2018.

<div style="margin-left: 50%;">

Respectfully submitted,

ONDERLAW, LLC

By:   */s/ W. Wylie Blair*
     James G. Onder, #38049 MO
     William W. Blair, #58196 MO
     Stephanie L. Rados, #65117 MO
     110 E. Lockwood, 2nd Floor
     St. Louis, MO  63119
     314-963-9000 telephone
     314-963-1700 facsimile
     onder@onderlaw.com
     blair@onderlaw.com
     rados@onderlaw.com

</div>

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of April, 2018.

                              /s/ W. Wylie Blair