# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCMENT RELATES TO:**<br><br>Jennifer Cooper and William Cooper, w/h<br><br>v.<br><br>Johnson and Johnson, et. al. | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No. 3:18-cv-6618 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on April 13, 2018 on behalf of Jennifer Cooper and William Cooper, w/h.

Dated: April 13, 2018

    Respectfully submitted by,

    **ANAPOL WEISS**

    */s/ Gregory S. Spizer, Esq.*
    Gregory S. Spizer, Esquire
    Counsel for Plaintiff
    One Logan Square
    130 N. 18th Street; Ste. 1600
    Philadelphia, PA 19103
    Telephone 215-735-1130
    Facsimile: 215-875-7722
    E-mail: Gspizer@anapolweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
ANAPOL WEISS
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com