UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

MDL NO. 2738(FLW)(LHG)

*Bethany L. Parker*
*Case No. 3:18-cv-00187*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Bethany L. Parker.

Dated this 13th day of April, 2018.

                                          Respectfully submitted,

                                          DECOF, DECOF & BARRY, P.C.

                                          By:/s/ Douglas E. Chabot
                                          Patrick C. Barry, Esq.    RI Bar No. 5631
                                          Douglas E. Chabot, Esq. RI Bar No. 8199
                                          One Smith Hill
                                          Providence, RI 02903
                                          Telephone: (401) 272-1110
                                          Facsimile: (401) 351-6641
                                          Email:pcb@decof.com;dec@decof.com
                                          **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of April, 2018.

By: /s/ Douglas E. Chabot