# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: <br><br> JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 16-MD-02738 <br> No. 17-CV-02753 (JMF) <br><br> Hon. Freda L. Wolfson |

*This document relates to* 1:17-CV-02753

## MOTION TO WITHDRAW AS COUNSEL

Ravi Kishan Sangisetty and Sangisetty Law Firm (together hereinafter "Sangisetty") respectfully request that the Court grant their request to withdraw as counsel for Carol Eidson, Plaintiff in 17:-CV-02753, and further state the following in support of their motion:

1. On June 16, 2017, Ms. Eidson instructed Sangisetty to take no further action on her claims.

2. At that time, Ms. Eidson also requested a copy of her case file, of which Sangisetty immediately provided a complete and accurate copy.

3. Sangisetty also informed Ms. Eidson of her preservation obligations under Case Management Order No. 6.

4. Sangisetty has waited for Ms. Eidson to obtain other representation in conjunction with her claims before filing a motion to withdraw. Nearly 10 months later, this has not occurred.

5. Sangisetty is not assessing any charging lien or retaining lien on Ms. Eidson's claims.

Therefore, Sangisetty respectfully requests that the Court issue an order terminating its representation of Plaintiff Carol Eidson in the above-styled and referenced matter.

Respectfully submitted,

  /s/ Ravi K. Sangisetty

**SANGISETTY LAW FIRM, LLC**
Ravi K. Sangisetty
935 Gravier Street, Ste. 835
New Orleans, Louisiana 70112
Phone:  (504) 662-1016
Fax:     (504) 662-1318
rks@sangisettylaw.com