## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via the Court's CM/ECF system on April 13, 2018.

                                                                 /s/ Ravi K. Sangisetty
                                                                    Ravi K. Sangisetty