1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

IN RE JOHNSON & JOHNSON          CIVIL ACTION NUMBER:
POWDER PRODUCTS MARKETING,
SALES PRACTICES.                 16-MD-2738(FLW)(LHG)

                                 STATUS HEARING
_____
     Clarkson S. Fisher United States Courthouse
     402 East State Street
     Trenton, New Jersey  08608
     April 5, 2018

**B E F O R E**:   THE HONORABLE FREDA L. WOLFSON, USDJ

**A P P E A R A N C E S**:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
        and
ASHCRAFT & GEREL, ESQUIRES
BY:  CHRISTOPHER V. TISI, ESQUIRE (VIRGINIA)
        and
BURNS CHAREST, ESQUIRES
BY:  WARREN T. BURNS, ESQUIRE (TEXAS)
        and
LEVIN SEDRAN & BERMAN, ESQUIRES
BY:  LAURENCE S. BERMAN, ESQUIRE (PHILADELPHIA)
        and
COHEN, PLACITELLA & ROTH, ESQUIRES
BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE (NEW JERSEY)
On behalf of the Plaintiffs' Steering Committee

DRINKER BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE (NEW JERSEY)
        and
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE (WASHINGTON, D.C.)
On behalf of the Defendant Johnson & Johnson

1   A P P E A R A N C E S   C O N T I N U E D :

2

SEYFARTH SHAW, ESQUIRES
3   BY:  THOMAS T. LOCKE, ESQUIRE (WASHINGTON, D.C.)
            and
4   BARRY, McTIERNAN & WEDINGER, ESQUIRES
    BY:  ALEXANDRA J. TAYLOR, ESQUIRE (NEW JERSEY)
5        JENNIFER CHEONG, ESQUIRE (NEW JERSEY)
    On behalf of the Defendant PCPC
6
    COUGHLIN DUFFY, ESQUIRES
7   BY:  LORNA A. DOTRO, ESQUIRE (NEW JERSEY)
         MARK K. SILVER, ESQUIRE (NEW JERSEY)
8            and
    GORDON & REES, ESQUIRES
9   BY:  ANN THORNTON FIELD, ESQUIRE (PENNSYLVANIA)
    On behalf of the Defendant Imerys Talc America
10

11

12

13

14

15

16

17

18

19

20   Certified as True and Correct as required by Title 28,
     U.S.C., Section 753
21        /S/ Cathy J. Ford, CCR, CRR, RPR

22

23

24

25

*United States District Court*
*Trenton, NJ*

3

1          THE DEPUTY COURT CLERK:  All rise.

2          (Open court begins at 10:25 a.m.)

3          THE COURT:  All right.  Have a seat, please.

4          We have another court reporter filling in

5     today for Vinnie, so, please, if you're going to speak

6     up, she's not familiar with who you are.  Just say

7     your name for the record, all right.

8          Thank you.

9          Okay.  So I have your proposed agenda and

10    report.  In addition to this, I know you listed -- I

11    want to get to these in a few moments, but a number of

12    the motions that were pending, putting aside the

13    remand motions, which I'm hoping to get a batch out

14    this month, all of these 41(a)(2) motions, I think my

15    law clerk had sent you an email saying I wanted to

16    address them this morning.

17         So I'm assuming you're prepared to address

18    them, right?

19         MS. O'DELL:  Your Honor, we've met and

20    conferred, and we're waiting on a proposal from the

21    defendants on how -- a procedure -- on how to deal

22    with those.  But that's sort of our current status.

23         THE COURT:  Well, I wasn't familiar -- aware

24    of that because right now I'm sitting with a lot of

25    motions.  Some that were filed in the fall; some that

4

1   were filed more recently, with moving and opposition

2   briefs.  No replies.  Some of them have reply briefs,

3   excuse me, by the plaintiff.

4         So I'd like to know where you are on that, and

5   I'll weigh in if you want me to help you.

6         MS. O'DELL:  Yes, ma'am.  Just to make sure

7   I'm clear, you're talking about the Rule 41 notices of

8   voluntary dismissal motions, or are you talking about

9   the Exhibit A motions at the end of the report?

10         THE COURT:  Well, let's see.  Which are your

11   Exhibit A?

12         MS. O'DELL:  I was referring to the motions

13   listed on Page 4 that were notices of dismissal that

14   were filed, defendants have objected, Mr. Fang reached

15   out to us to meet and confer, and we've been -- we've

16   done that.  We're waiting on a proposal from the

17   defendants in terms of a procedure on how to handle

18   this -- our position --

19         THE COURT:  I'd like to hear what that is,

20   though.  I mean, I don't understand the big

21   discussion, so, okay.  So what are the issues?

22         MS. O'DELL:  Well, our position is, your

23   Honor -- if under Third Circuit law that if a Rule 41

24   dismissal is filed and the defendants essentially

25   would not be prejudiced, then that should be granted,

5

1    that voluntary dismissal should be allowed without

2    prejudice.  And so in each of these instances, the

3    notice has been filed -- dismissal, excuse me, and --

4         THE COURT:  Well, it has to be because there

5    is an appearance or answer, so it has to be by order

6    of the Court.  It has to be an application.  You can't

7    simply do it on your own.  But they've weighed in

8    because they want to add -- they said in their papers,

9    at the very least, they want to add a restriction on

10   the venue that it has to be re-filed here.

11        Now, on some of the earlier motions I saw that

12   there was -- apparently, there was some willingness to

13   do that.  Later motions, it does not appear that

14   that's the case.  So from my perspective, that's kind

15   of the only holdup that I see here.  Whether there is

16   a re-filing restriction or not; is that correct?

17        MS. TERSIGNI:  Yes, your Honor.

18        THE COURT:  Right.  Because no one is

19   objecting to the fact that they should be dismissals

20   without prejudice, right?

21        MS. TERSIGNI:  I mean, ideally, I think we

22   would want the cases to be dismissed with prejudice.

23        THE COURT:  I'd be the first in the nation to

24   ever decide such a thing on the status of these cases,

25   and I'm not going to do that.  So.

1          MS. O'DELL:  That's helpful, your Honor,

2     because that's been our primary concern.

3          THE COURT:  No.  These are all without

4     prejudice.  As I saw it -- which is one of the reasons

5     I did want to discuss these today, what I really

6     saw -- and I know you listed it as your alternative,

7     but I know you know coming in, you were never getting

8     a "with prejudice" in any of these, is this issue of

9     re-filing and a forum restriction on re-filing.

10    Re-filing back in the MDL or in -- which, in your

11    reply briefs, at least for those where there were

12    reply briefs; there were many where there were no

13    reply briefs.  But in the ones that have had them,

14    you've objected to that forum filing.  Now, I don't

15    know if that's still the case or not.

16         MS. O'DELL:  Individual lawyers have asserted

17    those positions.  I think we can work out an

18    arrangement, your Honor, whereby the plaintiff would

19    either re-file in the MDL, if it's still ongoing at

20    that point, or re-file in -- and I don't know if there

21    would be some parameters, but appropriate

22    jurisdiction, whether that's the resident state or the

23    state -- the resident state in one of the venues.

24         THE COURT:  Okay.  And I'm not sure -- from

25    what you just said, I'm not sure if I understood

7

1   completely.  You said if the MDL is still ongoing,

2   you'll file here.

3          MS. O'DELL:  Yes.

4          THE COURT:  And it's only if the MDL is not

5   ongoing that then they'll file an appropriate

6   jurisdiction, or are you saying you want to have open

7   both alternatives?

8          MS. O'DELL:  Both alternatives.

9          THE COURT:  At the same time?

10         MS. O'DELL:  Yes.

11         THE COURT:  Regardless of whether the MDL is

12   pending?

