Katherine B. Riley
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

Brandi R. Hamilton
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorneys for Plaintiff Carol Little, individually
and as the Personal Representative of
Rama Ray Moore, deceased*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION This document relates to: Carol Little, individually and as the Personal Representative of Rama Ray Moore, deceased; Case No: 3:17-cv-7023-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Carol Little.

1

Dated: April 17, 2018.

By: /s/ *Katherine B. Riley*
Katherine B. Riley (MSB#: 99109)
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

Brandi R. Hamilton (MSB#: 105116)
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorneys for Plaintiff Carol Little, individually, and as the Personal Representative of Rama Ray Moore, deceased*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          /s/ *Katherine B. Riley*
                                                        Katherine B. Riley