UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) | MDL NO. 16-2738 (FLW) (LHG) |
| TALCUM POWDER PRODUCTS ) | JUDGE FREDA L. WOLFSON |
| MARKETING, SALES PRACTICES, ) | MAG. JUDGE LOIS H. GOODMAN |
| AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | |
| This Document Relates to: ) | |
| John Aaron Kenneth Nixon, ) | |
| Jason Nixon, and Chris Nixon, ) | |
| Appearing Herein Individually and on ) | |
| Behalf of the Estate of Their Mother ) | |
| Shelby E. Nixon, Deceased ) | |
| ) | |
| versus ) | |
| ) | |
| Johnson & Johnson, et al ) | |
| Civil Action Number 18-07992 ) | |
| ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed this date on behalf of Plaintiffs, John Aaron Kenneth Nixon, Jason, Nixon, and Chris Nixon, appearing herein individually, and on behalf of the Estate of their Mother, Shelby E. Nixon, deceased.

THE PENTON LAW FIRM
503 GEORGIA AVENUE
BOGALUSA, LOUISIANA  70427
TELEPHONE:	985-732-5651
TELECOPIER:	985-735-5579
E-MAIL:	fedcourtmail@thepentonlawfirm.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs, Marion and Ralph Pierce
Louisiana Bar Roll Number 10462


**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 18, 2018.

s/Ronnie G. Penton
Ronnie G. Penton

2