## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| ROGER ZOELLER, INDIVIDUALLY, AND AS ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT, CYNTHIA ZOELLER<br><br>                              Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNCIL, F/K/A COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION,<br><br>                              Defendants. | Civil Action No.: 3:17-cv-11459-FLW-LHG |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, pursuant to Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in the above-captioned matter with the Short Form Complaint and Jury Demand, Civil Cover Sheet, Summons In A Civil Action, via first class certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively. I further certify that on April 9, 2018, the Notice of

1

Filing of Short Form Complaint and a copy of the Short Form Complaint in the above-captioned matter were emailed to counsel for Defendant Imerys Talc America, Inc. at MDLImerysComplaints@gordonrees.com and talccomplaints@coughlinduffy.com, and to counsel for Defendant Personal Care Products Council ("PCPC"), Thomas T. Locke at tlocke@seyfarth.com, and Sheryl L. Axelrod at saxelrod@theaxelrodfirm.com.

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

DATED: April 18, 2018                        Respectfully Submitted,

By:      /s/ Helen Zukin
Helen Zukin
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: zukin@kiesel.law

*Counsel for Plaintiff*