**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| NANCY KRAJCIK,<br><br>                       Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNCIL, F/K/A COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION,<br><br>                       Defendants. | Civil Action No.: 3:18-cv-00982-FLW-LHG |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, pursuant to Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in the above-captioned matter with the Short Form Complaint and Jury Demand, Civil Cover Sheet, Summons In A Civil Action, via first class certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively. I further certify that on April 9, 2018, the Notice of Filing of Short Form Complaint and a copy of the Short Form Complaint in the above-captioned

matter were emailed to counsel for Defendant Imerys Talc America, Inc. at MDLImerysComplaints@gordonrees.com and talccomplaints@coughlinduffy.com, and to counsel for Defendant Personal Care Products Council ("PCPC"), Thomas T. Locke at tlocke@seyfarth.com, and Sheryl L. Axelrod at saxelrod@theaxelrodfirm.com.

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

DATED: April 18, 2018               Respectfully Submitted,

                                    By:      /s/ Helen Zukin
                                         Helen Zukin
                                         **KIESEL LAW LLP**
                                         8648 Wilshire Boulevard
                                         Beverly Hills, California  90211
                                         Tel.: (310) 854-4444
                                         Fax: (310) 854-0812
                                         E-mail: zukin@kiesel.law

                                         *Counsel for Plaintiff*