UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO: <br><br> BEVERLY MEIERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | MDL NO. 2738 (FLW) (LHG) <br><br><br><br><br> Case No. 3:18-cv-05717 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on April 9, 2018, on behalf of Plaintiffs BEVERLY MEIERS and RICHARD MEIERS.

Dated April 18, 2018                Respectfully Submitted,


                           By:   /s/ *Mark P. Robinson, Jr.*
                                Mark P. Robinson, Jr.
                                19 Corporate Plaza Drive
                                Newport Beach, CA 92660
                                949-720-1288 Phone
                                949-720-1292 Facsimile
                                mrobinson@robinsonfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that April 18, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

       /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.