## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| MARIE WOODS, | Case No. 3:18-cv-05730 |
|        Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
|        Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on April 9, 2018, on behalf of Plaintiff MARIE WOODS.

Dated April 18, 2018         Respectfully Submitted,


By:  /s/ *Mark P. Robinson, Jr.*
       Mark P. Robinson, Jr.
       19 Corporate Plaza Drive
       Newport Beach, CA 92660
       949-720-1288 Phone
       949-720-1292 Facsimile
       mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that April 18, 2018, the above and foregoing Notice of

Filing Short Form Complaint was filed electronically and is available for

viewing through the Court's electronic filing system.  A true and correct copy

has been served upon all counsel of record via the Court's ECF system.


   /s/ Mark P. Robinson Jr.

MARK P. ROBINSON, JR.