## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Charles Dennis, Jr., as Executor of the Estate of Angela Dennis, deceased. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:18-cv-8061<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 19, 2018, on behalf of Charles Dennis, Jr., as Executor of the Estate of Angela Dennis, deceased.

                                                                              Respectfully submitted,

                                                                              /s/Bradley D. Honnold
                                                                              Bradley D. Honnold, KS #22972
                                                                              Goza & Honnold, LLC
                                                                              11181 Overbrook Road, Suite 200
                                                                              Leawood, KS  66211
                                                                              913-451-3433
                                                                              913-839-0567 - Facsimile
                                                                              ATTORNEY FOR PLAINTIFF

Dated: April 19, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2018, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff