UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>VICTORIA MARGARITA EHART,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc.,<br>Imerys Talc America, Inc., and<br>Personal Care Products Council,<br><br>　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-03938<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 22, 2018, on behalf of Plaintiff Victoria Margarita Ehart.

| | |
|---|---|
| Dated: April 20, 2018 | DANIEL & ASSOCIATES, LLC<br><br>*/s/ Patrick Daniel*　　　　　　<br>D. Patrick Daniel, Jr.<br>Anna Dean Kamins<br>2409 Commerce Street<br>Houston, Texas 77003<br>T: 713.589.3539<br>F: 713.481.9884<br>patrick@dpdlawfirm.com<br><br>Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                     DANIEL & ASSOCIATES, LLC

                                     */s/ Patrick Daniel*
                                     D. Patrick Daniel, Jr.
                                     Anna Dean Kamins
                                     2409 Commerce Street
                                     Houston, Texas 77003
                                     T: 713.589.3539
                                     F: 713.481.9884
                                     patrick@dpdlawfirm.com

                                     Counsel for Plaintiff