UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** <br><br> PENELOPE SEALY, <br><br> *Plaintiff,* <br> v. <br><br> JOHNSON & JOHNSON, ET AL., <br><br> *Defendants.* | Civil Action No: 3:17-CV-7119 |

## STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST ALL DEFENDANTS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed by and among Plaintiff Penelope Sealy and Defendants Johnson & Johnson, Inc., Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc., f/k/a Luzenac America, Inc. ("Imerys"), and Personal Care Products Council, f/k/a Cosmetic Toiletry, Fragrance and Association ("PCPC") that all claims asserted in this matter by Penelope Sealy against Defendants are hereby dismissed with prejudice. Each party to bear its own costs and fees.

**AGREED:**

| | |
|---|---|
| **THE SIMON LAW FIRM, P.C.**<br><br>By: /s/ *Benjamin R. Askew*<br>**BENJAMIN R. ASKEW, #58933**<br>JOHN G. SIMON, #35231<br>ANTHONY G. SIMON, #38745<br>800 MARKET STREET, SUITE 1700<br>SAINT LOUIS, MISSOURI 63101<br>(314) 241-2929<br>(314) 241-2029 (FAX)<br>jsimon@simonlawpc.com<br>asimon@simonlawpc.com<br>baskew@simonlawpc.com<br>**Attorneys for Plaintiff** | By: /s/ *Thomas T. Locke*<br>**THOMAS T. LOCKE**<br>SEYFARTH SHAW LLP<br>975 F STREET NW<br>WASHINGTON, DC 20004-1454<br>202-463-2400<br>Fax: 202-828-5393<br>Email: tlocke@seyfarth.com<br>**Attorneys for Defendant, Personal Care Produce Council** |
| By: /s/ *Susan M. Sharko*<br>**SUSAN M. SHARKO**<br>DRINKER, BIDDLE & REATH, LLP<br>600 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932-1047<br>973-549-7350<br>Email: susan.sharko@dbr.com<br>**Attorneys for Defendants, Johnson & Johnson, Inc. and Johnson & Johnson Consumer, Inc.** | By: /s/ *Lorna A. Dotro*<br>**LORNA A. DOTRO**<br>COUGHLIN DUFFY LLP<br>350 MOUNT KEMBLE AVENUE<br>MORRISTOWN, NJ 07962<br>973-631-6016<br>Fax: (973) 267-6442<br>Email: ldotro@coughlinduffy.com<br>**Attorneys for Defendant, Imerys Talc America, Inc.** |

**IT IS SO ORDERED:**

_____
Judge Freda L. Wolfson, U.S.D.J.

Dated this 25th day of April, 2018