# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>DIANA J. ARMSTRONG<br><br>3:18-cv-08262 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 24, 2018 on behalf of Plaintiff, Diana J. Armstrong.

Dated: April 25, 2018

Respectfully submitted,

/s/ Kelsey L. Stokes
Kelsey L. Stokes (TX Bar No. 24083912)
kelsey_stokes@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel: 713-621-7944
Fax: 713-621-9638

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                      */s/ Kelsey L. Stokes*  
                                                      KELSEY L. STOKES