## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the law offices of Barry, McTiernan & Wedinger, P.C., by Jennifer N. Cheong, Esq., hereby enters an appearance in the above entitled action on behalf of defendant, PERSONAL CARE PRODUCTS COUNCIL.

Dated: April 25, 2018

Respectfully submitted,
BARRY, McTIERNAN & WEDINGER, P.C.
10 Franklin Avenue
Edison, NJ 08837
Telephone:    (732) 732-5600
Facsimile:    (732) 738-5618

Jennifer N. Cheong, Esq.