## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL NO. 16 -2738- (FLW) ) (LHG) ) ) ) |
| This document relates to: Aaron Kent, Sr., Individually and as Putative Administrator of the Estate of Annie Kent, Deceased  v. Johnson & Johnson, et al, 3:18-cv-08104-FLW-LHG | ) ) ) ) ) ) ) ) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Aaron Kent, Sr., Individually and as Putative Administrator of the Estate of Annie Kent, Deceased.

DATED:   April 26, 2018                                Respectfully Submitted,

**THE CUFFIE LAW FIRM**

Attorneys for Plaintiff

/s/ Thomas F. Cuffie

Thomas F. Cuffie
3080 Campbellton Road SW
Atlanta, Georgia 30311
Phone: (404) 344-4242
Fax: (404) 349-4229
tcuffie@cuffielawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Thomas F. Cuffie

Thomas F. Cuffie
3080 Campbellton Road SW
Atlanta, Georgia 30311
Phone: (404) 344-4242
Fax: (404) 349-4229
tcuffie@cuffielawfirm.com