## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| TAMMY NEWTON<br>Plaintiff, | COMPLAINT AND JURY DEMAND |
| v. | Civil Action No.: 3:18-CV-08422 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 26, 2018.

Dated: April 26, 2018

        Respectfully submitted,

        */s/* M. Brandon Smith
        M. BRANDON SMITH, Esq.
        Georgia Bar Number: 141418
        CHILDERS, SCHLUETER & SMITH, LLC
        1932 N. Druid Hills Road, Suite 100
        Atlanta, GA 30319
        Phone: 404.419.9500
        Fax: 404.419.9501
        bsmith@cssfirm.com
        *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

            */s/* M. Brandon Smith
            M. BRANDON SMITH, Esq.

            *Attorney for Plaintiff(s)*