## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ANTOINETTE PAGE<br><br>3:18-cv-8475 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on April 27, 2018 on behalf of Antoinette Page.

Dated:  April 27, 2018                           Respectfully submitted,

                                                 **NAPOLI SHKOLNIK, PLLC**

                                                 */s/ Christopher R. LoPalo*
                                                 Christopher R. LoPalo, Esq.
                                                 400 Broadhollow Rd., Suite 305
                                                 Melville, NY 11747
                                                 Telephone: (212) 397-1000
                                                 Facsimile: (646) 927-1676
                                                 CLoPalo@NapoliLaw.com

                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 27, 2018

               */s/ Christopher R. LoPalo*
               Christopher R. LoPalo, Esq.
               400 Broadhollow Rd., Suite 305
               Melville, NY 11747
               Telephone: (212) 397-1000
               Facsimile: (646) 927-1676
               CLoPalo@NapoliLaw.com

               *Attorneys for Plaintiff*