SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG <br><br> JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Doris Davlin v. Johnson & Johnson, et al.* <br> Case No. 3:18-cv-08459 | |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 27, 2018 on behalf of Plaintiff Doris Davlin.

Dated: April 27, 2018                    Respectfully Submitted,

                                             */s/ Trent Miracle*
                                             Trent B. Miracle
                                             John J. Foley
                                             Eric Johnson
                                             Andy S. Williams
                                             **SIMMONS HANLY CONROY**
                                             One Court Street
                                             Alton, IL 62002
                                             Telephone:  618.259.2222
                                             Facsimile:   618.259.2251
                                             tmiracle@simmonsfirm.com
                                             jfoley@simmonsfirm.com
                                             ejohnson@simmonsfirm.com
                                             awilliams@simmonsfirm.com

                                             *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 27th day of April, 2018 to all parties of interest.

*/s/ Trent Miracle*
Trent B. Miracle
