**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| KIVON SALTERS on behalf of SYDNEY SALTERS a Minor.          Plaintiff, | COMPLAINT AND JURY DEMAND |
| v. | Civil Action No.: 3:18-CV-08617 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,          Defendants. | DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on May 1, 2018.

Dated: May 1, 2018

                                          Respectfully submitted,

                                          */s/* M. Brandon Smith
                                          M. BRANDON SMITH, Esq.
                                          Georgia Bar Number: 141418
                                          CHILDERS, SCHLUETER & SMITH, LLC
                                          1932 N. Druid Hills Road, Suite 100
                                          Atlanta, GA 30319
                                          Phone: 404.419.9500
                                          Fax: 404.419.9501
                                          bsmith@cssfirm.com
                                          *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*