**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |

This document relates to:
*Thomas D. Casey, Executor of the Estate of Carol A. Casey v. Johnson & Johnson, et al.
(Case No. 3:16-cv-07477)*

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Thomas D. Casey, Executor of the Estate of Carol A. Casey.

| | |
|---|---|
| Dated: May 1, 2018 | Respectfully submitted, |
| | */s/Jennifer A. Moore*<br>Jennifer A. Moore (jmoore@gminjurylaw.com)<br>GROSSMAN & MOORE, PLLC<br>401 West Main Street, Suite 1810<br>Louisville, KY  40202<br>Phone: (502) 657-7100<br>Fax: (502) 657-7111 |
| | and |
| | Ann B. Oldfather<br>R. Sean Deskins<br>OLDFATHER LAW FIRM<br>1330 South Third Street<br>Louisville, KY  40208<br>Phone: (502) 637-7200<br>Fax: (502) 636-0066<br>aoldfather@oldfather.com<br>sdeskins@oldfather.com<br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Jennifer A. Moore
*Counsel for Plaintiff*