UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> NORA MCKAY, <br><br>      Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br>      Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br><br> Civil Action No.: 3:18-cv-08558 |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 30, 2018 on behalf of Plaintiff, Nora McKay.

Dated: 5/1/2018             Respectfully Submitted by,

                  */s/ Christopher L. Schnieders*
                  Thomas P. Cartmell MO# 45366
                  tcartmell@wcllp.com
                  Christopher L. Schnieders MO# 57725
                  cschnieders@wcllp.com
                  Wagstaff & Cartmell, LLP
                  4740 Grand Avenue, Suite 300
                  Kansas City, MO 64112
                  (816) 701-1100
                  FAX (816) 531-2372

                  **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 1, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders