## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Betty Bush vs. Johnson & Johnson, et al.*

**Case Number:      18-cv-8660**

**MDL NO. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Betty Bush.

This 1st day of May 2018.

Respectfully submitted,
/s/ Richard Root
Richard Root, LA Bar #19988
Morris Bart, LLC
601 Poydras St.,
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
rroot@morrisbart.com
Attorneys for Plaintiff

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1stday of May 2018.


*/s/ Richard L. Root*