## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>VINCENT RICCIUTI, individually and as Personal Representative of the Estate of CATHERINE RICIUTI v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-08579 | Civil Action No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on April 30, 2018 on behalf of Plaintiff, Vincent Ricciuti, individually and as Personal Representative of the Estate of Catherine Ricciuti.

Dated: May 1, 2018

Respectfully submitted,

*/s/ Chad E. Ihrig*
Chad E. Ihrig, TX Bar No. 24084373
D. Neil Smith, TX Bar No. 00797450
Christopher R. Johnson, TX Bar No. 24048120
**NIX, PATTERSON & ROACH, L.L.P.**
3600 N. Capital of Texas Hwy.
Suite B350
Austin, TX 78746
Telephone: (512) 328-5333
cihrig@nixlaw.com
dneilsmith@me.com
cjohnson@nixlaw.com

Jeffrey S. Gibson (22362-49)
Gregory L. Laker (10322-49)
TaKeena M. Thompson (28807-53)
Jonathan A. Knoll (29324-49)
**COHEN & MALAD, LLP**

One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
glaker@cohenandmalad.com
jgibson@cohenandmalad.com
tthompson@cohenandmalad.com
jknoll@cohenandmalad.com

Attorneys for Plaintiff Vincent Ricciuti, individually and as Personal Representative of the Estate of Catherine Ricciuti

## CERTICATE OF SERVICE

     I hereby certify that on May 1, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court' electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

     */s/ Chad E. Ihrig*
     Chad. E. Ihrig
     **NIX, PATTERSON & ROACH, L.L.P.**