## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Karen Cooper vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-8688 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Karen Cooper.

This 1st day of May, 2018.

                Respectfully submitted,
                /s/ Richard Root
                Richard Root, LA Bar #19988
                Morris Bart, LLC
                601 Poydras St.,
                24th Floor New Orleans, LA 70130
                Phone: 504-525-8000
                Fax: 504-599-3392
                rroot@morrisbart.com
                Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of May, 2018.

/s/ Richard L. Root