# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | MDL No. 2738 |
| This document relates to: | |
| Michele Staples v. Johnson & Johnson, et al., *Case No. 3:18-cv-01630-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-captioned action on February 6, 2018 on behalf of Plaintiff Michele Staples.

Dated: May 2, 2018                                                            Respectfully Submitted,

/s/ Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Michele Staples*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 2, 2018, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

| | |
|---|---|
| Dated: May 2, 2018 | /s/ Kevin M. Fitzgerald, Esq. |
| | Fitzgerald Law Group, LLC |
| | ME Bar No. 009373 |
| | 120 Exchange Street, Suite 200 |
| | Portland, ME 04101 |
| | T: (207) 874-7407 |
| | F: (207) 850-2120 |
| | Email: kfitzgerald@fitz-lawgroup.com |

*Counsel for Plaintiff Michele Staples*