UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* **Diane L. Allbright** | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 2, 2018, on behalf of Diane L. Allbright; 3:18-cv-8732.

Dated: May 2, 2018

                                                      Respectfully Submitted by:

                                                      */s/Jessica H. Meeder*
                                                      **JESSICA H. MEEDER**
                                                      Murphy, Falcon & Murphy, P.A.
                                                      One South Street, 23rd Floor
                                                      Baltimore, MD 21202
                                                      410-951-8812
                                                      Jessica.meeder@murphyfalcon.com

                                                      *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 2nd day of May 2018.

                                                */s/Jessica H. Meeder*
                                                **Jessica H. Meeder**