UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* **Charlotte K. Marrufo** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 2, 2018, on behalf of Charlotte K. Marrufo; 3:18-cv-08747.

Dated: May 2, 2018                                Respectfully Submitted by:


                                                                 */s/Jessica H. Meeder*
                                                                 **JESSICA H. MEEDER**
                                                                 Murphy, Falcon & Murphy, P.A.
                                                                 One South Street, 23rd Floor
                                                                 Baltimore, MD 21202
                                                                 410-951-8812
                                                                 Jessica.meeder@murphyfalcon.com

                                                                 *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 2nd day of May 2018.

*/s/Jessica H. Meeder*
**Jessica H. Meeder**