## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Shaphonia Hardy vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-8852 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Shaphonia Hardy.

This 4th day of May, 2018.

                                              Respectfully submitted,
                                              <u>/s/ Richard Root</u>
                                              Richard Root, LA Bar #19988
                                              Morris Bart, LLC
                                              601 Poydras St.,
                                              24th Floor New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              rroot@morrisbart.com
                                              Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of May, 2018.

*/s/ Richard L. Root*