# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Caswalyn Landry 3:18-cv-08575 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 30, 2018 on behalf of Plaintiff Caswalyn Landry.

Dated: May 4, 2018

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 4, 2018                          /s/ Michael Akselrud
                                                  Michael Akselrud
                                                  The Lanier Law Firm, PC
                                                  21550 Oxnard St., 3rd Fl
                                                  Woodland Hills, CA 91367
                                                  (310) 277-5100
                                                  Counsel for Plaintiff(s)