350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey  07962
phone:  973-267-0058
fax:  973-267-6442
www.coughlinduffy.com



Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone:  212-485-0105
fax: 212-480-3899

LORNA A. DOTRO, ESQ.
DIRECT DIAL:  (973) 631-6016
EMAIL:  LDOTRO@COUGHLINDUFFY.COM

May 7, 2018

*Via ECF and Electronic Mail*
Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Joel Pisano, USDJ (Ret.)
Walsh Pizzi O'Reilly Falanga
1037 Raymond Boulevard, 6th Floor
Newark, NJ 07102

      Re:    *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738

Your Honors:

      As you are aware, this firm, together with Gordon & Rees LLP is counsel for Defendant Imerys Talc America, Inc.  I write to advise that I will be taking a Leave of Absence from my firm to care for my mother who has been ill. My Partner Mark Silver, Esq. will assume all responsibilities in my place as Liaison Counsel for Imerys. Should the Court, or any Counsel require any assistance, please contact Mr. Silver.

      Thank you for your time and courtesies.

      Respectfully submitted,
      COUGHLIN DUFFY LLP
      */s/ Lorna A. Dotro*
      Lorna A. Dotro