UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>LUANNE MCMICKLE,<br>       Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc.,<br>Imerys Talc America, Inc., and<br>Personal Care Products Council,<br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-05415<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 4, 2018, on behalf of Plaintiff Luanne McMickle.

Dated: May 7, 2018             DANIEL & ASSOCIATES, LLC

                     */s/ Patrick Daniel*
                     D. Patrick Daniel, Jr.
                     Anna Dean Kamins
                     2409 Commerce Street
                     Houston, Texas 77003
                     T: 713.589.3539
                     F: 713.481.9884
                     patrick@dpdlawfirm.com

                     Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 7, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                DANIEL & ASSOCIATES, LLC

                */s/ Patrick Daniel*
                D. Patrick Daniel, Jr.
                Anna Dean Kamins
                2409 Commerce Street
                Houston, Texas 77003
                T: 713.589.3539
                F: 713.481.9884
                patrick@dpdlawfirm.com

                Counsel for Plaintiff