# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Sheri Roe, et al. v. Johnson & Johnson, et al.<br>CaseNo. 3:18-cv-08857 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 4, 2018 on behalf of Plaintiff Sheri Roe.

DATED: May 7, 2018                                         BISNAR|CHASE LLP

                                                                 By:    /s/ Tom Antunovich
                                                                          BRIAN D. CHASE
                                                                           TOM ANTUNOVICH
                                                                           Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          BISNAR|CHASE LLP

                    By:    /s/ Tom Antunovich
                               BRIAN D. CHASE
                               TOM ANTUNOVICH