BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Terry Bosserman o/b/o Janet Bosserman, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Terry Bosserman o/b/o Janet Bosserman, deceased v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-08941 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on May 8, 2018 on behalf

of Plaintiff Terry Bosserman o/b/o Janet Bosserman, deceased.

                    */s/ Brittany S. Scott*
                    Brittany S. Scott
                    BEASLEY ALLEN CROW METHVIN
                    PORTIS & MILES, P.C.
                    218 Commerce Street
                    Montgomery, Alabama 36104
                    (800) 898-2034 Telephone
                    (334) 954-7555 Facsimile
                    Brittany.Scott@BeasleyAllen.com

                    Attorneys for Plaintiff Terry Bosserman
                    o/b/o Janet Bosserman, deceased

Dated: May 8, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brittany S. Scott*
Brittany S. Scott

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.