UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>JAMES KEITH, Individually and as Wrongful Death Heir of SUSAN KEITH, Decedent,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br>and IMERYS TALC AMERICA, INC.,<br><br>　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-08910 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 7, 2018 on behalf of Plaintiff, James Keith, Individually and as Wrongful Death Heir of Susan Keith, Decedent.

Dated: 5/8/2018　　　　　　　　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher L. Schnieders*
　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Cartmell MO# 45366
　　　　　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com
　　　　　　　　　　　　　　　　　　　　　　　Christopher L. Schnieders MO# 57725
　　　　　　　　　　　　　　　　　　　　　　　cschnieders@wcllp.com
　　　　　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell, LLP
　　　　　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　　　　　　　　FAX (816) 531-2372

　　　　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 8, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders