UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>VICTORIA A. MACFARLAND,<br><br>                Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:18-cv-08905 |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 7, 2018 on behalf of Plaintiff, Victoria MacFarland.

Dated: 5/8/2018                                                    Respectfully Submitted by,

                                                              */s/ Christopher L. Schnieders*
                                                              Thomas P. Cartmell MO# 45366
                                                              tcartmell@wcllp.com
                                                              Christopher L. Schnieders MO# 57725
                                                              cschnieders@wcllp.com
                                                              Wagstaff & Cartmell, LLP
                                                              4740 Grand Avenue, Suite 300
                                                              Kansas City, MO 64112
                                                              (816) 701-1100
                                                              FAX (816) 531-2372

                                                              **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 8, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders