## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| CYNTHIA VALVO, | |
| Plaintiff, | Civil Action No.: 3:18-cv-08916 |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 7, 2018 on behalf of Plaintiff, Cynthia Valvo.

Dated:  5/8/2018                                      Respectfully Submitted by,

                                                    */s/ Christopher L. Schnieders*
                                                    Thomas P. Cartmell MO# 45366
                                                    tcartmell@wcllp.com
                                                    Christopher L. Schnieders MO# 57725
                                                    cschnieders@wcllp.com
                                                    Wagstaff & Cartmell, LLP
                                                    4740 Grand Avenue, Suite 300
                                                    Kansas City, MO 64112
                                                    (816) 701-1100
                                                    FAX (816) 531-2372

                                                    **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on May 8, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders