UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>SHAWN M. BELLOWS, Individually and as<br>Wrongful Death Heir of LAURIE BELLOWS,<br>Decedent,<br><br>          Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON &<br>JOHNSON CONSUMER INC.,<br>and IMERYS TALC AMERICA, INC.,<br><br>          Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:18-cv-08913 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 7, 2018 on behalf of Plaintiff, Shawn M. Bellows, Individually and as Wrongful Death Heir of Laurie Bellows, Decedent.

Dated: 5/8/2018                                                  Respectfully Submitted by,

                                                                  */s/ Christopher L. Schnieders*
                                                                  Thomas P. Cartmell MO# 45366
                                                                  tcartmell@wcllp.com
                                                                  Christopher L. Schnieders MO# 57725
                                                                  cschnieders@wcllp.com
                                                                  Wagstaff & Cartmell, LLP
                                                                  4740 Grand Avenue, Suite 300
                                                                  Kansas City, MO 64112
                                                                  (816) 701-1100
                                                                  FAX (816) 531-2372

                                                                  **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 8, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders
