UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Lawana Rodwell, individually, and as the representative of the Estate of Alisa Rodwell, deceased,<br><br>v.<br><br>Johnson & Johnson, et al. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-8897 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 7, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                Respectfully Submitted by,

                                                <u>/s/ Randi Kassan</u>
                                                SANDERS PHILLIPS GROSSMAN, LLC
                                                Randi A. Kassan, Esq.
                                                100 Garden City Plaza, Suite 500
                                                Garden City, NY 11530
                                                Tel: (516) 741-5600
                                                Fax: (516) 741-0128
                                                rkassan@thesandersfirm.com

                                                **Counsel for Plaintiff**