## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Wilhemina Jones vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-8990 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Wilhemina Jones.

This 9th day of May, 2018.

                      Respectfully submitted,
                      <u>/s/ Richard Root</u>
                      Richard Root, LA Bar #19988
                      Morris Bart, LLC
                      601 Poydras St.,
                      24th Floor New Orleans, LA 70130
                      Phone: 504-525-8000
                      Fax: 504-599-3392
                      rroot@morrisbart.com
                      Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of May, 2018.

*/s/ Richard L. Root*