## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kathleen Seymour Swetman v. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-9013 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kathleen Seymour Swetman.

This 9th day of May, 2018.

                                                Respectfully submitted,
                                                /s/ John Enochs
                                                John Enochs, MS # 9635
                                                Morris Bart, LLC
                                                601 Poydras St.,
                                                24th Floor New Orleans, LA 70130
                                                Phone: 504-525-8000
                                                Fax: 504-599-3392
                                                jenochs@morrisbart.com
                                                Attorneys for Plaintiff

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of May, 2018.

                                                            */s/ John Enochs*