# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOUIS H. GOODMAN** <br><br> **CIVIL ACTION No. 3:18-cv-09111** |
| **THOMAS G. WALTERS, JR.** <br> Individually and as Personal Representative of the Estate of **DARLENE G. ADAMS,** <br><br>          Plaintiff, <br>  -vs- <br><br> **JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)** | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint and Jury Demand has been filed on May 11, 2018 on behalf of Plaintiff, Thomas G. Walters, Jr.

Dated:  May 11, 2018

                                      Respectfully Submitted by:

                                      By: /s/ Daniel J. Thornburgh <br>
                                      Daniel J. Thornburgh <br>
                                      Aylstock, Witkin, Kreis, & Overholtz <br>
                                      17 East Main Street, Suite 200 <br>
                                      Pensacola, FL 32502 <br>
                                      Telephone: 850-202-1010 <br>
                                      Fax: 850-916-7449 <br>
                                      dthornburgh@awkolaw.com

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 11, 2018                    Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com