## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> CATRINA CHASE as the Surviving Heir of PENELOPE FARRINGTON, Deceased <br> 3:18-cv-09117 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 11, 2018 on behalf of Catrina Chase as the Surviving Heir of Penelope Farrington.

Dated: May 11, 2018                    Respectfully submitted,

                                                                         **NAPOLI SHKOLNIK, PLLC**

                                                                         */s/ Christopher R. LoPalo*
                                                                          Christopher R. LoPalo, Esq.
                                                                          400 Broadhollow Rd., Suite 305
                                                                          Melville, NY 11747
                                                                          Telephone: (212) 397-1000
                                                                          Facsimile: (646) 927-1676
                                                                          CLoPalo@NapoliLaw.com

                                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 11, 2018

                                            */s/ Christopher R. LoPalo*
                                            Christopher R. LoPalo, Esq.
                                            400 Broadhollow Rd., Suite 305
                                            Melville, NY 11747
                                            Telephone: (212) 397-1000
                                            Facsimile: (646) 927-1676
                                            CLoPalo@NapoliLaw.com

                                            *Attorneys for Plaintiff*