## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| Marjorie Rabena and Philip Radbena | |
| Plaintiffs, | |
| v. | Civil Action No:   3:18-cv-08125 |
| Johnson & Johnson, Johnson & Johnson Consumer Inc., and Imerys Talc America, Inc. ("Imerys Talc"), | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2018, pursuant to Case Management Order No. 3,  I served Defendants Johnson & Johnson and Johnson & Johnson Consumer,  Inc. in the above-captioned  matter  with  the  Civil  Cover  Sheet,  Summons,  Short  Form  Complaint,  and  Jury Demand via first class certified mail addressed to Law  Department, Johnson & Johnson, One Johnson & Johnson Plaza,  New  Brunswick,  New  Jersey 08933, and to Law  Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New  Brunswick, New Jersey 08933, respectively. I further certify that the Notice of Filing of the Short Form Complaint and  a  copy of the Short Form Complaint in the above-captioned matter were emailed to counsel

1

for Defendant Imerys Talc America, Inc. at MDLImerysComplaints@gordonrees.com and talccomplaints@coughlinduffy.com, and to counsel for Defendant Personal Care Products Council ("PCPC") at tlocke@seyfarth.com and saxelrod@theaxelrodfirm.com.

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Dated: May 11, 2018                                      Respectfully submitted by,

                                                         /s/ Meghan E. McCormick
                                                         Meghan E. McCormick
                                                         LEVIN SIMES LLP
                                                         44 Montgomery St., 32nd Floor
                                                         San Francisco, California 94104
                                                         Telephone: (415) 426-3000
                                                         Facsimile: (415) 426-3001
                                                         Email: mmccormick@levinsimes.com

                                                         Counsel for Plaintiff

2