SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Pamela Burgart v. Johnson & Johnson, et al.* Case No. 3:18-cv-09097 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 11, 2018 on behalf of Plaintiff Pamela Burgart

Dated: May 11, 2018                    Respectfully Submitted,

*/s/ Trent Miracle*
Trent B. Miracle
John J. Foley
Eric Johnson
Andy S. Williams
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:  618.259.2251
tmiracle@simmonsfirm.com
jfoley@simmonsfirm.com
ejohnson@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served

via the Court's electronic filing system on this 14th day of May, 2018 to all parties of interest.

*/s/ Trent Miracle*
Trent B. Miracle