SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Mary Ann DeLaVega v. Johnson & Johnson, et al.* Case No. 3:18-cv-09098 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 11, 2018 on behalf of Plaintiff Mary Ann DeLaVega.

Dated: May 11, 2018                        Respectfully Submitted,

                                                                 */s/ Trent Miracle*
                                                                 Trent B. Miracle
                                                                 John J. Foley
                                                                 Eric Johnson
                                                                 Andy S. Williams
                                                                 **SIMMONS HANLY CONROY**
                                                                 One Court Street
                                                                 Alton, IL 62002
                                                                 Telephone:  618.259.2222
                                                                 Facsimile:   618.259.2251
                                                                 tmiracle@simmonsfirm.com
                                                                 jfoley@simmonsfirm.com
                                                                 ejohnson@simmonsfirm.com
                                                                 awilliams@simmonsfirm.com

                                                                 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 14th day of May, 2018 to all parties of interest.

/s/ Trent Miracle
Trent B. Miracle