UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| <u>CHARLOTTE PARKER obo BETTY A. PARKER</u><br><br>     Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>     Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-CV-09177<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on <u>May 14</u>, 2018.

Dated: <u>May 14, 2018</u>

                                                            Respectfully submitted,

                                                            <u>*/s/* M. Brandon Smith</u>
                                                            M. BRANDON SMITH, Esq.
                                                            Georgia Bar Number: 141418
                                                            CHILDERS, SCHLUETER & SMITH, LLC
                                                            1932 N. Druid Hills Road, Suite 100
                                                            Atlanta, GA 30319
                                                            Phone: 404.419.9500
                                                            Fax: 404.419.9501
                                                            bsmith@cssfirm.com
                                                            *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                              */s/* M. Brandon Smith
                                              M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*