UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cain v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- CHARLES JOYCE CAIN; 3:18-cv-8540

This 14th day of May, 2018.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of May, 2018.

                                                    */s/ D. Todd Mathews*
                                                    D. Todd Mathews