UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Joyce Lewis v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-9225 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Joyce Lewis.

This 14th day of May, 2018.

>Respectfully submitted,
>/s/ Richard Root
>Richard Root, LA Bar #19988
>Morris Bart, LLC
>601 Poydras St.,
>24th Floor New Orleans, LA 70130
>Phone: 504-525-8000
>Fax: 504-599-3392
>rroot@morrisbart.com
>Attorneys for Plaintiff

**Certificate of Service**

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of May, 2018.

                     */s/ Richard L. Root*