**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sheila G. Keller, individually, and on Behalf of the Estate of Virgie Belle Walls v. Johnson & Johnson, et al.;* Civil Action No. 3:18-cv02300 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on February 18, 2018 on behalf of Plaintiff Sheila G. Keller, individually, and on Behalf of the Estate of Virgie Belle Walls.

Date: May 15, 2018          Respectfully submitted by,

    LUNDY, LUNDY, SOILEAU & SOUTH, LLP

     /s/ Kristie M. Hightower
    **KRISTIE M. HIGHTOWER**
    (LA Bar No. 31782; MS Bar No. 102792)
    501 Broad Street
    Lake Charles, LA 70602
    PO Box 3010
    Lake Charles, LA 70602
    Telephone: (337) 439-0707
    Facsimile: (337) 439-1029
    Email: khightower@lundylawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 15th day of May, 2018.

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

/s/ Kristie M. Hightower
**KRISTIE M. HIGHTOWER**
LA Bar No. 31782; MS Bar No. 102792