```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                     Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: May 15, 2018
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                        CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Transcript of proceedings to be filed.
In-Person Status Conference set for July 9, 2018 at 10:30 A.M. AND
August 23, 2018 at 10:00 A.M.
Orders to be submitted as to 41(a)(2).


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:45 A.M.              s/Jacqueline Merrigan
TOTAL TIME:  1 hour 15 minutes          Deputy Clerk

| | |
|---|---|
| INITIAL _____ | DATE  5-15-18 |
| STATUS/SETTLEMENT  ✓ | |
| FINAL PRETRIAL _____ | TIME  10:30 |

CASE NAME: J & J MDL

CIVIL ACTION NO.: 16-2738

**APPEARANCES**

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F Street NW
Washington, DC 20004
PHONE NO.: 202 828-5376
WHOM YOU REPRESENT: Personal Care Product Council

NAME: Susan M. Sharko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Dr.
Florham Park NJ
07932
PHONE NO.: 973 549 7350
WHOM YOU REPRESENT: JJ  DS

***********  ***********  ***********  ***********  ***********  ***********

NAME: Jennifer Cheong
FIRM NAME: Barry, McTiernan & Wedinger
MAILING ADDRESS: 10 Franklin Ave
Edison, NJ 08837
PHONE NO.: 732-738-5600
WHOM YOU REPRESENT: Personal Care Product Council

NAME: Patricia Casamento
FIRM NAME: Barry McTiernan & Wedinger
MAILING ADDRESS: 10 Franklin Ave
Edison NJ 08837
PHONE NO.: 732·738·5600
WHOM YOU REPRESENT: Personal Care Product Counsel

2

| | |
|---|---|
| INITIAL ✓ | DATE  5-15-18 |
| STATUS/SETTLEMENT | |
| FINAL PRETRIAL | TIME  10:30 |

CASE NAME: J+J MDL

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Warren T. Burns

FIRM NAME: Burns Charest LLP

MAILING ADDRESS: 900 Jackson St., Ste. 500
Dallas, TX 75202

PHONE NO.: 469-904-4551

WHOM YOU REPRESENT: Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*    \*\*\*\*\*\*\*\*\*\*\*    \*\*\*\*\*\*\*\*\*\*\*    \*\*\*\*\*\*\*\*\*\*\*    \*\*\*\*\*\*\*\*\*\*\*

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT:

NAME:

FIRM NAME:

MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT:

|  |  |
|---|---|
| INITIAL | 3 |
| STATUS/SETTLEMENT ✓ | DATE 5-15-18 |
| FINAL PRETRIAL | TIME 10:30 |

CASE NAME: J+J MDL

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Ann Thornton Field
FIRM NAME: Gordon Rees Scully M.
MAILING ADDRESS: 2005 Market St
Phil PA

PHONE NO.: 215 717 4002
WHOM YOU REPRESENT:

NAME: Mark Silver / Ken Graw
FIRM NAME: Coughlin Duffy
MAILING ADDRESS: 350 Mt. Kemble Avenue
PO Box 1917
Morristown NJ 07960

PHONE NO.: 973-631-6045
WHOM YOU REPRESENT: Imerys Talc America, Inc.

***********

NAME: JOHN BEISNER
FIRM NAME: Skadden Arps
MAILING ADDRESS: 1440 New York Ave, NW
Washington, DC 20005

PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: J&J defendants

NAME: Caroline M Tinsley
FIRM NAME: Tucker Ellis LLP
MAILING ADDRESS: 100 S 4th Street Ste.600
St Louis MO
63102

PHONE NO.:
WHOM YOU REPRESENT: PTI Union LLC
PTI Royston LLC

| | | |
|---|---|---|
| INITIAL | ✓   4 | DATE  5-15-18 |
| STATUS/SETTLEMENT | ✓ | |
| FINAL PRETRIAL | | TIME  10:30 |

CASE NAME: Talc MDL  J&J

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Leigh O'Dell

FIRM NAME: Beasley Allen   PSC

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

NAME: Michelle Parfitt

FIRM NAME: Ashcraft + Gerel

MAILING ADDRESS:

PHONE NO.:

WHOM YOU REPRESENT:

***************  ***************  ***************

NAME: Laurence Berman

FIRM NAME: Levin Sedran Berman

MAILING ADDRESS: 510 Walnut St
#500
Phila PA 19106

PHONE NO.: 215-592-1500

WHOM YOU REPRESENT: PSC

NAME: Amanda Klevorn

FIRM NAME: Burns Charest LLP

MAILING ADDRESS: 365 Canal Street
New Orleans, LA 70130

PHONE NO.: 504-799-2847

WHOM YOU REPRESENT: PSC

INITIAL  
STATUS/SETTLEMENT ✓  
FINAL PRETRIAL  

5

DATE 5-15-18  
TIME 10:30  

CASE NAME: J&J MDL  
CIVIL ACTION NO.: 16-2738  

**APPEARANCES**

NAME: Richard Golomb  
FIRM NAME: Golomb Honik  
MAILING ADDRESS: 1835 Market St, Phila PA 19103  
PHONE NO.: 215 985 9177  
WHOM YOU REPRESENT: Pl's  

NAME: Alastair Findeis  
FIRM NAME: Napoli Shkolnik PLLC  
MAILING ADDRESS: 400 Broadhollow Rd., Ste. 305, Melville, NY  
PHONE NO.:  
WHOM YOU REPRESENT: P's  

***

NAME: Daniel Lapinski  
FIRM NAME: Wilentz  
MAILING ADDRESS: 90 Woodbridge Ctr Dr, Woodbridge, NJ 07095  
PHONE NO.: 732-636-8000  
WHOM YOU REPRESENT: Plffs  

NAME: Chris Placitella  
FIRM NAME: Cohen Placitella & Roth  
MAILING ADDRESS: 127 Maple Ave, Red Bank NJ  
PHONE NO.: 732-923-7557  
WHOM YOU REPRESENT: π  

Chris

6

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE  5-15-18
TIME  10:30

CASE NAME:  J&J MDL

CIVIL ACTION NO.:  16-2738

## APPEARANCES

NAME: Julie Tersigni
Drinker Biddle
FIRM NAME:

MAILING ADDRESS:
600 Campus Drive
Florham Park, NJ 07932

PHONE NO.: 973-549-7000

WHOM YOU REPRESENT:
J&J Defendants

NAME: _____

FIRM NAME: _____

MAILING ADDRESS: _____

PHONE NO.: _____

WHOM YOU REPRESENT: _____

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME: _____

FIRM NAME: _____

MAILING ADDRESS: _____

PHONE NO.: _____
WHOM YOU REPRESENT: _____

NAME: _____

FIRM NAME: _____

MAILING ADDRESS: _____

PHONE NO.: _____
WHOM YOU REPRESENT: _____