UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG)<br><br>3:16-md-02738-FLW-LHG |
| *This document relates to:*<br><br>*Beverly Towler v. Johnson & Johnson, Inc., et al.*<br>*3:18-cv-03877* | **JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 20, 2018 on behalf of Plaintiff Beverly Towler.

Dated: May 15, 2018                                                Respectfully Submitted,

By: /s/ Adriana Suarez Desmond
Steven J. Skikos (CA Bar No. 148110)
Adriana Suarez Desmond (CA Bar 216564)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome St., Suite 2830
San Francisco, CA  94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
sskikos@skikos.com
adesmond@skikos.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Adriana Suarez Desmond*
                 Adriana Suarez Desmond