## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>Chantelle Ottens</u><br>                                   Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>                                   Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-9168 |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 14, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                        Respectfully Submitted by,

                                        <u>/s/ Randi Kassan</u>
                                        SANDERS PHILLIPS GROSSMAN, LLC
                                        Randi A. Kassan, Esq.
                                        100 Garden City Plaza, Suite 500
                                        Garden City, NY 11530
                                        Tel: (516) 741-5600
                                        Fax: (516) 741-0128
                                        rkassan@thesandersfirm.com

                                        **Counsel for Plaintiff**