## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION : <br><br> THIS DOCUMENT RELATES TO <br><br> TAMMY TABOR and ROBERT Q. TABOR, w/h <br> Case No.: 3:18-cv-09161 | MDL NO 16-2738 (FLW)(LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Tammy Tabor and Robert Q. Tabor, w/h.

Respectfully Submitted by,

**NASS CANCELLIERE**

*/s/ Edward M. Nass*
EDWARD M. NASS, #34588 PA
1515 Market Street, Suite 2000
Philadelphia, PA  19102
Telephone:      (215) 546-8200
Facsimile:       (215) 545-1591
emnass@nasscancelliere.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of May, 2018.

*/s/ Edward M. Nass*
EDWARD M. NASS