UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>Susan Katz Persinger and Joe Madden Persinger,<br><br>                              Plaintiffs,<br><br> v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc., and Personal Care Products Council ("PCPC")           ,<br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No:   3:18-cv-00754-FLW-LHG |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Caryn Papantonakis of the law firm Johnson Law Group hereby withdraws as counsel of record for Plaintiff in the above-referenced action. Levin Simes LLP will continue to serve as counsel of record for Plaintiffs in this action.

Dated: May 16, 2018

**LEVIN SIMES LLP**

*/s/ Meghan E. McCormick*
Meghan E. McCormick
Rachel B. Abrams
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com
Email: rabrams@levinsimes.com
Counsel for Plaintiffs

Respectfully submitted by,

**JOHNSON LAW GROUP**

*/s/ Caryn Papantonakis*
Caryn Papantonakis
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: cpapantonakis@johnsonlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*/s/ Meghan E. McCormick*
Meghan E. McCormick