**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) **MDL No. 16-2738 (FLW)(LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |

) )
)   **NOTICE OF FILING**
)
This Document Relates to:                          )
Patricia Grazulis v. Johnson & Johnson, et al   )
Civil Action No.  3:18-cv-09299                 )
)

<u>**Notice of Filing**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 16, 2018 on behalf of Patricia Grazulis.

Date: May, 17th , 2018.

Respectfully Submitted,
*/s/ Gary A. Anderson*
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
Donald E. Blankenship, Jr.
Frederick T Kuykendall IV
Environmental Litigation Group, P.C.
2160 Highland Ave South
Birmingham, Alabama 35205

**ATTORNEYS FOR THE PLAINTIFFS**

<u>**Certificate of Service**</u>

I hereby certify that on Thursday, May 17, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Gary A. Anderson*
Gary A. Anderson