UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Barbara Piazza v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-9423 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Piazza.

This 18th day of May, 2018.

                                          Respectfully submitted,
                                          /s/ Christine Brandt
                                          Christine M. Brandt, AL Bar #ASB-3949-N70C
                                          Morris Bart, LLC
                                          601 Poydras St.
                                          24th Floor New Orleans, LA 70130
                                          Phone: 504-525-8000
                                          Fax: 504-599-3392
                                          cbrandt@morrisbart.com
                                          Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of May, 2018.

/s/ Christine M. Brandt