UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br><u>Jessica Cruz, individually, and as the representative of the Estate of Ivonne Cruz, deceased,</u><br><br>v.<br><br><u>Johnson & Johnson, et al.</u> | **MDL No. 2738 (FLW) (LHG)**<br>**Civil No. 3:16-md-2738-FLW-LHG**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-9390 |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 17, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

      Respectfully Submitted by,

      <u>/s/ Randi Kassan</u>
      SANDERS PHILLIPS GROSSMAN, LLC
      Randi A. Kassan, Esq.
      100 Garden City Plaza, Suite 500
      Garden City, NY 11530
      Tel: (516) 741-5600
      Fax: (516) 741-0128
      rkassan@thesandersfirm.com

      **Counsel for Plaintiff**