**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*McDaniel v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- WANDA MCDANIEL; 3:18-cv-9354

This 21st day of May, 2018.

        Respectfully submitted by,

        s/ D. Todd Mathews\_\_\_
        D. Todd Mathews, #52502 (MO)
        Gori Julian & Associates, P.C.
        156 N. Main Street
        Edwardsville, IL 62025
        (618) 659-9833 – Telephone
        (618) 659-9834 – Facsimile

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of May, 2018.

                                                                   */s/ D. Todd Mathews*
                                                                   D. Todd Mathews