## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW
## JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOUIS H. GOODMAN** |

**MDL No. 2738 (FLW) (LHG)**
**JUDGE FREDA L. WOLFSON**
**MAG. JUDGE LOUIS H. GOODMAN**

**CIVIL ACTION No. 3:18-cv-09550**

**CHARLES E. WOMACK.** Individually and as Personal Representative of the Estate of **BERNICE LOUISE WOMACK,**

Plaintiff,

-vs-

**JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL (PCPC)**

 **NOTICE OF FILING** 

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint and Jury Demand has been filed on May 22, 2018 on behalf of Plaintiff, Charles E. Womack.

Dated:  May 22, 2018

Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 22, 2018                  Respectfully Submitted by:


By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com