## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Slater v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- PAULA SLATER; 3:18-cv-9486

This 23rd day of May, 2018.

                                      Respectfully submitted by,

                                      s/ D. Todd Mathews\_\_\_
                                      D. Todd Mathews, #52502 (MO)
                                      Gori Julian & Associates, P.C.
                                      156 N. Main Street
                                      Edwardsville, IL 62025
                                      (618) 659-9833 – Telephone
                                      (618) 659-9834 – Facsimile

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of May, 2018.

               */s/ D. Todd Mathews*
               D. Todd Mathews