## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| ***THIS DOCUMENT RELATES TO:*** **ROSIE LOPEZ** | **Civil Action No: 3:17-CV-6739** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 1, 2017 on behalf of Rosie Lopez.

Dated: <u>September 1, 2017</u>.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: <u>*/s/ Benjamin R. Askew*</u>
    John G. Simon, #35231
    Anthony G. Simon, #38745
    Benjamin R. Askew, #58933
    800 Market Street, Suite 1700
    Saint Louis, Missouri 63101
    (314) 241-2929
    (314) 241-2029 (FAX)
    jsimon@simonlawpc.com
    asimon@simonlawpc.com
    baskew@simonlawpc.com

### Certificate of Service

I hereby certify that on September 1, 2017, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

        <u>*/s/ Benjamin R. Askew*</u>
        Benjamin R. Askew