UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ALBERT KENJI SERIKAKU, as personal representative of GEORGINA CHUN SERIKAKU, DECEASED, and on behalf of the wrongful death beneficiaries of GEORGINA CHUN SERIKAKU, DECEASED,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.:  3:18-cv-09611<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on May 23, 2018 on behalf of Plaintiff, Albert Kenji Serikaku, as personal representative of Georgina Chun Serikaku, deceased, and on behalf of the wrongful death beneficiaries of Georgina Chun Serikaku, deceased.

  Dated: <u>May 23, 2018.</u>

              Respectfully submitted,

              */s/ Eric D. Pearson*
              Eric D. Pearson
              Texas State Bar No. 15690472
              eric@hop-law.com
              HEYGOOD, ORR & PEARSON
              6363 North State Hwy 161, Suite 450

Irving, Texas 75038<br>
(214) 237-9001 Telephone<br>
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

   /s/   **Eric D. Pearson**_____
Eric D. Pearson

ATTORNEY FOR PLAINTIFF