# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Burke et al. v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-09609 | MDL NO. 3:16-md-2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 23, 2018 on behalf of Rhonda Burke individually and on behalf of The Estate of Linda Marie Washington.

Dated:  May 23, 2018

                Respectfully submitted,

                **LILLIS LAW FIRM**

                /s/ Michael Lillis
                Michael E. Lillis (LA Bar No. 33245)
                338 Lafayette Street
                New Orleans, Louisiana 70130
                Telephone:     (504) 581-9065
                Facsimile:      (504) 581-7635

                and

                **MARTZELL, BICKFORD, & CENTOLA**

                Lawrence J. Centola, III (LA Bar No. 27402)
                338 Lafayette Street
                New Orleans, Louisiana 70130
                Telephone:     (504) 581-9065
                Facsimile:      (504) 581-7635

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2018 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ Michael Lillis
                                              Michael E. Lillis

                                              LILLIS LAW FIRM