UNITED STATES DISTRICT COUR FOR THE
DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL NO 2378 (FLW) (LHG)

THIS DOCUMENT RELATES TO:

*Yvette D. Lucantoni v. Johnson & Johnson, et al.*
*Case No.: 3:17-cv-07765-FLW-LHG*

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Yvette D. Lucantoni.

This 24th day of May, 2018

Respectfully submitted,

BY:    */s/ Brian A. Goldstein*
Brian A. Goldstein, Esq.
CELLINO & BARNES, PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
Telephone: (716) 888-8888
Fax:    (716) 854-6291
Email:
brian.goldstein@cellinoandbarnes.com
Attorney for Plaintiff Yvette D. Lucantoni

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of May, 2018.

/s/ Brian A. Goldstein