UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MICHAEL CODY, Individually and as the Personal Representative of the Estate of MARTHA CODY, deceased<br><br>       Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc.,<br>Imerys Talc America, Inc., and<br>Personal Care Products Council,<br><br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-08382<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 26, 2018, on behalf of Plaintiff Michael Cody, Individually and as the Personal Representative of the Estate of Martha Cody, deceased.

Dated: May 25, 2018

DANIEL & ASSOCIATES, LLC

                    /s/ Patrick Daniel
                    D. Patrick Daniel, Jr.
                    Anna Dean Kamins
                    2409 Commerce Street
                    Houston, Texas 77003
                    T: 713.589.3539
                    F: 713.481.9884
                    patrick@dpdlawfirm.com

                    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 25, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                DANIEL & ASSOCIATES, LLC

                */s/ Patrick Daniel*
                D. Patrick Daniel, Jr.
                Anna Dean Kamins
                2409 Commerce Street
                Houston, Texas 77003
                T: 713.589.3539
                F: 713.481.9884
                patrick@dpdlawfirm.com

                Counsel for Plaintiff