# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

ELIZABETH JONES,

         Plaintiff,

v.

Johnson & Johnson,
Johnson & Johnson Consumer Inc.,
Imerys Talc America, Inc., and
Personal Care Products Council,

        Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:18-cv-08448

DIRECT FILED ACTION

## NOTICE OF FILING

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 27, 2018, on behalf of Plaintiff Elizabeth Jones.

Dated: May 25, 2018

             DANIEL & ASSOCIATES, LLC

             */s/ Patrick Daniel*
             D. Patrick Daniel, Jr.
             Anna Dean Kamins
             2409 Commerce Street
             Houston, Texas 77003
             T: 713.589.3539
             F: 713.481.9884
             patrick@dpdlawfirm.com

             Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DANIEL & ASSOCIATES, LLC


*/s/ Patrick Daniel*
D. Patrick Daniel, Jr.
Anna Dean Kamins
2409 Commerce Street
Houston, Texas 77003
T: 713.589.3539
F: 713.481.9884
patrick@dpdlawfirm.com

Counsel for Plaintiff