BLIZZARD & NABERS, LLP
5020 Montrose
Suite 410
Houston, TX 77006
713-844-3750
*Attorneys for Plaintiff Lois McCall*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Lois McCall v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-10683 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 2, 2017 on behalf of Plaintiff Lois McCall.

*/s/ Michael R. Clinton*
Michael R. Clinton
BLIZZARD & NABERS, LLP
5020 Montrose
Suite 410
Houston, TX 77006
(713) 844-3750Telephone
(713) 844-3755 Facsimile

Attorneys for Plaintiff Lois McCall

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


*/s/ Michael R. Clinton*
Michael R. Clinton

BLIZZARD & NABERS, LLP