## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Judith Scott v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-9700 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Judith Scott.

This 25th day of May, 2018.

>
> Respectfully submitted,
> /s/ Richard Root
> Richard Root, LA Bar #19988
> Morris Bart, LLC
> 601 Poydras St.
> 24th Floor New Orleans, LA 70130
> Phone: 504-525-8000
> Fax: 504-599-3392
> rroot@morrisbart.com
> Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of May, 2018.

*/s/ Richard L. Root*