# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Yvonne Scott v. Johnson & Johnson, et al.*<br><br>Case Number:      18-cv-9728 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Yvonne Scott.

This 25th day of May, 2018.

                          Respectfully submitted,
                          <u>/s/ Richard Root</u>
                          Richard Root, LA Bar #19988
                          Morris Bart, LLC
                          601 Poydras St.
                          24th Floor New Orleans, LA 70130
                          Phone: 504-525-8000
                          Fax: 504-599-3392
                          rroot@morrisbart.com
                          Attorneys for Plaintiff

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of May, 2018.

                   */s/ Richard L. Root*