## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Willor Williams v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-9762 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Willor Williams.

This 28th day of May, 2018.

                                              Respectfully submitted,
                                              /s/ Christine Brandt
                                              Christine M. Brandt, AL Bar #ASB-3949-N70C
                                              Morris Bart, LLC
                                              601 Poydras St.
                                              24th Floor New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              cbrandt@morrisbart.com
                                              Attorneys for Plaintiff

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of May, 2018.

                                               */s/ Christine M. Brandt*