UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES,<br>AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Paul Fledderman and Mary Andermann, on behalf of decedent, Nellmary G. Fledderman, deceased*<br>*v. Johnson & Johnson, et al.*<br>2:18-cv-09757 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand for Plaintiffs Paul Fledderman and Mary Andermann, on behalf of Nellmary G. Fledderman, deceased, was filed on May 25, 2018.

**Dated:**       **May 29, 2018**          Respectfully submitted by,

/s/ Nicholas R. Rockforte
Nicholas R. Rockforte, La. Bar No. 31305
Christopher L. Coffin, La. Bar No. 27902
Evan P. Fontenot, La. Bar No. 37685
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street / P.O. Drawer 71
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
Email:  nrockforte@pbclawfirm.com
         ccoffin@pbclawfirm.com
         efontenot@pbclawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Nicholas R. Rockforte, hereby certify that on this **29th** day of **May, 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand to be filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **May 29, 2018**

*/s/ Nicholas R. Rockforte*
Nicholas R. Rockforte, La. Bar No. 31305
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street / P.O. Drawer 71
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
Email: nrockforte@pbclawfirm.com

*Attorneys for Plaintiffs*