## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*David S. Cazalot on behalf of Vonceil Cazalot, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:    18-cv-9804** | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, David Cazalot, on behalf of Vonceil Cazalot, deceased.

This 29th day of May 2018.

Respectfully submitted,
/s/ Richard Root
Richard Root, LA Bar #19988
Morris Bart, LLC
601 Poydras St.,
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
rroot@morrisbart.com
Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of May 2018.

*/s/ Richard L. Root*