UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Daniel Chaisson on behalf of Grace Chaisson, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:    18-9807 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Daniel Chaisson, on behalf of Grace Chaisson, deceased.

This 29th day of May 2018.

                                                                       Respectfully submitted,
                                                                       /s/ Richard Root
                                                                       Richard Root, LA Bar #19988
                                                                       Morris Bart, LLC
                                                                        601 Poydras St.,
                                                                        24th Floor New Orleans, LA 70130
                                                                        Phone: 504-525-8000
                                                                        Fax: 504-599-3392
                                                                        rroot@morrisbart.com
                                                                        Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of May 2018.

/s/ Richard L. Root