## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Robin Clapp on behalf of Mary Borrel, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:**    18-9811 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Robin Clapp, on behalf of Mary Borrel, deceased.

This 29th day of May 2018.

                                        Respectfully submitted,
                                        /s/ Richard Root
                                        Richard Root, LA Bar #19988
                                        Morris Bart, LLC
                                        601 Poydras St.,
                                        24th Floor New Orleans, LA 70130
                                        Phone: 504-525-8000
                                        Fax: 504-599-3392
                                        rroot@morrisbart.com
                                        Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of May 2018.

/s/ Richard L. Root