UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kerry Francis-Norman on behalf of Brenda Francis-Jones, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:**    3:18-cv-09812 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kerry Francis-Norman on behalf of Brenda Francis-Jones, deceased.

This 29th day of May 2018.

                                                  Respectfully submitted,
                                                  /s/ Richard Root
                                                  Richard Root, LA Bar #19988
                                                  Morris Bart, LLC
                                                  601 Poydras St.,
                                                  24th Floor New Orleans, LA 70130
                                                  Phone: 504-525-8000
                                                  Fax: 504-599-3392
                                                  rroot@morrisbart.com
                                                  Attorneys for Plaintiff

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29$^h$ day of May 2018.

                */s/ Richard L. Root*