**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| ALBERT GARZA, individually and as Administrator of the ESTATE OF MICHELLE GARZA, | |
| Plaintiff(s), | |
| v. | MDL No: 2738 (FLW)(LHG) NJ Member Case No: 3:18-cv-10431 |
| JOHNSON & JOHNSON; -and- JOHNSON & JOHNSON CONSUMER, INC., *f/k/a* JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; -and- IMERYS TALC AMERICA, INC., *f/k/a* LUZENAC AMERICA, INC.; -and- PERSONAL CARE PRODUCTS COUNCIL, *f/k/a* COSMETIC TOILETRY AND FRAGRANCE ASSOCIATION (CFTA), | |
| Defendants. | |

This document relates to:
**Case Management Order No. 8 Matter**

*Dunn, et al. v. Johnson & Johnson, et al.*
In the Circuit Court of St. Louis, Missouri
Cause No: 1622-CC10042

## NOTICE OF FILING

Notice is hereby given that in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) and No. 8 (Re-filing of Complaints Subject to Personal Jurisdiction Objections) that a Short Form Complaint with Jury Demand was filed on November 1, 2017 on

behalf of Plaintiff, Albert Garza, individually and as Administrator of the Estate of Michelle Garza,

Deceased.

**DATED:**     **May 30, 2018**                    Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
GOLOMB & HONIK, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone:  (215) 985-9177
Fax:       (215) 985-4169
Email: rgolomb@golombhonik.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I Richard M. Golomb, hereby certify that on this **30th** day of **May 2018**, I caused a true and correct copy of the foregoing Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** <u>May 30, 2018</u>

*/s/ Richard M. Golomb*

Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorney for Plaintiff*