**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jazzmine Coleman on behalf of JoAnn Jefferson, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:    18-cv-9820** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jazzmine Coleman, on behalf of JoAnn Jefferson, deceased.

This 30th day of May 2018.

                        Respectfully submitted,
                        /s/ Richard Root
                        Richard Root, LA Bar #19988
                        Morris Bart, LLC
                        601 Poydras St.,
                        24th Floor New Orleans, LA 70130
                        Phone: 504-525-8000
                        Fax: 504-599-3392
                        rroot@morrisbart.com
                        Attorneys for Plaintiff

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2018.

                                              */s/ Richard L. Root*