**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Joel Deville on behalf of Nancy Duke, deceased, vs. Johnson & Johnson, et al.* <br><br> **Case Number: 18-cv-9828** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Joel Deville, on behalf of Nancy Duke, deceased.

This 30th day of May 2018.

                                                    Respectfully submitted,
                                                  /s/ Richard Root
                                                  Richard Root, LA Bar #19988
                                                  Morris Bart, LLC
                                                  601 Poydras St.,
                                                  24th Floor New Orleans, LA 70130
                                                  Phone: 504-525-8000
                                                  Fax: 504-599-3392
                                                  rroot@morrisbart.com
                                                  Attorneys for Plaintiff

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2018.

                                                   */s/ Richard L. Root*