UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Walter Eason on behalf of Bertha Mackey-Jones, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:**     18-cv-9830 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Walter Eason, on behalf of Bertha Mackey-Jones, deceased.

This 30th day of May 2018.

> Respectfully submitted,
> /s/ Richard Root
> Richard Root, LA Bar #19988
> Morris Bart, LLC
> 601 Poydras St.,
> 24th Floor New Orleans, LA 70130
> Phone: 504-525-8000
> Fax: 504-599-3392
> rroot@morrisbart.com
> Attorneys for Plaintiff

Case 3:16-md-02738-MAS-RLS   Document 6297   Filed 05/30/18   Page 2 of 2 PageID: 17508

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2018.

/s/ Richard L. Root