UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| TERRENCE CALLAHAN, as administrator of the ESTATE OF JUDITH LYNN CALLAHAN, Deceased.<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>Defendants. | Civil Action No.:  3:18-cv-09855<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on May 30, 2018 on behalf of Plaintiff Terrence Callahan, as administrator of the Estate of Judith Callahan, deceased.

Dated: May 30, 2018

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone

(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/   Eric D. Pearson
Eric D. Pearson

ATTORNEY FOR PLAINTIFF