**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Louis Fontenot on behalf of Lillian Victorian, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number: 18-cv-9859** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Louis Fontenot, on behalf of Lillian Victorian, deceased.

This 30th day of May 2018.

        Respectfully submitted,
        /s/ Richard Root
        Richard Root, LA Bar #19988
        Morris Bart, LLC
        601 Poydras St.,
        24th Floor New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        rroot@morrisbart.com
        Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2018.

/s/ Richard L. Root