UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| DEBORAH THOMAS, as personal representative of the ESTATE OF IRINE WINTERS, DECEASED, and on behalf of the wrongful death beneficiaries of IRINE WINTERS,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No.:  3:18-cv-9866<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand was filed in the above-referenced case on May 30, 2018 on behalf of Plaintiff, Deborah Thomas, as personal representative of the Estate of Irine Winters, deceased, and on behalf of the wrongful death beneficiaries of Irine Winters.

Dated: <u>May 30, 2018</u>

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　<u>/s/ Eric D. Pearson</u>
　　　　　　　　　　　　　　　　　　Eric D. Pearson
　　　　　　　　　　　　　　　　　　Texas State Bar No. 15690472
　　　　　　　　　　　　　　　　　　eric@hop-law.com
　　　　　　　　　　　　　　　　　　HEYGOOD, ORR & PEARSON
　　　　　　　　　　　　　　　　　　6363 North State Hwy 161, Suite 450

Irving, Texas 75038  
(214) 237-9001 Telephone  
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    /s/  **Eric D. Pearson**  
Eric D. Pearson

ATTORNEY FOR PLAINTIFF