## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

### PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF ISSUANCE OF SUBPOENA TO DR. JOHN BAILEY

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that the Plaintiffs' Steering Committee served a Subpoena to Produce Documents, Information, or Objects, attached hereto as Exhibit A, on Dr. John Bailey on October 4, 2017. Ex. B (affidavit of service).

Date:   May 30, 2018

    Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

*s/ P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

*s/ Christopher M. Placitella*
Christopher M. Placitella

>COHEN PLACITELLA ROTH, PC
>127 Maple Avenue
>Red Bank, NJ 07701
>Telephone 888-219-3599
>Email: cplacitella@cprlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>Respectfully submitted,
>
>*s/ P. Leigh O'Dell*
>P. Leigh O'Dell
>BEASLEY, ALLEN, CROW,
>METHVIN, PORTIS & MILES, PC
>218 Commerce Street
>Montgomery, AL 36104
>Telephone: 334-269-2343
>Email: leigh.odell@beasleyallen.com
>
>**Plaintiffs' Co-Lead Counsel**

2