# Exhibit B

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of New Jersey

In RE: Johnson & Johnson Talcum Powder Product Marketing, Sales Practices, and Products Liability Litigation

Attorney: Robert T. Dassow

Hovde Dassow & Deets, LLC
10201 North Illinois St., #500
Indianapolis IN 46220


*228825*

Case Number: 3:16-md-02738-FLW-LHG

Legal documents received by Nicoletti & Harris, Inc. on **10/03/2017** at **3:05 PM** to be served upon **Dr. John Bailey** at EAS Consulting Group, LLC, 1700 Diagonal Rd., #750, Alexandria, VA 22314

I, **Valeria Lee**, swear and affirm that on **October 04, 2017** at **4:45 PM**, I did the following:

Served **Dr. John Bailey** by delivering a conformed copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A; Case Management Order No. 5**; to Susan Catloth as Office Manager & Authorized Agent of Dr. John Bailey at EAS Consulting Group, LLC, 1700 Diagonal Rd., #750, Alexandria, VA 22314.

**Description of Person Accepting Service:**
Sex: Female  Age: 50  Height: 5'7"  Weight: 220  Skin Color: Caucasian  Hair Color: Brown

**Supplemental Data Appropriate to this Service:** A copy of the legal documents were also mailed on 10-05-2017 to the subject, via first class mail, to the address of: 1700 Diagonal Rd., #750, Alexandria, VA 22314.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Valeria Lee
Process Server

Nicoletti & Harris, Inc.
132 Nassau St., #412
New York NY 10038

212-267-6448

Internal Job ID: **220825**

District of Columbia: SS
Subscribed and Sworn to before me
this 6 day of October, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

