# Exhibit B

**UNITED STATES DISTRICT COURT**
for the District of New Jersey

Case Number: 3:16-MD-02738

Case Caption: In Re Johnson & Johnson Talcum Powder, et al.

For:   Robert T. Dassow
       Hovde Dassow & Deets, LLC

Received by **Nicoletti & Harris, Inc.** to be served on **Michael Huncharek, MD, 1320 Main Street, Suite 300, Columbia, SC 29201.**

I, **Sherry Hatcher**, being duly sworn, depose and say that on the **4th day of October 2017** at **10:43 AM**, I served the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Exhibits, and Court Management Order** in the above referenced action by subserving **January Parker, Business Agent for Michael Huncharek, MD**, at the service address referenced above, who was authorized to accept service on behalf of Michael Huncharek, MD.

**Description of Person Served:** White Female, 35 years old, 5' 3", 150 #'s, black hair, no glasses.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process service was attempted.

In the State of South Carolina,
County of Richland,
**SWORN TO AND SUBSCRIBED** before me
this **4th day of October 2017.**

Notary for the State of South Carolina

(Seal)   Official Seal
         Ellie Mechelle Pagan
         Notary Public, South Carolina
         My Commission Expires May 17, 2020

Sherry Hatcher
Process Server

For:   Nicoletti & Harris, Inc.
       132 Nassau Street, Suite 412
       New York, New York 10038
Phone: 212.267.6448
Job #: 2017010694