## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lana Sellers as personal representative of the estate of Dorothy Wade, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:  18-cv-9886 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lana Sellers as personal representative of the estate of Dorothy Wade, deceased.

This 30th day of May 2018.

                                       Respectfully submitted,
                                       /s/ John C. Enochs
                                       John C. Enochs, MS Bar #9635
                                       Morris Bart, LLC
                                       601 Poydras St.,
                                       24th Floor New Orleans, LA 70130
                                       Phone: 504-525-8000
                                       Fax: 504-599-3392
                                       jenochs@morrisbart.com
                                       Attorneys for Plaintiff

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2018.

                                                                */s/ John C. Enochs*