# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kimberly Hollon v. Johnson & Johnson, et al.*<br><br>Case Number:    18-cv-9889 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kimberly Hollon.

This 30th day of May, 2018.

                                              Respectfully submitted,
                                              /s/ Christine Brandt
                                              Christine M. Brandt, AL Bar #ASB-3949-N70C
                                              Morris Bart, LLC
                                              601 Poydras St.
                                              24th Floor New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              cbrandt@morrisbart.com
                                              Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May, 2018.

/s/ Christine M. Brandt