**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Germaine Seals, individually and on behalf of Elaine Allen, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-9947 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Germaine Seals, individually and on behalf of Elaine Allen, deceased,

This 31st day of May 2018.

                                              Respectfully submitted,
                                              /s/ Richard Root
                                              Richard Root, LA Bar #19988
                                              Morris Bart, LLC
                                              601 Poydras St.,
                                              24th Floor New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              rroot@morrisbart.com
                                              Attorneys for Plaintiff

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of May 2018.

                       */s/ Richard L. Root*