## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Wanda Williams vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 3:18-cv-9955 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Wanda Williams

This 31st day of May 2018.

                                                      Respectfully submitted,
                                                      /s/ Richard Root
                                                      Richard Root, LA Bar #19988
                                                      Morris Bart, LLC
                                                      601 Poydras St.,
                                                      24th Floor New Orleans, LA 70130
                                                      Phone: 504-525-8000
                                                      Fax: 504-599-3392
                                                      rroot@morrisbart.com
                                                      Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of May 2018.

*/s/ Richard L. Root*
