## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lionel Williams, individually and on behalf of Julietta Ford-Knight, deceased, v. Johnson & Johnson, et al.*<br><br>**Case Number:**   3:18-cv-09964 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lionel Williams, individually and on behalf of Julietta Ford-Knight, deceased.

This 31st day of May 2018.

                                       Respectfully submitted,
                                       /s/ Richard Root
                                       Richard Root, LA Bar #19988
                                       Morris Bart, LLC
                                       601 Poydras St.,
                                       24th Floor New Orleans, LA 70130
                                       Phone: 504-525-8000
                                       Fax: 504-599-3392
                                       rroot@morrisbart.com
                                       Attorneys for Plaintiff

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of May 2018.

                                                */s/ Richard L. Root*