## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tanya Mensman and Jennifer David, individually and on behalf of Grace David, deceased, v. Johnson & Johnson, et al.*<br><br>**Case Number:** 3:18-cv-09979 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tanya Mensman and Jennifer David, individually and on behalf of Grace David, deceased.

This 31st day of May 2018.

          Respectfully submitted,
          /s/ Richard Root
          Richard Root, LA Bar #19988
          Morris Bart, LLC
          601 Poydras St.,
          24th Floor New Orleans, LA 70130
          Phone: 504-525-8000
          Fax: 504-599-3392
          rroot@morrisbart.com
          Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of May 2018.

/s/ Richard L. Root