MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Carol J. Bundock and Michael Bundock v. Johnson & Johnson, et al.,* Case 3:18-cv-08973-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 8, 2018 on behalf of Plaintiffs Carol J. Bundock and Michael Bundock.

Dated:  May 31, 2018                                        Respectfully Submitted by,

*/s/  Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T:  504-525-8100
F:  504-584-5249
cthomas@murray-lawfirm.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/  Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T:  504-525-8100
F:  504-584-5249
cthomas@murray-lawfirm.com