UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

MDL NO. 16-2738 (FLW) (LHG)

This document relates to:

*PATRICK O'HERN, Individually and as Representative of the Estate of SUSAN P. O'HERN, Deceased*

Case No. 3:18-cv-09914

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand for Plaintiffs, PATRICK O'HERN, Individually and as Representative of the Estate of SUSAN P. O'HERN, Deceased, was filed on May 31, 2018.

Dated: May 31, 2018.

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  fred@justiceseekers.com
*Counsel for Plaintiffs*

Certificate of Service

       I hereby certify that on May 31, 2018, the foregoing Notice of Filing of Plaintiffs' Short Form Complaint was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: May 31, 2018.

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  fred@justiceseekers.com
*Counsel for Plaintiffs*