UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>HEIDRUN A. WALLER,<br><br>                  Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                  Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-09838 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2018 on behalf of Plaintiff, Heidrun A. Waller.

Dated: 6/1/2018                                Respectfully Submitted by,

                                                          */s/ Christopher L. Schnieders*
                                                          Thomas P. Cartmell MO# 45366
                                                          tcartmell@wcllp.com
                                                          Christopher L. Schnieders MO# 57725
                                                          cschnieders@wcllp.com
                                                          Wagstaff & Cartmell, LLP
                                                          4740 Grand Avenue, Suite 300
                                                          Kansas City, MO 64112
                                                          (816) 701-1100
                                                          FAX (816) 531-2372

                                                          **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 1, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders