UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JANICE GILLIAM,<br><br>               Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>               Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-09869 |

## NOTICE OF FILING

     Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2018 on behalf of Plaintiff, Janice Gilliam.

Dated: 6/1/2018                                                            Respectfully Submitted by,

                                                                                             */s/ Christopher L. Schnieders*
                                                                                             Thomas P. Cartmell MO# 45366
                                                                                             tcartmell@wcllp.com
                                                                                             Christopher L. Schnieders MO# 57725
                                                                                             cschnieders@wcllp.com
                                                                                             Wagstaff & Cartmell, LLP
                                                                                             4740 Grand Avenue, Suite 300
                                                                                             Kansas City, MO 64112
                                                                                             (816) 701-1100
                                                                                             FAX (816) 531-2372

                                                                                  **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 1, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders