UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>CRYSTAL RAY,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-09879 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2018 on behalf of Plaintiff, Crystal Ray.

Dated: 6/1/2018

                   Respectfully Submitted by,

                   */s/ Christopher L. Schnieders*
                   Thomas P. Cartmell MO# 45366
                   tcartmell@wcllp.com
                   Christopher L. Schnieders MO# 57725
                   cschnieders@wcllp.com
                   Wagstaff & Cartmell, LLP
                   4740 Grand Avenue, Suite 300
                   Kansas City, MO 64112
                   (816) 701-1100
                   FAX (816) 531-2372

                   **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 1, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders