UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>ELIZABETH F. LOCKARD,<br><br>   Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON &<br>JOHNSON CONSUMER INC.,<br>and IMERYS TALC AMERICA, INC.,<br><br>   Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:18-cv-09881 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2018 on behalf of Plaintiff, Elizabeth F. Lockard.

Dated: 6/1/2018

Respectfully Submitted by,

*/s/ Christopher L. Schnieders*
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Christopher L. Schnieders MO# 57725
cschnieders@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 1, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders