UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO.: 2738 (FLW) (LHG)<br><br>CASE N.: 3:18-cv-09426 |
| This document relates to: Deborah Salkin | |

## NOTICE OF FILING A SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (filing of a Short Form Complaint) that the Short Form Complaint with Jury Demand was filed on May 18, 2018 on behalf of plaintiff.

Dated: May 25, 2018

Respectfully Submitted,

_____
MARTIN G. RUBENSTEIN, ESQUIRE
MARK R. COHEN, ESQUIRE
Attorneys for Plaintiff