UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*KAREN S. BECK and DENNIS W. BECK*<br><br>Case No. 2:18-cv-09907 | MDL NO. 16-2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand for Plaintiffs, Karen S. Beck and Dennis W. Beck, was filed on May 31, 2018.

Dated: June 1, 2018.

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  fred@justiceseekers.com
*Counsel for Plaintiffs*

<u>Certificate of Service</u>

      I hereby certify that on June 1, 2018, the foregoing Notice of Filing of Plaintiffs' Short Form Complaint was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: June 1, 2018.                        Respectfully submitted,

                                                    VICKERY & SHEPHERD, LLP

                                                    *<u>/s/ Fred H. Shepherd</u>*
                                                    Fred H. Shepherd
                                                    Texas Bar No. 24033056
                                                    10000 Memorial Dr., Suite 750
                                                    Houston, TX  77024-3485
                                                    Telephone:  713-526-1100
                                                    Facsimile:  713-523-5939
                                                    Email:  <u>fred@justiceseekers.com</u>
                                                    *Counsel for Plaintiffs*