## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Renee Miller, Charles Hudspeth, Lisa Ann Bateman, Stephen Hudspeth, and Francis Hudspeth, individually and on behalf of Lorraine Hudspeth, deceased, v. Johnson & Johnson, et al.*<br><br>Case Number:   3:18-cv-10007 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Renee Miller, Charles Hudspeth, Lisa Ann Bateman, Stephen Hudspeth, and Francis Hudspeth, individually and on behalf of Lorraine Hudspeth, deceased.

This 1st day of June 2018.

        Respectfully submitted,
        /s/ Richard Root
        Richard Root, LA Bar #19988
        Morris Bart, LLC
        601 Poydras St.,
        24th Floor New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        rroot@morrisbart.com
        Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of June 2018.

/s/ Richard L. Root