UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kizzy Thomas, Wendy Thomas and Judy Thomas individually and on behalf of Dale Thomas, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-10011 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kizzy Thomas, Wendy Thomas and Judy Thomas individually and on behalf of Dale Thomas, deceased.

This 1st day of June 2018.

                Respectfully submitted,
                /s/ Richard Root
                Richard Root, LA Bar #19988
                Morris Bart, LLC
                601 Poydras St.,
                24th Floor New Orleans, LA 70130
                Phone: 504-525-8000
                Fax: 504-599-3392
                rroot@morrisbart.com
                Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of June 2018.

                                                      */s/ Richard L. Root*