UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, & PRODUCTS LIABILITY LITIGATION**<br><br>PAUL FELDMAN, AS EXECUTOR OF THE ESTATE OF MARJORIE FELDMAN,<br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., JOHNSON & JOHNSON PROFESSIONAL, INC. f/k/a JOHNSON & JOHNSON BABY PRODUCT, IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC., and RIO TINTO MINERALS, INC.,<br>        Defendants | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>3:17-cv-03163-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 1, 2018 on behalf of Plaintiff, Paul Feldman, as Executor of the estate of Marjorie Feldman.

<u>Dated</u>: June 1, 2018

Respectfully submitted,
Plaintiff, Paul Feldman, as Executor of the estate of Marjorie Feldman
By His Attorneys,

/s/ Andrew M. Abraham, Esq._____
Andrew M. Abraham, Esq., BBO #631167
Andrew E. Oliva, Esq., BBO #692679
Abraham & Associates, P.C.
2 Center Plaza
Boston, MA  02108
(617) 648-4499
abraham@abrahamlawboston.com
oliva@abrahamlawboston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2018, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.