# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re: Johnson & Johnson Talcum Powder Litigation** | Civil Action No. 16-md-2738 (FLW)(LHG) |
| **CAROL EIDSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON,** *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-2758 (FLW)(LHG)<br><br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

**THIS MATTER** having been brought before the Court by a motion [Docket Entry No. 5794] filed on the main MDL docket 16-md-2738 by The Sangisetty Law Firm, counsel for Plaintiff Carol Eidson, seeking an order permitting counsel to withdraw from representation of Ms. Eidson in this matter; no opposition to the motion having been filed; and for good cause shown,

**IT IS** on this _5_ th day of **June, 2018,**

**ORDERED** that the Motion for Leave to Withdraw as Counsel [Docket Entry No. 5794] is GRANTED; and it is further

**ORDERED** that Counsel shall mail Plaintiff a complete and accurate copy of his entire file within fourteen (14) days of this Order; and it is further

**ORDERED** that Counsel is relieved of any further responsibility in this case with regard to representation of Plaintiff; and it is further

**ORDERED** that Plaintiff is required to either retain new counsel or inform the Court that she intends to proceed *pro se*; in the event she elects to retain new counsel, her new counsel shall make an appearance in this case **within forty-five (45) days of this Order**; in the event Plaintiff elects to proceed *pro se*, she shall notify the Court and the parties in writing and on this record of her intention to do so **within forty-five (45) days of this Order**; and it is further

1

**ORDERED** that failure to comply with this Order may lead to imposition of sanctions, including dismissal of Plaintiff's claim with prejudice; and it is further

**ORDERED** that the pending deadlines for this individual matter are stayed until after Plaintiff has notified the Court of her intentions regarding representation.

**LOIS H. GOODMAN**
**United States Magistrate Judge**