## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES,
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

This document relates to:
Mary McNabb, et al. v. Johnson & Johnson, et al.
CaseNo.3:18-cv-10130

Civil No. 3:16-md-2738-FLW-LHG

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on June 4, 2018 on

behalf of Plaintiff Mary McNabb

DATED: June 5, 2018

BISNAR|CHASE LLP

By:    /s/ Tom Antunovich
       BRIAN D. CHASE
       TOM ANTUNOVICH
       Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By:     /s/ Tom Antunovich
        BRIAN D. CHASE
        TOM ANTUNOVICH