# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Angela Scott, et al. v. Johnson & Johnson, et al.<br>CaseNo.3:18-cv-10132 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 4, 2018 on behalf of Plaintiff Angela Scott.

DATED: June 5, 2018                     BISNAR|CHASE LLP

                              By:    /s/ Tom Antunovich
                                     BRIAN D. CHASE
                                     TOM ANTUNOVICH
                                     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ Tom Antunovich
BRIAN D. CHASE
TOM ANTUNOVICH