# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Omobonike Aderibole, et al. v. Johnson & Johnson, et al.<br><br>Case No. 3:18-cv-10168 | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 5, 2018 on behalf of Plaintiffs Omobonike and Jabez Aderibole.

/s/ T. Matthew Leckman
T. Matthew Leckman
Derek T. Braslow
Pogust Braslow & Millrood
Eight Tower Bridge
161 Washington St., Ste. 940
Conshohocken, PA 19428
(610) 941-4204 Telephone
(610) 941-4245 Fax
mleckman@pbmattorneys.com
dbraslow@pbmattorneys.com

Randi Kassan, Esq.
Sanders Viener Grossman, LLP
Sanders Phillips Grossman, LLC
Garden City, NY 11530
(516) 741-5600 ext. 2265 Telephone
(516) 741-0128 Fax
rkassan@thesandersfirm.com

Attorneys for Plaintiffs

Dated: June 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ T. Matthew Leckman
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood