**JOHNSON // BECKER** PLLC

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

June 6, 2018

Clerk of Court
Clarkson S. Fisher Building & Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

To Whom it May Concern:

I am writing to request the issuance of a summons for Case No. 3:18-CV-09899, *Momou v. Johnson & Johnson, et al*. This case was recently transferred to the District of New Jersey and a current summons is necessary for proper service. Please contact me at the phone number or e-mail address listed below if you require additional information.

Sincerely,

JOHNSON BECKER, PLLC

Stacy Hauer, Esq.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: (612) 436-1800
E-mail: shauer@johnsonbecker.com