# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |

Civil Action No.: 16-MD-2738-FLW-LHG

MDL No. 2738

**CASE MANAGEMENT ORDER OF THE SPECIAL MASTER**

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party, and for good cause shown,

**IT IS** on this 23rd day of May 2017 hereby:

**ORDERED** as follows:

1. Plaintiffs' request to compel each Johnson & Johnson Defendant[1] to produce a separate witness in the 30(b)(6) depositions is DENIED.

2. Topic I.1 of the Amended Notice is hereby STRICKEN.

3. Plaintiffs' request to compel production of a 30(b)(6) witness from the Johnson & Johnson Defendants related to topics III.1(d), 3, and 5 of the Amended Notice is hereby DENIED.

4. The Johnson & Johnson Defendants are directed to provide additional information to the Special Master regarding the magnitude and burden of producing a witness on topic IV.9 of the Amended Notice.

---
[1] All capitalized terms are as defined in the Letter Opinion of the Special Master filed herewith.

1

5.  Plaintiffs' request to compel production of a 30(b)(6) witness from the Johnson & Johnson Defendants related to topic IV.16 of the Amended Notice is hereby GRANTED.

6.  The parties are directed to cooperate in scheduling the 30(b)(6) depositions without further delay, and are directed to submit a schedule for the 30(b)(6) depositions to the Special Master not later than May 31, 2018

DATED: May 23, 2018

_____
Joel A. Pisano, U.S.D.J. (Ret.)

2