# EXHIBIT 9

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com




Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-485-0105
fax: 212-480-3899

May 30, 2018

*Via Electronic Mail*

Richard Meadow, Esq.
The Lanier Firm

Leigh O'Dell, Esq.
Beasley Allen

**Re:** ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738**

Dear Rick and Leigh:

I write to update the PSC on several issues in connection with Imerys' talc samples.

## I. PREVIOUSLY IDENTIFIED SAMPLES

First, on February 27, 2018, Lorna Dotro previously advised the PSC that Imerys was working to locate certain samples contained on the Imerys Sample List. We have the following updates on three of those samples:

*A02225 2002 Yearly composite of Grade 96 USP for AA testing for J&J Year 2002 composite* – Please be advised that this sample was not retained as it was a compilation of several component samples. Those component samples were A02224, A02400, A02524 and A03038. Those samples are available for testing should you wish to test them.

*A11511 TEM Analysis of Guangxi 2 from the MV Prabhu Puni Guangxi 2* – This sample is identical to sample A11510 which was previously identified.




*A12014 4th quarter 2011 heavy metal analysis Grade 25 USP* -Please be advised that this sample was not retained as it was a compilation of several component samples. Those component samples were A11508, A11547 and A12009. Those samples are available for testing should you wish to test them.

Investigation is continuing with respect to the remaining samples listed in the February 27, 2018 email. However, while Imerys was investigating those samples, it located additional samples. Imerys discloses the following additional samples as follows.

## II. SAMPLES FROM 2012-2014

Enclosed herewith is an Excel Spreadsheet named "Samples List 2012-2014" that lists 20 additional samples of Grade 25 talc for the years 2012 -2014. These samples are in counsel's possession and available for splitting if the PSC would like to test them.

## III. BOX IDENTIFIED DURING THE LANZO TRIAL

As you are aware, a box of Windsor Grade 66 composite samples dated the 1964-1987 timeframe was identified during the Lanzo trial. That box has been located. The box is in the process of being inventoried and we will produce an inventory of those samples upon completion. These samples are in counsel's possession and will be available for splitting if the PSC would like to test them.

## IV. SAMPLES BEING IDENTIFIED IN ASBESTOS LITIGATION

In order to stay coordinated with disclosures being made in the asbestos litigation being litigated throughout the country, Imerys hereby advises the PSC that it has located four boxes containing samples of various grades of talc from the Vermont mine for the time frames 1988 and 2001. Enclosed herewith is an Excel Spreadsheet named "Sample Inventory -VT Boxes". By disclosing these boxes in the MDL at this time, Imerys in no way admits and/or concedes that these samples are samples of talc that was sold to Defendant Johnson & Johnson. We are investigating whether these samples contain talc that was sent to Defendant Johnson & Johnson and we will advise as soon as we know more.

## V. SAMPLES INQUIRIES FROM PSC

On or about May 7, 2018, during a meet and confer telephone call, the PSC inquired about certain samples identified in a memo bates stamped IMERYS 309892 that were not on the list of samples identified and produced by Imerys. Imerys hereby provides the following additional information regarding those samples.



In general, Imerys previous samples lists contained only samples of floated product sent to Defendant Johnson & Johnson. The following samples identified in the memo were not samples of floated product to Defendant Johnson & Johnson and, therefore, were not identified by Imerys:

A03195
A03540
A04686
A05040
A05054

As to sample A04318, this sample was a 2004 yearly composite sent for chemistry testing that was not retained by Imerys in its normal course of business. Composite samples for floated product sent to Johnson & Johnson for the 2004-time frame were disclosed on Imerys' initial samples list.

Imerys is still investigating as to samples A05033 and A05075.

**VI. TEM GRIDS AND CORE SAMPLES**

Imerys is still evaluating its position as to the PSC's request for TEM grids and core samples.

Should you have any questions with regard to this letter and/or wish to have a call to discuss please do not hesitate to contact me.

Very truly yours,

COUGHLIN DUFFY LLP

*/s/ Mark K. Silver*

Mark K. Silver

MKS/
Enclosure (s)

Cc: Michelle Parfitt, Esq.
Chris Tisi, Esq.
Susan Sharko, Esq.
Thomas Locke, Esq.

| Project number | Sample number | Project Description |
|---|---|---|
| A12123 | 3 | TEM analysis of April 2012 Houston Composites |
| A12151 | 3 | TEM analysis of Houston Composites, May 2012 |
| A12355 | 3 | Characterization of Chinese #2, M.V. Jin Run |
| A13004 | 1 | Houston Monthley Fiber Management Samples (December) |
| A13054 | 4 | Characterization of Chinese # 1 & 2 ore from MV Jin Shun |
| A13062 | 1 | TEM analysis of Houston Composites, Jan 2013 |
| A13106 | 5 | TEM analysis of Houston Composites, February 2013 |
| A13149 | 2 | Characterization and TEM of Guangxi #2 from M.V. Ning Bo Dolphin |
| A14072 | 2 | Characterization Analysis of Guangxi #2 ore, M.V. "Cymbeline" |
| A14093 | 5 | January and Febuary Houston Fiber Management Samples |
| A14126 | 3 | TEM analysis of Houston Composites, March 2014 |
| A14189 | 2 | TEM analysis of Houston Composites, April 2014 |
| A14192 | 1 | Characterization of Guangxi #2 from "MV Popi S" |
| A14233 | 4 | Houston May Fiber Management Samples |
| A14282 | 4 | Houston June Fiber Management |
| A14324 | 4 | Houston M4 July Samples |
| A14369 | 4 | Houston August M4 Samples |
| A14411 | 4 | TEM analysis of Houston Composites, September 2014 |
| A14466 | 1 | Houston Fibers Mgt M4 Project |
| A14496 | 3 | November '14 Fiber Management - Houston |

