# EXHIBIT 12

**From:** Leigh O'Dell [mailto:Leigh.ODell@BeasleyAllen.com]
**Sent:** Monday, May 07, 2018 11:15 AM
**To:** Lorna Dotro <LDotro@coughlinduffy.com>; Chris Tisi <ctisi@levinlaw.com>
**Cc:** Mark Silver <MSilver@coughlinduffy.com>; Michelle Parfitt <MParfitt@ashcraftlaw.com>
**Subject:** RE: Imerys 30b6

Lorna, thank you for following up.  I have attached the document that I referenced.  As I mentioned on the phone, we have not been able to tie back the highlighted samples listed in this document to samples listed in the Imerys sample inventory (Ex. A to the Protocol).  If the highlighted samples were not made available to us through the Protocol process, we request the opportunity to test them.

We also will have to you later today a re-write of the questions (IV, 10 &14) you spoke with Chris about last week.

Thanks,
Leigh

**P. Leigh O'Dell**
Principal
334.269.2343



Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

