## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Debra Milstead v. Johnson & Johnson, et al.*<br><br>Case Number:   18-cv-9300 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Debra Milstead.

This 16th day of May, 2018.

                                                    Respectfully submitted,
                                                    <u>/s/ Richard Root</u>
                                                    Richard Root, LA Bar #19988
                                                    Morris Bart, LLC
                                                    601 Poydras St.
                                                    24th Floor New Orleans, LA 70130
                                                    Phone: 504-525-8000
                                                    Fax: 504-599-3392
                                                    rroot@morrisbart.com
                                                    Attorneys for Plaintiff

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of May, 2018.

                                                               */s/ Richard L. Root*