# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>Maria Sneed v. Johnson & Johnson, et al.<br>Case No.: 3:18-cv-10303 | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 8, 2018 on behalf of Plaintiff Maria Sneed.

Dated: June 8, 2018

>                                  */s/ Rhett A. McSweeney*
>                                  David M. Langevin, #329563
>                                  Rhett A. McSweeney, #269542
>                                  McSweeney/Langevin
>                                  2116 Second Avenue South
>                                  Minneapolis, MN 55404
>                                  Phone: (612) 542-4646
>                                  Fax: (612) 454-2678
>                                  dave@westrikeback.com
>                                  ram@westrikeback.com
>
>                                  **Counsel for Plaintiff(s)**

**CERTICATE OF SERVICE**

    I hereby certify that on June 8, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ Rhett A. McSweeney*
David M. Langevin, #329563
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com