

**WALSH PIZZI O'REILLY FALANGA**

One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Joel A. Pisano
Direct Dial: (973) 757-1035
jpisano@walsh.law

June 11, 2018

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
Case No. 3:16-MD-02738-FLW-LHG

Dear Judge Wolfson,

Enclosed herein please find my Order Enforcing Subpoena and Compelling Production of Documents related to Dr. Huncharek.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

*/s/ Joel A. Pisano*

Joel A. Pisano

cc: All Counsel of Record via ECF