UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>ORDER ENFORCING SUBPOENA AND COMPELLING PRODUCTION OF DOCUMENTS |

**THIS MATTER** having come before the undersigned appointed as Special Master by Court Order; and after review of submissions on behalf of each party, the Court makes the following findings:

1. On May 31, 2018, Plaintiffs' Steering Committee ("PSC") moved by letter memorandum for an order compelling Michael Huncharek, M.D., a third party witness, to produce documents pursuant to a subpoena served in this MDL.

2. On October 4, 2017, Dr. Huncharek was properly served pursuant to Federal Rule of Civil Procedure 45. (D.E. 6304-2).

3. Dr. Huncharek is not represented by counsel in this matter

4. No Party in this matter has objected to the application to compel Dr. Huncharek's production.

THEREFORE, IT IS on this 11th day of June 2018 hereby:

ORDERED as follows:

1. The PSC's application to enforce the subpoena and to compel Dr. Huncharek to produce the materials that are requested in the subpoena is hereby GRANTED.

2. The PSC shall serve this Order on Dr. Huncharek.

DATED: June 11, 2018

_____
Joel A. Pisano, U.S.D.J. (Ret.)
Special Master