## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Merril Dickerson, individually and on behalf of Rose Hunter, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-10415 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Karen Cooper, on behalf of Hazel Nicholson, deceased.

This 11th day of June 2018.

        Respectfully submitted,
        /s/ Richard Root
        Richard Root, LA Bar #19988
        Morris Bart, LLC
        601 Poydras St.,
        24th Floor New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        rroot@morrisbart.com
        Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of June, 2018.

                                                      */s/ Richard L. Root*