**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Lukasewicz v. Johnson & Johnson, et al.,* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- MARY LUKASEWICZ; 3:18-cv-9943

This 12th day of June, 2018.

                                                                                 Respectfully submitted by,

                                                                                 s/ D. Todd Mathews\_\_\_
                                                                                 D. Todd Mathews, #52502 (MO)
                                                                                 Gori Julian & Associates, P.C.
                                                                                 156 N. Main Street
                                                                                 Edwardsville, IL 62025
                                                                                 (618) 659-9833 – Telephone
                                                                                 (618) 659-9834 – Facsimile

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of June, 2018.

*/s/ D. Todd Mathews*
D. Todd Mathews
