BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VANESSA BROMELL, | Case No. 1:18-cv-00658 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | MDL No. 2738 |
| Defendants. | **NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

**COMES NOW**, P. Leigh O'Dell, and hereby enters her Appearance as additional counsel on behalf of the Plaintiff Vanessa Bromell in the above referenced matter.

**Respectfully submitted**, this the 12th day of June, 2018.

                                               /s/ P. Leigh O'Dell
                                               P. Leigh O'Dell
                                               BEASLEY, ALLEN, CROW, METHVIN,
                                               PORTIS & MILES, P.C.
                                               Post Office Box 4160
                                               218 Commerce Street
                                               Montgomery, Alabama 36103
                                               Telephone: (334) 269-2343
                                               Facsimile: (334) 954-7555
                                               Leigh.Odell@BeasleyAllen.com

                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

             /s/ P. Leigh O'Dell
             P. Leigh O'Dell
             BEASLEY, ALLEN, CROW, METHVIN,
             PORTIS & MILES, P.C.
             Post Office Box 4160
             218 Commerce Street
             Montgomery, Alabama 36103
             Telephone: (334) 269-2343
             Facsimile: (334) 954-7555
             Leigh.Odell@BeasleyAllen.com

             ***Attorney for Plaintiff***