**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) | **MDL No. 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| _____ ) ) ) | |
| This Document Relates to: ) Tim Nalls, as the administrator of the estate of ) Clarissa B Nalls v. Johnson & Johnson, et al ) Civil Action No. 3:18-cv-10471 ) | **NOTICE OF FILING** |

**<u>Notice of Filing</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 12, 2018 on behalf of Tim Nalls as the administrator of the estate of Clarissa B Nalls.

Date: Tuesday, June 12, 2018

Respectfully Submitted,
/s/ *Gary A. Anderson*
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
Donald E. Blankenship, Jr.
Environmental Litigation Group, P.C.
2160 Highland Ave South
Birmingham, Alabama 35205

**ATTORNEYS FOR THE PLAINTIFFS**

**<u>Certificate of Service</u>**

I hereby certify that on Tuesday, June 12, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Gary A. Anderson*
Gary A. Anderson