# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Laura Smith, Lloyd Langford, and Carlton Langford on behalf of Gertrude Langford, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:   18-cv-10015 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Laura Smith, Lloyd Langford, and Carlton Langford on behalf of Gertrude Langford, deceased.

This 12th day of June 2018.

                                         Respectfully submitted,
                                         /s/ Richard Root
                                         Richard Root, LA Bar #19988
                                         Morris Bart, LLC
                                         601 Poydras St.,
                                         24th Floor New Orleans, LA 70130
                                         Phone: 504-525-8000
                                         Fax: 504-599-3392
                                         rroot@morrisbart.com
                                         Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of June 2018.

                                           */s/ Richard L. Root*