# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>Mytyl Playford | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-CV-10506 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 13, 2018 on behalf of Plaintiff Mytyl Playford.

Dated: June 13, 2018

                                              By: */s/Rhett A. McSweeney*
                                              David M. Langevin, #329563
                                              Rhett A. McSweeney, #269542
                                              McSweeney/Langevin
                                              2116 Second Avenue South
                                              Minneapolis, MN 55404
                                              Phone: (612) 542-4646
                                              Fax: (612) 454-2678
                                              dave@westrikeback.com
                                              ram@westrikeback.com

                                              **Counsel for Plaintiff(s)**

## CERTICATE OF SERVICE

I hereby certify that on June 13, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/Rhett A. McSweeney*
David M. Langevin, #329563
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com