**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Shropshire v. Johnson & Johnson, et al.,* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- PEGGY SHROPSHIRE; 3:18-cv-9948

This 14th day of June, 2018.

                                                                          Respectfully submitted by,

                                                                          s/ D. Todd Mathews\_\_\_\_
                                                                           D. Todd Mathews, #52502 (MO)
                                                                           Gori Julian & Associates, P.C.
                                                                           156 N. Main Street
                                                                           Edwardsville, IL 62025
                                                                           (618) 659-9833 – Telephone
                                                                           (618) 659-9834 – Facsimile

## **Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of June, 2018.

                */s/ D. Todd Mathews*
                D. Todd Mathews