UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brewer v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- CANDACE BREWER; 3:18-cv-10160

This 14th day of June, 2018.

                                                              Respectfully submitted by,

                                                              s/ D. Todd Mathews\_\_\_
                                                              D. Todd Mathews, #52502 (MO)
                                                              Gori Julian & Associates, P.C.
                                                              156 N. Main Street
                                                              Edwardsville, IL 62025
                                                              (618) 659-9833 – Telephone
                                                              (618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of June, 2018.

<u>*/s/ D. Todd Mathews*</u>
D. Todd Mathews
