## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| | Civil Action No.: 3:18-cv-10607 |
| This Document Relates to: | |
| George Scifo, On Behalf of the Heirs of Mary Scifo, Deceased | |

### <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 14, 2018 on behalf of Plaintiff George Scifo, on behalf of the heirs of Mary Scifo, deceased.

Dated: June 14, 2018

By: */s/ Rhett A. McSweeney*
David M. Langevin, #329563
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com

**Counsel for Plaintiff(s)**

## CERTICATE OF SERVICE

I hereby certify that on June 14, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Rhett A. McSweeney*
David M. Langevin, #329563
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com