# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Deborah Epifane<br>       Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>       Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-10546 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 13, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

            Respectfully Submitted by,

            /s/ Randi Kassan
            SANDERS PHILLIPS GROSSMAN, LLC
            Randi A. Kassan, Esq.
            100 Garden City Plaza, Suite 500
            Garden City, NY 11530
            Tel: (516) 741-5600
            Fax: (516) 741-0128
            rkassan@thesandersfirm.com

            **Counsel for Plaintiff**