## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sharon LaBiche, individually and on behalf of Rita Delucca, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:  18-cv-10694** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sharon LaBiche, individually and on behalf of Rita Delucca, deceased.

This 15th day of June 2018.

                                                Respectfully submitted,
                                                /s/ Richard Root
                                                Richard Root, LA Bar #19988
                                                Morris Bart, LLC
                                                601 Poydras St.,
                                                24th Floor New Orleans, LA 70130
                                                Phone: 504-525-8000
                                                Fax: 504-599-3392
                                                rroot@morrisbart.com
                                                Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of June 2018.

*/s/ Richard L. Root*