## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

**MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON**
**MAG. JUDGE LOIS H. GOODMAN**

LILEEN MICHELLE
COULLOUDON,

              Plaintiff,

v.

JOHNSON & JOHNSON, JOHNSON
& JOHNSON CONSUMER, INC.
f/k/a/ JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.
and IMERYS TALC AMERICA,
INC. f/k/a/ LUZENAC AMERICA,
INC.

              Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:18-cv-10655

DIRECT FILED ACTION

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-

referenced case on June 15, 2018 on behalf of Plaintiff Lileen Coulloudon.

Dated: <u>June 15, 2018</u>

Respectfully submitted,

Daniel J. McGlynn (LA#17051)

Julie H. Ralph (LA#37833)

MCGLYNN, GLISSON & MOUTON

340 Florida Street (70801)

P.O. Box 1909

Baton Rouge, LA 70821-1909

(225) 344-3555

(225) 344-3666 – Facsimile

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

EM/ECF participants registered to receive services in this MDL.

Julie H. Ralph

Attorney for Plaintiff