UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Jana Bounds,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. f/k/a/ JOHNSON & JOHNSON CONSUMER COMPANIES, INC. and IMERYS TALC AMERICA, INC. f/k/a/ LUZENAC AMERICA, INC.<br><br>    Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-10571<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on June 14, 2018 on behalf of Plaintiff Lynda Cameron.

Dated: June 14, 2018

Respectfully submitted,

_____
Daniel J. McGlynn (LA#17051)

Julie H. Ralph (LA#37833)

MCGLYNN, GLISSON & MOUTON

340 Florida Street (70801)

P.O. Box 1909

Baton Rouge, LA 70821-1909

(225) 344-3555

(225) 344-3666 – Facsimile

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the EM/ECF participants registered to receive services in this MDL.

_____

Julie H. Ralph

Attorney for Plaintiff