## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Barbara Maddox vs. Johnson & Johnson, et al.*<br><br>**Case Number:**       18-cv-10728 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Maddox.

This 18th day of June, 2018.

> Respectfully submitted,
> /s/ Richard Root
> Richard Root, LA Bar #19988
> Morris Bart, LLC
> 601 Poydras St.,
> 24th Floor New Orleans, LA 70130
> Phone: 504-525-8000
> Fax: 504-599-3392
> rroot@morrisbart.com
> Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of June, 2018.

                                              */s/ Richard L. Root*