**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Kim Holland,<br><br>3:18-cv-02808 | 3:16-md-02738 (FLW) (LHG) |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 27, 2018 on behalf of Plaintiff Kim Holland.

Dated: June 19, 2018

                Respectfully submitted,

                /s/ *Matthew R. McCarley*

                Matthew R. McCarley
                Texas Bar No. 24041426
                **FEARS NACHAWATI, PLLC**
                4925 Greenville Ave., Ste 715
                Dallas, TX 75206
                mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
4925 Greenville Ave., Ste 715
Dallas, TX 75206
mccarley@fnlawfirm.com