# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Morris Ray Chappell, Individually and as Personal Representative of the Estate of Rebecca Hardy Chappell v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:18-cv-3936-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 21, 2018 on behalf of the plaintiff, Morris Ray Chappell, Individually and as Personal Representative of the Estate of Rebecca Hardy Chappell.

Dated:  June 19, 2018                                  Respectfully Submitted by,

                                                                **MOTLEY RICE LLC**

                                                                  /s/ Carmen S. Scott
                                                                  Carmen S. Scott
                                                                  cscott@motleyrice.com
                                                                  28 Bridgeside Blvd.
                                                                  Mt. Pleasant, SC 29464
                                                                  (843) 216-9160
                                                                  (843) 216-9450 (Facsimile)

                                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott