UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Burke, et al. v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-09609 | MDL NO. 3:16-md-2738 (FLW) (LHG) |

## NOTICE OF APPEARANCE

Please enter the appearance of Lawrence J. Centola, III of Martzell, Bickford, & Centola as additional counsel on behalf of the Plaintiff Rhonda Burke individually and on behalf of the Estate of Linda Marie Washington in the above referenced matter.

Dated: June 19, 2018

Respectfully submitted,

**MARTZELL, BICKFORD, & CENTOLA**

/s/ Lawrence J. Centola, III
Lawrence J. Centola, III (LA Bar No. 27402)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:   (504) 581-9065
Facsimile:    (504) 581-7635

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018 a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Lawrence J. Centola, III
Lawrence J. Centola, III