UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>***This document relates to***:<br><br>Thomas P. Nowicki, Pesonal Representative of the Estate of Susan Joy-Nowicki<br>v. Johnson & Johnson, et al.<br><br>Case Number : 3:18-cv-10606-FLW-LHG | MDL. NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Estate of Susan Joy-Nowicki.

Dated:  June 20, 2018               Respectfully submitted,
                                    Attorneys for the Plaintiff,


                                    /s/ Charlotte E. Glinka
                                    Charlotte E. Glinka
                                    KECHES LAW GROUP, P.C.
                                    2 Granite Avenue, Suite 400
                                    Milton, MA  02186
                                    Tel (508) 822-2000 // Fax (508) 822-8022
                                    email:  cglinka@kecheslaw.com

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing **Notice of Filing** was filed and electronically served by way of the Court's electronic filing system this 20th day of June, 2018.

                /s/ Charlotte E. Glinka