## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>Tramil Bethea, Legal Representative of Elizabeth Bethea | 3:18-cv- 10802  (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 20, 2018, on behalf of Plaintiff Tramil Bethea

Dated:  June 20, 2018                             Respectfully submitted,


By:    /s/ Alan S. Lazar
    Alan S. Lazar, Esq.
    Stanley D. Saltzman, Esq.
    Adam M. Tamburelli, Esq.
    **MARLIN & SALTZMAN, LLP**
    29800 Agoura Road, Suite 210
    Agoura Hills, California 91301
    Telephone: (818) 991-8080
    Facsimile: (818) 991-808
    alazar@marlinsaltzman.com
    ssaltzman@marlinsaltzman.com
    atamburelli@marlinsaltzman.com

    **MCGOWAN, HOOD & FELDER, LLC**
    James L. Ward, Jr.
    321 Wingo Way, Suite 103
    Mt. Pleasant, South Carolina 29464
    Telephone: (843) 388-7202
    Facsimile: (843) 388-3194

jward@mcgowanhood.com
**MCGOWAN, HOOD & FELDER, LLC**
S. Randall Hood
1539 Health Care Drive
Rock Hill, South Carolina
803-327-7800 (general)
rhood@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
John G. Felder, Jr.
1517 Hampton Street
Columbia, South Carolina   29201
(803)  779-0100
(803)  256-0702 Facsimile
jfelder@mcgowanhood.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I, Alan S. Lazar, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on June 20, 2018.


By:   /s/Alan S. Lazar