# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to*:<br><br>Jeffrey Reinus, Individually and Jessica Megan Reinus, Individually and on behalf of Jinni E. Reinus (Deceased) v. Johnson & Johnson, et al.<br>Case No: 3:18-cv-10804 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 20, 2018 on behalf of Plaintiffs Jeffrey Reinus, Individually and Jessica Megan Reinus, Individually and on behalf of Jinni E. Reinus (Deceased).

s/ Mark R. Mueller
Mark R. Mueller
MUELLER LAW PLLC
404 W. 7th St.
Austin, TX 78701
(512) 478-1236
receptionist@muellerlaw.com

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2018, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      s/ Mark R. Mueller
                                                      Mark R. Mueller

                                                      MUELLER LAW PLLC