UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Claudia L. Tijerina v. Johnson & Johnson, et al.*<br><br>Case No.: 18-cv-10830 | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff.

Dated: 06/20/2018                                   Respectfully submitted,

                                                                    */s/ Greg McEwen*
                                                                    Gregory N. McEwen, (MN ID 0273843)
                                                                    McEWEN LAW FIRM, LTD.
                                                                    5850 Blackshire Path
                                                                    Inver Grove Heights, MN 55076
                                                                    Phone: 651-224-3833
                                                                    Facsimile: 651-223-5790
                                                                    gmcewen@mcewenlaw.com

                                                                    *Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of June, 2018.

/s/ Greg McEwen