## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Charles Wadley, individually and on behalf of all interested parties, vs. Johnson & Johnson, et al.*<br><br>**Case Number: 18-cv-10922** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Charles Wadley, individually and on behalf of all interested parties.

This 22nd day of June 2018.

                                              Respectfully submitted,
                                              /s/ John C. Enochs
                                              John C. Enochs, MS Bar #9635
                                              Rickard L. Root
                                              Morris Bart, LLC
                                              601 Poydras St.,
                                              24th Floor New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              jenochs@morrisbart.com
                                              rroot@morrisbart.com
                                              Attorneys for Plaintiff

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of June 2018.

                      */s/ John C. Enochs*