**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

***Wayne Tauzier, individually and on behalf of Loretta Tauzier, vs. Johnson & Johnson, et al.***

**Case Number: 18-cv-18-10987**

**MDL NO. 2738 (FLW) (LHG)**

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Wayne Tauzier.

This 25th day of June 2018.

Respectfully submitted,
/s/ Richard Root

Richard Root, LA Bar #19988
Morris Bart, LLC
601 Poydras St.,
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
rroot@morrisbart.com
Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June 2018.

*/s/ Richard L. Root*