## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*JoEva Jackson v. Johnson & Johnson, et al.*<br><br>Case Number:    18-cv-10991 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, JoEva Jackson.

This 25th day of June, 2018.

                                            Respectfully submitted,
                                            /s/ Richard Root
                                            Richard Root, LA Bar #19988
                                            Morris Bart, LLC
                                            601 Poydras St.
                                            24th Floor New Orleans, LA 70130
                                            Phone: 504-525-8000
                                            Fax: 504-599-3392
                                            rroot@morrisbart.com
                                            Attorneys for Plaintiff

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June, 2018.

                          */s/ Richard L. Root*