**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Barbara Hartsfield, individually and on behalf of Elva M. Flow, vs. Johnson & Johnson, et al.*<br><br>**Case Number:**    18-cv-18-11000 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Hartsfield, individually and on behalf of Elva M. Flow.

This 25th day of June 2018.

                              Respectfully submitted,
                              /s/ Richard Root
                              Richard Root, LA Bar #19988
                              Betsy J. Barnes, LA Bar # 19473
                              Morris Bart, LLC
                              601 Poydras St.,
                              24th Floor New Orleans, LA 70130
                              Phone: 504-525-8000
                              Fax: 504-599-3392
                              rroot@morrisbart.com
                              bbarnes@morrisbart.com
                              Attorneys for Plaintiff

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June 2018.

                      */s/ Richard L. Root*