**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Loretta Latin v. Johnson & Johnson, et al.***<br><br>**Case Number:    18-cv-11001** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Loretta Latin.

This 25th day of June, 2018.

Respectfully submitted,
/s/ Richard Root
Richard Root, LA Bar #19988
Betsy J. Barnes, LA Bar #19473
Morris Bart, LLC
601 Poydras St.
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June, 2018.

*/s/ Richard L. Root*