## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ashley Fruge v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-11003 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Ashley Fruge.

This 25th day of June, 2018.

                                                           Respectfully submitted,
                                                           /s/ Richard Root
                                                           Richard Root, LA Bar #19988
                                                           Betsy J. Barnes, LA Bar #19473
                                                           Morris Bart, LLC
                                                           601 Poydras St.
                                                           24th Floor New Orleans, LA 70130
                                                           Phone: 504-525-8000
                                                           Fax: 504-599-3392
                                                           rroot@morrisbart.com
                                                           bbarnes@morrisbart.com
                                                           Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June, 2018.

/s/ Richard L. Root