**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Audrey Thompson v. Johnson & Johnson, et al.* <br><br> **Case Number:**       18-cv-11019 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Audrey Thompson.

This 25th day of June, 2018.

> Respectfully submitted,
> /s/ Richard Root
> Richard Root, LA Bar #19988
> Betsy J. Barnes, LA Bar #19473
> Morris Bart, LLC
> 601 Poydras St.
> 24th Floor New Orleans, LA 70130
> Phone: 504-525-8000
> Fax: 504-599-3392
> rroot@morrisbart.com
> bbarnes@morrisbart.com
> Attorneys for Plaintiff

## **Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June, 2018.

                 */s/ Richard L. Root*