## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> JANET M. MOSCHETTO, Individually and as Wrongful Death Heir of JOAN M. MOSCHETTO, Decedent, <br><br>            Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br>            Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br><br> Civil Action No.: 3:18-cv-11017 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 25, 2018 on behalf of Plaintiff, Janet M. Moschetto, Individually and as Wrongful Death Heir of Joan M. Moschetto, Decedent.

Dated: 6/26/2018                                            Respectfully Submitted by,

                                                            */s/ Christopher L. Schnieders*
                                                            Thomas P. Cartmell MO# 45366
                                                            tcartmell@wcllp.com
                                                            Christopher L. Schnieders MO# 57725
                                                            cschnieders@wcllp.com
                                                            Wagstaff & Cartmell, LLP
                                                            4740 Grand Avenue, Suite 300
                                                            Kansas City, MO 64112
                                                            (816) 701-1100
                                                            FAX (816) 531-2372

                                                            **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 26, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders