## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Nicky Sprauve as Surviving Spouse of Cheryl Sprauve, deceased. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 2:18-cv-11108<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 27, 2018, on behalf of Nicky Sprauve as Surviving Spouse of Cheryl Sprauve. Deceased.

    Respectfully submitted,

/s/Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, Kansas 66207-2950
913-451-3433
913-839-0567 - Facsimile
ATTORNEY FOR PLAINTIFF

Dated: June 27, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff