UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BOBBY RILEY, Individually and as Wrongful Death Heir of SHERRY J. RILEY, Decedent,<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-11035 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 26, 2018 on behalf of Plaintiff, Bobby Riley, Individually and as Wrongful Death Heir of Sherry J. Riley, Decedent.

Dated: 6/27/2018

Respectfully Submitted by,

/s/ Christopher L. Schnieders
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Christopher L. Schnieders MO# 57725
cschnieders@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 27, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders