**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MELONI G. PAGE, Individually and as Wrongful Death Heir of CONNIE M. PAGE, Decedent,<br><br>　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-11104 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 27, 2018 on behalf of Plaintiff, Meloni G. Page, Individually and as Wrongful Death Heir of Connie M. Page, Decedent.

Dated: 6/27/2018　　　　　　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher L. Schnieders
　　　　　　　　　　　　　　　　　　　　　　Thomas P. Cartmell MO# 45366
　　　　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com
　　　　　　　　　　　　　　　　　　　　　　Christopher L. Schnieders MO# 57725
　　　　　　　　　　　　　　　　　　　　　　cschnieders@wcllp.com
　　　　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell, LLP
　　　　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　　　　　　　FAX (816) 531-2372

　　　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 27, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders