UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **DAWN BARBELLA,**    **Plaintiff,** **v.** **JOHNSON & JOHNSON, et al.,**    **Defendants.** | **MDL NO. 2738 (FLW) (LHG)** Case No. 3:18-cv-09951-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 31, 2018, on behalf of Plaintiff DAWN BARBELLA.

Dated June 27, 2018                         Respectfully Submitted,


                    By:   /s/ *Mark P. Robinson, Jr.*
                        Mark P. Robinson, Jr.
                        19 Corporate Plaza Drive
                        Newport Beach, CA 92660
                        949-720-1288 Phone
                        949-720-1292 Facsimile
                        mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that June 27, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.