## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| ELEANOR PILE, | Case No. 3:18-cv-09618-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 23, 2018, on behalf of Plaintiff ELEANOR PILE.

Dated June 27, 2018                    Respectfully Submitted,


By:  /s/ *Mark P. Robinson, Jr.*
        Mark P. Robinson, Jr.
        19 Corporate Plaza Drive
        Newport Beach, CA 92660
        949-720-1288 Phone
        949-720-1292 Facsimile
        mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that June 27, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


  /s/ Mark P. Robinson Jr.           
MARK P. ROBINSON, JR.