**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |

*THIS DOCUMENT RELATES TO ALL CASES*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that true and correct copies of the Plaintiffs' Steering Committee's

Second Amended Notice of the 30(b)(6) Depositions of Defendant Personal Care Products

Council was served via electronic mail on June 27, 2018 on all Defendants through their counsel

of record identified below.

Thomas Locke
tlocke@seyfarth.com
Eric Barton
ebarton@seyfarth.com
SEYFARTH SHAW LLP
975 F St., NW
Washington, DC 20004

Alexandra J. Taylor
ataylor@bmctwlaw.com
Jennifer Cheong
jcheong@bmctwlaw.com
Barry, McTiernan & Wedinger, PC
10 Franklin Avenue
Edison, NJ 08837

*COUNSEL FOR DEFENDANT PERSONAL CARE PRODUCTS COUNCIL*

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047

Gene M. Williams
gmwilliams@shb.com
SHOOK, HARDY & BACON LLP
600 Travis St., Ste. 3400
Houston, TX 77002

John H. Beisner
John.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
*COUNSEL FOR DEFENDANTS  JOHNSON & JOHNSON and*
*JOHNSON & JOHNSON CONSUMER INC.*

Lorna A. Dotro
ldotro@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962

Mark Silver
msilver@coughlinduffy.com
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962

Nancy M. Erfle
nerfle@grsm.com
GORDON & REES SCULLY MANSUKHANI
121 SW Morrison St., Ste. 1575
Portland, OR 97204
*COUNSEL FOR DEFENDANT IMERYS TALC AMERICA INC.*

DATE:  June 28, 2018

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

_/s/ P. Leigh O'Dell_
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

**Plaintiffs' Co-Lead Counsel**

/s/ _Christopher M. Placitella_
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

**_Plaintiffs' Liaison Counsel_**