

One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Joel A. Pisano
Direct Dial: (973) 757-1035
jpisano@walsh.law

June 28, 2018

**VIA ECF AND ELECTRONIC MAIL**
All Counsel of Record

>    Re:   *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
>    **Case No. 3:16-md-02738-FLW-LHG**

Dear Counsel,

By Orders of the Honorable Freda L. Wolfson, U.S.D.J. dated August 30, 2017 (D.I. 536) and September 11, 2017 (D.I. 704), I was appointed as Special Master for the purpose of overseeing discovery disputes that may arise in the above-captioned multi-district litigation ("MDL"). This MDL contains product liability cases in which Plaintiffs allege that certain Johnson & Johnson products containing talcum powder (the "Products") have been the cause of ovarian cancer for thousands of women who have used the Products.[1]

This letter order resolves disputes relating to Imerys' claim of privilege to several documents, and Plaintiffs' objection thereto. The Parties raised the dispute by letters to me dated May 14, 2018, May 25, 2018 May 29, 2018, and June 5, 2018. At my request, Imerys submitted to me several binders containing each of the disputed documents along with a privilege log laying out the claim of privilege and Plaintiffs' objections thereto. I personally reviewed each of the documents *in camera*, along with the privilege log, party notes, and letter submissions. Subsequently, I held a conference with counsel for Imerys, on a sealed record, to discuss my remaining questions relating to the disputed documents. This letter order reflects my findings and opinions with respect to the disputed documents.

I am satisfied that the disputed documents are privileged, and may be withheld as set

---

[1] I do not provide a detailed factual and procedural background, as I write for the benefit of the Court and the parties, all being familiar with the facts of this case.

June 28, 2018
Page 2

forth in the privilege log, with the exception of the following documents: Binder A, document #16, Binder C, Part 1, documents #44 and 54.  Binder A, document #16 must be produced in its entirety.  Binder C, Part 1, documents #44 and 54 must be produced in redacted form as previously redacted and produced in Binder A, document #108.

    So ordered.

    Very truly yours,

    Joel A. Pisano

cc:    Honorable Freda L. Wolfson (via ECF and First-Class Mail)
    Honorable Lois H. Goodman (via ECF and First-Class Mail)