UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Phillip Lafleur, individually and on behalf of Carolyn Lafleur, vs. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-18-11247 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Phillip Lafleur, individually and on behalf of Carolyn Lafleur.

This 29th day of June 2018.

                      Respectfully submitted,
                      /s/ Richard Root
                      Richard Root, LA Bar #19988
                      Betsy J. Barnes, LA Bar # 19473
                      Morris Bart, LLC
                      601 Poydras St., 24th Floor
                      New Orleans, LA 70130
                      Phone: 504-525-8000
                      Fax: 504-599-3392
                      rroot@morrisbart.com
                      bbarnes@morrisbart.com
                      Attorneys for Plaintiff

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2018.

                  */s/ Richard L. Root*