## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Harvey Belgard, individually and on behalf of Billie Jean Belgard, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-18-11256 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Harvey Belgard, individually and on behalf of Billie Jean Belgard.

This 29th day of June 2018.

          Respectfully submitted,
          /s/ Richard Root
          Richard Root, LA Bar #19988
          Betsy J. Barnes, LA Bar # 19473
          Morris Bart, LLC
          601 Poydras St., 24th Floor
          New Orleans, LA 70130
          Phone: 504-525-8000
          Fax: 504-599-3392
          rroot@morrisbart.com
          bbarnes@morrisbart.com
          Attorneys for Plaintiff

**Certificate of Service**

       The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2018.

                                                   */s/ Richard L. Root*