# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nettie Collins v. Johnson & Johnson, et al.*<br><br>Case Number:       18-cv-11258 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nettie Collins.

This 29th day of June, 2018.

                Respectfully submitted,
                <u>/s/ Richard Root</u>
                Richard Root, LA Bar #19988
                Betsy J. Barnes, LA Bar # 19473
                Morris Bart, LLC
                601 Poydras St.
                24th Floor New Orleans, LA 70130
                Phone: 504-525-8000
                Fax: 504-599-3392
                rroot@morrisbart.com
                bbarnes@morrisbart.com
                Attorneys for Plaintiff

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June, 2018.

                                                */s/ Richard L. Root*