## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

<table>
<tr><td>

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Linda Koppie v. Johnson & Johnson, et al.*
Case No.: 3:18-cv-11252

</td><td>

MDL NO. 2738 (FLW) (LHG)

</td></tr>
</table>

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Linda Koppie.

Dated: <u>June 29, 2018</u>                    Respectfully submitted,


By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June, 2018.


/s/ Stuart L. Goldenberg