**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cleather Johnson v. Johnson & Johnson, et al.*<br><br>Case Number:  18-cv-11261 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Cleather Johnson.

This 29th day of June, 2018.

                                        Respectfully submitted,
                                        /s/ Richard Root
                                        Richard Root, LA Bar #19988
                                        Betsy J. Barnes, LA Bar # 19473
                                        Morris Bart, LLC
                                        601 Poydras St.
                                        24th Floor New Orleans, LA 70130
                                        Phone: 504-525-8000
                                        Fax: 504-599-3392
                                        rroot@morrisbart.com
                                        bbarnes@morrisbart.com
                                        Attorneys for Plaintiff

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June, 2018.

                                                            */s/ Richard L. Root*