IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIBILITY LITIGATION<br><br>This Document Relates to:<br><br>Sharon T. Terry, et al. v. Johnson & Johnson, et al.<br>Civil Action No. 3:18-cv-11254-FLW-LHG | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**Notice of Filing** |

    Notice is hereby given pursuant to Case Management Order No. 3 (filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 29, 2018, on behalf of the Plaintiffs Sharon T. Terry and Stephen W. Terry, Jr..

Date: July 2, 2018

Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC

/s/ *William N. Riley*
William N. Riley (#14941-49)
Anne Medlin Lowe (#31402-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
317.633.5270
Fax:  317.426.3348
wriley@rwp-law.com
alowe@rwp-law.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on the 2nd day of July, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *William N. Riley*
William N. Riley