UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MDL No. 2738 (FLW) (LHG)

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

This document relates to:

Case: 3:17-cv-7215
Jenkins v. Johnson & Johnson et al

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kenneth L. Jenkins on Behalf of Michele Robyn Jenkins.

Dated: July 2, 2018

Respectfully Submitted by,

BERKE LAW FIRM, P.A.

By:   /s/ Bill B. Berke
Bill B. Berke, Esq.
Florida Bar No. 0558011
berkelaw@yahoo.com
4423 Del Prado Blvd. S.
Cape Coral, FL 33904
Telephone: (239) 549-6689
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy hereof has been furnished by electronic mail and through the Court's online filing system.

/s/ Bill B. Berke