UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG)<br><br>SUPPLEMENT TO FEBRUARY 21, 2018 AGREED ORDER AND STIPULATION REGARDING PRODUCTION OF TALC SAMPLES FROM IMERYS TALC AMERICA INC. |

WHEREAS, on February 21, 2018 this Court entered the Agreed Order and Stipulation Regarding Production of Talc Samples From Imerys Talc America, Inc. (Doc. 4757) ("the February 21, 2018 Order"); and

WHEREAS, since the entry of that Order, Imerys Talc America, Inc. ("Imerys") has made a supplemental disclosure of additional historical[1] samples of talc provided to Johnson & Johnson for Johnson's® Baby Powder or Shower to Shower® in its possession; and

---

[1] As used in the February 21, 2018 Order, "historical" refers to samples taken prior to 2014.

WHEREAS, pursuant to the terms of the February 21, 2018 Order, the parties wish to supplement the February 21, 2018 Order to include the samples identified in Exhibit 1 attached hereto;

IT IS THEREFORE AGREED AND ORDERED THAT the samples identified in Exhibit 1 attached hereto are hereby incorporated into the February 21, 2018 Order;

IT IS FURTHER AGREED AND ORDERED THAT, for the purposes of the samples identified in Exhibit 1 attached hereto, within thirty (30) business days of the entry of this Agreed Order, plaintiffs will select and identify to defendants in writing a reasonable number of talc samples from the inventories attached to Exhibit 1. Imerys reserves the right to challenge the number of talc samples selected by plaintiffs as excessive or otherwise unreasonable, but must do so in writing within seven (7) days after plaintiffs provide their written selections to Imerys. To the extent that Imerys objects to the number of talc samples, the parties shall meet and confer within fifteen (15) days of the objection in an effort to resolve the parties' dispute. If the dispute cannot be resolved by agreement, plaintiffs' counsel shall present the dispute to Judge Pisano initially by letter, consistent with Local Civil Rule 37.1(a)(1), before filing a formal motion for an order.

IT IS FURTHER AGREED AND ORDERED THAT, for the purposes of the samples identified in Exhibit 1 attached hereto, within fifteen (15) days of the entry

of this Order, Imerys shall deliver, or cause to be delivered, all talc samples to Alliance Technologies LLC in Monmouth Junction, New Jersey, an independent testing laboratory that is DEA licensed, FDA registered, and which employs good laboratory practices ("the Laboratory"). Following agreement by the parties on the talc samples to be divided (or, to the extent there is a dispute, an order of either Judge Pisano or the Court), the parties, in coordination with the Laboratory, shall agree on a date for the division of the Selected Samples pursuant to the terms of this Order.

IT IS FURTHER AGREED AND ORDERED THAT unless otherwise specifically stated herein, all other portions of the February 21, 2018 Order, remain in effect and apply to all samples identified in both the February 21, 2018 Order and the samples identified in Exhibit 1 attached hereto.

**SO ORDERED**, this __2nd__ day of __July__, 2018.

_____
United States District Judge

**STIPULATED AND AGREED**:

s/ *Mark K. Silver*
Mark K. Silver
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ 07962
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
Email: msilver@coughlinduffy.com

s/ *Nancy M. Erfle*
Nancy M. Erfle
GORDON & REES LLP
121 SW Morrison Street
Suite 1575
Portland, Oregon 97204
Telephone: (503) 382-3852
Facsimile: (503) 616-3600
Email: nerfle@grsm.com

s/*Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

s/*P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

*s/Christopher M. Placitella*
Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone: 888-219-3599
Facsimile: 215-567-6019
Email: cplacitella@cprlaw.com

