UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ADRIANA CLARK,<br><br>                          Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                          Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:18-cv-11106 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 27, 2018 on behalf of Plaintiff, Adriana Clark.

Dated: 7/2/18                                                                           Respectfully Submitted by,

                                                                                   */s/ Christopher L. Schnieders*
                                                                                   Thomas P. Cartmell MO# 45366
                                                                                   tcartmell@wcllp.com
                                                                                   Christopher L. Schnieders MO# 57725
                                                                                   cschnieders@wcllp.com
                                                                                   Wagstaff & Cartmell, LLP
                                                                                   4740 Grand Avenue, Suite 300
                                                                                   Kansas City, MO 64112
                                                                                   (816) 701-1100
                                                                                   FAX (816) 531-2372

                                                                          **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on July 2, 2018.

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders