AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Christynn Vierra | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-md-2738-FLW-LHG |
| Johnson & Johnson, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christynn Vierra                                            .

Date:   07/05/2018                                     s/ Richard C. Ely, Jr.
                                                                    *Attorney's signature*

                                                            Richard C. Ely, Jr. (LA #25662)
                                                            *Printed name and bar number*
                                                            Ely Law, LLC
                                                            400 Poydras St., Suite 1680
                                                            New Orleans, LA 70130

                                                            *Address*

                                                            rick@ely-law.com
                                                            *E-mail address*

                                                            (504) 620-5415
                                                            *Telephone number*

                                                            (504) 527-5456
                                                            *FAX number*