# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>Robert Brown, On Behalf of the Heirs of Lois Brown, Deceased | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-11413 |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 6, 2018 on behalf of Plaintiff Robert Brown, On Behalf of the Heirs of Lois Brown, Deceased.

Dated: July 6, 2018

                                                                       By: */s/ Rhett A. McSweeney*
                                                                       David M. Langevin, #329563
                                                                       Rhett A. McSweeney, #269542
                                                                       McSweeney/Langevin
                                                                       2116 Second Avenue South
                                                                       Minneapolis, MN 55404
                                                                       Phone: (612) 542-4646
                                                                       Fax: (612) 454-2678
                                                                       dave@westrikeback.com
                                                                       ram@westrikeback.com

                                                                       **Counsel for Plaintiff(s)**

**CERTICATE OF SERVICE**

      I hereby certify that on July 6, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                  */s/ Rhett A. McSweeney*
                                                  David M. Langevin, #329563
                                                  Rhett A. McSweeney, #269542
                                                  McSweeney/Langevin
                                                  2116 Second Avenue South
                                                  Minneapolis, MN 55404
                                                  Phone: (612) 542-4646
                                                  Fax: (612) 454-2678
                                                  dave@westrikeback.com
                                                  ram@westrikeback.com