UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Teralynn Clark, individually, and as the representative of the Estate of Janice Clark, deceased,<br>                    Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                    Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-11361 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 5, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                    Respectfully Submitted by,

                                                    /s/ Randi Kassan
                                                    SANDERS PHILLIPS GROSSMAN, LLC
                                                    Randi A. Kassan, Esq.
                                                    100 Garden City Plaza, Suite 500
                                                    Garden City, NY 11530
                                                    Tel: (516) 741-5600
                                                    Fax: (516) 741-0128
                                                    rkassan@thesandersfirm.com

                                                    **Counsel for Plaintiff**