BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Walter Mays obo Judy Mays (deceased)*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Walter Mays obo Judy Mays (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-11196 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 28, 2018 on behalf of Plaintiff Walter Mays obo Judy Mays (deceased).

>  */s/ Brittany S. Scott*
>  Brittany S. Scott
>  BEASLEY ALLEN CROW METHVIN
>  PORTIS & MILES, P.C.
>  218 Commerce Street
>  Montgomery, Alabama 36104
>  (800) 898-2034 Telephone
>  (334) 954-7555 Facsimile
>  Brittany.Scott@BeasleyAllen.com
>
>  Attorneys for Plaintiff Walter Mays obo Judy Mays (deceased)

Dated: July 6, 2018

## CERTIFICATE OF SERVICE

   I hereby certify that on July 6, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Brittany S. Scott*
                 Brittany S. Scott

                 BEASLEY ALLEN CROW METHVIN
                 PORTIS & MILES, P.C.