## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Barbara Bell Moore, personal representative for the estate of Annie Laura Johnson, v. Johnson & Johnson, et al.*<br><br>**Case Number:**     18-cv-11421 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Bell Moore, personal representative for the estate of Annie Laura Johnson.

This 6th day of July, 2018.

        Respectfully submitted,
        /s/ Christine Brandt
        Christine M. Brandt, AL Bar #ASB-3949-N70C
        Richard L. Root
        Morris Bart, LLC
        601 Poydras St.
        24th Floor New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        cbrandt@morrisbart.com
        rroot@morrisbart.com
        Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Christine M. Brandt*