## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Louise Black v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-11434 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Louise Black.

This 6th day of July, 2018.

                               Respectfully submitted,
                               /s/ Richard Root
                               Richard Root, LA Bar #19988
                               Betsy J. Barnes, LA Bar # 19473
                               Morris Bart, LLC
                               601 Poydras St.
                               24th Floor New Orleans, LA 70130
                               Phone: 504-525-8000
                               Fax: 504-599-3392
                               rroot@morrisbart.com
                               bbarnes@morrisbart.com
                               Attorneys for Plaintiff

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of July 2018.

                       */s/ Richard L. Root*