## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robin George and Donald Mayeaux, individually and on behalf of Ruby Millet, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-11438 | **MDL NO. 2738 (FLW) (LHG)** |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Robin George and Donald Mayeaux, individually and on behalf of Ruby Millet.

This 6th day of July, 2018.

                                            Respectfully submitted,
                                            /s/ Richard Root
                                            Richard Root, LA Bar #19988
                                            Betsy J. Barnes, LA Bar # 19473
                                            Morris Bart, LLC
                                            601 Poydras St., 24th Floor
                                            New Orleans, LA 70130
                                            Phone: 504-525-8000
                                            Fax: 504-599-3392
                                            rroot@morrisbart.com
                                            bbarnes@morrisbart.com
                                            Attorneys for Plaintiff

**Certificate of Service**

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of July, 2018.

                    */s/ Richard L. Root*