## CERTIFICATE OF SERVICE

I hereby certify that on July 06, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: July 06, 2018

KNAPP & ROBERTS

/s/ Craig A. Knapp
Knapp & Roberts, P.C.
8777 N. Gainey Center Dr.
Suite 165
Scottsdale, AZ 85258
(480) 991-7677
knapp@krattorneys.com
*Attorneys for Plaintiffs*