Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Robert Mendoza Gomez, et al. v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-10725 | Civil No. 3:16-MD-2738-FLW-LHG<br><br>**MDL No. 2738 (FLW) (LHG)**<br>Judge Freda L. Wolfson<br>Mag. Judge Lois H. Goodman<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on June 18, 2018 on behalf of Robert Mendoza Gomez, Robert Michael Gomez, Michelle Gomez, and Andrea Summerville.

DATED: July 06, 2018                                        KNAPP & ROBERTS

                                                                                /s/ Craig A. Knapp