# **EXHIBIT 1**

**Tram Nguyen**

**From:** Mark Silver <MSilver@coughlinduffy.com>
**Sent:** Friday, July 6, 2018 9:37 AM
**To:** Richard D. Meadow; 'Leigh O'Dell (Leigh.ODell@BeasleyAllen.com)'; Chris Tisi; Michelle Parfitt; cplacitella@cprlaw.com
**Cc:** Ann Thornton Field
**Subject:** MDL - Imerys sample splitting

Rick and group,

I am starting to coordinate the arrangements with the laboratory to do the supplemental round of sample splitting.  I am trying to set this up for the week of July 16 and/or July 23 depending on the lab's availability.  Can you please confirm that you will be able to have your observer there during either time frame?

Also, I just want to make sure that we are all on the same page.  First, we will be splitting the 58 samples the PSC requested from the supplemental disclosure.   Then, in addition, we will be splitting  ~20 samples from the initial sample disclosure that Joe Satterley's firm has requested in their Kentucky state case.  These are samples not previously split with the PSC.  However, the PSC will be taking possession of the "Plaintiff's portion" and the Satterley can get what he needs from the PSC.  (I am waiting for confirmation in writing from Kentucky counsel that Satterley's office has agreed to this.)

Let me know about the timing and if there are any other issues.

See some of you Monday morning !

Mark



Mark K. Silver  | Partner

350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey  07962
✉ msilver@coughlinduffy.com
☏ Direct: 973-631-6045
☏ Main: 973-267-0058
🖨 Fax: 973-267-6442
www.coughlinduffy.com

 Please consider going green before you print

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Coughlin Duffy LLP**, To find out more Click Here.