# EXHIBIT 3

**Tram Nguyen**

Begin forwarded message:

> **From:** Mark Silver <MSilver@coughlinduffy.com>
> **Date:** October 27, 2017 at 7:28:03 AM MDT
> **To:** Chris Tisi <ctisi@ashcraftlaw.com>
> **Cc:** "'Leigh O'Dell (Leigh.ODell@BeasleyAllen.com)'" <Leigh.ODell@BeasleyAllen.com>, Lorna Dotro <LDotro@coughlinduffy.com>
> **Subject: Talc MDL- Imerys Sample Inventory Lists**
>
> Chris,
>
> Per your discussions with Lorna, attached please find 3 lists of Imerys Talc America ("Imerys") talc samples that are in the possession of Imerys. The lists begin in 2001 as that is when Imerys brought the testing in house. We are checking with the labs that provided testing prior to that date but think it is unlikely that they kept samples. The lists that are provided are for talc samples taken from talc that was either mined at Argonaut, VT mine for use by J+J or processed at the Houston, TX mill for use by J+J.  We have not yet seen the samples so we cannot advise of the condition of the samples at this time. We are in the process of gathering the actual samples now.
>
> Lorna is back from vacation on Monday and you can do any follow up that you may have directly with her.
>
> Have a great weekend !
>
> Mark

| VT Floated Product | | | |
|---|---|---|---|
| Project number | Description | Sample No. | Sample description |
| A02006 | TEM asbestos analysis of cosmetic grade talc for West Windsor | 1 | Grade 66 composite from Silo 4: 04 Dec - 07 Dec, 2001   (J&J priority sample) |
| A02007 | Grade 66 composite for J&J for quartz and amphibole testing | 1 | Silo 1: 30 Aug - 6 Sep & Silo 2: 18 Sep - 25 Sep, 2001 |
| A02007 | Grade 66 composite for J&J for quartz and amphibole testing | 2 | Silo 4: 9 Oct - 18 Oct, 2001 |
| A02008 | 4th quarter 2001 Grade 66 composite for TEM asbestos | 1 | Silo 4: 9 Oct - 18 Oct, 2001 |
| A02053 | XRD for quartz and amphiboles of Grade 66 composite for Johnson & Jo | 1 | Dec 4 - 7, 2001  Silo 4 & Jan 9 - 12, 2002   Silo 2 |
| A02223 | Quartz and Amphibole testing of Grade 96 USP composite for J&J | 1 | Mar 05-08, silo 1, batch 2892-2895, & Mar 20-26, silo 4, batch 2905-2910, 2002 composite |
| A02224 | TEM asbestos of Grade 96 USP 1st quarter composite for Johnson & Jo | 1 | Mar 05-08, Silo 1, batch 2892-2895 & Mar 20-26, silo 4, batch 2905-2910, 2002 composite |
| A02225 | 2002 Yearly composite of Grade 96 USP for AA testing for J&J | 1 | Year 2002 composite |
| A02399 | Quartz and Amphibole testing of Grade 96 USP 2nd Quarter 2002 comp | 1 | Apr 15-21, 2002 / Silo 2 / Batch 2928-2933 and May 1-4, 2002 / Silo 1 / Batch 2942-2945 |
| A02400 | TEM of Grade 96 USP, 2nd quarter 2002 composite for Johnson & John | 1 | Apr 15-21, 2002 / Silo 2 / Batch 2928-2933 and May 1-4, 2002 / Silo 1 / Batch 2942-2945 |
| A02401 | Quartz and Amphibole testing of Grade 96 USP 2nd qtr 2002 composite | 1 | May 14-19, 2002 / Silo 4 / Batch 2954-2959 and May 21-25, 2002 / Silo 2 / Batch 2961-2965 |
| A02523 | Quartz and Amphibole testing of Grade 96 composite for Johnson & Joh | 1 | June 13-16, 2002 Silo 1 and July 9-12, 2002 Silo 4 |
| A02523 | Quartz and Amphibole testing of Grade 96 composite for Johnson & Joh | 2 | Aug 3-9, 2002 Silo 2 and Aug 9-15, 2002 Silo 1 |
| A02524 | TEM of Grade 96 3rd quarter composite for Johnson & Johnson | 1 | 3rd quarter composite |
| A02594 | Quartz and amphibole testing of Grade 96 for Johnson & Johnson | 1 | Sep 16 - 19, silo 4 and Oct 7 - 11, silo 1 |
| A03037 | Quartz and Amphibole analysis of 4th Quarter Grade 96 composite for J | 1 | Oct 29-Nov 1, 2002 Silo 2 and Dec 3-6, 2002 Silo 4 |
