# **EXHIBIT 4**



**Alliance Technologies, LLC**
9 Deer Park Drive, Suite B
Monmouth Junction, NJ 08852
www.alliancetechgroup.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/16/2018 | 180097 |

Bill To

Coughlin Duffy
Attn: Mark K. Silver
PO Box 1917
Morristown, NJ 07962

| P.O. No. | Terms |
|---|---|
|  | Net 30 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 20180074X Items charged to defense:    Storage charges |  | 210.00 | 210.00 |
| Items charged to defense and plaintiffs:    Hourly labor charges    Supplies for splitting | 55.5 | 295.00 156.77 | 16,372.50 156.77 |
| Total charges to defense: $8,474.63 Total charges to plaintiff: $8,264.64 |  |  |  |

**Total**  $16,739.27

| Phone # | Fax # |
|---|---|
| 732-355-1234 | 732-438-8265 |

| Date | Type | Description | Hours | Labor ($295/hr) | Days | # Boxes | Storage Fee ($1/box/day) | SUPPLIES | TOTAL CHARGE | D | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-Mar | Hourly | Sample sort - Prep for split (JC) | 1.5 | $ 442.50 | | | $ - | | $ 442.50 | $ 221.25 | $ 221.25 |
| 28-Mar | Hourly | SM pulled & organized for login | 5.0 | $ 1,475.00 | | | $ - | | $ 1,475.00 | $ 737.50 | $ 737.50 |
| 1-Apr | Hourly | Sample sort - Prep for split (JC) | 2.5 | $ 737.50 | | | $ - | | $ 737.50 | $ 368.75 | $ 368.75 |
| 1-Apr | Supplies | ULINE jars | | | | | | $ 156.77 | $ 156.77 | $ 78.39 | $ 78.39 |
| 2-Apr | Hourly | Sample sort - Prep for split (JC) | 1.0 | $ 295.00 | | | $ - | | $ 295.00 | $ 147.50 | $ 147.50 |
| 3-Apr | Hourly | Sample Login (SM) | 1.5 | $ 442.50 | | | $ - | | $ 442.50 | $ 221.25 | $ 221.25 |
| 6-Apr | Hourly | Sample Splitting Prep (JC) | 5.0 | $ 1,475.00 | | | $ - | | $ 1,475.00 | $ 737.50 | $ 737.50 |
| 9-Apr | Hourly | Sample Splitting (JC, EW) | 15.5 | $ 4,572.50 | | | $ - | | $ 4,572.50 | $ 2,286.25 | $ 2,286.25 |
| 10-Apr | Hourly | Sample Splitting (JC, EW) | 17.0 | $ 5,015.00 | | | $ - | | $ 5,015.00 | $ 2,507.50 | $ 2,507.50 |
| 13-Apr | Hourly | Sample Arhiving (SM, AM) | 6.5 | $ 1,917.50 | | | $ - | | $ 1,917.50 | $ 958.75 | $ 958.75 |
| 31-Mar-18 | Storage | 20180074 Storage - Mar 6-31 | | $ - | 26 | 3 | $ 78.00 | | $ 78.00 | $ 78.00 | |
| | | | | $ 16,372.50 | | | $ 78.00 | $ 156.77 | $ 16,607.27 | $ 8,342.64 | $ 8,264.64 |
| 30-Apr-18 | Storage | 20180074 Storage - Apr 1-30 | | $ - | 30 | 3 | $ 90.00 | | $ 90.00 | $ 90.00 | |
| 30-Apr-18 | Storage | 20180074 Storage - Apr 10-30 | | $ - | 21 | 2 | $ 42.00 | | $ 42.00 | $ 42.00 | |
| | | | | $ - | | | $ 132.00 | $ - | $ 132.00 | $ 132.00 | $ - |