# EXHIBIT 9

**Tram Nguyen**

| | |
|---|---|
| **From:** | Mark Silver <MSilver@coughlinduffy.com> |
| **Sent:** | Friday, June 08, 2018 2:33 PM |
| **To:** | Chris Tisi; Leigh O'Dell; Michelle Parfitt |
| **Subject:** | MDL - Imerys "Lanzo Box" Inventory |
| **Attachments:** | Lanzo Box Inventory.pdf |

Chris/Leigh/Michelle,

Following up on yesterday's meet and confer, attached is the "Lanzo Box" Inventory. I am ready to set up splits of these and other samples as soon you identify which ones you want.

Mark

[cid:image006.jpg@01D067BF.5C680600]

Mark K. Silver | Partner

350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey 07962
[cid:image007.gif@01D067BF.5C680600]msilver@coughlinduffy.com<mailto:msilver@coughlinduffy.com>
[cid:image008.gif@01D067BF.5C680600]Direct: 973-631-6045
[cid:image008.gif@01D067BF.5C680600]Main: 973-267-0058
[cid:image009.gif@01D067BF.5C680600]Fax: 973-267-6442
www.coughlinduffy.com<http://www.coughlinduffy.com>
P Please consider going green before you print

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Coughlin Duffy LLP**, To find out more Click Here.

INVENTORY OF BAGS OF TALC IN THE "LANZO" BOX

| # | Date | Written on Talc Box |
|---|---|---|
| 1. | 2/20/85 | Grade 96 Lroug Lee Pulp, Level 2 ¾, Regent 15 cc, 30 cc, 1/3 |
| 2. | 1967 | 66 Grade Annual Comp. |
| 3. | 1968 | 66 Grade Annual Comp. |
| 4. | 1969 | 66 Grade Annual Comp. |
| 5. | 1970 | 66 Grade Annual Comp. |
| 6. | 1971 | 66 Grade Annual Comp. |
| 7. | 1972 | 66 Grade Annual Comp. |
| 8. | 1973 | 66 Grade Annual Comp. |
| 9. | 1974 | 66 Grade Annual Comp. |
| 10. | 1975 | 66 Grade Annual Comp. |
| 11. | 1976 | 66 Grade Annual Comp. |
| 12. | 1977 | 66 Grade Annual Comp. |
| 13. | 1978 | 66 Grade Annual Comp. |
| 14. | 1979 | 66 Grade Annual Comp. |
| 15. | 1980 | 66 Grade Annual Comp. |
| 16. | 1981 | 66 Grade Annual Comp. |
| 17. | 1982 | 66 Grade Annual Comp. |
| 18. | 1983 | 66 Grade Annual Comp. |
| 19. | 1984 | 66 Grade Weekly Comp. |
| 20. | 1987 | 66 Grade Annual Comp. |