## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br><br> Civil Action No.: 3:17-cv-8037 |
| LYDIA BUSBIN <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al. <br><br> Defendants. | |

## NOTICE OF FILING

Notice is hereby given that a Short Form Complaint and Jury Demand was filed on October 9, 2017 in the above captioned matter.

Dated: July 9, 2018

Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

/s/ Patrick K. Lyons
Patrick K. Lyons
Michelle A. Parfitt
James F. Green
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
(703) 931-5500
mparfitt@ashcraftlaw.com
jgreen@ashcraftlaw.com
plyons@ashcraftlaw.com
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2018, a copy of this notice of filing was served upon all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Patrick K. Lyons
Patrick K. Lyons