UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.          Date: July 9, 2018
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                          CIVIL: 16-2378(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Transcript of proceedings to be filed.
In-Person Status Conference set for August 23, 2018 at 10:00 A.M.
and September 27, 2018 at 10:30 A.M.
Court ruled on discovery objections to Special Master discovery
related rulings.
Order to be submitted.


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:30 A.M.            s/Jacqueline Merrigan
TOTAL TIME:  1 Hour                   Deputy Clerk

Case 3:16-md-02738-MAS-RLS   Document 6687   Filed 07/09/18   Page 2 of 5 PageID: 18692

INITIAL  
STATUS/SETTLEMENT ✓  
FINAL PRETRIAL  

DATE: 7-9-18  
TIME: 10:30  

CASE NAME: Talc MDL  J-J  
CIVIL ACTION NO.: 16-2738  

## APPEARANCES

NAME: Leigh O'Dell  
   PSC  
FIRM NAME:  
MAILING ADDRESS:  
Chris Tisi  
Levin Papantonio → Adjulafia  

NAME: Richard Golomb  
FIRM NAME: Golomb Honik  
MAILING ADDRESS:  
1835 Market St  
Phila PA 19103  

PHONE NO.:  
WHOM YOU REPRESENT:  

PHONE NO.:  
WHOM YOU REPRESENT: PSC  

***********  ***********  ***********  ***********  
NAME: Laurence Berman  
   Levin Sedran Berman  
FIRM NAME:  
MAILING ADDRESS: #500  
510 Walnut St  
Phila PA 19106  
PHONE NO.: 215-592-1500  
WHOM YOU REPRESENT: PSC  

NAME: W. Steven Berman  
   Napoli Shkolnik  
FIRM NAME:  
MAILING ADDRESS:  
1 Greentree Ctr, Ste 201  
Marlton NJ 08053  
PHONE NO.: (856) 988-5570  
WHOM YOU REPRESENT: PSC

```
INITIAL                 _____        DATE  _____
STATUS/SETTLEMENT       _____
FINAL PRETRIAL          _____        TIME  _____

CASE NAME:              _____

CIVIL ACTION NO.:       _____
```

## APPEARANCES

NAME: Mark Silver / Maryam Meseha       NAME: Ann Thornton Field
      Coughlin Duffy                          Gordon Rees
FIRM NAME:                              FIRM NAME:

MAILING ADDRESS:                        MAILING ADDRESS:
350 Mt. Kemble Ave                      ~~2101 Market St~~
Box 1917                                1717 Arch Street
Morristown NJ 07960                     Philadelphia, PA
                                                    19103
PHONE NO.: 973-631-6045                 PHONE NO.: 215 717 4002

WHOM YOU REPRESENT:                     WHOM YOU REPRESENT:
Imerys Talc America, Inc.

*********** *********** ***********     *********** *********** ***********

NAME: Thomas Locke                      NAME: Patricia Casamento
      Seyfarth Shaw                           Barry McTiernan & Wedinger
FIRM NAME:                              FIRM NAME:

MAILING ADDRESS:                        MAILING ADDRESS:
975 F Street NW                         10 Franklin Ave
Washington DC                           ~~Amb~~ Edison NJ 08807

PHONE NO.: 202-828-5276                 PHONE NO.: 732-738-5600
WHOM YOU REPRESENT:                     WHOM YOU REPRESENT:
                                        PCPC

3

| | |
|---|---|
| INITIAL STATUS/SETTLEMENT FINAL PRETRIAL | DATE _____  TIME _____ |

CASE NAME: _____

CIVIL ACTION NO.: _____

## APPEARANCES

NAME: Susan M. Sharko
FIRM NAME: Drinker
MAILING ADDRESS: 600 Campus Dr.
Florham Park NJ
PHONE NO.: 973-549-7350
WHOM YOU REPRESENT: J&J DS

NAME: Julie Tersigni
FIRM NAME: Drinker
MAILING ADDRESS: 600 Campus Dr.
Florham Park NJ
PHONE NO.: 973-549-7106
WHOM YOU REPRESENT: J&J

\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*

NAME: JOHN BEISNER
FIRM NAME: SKADDEN ARPS
MAILING ADDRESS: 1440 NEW YORK AVE., NW
WASHINGTON, DC 20005
PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: J&J defendants

NAME: MARISSA BANEZ
FIRM NAME: GREENBERG TRAURIG
MAILING ADDRESS: 200 PARK AVE
FLORHAM PARK, NJ
PHONE NO.: 212-801-9200
WHOM YOU REPRESENT: VALEANT

```
INITIAL              _____                    DATE  _____
STATUS/SETTLEMENT    _____
FINAL PRETRIAL       _____                    TIME  _____

CASE NAME:           _____

CIVIL ACTION NO.:    _____
```

4

## APPEARANCES

NAME: Janet L. Poletto

FIRM NAME: Hardin Kundla McKeon & Poletto

MAILING ADDRESS:
673 Morris Ave
Springfield, NJ

PHONE NO.: (973) 912-5002

WHOM YOU REPRESENT: Pharma Tech

NAME: Jennifer Cheong

FIRM NAME: Barry McTiernan & Wedinger

MAILING ADDRESS:
10 Franklin Ave
Edison, NJ

PHONE NO.: 732-738-5600

WHOM YOU REPRESENT: PCPC

\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*

NAME: _____

FIRM NAME: _____

MAILING ADDRESS:
_____
_____

PHONE NO.: _____
WHOM YOU REPRESENT: _____

NAME: _____

FIRM NAME: _____

MAILING ADDRESS:
_____
_____

PHONE NO.: _____
WHOM YOU REPRESENT: _____