# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>BARBARA L. EDMONDSON AND EDWARD EDMONDSON.<br><br>3:18-cv-11463 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on July 9, 2018 on behalf of Barbara L. Edmondson and Edward Edmondson.


Dated:  July 9, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**NAPOLI SHKOLNIK, PLLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher R. LoPalo*
　　　　　　　　　　　　　　　　　　　　Christopher R. LoPalo, Esq.
　　　　　　　　　　　　　　　　　　　　400 Broadhollow Rd., Suite 305
　　　　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 397-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 927-1676
　　　　　　　　　　　　　　　　　　　　CLoPalo@NapoliLaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 9, 2018

                                            */s/ Christopher R. LoPalo*
                                            Christopher R. LoPalo, Esq.
                                            400 Broadhollow Rd., Suite 305
                                            Melville, NY 11747
                                            Telephone: (212) 397-1000
                                            Facsimile: (646) 927-1676
                                            CLoPalo@NapoliLaw.com

                                            *Attorneys for Plaintiff*