UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| This document relates to: <u>Annette Vega Mendoza</u> <u>3:18-cv-09376</u> | |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Annette Vega Mendoza.

DATED: <u>July 9, 2018</u>                Respectfully submitted by,

<u>/s/ Alisha S. Davenport</u>
Alisha S. Davenport
Mark D. Clore
Clore Law Group, LLC
49 Immigration Street, Suite 100
Charleston, SC 29403
Phone: 843.722.8070
Fax: 843.722.9881
alisha@clorelaw.com
mark@clorelaw.com
Attorneys for Plaintiff

1

## Certificate of Service

The undersigned hereby certifies that this document was filed and served by way United States Postal Service Priority Mail Express Overnight.  Johnson & Johnson was served via USPS Tracking Number EL937320271US and Johnson & Johnson Consumer, Inc. via USPS Tracking Number EL937320299US delivered the on 26th day of June 2018 to the address provided in Case Management Order No. 3.

/s/ Alisha S. Davenport
Attorney for Plaintiff