UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Anne Frances Bleecker</u><br><u>3:18-cv-09509</u> | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Anne Frances Bleecker.

DATED: <u>July 9, 2018</u>              Respectfully submitted by,

<u>/s/ Alisha S. Davenport</u>
Alisha S. Davenport
Mark D. Clore
Clore Law Group, LLC
49 Immigration Street, Suite 100
Charleston, SC 29403
Phone: 843.722.8070
Fax: 843.722.9881
alisha@clorelaw.com
mark@clorelaw.com
Attorneys for Plaintiff

1

## Certificate of Service

The undersigned hereby certifies that this document was filed and served by way United States Postal Service Priority Mail Express Overnight upon Johnson & Johnson and Johnson & Johnson Consumer, Inc. Johnson & Johnson was served via USPS Tracking Number EL937320268US and Johnson & Johnson Consumer, Inc. via USPS Tracking Number EL937320285US delivered on the 26th day of June 2018 to the address provided in Case Management Order No. 3. Johnson & Johnson Consumer, Inc. was also served via United States Postal Service Certified Mail Number 70141820000233726383, delivered on the 29th day of June 2018 to the address provided in Case Management Order No. 3. Imerys Talc America, Inc. d/b/a Luzenac American, Inc. was served via process server, DM Professional Services on the 14th day of June 2018 (see exhibit 1).

/s/ Alisha S. Davenport
Attorney for Plaintiff