IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 3:16-md-2738 MDL. NO. 2738 (FLW)(LHG) Civil Action No. 3:18-cv-11241 |
| *This document refers to:* Shirley A. Ateek, individually v. Johnson & Johnson, et al | |

### NOTICE OF FILING SHORT FORM COMPLAINT

NOTICE is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on **July 10, 2018** on behalf of Plaintiff, Shirley A. Ateek.

Dated: ___**July 10, 2018**_____.

Respectfully submitted by:

DOROTHY V. MAIER, PA
Counsel for Plaintiff, Shirley A. Ateek
435 South Ridgewood Avenue, Suite 109,
Daytona Beach, FL 32114
Tel: 386-761-0951  Fax: 386-682-3823
dorothymaier2013@gmail.com

By:   */s/ Dorothy V. Maier*
_____
Dorothy V. Maier, Esq.

## CERTIFIFCATE OF SERVICE

I HEREBY CERTIFY that on ____July 10, 2018____ a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent via the Court's CM/ECF system on ___July 10, 2018 _____ to all counsel of record.

By: */s/ Dorothy V. Maier*
_____
Dorothy V. Maier, Esq.