## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **CASE NO. 3:16-md-2738 MDL. NO. 2738 (FLW)(LHG) Civil Action No. 3:18-cv-11241** |

*This document refers to:*

Shirley A. Ateek, individually
v.
Johnson & Johnson, et al

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that on July 10, 2018 , pursuant to Case Management Order No.3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in the above-captioned matter with the Civil Cover Sheet, Summons, Short Form Complaint, and Jury Demand via first class certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively. I further certify that the Notice of Filing of the Short Form Complaint and a copy of the Short Form Complaint in the above-captioned matter were emailed to counsel for Defendant Imerys Talc America, Inc. at and talccomplaints@coughlinduffy.com, and to counsel for Defendant Personal Care Products Council ("PCPC") at tlocke@seyfarth.com and saxelrod@theaxelrodfinn.com.  This Certificate of Service will be filed with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Respectfully submitted,

**DOROTHY V.  MAIER, PA**
Attorney for Plaintiff, Shirley A. Ateek
435 South Ridgewood Avenue
Suite 101
386-761-0951
Fax  386-682-3823
dorothymaier2013@gmail.com

By:        */s/  Dorothy V. Maier*
_____
     Dorothy V. Maier, Esq.    FBN 338176