IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.:   3:18-cv-8157  <br><br>MDL No. 2738 |

### NOTICE OF CORRECTED COUNCEL OF RECORD

Come now T. Roe Frazer II of Frazer PLC, co-counsel for Plaintiff, Deloise Sinclair and files this Notice of Correction.

Counsel would state that Clair G. Campbell and Payton D. Hoover of Campbell and Assoc. were erroneously listed as co-counsels representing Plaintiff. The firm and counsel that should have been listed as co-counsel along with T. Roe Frazer II, Patrick McMurtray and Thomas Roe Frazer III of Frazer PLC is Nathaniel Armistad of Armistad Firm.

Counsel respectfully requests that both Nathaniel Armistad of Armistad Law firm, T. Roe Frazer II, Patrick McMurtray and Thomas Roe Frazer III of Frazer PLC be shown as counsels of record for Plaintiff and that all filings be directed to them at:

| | |
|---|---|
| Nathaniel A. Armistad<br>ARMISTAD LAW FIRM<br>225 S. Railroad Ave.<br>P.O. Box 869<br>Brookhaven, MS 39602 | T. Roe Frazer II<br>Patrick D. McMurtray<br>Thomas Roe Frazer III<br>FRAZER PLC<br>1 Burton Hills Blvd, Ste 215<br>Nashville, TN 37215 |

Respectfully Submitted,

By: */s/ T. Roe Frazer II*
    T. Roe Frazer II (MS Bar No. 5519) PHV
    Patrick D. McMurtray (TN Bar No. 31597) PHV
    Thomas Roe Frazer III (TN Bar No. 33296) PHV

1

FRAZER PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
Telephone: 615.647.0988
Facsimile: 866.314.2466

**OF COUNSEL:**
Nathaniel A. Armistad
ARMISTAD LAW FIRM
225 S. Railroad Ave. P.O. Box 869
Brookhaven, MS 39602

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2018, a copy of the foregoing NOTICE OF CORRECTION was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ T. Roe Frazer II*
