Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:<br>William Krodel, Individually and O/B/O the Estate of Norma Krodel; Case No. 3:18-cv-09753 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 25, 2018 on behalf of Plaintiff, William Krodel, Individually and O/B/O the Estate of Norma Krodel.

Dated: July 11, 2018

                                          By: /s/ Sindhu Daniel
                                              Sindhu S. Daniel (NJ Bar No. 010711996)
                                              Russell W. Budd
                                              BARON & BUDD, P.C.
                                              3102 Oak Lawn Avenue, Suite 1100
                                              Dallas, Texas 75219
                                              Tel (214) 521-3605
                                              Fax (214) 520-1181
                                              sdaniel@baronbudd.com
                                              rbudd@baronbudd.com

                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Sindhu Daniel*
                                            Sindhu Daniel