# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2738<br>Master Docket No. 3:16-md-2738<br>JUDGE FREDA L. WOLFSON<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

The cases listed on the attached Exhibit A.

      COMES NOW, Scott D. Levensten, Esq., of The Levensten Law Firm, P.C., the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters, that the address of The Levensten Law Firm, P.C. has changed.

Effective immediately, the new address is as follows:

    346 S. 15th Street
    Philadelphia, PA 19102

The telephone number, facsimile number and email address remain unchanged.

Date:  July 12, 2018        Respectfully submitted,

                                /s/ Scott D. Levensten
                                **Scott D. Levensten, Esq.**
                                **THE LEVENSTEN LAW FIRM, P.C.**
                                **346 S. 15th Street**
                                **Philadelphia, PA 19102**
                                **Phone: (215) 545-5600**
                                **Fax: (215) 545-5156**
                                **SDL@LevenstenLawFirm.com**

## **CERTIFICATE OF SERVICE**

      I, Scott D. Levensten, Esq., hereby certify that on July 12, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date:  July 12, 2018              Respectfully submitted,

                                      /s/ Scott D. Levensten
                                      **Scott D. Levensten, Esq.**
                                      **THE LEVENSTEN LAW FIRM, P.C.**
                                      **346 S. 15th Street**
                                      **Philadelphia, PA 19102**
                                      **Phone: (215) 545-5600**
                                      **Fax: (215) 545-5156**
                                      **SDL@LevenstenLawFirm.com**

## **EXHIBIT A**

| | | |
|---|---|---|
| Legros, Sharon | USDC NJ | 3:17-cv-04974 |
| Fiordiliso, Jeanna | USDC NJ | 3:17-cv-5652 |
| Gray, Tabetha | USDC NJ | 3:17-cv-6942 |
| Haines, Joann | USDC NJ | 3:17-cv-9682 |