UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>GREGORY GOUDINE, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF CAROLYN JACKSON-GOUDINE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson; Johnson & Johnson Consumer Inc. f/k/a Johnson & Johnson Consumer Companies, Inc.; and Imerys Talc, Inc.,f/k/a Luzenac America, Inc., f/k/a Rio Tinto Minerals, Inc.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:17-cv-9714<br><br>Initial Joint Action: *Starks, et al.,* 3:17-cv-00792-FLW-LHG |

## NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff, Gregory Goudine, Individually and as Administrator of the Estate of Carolyn Jackson-Goudine, deceased, by and through counsel, and files this, Notice of Filing of Amended Short Form Complaint. Plaintiff Gregory Goudine has been substituted as Plaintiff in this matter. Plaintiff files an Amended Short Form Complaint pursuant to Fed. R. Civ. P. 15(a)(2), as the opposing parties have consented to its filing in writing.

Plaintiff shall thus file his Amended Short Form Complaint instanter.

Dated: July 12, 2018  Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2018, a true and correct copy of the foregoing was filed electronically with the Case Management/Electronic Filing System (CM/ECF) for the U.S. District Court for the District of New Jersey. A notice of electronic filing will be served on all parties by operation of the Court's CM/ECF system.

/s/ D. Todd Mathews
D. Todd Mathews