# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:* **Tamera Lee** | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on June 29, 2018, on behalf of Tamera Lee and Marty Lee; 3:18-cv-11263.

Dated: July 12, 2018

                                          Respectfully Submitted by:

                                          */s/Jessica H. Meeder*
                                          **Jessica H. Meeder**
                                          Murphy, Falcon & Murphy, P.A.
                                          One South Street, 23rd Floor
                                          Baltimore, MD 21202
                                          410-951-8812
                                          Jessica.meeder@murphyfalcon.com
                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 12th day of July 2018.

                                                */s/Jessica H. Meeder*
                                                **Jessica H. Meeder**