## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Charlene Thompson and Yvetta Thompson, individually and on behalf of Iretta Thompson, vs. Johnson & Johnson, et al.*<br><br>**Case Number:      18-cv-11679** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Charlene Thompson and Yvetta Thompson, individually and on behalf of Iretta Thompson.

This 16th day of July, 2018.

                                                            Respectfully submitted,
                                                            /s/ Richard Root
                                                            Richard Root, LA Bar #19988
                                                           Betsy J. Barnes, LA Bar # 19473
                                                           Morris Bart, LLC
                                                           601 Poydras St., 24th Floor
                                                           New Orleans, LA 70130
                                                           Phone: 504-525-8000
                                                           Fax: 504-599-3392
                                                           rroot@morrisbart.com
                                                           bbarnes@morrisbart.com
                                                           Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of July, 2018.

/s/ Richard L. Root