UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:* **Alexis C. Conley** | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on July 16, 2018, on behalf of Alexis C. Conley; 3:18-cv-11677.

Dated: July 17, 2018

                                      Respectfully Submitted by:

                                      */s/Jessica H. Meeder*
                                      **Jessica H. Meeder**
                                      Murphy, Falcon & Murphy, P.A.
                                      One South Street, 23rd Floor
                                      Baltimore, MD 21202
                                      410-951-8812
                                      Jessica.meeder@murphyfalcon.com
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 17th day of July 2018.

/s/Jessica H. Meeder
**Jessica H. Meeder**