# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to*:* | |
| **MYRL PERKINS***, individually and as next of kin to* **BETTY PERKINS***, deceased,* | **Case No. 3:18-cv-11744-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 17, 2018 on behalf of Plaintiff **MYRL PERKINS***, individually and as next of kin to* **BETTY PERKINS***, deceased.*

DATED:          July 17, 2018                    Respectfully submitted,

                                        By:_____*s/ Matthew J. Sill*_____
                                        MATTHEW J. SILL (OK Bar No. 21547)
                                        SILL LAW GROUP PLLC
                                        1101 N. Broadway Avenue, Suite 102
                                        Oklahoma City, OK 73103
                                        Tel: (405) 509-6300
                                        Fax: (405) 509-62688
                                        Email:  matt@sill-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Matthew J. Sill*
MATTHEW J. SILL
