## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Elaine Ellsworth | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:18-cv-11694<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 17, 2018, on behalf of Elaine Ellsworth.

                                                Respectfully submitted,

                                                /s/Bradley D. Honnold
                                                Bradley D. Honnold, KS #22972
                                                Goza & Honnold, LLC
                                                9500 Nall Ave., Suite 400
                                                Overland Park, Kansas 66207-2950
                                                913-451-3433
                                                913-839-0567 - Facsimile
                                                ATTORNEY FOR PLAINTIFF

Dated: July 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff