**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Pamela Tramontano vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-3288* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Pamela Tramontano.

This 18th day of July, 2018.

> Respectfully submitted,
>
> ONDERLAW, LLC
>
> By: */s/ Stephanie L. Rados*
> James G. Onder, #38049 MO
> William W. Blair, #58196 MO
> Stephanie L. Rados, #65117 MO
> 110 E. Lockwood, 2nd Floor
> St. Louis, MO 63119
> 314-963-9000 telephone
> 314-963-1700 facsimile
> onder@onderlaw.com
> blair@onderlaw.com
> rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of July, 2018.

                                                               */s/ Stephanie L. Rados*