UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Joseph Babauta, surviving spouse of Shelley Babauta, deceased. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:18-cv-11691<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 17, 2018, on behalf of Joseph Babauta, surviving spouse of Shelley Babauta, deceased.

        Respectfully submitted,

        /s/ Bradley D. Honnold
        Bradley D. Honnold, KS #22972
        Goza & Honnold, LLC
        9500 Nall Ave., Suite 400
        Overland Park, Kansas 66207-2950
        913-451-3433
        913-839-0567 - Facsimile
        ATTORNEY FOR PLAINTIFF

Dated: July 18, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff