UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* **Doris M. Achenbach** | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints), that the Short Form Complaint with Jury Demand

was filed on June 29, 2018, on behalf of Doris Marie Achenbach; 3:18-cv-

11789.

Dated: July 18, 2018

Respectfully Submitted by:

*/s/Jessica H. Meeder*

**Jessica H. Meeder**
Murphy, Falcon & Murphy, P.A.
One South Street, 23rd Floor
Baltimore, MD 21202
410-951-8812
Jessica.meeder@murphyfalcon.com
*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 18th day of July 2018.

/s/Jessica H. Meeder

**Jessica H. Meeder**