UNITED STATES DISTRICT COURT
DISCTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to: Tracey Crocoll, as Representative of the Estate of Catherine Crocoll v. JOHNSON & JOHNSON et al*<br><br>**Case No:  3:18-cv-11624** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 13, 2018 on behalf of Plaintiff Tracey Crocoll, as Representative of the Estate of Catherine Crocoll.

DATE: July 19, 2018

    Respectfully submitted,

    **PIERCE SKRABANEK PLLC**

    */s/ Sofia E. Bruera*

    SOFIA E. BRUERA
    State Bar No. 24062189
    3701 Kirby Drive, Suite 760
    Houston, Texas 77098
    Telephone: (832) 690-7000
    Facsimile: (832) 616-5576
    E-mail: sofia@brueralaw.com

    **ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Sofia E. Bruera*

_____

SOFIA E. BRUERA

**PIERCE SKRABANEK PLLC**