UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

Gibson, et al. v. Johnson & Johnson, et al.,
E.D. Missouri, C.A. No. 4:18-01100                MDL No. 2738

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On July 12, 2018, the Panel filed in this docket a conditional transfer order (CTO-96) pertaining to this action (*Gibson*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Gibson* was lifted on July 20, 2018, and the action was transferred to the District of New Jersey.

Subsequently, also on July 20, 2018, plaintiffs, through counsel, filed a motion to reinstate the CTO. Counsel states that the notice of opposition was not filed due to clerical error. Appended to plaintiff's motion is a notice of opposition. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Gibson* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-96" filed on July 12, 2018, is REINSTATED.

IT IS FURTHER ORDERED that plaintiff's notice of opposition is deemed filed as of the date of this order. Plaintiff's motion to vacate the conditional transfer order, and a separate supporting brief, will be due according to the briefing schedule that will issue shortly.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By
Deputy Clerk