1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


```
_____  :
IN RE JOHNSON & JOHNSON  : TRANSCRIPT OF
POWDER PRODUCTS MARKETING,  : STATUS CONFERENCE
SALES PRACTICES.  : JULY 9, 2018
------------------------  :
```


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608



B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ



A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
      -and-
LEVIN PAPANTONIO, ESQUIRES
BY:  CHRISTOPHER V. TISI, ESQUIRE (FLORIDA)
On behald of the Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
      -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
On behalf of Defendant Johnson & Johnson

A P P E A R A N C E S   C O N T I N U E D:


SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
          -and-
BARRY, McTIERNAN & WEDINGER, ESQUIRES
BY:  PATRICIA S. CASAMENTO, ESQUIRE  (NEW JERSEY)
On Behalf of Defendant PCPC


COUGHLIN DUFFY, ESQUIRES
BY:  MARK K. SILVER, ESQUIRE  (NEW JERSEY)
          -and-
GORDON & REES, ESQUIRES
BY:  ANN THORNTON FIELD, ESQUIRE  (PENNSYLVANIA)
On behalf of Defendant Imerys Talc America


A L S O   P R E S E N T:


THE MILLER FIRM, LLC
BY:  CURTIS HOKE, ESQUIRE  (VIRGINIA)

3

# C E R T I F I C A T E

        PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

ABOVE-ENTITLED MATTER.


                        S/Vincent Russoniello
                        VINCENT RUSSONIELLO, CCR
                        OFFICIAL U.S. COURT REPORTER

4

1           (In open court.)

2

3           THE DEPUTY CLERK:  All rise.

4           JUDGE WOLFSON:  Thank you.  Everyone may be

5     seated.

6           I've received a number of submissions from all

7     of you, one, the agenda which you normally send to me

8     beforehand, and some other letters that have been sent

9     with regard to the issue of objecting or appealing

10    Judge Pisano's rulings with regard to the 30(b)(6) dep

11    on questioning of the samples and destruction.  So I'm

12    going to deal with all of those things today as well.

13          Actually, let's begin with the issue of the

14    samples because it really ties together our scheduling

15    as well and the testing that's being done and what's

16    being added to the mix.  So I would like to deal,

17    first, perhaps, with the issue that was addressed to

18    Judge Pisano.

19          In that regard, Judge Pisano had denied the

20    request by plaintiff for a 30(b)(6) witness to testify

21    about the maintenance of samples, destruction, loss,

22    things of that nature, finding it was not going to be

23    relevant to the issue of general causation.  Perhaps,

24    it would go to an issue of spoliation, but did not

25    find that there was an issue to go that route at this

5

1  point anyway.

2          I received your letters, and the first

3  question, though, that I want to start with for the

4  plaintiff -- and who is going to be arguing?  Is it

5  you, Ms. O'Dell?

6          MS. O'DELL:  Your Honor, I'll take up the

7  testing and Mr. Tisi will take up the appeal itself.

8          JUDGE WOLFSON:  I'm going to address the

9  appeal first, then we're going to talk about the

10  testing that's being done and the timing because that

11  will go to my general schedule.

12          As to the appeal, at this point having read

13  the various submissions that have been made, it

14  appears to me that I frankly see that it comes down to

15  an issue that's principally addressed to Imerys and

16  not J&J.

17          MR. TISI:  No.  The example that we used to

18  illustrate why we believe that that testimony is

19  testimony that we need in this case was -- the example

20  we gave was one that relates to concretely Imerys.

21  But we believe there are gaps in time in the J&J

22  production of samples as well.

23          JUDGE WOLFSON:  Let me just stop for a second,

24  though.

25          Your principal argument and much of the

6

1   briefing and as well in your status letter and the

2   timing is dealing with the fact that you said, with

3   regard to Imerys, much of the samples that have been

4   provided had been post-2000, and now these new

5   additions include time periods for which you had not

6   had samples from Imerys, which are 1964 to 2001, 2012

7   to 2014, talking about, as you call it, the early

8   decades that were missing.

9           MR. TISI:  Correct.

10          JUDGE WOLFSON:  You do have samples from J&J

11   from those earlier decades.

12          MR. TISI:  Well, we do have samples.  But, for

13   example, Judge, in the 1990s, even though we have many

14   samples from J&J, they are pretty much clumped in

15   distinct timeframes.

16          For example, in the 1990s, we have a total of

17   three samples in that entire decade.  In the 2000s, we

18   have two samples in that entire decade.  And so it's

19   hard for us to believe, just as it was hard for us to

20   believe with respect to Imerys, that you have a

21   20-year period of time where you only have five

22   samples.

23          THE COURT:  Have you asked that in written

24   discovery?

25          MR. TISI:  Yes, we have, your Honor.

1          JUDGE WOLFSON:  Okay.  And what's been the

2    response?

3          MR. TISI:  The response was -- well, the

4    response from J&J is the same one we got from Imerys.

5          JUDGE WOLFSON:  I want to focus on J&J for the

6    moment and then I'll get to Imerys.

7          MR. TISI:  The J&J response was, they put

8    together a spreadsheet and the spreadsheets were

9    attached to the orders that were filed, I believe, in

10   early February, and there has been no supplemental --

11   as with Imerys there has been no supplemental findings

12   of additional samples.

13         However, we recently sent J&J some

14   correspondence that we were able to pull from the

15   document production where we believe that not only are

16   there samples -- for example, I think it was 1989, in

17   this timeframe that I'm talking about here where there

18   are only five samples for two decades, there were

19   something like in the neighborhood of 20 samples from

20   J&J where we see no test results.  The samples have

21   not been produced.

22         And so we asked them to do an investigation

23   which they indicated that they would be doing.  We

24   didn't raise that with your Honor because it's not

25   ripe yet because we think it's only fair that they

1    have the opportunity to do that investigation.

2            However, just as there was with Imerys, we

3    think that there is reason to believe that there are

4    additional samples out there, and we believe putting a

5    witness under oath will cause them to either come up

6    with additional samples or say: We've done a complete

7    search, this is what it was, and this is why we don't

8    think that there are any.

9            JUDGE WOLFSON:  Are we focusing solely on the

10   time period from 1990 to 2010 with regard to J&J?

11           MR. TISI:  Well, that's the biggest period of

12   time.

13           JUDGE WOLFSON:  Okay.  Let me focus on that.

14   Maybe I can deal with that.

15           Ms. Sharko, if we focus on that 20-year

16   period, is that something you can deal with?

17           MS. SHARKO:  So this is really the first time

18   I'm hearing this.

19           JUDGE WOLFSON:  Well, isn't that appropriate

20   we have a hearing today, isn't it?

21           MS. SHARKO:  Yes.

22           We produced a spreadsheet of over 1,000

23   samples.  That was the last we heard there were any

24   issues with it until recently, I would say, within the

25   last week to ten days, whenever it was, Mr. Tisi sent

9

1   a letter saying:  Look at this document.  I have these

2   questions about it.  And we said:  Thank you.  We'll

3   look into it, and we are.

4        So I don't think that alone in and of itself

5   is grounds to overturn Judge Pisano's decision as to

6   samples from 1990 to 2010.  First of all, I don't see

7   the relevancy of that given the latency period and the

8   dates of diagnoses in all these women.

9        JUDGE WOLFSON:  The latency period is what, 20

10  to 30 years?

11       MR. TISI:  Correct, your Honor.

12       JUDGE WOLFSON:  So something from 1990 could

13  certainly fit within that.

14       MR. TISI:  Many of these women, for example,

15  women who were diagnosed earlier, they have been

16  taking these for 20, 30, 40 years of their lives.  So

17  the timeframe goes back significantly for all of

18  these.

19       JUDGE WOLFSON:  I understand the 2000 to 2010

20  may not be as great except that, I guess, the question

21  is:  Is it cumulative at some point?

22       Okay.  I just want to ask you, Ms. Sharko, at

23  this point what I don't want to do is create

24  situations where I might have a limited discovery that

25  could be permitted and have some issue down the line

1    that you didn't investigate this properly.  If I focus

2    only on that 20-year period, whether it's through an

3    under-oath declaration -- it doesn't have to be a

4    deposition from my perspective -- can we deal with

5    that?

6            MS. SHARKO:  So now that I've heard that Mr.

7    Tisi and the plaintiffs are concerned about this

8    discrete time period and the number of samples, why

9    don't I take that question back and see what the

10   answer is and send a letter to him or a supplemental

11   letter or a statement under oath --

12           JUDGE WOLFSON:  I want it to be a declaration.

13   The reason they want a deposition is they want

14   something under oath.  If the answers are fairly

15   simple, a declaration under only is sufficient for me

16   and you don't have to have someone prepare on a

17   30(b)(6) a different witness for that.

18           A declaration, that's what I'll direct you to

19   do.

20           MS. SHARKO:  Okay.  Thank you.

21           JUDGE WOLFSON:  All right.  We resolved J&J.

22   Now, let me talk about Imerys.

23           What else do you want to say, Mr. Tisi, beyond

24   what's in your papers?  I do understand the three

25   different areas of new discovery that have come about,

1   what you call the Lanzo area, there is the Lanzo box,

2   the Vermont mine, and some, I guess, grade 25 talc,

3   whatever , those three different groupings.

4           MR. TISI:  I do want to make two points that I

5   don't think are as clear as I would like them to be.

6           No. 1, we found out about these additional

7   boxes and materials as a result of putting somebody

8   under oath.  Now, it wasn't the PSC putting somebody

9   under oath.  It was somebody appearing at a trial,

10  being examined, and that information came out.

11          JUDGE WOLFSON:  Well, actually, you didn't do

12  it.  You've indicated you were not involved.

13          MR. TISI:  We were not involved in that.

14  Because somebody was under oath, somebody was in a

15  witness box, they were asked questions, that we

16  learned about this, or we probably would have gone

17  through this entire process without learning about it.

18  So that's why we believe that it's important to have

19  somebody under oath to ask those questions.

20          No. 2, I did most of the negotiating, Ms.

21  O'Dell and I, with both Imerys and J&J.  In dealing

22  with Imerys, it's been very collaborative.  But up

23  until the time in which we actually finalized the

24  30(b)(6) notices, Imerys was willing to put somebody

25  in the box to testify on the issue of what we call

1   lost and destroyed samples.

2       It was only when Judge Pisano came down with

3   his order on the 23rd that we got a call from Mr.

4   Silver saying: By the way, we are not going to put

5   somebody under oath because Judge Pisano ruled how he

6   ruled and we don't think we have to produce somebody

7   in the same way Johnson & Johnson doesn't have to

8   produce somebody.

9       And so those two points, I think, are

10  important to recall.

11      We have been trying to get an inventory of

12  samples from both J&J and Imerys since September,

13  since this issue was first raised with your Honor back

14  in August of last year with respect to preserving all

15  of these samples for the purpose of this litigation

16  and the asbestos litigation.

17      I think it's fair to say, and Ms. O'Dell will

18  go through this, what we've done, but we have been

19  very aggressive in trying to get our arms around an

20  inventory that is both representative in terms of

21  timeframes, in terms of the mines involved, so that we

22  can have as broad an expert report that encompasses a

23  fair representation of what's out there.  We have to

24  rely on them to provide it to us.

25      And so we believe that putting somebody under

13

1   oath, just as Ms. Pierre was under oath in the Lanzo

2   trial, putting somebody under oath in this MDL will

3   allow us to assure ourselves that whatever is out

4   there, reasonably out there, that we are able to

5   identify.

6        Unless Ms. O'Dell wanted to add anything more

7   to that, I hope I've answered that question that you

8   had.

9        JUDGE WOLFSON:  I think Mr. Silver wants to

10  respond.

11       MR. SILVER:  Judge, Mr. Tisi's representation

12  wasn't exactly accurate.  I agree it was

13  collaborative.  After that Imerys' position has always

14  been, if J&J is taking something to Judge Pisano, we

15  are not going to double the paperload and the workload

16  on Judge Pisano.  We join in on what they are saying

17  and his rulings will apply both equally to J&J and to

18  Imerys.

19       But could we back up for a second?

20       JUDGE WOLFSON:  But normally what you did do,

21  and I know with me is, you at least sent a letter

22  saying:  We join in that.  And I think it's a good

23  practice in the future for any disputes you have, that

24  if you have feel you are taking the same position as

25  J&J, that you put that in a letter to say that you

14

1   are.

2        MR. SILVER:  Fair enough, your Honor.

3        But could we just back up for one second?

4        JUDGE WOLFSON:  Yes.

5        MR. SILVER:  Nothing in what the PSC has said

6   so far today uses the words science, general causation

7   or Daubert.  Do we need all these samples, for

8   whatever reason, because we want to get an inventory,

9   or we want to have some gotcha moment on spoliation

10  down the line or --

11       JUDGE WOLFSON:  No, I don't think it's

12  spoliation.  This is how I'm hearing it.  You can

13  ascribe to them whatever motivation you think is

14  there.  But what I want to talk about:  Does it have

15  relevance to what we are doing?

16       I do think it is appropriate to know that we

17  have the universe of samples out there and that they

18  are representative samples.  And so that has been the

19  objective from the beginning, which is why everybody

20  went back to do their searches and exhaustive searches

21  hopefully.

