UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pamela Davis, Renee Craig and Paula Lumpkin, individually and on behalf of all interested parties, v. Johnson & Johnson, et al.*<br><br>Case Number: 18-cv-11914 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Pamela Davis, Renee Craig, and Paula Lumpkin, individually and on behalf of all interested parties.

This 20th day of July 2018.

Respectfully submitted,
/s/ John C. Enochs
John C. Enochs, MS Bar #9635
Richard L. Root
Morris Bart, LLC
601 Poydras St.,
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
jenochs@morrisbart.com
rroot@morrisbart.com
Attorneys for Plaintiff

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of July 2018.

                 */s/ John C. Enochs*