**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG |

This document relates to:
Kim Michaelson, et al. v. Johnson & Johnson, et al.
CaseNo.3:18-cv-11903

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on July 20, 2018 on

behalf of Plaintiff Kim Michaelson

DATED: July 20, 2018                    BISNAR|CHASE LLP

                                  By:    /s/ Tom Antunovich
                                         BRIAN D. CHASE
                                         TOM ANTUNOVICH
                                         Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By:    /s/ Tom Antunovich
       BRIAN D. CHASE
       TOM ANTUNOVICH