## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br><u>Linda Hudgies, individually, and as the representative of the Estate of Mary Jones, deceased,</u><br>                                        Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>                                        Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-147888 |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 19, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                            Respectfully Submitted by,

                                            <u>/s/ Randi Kassan</u>
                                            SANDERS PHILLIPS GROSSMAN, LLC
                                            Randi A. Kassan, Esq.
                                            100 Garden City Plaza, Suite 500
                                            Garden City, NY 11530
                                            Tel: (516) 741-5600
                                            Fax: (516) 741-0128
                                            rkassan@thesandersfirm.com

                                            **Counsel for Plaintiff**