**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738<br><br>NOTICE OF APPEARANCE BY LOCAL COUNSEL FOR DEFENDANT, PTI UNION, LLC |

  Notice is hereby given to the Court that Janet L. Poletto, Esq. of the law firm of Hardin, Kundla, McKeon & Poletto is entering an appearance as local counsel for Defendant, PTI Union, LLC, in the above captioned matter.

                 Respectfully submitted,

Dated: July 23, 2018        */s/ Janet L. Poletto*
                 _____
                 Janet L. Poletto, Esq.
                 Robert E. Blanton, Jr., Esq.
                 HARDIN KUNDLA McKEON & POLETTO
                 673 Morris Avenue
                 Springfield, NJ 07081
                 Telephone: 973-912-5222
                 Facsimile: 973-912-9212

                 Caroline Tinsley, Esq.
                 TUCKER ELLIS LLP
                 100 South 4th Street, Suite 600
                 St. Louis, MO 63102

                 *Attorneys for Defendant, PTI Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2018 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Janet L. Poletto*
_____
Janet L. Poletto, Esq.