
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738<br><br>NOTICE OF APPEARANCE BY LOCAL COUNSEL FOR SPECIALLY – APPEARING DEFENDANT, PTI ROYSTON, LLC |

Notice is hereby given to the Court that Janet L. Poletto, Esq. of the law firm of Hardin, Kundla, McKeon & Poletto is entering an appearance as local counsel for Specially – Appearing Defendant, PTI Royston, LLC[1], in the above captioned matter.

Respectfully submitted,

Dated: July 23, 2018

/s/ *Janet L. Poletto*
_____
Janet L. Poletto, Esq.
Robert E. Blanton, Jr., Esq.
HARDIN KUNDLA McKEON & POLETTO
673 Morris Avenue
Springfield, NJ 07081
Telephone: 973-912-5222
Facsimile: 973-912-9212

Caroline Tinsley, Esq.
TUCKER ELLIS LLP
100 South 4th Street, Suite 600
St. Louis, MO 63102

*Attorneys for Specially – Appearing Defendant, PTI Royston, LLC*

---

[1] This is a special/limited appearance inasmuch PTI Royston, LLC is not waiving any objections it may have to personal jurisdiction.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2018 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Janet L. Poletto*
_____
Janet L. Poletto, Esq.