UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Curtis Pitts, individually and on behalf of Margaret Pitts, v. Johnson & Johnson, et al.*<br><br>**Case Number:**     **18-cv-11945** | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Curtis Pitts, individually and on behalf of Margaret Pitts.

This 23th day of July, 2018.

                                              Respectfully submitted,
                                              /s/ Richard Root
                                              Richard Root, LA Bar #19988
                                              Betsy J. Barnes, LA Bar # 19473
                                              Morris Bart, LLC
                                              601 Poydras St., 24th Floor
                                              New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              rroot@morrisbart.com
                                              bbarnes@morrisbart.com
                                              Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23th day of July, 2018.

                                              */s/ Richard L. Root*