## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Charles Cutrer, Sr., individually and on behalf of Lora Cutrer, v. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-11948 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Charles Cutrer, Sr., individually and on behalf of Lora Cutrer.

This 23th day of July, 2018.

                                              Respectfully submitted,
                                              /s/ Richard Root
                                              Richard Root, LA Bar #19988
                                              Betsy J. Barnes, LA Bar # 19473
                                              Morris Bart, LLC
                                              601 Poydras St., 24th Floor
                                              New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              rroot@morrisbart.com
                                              bbarnes@morrisbart.com
                                              Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23th day of July, 2018.

                                                   */s/ Richard L. Root*