## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Mary Steiger vs. Johnson & Johnson, et al. Case No.: 3:18-cv-11855 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Mary Steiger.

This 23rd day of July, 2018.

                                                                   Respectfully Submitted by,

                                                                   /s/ *Anna M. Carroll*
                                                                   Anna M. Carroll
                                                                   William L. Bross
                                                                   Heninger Garrison Davis, LLC
                                                                   2224 First Avenue North
                                                                   Birmingham, AL  35203
                                                                   Telephone: (205) 326-3336
                                                                   Facsimile: (205) 380-8072
                                                                   Email: acarroll@hgdlawfirm.com
                                                                   Email: william@hgdlawfirm.com

                                                                   *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of July, 2018.

/s/ *Anna M. Carroll*

Anna M. Carroll

ATTORNEY FOR PLAINTIFFS