## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Richard Whitson individually and on behalf of Sylvia Whitson, v. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-11977 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Richard Whitson, individually and on behalf of Sylvia Whitson.

This 23th day of July, 2018.

                                          Respectfully submitted,
                                          /s/ Richard Root
                                          Richard Root, LA Bar #19988
                                          Betsy J. Barnes, LA Bar # 19473
                                          Morris Bart, LLC
                                          601 Poydras St., 24th Floor
                                          New Orleans, LA 70130
                                          Phone: 504-525-8000
                                          Fax: 504-599-3392
                                          rroot@morrisbart.com
                                          bbarnes@morrisbart.com
                                          Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23${}^{\text{th}}$ day of July, 2018.

*/s/ Richard L. Root*