## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 MDL No. 2738(FLW)(LHG) Civil Action No. 3:18-cv-11241 |

**This document relates to:**

*Shirley A. Ateek v. Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc. and Imerys Talc America, Inc. F/K/A Luzenac America, Inc. Personal Care Products Counsel (PCPC) F/K/A Cosmetic Toiletry and Fragrance Association (CTFA)*, **D.N.J., Case No: 3:18-cv-11241-FLW-LHG**

### PLAINTIFF SHIRLEY A. ATEEK'S *AMENDED* NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT PERSONAL CARE PRODUCT COUNCIL

**COMES NOW** Plaintiff, **SHIRLEY A. ATEEK**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby gives notice of her voluntary dismissal with prejudice of Defendant **PERSONAL CARE PRODUCTS COUNCIL** ("PCPC").  Plaintiff filed her Complaint in the U.S. District Court for the Middle District of Florida on June 12, 2018, which was subsequently transferred to the U.S. District Court for the District of New Jersey on June 29, 2018.  Defendant PCPC has not filed a response to the Complaint.  **This case shall continue as to the other defendants.**

Respectfully submitted,

*/s/ Dorothy V. Maier*
Dorothy V. Maier
**DOROTHY V. MAIER, PA**
435 South Ridgewood Avenue, Suite 109
Daytona Beach, FL  32114
Phone: (386) 761-0951
Facsimile: (386) 682-3823
*dorothymaier2013@gmail.com*

47792460v.1

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2018, a copy of the foregoing Amended Notice of Voluntary of Dismissal as to Personal Care Product Council only was served via the Court's CM/ECF system.

                                                                       */s/ Dorothy V. Maier*
                                                                       Dorothy V. Maier

47792460v.1