## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>WANDA MCCOY<br><br>                     Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc.,<br>Imerys Talc America, Inc., and<br>Personal Care Products Council,<br><br>                     Defendants. | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-11296<br><br>DIRECT FILED ACTION |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 2, 2018, on behalf of Plaintiff Wanda Mccoy.

Dated: <u>July 25, 2018</u>

                                   DANIEL & ASSOCIATES, LLC

                                   */s/ Patrick Daniel*
                                   D. Patrick Daniel, Jr.
                                   Anna Dean Kamins
                                   2409 Commerce Street
                                   Houston, Texas 77003
                                   T: 713.589.3539
                                   F: 713.481.9884
                                   patrick@dpdlawfirm.com

                                   Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DANIEL & ASSOCIATES, LLC

*/s/ Patrick Daniel*
D. Patrick Daniel, Jr.
Anna Dean Kamins
2409 Commerce Street
Houston, Texas 77003
T: 713.589.3539
F: 713.481.9884
patrick@dpdlawfirm.com

Counsel for Plaintiff