# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Johnson & Johnson Talcum Powder Products Marketing, Sales Practice and Products Liability Litigation | 3:16-md-2738-FLW-LHG <br><br> Honorable Freda L. Wolfson <br> Magistrate Judge Lois H. Goodman |
| *This Document Also Relates To:* <br><br> MICHELL FERGUSON, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | Civil Action No.: 3:18-cv-08124 |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Jennifer L. Orendi, of the law firm of Dalimonte Rueb LLP, hereby appears on behalf of the Plaintiff Michell Ferguson (D.N.J. Case No.: 3:18-cv-08124) and in the above-referenced MDL proceeding 3:16-md-2738-FLW-LHG.

Dated: July 25, 2018

Respectfully submitted,

/s/ *Jennifer L. Orendi*
Jennifer L. Orendi
DALIMONTE RUEB LLP
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036
Phone: (202) 538-2790
Fax: 202-261-3508
jorendi@drlawllp.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 25, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered attorneys of record.

                /s/ *Jennifer L. Orendi*
                Jennifer L. Orendi