UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Richard Hillyer, on behalf of the heirs and next-of-kin of Susan Hillyer v. Johnson & Johnson, et al.*<br><br>**Case No.: 18-cv-11683** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff.

Dated: 7/25/2018

Respectfully Submitted,

*/s/ Greg McEwen*
Gregory N. McEwen, (MN ID 0273843)
McEWEN LAW FIRM, LTD.
5850 Blackshire Path
Inver Grove Heights, MN 55076
Phone: 651-224-3833
Facsimile: 651-223-5790
gmcewen@mcewenlaw.com

*Attorneys for Plaintiff*

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of July, 2018.

/s/ Greg McEwen