# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Johnson & Johnson Talcum Powder Products Marketing, Sales Practice and Products Liability Litigation <br><br> *This Document Also Relates To:* <br><br> SULMA RIYADH, <br><br>                Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br>                Defendants. | **3:16-md-2738-FLW-LHG** <br><br> Honorable Freda L. Wolfson <br> Magistrate Judge Lois H. Goodman <br><br><br> **Civil Action No.: 3:18-cv-02989** |

## NOTICE OF ENTRY OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned counsel, Jennifer L. Orendi, of the law firm of Dalimonte Rueb LLP, hereby appears on behalf of the Plaintiff Sulma Riyadh (D.N.J. Case No.: 3:18-cv-02989) and in the above-referenced MDL proceeding 3:16-md-2738-FLW-LHG.

Dated:  July 25, 2018                                                        Respectfully submitted,

                                                                                                 /s/ *Jennifer L. Orendi* <br>
                                                                                                 Jennifer L. Orendi <br>
                                                                                                 DALIMONTE RUEB LLP <br>
                                                                                                 1250 Connecticut Avenue NW <br>
                                                                                                 Suite 200 <br>
                                                                                                 Washington, DC 20036 <br>
                                                                                                 Phone: (202) 538-2790 <br>
                                                                                                 Fax: 202-261-3508 <br>
                                                                                                 jorendi@drlawllp.com <br>
                                                                                                 Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered attorneys of record.

      /s/ *Jennifer L. Orendi*
      Jennifer L. Orendi