## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------
IN RE: JOHNSON & JOHNSON TALCUM )
POWDER PRODUCTS MARKETING, )
SALES PRACTICES, AND PRODUCTS )
LIABILITY LITIGATION )
                               )
THIS DOCUMENT RELATES TO: )
                               )
John B Habeck, Individually and as Special )
Administrator of the Estate of Marilyn E. Habeck )
*v. Johnson & Johnson, et al.,* )
------------------------------------------------------)

3:16-MD-2738-FLW-LHG

JUDGE FREDA L. WOLFSON

MAG. JUDGE LOIS H. GOODMAN

**Civil Action No.**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and the Jury Demand was filed on July 25, 2017, on behalf of Plaintiff, John B. Habeck, Individually and as Special Administrator of the Estate of Marilyn E. Habeck.

Dated:       July 25, 2017           Respectfully Submitted by,

                                          **HABUSH HABUSH & ROTTIER S.C.®**


                                          _____/s/ Timothy S. Trecek_____
                                          Timothy S. Trecek
                                          (SBN: 1021161)
                                          Daniel A. Rottier
                                          (SBN: 1016998)
                                          Peter M. Young
                                          (SBN: 1062054)
                                          Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

**HABUSH HABUSH & ROTTIER S.C.®**


_____/s/ Timothy S. Trecek_____
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff


**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900