## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM) | 3:16-MD-2738-FLW-LHG |
| POWDER PRODUCTS MARKETING, ) | |
| SALES PRACTICES, AND PRODUCTS ) | JUDGE FREDA L. WOLFSON |
| LIABILITY LITIGATION ) | |
| ) | MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: ) | |
| ) | **Civil Action No.** |
| Charlene G. Hugus, ) | |
| *v. Johnson & Johnson, et al.,* ) | |
| \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and the Jury Demand was filed on July 25, 2017, on behalf

of Plaintiff, Charlene G. Hugus.

Dated:  July 25, 2017                                         Respectfully Submitted by,

**HABUSH HABUSH & ROTTIER S.C.®**


_____/s/ Timothy S. Trecek_____
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff


**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

**HABUSH HABUSH & ROTTIER S.C.®**


_____/s/ Timothy S. Trecek_____
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900