BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Holmes, Faye obo Essie Lee Sutton (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Holmes, Faye obo Essie Lee Sutton (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-11889 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 20, 2018 on behalf of Plaintiff Holmes, Faye obo Essie Lee Sutton (deceased).

                              */s/ Brittany S. Scott*
                              Brittany S. Scott
                              BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                              218 Commerce Street
                              Montgomery, Alabama 36104
                              (800) 898-2034 Telephone
                              (334) 954-7555 Facsimile
                              Brittany.Scott@BeasleyAllen.com

                              Attorneys for Plaintiff Holmes, Faye obo Essie Lee Sutton (deceased)

Dated: July 25, 2018

## CERTIFICATE OF SERVICE

   I hereby certify that on July 25, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Brittany S. Scott*
                Brittany S. Scott

                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.