# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Jeanne May and Warren May,<br><br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., and Imerys Talc America, Inc.,<br><br>Defendants. | MDL NO. 16-2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No. 18-cv-11756 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 18, 2018 on behalf of Plaintiffs, Jeanne May and Warren May.

Dated: July 26, 2018

By: /s/ Matthew B. Moreland
Matthew B. Moreland (LA #24567)
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, Suite 100
Metairie, LA 70001
(504) 832-3000
Fax: (504) 832-1799

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on July 26, 2018.

/s/ Matthew B. Moreland
Jim S. Hall & Associates, LLC
*Attorney for Plaintiffs*
