# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS, MARKETING, SALES PRATICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738<br>MDL No. 2738 (FLW) (LHG)<br>Civil Action No. 3:18-cv-11651 |

**This document relates to:**

*Joan Di Pietro v. Johnson & Johnson,*
*Johnson & Johnson Consumer Companies, Inc.,*
*Imerys Talc America, Inc. F/K/A Luzenac America,*
*Inc. and Personal Care Products Council F/K/A*
*Cosmetic Toiletry and Fragrance Association (CTFA),*
**D.N.J., Case No. 3:18-cv-11651**

### PLAINTIFF JOAN DI PIETRO'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL

**COMES NOW** Plaintiff, **JOAN DI PIETRO**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby gives notice for her voluntary dismissal with prejudice of Defendant **PERSONAL CARE PRODUCTS COUNCIL** ("PCPC"). Plaintiff filed her Complaint in the U.S. District Court for the District of New Jersey on July 16, 2018. Defendant PCPC has not filed a response to the Complaint. **This case shall continue as to the other defendants.**

Respectfully Submitted,

BLIZZARD LAW, PLLC

*/s/ Anna B. Greenberg*

        Edward F. Blizzard, TBN 02495000

        Anna B. Greenberg, TBN 24089898

        5020 Montrose Blvd., Ste. 410

        Houston, Texas 77006

        Tel: (713) 844-3750

        Fax: (713) 844-3755

        Email: EBlizzard@BlizzardLaw.com

        Email: AGreenberg@BlizzardLaw.com

        **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, a copy of the foregoing Notice of voluntary dismissal as to Personal Care Products Council was served via the Court's CM/ECF system.

        */s/ Anna B. Greenberg*
        Anna B. Greenberg