SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brenda Turrentine v. Johnson & Johnson, et al.*<br>Case No.  3:18-cv-12082 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 26, 2018 on behalf of Plaintiff Brenda Turrentine.

| | |
|---|---|
| Dated: July 26, 2018 | Respectfully Submitted,<br><br>*/s/ Trent B. Miracle*<br>Trent B. Miracle<br>John J. Foley<br>Andy S. Williams<br>Eric S. Johnson<br>**SIMMONS HANLY CONROY**<br>One Court Street<br>Alton, IL 62002<br>Telephone:  618.259.2222<br>Facsimile:   618.259.2251<br>tmiracle@simmonsfirm.com<br>jfoley@simmonsfirm.com<br>awilliams@simmonsfirm.com<br>ejohnson@simmonsfirm.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 26ʰ day of July, 2018 to all parties of interest.

>  */s/ Trent B. Miracle*
> Trent B. Miracle