SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Virginia Williams v. Johnson & Johnson, et al.* Case No. 3:18-cv-12076 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 26, 2018 on behalf of Plaintiff Virginia Williams.

Dated: July 26, 2018                    Respectfully Submitted,

> */s/ Trent B. Miracle*
> Trent B. Miracle
> John J. Foley
> Andy S. Williams
> Eric S. Johnson
> **SIMMONS HANLY CONROY**
> One Court Street
> Alton, IL 62002
> Telephone:  618.259.2222
> Facsimile:   618.259.2251
> tmiracle@simmonsfirm.com
> jfoley@simmonsfirm.com
> awilliams@simmonsfirm.com
> ejohnson@simmonsfirm.com
>
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 26[h] day of July, 2018 to all parties of interest.

/s/ Trent B. Miracle
Trent B. Miracle