**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Patricia Dorfman | 3:18-cv-12040    (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 25, 2018, on behalf of Plaintiff, Patricia Dorfman.


Dated: July 26, 2018                    Respectfully submitted,


                By:    /s/ Alan S. Lazar
                   Alan S. Lazar, Esq.
                   Stanley D. Saltzman, Esq.
                   Adam M. Tamburelli, Esq.
                   **MARLIN & SALTZMAN, LLP**
                   29800 Agoura Road, Suite 210
                   Agoura Hills, California 91301
                   Telephone: (818) 991-8080
                   Facsimile: (818) 991-808
                   alazar@marlinsaltzman.com
                   ssaltzman@marlinsaltzman.com
                   atamburelli@marlinsaltzman.com

                   **MCGOWAN, HOOD & FELDER, LLC**
                   James L. Ward, Jr.
                   321 Wingo Way, Suite 103
                   Mt. Pleasant, South Carolina 29464
                   Telephone: (843) 388-7202
                   Facsimile: (843) 388-3194
                   jward@mcgowanhood.com

        **MCGOWAN, HOOD & FELDER, LLC**
        S. Randall Hood
        1539 Health Care Drive
        Rock Hill, South Carolina
        803-327-7800 (general)
        rhood@mcgowanhood.com

        **MCGOWAN, HOOD & FELDER, LLC**
        John G. Felder, Jr.
        1517 Hampton Street
        Columbia, South Carolina   29201
        (803) 779-0100
        (803) 256-0702 Facsimile
        jfelder@mcgowanhood.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Alan S. Lazar, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on July 26, 2018.

        By:   s/Alan S. Lazar