

Angela Clarke <angela@frazer.law>

# Pay.gov Payment Confirmation: NJD CM ECF
2 messages

**notification@pay.gov** <notification@pay.gov>　　　　　　　　　　　　　　Thu, Jul 26, 2018 at 5:53 PM
To: "angela@frazer.law" <angela@frazer.law>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NJD Finance Dept at 609-989-0468.

Application Name: NJD CM ECF
Pay.gov Tracking ID: 26B76LIR
Agency Tracking ID: 0312-8912146
Transaction Type: Sale
Transaction Date: Jul 26, 2018 6:53:56 PM

Account Holder Name: Patrick McMurtray
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1022

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

---

**Angela Clarke** <angela@frazer.law>　　　　　　　　　　　　　　　　　　　Thu, Jul 26, 2018 at 6:08 PM
To: Suzie Robinson <srobinson@frazer.law>

Suzie,

Please see below where I filed another complaint today in the Talc case. Thanks.


Sincerely,

Angela Clarke
Legal Assistant
Frazer PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
(615) 647-6622 Direct
(615) 647-6464
Angela@frazer.law
[Quoted text hidden]