# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:18-cv-11633<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff SIDNEY O. BRANDON, JR, Individually and on behalf of the Wrongful Death Beneficiaries and Heirs-At-Law of RACHEL STEEN BRANDON.

Dated: July 27, 2018.

                                              Respectfully Submitted,

                                              By: */s/ T. Roe Frazer II*
                                                   T. Roe Frazer II (MS Bar No. 5519) PHV
                                                   Patrick D. McMurtray (TN Bar No. 31597) PHV
                                                   Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                                   FRAZER PLC
                                                 1 Burton Hills Blvd., Suite 215
                                                 Nashville, TN 37215
                                                 Telephone: 615.647.0988
                                                 Facsimile: 866.314.2466

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 27, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                  */s/ T. Roe Frazer II*