UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Fierro v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- MARTHA FIERRO; 3:18-cv-11284

This 30th day of July, 2018.

                                                          Respectfully submitted by,

                                                          s/ D. Todd Mathews
                                                          D. Todd Mathews, #52502 (MO)
                                                          Gori Julian & Associates, P.C.
                                                          156 N. Main Street
                                                          Edwardsville, IL 62025
                                                          (618) 659-9833 – Telephone
                                                          (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of July, 2018.

                                            */s/ D. Todd Mathews*
                                            D. Todd Mathews