**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Diane Mulvey*
**Case No.: 18-cv-12114**

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Diane Mulvey.

  This 30th day of July, 2018,

               /s/Steven D. Davis
               TorHoerman Law LLC
               Steven D. Davis, IL 6281263
               6029 Old Poag Road
               Edwardsville, IL 62025
               Telephone: (618) 656-4400
               Facsimile:  (618) 656-4401
               sdavis@thlawyer.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of July, 2018.

/s/Steven D. Davis