**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>JAYNE E. SCHRAW, individually and on behalf of the ESTATE OF EILEEN J. HINES; MARY CLEMENT; MATTHEW CRAIG HINES; and BARBARA ANN MASRI | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

**Civil Action No. 3:18-cv-12068-FLW-LHG**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on July 25, 2018, on behalf of Jayne E. Schraw, individually and on behalf of the Estate of Eileen J. Hines; Mary Clement; Matthew Craig Hines; and Barbara Ann Masri.

Dated: <u>July 30, 2018</u>

Respectfully submitted by,

/s/ *Meghan E. McCormick*
Meghan E. McCormick
LEVIN SIMES ABRAMS LLP
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com
Counsel for Plaintiff

1