MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Charles Rhodes v. Johnson & Johnson, et al.*, Case 3:18-cv-11678-FLW-LHG | MDL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 16, 2018 on behalf of Plaintiff Charles Rhodes, individually and as Administrator of the Estate of Tamara D. Rhodes.

Dated: July 30, 2018                    Respectfully Submitted by,

                        */s/ Caroline T. White*
                        Caroline T. White (LA #36051)
                        MURRAY LAW FIRM
                        650 Poydras St., Ste. 2150
                        New Orleans, LA 70130
                        T: 504-525-8100
                        F: 504-584-5249
                        cthomas@murray-lawfirm.com

                        *Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Caroline T. White
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T: 504-525-8100
F: 504-584-5249
cthomas@murray-lawfirm.com