MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dale R. Elrod v. Johnson & Johnson, et al.*, Case 3:18-cv-10076-FLW-LHG | MDL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 1, 2018 on behalf of Plaintiff Dale R. Elrod, individually and on behalf of the Estate of Sandra Elrod.

Dated:  July 30, 2018

Respectfully Submitted by,

*/s/  Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T:  504-525-8100
F:  504-584-5249
cthomas@murray-lawfirm.com

*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

> */s/  Caroline T. White*
> Caroline T. White (LA #36051)
> MURRAY LAW FIRM
> 650 Poydras St., Ste. 2150
> New Orleans, LA 70130
> T:  504-525-8100
> F:  504-584-5249
> cthomas@murray-lawfirm.com