UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>MARY DODD, Individually and on behalf of VIRGINIA VERKUILEN, deceased<br>Case No. 3:18-cv-12148 | Case No. 3-16-md-2738 (FLW)(LHG)<br>MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 27, 2018 on behalf of Plaintiffs captioned above.

Date: July 30, 2018

Respectfully submitted,

/s/ Ken Moll
Ken Moll
IL #6199874
kmoll@molllawgroup.com
Stephen Cady
IL #6326659
scady@molllawgroup.com
MOLL LAW GROUP
70 W Madison St
14th Floor

Chicago, IL, 60602  
T 312.462.1700  
F 312.756.0045  
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ken Moll