UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Denise Tutor, Individually and on behalf of Elizabeth Balsam<br><br>3:18-cv-10985 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 25, 2018 on behalf of Plaintiff, Denise Tutor.

Dated: July 31, 2018

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
  knelson@burnscharest.com

**AND**

>Warren T. Burns (TX #24053119)
>Daniel H. Charest (TX #24057803)
>Spencer M. Cox (TX #24097540)
>**BURNS CHAREST LLP**
>900 Jackson Street, Suite 500
>Dallas, Texas 75202
>T: 469.904.4550
>F: 469.444.5002
>E: wburns@burnscharest.com
>   dcharest@burnscharest.com
>   scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>/s/ Warren T. Burns
>_____
>Warren T. Burns (TX #24053119)
>**BURNS CHAREST LLP**
>900 Jackson Street, Suite 500
>Dallas, Texas 75202
>T: 469.904.4550
>F: 469.444.5002
>E: wburns@burnscharest.com