## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | * <br> * MDL No. 16-2738 (FLW) (LHG) <br> * JUDGE FREDA L. WOLFSON <br> * MAG. JUDGE LOIS H. GOODMAN <br> * <br> * |
| | • NOTICE OF FILING |
| This Document Relates to: | * <br> * |
| Patricia Ouellette <br> v. Johnson & Johnson, et al <br> Civil Action No. 3:18-cv-12263-FLW-LHG | * <br> * <br> * |

### Notice of Filing

Notice is hereby given pursuant to Case Management Order No. 3 (filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 31, 2018, on behalf of the Plaintiff Patricia Ouellette.

Date: 7/31/2018

Respectfully Submitted,

*/s/ Grant D. Amey*

_____
Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on the 31st day of July, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Grant D. Amey*
_____

Grant D. Amey