KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: *Kimberley Parkinson et al. v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-12249 | Civil No. 3:16-MD-2738-FLW-LHG<br><br>**MDL No. 2738 (FLW) (LHG)**<br>Judge Freda L. Wolfson<br>Mag. Judge Lois H. Goodman<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on July 31, 2018 on behalf of Kimberley Parkinson, Toni Adelstone, and Stacey Hickey.

DATED: August 1, 2018            KNAPP & ROBERTS

                                 /s/ Craig A. Knapp