## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

| | |
|---|---|
| DATED: August 1, 2018 | KNAPP & ROBERTS |
| | /s/ Craig A. Knapp |
| | Knapp & Roberts, P.C. |
| | 8777 N. Gainey Center Dr. |
| | Suite 165 |
| | Scottsdale, AZ 85258 |
| | (480) 991-7677 |
| | knapp@krattorneys.com |
| | *Attorneys for Plaintiffs* |