IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:18-cv-12339<br><br>MDL No. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff BUDFORD WHITE, Individually and on behalf of the Wrongful Death Beneficiaries and Heirs-At-Law of BETTY DIANE SIGMON WHITE.

Dated: August 1, 2018.

                                              Respectfully Submitted,

                                              By: */s/ T. Roe Frazer II*
                                                  T. Roe Frazer II (MS Bar No. 5519) PHV
                                                  Patrick D. McMurtray (TN Bar No. 31597) PHV
                                                  Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                                  FRAZER PLC
                                                  1 Burton Hills Blvd., Suite 215
                                                  Nashville, TN 37215
                                                  Telephone: 615.647.0988
                                                  Facsimile: 866.314.2466

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                 */s/ T. Roe Frazer II*