## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: *Jean Christenson v. Johnson & Johnson, et al.* Case No.: 3:18-cv-12357 | |

### NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Jean Christenson.

Dated: <u>August 2, 2018</u>　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Stuart L. Goldenberg*
　　　　　　　　　　　　　　　　　　　　　　　Stuart L. Goldenberg (MN #0158719)
　　　　　　　　　　　　　　　　　　　　　　　Noah C. Lauricella (MN #397896)
　　　　　　　　　　　　　　　　　　　　　　　**GOLDENBERGLAW, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue, Suite 2150
　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　　(612) 333-4662 (Tel)
　　　　　　　　　　　　　　　　　　　　　　　(612) 367-8107 (Fax)
　　　　　　　　　　　　　　　　　　　　　　　slgoldenberg@goldenberglaw.com
　　　　　　　　　　　　　　　　　　　　　　　nclauricella@goldenberglaw.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of August, 2018.

                                                           */s/ Stuart L. Goldenberg*