UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES<br><br>THIS DOCUMENT RELATES TO:<br>*Deborah A. Wilson, as the Personal Representative of the Estate of Marguerite M. Hartlaub v. Johnson & Johnson, et al.* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 2, 2018 on behalf of the plaintiff, Deborah A. Wilson, as the Personal Representative of the Estate of Marguerite Hartlaub.

Dated:  August 2, 2018

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone:  843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone:  803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2018, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                  MCGOWAN, HOOD & FELDER, LLC

                                  */s/ James L. Ward, Jr.*
                                  James L. Ward, Jr.
                                  321 Wingo Way, Suite 103
                                  Mt. Pleasant, SC 29464
                                  Phone:  843-388-7202
                                  jward@mcgowanhood.com

                                  S. Randall Hood
                                  1539 Health Care Drive
                                  Rock Hill, SC 29732
                                  Phone:  803-327-7800
                                  rhood@mcgowanhood.com

                                  John Gressette Felder, Jr.
                                  1517 Hampton Street
                                  Columbia, SC 29201
                                  Phone: 803-779-0100
                                  jfelder@mcgowanhood.com