**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Vince Tamor and Patricia Garcia, individually and on behalf of Lena Tamor, v. Johnson & Johnson, et al.*<br><br>**Case Number:**    **18-cv-12393** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Vince Tamor and Patricia Garcia, individually and on behalf of Lena Tamor.

This 2nd day of August, 2018.

>Respectfully submitted,
>/s/ Richard Root
>Richard Root, LA Bar #19988
>Betsy J. Barnes, LA Bar # 19473
>Morris Bart, LLC
>601 Poydras St., 24th Floor
>New Orleans, LA 70130
>Phone: 504-525-8000
>Fax: 504-599-3392
>rroot@morrisbart.com
>bbarnes@morrisbart.com
>Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of August, 2018.

/s/ Richard L. Root