UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>RAMONA DEBOTH<br><br><br>3:18-cv-12007 | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand was filed on July 24, 2018 on behalf of Ramona DeBoth.

Dated: August 3, 2018

                                                            Respectfully submitted,

                                                            /s Jeffrey R. Vaughan
                                                            Jeffrey R. Vaughan, Pro Se
                                                           State Bar No. 24013676
                                                           2211 Norfolk Street, Suite 220
                                                           Houston, Texas 77098
                                                           Tel: (713) 255-5777
                                                           Email: Jeff@LegalTrialTeam.com

                                                           ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 3, 2018

/s/ Jeffrey R. Vaughan
Jeffrey R. Vaughan
