UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

CASE MANAGEMENT ORDER NO. 12

(Schedule for Expert
Witnesses and *Daubert* Proceedings)

And Now, this 6th day of August, 2018, after discussing with the parties during the Court's July 9, 2018 Status Conference the issues of the schedule for general causation expert witnesses in this case and the scheduling of *Daubert* proceedings, it is hereby **ORDERED AND DECREED**, as follows:

1. For the purposes of submitting general causation expert reports, the deadline for the substantial completion of samples testing is **October 1, 2018**. The Plaintiffs' Steering Committee ("PSC") may provide to its experts test results that become available after October 1st, but the deadline for serving expert reports will remain unchanged.

2. The general causation expert reports of the PSC shall be served on Defendants' counsel on or before **November 16, 2018;**

3. Defendants shall complete any depositions they desire to take of the PSC's general causation experts in this case by **December 17, 2018;**

4. The general causation expert reports of Defendants shall be served on the PSC on or before **February 15, 2019;**

5. The PSC shall complete any depositions they desire to take of the Defendants' general causation experts in this case by **March 18, 2019;**

6. Any *Daubert* motions that any party desires to file regarding any general causation expert in this case shall be filed on or before **April 18, 2019;**

7. Oppositions to any *Daubert* motions shall be filed on or before **May 9, 2019;** and

8. Any replies to any oppositions to any *Daubert* motions shall be filed on or before **May 23, 2019.**

9. The *Daubert* motions will be heard on **June 11, 2019,** commencing at 10:00 a.m. Prior to this date, the Court will discuss with the parties whether any witnesses shall be required to appear at the *Daubert* hearing and depending on whether witnesses shall be required to appear, the length of the *Daubert* hearing.

**BY THE COURT:**

**/s/ Freda L. Wolfson**
**FREDA L. WOLFSON, USDJ**