

# Ashcraft & Gerel, LLP

Attorneys & Counsellors at Law

*Established in 1953*   Lee C. Ashcraft 1908 – 1993 | Martin E. Gerel 1918 – 2011

Michelle A. Parfitt, Esq.
Main:  703-931-5500
Fax:  703-820-1656

August 6, 2018

Clerk of the Court, Civil Division
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 06806

    Re:    *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* **MDL No. 2738**
           **ECF No. 4761**

Dear Clerk of the Court:

The Plaintiffs' Steering Committee for MDL Case No. 3:16-md-2738, *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, is withdrawing ECF No. 4761, filed on February 21, 2018, Motion to seal certain accompanying exhibits to [4760] Plaintiffs' Steering Committee's Objection to Proposed CMO of the Special Master, specifically Exhibit 9 and Exhibit 10.

Thank you for your consideration of these matters.

                                  Sincerely,

                                  */s/ Michelle A. Parfitt*

                                Michelle A. Parfitt
                                P. Leigh O'Dell

cc:    Susan Sharko, Esq. (via e-mail)
        Julie Tersigni, Esq. (via e-mail)
        Mark Silver, Esq. (via e-mail)
        Chris Placitella, Esq. (via e-mail)