UNITED STATES DISTRICT COURT
DISCTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to: Tracey Crocoll, as Representative of the Estate of Catherine Crocoll v. JOHNSON & JOHNSON et al*<br><br>**Case No:  3:18-cv-11624** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Tracey Crocoll, as representative of the Estate of Catherine Crocoll, Deceased, by and through her attorney, Sofia Bruera, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of her deceased mother, Catherine Crocoll, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Tracey Crocoll, as surviving heir of the Estate of Catherine Crocoll, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Catherine Crocoll's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 6, 2018

Respectfully submitted,

**PIERCE SKRABANEK PLLC**

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Sofia E. Bruera*
_____
SOFIA E. BRUERA

**PIERCE SKRABANEK PLLC**