# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br><br>*Candace Johnson*<br><br>       Plaintiff,<br><br>v.<br><br>*Johnson & Johnson, Inc., Johnson & Johnson Consumer, Inc., and Imerys Talc America, Inc. f/k/a Luzenac America, Inc.,*<br><br>       Defendants. | Civil Action No. 3:17-cv-12976<br><br>**SUGGESTION OF DEATH** |

## **SUGGESTION OF DEATH**

Counsel for Plaintiff in the above-reference action hereby give notice of the death of Plaintiff Candace Johnson, Ms. Johnson passed away on June 7, 2018.

///

///

///

///

///

1

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Plaintiff's surviving children, Jade Johnson, Jenna Johnson and Andrew Johnson, will request to be substituted in this action as Plaintiffs and Successors in Interest on Behalf of the Estate so that Candace Johnson's claims survive and the action on her behalf may proceed.

Dated: August 6, 2018

    Respectfully submitted,

    **PANISH SHEA & BOYLE, LLP.**

    *s/ Peter L. Kaufman*
    Peter L. Kaufman, SBN 269297
    11111 Santa Monica Blvd., Suite 700
    Los Angeles, CA 90025
    Phone: (310) 477-1700; Fax: (310) 477-1699
    Email: kaufman@psblaw.com
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on August 6, 2018, which shall send notification of such filling to all CM/ECF participants

*s/ Sergio Aranda*
Sergio Aranda