## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

### PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF ISSUANCE OF SUBPOENA TO JEROME B. KRAUSE

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that on June 5, 2018, the Plaintiffs' Steering Committee served on Jerome B. Krause, a Subpoena to Testify at a Deposition in a Civil Action, attached hereto as Exhibit A.  An affidavit of service is attached as Exhibit B.

Date:  August 7, 2018

Respectfully Submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

*s/ P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, PC
218 Commerce Street
Montgomery, AL 36104

Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

*Plaintiffs' Co-Lead Counsel*

s/ Christopher M. Placitella
Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone 888-219-3599
Facsimile: 215-567-6019
Email: cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 7, 2018             *s/ Michelle A. Parfitt*
                                                              Michelle A. Parfitt