# EXHIBIT B

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS, MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) Civil Action No.  3:16-md-02738-FLW-LHG |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Mr. Jerome B. Krause, 5182 Baby Doe Rd., Golden, CO 80403

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: ~~Courtyard by Marriott Denver West/Golden~~ 14700 W. 6th Ave. Frontage Road Golden, CO 80401 | Date and Time: July 17, 2018, at 9:00 AM. |
|---|---|

The deposition will be recorded by this method: Video and stenographic recording.

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR  /s/ Robert D. Dassow

_____       _____
Signature of Clerk or Deputy Clerk                           Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiffs Steering Committee for the above captioned litigation      , who issues or requests this subpoena, are:
Robert T. Dassow, rdassow@hovdelaw.com, (317) 818-3100, Hovde Dassow and Deets, LLC, 10201 N. Illinois. St., Suite 500, Indianapolis, IN 46290

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:16-md-02738-FLW-LHG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jerome B. Krause
on *(date)* 06/05/2018 at 4:10 pm

☑ I served the subpoena by delivering a copy to the named individual as follows: Jerome B. Krause
 on *(date)* 06/05/2018 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 06/06/2018

_____
Server's signature

Thomas Hoesch ACW
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

When I handed the documents to Jerome B. Krause, he proceeded to lock me on his property and said that he would not let me go until I took back the documents. As I was leaving the property, I left the documents on the grounds and served by refusal.

#5550