# EXHIBIT B

UNITED STATES DISCTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE NUMBER MDL NO. 2738 AFFIDAVIT OF SERVICE |

STATE OF IDAHO } ss.
County of BINGHAM

    COMES NOW BRIAN EMFIELD, being first and duly sworn upon oath, deposes and says that your affiant is a citizen of the United States of America and is over the age of eighteen years; that your affiant is not related to or has any association to the parties in this action.

    That on JUNE 8, 2018 AT 12:14 P.M., at 1850 FALL LINE DRIVE, DRIGGS, IDAHO 83422, deponent served the within WITNESS FEE CHECK #4430 FOR $100.03; LETTER FROM HOVDE DASSOW+DEETS, TRIAL LAWYERS, THE PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF VIDEOTAPED DEPOSITION OF MR. ROBERT E. GLENN, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, THE PLAINTIFFS STEERING COMMITTE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO MR. WILLIAM G. KELLY, JR, CASE MANAGEMENT ORDER NO. 5, CASE MANAGEMENT ORDER NO. 11 ON WILLIAM G. KELLY JR by delivery and leaving with WILLIAM G. KELLY JR (PERSONALLY).

_____
BRIAN EMFIELD
Attorney Service Bureau, Inc.
P.O. Box 191129
Boise, ID 83719-1129
(208) 362-4800

SUBSCRIBED AND SWORN TO BEFORE ME THE ___ DAY OF JUNE 2018

_____
NOTARY PUBLIC
Commission Expires 4/8/23

SANDY SCHMITT
NOTARY PUBLIC
STATE OF IDAHO