# EXHIBIT B

# **AFFIDAVIT OF SERVICE**

State of New Jersey

United States District Court

In re: Johnson & Johnson Talcum Powder Products

Case No: MDL No. 2738

For:

NICOLETTI & HARRIS
101 Avenue of the Americas, 9th Floor
New York, NY 10013

To be served on:   Robert E. Glenn

Lester L. Franzen, undersigned, being duly sworn, deposes and says:
that on 19-Jul-2018 03:06 pm at 2784 Little Creek Road, Johns Island, SC
the undersigned served the documents described as:

    Subpoena

    Witness Fee Check

A true and correct copy of the aforesaid document(s) was served on:
Robert E. Glenn

By personally delivering them into the hands of same.

The person receiving documents is described as follows:

Sex  M  ; Race  White  ; Hair Color  white  ; Facial Hair
Approx. Age  80  ; Approx. Height  5'09"  ; Approx. Weight  175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Subscribed and sworn to before me this
23rd day of July, 2018.

_S. Michelle Hawed_
NOTARY PUBLIC
My Commission Expires: 3-16-19

I certify that I am over the age of 18, have no interest in the above action.
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lester L. Franzen_
Lester L. Franzen
Process Server

SPP File:   96189-1
Client File:   2018007029