UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Donna & W. Robert Richard | 3:18-cv- 12309 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 1, 2018, on behalf of Plaintiffs Donna Richard & W. Robert Richard.

Dated: August 7, 2018                             Respectfully submitted,

By:    /s/ Alan S. Lazar
     Alan S. Lazar, Esq.
     Stanley D. Saltzman, Esq.
     Adam M. Tamburelli, Esq.
     **MARLIN & SALTZMAN, LLP**
     29800 Agoura Road, Suite 210
     Agoura Hills, California 91301
     Telephone: (818) 991-8080
     Facsimile: (818) 991-808
     alazar@marlinsaltzman.com
     ssaltzman@marlinsaltzman.com
     atamburelli@marlinsaltzman.com

     **MCGOWAN, HOOD & FELDER, LLC**
     James L. Ward, Jr.
     321 Wingo Way, Suite 103
     Mt. Pleasant, South Carolina 29464
     Telephone: (843) 388-7202
     Facsimile: (843) 388-3194
     jward@mcgowanhood.com

        **MCGOWAN, HOOD & FELDER, LLC**
        S. Randall Hood
        1539 Health Care Drive
        Rock Hill, South Carolina
        803-327-7800 (general)
        rhood@mcgowanhood.com

        **MCGOWAN, HOOD & FELDER, LLC**
        John G. Felder, Jr.
        1517 Hampton Street
        Columbia, South Carolina   29201
        (803)  779-0100
        (803)  256-0702 Facsimile
        jfelder@mcgowanhood.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Alan S. Lazar, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on August 7, 2018.

        By:   /s/Alan S. Lazar