UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG)  <br><br> Civil Action No.: 3:17-cv-11026 |
| This Document Relates to: <br> Nancy Massaro and Angelo Massaro v. Johnson & Johnson, et al. | |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Nancy Massaro. Ms. Massaro passed away on June 21, 2018.

By way of a Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Plaintiff's surviving spouse, Angelo Massaro, will request to be substituted in this action as Plaintiff and Successor in Interest on Behalf of the Estate so that Nancy Massaro's claims survive and the action on her behalf may proceed.

Dated: August 7, 2018

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN**

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman
(NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ Wendy R. Fleishman
Wendy R. Fleishman