# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**<br><br>**MARY KOMOROSKI,**<br><br>                              Plaintiff,<br><br>     -vs-<br><br>**JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC.**<br><br>                              Defendants. | **MDL NO. 16-2738**<br>**JUDGE FREDA L. WOFLSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br><br>Civil Action No. 18-cv-12522 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 7, 2018 on behalf of Plaintiff Mary Komoroski.

Dated:  8/8/2018                                      Respectfully Submitted by,

                                                                      **THE GOSS LAW FIRM, P.C.**

                                                                      */s/ Peter E. Goss*
                                                                      Peter E. Goss            NJ#022842006
                                                                      4510 Belleview Ave
                                                                      Suite 201
                                                                      Kansas City, MO 64111
                                                                      Phone: (816) 527-8658
                                                                      Fax:    (816) 336-1310
                                                                      E-mail: pgoss@goss-lawfirm.com
                                                                      **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on August 8, 2018.

*/s/ Peter E. Goss*
Peter E. Goss
