## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Wilburn Shane Newman individually and on behalf of Ynette Newman, v. Johnson & Johnson, et al.*<br><br>**Case Number:**     **18-cv-12675** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Wilburn Shane Newman, individually and on behalf of Ynette Newman.

This 11th day of August, 2018.

                        Respectfully submitted,
                        /s/ Richard Root
                        Richard Root, LA Bar #19988
                        Betsy J. Barnes, LA Bar # 19473
                        Morris Bart, LLC
                        601 Poydras St., 24th Floor
                        New Orleans, LA 70130
                        Phone: 504-525-8000
                        Fax: 504-599-3392
                        rroot@morrisbart.com
                        bbarnes@morrisbart.com
                        Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of August, 2018.

/s/ Richard L. Root