UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Elaine McKeown<br>        Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>        Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-12622 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 9, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

                 Respectfully Submitted by,

                 /s/ Randi Kassan
                 SANDERS PHILLIPS GROSSMAN, LLC
                 Randi A. Kassan, Esq.
                 100 Garden City Plaza, Suite 500
                 Garden City, NY 11530
                 Tel: (516) 741-5600
                 Fax: (516) 741-0128
                 rkassan@thesandersfirm.com

                 **Counsel for Plaintiff**