# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                    3:16-md-02738-FLW-LHG

*This document relates to:*

*Roselyn Carroll v. Johnson & Johnson, et al.,*
*3:18-cv-12750*
_____/

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on August 14, 2018 on behalf of the Plaintiff, Roselyn Carroll.

Dated: August 14, 2018.

                                              Respectfully submitted,

                                              /s/ Joseph H. Saunders
                                              Joseph H. Saunders, Esquire
                                              SAUNDERS & WALKER, P.A.
                                              3491 Gandy Blvd. North, Ste. 200
                                              Pinellas Park, FL 33780-1637
                                              (727) 579-4500, FAX (727) 577-9797
                                              FBN 341746
                                              joe@saunderslawyers.com
                                              *Counsel for Plaintiff*