## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                              3:16-md-02738-FLW-LHG

*This document relates to:*

*Brigette E. Jenkins and William Jenkins, Sr., her husband v. Johnson & Johnson, et al.*
*Case No. 3:18-cv-12798*
_____/

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on August 14, 2018 on behalf of the Plaintiffs, Brigette E. Jenkins and William Jenkins, Sr.

Dated: August 14, 2018.

                    Respectfully submitted,

                    /s/ Joseph H. Saunders
                    Joseph H. Saunders, Esquire
                    SAUNDERS & WALKER, P.A.
                    3491 Gandy Blvd. North, Ste. 200
                    Pinellas Park, FL 33780-1637
                    (727) 579-4500, FAX (727) 577-9797
                    FBN 341746
                    joe@saunderslawyers.com
                    *Counsel for Plaintiff*