UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**JAMES DUSTIN SNOW**, individually and as personal representative of the **ESTATE OF CRYSTAL SNOW**, deceased<br><br>       Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA. INC..<br>       Defendant. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: <u>3:18-cv-12810</u><br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

  Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 15, 2018 on behalf of Plaintiff, James Dustin Snow, individually and as personal representative of the Estate of Crystal Snow, deceased .

  Dated: August 15, 2018

                 Respectfully submitted,

                 */s/ Eric D. Pearson*
                 Eric D. Pearson
                 Texas State Bar No. 15690472
                 eric@hop-law.com
                 HEYGOOD, ORR & PEARSON
                 6363 North State Hwy 161, Suite 450
                 Irving, Texas 75038
                 (214) 237-9001 Telephone/(214) 237-9002 Fax

                 ***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/   Eric D. Pearson
Eric D. Pearson

*ATTORNEY FOR PLAINTIFF*