**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**LOIS H. GOODMAN**
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 7050
TRENTON, NJ 08608
609-989-2114

August 15, 2018

**LETTER ORDER**

Re: **JOHNSON & JOHNSON TALCUM POWDER PRODUCTIONS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**
**Civil Action No. 16-2738 (FLW)(LHG)**

Dear Counsel:

Plaintiffs filed a Motion to Seal certain exhibits that they appended to their objection to the proposed case management order of the Special Master relating to discovery and depositions. [Docket Entry No. 4761]. In support of their Motion, Plaintiffs assert only that Defendant Johnson & Johnson had designated these exhibits as confidential subject to the discovery confidentiality order for this matter. *Id*. Defendant has not supplemented the Motion and has since indicated that it does not intend to do so. The Court has reviewed the Motion as filed and finds that it does not meet the requirements of Local Civil Rule 5.3(c). The Motion to Seal [Docket Entry No. 4761] is therefore DENIED.

**IT IS SO ORDERED.**

**LOIS H. GOODMAN**
**United States Magistrate Judge**