UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Margaret M. Higgins and Michael Higgins v. Johnson & Johnson, et al.<br>Case No: 3:18-cv-12796 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 14, 2018 on behalf of Plaintiffs Margaret M. Higgins and Michael Higgins.

                                                  s/ Mark R. Mueller
                                                  Mark R. Mueller
                                                  MUELLER LAW PLLC
                                                  404 W. 7th St.
                                                  Austin, TX 78701
                                                  (512) 478-1236
                                                  receptionist@muellerlaw.com

                                                  *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2018, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                s/ Mark R. Mueller
                                                Mark R. Mueller

                                                MUELLER LAW PLLC