# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| **LARRY HOBBS**, as personal representative of the ESTATE OF CHRISTINE ANN HOBBS, deceased. | COMPLAINT AND JURY DEMAND |
| **Plaintiff,** | Civil Action No.: <u>3:18-CV-12835</u> |
| v. | DIRECT FILED ACTION |
| **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 15, 2018 on behalf of Plaintiff, Larry Hobbs, as personal representative of the Estate of Christine Ann Hobbs, deceased.

Dated: August 16, 2018

                                          Respectfully submitted,

                                          <u>*/s/ Eric D. Pearson*</u>
                                          Eric D. Pearson
                                          Texas State Bar No. 15690472
                                          eric@hop-law.com
                                          HEYGOOD, ORR & PEARSON
                                          6363 North State Hwy 161, Suite 450
                                          Irving, Texas 75038
                                          (214) 237-9001 Telephone
                                          (214) 237-9002 Facsimile
                                          ***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                 **/s/   Eric D. Pearson**
                                 Eric D. Pearson

                                 *ATTORNEY FOR PLAINTIFF*