## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bernice Shore and Michael Shore v. Johnson & Johnson; Johnson & Johnson Consumer, Inc. and Imerys Talc America, Inc.*<br>*Case No: 3:18-cv-12875* | MDL No: 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Bernice Shore and Michael Shore.

This 16th day of August, 2018.

        Respectfully submitted,

        EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.


        By: */s/ Todd Schoenhaus*
        Todd Schoenhaus, Esq. NJ Bar No. 006661997
        1634 Spruce Street
        Philadelphia, PA
        P: (215) 546-6636
        F: (215)546-3941
        Todd@erlegal.com; marykate@erlegal.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of August, 2018.

                 */s/ Todd Schoenhaus*