# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| -------------------------------------------------- | : | MDL NO. 2738 |
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : | Master Docket No. 3:16-md-2738 JUDGE FREDA L. WOLFSON JUDGE LOIS H. GOODMAN |
| -------------------------------------------------- | : : | |

**THIS DOCUMENT RELATES TO:**

The cases listed on the attached Exhibit A.

     COMES NOW, Anna B. Greenberg, Esq., the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters, that the name of the firm and address has changed. Effective immediately, the new firm name and address are as follows:

    Blizzard Law, PLLC
    5020 Montrose, Suite 410
    Houston, Texas 77006

    The telephone number, facsimile number and email address remain unchanged.

Date:   August 17, 2018                            Respectfully submitted,

                                                                                    */s/ Anna B. Greenberg*
                                                                                     **Anna B. Greenberg, Esq.**
                                                                                      **BLIZZARD LAW, PLLC**
                                                                                      **5020 Montrose, Suite 410**
                                                                                      **Houston, Texas 77006**
                                                                                       **Phone: (713) 844-3750**
                                                                                       **Fax: (713) 844-3755**
                                                                                      **agreenberg@blizzardlaw.com**

## CERTIFICATE OF SERVICE

I, Anna B. Greenberg, Esq., hereby certify that on August 17, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date:   August 17, 2018                                    Respectfully submitted,


                                                           */s/ Anna B. Greenberg*

                                                           **Anna B. Greenberg, Esq.**
                                                           **BLIZZARD LAW, PLLC**
                                                           **5020 Montrose, Suite 410**
                                                           **Houston, TX 77006**
                                                           **Phone: (713) 844-3750**
                                                           **Fax: (713) 844-3755**
                                                           **agreenberg@blizzardlaw.com**

**EXHIBIT A**

| | | |
|---|---|---|
| Adams, Melissa | USDC NJ | 3:17-cv-05571 |
| Anderson, Sonia | USDC NJ | 3:17-cv-04612 |
| Benning, Mary | USDC NJ | 3:18-cv-03664 |
| Bodnar, Barbara | USDC NJ | 3:17-cv-07949 |
| Brown, Beth | USDC NJ | 3:17-cv-08664 |
| Brown, Susan | USDC NJ | 3:18-cv-03671 |
| Di Pietro, Joan | USDC NJ | 3:18-cv-11651 |
| Fletcher, Kimberly | USDC NJ | 3:17-cv-10700 |
| Fung, Mary | USDC NJ | 3:17-cv-07190 |
| Garza, Maria Elia | USDC NJ | 3:17-cv-07165 |
| Gordon, Cecile | USDC NJ | 3:18-cv-00530 |
| Graham, Linda | USDC NJ | 3:17-cv-04836 |
| Johnson, Cynthia L. | USDC NJ | 3:17-cv-10705 |
| Llanes, Debra | USDC NJ | 3:17-cv-11806 |
| McCall, Lois | USDC NJ | 3:17-cv-10683 |
| McClure, Linda | USDC NJ | 3:18-cv-03713 |
| Menking, Doris | USDC NJ | 3:18-cv-00792 |
| Nairn, Susan | USDC NJ | 3:18-cv-11723 |
| Overton, Gayle | USDC NJ | 3:18-cv-00786 |
| Palumbo, Betsy | USDC NJ | 3:17-cv-10727 |
| Pike, Sharon | USDC NJ | 3:17-cv-10669 |
| Quiros, Gail | USDC NJ | 3:17-cv-04614 |
| Ross, Wanda | USDC NJ | 3:17-cv-09427 |
| Severino, Monica | USDC NJ | 3:17-cv-03765 |
| Sierra, Denise | USDC NJ | 3:17-cv-05168 |
| Snyder, Sharon | USDC NJ | 3:18-cv-00794 |
| Swangin, Jerrianne | USDC NJ | 3:18-cv-05588 |
| Thole, Ranae | USDC NJ | 3:17-cv-10737 |