**COUGHLIN DUFFY LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendant Imerys Talc America Inc. ("Imerys")*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>3:16-md-02738-FLW-LHG |

TO:   Clerk, U.S. District Court
        Trenton, NJ

PLEASE TAKE NOTICE that Mark K. Silver, Esq. of Coughlin Duffy LLP hereby enters his appearance in this action as lead counsel for Defendant Imerys Talc America, Inc., ("Imerys").

PLEASE TAKE FURTHER NOTICE that Lorna A. Dotro, Esq. of Coughlin Duffy LLP has retired from the practice of law.

                                                                Respectfully submitted,

Dated: August 17, 2018
                                                                s/ Mark K. Silver
                                                                Mark K. Silver, Esq.
                                                                COUGHLIN DUFFY LLP
                                                                350 Mount Kemble Avenue
                                                                P.O. Box 1917
                                                                Morristown, New Jersey 07962-1917
                                                                *Attorneys for Defendant Imerys Talc America Inc.*