KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-MD-2738-FLW-LHG<br><br>**MDL No. 2738 (FLW) (LHG)**<br>Judge Freda L. Wolfson<br>Mag. Judge Lois H. Goodman |
| This document relates to: *Cariamber Polak v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-12871 | **NOTICE OF FILING SHORT FORM COMPLAINT** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on August 16, 2018 on behalf of Cariamber Polak.

DATED: August 20, 2018                    KNAPP & ROBERTS

                                          /s/ Craig A. Knapp