## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Bernice Shore and Michael Shore v. Johnson & Johnson; Johnson & Johnson Consumer, Inc. and Imerys Talc America, Inc. Case No: 3:18-cv-12875* | **MDL No: 2738 (FLW) (LHG)** |

### Notice of Appearance

Comes now, Nancy J. Winkler, Esquire of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. and hereby enters her appearance on behalf of Plaintiffs, Bernice Shore and Michael Shore.

This 21st day of August, 2018.

Respectfully submitted,

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.


By: */s/ Nancy J. Winkler*
Nancy J. Winkler, Esq. NJ Bar No. 030381987
1634 Spruce Street
Philadelphia, PA
P: (215) 546-6636
F: (215)546-3941
Nancy@ erlegal.com; Linda@erlegal.com

## Certificate of  Service

     The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of August, 2018.

                          */s/ Nancy J. Winkler*
                          Nancy J. Winkler, Esq. NJ Bar No. 030381987
                          1634 Spruce Street
                          Philadelphia, PA
                          P: (215) 546-6636
                          F: (215)546-3941
                          Nancy@ erlegal.com; Linda@erlegal.com