## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.:   3:18-cv-13066<br><br>MDL No. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Gina Oatis.

Dated: August 21, 2018.

                                                              Respectfully Submitted,

                                                              By: */s/ T. Roe Frazer II*
                                                                 T. Roe Frazer II (MS Bar No. 5519) PHV
                                                                 Patrick D. McMurtray (TN Bar No. 31597) PHV
                                                                 Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                                                  FRAZER PLC
                                                                 1 Burton Hills Blvd., Suite 215
                                                                Nashville, TN 37215
                                                                Telephone: 615.647.0988
                                                                Facsimile: 866.314.2466

**OF COUNSEL:**
Nathaniel A. Armistad
ARMISTAD LAW FIRM
225 South Railroad Ave
Brookhaven, MS 39601
Phone 601-823-1212 Ext 224
Fax 601-823-1213
Cell 601-754-0109
narmistad@armistadlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ T. Roe Frazer II*