**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------
IN RE: JOHNSON & JOHNSON TALCUM )  3:16-MD-2738-FLW-LHG
POWDER PRODUCTS MARKETING, )
SALES PRACTICES, AND PRODUCTS )  JUDGE FREDA L. WOLFSON
LIABILITY LITIGATION )
              )  MAG. JUDGE LOIS H. GOODMAN
THIS DOCUMENT RELATES TO: )
              )  **Civil Action No. 3:18-cv-13079**
Noel L. Klug, )
*v. Johnson & Johnson, et al.,* )
------------------------------------------------------)

**NOTICE OF FILING**

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and the Jury Demand was filed on August 22, 2018, on behalf of Plaintiff, Noel L. Klug.

Dated:  August 22, 2018      Respectfully Submitted by,

                 **HABUSH HABUSH & ROTTIER S.C.®**

                ____/s/ Timothy S. Trecek_____
                Timothy S. Trecek
                (SBN: 1021161)
                Daniel A. Rottier
                (SBN: 1016998)
                Peter M. Young
                (SBN: 1062054)
                Attorneys for the Plaintiff

**ADDRESS:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2018, a copy of the foregoing NOTICE OF FILING was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to

all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's

system.

**HABUSH HABUSH & ROTTIER S.C.®**


_____/s/ Timothy S. Trecek_____
Timothy S. Trecek
(SBN: 1021161)
Daniel A. Rottier
(SBN: 1016998)
Peter M. Young
(SBN: 1062054)
Attorneys for the Plaintiff

**<u>ADDRESS</u>:**
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
(414)271-0900