UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Nancy and Dennis Johnston | 3:18-cv- 12820  (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 15, 2018, on behalf of Plaintiffs Nancy and Dennis Johnston.

Dated:  August 22, 2018                                           Respectfully submitted,


By:     /s/ Alan S. Lazar
        Alan S. Lazar, Esq.
        Stanley D. Saltzman, Esq.
        Adam M. Tamburelli, Esq.
        **MARLIN & SALTZMAN, LLP**
        29800 Agoura Road, Suite 210
        Agoura Hills, California 91301
        Telephone: (818) 991-8080
        Facsimile: (818) 991-808
        alazar@marlinsaltzman.com
        ssaltzman@marlinsaltzman.com
        atamburelli@marlinsaltzman.com

        **MCGOWAN, HOOD & FELDER, LLC**
        James L. Ward, Jr.
        321 Wingo Way, Suite 103
        Mt. Pleasant, South Carolina 29464
        Telephone: (843) 388-7202
        Facsimile: (843) 388-3194
        jward@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
S. Randall Hood
1539 Health Care Drive
Rock Hill, South Carolina
803-327-7800 (general)
rhood@mcgowanhood.com

**MCGOWAN, HOOD & FELDER, LLC**
John G. Felder, Jr.
1517 Hampton Street
Columbia, South Carolina   29201
(803)  779-0100
(803)  256-0702 Facsimile
jfelder@mcgowanhood.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Alan S. Lazar, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on August 22, 2018.


By:   /s/Alan S. Lazar