UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No.: 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO: SANDRA JIMINEZ, Plaintiffs, v. JOHNSON & JOHNSON, INC., et al., Defendants. | CASE NO.: 3:18-cv-12526-(FLW) (LHG) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Daniel J. Woodard, of Phillips & Paolicelli, LLP, as counsel for Plaintiff Sandra Jiminez who is listed in the above-entitled action.

Dated: August 22, 2018

Respectfully Submitted,

By:  /s/ *Daniel J. Woodard*
Daniel J. Woodard
747 Third Avenue, 6th Floor
New York, NY 10017
212-388-5100 Phone
212-388-5200 Facsimile
dwoodard@p2law.com

{00039685}

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ *Daniel J. Woodard*

DANIEL J. WOODARD

{00039685}