## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Nicely v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## <u>NOTICE OF FILING</u>

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed

for the following Plaintiff and assigned the following case number:

- PATRICIA NICELY; 3:18-cv-13010

This 27th day of August, 2018.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of August, 2018.

*<u>/s/ D. Todd Mathews</u>*
D. Todd Mathews