Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd (TX Bar No. 03312400)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to: Anne Marie Hansl v. Johnson & Johnson, et al.; Case No. 3:18-cv-12897 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 16, 2018 on behalf of Plaintiff, Anne Marie Hansl.

Dated: August 27, 2018

                                                                               By: /s/ Sindhu Daniel
                                                                             Sindhu S. Daniel (NJ Bar No. 010711996)
                                                                             Russell Budd (TX Bar No. 03312400)
                                                                             BARON & BUDD, P.C.
                                                                             3102 Oak Lawn Avenue, Suite 1100
                                                                             Dallas, Texas 75219
                                                                             Tel (214) 521-3605
                                                                             Fax (214) 520-1181
                                                                             sdaniel@baronbudd.com
                                                                             rbudd@baronbudd.com

                                                                             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Sindhu Daniel*
Sindhu Daniel