UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 16-2738 (FLW) (LHG) |
| IN'DIA SHABAN, individually and as personal representative of L'EUNA SHABAN, deceased, | * * * * | Civil Action No. 3:18-cv-13268 |
| Plaintiff, | * * | |
| v. | * * | JUDGE: FREDA L. WOLFSON |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. IMERYS TALC AMERICA, INC. | * * * * | MAG. J.: LOIS H. GOODMAN |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 28, 2018, on behalf of Plaintiff In'Dia Shaban, individually and as personal representative of the Estate of L'Euna Shaban, deceased.

Dated: August 28, 2018

1

Respectfully submitted,

SANGISETTY LAW FIRM, LLC

/s/ Ravi K. Sangisetty_____
RAVI K. SANGISETTY (LA Bar No. 30709)
935 Gravier Street, Suite 835
New Orleans, La 70112
Telephone:    (504) 662-1016
Facsimile:     (504) 662-1318
rks@sangisettylaw.com

2