## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2018, a copy of the foregoing was served on all parties via the Court's CM/ECF system.

             __/s/ Ravi Sangisetty_____
              **RAVI K. SANGISETTY**