Edlund, Gallagher, Haslam, McCall, Wolf &
Wooten, PLLC
1701 N. Market Street, Suite 210
Dallas, Texas 75202
214-346-5355
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Larry Maxwell v. Johnson & Johnson, et al.*, 3:17-cv-8321 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 13, 2017 on behalf of Plaintiff Larry Maxwell.

Dated:  August 28, 2018                    Respectfully Submitted by,

/s/Darren Wolf
_____
Darren Wolf
Edlund, Gallagher, Haslam,
McCall, Wolf & Wooten, PLLC
1701 N. Market Street Suite 210
Dallas, Texas 75202
T. 214-346-5355 F. 214-346-5909
darren@darrenwolf.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on Aug. 28, 2018 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Darren Wolf

_____

Darren Wolf
Edlund, Gallagher, Haslam,
McCall, Wolf & Wooten, PLLC
1701 N. Market Street Suite 210
Dallas, Texas 75202
T. 214-346-5355 F. 214-346-5909
darren@darrenwolf.com
Counsel for Plaintiff