## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: SYBIL A. MARTINEZ <br><br> 3:18-cv-9460 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on August 28, 2018 on behalf of SYBIL A. MARTINEZ.

Dated:  August 28, 2018                                       Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 28, 2018

                                                */s/ Christopher R. LoPalo*
                                                Christopher R. LoPalo, Esq.
                                                400 Broadhollow Rd., Suite 305
                                                Melville, NY 11747
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                CLoPalo@NapoliLaw.com

                                                *Attorneys for Plaintiff*