## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: ELEANOR MELE and SAM MELE. <br><br> 3:18-cv-9460 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on August 28, 2018 on behalf of ELEANOR MELE and SAM MELE.

Dated:  August 28, 2018                                       Respectfully submitted,

                                                                               **NAPOLI SHKOLNIK, PLLC**

                                                                               */s/ Christopher R. LoPalo*
                                                                               Christopher R. LoPalo, Esq.
                                                                               400 Broadhollow Rd., Suite 305
                                                                               Melville, NY 11747
                                                                               Telephone: (212) 397-1000
                                                                               Facsimile: (646) 927-1676
                                                                               CLoPalo@NapoliLaw.com

                                                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 28, 2018

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com

                                              *Attorneys for Plaintiff*