**Complaints and Other Initiating Documents**

3:17-cv-07641-FLW-LHG RODRIQUEZ v. JOHNSON & JOHNSON et al

MDL2738

## U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by FITZPATRICK, KELLY on 8/29/2018 at 9:23 AM EDT and filed on 8/29/2018

| | |
|---|---|
| **Case Name:** | RODRIQUEZ v. JOHNSON & JOHNSON et al |
| **Case Number:** | 3:17-cv-07641-FLW-LHG |
| **Filer:** | SUZETTE C. RODRIQUEZ |
| **Document Number:** | 21 |

### Docket Text:

**AMENDED COMPLAINT against IMERYS TALC AMERICA INC, JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., filed by SUZETTE C. RODRIQUEZ. (FITZPATRICK, KELLY)**

**3:17-cv-07641-FLW-LHG Notice has been electronically mailed to:**

ERIC FRISTEDT BARTON     ebarton@seyfarth.com, sthornton@seyfarth.com

GENE M. WILLIAMS     gmwilliams@shb.com, cshaddix@shb.com, kstufflebean@shb.com

JULIE LYNN TERSIGNI     julie.tersigni@dbr.com

KATHLEEN A. FRAZIER     kfrazier@shb.com, cshaddix@shb.com, kstufflebean@shb.com, sgrussell@shb.com

KELLY A. FITZPATRICK     kelly@venturalaw.com, julia@venturalaw.com, nicole@venturalaw.com

LORNA A. DOTRO     ldotro@coughlinduffy.com, melmer@coughlinduffy.com, msilver@coughlinduffy.com

MARK K. SILVER     msilver@coughlinduffy.com, jbrander@coughlinduffy.com, melmer@coughlinduffy.com, mmeseha@coughlinduffy.com

SCOTT A. JAMES     sjames@shb.com, jspencer@shb.com, kstufflebean@shb.com, sgrussell@shb.com

SHERYL LISA AXELROD     saxelrod@theaxelrodfirm.com, jpisiechko@theaxelrodfirm.com, vsnyder@theaxelrodfirm.com

SUSAN M. SHARKO     susan.sharko@dbr.com

THOMAS T. LOCKE     tlocke@seyfarth.com, ABahar@seyfarth.com, jbillingskang@seyfarth.com, SThornton@seyfarth.com, swells@seyfarth.com, tvitelli@seyfarth.com, WDCDocketing@seyfarth.com

**3:17-cv-07641-FLW-LHG Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/29/2018] [FileNumber=11681966-0] [2d41957dcdfc9a917608af62309c3e86c263f5842e7644abc6fc32b15e16e5374f c73e45d34e7489cf439b378c2086c460232e3 894423b9bb4329807d0134457]]