# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates To:*<br><br>SUZETTE C. RODRIGUEZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA G. ALFONSO | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-07641 |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Second Amended Short Form Complaint with Jury Demand was filed on August 29, 2018 on behalf of Plaintiff, Suzette C. Rodriquez, Personal Representative of the Estate of Lisa G. Alfonso.

Dated: 08/29/2018                                  Respectfully Submitted by,

                                                                                         /s/Kelly A. Fitzpatrick
                                                                                         Kelly A. Fitzpatrick
                                                                                         Ventura Law
                                                                                         235 Main Street,
                                                                                         Danbury, CT 06810
                                                                                         203-800-8000
                                                                                         NJ Bar Number: 010772009

/s/Agostinho J. Ribeiro
Agostinho J. Ribeiro
Ventura Law
235 Main Street,
Danbury, CT 06810

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000
NY Bar: 010722009

/s/Agostinho J. Ribeiro
Agostinho J. Ribeiro
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000
