# UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| DON SALTER, Individually and as Wrongful Death Heir of MARY LOUISE SALTER, Decedent, | Civil Action No.: 3:18-cv-13398 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 30, 2018 on behalf of Plaintiff, Don Salter, Individually and as Wrongful Death Heir of Mary Louise Salter, Decedent.

Dated: 8/31/2018                                    Respectfully Submitted by,


                                                   */s/ Thomas P. Cartmell*
                                                   Thomas P. Cartmell MO# 45366
                                                   tcartmell@wcllp.com
                                                   Diane K. Watkins MO# 57238
                                                   dwatkins@wcllp.com
                                                   Wagstaff & Cartmell, LLP
                                                   4740 Grand Avenue, Suite 300
                                                   Kansas City, MO 64112
                                                   (816) 701-1100
                                                   FAX (816) 531-2372

                                                   **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on August 31, 2018.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell