**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Carma Webster v. Johnson & Johnson, et al.* Case No.: 3:18-cv-13441 | |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Carma Webster.

Dated: <u>August 31, 2018</u>    Respectfully submitted,

    By: */s/ Stuart L. Goldenberg*
    Stuart L. Goldenberg (MN #0158719)
    Noah C. Lauricella (MN #397896)
    **GOLDENBERGLAW, PLLC**
    800 LaSalle Avenue, Suite 2150
    Minneapolis, MN 55402
    (612) 333-4662 (Tel)
    (612) 367-8107 (Fax)
    slgoldenberg@goldenberglaw.com
    nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31[th] day of August, 2018.

                                                                */s/ Stuart L. Goldenberg*

1