AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-12241-FLW-LHG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Imerys Talc AMerica, Inc. F/K/A Luzenac American Inc.
was received by me on *(date)* 08/23/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Trust Company
1201 N. Orange Street, Wilmington, DE 19801 on *(date)* 08/24/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-24-18

*Server's signature*

William Cooper, Special Process Server
*Printed name and title*

D.M. Professional Services
501 Silverside Road, Suite 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc:

Service was executed on 8/24/18 at 12:35 PM on Amy McLaren, White Female, Brown Hair, approx. 35 Years Old, 5'6", 135 Pounds