# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS** | Master Docket No. 3:16-md-2738 (FLW) <br><br> District Judge Freda L. Wolfson <br> Magistrate Judge Lois H. Goodman |
| This document relates to: <br><br> BARBARA MIHALICH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON CONSUMER, INC., <br><br> Defendant. | Case No.   3:18-cv-12421 (FLW) |

-------------------------------------------------------------------------------------------------------------

## PLAINTIFF BARBARA MIHALICH'S
## NOTICE OF MOTION AND MOTION TO REMAND

-------------------------------------------------------------------------------------------------------------

Timothy G. Blood
Thomas J. O'Reardon II
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
T: 619/338-1100
F: 619/338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Plaintiff Barbara Mihalich*

(Additional Counsel on Signature Page)

00139204

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Case Management Order No. 1, ¶¶11 and 28 U.S.C. § 1447(c), Plaintiff Barbara Mihalich will, and hereby does, move the Court for an order remanding the action to the Circuit Court, Third Judicial Circuit, Madison County, Illinois. This motion is brought on the ground that the Court does not have subject matter jurisdiction because Plaintiff does not have Article III standing.

Pursuant to Case Management Order No. 1, ¶11, any response to this motion is due within thirty (30) days of the filing of this motion, and reply briefs are due fifteen (15) days after any response is filed.

Plaintiff's motion is based on this notice, the accompanying memorandum, and such other evidence and argument that the Court may receive. A proposed order is also submitted herewith.

Respectfully submitted,

Dated: September 4, 2018

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood
Thomas J. O'Reardon II
Paula R. Brown (254142CA)

By:   s/ Timothy G. Blood

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

GOLDENBERG HELLER & ANTOGNOLI, PC
Mark C. Goldenberg
Thomas P. Rosenfeld
Ann E. Callis
Kevin P. Green
2227 South State Route 157
Edwardsville, IL  62025
Tel: 618/656-5150
618/656-230 (fax)

1

00139204

mark@ghalaw.com
tom@ghalaw.com
acallis@ghalaw.com
kevin@ghalaw.com

BEASLEY, ALLEN, CROS, METHVIN
  PORTIS & MILES, P.C.
W. Daniel "Dee" Miles, III
Lance C. Gould
Alison Douillard Hawthorne
272 Commerce Street
P.O. Box 4160
Montgomery, AL  36103
Tel: 334/269-2343
224/954-7555 (fax
Dee.Miles@BeasleyAllen.com
Lance.Gould@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com

*Attorneys for Plaintiff*

2

00139204

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the United States District Court, District of New Jersey, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on September 4, 2018.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD