# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS** | Master Docket No. 3:16-md-2738 (FLW) <br><br> District Judge Freda L. Wolfson <br> Magistrate Judge Lois H. Goodman |
| This document relates to: <br><br> BARBARA MIHALICH, individually and on behalf of all others similarly situated, <br>        Plaintiff, <br>    v. <br> JOHNSON & JOHNSON CONSUMER, INC., <br>        Defendant. | Case No.   3:18-cv-12421 (FLW) |

-------------------------------------------------------------------------------------------------------
### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND
-------------------------------------------------------------------------------------------------------

Timothy G. Blood
Thomas J. O'Reardon II
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
T: 619/338-1100
F: 619/338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Attorneys for Plaintiff Barbara Mihalich*

(Additional Counsel on Signature Page)

00140033

This matter having come before the Court for consideration of Plaintiff's Motion to Remand, and having reviewed the arguments and evidence submitted in support of and opposition to the Motion, the Court HEREBY ORDERS, as follows:

Plaintiff's Motion to Remand is GRANTED for the reasons set forth in Plaintiff's memorandum in support. THEREFORE, it is ordered that this matter shall be remanded to the Circuit Court, Third Judicial Circuit, Madison County, Illinois.

**IT IS SO ORDERED.**

Dated:

HON. FREDA L. WOLFSON  
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the United States District Court, District of New Jersey, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on September 4, 2018.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD
