# EXHIBIT F

## Daniel Woodard

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, May 07, 2018 2:23 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-02152-PKC-SMG Jiminez v. Duane Reade, Inc. et al Order on Motion to Remand to State Court |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/7/2018 at 2:23 PM EDT and filed on 5/7/2018
**Case Name:**     Jiminez v. Duane Reade, Inc. et al
**Case Number:**   1:18-cv-02152-PKC-SMG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The Court denies [15] Plaintiff's request for a pre-motion conference to file a motion to remand to state court. The Court will defer its decision whether to allow Plaintiff to file a motion to remand until after the Judicial Panel on Multidistrict Litigation ("JPMDL") adjudicates Plaintiff's pending motion to vacate. See *Jackson v. Johnson & Johnson, Inc.*, No. 01-2113 DA, 2001 WL 34048067, at \*6 (W.D. Tenn. Apr. 3, 2001) (the "general rule is for federal courts to defer ruling on pending motions to remand in MDL litigation until after the JPMDL has transferred the case to the MDL panel"); *In re Ivy*, 901 F.2d 7, 9 (2d Cir. 1990) (where the jurisdictional issue in question is easily capable of arising in more than one court, consistency as well as economy is served by transferring and consolidating cases as to which remand motions are pending). The Court stays this case pending the JPMDL's determination. The parties will file a joint status update with the Court by 7/1/2018. Ordered by Judge Pamela K. Chen on 5/7/2018. (Rediker, Ezekiel)**

**1:18-cv-02152-PKC-SMG Notice has been electronically mailed to:**

Daniel John Woodard     dwoodard@p2law.com, dbender@p2law.com

Thomas Philip Kurland     tkurland@pbwt.com, mcolitigation@pbwt.com

1

**1:18-cv-02152-PKC-SMG Notice will not be electronically mailed to:**

Brendan J. Tully
747 Third Ave.
6th Floor
New York, NY 10017