# EXHIBIT H



# WALGREENS BOOTS ALLIANCE, INC.

## FORM 10-K
(Annual Report)

Filed 10/25/17 for the Period Ending 08/31/17

| | |
|---|---|
| Address | 108 WILMOT ROAD |
| | DEERFIELD, IL, 60015 |
| Telephone | (847) 315-2500 |
| CIK | 0001618921 |
| Symbol | WBA |
| SIC Code | 5912 - Retail-Drug Stores and Proprietary Stores |
| Fiscal Year | 08/31 |

Powered By EDGAROnline
http://www.edgar-online.com

© Copyright 2018, EDGAR Online, a division of Donnelley Financial Solutions. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, a division of Donnelley Financial Solutions, Terms of Use.

Exhibit 21

**As of August 31, 2017 Walgreens Boots Alliance, Inc. (Registrant) had the following subsidiaries:**

| Name | State or Country of Incorporation |
|---|---|
| Hydra Pharm SPA | Algeria |
| Smart Insurance Company | Arizona |
| Walgreen Arizona Drug Co. | Arizona |
| Stephen L. LaFrance Pharmacy, Inc. | Arkansas |
| Ontario (Barbados) SRL | Barbados |
| Superior Bermuda GP | Bermuda |
| Casa Saba Brasil Holdings, Ltda | Brazil |
| Distrilife, Distribuidora Atacadista de Suplementos Alimenticios, Ltda | Brazil |
| Brandhandling International Limited | British Virgin Islands |
| Walgreen Drug (Ontario) Limited | Canada |
| MedAvail Technologies Inc. | Canada |
| AB Acquisitions FX Pref Limited | Cayman Islands |
| AB Property Holdings Limited | Cayman Islands |
| Ontario CI 1 Limited | Cayman Islands |
| Ontario CI 2 Limited | Cayman Islands |
| Ontario CI 3 Limited | Cayman Islands |
| Ontario CI 4 Limited | Cayman Islands |
| Walgreen Asia Holding Ltd. | Cayman Islands |
| WBAD CI 1 Limited | Cayman Islands |
| WBAD CI 2 Limited | Cayman Islands |
| ABF, Administradora de Beneficios Farmacéuticos S.A. | Chile |
| Administradora Fasa, S.A. | Chile |
| Comercializadora y Distribuidora BF S.A. | Chile |
| Compañía de Nutrición General S.A. | Chile |
| Droguería, Distribuidora y Logística DLI S.A. | Chile |
| Farmacias Ahumada S.A. | Chile |
| Fasa Investment Limitada | Chile |
| Inmobiliaria Avantuen S.A. | Chile |
| Inmobiliaria Faster S.A. | Chile |
| Inversiones Internacionales Inverfar S.A. | Chile |
| Laboratorios MDK S.A. | Chile |
| Guangzhou Pharmaceuticals Corporation | China |
| Nanjing Pharmaceutical Company Limited | China |
| Guangzhou Jianmin Chain Stores., Ltd. | China |
| Guangzhou Jianmin Pharmaceutical Co., Ltd. | China |
| Guangzhou Guoying Medicine Co., Ltd. | China |
| Guangzhou Xinte Medicine Co., Ltd. | China |

