# EXHIBIT I

**Bloomberg**
(http://www.bloomberg.com)

**Markets**
(http://www.bloomberg.com/markets)

Feedback (/feedback)

# Duane Reade Holdings Inc

Private Company

## Company Profile

**Sector:** Consumer Staples
**Industry:** Retail - Consumer Staples
**Sub-Industry:** Food & Drug Stores

Duane Reade Holdings, Inc. operates as a holding company. The Company, through its subsidiaries, manages retail drug stores and provides prescription and non-prescription drugs, general merchandise, beverages, and other products. Duane Reade serves customers throughout the United States.

## Corporate Information

**Address:**

40 Wall Street
New York, NY 10005
United States

**Phone:** 1-212-273-5700 (tel:1-212-273-5700)
**Fax:** - (tel:-)
**Web url:** www.duanereade.com (http://www.duanereade.com)

---

Terms of Service (http://www.bloomberg.com/tos) Trademarks (http://www.bloomberg.com/trademarks)
Privacy Policy (http://www.bloomberg.com/privacy)
©2018 Bloomberg L.P. All Rights Reserved
Careers (http://www.bloomberg.com/careers/?utm_source=dotcom&utm_medium=footer) Made in NYC (http://nytm.org/made-in-nyc)
Advertise (http://bloombergmedia.com/) Ad Choices (http://www.bloomberg.com/privacy#advertising) Feedback (/feedback)
Help (http://www.bloomberg.com/help)