# EXHIBIT J

in  Q Search                          Reactivate Premium

MILLION DOLLAR ADVOCATES - The Top Trial Lawyers In America. Since 1993.  Ad

# Duane Reade

Retail • New York, New York • 7,048 followers

1,857 employees on LinkedIn

**Follow**   See jobs

## About us

DUANE Reade's mission is to make New York Living Easier by serving the daily needs of our customers through our three areas of focus: Health & Wellness - "How I Feel", Beauty "How I Look" and Convenience -"What I Need Now". We work hard everyday to earn the trust and loyalty of our customers, associates, partners, and stakeholders. Strengths in a leading market share, strong same-store sales growth and a solid track record of earnings growth. Store locations (and opportunities) are conveniently located throughout the boroughs of New York City and by every major mass transit stop. We are looking for leaders that share our vision and want to help craft our future. We provide competitive ben and provide our leaders with the tools, training and support they need to be successful. Duane Reade is a wholly owned by Walgreens.

## Company details

**Website**
http://www.duanereade.com

**Headquarters**
New York, New York

**Year founded**
1960

**Company type**
Public Company

**Company size**
5,001-10,000 employees

**Specialties**
Pharmacy, Personal Image, Daily Living, and Body Care

See less ∧

Get exclusive insights on 450,000+ public & private companies                                Reactivate Pr

See company growth         Check out notable
and functional trends      leadership changes

## Affiliated Companies


**Walgreens**
Retail
244,705 followers