# EXHIBIT K



Call (844) 217-8753 (tel:+18442178753)

Start Live Chat

Start Free Trial (http://www.hoovers.com/all-products/dnb-hoovers/register-free-trial.html?action=request-callback)

# Company Profile

ON THIS PAGE

Financial Statements

Top Competitors

Sales Preparation Data

Related Companies

Available Contacts

Industry Information

Duane Reade -- the Big Apple of drugstores -- has been swallowed by a big fish: Walgreen. Named after the two streets where its first store was located, Duane Reade is the region's market leader with more than 150 stores (more than twice that of its nearest competitor) in densely-populated Manhattan. New York City's other boroughs and the surrounding New York and New Jersey

suburbs account for another 100 or so. The stores sell prescription drugs, but more than 50% of the chain's sales come from items such as over-the-counter medications, food and beverages, and health and beauty aids. The stores vary greatly in size (500 to 12,700 sq. ft.). Oak Hill Capital Partners sold Duane Reade to Walgreen in 2010.

# Financial Statements

## Income Statement
**REVENUE: $874.96 (ESTIMATED)**



Unlock complete financial statements (/all-products/dnb-hoovers/register-free-trial.html)

# Competitor Profiles

See detailed profiles for insights and prospects on this company's top competitors.

The Great Atlantic & Pacific Tea Co Inc (./company-profile.the_great_atlantic__pacific_tea_co_inc.68883c1d764c6040.html)

CVS Health Corporation (./company-profile.cvs_health_corporation.e8a792978e23c42d.html)

Rite Aid Corporation (./company-profile.rite_aid_corporation.5cca4683223990a1.html)

Unlock detailed competitor profiles (/all-products/dnb-hoovers/register-free-trial.html)

# For Your Call

Essential information for a successful call

| | |
|---|---|
| EASTERN TIME | 02:12 PM |
| EMPLOYEES | 6,000 |

| | |
|---|---|
| SALES (MIL USD) | 874.96 |
| INCORPORATED | 2010 |
| CREDIT PRESCREEN | LOW RISK |

Unlock full sales materials and reports (/all-products/dnb-hoovers/register-free-trial.html)

# Related Companies

**Corporate Family**  |  Similar Companies Nearby

# 15,517

Corporate Family Connections

Detailed profiles of all businesses owned and operated by this company for insights and prospecting.

## Walgreens Boots Alliance, Inc.
ULTIMATE PARENT

### 9 Subsidiaries
View All with Free Trial (/content/hoovers/home/all-products/dnb-hoovers/register-free-trial)

### 990 Branches
View All with Free Trial (/content/hoovers/home/all-products/dnb-hoovers/register-free-trial)

Unlock information on related companies (/all-products/dnb-hoovers/register-free-trial.html)

## Get in Touch with 3 Contacts



## Industry Information

See trends, challenges and opportunities with similar companies in these industries.

Drug Stores (/industry-facts.drug-stores.1532.html)
Companies in this industry sell prescription drugs, over-the-counter medications, health and beauty products,...

Retail Sector (/industry-facts.retail-sector.1518.html)
Companies in this sector sell a wide range of products to consumers and businesses, from food and apparel...

Cosmetics, Beauty Supply & Perfume Stores (/industry-facts.cosmetics-beauty-supply-perfume-stores.1528.html)
Companies in this industry operate physical retail establishments that primarily sell cosmetics, beauty...

## Get full access to D&B Hoovers

With a Hoovers subscription you can get a comprehensive view of Duane Reade Inc.

### Duane Reade Inc.

### 3 Contacts

Reach the right people with access to detailed contact information.

### 15,495 Corporate Relations

Get the big picture on a company's affiliates and who they do business with.

# 365 Close Industry Peers

See similar companies for insight and prospecting.

Start Your Free Trial (/all-products/dnb-hoovers/register-free-trial.html)

# Related Tags

Find other companies in similar industries or locations

New York, NY, United States (/company-information/company-search.html?nvcnt=76&nvstt=NY&nvcty=New%20York) , Retail Sector (/company-information/company-search.html?nvind=1518), Cosmetics, Beauty Supply & Perfume Stores (/company-information/company-search.html?nvind=1528), Drug Stores (/company-information/company-search.html?nvind=1532), Gift, Novelty & Souvenir Stores (/company-information/company-search.html?nvind=1883), Toy & Hobby Stores (/company-information/company-search.html?nvind=1997), Grocery Stores & Supermarkets (/company-information/company-search.html?nvind=1535), Home Furniture & Housewares Stores (/company-information/company-search.html?nvind=1538)

Companies are reminded that it is an offence to contact individuals that are registered with a telephone or mail preference service or on a do not call/contact list. By using Hoover's information you represent and warrant that you will use such information in compliance with all applicable local, state, national and EU laws and regulations and agree to indemnify and hold harmless Dun & Bradstreet and its subsidiaries and affiliates, if you violate any such law or regulation.

**Discover**

D&B Hoovers (/all-products/dnb-hoovers.html)
Company Profiles (/company-information.html)

**Connect**

Customer Service (/customer-service.html)
Contact Us (/contact-us.html)
Communication Preferences (http://www.dnb.com/utility-pages/communication-preferences.html)
Press Releases (http://investor.dnb.com/releases.cfm)
Investor Relations (http://investor.dnb.com/index.cfm)

**Company**

About Us (/about-us.html)
Careers (http://www.dnb.com/about-us/careers-and-people.html)
Affiliate Program (/affiliate-program.html)



More Dun & Bradstreet Sites ▼

© Dun & Bradstreet, Inc. 2018. All rights reserved.

Privacy Notice (/privacy-policy.html)    Terms of Use (/terms-conditions.html)