# EXHIBIT L



1 OF 1 RECORD(S)

# Experian Business Report
This data is for informational purposes only.

Business Information

Experian Company Number: 965590889
Company Name: DUANE READE CORP OFFICE
Address: 40 WALL ST
NEW YORK, NY 10005-1304
NEW YORK COUNTY
Phone: 212-273-5700
Business Type: CORPORATION
Years In Business: 0
Number of Employees: 0
Date First Seen: 11/2012
Date Last Seen: 03/07/2018
Last Updated Date: 03/08/2018
File Establish Date: 11/2012

Trade Payment Details(Trade Lines with an * after the date are newly reported)

## Payment Detail
Business Category: AIR TRANS
Reported Date: 02/28/2018
Activity Date: 02/2018
Payment Terms: OTHER
Recent High Credit: $13,600
Balance: $100

DBT Percentages
Current: 100%
Day 1-30: 0%
Day 31-60: 0%
Day 61-90: 0%
Day 91-plus: 0%

## Trade Quarterly Details
### Quarter 4
Year: 17
DBT: 5
Balance: $6,600

DBT Percentages
Current: 93%
Day 1-30: 0%
Day 31-60: 0%
Day 61-90: 7%
Day 91-plus: 0%

### Quarter 3
Year: 17
DBT: 12
Balance: $6,900

DBT Percentages
Current: 79%
Day 1-30: 7%
Day 31-60: 0%

        **Day 61-90:** 14%
        **Day 91-plus:** 0%

**Quarter 2**
        **Year:** 17
        **DBT:** 2
        **Balance:** $7,800

DBT Percentages
        **Current:** 91%
        **Day 1-30:** 8%
        **Day 31-60:** 1%
        **Day 61-90:** 0%
        **Day 91-plus:** 0%

**Quarter 1**
        **Year:** 17
        **DBT:** 0
        **Balance:** $5,500

DBT Percentages
        **Current:** 100%
        **Day 1-30:** 0%
        **Day 31-60:** 0%
        **Day 61-90:** 0%
        **Day 91-plus:** 0%

**Quarter 4**
        **Year:** 16
        **DBT:** 0
        **Balance:** $4,500

DBT Percentages
        **Current:** 100%
        **Day 1-30:** 0%
        **Day 31-60:** 0%
        **Day 61-90:** 0%
        **Day 91-plus:** 0%

Demographic 5600


        **Business Type:** CORPORATION

# Experian Credit Risk DB
This data is for informational purposes only.


**Summary**
        **Name:** DUANE READE INC
        **Address:** 80 STATE ST
        ALBANY, NY 12207-2541
        ALBANY COUNTY
        **Experian File Number:** 437719365
        **File Established:** 03/14/2018
        **Contents:** Business Description


**Business Description**
        **Years in Business (ACTUAL):** UNDER 1 YEAR
        **Employees:** 0
        **Owner Type:** PRIVATE
        **Location:** SINGLE ENTITY

# Experian Credit Risk DB

This data is for informational purposes only.

## Summary

- **Name:** DUANE READE, INC
- **Address:** 40 WALL ST
  NEW YORK, NY 10005-1304
  NEW YORK COUNTY
- **Experian File Number:** 700063418
- **File Established:** 01/01/1977
- **URL:** www.duanereade.com
- **Contents:** Business Description

## Business Description

- **Industry:** RETAIL
- **SIC:** 5912(DRUG STORES AND PROPRIETARY STORES)
- **Years in Business (ACTUAL):** OVER 10 YEARS
- **Employees:** 0
- **Business Type:** CORPORATION
- **Owner Type:** PRIVATE
- **Location:** HEADQUARTERS
- **Officers:** LEDERER, JOHN, CHAIRMAN

# Experian Credit Risk DB

This data is for informational purposes only.

## Summary

- **Name:** DUANE READE CORP OFFICE
- **Address:** 40 WALL ST
  NEW YORK, NY 10005-1304
  NEW YORK COUNTY
- **Experian File Number:** 965590889
- **File Established:** 11/07/2012
- **Contents:** Business Description

## Business Description

- **Years in Business (ACTUAL):** 6 TO 10 YEARS
- **Employees:** 0
- **Business Type:** CORPORATION
- **Owner Type:** PRIVATE
- **Location:** HEADQUARTERS

# Experian Credit Risk DB

This data is for informational purposes only.

## Summary

- **Name:** DUANE READE INC
- **Address:** PO BOX 4026
  DANVILLE, IL 61834-4026
  VERMILION COUNTY
- **Experian File Number:** 967795058
- **File Established:** 02/08/2013

**Contents:** Business Description

## Business Description

**Years in Business (ACTUAL):** 3 TO 5 YEARS
**Employees:** 0
**Business Type:** CORPORATION
**Owner Type:** PRIVATE
**Location:** HEADQUARTERS

# Experian Credit Risk DB
This data is for informational purposes only.

## Summary

**Name:** DUANE READE REALTY, INC
**Address:** 40 WALL ST FL 22
NEW YORK, NY 10005-1340
NEW YORK COUNTY
**Experian File Number:** 988758909
**File Established:** 07/14/2014
**URL:** www.duanereade.com
**Contents:** Business Description

## Business Description

**Industry:** RETAIL
**SIC:** 5912(DRUG STORES AND PROPRIETARY STORES)
**Years in Business (ACTUAL):** 3 TO 5 YEARS
**Employees:** 0
**Business Type:** CORPORATION
**Owner Type:** PRIVATE
**Location:** SINGLE ENTITY

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. In addition, Industry Classifications and Normalized Titles are data elements automatically derived and unverified. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: I have no permissible use
Your GLBA Permissible Use is: I have no permissible use

Key
▲High Risk Indicator. These symbols may prompt you to investigate further.
▷ Moderate Risk Indicator. These symbols may prompt you to investigate further.
▣ General Information Indicator. These symbols inform you that additional information is provided.
✓The most recent telephone listing as reported by Electronic Directory Assistance.
Copyright© 2018 LexisNexis. All rights reserved.

End of Document