# EXHIBIT M

## Food and Staples Retailing
## Company Overview of Duane Reade Inc.

Snapshot         Peo

**Take the power of Bloomberg with you.**

Install Bloomberg for Chrome

### Company Overview

Duane Reade Inc. operates a chain of drugstores in New York. It offers pharmacy products, vitamins, nutritional products, cosmetics, greeting cards, and photo processing solutions. The company was founded in 1960 and is based in New York, New York. Duane Reade Inc. operates as a subsidiary of Walgreens Boots Alliance, Inc.

### Key Executives For Duane Reade Inc.

Duane Reade Inc. does not have any Key Executives recorded.

40 Wall Street
New York, NY 10005
United States

Phone: 212-273-5700
Fax:   212-244-6525

Founded in **1960**

### Similar Private Companies By Industry

| Company Name | Region |
|---|---|
| 1-800-WINESHOP.COM, Inc. | United States |
| 130-10 Food Corp. | United States |
| 2328 On Twelfth, LLC | United States |
| 26 Flavors LLC | United States |
| 3 Sisters Chocolate and Mad Cow Memories, LLC | United States |

### Recent Private Companies Transactions

| Type Date | Target |
|---|---|
| No transactions available in the past 12 months. | |

**Request Profile Update**

\