# EXHIBIT Q

# Food and Staples Retailing
## Company Overview of Duane Reade Holdings, Inc.

May 07, 2018 10:43 AM ET

**Snapshot**                **People**

| Overview | Board Members | Committees |

### Key Executives For Duane Reade Holdings, Inc.

| Name | Board Relationships | Title | Age |
| --- | --- | --- | --- |
| John K. Henry | No Relationships | CFO, Principal Accounting Officer, Senior VP, and Assistant Secretary | 67 |
| Charles R. Newsom | No Relationships | Senior Vice President of Store Operations | 66 |

### Duane Reade Holdings, Inc. Board Members*

| Name | Board Relationships | Primary Company | Age |
| --- | --- | --- | --- |
| David W. Johnson | 2 Relationships | Duane Reade Holdings, Inc. | 84 |
| Robert M. Silverman | 6 Relationships | Duane Reade Holdings, Inc. | -- |
| Rick J. Hans | 2 Relationships | Duane Reade Holdings, Inc. | -- |

View All Board Members

### Duane Reade Holdings, Inc. Executive Committees*

| Committee Name | Chairperson | Board Relationships | Members |
| --- | --- | --- | --- |
| There is no committee data available. | | | |

*Data is at least as current as the most recent Definitive Proxy.

## Request Profile Update

\

Case 3:16-md-02738-MAS-RLS   Document 7186-18   Filed 09/05/18   Page 3 of 3 PageID: 20222
5/8/2018                                                                                        Board of Directors | Walgreens Boots Alliance

Home (/) > About us (/about/) > **Board of Directors (/about/board-of-directors/)**

# Board of Directors

James A. Skinner (/about/board-of-directors/james-a-skinner.htm)
Executive Chairman, Walgreens Boots Alliance, Inc.

Stefano Pessina (/about/board-of-directors/stefano-pessina-board.htm)
Executive Vice Chairman and Chief Executive Officer, Walgreens Boots Alliance, Inc.

José (Joe) E. Almeida (/about/board-of-directors/jose-e-almeida.htm)
Chairman of the Board and CEO, Baxter International Inc.

Janice M. Babiak (/about/board-of-directors/janice-m-babiak.htm)
Former Managing Partner, Ernst & Young LLP

David J. Brailer, MD (/about/board-of-directors/david-j-brailer.htm)
Chairman, Health Evolution Partners

William C. Foote (/about/board-of-directors/william-c-foote.htm)
Former Chairman and CEO, USG Corporation

Ginger L. Graham (/about/board-of-directors/ginger-l-graham.htm)
Former President and Chief Executive Officer, Amylin Pharmaceuticals

John A. Lederer (/about/board-of-directors/john-lederer.htm)
Senior Advisor, Sycamore Partners

Dominic Murphy (/about/board-of-directors/dominic-murphy.htm)
Founder & CEO, 8c Capital LLP

Leonard D. Schaeffer (/about/board-of-directors/leonard-d-schaeffer.htm)
Judge Robert Maclay Widney Chair and Professor, University of Southern California

Nancy M. Schlichting (/about/board-of-directors/nancy-m-schlichting.htm)
Former Chief Executive Officer, Henry Ford Health System