# EXHIBIT R

## AFFIDAVIT OF SERVICE

State of New York      County of NEW YORK      U.S. District Court, Eastern District Court

Index Number: CV-2152/18
Date Filed: 4/19/2018

Plaintiff:
SANDRA JIMINEZ A/K/A SANDRA JIMENEZ

vs.

Defendant:
DUANE READE, INC, DUANE READE HOLDINGS, INC., DUANE READE INC. A/K/A DRI-I, INC., DRI-I, INC. D/K/A DUANE READE INC. ET AL

For:
64658
PHILLIPS & PAOLICELLI, LLP
747 3rd Avenue, 6th Flr.
New York, NY 10017

Received by ELITE LEGAL SERVICES OF NY INC. to be served on DUANE READE (A NEW YORK GENERAL PARTNERSHIP), 40 WALL STREET, NEW YORK, NY 10005.

I, SPIRO KARTSONIS, being duly sworn, depose and say that on the 3rd day of May, 2018 at 9:01 am, I:

served a CORPORATION by delivering a true copy of the SUMMONS & FIRST AMENDED COMPLAINT IN A CIVIL ACTION with the date and hour of service endorsed thereon by me, to: Carla "Doe", REFUSED TO GIVE LAST NAME as AUTHORIZED AGENT for DUANE READE (A NEW YORK GENERAL PARTNERSHIP), at the address of: 40 WALL STREET, NEW YORK, NY 10005, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of May, 2018 by the affiant who is personally known to me.

COMMISSIONER OF DEEDS
Corissa Martinez
City of New York- No. 3-7441
Certificate Filed in Bronx County
Commission Expires August 1, 2018

SPIRO KARTSONIS
2038503

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2018003030

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e



## AFFIDAVIT OF SERVICE

State of New York      County of NEW YORK      U.S. District Court, Eastern District Court

Index Number: CV-2152/18
Date Filed: 4/19/2018

Plaintiff:
SANDRA JIMINEZ A/K/A SANDRA JIMENEZ

vs.

Defendant:
DUANE READE, INC, DUANE READE HOLDINGS, INC., DUANE READE INC. A/K/A DRI-I, INC., DRI-I, INC. D/K/A DUANE READE INC. ET AL

For:
64658
PHILLIPS & PAOLICELLI, LLP
747 3rd Avenue, 6th Flr.
New York, NY 10017

Received by ELITE LEGAL SERVICES OF NY INC. to be served on DUANE READE, INC., 40 WALL STREET, NEW YORK, NY 10005.

I, SPIRO KARTSONIS, being duly sworn, depose and say that on the **3rd day of May, 2018 at 9:01 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & FIRST AMENDED COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Carla "Doe", REFUSED TO GIVE LAST NAME** as AUTHORIZED AGENT for DUANE READE, INC., at the address of: **40 WALL STREET, NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of May, 2018 by the affiant who is personally known to me.

COMMISSIONER OF DEEDS
Corissa Martinez
City of New York- No. 3-7441
Certificate Filed in Bronx County
Commission Expires August 1, 2018

SPIRO KARTSONIS
2035503

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2018003026

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e



## AFFIDAVIT OF SERVICE

State of New York      County of NEW YORK      U.S. District Court, Eastern District Court

Index Number: CV-2152/18
Date Filed: 4/19/2018

Plaintiff:
SANDRA JIMINEZ A/K/A SANDRA JIMENEZ

vs.

Defendant:
DUANE READE, INC, DUANE READE HOLDINGS, INC., DUANE READE INC. A/K/A DRI-I, INC., DRI-I, INC. D/K/A DUANE READE INC. ET AL

For:
64658
PHILLIPS & PAOLICELLI, LLP
747 3rd Avenue, 6th Flr.
New York, NY 10017

Received by ELITE LEGAL SERVICES OF NY INC. to be served on DUANE READE INC. A/K/A DIR-I INC., 40 WALL STREET, NEW YORK, NY 10005.

