UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2738** <br> 3:16-MD-02738-FLW-LHG |
| THIS DOCUMENT ALSO RELATES TO: <br> SANDRA JIMINEZ, v. JOHNSON & JOHNSON, INC., et al., | CASE NO.: 3:18-cv-12526-(FLW) (LHG) <br><br> **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND PERMITTING THE AMENDMENT OF PLAINTIFF'S COMPLAINT** |

Having considered the motion of Plaintiff, Sandra Jiminez, by and through her attorneys, Phillips & Paolicelli, LLP, to Remand the above-referenced matter back to New York State, Supreme Court, Kings County and to permit the amendment of Plaintiff's Complaint; and all parties, by and through their counsel, having received due notice of the motion and having the opportunity to be heard; and for good cause shown,

IT IS on this _____ day of _____, 2018, ORDERED:

1. Plaintiff's Motion for Remand is hereby GRANTED;

2. This Case is hereby Remanded to New York State, Supreme Court, Kings County; &

{00039698}

3. Plaintiff's request to Amend the Complaint is hereby GRANTED.

_____
Hon. Freda L. Wolfson, U.S.D.J.

{00039698}