## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2018, the above and foregoing Motion to Remand, with its corresponding Brief and Exhibits annexed thereto, were filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon on all parties in the following case electronically via ECF, or as indicated below.

**Duane Reade**
Served via U.S. Mail
**(Counsel has not yet appeared)**
Duane Reade Corporate Office
40 Wall St
New York, NY 10005

*/s/ Daniel J. Woodard*
DANIEL J. WOODARD

{00039698}