UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>FLORES, TINA<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc.,<br>Imerys Talc America, Inc., and<br>Personal Care Products Council,<br><br>　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-12688<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 13, 2018, on behalf of Plaintiff Tina Flores.

Dated: September 5, 2018　　　　　　　　　　DANIEL & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　　　　　 */s/ Patrick Daniel*
　　　　　　　　　　　　　　　　　　　　　　 D. Patrick Daniel, Jr.
　　　　　　　　　　　　　　　　　　　　　　 Anna Dean Kamins
　　　　　　　　　　　　　　　　　　　　　　 2409 Commerce Street
　　　　　　　　　　　　　　　　　　　　　　 Houston, Texas 77003
　　　　　　　　　　　　　　　　　　　　　　 T: 713.589.3539
　　　　　　　　　　　　　　　　　　　　　　 F: 713.481.9884
　　　　　　　　　　　　　　　　　　　　　　 patrick@dpdlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　 Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      DANIEL & ASSOCIATES, LLC

      */s/ Patrick Daniel*
      D. Patrick Daniel, Jr.
      Anna Dean Kamins
      2409 Commerce Street
      Houston, Texas 77003
      T: 713.589.3539
      F: 713.481.9884
      patrick@dpdlawfirm.com

      Counsel for Plaintiff