# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>CAROL A. BECK, | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 5, 2018 on behalf of Plaintiff, Carol A. Beck.

Dated: September 5, 2018

Respectfully submitted,

*/s/ Gregory Brown*
Gregory D. Brown,
Texas Bar No. 24078266
gregory_brown@fleming-law.com
Rand P. Nolen
Texas Bar No. 00788126
rand_nolen@fleming-law.com
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056-6109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Gregory Brown*
                                                GREGORY D. BROWN