UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-2980

_____

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND LIABILITY LITIGATION

Mona Estrada,
Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
District Court Nos. 3-16-cv-07492, 3-16-md-02738
District Judge: The Honorable Freda L. Wolfson

Argued June 14, 2018

Before: SMITH, *Chief Judge,* CHAGARES, and FUENTES, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 14, 2018.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered August 10, 2017, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this

Court.  Costs taxed to Appellant.

                                  ATTEST:

                                  <u>s/ Patricia S. Dodszuweit</u>
                                  Clerk

DATED: September 6, 2018