**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LISA FORLIVESI-AMARAL, et al. | **NOTICE OF APPEARANCE** |
| Plaintiffs | MDL No. 2738 |
| v. | |
| JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., | |
| Defendant(s) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance as co-counsel on behalf of Plaintiffs in each of the following matters and add my name to the ECF service list for each individual case as well as the master file for MDL 2738, No. 3:16-md-2738:

*Lisa Forlivesi-Amaral v. Johnson & Johnson, Inc., et al.;* Case No. 3:17-cv-03752

*Rhonda Dean v. Johnson & Johnson, Inc., et al.;* Case No. 3:17-cv-04784

*Mark Marble v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-04939

*Pamela Bucholz v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-05537

*Mary Ann Morton v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-05534

*Amber Dixon v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-05530

*Joanne Zingone v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-05668

*Georganna Foreman v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-05669

*Sandra Wilson v. Johnson & Johnson, Inc., et al;* Case No. 3:17-cv-06043

*Connie Birmingham v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-06257*

*Blanche Clouser v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-06258*

*Sharon Snyder v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-06510*

*James Stanula v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-07699*

*Evelyn Roman v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10327*

*Candice Guilds v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10331*

*Evelia Diaz-Galarza v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10839*

*Jonathan Pilapil v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10841*

*Elizabeth Hampshire v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10844*

*Mary Ann Hodge v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10848*

*Janice Rawlins v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10851*

*Angel Robles v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-10940*

*Stephen Brahm v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-11053*

*Margaret Martin v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-11264*

*Rose Ann Carr v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-11782*

*Lillian Thompson v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-11780*

*Laura Houk v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-12216*

*Mark Brodowski v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-12215*

*Cheryl Berry v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-12789*

*Tommie Johnson v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-12830*

*Lisa Duenes v. Johnson & Johnson, Inc., et al; Case No. 3:17-cv-13506*

*Carol Hilborn v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-00099*

*Donna Smith v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-00809*

Case 3:16-md-02738-MAS-RLS   Document 7214   Filed 09/08/18   Page 3 of 4 PageID: 20303

*Samuel Charles v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01027*

*Ella Madden v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01028*

*Kathleen Johnson v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01032*

*Elizabeth Maher v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01291*

*Clara Hazelwood v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01293*

*Jimmie Taylor v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01294*

*Joan Thompson v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01295*

*Shauntel Westbrook v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01299*

*Randy Hill v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-01464*

*Anna Kanellopoulos v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-02264*

*Deborah Charles v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-02492*

*Rebecca Napierala v. Johnson v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-03021*

*Stephen Winslow v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-03024*

*Cindy Stauffer v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-03873*

*Beverly Towler v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-03877*

*Vincent Weber v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-07956*

*Katherine Lobdell v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-08938*

*Kristin Templeton v. Johnson & Johnson, Inc., et al; Case No. 3:18-cv-09153*

This 8th day of September 2018.

        Respectfully submitted,

        ONDERLAW, LLC

By:   */s/ Stephanie L. Rados*
      James G. Onder, #38049 MO

William W. Blair, #58196 MO  
Stephanie L. Rados, #65117 MO  
110 E. Lockwood, 2nd Floor  
St. Louis, MO  63119  
314-963-9000 telephone  
314-963-1700 facsimile  
onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com  

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of September 2018.

                       */s/ Stephanie L. Rados*