UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>EDWARD H. VARNER, Individually and as Wrongful Death Heir of VIVIAN I. VARNER, Decedent,<br><br>     Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>     Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-13703 |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 10, 2018 on behalf of Plaintiff, Edward H. Varner, Individually and as Wrongful Death Heir of Vivian I. Varner, Decedent.

Dated: 9/10/2018            Respectfully Submitted by,

                  */s/ Diane K. Watkins*
                  Thomas P. Cartmell MO# 45366
                  tcartmell@wcllp.com
                  Diane K. Watkins MO# 57238
                  dwatkins@wcllp.com
                  Wagstaff & Cartmell, LLP
                  4740 Grand Avenue, Suite 300
                  Kansas City, MO 64112
                  (816) 701-1100
                  FAX (816) 531-2372

                  **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 10, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins
