## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>Michael Shevenock, On Behalf of Georgianna Shevenock, Deceased | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-13689 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 09/07/2018 on behalf of Plaintiff Michael Shevenock, on behalf of Georgianna Shevenock, deceased.

Dated: 09/11/2018

        By: */s/ Rhett A. McSweeney*
        David M. Langevin, #329563
        Rhett A. McSweeney, #269542
        McSweeney/Langevin
        2116 Second Avenue South
        Minneapolis, MN 55404
        Phone: (612) 542-4646
        Fax: (612) 454-2678
        dave@westrikeback.com
        ram@westrikeback.com

        **Counsel for Plaintiff(s)**

**CERTICATE OF SERVICE**

   I hereby certify that on 09/11/2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Rhett A. McSweeney*
                David M. Langevin, #329563
                Rhett A. McSweeney, #269542
                McSweeney/Langevin
                2116 Second Avenue South
                Minneapolis, MN 55404
                Phone: (612) 542-4646
                Fax: (612) 454-2678
                dave@westrikeback.com
                ram@westrikeback.com