## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Judith Toups, individually and on behalf of Jeanne Aprea, v. Johnson & Johnson, et al.*<br><br>**Case Number:**     18-cv-13779 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Judith Toups, individually and on behalf of Jeanne Aprea.

This 11th day of September, 2018.

                              Respectfully submitted,
                              <u>/s/ Richard Root</u>
                              Richard Root, LA Bar #19988
                              Betsy J. Barnes, LA Bar # 19473
                              Morris Bart, LLC
                              601 Poydras St., 24th Floor
                              New Orleans, LA 70130
                              Phone: 504-525-8000
                              Fax: 504-599-3392
                              rroot@morrisbart.com
                              bbarnes@morrisbart.com
                              Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of September, 2018.

/s/ Richard L. Root