UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dawn Monnerjahn and Jay Mire, individually and on behalf of Joycelyn Trumps, v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-13792 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dawn Monnerjahn and Jay Mire, individually and on behalf of Joycelyn Trumps.

This 11th day of September, 2018.

                            Respectfully submitted,
                            /s/ Richard Root
                            Richard Root, LA Bar #19988
                            Betsy J. Barnes, LA Bar # 19473
                            Morris Bart, LLC
                            601 Poydras St., 24th Floor
                            New Orleans, LA 70130
                            Phone: 504-525-8000
                            Fax: 504-599-3392
                            rroot@morrisbart.com
                            bbarnes@morrisbart.com
                            Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of September, 2018.

*/s/ Richard L. Root*