UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Edward Downs, Independent Administrator of The Estate of Judith Downs, Deceased<br><br>Plaintiff,<br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc")<br><br>Defendants. | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-13839 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand has been filed on September 13, 2018 on behalf of Plaintiff Edward Downs.

Dated: September 14, 2018

Respectfully submitted,

/s/Brett A. Emison
Brett A. Emison
Langdon & Emison, LLC
911 Main Street
Lexington, MO 64067
Ph: 660-259-6175
Fax: 660-259-4571
brett@lelaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on September 13, 2018.

                                                /s/ Brett A. Emison
                                                Attorney for Plaintiffs