# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738<br>MDL No. 2738(FLW)(LHG)<br>Civil Action No. 3:18-cv-13552 |

**This document relates to:**

*Carol A. Beck v. Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc. and Imerys Talc America, Inc. F/K/A Luzenac America, Inc. Personal Care Products Counsel (PCPC) F/K/A Cosmetic Toiletry and Fragrance Association (CTFA)*,
**D.N.J., Case No: 3:18-cv-13552-FLW-LHG**

### PLAINTIFF CAROL A. BECK NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT PERSONAL CARE PRODUCT COUNCIL

**COMES NOW** Plaintiff, **Carol Beck**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby gives notice of her voluntary dismissal with prejudice of Defendant **PERSONAL CARE PRODUCTS COUNCIL** ("PCPC"). Plaintiff direct filed her Complaint in the U.S. District Court for the District of New Jersey on September 5, 2018. Defendant PCPC has not filed a response to the Complaint. **This case shall continue as to the other defendants.**

                                                Respectfully submitted,

                                                */s/ Gregory Brown*
                                                Gregory D. Brown (TX Bar No. 24078266)
                                                gregory_brown@fleming-law.com
                                                Rand P. Nolen (TX Bar No. 00788126)
                                                rand_nolen@fleming-law.com
                                                FLEMING, NOLEN & JEZ, L.L.P.
                                                2800 Post Oak Blvd., Suite 4000
                                                Houston, Texas 77056-6109
                                                Tel:  713-621-7944
                                                Fax: 713-621-9638

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2018, a copy of the foregoing Notice of Voluntary of Dismissal as to Personal Care Product Council only was served via the Court's CM/ECF system.

                                                    */s/Gregory Brown*
                                                    GREGORY D. BROWN