UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>REBECCA O'CONNOR<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc., and<br>Imerys Talc America, Inc.<br><br>　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-13856<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 13, 2018, on behalf of Plaintiff Rebecca O'Connor

Dated: September 14, 2018

DANIEL & ASSOCIATES, LLC

*/s/ Patrick Daniel*
D. Patrick Daniel, Jr.
Anna Dean Kamins
2409 Commerce Street
Houston, Texas 77003
T: 713.589.3539
F: 713.481.9884
patrick@dpdlawfirm.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          DANIEL & ASSOCIATES, LLC

          */s/ Patrick Daniel*
          D. Patrick Daniel, Jr.
          Anna Dean Kamins
          2409 Commerce Street
          Houston, Texas 77003
          T: 713.589.3539
          F: 713.481.9884
          patrick@dpdlawfirm.com

          Counsel for Plaintiff