UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BARBARA J. BROXSON, Individually and as Wrongful Death Heir of NORMA J. MALLOY, Decedent,<br><br>                  Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                  Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:18-cv-13982 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 18, 2018 on behalf of Plaintiff, Barbara J. Broxson, Individually and as Wrongful Death Heir of Norma J. Malloy, Decedent.

Dated: 9/18/2018              Respectfully Submitted by,

                                                         */s/ Diane K. Watkins*
                                                         Thomas P. Cartmell MO# 45366
                                                         tcartmell@wcllp.com
                                                         Diane K. Watkins MO# 57238
                                                         dwatkins@wcllp.com
                                                         Wagstaff & Cartmell, LLP
                                                         4740 Grand Avenue, Suite 300
                                                         Kansas City, MO 64112
                                                         (816) 701-1100
                                                         FAX (816) 531-2372

                                                         **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 18, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins