UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Philip Lloyd,<br><br>3:18-cv-13699 | 3:16-md-02738 (FLW) (LHG) |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 8, 2018 on behalf of Plaintiff Philip Lloyd.

Dated: September 18, 2018

    Respectfully submitted,

    /s/ *Warren T. Burns*

    Korey A. Nelson (LA #30002)
    Amanda K. Klevorn (LA #35193)
    **BURNS CHAREST LLP**
    365 Canal Street, Suite 1170
    New Orleans, Louisiana 70130
    T: 504.799.2845
    F: 504.881.1765
    E: aklevorn@burnscharest.com
       knelson@burnscharest.com

    **AND**

          Warren T. Burns (TX #24053119)
          Daniel H. Charest (TX #24057803)
          Spencer M. Cox (TX #24097540)
          **BURNS CHAREST LLP**
          900 Jackson Street, Suite 500
          Dallas, Texas 75202
          T: 469.904.4550
          F: 469.444.5002
          E: wburns@burnscharest.com
              dcharest@burnscharest.com
              scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/ Warren T. Burns
          Warren T. Burns (TX #24053119)
          **BURNS CHAREST LLP**
          900 Jackson Street, Suite 500
          Dallas, Texas 75202
          T: 469.904.4550
          F: 469.444.5002
          E: wburns@burnscharest.com