UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SHEILA BEAL<br><br>      Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc., and<br>Imerys Talc America, Inc.<br><br>      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-13995<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 18, 2018, on behalf of Plaintiff Sheila Beal.

| | |
|---|---|
| Dated: September 19, 2018 | DANIEL & ASSOCIATES, LLC<br><br>*/s/ Patrick Daniel*<br>D. Patrick Daniel, Jr.<br>Anna Dean Kamins<br>2409 Commerce Street<br>Houston, Texas 77003<br>T: 713.589.3539<br>F: 713.481.9884<br>patrick@dpdlawfirm.com<br><br>Counsel for Plaintiff |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    DANIEL & ASSOCIATES, LLC

                                                    */s/ Patrick Daniel*
                                                    D. Patrick Daniel, Jr.
                                                    Anna Dean Kamins
                                                    2409 Commerce Street
                                                    Houston, Texas 77003
                                                    T: 713.589.3539
                                                    F: 713.481.9884
                                                    patrick@dpdlawfirm.com

                                                    Counsel for Plaintiff