BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Eric Hensen obo Carla Rae Hensen (deceased)*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Eric Hensen obo Carla Rae Hensen (deceased)<br>v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-14085 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 20, 2018 on behalf of Plaintiff Eric Hensen obo Carla Rae Hensen (deceased).

          */s/ Brittany S. Scott*
          Brittany S. Scott
          BEASLEY ALLEN CROW METHVIN
          PORTIS & MILES, P.C.
          218 Commerce Street
          Montgomery, Alabama 36104
          (800) 898-2034 Telephone
          (334) 954-7555 Facsimile
          Brittany.Scott@BeasleyAllen.com

          Attorneys for Plaintiff Eric Hensen obo Carla Rae Hensen (deceased).

Dated: September 20, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brittany S. Scott*
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.