BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Darlene McElhaney*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Darlene McElhaney v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-14088 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 20, 2018 on behalf of Plaintiff Darlene McElhaney.

                                           */s/ Lauren K. Razick*
                                           Lauren K. Razick
                                           BEASLEY ALLEN CROW METHVIN
                                           PORTIS & MILES, P.C.
                                           218 Commerce Street
                                           Montgomery, Alabama 36104
                                           (800) 898-2034 Telephone
                                           (334) 954-7555 Facsimile
                                           Lauren.Razick@BeasleyAllen.com

                                           Attorneys for Plaintiff Darlene McElhaney

Dated: September 20, 2018

## CERTIFICATE OF SERVICE

  I hereby certify that on September 20, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                  */s/ Lauren K. Razick*
                  Lauren K. Razick

                  BEASLEY ALLEN CROW METHVIN
                  PORTIS & MILES, P.C.