UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| HEIDI MacKINNEY,<br><br>           Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC., and PERSONAL CARE PRODUCTS COUNCIL,<br><br>           Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No: _____<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on September _18_, 2018 on behalf of Heidi MacKinney.

Dated: September _21_, 2018               Respectfully submitted:

                                                                    _/s/ Michael Goetz_
                                                                    MICHAEL GOETZ, ESQUIRE
                                                                    Florida Bar No. 963984
                                                                    Morgan & Morgan
                                                                    Complex Litigation Group
                                                                    One Tampa City Center, 7th Floor
                                                                    201 N. Franklin Street
                                                                    Tampa, Florida 33602
                                                                    Telephone (813) 223-5505
                                                                    Facsimile (813) 223-5402
                                                                    E-Mail: MGoetz@forthepeople.com
                                                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on September 21, 2018.

/s/ Michael Goetz
Attorney for Plaintiff