UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: CAROLYN JAMERSON as the surviving heir of VIVIAN DOWNS | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on September 18, 2018 on behalf of Vivian Downs.

Dated: September 18, 2018

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 18, 2018

                                                        */s/ Christopher R. LoPalo*
                                                        Christopher R. LoPalo, Esq.
                                                        400 Broadhollow Rd., Suite 305
                                                        Melville, NY 11747
                                                        Telephone: (212) 397-1000
                                                        Facsimile: (646) 927-1676
                                                        CLoPalo@NapoliLaw.com

                                                        *Attorneys for Plaintiff*