## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE WILLIS, et al. | NOTICE OF APPEARANCE |
| Plaintiffs | MDL No. 2738 |
| v. | |
| JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., | |
| Defendant(s) | |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly, enter my appearance as co-counsel on behalf of Plaintiff, Joyce Willis in the following matter and add my name to the ECF service list for her individual case as well as the master file for MDL 2738, No. 3:16-md-2738:

*Joyce Willis v. Johnson & Johnson, Inc. et al; Case No. 3:18-cv-00810*

Dated: September 21, 2018

          Respectfully submitted,

          ONDERLAW, LLC

By: */s/ Stephanie L. Rados*
    James G. Onder, #38049 MO
    William W. Blair, #58196 MO
    Stephanie L. Rados, #65117 MO
    110 E. Lockwood Ave., Suite 200
    St. Louis, MO  63119
    314-963-9000 Telephone
    314-963-1700 Fax
    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 21st day of September 2018.

          */s/ Stephanie L. Rados*