UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>STEPHANIE THILMANY<br><br>                         Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc., and<br>Imerys Talc America, Inc.<br><br>                         Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-14160<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 21, 2018, on behalf of Plaintiff Stephanie Thilmany.

Dated: September 24, 2018                      DANIEL & ASSOCIATES, LLC

                                                                                     */s/ Patrick Daniel*
                                                                                     D. Patrick Daniel, Jr.
                                                                                      Anna Dean Kamins
                                                                                       2409 Commerce Street
                                                                                       Houston, Texas 77003
                                                                                       T: 713.589.3539
                                                                                       F: 713.481.9884
                                                                                       patrick@dpdlawfirm.com

                                                                                       Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        DANIEL & ASSOCIATES, LLC

        */s/ Patrick Daniel*
        D. Patrick Daniel, Jr.
        Anna Dean Kamins
        2409 Commerce Street
        Houston, Texas 77003
        T: 713.589.3539
        F: 713.481.9884
        patrick@dpdlawfirm.com

        Counsel for Plaintiff