UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>DAWN HILL, Individually and as the Personal Representative of the Estate of CHERYL ANN HILL, deceased<br><br>       Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc., and<br>Imerys Talc America, Inc. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-14181<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 21, 2018, on behalf of Plaintiff Dawn Hill.

Dated: September 24, 2018         DANIEL & ASSOCIATES, LLC

                      */s/ Patrick Daniel*
                      D. Patrick Daniel, Jr.
                      Anna Dean Kamins
                      2409 Commerce Street
                      Houston, Texas 77003
                      T: 713.589.3539
                      F: 713.481.9884
                      patrick@dpdlawfirm.com

                      Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        DANIEL & ASSOCIATES, LLC

                                        */s/ Patrick Daniel*
                                        D. Patrick Daniel, Jr.
                                        Anna Dean Kamins
                                        2409 Commerce Street
                                        Houston, Texas 77003
                                        T: 713.589.3539
                                        F: 713.481.9884
                                        patrick@dpdlawfirm.com

                                        Counsel for Plaintiff