# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

This document relates to:
FRANCES E ROSS AND TERRY
ROSS
3:18-cv-14257

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form
Complaint and Jury Demand has been filed on September 25, 2018 on behalf of Frances Ross.

Dated:  September 25, 2018

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated:  September 25, 2018

> */s/ Christopher R. LoPalo*
> Christopher R. LoPalo, Esq.
> 400 Broadhollow Rd., Suite 305
> Melville, NY 11747
> Telephone: (212) 397-1000
> Facsimile: (646) 927-1676
> CLoPalo@NapoliLaw.com
>
> *Attorneys for Plaintiff*