BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Andy Miera, Sr. obo Dorothy Miera (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Andy Miera, Sr. obo Dorothy Miera (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-14297 | Civil No. 3:16-md-2738-FLW-LHG |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 26, 2018 on behalf of Plaintiff Andy Miera, Sr. obo Dorothy Miera (deceased).

        */s/ **Brittany S. Scott***
        Brittany S. Scott
        BEASLEY ALLEN CROW METHVIN
        PORTIS & MILES, P.C.
        218 Commerce Street
        Montgomery, Alabama 36104
        (800) 898-2034 Telephone
        (334) 954-7555 Facsimile
        Brittany.Scott@BeasleyAllen.com

        Attorneys for Plaintiff Andy Miera, Sr. obo Dorothy Miera (deceased)

Dated: September 26, 2018

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 26, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                  */s/ Brittany S. Scott*
                                                                  Brittany S. Scott

                                                                  BEASLEY ALLEN CROW METHVIN
                                                                  PORTIS & MILES, P.C.