UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br>Yolunda Utley v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-14046 | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 25, 2018 on behalf of Plaintiff Yolunda Utley.

Dated: September 26, 2018            Respectfully Submitted,

By:  */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES, LLP
719 South Shoreline Boulevard
Corpus Christi, Texas 78374
Phone:  361.882.1612
Fax:  361.882.3015
cpinedo@hmglawfirm.com

Attorneys for Plaintiff Yolunda Utley

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                **HILLIARD MARTINEZ GONZALES, LLP**

                */s/ T. Christopher Pinedo*

2