# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG |
| *This document relates to:* Patrick Gallagher, as Representative of The Estate of Ruthanne Rhodes Gallagher v. Johnson & Johnson, et al. Case No. 3:18-cv-14044 | MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 20, 2018 on behalf of Plaintiff Patrick Gallagher.

Dated: September 26, 2018              Respectfully Submitted,

By:   */s/ T. Christopher Pinedo*
    T. Christopher Pinedo
    HILLIARD MARTINEZ GONZALES, LLP
    719 South Shoreline Boulevard
    Corpus Christi, Texas 78374
    Phone:  361.882.1612
    Fax:  361.882.3015
    cpinedo@hmglawfirm.com

    Attorneys for Plaintiff Patrick Gallagher

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*