```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: September 27, 2018
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                        CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

Defendant to identify experts by January 11, 2019
Status letters due by October 25, 2018.
Order to Show Cause Re: Plaintiffs who have filed duplicative cases/In Person Status Conference set for November 28, 2018 at 10:30 A.M.
Daubert Motion Hearing to start June 11, 2019 at 10:00 A.M.
Transcript of proceedings to be filed.

TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:15 A.M.                    s/Jacqueline Merrigan
TOTAL TIME: 45 minutes                        Deputy Clerk

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE: 9-27-18
TIME: 10:30

CASE NAME: J+J

CIVIL ACTION NO.: 16-2738

**APPEARANCES**

NAME: Ann Thornton Field
FIRM NAME: Gordon Rees
MAILING ADDRESS: 1717 Arch Street, Philadelphia PA
PHONE NO.: 215 717-4002
WHOM YOU REPRESENT: Imerys

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F Str. N.W., Washington, DC 20004
PHONE NO.: 202 828 5376
WHOM YOU REPRESENT: Personal Care Products Council

***********

NAME: Mark Silver
FIRM NAME: Coughlin Duffy
MAILING ADDRESS: 350 Mt. Kemble Avenue, Box 1917, Morristown, NJ 07960
PHONE NO.: 973-631-6045
WHOM YOU REPRESENT: Imerys

NAME: Patricia Casamento
FIRM NAME: Berry McTiernan Wedinger
MAILING ADDRESS: 10 Franklin Ave, Edison NJ 08137
PHONE NO.: 732-738-5600
WHOM YOU REPRESENT: PCPC

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE: 9-27-18
TIME: 10:30

CASE NAME: J & J

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Susan Sharko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive, Florham Park, NJ 07932
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

NAME: Leigh O'Dell
FIRM NAME: Beasley Allen
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive, Florham Park, NJ 07932
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

NAME:
FIRM NAME:
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE 9/27/18
TIME 10:30

CASE NAME: J&J

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Caroline Tinsley
FIRM NAME: Tucker Ellis LLP
MAILING ADDRESS: 100 S 4th Street
St Louis MO 63102

PHONE NO.: 314-680-4220
WHOM YOU REPRESENT: PTI Union LLC
PTI Royston LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Janet Poletto
FIRM NAME: Hardin Kundla McKeon & Poletto
MAILING ADDRESS: 673 Morris Ave
Springfield NJ

PHONE NO.: (973) 912-5222
WHOM YOU REPRESENT: PTI Royston LLC
PTI Union LLC

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____