UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>JANELL P. RUTLEDGE<br><br>3:18-cv-12878 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on August 16, 2018 on behalf of Janell P. Rutledge.

Dated:  August 16, 2018                              Respectfully submitted,

                                                    **NAPOLI SHKOLNIK, PLLC**

                                                    */s/ Christopher R. LoPalo*
                                                    Christopher R. LoPalo, Esq.
                                                    400 Broadhollow Rd., Suite 305
                                                    Melville, NY 11747
                                                    Telephone: (212) 397-1000
                                                    Facsimile: (646) 927-1676
                                                    CLoPalo@NapoliLaw.com

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 27, 2018

             */s/ Christopher R. LoPalo*
             Christopher R. LoPalo, Esq.
             400 Broadhollow Rd., Suite 305
             Melville, NY 11747
             Telephone: (212) 397-1000
             Facsimile: (646) 927-1676
             CLoPalo@NapoliLaw.com

             *Attorneys for Plaintiff*

Case 3:16-md-02738-MAS-RLS   Document 7341   Filed 09/27/18   Page 2 of 2 PageID: 20579