# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CHANTEL SULLIVAN-MYERS and JEFF MYERS.<br><br>3:18-cv-12950 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on August 17, 2018 on behalf of Chantel Sullivan-Meyers.

Dated:  August 17, 2018                                      Respectfully submitted,

                                                           **NAPOLI SHKOLNIK, PLLC**

                                                           */s/ Christopher R. LoPalo*
                                                           Christopher R. LoPalo, Esq.
                                                           400 Broadhollow Rd., Suite 305
                                                           Melville, NY 11747
                                                           Telephone: (212) 397-1000
                                                           Facsimile: (646) 927-1676
                                                           CLoPalo@NapoliLaw.com

                                                           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 27, 2018

      */s/ Christopher R. LoPalo*
      Christopher R. LoPalo, Esq.
      400 Broadhollow Rd., Suite 305
      Melville, NY 11747
      Telephone: (212) 397-1000
      Facsimile: (646) 927-1676
      CLoPalo@NapoliLaw.com

      *Attorneys for Plaintiff*