**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>REGINA WALTERSDORFF.<br><br>3:18-cv-12955 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on August 20, 2018 on behalf of Regina Waltersdorff.

Dated:  August 20, 2018                              Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 28, 2018

                                                     */s/ Christopher R. LoPalo*
                                                     Christopher R. LoPalo, Esq.
                                                     400 Broadhollow Rd., Suite 305
                                                     Melville, NY 11747
                                                     Telephone: (212) 397-1000
                                                     Facsimile: (646) 927-1676
                                                     CLoPalo@NapoliLaw.com

                                                     *Attorneys for Plaintiff*