## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>DANNY WILDE as the surviving heir of DEBBIE WILDE<br>3:18-cv-14386 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on September 28, 2018 on behalf of Danny Wilde.

Dated:  September 28, 2018                             Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 28, 2018

                                    */s/ Christopher R. LoPalo*
                                    Christopher R. LoPalo, Esq.
                                    400 Broadhollow Rd., Suite 305
                                    Melville, NY 11747
                                    Telephone: (212) 397-1000
                                    Facsimile: (646) 927-1676
                                    CLoPalo@NapoliLaw.com

                                    *Attorneys for Plaintiff*