UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>DEBORAH WHALING,<br><br>                      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-14359 |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 27, 2018 on behalf of Plaintiff, Deborah Whaling.

Dated: 9/28/2018                                    Respectfully Submitted by,

                                                                       */s/ Diane K. Watkins*
                                                                       Thomas P. Cartmell MO# 45366
                                                                       tcartmell@wcllp.com
                                                                       Diane K. Watkins MO# 57238
                                                                       dwatkins@wcllp.com
                                                                       Wagstaff & Cartmell, LLP
                                                                       4740 Grand Avenue, Suite 300
                                                                       Kansas City, MO 64112
                                                                       (816) 701-1100
                                                                       FAX (816) 531-2372

                                                                   **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 28, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins