**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Alvin Sheasby, individually and on behalf of all interested parties, v. Johnson & Johnson, et al.*<br><br>Case Number: 18-cv-14470 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alvin Sheasby, individually and on behalf of all interested parties.

This 28th day of September 2018.

                                              Respectfully submitted,
                                              /s/ John C. Enochs
                                              John C. Enochs, MS Bar #9635
                                              Richard L. Root
                                              Morris Bart, LLC
                                              601 Poydras St.,
                                              24th Floor New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              jenochs@morrisbart.com
                                              rroot@morrisbart.com
                                              Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of September, 2018.

>*/s/ John C. Enochs*