# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CHRISTOS BEKAS AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA BEKAS AND CHRISTOS BEKAS INDIVIDUALLY | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 1, 2018, on behalf of Christos Bekas as the Representative of the Estate of Linda Bekas, Deceased, and Christos Bekas Individually.

Dated:  October 1, 2018                           Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  October 1, 2018

                                          */s/ Christopher R. LoPalo*
                                          Christopher R. LoPalo, Esq.
                                          400 Broadhollow Rd., Suite 305
                                          Melville, NY 11747
                                          Telephone: (212) 397-1000
                                          Facsimile: (646) 927-1676
                                          CLoPalo@NapoliLaw.com

                                          *Attorneys for Plaintiff*