## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Avery Belgard, individually and on behalf of Billie Jean Belgard, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-14483 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Avery Belgard, individually and on behalf of Billie Jean Belgard.

This 1st day of October 2018.

                                      Respectfully submitted,
                                      /s/ Richard Root
                                      Richard Root, LA Bar #19988
                                      Betsy J. Barnes, LA Bar # 19473
                                      Morris Bart, LLC
                                      601 Poydras St., 24th Floor
                                      New Orleans, LA 70130
                                      Phone: 504-525-8000
                                      Fax: 504-599-3392
                                      rroot@morrisbart.com
                                      bbarnes@morrisbart.com
                                      Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October 2018.

/s/ Richard L. Root