UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**DELORES WILLIAMS** Individually and as Personal Representative of the Estate of **GAIL FAY BELL,**<br><br>Plaintiff,<br><br>-vs-<br><br>**JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC.** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:18-cv-14482 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint and Jury Demand has been filed on October 1, 2018 on behalf of Plaintiff, Delores Williams as Personal Representative of the Estate of Gail Fay Bell.

Dated: October 1, 2018

Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  October 1, 2018                             Respectfully Submitted by:


                                                            By: /s/ Daniel J. Thornburgh
                                                            Daniel J. Thornburgh
                                                            Aylstock, Witkin, Kreis, & Overholtz
                                                            17 East Main Street, Suite 200
                                                            Pensacola, FL 32502
                                                            Telephone: 850-202-1010
                                                            Fax: 850-916-7449
                                                            dthornburgh@awkolaw.com