UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Patricia Matherne v. Johnson & Johnson, et al.*<br><br>Case Number:     18-cv-14495 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Patricia Matherne.

This 1st day of October, 2018.

                        Respectfully submitted,
                        /s/ Richard Root
                        Richard Root, LA Bar #19988
                        Betsy J. Barnes, LA Bar # 19473
                        Morris Bart, LLC
                        601 Poydras St.
                        24th Floor New Orleans, LA 70130
                        Phone: 504-525-8000
                        Fax: 504-599-3392
                        rroot@morrisbart.com
                        bbarnes@morrisbart.com
                        Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October 2018.

*/s/ Richard L. Root*