**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rene Hari v. Johnson & Johnson, et al.*<br>Case No.: 3:18-cv-14523 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Rene Hari.

Dated: October 1, 2018                          Respectfully submitted,

                                                           By: */s/ Stuart L. Goldenberg*
                                                           Stuart L. Goldenberg (MN #0158719)
                                                           Noah C. Lauricella (MN #397896)
                                                           **GOLDENBERGLAW, PLLC**
                                                           800 LaSalle Avenue, Suite 2150
                                                           Minneapolis, MN 55402
                                                           (612) 333-4662 (Tel)
                                                           (612) 367-8107 (Fax)
                                                           slgoldenberg@goldenberglaw.com
                                                           nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October, 2018.

                                                                                  */s/ Stuart L. Goldenberg*