UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sandra Premeaux, individually and on behalf of all interested parties, v. Johnson & Johnson, et al.*<br><br>**Case Number:  18-cv-14528** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sandra Premeaux, individually and on behalf of all interested parties.

This 1st day of October 2018.

                                                Respectfully submitted,
                                                /s/ John C. Enochs
                                                John C. Enochs, MS Bar #9635
                                                Richard L. Root
                                                Morris Bart, LLC
                                                601 Poydras St.,
                                                24th Floor New Orleans, LA 70130
                                                Phone: 504-525-8000
                                                Fax: 504-599-3392
                                                jenochs@morrisbart.com
                                                rroot@morrisbart.com
                                                Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October, 2018.

/s/ John C. Enochs