**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Hugh Johnson individually and on behalf of Ottis Imogene Johnson, vs. Johnson & Johnson, et al.* <br><br> **Case Number:** 18-cv-14530 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Hugh Johnson, individually and on behalf of Ottis Imogene Johnson.

This 1st day of October 2018.

                                                    Respectfully submitted,
                                                    /s/ Richard Root
                                                    Richard Root, LA Bar #19988
                                                    Betsy J. Barnes, LA Bar # 19473
                                                    Morris Bart, LLC
                                                    601 Poydras St., 24th Floor
                                                    New Orleans, LA 70130
                                                    Phone: 504-525-8000
                                                    Fax: 504-599-3392
                                                    rroot@morrisbart.com
                                                    bbarnes@morrisbart.com
                                                    Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October 2018.

                                                   */s/ Richard L. Root*