## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Rocky Newman and Gus Newman, individually and on behalf of all interested parties, v. Johnson & Johnson, et al.*

**Case Number:  18-cv-14536**

**MDL NO. 2738 (FLW) (LHG)**

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rocky Newman and Gus Newman, individually and on behalf of all interested parties.

This 1st day of October 2018.

Respectfully submitted,
<u>/s/ John C. Enochs</u>
John C. Enochs, MS Bar #9635
Richard L. Root
Morris Bart, LLC
601 Poydras St.,
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
jenochs@morrisbart.com
rroot@morrisbart.com
Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October, 2018.

*/s/ John C. Enochs*