## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*David Hartwell individually and on behalf of Eunice Heyward, vs. Johnson & Johnson, et al.*<br><br>**Case Number:**     18-cv-14538 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, David Hartwell, individually and on behalf of Eunice Heyward.

This 1st day of October 2018.

        Respectfully submitted,
        /s/ Richard Root
        Richard Root, LA Bar #19988
        Betsy J. Barnes, LA Bar # 19473
        Morris Bart, LLC
        601 Poydras St., 24th Floor
        New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        rroot@morrisbart.com
        bbarnes@morrisbart.com
        Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October 2018.

*/s/ Richard L. Root*