**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Delia Landry individually and on behalf of Melissa Landry, vs. Johnson & Johnson, et al.* <br><br> **Case Number:    18-cv-14543** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Delia Landry, individually and on behalf of Melissa Landry

This 1st day of October 2018.

                                              Respectfully submitted,
                                              <u>/s/ Richard Root</u>
                                              Richard Root, LA Bar #19988
                                              Betsy J. Barnes, LA Bar # 19473
                                              Morris Bart, LLC
                                              601 Poydras St., 24th Floor
                                              New Orleans, LA 70130
                                              Phone: 504-525-8000
                                              Fax: 504-599-3392
                                              rroot@morrisbart.com
                                              bbarnes@morrisbart.com
                                              Attorneys for Plaintiff

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October 2018.

                                              */s/ Richard L. Root*