UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>CORDA ADAMS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:17-cv-10126-FLW-LHG |

## SUGGESTION OF DEATH

      Counsel for Plaintiff in the above-referenced action hereby give notice of the death of Plaintiff, Corda Adams.  Ms. Adams passed away on December 21, 2017.

      By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Plaintiff's surviving children, Lisa Egner, Kelly Jean Arnold, Clesie Ray Hansen, and Michael James Hansen, will request to be substituted in this action as Plaintiffs and Successors in Interest on Behalf of the Estate so that Corda Adams' claims survive and the action on her behalf may proceed.

Dated: October 1, 2018                                     Respectfully Submitted,

                                                  **MORRIS LAW FIRM**

By:   */s/ James A. Morris, Jr.*
James A. Morris, Jr.
4111 W. Alameda Ave.
Suite 611
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, the above and foregoing <u>Suggestion of Death</u> was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

<u>/s/ James A. Morris, Jr.</u><br>JAMES A. MORRIS, JR.