# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>SARAH BEVERLY KOHUT and GENE WILLIAM KOHUT | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 3 that the Short Form Complaint and Jury Demand has been filed on October 2, 2018 on behalf of Sarah Beverly Kohut and Gene William Kohut.

Dated: October 2, 2018

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  October 2, 2018

                  */s/ Christopher R. LoPalo*
                  Christopher R. LoPalo, Esq.
                  400 Broadhollow Rd., Suite 305
                  Melville, NY 11747
                  Telephone: (212) 397-1000
                  Facsimile: (646) 927-1676
                  CLoPalo@NapoliLaw.com

                  *Attorneys for Plaintiff*