1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____ :
_____ :
IN RE JOHNSON & JOHNSON   : TRANSCRIPT OF
POWDER PRODUCTS MARKETING, : STATUS CONFERENCE
SALES PRACTICES.          : SEPTEMBER 27, 2018
------------------------- :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608



B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ



A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
        -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
            -and-
LEVIN PAPANTONIO, ESQUIRES
BY:  CHRISTOPHER V. TISI, ESQUIRE (FLORIDA)
            -and-
WILENTZ, ESQUIRES
BY:  DANIEL R. LAPINSKI, ESQUIRE  (NEW JERSEY)
On Behalf of the Plaintiffs Steering Committee

                        (Continued.)


* * * * *
VINCENT RUSSONIELLO, RPR, CRR, CCR
OFFICIAL U.S. COURT REPORTER
(609) 588-9516

2

        A P P E A R A N C E S    C O N T I N U E D:


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
      JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
On behalf of Defendant Johnson & Johnson


SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
        -and-
BARRY, McTIERNAN & WEDINGER, ESQUIRES
BY:  PATRICIA S. CASAMENTO, ESQUIRE  (NEW JERSEY)
On Behalf of Defendant PCPC


COUGHLIN DUFFY, ESQUIRES
BY:  MARK K. SILVER, ESQUIRE  (NEW JERSEY)
        -and-
GORDON & REES, ESQUIRES
BY:  ANN THORNTON FIELD, ESQUIRE  (PENNSYLVANIA)
On behalf of Defendant Imerys Talc America

# C E R T I F I C A T E

PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

ABOVE-ENTITLED MATTER.


S/Vincent Russoniello
VINCENT RUSSONIELLO, CCR
OFFICIAL U.S. COURT REPORTER

4

1          (In open court.)

2

3          THE DEPUTY CLERK:  All rise.

4          JUDGE WOLFSON:  Thank you.

5          Good morning.  Have a seat.

6          Having taken a look at the last status report

7    that was sent in yesterday, it doesn't look like we

8    have a lot of issues to address today.  So we'll try

9    and get through it fairly quickly and move on.

10          I will tell you, I keep promising that you are

11    going to be getting some opinions on motions.  They

12    are coming.  There are a couple that should be ready

13    fairly quickly.  We're slogging through, but they are

14    coming.

15          So let's talk about what you do have on the

16    agenda for today.

17          You said that you are still working on the

18    protocol for this TEM grid inspection for Imerys?

19          MS. O'DELL:  Yes, your Honor.

20          JUDGE WOLFSON:  How long is it going to go on?

21          MR. SILVER:  Judge, we set a protocol.  We got

22    plaintiffs' comments last week.  We're going through

23    them now.  We have to set up a meet and confer.  That

24    will probably happen early next week, and then we will

25    be able to figure out what the next steps are from

5

1    there.

2          JUDGE WOLFSON:  Okay.

3          How does this in any way impact the schedule

4    that we've already set?

5          MR. SILVER:  In the defense opinion not at

6    all, your Honor.

7          MS. O'DELL:  We don't anticipate it will

8    impact the schedule.  Once we get the grids, your

9    Honor, Dr. Longo will likely look at them.  It will

10   not impact the schedule.

11         JUDGE WOLFSON:  Great.

12         You've updated me on the depositions that are

13   going on.  I guess this is all going apace.  It looks

14   like the bulk of this that you've already got

15   scheduled is going to be done during the month of

16   October.  Right?  You will be complete on this.

17         Then you've told me that there are some items

18   that may be coming to Judge Pisano with regard to

19   clawing back some documents.

20         Again, I think this involves Imerys.  Right?

21         MR. SILVER:  Yes, your Honor.

22         JUDGE WOLFSON:  Okay.

23         Then there is an issue also that you said is

24   going to be addressed regarding redactions on asbestos

25   testing by the third-party R.J. Lee?

6

1          MS. O'DELL:  That's right, your Honor.

2          R.J. Lee was the outside testing company that

3    was utilized both by Johnson & Johnson and at

4    different times Imerys.  There was a third-party

5    subpoena that went to R.J. Lee.  Testing results were

6    produced.  I've got an example here.

7          Some of them were pertinent pages that relate

8    to the TEM testing that has been sort of front and

9    center are redacted.  We did not get a privileged log.

10   And so we want to raise that with Judge Pisano

11   ultimately.

12         We still need to meet and confer with the

13   defendants about it, but we just wanted to put that on

14   the agenda for today.

15         JUDGE WOLFSON:  Ms. Sharko.

16         MS. SHARKO:  We learned about this for the

17   first time in the Tuesday night version of the agenda.

18         JUDGE WOLFSON:  Okay.

19         MS. SHARKO:  So we will look forward to

20   talking to the plaintiffs about it.

21         JUDGE WOLFSON:  Do you know what that's about,

22   though, those redactions?

23         MS. SHARKO:  No, not at all.

24         JUDGE WOLFSON:  Or who made the redactions?

25         MS. SHARKO:  Like I said, I learned about this

7

1   for the first time Tuesday night, and we'll meet and

2   confer.  It was premature, frankly, to put it on the

3   agenda, but the plaintiffs wanted to.

4        JUDGE WOLFSON:  Well, that's okay.  I know

5   it's coming.  But I'm just trying to figure it out.

6   Sometimes if I can head something off and you don't

7   have to make it a big issue, I like to do it.

8        Is Imerys aware of what these redactions are

9   about?

10        MR. SILVER:  Again, your Honor, I got the same

11   notice at the same time.

12        JUDGE WOLFSON:  All right.  Then it's not ripe

13   for me to discuss today.

14        Now, I know you have given me some updates on

15   re-filings and amended complaints.  But is there

16   anything I need to deal with in that regard?  I don't

17   think so.

18        MS. PARFITT:  Your Honor, I don't believe so.

19   I think what we have done is we have provided to the

20   defendants a chart of what we believe to be the

21   correct status of these cases.  So we'll work through

22   that.  I don't think it's anything we need to involve

23   the Court with at this time.

24        JUDGE WOLFSON:  That's fine.

25        The next is expert discovery.  I see here

1  there is a request, it says:

2       "Plaintiffs respectfully request that the

3  Court order the defendants to disclose the identity of

4  each of their expert witnesses and the subject matter

5  upon which the expert will offer opinions by

6  November 16, 2018," which is not included in the order

7  that I have.

8       When I did the order, it was based on allowing

9  the defendants to see what the plaintiffs' experts are

10  saying and who they think they want to respond to

11  that.  So I certainly wouldn't do it simultaneously to

12  the date that you're serving your reports.

13       MS. PARFITT:  Your Honor, may I be heard on

14  that?

15       JUDGE WOLFSON:  Sure.

16       MS. PARFITT:  What we are asking the Court to

17  do is, I know the Court has indicated in its order as

18  to the timely production of defendants' 26(b)

19  statements.  But it's been about a year since we have

20  had the identity in just general areas or topics of

21  discussion that the plaintiffs would be addressing.

22       That's what we are asking now, whether beyond

23  that date or soon thereafter, we are simply asking, as

24  the Court asked us to do, to identify the identity of

25  those individuals in the general areas.  And then, of

1    course, the order will follow after that with regard

2    to the actual reports.

3           JUDGE WOLFSON:  I don't have a problem with a

4    date earlier than the actual submission of the reports

5    to identify them.  It's just not going to happen in

6    November.

7           So, Ms. Sharko, obviously, you'll have

8    identified them at some point prior to the submission

9    of the reports in February.  So when can we have an

10   identification of them?

11          MS. SHARKO:  Well, I submit that the time for

12   us to identify them is in February when we serve their

13   reports.  This request was made by the plaintiffs in

14   September, on September 6th of last year.   Your

15   Honor, denied it.  They asked again for --

16          JUDGE WOLFSON:  But we're moving down now on

17   the actual date.  I'm going to tell you, you have to

18   identify who your experts are going to be in the areas

19   in January.  Obviously, they are going to be working

20   on these reports.  And that's after you've already

21   completed the deps of the plaintiffs' experts.

