# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Diana Armstrong v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-08262<br>Patricia Schaeffer, Daughter and Next of Kin to Patricia Barrow, Deceased v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-11657<br>Carol Beck v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-13552<br>Doris Breaux v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-08656<br>Marjorie D. Bridges v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-12541<br>Formeika D. Bryant v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-04726<br>Linda F. Barbee-Cougler v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-11392<br>Debra Cobbs, Daughter and Next of Kin to Melva Lee Culp Deceased v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-04447<br>Wanda Jeanene Gage v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-04451<br>Dorothy Goodwill White, Daughter and Next of Kin to Mary Goodwill, Deceased v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-01490<br>Murall D. Hancock, Individually, and as Representative of the Estate of Peggy Futral Hancock v. Johnson & Johnson, et al. USDC NJ No.: 3:16-md-0273<br>Renee L. Howard v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-12219<br>Delia Belen Martin v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-08649<br>Cristina M. Munoz-Anello v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-12221 | 3:16-md-02738 (FLW) (LHG) |

| |
|---|
| Tarone Ezra Ferguson, Son and Next of Kin to Daisy M. Palmer, Deceased v. Johnson & Johnson, et al. USDC NJ No.: 3:18-cv-08257<br>Daneen R. Ramey v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-04843<br>Marilyn A. Reinhold v. Johnson & Johnson, et al. USDC NJ No.: 3:17-cv-04725<br>Diane Zegley v. Johnson & Johnson, et al. USDC NJ No.: 3:16-md-02738 |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please take notice and of the appearance of Gregory D. Brown as counsel in this case on behalf of the Plaintiffs in the above-captioned cases.

Dated: October 5, 2018                    Respectfully submitted,

*/s/ Gregory Brown*
Gregory D. Brown,
Texas Bar No. 24078266
gregory_brown@fleming-law.com
Rand P. Nolen
Texas Bar No. 00788126
rand_nolen@fleming-law.com
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056-6109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 5th day of October, 2018.

                                            */s/ Gregory Brown*
                                            GREGORY D. BROWN