AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
District of New Jersey

| Ruthanne M. Davis | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-00498-FLW-LHG |
| Johnson & Johnson, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruthanne M. Davis.

Date: 10/05/2018

s/ Sarah Wolter
*Attorney's signature*

Sarah Wolter (Bar No.: 47599)
*Printed name and bar number*

Andrus Wagstaff, P.C.
7171 W Alaska Drive
Lakewood, CO 80226
*Address*

sarah.wolter@andruswagstaff.com
*E-mail address*

(303) 376-6360
*Telephone number*

(303) 376-6361
*FAX number*