# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>CHERYL TZIREL FRANKEL, individually and o/b/o of the Estate of MILLICENT CHIRA, deceased,<br><br>Case No.: 3:18-cv-14684 | **MDL NO. 3:16-md-02738-FLW-LHG**<br><br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 1, 2, and 3 that the Short Form Complaint and Demand for Jury Trial on behalf of Cheryl Tzirel Frankel individually and o/b/o of the Estate of Millicent Chira was filed on October 5, 2018, in Case No. 3:18-cv-14684.

Respectfully Submitted by,

By: /s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No. 091210
Rodal Law, P.A.
*Attorney for Plaintiff*
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
chezky@Rodallaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No. 091210
Rodal Law, P.A.
*Attorney for Plaintiff*
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
chezky@Rodallaw.com