## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Natalie Rush, personal representative for the estate of Margie Brutton, v. Johnson & Johnson, et al.*<br><br>**Case Number:**       18-cv-14738 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Natalie Rush, personal representative for the estate of Margie Brutton.

This 8th day of October, 2018.

                                            Respectfully submitted,
                                            /s/ Christine Brandt
                                            Christine M. Brandt, AL Bar #ASB-3949-N70C
                                            Richard L. Root
                                            Morris Bart, LLC
                                            601 Poydras St.
                                            24th Floor New Orleans, LA 70130
                                            Phone: 504-525-8000
                                            Fax: 504-599-3392
                                            cbrandt@morrisbart.com
                                            rroot@morrisbart.com
                                            Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of October, 2018.

*/s/ Christine M. Brandt*