# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JOSEPHINE M. CROSS, <br>            Plaintiff, <br> v. <br> JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., IMERYS TALC AMERICA, INC. (IMERYS TALC) AND PERSONAL CARE PRODUCTS COUNCIL (PCPC), <br>            Defendants. | Civil Action No.: 3:18-cv14877 <br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 11, 2018 on behalf of Josephine M. Cross.

Dated: October 11, 2018            Respectfully Submitted by,

                                           */s/ Wesley A. Bowden*
                                           WESLEY A. BOWDEN
                                           Florida Bar No.: 64217
                                           LEVIN PAPANTONIO THOMAS MITCHELL
                                           RAFFERTY & PROCTOR, P.A.
                                           316 South Baylen Street, Suite 600
                                           Pensacola, FL 32502
                                           Telephone: (850) 435-7186
                                           Facsimile: (850) 436-6186
                                           Email: wbowden@levinlaw.com
                                           ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                             */s/ Wesley A. Bowden*