**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>KELLY M. STACEY, AS ADMINISTRATRIX OF THE ESTATE CATHERINE A. STACEY, DECEASED.<br><br>3:18-cv-14714 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 5, 2018 on behalf of Plaintiff, Kelly M. Stacey, as Administratrix of the Estate Catherine A. Stacey, Deceased.

Dated: October 12, 2018                              Respectfully submitted,

/s/ *Gregory Brown*
Gregory D. Brown (TX Bar No. 24078266)
gregory_brown@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel: 713-621-7944
Fax: 713-621-9638

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Gregory Brown*
GREGORY D. BROWN
