# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| SYLVIA OVERSON, <br>         Plaintiff, <br> v. <br> JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., IMERYS TALC AMERICA, INC. (IMERYS TALC) AND PERSONAL CARE PRODUCTS COUNCIL (PCPC), <br>         Defendants. | Civil Action No.:3:18-cv-14893 <br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 11, 2018 on behalf of Sylvia Overson.

Dated: <u>October 12, 2018</u>          Respectfully Submitted by,

         */s/ Wesley A. Bowden*
         WESLEY A. BOWDEN
         Florida Bar No.: 64217
         LEVIN PAPANTONIO THOMAS MITCHELL
         RAFFERTY & PROCTOR, P.A.
         316 South Baylen Street, Suite 600
         Pensacola, FL 32502
         Telephone: (850) 435-7186
         Facsimile: (850) 436-6186
         Email: wbowden@levinlaw.com
         ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*