## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rosemarie Buckley, Individually and as Next of Kin to Frances Nantista, deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-10349* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rosemarie Buckley, Individually and as Next of Kin to Frances Nantista, deceased.

This 16th day of October, 2018

                                              Respectfully submitted,

                                              ONDERLAW, LLC

                          By:    */s/ Stephanie L. Rados*
                                      James G. Onder, #38049 MO
                                      William W. Blair, #58196 MO
                                      Stephanie L. Rados, #65117 MO
                                      110 E. Lockwood, 2nd Floor
                                      St. Louis, MO 63119
                                      314-963-9000 telephone
                                      314-963-1700 facsimile
                                      onder@onderlaw.com
                                      blair@onderlaw.com
                                      rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October, 2018.

*/s/ Stephanie L. Rados*