**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Dolores Stock vs. Johnson & Johnson, et al.*<br>*Case No.:  3:18-cv-10353* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dolores Stock.

    This 16th day of October, 2018

                                                          Respectfully submitted,

                                                          ONDERLAW, LLC

                                      By:    */s/ Stephanie L. Rados*
                                                          James G. Onder, #38049 MO
                                                          William W. Blair, #58196 MO
                                                          Stephanie L. Rados, #65117 MO
                                                          110 E. Lockwood, 2nd Floor
                                                          St. Louis, MO  63119
                                                          314-963-9000 telephone
                                                          314-963-1700 facsimile
                                                          onder@onderlaw.com
                                                          blair@onderlaw.com
                                                          rados@onderlaw.com

## **Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October, 2018.

                   */s/ Stephanie L. Rados*