UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Josephine Greco vs. Johnson & Johnson, et al.*<br>Case No.: 3:18-cv-10545 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Josephine Greco.

This 16th day of October, 2018.

                                      Respectfully submitted,
                                      BERNSTEIN LIEBHARD, LLP

By:   */s/ Morris Dweck*
       Morris Dweck
       10 East 40th Street
       New York, NY 10016
       Phone: 212-779-1414
       Fax: 212-779-3218
       dweck@bernlieb.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October, 2018.

*/s/ Morris Dweck*