**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Teresa Quarles and Richard Quarles vs. Johnson & Johnson, et al.* Case No.: 3:18-cv-10682 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Teresa Quarles and Richard Quarles.

This 16th day of October, 2018.

                                                        Respectfully submitted,
                                                        BERNSTEIN
                                                        LIEBHARD, LLP

By:    */s/ Morris Dweck*
        Morris Dweck
        10 East 40th Street
        New York, NY 10016
        Phone: 212-779-1414
        Fax: 212-779-3218
        dweck@bernlieb.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October, 2018.

*/s/ Morris Dweck*
