## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Amber Bowland vs. Johnson & Johnson, et al.*
*Case No.:  3:18-cv-12009*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Amber Bowland.

This 16th day of October, 2018.

Respectfully submitted,
BERNSTEIN
LIEBHARD, LLP

By:    */s/ Morris Dweck*
Morris Dweck
10 East 40th Street
New York, NY 10016
Phone: 212-779-1414
Fax: 212-779-3218
dweck@bernlieb.com

00491898;V1

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th  day of October, 2018.

*/s/ Morris Dweck*

00491898;V1