Edlund, Gallalgher, Haslam, McCall, Wolf &
Wooten, PLLC
4144 N. Central Expressway, Suite 910
Dallas, TX 75204
972-665-9600
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Janet Leigh Bagwell v. Johnson & Johnson, et al.*, 3:18-cv-14988 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 15, 2018, on behalf of Plaintiff Janet Leigh Bagwell.

Dated: October 16, 2018.

        Respectfully Submitted by,

        /s/ Victor L. McCall
        Victor L. McCall
        Edlund, Gallagher, Haslam, McCall, Wolf
        & Wooten, PLLC
        4144 North Central Expressway, Suite 910
        Dallas, Texas 75204
        972-665-9600  Telephone
        214-736-2960  Facsimile
        victor@atwoodmccall.com
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Victor L. McCall
Victor L. McCall
Edlund, Gallagher, Haslam, McCall, Wolf, & Wooten, PLLC
4144 North Central Expressway, Suite 910
Dallas, Texas 75202
972-665-9600  Telephone
214-736-2960  Facsimile
victor@atwoodmccall.com

Counsel for Plaintiff