### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  _____ | CASE NO. 3:16-md-2738 MDL. NO. 2738 (FLW)(LHG) Civil Action No. 3:18-cv-11241 |

*This document refers to:*

Shirley A. Ateek, individually
v.
Johnson & Johnson, et al     Case No. 3:18-cv-11241

### NOTICE OF FILING SHORT FORM COMPLAINT

NOTICE is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on **October 18, 2018** on behalf of Plaintiff, Shirley A. Ateek.

Dated:  ___**October 18, 2018** _____.

    Respectfully submitted by:

    **DOROTHY V. MAIER, PA**
    Counsel for Plaintiff, Shirley A. Ateek
    435 South Ridgewood Avenue, Suite 109,
    Daytona Beach, FL 32114
    Tel:  386-761-0951  Fax: 386-682-3823
    dorothymaier2013@gmail.com

    By*:     /s/  Dorothy V. Maier*
    _____
    Dorothy V. Maier, Esq.

## **CERTIFIFCATE OF SERVICE**

I HEREBY CERTIFY that on ____**October 18, 2018**____ a copy of the foregoing NOTICE OF FILING was filed electronically through the Court CM/ECF electronic filing system.   Notice of this filing has been sent via U. S. Mail, certified return receipt to all parties entitled to service pursuant to the Court's First Amended Case Management Order No. 3 dated October 12, 2018.

                By**:**   */s/  **Dorothy V. Maier***
                _____
                Dorothy V. Maier, Esq.