**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 3:16-md-2738 MDL. NO. 2738 (FLW)(LHG) Civil Action No. 3:18-cv-11241 |

_____

*This document refers to:*

Shirley A. Ateek, individually
v.
Johnson & Johnson, et al

Case No. 3:18-cv-11241

_____

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on October 18, 2018 , pursuant to First Amended Case Management Order No.3 dated October 12, 2018, I served Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc. and Imerys Talc America, Inc. in the above-captioned matter with the Civil Cover Sheet, Summons, Short Form Complaint, and Jury Demand via first class certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and MDLImerysComplaints@gordonrees.com and talccomplaints@coughlinduffy.com respectively. I further certify that the Notice of Filing of the Short Form Complaint and a copy of the Short Form Complaint in the above-captioned matter were emailed to counsel for Defendant Imerys Talc America, Inc. at and MDLImerysComplaints@gordonrees.com . This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system

which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

        Respectfully submitted,

        **DOROTHY V. MAIER, PA**
        Attorney for Plaintiff, Shirley A. Ateek
        435 South Ridgewood Avenue
        Suite 101
        386-761-0951
        Fax  386-682-3823
        dorothymaier2013@gmail.com

By:    */s/ Dorothy V. Maier*
        _____
        Dorothy V. Maier, Esq.    FBN 338176