# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Thomas Maestri obo Bonnie Maestri v. Johnson & Johnson, et al.*<br><br>Case Number:       3:18-cv-15095 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Thomas Maestri, individually and on behalf of his late wife Bonnie Maestri.

This 18th day of October, 2018.

                                      Respectfully submitted,

                                      /s/ Richard L. Root
                                      Richard L. Root , LA Bar # 19988
                                      Betsy J. Barnes, LA Bar # 19473
                                      Morris Bart, LLC
                                      601 Poydras St.
                                      24th Floor New Orleans, LA 70130
                                      Phone: 504-525-8000
                                      Fax: 504-599-3392
                                      rroot@morrisbart.com
                                      bbarnes@morrisbart.com
                                      Attorneys for Plaintiff

1

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of October, 2018.

*/s/ Richard L. Root*
