UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brenda and Lewis Smith vs. Johnson & Johnson, et al.*<br>Case No.: 3:18-cv14273 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Brenda Smith and Lewis Smith.

This 19th day of October, 2018.

                                                  Respectfully submitted,

                                                  Jason C. Webster

By:    */s/* Jason C, Webster
          JASON C. WEBSTER
          Texas Bar No. 24033318
          6200 Savoy, Suite 150
          Houston, Texas 77036
          (713) 581-3900 (telephone)
          (713) 581-3907 (fax)
          filing@thewebsterlawfirm.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of October, 2018.

*/s/ Jason C. Webster*