**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Camisha Loving vs. Johnson & Johnson, et al.*
*Case No.: 3:18-cv-11966*

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Camisha Loving.

This 19th day of October, 2018

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ Stephanie L. Rados*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

## <u>Certificate of Service</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of October, 2018.

<u>/s/ Stephanie L. Rados</u>