**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*James Carr, II, Individually and As Next of Kin to Eva White, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:18-cv-11972 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, James Carr, II, Individually and As Next of Kin to Eva White, Deceased.

This 19th day of October, 2018

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

           By:    */s/ Stephanie L. Rados*
                   James G. Onder, #38049 MO
                   William W. Blair, #58196 MO
                   Stephanie L. Rados, #65117 MO
                   110 E. Lockwood, 2nd Floor
                   St. Louis, MO  63119
                   314-963-9000 telephone
                   314-963-1700 facsimile
                   onder@onderlaw.com
                   blair@onderlaw.com
                   rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of October, 2018.

                                                                            */s/ Stephanie L. Rados*