## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Donna Walker v. Johnson & Johnson, et al.*<br><br>Case Number:    3:18-cv-15154 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Donna Walker.

This 20st day of October, 2018.

                                        Respectfully submitted,
                                      /s/ Richard Root
                                      Richard Root, LA Bar #19988
                                      Betsy J. Barnes, LA Bar # 19473
                                      Morris Bart, LLC
                                      601 Poydras St.
                                      24th Floor New Orleans, LA 70130
                                      Phone: 504-525-8000
                                      Fax: 504-599-3392
                                      rroot@morrisbart.com
                                      bbarnes@morrisbart.com
                                      Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20st day of October 2018.

*/s/ Richard L. Root*