# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ERIKA VALDEZ, Plaintiff, v. JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., IMERYS TALC AMERICA, INC. (IMERYS TALC) AND PERSONAL CARE PRODUCTS COUNCIL (PCPC), Defendants. | Civil Action No.:3:18-cv-15126 DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 19, 2018 on behalf of Erika Valdez.

Dated: October 22, 2018                Respectfully Submitted by,

                                      */s/ Wesley A. Bowden*
                                      WESLEY A. BOWDEN
                                      Florida Bar No.: 64217
                                      LEVIN PAPANTONIO THOMAS MITCHELL
                                      RAFFERTY & PROCTOR, P.A.
                                      316 South Baylen Street, Suite 600
                                      Pensacola, FL 32502
                                      Telephone: (850) 435-7186
                                      Facsimile: (850) 436-6186
                                      Email: wbowden@levinlaw.com
                                      ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                              */s/ Wesley A. Bowden*