KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-MD-2738-FLW-LHG<br><br>**MDL No. 2738 (FLW) (LHG)**<br>Judge Freda L. Wolfson<br>Mag. Judge Lois H. Goodman |
| This document relates to: *Joseph Hough et al. v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-15140 | **NOTICE OF FILING SHORT FORM COMPLAINT** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on October 19, 2018 on behalf of Joseph Hough and Jonathan Hough.

DATED: October 22, 2018                                        KNAPP & ROBERTS

                                                                              /s/ Craig A. Knapp