UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>*This Document relates to:*<br>*Stantra Norman v. Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Imerys Talc America, Inc., and Personal Care Products Counsel.*<br>*DNJ 3:17-CV-02593; transferred from EDLA 2:17-CV-1967* | **MDL NO. 2738 (FLW) (LHG)**<br><br>**JUDGE FREDA L. WOLFSON**<br><br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (filing of Short Form Complaints) that a Short Form Complaint and jury demand has been filed on behalf of plaintiff, Stantra Norman.

This 23rd day of October 2018

                                          Respectfully submitted,

                                          JEANSONNE & REMONDET

                                          BY: /s/ *Michael J. Remondet*
                                          MICHAEL J. REMONDET, JR. (#21046)
                                          Post Office Box 91530
                                          Lafayette, Louisiana 70509
                                          Telephone: (337) 237-4370
                                          Facsimile: (337)235-2011
                                          ATTORNEYS FOR STANTRA NORMAN

                                          AND

          By: /s/ *Erik M. Tadda*
          ERIK M. TADDA (#21080)
          JEREMY HADER (#30536)
          4660 O'Neal Lane, Suite A
          Baton Rouge, Louisiana 70817
          Telephone: (225) 756-0007
          ATTORNEYS FOR STANTRA NORMAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was this day presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel.

Lafayette, Louisiana, this 23rd day of October 2018.

                    _____/s/Michael J. Remondet, Jr._____
                    **MICHAEL J. REMONDET, JR.**