UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Case No. 3-16-md-2738 (FLW)(LHG)<br>MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

The cases listed on the attached Exhibit A.

COMES NOW, Nicole K.H. Maldonado, Esq., the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters, that the firm address has changed. Effective October 29, 2018, the new firm address is as follows:

> Baum Hedlund Aristei & Goldman, P.C.
> 10940 Wilshire Boulevard, 17th Floor
> Los Angeles, CA 90024

The firm name, telephone number, facsimile number and email addresses remain unchanged.

Dated:  October 23, 2018          Respectfully Submitted by

                                 /s/ Nicole K.H. Maldonado
                                 Nicole K.H. Maldonado, Esq.

1

Michael L. Baum, Esq.  
Baum Hedlund Aristei & Goldman, P.C.  
12100 Wilshire Boulevard, Suite 950  
Los Angeles, CA 90025  
Tel: 310-207-3233 // Fax: 310-820-7444  
nmaldonado@baumhedlundlaw.com  
mbaum@baumhedlundlaw.com  
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com

# **EXHIBIT A**

| | | |
|---|---|---|
| Alcala, Ralph A, et al. | USDC NJ | 3:17-cv-11166 |
| Baize, Sheila | USDC NJ | 3:17-cv-10647 |
| Bandilli, Feliks, et al. | USDC NJ | 1:18-cv-00037 |
| Barborka, Bernita, et al. | USDC NJ | 3:17-cv-11168 |
| Bolton, Keith A. | USDC NJ | 3:18-cv-13354 |
| Boyce, Brian P., et al. | USDC NJ | 3:18-cv-08613 |
| Brown, Stacy L., et al. | USDC NJ | 3:18-cv-10902 |
| Burkeen, Karen E., et al. | USDC NJ | 3:17-cv-05642 |
| Cabral, Mark A., et al. | USDC NJ | 3:17-cv-07619 |
| Carper, Wendy J., et al. | USDC NJ | 3:17-cv-12998 |
| Clark, Steven, et al. | USDC NJ | 3:18-cv-08870 |
| Crespo, Sandra M., et al. | USDC NJ | 3:17-cv-11174 |
| Davis, William L., et al. | USDC NJ | 3:17-cv-09411 |
| Deary, Penny M. | USDC NJ | 3:18-cv-02814 |
| DiCataldo, Jeshiva, et al. | USDC NJ | 3:18-cv-02817 |
| Doak, Janice M., et al. | USDC NJ | 3:18-cv-09814 |
| Flick, Robert Paul, et al. | USDC NJ | 3:18-cv-12023 |
| Footman, Joshua Nathaniel, et al. | USDC NJ | 3:18-cv-06292 |
| Genthert, Linda, et al. | USDC NJ | 3:18-cv-07976 |
| Gentner, Scott, et al. | USDC NJ | 3:18-cv-07975 |
| Gephardt, David, et al. | USDC NJ | 3:18-cv-02811 |
| Godfrey, Gail, et al. | USDC NJ | 3:18-cv-13020 |
| Gomez, Angelita, et al. | USDC NJ | 3:17-cv-07175 |
| Green, Gary L., et al. | USDC NJ | 3:18-cv-11990 |
| Hatton, Carol A., et al. | USDC NJ | 3:18-cv-02812 |
| Haynes, Debra M., et al. | USDC NJ | 3:17-cv-11158 |
| Hennemann, Nimrod Alfredo Jr., et al. | USDC NJ | 3:18-cv-11594 |
| Hoover, JoEllen, et al. | USDC NJ | 3:17-cv-11165 |
| Hudson, Karen, et al. | USDC NJ | 3:18-cv-01409 |
| Johnson, Jennifer, et al. | USDC NJ | 3:18-cv-10776 |
| Lester, Ellen, et al. | USDC NJ | 3:18-cv-09874 |
| Loomis, James C., et al. | USDC NJ | 3:17-cv-04636 |
| Martinez, Charlotte, et al. | USDC NJ | 3:18-cv-09984 |
| Mercurio, Joseph R., et al. | USDC NJ | 3:18-cv-03937 |
| Moak, Barbara J., et al. | USDC NJ | 3:17-cv-06450 |

| | | |
|---|---|---|
| Murray, LaVert A., Sr., et al. | USDC NJ | 3:18-cv-13303 |
| Nagel, Kathleen M., et al. | USDC NJ | 3:17-cv-09396 |
| Neel, Saminatha, et al. | USDC NJ | 3:18-cv-01410 |
| Pastor, E. William, et al. | USDC NJ | 3:18-cv-09227 |
| Peters, Robyn, et al. | USDC NJ | 3:18-cv-02804 |
| Pruiett, Juanita, et al. | USDC NJ | 3:17-cv-11167 |
| Redondo, Julia, et al. | USDC NJ | 3:17-cv-06536 |
| Renda, Shannon M., et al. | USDC NJ | 3:18-cv-13376 |
| Reyes, Gregorio, et al. | USDC NJ | 3:18-cv-11473 |
| Rico, Amy M., et al. | USDC NJ | 3:17-cv-11342 |
| Ritchie, Judy A., et al. | USDC NJ | 3:17-cv-05771 |
| Roybal, Victoria J. | USDC NJ | 3:18-cv-14320 |
| Scharp, Leah, et al. | USDC NJ | 3:18-cv-02806 |
| Schnapp, Travis, et al. | USDC NJ | 3:18-cv-10083 |
| Sieja, Andrew M., et al. | USDC NJ | 3:17-cv-07032 |
| Sing, Lana M. | USDC NJ | 3:17-cv-04878 |
| Smith, Franklin A., et al. | USDC NJ | 3:18-cv-05098 |
| Wallace, Jennifer, et al. | USDC NJ | 3:18-cv-09861 |
| Wiley, Christin, et al. | USDC NJ | 3:17-cv-04879 |
| Wojta, Pamela L. | USDC NJ | 3:18-cv-08610 |
| Wright, Win J., et al. | USDC NJ | 3:17-cv-06534 |