UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>LEANNA PRUITT,<br><br>     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., IMERYS TALC AMERICA, INC. (IMERYS TALC) AND PERSONAL CARE PRODUCTS COUNCIL (PCPC),<br><br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-15202<br>DIRECT FILED ACTION |

**NOTICE OF FILING**

  Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 23, 2018 on behalf of LeAnna Pruitt.

Dated: October 23, 2018        Respectfully Submitted by,

                    */s/ Wesley A. Bowden*
                  WESLEY A. BOWDEN
                  Florida Bar No.: 64217
                  LEVIN PAPANTONIO THOMAS MITCHELL
                  RAFFERTY & PROCTOR, P.A.
                  316 South Baylen Street, Suite 600
                  Pensacola, FL 32502
                  Telephone: (850) 435-7186
                  Facsimile: (850) 436-6186
                  Email: wbowden@levinlaw.com
                  ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                           */s/ Wesley A. Bowden*