UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MICHAEL S. MURDOCK obo SANDRA K. MURDOCK, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No.: 3:18-cv-15277 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 24, 2018 on behalf of Plaintiff, Michael S. Murdock obo Sandra K. Murdock, Deceased.

Dated: 10/25/2018

Respectfully Submitted by,

/s/ Diane K. Watkins
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Diane K. Watkins MO# 57238
dwatkins@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 25, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins
