UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| LINDA KOENIG, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., <br><br> Defendants. | COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 1:18-cv-15314 <br><br> DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on October 25, 2018 on behalf of Plaintiff, Linda Koenig.

Dated:   10/25/2018

                                            Respectfully submitted,

                                            */s/ Eric D. Pearson*
                                            Eric D. Pearson
                                            Texas State Bar No. 15690472
                                            eric@hop-law.com
                                            HEYGOOD, ORR & PEARSON
                                            6363 North State Hwy 161, Suite 450
                                            Irving, Texas 75038
                                            (214) 237-9001 Telephone
                                            (214) 237-9002 Facsimile

                                            **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                     **/s/   Eric D. Pearson**
                                                    Eric D. Pearson

                                                   ATTORNEY FOR PLAINTIFF