UNITED STATES DISTRICT COURT
DISTICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG |
| *This document relates to:* *Sandra Kay McCoy and Ernie McCoy* | |
| 3:18-cv-00235 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Ernie McCoy, Traci Rainey and Christi McCoy, Successors in Interest on Behalf of the Estate of Sandra McCoy.

This the 25th day of October, 2018.

                      Respectfully submitted,

                      */s/ Casey L. Lott*
                      Casey L. Lott (MBN 101766)
                      Attorney for Plaintiffs

**LANGSTON & LOTT, PLLC**
100 South Main Street
Post Office Box 382
Booneville, MS  38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
clott@langstonlott.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2018, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Casey L. Lott*
Casey L. Lott, MBN 101766
Langston & Lott, PLLC
100 South Main Street
Post Office Box 382
Booneville, MS  38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
clott@langstonlott.com