## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| LILLIE MOORE,<br><br>                              Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                            Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: <u>3:18-cv-15436</u><br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

      Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on October 30, 2018 on behalf of Plaintiff, Lillie Moore.

Dated:   October 30, 2018

                                                  Respectfully submitted,

                                                  <u>*/s/ Eric D. Pearson*</u>
                                                  Eric D. Pearson
                                                  Texas State Bar No. 15690472
                                                  eric@hop-law.com
                                                  HEYGOOD, ORR & PEARSON
                                                  6363 North State Hwy 161, Suite 450
                                                  Irving, Texas 75038
                                                  (214) 237-9001 Telephone
                                                  (214) 237-9002 Facsimile

                                                  **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                  **/s/ Eric D. Pearson**
                                                  Eric D. Pearson

                                                  ATTORNEY FOR PLAINTIFF