UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Iva Pfeifer <br><br> 3:18-cv-15412 | **MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 29, 2018 on behalf of Plaintiff Iva Pfeifer, an individual.

Dated: October 30, 2018

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 30, 2018                      /s/ Michael Akselrud
                                                    Michael Akselrud
                                                    The Lanier Law Firm, PC
                                                    21550 Oxnard St., 3rd Fl
                                                    Woodland Hills, CA 91367
                                                    (310) 277-5100
                                                    Counsel for Plaintiff(s)