UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>BRANDON WILSON, Individually as surviving son of PHYLLIS WILSON and KRISTI COLEMAN, Individually as surviving daughter of PHYLLIS WILSON<br><br>3:18-cv-15470-FLW-LHG | 3:16-md-02738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint with Jury Demand was filed on October 31, 2018, on behalf of Plaintiffs Brandon Wilson, Individually as surviving son of Phyllis Wilson, and Kristi Coleman, Individually as surviving daughter of Phyllis Wilson.

Dated: October 31, 2018

                                                                                    Respectfully submitted,

                                                                                   */s/ Gregory Brown*
                                                                                   Gregory D. Brown (TX Bar No. 24078266)
                                                                                   gregory_brown@fleming-law.com
                                                                                  Rand P. Nolen (TX Bar No. 00788126)
                                                                                  rand_nolen@fleming-law.com
                                                                                  Fleming, Nolen & Jez, L.L.P.
                                                                                  2800 Post Oak Blvd., Suite 4000
                                                                                  Houston, Texas 77056-6109
                                                                                  Tel:  713-621-7944
                                                                                  Fax: 713-621-9638

                                                                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Gregory Brown
Gregory D. Brown (TX Bar No. 24078266)
gregory_brown@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel: 713-621-7944
Fax: 713-621-9638

*Attorneys for Plaintiffs*