**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Setser v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- STARLA SETSER; 3:18-cv-15426

This 1st day of November 2018.

                                                                    Respectfully submitted by,

                                                                    s/ D. Todd Mathews
                                                                    D. Todd Mathews, #52502 (MO)
                                                                    Gori Julian & Associates, P.C.
                                                                    156 N. Main Street
                                                                    Edwardsville, IL 62025
                                                                    (618) 659-9833 – Telephone
                                                                    (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of November 2018.

<i>/s/ D. Todd Mathews</i><br>
D. Todd Mathews