# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Donna Amrine<br><br>v.<br><br>Johnson & Johnson, et. al. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-15373 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 26, 2018 on behalf of the Plaintiff listed in the above captioned matter.

Dated: November 1, 2018

Respectfully Submitted by,

/s/ Peter A. Miller
MILLER DELLAFERA PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

**Counsel for Plaintiff(s)**

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of November 2018.

                */s/ Peter A. Miller*
                Peter A. Miller