UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br><u>Carlton Bell Jr., individually, and as the representative of the Estate of Winnette Bell, deceased,</u><br>　　　　　　　　　Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>　　　　　　　　　Defendants. | **MDL No. 2738 (FLW) (LHG)**<br>**Civil No. 3:16-md-2738-FLW-LHG**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:18-cv-15520 |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 31, 2018 on behalf of the Plaintiff(s) listed in the above captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　<u>/s/ Randi Kassan</u>
　　　　　　　　　　　　　　　　　　　SANDERS PHILLIPS GROSSMAN, LLC
　　　　　　　　　　　　　　　　　　　Randi A. Kassan, Esq.
　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　Tel: (516) 741-5600
　　　　　　　　　　　　　　　　　　　Fax: (516) 741-0128
　　　　　　　　　　　　　　　　　　　rkassan@thesandersfirm.com

　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff**