UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ESTER GARCIA,<br><br>                Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-15527 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 31, 2018 on behalf of Plaintiff, Ester Garcia.

Dated: 11/1/2018

Respectfully Submitted by,

    */s/ Diane K. Watkins*
    Thomas P. Cartmell MO# 45366
    tcartmell@wcllp.com
    Diane K. Watkins MO# 57238
    dwatkins@wcllp.com
    Wagstaff & Cartmell, LLP
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
    (816) 701-1100
    FAX (816) 531-2372

    **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on November 1, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins