**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*David Roy individually and OBO Francis Roy v. Johnson & Johnson, et al.*<br><br>Case Number:  3:18-cv-15650 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed by Plaintiff David Roy individually and on behalf of his late wife Francis Roy .

This 3rd day of November, 2018.

                                                Respectfully submitted,
                                                /s/ Richard Root
                                                Richard Root, LA Bar #19988
                                                Betsy J. Barnes, LA Bar # 19473
                                                Morris Bart, LLC
                                                601 Poydras St.
                                                24th Floor New Orleans, LA 70130
                                                Phone: 504-525-8000
                                                Fax: 504-599-3392
                                                rroot@morrisbart.com
                                                bbarnes@morrisbart.com
                                                Attorneys for Plaintiff

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23st day of October 2018.

                                              */s/ Richard L. Root*