## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Myrtle Anderson vs. Johnson & Johnson, et al.*<br>Case No.:  3:18-cv-11591 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Myrtle Anderson.

This 5th day of November, 2018.

                              Respectfully submitted,

                              BERNSTEIN

                              LIEBHARD LLP

By:    */s/ Morris Dweck*
          Morris Dweck, Esq.
          10 East 40th Street, 28th
          Floor, New York, NY 10016
          Tel: 212-779-1414
          Fax: 212-779-3218
          dweck@bernlieb.com
          dburke@bernlieb.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of November, 2018.

*/s/ Morris Dweck*