**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Shirley Williams and Barbara England v. Johnson & Johnson, et al.* Case No.: 3:18-cv-12079 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Shirley Williams and Barbara England.

This 5th day of November, 2018.

                                              Respectfully submitted,
                                              BERNSTEIN LIEBHARD, LLP

By:   */s/ Morris Dweck*
        Morris Dweck
        10 East 40th Street
        New York, NY 10016
        Phone: 212-779-1414
        Fax: 212-779-3218
        dweck@bernlieb.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October, 2018.

/s/ Morris Dweck