## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Mildred Cole v. Johnson & Johnson*<br>*Case No. 3:18-cv-15585* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 1, 2018, on behalf of Plaintiff Mildred Cole.

DATED: November 6, 2018                    GIRARDI | KEESE

                                                                 */s/ Keith D. Griffin*
                                                                Keith D. Griffin
                                                                kgriffin@girardikeese.com
                                                                David N. Bigelow
                                                                dbigelow@girardikeese.com
                                                                1126 Wilshire Boulevard
                                                                Los Angeles, California 90017-1904
                                                                Telephone: (213) 977-0211
                                                                Facsimile: (213) 481-1554
                                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 6, 2018                    GIRARDI | KEESE

                                           */s/ Keith D. Griffin*
                                           Keith D. Griffin