# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**CASE MANAGEMENT ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party; and for the reasons set forth in the accompanying letter opinion; and for good cause shown,

**IT IS** on this ____ day of _____ 2018 hereby:

**ORDERED** as follows:

1.　Imerys' request to retrieve the documents in dispute is GRANTED.

DATED: November 6, 2018            s/Joel A. Pisano_____
　　　　　　　　　　　　　　　　　　Joel A. Pisano, U.S.D.J. (Ret.)
　　　　　　　　　　　　　　　　　　Special Master