**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCT LIABILTY LITIGATION<br><br>*THIS DOCUMENT RELATES TO CASE:*<br>*Flores et al v. Johnson & Johnson et al*<br>*Case Number - 3:18-CV-00808* | CIVIL NO.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand was filed today November 6, 2018, on behalf of Plaintiff Arisel Aponte.

**CARAZO QUETGLAS LAW OFFICES**
**PMB 133**
**Ave. Esmeralda #53 Ste. 2**
**GUAYNABO, PR 00969-4461**
**TEL (787) 707-0588/ FAX (787) 707-0595**
E mail: jorge@jctuayudalegal.com

**s/JORGE CARAZO-QUETGLAS**
**Jorge Carazo-Quetglas**
**USDC-PR:         201305**

**CERTIFICATE OF SERVICE:** On this date November 6, 2018, the foregoing document was electronically filed in this case with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the attorneys of record by operation of the Court's CM/ECF system.

**CARAZO QUETGLAS LAW OFFICES**
**PMB 133**
**Ave. Esmeralda #53 Ste. 2**
**GUAYNABO, PR 00969-4461**
**TEL (787) 707-0588/ FAX (787) 707-0595**
E mail: jorge@jctuayudalegal.com

**s/JORGE CARAZO-QUETGLAS**
**Jorge Carazo-Quetglas**
**USDC-PR:         201305**