## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| CAROLYN SUE MILTON, et al., | |
| Plaintiff, | Civil Action No.:3:18-cv-15740 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, et al. | |
| Defendants. | |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on November 6, 2018 on behalf of Carolyn Sue Milton, individually and as Personal Representative of the Estate of Betty Faye Milton.

Dated: November 7, 2018              Respectfully Submitted by,

 /s/ Wesley A. Bowden
WESLEY A. BOWDEN
Florida Bar No.: 64217
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7186
Facsimile: (850) 436-6186
Email: wbowden@levinlaw.com
ATTORNEY FOR THE PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Wesley A. Bowden