# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| CHRISTINE M. KAISER, et al., | |
| Plaintiff, | Civil Action No.:3:18-cv-15741 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, et al. | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on November 6, 2018 on behalf of Christine M. Kaiser and Jeffrey J. Kaiser.

Dated: <u>November 7, 2018</u>                    Respectfully Submitted by,

                                                 <u>/s/ Wesley A. Bowden</u>
                                                 WESLEY A. BOWDEN
                                                 Florida Bar No.: 64217
                                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                                 RAFFERTY & PROCTOR, P.A.
                                                 316 South Baylen Street, Suite 600
                                                 Pensacola, FL 32502
                                                 Telephone: (850) 435-7186
                                                 Facsimile: (850) 436-6186
                                                 Email: wbowden@levinlaw.com
                                                 ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that on November 7, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                                         */s/ Wesley A. Bowden*