## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>,<br><br>                        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                        Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: <u>3:18-cv-15864</u><br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on November 5, 2018 on behalf of Plaintiff, Rene Rubenacker.

Dated:  November 8, 2018

                                             Respectfully submitted,

                                             <u>*/s/ Eric D. Pearson*</u>
                                             Eric D. Pearson
                                             Texas State Bar No. 15690472
                                             eric@hop-law.com
                                             HEYGOOD, ORR & PEARSON
                                             6363 North State Hwy 161, Suite 450
                                             Irving, Texas 75038
                                             (214) 237-9001 Telephone
                                             (214) 237-9002 Facsimile

                                             **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                         **/s/  Eric D. Pearson**
                                         Eric D. Pearson

                                         ATTORNEY FOR PLAINTIFF