UNITED STATES DISTRICT COURT
DISTRICT OF  NEW JERSEY

**IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION**

**3:16-md-02738 (FLW) (LHG)**

*This document relates to:*
*Sherri Gray,*

3:18-cv-13614

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3

(Filing of Short Form Complaints) that the Short Form Complaint with Jury

Demand was filed on September 6, 2018 on behalf of Plaintiff Sherri Gray.

Dated: November 8, 2018

Respectfully submitted,

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
4925 Greenville Ave., Ste 715
Dallas, TX 75206
mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
4925 Greenville Ave., Ste 715
Dallas, TX 75206
mccarley@fnlawfirm.com