UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Gloria Vargas,*<br><br>3:18-cv-13616 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 6, 2018 on behalf of Plaintiff Gloria Vargas.

Dated: November 8, 2018

                                              Respectfully submitted,

                                              /s/ *Matthew R. McCarley*

                                              Matthew R. McCarley
                                              Texas Bar No. 24041426
                                              **FEARS NACHAWATI, PLLC**
                                              4925 Greenville Ave., Ste 715
                                              Dallas, TX 75206
                                              mccarley@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
4925 Greenville Ave., Ste 715
Dallas, TX 75206
mccarley@fnlawfirm.com