UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Terri Boswell, Case No. 3:18-cv-15331* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 25, 2018, on behalf of Plaintiff Terri Boswell.

Dated: November 9, 2018                    Respectfully Submitted by,

                             /s/ Jennell K. Shannon
                            _____

                            Jennell K. Shannon, Esq.
                            MN Bar No. 398672
                            Michael K. Johnson, Esq.
                            MN Bar No. 258696
                            Stacy Hauer, Esq.
                            MN Bar No. 317093
                            **JOHNSON BECKER, PLLC**
                            444 Cedar Street, Suite 1800
                            St. Paul, MN 55101
                            Phone: 612-436-1800
                            Fax: 612-436-1801
                            Email: mjohnson@johnsonbecker.com
                            Email: shauer@johnsonbecker.com
                            Email: jshannon@johnsonbecker.com

                            ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Jennell K. Shannon

Jennell K. Shannon, Esq. (MN Bar No. 398672)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: jshannon@johnsonbecker.com