## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Maureen Henry v. Johnson & Johnson*<br>*Case No. 3:18-cv-15820* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 7, 2018, on behalf of Plaintiff Maureen Henry.

DATED: November 9, 2018                    GIRARDI | KEESE

*/s/ Keith D. Griffin*
Keith D. Griffin
kgriffin@girardikeese.com
David N. Bigelow
dbigelow@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 9, 2018                    GIRARDI | KEESE


                                           */s/ Keith D. Griffin*
                                           Keith D. Griffin