UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Dorothy Dennis  v. Johnson & Johnson, et al.*

Case Number:        3:18-cv-15975

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Arzetta Hollman.

This 10th day of November, 2018.

Respectfully submitted,
/s/ Richard Root
Richard Root, LA Bar #19988
Betsy J. Barnes, LA Bar # 19473
Morris Bart, LLC
601 Poydras St.
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th$^t$ day of November 2018.

                                                    */s/ Richard L. Root*