UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Deidre Winkler individually and OBO Margaret Sullivan v. Johnson & Johnson, et al.*<br><br>**Case Number**  3:18-CV-16103 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed by Plaintiff Joseph Sonnier individually and OBO and on behalf of his late wife Shirley Sonnier.

This 13th day of November, 2018.

        Respectfully submitted,
        /s/ Richard Root
        Richard Root, LA Bar #19988
        Betsy J. Barnes, LA Bar # 19473
        Morris Bart, LLC
        601 Poydras St.
        24th Floor New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        rroot@morrisbart.com
        bbarnes@morrisbart.com
        Attorneys for Plaintiff

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th$^{st}$ day of November, 2018.

                                                */s/ Richard L. Root*