## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |
| This Document Relates to:<br>*John Folio, individually and on behalf of the Estate of Lorentina Folio*<br>3:18-cv-15593 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 1, 2018 on behalf of John Folio individually and on behalf of the Estate of Lorentina Folio.

DATED: November 14, 2018           GIRARDI | KEESE

                                              */s/ David Bigelow*
                                            David N. Bigelow
                                            dbigelow@girardikeese.com
                                            Keith D. Griffin
                                            kgriffin@girardikeese.com
                                            1126 Wilshire Boulevard
                                            Los Angeles, California 90017-1904
                                            Telephone: (213) 977-0211
                                            Facsimile:  (213) 481-1554
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 14, 2018        GIRARDI | KEESE

                                    */s/ David Bigelow*
                                    David Bigelow