UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |
| This Document Relates to:<br>*George J. Gill, individually and on behalf of the Estate of Sharon Gill*<br>3:18-cv-15594 | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 1, 2018 on behalf of George J. Gill individually and on behalf of the Estate of Sharon Gill.

DATED: November 14, 2018                    GIRARDI | KEESE

                                                                    */s/ David Bigelow*
                                                                    David N. Bigelow
                                                                    dbigelow@girardikeese.com
                                                                    Keith D. Griffin
                                                                    kgriffin@girardikeese.com
                                                                    1126 Wilshire Boulevard
                                                                    Los Angeles, California 90017-1904
                                                                    Telephone: (213) 977-0211
                                                                    Facsimile:  (213) 481-1554
                                                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 14, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 14, 2018    GIRARDI | KEESE

                 */s/ David Bigelow*
                 David Bigelow