## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of November, 2018.

*/s/ Jennifer L. Orendi*
