**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JOSEPH M. MIKLAS obo GEORGIA LEE, Deceased,<br><br>                     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>                     Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-16136 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 14, 2018 on behalf of Plaintiff, Joseph M. Miklas obo Georgia Lee.

Dated: 11/15/2018                                            Respectfully Submitted by,

>  */s/ Diane K. Watkins*
>  Thomas P. Cartmell MO# 45366
>  tcartmell@wcllp.com
>  Diane K. Watkins MO# 57238
>  dwatkins@wcllp.com
>  Wagstaff & Cartmell, LLP
>  4740 Grand Avenue, Suite 300
>  Kansas City, MO 64112
>  (816) 701-1100
>  FAX (816) 531-2372

                                                                            **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on November 15, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins