UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |
| This Document Relates to:<br>*Felecia Hill-Porter, individually and on behalf of the Estate of Dorothy Hill*<br>3:18-cv-15598 | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 1, 2018 on behalf of Felecia Hill-Porter individually and on behalf of the Estate of Dorothy Hill.

DATED: November 15, 2018                GIRARDI | KEESE

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ David Bigelow*
　　　　　　　　　　　　　　　　　　　　　　　　David N. Bigelow
　　　　　　　　　　　　　　　　　　　　　　　　dbigelow@girardikeese.com
　　　　　　　　　　　　　　　　　　　　　　　　Keith D. Griffin
　　　　　　　　　　　　　　　　　　　　　　　　kgriffin@girardikeese.com
　　　　　　　　　　　　　　　　　　　　　　　　1126 Wilshire Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017-1904
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 977-0211
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 481-1554
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 15, 2018        GIRARDI | KEESE

                                    */s/ David Bigelow*
                                    David Bigelow