UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |
| This Document Relates to: *Earl Johnson, individually and on behalf of the Estate of Clarice Johnson* 3:18-cv-15744 | |

NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 6, 2018 on behalf of Earl Johnson individually and on behalf of the Estate of Clarice Johnson.

DATED: November 15, 2018    GIRARDI | KEESE

*/s/ David Bigelow*
David N. Bigelow
dbigelow@girardikeese.com
Keith D. Griffin
kgriffin@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: (213) 977-0211
Facsimile:  (213) 481-1554
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 15, 2018        GIRARDI | KEESE

                                            */s/ David Bigelow*
                                        David Bigelow