**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>KANDIS HURLEY, individually and as Personal Representative of the Estate of SYLVIA ANN CHAMBERS v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-15805 | Civil Action No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on November 7, 2018 on behalf of Plaintiff, KANDIS HURLEY, individually and as Personal Representative of the Estate of SYLVIA ANN CHAMBERS.

Dated:  November 15, 2018          Respectfully submitted,

*s/ Chad E. Ihrig*
Chad E. Ihrig, TX Bar No. 24084373
D. Neil Smith, TX Bar No. 00797450
Christopher R. Johnson, TX Bar No. 24048120
**NIX PATTERSON, L.L.P.**
3600 N. Capital of Texas Hwy.
Suite B350
Austin, TX 78746
Telephone: (512) 328-5333
cihrig@nixlaw.com
dneilsmith@nixlaw.com
cjohnson@nixlaw.com

>Jeffrey S. Gibson (22362-49)
>Gregory L. Laker (10322-49)
>Jonathan A. Knoll (29324-49)
>**COHEN & MALAD, LLP**
>One Indiana Square, Suite 1400
>Indianapolis, Indiana 46204
>Telephone: (317) 636-6481
>Facsimile: (317) 636-2593
>jgibson@cohenandmalad.com
>glaker@cohenandmalad.com
>jknoll@cohenandmalad.com
>
>ATTORNEYS FOR KANDIS HURLEY, individually and as Personal Representative of the Estate of SYLVIA ANN CHAMBERS

## CERTICATE OF SERVICE

      I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court' electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                      */s/ Chad E. Ihrig*
                                      Chad E. Ihrig
                                      **NIX, PATTERSON, L.L.P.**