UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Candice Jenkins v. Johnson & Johnson*<br>Case No. 3:18-cv-15825 | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 7, 2018, on behalf of Plaintiff Candice Jenkins.

DATED: November 15, 2018              GIRARDI | KEESE


                                      */s/ Keith D. Griffin*
                                      Keith D. Griffin
                                      kgriffin@girardikeese.com
                                      David N. Bigelow
                                      dbigelow@girardikeese.com
                                      1126 Wilshire Boulevard
                                      Los Angeles, California 90017-1904
                                      Telephone: (213) 977-0211
                                      Facsimile: (213) 481-1554
                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 15, 2018    GIRARDI | KEESE

                   */s/ Keith D. Griffin*
                   Keith D. Griffin