UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>JANICE M. DOAK, Individually;<br>Spouse WILLIAM DOAK, Individually. | Case NO. 3:16-md-2738<br>MDL No. 2738 (FLW) (LHG)<br>Civil Action No. 3:18-cv-09814 |

**PLAINTIFFS JANICE M. DOAK AND WILLIAM DOAK'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL**

**COME NOW** Plaintiffs, **JANICE M. DOAK** and **WILLIAM DOAK**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby gives notice of their voluntary dismissal without prejudice of Defendant PERSONAL CARE PRODUCTS COUNCIL ("PCPC"). Plaintiffs filed their Complaint in the U.S. District Court for the District of New Jersey on May 29, 2018. Defendant PCPC has not filed a response to the Complaint. **This case shall continue as to the other defendants**.

Dated:  November 15, 2018          Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.

1

10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233
Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 15, 2018, a copy of the foregoing Notice of Voluntary Dismissal as to Personal Care Product Council only was served via the Court's CM/ECF system.

             /s/ Nicole K.H. Maldonado
             Nicole K.H. Maldonado, Esq.