## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Diane Lee v. Johnson & Johnson*<br>*Case No. 3:18-cv-15849* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 7, 2018, on behalf of Plaintiff Diane Lee.

DATED: November 15, 2018          GIRARDI | KEESE

　　　　　　　　　　　　　　　　　　*/s/ Keith D. Griffin*
　　　　　　　　　　　　　　　　　Keith D. Griffin
　　　　　　　　　　　　　　　　　kgriffin@girardikeese.com
　　　　　　　　　　　　　　　　　David N. Bigelow
　　　　　　　　　　　　　　　　　dbigelow@girardikeese.com
　　　　　　　　　　　　　　　　　1126 Wilshire Boulevard
　　　　　　　　　　　　　　　　　Los Angeles, California 90017-1904
　　　　　　　　　　　　　　　　　Telephone: (213) 977-0211
　　　　　　　　　　　　　　　　　Facsimile:  (213) 481-1554
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 15, 2018          GIRARDI | KEESE

                                                  */s/ Keith D. Griffin*
                                                 Keith D. Griffin