# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |
| This Document Relates to:<br>*Victor Owens, individually and on behalf of the Estate of Margaret Owens*<br>3:18-cv-15747 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 6, 2018 on behalf of Victor Owens individually and on behalf of the Estate of Margaret Owens.

DATED: November 15, 2018              GIRARDI | KEESE


                                      */s/ David Bigelow*
                                      David N. Bigelow
                                      dbigelow@girardikeese.com
                                      Keith D. Griffin
                                      kgriffin@girardikeese.com
                                      1126 Wilshire Boulevard
                                      Los Angeles, California 90017-1904
                                      Telephone: (213) 977-0211
                                      Facsimile:  (213) 481-1554
                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 15, 2018        GIRARDI | KEESE

                                          */s/ David Bigelow*
                                          David Bigelow