## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |
| This Document Relates to:<br>*Gervaise Maynard-Schoobaar  v. Johnson & Johnson*<br>*Case No. 3:18-cv-15881* | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 8, 2018, on behalf of Plaintiff Gervaise Maynard-Schoobaar.

DATED: November 15, 2018              GIRARDI | KEESE

                           */s/ Keith D. Griffin*
                           Keith D. Griffin
                           kgriffin@girardikeese.com
                           David N. Bigelow
                           dbigelow@girardikeese.com
                           1126 Wilshire Boulevard
                           Los Angeles, California 90017-1904
                           Telephone: (213) 977-0211
                           Facsimile:  (213) 481-1554
                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 15, 2018                    GIRARDI | KEESE

                                            */s/ Keith D. Griffin*
                                            Keith D. Griffin