# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br><br>This Document Relates to:<br>*DeeAnn Johnson, individually and on behalf of the Estate of Annabelle Powell*<br>*3:18-cv-15749* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 6, 2018 on behalf of DeeAnn Johnson individually and on behalf of the Estate of Annabelle Powell.

DATED: November 15, 2018          GIRARDI | KEESE


                                          */s/ David Bigelow*
                                          David N. Bigelow
                                          dbigelow@girardikeese.com
                                          Keith D. Griffin
                                          kgriffin@girardikeese.com
                                          1126 Wilshire Boulevard
                                          Los Angeles, California 90017-1904
                                          Telephone: (213) 977-0211
                                          Facsimile:  (213) 481-1554
                                          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, a copy of the foregoing NOTICE OF

FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing

system. Notice of this filing will be sent by operation of the Court's electronic filing system to all

parties indicated on the electronic filing receipt. Parties may access this filing through the

Court's system.

DATED: November 15, 2018                    GIRARDI | KEESE


                                            _____*/s/ David Bigelow*_____
                                            David Bigelow