# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |
| This Document Relates to:<br>*Ronald Sims, individually and on behalf of the Estate of Barbara Sims*<br>3:18-cv-15755 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 6, 2018 on behalf of Ronald Sims individually and on behalf of the Estate of Barbara Sims.

DATED: November 16, 2018         GIRARDI | KEESE

                                 */s/ David Bigelow*
                                 David N. Bigelow
                                 dbigelow@girardikeese.com
                                 Keith D. Griffin
                                 kgriffin@girardikeese.com
                                 1126 Wilshire Boulevard
                                 Los Angeles, California 90017-1904
                                 Telephone: (213) 977-0211
                                 Facsimile: (213) 481-1554
                                 *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 16, 2018                    GIRARDI | KEESE

                                                             */s/ David Bigelow*
                                                             David Bigelow