UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| BRITT J.M. VITOLS, | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No.: 3:18-cv-16225 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on November 16, 2018 on behalf of Plaintiff, Britt J.M. Vitols.

Dated: November 16, 2018

        Respectfully submitted,

        */s/ Eric D. Pearson*
        Eric D. Pearson
        Texas State Bar No. 15690472
        eric@hop-law.com
        HEYGOOD, ORR & PEARSON
        6363 North State Hwy 161, Suite 450
        Irving, Texas 75038
        (214) 237-9001 Telephone
        (214) 237-9002 Facsimile

        *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                    /s/   **Eric D. Pearson**
                                                    Eric D. Pearson

                                                  *ATTORNEY FOR PLAINTIFF*