**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Darlene Johnson vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-13526* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Darlene Johnson.

This 16th day of November 2018.

                                                                    Respectfully submitted,

                                                                   ONDERLAW, LLC

                                  By:    */s/ Stephanie L. Rados*
                                                   James G. Onder, #38049 MO
                                                   William W. Blair, #58196 MO
                                                   Stephanie L. Rados, #65117 MO
                                                   110 E. Lockwood, 2nd Floor
                                                   St. Louis, MO  63119
                                                   314-963-9000 telephone
                                                   314-963-1700 facsimile
                                                   onder@onderlaw.com
                                                   blair@onderlaw.com
                                                   rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of November 2018.

*/s/ Stephanie L. Rados*