**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Catherine Johnson v. Johnson & Johnson, et al.* Case No.: 3:18-cv-16248 | |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Catherine Johnson.

Dated: <u>November 16, 2018</u>　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　By: <u>*/s/ Stuart L. Goldenberg*</u>
　　　　　　　　　　　　　　　　　　　　　　　Stuart L. Goldenberg (MN #0158719)
　　　　　　　　　　　　　　　　　　　　　　　Noah C. Lauricella (MN #397896)
　　　　　　　　　　　　　　　　　　　　　　　**GOLDENBERGLAW, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue, Suite 2150
　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　　(612) 333-4662 (Tel)
　　　　　　　　　　　　　　　　　　　　　　　(612) 367-8107 (Fax)
　　　　　　　　　　　　　　　　　　　　　　　slgoldenberg@goldenberglaw.com
　　　　　　　　　　　　　　　　　　　　　　　nclauricella@goldenberglaw.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of November, 2018.


　　　　　　　　　　　　　　　　　　　　　　　<u>*/s/ Stuart L. Goldenberg*</u>