UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Monina Santos v. Johnson & Johnson*<br>*3:18-cv-15870* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 8, 2018, on behalf of Plaintiff Monina Santos.

DATED: November 19, 2018         GIRARDI | KEESE

                     */s/ David Bigelow*
                     David N. Bigelow
                     dbigelow@girardikeese.com
                     Keith D. Griffin
                     kgriffin@girardikeese.com
                     1126 Wilshire Boulevard
                     Los Angeles, California 90017-1904
                     Telephone: (213) 977-0211
                     Facsimile:  (213) 481-1554
                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 19, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 19, 2018    GIRARDI | KEESE

                 */s/ David Bigelow*
                 David Bigelow