UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |
| This Document Relates to:<br>*Edna Sherwood v. Johnson & Johnson*<br>*3:18-cv-15998* | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 9, 2018, on behalf of Plaintiff Edna Sherwood.

DATED: November 19, 2018                    GIRARDI | KEESE

                         */s/ David Bigelow*
                         David N. Bigelow
                         dbigelow@girardikeese.com
                         Keith D. Griffin
                         kgriffin@girardikeese.com
                         1126 Wilshire Boulevard
                         Los Angeles, California 90017-1904
                         Telephone: (213) 977-0211
                         Facsimile:  (213) 481-1554
                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: November 19, 2018                    GIRARDI | KEESE


                                            */s/ David Bigelow*
                                            David Bigelow