# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Debra Wood v. Johnson & Johnson*<br>*3:18-cv-16008* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on November 9, 2018, on behalf of Plaintiff Debra Wood.

DATED: November 19, 2018                    GIRARDI | KEESE


                                            */s/ David Bigelow*
                                            David N. Bigelow
                                            dbigelow@girardikeese.com
                                            Keith D. Griffin
                                            kgriffin@girardikeese.com
                                            1126 Wilshire Boulevard
                                            Los Angeles, California 90017-1904
                                            Telephone: (213) 977-0211
                                            Facsimile:  (213) 481-1554
                                            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, a copy of the foregoing NOTICE OF

FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing

system. Notice of this filing will be sent by operation of the Court's electronic filing system to all

parties indicated on the electronic filing receipt. Parties may access this filing through the

Court's system.

DATED: November 19, 2018                    GIRARDI | KEESE

_____*/s/ David Bigelow*_____
David Bigelow