# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2738 (FLW) (LHG)** |

*THIS DOCUMENT RELATES TO ALL CASES*

**[Proposed]**
**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiffs' Motion to Seal Exhibits to Plaintiffs' Steering Committee's Objection to the Special Master's Letter Opinion on Defendant Imerys Talc America's Clawback Request (Dkt. No. 8141) it is hereby ORDERED that the motion is GRANTED; and

IT IS ORDERED that **Exhibits 1, 2, and 3** to Plaintiffs' Objection shall be filed under seal and remain so until further order of the Court; and

IT IS FURTHER ORDERED that a redacted version of Plaintiffs' Objection shall be filed on the record via ECF and be available to the public.

_____
**USDC JUDGE**