## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of November, 2018.

                                                             */s/ Jennifer L. Orendi*