## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>*This document relates to:*<br>***The Estate of Eleanor M. Wallenberg*** | **MDL No. 2738 (FLW) (LHG)**<br><br><br>**Civil Case No.: 3:18-cv-16172** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 15, 2018, on behalf of The Estate of Eleanor M. Wallenberg. 3:18-cv-16172.

Dated: <u>November 21, 2018</u>

Respectfully Submitted:

*/s/Jessica H. Meeder*
**JESSICA H. MEEDER**
Murphy, Falcon & Murphy, P.A.
One South Street, 23rd Floor
Baltimore, MD 21202
410-951-8812
Jessica.meeder@murphyfalcon.com
***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 21st day of November 2018.

*/s/Jessica H. Meeder*

**JESSICA H. MEEDER**