UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>*This document relates to:*<br><u>***The Estate of Donna Koppelman***</u> | **MDL No. 2738 (FLW) (LHG)**<br><br><br><br><br>Civil Case No.: 3:18-cv-16077 |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 12, 2018, on behalf of The Estate of Eleanor M. Wallenberg. 3:18-cv-16077.

Dated: <u>November 21, 2018</u>

                Respectfully Submitted:

                <u>*/s/Jessica H. Meeder*</u>
                **JESSICA H. MEEDER**
                Murphy, Falcon & Murphy, P.A.
                One South Street, 23rd Floor
                Baltimore, MD 21202
                410-951-8812
                Jessica.meeder@murphyfalcon.com
                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 21st day of November 2018.

                                              */s/Jessica H. Meeder*
                                              **JESSICA H. MEEDER**