IN THE U.S. DISTRICT COURT
DISCTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | MDL No. 16-md-2738 |

**This Document Relates To:**

Ronica Duncan, Plaintiff                              Specific Case No:

v.                                                                  3:17-cv-11781-FLW-LHG

Johnson & Johnson, et al.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Eric S. Johnson of Simmons Hanly Conroy hereby withdrawals as counsel of record for Plaintiff in this action, pursuant to Local Rule 102.1.  Jennell K. Shannon of Johnson Becker, PLLC is lead counsel in this matter and remains counsel of record.

Dated:  November 26, 2018            Respectfully submitted,

                                                              */s/ Eric S. Johnson*
                                                              Eric S. Johnson, IL Bar #6301759
                                                              **SIMMONS HANLY CONROY**
                                                              One Court Street
                                                              Alton, IL 62002
                                                              (618) 259-2222 (Tel.)
                                                              (618) 259-2251 (Fax)
                                                              ejohnson@simmonsfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on November 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ Eric S. Johnson*
                                        Eric S. Johnson