**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| | COMPLAINT AND JURY DEMAND |
| GISELLE JOHNS AND WILLIAM P. JOHNS, JR., | |
| Plaintiff, | Civil Action No.: 3:18-cv-16394 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC), | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on November

21, 2018 on behalf of Giselle and Williams Johns.


Dated: November 27, 2018          Respectfully Submitted by,


                                 /s/ Wesley A. Bowden
                                 WESLEY A. BOWDEN
                                 Florida Bar No.: 64217
                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR, P.A.
                                 316 South Baylen Street, Suite 600
                                 Pensacola, FL 32502
                                 Telephone: (850) 435-7186
                                 Facsimile: (850) 436-6186
                                 Email: wbowden@levinlaw.com
                                 ATTORNEY FOR THE PLAINTIFF


1

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*