# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to*:*<br><br>*Aguilar v. Johnson & Johnson, et al.*, | **MDL No. 2738-FLW-LHG**<br><br><br><br><br><br>Case No. 3:16-cv-6608-FLQ-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on behalf of Plaintiffs, Melissa Aguilar and Fredy Aguilar.

DATED:       November 27, 2018              Respectfully submitted,

                                            By:     *s/ Matthew J. Sill*
                                            MATTHEW J. SILL (OK Bar No. 21547)
                                            SILL LAW GROUP PLLC
                                            1101 N. Broadway, Suite 102
                                            Oklahoma City, OK 73103
                                            Tel: (405) 509-6300
                                            Fax: (405) 509-6268
                                            Email:  matt@sill-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                           *s/ Matthew J. Sill*
                                           MATTHEW J. SILL