UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>WILLIAM RHODES, Individually and obo PATSY L. RHODES, Deceased,<br><br>            Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>            Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:18-cv-16427 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 26, 2018 on behalf of Plaintiff, William Rhodes, Individually and obo Patsy L. Rhodes, Deceased.

Dated: 11/27/2018                                    Respectfully Submitted by,

                                                                 */s/ Diane K. Watkins*
                                                                 Thomas P. Cartmell MO# 45366
                                                                 tcartmell@wcllp.com
                                                                 Diane K. Watkins MO# 57238
                                                                 dwatkins@wcllp.com
                                                                 Wagstaff & Cartmell, LLP
                                                                 4740 Grand Avenue, Suite 300
                                                                 Kansas City, MO 64112
                                                                 (816) 701-1100
                                                                 FAX (816) 531-2372

                                                                 **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on November 27, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins