```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                     Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.           Date: November 28, 2018
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                           CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:
See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)
Court resolved discovery scheduling issues.
In Person Status Conference set for January 24, 2019 at 10:30 A.M.
Consent order to dismiss duplicate filed cases to be filed.

Transcript of proceedings to be filed.

TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:45 A.M.                 s/Jacqueline Merrigan
TOTAL TIME: 1 hour 15 minutes              Deputy Clerk

INITIAL
STATUS/SETTLEMENT
FINAL PRETRIAL *(circled)*

DATE: 11-28-18
TIME: 10:30

CASE NAME: J&J

CIVIL ACTION NO.: 2738

## APPEARANCES

NAME: Leigh O'Dell    PSC
FIRM NAME: Beasley Allen
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw
MAILING ADDRESS:
PHONE NO.: 202 828 5376
WHOM YOU REPRESENT: Personal Care Products Council

NAME: Chris Tisi
FIRM NAME: Levin Papantonio
MAILING ADDRESS: 307 7330028
PHONE NO.:
WHOM YOU REPRESENT:

NAME: Laurence Berman
FIRM NAME: Levin Sedran Berman
MAILING ADDRESS: 510 Walnut #500 Phila PA 19106
PHONE NO.: 215-592-1521
WHOM YOU REPRESENT: PSC

| | |
|---|---|
| INITIAL | |
| STATUS/SETTLEMENT | DATE 11-28-18 |
| FINAL PRETRIAL | TIME |

CASE NAME:

CIVIL ACTION NO.: MDC 2738

## APPEARANCES

NAME: Susan Sharko / Jessica Brennan

FIRM NAME: Drinker Biddle + Reath

MAILING ADDRESS: 600 Campus Dr. Florham Park, NJ 07932

PHONE NO.: 973-549-7000

WHOM YOU REPRESENT: J+J Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Richard Bernardo, Skadden Arps

FIRM NAME:

MAILING ADDRESS:

PHONE NO.: 212-735-3453

WHOM YOU REPRESENT: J&J Defendants

---

NAME: Mark Silver — Coughlin Duffy

FIRM NAME:

MAILING ADDRESS:

PHONE NO.: 973-631-6045

WHOM YOU REPRESENT: Imerys Talc America

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Mike Klatt, Gordon & Rees

FIRM NAME:

MAILING ADDRESS:

PHONE NO.: 512 651-5125

WHOM YOU REPRESENT: Imerys Talc America Inc

INITIAL _____   DATE 11/28/18
STATUS/SETTLEMENT _____
FINAL PRETRIAL _____   TIME _____

CASE NAME: J&J

CIVIL ACTION NO.: _____

**APPEARANCES**

NAME: Michelle A. Parfitt
       Ashcraft & Gerel
FIRM NAME: _____
MAILING ADDRESS: Alexandria, VA 22046

PHONE NO.: 2055332158
WHOM YOU REPRESENT: Plaintiffs

\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*

NAME: Janet Poletto
FIRM NAME: Hardin, Kundla, McKeon & Poletto
MAILING ADDRESS: 673 Morris Ave.
Springfield NJ

PHONE NO.: (973) 315-2217
WHOM YOU REPRESENT: PTI Union
PTI Royston

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____

PHONE NO.: _____
WHOM YOU REPRESENT: _____

NAME: Caroline Tinsley
       Tucker Ellis
FIRM NAME: _____
MAILING ADDRESS: 100 S 4th
St Louis 63102
Ste 44-

PHONE NO.: _____
WHOM YOU REPRESENT: PTI Union
PTI Royston

INITIAL
STATUS/SETTLEMENT
FINAL PRETIRAL

DATE  11/28/18

CASE NAME:

TIME

CIVIL ACTION NO.:

## APPEARANCES

NAME: Daniel Lapinski
FIRM NAME: Wilentz
MAILING ADDRESS: 90 Woodbridge Ctr Dr
Woodbridge, NJ 07095

PHONE NO.: 732-855-6566
WHOM YOU REPRESENT: PSC

NAME: Alexandra Taylor
FIRM NAME: Barry McTiernan & Wedinger
MAILING ADDRESS: 10 Franklin Ave
Edison NJ 08837

PHONE NO.: 732-738-5600
WHOM YOU REPRESENT: PCPC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Patricia Casamento
FIRM NAME: Barry McTiernan & Wedinger
MAILING ADDRESS: 10 Franklin Ave
Edison NJ 08837
732-738-5600
PHONE NO.:
WHOM YOU REPRESENT: Personal Care Products Council

NAME:
FIRM NAME:
MAILING ADDRESS:

PHONE NO.:
WHOM YOU REPRESENT: