UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Cases Listed On Exhibit A, Attached Hereto | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED CASES WITH PREJUDICE** |

Plaintiffs identified on Exhibit A, attached hereto, filed multiple actions in this MDL litigation. Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that Plaintiffs' claims against Defendants are dismissed only in the "Duplicate Actions" identified in Exhibit A, with prejudice as duplicate filings. This Order shall not affect the other civil actions filed by Plaintiffs and identified as the "Surviving Actions" in Exhibit A, currently pending in MDL No. 2738 in the United States District Court for the District of New Jersey, and the dismissals are not adjudications on the merits. All parties shall bear their own costs.

This 28th day of November 2018.

#10212400.5

_____
Hon. Freda L. Wolfson, U.S.D.J.

# EXHIBIT A

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Barshay, Leena | 3:17-cv-02509 | Ashcraft & Gerel LLP |
| Becker, Molly | 3:17-cv-05844 | Motley Rice LLC |
| Brown, Elizabeth | 3:17-cv-01544 | Ashcraft & Gerel, LLP |
| Burkey, Darline | 3:18-cv-01457 | Burns Charest LLP |
| Cavazos, Amie, Individually and as Surviving Daughter of Rosalinda Cavazos | 3:17-cv-02938 | Ashcraft & Gerel, LLP |
| Clark, Kathleen and Ronald Clark | 3:17-cv-07664 | The Miller Firm LLC |
| DaFoe, Joy | 3:17-cv-11389 | The Miller Firm LLC |
| Dean, Rhonda | 3:17-cv-04784 | Skikos Crawford Skikos & Joseph |
| Dean, Rhonda Kaye | 3:17-cv-06761 | The Miller Firm LLC |
| Derrenbacher, Dorothy | 3:17-cv-05854 | Motley Rice LLC |
| Derrenbacher, Dorothy | 3:17-cv-06491 | Motley Rice LLC |
| DiCarlo, Rita | 3:17-cv-05713 | Motley Rice LLC |
| Dipalermo, Mario, Individually and as Personal Representative of the Estate of Sandra DiPalermo | 3:17-cv-05857 | Motley Rice LLC |
| DiPalmero, Mario, Individually and as Personal Representative of the Estate of Sandra DiPalermo | 3:17-cv-05717 | Blasingame Burch Garrard & Ashley/Motley Rice |
| Donaldson, Linda | 3:17-cv-05856 | Motley Rice LLC |
| Donaldson, Linda | 3:17-cv-05715 | Motley Rice LLP |
| Dull, Jeri, Individually and as Representative of the Estate of Deborah Bay | 3:17-cv-11104 | Onder Shelton O'Leary & Peterson |
| Dunbar, Peggy L. | 3:17-cv-05858 | Motley Rice LLC |
| Barcliff, Mary Jo and Ronica Duncan and Robert Kendal | 3:17-cv-05999 | Johnson Becker, PLLC |
| Evans, Susan and George Evans | 3:17-cv-07719 | The Miller Firm LLC |
| Ewing, Marisa | 3:17-cv-05859 | Motley Rice LLC |
| Ewing, Marisa | 3:17-cv-05714 | Motley Rice |

