## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Delores A Harris<br>3:18-cv-16523 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on November 28, 2018 on behalf of Delores A Harris.

Dated:  November 28, 2018                    Respectfully submitted,

                                                                                             **NAPOLI SHKOLNIK, PLLC**

                                                                                             */s/ Christopher R. LoPalo*
                                                                                             Christopher R. LoPalo, Esq.
                                                                                             400 Broadhollow Rd., Suite 305
                                                                                             Melville, NY 11747
                                                                                             Telephone: (212) 397-1000
                                                                                             Facsimile: (646) 927-1676
                                                                                             CLoPalo@NapoliLaw.com

                                                                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  November 28, 2018

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com

                                              *Attorneys for Plaintiff*