**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: KATHERINE WRIGHT-LAURENT 3:18-cv-16531 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on November 28, 2018 on behalf of Katherine Wright-Laurent.

Dated: November 28, 2018                                    Respectfully submitted,

                                                                                 **NAPOLI SHKOLNIK, PLLC**

                                                                                */s/ Christopher R. LoPalo*
                                                                                Christopher R. LoPalo, Esq.
                                                                                400 Broadhollow Rd., Suite 305
                                                                                Melville, NY 11747
                                                                                Telephone: (212) 397-1000
                                                                                Facsimile: (646) 927-1676
                                                                                CLoPalo@NapoliLaw.com

                                                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  November 28, 2018

                */s/ Christopher R. LoPalo*
                Christopher R. LoPalo, Esq.
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                CLoPalo@NapoliLaw.com

                *Attorneys for Plaintiff*