Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd (TX Bar No. 03312400)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |
| This document relates to: Kathyleen Cranford Ind., and OBO the Estate of Clotte Barrett v. Johnson & Johnson, et al.; Case No. 3:18-cv-14255 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 25, 2018 on behalf of Plaintiff, Kathyleen Cranford, Individually and on behalf of the Estate of Clotte Barret.

Dated: November 29, 2018

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel (NJ Bar No. 010711996)
Russell Budd (TX Bar No. 03312400)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Sindhu Daniel*
Sindhu Daniel