UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Christopher Gurga, as Personal Representative of the Estate of Carol Gurga vs. Johnson & Johnson, et al.<br>Case No.: 3:18-cv-15441 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Christopher Gurga, as Personal Representative of the Estate of Carol Gurga.

Dated: November 29, 2018.

                                              Respectfully Submitted by,

                                              /s/ *William L. Bross*
                                              William L. Bross
                                              Anna M. Carroll
                                              Heninger Garrison Davis, LLC
                                              2224 First Avenue North
                                              Birmingham, AL  35203
                                              Telephone: (205) 326-3336
                                              Facsimile: (205) 380-8072
                                              Email: william@hgdlawfirm.com
                                              Email: acarroll@hgdlawfirm.com

                                              *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2018 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel
