UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Freida Hester,<br>vs. Johnson & Johnson, et al. Case No.: 3:18-cv-18-16179 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Freida Hester.

Dated: November 29, 2018.

                                        Respectfully Submitted by,

                                        /s/ *William L. Bross*
                                        William L. Bross
                                        Anna M. Carroll
                                        Heninger Garrison Davis, LLC
                                        2224 First Avenue North
                                        Birmingham, AL  35203
                                        Telephone: (205) 326-3336
                                        Facsimile: (205) 380-8072
                                        Email: william@hgdlawfirm.com
                                        Email: acarroll@hgdlawfirm.com

                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2018 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel
