**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Usha Patel,<br>vs. Johnson & Johnson, et al. Case No.: 3:18-cv-18-16186 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Usha Patel.

Dated: November 29, 2018.

                                                          Respectfully Submitted by,

                                                          /s/ *William L. Bross*
                                                          William L. Bross
                                                          Anna M. Carroll
                                                          Heninger Garrison Davis, LLC
                                                          2224 First Avenue North
                                                          Birmingham, AL  35203
                                                          Telephone: (205) 326-3336
                                                          Facsimile: (205) 380-8072
                                                          Email: william@hgdlawfirm.com
                                                          Email: acarroll@hgdlawfirm.com

                                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2018 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel
