UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Maria G. Barber, Individually and as Representative of Anna E. Barra, Deceased and Amanda Mann, Adult Child of Anna E. Barra v. Johnson & Johnson, et al.<br>Case No: 3:18-cv-16571 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 29, 2018 on behalf of Plaintiff Marie G. Barber, Individually and as Representative of Anna E. Barra, Deceased and Amanda Mann, Adult Child of Anna E. Barra.

                                                    s/ Steve Faries
                                                    Steve Faries
                                                    MUELLER LAW PLLC
                                                    404 W. 7th St.
                                                    Austin, TX 78701
                                                    (512) 478-1236
                                                    sfaries@muellerlaw.com
                                                    receptionist@muellerlaw.com
                                                    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2018, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      s/ Steve Faries
Steve Faries

MUELLER LAW PLLC