UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Robin G. Jones and Robert A. Jones,*<br><br>3:18-cv-13637 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 6, 2018 on behalf of Plaintiffs Robin G. Jones and Robert A. Jones.

Dated: November 29, 2018

    Respectfully submitted,

    /s/ *Matthew R. McCarley*

    Matthew R. McCarley
    Texas Bar No. 24041426
    **FEARS NACHAWATI, PLLC**
    4925 Greenville Ave., Ste 715
    Dallas, TX 75206
    mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
4925 Greenville Ave., Ste 715
Dallas, TX 75206
mccarley@fnlawfirm.com