BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Melissa Malone obo Bessie Malone (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Melissa Malone obo Bessie Malone (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-16690 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 30, 2018 on behalf of Plaintiff Melissa Malone obo Bessie Malone (deceased).

                 */s/ Brittany S. Scott*
                 Brittany S. Scott
                 BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                 218 Commerce Street
                 Montgomery, Alabama 36104
                 (800) 898-2034 Telephone
                 (334) 954-7555 Facsimile
                 Brittany.Scott@BeasleyAllen.com

                 Attorneys for Plaintiff Melissa Malone obo Bessie Malone (deceased)

Dated: November 30, 2018

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 30, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Brittany S. Scott*
                 Brittany S. Scott

                 BEASLEY ALLEN CROW METHVIN
                 PORTIS & MILES, P.C.