# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | MDL No. 2738 |
| This document relates to: | |
| Marlene Traynor, et al. v. Johnson & Johnson, et al., *Case No. 3:18-cv-14492* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-captioned action on October 1, 2018 on behalf of Plaintiffs Marlene Traynor and Michael Traynor.

Dated: November 30, 2018

Respectfully Submitted,

/s/ Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Marlene Traynor and Michael Traynor*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

Dated: November 30, 2018                    /s/ Kevin M. Fitzgerald, Esq.
                                            Fitzgerald Law Group, LLC
                                            ME Bar No. 009373
                                            120 Exchange Street, Suite 200
                                            Portland, ME 04101
                                            T: (207) 874-7407
                                            F: (207) 850-2120
                                            Email: kfitzgerald@fitz-lawgroup.com

                                            *Counsel for Plaintiffs Marlene Traynor and Michael Traynor*