# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | : : : MDL No. 2738 : : |
| This document relates to: | : : |
| Gloria Smith v. Johnson & Johnson, et al., *Case No. 3:18-cv-13989* | : : : |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-captioned action on September 18, 2018 on behalf of Plaintiff Gloria Smith.

Dated: November 30, 2018                                         Respectfully Submitted,

/s/ Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Gloria Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 30, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

Dated: November 30, 2018                 /s/ Kevin M. Fitzgerald, Esq.
                                                                    Fitzgerald Law Group, LLC
                                                                    ME Bar No. 009373
                                                                    120 Exchange Street, Suite 200
                                                                    Portland, ME 04101
                                                                    T: (207) 874-7407
                                                                    F: (207) 850-2120
                                                                    Email: kfitzgerald@fitz-lawgroup.com

                                                                    *Counsel for Plaintiff Gloria Smith*