**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Arzetta Hollman v. Johnson & Johnson, et al.*<br><br>**Case Number:**     3:18-cv-156 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Arzetta Hollman.

This 3st day of November, 2018.

> Respectfully submitted,
> /s/ Richard Root
> Richard Root, LA Bar #19988
> Betsy J. Barnes, LA Bar # 19473
> Morris Bart, LLC
> 601 Poydras St.
> 24th Floor New Orleans, LA 70130
> Phone: 504-525-8000
> Fax: 504-599-3392
> rroot@morrisbart.com
> bbarnes@morrisbart.com
> Attorneys for Plaintiff

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23st day of October 2018.

/s/ Richard L. Root