## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> BILLY P. BUSCH, Individually and as Executor of the Estate of THERESA A. LEMANOWICH, Deceased, <br><br>                     Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br>                     Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:18-cv-16692 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 30, 2018 on behalf of Plaintiff, Billy P. Busch, Individually and as Executor of the Estate of Theresa A. Lemanowich, Deceased.

Dated: 12/3/2018                                              Respectfully Submitted by,

                                                              /s/ Diane K. Watkins
                                                              Thomas P. Cartmell MO# 45366
                                                              tcartmell@wcllp.com
                                                              Diane K. Watkins MO# 57238
                                                              dwatkins@wcllp.com
                                                              Wagstaff & Cartmell, LLP
                                                              4740 Grand Avenue, Suite 300
                                                              Kansas City, MO 64112
                                                              (816) 701-1100
                                                              FAX (816) 531-2372

                                                              **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on December 3, 2018.

*/s/ Diane K. Watkins*
Diane K. Watkins