**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2738 ) ) **ORDER** ) ) ) ) *Document Filed Electronically* ) |

  **THIS MATTER** having come before the Court upon Motion of Defendant, Imerys Talc America, Inc. ("Imerys"), for the entry of an Order sealing the below referenced portions and Exhibits annexed to Plaintiffs' Steering Committee's Objection to Special Master's Letter Opinion on Defendant Imerys Talc America, Inc.'s Clawback Request of Employee Emails, and upon this Court's careful review and full consideration of the application and opposition thereto; and upon this Court's finding that the requirements of Local Civil Rule 5.3 have been met insofar as: (a) the information sought to be sealed is confidential and non-public; (b) Defendant has a legitimate interest in having such information kept confidential; (c) Defendant will suffer a clearly defined and serious injury if such information is not kept confidential; and (d) there is no less restrictive alternative to sealing this information; based upon a finding of good cause; and for further good cause shown;

**IT IS** on this _____ day of _____, 2018,

**ORDERED THAT** the motion to seal is granted.  The following documents shall remain under seal:

1. IMERYS 299277 and IMERYS 442535-37, attached as Exhibit 1 to PSC's objections;
2. IMERYS 299277, attached as Exhibit B to Exhibit 2 of PSC's objection;
3. IMERYS 299277, IMERYS 442535-37, IMERYS 253462, IMERYS 253882, IMERYS 444908 attached as Exhibit 3 to the Certification of Mark K. Silver, Esq. in Support of Imerys' Letter Brief on Julie Pier Marital Privilege as enclosed in Exhibit 2 of PSC's objection.
4. Any direct quotations attributed to Ms. Pier as found on pages 1 and 2 of PSC's objection;
5. Any and all descriptions of the confidential contents at issue as found on pages 9-11 of PSC's objection;
6. Any and all direct quotations taken from the confidential communications between Ms. Pier and her husband, specifically stemming from IMERYS 299277 and IMERYS 442535-37 and as found on pages 9 and 10 of PSC's objection.
7. Any and all portions redacted in PSC's objections.

**SO ORDERED**.

_____
Hon. Judge Lois H. Goodman