BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Elizabeth W. McElroy obo Jacqueline Fox (Deceased)*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Elizabeth W. McElroy obo Jacqueline Fox (Deceased) v. Johnson & Johnson, et al.<br>Case No. 3:18-cv-15007 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 13, 2018 on behalf of Plaintiff Elizabeth W. McElroy obo Jacqueline Fox (Deceased).

                       /s/ ***Lauren K. Razick***
                       Lauren K. Razick
                       BEASLEY ALLEN CROW METHVIN
                       PORTIS & MILES, P.C.
                       218 Commerce Street
                       Montgomery, Alabama 36104
                       (800) 898-2034 Telephone
                       (334) 954-7555 Facsimile
                       Lauren.Razick@BeasleyAllen.com

                       Attorneys for Plaintiff Elizabeth W.
                       McElroy obo Jacqueline Fox (Deceased)

Dated: December 4, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lauren K. Razick*
Lauren K. Razick

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.