**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jerry Kwiatkowski, Individually and As Personal Representative of the Estate of Norma Kwiatkowski, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-13970* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jerry Kwiatkowski, Individually and As Personal Representative of the Estate of Norma Kwiatkowski, Deceased.

This 4th day of December 2018.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

By:    */s/ Stephanie L. Rados*
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

 The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of December 2018.

              */s/ Stephanie L. Rados*