UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rita Stone vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-13972* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rita Stone.

This 4th day of December 2018.

                                                    Respectfully submitted,

                                                   ONDERLAW, LLC

                            By:    */s/ Stephanie L. Rados*
                                         James G. Onder, #38049 MO
                                         William W. Blair, #58196 MO
                                         Stephanie L. Rados, #65117 MO
                                         110 E. Lockwood, 2nd Floor
                                         St. Louis, MO  63119
                                         314-963-9000 telephone
                                         314-963-1700 facsimile
                                         onder@onderlaw.com
                                         blair@onderlaw.com
                                         rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of December 2018.

*/s/ Stephanie L. Rados*