UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**HARVEY BROOKS,** Individually and as Personal Representative of the Estate of **HARRIET E. BROOKS,**<br><br>Plaintiff,<br>-vs-<br><br>**JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; IMERYS TALC AMERICA, INC.** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:18-cv-16812 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint and Jury Demand has been filed on December 4, 2018 on behalf of Plaintiff, Harvey Brooks as Personal Representative of the Estate of Harriet E. Brooks.

Dated:  December 4, 2018                    Respectfully Submitted by:

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel J. Thornburgh
　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Thornburgh
　　　　　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis, & Overholtz
　　　　　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 850-202-1010
　　　　　　　　　　　　　　　　　　　　　　　Fax: 850-916-7449
　　　　　　　　　　　　　　　　　　　　　　　dthornburgh@awkolaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  December 4, 2018                    Respectfully Submitted by:

                                                     By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com