## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Carla Kotsifakis vs. Johnson & Johnson, et al.*
*Case No.:  3:18-cv-14038*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Carla Kotsifakis.

This 4th day of December 2018.

Respectfully submitted,

ONDERLAW, LLC

By:      */s/ Stephanie L. Rados*
         James G. Onder, #38049 MO
         William W. Blair, #58196 MO
         Stephanie L. Rados, #65117 MO
         110 E. Lockwood, 2nd Floor
         St. Louis, MO  63119
         314-963-9000 telephone
         314-963-1700 facsimile
         onder@onderlaw.com
         blair@onderlaw.com
         rados@onderlaw.com

## **<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of December 2018.


<u>/s/ Stephanie L. Rados</u>