AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Margaret Barras, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-15967 |
| Johnson & Johnson, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthony Barras, Successor in Interest of Magaret Barras   .

Date:   12/04/2018

/s/ Cristen M. Mendoza
*Attorney's signature*

Cristen M. Mendoza NY Bar No 4836938
*Printed name and bar number*

Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood, CO 80226
*Address*

cristen.mendoza@andruswagstaff.com
*E-mail address*

(303) 376-6360
*Telephone number*

(303) 376-6361
*FAX number*