## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| | **NOTICE OF FILING** |
| LEILA JONES AND DENISE WILSON, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF BERTHA ALEXANDER, <br>                                  Plaintiff, <br> v. | Civil Action No. 3:17-cv-7544 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC. ("IMERYS TALC"), <br>                                  Defendants. | DIRECT FILED ACTION |

## NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand was filed on December 4, 2018 on behalf of the Estate of Bertha Alexander.

Respectfully submitted this 4th day of December, 2018,

/s/ Donna J. Bowen
Donna J. Bowen
Texas State Bar No. 00790346
**SLACK DAVIS SANGER L.L.P.**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
512-795-8686 (Telephone)
512-795-8787 (Facsimile)
jdavis@slackdavis.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of December, 2018, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Donna J. Bowen
      DONNA J. BOWEN