UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THOMAS S. LIPPOLT, Individually and as Administrator of the ESTATE OF LINDA J. LIPPOLT, deceased,<br>　　　　　　Plaintiff,<br>v.<br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC., and PERSONAL CARE PRODUCTS COUNCIL,<br>　　　　　　Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:18-cv-16791<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on December 4, 2018 on behalf of Thomas S. Lippolt, Individually and as Administrator of the Estate of Linda J. Lippolt, deceased.

Dated: December 5, 2018　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Goetz
　　　　　　　　　　　　　　　　　　　　　　MICHAEL GOETZ, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 963984
　　　　　　　　　　　　　　　　　　　　　　Morgan & Morgan
　　　　　　　　　　　　　　　　　　　　　　Complex Litigation Group
　　　　　　　　　　　　　　　　　　　　　　One Tampa City Center, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　201 N. Franklin Street
　　　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　　　　　Telephone (813) 223-5505
　　　　　　　　　　　　　　　　　　　　　　Facsimile (813) 223-5402
　　　　　　　　　　　　　　　　　　　　　　E-Mail: MGoetz@forthepeople.com
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on November 5, 2018.

/s/ Michael Goetz
Attorney for Plaintiff