UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council Listed in Exhibit A | MDL No. 16-2738 (FLW) (LHG) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on February 22, 2018, this Court entered Case Management Order No. 10 [Dkt. No. 4767] ("CMO 10");

WHEREAS, CMO 10 held, in relevant part: "Following the expiration of the 60-day period specified in paragraph 2, each and every civil action (other than those amended through the process described above) that has been either designated in Paragraph 10 of the Short Form Complaint for remand to a U.S. District Court other than the U.S. District Court for the District of New Jersey or the U.S. District Court for the District of Columbia and/or transferred to this Court for coordinated or consolidated pretrial proceedings from a U.S. District Court other than the U.S. District Court for the District of New Jersey or the U.S. District Court for the District of Columbia is hereby DISMISSED as to Defendant PCPC only;"

WHEREAS, the 60-day period specified in paragraph 2 of CMO 10 expired on April 24, 2018;

WHEREAS, pursuant to CMO 10, all of the cases that were filed prior to the entry of CMO 10 that named Defendant PCPC, but were not set for remand in either the U.S. District Court for the District of New Jersey or the U.S. District Court for the District of Columbia and were not

51788860v.1

transferred to this Court from the U.S. District Court for the District of New Jersey or the U.S. District Court for the District of Columbia, and were not amended or refiled within the 60-day period, have now been dismissed without prejudice (collectively, the "Pre-CMO 10 Cases");

WHEREAS, after the entry of CMO 10, Plaintiffs filed hundreds of additional lawsuits against Defendant PCPC that are not set for remand in either the U.S. District Court for the District of New Jersey or the U.S. District Court for the District of Columbia and were not transferred to this Court from the U.S. District Court for the District of New Jersey or the U.S. District Court for the District of Columbia, have now been dismissed (collectively, the "Post-CMO 10 Cases");

WHEREAS, since the prior order dismissing Pre-CMO 10 Cases, PCPC has identified additional cases that should have been included in that order; and

WHEREAS, attached hereto as Exhibit A is a list of all currently pending Post-CMO 10 Cases as well as additional Pre-CMO 10 cases not previously identified in the previous order dismissing Pre-CMO 10 Cases

For all of the reasons set forth in CMO 10, **IT IS HEREBY ORDERED** that each of the Post-CMO Cases identified in Exhibit A are **DISMISSED,** without prejudice, as to Defendant PCPC only. And it is

**FURTHER ORDERED** that in the event a dismissal is inadvertently entered in a case not subject to dismissal for the reasons stated above, this will constitute grounds for the effected plaintiff to reinstate his or her action against PCPC, and the statute of limitations in such a case would be tolled from the date of the entry of dismissal until the date of reinstatement.

This 4th day of December, 2018

_____
UNITED STATES DISTRICT JUDGE

51788860v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, a copy of the foregoing DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S SECOND MOTION TO DISMISS COMPLAINTS PURSUANT TO CASE MANAGEMENT ORDER NO. 10 was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Thomas T. Locke
Thomas T. Locke

51788860v.1

# EXHIBIT A

(To Order)

