UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **TOMIKA SHANNON,** **Plaintiff,** v. **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL.** **Defendants.** | Case No.: 3:18-cv-16863-FLW-LHG |

## DISMISSAL WITH PREJUDICE OF DEFENDNANT PCPC

COMES NOW Plaintiff, Tomika Shannon, and pursuant to Fed. R. Civ. P. 41, hereby dismisses with prejudice her claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining defendants shall be affected by this dismissal.

Date:  December 6, 2018

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, a copy of the foregoing Dismissal With Prejudice of Defendant PCPC was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>*/s/ Eric D. Holland*
>Eric D. Holland – MO Bar #: 39935
>Holland Law Firm, LLC
>300 N. Tucker Blvd., Suite 801
>St. Louis, MO 63101
>Tel: 314-241-8111
>Fax: 314-241-5554
>Email: eholland@allfela.com