UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Anthony DeFranco next of kin for Colleen DeFranco*,<br><br>3:18-cv-16833 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 04, 2018 on behalf of Plaintiff Anthony DeFranco next of kin for Colleen DeFranco.

Dated: December 10, 2018

                                            Respectfully submitted,

                                            /s/ Matthew R. McCarley
                                            Matthew R. McCarley
                                            Texas Bar No. 24041426
                                            **FEARS NACHAWATI, PLLC**
                                            4925 Greenville Ave., Ste 715
                                            Dallas, TX 75206
                                            mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      Respectfully submitted,

/s/ Matthew R. McCarley
Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
4925 Greenville Ave., Ste 715
Dallas, TX 75206
mccarley@fnlawfirm.com