UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JACK E. MORAST, Individually and as Personal Representative of the ESTATE OF FRANCES F. MORAST, deceased,<br>                      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br>                      Defendants. | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:18-cv-16854<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on December 5, 2018 on behalf of Jack E. Morast, Individually and as Personal Representative of the Estate of Frances F. Morast, deceased.

Dated: December 6, 2018                      Respectfully submitted:

                                                                   /s/ Michael Goetz
                                                                   MICHAEL GOETZ, ESQUIRE
                                                                   Florida Bar No. 963984
                                                                   Morgan & Morgan
                                                                   Complex Litigation Group
                                                                   One Tampa City Center, 7th Floor
                                                                   201 N. Franklin Street
                                                                   Tampa, Florida 33602
                                                                   Telephone (813) 223-5505
                                                                   Facsimile (813) 223-5402
                                                                   E-Mail: MGoetz@forthepeople.com
                                                                   Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on December 6, 2018.

                                               /s/ Michael Goetz
                                               Attorney for Plaintiff