UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: RYAN v. JOHNSON & JOHNSON et al. 3:18-cv-17029 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on <u>December 10, 2018</u> on behalf of Plaintiff Margaret L. Ryan.

Dated: <u>December 11, 2018</u>                    Respectfully Submitted by,

/s/James D. Gotz
James D. Gotz
Steven B. Rotman
HAUSFELD
One Marina Park Drive
Suite 1410
Boston, MA 02210
jgotz@hausfeld.com
srotman@hausfeld.com
**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This  11th  day of December, 2018.

                                        HAUSFELD

                                        /s/James D. Gotz
                                        James D. Gotz
                                        Steven B. Rotman