**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Atterholt v. Johnson & Johnson, et al.,* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- CYNTHIA ATTERHOLT; 3:18-cv-16785

This 11th day of December 2018.

                                            Respectfully submitted by,

                                            s/ D. Todd Mathews
                                            D. Todd Mathews, #52502 (MO)
                                            Gori Julian & Associates, P.C.
                                            156 N. Main Street
                                            Edwardsville, IL 62025
                                            (618) 659-9833 – Telephone
                                            (618) 659-9834 – Facsimile

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of December 2018.

*/s/ D. Todd Mathews*
D. Todd Mathews
