**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Toutant v. Johnson & Johnson, et al.*, | |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- LISA TOUTANT; 3:18-cv-16784

This 11th day of December 2018.

> Respectfully submitted by,
>
> s/ D. Todd Mathews
> D. Todd Mathews, #52502 (MO)
> Gori Julian & Associates, P.C.
> 156 N. Main Street
> Edwardsville, IL 62025
> (618) 659-9833 – Telephone
> (618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of December 2018.

                <u>*/s/ D. Todd Mathews*</u>
                D. Todd Mathews