UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>  Melinda Ehrlich | **3:16-md-02738 (FLW) (LHG)** |

3:18-cv-17123

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 12, 2018 on behalf of Plaintiffs, Melinda Ehrlich and Kenneth Ehrlich.

**Dated: December 13, 2018.**

                                              Respectfully submitted,

                                              /s/ *Michael A. Robb*
                                              Michael A. Robb (Fla. # 651583)
                                              Leah Charbonnet (Fla. # 0034613)
                                              CLARK ROBB COULOMBE BUSCHMAN & CHARBONNET
                                              7501 Wiles Road, Ste. 207
                                              Coral Springs, FL 33067

                                              T. (954) 753-3902
                                              F. (954) 753-3902

                                              mrobb@clarkrobb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that December 13, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ *Michael A. Robb*
Michael A. Robb (Fla. #651583)
Leah Charbonnet (Fla. #0034613)
CLARK ROBB COULOMBE
BUSCHMAN & CHARBONNET
7501 Wiles Road, Ste. 207
Coral Springs, FL 33067

T. (954) 753-3902
F. (954) 753-3902

mrobb@clarkrobb.com