## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2738 (FLW) (LHG) <br> : JUDGE FREDA L. WOLFSON <br> : MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates To: <br><br> SYLVIA RAMOS | : <br> : Civil Action No.: 3:18-cv-16441 <br> : <br> : |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 26, 2018 on behalf of Plaintiff, Sylvia Ramos.

Dated this 17th day of December, 2018.

                                                            **COHEN & MALAD, LLP**

                                                            /s/*Jeff S. Gibson* <br>
                                                            Greg L. Laker, Atty. No. 10322-49 <br>
                                                            Jeff S. Gibson, Atty. No. 22362-49 <br>
                                                            Jonathan A. Knoll, Atty. No. 29324-49 <br>
                                                            *Attorneys for Plaintiff*

**COHEN & MALAD, LLP** <br>
One Indiana Square, Suite 1400 <br>
Indianapolis, Indiana 46204 <br>
glaker@cohenandmalad.com <br>
jgibson@cohenandmalad.com <br>
jknoll@cohenandmalad.com <br>
Phone:  (317) 636-6481 <br>
Fax:  (317) 636-2593

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

**COHEN & MALAD, LLP**

By: /s/*Jeff S. Gibson*
Greg L. Laker, Atty. No. 10322-49
*Attorney for Plaintiff*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593