## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION

---------------------------------------------

:
:
:
:
:
:
:
:
:
:

Civil Action No. 3:16-md-2738-FLW-LHG

MDL No. 2738

**CONSENT ORDER REGARDING
AMENDED COMPLAINTS FILED
WITHOUT LEAVE OF COURT**

**THIS MATTER** having been brought before the Court by the parties to address the issue of amended complaints that were filed outside of the time allowed under Fed. R. Civ. P. 15(a)(1) and without either the consent of all Defendants or a motion seeking leave of Court to amend their Short Form Complaint; and with the consent of the Defendants

**IT IS ORDERED** that the Amended Short Form Complaints on the attached Exhibit A may be filed outside the time allowed by Fed. R. Civ. P. 15(a)(1);

**IT IS FURTHER ORDERED** that this Order shall in no way affect the dismissal of Defendant Personal Care Products Council from any action pursuant to CMO 10;

**IT IS FURTHER ORDERED** that the Amended Short Form Complaint filed last-in-time shall be deemed the operative Short Form Complaint in that case; and

1

**IT IS FURTHER ORDERED** that Defendants shall have fourteen (14) days from the entry of this Order to file a responsive Notice of Appearance to the last-in-time filed Amended Short Form Complaint in accordance with the provisions in CMO 4.

_____  12/17/18
Hon. Freda L. Wolfson, U.S.D.J.

## EXHIBIT A

| Case Name | Docket No. | Date Amended SFC Filed |
|---|---|---|
| Austin, Sheronda v. Johnson & Johnson, et al. | 3:17-cv-10615 | 1/30/2018 |
| Benecke, Jean and John v. Johnson & Johnson, et al. | 3:17-cv-06423 | 1/12/2018 |
| Kenny, Christy v. Johnson & Johnson, et al. | 3:18-cv-00888 | 7/17/2018 |
| Gould, Dolores v. Johnson & Johnson, et al. | 3:16-cv-06567 | 7/18/2017 |
| Kuhn, Patricia v. Johnson & Johnson, et al. | 3:16-cv-07312 | 7/18/2017 |
| Rich-Williams, Ada v. Johnson & Johnson, et al. | 3:16-cv-06489 | 7/17/2017 |