## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Floyd Dean Egenston, Individually and as Administrator of the Estate of Lesa Marie Egeston <br> 3:18-cv-17253 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 14, 2018 on behalf of Plaintiff Floyd Dean Egeston, individually and as Administrator of the Estate of Lesa Marie Egeston.

Dated: December 17, 2018

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: <u>December 17, 2018</u>                    /s/ Michael Akselrud

                                        Michael Akselrud
                                        The Lanier Law Firm, PC
                                        21550 Oxnard St., 3rd Fl
                                        Woodland Hills, CA 91367
                                        (310) 277-5100
                                        Counsel for Plaintiff(s)