# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr>
<td>

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

---

**CATHERINE COSTON and KENT COSTON**

**Plaintiffs,**

**v.**

**JOHNSON & JOHNSON,
JOHNSON & JOHNSON CONSUMER, INC.,
IMERYS TALC AMERICA, INC.
PERSONAL CARE PRODUCTS COUNCIL.**

**Defendants.**

</td>
<td>

**MDL NO. 16-2738 (FLW) (LHG)
JUDGE FREDA L. WOLFSON
MAG. JUDGE LOIS H. GOODMAN**

Case No.: 3:18-cv-17079-FLW-LHG

DIRECT FILED ACTION

</td>
</tr>
</table>

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 11, 2018, on behalf of Plaintiffs, Katherine Coston and Kent Coston.

Date:  December 18, 2018

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, a copy of the foregoing NOTICE OF

FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's

electronic filing system to all parties indicated on the electronic filing receipt.  Parties may

access this filing through the Court's system.

*/s/ Eric D. Holland*

Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com
