**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2738 (FLW) (LHG)**<br><br>**JUDGE FREDA L. WOLFSON**<br>**MAG, JUDGE LOIS H. GOODMAN** |
| **This Document Relates To:**<br><br>**Christopher Gurga as Personal Representative of the Estate of Carol Gurga** *v. Johnson & Johnson, et al.*<br><br>**Case No.: 3:18-cv-15441-FLW-LHG** | |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF**
**PERSONAL CARE PRODUCTS COUNCIL ("PCPC"),**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff Christopher Gurga,

Personal Representative of the Estate of Carol Gurga, Deceased voluntarily dismisses Personal

Care Products Council ("PCPC"), as a defendant in this matter, without prejudice.

Respectfully submitted,

*/s/ William L. Bross*
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203

---

[1]   This provision permits a plaintiff to "dismiss an action without a court order by filing . . .  a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 41(a)(1)(1)(i).  Plaintiff has confirmed that Ethicon, LLC, has not answered nor filed a motion for summary judgment in this action, and thus files this request for voluntary dismissal without the need for court order and without the signature of all parties who have appeared.  *Compare id.*, *with* Fed. R. Civ. 41(a)(1)(A)((ii).

## CERTIFICATE OF SERVICE

I hereby certify on this the 18th day of December, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in the MDL.

/s/ William L. Bross
William L. Bross