UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Rose Young, Testamentary Executrix of the Succession of Patsy Van Hoosen, deceased<br><br>        Plaintiff,<br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc")<br><br>        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:18-cv-17013 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form. Complaints) that the Short Form Complaint and Jury Demand has been filed on December 10, 2018 on behalf of Plaintiff Rose Young, Testamentary Executrix of the Succession of Patsy Van Hoosen, deceased.

Dated: December 18, 2018        Respectfully submitted,

                   /s/Brett A. Emison
                   Brett A. Emison
                   Langdon & Emison, LLC
                   911 Main Street
                   Lexington, MO 64067
                   Ph: 660-259-6175
                   Fax: 660-259-4571
                   brett@lelaw.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on December 10, 2018.

                                    /s/ Brett A. Emison
                                    Attorney for Plaintiffs