UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Elise Elmore 3:18-cv-17366 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

   Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 18, 2018 on behalf of Plaintiff Elise Elmore.

Dated: December 19, 2018

                   Respectfully Submitted by,
                   /s/ Michael Akselrud
                   Michael Akselrud
                   The Lanier Law Firm, PC
                   21550 Oxnard St., 3rd Fl.
                   Woodland Hills, CA 91367
                   (310) 277-5100
                   Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

| | |
|---|---|
| Dated: December 19, 2018 | /s/ Michael Akselrud |
| | Michael Akselrud |
| | The Lanier Law Firm, PC |
| | 21550 Oxnard St., 3rd Fl |
| | Woodland Hills, CA 91367 |
| | (310) 277-5100 |
| | Counsel for Plaintiff(s) |