UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| EDGARD S. SAFLOR, etc., **Plaintiff,** v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. **Defendants.** | Case No.: 3:18-cv-17381-FLW-LHG DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 19, 2018, on behalf of Plaintiff, Edgard S. Saflor on Behalf of his Deceased Mother, Eleuteria S. Saflor.

Date:  December 21, 2018

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                  */s/ Eric D. Holland*
                                  Eric D. Holland – MO Bar #: 39935
                                  Holland Law Firm, LLC
                                  300 N. Tucker Blvd., Suite 801
                                  St. Louis, MO 63101
                                  Tel: 314-241-8111
                                  Fax: 314-241-5554
                                  Email: eholland@allfela.com