UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>NIVA HIDALGO<br><br>               Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>               Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br><br><br>Case No. 3:18-cv-16350-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 20, 2018, on behalf of Plaintiff NIVA HIDALGO.

Dated: December 21, 2018                          Respectfully Submitted,


By:  /s/ *Mark P. Robinson, Jr.*
      Mark P. Robinson, Jr.
      19 Corporate Plaza Drive
      Newport Beach, CA 92660
      949-720-1288 Phone
      949-720-1292 Facsimile
      mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that December 21, 2018, the above and foregoing

Notice of Filing Short Form Complaint was filed electronically and is

available for viewing through the Court's electronic filing system.  A true and

correct copy has been served upon all counsel of record via the Court's ECF

system.

    /s/ Mark P. Robinson Jr.
    MARK P. ROBINSON, JR.

2