**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **JENNIFER MILLER,** | **Case No. 3:18-cv-16776-FLW-LHG** |
| **Plaintiff,** | |
| **v.** | |
| **JOHNSON & JOHNSON, et al.,** | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 4, 2018, on behalf of Plaintiff JENNIFER MILLER.

Dated: December 21, 2018                          Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
        Mark P. Robinson, Jr.
        19 Corporate Plaza Drive
        Newport Beach, CA 92660
        949-720-1288 Phone
        949-720-1292 Facsimile
        mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that December 21, 2018, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.


                /s/ Mark P. Robinson Jr.          
               MARK P. ROBINSON, JR.