# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, <br><br> Joseph Guthrie, Individually and as Administrator of the Estate of Jeannivee Guthrie, Deceased, <br>　　　Plaintiff, <br><br> v. <br><br> Johnson & Johnson; Johnson & Johnson Consumer, Inc.; Johnson & Johnson Consumer Companies, Inc.; Johnson & Johnson Consumer Products Company and Imerys Talc America, Inc., f/k/a Luzenac America, Inc. <br><br>　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br><br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br><br><br> CIVIL ACTION No.: 3:18-cv-16918 |

## NOTICE OF FILING

　　Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiffs Joseph Guthrie, Individually and as Executor of the Estate of Jeannivee Guthrie, deceased.

　　　　　　　　　　　　　　　　Respectfully submitted by,

　　　　　　　　　　　　　　　　**THE CUFFIE LAW FIRM**

　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　/s/ Thomas F Cuffie

　　　　　　　　　　　　　　　　Thomas F. Cuffie

DATED:　　December 26, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        **THE CUFFIE LAW FIRM**

        /s/ Thomas F. Cuffie

        Thomas F. Cuffie
        3080 Campbellton Road SW
        Atlanta, Georgia 30311
        Phone: (404) 344-4242
        Fax: (404) 349-4229
        tcuffie@cuffielawfirm.com