## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL NO. 16-2738 (FLW) (LHG) <br><br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| Walter Lloyd, Individually and as Putative Administrator of the Estate of Marcia Lloyd, Deceased, | COMPLAINT AND JURY DEMAND <br><br> CIVIL ACTION No.: 3:18-cv-17086 |
| Plaintiffs, | |
| v. | |
| Johnson & Johnson; Johnson & Johnson Consumer, Inc.; Johnson & Johnson Consumer Companies, Inc.; Johnson & Johnson Consumer Products Company and Imerys Talc America, Inc., f/k/a Luzenac America, Inc. | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Walter Lloyd, Individually and as Putative Administrator of the Estate of Marcia Lloyd, deceased.

                                            Respectfully submitted by,

                                            **THE CUFFIE LAW FIRM**

                                            Attorney for Plaintiff

                                            /s/ Thomas F Cuffie

DATED:   December 26, 2018        Thomas F. Cuffie

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

**THE CUFFIE LAW FIRM**

/s/ Thomas F. Cuffie

Thomas F. Cuffie
3080 Campbellton Road SW
Atlanta, Georgia 30311
Phone: (404) 344-4242
Fax: (404) 349-4229
tcuffie@cuffielawfirm.com