# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 3:16-md-02738-FLW-LHG |

*This document relates to:*

*Talisha Alston, as administratrix de son tort of the estate of Shirley A. Alston, deceased v. Johnson & Johnson, et al.,*
*3:18-cv-17534*
_____/

# **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 22, 2018 on behalf of the Plaintiff, Talisha Alston, as administratrix de son tort of the estate of Shirley A. Alston, deceased.

Dated: December 27, 2018.

        Respectfully submitted,

        /s/ Joseph H. Saunders
        Joseph H. Saunders, Esquire
        SAUNDERS & WALKER, P.A.
        3491 Gandy Blvd. North, Ste. 200
        Pinellas Park, FL 33780-1637
        (727) 579-4500, FAX (727) 577-9797
        FBN 341746
        joe@saunderslawyers.com
        *Counsel for Plaintiff*