## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**CASE MANAGEMENT ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party; and for the reasons set forth in the accompanying letter opinion; and for good cause shown,

**IT IS** on this 27th day of December 2018 hereby:

**ORDERED** as follows:

1. The PSC shall produce Dr. Saed's laboratory notebooks by January 2, 2019;

2. The PSC shall provide the Johnson & Johnson Defendants with the requested information regarding the funding of Dr. Saed's research and testing; and

3. All Parties shall produce all laboratory notebooks and any other technical material for an expert witness who has done scientific testing at least three weeks prior to the scheduled deposition for that expert witness.

DATED:  December 27, 2018

_____
Joel A. Pisano, U.S.D.J. (Ret.)
Special Master