SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Naomi Borkert v. Johnson & Johnson, et al.*<br>Case No.  3:18-cv-17382 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 19, 2018 on behalf of Plaintiff Naomi Borkert.

Dated: December 27, 2018

Respectfully Submitted,

*/s/ John J. Foley*
John J. Foley
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
jfoley@simmonsfirm.com
tmiracle@simmonsfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 27th day of December, 2018 to all parties of interest.

/s/ John J. Foley
John J. Foley