# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Krickett Egan, Individually and as Administrator of the Estate of Bonita Brittingham<br>3:18-cv-17525 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 21, 2018 on behalf of Plaintiff Krickett Egan, individually and as Administrator of the Estate of Bonita Brittingham.

Dated: December 27, 2018

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: December 27, 2018    /s/ Michael Akselrud
                                                    Michael Akselrud
                                                    The Lanier Law Firm, PC
                                                    21550 Oxnard St., 3rd Fl
                                                    Woodland Hills, CA 91367
                                                    (310) 277-5100
                                                    Counsel for Plaintiff(s)