## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>MEG ANN SHEPARD AND MICHAEL J. SHEPARD,<br><br>            Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC),<br><br>           Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>COMPLAINT AND JURY DEMAND<br><br><br>Civil Action No.: 3:18-cv-17513<br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on December 21, 2018 on behalf of Meg Ann and Michael J. Shepard.

Dated: December 28, 2018

                                      Respectfully Submitted by,
                                          */s/ Wesley A. Bowden*
                                         WESLEY A. BOWDEN
                                         Florida Bar No.: 64217
                                         LEVIN PAPANTONIO THOMAS
                                         MITCHELL
                                         RAFFERTY & PROCTOR, P.A.
                                         316 South Baylen Street, Suite 600
                                         Pensacola, FL 32502
                                         Telephone: (850) 435-7186
                                         Facsimile: (850) 436-6186
                                         Email: wbowden@levinlaw.com
                                         ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*