# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> JUDY V. ARMSTRONG, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC), <br><br> Defendants. | MDL No. 2738 (FLW) (LHG) <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:18-cv-17517 <br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on December 21, 2018 on behalf of Judy V. Armstrong.

Dated: <u>December 28, 2018</u>              Respectfully Submitted by,

                                                             */s/ Wesley A. Bowden*
                                                     WESLEY A. BOWDEN
                                                     Florida Bar No.: 64217
                                                     LEVIN PAPANTONIO THOMAS MITCHELL
                                                     RAFFERTY & PROCTOR, P.A.
                                                     316 South Baylen Street, Suite 600
                                                     Pensacola, FL 32502
                                                     Telephone: (850) 435-7186
                                                     Facsimile: (850) 436-6186
                                                     Email: wbowden@levinlaw.com
                                                     ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*