UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> ARLEY CORDOVES AND EARNESTO CORDOVES, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC), <br><br> Defendants. | MDL No. 2738 (FLW) (LHG) <br><br> COMPLAINT AND JURY DEMAND <br><br><br> Civil Action No.: 3:18-cv-17519 <br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on December 21, 2018 on behalf of Arley and Earnesto Cordoves.

Dated: <u>December 28, 2018</u>

Respectfully Submitted by,
 */s/ Wesley A. Bowden*
 WESLEY A. BOWDEN
 Florida Bar No.: 64217
 LEVIN PAPANTONIO THOMAS
 MITCHELL
 RAFFERTY & PROCTOR, P.A.
 316 South Baylen Street, Suite 600
 Pensacola, FL 32502
 Telephone: (850) 435-7186
 Facsimile: (850) 436-6186
 Email: wbowden@levinlaw.com
 ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2018, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Wesley A. Bowden