**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> EARNEST G. HONEYCUTT, Individually and obo PATRICIA A. HONEYCUTT, Deceased, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br> Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:18-cv-17712 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 28, 2018 on behalf of Plaintiff, Earnest G. Honeycutt, Individually and obo Patricia A. Honeycutt, Deceased.

Dated: 1/3/2019                                       Respectfully Submitted by,

   */s/ Diane K. Watkins*
   Thomas P. Cartmell MO# 45366
   tcartmell@wcllp.com
   Diane K. Watkins MO# 57238
   dwatkins@wcllp.com
   Wagstaff & Cartmell, LLP
   4740 Grand Avenue, Suite 300
   Kansas City, MO 64112
   (816) 701-1100
   FAX (816) 531-2372

   **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on January 3, 2019.

*/s/ Diane K. Watkins*
Diane K. Watkins