UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON  MAG. JUDGE LOIS H. GOODMAN |
| ADAM BERNICK, as administrator of the estate of BARBARA BLAIR,<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-cv-00100<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 4, 2019 on behalf of Plaintiff, Adam Bernick, as administrator of the estate of Barbara Blair.

Dated:   January 4, 2019

                                              Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Phone / (214) 237-9002 Fax
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                              **/s/ Eric D. Pearson**
                                              Eric D. Pearson

                                              ATTORNEY FOR PLAINTIFF