## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>RACHAEL FINDLAY as the surviving heir of SHEILA FINDLAY<br>3:18-cv-13470 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on August 31, 2018, on behalf of Rachael Findlay.

Dated: January 4, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  January 4, 2019

                                             */s/ Christopher R. LoPalo*
                                             Christopher R. LoPalo, Esq.
                                             400 Broadhollow Rd., Suite 305
                                             Melville, NY 11747
                                             Telephone: (212) 397-1000
                                             Facsimile: (646) 927-1676
                                             CLoPalo@NapoliLaw.com

                                             *Attorneys for Plaintiff*