UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Charles Fenstemaker, et al. v. Johnson & Johnson , et al.* | MDL No. 16-2738 (FLW)(LHG)<br><br><br><br><br><br><br>3:16-cv-07418 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: January 4, 2019

                                                                                    Respectfully submitted,

                                                                                   _/s/ Alastair Findeis__
                                                                                    Alastair Findeis, Esq.
                                                                                    Napoli Shkolnik PLLC
                                                                                    400 Broadhollow Rd. Suite 305
                                                                                    Melville, NY 11747
                                                                                    Tel: (212) 397-1000
                                                                                    afindeis@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 4, 2019

                                                                 /s/ Alastair Findeis____
                                                               Alastair Findeis, Esq.