# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>JENNETTE R. WOLFORD AND CARL B.WOLFORD,<br><br>     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC),<br><br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-cv-0036<br>DIRECT FILED ACTION |

## NOTICE OF FILING

  Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on January 2, 2019 on behalf of Jennette R. and Carl B. Wolford.

Dated: <u>January 7, 2019</u>        Respectfully Submitted by,

                  <u> /s/ Wesley A. Bowden </u>
                  WESLEY A. BOWDEN
                  Florida Bar No.: 64217
                  LEVIN PAPANTONIO THOMAS MITCHELL
                  RAFFERTY & PROCTOR, P.A.
                  316 South Baylen Street, Suite 600
                  Pensacola, FL 32502
                  Telephone: (850) 435-7186
                  Facsimile: (850) 436-6186
                  Email: wbowden@levinlaw.com
                  ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*