**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW)(LHG) |

**This document relates to:**

| | |
|---|---|
| ELEANOR BARSH, et al.,           )  <br>         Plaintiffs,           ) <br> v. JOHNSON & JOHNSON, et al.   ) <br>         Defendants.           ) | Civil Case No.: 4:18-CV-01464 |

**PLAINTIFFS' RENEWED MOTION FOR REMAND**

COME NOW Plaintiffs, pursuant to 28 U.S.C. § 1447(c), and hereby move this Honorable Court to remand this case back to the Circuit Court for the Twenty-Second Judicial Circuit, City of St. Louis, Missouri, from where it was improperly removed by Defendants Johnson & Johnson, Johnson & Johnson Consumer Incorporated f/k/a Johnson & Johnson Consumer Companies, Inc. (collectively the "Defendant J&J"). This Court lacks jurisdiction of this matter due to the lack of diversity among the parties as well as the failure to obtain unanimity of consent from all defendants prior to removal. As set forth in the accompanying Memorandum of Law, Plaintiffs pled a proper cause of action against non-diverse Defendant Schnuck Markets, Inc., and Defendant PTI Union, LLC, Missouri citizens responsible for many of the negligent acts alleged in the Petition. Defendant J&J has failed to meet its heavy burden to prove that joinder was fraudulent, as well as meet the basic requirements of 28 U.S.C. §§ 1446. Since diversity is lacking and this case does not present a federal question, this Court lacks jurisdiction.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to remand this case to the Circuit Court for the Twenty-Second Judicial Circuit, City of St. Louis, Missouri, that, pursuant to 28 U.S.C. § 1447(c), Defendant J&J pay the "costs, actual expenses and attorney fees" incurred by Plaintiffs in responding to its Notice of Removal, and for any other relief this Honorable Court deems just and proper under the circumstances.

        Respectfully submitted,

        **DAVIS, BETHUNE & JONES, LLC**

By: *Grant L. Davis*
     Grant L. Davis, MO#34799
     Thomas C. Jones, MO#38499
     Timothy C. Gaarder, MO#56595
     Thomas E. Ruzicka, MO#63584
     John S. Carroll, MO#69031
     2930 City Center Square
     1100 Main Street
     Kansas City, MO 64105
     Telephone(816) 421-1600
     Facsimile(816) 472-5972
     gdavis@dbjlaw.net
     tjones@dbjlaw.net
     tgaarder@dbjlaw.net
     truzicka@dbjlaw.net
     jcarroll@dbjlaw.net

     The DeFeo Law Firm. LLC
     Daniel T. DeFeo, MO #35161
     G. Dominic DeFeo, MO #67481
     1627 Main Street, Suite 900
     Kansas City, MO  64108
     Telephone (816) 581-4600
     Facsimile (816) 581-4646
     ddefeo@defeolaw.com
     gdefeo@defeolaw.com

     and

     Steven J. Stolze, MO #39795

>Holland Law, of counsel
>300 N. Tucker, Suite 800
>St. Louis, MO  63101
>Telephone (314) 640-7550
>stevenstolze@yahoo.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 7, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

>    /s/    *Grant L. Davis*
>***Attorney for Plaintiffs***