### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br><br>JUDGE: FREDA L. WOLFSON<br>MAG. JUDGE: LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

*Susie L. Dickey v. Johnson & Johnson, et al.*

Civil Action No. 3:17-cv-01375

### SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Susie L. Dickey.

Dated: January 7, 2019

Respectfully submitted,

/s/ Craig M. Silverman
Jay D. Miller (MD Bar No. 04653)
Jmiller@lawpga.com
Craig M. Silverman (MD Bar No. 16898)
Csilverman@lawpga.com
**Law Offices of Peter G. Angelos, P.C.**
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
(410) 649-2000
(410) 649-2151 (Fax)

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing Notice which has been electronically filed in this case on January 7, 2019, has been contemporaneously served on all parties or their attorneys via CM/ECF.

Dated: January 7, 2019                          /s/ Craig M. Silverman