UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br><br>JUDGE: FREDA L. WOLFSON<br>MAG. JUDGE: LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

*Susie L. Dickey v. Johnson & Johnson, et al.*

Civil Action No. 3:17-cv-01375

## MOTION TO SUBSTITUTE ESTATE

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves that the Estate of Susie L. Dickey be substituted for the Plaintiff Susie L. Dickey.

Plaintiff, Susie L. Dickey, passed away on October 25, 2018. On November 28, 2018, the Anne Arundel County Circuit Court, State of Maryland, Probate Division, appointed Deborah Welsh as administrator of the Estate of Susie L. Dickey, attached hereto as Exhibit A.

WHEREFORE, the Plaintiff requests the Estate of Susie L. Dickey by its Executor, Deborah Welsh, be substituted as Plaintiff in this matter.

Dated: January 7, 2019

Respectfully submitted,

/s/ Craig M. Silverman
Jay D. Miller (MD Bar No. 04653)
Jmiller@lawpga.com
Craig M. Silverman (MD Bar No. 16898)
Csilverman@lawpga.com
**Law Offices of Peter G. Angelos, P.C.**
One Charles Center

100 N. Charles Street, 22nd Floor  
Baltimore, Maryland 21201  
(410) 649-2000  
(410) 649-2151 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute Estate which has been electronically filed in this case on January 7, 2019, has been contemporaneously served on all parties or their attorneys via CM/ECF.

Dated: January 7, 2019                                                                                  /s/ Craig M. Silverman