# ATTACHMENT

# A



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 96479 _____

I certify that administration of the Estate of

_____
**SUSIE L DICKEY**
AKA: SUSIE LYNN DICKEY

was granted on the ___28th___ day of _____NOVEMBER, 2018_____,

to _____DEBORAH  WELSH_____
_____
_____

as personal representative(s) and the appointment is in effect

this ___28th___ day of ___NOVEMBER___ ___2018___ ,

☑  Will probated __November 28, 2018__
                        (date)

☐  Intestate estate

_Lauren M. Parker_
_____
LAUREN M. PARKER
Register of Wills for

_____
ANNE ARUNDEL

RW1120                VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER

ROWN