**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br><br>JUDGE: FREDA L. WOLFSON<br>MAG. JUDGE: LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

*Susie L. Dickey v. Johnson & Johnson, et al.*

Civil Action No. 3:17-cv-01375

**(Proposed) ORDER**

This matter comes before the Court on Plaintiff's Motion to Substitute Deborah Welsh as Personal Representative of the Estate of Susie L. Dickey, in the place of Susie L. Dickey, in the above referenced action. The Court having reviewed the pleadings and being otherwise advised, it is hereby ordered that Plaintiff's Motion to Substitute is GRANTED.

Signed, this _____ day of _____, 2019.

 

_____
Honorable Freda L. Wolfson
U.S. District Judge
Hon. Lois H. Goodman
U.S. Magistrate Judge