# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Evelisa Rufino v. Johnson & Johnson, et al.*<br>*3:19-cv-00034* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS

## COUNCIL ("PCPC")

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1.    The action filed by Plaintiff, Evelisa Rufino against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2.    Each party will bear their own costs in this action.

DATED: January 8, 2019                        GIRARDI | KEESE


                                              _____*/s/ David Bigelow*_____
                                              David N. Bigelow
                                              dbigelow@girardikeese.com
                                              Keith D. Griffin
                                              kgriffin@girardikeese.com
                                              1126 Wilshire Boulevard
                                              Los Angeles, California 90017-1904
                                              Telephone: (213) 977-0211
                                              Facsimile:  (213) 481-1554
                                              *Attorneys for Plaintiffs*


DATED: January 8, 2019                        GIRARDI | KEESE


                                              _____
                                              Eric E. Barton
                                              Sey Farth Shaw LLP
                                              1075 Peachtree Street, N.E.
                                              Suite 2500
                                              Atlanta, GA 30309-3958
                                              (404) 885-1500
                                              f ax (404) 892-7056
                                              *Attorneys for PCPC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, a copy of the foregoing NOTICE OF FILING

SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt. Parties may access this filing through the Court's

system.

DATED: January 8, 2019                    GIRARDI | KEESE


                                          _/s/ David Bigelow_
                                          David Bigelow