**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA WOLFSON MAG. JUDGE LOIS GOODMAN |
| *This document relates to:* | Civil Action No. 3:18-cv-17297 |
| Eugene Cundiff as personal representative of the Estate of Carol Cundiff, deceased. | DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 17, 2018, on behalf of Eugene Cundiff as personal representative of the Estate of Carol Cundiff, deceased.

Respectfully submitted,

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, Kansas 66207-2950
913-451-3433
913-839-0567 - Facsimile
ATTORNEY FOR PLAINTIFF

Dated: January 9, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff