# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>JERILEAN M AMOS AS THE SURVIVING HEIR OF JULIA A PERRY<br>3:19-cv-325 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on January 10, 2019 on behalf of Jerilean M Amos as the Surviving Heir of Julia A Perry.

Dated: January 10, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 10, 2019

                 */s/ Christopher R. LoPalo*
                 Christopher R. LoPalo, Esq.
                 400 Broadhollow Rd., Suite 305
                 Melville, NY 11747
                 Telephone: (212) 397-1000
                 Facsimile: (646) 927-1676
                 CLoPalo@NapoliLaw.com

                 *Attorneys for Plaintiff*