**UNITED STATES DISTRICT COURT**
**DISTRICT OF  NEW JERSEY**

**IN RE: JOHNSON & JOHNSON**
**TALCUM POWDER PRODUCTS**
**MARKETING, SALES**
**PRACTICES, AND PRODUCTS**
**LIABILITY LITIGATION**                     **3:16-md-02738 (FLW) (LHG)**

*This document relates to:*
Mary Ortisi,

3:19-cv-224

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3

(Filing of Short Form Complaints) that the Short Form Complaint with Jury

Demand was filed on January 8, 2019 on behalf of Plaintiff Mary Ortisi.

Dated: January 11, 2019

Respectfully submitted,

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com