UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BENAIAH WILLIAMS, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST AND ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF CATHERINE LUC; TAMIKA PANKEY, AN INDIVIDUAL; TOMMY CUNNINGHAM, AN INDIVIDUAL; ZETHAN WILLIAMS, AN INDIVIDUAL; AND LATOYA WILLIAMS, AN INDIVIDUAL<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNCIL F/K/A COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION,<br>Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br>Civil Action No.: 3:19-cv-00415<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiffs hereby give notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 11, 2019 on behalf of Plaintiffs BeNaiah Williams, Individually and as Successor in Interest and Anticipated Personal Representative of the Estate of Catherine Luc; Tamika Pankey, an Individual; Tommy Cunningham, an Individual; Zethan Williams, an

Individual; and Latoya Williams, an Individual

Dated: <u>January 11, 2019</u>

                                                Respectfully submitted,

                                                /s/ Julie Hatcher Ralph

                                                Daniel J. McGlynn (LA#17051)
                                                Julie H. Ralph (LA#37833)
                                                MCGLYNN, GLISSON & MOUTON
                                                340 Florida Street (70801)
                                                P.O. Box 1909
                                                Baton Rouge, LA 70821-1909
                                                (225) 344-3555
                                                (225) 344-3666 – Facsimile
                                                ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the EM/ECF participants registered to receive services in this MDL.

                                                /s/ Julie Hatcher Ralph

                                                Julie H. Ralph
                                                Attorney for Plaintiff