UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br><br> Civil Action No.: 3:19-CV-00415 |
| This Document Relates to: <br><br> *BeNaiah Williams, et al. v. Johnson & Johnson, et al.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiffs BeNaiah Williams, Individually and as Successor in Interest and Anticipated Personal Representative of the Estate of Catherine Luc; Tamika Pankey, an Individual; Tommy Cunningham, an Individual; Zethan Williams, an Individual; and Latoya Williams, an Individual

Date: 1-11-2019

Respectfully Submitted:

By: /s/ Julie H. Ralph

Julie H. Ralph
(LA#37833)
MCGLYNN, GLISSON & MOUTON
340 Florida Street (70801)
P.O. Box 1909
Baton Rouge, LA 70821-1909
(225) 344-3555
(225) 344-3666 – Facsimile
Julie@mcglynnglisson.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 11th day of January, 2019.

/s/ Julie H. Ralph

Julie H. Ralph