UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Mo. 2738 (FLW)(LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| Dianne Morgan-Simpson and John Simpson, <br>     *Plaintiffs,* <br><br> v. <br><br> Johnson & Johnson, et al., <br>     *Defendants.* | Civil Action No.: 3:18-cv-17800 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing Short Form Complaints) that the Short Form and Jury Demand was filed on December 31, 2018 on behalf of Dianne Morgan-Simpson and John Simpson.

Dated: January 14, 2019

                                            By: */s/ Karen H. Beyea-Schroeder*
                                                Karen H. Beyea-Schroeder
                                                Riley L. Burnett, Jr.
                                                **BURNETT LAW FIRM**
                                                3737 Buffalo Speedway, 18th Floor
                                                Houston, Texas 77098
                                                Tel: (832) 413-4410
                                                Fax: (832) 900-2120
                                                Email: Karen.Schroeder@RBurnettLaw.com
                                                RBurnett@RBurnettLaw.com
                                                *Attorneys for Plaintiff(s)*