## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>LINDA LESAGE<br><br>3:18-cv-13093 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on August 22, 2018 on behalf of Linda Lisage.

Dated: August 22, 2018                                  Respectfully submitted,

                                                                          **NAPOLI SHKOLNIK, PLLC**

                                                                          */s/ Christopher R. LoPalo*
                                                                          Christopher R. LoPalo, Esq.
                                                                          400 Broadhollow Rd., Suite 305
                                                                          Melville, NY 11747
                                                                          Telephone: (212) 397-1000
                                                                          Facsimile: (646) 927-1676
                                                                          CLoPalo@NapoliLaw.com

                                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 22, 2018

                                                    */s/ Christopher R. LoPalo*
                                                    Christopher R. LoPalo, Esq.
                                                    400 Broadhollow Rd., Suite 305
                                                    Melville, NY 11747
                                                    Telephone: (212) 397-1000
                                                    Facsimile: (646) 927-1676
                                                    CLoPalo@NapoliLaw.com

                                                    *Attorneys for Plaintiff*