**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Edward Jessie Roberts v. Johnson & Johnson, et al.*; Civil Action No. 3:18-cv-17131 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on December 12, 2018 on behalf of Plaintiff Edward Jessie Roberts.

Date: January 14, 2019

Respectfully submitted by,

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

/s/ Kristie M. Hightower
**KRISTIE M. HIGHTOWER**
(LA Bar No. 31782; MS Bar No. 102792)
501 Broad Street
Lake Charles, LA 70602
PO Box 3010
Lake Charles, LA 70602
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
Email: khightower@lundylawllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 14th day of January, 2019.

              **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

              /s/ Kristie M. Hightower
              **KRISTIE M. HIGHTOWER**