# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| TERESEA BROWN, <br><br>　　　　　　　　　Plaintiff, <br>v. <br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., <br><br>　　　　　　　　　Defendants. | COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:19-cv-00532 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 15, 2019 on behalf of Plaintiff, Teresea Brown.

Dated:   January 15, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Eric D. Pearson*
　　　　　　　　　　　　　　　　　　　Eric D. Pearson
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 15690472
　　　　　　　　　　　　　　　　　　　eric@hop-law.com
　　　　　　　　　　　　　　　　　　　HEYGOOD, ORR & PEARSON
　　　　　　　　　　　　　　　　　　　6363 North State Hwy 161, Suite 450
　　　　　　　　　　　　　　　　　　　Irving, Texas 75038
　　　　　　　　　　　　　　　　　　　(214) 237-9001 Telephone
　　　　　　　　　　　　　　　　　　　(214) 237-9002 Facsimile

　　　　　　　　　　　　　　　　　　　***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                              **/s/ Eric D. Pearson**
                                                              Eric D. Pearson

                                                              *ATTORNEY FOR PLAINTIFF*