## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>LINDA I. ZILIO and ARTHUR J. ZILIO<br><br>3:18-cv-12960 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on August 17, 2018 on behalf of Linda I. Zilio and Arthur J. Zilio.

Dated: January 16, 2019                              Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  January 16, 2019

                                    */s/ Christopher R. LoPalo*
                                    Christopher R. LoPalo, Esq.
                                    400 Broadhollow Rd., Suite 305
                                    Melville, NY 11747
                                    Telephone: (212) 397-1000
                                    Facsimile: (646) 927-1676
                                    CLoPalo@NapoliLaw.com

                                    *Attorneys for Plaintiff*