**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| JOHN M. FAHERTY, JR., as he is the duly appointed Personal Representative of the ESTATE OF NANCY GERTRUDE FAHERTY and her heirs at law, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No.: 3:19-cv-00606 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 17, 2019 on behalf of Plaintiff, John M. Faherty, as he is the duly appointed Personal Representative of the Estate of Nancy Gertrude Faherty and her heirs.

Dated:  January 17, 2019

Respectfully submitted,

/s/ Eric D. Pearson
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile
**COUNSEL FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

<u>  /s/   **Eric D. Pearson** _____ </u>
Eric D. Pearson

ATTORNEY FOR PLAINTIFF