UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>,<br>                  Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                  Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-cv-00758<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 18, 2019 on behalf of Plaintiff, Ellis Powell.

Dated: January 18, 2019

                                                Respectfully submitted,

                                                */s/ Eric D. Pearson*
                                                Eric D. Pearson
                                                Texas State Bar No. 15690472
                                                eric@hop-law.com
                                                HEYGOOD, ORR & PEARSON
                                                6363 North State Hwy 161, Suite 450
                                                Irving, Texas 75038
                                                (214) 237-9001 Telephone
                                                (214) 237-9002 Facsimile

                                                *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                              /s/  **Eric D. Pearson**
                                              Eric D. Pearson

                                              *ATTORNEY FOR PLAINTIFF*