**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** <br><br> **Case No. 3:18-cv-16930** |
| **This document relates to: WILKINSON et al v. JOHNSON & JOHNSON et al** | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on December 7, 2018

on behalf of Plaintiff.


Dated: December 20, 2018                              Respectfully submitted,

                                                     */s/ Tayjes M. Shah*
                                                     Tayjes M. Shah (01750)
                                                     **THE MILLER FIRM, LLC**
                                                     The Sherman Building
                                                     108 Railroad Avenue
                                                     Orange, Virginia 22960
                                                     Ph: (540) 672-4224
                                                     Fax: (540) 672-3055
                                                     E-Mail: tshah@millerfirmllc.com

                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically on the court's ECF system and is available for viewing and downloading from the ECF system.  All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).

By: *Tayjes M. Shah*