**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** **Case No. 3:18-cv-16983** |
| **This document relates to: HALL et al v. JOHNSON & JOHNSON CONSUMER COMPANIES, INC. et al** | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on December 7, 2018

on behalf of Plaintiff.


Dated: January 24, 2019                    Respectfully submitted,

                                           */s/ Tayjes M. Shah*
                                           Tayjes M. Shah (01750)
                                           **THE MILLER FIRM, LLC**
                                           The Sherman Building
                                           108 Railroad Avenue
                                           Orange, Virginia 22960
                                           Ph: (540) 672-4224
                                           Fax: (540) 672-3055
                                           E-Mail: tshah@millerfirmllc.com

                                           *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document has been filed electronically on the court's ECF

system and is available for viewing and downloading from the ECF system.  All counsel of

record listed on the Court's CM/ECF system are to be served by the Court via Notice of

Electronic Filing (NEF).

By: *Tayjes M. Shah*