UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| ANITA HOPSON, | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No.: 3:19-cv-01042 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 24, 2019 on behalf of Plaintiff, Anita Hopson.

Dated: January 24, 2019

                                       Respectfully submitted,

                                       */s/ Eric D. Pearson*
                                       Eric D. Pearson
                                       Texas State Bar No. 15690472
                                       eric@hop-law.com
                                       HEYGOOD, ORR & PEARSON
                                       6363 North State Hwy 161, Suite 450
                                       Irving, Texas 75038
                                       (214) 237-9001 Telephone
                                       (214) 237-9002 Facsimile

                                       *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/  **Eric D. Pearson**
Eric D. Pearson

*ATTORNEY FOR PLAINTIFF*