# BAUM HEDLUND ARISTEI GOLDMAN PC
— CONSUMER ATTORNEYS —

Washington, D.C. Office
12101 L Street, N.W.
Suite 800
Washington, D.C. 20037-1524
Office (202) 466-0513
Fax (202) 466-0527

12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025-7114
Office (310) 207-3233
Fax (310) 820-7444
www.baumhedlundlaw.com

Philadelphia Office
1500 Market Street
12th Floor East Tower
Philadelphia, PA 19102-2100
Office (215) 665-5659
Fax (215) 569-8228

January 24, 2019

**_VIA CM/ECF SYSTEM_**

US District Court for the District of New Jersey
402 East State Street, Clerk's Office Room 2020
Trenton, NJ 08608

Re:     *Doughty v. Johnson & Johnson, et al*, 3:18-cv-16908 (D. N.J.)

Dear Clerk of the Court:

The Notice of Filing Short Form Complaint for the above-captioned matter was originally filed with an incorrect date of filing noted. Attached is an amended notice with filing date corrected.

Best,

BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

By:_____
        Nicole Maldonado