**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* <br> *Margaret Colby v. Johnson & Johnson, et al.* <br> 3:19-cv-00826 | |

### NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 21, 2019 on behalf of Plaintiff, Margaret Colby.

| | |
|---|---|
| **DATED:** **January 25, 2019** | Respectfully submitted, <br><br> */s/ Richard M. Golomb* <br> Richard M. Golomb, Esquire <br> Ruben Honik, Esquire <br> **GOLOMB & HONIK, P.C.** <br> 1835 Market Street, Suite 2900 <br> Philadelphia, PA  19103 <br> Phone: (215) 985-9177 <br> Fax:    (215) 985-4169 <br> Email: rgolomb@golombhonik.com <br> rhonik@golombhonik.com <br><br> *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **25th** day of **January 2019**, I caused a true and correct copy of the foregoing: *Notice of Filing of Plaintiff's Short Form Complaint* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** **January 25, 2019**

/s/ Richard M. Golomb
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorney for Plaintiff*