**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> *This document relates to:* <br> *Scott Lyons/Est. Sally Ann Nixon v. Johnson & Johnson, et al.* <br> 3:19-cv-00829 | **MDL No: 2738 (FLW)(LHG)** |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 21, 2019 on behalf of Plaintiff, Scott Lyons individually and as Administrator of the Estate of Sally Nixon, Deceased.

**DATED:** **January 25, 2019**          Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
Ruben Honik, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email: rgolomb@golombhonik.com
          rhonik@golombhonik.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I Richard M. Golomb, hereby certify that on this **25th** day of **January 2019**, I caused a true and correct copy of the foregoing: *Notice of Filing of Plaintiff's Short Form Complaint* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**     **January 25, 2019**

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Richard M. Golomb*
　　　　　　　　　　　　　　　　　　　　　　　Richard M. Golomb, Esquire
　　　　　　　　　　　　　　　　　　　　　　　**GOLOMB & HONIK, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　　　Phone: (215) 985-9177
　　　　　　　　　　　　　　　　　　　　　　　Fax:    (215) 985-4169
　　　　　　　　　　　　　　　　　　　　　　　Email:  rgolomb@golombhonik.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*