# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Maria Villalobos v. Johnson & Johnson, et al. Case No. 3:19-cv-01130 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 25, 2019, on behalf of Plaintiff Maria Villalobos.

*/s/ Ken Moll*
Ken Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, Illinois 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com
Counsel for Plaintiff(s)

Dated:  January 25, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                  */s/ Ken Moll*
                                  Ken Moll

                                  MOLL LAW GROUP