UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SUSAN PETERSEN,<br><br>       Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-cv-01135<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on January 25, 2019 on behalf of Plaintiff, Susan Petersen.

Dated:  January 25, 2019

                Respectfully submitted,

                */s/ Eric D. Pearson*
                Eric D. Pearson
                Texas State Bar No. 15690472
                eric@hop-law.com
                HEYGOOD, ORR & PEARSON
                6363 North State Hwy 161, Suite 450
                Irving, Texas 75038
                (214) 237-9001 Telephone
                (214) 237-9002 Facsimile

                *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/   **Eric D. Pearson**
Eric D. Pearson

*ATTORNEY FOR PLAINTIFF*