## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tiffany Fessler individually and as personal representative for the estate of Patricia Townsend, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-17097 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tiffany Fessler, individually and as personal representative for the estate of Patricia Townsend.

This 25 day of January, 2019.

                                Respectfully submitted,
                                /s/ Richard Root
                                Richard Root, LA Bar #19988
                                Betsy J. Barnes, LA Bar # 19473
                                Morris Bart, LLC
                                601 Poydras St., 24th Floor
                                New Orleans, LA 70130
                                Phone: 504-525-8000
                                Fax: 504-599-3392
                                rroot@morrisbart.com
                                bbarnes@morrisbart.com
                                Attorneys for Plaintiff