**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Janice Burkett, Personal representative for the estate of Dorothy Mosley, vs. Johnson & Johnson, et al.*<br><br>**Case Number:** 18-cv-17098 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Janice Burkett, personal representative for the estate of Dorothy Mosley.

This 25 day of January, 2019.

    Respectfully submitted,
    /s/ Richard Root
    Richard Root, LA Bar #19988
    Betsy J. Barnes, LA Bar # 19473
    Morris Bart, LLC
    601 Poydras St., 24th Floor
    New Orleans, LA 70130
    Phone: 504-525-8000
    Fax: 504-599-3392
    rroot@morrisbart.com
    bbarnes@morrisbart.com
    Attorneys for Plaintiff