**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nedra Robins , vs. Johnson & Johnson, et al.*<br><br>Case Number:    19-cv-0768 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nedra Robins.

This 25 day of January, 2019.

               Respectfully submitted,
               /s/ Richard Root
               Richard Root, LA Bar #19988
               Betsy J. Barnes, LA Bar # 19473
               Morris Bart, LLC
               601 Poydras St., 24th Floor
               New Orleans, LA 70130
               Phone: 504-525-8000
               Fax: 504-599-3392
               rroot@morrisbart.com
               bbarnes@morrisbart.com
               Attorneys for Plaintiff