UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Carol Mendenhall and<br>Fred Mendenhall,<br><br>3:19-cv-358 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 15, 2019 on behalf of Plaintiffs Carol Mendenhall and Fred Mendenhall.

Dated: January 28, 2019

                                                Respectfully submitted,

                                                /s/ *Matthew R. McCarley*

                                                Matthew R. McCarley
                                                Texas Bar No. 24041426
                                                **FEARS NACHAWATI, PLLC**
                                                5473 Blair Road
                                                Dallas, TX 75231
                                                mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com