UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Mary Nancarrow,<br><br>3:19-cv-355 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 10, 2019 on behalf of Plaintiff Mary Nancarrow.

Dated: January 28, 2019

                                              Respectfully submitted,

                                              /s/ *Matthew R. McCarley*

                                              Matthew R. McCarley
                                              Texas Bar No. 24041426
                                              **FEARS NACHAWATI, PLLC**
                                              5473 Blair Road
                                              Dallas, TX 75231
                                              mccarley@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com