**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>PEARLEAN TURNER,<br><br>            **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC.<br><br>            **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:19-cv-01118<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 25, 2019 on behalf of Plaintiff Pearlean Turner.

Dated: January 25, 2019           Respectfully Submitted,

                                      By:  */s/ T. Christopher Pinedo*
                                             T. Christopher Pinedo
                                             HILLIARD MARTINEZ GONZALES, LLP
                                             719 South Shoreline Boulevard
                                             Corpus Christi, Texas 78374
                                             Phone:  361.882.1612
                                             Fax:  361.882.3015
                                             cpinedo@hmglawfirm.com

                                             Attorneys for Plaintiff Pearlean Turner

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 25, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **HILLIARD MARTINEZ GONZALES, LLP**

              */s/ T. Christopher Pinedo*