UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>SCOTT PRICE,<br><br>               **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>               **Defendants.** | MDL NO. 2738 (FLW) (LHG)<br><br><br><br><br><br>Case No. 3:19-CV-00914-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 22, 2019, on behalf of Plaintiff SCOTT PRICE.

Dated: January 28, 2019                         Respectfully Submitted,

                                                                          By:   /s/ *Mark P. Robinson, Jr.*
                                                                                Mark P. Robinson, Jr.
                                                                                19 Corporate Plaza Drive
                                                                                Newport Beach, CA 92660
                                                                                 949-720-1288 Phone
                                                                                 949-720-1292 Facsimile
                                                                                 mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that January 28, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
    MARK P. ROBINSON, JR.