UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **CHRISTINE FANTZ,**             **Plaintiff,** **v.** **JOHNSON & JOHNSON, et al.,**             **Defendants.** | **MDL NO. 2738 (FLW) (LHG)** Case No. 3:19-CV-00997-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 23, 2019, on behalf of Plaintiff CHRISTINE FANTZ.

Dated: January 28, 2019          Respectfully Submitted,

                                                                       By:   /s/ *Mark P. Robinson, Jr.*
                                                                       Mark P. Robinson, Jr.
                                                                       19 Corporate Plaza Drive
                                                                       Newport Beach, CA 92660
                                                                       949-720-1288 Phone
                                                                       949-720-1292 Facsimile
                                                                       mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that January 28, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.