**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Janice Spillman Solarie OBO Joyce Hill, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:     19-cv-0770 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Janice Spillman Solarie OBO Joyce Hill, deceased.

This 25 day of January, 2019.

                          Respectfully submitted,
                          /s/ Richard Root
                          Richard Root, LA Bar #19988
                          Betsy J. Barnes, LA Bar # 19473
                          Morris Bart, LLC
                          601 Poydras St., 24th Floor
                          New Orleans, LA 70130
                          Phone: 504-525-8000
                          Fax: 504-599-3392
                          rroot@morrisbart.com
                          bbarnes@morrisbart.com
                          Attorneys for Plaintiff