# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) <br><br> COMPLAINT AND JURY DEMAND |
| JEANETTE M. SPEARS VASQUEZ, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC), <br><br> Defendants. | Civil Action No.: 3:19-cv-001196 <br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on January 28, 2019 on behalf of Jeanette M. Spears Vasquez.

Dated: <u>January 29, 2019</u>          Respectfully Submitted by,

                                              */s/ Wesley A. Bowden*
                                              WESLEY A. BOWDEN
                                              Florida Bar No.: 64217
                                              LEVIN PAPANTONIO THOMAS MITCHELL
                                              RAFFERTY & PROCTOR, P.A.
                                              316 South Baylen Street, Suite 600
                                              Pensacola, FL 32502
                                              Telephone: (850) 435-7186
                                              Facsimile: (850) 436-6186
                                              Email: wbowden@levinlaw.com
                                              ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*
