## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>SANDRA MUSCHETTE,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC),<br><br>      Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>COMPLAINT AND JURY DEMAND<br><br><br>Civil Action No.: 3:19-cv-001198<br>DIRECT FILED ACTION |

**NOTICE OF FILING**

  Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on January 28, 2019 on behalf of Sandra Muschette.

Dated: <u>January 29, 2019</u>      Respectfully Submitted by,

                 <u>/s/ Wesley A. Bowden</u>
                WESLEY A. BOWDEN
                Florida Bar No.: 64217
                LEVIN PAPANTONIO THOMAS MITCHELL
                RAFFERTY & PROCTOR, P.A.
                316 South Baylen Street, Suite 600
                Pensacola, FL 32502
                Telephone: (850) 435-7186
                Facsimile: (850) 436-6186
                Email: wbowden@levinlaw.com
                ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                          */s/ Wesley A. Bowden*