# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MONIQUE MCNEELY INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DEBORAH BRANCH, DECEASED,<br><br>**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC.<br><br>**Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:19-cv-1489<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 29, 2019 on behalf of Plaintiff Monique McNeely, Individually and as Representative of the Estate of Deborah Branch, Deceased.

Dated: January 29, 2019

Respectfully Submitted,

By: /s/ T. Christopher Pinedo
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES, LLP
719 South Shoreline Boulevard
Corpus Christi, Texas 78374
Phone: 361.882.1612
Fax: 361.882.3015
cpinedo@hmglawfirm.com

Attorneys for Plaintiff Monique McNeely

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*