**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Billy Bunyard on behalf of Mary Bunyard, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:     19-cv-0886 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Billy Bunyard on behalf of Mary Bunyard, deceased.

This 29th day of January, 2019.

    Respectfully submitted,
    /s/ Richard Root
    Richard Root, LA Bar #19988
    Betsy J. Barnes, LA Bar # 19473
    Morris Bart, LLC
    601 Poydras St., 24th Floor
    New Orleans, LA 70130
    Phone: 504-525-8000
    Fax: 504-599-3392
    rroot@morrisbart.com
    bbarnes@morrisbart.com
    Attorneys for Plaintiff