**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Norman Picou, on behalf of Glenda Picou, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:   19-cv-0925 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Norman Picou, on behalf of Glenda Picou, deceased.

This 29th day of January, 2019.

                                                Respectfully submitted,
                                                /s/ Richard Root
                                                Richard Root, LA Bar #19988
                                                Betsy J. Barnes, LA Bar # 19473
                                                Morris Bart, LLC
                                                601 Poydras St., 24th Floor
                                                New Orleans, LA 70130
                                                Phone: 504-525-8000
                                                Fax: 504-599-3392
                                                rroot@morrisbart.com
                                                bbarnes@morrisbart.com
                                                Attorneys for Plaintiff