**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lakiba Joseph, on behalf of Stepheny Depenza, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:     19-cv-0942 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lakiba Joseph, on behalf of Stepheny Depenza, deceased.

This 29th day of January, 2019.

>Respectfully submitted,
>/s/ Richard Root
>Richard Root, LA Bar #19988
>Betsy J. Barnes, LA Bar # 19473
>Morris Bart, LLC
>601 Poydras St., 24th Floor
>New Orleans, LA 70130
>Phone: 504-525-8000
>Fax: 504-599-3392
>rroot@morrisbart.com
>bbarnes@morrisbart.com
>Attorneys for Plaintiff