## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of January, 2019.

/s/ Jennifer L. Orendi