13         MS. O'DELL:  That's correct.  But in many of

14   these instances, as I understand it, the cancer in

15   question ended up being a uterine cancer as opposed to

16   ovarian cancer.  And 20 years down the road there may

17   be a development of ovarian cancer, and MDL may be

18   ongoing or may not.

19         THE COURT:  Right.

20         MS. O'DELL:  But we need both alternatives,

21   and we have not discussed with defendants what their

22   openness is, but what we would want is either the MDL

23   or an appropriate jurisdiction where that -- whether

24   that is the resident state of the plaintiff or the

25   resident state of one of the defendants.

8

1              THE COURT:  Okay.  So this is what my question

2     is, because I saw that one of the briefs did reference

3     for -- I think it was three different plaintiffs that

4     it was not ovarian cancer, and that's why you were

5     looking to dismiss.  Most of the briefing did not

6     indicate the reason why you're dismissing.  And I

7     wasn't sure if it was the same reason for all of them

8     because -- there was even some dispute in the briefing

9     as to whether -- not knowing what the reason is.  And

10    you said, we don't have to disclose our reasons,

11    et cetera.  It was a different lawyer, not your firm.

12    But is that basically the reason why in all of these

13    cases?

14              MS. O'DELL:  I can't represent that.

15              THE COURT:  Okay.  Because there was

16    opposition to -- given any reason by the first batch

17    of motions that were filed back in the fall, I think.

18              So, Ms. Sharko, the proposal is that they

19    would agree that re-filing be restricted either to the

20    MDL or to an appropriate forum which would be

21    designated as either where the plaintiff lives or

22    where one -- or the defendants.

23              New Jersey being one of those as well,

24    obviously.

25              MS. SHARKO:  So I don't agree to quote,

1   unquote, appropriate because we will, I am certain,

2   then end up litigating what "appropriate" meant.  So

3   it would have to be specified.

4          THE COURT:  I think she was prepared to

5   specify by saying either the residence of the

6   plaintiff, right?  Or a jurisdiction where, I guess,

7   the defendants -- you may have varying views of where

8   they are subject to jurisdiction, but some of that has

9   kind of been determined already.

10          MS. O'DELL:  That's to -- well, I guess to be

11   clear, let me just restate it.  I said the resident

12   state of the plaintiff, your Honor, if there are a

13   number of places where it might be appropriate for the

14   plaintiff to file a lawsuit.  It can be the resident

15   state; it can be the place where they were diagnosed

16   and treated, the place they used talcum powder for the

17   majority of the time.  There are multiple places.  So

18   I guess I should be clear about that.  As to the

19   appropriate jurisdiction for the defendants, it's --

20   it would certainly be covered by BMS, and certainly

21   the resident state of the defendants would be

22   appropriate.  There may be some other appropriate

23   jurisdictions as well.

24          MS. SHARKO:  So it sounds like maybe we should

25   talk, and if we can't resolve it, bring it to

1   your Honor.  Because I don't agree that, you know, if

2   the woman happened to be passing through St. Louis

3   and, you know, applied baby powder, that's then an

4   appropriate jurisdiction.  And I don't agree that if

5   one defendant has their place of business in -- pick a

6   state, New Hampshire, that's an appropriate place for

7   a lawsuit against Johnson & Johnson.  And I wouldn't

8   want the language of the order to infer that; that's

9   one issue.  The other bucket of issues is statute of

10   limitations.  We're not agreeing to toll the statute

11   of limitations on these if they dismiss.

12           THE COURT:  I don't think there is a request

13   for that.

14           MS. O'DELL:  There is no request for that.

15           THE COURT:  And obviously, for those women who

16   have not developed this cancer and the statute hasn't

17   begun to run, they don't have a cause of action at

18   all.

19           But we don't know because, I guess,

20   Ms. O'Dell, you can't represent today that all of

21   those cases for which motions were brought fall within

22   that category.

23           MS. O'DELL:  I cannot, your Honor.

24           THE COURT:  Right.  And we don't know why they

25   brought those dismissal motions.

1          MS. O'DELL:  There would be a multitude of

2     reasons.  And I'm privy to some, but not all.

3          THE COURT:  I'll let you go back and work on

4     it, but not for too long, on the language.  So let's

5     get these done, because I'm holding all of these and

6     I'd like to get rid of them.  I've read them all.

7     They're pretty much all the same.  They come in two

8     different batches.

9          I noticed that on one of them, in fact, though

10    I guess it was sent in looking like it was agreed

11    to -- I didn't realize that there had been an answer

12    filed that I think I entered, and I think that was the

13    Tracianne Hartnett one.  There was an order entered in

14    it, which I guess I have to -- this was filed as a

15    notice of voluntary dismissal, which I thought -- at

16    that point, I had no idea that there had been answers

17    or what the position was.  I think we entered an order

18    looking at it.  I think we did.  I'd have to vacate

19    that and enter a new order, basically.

20          MS. SHARKO:  Okay.  I mean, that's the other

21    problem.  And hopefully, an agreement will cure that,

22    which is -- we're trying to file our notices of

23    appearance as fast as we can.  Sometimes the people

24    who want to dismiss beat us to the clerk's office.

25    Other times they don't, but they still file a

1   dismissal anyway, and so having a procedure laid out

2   would be good.  I agree.

3           THE COURT:  Okay.  So you'll get to this

4   fairly quickly.

5           MS. SHARKO:  Within a week.

6           THE COURT:  Perfect.

7           MS. SHARKO:  If we can't agree, we'll submit

8   an order.

9           THE COURT:  Right.  And please go through -- I

10  mean, I try to go through and mark them all off and

11  what categories they fell in.  I think -- I'm not

12  sure, but Hartnett may have been the only one where

13  perhaps there was an order entered before.

14          But it would be helpful to me -- and, by the

15  way, one of the ones you listed -- my courtroom deputy

16  was checking, the Cheryl Noel Adams, which was

17  17-9411.  When we looked that up, there was nothing

18  filed in there.  So maybe you gave me the wrong name

19  on that one or the wrong docket number.  So we checked

20  the docket.  Jackie printed it yesterday, and there

21  was nothing -- there was no voluntary dismissal filed

22  in that one.

23          MS. SHARKO:  We apologize and we'll check.

24          THE COURT:  We try to do our homework.

25          But if you could -- if you could carefully go

13

1    through the list of -- because there are a lot of

2    firms involved in doing this, not just lead counsel

3    here, so let's get the list of all of them so that

4    when you do do your protocol and you want to send in

5    the orders, it's clear that we've got them all.

6          If there is one -- for instance, I think

7    Hartnett -- or if there are any others that you think

8    we have to first vacate the order and then enter a new

9    one that's consistent with whatever your protocol is,

10   send me the order that reflects that as well in those

11   cases.  So I'll put that burden on you.  And if you

12   run into an issue on your language, I'll get on the

13   phone with you.  This is something I'll deal with, not

14   Judge Pisano.  So please just get in touch with me.

15         MS. SHARKO:  I'm sorry -- for the court

16   reporter.  I'm Susan Sharko, and this is Julie

17   Tersigni.

18         THE COURT:  That she had.  I think Vinnie

19   educated her on you and on Ms. O'Dell, at least.

20         All right.  So that's on those motions, which

21   I did want to now move forward on.

22         And with regard to -- as I said on the remand

23   motions that you have listed, I'm hoping to get a

24   batch of them out this month -- later this month.

25         Okay.  Let's turn now to the agenda items.

14

1   You started with referencing depositions.  And that

2   you're still working on the 30(b)(6) deposition

3   notices, protocols, et cetera, and that you're going

4   to be presenting that to Judge Pisano to the extent

5   that you cannot agree on all issues.