| Sample description |
| --- |
| APR 2012 Houston composite- Grade 25 USP |
| May 2012 Houston composite - Grade 25 USP |
| RM Chinese #2- Olympic H |
| Grade 25 USP |
| Pre-Grind CH 2 ore composite sample |
| Jan 2013 Houston Compsoite- Grade 25 USP |
| FEB 2013 Houston Composites- Grade 25 |
| RM Chinese #2 |
| RM Pre - Grind |
| CH@2 Grade 25 USP Feb 14 |
| Grade 25 CH#2 March 2014 |
| Apr 2014 Houston Composites- Grade 25 USP |
| Cimpact 710 |
| Grade 25 USP |
| Grade 25 USP |
| Grade 25 USP |
| Grade 25 USP |
| Sept '14 Grade 25 Ch#2 |
| Oct '14 Grade 25 Ch #2 |
| Nov. '14 Grade 25 USP Chinese #1 |

SKP Box Number 322689823

Description: West Windsor Silo 4
"96" Trial Run 10/9 - 10/18/01
Batch 2794-2802

Overview: Box contains Grade 96 shift composite samples and railcar shipment samples;
Shift samples have run hours written on bag

The cup samples are transloading samples from bulk 96 trailer unloading and RC microbe autosampler ( 4 sets from each process)

| Shift Comps | | Railcar Samples Grade 96 |
|---|---|---|
| 10/9/2001 | Shift I | ACFX42618 |
| | Shift II | 16 cup samples |
| 10/10/2001 | Shift II | Final Composite Sample |
| | Shift III | |
| 10/11/2001 | Shift I | ACFX42681 (42861) |
| | Shift II | 16 cup samples |
| | Shift III | Final Composite Sample |
| 10/12/2001 | Shift I | |
| | Shift II | ACFX 42680 |
| 10/13/2001 | Shift I | 16 cup samples |
| 10/17/2001 | Shift II | Final Composite Sample |
| | Shift III | |
| 10/18/2001 | Shift I | SHPX42865 |
| | Shift II | 16 cup samples |
| | | Final Composite Sample |

EXAMPLE OF

12/3/2001

11/20/2001

11/19/2001

11/26/2001



COMP AND CUPS



SKP Box Number 322689806

Description Silo Composites with start and finish run times and/or dates.

| | | | | | |
|---|---|---|---|---|---|
| Silo 9 Comp | 23:40 | 9/29/1988 | Silo 1 Comp | | 8/24/1988 |
| | 21:30 | 10/6/1988 | | | 8/29/1988 |
| Silo 5 Comp | 1:30 | 9/20/1988 | Silo 2 Comp | 11:55 | 3/28/1988 |
| Grade 66 | 19:55 | 9/24/1988 | | 5:00 | 4/4/1988 |
| Silo 3 | 5:30 | 5/9/1988 | Silo 10 | 11:45 | 2/3/1988 |
| | 10:15 | 5/13/1988 | | 6:30 | 2/15/1988 |
| Silo 2 Comp | | 8/23/1988 | Silo 4 Comp | | 9/6/1988 |
| | | 8/24/1988 | | | 9/9/1988 |
| Silo 3 Comp | | 7/1/1988 | Silo 2 Comp | | 9/9/1988 |
| | | 7/11/1988 | | | 9/13/1988 |
| Silo 2 Comp | 1:00 | 5/19/1988 | Silo 1 | 10:15 | 5/13/1988 |
| | 4:30 | 5/26/1988 | | 1:00 | 5/19/1988 |
| Silo 5 Comp | 13:30 | 4/25/1988 | Silo 4 | 10:34 | 4/15/1988 |
| | 11:00 | 4/28/1988 | | 22:05 | 4/19/1988 |
| Silo 1 Comp | 4:00 | 6/24/1988 | Silo 4 Comp | | 7/11/1988 |
| | 8:20 | 7/1/1988 | | | 7/13/1988 |
| Silo 1 Comp | | 7/26/1988 | Silo 2 Comp | 13:00 | 10/12/1988 |
| | | 8/1/1988 | | 7:30 | 10/20/1988 |
| Silo 8 Comp | | 8/13/1988 | Silo 10 Comp | 14:15 | 9/27/1988 |
| | | 8/7/1988 | Grade 66 | | 10/20/1988 |
| | | | | 5:00 | 10/26/1988 |
| Silo 3 Comp | | 8/30/1988 | | | |
| | | 9/2/1988 | | | |