# EXHIBIT 1

INVENTORY OF BAGS OF TALC IN THE "LANZO" BOX

| #   | Date    | Written on Talc Box |
|-----|---------|---------------------|
| 1.  | 2/20/85 | Grade 96 Lroug Lee Pulp, Level 2 ¾, Regent 15 cc, 30 cc, 1/3 |
| 2.  | 1967    | 66 Grade Annual Comp. |
| 3.  | 1968    | 66 Grade Annual Comp. |
| 4.  | 1969    | 66 Grade Annual Comp. |
| 5.  | 1970    | 66 Grade Annual Comp. |
| 6.  | 1971    | 66 Grade Annual Comp. |
| 7.  | 1972    | 66 Grade Annual Comp. |
| 8.  | 1973    | 66 Grade Annual Comp. |
| 9.  | 1974    | 66 Grade Annual Comp. |
| 10. | 1975    | 66 Grade Annual Comp. |
| 11. | 1976    | 66 Grade Annual Comp. |
| 12. | 1977    | 66 Grade Annual Comp. |
| 13. | 1978    | 66 Grade Annual Comp. |
| 14. | 1979    | 66 Grade Annual Comp. |
| 15. | 1980    | 66 Grade Annual Comp. |
| 16. | 1981    | 66 Grade Annual Comp. |
| 17. | 1982    | 66 Grade Annual Comp. |
| 18. | 1983    | 66 Grade Annual Comp. |
| 19. | 1984    | 66 Grade Weekly Comp. |
| 20. | 1987    | 66 Grade Annual Comp. |

| SKP Box Number | 322689923 | | |
|---|---|---|---|
| Description | West Windsor Silo 4 "96" Trial Run 10/9 - 10/18/01 Batch 2794-2802 | | |
| Overview | Box contains Grade 96 shift composite samples and railcar shipment samples; Shift samples have run hours written on bag | The cup samples are transloading samples from bulk 96 trailer unloading and RC microbe autosampler (4 sets from each process) | |
| **Shift Comps** | | Railcar Samples Grade 96 | 12/3/2001 |
| 10/9/2001 | Shift I | ACFX42618 | |
| | Shift II | 16 cup samples | |
| 10/10/2001 | Shift II | Final Composite Sample | |
| | Shift III | | |
| 10/11/2001 | Shift I | ACFX42681 (42861) | 11/20/2001 |
| | Shift II | 16 cup samples | |
| | Shift III | Final Composite Sample | |
| 10/12/2001 | Shift I | | |
| | Shift II | ACFX 42680 | 11/19/2001 |
| 10/13/2001 | Shift I | 16 cup samples | |
| 10/17/2001 | Shift II | Final Composite Sample | |
| | Shift III | | |
| 10/18/2001 | Shift I | SHPX42865 | 11/26/2001 |
| | Shift II | 16 cup samples | |
| | | Final Composite Sample | |