| A03038 | TEM of 4th qtr 2002 Grade 96 USP composite for J&J | 1 | 4th quarter composite |
| A03097 | Quartz and amphibole testing of Grade 96 USP composite for J&J | 1 | 2003: Jan 6-10, Silo 1 and Jan 23-29, Silo 2 |
| A03098 | TEM of 1st quarter 2003 Grade 96 USP composite for J&J | 1 | 1st quarter 2003 composite |
| A03194 | Grade 96 for Quartz and Amphibole Analysis for J&J | 1 | 24Feb-12Mar 03 Silo 4, 15Mar-19Mar 03, Silo 1 |
| A03371 | Quartz and Amphibole testing of Grade 96 USP composite for Johnson & | 1 | April 7-10, 2003 Silo 2 and May 13-16, 2003 Silo 4 |
| A03372 | TEM of 2nd qtr 2003 Grade 96 USP composite for Johnson & Johnson | 1 | Apr 7-10, 2003 Silo 2 and May 13-16, 2003 Silo 4 |
| A03416 | Quartz and Amphibole testing of Grade 96USP for Johnson & Johnson | 1 | June 3-10, 2003 Silo 1 and June 23-27, 2003 Silo 2 composite |
| A03498 | Quartz & Amphibole testing of 3rd quarter 2003 Grade 96 composite for | 1 | June 30-July 03, Silo 4 and Aug 03-Aug 06, Silo 1 |
| A03498 | Quartz & Amphibole testing of 3rd quarter 2003 Grade 96 composite for | 2 | Aug 11-Aug 14, Silo 4 and Sep 09-Sep 12, Silo 4 |
| A03499 | TEM of 3rd quarter 2003 Grade 96 composite for Johnson & Johnson | 1 | 3rd quarter Grade 96 composite |
| A03542 | Quartz and Amphibole testing of Grade 96USP for Johnson & Johnson | 1 | Sept 28-Oct 2, 2003: Silo 1 |
| A07002 | Archiving samples of discontinued products | 33 | GRADE 66, A99372-5 |
| A07002 | Archiving samples of discontinued products | 34 | GRADE 66, A99372-1 |
| A07002 | Archiving samples of discontinued products | 46 | Grade 66 Batch, 1667-1671 |

| | Houston Post-Shipment Ore | | |
|---|---|---|---|
| Project number | Description | Sample No. | Sample description |
| A01653 | Characterization of Crude Ore Composite From Houston | 1 | Guangxi #2 RM, Nov 2001 |
| A01653 | Characterization of Crude Ore Composite From Houston | 2 | Guangxi #2 ACM, Nov 2001 |
| A01653 | Characterization of Crude Ore Composite From Houston | 3 | Guangxi #2 AFG, Nov 2001 |
| A01659 | Guangxi #2 composite (Nov. 2001) | 1 | Guangxi #2 RM, Nov 2001 |
| A02027 | Guangxi #2 crude, Nov '01 shipment to Mexico | 1 | Guangxi #2 crude from Nov '01 |
| A02328 | Guangxi #2 Composite for May 2002 | 1 | Guangxi #2  May 2002 |
| A02329 | Characterization of Guangxi #2 Crude Ore Composites | 1 | Roller Mill |
| A02329 | Characterization of Guangxi #2 Crude Ore Composites | 2 | ACM |
| A02329 | Characterization of Guangxi #2 Crude Ore Composites | 3 | AFG |
| A03026 | Dec 2002 Guangxi #2 crude composite from Houston | 1 | Guangxi #2 crude composite from Houston, Dec 2002 |
| A03027 | Characterization of Dec 2002 crude composites from Houston | 1 | Dec 2002 Guangxi #2 crude composite: RM |
| A03027 | Characterization of Dec 2002 crude composites from Houston | 2 | Dec 2002 Guangxi #2 crude composite: ACM |
| A03027 | Characterization of Dec 2002 crude composites from Houston | 3 | Dec 2002 Guangxi #2 crude composite: AFG |
| A03191 | Characterization of Guangxi #2 Crude Composite | 1 | Guangxi #2, Jan 03, RM |
| A03191 | Characterization of Guangxi #2 Crude Composite | 2 | Guangxi #2, Jan 03, ACM |
| A03191 | Characterization of Guangxi #2 Crude Composite | 3 | Guangxi #2, Jan 03, AFG |
| A03199 | Guangxi #2 Crude Composites-Jan 03 | 1 | Houston, Guangxi #2 Jan 03 |
| A03369 | Guangxi #2, June 2003, crude composite from Houston | 1 | Guangxi #2 crude composite: June 2003 |
| A03370 | Characterization of Guangxi #2 crude composites from Houston | 1 | A - Guangxi #2 crude composite from June 2003 |