22       I know J&J is producing some museums and we

23  had to go through all of that, things in other

24  countries, and I guess the concern is at this point

25  because there have been these three more recent

1    discoveries, and maybe now you do have the universe,

2    that that's what they were entitled to for purposes of

3    then determining what sampling they wanted to do.

4    That remains the purpose.

5         So the question is at this point -- and I'll

6    give the same option to you.  But yours is broader.

7    It's not limited to two decades.  I need something

8    under oath that's going to say that you have

9    investigated, explored, whatever, all of the possible

10   sources that could have samples, and you'll either

11   come up with more, or you'll say:  Now, this is it.

12   We are representing to you that this is it.

13        I want that under oath and you could do it

14   through a declaration.

15        MR. SILVER:  Yes, your Honor.

16        JUDGE WOLFSON:  And if in your discovery you

17   find that there were samples, but that they no longer

18   exist or are destroyed, then explain that, when the

19   destruction occurred.

20        If you had samples from the '50s and they were

21   destroyed in the '50s because you had a two-year

22   destruction policy, or whatever, fine.  I'm sure what

23   they want to make sure is, you didn't have samples

24   from the '50s there were destroyed three years ago

25   when the litigation commenced.

16

1          MR. SILVER:  Judge, again, just for the

2    record, Imerys started in 1989, and that may be part

3    of what the issue is.

4          JUDGE WOLFSON:  I know there were prior

5    companies.

6          MR. SILVER:  Right.  And the Lanzo box is an

7    example that had samples that went farther back.  But

8    Imerys is a company that only existed as of 1989.  But

9    I understand what your Honor is looking for and we

10   will go back and --

11         JUDGE WOLFSON:  And do the declaration.

12         Now, let me ask both sides.  For J&J, because

13   you do have a circumscribed time period, how quickly

14   can you get your declaration?

15         MS. SHARKO:  I would say given that it's

16   summer a couple of weeks.

17         JUDGE WOLFSON:  Okay.  Two weeks.

18         MS. SHARKO:  Could we have three and we'll try

19   to do it faster, please?

20         MR. SILVER:  I was going to ask for 30 days,

21   your Honor, because I want to make sure it's thorough

22   and complete.

23         MS. SHARKO:  I'll take 30 days.

24         THE COURT:  I'm sure when Ms. O'Dell gets up

25   in a moment to talk about her samples she'll say:

1   Look how generous we were to the defendants giving

2   them 30 days to respond, they should be a little more

3   generous.

4          Okay.  30 days for both J&J and for Imerys to

5   submit their written declarations.

6          So to that extent, I am modifying what Judge

7   Pisano did in this matter.  But if the declarations

8   result in more questions, then I'll deal with whether

9   a follow-up should be done.

10          Frankly, at this point, because they are going

11   to be under oath and they have to represent that they

12   have searched all possible avenues to find these

13   samples, and will indicate whether in that

14   investigation if they determine that there were --

15   excuse me.

16          (Pause.)

17          I do want to note in the declarations, though,

18   if you determine there had been samples that were in

19   existence that were destroyed, whether it was done as

20   a result of a regular destruction policy that was in

21   place, and what that was or when, if you can come up

22   with that information.

23          MR. TISI:  Your Honor, could I ask a question

24   as well?

25          JUDGE WOLFSON:  Yes.

1          MR. TISI:  If they learn in this 30-day period

2    that there are additional samples out there, and one

3    of these that Ms. O'Dell is going to be talking about

4    is our process for trying to get through this, if they

5    would let us know and make those available.

6          Part of the problem is, for example, even with

7    the three groups of boxes that we have, we don't have

8    access to those until mid to late July.  So we want to

9    be as proactive as possible.  So if there are some

10   that are found, that they would bring them in-house

11   and let us know so that we can start the process of

12   selecting and dividing them.  That would be really

13   useful.

14         JUDGE WOLFSON:  I understand.  You are asking

15   for really a rolling submission.

16         MR. TISI:  Well, the final declaration is

17   30 days.  I think that's fine.  But if you do learn

18   something, because what we don't want to do is get the

19   declaration, let's say --

20         JUDGE WOLFSON:  I got it.  I think it's what I

21   just said.  If, as they are doing this, they come up

22   in a week from now and say, We found more samples, you

23   want them to start making them available.

24         MR. TISI:  Yes.

25         JUDGE WOLFSON:  I got it.  That's what I said.

19

1           MR. TISI:  Thank you.

2           JUDGE WOLFSON:  You all have that, those

3    marching orders.  And it's in your interest to do so

4    because we want to get the sampling testing done.

5           MS. SHARKO:  Right.  We have no interest in

6    delaying anything.

7           JUDGE WOLFSON:  I know because guess what, Ms.

8    Sharko?  Today I'm giving you a date for experts in a

9    Daubert hearing.

10          MS. SHARKO:  All right. Thank you.

11          JUDGE WOLFSON:  It's a very exciting day for

12   you, I know.

13          Now, let's turn to that, the timing on the

14   testing.

15          Ms. O'Dell, I think you are going to address

16   that.  Right?

17          MS. O'DELL:  Yes.

18          JUDGE WOLFSON:  I want to ask you a couple of

19   questions before you begin on the information that you

20   provided to me.

21          First of all, I understand that you say there

22   is only this one Transmission Electron Microscope,

23   that you call the TEM machine, this million-dollar

24   machine, so the machine can only do a sample at a

25   time?

1          MS. O'DELL:  That's right, your Honor.  There

2    is one technician.  There is one machine.  That would

3    be typical of labs across the country.  Typically,

4    they would not have more than one TEM machine.  I'm

5    not aware of a lab that does.  And there's one person

6    reviewing that particular sample, and it takes a good

7    number of hours.  I think it's 6 to 12 hours per

8    sample depending on what they find.  And if they find

9    fibers, there is additional time that's required to

10   adequately document the location of that asbestos

11   fiber.

12          So that's the issue we are dealing with in

13   terms of --

14          JUDGE WOLFSON:  Let's look at your list.  Look

15   at page 8 of your letter that was filed on July 7th.

16   This is where you give me the breakdown of all the

17   timing for testing.

18          MS. O'DELL:  Yes, ma'am.

19          JUDGE WOLFSON:  So the first one, "log-in

20   procedure," tell me what takes 2 hours per sample to

21   log something in.

22          MS. O'DELL:  Well, my general understanding is

23   they photograph the sample.  They log it into their

24   procedure.  They begin to prepare it for TEM analysis.

25          JUDGE WOLFSON:  Well, that's the next one,

1   "sample preparation: 7 hours per sample."

2        "Log-in," it doesn't make sense to me it's "2

3   hours."  I'm not buying it.  But that's not my biggest

4   number.  I'm just going to tell you, I think

5   everything is being overestimated here.

6        "Sample preparation," I don't know what they

7   do to prepare it, what that means.

8        And then it's, "TEM grid preparation and

9   laboratory blanks."  That's "5 hours."  The other was

10  "7 hours."

11       I'm not sure what's happening in each of these

12  stages, what's different in each of these stages,

13  because it's a lot of time.

14       MS. O'DELL:  It is, your Honor.  I'm happy to

15  go through with a description I've been given of

16  what's done during each of these stages.

17       JUDGE WOLFSON:  Okay.

18       MS. O'DELL:  Maybe this is helpful, as I go

19  into this, is these early steps, until they get to the

20  TEM analysis itself, are steps that can be done by

21  multiple technicians.

22       So multiple samples are moving through those

23  steps.  It's when it gets to TEM analysis itself that

24  it really slows down to one person.

25       JUDGE WOLFSON:  When you say "it slows down to

22

1    one person," it could be a different person, though.

2    Correct?

3         MS. O'DELL:  Correct.  That's right.  Multiple

4    technicians can do that within the lab.  It's just one

5    machine.

6         So there is a concentration process of the

7    sample itself when it gets to the preparation.  They

8    take the larger sample.  Of course, it's weighed.

9    Approximately 1-to-2 grams is removed from the

10   container.

11        It's then placed into a vial.  The vial is

12   then then put into something.  I don't know what it

13   is, your Honor, but I can read it.  That's Fisher

14   Scientific Iso-temp muffle furnace Model so-and-so for

15   4 hours to remove the organic material.

16        Approximately 25 milligrams is removed from

17   the muffled talc sample aliquot, then placed into a

18   labeled Eppendorf micro-centrifuge tube.

19        Approximately 1.2 milliliters of heavy liquid

20   is then placed in that tube in order to concentrate it

21   down to the sample that's ultimately tested for TEM.

22        I can go through all of these steps, your

23   Honor.

24        JUDGE WOLFSON:  You'll make Vinnie crazy.

25        I'm trying to just get an idea of what each of

23

1    these steps really means, because then you have the

2    "TEM grid preparation and laboratory blanks," which is

3    another "5 hours."

4            MS. O'DELL:  Do you want me to go through

5    that?

6            JUDGE WOLFSON:  Just generally.

7            MS. O'DELL:  I want to be accurate.  A lot of

8    this is quite complex.

9            So the filtered sample is then prepared on a

10   TEM 100 micrometer grid using this filter preparation

11   protocol.  It uses like a washing, and then it's put

12   on a 7 micrometer filter, and then it's placed on the

13   grid, which I understand is 7 micrometers.  This is a

14   very delicate process and they say it takes 1.5 hours

15   generally to do that.

16           So, Your Honor, I understand the focus on

17   time.  Are we accurately estimating the time?  I can

18   go through all these stages.  This is from Dr. Longo.

19   These are the specific steps they go through for the

20   procedure.  There has been no effort to embellish

21   them, make them longer.

22           JUDGE WOLFSON:  I must say, though, reading

23   this, the "TEM analysis," is "6 to 12 hours."

24           Then it says, "review of data, 2.5 hours per

25   sample," though it sounds like the TEM analysis was

1   already reviewing it.

2          And then "review of data" again "and

3   preparation of written report" is another "4 hours."

4          I really think there is some overlap here.

5   I'll put that aside, but I'm just telling you I think

6   there is some -- I won't call it fluff, but I do think

7   that there is too much time that may be duplicative

8   time that's being given to me.  I understand

9   nonetheless it is time-consuming in some way.

10          So from what I understand, you have 58 new

11   samples that you've gotten from Imerys?

12          MS. O'DELL:  We've actually gotten a total of

13   216.

14          JUDGE WOLFSON:  Right.  You picked out 58.

15          MS. O'DELL:  We've selected 58.  The reason

16   those samples are important -- if you would like me to

17   speak to that.

18          JUDGE WOLFSON:  No, that's okay.  I'll trust

19   the fact that you've selected ones that you think are

20   important.

21          My understanding is, you are also still going

22   through with Dr. Longo reviewing the ones you had

23   previously selected and that you think there are about

24   15 of those that you will not be proceeding with and

25   taking out of the original selection and cutting back

25

1   some.  So if you take that off of the 58 that's 43.

2         There is clearly more and we don't know if

3   anything that's going to be coming up with the

4   declarations is going to reveal more samples or not, I

5   understand that, and whether any of that you would

6   feel important to testing what's representative or

7   what's not.

8         So I appreciate that it's not going to be

9   August 15th, and you knew that coming in here that

10  wasn't going to be the date to complete.  You are

11  hoping for September 15th.  I also know it's going to

12  be 30 days until you reveal whether there are any

13  additional samples, too.

14        So you've asked for October 15th.  It's going

15  to be September 30th for you to complete your testing.

16  The 30th is a Sunday.  So it will be October 1st for

17  the testing.  I think on some of this, quote,

18  reporting analysis they can do better on the timing.

19        MS. O'DELL:  We'll do our best to get the

20  testing accomplished, your Honor.

21        JUDGE WOLFSON:  Okay.  And especially,

22  frankly, the agreement we had is your expert report

23  would be 45 days later, which brings you out to

24  November 15th.  My view is, regardless, your expert is

25  going to start looking at this.

26

1        So even if there was perhaps some stragglers
2    in the testing, reporting some of them the first week
3    in October, whatever, you could always get that and
4    add to it.  I hear you.
5        So I'll make it November 16th, which is a
6    Friday, for your expert report.
7        You can have a seat, Ms. O'Dell, unless there
8    is something else.  You look concerned.  Is there
9    something you wanted to add?
10        MS. O'DELL:  Thank you, your Honor.  No,
11    that's it.
12        JUDGE WOLFSON:  Okay.
13        Now, Ms. Sharko, Daubert.  Do you anticipate
14    that you are going to want to depose their expert
15    prior to a Daubert hearing?
16        MS. SHARKO:  Yes.
17        JUDGE WOLFSON:  How much time after receiving
18    the report would you want to have that deposition
19    done?
20        Mr. Silver, I'm going to assume you are going
21    to piggyback on Ms. Sharko on this one.
22        MR. SILVER:  Yes, your Honor.  Thank you.
23        JUDGE WOLFSON:  Okay.
24        MS. SHARKO:  I suggest that their experts be
25    produced for a deposition over a 30-day period.

27

1          JUDGE WOLFSON:   That's fine.

2          MS. SHARKO:   And then our expert report at the

3     end of that 30 days be due 45 to 60 days.