| | |
|---|---|
| Guangzhou Qihua Medical Equipment Co., Ltd. | China |
| Hubei Guangyao Ankang Medicine Co., Ltd. | China |
| Fujian Guangyao Jieda Medicine Co., Ltd. | China |
| Foshan City Guangyao Jianze Co., Ltd. | China |
| Shenzhen Guangyao Liankang Co., Ltd. | China |
| Hunan Guangyao Hengsheng Medicine Co., Ltd. | China |
| Hainan Guangyao Chenfei Medicine Co., Ltd. | China |
| Shanxi Guangyao Kangjian Medicine Co., Ltd. | China |
| Guangdong Meixian Medicine Co., Ltd. | China |
| Chengdu Guangyao Xinhuiyuan Medicine Co., Ltd. | China |
| Guangxi Guangyao Xinshidai Medicine Co., Ltd. | China |
| Jiangmen Guangyao Qiaokang Medicine Co., Ltd. | China |
| Hubei Guangyao Jida Medicine Co., Ltd. | China |
| Guangzhou Pharmaceuticals (HK) Limited | China |
| Jianmin International Co., Ltd. | China |
| Zhuhai Guangyao Kangmin Medicine Co., Ltd. | China |
| Walgreen Asia Trading Ltd. | China |
| Walgreens China Business Trust | China |
| Alliance Healthcare Corporate Management (Shanghai) Co., Ltd | China |
| Oktal Pharma d.o.o. | Croatia |
| Leget Investments Limited | Cyprus |
| Glazar Limited | Cyprus |
| Klada Ventures Limited | Cyprus |
| Sassoon Marketing & Investment Research Limited | Cyprus |
| Simison Holdings Limited | Cyprus |
| A5 Pharmacy Retail Limited | Cyprus |
| Alliance Healthcare s.r.o. | Czech Republic |
| Pharmdata s.r.o. | Czech Republic |
| BAP Pharmaceuticals LLC | Delaware |
| Boots Retail USA Inc. | Delaware |
| CG Transportation, LLC | Delaware |
| Circa LLC | Delaware |
| Cystic Fibrosis Foundation Pharmacy, LLC | Delaware |
| DRI I Inc. | Delaware |
| Duane Reade Holdings, Inc. | Delaware |
| Duane Reade Inc. | Delaware |
| Happy Harry's Discount Drug Stores, Inc. | Delaware |
| Happy Harry's, Inc. | Delaware |
| HC Group Holdings I, LLC | Delaware |
| Healthcare Clinic Solutions, LLC | Delaware |
| MedAvail, Inc. | Delaware |
| Onsite Holding LLC | Delaware |
| Pharma Dynamics, Inc. | Delaware |

| | |
|---|---|
| Boots Nederland B.V. | Netherlands |
| Euro Registratie Collectief B.V. | Netherlands |
| Hedef International Holdings BV | Netherlands |
| Kring apotheek B.V. | Netherlands |
| Libra C.V. | Netherlands |
| Spits B.V. | Netherlands |
| Stephar B.V. | Netherlands |
| WBA Asia Holdings BV | Netherlands |
| Duane Reade | New York |
| Walgreen Eastern Co., Inc. | New York |
| Walgreens Store No. 3288, LLC | New York |
| Alliance Healthcare Norge AS | Norway |
| Boots Norge AS | Norway |
| Snipetjernveien 10 AS | Norway |
| Prodak Kosmetik Sp. z o.o. | Poland |
| Alliance Healthcare S.A. | Portugal |
| Alliance Santé - Distribuição Farmacêutica de Eulália Baeta Pereira e Ramalho Fernandes, S.A. | Portugal |
| Walgreen of Puerto Rico, Inc. | Puerto Rico |
| FARMEXPERT D.C.I. SRL | Romania |
| Skills in Healthcare Romania S.r.l. | Romania |
| ALLOGA LOGISTICS ROMANIA | Romania |
| Pharmacy Chain 36.6 | Russian Federation |
| LLC Apteka 36.6 | Russian Federation |
| LLC Apteka 36.6+ | Russian Federation |
| LLC Apteka-A.v.e | Russian Federation |
| LLC Apteka-A.v.e-1 | Russian Federation |
| LLC RID | Russian Federation |
| LLC GDP | Russian Federation |
| Alcura Health España, S.A. | Spain |
| Alianza del Sur S.A. | Spain |
| Alliance Healthcare España Holdings, S.L. | Spain |
| Alliance Healthcare España S.A. | Spain |
| Alloga Logistica (España), S.L. | Spain |
| Almus Farmaceutica, S.A. | Spain |
| Centro Farmaceutico Asturiano, S.A. | Spain |
| Nexiapharma, S.L. | Spain |
| AH Schweiz GmbH | Switzerland |
| Alliance Boots GmbH | Switzerland |
| Alliance Boots Schweiz Investments GmbH | Switzerland |
| Alliance Boots Services GmbH | Switzerland |
| Walgreen Swiss International GmbH | Switzerland |
| Walgreens Boots Alliance Development GmbH | Switzerland |
| Aromatherapy Associates, Inc | Texas |