I, SPIRO KARTSONIS, being duly sworn, depose and say that on the 3rd day of May, 2018 at 9:01 am, I:

served a CORPORATION by delivering a true copy of the SUMMONS & FIRST AMENDED COMPLAINT IN A CIVIL ACTION with the date and hour of service endorsed thereon by me, to: Carla "Doe", REFUSED TO GIVE LAST NAME as AUTHORIZED AGENT for DUANE READE INC. A/K/A DIR-I INC., at the address of: 40 WALL STREET, NEW YORK, NY 10005, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of May, 2018 by the affiant who is personally known to me.

COMMISSIONER OF DEEDS
Corissa Martinez
City of New York- No. 3-7441
Certificate Filed in Bronx County
Commission Expires August 1, 2018

SPIRO KARTSONIS
2038503

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2018003028

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e



## AFFIDAVIT OF SERVICE

State of New York          County of NEW YORK          U.S. District Court, Eastern District Court

Index Number: CV-2152/18
Date Filed: 4/19/2018

Plaintiff:
SANDRA JIMINEZ A/K/A SANDRA JIMENEZ

vs.

Defendant:
DUANE READE, INC, DUANE READE HOLDINGS, INC., DUANE READE INC. A/K/A DRI-I, INC., DRI-I , INC. D/K/A DUANE READE INC. ET AL

For:
64658
PHILLIPS & PAOLICELLI, LLP
747 3rd Avenue, 6th Flr.
New York, NY 10017

Received by ELITE LEGAL SERVICES OF NY INC. to be served on DRI-I, INC. F/K/A DUANE READE INC., 40 WALL STREET, NEW YORK, NY 10005.

I, SPIRO KARTSONIS, being duly sworn, depose and say that on the 3rd day of May, 2018 at 9:01 am, I:

served a CORPORATION by delivering a true copy of the SUMMONS & FIRST AMENDED COMPLAINT IN A CIVIL ACTION with the date and hour of service endorsed thereon by me, to: Carla "Doe", REFUSED TO GIVE LAST NAME as AUTHORIZED AGENT for DRI-I, INC. F/K/A DUANE READE INC., at the address of: 40 WALL STREET, NEW YORK, NY 10005, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of May, 2018 by the affiant who is personally known to me.

COMMISSIONER OF DEEDS
Corissa Martinez
City of New York- No. 3-7441
Certificate Filed in Bronx County
Commission Expires August 1, 2018

SPIRO KARTSONIS
2035503

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2018003029

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1a



## AFFIDAVIT OF SERVICE

State of New York        County of NEW YORK        U.S. District Court, Eastern District Court

Index Number: CV-2152/18
Date Filed: 4/19/2018

Plaintiff:
SANDRA JIMINEZ A/K/A SANDRA JIMENEZ

vs.

Defendant:
DUANE READE, INC, DUANE READE HOLDINGS, INC., DUANE READE INC. A/K/A DRI-I, INC., DRI-I, INC. D/K/A DUANE READE INC. ET AL

For:
64658
PHILLIPS & PAOLICELLI, LLP
747 3rd Avenue, 6th Flr.
New York, NY 10017

Received by ELITE LEGAL SERVICES OF NY INC. to be served on DUANE READE HOLDINGS, INC., 40 WALL STREET, NEW YORK, NY 10005.

I, SPIRO KARTSONIS, being duly sworn, depose and say that on the **3rd day of May, 2018** at **9:01 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & FIRST AMENDED COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Carla "Doe", REFUSED TO GIVE LAST NAME** as **AUTHORIZED AGENT** for **DUANE READE HOLDINGS, INC.**, at the address of: **40 WALL STREET, NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of May, 2018 by the affiant who is personally known to me.

COMMISSIONER OF DEEDS
Corissa Martinez
City of New York- No. 3-7441
Certificate filed in Bronx County
Commission Expires August 1, 2018

SPIRO KARTSONIS
2035503

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2018003027

Copyright © 1992 2018 Database Services, Inc. - Process Server's Toolbox V7.1c