22          So you are in pretty good shape to know who

23   your experts are going to be.  And, by the way, you're

24   not going to be held to it, if you decide you're not

25   going to use one of them, or you decide for some

10

1   reason you added some one else afterward.  Okay.  But

2   I think that's fair for them to have an idea of who is

3   coming down the pike in February.

4           So let's give a date of --

5           MS. SHARKO:  January 30th?

6           JUDGE WOLFSON:  No.  Very, very good, Ms.

7   Sharko.  That was quick on your part, but no.

8           Let's do January 7th, please.

9           MS. SHARKO:  Could we have a little more time

10  after the Holidays because we're just going to be

11  finishing their expert depositions later in December.

12  So maybe January 15th?

13          JUDGE WOLFSON:  Well, you have December 17th.

14  I'll give you to January 11th.  You can have until the

15  end of the week.  January 11th.

16          MS. SHARKO:  And this is without prejudice to

17  not using them, or, if necessary, adding somebody?

18          JUDGE WOLFSON:  It's without prejudice as to

19  the that.  That's what I indicated, which is why I

20  didn't see that this is a real impediment for you, or

21  for Imerys, or whoever else.

22          MS. SHARKO:  Thank you.

23          JUDGE WOLFSON:  So we've got that,

24  January 11th.

25          What else have we got to talk about today?

1          MS. PARFITT:  Your Honor, if I may, with

2     regard to, I believe it's Section 5 of the status

3     report, the "duplicate filed cases," again, we have

4     tried, your Honor, over the last couple of months to

5     see if we couldn't just get agreement with regard to

6     what the stipulation may look like, and really the

7     only issue is the plaintiffs are asking that the

8     stipulation be for these duplicate filed cases to be

9     without prejudice as opposed to with prejudice.

10          It appears the Federal Rules generally

11     prefers, and I think your Honor has actually preferred

12     in the past that her preference for dismissals to be

13     without prejudice.  That is all we are asking.

14          The situation is this:  There are duplicative

15     filings.  We are trying to clean them up as well.  But

16     you can imagine, we've got situations where we have

17     family members, multiple family members, siblings.

18     One sibling may have filed a case with a law firm.

19     Another sibling might file a case with another law

20     firm.  There may be a spouse, and then there's a

21     child.  So they are filed.

22          We don't have any intention of having

23     two cases move forward.  But the situation is such

24     that we also don't want to place the plaintiff in a

25     situation where a judge comes in and dismisses it,

1  perhaps you, your Honor, but dismisses a case without

2  prejudice.  You look at that or another judge looks at

3  that and says, It looks like all the claims have

4  already been dismissed, and then that case goes out

5  and they have absolutely nothing to go forward with.

6       So there is no disagreement that one case

7  should go forward, one plaintiff, one case, one set of

8  claims.  The issue is we need a without prejudice so

9  we not lose cite of the individuals's right to move

10  their case forward.  That's really the only dispute.

11       As I said, it appears the Federal Rules

12  prefers it without prejudice.  Your Honor has

13  indicated in the past without prejudice in certain

14  situations.

15       We can work together.  Again, this isn't one

16  of the situations where the parties can't try to

17  cooperate when we run into a problem because our

18  interests are the same:  One case, one plaintiff, one

19  set of filings.  It's just not quite that easy to do

20  and accomplish.

21       MS. SHARKO:  Also, this has been going on for

22  a long time.  It's not that complicated.  We do it all

23  the time in other MDLs.  And the order we propose, and

24  maybe it's time to submit competing orders to your

25  Honor because we need finality, is that the duplicate

1    filed case, whichever is going to be dismissed, should

2    be dismissed with prejudice because the plaintiffs

3    will pursue their claim in docket number whatever

4    other case.

5           And so it's not that the plaintiffs will have

6    nothing.  They have two lawsuits right now.  And it

7    shouldn't be that they have one lawsuit without

8    prejudice, which means that if they meet the

9    requirements of the rules they could come back and

10   they have their other lawsuit.  The one they are going

11   to dismiss should be dismissed with prejudice subject

12   to the other case proceeding.

13           JUDGE WOLFSON:  Okay.

14           MS. PARFITT:  Your Honor, again, we have a

15   situation where these cases are in different courts,

16   different judges hearing.  It could be a situation

17   where we have a res judicata issue here.  We've got to

18   be very careful that we are not wholesale dismissing a

19   client's opportunity to be before the Court.  That's

20   all we're asking.

21           JUDGE WOLFSON:  But one of them has to be

22   dismissed with prejudice and it will go that way.  But

23   if what it is, is that you need to have this

24   discussion so you could compare the two complaints and

25   you have to talk to a client to find out which is the

14

1    one that's raised all the claims and who is going to

2    proceed with them, that's a decision you have to make

3    anyway when you're going forward.

4         So what I don't want to have happen is

5    essentially because you want to dismiss without

6    prejudice because you're not sure that that's all been

7    accomplished yet, so that the other one may come back,

8    that is where we are, we have to decide which one is

9    going forward.

10        And so if it's a matter of how much time you

11   do it, it has been going on for awhile.  I don't know

12   which plaintiff, individual plaintiff's lawyers may be

13   dealing with these duplicate filing.  As you've

14   indicated, some of them are in different

15   jurisdictions.  But the time has come for us to know

16   which of those two duplicate filings is going to go

17   forward, and the other one should be dismissed with

18   prejudice.

19        So, yes, it doesn't make sense otherwise.

20        MS. PARFITT:  I understand what the Court is

21   saying, and Ms. Sharko indicates it's not complicated.

22   It is complicated in that we know what's before us

23   here in this court.  I can't tell you, your Honor,

24   that I know what's before all the other courts.

25        I have an obligation, Ms. O'Dell and I, to

1    manage this and we have been trying to do our best to

2    manage those cases that are before your Honor by the

3    plaintiffs.  I know you appreciate that.

4           JUDGE WOLFSON:  Let me ask you this, though.

5           There are 93.  Correct.

6           MS. PARFITT:  Correct, that you're aware of.

7           JUDGE WOLFSON:  Is what's happened that there

8    have been different law firms filing the duplicate

9    cases?

10          MS. PARFITT:  Yes.

11          JUDGE WOLFSON:  And so what you've got to deal

12   with is the fact that one lawyer says, Mine is the one

13   that survives, and the other one says, No, mine should

14   be the one that survives?

15          MS. PARFITT:  Yes.

16          If you can imagine family court, we have

17   family court here involved as well.  So it appears

18   perhaps on its face not to be complicated.  But anyone

19   who has done family court proceedings would understand

20   it can be very, very complicated and it's not that

21   easy.

22          We're charged with protecting certainly all of

23   the plaintiffs before your Honor and we are trying our

24   very best to do that.  So it is an issue.  It really

25   is an issue.

16

```
 1              JUDGE WOLFSON:  None of these are ones where
 2     the same lawyer has filed a case in two different
 3     jurisdictions, for the same plaintiffs, I mean.
 4              MS. PARFITT:  I don't want to stand here and
 5     say -- I'm not absolutely certain on all 93.  I really
 6     don't want to make that representation because I
 7     candidly do not know the answer to that.
 8              JUDGE WOLFSON:  But it's generally the fact
 9     that it's different lawyers.
10              MS. PARFITT:  We have a lot.  We've got a
11     couple of different law firms involved.  They may not
12     be aware that they even have these issues.
13              And when they have that issue, it may be that
14     they believe, rightly so, that they have the proper
15     plaintiff before the Court, and another law firm
16     believes they properly have the plaintiff before the
17     Court.
18              JUDGE WOLFSON:  And because these are ones
19     where there has been a death.  So it's the surviving
20     relatives filing competing lawsuits, and likely ones
21     where there may not be an executor or executrix.
22              MS. PARFITT:  That's the biggest one.  I think
23     we have a potpourri of issues here because of it.
24              Even locating, I can tell you within my own
25     practice, we have this issue between siblings who come
```

17

1    to us and say, I'm the proper one.  No, I'm the proper

2    one.  Then they go elsewhere.  I don't know where they

3    go if they are not satisfied with the advice that we

4    give them. So I suspect there are a lot of other

5    lawyers not as acutely aware of the proceedings as we

6    are as we come before you each month.