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Ewing, Ruth Edwina | 3:17-cv-01366 | Law Offices of Peter G. Angelos, P.C. |
| Ferrell, Glenda | 3:17-cv-02510 | Ashcraft & Gerel, LLP |
| Foster, Jeanie and David Foster, Jr. | 3:17-cv-01365 | Law Offices of Peter G. Angelos, P.C. |
| Franklin, Sherry L. | 3:17-cv-05701 | Motley Rice LLC |
| Garnes, Lisa | 3:17-cv-09251 | Onder, Shelton, O'Leary & Peterson LLC |
| Gebard, Kathy | 3:17-cv-08688 | Cohen & Malad LLP |
| Goodwin, Patricia and Ronald | 3:17-cv-07721 | The Miller Firm LLC |
| Gordon, Cheryl | 3:17-cv-04315 | Johnson Becker PLLC |
| Gray, Jacqueline | 3:17-cv-01770 | Blasingame Burch Garrard & Ashley |
| Gray, Jacqueline | 3:18-cv-02839 | Beasley Allen Crow Methvin Portis & Miles PC |
| Grazulis, Patricia | 3:18-cv-09299 | Environmental Litigation Group |
| Haas, Michelle | 3:17-cv-07722 | The Miller Firm LLC |
| Hagstrom, David, Individually and as Personal Representative of Lois Ann Hagstrom, deceased | 3:17-cv-01364 | Law Offices of Peter G. Angelos, P.C. |
| Heard, Deborah | 3:18-cv-05370 | Gori Julian & Associates PC |
| Hightower, Betty | 3:17-cv-12692 | Napoli Shkolnik, PLLC |
| Holliday, Odell, Individually and on behalf of Linda Pearson Marshall, deceased | 3:16-cv-09507 | The Dugan Law Firm |
| Holschbach, Michael, Individually and on behalf of the estate of Judith Holschbach | 3:17-cv-05639 | Johnson Becker PLLC |
| Hoover, Joellen | 3:18-cv-01267 | Beasley Allen Crow Methvin Portis & Miles PC |
| Ingram, Gardenia | 3:17-cv-12880 | Heygood Orr & Pearson |
| Jarret, Elizabeth | 3:17-cv-07268 | Don Barrett, P.A. |
| Jones, Mary | 3:18-cv-00523 | Burns Charest LLP |
| Kindley, Linda | 3:17-cv-05708 | Motley Rice LLP |
| King, Joseph, Individually and on behalf of Estate of Elizabeth King | 3:17-cv-07934 | The Reardon Law Firm |
| Kiser, Lawona | 3:17-cv-09808 | Onder Shelton O'Leary & Peterson |

## DUPLICATE ACTIONS – TO BE DISMISSED

| Case Name | DNJ Docket No. | Plaintiffs' Attorney |
|---|---|---|
| Klemetson, Martha | 3:17-cv-05870 | Motley Rice LLC/Blasingame Burch Garrard & Ashley |
| Klemetson, Martha | 3:17-cv-05716 | Blasingame Burch Garrard & Ashley/Motley Rice LLC |
| Kursch, Deborah, Individually and as personal representative of Norma J. Slampa, deceased | 3:17-cv-01363 | Law Offices of Peter G. Angelos |
| Landrum, Freddie, Individually and as Anticipated Personal representative of the Estate of Ella Blanks | 3:17-cv-04032 | Ashcraft & Gerel, LLP |
| Marinaccio, Bonita | 3:17-cv-05711 | Motley Rice LLC |
| Mason, Donna | 3:17-cv-04556 | The Miller Firm LLC |
| McCarty, Karen, Individually and as Personal representative of Katherine Moone, deceased | 3:17-cv-07971 | Motley Rice LLC |
| Mintzer, Bobbi and Moses Mintzer | 3:17-cv-07725 | The Miller Firm LLC |
| Nard, Linda and Mark Nard | 3:17-cv-01545 | Ashcraft & Gerel, LLP |
| Nichols, Trisha | 3:17-cv-12574 | Sanders Viener Grossman LLP |
| Ogletree, Rita | 3:17-cv-05709 | Motley Rice LLC |
| Ore, Yvonne | 3:17-cv-02984 | Ashcraft & Gerel, LLP |
| Pankonien, Janet and Gary Pankonien | 3:17-cv-07764 | The Miller Form LLC |
| Peterson, Cheryl | 3:18-cv-01703 | Johnson Law Group |
| Pettigrew, Danette | 3:17-cv-06574 | Mark Robinson Robinson Calcagnie, PC |
| Plummer, Ethel | 3:18-cv-01826 | Beasley Allen Crow Methvin Portis & Miles PC |
| Ray, Jenna | 3:18-cv-01561 | Morelli Law Firm PLLC |
| Rivera, Jacqueline, Individually and as Administratrix of the Estate of Theresa Costanza, deceased | 3:17-cv-02380 | Karst & von Oiste LLP |