| Plaintiff | Case No. | Plaintiff's Counsel |
|---|---|---|
| Busbin, Lydia | 3:17-cv-08037 | Ashcraft & Gerel |
| Gass, Destiny | 3:17-cv-11282 | Ashcraft & Gerel |
| Castle, Bridget | 3:18-cv-00041 | Ashcraft & Gerel LLP |
| Edwards, Tammy, individually and as personal representative of the Estate of Pauline Miller | 3:17-cv-02066 | Ashcraft & Gerel, LLP |
| Kniskern, Kristin, as personal representative of the Estate of Julia Ann Kniskern | 3:17-cv-00904 | Ashcraft & Gerel, LLP |
| Landrum, Freddie, individually and as anticipated personal representative of the Estate of Ella Blanks | 3:17-cv-04032 | Ashcraft & Gerel, LLP |
| Smith, Stephanie G. | 3:17-cv-00881 | Ashcraft & Gerel, LLP |
| Courville, Adam obo the Estate of Lela Anne Courville | 3:18-cv-09751 | Baron & Budd, PC |
| Fitzpatrick, Jessie for Thelma Ford | 3:17-cv-13068 | Baron & Budd, PC |
| Krodel, William obo the Estate of Norma Krodel | 3:18-cv-09753 | Baron & Budd, PC |
| Weymouth, Michael individually and obo the Estate of Tamara Maxey | 3:18-cv-10232 | Baron & Budd, PC |
| Doak, Janice M., individually, and Spouse William Doak, individually | 3:18-cv-09814 | Baum, Hedlund, Aristei & Goldman, PC |
| Elliott, Gwendolyn | 3:16-cv-09514 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C ; Michael Hingle & Associates, LLC |
| Emery, Danyelle, obo Diane Emery, deceased | 3:17-cv-05675 | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Wilson, Lisa | 3:16-cv-07886 | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Armontrout, Mary Ann | 3:18-cv-01557 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Arterbridge, Tina, individually and as Next of Kin of Brenda Aterbridge | 3:18-cv-00039 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Bell, Latasha, individually and as next of kin of Doril Ilene Sharp | 3:18-cv-00011 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Bennington, Stavroula | 3:18-cv-00012 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Betts, Derrick, individually and as personal representative of the Estate of Mara Betts | 3:18-cv-00040 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Brown, Gail Dixon | 3:18-cv-02244 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Carella, Alice | 3:18-cv-01900 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Choate, Shawn, individually and as surviving son of Ruth Boyce | 3:18-cv-00047 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Cunningham, Virginia | 3:18-cv-01185 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| DiFranco, Christine | 3:18-cv-00042 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Fahnstrom, Stephanie | 3:18-cv-00043 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Foley-Landry, Martha | 3:18-cv-00044 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Frazier, Allen obo Robin Lazarus | 3:17-cv-10804 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Garner, Elaine | 3:18-cv-00067 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Gilbert, Ambers, obo Lynda Jay Gilbert | 3:17-cv-10101 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Godwin, Mildred | 3:18-cv-01583 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Heflin, Harry obo Judy Heflin | 3:18-cv-00045 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Hendricks, Berlinda obo Shavonda Waverly | 3:18-cv-01248 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Hill, Sean obo Sharon Hill | 3:18-cv-01256 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Janet, Jonette | 3:18-cv-00069 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Johnson, Russell obo Dawn Johnson | 3:18-cv-01269 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Jones, Sandra | 3:18-cv-01273 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Kiernan, Anne Marie | 3:18-cv-01276 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Leatherwood, Elaine obo Fontaine Leatherwood | 3:18-cv-00070 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Lewis, Margaret | 3:18-cv-00071 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Lindner, Dolores | 3:18-cv-02246 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Longmire, Ruthie obo Georgia Lee Foster | 3:18-cv-00072 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Manning, Shunda obo Betty Smith | 3:18-cv-00073 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Meyer, Patricia | 3:18-cv-01453 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Neill, Loretta | 3:18-cv-03325 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |

| Plaintiff | Case Number | Law Firm |
|---|---|---|
| Peters, Daniel obo Donna Peters | 3:18-cv-00075 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Pineiro-Zucker, Diane | 3:18-cv-00079 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Pizzo, Janice | 3:18-cv-01559 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Renchen, Garland obo Joann Renchen | 3:18-cv-00080 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Reynolds, Lori | 3:17-cv-10361 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Rivera, Yamilette | 3:18-cv-00091 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Rose, John, individually and as surviving spouse of Janet Rose | 3:18-cv-00092 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Rothwell, Ada and Cordelia obo Emma Rothwell | 3:18-cv-00093 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Sanctis, Mary Kristin | 3:18-cv-01278 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Sherman, Heidi | 3:18-cv-01562 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Smith, Charles obo Deborah Smith | 3:18-cv-00094 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Straveski, Patricia Ann | 3:18-cv-00095 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Waldow, Amy Jo | 3:18-cv-01563 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Westberry, Nancy | 3:18-cv-00096 | Beasley, Allen, Crow, Methvin, Portis, Miles, PC |
| Burns, Angie | 3:18-cv-01619 | Bekman, Marder & Adkins, LLC |
| Calvin, Joanne | 3:18-cv-01347 | Bernstein Liebhard LLP |
| Greco, Josephine | 3:18-cv-10545 | Bernstein Liebhard LLP |
| Quarles, Teresa | 3:18-cv-10682 | Bernstein Liebhard LLP |
| Anderson, Myrtle | 3:18-cv-11591 | Bernstein Liebhard, LLP |
| Bowland, Amber K. | 3:18-cv-12009 | Bernstein Liebhard, LLP |
| Greco, Josephine and John Di Dolce | 3:18-cv-10545 | Bernstein Liebhard, LLP |
| Quarles, Teresa and Richard | 3:18-cv-10682 | Bernstein Liebhard, LLP |
| Richman, Deborah | 3:18-cv-13395 | Bernstein Liebhard, LLP |
| Williams, Shirley, individually and as proposed administrator of the Estate of Barbara England, deceased | 3:18-cv-12079 | Bernstein Liebhard, LLP |
| Buckholz, Ronald, individually and on behalf of the estate of Pamela Buckholz | 3:17-cv-05537 | Bohrer Brady, LLC ; Skikos, Crawford, Skikos & Joseph |
| Batiste, Kenneth J, individually and as personal representative of the Estate of Deiadria Batiste | 3:16-cv-07499 | Burns Charest LLP |
| Blochlinger, Lela | 3:18-cv-11131 | Burns Charest LLP |
| Bruce, James S., individually and as personal representative for the Estate of Kay Bruce | 3:17-cv-01367 | Burns Charest LLP |
| Cunningham, Amy | 3:18-cv-01419 | Burns Charest LLP |
| Curtis, Sandra | 3:18-cv-01274 | Burns Charest LLP |
| Dasalla, Ramona | 3:18-cv-10678 | Burns Charest LLP |
| Dezellem, Elden, individually and on behalf of Myrna Dezellem | 3:18-cv-11053 | Burns Charest LLP |
| Duncan, Jackie, individually and on behalf of Virginia Duncan | 3:18-cv-11124 | Burns Charest LLP |
| Elias, Julie | 3:18-cv-10680 | Burns Charest LLP |
| Farmer, Shirley | 3:18-cv-10676 | Burns Charest LLP |
| Ferland, Erin | 3:18-cv-11130 | Burns Charest LLP |
| Johnson, Deborah, individually and as trustee for the heirs of Pamela Woods | 3:16-cv-07664 | Burns Charest LLP |
| Joseph, Sabrina | 3:18-cv-10612 | Burns Charest LLP |
| O'Connor, Anne | 3:18-cv-01534 | Burns Charest LLP |
| Phillips, Richard, individually and as personal representative of the Estate of Kay Waterhouse | 3:16-cv-07336 | Burns Charest LLP |
| Sanders, Anita, individually and on behalf of Shannon Sanders | 3:18-cv-11123 | Burns Charest LLP |
| Schwerzel, Susan | 3:18-cv-10610 | Burns Charest LLP |
| Shoup, Carol as personal representative of the Estate of Theresa Cunningham, deceased | 3:16-cv-07889 | Burns Charest LLP |
| Stewart, James, individually and on behalf of Rachel Stewart | 3:18-cv-11121 | Burns Charest LLP |
| Stroth, Rebecca | 3:18-cv-01285 | Burns Charest LLP |