6           MS. O'DELL:  Yes, your Honor.  That's correct.

7           THE COURT:  And with regard to third-party

8   witness depositions, it looks like the Steering

9   Committee has disclosed four witnesses.  And there has

10  been an objection -- I take it it's an objection just

11  overall to these third-party witnesses; is that right?

12          MS. SHARKO:  Overall, and then also

13  specifically to these four, so I think that's -- right

14  now that would be on the Judge Pisano list.

15          THE COURT:  Okay.  And I will tell you before

16  you go to him, I do not have a -- I'm not precluding

17  third-party depositions that are relevant to the

18  issues you want to discuss.  I won't rule today on

19  these particular four or what the scope of them would

20  be, but I can certainly see them falling within the

21  same scope as we discussed under the 30(b)(6).  And I

22  will not be disallowing them.  So I'm not making a

23  ruling one way or the other.  You'll have to make your

24  showing, I guess, to Judge Pisano, but I want you to

25  be clear not to think that you're only limited to

1    30(b)(6) here, and this is appropriate.  So that's the

2    heads-up on that when you go see him.

3            Now, privilege challenges.  I don't even know

4    where you stand on it.  It looks like you're all still

5    conferring, I guess, on broader topics and documents

6    as opposed to specific documents; is that right?

7            MS. SHARKO:  There's -- I believe there's two

8    levels.  There are two different types of challenges.

9    One is generally, and the other is plaintiffs raised,

10   I think at the last conference, a specific group of

11   documents.  And so now we're all meeting and

12   conferring with J&J Defendants.  The meet and confer I

13   believe is tomorrow.  I think Imerys is next week.

14   And we'll all be prepared, then, to go to Judge Pisano

15   if it can't be worked out.

16           THE COURT:  Okay.

17           MS. SHARKO:  It sounded to me -- when I was

18   told what our approach would be, it sounded reasonable

19   to me, so I would hope that we can get it done.

20           MR. BURNS:  That's correct, your Honor.

21           THE COURT:  Put your name, please, on the

22   record.

23           MR. BURNS:  Warren Burns for the plaintiffs.

24   That is correct, your Honor.  We're in the process of

25   conferring.  And any disputes we'll take to

1    Judge Pisano.

2            THE COURT:  Okay.  And I know you have some

3    issues that you want to bring to Judge Pisano about

4    the samples and the testing.  There are these rocks,

5    which are being dealt with.

6            MS. O'DELL:  Well, your Honor, we think we are

7    entitled to inspect certain subsets of rocks.  And so

8    that's the position we're taking.  They're rocks that

9    arise from the mines that were sources of talc for the

10   products, and we think it's very clear we should be

11   entitled to at least inspect them.  We can meet and

12   confer about whether testing is appropriate or

13   division is appropriate, but at least we want to the

14   see them.

15           MS. SHARKO:  Well, I can solve that problem,

16   then.  We thought they wanted to somehow take apart

17   the rocks and test them.  If all they want to do is

18   look at the rocks, you're welcome to come look at the

19   rocks.  I'll make sure that --

20           THE COURT:  She's clearly saying, without

21   prejudice, they have the right to come back and ask

22   about testing them.  But for the time being, you don't

23   have an issue, so they can come in and observe.  And

24   you're not ready to go to the next step.  Great.

25           MS. O'DELL:  That's right.  It makes no sense

1   to agree on a testing protocol, specifically, or

2   division if we don't feel like that's necessary, but

3   we have got to see them in order to make that

4   decision.

5          MS. SHARKO:  Sure.  Come look at the rocks.

6   This is the first MDL with a rock issue.

7          MR. PLACITELLA:  We're going to bring the

8   paper and scissors.

9          MS. O'DELL:  If all issues were that easy.

10          THE COURT:  Okay.  So look, at this point, you

11  don't have to bring that issue to Judge Pisano.

12          And then at the end of -- let's see, what's

13  next?  Imerys says all is happy and you're agreeing on

14  dates to do your splits, right?

15          MS. DOTRO:  Always, Judge, yes.

16          THE COURT:  Always.  All right.

17          Then, the expert reports and Daubert -- next

18  week, we're getting some sort of preliminary reports,

19  right?

20          MS. SHARKO:  Tomorrow.

21          THE COURT:  Is tomorrow the date?

22          MS. O'DELL:  It's April the 9th.

23          THE COURT:  I thought it was the 9th.  I

24  thought it was Monday.

25          MS. SHARKO:  Okay.  Sorry.

1          THE COURT:  Ms. Sharko was just so excited.

2          MS. O'DELL:  Sitting on the edge of her seat,

3   your Honor.  We'll provide that to the Court.

4          THE COURT:  Please.

5          MS. O'DELL:  And to the parties on Monday.

6          THE COURT:  Great.

7          MS. O'DELL:  Your Honor, would you like a hard

8   copy, or is an electronic copy of the report

9   sufficient?  What's your preference?

10          THE COURT:  It depends on how long it is.  If

11   it's going to be long with attachments, send us a

12   courtesy copy as well as electronically sending it.

13   Just so we don't have to print it all out here.

14          MS. O'DELL:  Absolutely.  Thank you.

15          THE COURT:  Thank you.  And if it's short,

16   that's fine; you can just email it and file it.

17          MS. O'DELL:  Thank you.

18          THE COURT:  And then, it wouldn't be a status

19   conference without the request -- of the defendants --

20   for a date for expert reports and a Daubert hearing?

21          MS. SHARKO:  Yes, please.

22          THE COURT:  I think what I mentioned the last

23   time is we are tied to the testing.  And since I don't

24   have definitive dates on the testing yet, as soon as I

25   get definitive dates on the testing and what issues

19

1    from that, I'll be scheduling the reports and the

2    hearing.

3            MS. SHARKO:  Okay.  Thanks.  I believe

4    Judge Pisano gave us a June date to wrap it up, and

5    hopefully we'll be on target with that.

6            THE COURT:  Okay.  I didn't know if there

7    was some --

8            MS. O'DELL:  Your Honor, if I can speak to

9    that.  It's not what Judge Pisano said in his letter

10   of -- I think it's February the 6th.  In fact, he said

11   he had looked at the protocol.  He had extrapolated

12   the dates from the protocol.  He says in his letter,

13   It's unlikely that the results would be available in

14   60 days.  And if you say 60 days, it's mid-June.  That

15   was Judge Pisano commenting without knowledge about

16   the number of samples in question, the protocol --

17           THE COURT:  I remember that it was a little

18   loose on it, so that's fine.  But I know that it was a

19   month that was out there but that it was not written

20   in stone.  We're going to be meeting again before

21   then, and we'll see where we are and if that's a real

22   date or not, but that's what we're going to work off

23   of when those results are in.  Okay.

24           MS. O'DELL:  Thank you, your Honor.

25           THE COURT:  So we're getting there,

*United States District Court*
*Trenton, NJ*

20

1   Ms. Sharko.  We're just not there today.

2          And then you happily tell me all the different

3   cases that have been filed in this MDL.

4          And then there's still the issue of the

5   duplicate filed cases that you're trying to resolve.

6   There are only 67 now.  We're down quite a bit.

7          And what else?  Anything else we have to

8   decide?

9          MS. SHARKO:  No.

10          THE COURT:  This was a quick one.

11          Did I give you a date -- go ahead.

12          MS. O'DELL:  Your Honor, there is a matter

13   for -- internally on the Steering Committee's side.

14   If we can have a moment of the Court's time after the

15   hearing to talk with you privately about it.  We would

16   appreciate it.