| | | | | |
|---|---|---|---|---|
| Silo 2 Comp | 13:00 | 10/12/1988 | Silo 7 Comp | |
| Grade 96 | 7:30 | 10/20/1988 | | |
| | | | | |
| Silo 6 | 19:55 | 9/24/1988 | Silo 9 | 23:40 |
| | 23:40 | 9/29/1988 | | 21:30 |
| | | | | |
| Silo 7 | 21:30 | 10/6/1988 | Silo 5 Comp | |
| | 13:00 | 10/12/1988 | | |
| | | | | |
| Silo 4 | 14:00 | 11/10/1988 | Silo 5 Comp | |
| | 5:00 | 11/18/1988 | | 19:55 |
| | | | | |
| Silo 1 | 10:30 | 3/23/1988 | Silo 3 Comp | |
| | 7:00 | 3/28/1988 | | |
| | | | | |
| Silo 5 Comp | | 7/13/1988 | Silo 5 Comp | |
| Gd 96 | | 7/18/1988 | | |
| | | | | |
| Silo 6 Comp | 19:55 | 9/24/1988 | Silo 6 Comp | |
| | 23:40 | 9/29/1988 | | |
| | | | | |
| Silo 4 | | 8/5/1988 | Silo 7 | 19:30 |
| | | 8/9/1988 | | 14:00 |
| | | | | |
| Silo 7 Comp | | 8/17/1988 | Silo 10 | 4:30 |
| | | 8/23/1988 | | 10:34 |
| | | | | |
| Silo 7 | 16:30 | 1/6/1988 | Silo 9 | 16:20 |
| | 12:00 | 1/14/1988 | | 16:35 |

| | | | | |
|---|---|---|---|---|
| 7/21/1988 | Silo 5 | 16:35 | 3/15/1988 | Silo 1 |
| 7/26/1988 | | 13:30 | 3/19/1988 | |
| | | | | |
| 9/29/1988 | Silo 2 | 10:41 | 2/29/1988 | Silo 3 |
| 10/6/1988 | | 13:20 | 3/4/1988 | |
| | | | | |
| 8/9/1988 | Silo 4 Comp | | 5/26/1988 | Silo 7 Comp |
| 8/13/1988 | | | 6/9/1988 | |
| | | | | |
| 9/20/1988 | Silo 1 | 8:00 | 2/24/1988 | |
| 9/24/1988 | | 8:00 | 2/29/1988 | |
| | | | | |
| 8/1/1988 | Silo 3 | 15:55 | 1/25/1988 | |
| 8/5/1988 | | 16:30 | 2/3/1988 | |
| | | | | |
| 6/9/1988 | Silo 7 | 11:00 | 4/28/1988 | |
| 6/17/1988 | | 5:30 | 5/9/1988 | |
| | | | | |
| 7/18/1988 | Silo 9 Comp | 22:05 | 4/19/1988 | |
| 7/20/1988 | | 13:30 | 4/25/1988 | |
| | | | | |
| 2/15/1988 | Silo 3 | 13:20 | 3/4/1988 | |
| 2/16/1988 | | 16:20 | 3/9/1988 | |
| | | | | |
| 4/8/1988 | Silo 9 | 12:25 | 12/23/1987 | |
| 4/15/1988 | | 16:30 | 1/6/1988 | |
| | | | | |
| 3/9/1988 | Silo 5 | 11:15 | 2/17/1988 | |
| 3/15/1988 | | 8:00 | 2/24/1988 | |

| | |
|---|---|
| 12:00 | 1/14/1988 |
| 15:55 | 1/25/1988 |
| | |
| 5:00 | 4/11/1988 |
| 4:30 | 4/8/1988 |
| | |
| 19:30 | 6/17/1988 |
| 4:00 | 6/24/1988 |

SKP Box Number 322689809

Box Description Monthly Float Feed Composite Samples

FF Jan 1998
FF Feb 1998
FF March 1998
FF Monthly Comp April 1998
FF Monthly Comp May 1998
FF Monthly Cop June 1998 Blended Ore
WW FF July 1998
FF Aug 1998
FF Sept 1998
Oct 1998
FF Nov 1998 Monthly Comp
FF Monthly Dec 1998

SKP Box Number 337243014

Box Description Gr 66 Retains

| | | |
|---|---|---|
| 66 Daily | 9/24/1988 | Silo 5 |
| 66 Daily | 11/21/1988 | Silo 9 |
| 66 Daily | 11/9/1988 | Silo 3 |
| 66 Daily | 11/28/1988 | Silo 8 |
| 66 Daily | 10/20/1988 | Silo 10 |
| 66 Daily | 11/22/1988 | Silo 9 |
| 66 Daily | 11/23/1988 | Silo 9 |
| 66 Daily | 9/26/1988 | Silo 6 |



Box First Open










Bag Condition



Empty