EXAMPLE OF COMP AND CUPS

| SKP Box Number | 322689906 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Silo Composites with start and finish run times and/or dates. | | | | | | | | | | | | | | |
| Silo 9 Comp | | | | | 23:40 | 9/29/1988 | Silo 1 Comp | | 8/24/1988 | Silo 2 Comp | 13:00 | 10/12/1988 | Silo 7 Comp | | 7/21/1988 | Silo 5 | 16:35 | 3/15/1988 | Silo 1 | 12:00 | 1/14/1988 |
| | | 21:30 | 10/6/1988 | | | | | | 8/29/1988 | Grade 96 | 7:30 | 10/20/1988 | | | 7/26/1988 | | 13:30 | 3/19/1988 | | 15:55 | 1/25/1988 |
| Silo 5 Comp | | 1:30 | 9/20/1988 | | | | Silo 2 Comp | 11:55 | 3/28/1988 | Silo 6 | 19:55 | 9/24/1988 | Silo 9 | 23:40 | 9/29/1988 | Silo 2 | 10:41 | 2/29/1988 | Silo 3 | 5:00 | 4/11/1988 |
| Grade 66 | | 19:55 | 9/24/1988 | | | | | 5:00 | 4/4/1988 | | 23:40 | 9/29/1988 | | 21:30 | 10/6/1988 | | 13:20 | 3/4/1988 | | 4:30 | 4/8/1988 |
| Silo 3 | | 5:30 | 5/9/1988 | | | | Silo 10 | 11:45 | 2/3/1988 | Silo 7 | 21:30 | 10/6/1988 | Silo 5 Comp | | 8/9/1988 | Silo 4 Comp | | 5/26/1988 | Silo 7 Comp | 19:30 | 6/17/1988 |
| | | 10:15 | 5/13/1988 | | | | | 6:30 | 2/15/1988 | | 13:00 | 10/12/1988 | | | 8/13/1988 | | | 6/9/1988 | | 4:00 | 6/24/1988 |
| Silo 2 Comp | | | 8/23/1988 | | | | Silo 4 Comp | | 9/6/1988 | Silo 4 | 14:00 | 11/10/1988 | Silo 5 Comp | | 9/20/1988 | Silo 1 | 8:00 | 2/24/1988 | | | |
| | | | 8/24/1988 | | | | | | 9/9/1988 | | 5:00 | 11/18/1988 | | 19:55 | 9/24/1988 | | 8:00 | 2/29/1988 | | | |
| Silo 3 Comp | | | 7/1/1988 | | | | Silo 2 Comp | | 9/9/1988 | Silo 1 | 10:30 | 3/23/1988 | Silo 3 Comp | | 8/1/1988 | Silo 3 | 15:55 | 1/25/1988 | | | |
| | | | 7/11/1988 | | | | | | 9/13/1988 | | 7:00 | 3/28/1988 | | | 8/5/1988 | | 16:30 | 2/3/1988 | | | |
| Silo 2 Comp | | 1:00 | 5/19/1988 | | | | Silo 1 | 10:15 | 5/13/1988 | Silo 5 Comp | | 7/13/1988 | Silo 5 Comp | | 6/9/1988 | Silo 7 | 11:00 | 4/28/1988 | | | |
| | | 4:30 | 5/26/1988 | | | | | 1:00 | 5/19/1988 | Gd 96 | | 7/18/1988 | | | 6/17/1988 | | 5:30 | 5/9/1988 | | | |
| Silo 5 Comp | | 13:30 | 4/25/1988 | | | | Silo 4 | 10:34 | 4/15/1988 | Silo 6 Comp | 19:55 | 9/24/1988 | Silo 6 Comp | | 7/18/1988 | Silo 9 Comp | 22:05 | 4/19/1988 | | | |
| | | 11:00 | 4/28/1988 | | | | | 22:05 | 4/19/1988 | | 23:40 | 9/29/1988 | | | 7/20/1988 | | 13:30 | 4/25/1988 | | | |
| Silo 1 Comp | | 4:00 | 6/24/1988 | | | | Silo 4 Comp | | 7/11/1988 | Silo 4 | | 8/5/1988 | Silo 7 | 19:30 | 2/15/1988 | Silo 3 | 13:20 | 3/4/1988 | | | |
| | | 8:20 | 7/1/1988 | | | | | | 7/13/1988 | | | 8/9/1988 | | 14:00 | 2/16/1988 | | 16:20 | 3/9/1988 | | | |
| Silo 1 Comp | | | 7/26/1988 | | | | Silo 2 Comp | 13:00 | 10/12/1988 | Silo 7 Comp | | 8/17/1988 | Silo 10 | 4:30 | 4/8/1988 | Silo 9 | 12:25 | 12/23/1987 | | | |
| | | | 8/1/1988 | | | | | 7:30 | 10/20/1988 | | | 8/23/1988 | | 10:34 | 4/15/1988 | | 16:30 | 1/6/1988 | | | |
| Silo 8 Comp | | | 8/13/1988 | | | | Silo 10 Comp | 14:35 | 9/27/1988 | Silo 7 | 16:30 | 1/6/1988 | Silo 9 | 16:20 | 3/9/1988 | Silo 5 | 11:15 | 2/17/1988 | | | |
| | | | 8/7/1988 | | | | Grade 66 | | 10/20/1988 | | 12:00 | 1/14/1988 | | 16:35 | 3/15/1988 | | 8:00 | 2/24/1988 | | | |
| Silo 3 Comp | | | 8/30/1988 | | | | | 5:00 | 10/26/1988 | | | | | | | | | | | | |
| | | | 9/2/1988 | | | | | | | | | | | | | | | | | | |

SKP Box Number       322689809

Box Description      Monthly Float Feed Composite Samples

FF Jan 1998
FF Feb 1998
FF March 1998
FF Monthly Comp April 1998
FF Monthly Comp May 1998
FF Monthly Cop June 1998 Blended Ore
WW FF July 1998
FF Aug 1998
FF Sept 1998
Oct 1998
FF Nov 1998 Monthly Comp
FF Monthly Dec 1998