| A03370 | Characterization of Guangxi #2 crude composites from Houston | 2 | B - Guangxi #2 crude composite from June 2003 |
| A03370 | Characterization of Guangxi #2 crude composites from Houston | 3 | C - Guangxi #2 crude composite from June 2003 |
| A03613 | TEM asbestos analysis of October 2003 Guangxi shipments to Houston | 2 | Guangxi #2A: Oct 2003 |
| A03614 | Characterization of crude ore composites from Houston | 4 | Guangxi #2A RM: Oct 2003 |
| A03614 | Characterization of crude ore composites from Houston | 5 | Guangxi #2A ACM: Oct 2003 |
| A03614 | Characterization of crude ore composites from Houston | 6 | Guangxi #2A AFG: Oct 2003 |
| A04033 | Characterization of Guangxi #1 and #2A pre-shipment from Houston | 2 | Guangxi #2A pre-shipment, MV Tequz, January 2004 |
| A04042 | CTFA testing on Gaungxi #2A ore for Johnson and Johnson | 1 | Guangxi #2a  - Oct 2003 composite  - A03613-2 |
| A04110 | TEM analysis of Guangxi 2A by J&J specs for Houston | 1 | Guangxi 2A: Feb 04, MV Tequi,  ACM grind |
| A04111 | XRD amphibole and quartz of February 2004 shipment of Guangxi 2A fo | 1 | Guangxi 2A: Feb 04, MV Tequi, ACM grind |
| A04112 | Characterization of Feb '04 Guangxi 2A crude composites | 1 | Guangxi 2A: Feb 04, MV Tequi, RM grind |
| A04112 | Characterization of Feb '04 Guangxi 2A crude composites | 2 | Guangxi 2A: Feb 04, MV Tequi, ACM grind |
| A04112 | Characterization of Feb '04 Guangxi 2A crude composites | 3 | Guangxi 2A: Feb 04, MV Tequi, AFG grind |
| A04315 | Characterization of Guangxi 2A pre-shipment from Houston | 1 | Guangxi 2A pre-shipment: May 2004 to M.V. Navios Galaxy |
| A04316 | Characterization of Guangxi #2 from Houston | 1 | RM: May 2004 composite for M.V. Great Bright |
| A04316 | Characterization of Guangxi #2 from Houston | 2 | ACM: May 2004 composite for M.V. Great Bright |
| A04316 | Characterization of Guangxi #2 from Houston | 3 | AFG: May 2004 composite for M.V. Great Bright |
| A04317 | Ore certification report for Guangxi #2A shipment for Johnson & Johnson | 1 | ACM-Guangxi #2: May 2004 composite, M.V. Great Bright |
| A04410 | Ore certification for Johnson & Johnson: Gaungxi #2 June 2004 shipmer | 1 | J&J - Houston, Guangxi 2A June 04, Navios Galaxy ACM |
| A04411 | Characterization of June 2004 Guangi 2A crude ore | 1 | Guangxi 2A;  June 2004;  Navios Galaxy RM |
| A04411 | Characterization of June 2004 Guangi 2A crude ore | 2 | Guangxi 2A;  June 2004;  Navios Galaxy ACM |
| A04550 | J&J characterization of Sep '04 Guangxi #2 | 1 | Sep '04 Guangxi #2: ACM from M.V. Danae |
| A04551 | Characterization of Sep '04 Guangxi #2 from Houston | 1 | Sep '04 Guangxi #2: RM from M.V. Danae |
| A04551 | Characterization of Sep '04 Guangxi #2 from Houston | 2 | Sep '04 Guangxi #2: ACM from M.V. Danae |
| A04551 | Characterization of Sep '04 Guangxi #2 from Houston | 3 | Sep '04 Guangxi #2: AFG from M.V. Danae |
| A04669 | Characterization of Guangxi 2A pre-shipment for Houston | 1 | Guangxi 2A pre-shipment - Nov 04 - M.V. Tai chang |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 1 | Guangxi #2  RM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 2 | Guangxi #2 ACM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 3 | Guangxi #2 AFG (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 4 | Guangxi #2A  RM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 5 | Guangxi #2A  ACM (6/8/06) ship MV Hebei Arrow |
| A06292 | Analysis of Guangxi #2 and 2A shipments (MV Hebei Arrow) | 6 | Guangxi #2A  AFG (6/8/06) ship MV Hebei Arrow |