4          JUDGE WOLFSON:   Let's do this one at a time.

5          MS. SHARKO:   Okay.

6          JUDGE WOLFSON:   So their report is the 16th of

7     November.   30 days would be December 17th, which is a

8     Monday.   So it's to be done by then.

9          You want your reports when?

10         MS. SHARKO:   Given the December holidays, I

11    would say 60 days.   Something like that.   Early

12    February.

13         MR. SILVER:   Judge, can I just make one

14    suggestion?

15         JUDGE WOLFSON:   Yes.

16         MR. SILVER:   You gave 30 days from

17    November 16th.   But the Thanksgiving holidays are in

18    there and we are losing at least three days out of

19    that 30.   Can we have the extra week?

20         JUDGE WOLFSON:   That's up to you.   You are the

21    ones that want to take it and move.   Right?

22         MS. SHARKO:   Yes.   We'll deal with it.

23         JUDGE WOLFSON:   That's what I assumed.   It's

24    really just finding the day that works.

25         MS. SHARKO:   Exactly.

28

```
 1              JUDGE WOLFSON:  Ms. Sharko wants to forge
 2     ahead.
 3              December 17th.  So now you are looking at,
 4     what, you are asking for 60 days, February 15th?
 5              MS. SHARKO:  Yes.
 6              JUDGE WOLFSON:  When are you going to file
 7     your motion?
 8              MS. O'DELL:  Your Honor, we would like the
 9     opportunity to depose their experts as well.
10              JUDGE WOLFSON:  So we'll do the same 30-day
11     period for you.  So now we're into March 18th.
12     February only has 28 days.  March 18th.
13              MS. SHARKO:  Motions filed by March 25th?
14              MS. O'DELL:  No, your Honor.  We will have
15     just finished depositions on the 15th.  So we would
16     ask for at least 30 days after the conclusion of those
17     defense depositions for there to be motions filed.
18              JUDGE WOLFSON:  That's because Ms. Sharko is
19     anticipating she's the only one who is going to be
20     filing Daubert motions, but I guess that's not going
21     to be the case.
22              MS. O'DELL:  No, your Honor.
23              JUDGE WOLFSON:  So I'm looking at April 18th
24     for the filing of Daubert motions.  That's a long way
25     off.
```

29

```
 1          Opposition, how long are you going to want to
 2    oppose each other motions?
 3          MS. SHARKO:  Two weeks?
 4          MS. O'DELL:  That's fine, your Honor.
 5          JUDGE WOLFSON:  I'm fine with that.  April
 6    18th.  Two weeks later would be May 2nd.
 7          Any reply, a week later?
 8          MS. SHARKO:  Yes.
 9          MS. O'DELL:  That's fine, your Honor.
10          JUDGE WOLFSON:  So that's May 9th.
11          And your hearing in June?
12          MS. SHARKO:  May or June.  Thank you.
13          JUDGE WOLFSON:  I think I'll say June because
14    I'm going to have to read all your papers and be ready
15    for you.
16          Just a moment.  I have a conference the early
17    part of June in D.C.  I have to look up the dates.
18          I'll give you a date in a moment.
19          (Pause.)
20          THE COURT:  I'm in D.C. from the 5th through
21    the 7th.  So let's do it the following week.
22    June 11th at 10:00 a.m..
23          We also have to decide if you are producing
24    the witnesses that day because it may not be a one-day
25    hearing then.
```

30

1    The other question is, as we built into the

2  time period here the depositions, and normally I do

3  require depositions of experts before holding a

4  Daubert hearing, but if the witnesses are going to be

5  produced at the Daubert hearing, do you really want

6  the deps anyway?

7    MS. SHARKO:  Yes.

8    MS. O'DELL:  Yes, your Honor.

9    THE COURT:  All right.  That's fine.

10  June 11th at 10:00 a.m..

11    Let's go through the rest of the agenda now.

12    I understand that you do have one issue you

13  are still addressing, at least one with Judge Pisano,

14  on the foreign regulatory bodies, and plaintiffs asked

15  for those communications and discovery on that to be

16  able to respond to the submission from the defendants.

17    You have until Thursday to respond?

18    MS. O'DELL:  Yes, your Honor.  That's correct.

19    Your Honor, may I go back just for a second on

20  the schedule you mentioned?

21    JUDGE WOLFSON:  Now, that we have it all in

22  place?

23    MS. O'DELL:  I just want to put something on

24  the record.

25    Thinking about the number of experts that will

1  be necessary to depose in a 30-day period after our

2  disclosure, that's going to be a very tall task.

3          JUDGE WOLFSON:  Let's talk about what experts

4  you are contemplating then and how many because we

5  hadn't really addressed that.

6          Go ahead.

7          MS. O'DELL:  Your Honor, we are very much in

8  keeping with the initial disclosure that we gave to

9  you in terms of epidemiologists, regulatory experts,

10 cell biologists, there will be geologists,

11 toxicologists, GYN oncologists, pathologists.

12         JUDGE WOLFSON:  Let me ask you this question,

13 though, Ms. O'Dell:  A number of the ones that you are

14 introducing, how many of these are dependent upon the

15 testing?  Some of them are not.

16         MS. O'DELL:  I think that the epidemiologist

17 would not be as dependent on the testing.

18         But certainly the GYN oncologist, that data

19 would be relevant to them.

20         The toxicologist would be enormously relevant.

21         The pathologist would be relevant.

22         And then of course we've got some testing

23 experts themselves, not only the TEM with Dr. Longo --

24         JUDGE WOLFSON:  How about your regulatory

25 expert?

1          MS. O'DELL:  I think it would be less

2    relevant.  But there were representations made by

3    Johnson & Johnson to the Food & Drug Administration

4    about their products being asbestos-free.

5          We clearly think that was not the case.  And

6    so there will need to have some data upon which to

7    consider for the purposes of evaluating those

8    representations.

9          JUDGE WOLFSON:  I know you are giving me a

10   long list of experts.  I'm also not sure how many of

11   those the defendants are going to be challenging in a

12   Daubert hearing that you want depositions of.  But if

13   you do want all of them, it may be very ambitious to

14   do it in 30 days.

15         Ms. Sharko.

16         MS. SHARKO:  Well, I'm not sure how the

17   regulatory person is relevant to the Daubert general

18   causation issues.  But putting that aside, Ms. O'Dell

19   has identified eight areas.  So that's eight experts.

20   We have 30 days.

21         I think all counsel need to work together to

22   get it done and plaintiffs should be giving us

23   deposition dates as soon as possible, even before they

24   identify or serve the expert reports.  We can block

25   out that time and tell the people who are going to be

33

1    taking the depositions they need to be available and

2    be flexible and we will do the same for them.

3            MS. O'DELL:  Your Honor, we certainly will

4    endeavor to, one, cooperate; two, to organize the

5    depositions as expeditiously as possible.  But to

6    suggest that because there are eight areas we are only

7    going to have eight experts, that's not true.  We gave

8    a list of experts.  It won't be all of those.

9            JUDGE WOLFSON:  I think you had 30 experts or

10   more.

11           MS. O'DELL:  Some were added and some were

12   taken away.  But there are going to be a number of

13   experts disclosed.  In certain instances there are

14   going to be multiple experts from a certain

15   discipline, not to be cumulative, but because we

16   represent more than -- I don't know what the number

17   is, 8300, maybe 7800 plaintiffs and this is going to

18   be an ongoing litigation.

19           So there are needs to have multiple experts

20   particularly as we anticipate multiple trials in the

21   future.  So to say there are only going to be eight

22   experts, that's not an accurate depiction.  There are

23   going to be many experts.

24           Your Honor, we will do everything we can to

25   get it done in 30 days.  I was just thinking of how

34

1   many depositions we are talking about.  We're talking

2   about multiple depositions for each day.

3           Let me put it this way:  More than 30 experts,

4   30 days, you are talking about a lot of depositions

5   that have to take place in a short period of time.

6           MS. SHARKO:  Maybe we need limits on the

7   number of experts.  We are not identifying experts to

8   staff potential trials on into the future.  We are

9   identifying experts sufficient for your Honor to rule

10  on the general causation issues in the case.  I don't

11  think we need 30 experts per side to do that.

12          JUDGE WOLFSON:  Well, I hope it's not going to

13  be 30.

14          Look, this is the schedule I want to keep.

15  We'll be meeting every month anyway over the next few

16  months as we identify them.  I think it will be a good

17  idea, though, to start blocking out days in that

18  30-day period for depositions.

19          I'll deal with the issue of whether they are

20  cumulative, whether they are necessary for general

21  causation, or if you want to simply hone in on certain

22  ones for the Daubert hearing at this time reserving a

23  right on others.  We can also do it that way.

24          MS. O'DELL:  Okay.  Thank you, your Honor.

25          JUDGE WOLFSON:  Now, this issue of third-party

35

1    witnesses in depositions, that's still an open issue,

2    I take it?

3            MR. TISI:  Yes, your Honor.  We have served

4    some.  We are getting dates with others.

5            There may be an issue we have to bring to

6    Judge Pisano with a witness who rejected service and

7    locked our process server out until he took the

8    service back, but we'll deal with that with Judge

9    Pisano expeditiously.

10           Thank you.

11           JUDGE WOLFSON:  Thank you.

12           Yes, Ms. Sharko.

13           MS. SHARKO:  Could we just please be kept in

14   the loop on scheduling?  We heard nothing about

15   service or scheduling or any service of process

16   issues.

17           MR. TISI:  Of course.

18           Your Honor, as we've told Ms. Sharko on

19   numerous occasions, we'll certainly keep them in the

20   loop.  We couldn't schedule a deposition without their

21   input anyway.  So we will definitely do that.

22           JUDGE WOLFSON:  Thank you.

23           I think the next area is motions.  I guess

24   what you've got is, there are a number of ones that

25   you've agreed on where there are dismissals without

1    prejudice.  You have given me that list.

2          One question:  Are all the pending dismissal

3    motions that have been filed by individual plaintiffs,

4    have they now been resolved or agreed upon by between

5    the parties?

6          MS. O'DELL:  I'm only aware of those that are

7    on the chart that was included in the status report in

8    the proposed order, your Honor.  I'm not aware of

9    others.  I don't know if Ms. Tersigni is.

10          MS. TERSIGNI:  Your Honor, we are not aware of

11    any others other than what's on the chart.

12          JUDGE WOLFSON:  You are not aware of any

13    others at this point?

14          MS. TERSIGNI:  Correct.

15          JUDGE WOLFSON:  Are there any issues then with

16    regard to them?  Are there other ones that you think

17    will be coming up that there are issues on?

18          MS. O'DELL:  No, your Honor, not from us on

19    the Rule 41 dismissals.

20          JUDGE WOLFSON:  Now, I guess the next question

21    is with regard to the remand motions, but that's the

22    Miller firm who is not here today.  Correct?

23          Oh, someone is here.  Could you come forward.

24          MR. HOKE:  Your Honor, Curtis Hoke from The

25    Miller Firm.

37

1          JUDGE WOLFSON:  So what's the status of these?

2          MR. HOKE:  I believe, your Honor, that they

3    had been briefed.  I was under the impression that

4    they were fully briefed at this time.

5          MR. SILVER:  Your Honor, I can shed a little

6    light.  The Miller Firm and my office had a conference

7    with your law clerk.  There was ordered supplemental

8    briefing.

9          JUDGE WOLFSON:  This is on the conspiracy

10   theory.  Correct?

11         MR. SILVER:  Yes.

12         JUDGE WOLFSON:  That's still in the midst of

13   being briefed, isn't it?

14         MR. SILVER:  Yes.

15         JUDGE WOLFSON:  That's not complete.

16         MR. SILVER:  Imerys has submitted its brief,

17   and I believe The Miller Firm's date is -- if it's not

18   this Friday, it's the following Friday that their

19   supplemental briefing is due.

20         JUDGE WOLFSON:  And then that's it.

21         MR. SILVER:  And then the briefing will be

22   concluded.

23         JUDGE WOLFSON:  I think on the conspiracy

24   theory was it only Illinois and Rhode Island?

25         MR. SILVER:  Yes.

1          THE COURT:  So you will complete it this week.

2          MR. HOKE:  Yes.  I'm sorry for that.  Yes.

3          JUDGE WOLFSON:  All right.  Thank you.

4          MR. HOKE:  Thank you.

5          JUDGE WOLFSON:  Now, defendants have raised an

6     issue with regard to amended complaints being filed

7     without consent.

8          Ms. O'Dell.

9          MS. O'DELL:  Your Honor, the information that

10    was placed in the agenda hopefully communicates to

11    counsel that they should file a motion to amend in the

12    normal course.  We certainly communicated that to

13    counsel.  I think that at this point we've done all we

14    can to sort of ensure people comply with the rules on

15    that, that issue.

16         JUDGE WOLFSON:  Ms. Tersigni.

17         MS. TERSIGNI:  Your Honor, we are putting a

18    proposal together with the consent order that we'll

19    send to plaintiffs where we can adjust the cases that

20    haven't been filed with the motion in one order.

21         We did want to put the warning to counsel in

22    the agenda going forward that if it's not within the

23    Rule 15 time period after, they should be filing a

24    motion and reaching out to us for our consent.

25         JUDGE WOLFSON:  But are you looking to do by

1    that order the ones that have been done?

2           MS. TERSIGNI:  Yes.

3           JUDGE WOLFSON:  You are either going to look

4    to see if you consent to them, and if you don't you

5    are going to be asking that they be stricken and a

6    motion to be filed?