7            So it's a difficult thing to manage right now,

8    which is why we felt no harm without prejudice because

9    at the end of the day what I can represent to the

10   Court, there is only going to be one case going

11   forward.

12           At that point in time, I think you can figure

13   it out.  But at this stage, I still think it's

14   premature because to disband and say automatically

15   that these all have to be for prejudice, that doesn't

16   seem to be terribly workable for us.  I think it's

17   prejudicial.

18           MS. SHARKO:  But it's equally unworkable to

19   have these things in limbo and have no finality.

20           So here is what I suggest:  There are 93 of

21   these.  They are all before your Honor.  What we did

22   in the last couple of months in the Xarelto MDL before

23   Judge Fallon where there was the issue, he entered an

24   order to show cause requiring all the lawyers to come

25   in, and then I guess duke it out in the courtroom as

18

 1   to whose case would go forward.  And you know what?

 2   The problem got solved.

 3           JUDGE WOLFSON:  I'm going to suggest that I

 4   sort of deal with it and I bring it to a head.  It's a

 5   lot of work for you.  And actually that was what -- I

 6   don't know Judge Fallon or what that person did, but

 7   it was going to be my suggestion.

 8           MS. SHARKO:  Good.

 9           MS. PARFITT:  Your Honor, if I may, we haven't

10   had -- it apparently happened with Judge Fallon.  But

11   I wouldn't say that that has been the common practice

12   in the MDLs we've been involved in.

13           JUDGE WOLFSON:  Well, this is what my

14   suggestion is, because I understand it's a lot of work

15   for you people to deal with these different law firms

16   and, as you put it, it's like a family court

17   situation, not just with the actual plaintiffs who

18   filed them, but with their attorneys who want to have

19   the right to bring it forward.

20           So my suggestion is:  If I enter an order that

21   says, and I'll give it a date, to come in on these

22   cases so that we can resolve which one of these two,

23   because it's going to be clear, it's not two cases

24   going forward, some of them may agree with each other

25   in the interim.

1    Certainly, feel free to talk to the lawyers if

2    they want to engage you in deciding which one looks

3    like the right one should be going forward.  And if

4    they can't agree, they can come in and tell me and

5    I'll figure it out and you won't be on the hook.

6         That is really where I am.  I'm looking to

7    protect the lawyers that I have here for anyone coming

8    back to you saying, How could you possibly dismiss

9    that one.  That was the right one.  But they've got to

10   make an election at this point, and we need to.

11        MS. PARFITT:  I think it's correct, and I

12   would like to state on the record, that it hasn't been

13   the common practice to do that.  It seems to have been

14   working in other MDLs -- I appreciate what the Court

15   is suggesting -- but it has been working in other

16   courts, certainly other cases that we've been involved

17   in.  That's why we were actually surprised this would

18   be the beef that we had to address.

19        JUDGE WOLFSON:  Well, I would like to give it

20   some finality at this point.  So I would like to go

21   that way.  And I would hope that doing that, and when

22   the notice goes out to these lawyers, that amongst

23   each other they could figure this out.

24        If there was an executor and executrix, that's

25   the person who makes the decision about filing suit.

1   If there was an administrator appointed, that should

2   be the person who makes the decision on filing suit.

3   If none of those things occurred, then we have to look

4   at, Okay, let's talk about who is the closest relative

5   who could do this.

6          As you say, if you have two different siblings

7   doing it, come on, let's get real, they want to join

8   together in one lawsuit?  Let them both do it

9   together.  I don't care.  That's really an option.

10          They don't really care who the named plaintiff

11   is.  It could be two sisters.  It could be a brother

12   and a sister.  It doesn't really matter unless they

13   are estranged and that's when it gets ugly and that's

14   why they are doing it that way.  Those are the few

15   cases, hopefully, that we would only have to deal

16   with.

17          MS. O'DELL:  Your Honor may I just add

18   something?

19          JUDGE WOLFSON:  Yes.

20          MS. O'DELL:  From our perspective I think in

21   many instances there may be agreement, and it may be

22   there are law firms that weren't aware of the other

23   and now they come together.

24          Our overarching concern is that the case

25   that's dismissed is not used, that dismissal with

21

1    prejudice, is not later used maybe even years down the

2    road to somehow have res judicata effect or claim

3    preclusion effect on the case that's going forward.

4         JUDGE WOLFSON:  It can't possibly.  You can

5    put the language in.  It totally protects that.  And

6    there is no way that these attorneys are going to

7    suggest that's not the case.

8         Language clearly has to indicate that the

9    reason that this is being dismissed is because it was

10   a duplicate filing to X case, that case, and all the

11   claims in that case survive and go forward.  This is

12   not an adjudication on the merits.  It's simply a

13   duplicate filing.

14        MS. O'DELL:  That's our concern.

15        JUDGE WOLFSON:  That's the language you have

16   to put in.  Absolutely.

17        MS. SHARKO:  We agree with that.

18        JUDGE WOLFSON:  Good.

19        That's what protects you and your concern

20   about down the road.  Other than that, we have to get

21   them to have their moment of deciding who goes

22   forward.

23        As I said, one of the solutions is, if they

24   are not estranged and they both want to be named for

25   some reason, fine, they'll have the obligations of

22

1    being a name plaintiff.  I don't care.  That's another

2    way of dealing with it.

3            But I have to give it a date for a return date

4    with the hope that virtually all of these will be

5    taken care of within that time period.  And if they're

6    not, I'd have a very few that come in.

7            So let's take a look.  What do you think is a

8    fair time to get these lawyers to appear, if they have

9    to appear, or want to appear, or tell you what they

10   are doing?

11           I don't think we have another date on our

12   calendar, do we, or do we have one?

13           MS. SHARKO:  We don't.

14           MS. PARFITT:  We do not.

15           I wouldn't think anything under 60 days, your

16   Honor.  I think we need to give them some time.

17           JUDGE WOLFSON:  That also gives you plenty of

18   time to tell them, This is what's going to happen.  If

19   you don't want to have to come to New Jersey, then

20   let's work this out.

21           Can I have the calendar, please?

22           (Pause.)

23           JUDGE WOLFSON:  How about the week after

24   Thanksgiving?  I'm available Wednesday or Thursday of

25   that week, the 28th or 29th of November.

23

1          MS. SHARKO:  Either is fine with me.

2          MR. SILVER:  It works Imerys, your Honor.

3    Preferably, the 28th.

4          MS. O'DELL:  Those dates are fine with us for

5    hearings, your Honor.

6          JUDGE WOLFSON:  I heard a request that the

7    28th was preferred.  So we'll do the 28th of November

8    at 10:30.

9          To do the appropriate order, order to show

10   cause, I need to have a list of those cases and I

11   certainly don't mind if you want to work on an order

12   that you want to submit to me.  I would like it

13   quickly so they're put on notice.

14         Although, I'm  guessing you can go back and

15   you're going to send an email or whatever to them

16   anyway, so they'll know the date and save it.  But I

17   don't mind if you want to work on that language

18   together and then attach all of those cases.

19         MS. PARFITT:  Very good.

20         MS. SHARKO:  We will.

21         JUDGE WOLFSON:  So November 28th, 10:30.  And

22   then we'll just use that as our status date, too.

23   There is no reason for you to come in on two separate

24   dates.

25         MS. PARFITT:  That works.  Thank you.

24

1          JUDGE WOLFSON:  You tell me:  Do you think

2     that there is anything that we're going to need to

3     address to put on a conference at the end of October,

4     or do you want to wait until the end of November?

5          MS. SHARKO:  I think we can wait until the end

6     of November.

7          MS. PARFITT:  We agree, your Honor.

8          JUDGE WOLFSON:  Okay.

9          So instead how about if you send me a status

10    letter, as you did in August, and send me a status

11    letter then on October 25th.

12         MS. SHARKO:  Okay.

13         JUDGE WOLFSON:  And then our in-person status

14    will be the November 28th date at 10:30, together with

15    that order to show cause with whoever might be coming.

16         MS. SHARKO:  So this will be Ms. Tersigni's

17    last status until April because her baby is due in

18    November.

19         JUDGE WOLFSON:  We'll miss you.  I think Wayne

20    will miss you.  Congratulations.