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Ruiz-Law, Maria | 3:18-cv-07658 | Ross Feller Casey LLP |
| Santos, Monina | 3:18-cv-01334 | Heygood Orr & Pearson |
| Scherer, Sue | 3:17-cv-13555 | Meyers & Flowers |
| Scovens, Diane | 3:18-cv-00567 | Johnson Becker PLLC |
| Summerlin, Donna and Timmy Summerlin | 3:17-cv-02511 | Blasingame Burch Garrard & Ashley/ Ashcraft & Gerel LLP |
| Sutton, Rick, Individually and as Surviving Spouse of Lezah Hall | 3:17-cv-02937 | Ashcraft & Gerel, LLP |
| Traylor, Brenda | 3:17-cv-08236 | Blasingame Burch Garrard & Ashley |
| Vient, Jacky | 3:17-cv-05707 | Motley Rice LLC |
| Whitney, Lori | 3:17-cv-05875 | Motley Rice LLC |
| Wilder, Brenda, et al., as the Surviving Mother of Debbie Wilder and as Anticipated Administrator and Personal Representative of the Estate of Debbie Wilder | 3:17-cv-01543 | Ashcraft & Gerel, LLP |
| Wilson, Teresa and Kyle Cooper | 3:17-cv-01859 | Ashcraft & Gerel LLP |
| Winkelspecht, Theresa | 3:17-cv-12856 | Heygood Orr & Pearson |
| Winzer, Tomica | 3:17-cv-11060 | Johnson Becker PLLC |
| Wyatt, Pamela | 3:17-cv-10516 | Beasley Allen Crow Methvin Portis & Miles PC |
| York, Dennis, Individually and as Personal Representative of the Estate of Elenor York-Bey | 3:17-cv-02497 | Ashcraft & Gerel, LLP |
| Zingone, Joann | 3:17-cv-13113 | Morelli Law Firm |
| Callahan, Judith | 3:17-cv-11987 | Heygood Orr & Pearson |

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Serikaku, Georgina | 3:17-cv-13360 | Heygood Orr & Pearson |
| Winters, Irene | 3:17-cv-13458 | Heygood Orr & Pearson |

| SURVIVING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Barshay, Leena | 3:17-cv-10334 | Ashcraft & Gerel LLP |
| Becker, Molly | 3:17-cv-06494 | Motley Rice LLC |
| Brown, Elizabeth | 3:17-cv-09591 | Ashcraft & Gerel, LLP |
| Burkey, Darline | 3:17-cv-08086 | The Dugan Law Firm |
| Cavazos, Amie, Individually and as Surviving Daughter of Rosalinda Cavazos | 3:17-cv-09595 | Ashcraft & Gerel, LLP |
| Clark, Kathleen and Ronald Clark | 3:17-cv-03539 | The Deaton Law Firm/The Miller Firm LLC |
| DaFoe, Joy and Robert Dafoe | 3:17-cv-06763 | The Miller Firm LLC |
| Dean, Rhonda Kaye | 3:17-cv-06586 | Beasley Allen Crow Methvin Portis & Miles PC |
| Derrenbacher, Dorothy | 3:17-cv-09580 | Robinson Calcagnie Inc |
| DiCarlo, Rita | 3:17-cv-05855 | Motley Rice LLC |
| DiPalermo, Mario, Individualy and as Personal representative of the Estate of Sandra DiPalermo | 3:17-cv-07261 | Blasingame Burch Garrrd & Ashley |
| Donaldson, Linda | 3:17-cv-09607 | Robinson Calcagnie Inc. |
| Tremmel, Timothy on behalf of Deborah Bay | 3:17-cv-09452 | Beasley Allen Crow Methvin Portis & Miles PC |
| Dunbar, Peggy L. | 3:17-cv-05710 | Motley Rice LLC |
| Duncan, Ronica and Robert Kendall on behalf of Mary Jo Barcliff, deceased | 3:17-cv-11781 | Simmons Hanly Conroy |
| Evans, Susan and George Evans | 3:17-cv-03570 | The Deaton Law Firm/The Miller Form LLC |
| Ewing, Marisa | 3:17-cv-09614 | Robinson Calcagnie Inc. |
| Ewing, Ruth Edwina | 3:17-cv-07673 | Law Offices of Peter G. Angelos, P.C. |
| Ferrell, Glenda | 3:17-cv-09599 | Ashcraft & Gerel, LLP |
| Foster, David Sr., Individually and as Personal Representative of Jeannie Foster | 3:17-cv-07671 | Law Offices of Peter G. Angelos, P.C. |
| Franklin, Sherry L. | 3:17-cv-05861 | Motley Rice LLC |
| Garnes, Lisa | 3:17-cv-07824 | Bisnar Chase |
| Gebard, Kathy | 3:17-cv-09959 | Gori Jullian & Associates, P.C. |