| Name | Case Number | Firm |
|---|---|---|
| Tutor, Denise, individually and on behalf of Elizabeth Balsam | 3:18-cv-10985 | Burns Charest LLP |
| Ferguson, Phoebie | 3:16-cv-08962 | Chappell, Smith & Arden PA |
| Harper, Wilma | 3:16-cv-08565 | Chappell, Smith & Arden PA |
| Bleecker, Anne Frances | 3:18-cv-09509 | Clore Law Group LLC |
| Carlin, Heather A. and William H. Carlin, Jr. | 3:16-cv-08699 | Cohen Placitella and Roth, P.C. |
| Hanaway, April, special administrator for the estate of Martha Jane Odle | 3:17-cv-06855 | Colley Shroyer & Abraham Co. LLC |
| Branch, Sandra | 3:18-cv-13247 | Dennis F. O'Brien, PA |
| King, Michael | 3:18-cv-13257 | Dennis F. O'Brien, PA |
| Herrington, Ronald, individually and as personal representative of the Estate of Carrie Herrington, deceased | 3:17-cv-02386 | Dwyer Williams Attorneys, P.C. |
| Ayers, Gwendolyn | 3:17-cv-00154 | Environmental Litigation Group |
| Krull, Rose M. | 3:17-cv-05657 | Fitzgerald Knaier, LLP |
| Cobbs, Debra, daughter and next of kin to Melva Lee Culp, deceased | 3:17-cv-04447 | Fleming, Nolen & Jez LLP |
| Wilson, Brandon, individually as surviving son of Phyllis Wilson and Kristi Coleman, individually as surviving daughter of Phyllis Wilson | 3:18-cv-15470 | Fleming, Nolen & Jez LLP |
| Adams, Denise Lyn | 3:18-cv-15538 | Girardi Keese |
| Allen, Kay | 3:18-cv-15539 | Girardi Keese |
| Barnes, Billie | 3:18-cv-15556 | Girardi Keese |
| Bequer, Myriam | 3:18-cv-15558 | Girardi Keese |
| Blanks, Angel | 3:18-cv-15561 | Girardi Keese |
| Blase, Stella | 3:18-cv-15566 | Girardi Keese |
| Brennan-Jones, Cheryl | 3:18-cv-15567 | Girardi Keese |
| Brunty, Sarah | 3:18-cv-15569 | Girardi Keese |
| Verlie, Victoria | 3:18-cv-01421 | Golomb & Honick, PC |
| Handy, Dolorae | 3:16-cv-07570 | Golomb & Honik, PC |
| Lumpkins, Camille, as personal representative of the estate of Serene Ann Wright, deceased | 3:18-cv-13415 | Heard Law Firm, PLLC |
| Kent, Dianna C and Douglas Kent | 3:17-cv-01547 | Hedrick Law Firm |
| Berry, Daniel, as personal representative of the Estate of Linda Horton | 3:18-cv-01813 | Heninger Garrison Davis, LLC |
| Clark, Bernadette and Randall | 3:18-cv-01728 | Heninger Garrison Davis, LLC |
| Albertine Jr, James Gary | 3:17-cv-02389 | Huber, Slack, Thomas & Marcelle, LLP |
| Norman, Stantra | 3:17-cv-02593 | Jeansonne & Remondet |
| Baker, Essie (the Estate of), by and through Personal Representative Dorothy Ray | 3:18-cv-01840 | Johnson Becker, PLLC |
| Adkins, Bernadine | 3:18-cv-02366 | Johnson Law Group |
| Aguirre, Starlene | 3:18-cv-01886 | Johnson Law Group |
| Akemann, Karla | 3:18-cv-02169 | Johnson Law Group |
| Baptiste, Margaret | 3:18-cv-02048 | Johnson Law Group |
| Benjamin, Dana | 3:18-cv-02231 | Johnson Law Group |
| Berger, Kerri and Ronald | 3:18-cv-01946 | Johnson Law Group |
| Bothwell, Crystal | 3:18-cv-02158 | Johnson Law Group |
| Bryant, Julie and Kevin | 3:18-cv-02352 | Johnson Law Group |
| Butler-Sisnroy, Mary | 3:18-cv-02325 | Johnson Law Group |
| Carlson, Christy | 3:18-cv-02176 | Johnson Law Group |
| Chacon, Patricia | 3:18-cv-02035 | Johnson Law Group |
| Clemens, Loretta V. | 3:18-cv-02324 | Johnson Law Group |
| Cole, Kelly and Tonia Gay | 3:18-cv-02350 | Johnson Law Group |
| Corral, Elizabeth and Alex Corral, Jr | 3:18-cv-02019 | Johnson Law Group |
| de los Reyes, Katrina | 3:18-cv-02186 | Johnson Law Group |
| Dekeyzer, Eula | 3:18-cv-01906 | Johnson Law Group |