17          THE COURT:  Sure.  No problem.

18          MS. O'DELL:  Thank you.

19          THE COURT:  Did I give you a -- your next

20   conference date?  When it is?

21          MS. SHARKO:  We have May 15th, June 28th, and

22   we don't have a July date.

23          THE COURT:  Okay.  That's right.  When you

24   come in in May, we can pick the July -- I know it's

25   just -- the last week in July will not be available

21

```
1    for me, but otherwise.  We can pick one now, sure.
2            How about the third week in July, Jackie?
3            THE DEPUTY COURT CLERK:  The week of the 16th?
4            THE COURT:  No, the week of the 23rd is fine.
5            THE DEPUTY COURT CLERK:  Any day but Monday.
6            THE COURT:  The week of July 23rd, we can give
7    you, at this point, any day.
8            THE DEPUTY COURT CLERK:  The 25th, Wednesday.
9            MS. SHARKO:  That's fine with me.
10           MS. O'DELL:  That's fine with me, your Honor.
11   If I can check with Ms. Parfitt, she sends her
12   apology.  She had an unavoidable conflict today.  But
13   if I might check with her and get back with the Court.
14           THE COURT:  That's fine.  Call Jackie.
15           THE DEPUTY COURT CLERK:  I'll pencil it in for
16   10:30 on the 25th, and you let me know if that's fine.
17           MS. O'DELL:  Thank you.
18           THE COURT:  Anything else?  No.
19           And, Ms. O'Dell, your request, is that
20   something you're meeting with the defendants on, or
21   just plaintiffs wanted to come in and talk?
22           MS. O'DELL:  It's just the plaintiffs,
23   your Honor.  And just for a very brief moment.  We
24   just need your direction on how the Court would like
25   to handle an internal matter on the plaintiffs'
```

22

1   Steering Committee.

2           MS. SHARKO:  I'm happy to mediate.

3           MS. O'DELL:  I'm sure you are.  We'll keep you

4   posted.

5           THE COURT:  I don't know.  This was an awfully

6   congenial meeting today.  All right.  It's going well.

7   That's fine.

8           So I'll let all of you go.  And thank you for

9   coming in today.  And I hope that your issues will get

10  resolved quickly with Judge Pisano and you'll move on

11  to your depositions.  Thank you.

12          MS. O'DELL:  Thank you, your Honor.

13          MS. SHARKO:  Thank you, your Honor.

14          THE DEPUTY COURT CLERK:  All rise.

15          (Court concludes at 10:52 a.m.)

16

17

18

19

20

21

22

23

24

25

1

| / |
|---|
| **/S** [1] - 2:21 |

| 0 |
|---|
| **08608** [1] - 1:8 |

| 1 |
|---|
| **10:25** [1] - 3:2 |
| **10:30** [1] - 21:16 |
| **10:52** [1] - 22:15 |
| **15th** [1] - 20:21 |
| **16-MD-2738(FLW)(LHG** [1] - 1:5 |
| **16th** [1] - 21:3 |
| **17-9411** [1] - 12:17 |

| 2 |
|---|
| **20** [1] - 7:16 |
| **2018** [1] - 1:8 |
| **23rd** [2] - 21:4, 21:6 |
| **25th** [2] - 21:8, 21:16 |
| **28** [1] - 2:20 |
| **28th** [1] - 20:21 |

| 3 |
|---|
| **30(b)(6** [2] - 14:2, 15:1 |
| **30(b)(6)** [1] - 14:21 |

| 4 |
|---|
| **4** [1] - 4:13 |
| **402** [1] - 1:7 |
| **41** [2] - 4:7, 4:23 |
| **41(a)(2** [1] - 3:14 |

| 5 |
|---|
| **5** [1] - 1:8 |

| 6 |
|---|
| **60** [2] - 19:14 |
| **67** [1] - 20:6 |
| **6th** [1] - 19:10 |

| 7 |
|---|
| **753** [1] - 2:20 |

| 9 |
|---|
| **9th** [2] - 17:22, 17:23 |

| A |
|---|
| **a.m** [2] - 3:2, 22:15 |

**absolutely** [1] - 18:14
**ACTION** [1] - 1:4
**action** [1] - 10:17
**Adams** [1] - 12:16
**add** [2] - 5:8, 5:9
**addition** [1] - 3:10
**address** [2] - 3:16, 3:17
**agenda** [2] - 3:9, 13:25
**agree** [8] - 8:19, 8:25, 10:1, 10:4, 12:2, 12:7, 14:5, 17:1
**agreed** [1] - 11:10
**agreeing** [2] - 10:10, 17:13
**agreement** [1] - 11:21
**ahead** [1] - 20:11
**ALABAMA** [1] - 1:12
**ALEXANDRA** [1] - 2:4
**ALLEN** [1] - 1:12
**allowed** [1] - 5:1
**alternative** [1] - 6:6
**alternatives** [3] - 7:7, 7:8, 7:20
**America** [1] - 2:9
**ANN** [1] - 2:9
**answer** [2] - 5:5, 11:11
**answers** [1] - 11:16
**anyway** [1] - 12:1
**apart** [1] - 16:16
**apologize** [1] - 12:23
**apology** [1] - 21:12
**appear** [1] - 5:13
**appearance** [2] - 5:5, 11:23
**application** [1] - 5:6
**applied** [1] - 10:3
**appreciate** [1] - 20:16
**approach** [1] - 15:18
**appropriate** [15] - 6:21, 7:5, 7:23, 8:20, 9:1, 9:2, 9:13, 9:19, 9:22, 10:4, 10:6, 15:1, 16:12, 16:13
**April** [2] - 1:8, 17:22
**arise** [1] - 16:9
**ARPS** [1] - 1:22
**arrangement** [1] - 6:18
**ASHCRAFT** [1] - 1:13
**aside** [1] - 3:12
**asserted** [1] - 6:16
**assuming** [1] - 3:17
**attachments** [1] - 18:11
**available** [2] - 19:13, 20:25
**aware** [1] - 3:23
**awfully** [1] - 22:5

| B |
|---|
| **baby** [1] - 10:3 |
| **BARRY** [1] - 2:4 |
| **batch** [3] - 3:13, 8:16, 13:24 |
| **batches** [1] - 11:8 |
| **BEASLEY** [1] - 1:12 |

**beat** [1] - 11:24
**begins** [1] - 3:2
**begun** [1] - 10:17
**behalf** [4] - 1:19, 1:23, 2:5, 2:9
**BEISNER** [1] - 1:22
**BERMAN** [2] - 1:16, 1:17
**BIDDLE** [1] - 1:20
**big** [1] - 4:20
**bit** [1] - 20:6
**BMS** [1] - 9:20
**brief** [1] - 21:23
**briefing** [2] - 8:5, 8:8
**briefs** [6] - 4:2, 6:11, 6:12, 6:13, 8:2
**bring** [4] - 9:25, 16:3, 17:7, 17:11
**broader** [1] - 15:5
**brought** [2] - 10:21, 10:25
**bucket** [1] - 10:9
**burden** [1] - 13:11
**Burns** [1] - 15:23
**BURNS** [4] - 1:15, 1:15, 15:20, 15:23
**business** [1] - 10:5
**BY** [11] - 1:12, 1:14, 1:15, 1:17, 1:18, 1:20, 1:22, 2:3, 2:4, 2:7, 2:9

| C |
|---|
| **cancer** [6] - 7:14, 7:15, 7:16, 7:17, 8:4, 10:16 |
| **cannot** [2] - 10:23, 14:5 |
| **carefully** [1] - 12:25 |
| **case** [2] - 5:14, 6:15 |
| **cases** [7] - 5:22, 5:24, 8:13, 10:21, 13:11, 20:3, 20:5 |
| **categories** [1] - 12:11 |
| **category** [1] - 10:22 |
| **Cathy** [1] - 2:21 |
| **CCR** [1] - 2:21 |
| **certain** [2] - 9:1, 16:7 |
| **certainly** [3] - 9:20, 14:20 |
| **Certified** [1] - 2:20 |
| **cetera** [2] - 8:11, 14:3 |
| **challenges** [2] - 15:3, 15:8 |
| **CHAREST** [1] - 1:15 |
| **check** [3] - 12:23, 21:11, 21:13 |
| **checked** [1] - 12:19 |
| **checking** [1] - 12:16 |
| **CHEONG** [1] - 2:5 |
| **Cheryl** [1] - 12:16 |
| **CHRISTOPHER** [2] - 1:14, 1:18 |
| **Circuit** [1] - 4:23 |
| **CIVIL** [1] - 1:4 |
| **Clarkson** [1] - 1:7 |