Empty



Bag Condition



Box First Open

| SKP Box Number | 337243014 |
|---|---|
| Box Description | Gr 66 Retains |
| 66 Daily | 9/24/1988 Silo 5 |
| 66 Daily | 11/21/1988 Silo 9 |
| 66 Daily | 11/9/1988 Silo 3 |
| 66 Daily | 11/28/1988 Silo 8 |
| 66 Daily | 10/20/1988 Silo 10 |
| 66 Daily | 11/22/1988 Silo 9 |
| 66 Daily | 11/23/1988 Silo 9 |
| 66 Daily | 9/26/1988 Silo 6 |

| Project number | Sample number | Project Description | Sample description |
|---|---|---|---|
| A12123 | 3 | TEM analysis of April 2012 Houston Composites | APR 2012 Houston composite- Grade 25 USP |
| A12151 | 3 | TEM analysis of Houston Composites, May 2012 | May 2012 Houston composite - Grade 25 USP |
| A12355 | 3 | Characterization of Chinese #2, M.V. Jin Run | RM Chinese #2- Olympic H |
| A13004 | 1 | Houston Monthley Fiber Management Samples (December) | Grade 25 USP |
| A13054 | 4 | Characterization of Chinese # 1 & 2  ore from MV Jin Shun | Pre-Grind CH 2 ore composite sample |
| A13062 | 1 | TEM analysis of Houston Composites, Jan 2013 | Jan 2013 Houston Compsoite- Grade 25 USP |
| A13106 | 5 | TEM analysis of Houston Composites, February 2013 | FEB 2013 Houston Composites- Grade 25 |
| A13149 | 2 | Characterization and TEM of Guangxi #2 from M.V. Ning Bo Dolphin | RM Chinese #2 |
| A14072 | 2 | Characterization Analysis of Guangxi #2 ore, M.V. "Cymbeline" | RM Pre - Grind |
| A14093 | 5 | January and Febuary Houston Fiber Management Samples | CH@2 Grade 25 USP Feb 14 |
| A14126 | 3 | TEM analysis of Houston Composites, March 2014 | Grade 25 CH#2 March 2014 |
| A14189 | 2 | TEM analysis of Houston Composites, April 2014 | Apr 2014 Houston Composites- Grade 25 USP |
| A14192 | 1 | Characterization of Guangxi #2 from "MV Popi S" | Cimpact 710 |
| A14233 | 4 | Houston May Fiber Management Samples | Grade 25 USP |
| A14282 | 4 | Houston June Fiber Management | Grade 25 USP |
| A14324 | 4 | Houston M4 July Samples | Grade 25 USP |
| A14369 | 4 | Houston August M4 Samples | Grade 25 USP |
| A14411 | 4 | TEM analysis of Houston Composites, September 2014 | Sept '14 Grade 25 Ch#2 |
| A14466 | 1 | Houston Fibers Mgt M4 Project | Oct '14 Grade 25 Ch #2 |
| A14496 | 3 | November '14 Fiber Management - Houston | Nov. '14 Grade 25 USP Chinese #1 |

OLD GUANGXI CHINESE TALC SAMPLES

| PHOTO ID# | Date | Project Number | Description | Sample Number | Sample Description | Information on Samples | Additional Package or Comments |
|---|---|---|---|---|---|---|---|
| SJ060718 - 007 | 01/00/2003 | | Guangxi 2 | | | RM MV Tian Song Feng | |
| SJ060718 - 046 | 09/00/2004 | | Guangxi 2 | | | RM MV Danae | |
| SJ060718 - 054 | 1/18/2005 | | Guangxi 2 | | | RM MV Tai Chang | |
| SJ060718 - 061 | 09/00/2005 | | Guangxi 2 | | | RM MV Pacific Acadian | |
| SJ060718 - 066 | 09/00/2005 | | Guangxi 2A | | | RM MV Pacific Acadian | |
| SJ060718 - 068 | 3/6/2006 | | Guangxi 2A | | | RM Pos Eternity | |
| SJ060718 - 073 | 6/8/2006 | | Guangxi 2 | | | RM Hebei Arrow | |
| SJ060718 - 075 | 6/8/2006 | | Guangxi 2A | | | RM Hebei Arrow | |
| SJ060718 - 085 | 10/12/2007 | | Guangxi 2 | | | RM MV Wing | |
| SJ060718 - 089 | 11/23/2007 | | Guangxi 2 | | | RM MV Helenic Sea | |
| SJ060718 - 092 | 11/23/2007 | | Guangxi 2 | | | RM MV Helenic Sea | |
| SJ060718 - 098 | 1/9/2009 | | Guangxi 2 | | | RM MV Anna Smile | |
| SJ060718 - 101 | 9/20/2010 | | Guangxi 2 | | | RM MV Sonja C | |