| A06334 | TEM/Quartz  Analysis of Guangxi #2 and #2A for J&J | 1 | Guangxi #2, 1 Gallon jug, 06/06, Roller Mill |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 1 | Guangxi #2 - ship MV great Harvest - RM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 2 | Guangxi #2 - ship MV great Harvest - ACM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 3 | Guangxi #2 - ship MV great Harvest - AFG |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 4 | Guangxi #2A - ship MV great Harvest - RM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 5 | Guangxi #2A - ship MV great Harvest - ACM |
| A06368 | Characterization of Guangxi #2 and #2A (M.V. Great Harvest) | 6 | Guangxi #2A - ship MV great Harvest - AFG |
| A06369 | TEM and Quartz analysis of Guangxi #2 and #2A samples for J&J | 1 | Guangxi #2 - ship MV great Harvest - RM |
| A06369 | TEM and Quartz analysis of Guangxi #2 and #2A samples for J&J | 2 | Guangxi #2A - ship MV great Harvest - RM |
| A07025 | TEM and Quartz analysis of Jan 2007 Guangxi 2A (RM) for Johnson and | 1 | Guangxi 2A - RM   ---   Jan 2007 MV Eastern Queen |
| A07136 | Characterization of Guangxi #2A Ore, June 2007, MV Makali | 1 | Guangxi #2A, RM, May 2007, MV Makali |
| A07136 | Characterization of Guangxi #2A Ore, June 2007, MV Makali | 2 | Guangxi #2A, ACM, May 2007, MV Makali |
| A07136 | Characterization of Guangxi #2A Ore, June 2007, MV Makali | 3 | Guangxi #2A, AFG, May 2007, MV Makali |
| A07137 | Quartz and Amphibole Testing of Guangxi #2 and 2A Ore, June 2007 MV | 1 | Guangxi #2, RM, MV Makali |

| | | | |
|---|---|---|---|
| A07137 | Quartz and Amphibole Testing of Guangxi #2 and 2A Ore, June 2007 MV | 2 | Guangxi #2A, RM |
| A07138 | Characterization of Guangxi #2 Ore, May 2007, MV Makali | 1 | Guangxi #2, RM, May 2007, MV Makali |
| A07138 | Characterization of Guangxi #2 Ore, May 2007, MV Makali | 2 | Guangxi #2, ACM, May 2007, MV Makali |
| A07138 | Characterization of Guangxi #2 Ore, May 2007, MV Makali | 3 | Guangxi #2, AFG, May 2007, MV Makali |
| A07358 | Characterization od Guangxi #2 Ore Samples | 1 | RM grind M.V. "Wina-1" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 2 | ACM Grind M.V. "Wina-1" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 3 | AFG Grind M.V. "Wina-1" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 4 | RM Grind M.V. "Wina" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 5 | ACM Grind M.V. "Wina" |
| A07358 | Characterization od Guangxi #2 Ore Samples | 6 | AFG Grind M.V. "Wina" |
| A07360 | TEM asbestos and quartz analysis for Guangxi roller mill samples | 1 | RM grind M.V. "wina-1" |
| A07360 | TEM asbestos and quartz analysis for Guangxi roller mill samples | 2 | RM grind M.V. "wina" |
| A07436 | Characterization of Guangxi #2 grinds, Nov 07 - MV Hellenic Sea | 1 | Guangxi #2 RM Nov 07 - MV Hellenic Sea |
| A07436 | Characterization of Guangxi #2 grinds, Nov 07 - MV Hellenic Sea | 2 | Guangxi #2 ACM Nov 07 - MV Hellenic Sea |
| A07436 | Characterization of Guangxi #2 grinds, Nov 07 - MV Hellenic Sea | 3 | Guangxi #2 ACM Nov 07 - MV Hellenic Sea |
| A07437 | TEM and Quartz Analysis of Guangxi #2 (MV Hellenic Sea) for Johnson | 1 | Guangxi #2 MV  Nov 07 - MV Hellenic Sea |
| A08027 | Characterization of Guangxi #2, Jan 2008, MV Iguana | 1 | Guangxi #2, RM, Jan 2008, MV Iguana |
| A08027 | Characterization of Guangxi #2, Jan 2008, MV Iguana | 2 | Guangxi #2,  ACM,  Jan 2008,  MV Iguana |
| A08027 | Characterization of Guangxi #2, Jan 2008, MV Iguana | 3 | Guangxi #2,  AFG,  Jan 2008,  MV Iguana |