7           MS. TERSIGNI:  Correct.

8           JUDGE WOLFSON:  Okay.

9           MS. O'DELL:  Your Honor, we will do our best

10   to deal with that.

11          I would ask that we be provided a list of the

12   cases involved and that will help us do the more

13   archeology in terms of what's been filed, who filed

14   it, so we can try to help with that process.

15          JUDGE WOLFSON:  Thank you.

16          Then we've got 711 plaintiffs from

17   multi-plaintiff cases who have not filed short form

18   complaints.  What are you doing on that?

19          MS. O'DELL:  Well, a couple of things I would

20   say, your Honor.

21          Mr. Beisner and Mr. Silver and I have had

22   discussions about a group of plaintiffs that were

23   transferred into the MDL from Missouri in

24   multi-plaintiff complaints, some of which reside in

25   California, New Jersey or Delaware, and there would

40

1   not be federal subject matter jurisdiction here in the

2   MDL.  So, therefore, short form complaints weren't

3   filed on those particular plaintiffs because obviously

4   that would have been inappropriate.

5           So we've worked out an agreement where there

6   will be essentially a private agreement between the

7   law firm and the defendants creating a moratorium for

8   those particular plaintiffs so that they can be

9   re-filed in the appropriate state court and basically

10  be taken care of from there.

11          So that's the bulk of those cases we believe

12  that there haven't been short form complaints.  There

13  are also other groups.  For example, if a case was

14  filed in Missouri with multi-plaintiffs removed,

15  transferred to the MDL, there may be a motion to

16  remand pending, so that there is not a short form

17  complaint filed because they are still disputing the

18  issue of federal jurisdiction.  So that's another

19  group.

20          And then third, we have gone through the list

21  that has been provided and there is some

22  reconciliation issues where short form complaints have

23  been filed and maybe we just need to go through and

24  check the docket together.

25          The bottom line is we are focused on this

41

1    issue and we believe we could get it addressed, so

2    that the ones that should have short form complaints

3    filed are doing that.

4          Thank you.

5          JUDGE WOLFSON:  And you are working out these

6    duplicate filed cases as well.  Right?

7          MS. O'DELL:  Yes, your Honor.

8          JUDGE WOLFSON:  I think the rest of your

9    status letter is really just to tell me what's going

10   on around the country in your state cases and other

11   places where matters are pending.

12         I think that's it.  What other tissues do you

13   have today, anything else?

14         Yes, Mr. Silver.

15         MR. SILVER:  Hopefully, it's not going to be

16   an issue, Judge, but I didn't want to be in here on

17   Monday and then be writing a letter on Wednesday or

18   Thursday.

19         With regard to Imerys samples, there is

20   coordination with the asbestos side with the state

21   court case in California.  There is some motion

22   practice going on there.  I'm trying to work with the

23   PSC counsel there.  I'm hoping it's not going to be an

24   issue, but there might be a letter later in the week

25   if it can't be resolved.

42

1          MS. O'DELL:  Your Honor, we have been

2     resolving those issues.  I'm not aware of anything

3     that's arisen that would make that unique, but we'll

4     try to do that.

5          Your Honor, the only other thing I would like

6     to say is, bring to you Ms. Parfitt's apologies.  She

7     planned to be here today.  She's apologized for not

8     letting you know in advance.  She fell and broke her

9     foot on Saturday morning, unfortunately, and now is at

10    the surgeon's office being evaluated for surgery.  She

11    says that she hopes to see you next time.

12         JUDGE WOLFSON:  I hope so, too.  I hope she

13    has a speedy recovery, and you can relay that.

14         MS. O'DELL:  Thank you.

15         JUDGE WOLFSON:  Anything with PCPC?

16         MR. LOCKE:  No, your Honor.

17         JUDGE WOLFSON:  You're happy campers?  You're

18    good?

19         MR. LOCKE:  Not happy, but we're good.

20         JUDGE WOLFSON:  Okay.

21         I think our next date on the schedule is

22    August 23rd.  What are we on for, 10:30?

23         MS. SHARKO:  Yes.

24         JUDGE WOLFSON:  That week I'm going to be

25    doing a two-week bench trial in a securities matter.

43

1   You see I'm not having a happy end of summer.  So I

2   told them, though, because it is bench and I don't

3   have a jury, that I'm going to keep this conference

4   on.  Maybe we could start at 10 o'clock that morning,

5   so I don't have to take too much time away from the

6   trial.

7           MS. SHARKO:  Sure.

8           MS. O'DELL:  That's fine, your Honor.

9           JUDGE WOLFSON:  So we'll keep the date,

10  though, and let's pick a date for September because we

11  usually try to keep at least one ahead.

12          How about the 26th of September?  That's a

13  Wednesday.  Or I can do the 27th, which is a Thursday.

14          MS. SHARKO:  Either is going for us.

15          MS. O'DELL:  Your Honor, that's fine for us.

16          JUDGE WOLFSON:  Which do you prefer, the

17  Wednesday or the Thursday?

18          MS. O'DELL:  Thursday would be better, your

19  Honor, if you don't mind.

20          JUDGE WOLFSON:  Sure.  We'll do that one at

21  10:30, though.  That one should be nearing the end of

22  the sampling, and we'll know where we are, and maybe

23  we'll talk a little bit more about experts, also

24  obviously when we come in August.

25          And if for some reason come August 23rd you

44

1    think there really are no real issues to resolve and

2    things are going along very well and you don't think

3    it's necessary, let me know and I'll definitely see

4    you in September.  But there always seems to be

5    something, though.  It's good to come and meet.

6          If there's nothing else, then I'll let you go.

7    You have some busy times ahead, and thank you,  and

8    everybody enjoy some more of the summer.

9          THE DEPUTY CLERK:  All rise.

10         (Proceedings concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

45

# C E R T I F I C A T E

I, **Vincent Russoniello,** Official United States
Court Reporter and Certified Court Reporter of the
State of New Jersey, do hereby certify that the
foregoing is a true and accurate transcript of the
proceedings as taken stenographically by and before me
at the time, place and on the date hereinbefore set
forth.

I do further certify that I am neither a relative
nor employee nor attorney nor counsel of any of the
parties to this action, and that I am neither a
relative nor employee of such attorney or counsel, and
that I am not financially interested in this action.

S/Vincent Russoniello
Vincent Russoniello, CCR
Certificate No. 675

**'**

**'50s** [3] - 15:20, 15:21, 15:24

**0**

**08608** [1] - 1:8

**1**

**1** [1] - 11:6
**1,000** [1] - 8:22
**1-to-2** [1] - 22:9
**1.2** [1] - 22:19
**1.5** [1] - 23:14
**10** [1] - 43:4
**100** [1] - 23:10
**10:00** [2] - 29:22, 30:10
**10:30** [2] - 42:22, 43:21
**11th** [2] - 29:22, 30:10
**12** [2] - 20:7, 23:23
**15** [2] - 24:24, 38:23
**15th** [6] - 25:9, 25:11, 25:14, 25:24, 28:4, 28:15
**16-MD-2738(FLW)(LHG** [1] - 1:2
**16th** [3] - 26:5, 27:6, 27:17
**17th** [2] - 27:7, 28:3
**18th** [4] - 28:11, 28:12, 28:23, 29:6
**1964** [1] - 6:6
**1989** [3] - 7:16, 16:2, 16:8
**1990** [3] - 8:10, 9:6, 9:12
**1990s** [2] - 6:13, 6:16
**1st** [1] - 25:16

**2**

**2** [3] - 11:20, 20:20, 21:2
**2.5** [1] - 23:24
**20** [3] - 7:19, 9:9, 9:16
**20-year** [3] - 6:21, 8:15, 10:2
**2000** [1] - 9:19
**2000s** [1] - 6:17
**2001** [1] - 6:6
**2010** [3] - 8:10, 9:6, 9:19
**2012** [1] - 6:6
**2014** [1] - 6:7
**2018** [1] - 1:5
**216** [1] - 24:13

**23rd** [3] - 12:3, 42:22, 43:25
**25** [2] - 11:2, 22:16
**25th** [1] - 28:13
**26th** [1] - 43:12
**27th** [1] - 43:13
**28** [2] - 3:7, 28:12
**2nd** [1] - 29:6

**3**

**30** [21] - 9:10, 9:16, 16:20, 16:23, 17:2, 17:4, 18:17, 25:12, 27:3, 27:7, 27:16, 27:19, 28:16, 32:14, 32:20, 33:9, 33:25, 34:3, 34:4, 34:11, 34:13
**30(b)(6** [4] - 4:10, 4:20, 10:17, 11:24
**30-day** [5] - 18:1, 26:25, 28:10, 31:1, 34:18
**30th** [2] - 25:15, 25:16

**4**

**4** [2] - 22:15, 24:3
**40** [1] - 9:16
**402** [1] - 1:8
**41** [1] - 36:19
**43** [1] - 25:1
**45** [2] - 25:23, 27:3

**5**

**5** [2] - 21:9, 23:3
**58** [4] - 24:10, 24:14, 24:15, 25:1
**588-9516** [1] - 1:25
**5th** [1] - 29:20

**6**

**6** [2] - 20:7, 23:23
**60** [3] - 27:3, 27:11, 28:4
**609** [1] - 1:25
**675** [1] - 45:23

**7**

**7** [4] - 21:1, 21:10, 23:12, 23:13
**711** [1] - 39:16
**753** [1] - 3:7
**7800** [1] - 33:17
**7th** [2] - 20:15, 29:21

**8**

**8** [1] - 20:15
**8300** [1] - 33:17

**9**

**9** [1] - 1:5
**9th** [1] - 29:10

**A**

**a.m.** [2] - 29:22, 30:10
**able** [3] - 7:14, 13:4, 30:16
**ABOVE** [1] - 3:10
**ABOVE-ENTITLED** [1] - 3:10
**access** [1] - 18:8
**accomplished** [1] - 25:20
**accurate** [4] - 13:12, 23:7, 33:22, 45:8
**ACCURATE** [1] - 3:8
**accurately** [1] - 23:17
**action** [2] - 45:14, 45:16
**ACTION** [1] - 1:2
**add** [3] - 13:6, 26:4, 26:9
**added** [2] - 4:16, 33:11
**additional** [7] - 7:12, 8:4, 8:6, 11:6, 18:2, 20:9, 25:13
**additions** [1] - 6:5
**address** [2] - 5:8, 19:15
**addressed** [4] - 4:17, 5:15, 31:5, 41:1
**addressing** [1] - 30:13
**adequately** [1] - 20:10
**adjust** [1] - 38:19
**Administration** [1] - 32:3
**advance** [1] - 42:8
**agenda** [4] - 4:7, 30:11, 38:10, 38:22
**aggressive** [1] - 12:19
**ago** [1] - 15:24
**agree** [1] - 13:12
**agreed** [2] - 35:25, 36:4
**agreement** [3] - 25:22, 40:5, 40:6
**ahead** [4] - 28:2, 31:6, 43:11, 44:7
**ALABAMA** [1] - 1:14
**aliquot** [1] - 22:17
**ALLEN** [1] - 1:13

**allow** [1] - 13:3
**alone** [1] - 9:4
**ambitious** [1] - 32:13
**amend** [1] - 38:11
**amended** [1] - 38:6
**America** [1] - 2:11
**AN** [1] - 3:8
**analysis** [6] - 20:24, 21:20, 21:23, 23:23, 23:25, 25:18
**ANN** [1] - 2:10
**answer** [1] - 10:10
**answered** [1] - 13:7
**answers** [1] - 10:14
**anticipate** [2] - 26:13, 33:20
**anticipating** [1] - 28:19
**anyway** [4] - 5:1, 30:6, 34:15, 35:21
**apologies** [1] - 42:6
**apologized** [1] - 42:7
**appeal** [3] - 5:7, 5:9, 5:12
**appealing** [1] - 4:9
**appearing** [1] - 11:9
**apply** [1] - 13:17
**appreciate** [1] - 25:8
**appropriate** [3] - 8:19, 14:16, 40:9
**April** [2] - 28:23, 29:5
**archeology** [1] - 39:13
**area** [2] - 11:1, 35:23
**areas** [3] - 10:25, 32:19, 33:6
**arguing** [1] - 5:4
**argument** [1] - 5:25
**arisen** [1] - 42:3
**arms** [1] - 12:19
**ARPS** [1] - 1:19
**asbestos** [4] - 12:16, 20:10, 32:4, 41:20
**asbestos-free** [1] - 32:4
**ascribe** [1] - 14:13
**aside** [2] - 24:5, 32:18
**assume** [1] - 26:20
**assumed** [1] - 27:23
**assure** [1] - 13:3
**attached** [1] - 7:9
**attorney** [2] - 45:13, 45:15
**August** [5] - 12:14, 25:9, 42:22, 43:24, 43:25
**available** [3] - 18:5, 18:23, 33:1