21         MS. SHARKO:  I will miss her.

22         JUDGE WOLFSON:  Good wishes.  We'll see how

23    smoothly things go when you're out.  Okay.  We'll see.

24         Be well.

25         Anything else you want to bring up today?

1          MS. SHARKO:  Not from the defense.

2          JUDGE WOLFSON:  Okay.

3          And, I take it, we won't be moving up any of

4     these dates in the Daubert schedule.  Right?  We'll

5     just be sticking with June 11th, I assume.

6          MS. SHARKO:  Yes.

7          JUDGE WOLFSON:  Okay.

8          I'll need to know at some point how many days

9     we're anticipating if we're going to have to bring in

10    experts for the Daubert hearing, how many days I need

11    to devote to those hearings, so I can appropriately

12    schedule that on my calendar.

13         MS. PARFITT:  Your Honor, we can confer and

14    it's certainly understandable.

15         JUDGE WOLFSON:  We put things out so far.

16         MS. PARFITT:  We can discuss it because

17    depending on the number, obviously, the number of

18    reports we provide the Court.

19         JUDGE WOLFSON:  And it may be you are not

20    going to want to bring in every one of those witnesses

21    for a Daubert hearing.  Some of them you may feel that

22    you're prepared or that you think you'll have enough

23    to submit on the deposition transcripts you are giving

24    me and the reports.

25         Certainly, I would suggest to all of you that

26

1    those that you consider your front and center primary

2    experts really to carry the day, I'm going to want to

3    hear from and see.  Okay?

4         MS. PARFITT:  Very good.

5         JUDGE WOLFSON:  That is just generally my

6    practice in Daubert hearings particularly in

7    substantial or complex cases.  I want to see them and

8    hear them.  And it gives me the opportunity to ask

9    questions too that are left open for me, which you

10   can't do once you've already taken the deposition.

11        I guess what I'll do for the time being is,

12   how about if we block out, the 11th was a Tuesday,

13   we'll block out the rest of that week at the very

14   least, and then maybe the following week.

15        MS. SHARKO:  Yes, I think two weeks would be

16   safe just to have it.

17        JUDGE WOLFSON:  We will not sit on the 21st

18   regardless.  I have a son getting married that

19   weekend.  So no later than the Thursday we'll be done

20   that week.  If we have to return, we'll just come back

21   the following week, the week of the 24th, so you know

22   what to plan for.

23        So it's four days on June 11th, and the

24   following week is four days, and we'll see where we

25   are, and obviously we'll talk about it the closer we

27

1    get to those dates.

2              Anything else?

3              MS. PARFITT:  Not from me.

4              JUDGE WOLFSON:  Great.  Thanks for coming in

5    today.  If you have something that comes up, you know

6    how to get ahold of me.  Otherwise, everyone have a

7    good couple of months and Thanksgiving.

8              And good luck on the baby.

9              MS. TERSIGNI:  Thank you.

10             THE DEPUTY CLERK:  All rise.

11             (Proceedings concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

28

## **C E R T I F I C A T E**

I, **Vincent Russoniello,** Official United States Court Reporter and Certified Court Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I do further certify that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

S/Vincent Russoniello
Vincent Russoniello, CCR
Certificate No. 675

## 0

**08608** [1] - 1:9

## 1

**10:30** [3] - 23:8, 23:21, 24:14
**11th** [6] - 10:14, 10:15, 10:24, 25:5, 26:12, 26:23
**15th** [1] - 10:12
**16** [1] - 8:6
**16-MD-2738(FLW)(LHG** [1] - 1:2
**17th** [1] - 10:13

## 2

**2018** [2] - 1:6, 8:6
**21st** [1] - 26:17
**24th** [1] - 26:21
**25th** [1] - 24:11
**26(b** [1] - 8:18
**27** [1] - 1:6
**28** [1] - 3:6
**28th** [6] - 22:25, 23:3, 23:7, 23:21, 24:14
**29th** [1] - 22:25

## 3

**30th** [1] - 10:5

## 4

**402** [1] - 1:9

## 5

**5** [1] - 11:2
**588-9516** [1] - 1:25

## 6

**60** [1] - 22:15
**609** [1] - 1:25
**675** [1] - 28:24
**6th** [1] - 9:14

## 7

**753** [1] - 3:6
**7th** [1] - 10:8

## 9

**93** [3] - 15:5, 16:5, 17:20

## A

**able** [1] - 4:25
**ABOVE** [1] - 3:9
**ABOVE-ENTITLED** [1] - 3:9
**absolutely** [3] - 12:5, 16:5, 21:16
**accomplish** [1] - 12:20
**accomplished** [1] - 14:7
**accurate** [1] - 28:9
**ACCURATE** [1] - 3:7
**ACTION** [1] - 1:2
**action** [2] - 28:15, 28:17
**actual** [4] - 9:2, 9:4, 9:17, 18:17
**acutely** [1] - 17:5
**add** [1] - 20:17
**added** [1] - 10:1
**adding** [1] - 10:17
**address** [3] - 4:8, 19:18, 24:3
**addressed** [1] - 5:24
**addressing** [1] - 8:21
**adjudication** [1] - 21:12
**administrator** [1] - 20:1
**advice** [1] - 17:3
**agenda** [4] - 4:16, 6:14, 6:17, 7:3
**agree** [4] - 18:24, 19:4, 21:17, 24:7
**agreement** [2] - 11:5, 20:21
**ahold** [1] - 27:6
**ALABAMA** [1] - 1:16
**ALLEN** [1] - 1:15
**allowing** [1] - 8:8
**amended** [1] - 7:15
**America** [1] - 2:15
**AN** [1] - 3:7
**ANN** [1] - 2:14
**answer** [1] - 16:7
**anticipate** [1] - 5:7
**anticipating** [1] - 25:9
**anyway** [2] - 14:3, 23:16
**apace** [1] - 5:13
**appear** [3] - 22:8, 22:9
**appointed** [1] - 20:1
**appreciate** [2] - 15:3, 19:14
**appropriate** [1] - 23:9
**appropriately** [1] - 25:11
**April** [1] - 24:17

**areas** [3] - 8:20, 8:25, 9:18
**asbestos** [1] - 5:24
**ASHCRAFT** [1] - 1:17
**assume** [1] - 25:5
**attach** [1] - 23:18
**attorney** [2] - 28:14, 28:16
**attorneys** [2] - 18:18, 21:6
**August** [1] - 24:10
**automatically** [1] - 17:14
**available** [1] - 22:24
**aware** [5] - 7:8, 15:6, 16:12, 17:5, 20:22
**awhile** [1] - 14:11

## B

**baby** [2] - 24:17, 27:8
**BARRY** [1] - 2:10
**based** [1] - 8:8
**BE** [1] - 3:7
**BEASLEY** [1] - 1:15
**beef** [1] - 19:18
**behalf** [2] - 2:7, 2:15
**Behalf** [1] - 1:21, 2:11
**believes** [1] - 16:16
**best** [2] - 15:1, 15:24
**between** [1] - 16:25
**beyond** [1] - 8:22
**BIDDLE** [1] - 2:5
**big** [1] - 7:7
**biggest** [1] - 16:22
**block** [2] - 26:12, 26:13
**bring** [5] - 18:4, 18:19, 24:25, 25:9, 25:20
**brother** [1] - 20:11
**bulk** [1] - 5:14
**BY** [9] - 1:16, 1:17, 1:19, 1:20, 2:6, 2:9, 2:10, 2:13, 2:14

## C

**calendar** [3] - 22:12, 22:21, 25:12
**candidly** [1] - 16:7
**care** [4] - 20:9, 20:10, 22:1, 22:5
**careful** [1] - 13:18
**carry** [1] - 26:2
**CASAMENTO** [1] - 2:10
**case** [20] - 11:18, 11:19,