| SURVIVING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Goodwin, Patricia and Ronald Goodwin | 3:17-cv-03551 | The Deaton Law Firm/The Miller Firm LLC |
| Gordon, Cheryl | 3:17-cv-12052 | Davis & Crump PC |
| Gray, Jacqueline | 3:17-cv-09879 | Onder Shelton O'Leary & Peterson |
| Grazulis, Patricia | 3:18-cv-01791 | Beasley Allen |
| Haas, Michele | 3:17-cv-03571 | The Deaton Law Firm/The Miller Firm LLC |
| Hagstrom, David, Individually and as Personal Representative of the Estate of Lois Ann Hagstrom | 3:17-cv-07669 | Law Office of Peter G. Angelos |
| Heard, Deborah | 3:17-cv-12850 | Potts Law Firm |
| Hightower, Betty | 3:18-cv-02695 | Gori Julian & Associates PC |
| Holliday, O'Dell, Individually and on behalf of Linda Person Marshall, deceased | 3:17-cv-07271 | The Dugan Law Firm APLC |
| Holschbach, Michael, Individually and on behalf of Judith Holschbach, deceased | 3:17-cv-12202 | Johnson Becker PLLC |
| Hoover, Joellen | 3:17-cv-11165 | Baum Helund Ariestei & Goldman, P.C. |
| Ingram, Gardenia | 3:18-cv-08099 | Heygood Orr & Pearson |
| Jarret, Elizabeth | 3:16-cv-08900 | Wallace & Graham<br>Martin & Jones PLLC<br>Heygood Orr & Pearson |
| Jones, Mary | 3:18-cv-00013 | Ashcraft & Gerel<br>Bealsey Alleb Crown Methvin Portis & Miles P.C. |
| Kindley, Linda | 3:17-cv-05871 | Motley Rice LLC |
| King, Joe on behalf of Estate of Elizabeth King | 3:18-cv-05545 | The Reardon Law Firm |
| Kiser, Lawona | 3:17-cv-10621 | Bisnar Chase |
| Combs, Martha Formerly known as Martha Klemetson | 3:17-cv-07240 | Blasingame Burch Garrard & Ashley |
| Kursch, Deborah, et al., (Norma Slampa) | 3:17-cv-07676 | Law Offices of Peter G. Angelos |
| Landrum, Freddie, Individually and as Anticipated Personal representative of the Estate of | 3:17-cv-09587 | Ashcraft & Gerel, LLP |