| Name | Case Number | Law Firm |
|---|---|---|
| Encinas, Andrea | 3:18-cv-02315 | Johnson Law Group |
| Evans, Sandra | 3:18-cv-01925 | Johnson Law Group |
| Ferris, Teresa | 3:18-cv-01939 | Johnson Law Group |
| Gaccetta, Wanda and Henry | 3:18-cv-02346 | Johnson Law Group |
| Goatee, Zarah | 3:18-cv-02017 | Johnson Law Group |
| Gutierrez, Ana | 3:18-cv-02172 | Johnson Law Group |
| Harp, Ceanna | 3:18-cv-02038 | Johnson Law Group |
| Hodorovic, Pamela | 3:18-cv-01910 | Johnson Law Group |
| Hollenbeck, Dana | 3:18-cv-02311 | Johnson Law Group |
| Huang, Melanie | 3:18-cv-02036 | Johnson Law Group |
| Hughes, Katie | 3:18-cv-02030 | Johnson Law Group |
| Jaafar, Virginia | 3:18-cv-02154 | Johnson Law Group |
| Kershner, Thomas, individually and on behalf of the Estate of Tmmy Kershner | 3:18-cv-01884 | Johnson Law Group |
| Kesterson, Jamie | 3:18-cv-01933 | Johnson Law Group |
| Kruse, Beth Christel | 3:18-cv-02049 | Johnson Law Group |
| Lashbrook, Lauren | 3:17-cv-09303 | Onder Law Firm |
| Mackiewicz, Nancy and Roger Kennedy | 3:18-cv-02345 | Johnson Law Group |
| Martinez, Camellia | 3:18-cv-01914 | Johnson Law Group |
| Mazzarella, Marcia | 3:18-cv-01683 | Johnson Law Group |
| McCarthy, Annette | 3:18-cv-02050 | Johnson Law Group |
| McGriff, Marquette | 3:18-cv-01691 | Johnson Law Group |
| Morykan, Susan Linda and John | 3:18-cv-02316 | Johnson Law Group |
| Motter, Stephanie | 3:18-cv-01931 | Johnson Law Group |
| Nabzdyk, Jennifer and Thomas | 3:18-cv-01688 | Johnson Law Group |
| Neumann, Sharon | 3:18-cv-02396 | Johnson Law Group |
| Newkirk, Janet | 3:18-cv-02177 | Johnson Law Group |
| Parsley, Leanna | 3:18-cv-02238 | Johnson Law Group |
| Paul, Susan | 3:18-cv-02218 | Johnson Law Group |
| Phillips, Roxann and Richard | 3:18-cv-02313 | Johnson Law Group |
| Rienzo, Susan and James | 3:18-cv-02312 | Johnson Law Group |
| Robbins, Carmelita | 3:18-cv-02310 | Johnson Law Group |
| Rockwood, Rosemary | 3:18-cv-02323 | Johnson Law Group |
| Rumsey, Kelli Denise and Robert | 3:18-cv-02217 | Johnson Law Group |
| Salyer, Lynn | 3:18-cv-02023 | Johnson Law Group |
| Shipos, Jean | 3:18-cv-02232 | Johnson Law Group |
| Sprinkle, Mary Jane | 3:18-cv-02227 | Johnson Law Group |
| Svanda, Stacie for the estate of Debbie Svanda | 3:18-cv-01885 | Johnson Law Group |
| Taylor, Denise | 3:18-cv-02314 | Johnson Law Group |
| Townsend, Laurie | 3:18-cv-02170 | Johnson Law Group |
| Treadwell, Julie | 3:18-cv-01944 | Johnson Law Group |
| Urbas, Beverly | 3:18-cv-02229 | Johnson Law Group |
| Villa, Juan Carlos Arreola for the estate of Maria Sanchez Hernandez | 3:18-cv-02220 | Johnson Law Group |
| Villalobos, Martha | 3:18-cv-02234 | Johnson Law Group |
| White, Andrea | 3:18-cv-01883 | Johnson Law Group |
| Wild, Randy and David | 3:18-cv-02221 | Johnson Law Group |
| Wooten, Catherine | 3:18-cv-02032 | Johnson Law Group |
| Zulaica, Andrea | 3:18-cv-02153 | Johnson Law Group |
| Rossignol, Robert individually and as executor of the estate of Sonya Rossignol | 3:18-cv-10617 | Kazarosian Costello LLP |
| Levin, Lois B. | 3:17-cv-05386 | Kline & Specter PC |
| Mustaro, Maryanne E. and Charles | 3:17-cv-05387 | Kline & Specter PC |
| Edgerton, Natalie R. | 3:17-cv-10680 | Kline & Specter, PC |
| Fiore, Frank | 3:17-cv-01094 | Kline & Specter, PC |
| Bussinger, Joanna | 3:17-cv-02730 | Langdon & Emison LLC |