**clear** [6] - 4:7, 9:11, 9:18, 13:5, 14:25, 16:10
**clearly** [1] - 16:20
**CLERK** [6] - 3:1, 21:3, 21:5, 21:8, 21:15, 22:14
**clerk** [1] - 3:15
**clerk's** [1] - 11:24
**COHEN** [1] - 1:18
**coming** [2] - 6:7, 22:9
**commenting** [1] - 19:15
**Committee** [3] - 1:19, 14:9, 22:1
**Committee's** [1] - 20:13
**completely** [1] - 7:1
**concern** [1] - 6:2
**concludes** [1] - 22:15
**confer** [3] - 4:15, 15:12, 16:12
**conference** [3] - 15:10, 18:19, 20:20
**conferred** [1] - 3:20
**conferring** [3] - 15:5, 15:12, 15:25
**conflict** [1] - 21:12
**congenial** [1] - 22:6
**consistent** [1] - 13:9
**copy** [3] - 18:8, 18:12
**correct** [5] - 5:16, 7:13, 14:6, 15:20, 15:24
**Correct** [1] - 2:20
**COUGHLIN** [1] - 2:6
**counsel** [1] - 13:2
**COURT** [61] - 1:1, 3:1, 3:3, 3:23, 4:10, 4:19, 5:4, 5:18, 5:23, 6:3, 6:24, 7:4, 7:9, 7:11, 7:19, 8:1, 8:15, 9:4, 10:12, 10:15, 10:24, 11:3, 12:3, 12:6, 12:9, 12:24, 13:18, 14:7, 14:15, 15:16, 15:21, 16:2, 16:20, 17:10, 17:16, 17:21, 17:23, 18:1, 18:4, 18:6, 18:10, 18:15, 18:18, 18:22, 19:6, 19:17, 19:25, 20:10, 20:17, 20:19, 20:23, 21:3, 21:4, 21:5, 21:6, 21:8, 21:14, 21:15, 21:18, 22:5, 22:14
**court** [3] - 3:2, 3:4, 13:15
**Court** [5] - 5:6, 18:3, 21:13, 21:24, 22:15
**Court's** [1] - 20:14
**courtesy** [1] - 18:12
**Courthouse** [1] - 1:7
**courtroom** [1] - 12:15
**covered** [1] - 9:20
**CRR** [1] - 2:21
**cure** [1] - 11:21
**current** [1] - 3:22

## D

**D.C** [2] - 1:22, 2:3
**date** [7] - 17:21, 18:20, 19:4, 19:22, 20:11, 20:20, 20:22
**dates** [4] - 17:14, 18:24, 18:25, 19:12
**Daubert** [2] - 17:17, 18:20
**days** [2] - 19:14
**deal** [2] - 3:21, 13:13
**dealt** [1] - 16:5
**decide** [2] - 5:24, 20:8
**decision** [1] - 17:4
**defendant** [1] - 10:5
**Defendant** [3] - 1:23, 2:5, 2:9
**defendants** [12] - 3:21, 4:14, 4:17, 4:24, 7:21, 7:25, 8:22, 9:7, 9:19, 9:21, 18:19, 21:20
**Defendants** [1] - 15:12
**definitive** [2] - 18:24, 18:25
**deposition** [1] - 14:2
**depositions** [4] - 14:1, 14:8, 14:17, 22:11
**DEPUTY** [6] - 3:1, 21:3, 21:5, 21:8, 21:15, 22:14
**deputy** [1] - 12:15
**designated** [1] - 8:21
**determined** [1] - 9:9
**developed** [1] - 10:16
**development** [1] - 7:17
**diagnosed** [1] - 9:15
**different** [5] - 8:3, 8:11, 11:8, 15:8, 20:2
**direction** [1] - 21:24
**disallowing** [1] - 14:22
**disclose** [1] - 8:10
**disclosed** [1] - 14:9
**discuss** [2] - 6:5, 14:18
**discussed** [2] - 7:21, 14:21
**discussion** [1] - 4:21
**dismiss** [3] - 8:5, 10:11, 11:24
**dismissal** [9] - 4:8, 4:13, 4:24, 5:1, 5:3, 10:25, 11:15, 12:1, 12:21
**dismissals** [1] - 5:19
**dismissed** [1] - 5:22
**dismissing** [1] - 8:6
**dispute** [1] - 8:8
**disputes** [1] - 15:25
**DISTRICT** [2] - 1:1, 1:2
**division** [2] - 16:13, 17:2
**docket** [2] - 12:19, 12:20
**documents** [3] - 15:5, 15:6, 15:11
**done** [3] - 4:16, 11:5, 15:19
**DOTRO** [2] - 2:7, 17:15
**down** [2] - 7:16, 20:6

**DRINKER** [1] - 1:20
**DUFFY** [1] - 2:6
**duplicate** [1] - 20:5

## E

**East** [1] - 1:7
**easy** [1] - 17:9
**edge** [1] - 18:2
**educated** [1] - 13:19
**either** [5] - 6:19, 7:22, 8:19, 8:21, 9:5
**electronic** [1] - 18:8
**electronically** [1] - 18:12
**email** [2] - 3:15, 18:16
**end** [2] - 4:9, 9:2, 17:12
**ended** [1] - 7:15
**enter** [2] - 11:19, 13:8
**entered** [4] - 11:12, 11:13, 11:17, 12:13
**entitled** [2] - 16:7, 16:11
**ESQUIRE** [14] - 1:12, 1:14, 1:15, 1:17, 1:18, 1:20, 1:21, 1:22, 2:3, 2:4, 2:5, 2:7, 2:7, 2:9
**ESQUIRES** [11] - 1:12, 1:13, 1:15, 1:16, 1:18, 1:20, 1:22, 2:2, 2:4, 2:6, 2:8
**essentially** [1] - 4:24
**et** [2] - 8:11, 14:3
**excited** [1] - 18:1
**excuse** [2] - 4:3, 5:3
**Exhibit** [2] - 4:9, 4:11
**expert** [2] - 17:17, 18:20
**extent** [1] - 14:4
**extrapolated** [1] - 19:11

## F

**fact** [3] - 5:19, 11:9, 19:10
**fairly** [1] - 12:4
**fall** [3] - 3:25, 8:17, 10:21
**falling** [1] - 14:20
**familiar** [2] - 3:6, 3:23
**fang** [1] - 4:14
**fast** [1] - 11:23
**February** [1] - 19:10
**fell** [1] - 12:11
**few** [1] - 3:11
**FIELD** [1] - 2:9
**file** [8] - 6:19, 6:20, 7:2, 7:5, 9:14, 11:22, 11:25, 18:16
**filed** [13] - 3:25, 4:1, 4:14, 4:24, 5:3, 5:10, 8:17, 11:12, 11:14, 12:18, 12:21, 20:3, 20:5
**filing** [6] - 5:16, 6:9, 6:10, 6:14, 8:19
**filling** [1] - 3:4
**fine** [8] - 18:16, 19:18, 21:4,