| A08028 | Quartz and Amphibole testing of Guangxi 2,  Jan 2008, MV Iguana for Jo | 1 | Guangxi 2 RM, Jan 2008, MV Iguana |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 1 | February 2008 MV "Wina" Guangxi 2  RM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 2 | February 2008  MV "Wina" Guangxi 2  ACM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 3 | February 2008  MV "Wina" Guangxi 2  AFG |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 4 | February 2008  MV "Wina" Guangxi 2A RM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 5 | February 2008  MV "Wina" Guangxi 2A   ACM |
| A08073 | Characterization of February 2008 Guangxi 2 & 2A - MV "Wina" | 6 | February 2008  MV "Wina" Guangxi 2A  AFG |
| A08074 | Quartz and TEM Analysis of February 2008 Guangxi 2 & 2A - a08540for | 1 | February 2008  MV "Wina" Guangxi 2  RM |
| A08074 | Quartz and TEM Analysis of February 2008 Guangxi 2 & 2A - a08540for | 2 | February 2008  MV "Wina" Guangxi 2A  RM |
| A08487 | Characterization of Guangxi #2 M.V. "Shi Dai" | 1 | RM  Guangxi #2 M.V. "Shi Dai" |
| A08487 | Characterization of Guangxi #2 M.V. "Shi Dai" | 2 | RM  Guangxi #2 M.V. "Shi Dai" |
| A08487 | Characterization of Guangxi #2 M.V. "Shi Dai" | 3 | AFG  Guangxi #2 M.V. "Shi Dai" |
| A08488 | TEM, Quartz, Amphibole Anaylsis of Guangxi #2 M.V. "Shi Dia" for Johns | 1 | RM  Guangxi #2 M.V. "Shi Dai" |
| A08540 | TEM, Quartz, & Amphibole Anaylsis of Guangxi #2 M.V. "Hellenic Sea" fo | 1 | RM Guangxi 2 "Hellenic Sea" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 1 | RM Guangxi #2. MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 2 | ACM Guangxi 2, MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 3 | AFG Guangxi 2, MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 4 | RM Guangxi #1, MV "Anna Smile |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 5 | ACM Guangxi #1, MV "Anna Smile" |
| A09015 | Characterization of Guangxi 1&2 Nov 08 Shipment MV "Anna Smile" | 6 | AFG Guangxi #1, MV "Anna Smile" |
| A09020 | TEM & Quartz Analysis of Guangxi 2 for J & J | 1 | Guangxi 2 RM, Nov 08, MV "Anna Smile" |
| A09479 | Guangxi #2 ore shipment to Houston - M.V. Beilun Dolphin, Oct 08 | 1 | Guangxi #2, RM, grind date ***, M.V. Beilun Dolphin, arrived 10/08 (sa |
| A09479 | Guangxi #2 ore shipment to Houston - M.V. Beilun Dolphin, Oct 08 | 2 | Guangxi #2, ACM, grind date 10/6/09, M.V. Beilun Dolphin, arrived 10/ |
| A09479 | Guangxi #2 ore shipment to Houston - M.V. Beilun Dolphin, Oct 08 | 3 | Guangxi #2, AFG, grind date 10/6/09, M.V. Beilun Dolphin, arrived 10/ |
| A10043 | Characterization of Guangxi 2 Shipment from M.V. Blunenau | 1 | Guangxi 2,  M.V. Blunenau, RM |
| A10043 | Characterization of Guangxi 2 Shipment from M.V. Blunenau | 2 | Guangxi 2,  M.V. Blunenau, ACM |
| A10043 | Characterization of Guangxi 2 Shipment from M.V. Blunenau | 3 | Guangxi 2,  M.V. Blunenau, AFG |
| A10044 | TEM and XRD Analysis of Guangxi 2 for Johnson & Johnson | 1 | Guangxi 2, M.V. Blunenau, RM |
| A10200 | Characterization Analysis of Guangxi #2 Shipment MV "Beilun Dolphin" | 1 | RM Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10200 | Characterization Analysis of Guangxi #2 Shipment MV "Beilun Dolphin" | 2 | ACM Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10200 | Characterization Analysis of Guangxi #2 Shipment MV "Beilun Dolphin" | 3 | AFG Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10201 | TEM Analysis of Guangxi #2 for Johnson and Johnson | 1 | RM Guangxi #2; 4/28/10; MV "Beilun Dolphin" |