**avenues** [1] - 17:12
**aware** [6] - 20:5, 36:6, 36:8, 36:10, 36:12, 42:2

**B**

**BARRY** [1] - 2:6
**BE** [1] - 3:8
**BEASLEY** [1] - 1:13
**beforehand** [1] - 4:8
**begin** [3] - 4:13, 19:19, 20:24
**beginning** [1] - 14:19
**behald** [1] - 1:16
**behalf** [2] - 1:20, 2:11
**Behalf** [1] - 2:7
**Beisner** [1] - 39:21
**BEISNER** [1] - 1:20
**bench** [2] - 42:25, 43:2
**best** [2] - 25:19, 39:9
**better** [2] - 23:18, 43:18
**between** [2] - 36:4, 40:6
**beyond** [1] - 10:23
**BIDDLE** [1] - 1:17
**biggest** [2] - 8:11, 21:3
**biologists** [1] - 31:10
**bit** [1] - 43:23
**blanks** [2] - 21:9, 23:2
**block** [1] - 32:24
**blocking** [1] - 34:17
**bodies** [1] - 30:14
**bottom** [1] - 40:25
**box** [4] - 11:1, 11:15, 11:25, 16:6
**boxes** [2] - 11:7, 18:7
**breakdown** [1] - 20:16
**brief** [1] - 37:16
**briefed** [3] - 37:3, 37:4, 37:13
**briefing** [4] - 6:1, 37:8, 37:19, 37:21
**bring** [3] - 18:10, 35:5, 42:6
**brings** [1] - 25:23
**broad** [1] - 12:22
**broader** [1] - 15:6
**broke** [1] - 42:8
**built** [1] - 30:1
**bulk** [1] - 40:11
**busy** [1] - 44:7
**buying** [1] - 21:3
**BY** [9] - 1:14, 1:15, 1:18, 1:20, 2:5, 2:6, 2:9, 2:10,

2:15

**C**

**California** [2] - 39:25, 41:21
**campers** [1] - 42:17
**care** [1] - 40:10
**CASAMENTO** [1] - 2:6
**case** [6] - 5:19, 28:21, 32:5, 34:10, 40:13, 41:21
**cases** [6] - 38:19, 39:12, 39:17, 40:11, 41:6, 41:10
**causation** [5] - 4:23, 14:6, 32:18, 34:10, 34:21
**CCR** [3] - 1:24, 3:15, 45:23
**cell** [1] - 31:10
**centrifuge** [1] - 22:18
**certain** [3] - 33:13, 33:14, 34:21
**certainly** [5] - 9:13, 31:18, 33:3, 35:19, 38:12
**Certificate** [1] - 45:23
**CERTIFIED** [1] - 3:8
**Certified** [1] - 45:6
**certify** [2] - 45:7, 45:12
**challenging** [1] - 32:11
**chart** [2] - 36:7, 36:11
**check** [1] - 40:24
**CHRISTOPHER** [1] - 1:15
**circumscribed** [1] - 16:13
**CIVIL** [1] - 1:2
**CLARKSON** [1] - 1:8
**clear** [1] - 11:5
**clearly** [2] - 25:2, 32:5
**clerk** [1] - 37:7
**CLERK** [2] - 4:3, 44:9
**clumped** [1] - 6:14
**collaborative** [2] - 11:22, 13:13
**coming** [3] - 25:3, 25:9, 36:17
**commenced** [1] - 15:25
**Committee** [1] - 1:16
**communicated** [1] - 38:12

**communicates** [1] - 38:10
**communications** [1] - 30:15
**companies** [1] - 16:5
**company** [1] - 16:8
**complaint** [1] - 40:17
**complaints** [7] - 38:6, 39:18, 39:24, 40:2, 40:12, 40:22, 41:2
**complete** [6] - 8:6, 16:22, 25:10, 25:15, 37:15, 38:1
**complex** [1] - 23:8
**comply** [1] - 38:14
**concentrate** [1] - 22:20
**concentration** [1] - 22:6
**concern** [1] - 14:24
**concerned** [2] - 10:7, 26:8
**concluded** [2] - 37:22, 44:10
**conclusion** [1] - 28:16
**concretely** [1] - 5:20
**CONFERENCE** [1] - 1:5
**conference** [3] - 29:16, 37:6, 43:3
**consent** [4] - 38:7, 38:18, 38:24, 39:4
**consider** [1] - 32:7
**conspiracy** [2] - 37:9, 37:23
**consuming** [1] - 24:9
**container** [1] - 22:10
**contemplating** [1] - 31:4
**cooperate** [1] - 33:4
**coordination** [1] - 41:20
**correct** [9] - 6:9, 9:11, 22:2, 22:3, 30:18, 36:14, 36:22, 37:10, 39:7
**correspondence** [1] - 7:14
**COUGHLIN** [1] - 2:8
**counsel** [7] - 32:21, 38:11, 38:13, 38:21, 41:23, 45:13, 45:15
**countries** [1] - 14:24
**country** [2] - 20:3, 41:10
**couple** [3] - 16:16, 19:18, 39:19
**course** [4] - 22:8, 31:22, 35:17, 38:12
**Court** [2] - 45:6

**COURT** [8] - 1:1, 1:25, 3:15, 6:23, 16:24, 29:20, 30:9, 38:1
**court** [3] - 4:1, 40:9, 41:21
**COURTHOUSE** [1] - 1:8
**crazy** [1] - 22:24
**create** [1] - 9:23
**creating** [1] - 40:7
**CRR** [1] - 1:24
**cumulative** [3] - 9:21, 33:15, 34:20
**CURTIS** [1] - 2:15
**Curtis** [1] - 36:24
**cutting** [1] - 24:25

**D**

**D.C** [4] - 1:20, 2:5, 29:17, 29:20
**data** [4] - 23:24, 24:2, 31:18, 32:6
**date** [8] - 19:8, 25:10, 29:18, 37:17, 42:21, 43:9, 43:10, 45:10
**dates** [4] - 9:8, 29:17, 32:23, 35:4
**Daubert** [11] - 14:7, 19:9, 26:13, 26:15, 28:20, 28:24, 30:4, 30:5, 32:12, 32:17, 34:22
**days** [22] - 8:25, 16:20, 16:23, 17:2, 17:4, 18:17, 25:12, 25:23, 27:3, 27:7, 27:11, 27:16, 27:18, 28:4, 28:12, 28:16, 32:14, 32:20, 33:25, 34:4, 34:17
**deal** [10] - 4:12, 4:16, 8:14, 8:16, 10:4, 17:8, 27:22, 34:19, 35:8, 39:10
**dealing** [3] - 6:2, 11:21, 20:12
**decade** [2] - 6:17, 6:18
**decades** [4] - 6:8, 6:11, 7:18, 15:7
**December** [3] - 27:7, 27:10, 28:3
**decide** [1] - 29:23
**decision** [1] - 9:5
**declaration** [9] - 10:3, 10:12, 10:15, 10:18, 15:14, 16:11, 16:14,

18:16, 18:19
**declarations** [4] - 17:5, 17:7, 17:17, 25:4
**Defendant** [3] - 1:20, 2:7, 2:11
**defendants** [5] - 17:1, 30:16, 32:11, 38:5, 40:7
**defense** [1] - 28:17
**definitely** [2] - 35:21, 44:3
**Delaware** [1] - 39:25
**delaying** [1] - 19:6
**delicate** [1] - 23:14
**denied** [1] - 4:19
**dep** [1] - 4:10
**dependent** [2] - 31:14, 31:17
**depiction** [1] - 33:22
**depose** [3] - 26:14, 28:9, 31:1
**deposition** [6] - 10:4, 10:13, 26:18, 26:25, 32:23, 35:20
**depositions** [12] - 28:15, 28:17, 30:2, 30:3, 32:12, 33:1, 33:5, 34:1, 34:2, 34:4, 34:18, 35:1
**deps** [1] - 30:6
**DEPUTY** [2] - 4:3, 44:9
**description** [1] - 21:15
**destroyed** [5] - 12:1, 15:18, 15:21, 15:24, 17:19
**destruction** [5] - 4:11, 4:21, 15:19, 15:22, 17:20
**determine** [2] - 17:14, 17:18
**determining** [1] - 15:3
**diagnosed** [1] - 9:15
**diagnoses** [1] - 9:8
**different** [5] - 10:17, 10:25, 11:3, 21:12, 22:1
**direct** [1] - 10:18
**discipline** [1] - 33:15
**disclosed** [1] - 33:13
**disclosure** [2] - 31:2, 31:8
**discoveries** [1] - 15:1
**discovery** [5] - 6:24, 9:24, 10:25, 15:16, 30:15
**discrete** [1] - 10:8

**discussions** [1] - 39:22
**dismissal** [1] - 36:2
**dismissals** [2] - 35:25, 36:19
**disputes** [1] - 13:23
**disputing** [1] - 40:17
**distinct** [1] - 6:15
**DISTRICT** [2] - 1:1, 1:1
**dividing** [1] - 18:12
**docket** [1] - 40:24
**document** [3] - 7:15, 9:1, 20:10
**dollar** [1] - 19:23
**done** [15] - 4:15, 5:10, 8:6, 12:18, 17:9, 17:19, 19:4, 21:16, 21:20, 26:19, 27:8, 32:22, 33:25, 38:13, 39:1
**double** [1] - 13:15
**down** [7] - 5:14, 9:25, 12:2, 14:10, 21:24, 21:25, 22:21
**Dr** [3] - 23:18, 24:22, 31:23
**DRINKER** [1] - 1:17
**Drug** [1] - 32:3
**due** [2] - 27:3, 37:19
**DUFFY** [1] - 2:8
**duplicate** [1] - 41:6
**duplicative** [1] - 24:7
**during** [1] - 21:16

**E**

**early** [5] - 6:7, 7:10, 21:19, 27:11, 29:16
**EAST** [1] - 1:8
**effort** [1] - 23:20
**eight** [5] - 32:19, 33:6, 33:7, 33:21
**either** [4] - 8:5, 15:10, 39:3, 43:14
**Electron** [1] - 19:22
**embellish** [1] - 23:20
**employee** [2] - 45:13, 45:15
**encompasses** [1] - 12:22
**end** [3] - 27:3, 43:1, 43:21
**endeavor** [1] - 33:4
**enjoy** [1] - 44:8
**enormously** [1] - 31:20
**ensure** [1] - 38:14

**entire** [3] - 6:17, 6:18, 11:17
**ENTITLED** [1] - 3:10
**entitled** [1] - 15:2
**epidemiologist** [1] - 31:16
**epidemiologists** [1] - 31:9
**Eppendorf** [1] - 22:18
**equally** [1] - 13:17
**especially** [1] - 25:21
**ESQUIRE** [10] - 1:14, 1:15, 1:18, 1:18, 1:20, 2:5, 2:6, 2:9, 2:10, 2:15
**ESQUIRES** [8] - 1:13, 1:15, 1:17, 1:19, 2:4, 2:6, 2:8, 2:10
**essentially** [1] - 40:6
**estimating** [1] - 23:17
**evaluated** [1] - 42:10
**evaluating** [1] - 32:7
**exactly** [2] - 13:12, 27:25
**examined** [1] - 11:10
**example** [9] - 5:17, 5:19, 6:13, 6:16, 7:16, 9:14, 16:7, 18:6, 40:13
**except** [1] - 9:20
**exciting** [1] - 19:11
**excuse** [1] - 17:15
**exhaustive** [1] - 14:20
**exist** [1] - 15:18
**existed** [1] - 16:8
**existence** [1] - 17:19
**expeditiously** [2] - 33:5, 35:9
**expert** [8] - 12:22, 25:22, 25:24, 26:6, 26:14, 27:2, 31:25, 32:24
**experts** [24] - 19:8, 26:24, 28:9, 30:3, 30:25, 31:3, 31:9, 31:23, 32:10, 32:19, 33:7, 33:8, 33:9, 33:13, 33:14, 33:19, 33:22, 33:23, 34:3, 34:7, 34:9, 34:11, 43:23
**explain** [1] - 15:18
**explored** [1] - 15:9
**extent** [1] - 17:6
**extra** [1] - 27:19

**F**

**fact** [2] - 6:2, 24:19

**fair** [4] - 7:25, 12:17, 12:23, 14:2
**fairly** [1] - 10:14
**far** [1] - 14:6
**faster** [1] - 16:19
**February** [4] - 7:10, 27:12, 28:4, 28:12
**federal** [2] - 40:1, 40:18
**fell** [1] - 42:8
**few** [1] - 34:15
**fiber** [1] - 20:11
**fibers** [1] - 20:9
**FIELD** [1] - 2:10
**file** [2] - 28:6, 38:11
**filed** [18] - 7:9, 20:15, 28:13, 28:17, 36:3, 38:6, 38:20, 39:6, 39:13, 39:17, 40:3, 40:9, 40:14, 40:17, 40:23, 41:3, 41:6
**filing** [3] - 28:20, 28:24, 38:23
**filter** [2] - 23:10, 23:12
**filtered** [1] - 23:9
**final** [1] - 18:16
**finalized** [1] - 11:23
**financially** [1] - 45:16
**findings** [1] - 7:11
**fine** [9] - 15:22, 18:17, 27:1, 29:4, 29:5, 29:9, 30:9, 43:8, 43:15
**finished** [1] - 28:15
**firm** [2] - 36:22, 40:7
**FIRM** [1] - 2:14
**Firm** [2] - 36:25, 37:6
**Firm's** [1] - 37:17
**first** [9] - 4:17, 5:2, 5:9, 8:17, 9:6, 12:13, 19:21, 20:19, 26:2
**FISHER** [1] - 1:8
**Fisher** [1] - 22:13
**fit** [1] - 9:13
**five** [2] - 6:21, 7:18
**flexible** [1] - 33:2
**FLOM** [1] - 1:19
**FLORIDA** [1] - 1:15
**fluff** [1] - 24:6
**focus** [5] - 7:5, 8:13, 8:15, 10:1, 23:16
**focused** [1] - 40:25
**focusing** [1] - 8:9
**follow** [1] - 17:9
**follow-up** [1] - 17:9
**FOLLOWING** [1] - 3:8