12:1, 12:4, 12:6, 12:7, 12:10, 12:18, 13:1, 13:4, 13:12, 16:2, 17:10, 18:1, 20:24, 21:3, 21:7, 21:10, 21:11
**cases** [14] - 7:21, 11:3, 11:8, 11:23, 13:15, 15:2, 15:9, 18:22, 18:23, 19:16, 20:15, 23:10, 23:18, 26:7
**CCR** [3] - 1:24, 3:13, 28:24
**center** [2] - 6:9, 26:1
**certain** [2] - 12:13, 16:5
**certainly** [7] - 8:11, 15:22, 19:1, 19:16, 23:11, 25:14, 25:25
**Certificate** [1] - 28:24
**CERTIFIED** [1] - 3:7
**Certified** [1] - 28:7
**certify** [2] - 28:8, 28:13
**charged** [1] - 15:22
**chart** [1] - 7:20
**child** [1] - 11:21
**CHRISTOPHER** [1] - 1:19
**cite** [1] - 12:9
**CIVIL** [1] - 1:2
**claim** [2] - 13:3, 21:2
**claims** [4] - 12:3, 12:8, 14:1, 21:11
**CLARKSON** [1] - 1:9
**clawing** [1] - 5:19
**clean** [1] - 11:15
**clear** [1] - 18:23
**clearly** [1] - 21:8
**CLERK** [2] - 4:3, 27:10
**client** [1] - 13:25
**client's** [1] - 13:19
**closer** [1] - 26:25
**closest** [1] - 20:4
**coming** [8] - 4:12, 4:14, 5:18, 7:5, 10:3, 19:7, 24:15, 27:4
**comments** [1] - 4:22
**Committee** [1] - 1:21
**common** [2] - 18:11, 19:13
**company** [1] - 6:2
**compare** [1] - 13:24
**competing** [2] - 12:24, 16:20
**complaints** [2] - 7:15,

13:24
**complete** [1] - 5:16
**completed** [1] - 9:21
**complex** [1] - 26:7
**complicated** [5] - 12:22, 14:21, 14:22, 15:18, 15:20
**concern** [3] - 20:24, 21:14, 21:19
**concluded** [1] - 27:11
**confer** [4] - 4:23, 6:12, 7:2, 25:13
**CONFERENCE** [1] - 1:5
**conference** [1] - 24:3
**congratulations** [1] - 24:20
**consider** [1] - 26:1
**continued** [1] - 1:22
**cooperate** [1] - 12:17
**correct** [4] - 7:21, 15:5, 15:6, 19:11
**COUGHLIN** [1] - 2:12
**counsel** [2] - 28:14, 28:16
**couple** [5] - 4:12, 11:4, 16:11, 17:22, 27:7
**course** [1] - 9:1
**COURT** [3] - 1:1, 1:25, 3:14
**Court** [14] - 7:23, 8:3, 8:16, 8:17, 8:24, 13:19, 14:20, 16:15, 16:17, 17:10, 19:14, 25:18, 28:7
**court** [6] - 4:1, 14:23, 15:16, 15:17, 15:19, 18:16
**COURTHOUSE** [1] - 1:9
**courtroom** [1] - 17:25
**courts** [3] - 13:15, 14:24, 19:16
**CRR** [1] - 1:24

### D

**D.C** [1] - 2:9
**DANIEL** [1] - 1:20
**date** [13] - 8:12, 8:23, 9:4, 9:17, 10:4, 18:21, 22:3, 22:11, 23:16, 23:22, 24:14, 28:11
**dates** [4] - 23:4, 23:24, 25:4, 27:1
**Daubert** [4] - 25:4, 25:10,

25:21, 26:6
**days** [5] - 22:15, 25:8, 25:10, 26:23, 26:24
**deal** [5] - 7:16, 15:11, 18:4, 18:15, 20:15
**dealing** [2] - 14:13, 22:2
**death** [1] - 16:19
**December** [2] - 10:11, 10:13
**decide** [3] - 9:24, 9:25, 14:8
**deciding** [2] - 19:2, 21:21
**decision** [3] - 14:2, 19:25, 20:2
**Defendant** [3] - 2:7, 2:11, 2:15
**defendants** [4] - 6:13, 7:20, 8:3, 8:9
**defendants'** [1] - 8:18
**defense** [2] - 5:5, 25:1
**denied** [1] - 9:15
**deposition** [2] - 25:23, 26:10
**depositions** [2] - 5:12, 10:11
**deps** [1] - 9:21
**DEPUTY** [2] - 4:3, 27:10
**devote** [1] - 25:11
**different** [10] - 6:4, 13:15, 13:16, 14:14, 15:8, 16:2, 16:9, 16:11, 18:15, 20:6
**difficult** [1] - 17:7
**disagreement** [1] - 12:6
**disband** [1] - 17:14
**disclose** [1] - 8:3
**discovery** [1] - 7:25
**discuss** [2] - 7:13, 25:16
**discussion** [2] - 8:21, 13:24
**dismiss** [3] - 13:11, 14:5, 19:8
**dismissal** [1] - 20:25
**dismissals** [1] - 11:12
**dismissed** [8] - 12:4, 13:1, 13:2, 13:11, 13:22, 14:17, 20:25, 21:9
**dismisses** [2] - 11:25, 12:1
**dismissing** [1] - 13:18
**dispute** [1] - 12:10
**DISTRICT** [2] - 1:1, 1:1

**docket** [1] - 13:3
**documents** [1] - 5:19
**done** [4] - 5:15, 7:19, 15:19, 26:19
**down** [4] - 9:16, 10:3, 21:1, 21:20
**Dr** [1] - 5:9
**DRINKER** [1] - 2:5
**due** [1] - 24:17
**DUFFY** [1] - 2:12
**duke** [1] - 17:25
**duplicate** [8] - 11:3, 11:8, 12:25, 14:13, 14:16, 15:8, 21:10, 21:13
**duplicative** [1] - 11:14
**during** [1] - 5:15

### E

**early** [1] - 4:24
**EAST** [1] - 1:9
**easy** [2] - 12:19, 15:21
**effect** [2] - 21:2, 21:3
**either** [1] - 23:1
**election** [1] - 19:10
**elsewhere** [1] - 17:2
**email** [1] - 23:15
**employee** [2] - 28:14, 28:16
**end** [5] - 10:15, 17:9, 24:3, 24:4, 24:5
**engage** [1] - 19:2
**enter** [1] - 18:20
**entered** [1] - 17:23
**ENTITLED** [1] - 3:9
**equally** [1] - 17:18
**ESQUIRE** [10] - 1:16, 1:17, 1:19, 1:20, 2:6, 2:6, 2:9, 2:10, 2:13, 2:14
**ESQUIRES** [9] - 1:15, 1:17, 1:18, 1:20, 2:5, 2:8, 2:10, 2:12, 2:14
**essentially** [1] - 14:5
**estranged** [2] - 20:13, 21:24
**example** [1] - 6:6
**executor** [2] - 16:21, 19:24
**executrix** [2] - 16:21, 19:24
**expert** [4] - 7:25, 8:4, 8:5, 10:11

**experts** [6] - 8:9, 9:18, 9:21, 9:23, 25:10, 26:2

### F

**face** [1] - 15:18
**fact** [2] - 15:12, 16:8
**fair** [2] - 10:2, 22:8
**fairly** [2] - 4:9, 4:13
**Fallon** [3] - 17:23, 18:6, 18:10
**family** [6] - 11:17, 15:16, 15:17, 15:19, 18:16
**far** [1] - 25:15
**February** [3] - 9:9, 9:12, 10:3
**Federal** [2] - 11:10, 12:11
**felt** [1] - 17:8
**few** [2] - 20:14, 22:6
**FIELD** [1] - 2:14
**figure** [5] - 4:25, 7:5, 17:12, 19:5, 19:23
**file** [1] - 11:19
**filed** [7] - 11:3, 11:8, 11:18, 11:21, 13:1, 16:2, 18:18
**filing** [7] - 14:13, 15:8, 16:20, 19:25, 20:2, 21:10, 21:13
**filings** [4] - 7:15, 11:15, 12:19, 14:16
**finality** [3] - 12:25, 17:19, 19:20
**financially** [1] - 28:17
**fine** [4] - 7:24, 21:25, 23:1, 23:4
**finishing** [1] - 10:11
**firm** [3] - 11:18, 11:20, 16:15
**firms** [4] - 15:8, 16:11, 18:15, 20:22
**first** [2] - 6:17, 7:1
**FISHER** [1] - 1:9
**FLORIDA** [1] - 1:19
**follow** [1] - 9:1
**FOLLOWING** [1] - 3:7
**following** [3] - 26:14, 26:21, 26:24
**FOR** [1] - 1:1
**foregoing** [1] - 28:9
**forth** [1] - 28:12
**forward** [16] - 6:19, 11:23, 12:5, 12:7, 12:10,