| SURVIVING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Ella Blanks | | |
| Marinaccio, Bonita | 3:17-cv-05873 | Motley Rice LLC |
| Mason, Donna | 3:17-cv-00802 | The Miller Firm LLC |
| McCarty, Karen an Individual and as Personal representative of the Estate of Katherine Moone | 3:17-cv-10247 | Robinson Calcagnie Inc |
| Mintzer, Bobbi and Moses Mintzer | 3:17-cv-03555 | The Deaton Law Firm<br>The Miller Firm LLC |
| Nard, Linda and Mark Nard | 3:17-cv-07916 | Pribanic & Probanic LLC |
| Nichols, Trisha DeAnn | 3:17-cv-13826 | The Michael Brady Lynch Firm<br>Milstein, Jackson, Fairchild & Wade, LLP |
| Ogletree, Rita | 3:17-cv-05874 | Motley Rice LLC |
| Jonathan Yokeley, as Representative of the Estate of Martha Yvonne Ore, Deceased | 3:18-cv-04185 | Ashcraft & Gerel, LLP |
| Pankonien, Janet and Gary Pankonien | 3:17-cv-03568 | The Deaton Law Firm<br>The Miller Firm LLC |
| Peterson, Cheryl | 3:17-cv-09639 | Onder Shelton O'Leary & Peterson |
| Pettigrew, Dannette | 3:17-cv-03869 | Ventura Law |
| Plummer, Etherl | 3:17-cv-11805 | Don Barrett PA |
| Ray, Jenna | 3:17-cv-07446 | Beasley Allen Crow Methvin Portis & Miles PC |
| Rivera, Jacqueline, Individually and as Administratrix od the Estate of Theresa Costanza, deceased | 3:17-cv-05435 | Onder Shelton O'Leary & Peterson/<br>Jacobs O'Hara McMullen |
| Ruiz-Law, Maria | 3:18-cv-02077 | Levin Simes LLP<br>Johnson Law Group |
| Santos, Monina | 3:17-cv-13481 | The Miller Firm LLC |
| Scherer, Sue | 3:17-cv-09997 | Beasley Allen |

| SURVIVING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Attorney** |
| Scovens, Diane | 3:17-cv-07179 | Langdon & Emison LLC |
| Summerlin, Donna and Timmy Summerlin | 3:17-cv-08171 | Blasingame Burch Garrard & Ashley |
| Sutton, Rick, Individually and as Surviving Spouse of Lezah Hall | 3:17-cv-10338 | Ashcraft & Gerel, LLP |
| Traylor, Brenda | 3:16-cv-07425 | Blassingame, Burch, Garrard & Ashley, P.C. |
| Vient, Jacky | 3:17-cv-05847 | Motley Rice LLC |
| Whitney, Lori | 3:17-cv-06355 | Weinstein Couture PLLC Motley Rice LLC |
| Wilder, Brenda, et al., Surviving mother and Anticipated Administrator and/or Personal Representative of Debbie Wilder | 3:17-cv-09603 | Ashcraft & Gerel LLP |
| Wilson, Teresa and Kyle Cooper | 3:17-cv-09605 | Ashcraft & Gerel LLP |
| Winkelspecht, Theresa | 3:18-cv-04822 | Heygood Orr & Pearson |
| Winzer, Tomica | 3:17-cv-08421 | The Lanier Law Firm |
| Wyatt, Pamela | 3:17-cv-10442 | Beasley Allen Crow Methvin Portis & Miles PC |
| York, Dennis, Individually and as Anticipated Personal Representative for the Estate of Eleanor York-Bey | 3:17-cv-09609 | Ashcraft & Gerel, LLP |
| Zingone, Joann | 3:17-cv-05668 | Skikos Crawford Skikos & Joseph |
| Callahan, Judith | 3:18-cv-09855 | Heygood Orr & Pearson |
| Serikaku, Georgina | 3:18-cv-09611 | Heygood Orr & Pearson |
| Winters, Irene | 3:18-cv-09866 | Heygood Orr & Pearson |