| Kuntz, Florence | 3:17-cv-00097 | Lanier Law Firm |
|---|---|---|
| Daller, Marie | 3:18-cv-14045 | Lenze Lawyers, PLC |
| Saboe, Cindy | 3:18-cv-15531 | Lenze Lawyers, PLC |
| Persinger, Susan Katz and Joe Madden Persinger | 3:18-cv-00754 | Levin Simes LLP |
| Reynolds, Delta Rachel | 3:18-cv-00756 | Levin Simes LLP |
| Bewley, Sandra D. | 3:18-cv-15303 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Cross, Josephine M. | 3:18-cv-14877 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Grissom, Judy E. | 3:18-cv-15117 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Overson, Sylvia | 3:18-cv-14893 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Pruitt, Leanna | 3:18-cv-15202 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Sexton, Elisha M. | 3:18-cv-15267 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Toscano, Mary E. and John P. | 3:18-cv-15120 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Valdez, Erika | 3:18-cv-15126 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Williams, Tiffany S. and Zaire C. | 3:18-cv-14957 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| Bellanger, Crystal | 3:16-cv-09500 | Michael Hingle & Associates LLC |
| Bezue, Mashander | 3:16-cv-09564 | Michael Hingle & Associates LLC |
| Brown, Brenda D. | 3:16-cv-09508 | Michael Hingle & Associates LLC |
| Byrd, Darlene | 3:16-cv-09513 | Michael Hingle & Associates LLC |
| Chauvin, Dinah | 3:16-cv-09567 | Michael Hingle & Associates LLC |
| Harris, Ruth | 3:16-cv-09522 | Michael Hingle & Associates LLC |
| Jones-Wilder, Rita | 3:16-cv-09571 | Michael Hingle & Associates LLC |
| Montz, Carol | 3:16-cv-09523 | Michael Hingle & Associates LLC |
| Sissac, Vilma | 3:16-cv-09524 | Michael Kingle & Associates LLC |
| Poland, Sharon | 3:18-cv-01565 | Morelli Law Firm, PLLC |
| Pontarelli, Nancy and Claudio | 3:18-cv-01554 | Morelli Law Firm, PLLC |
| Porter, Rose | 3:18-cv-01553 | Morelli Law Firm, PLLC |
| Powell, Cynthia and George Powell, III | 3:18-cv-01574 | Morelli Law Firm, PLLC |
| Robinson, Lisa | 3:18-cv-01569 | Morelli Law Firm, PLLC |
| Trimarco, Jennie | 3:18-cv-02113 | Morgan & Morgan Complex Litigation Group Litigation Group |
| Annaloro, Lucille and Leonard | 3:17-cv-11860 | Motley Rice LLC |
| Mazur, Candace | 3:17-cv-13160 | Motley Rice LLC |
| Ortiz, Sherleen | 3:17-cv-13179 | Motley Rice LLC |
| Berg, Renee, individually and on behalf of the Estate of Rosalind Berg | 3:17-cv-01291 | Murray Law Firm |
| Holmes, Lisa | 3:17-cv-01506 | Murray Law Firm |
| Turner, Margie F. and Hollie | 3:17-cv-01035 | Murray Law Firm |
| Soto, Bernadette | 3:18-cv-02138 | Napoli Shkolnik PLLC |
| Arana, Hazel | 3:18-cv-10601 | Napoli Shkolnik, PLLC |
| Black, Wanda | 3:18-cv-10836 | Napoli Shkolnik, PLLC |
| Botner, Diane, as the surviving heir of Amber Burris, deceased | 3:18-cv-11204 | Napoli Shkolnik, PLLC |
| Bush, Christa and Thomas | 3:18-cv-10971 | Napoli Shkolnik, PLLC |
| Choi, Francine | 3:18-cv-10895 | Napoli Shkolnik, PLLC |
| Daquieno, Steven, as the surviving heir of Elizabeth Daquieno, deceased | 3:18-cv-10705 | Napoli Shkolnik, PLLC |
| Edmondson, Barbara L. and Edward | 3:18-cv-11463 | Napoli Shkolnik, PLLC |