21:9, 21:10, 21:14, 21:16, 22:7
**firm** [1] - 8:11
**firms** [1] - 13:2
**first** [4] - 5:23, 8:16, 13:8, 17:6
**Fisher** [1] - 1:7
**FLOM** [1] - 1:22
**FOR** [1] - 1:2
**Ford** [1] - 2:21
**forum** [2] - 6:9, 6:14, 8:20
**forward** [1] - 13:21
**four** [3] - 14:9, 14:13, 14:19
**FREDA** [1] - 1:9

## G

**generally** [1] - 15:9
**GEREL** [1] - 1:13
**given** [1] - 8:16
**GORDON** [1] - 2:8
**granted** [1] - 4:25
**great** [2] - 16:24, 18:6
**group** [1] - 15:10
**guess** [8] - 9:6, 9:10, 9:18, 10:19, 11:10, 11:14, 14:24, 15:5

## H

**Hampshire** [1] - 10:6
**handle** [2] - 4:17, 21:25
**happily** [1] - 20:2
**happy** [2] - 17:13, 22:2
**hard** [1] - 18:7
**Hartnett** [3] - 11:13, 12:12, 13:7
**heads** [1] - 15:2
**heads-up** [1] - 15:2
**hear** [1] - 4:19
**hearing** [3] - 18:20, 19:2, 20:15
**HEARING** [1] - 1:6
**help** [1] - 4:5
**helpful** [2] - 6:1, 12:14
**holding** [1] - 11:5
**holdup** [1] - 5:15
**homework** [1] - 12:24
**Honor** [21] - 3:19, 4:23, 5:17, 6:1, 6:18, 9:12, 10:1, 10:23, 14:6, 15:20, 15:24, 16:6, 18:3, 18:7, 19:8, 19:24, 20:12, 21:10, 21:23, 22:12, 22:13
**HONORABLE** [1] - 1:9
**hope** [2] - 15:19, 22:9
**hopefully** [1] - 11:21, 19:5
**hoping** [2] - 3:13, 13:23

## I

**idea** [1] - 11:16
**ideally** [1] - 5:21
**Imerys** [3] - 2:9, 15:13, 17:13
**IN** [1] - 1:4
**indicate** [1] - 8:6
**individual** [1] - 6:16
**infer** [1] - 10:8
**inspect** [2] - 16:7, 16:11
**instance** [1] - 13:6
**instances** [2] - 5:2, 7:14
**internal** [1] - 21:25
**internally** [1] - 20:13
**involved** [1] - 13:2
**issue** [7] - 6:8, 10:9, 13:12, 16:23, 17:6, 17:11, 20:4
**issues** [8] - 4:21, 10:9, 14:5, 14:18, 16:3, 17:9, 18:25, 22:9
**items** [1] - 13:25

## J

**J&J** [1] - 15:12
**Jackie** [3] - 12:20, 21:2, 21:14
**JENNIFER** [1] - 2:5
**JERSEY** [8] - 1:2, 1:18, 1:20, 1:21, 2:4, 2:5, 2:7, 2:7
**Jersey** [2] - 1:8, 8:23
**JOHN** [1] - 1:22
**JOHNSON** [2] - 1:4
**Johnson** [4] - 1:23, 10:7
**Judge** [13] - 13:14, 14:4, 14:14, 14:24, 15:14, 16:1, 16:3, 17:11, 17:15, 19:4, 19:9, 19:15, 22:10
**JULIE** [1] - 1:21
**Julie** [1] - 13:16
**July** [5] - 20:22, 20:24, 20:25, 21:2, 21:6
**June** [3] - 19:4, 19:14, 20:21
**jurisdiction** [7] - 6:22, 7:6, 7:23, 9:6, 9:8, 9:19, 10:4
**jurisdictions** [1] - 9:23

## K

**keep** [1] - 22:3
**kind** [2] - 5:14, 9:9
**knowing** [1] - 8:9
**knowledge** [1] - 19:15

## L

**laid** [1] - 12:1
**language** [3] - 10:8, 11:4, 13:12
**last** [3] - 15:10, 18:22, 20:25

**LAURENCE** [1] - 1:17
**law** [2] - 3:15, 4:23
**lawsuit** [2] - 9:14, 10:7
**lawyer** [1] - 8:11
**lawyers** [1] - 6:16
**lead** [1] - 13:2
**least** [5] - 5:9, 6:11, 13:19, 16:11, 16:13
**LEIGH** [1] - 1:12
**letter** [2] - 19:9, 19:12
**levels** [1] - 15:8
**LEVIN** [1] - 1:16
**limitations** [2] - 10:10, 10:11
**limited** [1] - 14:25
**list** [3] - 13:1, 13:3, 14:14
**listed** [5] - 3:10, 4:13, 6:6, 12:15, 13:23
**litigating** [1] - 9:2
**lives** [1] - 8:21
**LOCKE** [1] - 2:3
**look** [4] - 16:18, 17:5, 17:10
**looked** [2] - 12:17, 19:11
**looking** [3] - 8:5, 11:10, 11:18
**looks** [2] - 14:8, 15:4
**loose** [1] - 19:18
**LORNA** [1] - 2:7
**Louis** [1] - 10:2

## M

**ma'am** [1] - 4:6
**majority** [1] - 9:17
**MARK** [1] - 2:7
**mark** [1] - 12:10
**MARKETING** [1] - 1:4
**matter** [2] - 20:12, 21:25
**McTIERNAN** [1] - 2:4
**MDL** [10] - 6:10, 6:19, 7:1, 7:4, 7:11, 7:17, 7:22, 8:20, 17:6, 20:3
**MEAGHER** [1] - 1:22
**mean** [4] - 4:20, 5:21, 11:20, 12:10
**meant** [1] - 9:2
**mediate** [1] - 22:2
**meet** [3] - 4:15, 15:12, 16:11
**meeting** [4] - 15:11, 19:20, 21:20, 22:6
**mentioned** [1] - 18:22
**met** [1] - 3:19
**mid** [1] - 19:14
**mid-June** [1] - 19:14
**might** [2] - 9:13, 21:13
**mines** [1] - 16:9
**moment** [2] - 20:14, 21:23
**moments** [1] - 3:11
**Monday** [3] - 17:24, 18:5, 21:5

**month** [4] - 3:14, 13:24, 19:19
**morning** [1] - 3:16
**most** [1] - 8:5
**motions** [14] - 3:12, 3:13, 3:14, 3:25, 4:8, 4:9, 4:12, 5:11, 5:13, 8:17, 10:21, 10:25, 13:20, 13:23
**move** [3] - 13:21, 22:10
**moving** [1] - 4:1
**MR** [1] - 15:20, 15:23, 17:7
**MS** [59] - 3:19, 4:6, 4:12, 4:22, 5:17, 5:21, 6:16, 7:3, 7:8, 7:10, 7:13, 7:20, 8:14, 8:25, 9:10, 9:24, 10:14, 10:23, 11:1, 11:20, 12:5, 12:7, 12:23, 13:15, 14:6, 14:12, 15:7, 15:17, 16:6, 16:15, 16:25, 17:5, 17:9, 17:15, 17:20, 17:22, 17:25, 18:2, 18:5, 18:7, 18:14, 18:17, 18:21, 19:3, 19:8, 19:24, 20:9, 20:12, 20:18, 20:21, 21:9, 21:10, 21:17, 21:22, 22:2, 22:3, 22:12, 22:13
**multiple** [1] - 9:17
**multitude** [1] - 11:1