| A10461 | Characterization Analysis of Sept. 2010 Guangxi #2 Shipment M.V. Sonj | 1 | RM, Guangxi 2, MV Sonja C |
| A10461 | Characterization Analysis of Sept. 2010 Guangxi #2 Shipment M.V. Sonj | 2 | ACM, Guangxi #2 MV Sonja C |
| A10461 | Characterization Analysis of Sept. 2010 Guangxi #2 Shipment M.V. Sonj | 3 | AFG, Guangxi #2 MV Sonja C |
| A10541 | TEM Analysis of Oct. 2010 Guangxi #2 MV Jiali Hai | 1 | RM Guangxi #2, MV Jiali Hai |
| A11076 | CTFA-USP XRD Analysis of January 2011 Houston Composites | 2 | 6x8 sample baggie |
| A11124 | Characterization of Chinese ore for Houston | 1 | Chinese 2 RM #2, Pregrind MV Hosanger |
| A11124 | Characterization of Chinese ore for Houston | 2 | Chinese 2 ACM #2, Stellar Ex MV Hosanger |
| A11124 | Characterization of Chinese ore for Houston | 3 | Chinese #2 AFG, Cimpact 710 MV Hosanger |
| A11128 | TEM Analysis of Guangxi 2 Shipment MV Hosanger for J&J | 1 | RM Guangxi #2 MV Hosanger |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 1 | ACM Chinese 2 - MV Navios Star |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 2 | AFG Chinese 2 - MV Navios Star |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 3 | MISLABELED, RM Chinese 2 - MV Navios Star |
| A11306 | Characterization of Chinese crude ore #2 from Houston | 4 | Correctly Labeled RM Guangxi 2, Navio Star |
| A11307 | TEM analysis on Chinese #2 ore (MV Navios Star) for Johnson and John | 1 | RM Chinese 2 - MV Navios Star |
| A11307 | TEM analysis on Chinese #2 ore (MV Navios Star) for Johnson and John | 2 | Correctly Labeled RM Guangxi 2, Navio Star |
| A11510 | Characterization Analysis for Guangxi #2 | 1 | Guangxi #2 RM, Imp-200, 1 Gal Jug |

| | | | |
|---|---|---|---|
| A11510 | Characterization Analysis for Guangxi #2 | 2 | Guangxi #2 ACM, St-Ex, 1 Gal Jug |
| A11510 | Characterization Analysis for Guangxi #2 | 3 | Guangxi #2 AFG, C-710, 1 Gal Jug |
| A11511 | TEM Analysis of Guangxi 2 from the MV Prabhu Puni | 1 | Guangxi 2 |
| A12069 | Characterization of Chinese #2 MV Silver Dragaon | 1 | RM - "A" - MV Silver Dragon - Chinese #2 ore composite sample |
| A12069 | Characterization of Chinese #2 MV Silver Dragaon | 2 | ACM - "A" - MV Silver Dragon - Chinese #2 ore composite sample |
| A12069 | Characterization of Chinese #2 MV Silver Dragaon | 3 | AFG - "A" - MV Silver Dragon - Chinese #2 ore composite sample |
| A12078 | Product Characterization of Silver Dragon Crude Ore Shipment | 4 | Chinese #2 Composite, RM |
| A12078 | Product Characterization of Silver Dragon Crude Ore Shipment | 5 | Chinese #2 Composite, ACM |
| A12078 | Product Characterization of Silver Dragon Crude Ore Shipment | 6 | Chinese #2 Composite AFG |

| Houston Product | | | |
|---|---|---|---|
| Project number | Description | Sample No. | Sample description |
| A09151 | TEM Analysis of Jan 2009 Samples from Houston | 2 | Jan 09, Grade 25 |
| A09152 | Quartz Analysis of Jan 2009 Samples from Houston | 2 | Jan 09, Grade 25 |
| A09153 | TEM Analysis of Feb. 2009 Houston Samples | 2 | Feb. 09, Grade 25 USP |
| A09154 | Quartz Analysis of Feb. 2009 Houston Samples | 2 | Feb 09, Grade 25 USP |
| A09173 | TEM Analysis of March 2009 Houston Samples | 2 | March 09, Grade 25 USP |
| A09174 | Quartz Analysis of March 2009 Houston Samples | 2 | March 09, Grade 25 USP |
| A09219 | TEM Analysis of April 2009 Houston Samples | 2 | April 09; Grade 25 USP |
| A09220 | Quartz Analysis of April 2009 Houston Samples | 2 | April 09; Grade 25 USP |