**following** [2] - 29:21, 37:18
**Food** [1] - 32:3
**foot** [1] - 42:9
**FOR** [1] - 1:1
**foregoing** [1] - 45:8
**foreign** [1] - 30:14
**forge** [1] - 28:1
**form** [6] - 39:17, 40:2, 40:12, 40:16, 40:22, 41:2
**forth** [1] - 45:11
**forward** [2] - 36:23, 38:22
**frankly** [3] - 5:14, 17:10, 25:22
**FREDA** [1] - 1:10
**free** [1] - 32:4
**Friday** [2] - 26:6, 37:18
**fully** [1] - 37:4
**furnace** [1] - 22:14
**future** [3] - 13:23, 33:21, 34:8

## G

**gaps** [1] - 5:21
**general** [7] - 4:23, 5:11, 14:6, 20:22, 32:17, 34:10, 34:20
**generally** [2] - 23:6, 23:15
**generous** [2] - 17:1, 17:3
**geologists** [1] - 31:10
**given** [6] - 9:7, 16:15, 21:15, 24:8, 27:10, 36:1
**GORDON** [1] - 2:10
**gotcha** [1] - 14:9
**grade** [1] - 11:2
**grams** [1] - 22:9
**great** [1] - 9:20
**grid** [4] - 21:8, 23:2, 23:10, 23:13
**grounds** [1] - 9:5
**group** [2] - 39:22, 40:19
**groupings** [1] - 11:3
**groups** [2] - 18:7, 40:13
**guess** [7] - 9:20, 11:2, 14:24, 19:7, 28:20, 35:23, 36:20
**GYN** [2] - 31:11, 31:18

## H

**happy** [4] - 21:14, 42:17, 42:19, 43:1
**hard** [2] - 6:19
**hear** [1] - 26:4
**heard** [3] - 8:23, 10:6, 35:14
**hearing** [11] - 8:18, 8:20, 14:12, 19:9, 26:15, 29:11, 29:25, 30:4, 30:5, 32:12, 34:22
**heavy** [1] - 22:19
**help** [2] - 39:12, 39:14
**helpful** [1] - 21:18
**hereby** [1] - 45:7
**hereinbefore** [1] - 45:10
**Hoke** [1] - 36:24
**HOKE** [5] - 2:15, 36:24, 37:2, 38:2, 38:4
**holding** [1] - 30:3
**holidays** [2] - 27:10, 27:17
**hone** [1] - 34:21
**Honor** [50] - 5:6, 6:25, 7:24, 9:11, 12:13, 14:2, 15:15, 16:9, 16:21, 17:23, 20:1, 21:14, 22:13, 22:23, 23:16, 25:20, 26:10, 26:22, 28:8, 28:14, 28:22, 29:4, 29:9, 30:8, 30:18, 30:19, 31:7, 33:3, 33:24, 34:9, 34:24, 35:3, 35:18, 36:8, 36:10, 36:18, 36:24, 37:2, 37:5, 38:9, 38:17, 39:9, 39:20, 41:7, 42:1, 42:5, 42:16, 43:8, 43:15, 43:19
**HONORABLE** [1] - 1:10
**hope** [4] - 13:7, 34:12, 42:12
**hopefully** [3] - 14:21, 38:10, 41:15
**hopes** [1] - 42:11
**hoping** [2] - 25:11, 41:23
**hours** [13] - 20:7, 20:20, 21:1, 21:3, 21:9, 21:10, 22:15, 23:3, 23:14, 23:23, 23:24, 24:3
**house** [1] - 18:10

## I

**idea** [2] - 22:25, 34:17
**identified** [1] - 32:19
**identify** [3] - 13:5, 32:24, 34:16
**identifying** [2] - 34:7, 34:9
**Illinois** [1] - 37:24
**illustrate** [1] - 5:18
**Imerys** [22] - 2:11, 5:15, 5:20, 6:3, 6:6, 6:20, 7:4, 7:6, 7:11, 8:2, 10:22, 11:21, 11:22, 11:24, 12:12, 13:18, 16:2, 16:8, 17:4, 24:11, 37:16, 41:19
**Imerys'** [1] - 13:13
**important** [5] - 11:18, 12:10, 24:16, 24:20, 25:6
**impression** [1] - 37:3
**IN** [2] - 1:4, 3:9
**in-house** [1] - 18:10
**inappropriate** [1] - 40:4
**include** [1] - 6:5
**included** [1] - 36:7
**indicate** [1] - 17:13
**indicated** [2] - 7:23, 11:12
**individual** [1] - 36:3
**information** [4] - 11:10, 17:22, 19:19, 38:9
**initial** [1] - 31:8
**input** [1] - 35:21
**instances** [1] - 33:13
**interest** [2] - 19:3, 19:5
**interested** [1] - 45:16
**introducing** [1] - 31:14
**inventory** [3] - 12:11, 12:20, 14:8
**investigate** [1] - 10:1
**investigated** [1] - 15:9
**investigation** [3] - 7:22, 8:1, 17:14
**involved** [4] - 11:12, 11:13, 12:21, 39:12
**IS** [1] - 3:8
**Island** [1] - 37:24
**Iso** [1] - 22:14
**Iso-temp** [1] - 22:14
**issue** [23] - 4:9, 4:13, 4:17, 4:23, 4:24, 4:25,
5:15, 9:25, 11:25, 12:13, 16:3, 20:12, 30:12, 34:19, 34:25, 35:1, 35:5, 38:6, 38:15, 40:18, 41:1, 41:16, 41:24
**issues** [9] - 8:24, 32:18, 34:10, 35:16, 36:15, 36:17, 40:22, 42:2, 44:1
**itself** [5] - 5:7, 9:4, 21:20, 21:23, 22:7

## J

**J&J** [19] - 5:16, 5:21, 6:10, 6:14, 7:4, 7:5, 7:7, 7:13, 7:20, 8:10, 10:21, 11:21, 12:12, 13:14, 13:17, 13:25, 14:22, 16:12, 17:4
**JERSEY** [5] - 1:1, 1:18, 1:18, 2:6, 2:9
**Jersey** [2] - 39:25, 45:7
**JOHN** [1] - 1:20
**JOHNSON** [2] - 1:4
**Johnson** [6] - 1:20, 12:7, 32:3
**join** [2] - 13:16, 13:22
**JUDGE** [95] - 4:4, 5:8, 5:23, 6:10, 7:1, 7:5, 8:9, 8:13, 8:19, 9:9, 9:12, 9:19, 10:12, 10:21, 11:11, 13:9, 13:20, 14:4, 14:11, 15:16, 16:4, 16:11, 16:17, 17:25, 18:14, 18:20, 18:25, 19:2, 19:7, 19:11, 19:18, 20:14, 20:19, 20:25, 21:17, 21:25, 22:24, 23:6, 23:22, 24:14, 24:18, 25:21, 26:12, 26:17, 26:23, 27:1, 27:4, 27:6, 27:15, 27:20, 27:23, 28:1, 28:6, 28:10, 28:18, 28:23, 29:5, 29:10, 29:13, 30:21, 31:3, 31:12, 31:24, 32:9, 33:9, 34:12, 34:25, 35:11, 35:22, 36:12, 36:15, 36:20, 37:1, 37:9, 37:12, 37:15, 37:20, 37:23, 38:13, 38:25, 38:16, 38:25, 39:3, 39:8, 39:15, 41:5, 41:8, 42:12, 42:15, 42:17, 42:20, 42:24,

43:9, 43:16, 43:20
**judge** [2] - 13:11, 27:13
**Judge** [15] - 4:10, 4:18, 4:19, 6:13, 9:5, 12:2, 12:5, 13:14, 13:16, 16:1, 17:6, 30:13, 35:6, 35:8, 41:16
**JULIE** [1] - 1:18
**July** [2] - 18:8, 20:15
**JULY** [1] - 1:5
**June** [6] - 29:11, 29:12, 29:13, 29:17, 29:22, 30:10
**jurisdiction** [2] - 40:1, 40:18
**jury** [1] - 43:3

## K

**keep** [5] - 34:14, 35:19, 43:3, 43:9, 43:11
**keeping** [1] - 31:8
**kept** [1] - 35:13

## L

**lab** [2] - 20:5, 22:4
**labeled** [1] - 22:18
**laboratory** [2] - 21:9, 23:2
**labs** [1] - 20:3
**Lanzo** [4] - 11:1, 13:1, 16:6
**larger** [1] - 22:8
**last** [3] - 8:23, 8:25, 12:14
**late** [1] - 18:8
**latency** [2] - 9:7, 9:9
**law** [2] - 37:7, 40:7
**learn** [2] - 18:1, 18:17
**learned** [1] - 11:16
**learning** [1] - 11:17
**least** [5] - 13:21, 27:18, 28:16, 30:13, 43:11
**LEIGH** [1] - 1:14
**less** [1] - 32:1
**letter** [10] - 6:1, 9:1, 10:10, 10:11, 13:21, 13:25, 20:15, 41:9, 41:17, 41:24
**letters** [2] - 4:8, 5:2
**letting** [1] - 42:8
**LEVIN** [1] - 1:15
**light** [1] - 37:6

**limited** [2] - 9:24, 15:7
**limits** [1] - 34:6
**line** [3] - 9:25, 14:10, 40:25
**liquid** [1] - 22:19
**list** [6] - 20:14, 32:10, 33:8, 36:1, 39:11, 40:20
**litigation** [4] - 12:15, 12:16, 15:25, 33:18
**lives** [1] - 9:16
**LLC** [1] - 2:14
**location** [1] - 20:10
**LOCKE** [3] - 2:5, 42:16, 42:19
**locked** [1] - 35:7
**log** [4] - 20:19, 20:21, 20:23, 21:2
**log-in** [2] - 20:19, 21:2
**Longo** [3] - 23:18, 24:22, 31:23
**look** [9] - 9:1, 9:3, 17:1, 20:14, 26:8, 29:17, 34:14, 39:3
**looking** [5] - 16:9, 25:25, 28:3, 28:23, 38:25
**loop** [2] - 35:14, 35:20
**losing** [1] - 27:18
**loss** [1] - 4:21
**lost** [1] - 12:1

## M

**ma'am** [1] - 20:18
**machine** [6] - 19:23, 19:24, 20:2, 20:4, 22:5
**maintenance** [1] - 4:21
**March** [3] - 28:11, 28:12, 28:13
**marching** [1] - 19:3
**MARK** [1] - 2:9
**MARKETING** [1] - 1:5
**material** [1] - 22:15
**materials** [1] - 11:7
**MATTER** [1] - 3:10
**matter** [3] - 17:7, 40:1, 42:25
**matters** [1] - 41:11
**McTIERNAN** [1] - 2:6
**MDL** [4] - 13:2, 39:23, 40:2, 40:15
**MEAGHER** [1] - 1:19
**means** [2] - 21:7, 23:1
**meet** [1] - 44:5

**meeting** [1] - 34:15
**mentioned** [1] - 30:20
**micro** [1] - 22:18
**micro-centrifuge** [1] - 22:18
**micrometer** [2] - 23:10, 23:12
**micrometers** [1] - 23:13
**Microscope** [1] - 19:22
**mid** [1] - 18:8
**midst** [1] - 37:12
**might** [2] - 9:24, 41:24
**MILLER** [1] - 2:14
**Miller** [4] - 36:22, 36:25, 37:6, 37:17
**milligrams** [1] - 22:16
**milliliters** [1] - 22:19
**million** [1] - 19:23
**million-dollar** [1] - 19:23
**mind** [1] - 43:19
**mine** [1] - 11:2
**mines** [1] - 12:21
**missing** [1] - 6:8
**Missouri** [2] - 39:23, 40:14
**mix** [1] - 4:16
**Model** [1] - 22:14
**modifying** [1] - 17:6
**moment** [5] - 7:6, 14:9, 16:25, 29:16, 29:18
**Monday** [2] - 27:8, 41:17
**month** [1] - 34:15
**months** [1] - 34:16
**moratorium** [1] - 40:7
**morning** [2] - 42:9, 43:4
**most** [1] - 11:20
**motion** [7] - 28:7, 38:11, 38:20, 38:24, 39:6, 40:15, 41:21
**motions** [8] - 28:13, 28:17, 28:20, 28:24, 29:2, 35:23, 36:3, 36:21
**motivation** [1] - 14:13
**move** [1] - 27:21
**moving** [1] - 21:22
**MR** [41] - 5:17, 6:9, 6:12, 6:25, 7:3, 7:7, 8:11, 9:11, 9:14, 11:4, 11:13, 13:11, 14:2, 14:5, 15:15, 16:1, 16:6, 16:20, 17:23, 18:1, 18:16, 18:24, 19:1, 26:22, 27:13, 27:16, 35:3, 35:17, 36:24, 37:2,