14:3, 14:9, 14:17, 17:11,
18:1, 18:19, 18:24, 19:3,
21:3, 21:11, 21:22
**four** [2] - 26:23, 26:24
**frankly** [1] - 7:2
**FREDA** [1] - 1:12
**free** [1] - 19:1
**front** [2] - 6:8, 26:1

### G

**general** [2] - 8:20, 8:25
**generally** [3] - 11:10,
16:8, 26:5
**GEREL** [1] - 1:17
**given** [1] - 7:14
**GORDON** [1] - 2:14
**great** [2] - 5:11, 27:4
**grid** [1] - 4:18
**grids** [1] - 5:8
**guess** [3] - 5:13, 17:25,
26:11
**guessing** [1] - 23:14

### H

**harm** [1] - 17:8
**head** [2] - 7:6, 18:4
**hear** [2] - 26:3, 26:8
**heard** [2] - 8:13, 23:6
**hearing** [3] - 13:16,
25:10, 25:21
**hearings** [2] - 23:5,
25:11, 26:6
**held** [1] - 9:24
**hereby** [1] - 28:8
**hereinbefore** [1] - 28:11
**Holidays** [1] - 10:10
**Honor** [27] - 4:19, 5:6,
5:9, 5:21, 6:1, 7:10,
7:18, 8:13, 9:15, 11:1,
11:4, 11:11, 12:1, 12:12,
12:25, 13:14, 14:23,
15:2, 15:23, 17:21, 18:9,
20:17, 22:16, 23:2, 23:5,
24:7, 25:13
**HONORABLE** [1] - 1:12
**hook** [1] - 19:5
**hope** [2] - 19:21, 22:4
**hopefully** [1] - 20:15

### I

**idea** [1] - 10:2
**identification** [1] - 9:10

**identified** [1] - 9:8
**identify** [4] - 8:24, 9:5,
9:12, 9:18
**identity** [3] - 8:3, 8:20,
8:24
**imagine** [2] - 11:16,
15:16
**Imerys** [7] - 2:15, 4:18,
5:20, 6:4, 7:8, 10:21,
23:2
**impact** [3] - 5:3, 5:8, 5:10
**impediment** [1] - 10:20
**IN** [2] - 1:5, 3:8
**in-person** [1] - 24:13
**included** [1] - 8:6
**indicate** [1] - 21:8
**indicated** [4] - 8:17,
10:19, 12:13, 14:14
**indicates** [1] - 14:21
**individual** [1] - 14:12
**individuals** [1] - 8:25
**individuals's** [1] - 12:9
**inspection** [1] - 4:18
**instances** [1] - 20:21
**instead** [1] - 24:9
**intention** [1] - 11:22
**interested** [1] - 28:17
**interests** [1] - 12:18
**interim** [1] - 18:25
**involve** [1] - 7:22
**involved** [4] - 15:17,
16:11, 18:12, 19:16
**involves** [1] - 5:20
**IS** [1] - 3:7
**issue** [10] - 5:23, 7:7,
11:7, 12:8, 13:17, 15:24,
15:25, 16:13, 16:25,
17:23
**issues** [3] - 4:8, 16:12,
16:23
**items** [1] - 5:17

### J

**January** [7] - 9:19, 10:5,
10:8, 10:12, 10:14,
10:15, 10:24
**JERSEY** [6] - 1:1, 1:20,
2:6, 2:6, 2:10, 2:13
**Jersey** [2] - 22:19, 28:8
**Johnson** [4] - 2:7, 6:3
**JOHNSON** [2] - 1:5
**join** [1] - 20:7

**JUDGE** [50] - 4:4, 4:20,
5:2, 5:11, 5:22, 6:15,
6:18, 6:21, 6:24, 7:4,
7:12, 7:24, 8:15, 9:3,
9:16, 10:6, 10:13, 10:18,
10:23, 13:13, 13:21,
15:4, 15:7, 15:11, 16:1,
16:8, 16:18, 18:3, 18:13,
19:19, 20:19, 21:4,
21:15, 21:18, 22:17,
22:23, 23:6, 23:21, 24:1,
24:8, 24:13, 24:19,
24:22, 25:2, 25:7, 25:15,
25:19, 26:5, 26:17, 27:4
**judge** [2] - 11:25, 12:2
**Judge** [6] - 4:21, 5:18,
6:10, 17:23, 18:6, 18:10
**judges** [1] - 13:16
**judicata** [2] - 13:17, 21:2
**JULIE** [1] - 2:6
**June** [2] - 25:5, 26:23
**jurisdictions** [2] - 14:15,
16:3

### K

**keep** [1] - 4:10

### L

**language** [4] - 21:5,
21:8, 21:15, 23:17
**LAPINSKI** [1] - 1:20
**last** [6] - 4:6, 4:22, 9:14,
11:4, 17:22, 24:17
**law** [7] - 11:18, 11:19,
15:8, 16:11, 16:15,
18:15, 20:22
**lawsuit** [3] - 13:7, 13:10,
20:8
**lawsuits** [3] - 13:6, 16:20
**lawyer** [2] - 15:12, 16:2
**lawyers** [8] - 14:12, 16:9,
17:5, 17:24, 19:1, 19:7,
19:22, 22:8
**learned** [2] - 6:16, 6:25
**least** [1] - 26:14
**Lee** [3] - 5:25, 6:2, 6:5
**left** [1] - 26:9
**LEIGH** [1] - 1:16
**letter** [2] - 24:10, 24:11
**LEVIN** [1] - 1:18
**likely** [2] - 5:9, 16:20
**limbo** [1] - 17:19

**list** [1] - 23:10
**locating** [1] - 16:24
**LOCKE** [1] - 2:9
**log** [1] - 6:9
**Longo** [1] - 5:9
**look** [8] - 4:6, 4:7, 5:9,
6:19, 11:6, 12:2, 20:3,
22:7
**looking** [1] - 19:6
**looks** [4] - 5:13, 12:2,
12:3, 19:2
**lose** [1] - 12:9
**luck** [1] - 27:8

### M

**manage** [3] - 15:1, 15:2,
17:7
**MARK** [1] - 2:13
**MARKETING** [1] - 1:5
**married** [1] - 26:18
**MATTER** [1] - 3:9
**matter** [3] - 8:4, 14:10,
20:12
**McTIERNAN** [1] - 2:10
**MDL** [1] - 17:22
**MDLs** [3] - 12:23, 18:12,
19:14
**mean** [1] - 16:3
**means** [1] - 13:8
**meet** [4] - 4:23, 6:12, 7:1,
13:8
**members** [2] - 11:17
**merits** [1] - 21:12
**MICHELLE** [1] - 1:17
**might** [2] - 11:19, 24:15
**mind** [2] - 23:11, 23:17
**Mine** [1] - 15:12
**mine** [1] - 15:13
**miss** [3] - 24:19, 24:20,
24:21
**moment** [1] - 21:21
**month** [2] - 5:15, 17:6
**months** [3] - 11:4, 17:22,
27:7
**morning** [1] - 4:5
**motions** [1] - 4:11
**move** [3] - 4:9, 11:23,
12:9
**moving** [2] - 9:16, 25:3
**MR** [5] - 4:21, 5:5, 5:21,
7:10, 23:2
**MS** [53] - 4:19, 5:7, 6:1,

6:16, 6:19, 6:23, 6:25, 7:18, 8:13, 8:16, 9:11, 10:5, 10:9, 10:16, 10:22, 11:1, 12:21, 13:14, 14:20, 15:6, 15:10, 15:15, 16:4, 16:10, 16:22, 17:18, 18:8, 18:9, 19:11, 20:17, 20:20, 21:14, 21:17, 22:13, 22:14, 23:1, 23:4, 23:19, 23:20, 23:25, 24:5, 24:7, 24:12, 24:16, 24:21, 25:1, 25:6, 25:13, 25:16, 26:4, 26:15, 27:3, 27:9
**multiple** [1] - 11:17
**MY** [1] - 3:8