| | | |
|---|---|---|
| Edwards, Shelly as the surviving heir of Sandra Abbott, deceased | 3:18-cv-11529 | Napoli Shkolnik, PLLC |
| Fenstemaker, Charles, as the surviving heir of Teresa Fenstemaker, deceased | 3:17-cv-11247 | Napoli Shkolnik, PLLC |
| Fenstemaker, Charles, as the surviving heir of Teresa Fenstemaker, deceased | 3:16-cv-07418 | Napoli Shkolnik, PLLC |
| Germann, Helaine and Robert | 3:18-cv-11595 | Napoli Shkolnik, PLLC |
| Herrera, Diana | 3:18-cv-10315 | Napoli Shkolnik, PLLC |
| Martinez, Sybil A. | 3:18-cv-12453 | Napoli Shkolnik, PLLC |
| Skursky, Susan and Thomas Skursky | 3:18-cv-12451 | Napoli Shkolnik, PLLC |
| Teague, Tonjua and Andrew Teague | 3:18-cv-12326 | Napoli Shkolnik, PLLC |
| White, Robin | 3:18-cv-12452 | Napoli Shkolnik, PLLC |
| Winters, Shavon | 3:18-cv-12447 | Napoli Shkolnik, PLLC |
| Zanni, Camille | 3:18-cv-02233 | Nass Cancelliere Brenner |
| Abell, Ashley | 3:17-cv-09569 | Onderlaw, LLC |
| Alejandre, Erika | 3:17-cv-09551 | Onderlaw, LLC |
| Barnhart, Sharan | 3:17-cv-09550 | Onderlaw, LLC |
| Beach, Lesia | 3:17-cv-09598 | Onderlaw, LLC |
| Bibeau, Annette | 3:17-cv-09288 | Onderlaw, LLC |
| Blanchett, Sheryl | 3:17-cv-09479 | Onderlaw, LLC |
| Brown, Denice | 3:17-cv-09791 | Onderlaw, LLC |
| Brown, Valerie | 3:17-cv-09601 | Onderlaw, LLC |
| Burns-Garcia, Lillian | 3:17-cv-09481 | Onderlaw, LLC |
| Caldabaugh, Tama | 3:17-cv-09290 | Onderlaw, LLC |
| Cardwell, Donna | 3:17-cv-09498 | Onderlaw, LLC |
| Carroll, Linda | 3:17-cv-09500 | Onderlaw, LLC |
| Ceballos, Rita | 3:17-cv-09503 | Onderlaw, LLC |
| Chinapana, Sunita | 3:17-cv-09485 | Onderlaw, LLC |
| Clark, Nancy | 3:17-cv-09560 | Onderlaw, LLC |
| Connolly-Amburgey, Bethany | 3:17-cv-09488 | Onderlaw, LLC |
| Cox, Susan | 3:17-cv-09474 | Onderlaw, LLC |
| Criado, Sharon | 3:17-cv-09476 | Onderlaw, LLC |
| Dale, Arretta | 3:17-cv-09543 | Onderlaw, LLC |
| Davidson, Victoria | 3:17-cv-09465 | Onderlaw, LLC |
| Dayton, Roseanne | 3:17-cv-09294 | Onderlaw, LLC |
| Degraffenreid, Keaudrea | 3:17-cv-09794 | Onderlaw, LLC |
| Dodson, Donna | 3:17-cv-09810 | Onderlaw, LLC |
| Dorber, Steven, individually and as representative of the Estate of Angela Manning, deceased | 3:18-cv-00328 | Onderlaw, LLC |
| Elsmore, Joanna | 3:17-cv-09554 | Onderlaw, LLC |
| Ferran, Maria | 3:17-cv-09466 | Onderlaw, LLC |
| Frizell, Cheree | 3:17-cv-09555 | Onderlaw, LLC |
| Gaytan, Carie | 3:17-cv-09511 | Onderlaw, LLC |
| Graham, Julie | 3:17-cv-09515 | Onderlaw, LLC |
| Guerra, Carmela | 3:17-cv-09468 | Onderlaw, LLC |
| Guest, Phyllis | 3:17-cv-09297 | Onderlaw, LLC |
| Harris, Jennifer | 3:17-cv-09298 | Onderlaw, LLC |
| Hawkins, Evelyn | 3:17-cv-09798 | Onderlaw, LLC |
| Heinz, Nancy | 3:17-cv-09471 | Onderlaw, LLC |
| Henderson, Brenda | 3:17-cv-09299 | Onderlaw, LLC |
| Herndon, Deborah | 3:17-cv-09516 | Onderlaw, LLC |
| Herrera, Sarah | 3:17-cv-09802 | Onderlaw, LLC |
| Herzfeld, Ann | 3:17-cv-09545 | Onderlaw, LLC |
| Hoshko-Smith, Andrea | 3:17-cv-09518 | Onderlaw, LLC |
| Hughes, Melissa | 3:17-cv-09547 | Onderlaw, LLC |
| Ianniello, Joann | 3:17-cv-09493 | Onderlaw, LLC |
| Jensen, Deborah | 3:17-cv-09811 | Onderlaw, LLC |