## N

**name** [3] - 3:7, 12:18, 15:21
**nation** [1] - 5:23
**necessary** [1] - 17:2
**need** [2] - 7:20, 21:24
**never** [1] - 6:7
**NEW** [8] - 1:2, 1:18, 1:20, 1:21, 2:4, 2:5, 2:7, 2:7
**new** [2] - 11:19, 13:8
**New** [3] - 1:8, 8:23, 10:6
**next** [5] - 15:13, 16:24, 17:13, 17:17, 20:19
**Noel** [1] - 12:16
**nothing** [2] - 12:17, 12:21
**notice** [2] - 5:3, 11:15
**noticed** [1] - 11:9
**notices** [4] - 4:7, 4:13, 11:22, 14:3
**NUMBER** [1] - 1:4
**number** [4] - 3:11, 9:13, 12:19, 19:16

## O

**O'Dell** [2] - 10:20, 13:19, 21:19
**O'DELL** [36] - 1:12, 3:19, 4:6, 4:12, 4:22, 6:1, 6:16, 7:3, 7:8, 7:10, 7:13, 7:20, 8:14, 9:10, 10:14, 10:23, 11:1,

14:6, 16:6, 16:25, 17:9, 17:22, 18:2, 18:5, 18:7, 18:14, 18:17, 19:8, 19:24, 20:12, 20:18, 21:10, 21:17, 21:22, 22:3, 22:12
**objected** [2] - 4:14, 6:14
**objecting** [1] - 5:19
**objection** [2] - 14:10
**observe** [1] - 16:23
**obviously** [2] - 8:24, 10:15
**OF** [1] - 1:2
**office** [1] - 11:24
**one** [21] - 5:18, 6:4, 6:23, 7:25, 8:2, 8:22, 8:23, 10:5, 10:9, 11:9, 11:13, 12:12, 12:15, 12:19, 12:22, 13:6, 13:9, 14:23, 15:9, 20:10, 21:1
**ones** [2] - 6:13, 12:15
**ongoing** [4] - 6:19, 7:1, 7:5, 7:18
**Open** [1] - 3:2
**open** [1] - 7:6
**openness** [1] - 7:22
**opposed** [2] - 7:15, 15:6
**opposition** [2] - 4:1, 8:16
**order** [10] - 5:5, 10:8, 11:13, 11:17, 11:19, 12:8, 12:13, 13:8, 13:10, 17:3
**orders** [1] - 13:5
**otherwise** [1] - 21:1
**ovarian** [3] - 7:16, 7:17, 8:4
**overall** [2] - 14:11, 14:12
**own** [1] - 5:7

## P

**Page** [1] - 4:13
**paper** [1] - 17:8
**papers** [1] - 5:8
**parameters** [1] - 6:21
**Parfitt** [1] - 21:11
**particular** [1] - 14:19
**parties** [1] - 18:5
**party** [3] - 14:7, 14:11, 14:17
**passing** [1] - 10:2
**PCPC** [1] - 2:5
**pencil** [1] - 21:15
**pending** [2] - 3:12, 7:12
**PENNSYLVANIA** [1] - 2:9
**people** [1] - 11:23
**perfect** [1] - 12:6
**perhaps** [1] - 12:13
**perspective** [1] - 5:14
**PHILADELPHIA** [1] - 1:17
**phone** [1] - 13:13
**pick** [3] - 10:5, 20:24, 21:1
**Pisano** [12] - 13:14, 14:4, 14:14, 14:24, 15:14, 16:1, 16:3, 17:11, 19:4, 19:9,

19:15, 22:10
**place** [4] - 9:15, 9:16, 10:5, 10:6
**places** [2] - 9:13, 9:17
**PLACITELLA** [3] - 1:18, 1:18, 17:7
**plaintiff** [7] - 4:3, 6:18, 7:24, 8:21, 9:6, 9:12, 9:14
**plaintiffs** [5] - 8:3, 15:9, 15:23, 21:21, 21:22
**plaintiffs'** [1] - 21:25
**Plaintiffs'** [1] - 1:19
**point** [4] - 6:20, 11:16, 17:10, 21:7
**position** [4] - 4:18, 4:22, 11:17, 16:8
**positions** [1] - 6:17
**posted** [1] - 22:4
**powder** [2] - 9:16, 10:3
**POWDER** [1] - 1:4
**PRACTICES** [1] - 1:5
**precluding** [1] - 14:16
**preference** [1] - 18:9
**prejudice** [6] - 5:2, 5:20, 5:22, 6:4, 6:8, 16:21
**prejudiced** [1] - 4:25
**preliminary** [1] - 17:18
**prepared** [3] - 3:17, 9:4, 15:14
**presenting** [1] - 14:4
**pretty** [1] - 11:7
**primary** [1] - 6:2
**print** [1] - 18:13
**printed** [1] - 12:20
**privately** [1] - 20:15
**privilege** [1] - 15:3
**privy** [1] - 11:2
**problem** [3] - 11:21, 16:15, 20:17
**procedure** [3] - 3:21, 4:17, 12:1
**process** [1] - 15:24
**PRODUCTS** [1] - 1:4
**products** [1] - 16:10
**proposal** [3] - 3:20, 4:16, 8:18
**proposed** [1] - 3:9
**protocol** [6] - 13:4, 13:9, 17:1, 19:11, 19:12, 19:16
**protocols** [1] - 14:3
**provide** [1] - 18:3
**put** [2] - 13:11, 15:21
**putting** [1] - 3:12

## Q

**quick** [1] - 20:10
**quickly** [2] - 12:4, 22:10
**quite** [1] - 20:6

**quote** [1] - 8:25

## R

**raised** [1] - 15:9
**re** [8] - 5:10, 5:16, 6:9, 6:10, 6:19, 6:20, 8:19
**RE** [1] - 1:4
**re-file** [2] - 6:19, 6:20
**re-filed** [1] - 5:10
**re-filing** [5] - 5:16, 6:9, 6:10, 8:19
**reached** [1] - 4:14
**read** [1] - 11:6
**ready** [1] - 16:24
**real** [1] - 19:21
**realize** [1] - 11:11
**really** [1] - 6:5
**reason** [5] - 8:6, 8:7, 8:9, 8:12, 8:16
**reasonable** [1] - 15:18
**reasons** [3] - 6:4, 8:10, 11:2
**REATH** [1] - 1:20
**recently** [1] - 4:1
**record** [2] - 3:7, 15:22
**REES** [1] - 2:8
**reference** [1] - 8:2
**referencing** [1] - 14:1
**referring** [1] - 4:12
**reflects** [1] - 13:10
**regard** [2] - 13:22, 14:7
**regardless** [1] - 7:11
**relevant** [1] - 14:17
**remand** [2] - 3:13, 13:22
**remember** [1] - 19:17
**replies** [1] - 4:2
**reply** [4] - 4:2, 6:11, 6:12, 6:13
**report** [3] - 3:10, 4:9, 18:8
**reporter** [2] - 3:4, 13:16
**reports** [4] - 17:17, 17:18, 18:20, 19:1
**represent** [2] - 8:14, 10:20
**request** [4] - 10:12, 10:14, 18:19, 21:19
**required** [1] - 2:20
**residence** [1] - 9:5
**resident** [7] - 6:22, 6:23, 7:24, 7:25, 9:11, 9:14, 9:21
**resolve** [2] - 9:25, 20:5
**resolved** [1] - 22:10
**restate** [1] - 9:11
**restricted** [1] - 8:19
**restriction** [3] - 5:9, 5:16, 6:9
**results** [2] - 19:13, 19:23
**rid** [1] - 11:6
**rise** [2] - 3:1, 22:14
**road** [1] - 7:16
**rock** [1] - 17:6