| A09231 | Heavy Metal Analysis of April 2009 Houston Composites | 2 | March 2009 Houston composite - Grade 25 USP |
| A09274 | TEM Analysis of May 2009 Houston Composites | 2 | May 2009 Houston composite - Grade 25 USP |
| A09276 | Heavy Metals Analysis of May 2009 Houston Composites | 2 | May 2009 Houston composite - Grade 25 USP |
| A09308 | TEM Analysis of June 2009 Houston Composites | 2 | June 2009 Houston composite - Grade 25 USP |
| A09309 | CTFA XRD Analysis of June 09 Houston Composites | 2 | June 2009 Houston composite - Grade 25 USP |
| A09310 | Heavy Metals Analysis of June 09 Houston Composites | 2 | June 2009 Houston composite - Grade 25 USP |
| A09370 | TEM Analysis of July 2009 Houston Composites | 2 | July 2009 Houston composite - Grade 25 USP |
| A09371 | CTFA XRD Analysis of July 2009 Houston Composites | 2 | July 2009 Houston composite - Grade 25 USP |
| A09372 | Heavy Metals Analysis of July 2009 Houston Composites | 2 | July 2009 Houston composite - Grade 25 USP |
| A09425 | TEM Analysis of August 2009 Houston Composites | 2 | Aug 2009 Houston composite - Grade 25 USP |
| A09426 | CTFA XRD Analysis of August 2009 Houston Composites | 2 | Aug 2009 Houston composite - Grade 25 USP |
| A09427 | Heavy Metal Analysis of August 2009 Houston Composites | 2 | Aug 2009 Houston composite - Grade 25 USP |
| A09470 | CTFA XRD Analysis of September 09 Houston Composites | 2 | Sept 09 Grade 25 USP |
| A09471 | TEM Analysis of September 09 Houston Composites | 2 | Sept 09 Grade 25 USP |
| A09560 | TEM Analysis of November 2009 Houston Composites | 3 | Grade 25 USP Houston fiber management sample November 2009 |
| A09561 | CTFA XRD Analysis of November 2009 Houston Composites | 3 | Grade 25 USP Houston fiber management sample November 2009 |
| A10016 | TEM Analysis of December 09 Houston Composites | 3 | Dec 2009 Houston composite - Grade 25 USP |
| A10017 | CFTA XRD Analysis of December 09 Houston Composites | 3 | Grade 25 USP, 6x8 sample baggie |
| A10123 | TEM Analysis of February 2010 Houston Composites | 3 | FEB 2010 Houston composite - Grade 25 USP |
| A10126 | CTFA XRD Analysis of February 2010 Houston Composites | 3 | 6x8 sample baggie, Grade 25 USP |
| A10178 | TEM Analysis of March 2010 Houston Composites | 3 | MAR 2010 Houston composite - Grade 25 USP |
| A10179 | CTFA XRD Analysis of March 2010 Houston Composites | 3 | Grade 25 USP |
| A10227 | TEM Analysis of April 2010 Houston Composites | 3 | April 2010 Houston composite - Grade 25 USP |
| A10228 | CTFA XRD Analysis of April 2010 Houston Composites | 3 | April 2010 Houston composite - Grade 25 Usp |
| A10268 | TEM Analysis of May 2010 Houston Composites | 3 | May 2010 Houston Composite - Grade 25 USP |
| A10269 | CTFA XRD Analysis of May 2010 Houston Composites | 3 | May 2010 Houston Composite - Grade 25 USP |
| A10341 | TEM Analysis of June 2010 Houston Composites | 3 | June 2010 Houston composite - Grade 25 USP |
| A10342 | CTFA XRD Analysis of June 2010 Houston Composites | 3 | June 2010, Grade 25 USP |
| A10391 | TEM Analysis of July 2010 Houston Composites | 2 | JULY 2010 Houston composite - Grade 25 USP |
| A10392 | CTFA XRD Analysis of July 2010 Houston Composites | 2 | JULY 2010 Houston composite - Grade 25 USP |
| A10430 | TEM Analysis of August 2010 Houston Composites | 2 | Aug 2010 Houston composite - Grade 25 USP |
| A10431 | CTFA XRD Analysis of August 2010 Houston Composites | 2 | Aug 2010 Houston composite - Grade 25 USP |
| A10569 | TEM Analysis of October 2010 Houston Composites | 2 | OCT 2010 Houston composite - Grade 25 USP |