37:5, 37:11, 37:14, 37:16, 37:21, 37:25, 38:2, 38:4, 41:15, 42:16, 42:19
**MS** [72] - 5:6, 8:17, 8:21, 10:6, 10:20, 16:15, 16:18, 16:23, 19:5, 19:10, 19:17, 20:1, 20:18, 20:22, 21:14, 21:18, 22:3, 23:4, 23:7, 24:12, 24:15, 25:19, 26:10, 26:16, 26:24, 27:2, 27:5, 27:10, 27:22, 27:25, 28:5, 28:8, 28:13, 28:14, 28:22, 29:3, 29:4, 29:8, 29:9, 29:12, 30:7, 30:8, 30:18, 30:23, 31:7, 31:16, 32:1, 32:16, 33:3, 33:11, 34:6, 34:24, 35:13, 36:6, 36:10, 36:14, 36:18, 38:9, 38:17, 39:2, 39:7, 39:9, 39:19, 41:7, 42:1, 42:14, 42:23, 43:7, 43:8, 43:14, 43:15, 43:18
**muffle** [1] - 22:14
**muffled** [1] - 22:17
**multi** [3] - 39:17, 39:24, 40:14
**multi-plaintiff** [2] - 39:17, 39:24
**multi-plaintiffs** [1] - 40:14
**multiple** [7] - 21:21, 21:22, 22:3, 33:14, 33:19, 33:20, 34:2
**museums** [1] - 14:22
**must** [1] - 23:22
**MY** [1] - 3:9

## N

**nature** [1] - 4:22
**nearing** [1] - 43:21
**necessary** [3] - 31:1, 34:20, 44:3
**need** [9] - 5:19, 14:7, 15:7, 32:6, 32:21, 33:1, 34:6, 34:11, 40:23
**needs** [1] - 33:19
**negotiating** [1] - 11:20
**neighborhood** [1] - 7:19
**NEW** [5] - 1:1, 1:18, 1:18, 2:6, 2:9

**New** [2] - 39:25, 45:7
**new** [3] - 6:4, 10:25, 24:10
**next** [6] - 20:25, 34:15, 35:23, 36:20, 42:11, 42:21
**NJ** [1] - 1:8
**NO** [1] - 1:2
**nonetheless** [1] - 24:9
**normal** [1] - 38:12
**normally** [3] - 4:7, 13:20, 30:2
**note** [1] - 17:17
**NOTES** [1] - 3:9
**nothing** [3] - 14:5, 35:14, 44:6
**notices** [1] - 11:24
**November** [4] - 25:24, 26:5, 27:7, 27:17
**number** [10] - 4:6, 10:8, 20:7, 21:4, 30:25, 31:13, 33:12, 33:16, 34:7, 35:24
**numerous** [1] - 35:19

**O**

**o'clock** [1] - 43:4
**O'Dell** [11] - 5:5, 11:21, 12:17, 13:6, 16:24, 18:3, 19:15, 26:7, 31:13, 32:18, 38:8
**O'DELL** [40] - 1:14, 5:6, 19:17, 20:1, 20:18, 20:22, 21:14, 21:18, 22:3, 23:4, 23:7, 24:12, 24:15, 25:19, 26:10, 28:8, 28:14, 28:22, 29:4, 29:9, 30:8, 30:18, 30:23, 31:7, 31:16, 32:1, 33:3, 33:11, 34:24, 36:6, 36:18, 38:9, 39:9, 39:19, 41:7, 42:1, 42:14, 43:8, 43:15, 43:18
**oath** [15] - 8:5, 10:3, 10:11, 10:14, 11:8, 11:9, 11:14, 11:19, 12:5, 13:1, 13:2, 15:8, 15:13, 17:11
**objecting** [1] - 4:9
**objective** [1] - 14:19
**obviously** [2] - 40:3, 43:24
**occasions** [1] - 35:19
**occurred** [1] - 15:19

**October** [3] - 25:14, 25:16, 26:3
**OF** [3] - 1:1, 1:4, 3:9
**office** [2] - 37:6, 42:10
**OFFICIAL** [2] - 1:25, 3:15
**Official** [1] - 45:5
**oncologist** [1] - 31:18
**oncologists** [1] - 31:11
**one** [28] - 4:7, 5:20, 7:4, 14:3, 18:2, 19:22, 20:2, 20:4, 20:5, 20:19, 20:25, 21:24, 22:1, 22:4, 26:21, 27:4, 27:13, 28:19, 29:24, 30:12, 30:13, 33:4, 36:2, 38:20, 43:11, 43:20, 43:21
**one-day** [1] - 29:24
**ones** [9] - 24:19, 24:22, 27:21, 31:13, 34:22, 35:24, 36:16, 39:1, 41:2
**ongoing** [1] - 33:18
**open** [2] - 4:1, 35:1
**opportunity** [2] - 8:1, 28:9
**oppose** [1] - 29:2
**opposition** [1] - 29:1
**option** [1] - 15:6
**order** [6] - 12:3, 22:20, 36:8, 38:18, 38:20, 39:1
**ordered** [1] - 37:7
**orders** [2] - 7:9, 19:3
**organic** [1] - 22:15
**organize** [1] - 33:4
**original** [1] - 24:25
**ourselves** [1] - 13:3
**overestimated** [1] - 21:5
**overlap** [1] - 24:4
**overturn** [1] - 9:5

**P**

**page** [1] - 20:15
**PAPANTONIO** [1] - 1:15
**paperload** [1] - 13:15
**papers** [2] - 10:24, 29:14
**Parfitt's** [1] - 42:6
**part** [3] - 16:2, 18:6, 29:17
**particular** [3] - 20:6, 40:3, 40:8
**particularly** [1] - 33:20
**parties** [2] - 36:5, 45:14
**party** [1] - 34:25

**pathologist** [1] - 31:21
**pathologists** [1] - 31:11
**PATRICIA** [1] - 2:6
**Pause** [1] - 29:19
**pause** [1] - 17:16
**PCPC** [2] - 2:7, 42:15
**pending** [3] - 36:2, 40:16, 41:11
**PENNSYLVANIA** [1] - 2:10
**people** [2] - 32:25, 38:14
**per** [5] - 20:7, 20:20, 21:1, 23:24, 34:11
**perhaps** [3] - 4:17, 4:23, 26:1
**period** [17] - 6:21, 8:10, 8:11, 8:16, 9:7, 9:9, 10:2, 10:8, 16:13, 18:1, 26:25, 28:11, 30:2, 31:1, 34:5, 34:18, 38:23
**periods** [1] - 6:5
**permitted** [1] - 9:25
**person** [5] - 20:5, 21:24, 22:1, 32:17
**perspective** [1] - 10:4
**photograph** [1] - 20:23
**pick** [1] - 43:10
**picked** [1] - 24:14
**Pierre** [1] - 13:1
**piggyback** [1] - 26:21
**Pisano** [10] - 4:18, 4:19, 12:2, 12:5, 13:14, 13:16, 17:7, 30:13, 35:6, 35:9
**Pisano's** [2] - 4:10, 9:5
**place** [4] - 17:21, 30:22, 34:5, 45:10
**placed** [5] - 22:11, 22:17, 22:20, 23:12, 38:10
**places** [1] - 41:11
**plaintiff** [4] - 4:20, 5:4, 39:17, 39:24
**plaintiffs** [11] - 10:7, 30:14, 32:22, 33:17, 36:3, 38:19, 39:16, 39:22, 40:3, 40:8, 40:14
**Plaintiffs** [1] - 1:16
**planned** [1] - 42:7
**point** [9] - 5:1, 5:12, 9:21, 9:23, 14:24, 15:5, 17:10, 36:13, 38:13
**points** [2] - 11:4, 12:9
**policy** [2] - 15:22, 17:20
**position** [2] - 13:13,

13:24
**possible** [5] - 15:9, 17:12, 18:9, 32:23, 33:5
**post-2000** [1] - 6:4
**potential** [1] - 34:8
**POWDER** [1] - 1:5
**practice** [2] - 13:23, 41:22
**PRACTICES** [1] - 1:5
**prefer** [1] - 43:16
**prejudice** [1] - 36:1
**preparation** [7] - 21:1, 21:6, 21:8, 22:7, 23:2, 23:10, 24:3
**prepare** [3] - 10:16, 20:24, 21:7
**prepared** [1] - 23:9
**preserving** [1] - 12:14
**pretty** [1] - 6:14
**previously** [1] - 24:23
**principal** [1] - 5:25
**principally** [1] - 5:15
**private** [1] - 40:6
**proactive** [1] - 18:9
**problem** [1] - 18:6
**procedure** [3] - 20:20, 20:24, 23:20
**proceeding** [1] - 24:24
**Proceedings** [1] - 44:10
**proceedings** [1] - 45:9
**process** [8] - 11:17, 18:4, 18:11, 22:6, 23:14, 35:7, 35:15, 39:14
**produce** [2] - 12:6, 12:8
**produced** [4] - 7:21, 8:22, 26:25, 30:5
**producing** [2] - 14:22, 29:23
**production** [2] - 5:22, 7:15
**PRODUCTS** [1] - 1:5
**products** [1] - 32:4
**properly** [1] - 10:1
**proposal** [1] - 38:18
**proposed** [1] - 36:8
**protocol** [1] - 23:11
**provide** [1] - 12:24
**provided** [4] - 6:4, 19:20, 39:11, 40:21
**PSC** [3] - 11:8, 14:5, 41:23
**pull** [1] - 7:14
**purpose** [2] - 12:15, 15:4

**purposes** [2] - 15:2, 32:7
**PURSUANT** [1] - 3:7
**put** [10] - 7:7, 11:24, 12:4, 13:25, 22:12, 23:11, 24:5, 30:23, 34:3, 38:21
**putting** [7] - 8:4, 11:7, 11:8, 12:25, 13:2, 32:18, 38:17

### Q

**questioning** [1] - 4:11
**questions** [5] - 9:2, 11:15, 11:19, 17:8, 19:19
**quickly** [1] - 16:13
**quite** [1] - 23:8
**quote** [1] - 25:17

### R

**raise** [1] - 7:24
**raised** [2] - 12:13, 38:5
**RE** [1] - 1:4
**re** [1] - 40:9
**re-filed** [1] - 40:9
**reaching** [1] - 38:24
**read** [3] - 5:12, 22:13, 29:14
**reading** [1] - 23:22
**ready** [1] - 29:14
**real** [1] - 44:1
**really** [12] - 4:14, 8:17, 18:12, 18:15, 21:24, 23:1, 24:4, 27:24, 30:5, 31:5, 41:9, 44:1
**reason** [5] - 8:3, 10:13, 14:8, 24:15, 43:25
**reasonably** [1] - 13:4
**REATH** [1] - 1:17
**received** [2] - 4:6, 5:2
**receiving** [1] - 26:17
**recent** [1] - 14:25
**recently** [2] - 7:13, 8:24
**reconciliation** [1] - 40:22
**record** [2] - 16:2, 30:24
**recovery** [1] - 42:13
**REES** [1] - 2:10
**regard** [9] - 4:9, 4:10, 4:19, 6:3, 8:10, 36:16, 36:21, 38:6, 41:19
**regardless** [1] - 25:24
**regular** [1] - 17:20

**regulatory** [4] - 30:14, 31:9, 31:24, 32:17
**rejected** [1] - 35:6
**relates** [1] - 5:20
**relative** [2] - 45:12, 45:15
**relay** [1] - 42:13
**relevance** [1] - 14:15
**relevancy** [1] - 9:7
**relevant** [6] - 4:23, 31:19, 31:20, 31:21, 32:2, 32:17
**rely** [1] - 12:24
**remains** [1] - 15:4
**remand** [2] - 36:21, 40:16
**remove** [1] - 22:15
**removed** [2] - 22:9, 22:16, 40:14
**reply** [1] - 29:7
**report** [8] - 12:22, 24:3, 25:22, 26:6, 26:18, 27:2, 27:6, 36:7
**REPORTER** [2] - 1:25, 3:15
**Reporter** [2] - 45:6
**reporting** [2] - 25:18, 26:2
**reports** [2] - 27:9, 32:24
**represent** [2] - 17:11, 33:16
**representation** [2] - 12:23, 13:11
**representations** [2] - 32:2, 32:8
**representative** [3] - 12:20, 14:18, 25:6
**representing** [1] - 15:12
**request** [1] - 4:20
**require** [1] - 30:3
**required** [1] - 20:9
**reserving** [1] - 34:22
**reside** [1] - 39:24
**resolve** [1] - 44:1
**resolved** [3] - 10:21, 36:4, 41:25
**resolving** [1] - 42:2
**respect** [2] - 6:20, 12:14
**respond** [4] - 13:10, 17:2, 30:16, 30:17
**response** [4] - 7:2, 7:3, 7:4, 7:7
**rest** [2] - 30:11, 41:8
**result** [3] - 11:7, 17:8,

17:20
**results** [1] - 7:20
**reveal** [2] - 25:4, 25:12
**review** [2] - 23:24, 24:2
**reviewing** [3] - 20:6, 24:1, 24:22
**Rhode** [1] - 37:24
**ripe** [1] - 7:25
**rise** [2] - 4:3, 44:9
**rolling** [1] - 18:15
**route** [1] - 4:25
**RPR** [1] - 1:24
**rule** [1] - 34:9
**Rule** [2] - 36:19, 38:23
**ruled** [2] - 12:5, 12:6
**rules** [1] - 38:14
**rulings** [2] - 4:10, 13:17
**RUSSONIELLO** [2] - 1:24, 3:15
**Russoniello** [4] - 3:14, 45:5, 45:22, 45:23