**N**

**name** [1] - 22:1
**named** [2] - 20:10, 21:24
**necessary** [1] - 10:17
**need** [12] - 6:12, 7:16, 7:22, 12:8, 12:25, 13:23, 19:10, 22:16, 23:10, 24:2, 25:8, 25:10
**NEW** [6] - 1:1, 1:20, 2:6, 2:6, 2:10, 2:13
**New** [2] - 22:19, 28:8
**next** [3] - 4:24, 4:25, 7:25
**night** [2] - 6:17, 7:1
**NJ** [1] - 1:9
**NO** [1] - 1:2
**none** [2] - 16:1, 20:3
**NOTES** [1] - 3:8
**nothing** [2] - 12:5, 13:6
**notice** [3] - 7:11, 19:22, 23:13
**November** [9] - 8:6, 9:6, 22:25, 23:7, 23:21, 24:4, 24:6, 24:14, 24:18
**number** [3] - 13:3, 25:17

**O**

**O'DELL** [8] - 1:16, 4:19, 5:7, 6:1, 20:17, 20:20, 21:14, 23:4
**O'Dell** [1] - 14:25
**obligation** [1] - 14:25
**obligations** [1] - 21:25
**obviously** [4] - 9:7, 9:19, 25:17, 26:25
**occurred** [1] - 20:3

**October** [3] - 5:16, 24:3, 24:11
**OF** [3] - 1:1, 1:5, 3:8
**offer** [1] - 8:5
**Official** [1] - 28:6
**OFFICIAL** [2] - 1:25, 3:14
**once** [2] - 5:8, 26:10
**one** [35] - 9:25, 10:1, 11:18, 12:6, 12:7, 12:15, 12:18, 13:7, 13:10, 13:21, 14:1, 14:7, 14:8, 14:17, 15:12, 15:13, 15:14, 16:22, 17:1, 17:2, 17:10, 18:22, 19:2, 19:3, 19:9, 20:8, 21:23, 22:12, 25:20
**ones** [3] - 16:1, 16:18, 16:20
**open** [2] - 4:1, 26:9
**opinion** [1] - 5:5
**opinions** [2] - 4:11, 8:5
**opportunity** [2] - 13:19, 26:8
**opposed** [1] - 11:9
**option** [1] - 20:9
**order** [12] - 8:3, 8:6, 8:8, 8:17, 9:1, 12:23, 17:24, 18:20, 23:9, 23:11, 24:15
**orders** [1] - 12:24
**otherwise** [2] - 14:19, 27:6
**outside** [1] - 6:2
**overarching** [1] - 20:24
**own** [1] - 16:24

**P**

**pages** [1] - 6:7
**PAPANTONIO** [1] - 1:18
**PARFITT** [23] - 1:17, 7:18, 8:13, 8:16, 11:1, 13:14, 14:20, 15:6, 15:10, 15:15, 16:4, 16:10, 16:22, 18:9, 19:11, 22:14, 23:19, 23:25, 24:7, 25:13, 25:16, 26:4, 27:3
**part** [1] - 10:7
**particularly** [1] - 26:6
**parties** [2] - 12:16, 28:15
**party** [2] - 5:25, 6:4
**past** [2] - 11:12, 12:13
**PATRICIA** [1] - 2:10

**pause** [1] - 22:22
**PCPC** [1] - 2:11
**PENNSYLVANIA** [1] - 2:14
**people** [1] - 18:15
**perhaps** [2] - 12:1, 15:18
**period** [1] - 22:5
**person** [4] - 18:6, 19:25, 20:2, 24:13
**perspective** [1] - 20:20
**pertinent** [1] - 6:7
**pike** [1] - 10:3
**Pisano** [2] - 5:18, 6:10
**place** [2] - 11:24, 28:11
**plaintiff** [8] - 11:24, 12:7, 12:18, 14:12, 16:15, 16:16, 20:10, 22:1
**plaintiff's** [1] - 14:12
**Plaintiffs** [1] - 1:21
**plaintiffs** [12] - 6:20, 7:3, 8:2, 8:21, 9:13, 11:7, 13:2, 13:5, 15:3, 15:23, 16:3, 18:17
**plaintiffs'** [3] - 4:22, 8:9, 9:21
**plan** [1] - 26:22
**plenty** [1] - 22:17
**point** [5] - 9:8, 17:12, 19:10, 19:20, 25:8
**possibly** [2] - 19:8, 21:4
**potpourri** [1] - 16:23
**POWDER** [1] - 1:5
**practice** [4] - 16:25, 18:11, 19:13, 26:6
**PRACTICES** [1] - 1:6
**preclusion** [1] - 21:3
**preferably** [1] - 23:3
**preference** [1] - 11:12
**preferred** [2] - 11:11, 23:7
**prefers** [2] - 11:11, 12:12
**prejudice** [18] - 10:16, 10:18, 11:9, 11:13, 12:2, 12:8, 12:12, 12:13, 13:2, 13:8, 13:11, 13:22, 14:6, 14:18, 17:8, 17:15, 21:1
**prejudicial** [1] - 17:17
**premature** [2] - 7:2, 17:14
**prepared** [1] - 25:22
**pretty** [1] - 9:22
**primary** [1] - 26:1
**privileged** [1] - 6:9

**problem** [3] - 9:3, 12:17, 18:2
**proceed** [1] - 14:2
**proceeding** [1] - 13:12
**Proceedings** [1] - 27:11
**proceedings** [3] - 15:19, 17:5, 28:10
**produced** [1] - 6:6
**production** [1] - 8:18
**PRODUCTS** [1] - 1:5
**promising** [1] - 4:10
**proper** [3] - 16:14, 17:1
**properly** [1] - 16:16
**propose** [1] - 12:23
**protect** [1] - 19:7
**protecting** [1] - 15:22
**protects** [2] - 21:5, 21:19
**protocol** [2] - 4:18, 4:21
**provide** [1] - 25:18
**provided** [1] - 7:19
**PURSUANT** [1] - 3:6
**pursue** [1] - 13:3
**put** [8] - 6:13, 7:2, 18:16, 21:5, 21:16, 23:13, 24:3, 25:15

**Q**

**questions** [1] - 26:9
**quick** [1] - 10:7
**quickly** [3] - 4:9, 4:13, 23:13
**quite** [1] - 12:19

**R**

**R.J** [3] - 5:25, 6:2, 6:5
**raise** [1] - 6:10
**raised** [1] - 14:1
**RE** [1] - 1:5
**re** [1] - 7:15
**re-filings** [1] - 7:15
**ready** [1] - 4:12
**real** [2] - 10:20, 20:7
**really** [9] - 11:6, 12:10, 15:24, 16:5, 19:6, 20:9, 20:10, 20:12, 26:2
**reason** [4] - 10:1, 21:9, 21:25, 23:23
**REATH** [1] - 2:5
**record** [1] - 19:12
**redacted** [1] - 6:9
**redactions** [4] - 5:24, 6:22, 6:24, 7:8

**REES** [1] - 2:14
**regard** [5] - 5:18, 7:16, 9:1, 11:2, 11:5
**regarding** [1] - 5:24
**regardless** [1] - 26:18
**relate** [1] - 6:7
**relative** [3] - 20:4, 28:13, 28:16
**relatives** [1] - 16:20
**report** [2] - 4:6, 11:3
**Reporter** [2] - 28:7
**REPORTER** [2] - 1:25, 3:14
**reports** [8] - 8:12, 9:2, 9:4, 9:9, 9:13, 9:20, 25:18, 25:24
**represent** [1] - 17:9
**representation** [1] - 16:6
**request** [4] - 8:1, 8:2, 9:13, 23:6
**requirements** [1] - 13:9
**requiring** [1] - 17:24
**res** [2] - 13:17, 21:2
**resolve** [1] - 18:22
**respectfully** [1] - 8:2
**respond** [1] - 8:10
**rest** [1] - 26:13
**results** [1] - 6:5
**return** [2] - 22:3, 26:20
**rightly** [1] - 16:14
**ripe** [1] - 7:12
**rise** [2] - 4:3, 27:10
**road** [2] - 21:2, 21:20
**RPR** [1] - 1:24
**Rules** [2] - 11:10, 12:11
**rules** [1] - 13:9
**run** [1] - 12:17
**Russoniello** [4] - 3:13, 28:6, 28:23, 28:24
**RUSSONIELLO** [2] - 1:24, 3:13