| | | |
|---|---|---|
| Jensen, Victoria | 3:17-cv-09300 | Onderlaw, LLC |
| Jetton, Kimberly | 3:17-cv-09570 | Onderlaw, LLC |
| Kelly, Kathryn | 3:17-cv-09302 | Onderlaw, LLC |
| Kennedy, Joyce | 3:17-cv-09561 | Onderlaw, LLC |
| Kilty, Kelley | 3:17-cv-09814 | Onderlaw, LLC |
| Kyte, Debra | 3:17-cv-09496 | Onderlaw, LLC |
| Loomis, Sonia | 3:17-cv-09304 | Onderlaw, LLC |
| Mauer, Kathryn | 3:17-cv-09522 | Onderlaw, LLC |
| McCormick, Kimberly | 3:17-cv-09571 | Onderlaw, LLC |
| McIntyre, Barbara | 3:17-cv-09562 | Onderlaw, LLC |
| Mendoza, Rose Marie | 3:17-cv-09525 | Onderlaw, LLC |
| Morton, Judith | 3:17-cv-09572 | Onderlaw, LLC |
| Myers, Jeanne | 3:17-cv-09305 | Onderlaw, LLC |
| O'Connor, Kathleen | 3:17-cv-09816 | Onderlaw, LLC |
| Olson, Adella | 3:17-cv-09574 | Onderlaw, LLC |
| Owens, Lisa | 3:17-cv-09312 | Onderlaw, LLC |
| Parks, Brenda | 3:17-cv-09528 | Onderlaw, LLC |
| Parsons, Deborah | 3:17-cv-09316 | Onderlaw, LLC |
| Pearson, Patricia | 3:17-cv-09576 | Onderlaw, LLC |
| Pierce, Deanna | 3:17-cv-09578 | Onderlaw, LLC |
| Poulin, Debra and Anthony | 3:17-cv-09320 | Onderlaw, LLC |
| Quinton, Jessica | 3:17-cv-09581 | Onderlaw, LLC |
| Register, Melissa | 3:17-cv-09532 | Onderlaw, LLC |
| Ridener, Janet | 3:17-cv-09332 | Onderlaw, LLC |
| Ridley, Jane | 3:17-cv-09324 | Onderlaw, LLC |
| Riggs, Alicia | 3:17-cv-09539 | Onderlaw, LLC |
| Rigsby, Doris | 3:17-cv-09583 | Onderlaw, LLC |
| Robb, Denise | 3:17-cv-09335 | Onderlaw, LLC |
| Robbins, Linda | 3:17-cv-09337 | Onderlaw, LLC |
| Rowe, Brianna | 3:17-cv-09345 | Onderlaw, LLC |
| Rubin, Anne | 3:17-cv-09347 | Onderlaw, LLC |
| Santiago, Sandra | 3:17-cv-09350 | Onderlaw, LLC |
| Schmear, Sheryl | 3:17-cv-09817 | Onderlaw, LLC |
| Schnebelen, Cathy | 3:17-cv-09354 | Onderlaw, LLC |
| Silby, Tammy | 3:17-cv-09358 | Onderlaw, LLC |
| Smith, Jocelyn | 3:17-cv-09360 | Onderlaw, LLC |
| Stewart, Virginia | 3:17-cv-09584 | Onderlaw, LLC |
| Sullivan, Mariam | 3:17-cv-09586 | Onderlaw, LLC |
| Terry, Robin | 3:17-cv-09563 | Onderlaw, LLC |
| Tincher, Elizabeth | 3:17-cv-09564 | Onderlaw, LLC |
| Trahan, Kimberley | 3:17-cv-09589 | Onderlaw, LLC |
| Trull, Carol | 3:17-cv-09590 | Onderlaw, LLC |
| Turner, Adgenda | 3:18-cv-00329 | Onderlaw, LLC |
| Turner, Sondra | 3:17-cv-09541 | Onderlaw, LLC |
| Webb, Kelly | 3:17-cv-09818 | Onderlaw, LLC |
| Young, Penny | 3:17-cv-09497 | Onderlaw, LLC |
| Paniagua, Anastasia, on her own behalf and as representative of the Estate of Manuela Maria Diaz | 3:17-cv-12944 | Paul McInnes LLP |
| Becraft, Phyllis and Richard | 3:18-cv-02105 | Pogust Braslow & Millrood |
| Benecke, Jr., John, individually and as representative of the Estate of Jean Benecke, deceased | 3:17-cv-06423 | Potts Law Firm |
| Blue, Renee, representative of the estate of Ida Murphy, deceased | 3:17-cv-11415 | Potts Law Firm |
| O'Niel, Georganna for the estate of Linda Monroe | 3:18-cv-02344 | Potts Law Firm |
| Thomas, Jim for the estate of Dorothy Thomas | 3:18-cv-02100 | Potts Law Firm |
| Nard, Linda and Mark | 3:17-cv-07916 | Pribanic & Pribanic, LLC |