**rocks** [7] - 16:4, 16:7, 16:8, 16:17, 16:18, 16:19, 17:5
**ROTH** [1] - 1:18
**RPR** [1] - 2:21
**Rule** [2] - 4:7, 4:23
**rule** [1] - 14:18
**ruling** [1] - 14:23
**run** [2] - 10:17, 13:12

## S

**SALES** [1] - 1:5
**samples** [2] - 16:4, 19:16
**saw** [4] - 5:11, 6:4, 6:6, 8:2
**scheduling** [1] - 19:1
**scissors** [1] - 17:8
**scope** [2] - 14:19, 14:21
**seat** [2] - 3:3, 18:2
**Section** [1] - 2:20
**SEDRAN** [1] - 1:16
**see** [8] - 4:10, 5:15, 14:20, 15:2, 16:14, 17:3, 17:12, 19:21
**send** [3] - 13:4, 13:10, 18:11
**sending** [1] - 18:12
**sends** [1] - 21:11
**sense** [1] - 16:25
**sent** [2] - 3:15, 11:10
**SEYFARTH** [1] - 2:2
**Sharko** [4] - 8:18, 13:16, 18:1, 20:1
**SHARKO** [22] - 1:20, 8:25, 9:24, 11:20, 12:5, 12:7, 12:23, 13:15, 14:12, 15:7, 15:17, 16:15, 17:5, 17:20, 17:25, 18:21, 19:3, 20:9, 20:21, 21:9, 22:2, 22:13
**SHAW** [1] - 2:2
**short** [1] - 18:15
**showing** [1] - 14:24
**side** [1] - 20:13
**SILVER** [1] - 2:7
**simply** [1] - 5:7
**sitting** [2] - 3:24, 18:2
**SKADDEN** [1] - 1:22
**SLATE** [1] - 1:22
**solve** [1] - 16:15
**sometimes** [1] - 11:23
**soon** [1] - 18:24
**sorry** [2] - 13:15, 17:25
**sort** [2] - 3:22, 17:18
**sounded** [2] - 15:17, 15:18
**sounds** [1] - 9:24
**sources** [1] - 16:9
**specific** [2] - 15:6, 15:10
**specifically** [2] - 14:13, 17:1
**specified** [1] - 9:3
**specify** [1] - 9:5
**splits** [1] - 17:14

**St** [1] - 10:2
**stand** [1] - 15:4
**started** [1] - 14:1
**State** [1] - 1:7
**state** [9] - 6:22, 6:23, 7:24, 7:25, 9:12, 9:15, 9:21, 10:6
**STATES** [1] - 1:1
**States** [1] - 1:7
**status** [3] - 3:22, 5:24, 18:18
**STATUS** [1] - 1:6
**statute** [3] - 10:9, 10:10, 10:16
**Steering** [4] - 1:19, 14:8, 20:13, 22:1
**step** [1] - 16:24
**still** [7] - 6:15, 6:19, 7:1, 11:25, 14:2, 15:4, 20:4
**stone** [1] - 19:20
**Street** [1] - 1:7
**subject** [1] - 9:8
**submit** [1] - 12:7
**subsets** [1] - 16:7
**sufficient** [1] - 18:9
**SUSAN** [1] - 1:20
**Susan** [1] - 13:16

## T

**talc** [1] - 16:9
**Talc** [1] - 2:9
**talcum** [1] - 9:16
**target** [1] - 19:5
**TAYLOR** [1] - 2:4
**terms** [1] - 4:17
**Tersigni** [1] - 13:17
**TERSIGNI** [3] - 1:21, 5:17, 5:21
**test** [1] - 16:17
**testing** [6] - 16:4, 16:12, 16:22, 17:1, 18:23, 18:24, 18:25
**TEXAS** [1] - 1:15
**THE** [62] - 1:2, 1:9, 3:1, 3:3, 3:23, 4:10, 4:19, 5:4, 5:18, 5:23, 6:3, 6:24, 7:4, 7:9, 7:11, 7:19, 8:1, 8:15, 9:4, 10:12, 10:15, 10:24, 11:3, 12:3, 12:6, 12:9, 12:24, 13:18, 14:7, 14:15, 15:16, 15:21, 16:2, 16:20, 17:10, 17:16, 17:21, 17:23, 18:1, 18:4, 18:6, 18:10, 18:15, 18:18, 18:22, 19:6, 19:17, 19:25, 20:10, 20:17, 20:19, 20:23, 21:3, 21:4, 21:5, 21:6, 21:8, 21:14, 21:15, 21:18, 22:5, 22:14
**they've** [1] - 5:7
**third** [4] - 14:7, 14:11, 14:17, 21:2

**Third** [1] - 4:23
**third-party** [3] - 14:7, 14:11, 14:17
**THOMAS** [1] - 2:3
**THORNTON** [1] - 2:9
**three** [1] - 8:3
**tied** [1] - 18:23
**TISI** [1] - 1:14
**Title** [1] - 2:20
**today** [8] - 3:5, 6:5, 10:20, 14:18, 20:1, 21:12, 22:6, 22:9
**toll** [1] - 10:10
**tomorrow** [3] - 15:13, 17:20, 17:21
**topics** [1] - 15:5
**touch** [1] - 13:14
**Tracianne** [1] - 11:13
**treated** [1] - 9:16
**Trenton** [1] - 1:8
**True** [1] - 2:20
**try** [2] - 12:10, 12:24
**trying** [2] - 11:22, 20:5
**turn** [1] - 13:25
**two** [3] - 11:7, 15:7, 15:8
**types** [1] - 15:8

## U

**U.S.C** [1] - 2:20
**unavoidable** [1] - 21:12
**under** [2] - 4:23, 14:21
**understood** [1] - 6:25
**UNITED** [1] - 1:1
**United** [1] - 1:7
**unlikely** [1] - 19:13
**unquote** [1] - 9:1
**up** [6] - 3:6, 7:15, 9:2, 12:17, 15:2, 19:4
**USDJ** [1] - 1:9
**uterine** [1] - 7:15

## V

**vacate** [2] - 11:18, 13:8
**varying** [1] - 9:7
**venue** [1] - 5:10
**venues** [1] - 6:23
**views** [1] - 9:7
**Vinnie** [2] - 3:5, 13:18
**VIRGINIA** [1] - 1:14
**voluntary** [4] - 4:8, 5:1, 11:15, 12:21

## W

**waiting** [2] - 3:20, 4:16
**WARREN** [1] - 1:15
**Warren** [1] - 15:23
**WASHINGTON** [2] - 1:22, 2:3

5

**WEDINGER** [1] - 2:4
**Wednesday** [1] - 21:8
**week** [8] - 12:5, 15:13, 17:18, 20:25, 21:2, 21:3, 21:4, 21:6
**weigh** [1] - 4:5
**weighed** [1] - 5:7
**welcome** [1] - 16:18
**whereby** [1] - 6:18
**willingness** [1] - 5:12
**witness** [1] - 14:8
**witnesses** [2] - 14:9, 14:11
**WOLFSON** [1] - 1:9
**woman** [1] - 10:2
**women** [1] - 10:15
**wrap** [1] - 19:4
**written** [1] - 19:19

## Y

**years** [1] - 7:16
**yesterday** [1] - 12:20