| A10570 | CTFA XRD Analysis of October 2010 Houston Composites | 2 | OCT 2010 Houston composite - Grade 25 USP |
| A10628 | TEM Analysis of November 2010 Houston Composites | 2 | Nov 2010, Grade 25 USP |
| A10629 | CTFA XRD Analysis of November 2010 Houston Composites | 2 | Nov 2010, Grade 25 USP |
| A10632 | TEM Analysis of September 2010 Houston Composites | 2 | Grade 25 USP Chinese #2 September 2010 sample |
| A10633 | CTFA XRD Analysis of September 2010 Houston Composites | 2 | Grade 25 USP Chinese #2 September 2010 sample |
| A11032 | CTFA XRD Analysis of December 2010 Houston Composites | 2 | 6x8 sample baggie, Grade 25 USP |
| A11033 | TEM Analysis of December 2010 Houston Composites | 2 | 6X8 SAMPLE BAGGIE, Grade 25 USP |
| A11075 | TEM Analysis of January 2010 Houston Composites | 2 | JAN 2011 Houston composite - Grade 25 USP |
| A11135 | TEM Analysis of February 2011 Houston composites | 2 | Feb 2011 Houston Composite - Grade 25 USP |
| A11136 | CTFA XRD Analysis of February 2011 Houston composites | 2 | Feb 2011 Houston Composite - Grade 25 USP |
| A11198 | Mar 2011 M4 Fibre Test samples from Houston | 2 | Mar 2011 Houston composite - Grade 25 USP |
| A11199 | Mar 2011 M4 Fibre Test samples from Houston | 2 | Mar 2011 Houston composite - Grade 25 USP |
| A11248 | TEM Analysis of April 2011 Houston Composites | 2 | Apr 2011 Houston Composite - Grade 25 USP |
| A11249 | April 2011 CTFA USP XRD analysis of Houston Composites | 2 | Apr 2011 Houston Composite - Grade 25 USP |
| A11304 | TEM Analysis of May 2011 Houston Composites | 2 | May 2011 Houston Composite - Grade 25 USP, Chinese #2 |
| A11305 | CTFA USP XRD Analysis of May 2011 Houston Composites | 2 | May 2011 Houston Composite - Grade 25 USP, Chinese #2 |
| A11361 | TEM analysis of JUN 2011 Houston composites | 2 | JUN 2011 Houston Composite - Grade 25 USP |
| A11362 | CTFA USP XRD Analysis for JUN 2011 Houston composites | 2 | JUN 2011 Houston Composite - Grade 25 USP |
| A11392 | TEM analysis of July 2011 Houston composites | 2 | JUL 2011 Houston Composite - Grade 25 USP |
| A11393 | CTFA USP analysis of July 2011 Houston composites | 2 | JUL 2011 Houston Composite - Grade 25 USP |
| A11426 | TEM Analysis of August 2011 Houston Composites | 2 | Grade 25 USP Chinese #2 Aug '11 |
| A11427 | CFTA-USP XRD Analysis of August 2011 Houston Composites | 2 | Grade 25 USP Chinese #2 Aug '11 |
| A11459 | TEM analysis of Houston September 2011 composites | 2 | SEPT 2011 Houston composite - Grade 25 USP |
| A11460 | CTFA USP analysis on Houston September 2011 composites | 2 | SEPT 2011 Houston composite - Grade 25 USP |

| A11508 | TEM Analysis of October 2011 Houston Composites | 2 | Oct 2011 Grade 25 USP Composite |
|---|---|---|---|
| A11509 | CTFA XRD Analysis of Oct 2011 Houston Composites | 2 | Oct 2011 Grade 25 USP Composite |
| A11547 | TEM Analysis of NOV 2011 Composites for Houston | 2 | NOV 2011 Houston composite - Grade 25 USP |
| A11548 | CTFA USP XRD Analysis of NOV 2011 Composites for Houston | 2 | NOV 2011 Houston composite - Grade 25 USP |
| A12009 | TEM Analysis of Houston Monthly Composites for December 2011 | 2 | DEC 2011 Houston Composite - Grade 25 USP |
| A12010 | CTFA USP XRD Analysis of Houston DEC 2011 monthly composites | 2 | DEC 2011 Houston Composite - Grade 25 USP |
| A12014 | 4th quarter 2011 heavy metal analysis | 1 | Grade 25 USP |
| A12083 | TEM Analysis of Feb 2012 Houston Composites | 3 | Chinese #2, Grade 25 USP |
| A12084 | CTFA XRD Analysis of Feb 2012 Houston Composites | 3 | Chinese #2, Grade 25 USP |