### S

**S/Vincent** [2] - 3:14, 45:22
**SALES** [1] - 1:5
**sample** [14] - 19:24, 20:6, 20:8, 20:20, 20:23, 21:1, 21:6, 22:7, 22:8, 22:17, 22:21, 23:9, 23:25
**samples** [44] - 4:11, 4:14, 4:21, 5:22, 6:3, 6:6, 6:10, 6:12, 6:14, 6:17, 6:18, 6:22, 7:12, 7:16, 7:18, 7:19, 7:20, 8:4, 8:6, 8:23, 9:6, 10:8, 12:1, 12:12, 12:15, 14:7, 14:17, 14:18, 15:10, 15:17, 15:20, 15:23, 16:7, 16:25, 17:13, 17:18, 18:2, 18:22, 21:22, 24:11, 24:16, 25:4, 25:13, 41:19
**sampling** [3] - 15:3, 19:4, 43:22
**Saturday** [1] - 42:9
**schedule** [5] - 5:11, 30:20, 34:14, 35:20, 42:21
**scheduling** [3] - 4:14, 35:14, 35:15
**science** [1] - 14:6

**Scientific** [1] - 22:14
**search** [1] - 8:7
**searched** [1] - 17:12
**searches** [2] - 14:20
**seat** [1] - 26:7
**seated** [1] - 4:5
**second** [4] - 5:23, 13:19, 14:3, 30:19
**SECTION** [1] - 3:7
**securities** [1] - 42:25
**see** [8] - 5:14, 7:20, 9:6, 10:9, 39:4, 42:11, 43:1, 44:3
**selected** [3] - 24:15, 24:19, 24:23
**selecting** [1] - 18:12
**selection** [1] - 24:25
**send** [3] - 4:7, 10:10, 38:19
**sense** [1] - 21:2
**sent** [4] - 4:8, 7:13, 8:25, 13:21
**September** [6] - 12:12, 25:11, 25:15, 43:10, 43:12, 44:4
**serve** [1] - 32:24
**served** [1] - 35:3
**server** [1] - 35:7
**service** [4] - 35:6, 35:8, 35:15
**set** [1] - 45:10
**SEYFARRTH** [1] - 2:4
**sharko** [1] - 19:8
**Sharko** [9] - 8:15, 9:22, 26:13, 26:21, 28:1, 28:18, 32:15, 35:12, 35:18
**SHARKO** [29] - 1:18, 8:17, 8:21, 10:6, 10:20, 16:15, 16:18, 16:23, 19:5, 19:10, 26:16, 26:24, 27:2, 27:5, 27:10, 27:22, 27:25, 28:5, 28:13, 29:3, 29:8, 29:12, 30:7, 32:16, 34:6, 35:13, 42:23, 43:7, 43:14
**SHAW** [1] - 2:4
**shed** [1] - 37:5
**short** [7] - 34:5, 39:17, 40:2, 40:12, 40:16, 40:22, 41:2
**side** [2] - 34:11, 41:20
**sides** [1] - 16:12

**significantly** [1] - 9:17
**silver** [1] - 41:14
**SILVER** [18] - 2:9, 13:11, 14:2, 14:5, 15:15, 16:1, 16:6, 16:20, 26:22, 27:13, 27:16, 37:5, 37:11, 37:14, 37:16, 37:21, 37:25, 41:15
**Silver** [4] - 12:4, 13:9, 26:20, 39:21
**simple** [1] - 10:15
**simply** [1] - 34:21
**situations** [1] - 9:24
**SKADDEN** [1] - 1:19
**SLATE** [1] - 1:19
**slows** [2] - 21:24, 21:25
**so-and-so** [1] - 22:14
**solely** [1] - 8:9
**someone** [2] - 10:16, 36:23
**soon** [1] - 32:23
**sorry** [1] - 38:2
**sort** [1] - 38:14
**sounds** [1] - 23:25
**sources** [1] - 15:10
**specific** [1] - 23:19
**speedy** [1] - 42:13
**spoliation** [3] - 4:24, 14:9, 14:12
**spreadsheet** [2] - 7:8, 8:22
**spreadsheets** [1] - 7:8
**staff** [1] - 34:8
**stages** [4] - 21:12, 21:16, 23:18
**start** [6] - 5:3, 18:11, 18:23, 25:25, 34:17, 43:4
**started** [1] - 16:2
**state** [3] - 40:9, 41:10, 41:20
**State** [1] - 45:7
**STATE** [1] - 1:8
**statement** [1] - 10:11
**States** [1] - 45:5
**STATES** [2] - 1:1, 1:8
**status** [4] - 6:1, 36:7, 37:1, 41:9
**STATUS** [1] - 1:5
**Steering** [1] - 1:16
**STENOGRAPHIC** [1] - 3:9
**stenographically** [1] -

45:9
**steps** [6] - 21:19, 21:20, 21:23, 22:22, 23:1, 23:19
**still** [5] - 24:21, 30:13, 35:1, 37:12, 40:17
**stop** [1] - 5:23
**stragglers** [1] - 26:1
**STREET** [1] - 1:8
**stricken** [1] - 39:5
**subject** [1] - 40:1
**submission** [2] - 18:15, 30:16
**submissions** [2] - 4:6, 5:13
**submit** [1] - 17:5
**submitted** [1] - 37:16
**sufficient** [2] - 10:15, 34:9
**suggest** [2] - 26:24, 33:6
**suggestion** [1] - 27:14
**summer** [3] - 16:16, 43:1, 44:8
**Sunday** [1] - 25:16
**supplemental** [5] - 7:10, 7:11, 10:10, 37:7, 37:19
**surgeon's** [1] - 42:10
**surgery** [1] - 42:10
**SUSAN** [1] - 1:18

**T**

**Talc** [1] - 2:11
**talc** [2] - 11:2, 22:17
**tall** [1] - 31:2
**task** [1] - 31:2
**technician** [1] - 20:2
**technicians** [2] - 21:21, 22:4
**TEM** [12] - 19:23, 20:4, 20:24, 21:8, 21:20, 21:23, 22:21, 23:2, 23:10, 23:23, 23:25, 31:23
**temp** [1] - 22:14
**ten** [1] - 8:25
**terms** [5] - 12:20, 12:21, 20:13, 31:9, 39:13
**Tersigni** [2] - 36:9, 38:16
**TERSIGNI** [6] - 1:18, 36:10, 36:14, 38:17, 39:2, 39:7
**test** [1] - 7:20

**tested** [1] - 22:21
**testify** [2] - 4:20, 11:25
**testimony** [2] - 5:18, 5:19
**testing** [14] - 4:15, 5:7, 5:10, 19:4, 19:14, 20:17, 25:6, 25:15, 25:17, 25:20, 26:2, 31:15, 31:17, 31:22
**Thanksgiving** [1] - 27:17
**THE** [12] - 1:1, 1:10, 2:14, 3:7, 3:9, 4:3, 6:23, 16:24, 29:20, 30:9, 38:1, 44:9
**themselves** [1] - 31:23
**theory** [2] - 37:10, 37:24
**therefore** [1] - 40:2
**thinking** [2] - 30:25, 33:25
**third** [2] - 34:25, 40:20
**third-party** [1] - 34:25
**THOMAS** [1] - 2:5
**THORNTON** [1] - 2:10
**thorough** [1] - 16:21
**three** [8] - 6:17, 10:24, 11:3, 14:25, 15:24, 16:18, 18:7, 27:18
**Thursday** [5] - 30:17, 41:18, 43:13, 43:17, 43:18
**ties** [1] - 4:14
**time-consuming** [1] - 24:9
**timeframe** [1] - 7:17, 9:17
**timeframes** [2] - 6:15, 12:21
**timing** [5] - 5:10, 6:2, 19:13, 20:17, 25:18
**TISI** [19] - 1:15, 5:17, 6:9, 6:12, 6:25, 7:3, 7:7, 8:11, 9:11, 9:14, 11:4, 11:13, 17:23, 18:1, 18:16, 18:24, 19:1, 35:3, 35:17
**Tisi** [4] - 5:7, 8:25, 10:7, 10:23
**Tisi's** [1] - 13:11
**tissues** [1] - 41:12
**TITLE** [1] - 3:7
**TO** [2] - 3:7, 3:8
**today** [7] - 4:12, 8:20, 14:6, 19:8, 36:22, 41:13,

42:7
**together** [5] - 4:14, 7:8, 32:21, 38:18, 40:24
**took** [1] - 35:7
**total** [2] - 6:16, 24:12
**toxicologist** [1] - 31:20
**toxicologists** [1] - 31:11
**transcript** [1] - 45:8
**TRANSCRIPT** [2] - 1:4, 3:8
**TRANSCRIPTION** [1] - 3:9
**transferred** [2] - 39:23, 40:15
**Transmission** [1] - 19:22
**TRENTON** [1] - 1:8
**trial** [4] - 11:9, 13:2, 42:25, 43:6
**trials** [2] - 33:20, 34:8
**true** [2] - 33:7, 45:8
**trust** [1] - 24:18
**try** [4] - 16:18, 39:14, 42:4, 43:11
**trying** [5] - 12:11, 12:19, 18:4, 22:25, 41:22
**tube** [2] - 22:18, 22:20
**turn** [1] - 19:13
**two** [11] - 6:18, 7:18, 11:4, 12:9, 15:7, 15:21, 16:17, 29:3, 29:6, 33:4, 42:25
**two-week** [1] - 42:25
**two-year** [1] - 15:21
**typical** [1] - 20:3
**typically** [1] - 20:3

**U**

**U.S** [2] - 1:25, 3:15
**U.S.C** [1] - 3:7
**ultimately** [1] - 22:21
**under** [17] - 8:5, 10:3, 10:11, 10:14, 10:15, 11:8, 11:9, 11:14, 11:19, 12:5, 12:25, 13:1, 13:2, 15:8, 15:13, 17:11, 37:3
**under-oath** [1] - 10:3
**unfortunately** [1] - 42:9
**unique** [1] - 42:3
**UNITED** [2] - 1:1, 1:8
**United** [1] - 45:5
**universe** [2] - 14:17, 15:1
**unless** [2] - 13:6, 26:7

**up** [15] - 5:6, 5:7, 8:5, 11:22, 13:19, 14:3, 15:11, 16:24, 17:9, 17:21, 18:21, 25:3, 27:20, 29:17, 36:17
**USDJ** [1] - 1:10
**useful** [1] - 18:13
**uses** [2] - 14:6, 23:11

**V**

**various** [1] - 5:13
**Vermont** [1] - 11:2
**vial** [2] - 22:11
**view** [1] - 25:24
**VINCENT** [2] - 1:24, 3:15
**Vincent** [2] - 45:5, 45:23
**Vinnie** [1] - 22:24
**VIRGINIA** [1] - 2:15

**W**

**wants** [2] - 13:9, 28:1
**warning** [1] - 38:21
**washing** [1] - 23:11
**WASHINGTON** [2] - 1:20, 2:5
**WEDINGER** [1] - 2:6
**Wednesday** [3] - 41:17, 43:13, 43:17
**week** [10] - 8:25, 18:22, 26:2, 27:19, 29:7, 29:21, 38:1, 41:24, 42:24, 42:25
**weeks** [4] - 16:16, 16:17, 29:3, 29:6
**weighed** [1] - 22:8
**willing** [1] - 11:24
**witness** [5] - 4:20, 8:5, 10:17, 11:15, 35:6
**witnesses** [3] - 29:24, 30:4, 35:1
**WOLFSON** [96] - 1:10, 4:4, 5:8, 5:23, 6:10, 7:1, 7:5, 8:9, 8:13, 8:19, 9:9, 9:12, 9:19, 10:12, 10:21, 11:11, 13:9, 13:20, 14:4, 14:11, 15:16, 16:4, 16:11, 16:17, 17:25, 18:14, 18:20, 18:25, 19:2, 19:7, 19:11, 19:18, 20:14, 20:19, 20:25, 21:17, 21:25, 22:24, 23:6, 23:22, 24:14,

24:18, 25:21, 26:12, 26:17, 26:23, 27:1, 27:4, 27:6, 27:15, 27:20, 27:23, 28:1, 28:6, 28:10, 28:18, 28:23, 29:5, 29:10, 29:13, 30:21, 31:3, 31:12, 31:24, 32:9, 33:9, 34:12, 34:25, 35:11, 35:22, 36:12, 36:15, 36:20, 37:1, 37:9, 37:12, 37:15, 37:20, 37:23, 38:3, 38:5, 38:16, 38:25, 39:3, 39:8, 39:15, 41:5, 41:8, 42:12, 42:15, 42:17, 42:20, 42:24, 43:9, 43:16, 43:20
**women** [3] - 9:8, 9:14, 9:15
**words** [1] - 14:6
**workload** [1] - 13:15
**works** [1] - 27:24
**writing** [1] - 41:17
**written** [3] - 6:23, 17:5, 24:3

**Y**

**year** [2] - 12:14, 15:21
**years** [3] - 9:10, 9:16, 15:24