**S**

**S/Vincent** [2] - 3:13, 28:23
**safe** [1] - 26:16
**SALES** [1] - 1:6
**satisfied** [1] - 17:3
**save** [1] - 23:16
**schedule** [5] - 5:3, 5:8, 5:10, 25:4, 25:12
**scheduled** [1] - 5:15

**seat** [1] - 4:5
**SECTION** [1] - 3:6
**Section** [1] - 11:2
**see** [9] - 7:25, 8:9, 10:20, 11:5, 24:22, 24:23, 26:3, 26:7, 26:24
**seem** [1] - 17:16
**send** [3] - 23:15, 24:9, 24:10
**sense** [1] - 14:19
**sent** [1] - 4:7
**separate** [1] - 23:23
**September** [2] - 9:14
**SEPTEMBER** [1] - 1:6
**serve** [1] - 9:12
**serving** [1] - 8:12
**set** [6] - 4:21, 4:23, 5:4, 12:7, 12:19, 28:11
**SEYFARRTH** [1] - 2:8
**shape** [1] - 9:22
**Sharko** [4] - 6:15, 9:7, 10:7, 14:21
**SHARKO** [24] - 2:6, 6:16, 6:19, 6:23, 6:25, 9:11, 10:5, 10:9, 10:16, 10:22, 12:21, 17:18, 18:8, 21:17, 22:13, 23:1, 23:20, 24:5, 24:12, 24:16, 24:21, 25:1, 25:6, 26:15
**SHAW** [1] - 2:8
**show** [3] - 17:24, 23:9, 24:15
**sibling** [2] - 11:18, 11:19
**siblings** [3] - 11:17, 16:25, 20:6
**SILVER** [6] - 2:13, 4:21, 5:5, 5:21, 7:10, 23:2
**simply** [2] - 8:23, 21:12
**simultaneously** [1] - 8:11
**sister** [1] - 20:12
**sisters** [1] - 20:11
**sit** [1] - 26:17
**situation** [6] - 11:14, 11:23, 11:25, 13:15, 13:16, 18:17
**situations** [3] - 11:16, 12:14, 12:16
**slogging** [1] - 4:13
**smoothly** [1] - 24:23
**solutions** [1] - 21:23
**solved** [1] - 18:2

**sometimes** [1] - 7:6
**son** [1] - 26:18
**soon** [1] - 8:23
**sort** [2] - 6:8, 18:4
**spouse** [1] - 11:20
**stage** [1] - 17:13
**stand** [1] - 16:4
**State** [1] - 28:8
**state** [1] - 19:12
**STATE** [1] - 1:9
**statements** [1] - 8:19
**States** [1] - 28:6
**STATES** [2] - 1:1, 1:9
**status** [8] - 4:6, 7:21, 11:2, 23:22, 24:9, 24:10, 24:13, 24:17
**STATUS** [1] - 1:5
**Steering** [1] - 1:21
**STENOGRAPHIC** [1] - 3:8
**stenographically** [1] - 28:10
**steps** [1] - 4:25
**sticking** [1] - 25:5
**still** [3] - 4:17, 6:12, 17:13
**stipulation** [2] - 11:6, 11:8
**STREET** [1] - 1:9
**subject** [2] - 8:4, 13:11
**submission** [2] - 9:4, 9:8
**submit** [4] - 9:11, 12:24, 23:12, 25:23
**subpoena** [1] - 6:5
**substantial** [1] - 26:7
**suggest** [4] - 17:20, 18:3, 21:7, 25:25
**suggesting** [1] - 19:15
**suggestion** [3] - 18:7, 18:14, 18:20
**suit** [2] - 19:25, 20:2
**surprised** [1] - 19:17
**survive** [1] - 21:11
**survives** [2] - 15:13, 15:14
**surviving** [1] - 16:19
**SUSAN** [1] - 2:6
**suspect** [1] - 17:4

**T**

**Talc** [1] - 2:15
**TEM** [2] - 4:18, 6:8

**terribly** [1] - 17:16
**TERSIGNI** [2] - 2:6, 27:9
**Tersigni's** [1] - 24:16
**testing** [4] - 5:25, 6:2, 6:5, 6:8
**Thanksgiving** [2] - 22:24, 27:7
**THE** [6] - 1:1, 1:12, 3:6, 3:8, 4:3, 27:10
**thereafter** [1] - 8:23
**they've** [1] - 19:9
**third** [2] - 5:25, 6:4
**third-party** [2] - 5:25, 6:4
**THOMAS** [1] - 2:9
**THORNTON** [1] - 2:14
**Thursday** [2] - 22:24, 26:19
**timely** [1] - 8:18
**TISI** [1] - 1:19
**TITLE** [1] - 3:6
**TO** [2] - 3:6, 3:7
**today** [7] - 4:8, 4:16, 6:14, 7:13, 10:25, 24:25, 27:5
**together** [6] - 12:15, 20:8, 20:9, 20:23, 23:18, 24:14
**topics** [1] - 8:20
**totally** [1] - 21:5
**TRANSCRIPT** [2] - 1:5, 3:7
**transcript** [1] - 28:9
**TRANSCRIPTION** [1] - 3:8
**transcripts** [1] - 25:23
**TRENTON** [1] - 1:9
**tried** [1] - 11:4
**true** [1] - 28:9
**try** [2] - 4:8, 12:16
**trying** [4] - 7:5, 11:15, 15:1, 15:23
**Tuesday** [3] - 6:17, 7:1, 26:12
**two** [11] - 11:23, 13:6, 13:24, 14:16, 16:2, 18:22, 18:23, 20:6, 20:11, 23:23, 26:15

**U**

**U.S** [2] - 1:25, 3:14
**U.S.C** [1] - 3:6
**ugly** [1] - 20:13

**ultimately** [1] - 6:11
**under** [1] - 22:15
**understandable** [1] - 25:14
**UNITED** [2] - 1:1, 1:9
**United** [1] - 28:6
**unless** [1] - 20:12
**unworkable** [1] - 17:18
**up** [5] - 4:23, 11:15, 24:25, 25:3, 27:5
**updated** [1] - 5:12
**updates** [1] - 7:14
**USDJ** [1] - 1:12
**utilized** [1] - 6:3

## V

**version** [1] - 6:17
**VINCENT** [2] - 1:24, 3:13
**Vincent** [2] - 28:6, 28:24
**VIRGINIA** [1] - 1:17
**virtually** [1] - 22:4

## W

**wait** [2] - 24:4, 24:5
**WASHINGTON** [1] - 2:9
**Wayne** [1] - 24:19
**WEDINGER** [1] - 2:10
**Wednesday** [1] - 22:24
**week** [11] - 4:22, 4:24, 10:15, 22:23, 22:25, 26:13, 26:14, 26:20, 26:21, 26:24
**weekend** [1] - 26:19
**weeks** [1] - 26:15
**whichever** [1] - 13:1
**wholesale** [1] - 13:18
**WILENTZ** [1] - 1:20
**wishes** [1] - 24:22
**witnesses** [2] - 8:4, 25:20
**WOLFSON** [51] - 1:12, 4:4, 4:20, 5:2, 5:11, 5:22, 6:15, 6:18, 6:21, 6:24, 7:4, 7:12, 7:24, 8:15, 9:3, 9:16, 10:6, 10:13, 10:18, 10:23, 13:13, 13:21, 15:4, 15:7, 15:11, 16:1, 16:8, 16:18, 18:3, 18:13, 19:19, 20:19, 21:4, 21:15, 21:18, 22:17, 22:23, 23:6, 23:21, 24:1, 24:8,

24:13, 24:19, 24:22, 25:2, 25:7, 25:15, 25:19, 26:5, 26:17, 27:4
**workable** [1] - 17:16
**works** [2] - 23:2, 23:25

## X

**Xarelto** [1] - 17:22

## Y

**year** [2] - 8:19, 9:14
**years** [1] - 21:1
**yesterday** [1] - 4:7