| | | |
|---|---|---|
| Grenier, Ronald, individually and as representative of the Estate of Rachel Grenier | 3:18-cv-14809 | Reich & Binstock, LLP |
| Dooley, Ina Jo on behalf of Donna Carter, deceased | 3:18-cv-15069 | Richardson, Richardson, Boudreaux |
| Word, Crystal for Ernestine Word, deceased | 3:18-cv-14683 | Richardson, Richardson, Boudreaux |
| Flinn, Dana and Gregory | 3:18-cv-00732 | Robinson Calcagnie, INC |
| Fossett, Anthony for Diane Crudup | 3:18-cv-00737 | Robinson Calcagnie, INC |
| Green, Leesa | 3:18-cv-00891 | Robinson Calcagnie, INC |
| Iturralde, Rita | 3:18-cv-00736 | Robinson Calcagnie, INC |
| Kahn, Diane | 3:18-cv-01882 | Robinson Calcagnie, INC |
| Oliver, Tammy | 3:18-cv-00716 | Robinson Calcagnie, INC |
| Ryan, Patricia | 3:18-cv-01471 | Robinson Calcagnie, INC |
| Shoemaker, Colette | 3:18-cv-00719 | Robinson Calcagnie, INC |
| Tackabury, Ed for Lyn Tackabury | 3:18-cv-00871 | Robinson Calcagnie, INC |
| Taylor, Cody for Helen Taylor | 3:18-cv-00879 | Robinson Calcagnie, INC |
| Yost, Kimberly, as individual and as successor in interest for Christy Andrews | 3:18-cv-00712 | Robinson Calcagnie, INC |
| Terry, Jennifer for the estate of Karen Beckrest | 3:18-cv-02086 | Ross Feller Casey, LLP |
| Phillips, Robyn | 3:18-cv-01570 | Sanders Phillips Grossman, LLC |
| Hestres, Pilar | 3:17-cv-02384 | Saunders & Walker, P.A. |
| Shinske, Diana | 3:16-cv-07894 | Saunders & Walker, PA |
| Hilborn, Carol for the estate of Patricia Frisby, Tiffany Carnes | 3:18-cv-00099 | Skikos, Crawford, Skikos & Joseph |
| Bearfield, Essie | 3:17-cv-03162 | Sutter & Gillham, PLLC |
| Knodel, Brian for the estate of Elaine Knodel, Steven Knodel and David Knodel | 3:17-cv-06356 | The Hannon Law Firm, LLC |
| Biale, Christine and William | 3:18-cv-02011 | The Lanier Law FIrm |
| Everhart, Joyce, as special administrator of the Estate of Barbara Sharp, deceased | 3:18-cv-02391 | The Lanier Law FIrm |
| Harbajan, Nalini | 3:18-cv-02013 | The Lanier Law FIrm |
| Kirkwood, Gary for the estate of Linda Kirkwood | 3:18-cv-02012 | The Lanier Law FIrm |
| Zatezalo, Jennifer | 3:18-cv-02212 | The Lanier Law FIrm |
| Lessard, Sylvain, individually and as successor-in-interest to Eileen Cuti | 3:17-cv-04665 | The Lanier Law Firm, PLLC |
| Pringle, Thomas, individually and as administrator of the estate of Andrea Pringle | 3:18-cv-14262 | The Lanier Law Firm, PLLC |
| Smith, Brenda and Lewis | 3:18-cv-14273 | The Webster Law Firm |
| Feldman, Elizabeth and Michael Feldman | 3:18-cv-12704 | Thornton & Naumes, LLP |
| Lamusta, Richard, individually and as administrator of the Estate of Diane Lamusta, deceased | 3:18-cv-13027 | Thornton & Naumes, LLP |
| Jounakos, Evelyn | 3:18-cv-14493 | Wexler Wallace, LLP |
| Walker, Donnie, individually and as surviving spouse and administrator ad litem of the Estate of Teresa Diane Hill Walker | 3:17-cv-02859 | William G. Colvin PLLC |
| Hammer, Mary | 3:17-cv-07969 | Wilson Law, P.A. |
| Giso, Linda C. | 3:18-cv-08515 | WOCL Leydon LLC |