## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

***Denver Magee on behalf of Joyce Magee, deceased, vs. Johnson & Johnson, et al.***

**Case Number:      19-cv-0943**

**MDL NO. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Denver Magee on behalf of Joyce Magee, deceased.

This 29th day of January, 2019.

> Respectfully submitted,
> /s/ Richard Root
> Richard Root, LA Bar #19988
> Betsy J. Barnes, LA Bar # 19473
> Morris Bart, LLC
> 601 Poydras St., 24th Floor
> New Orleans, LA 70130
> Phone: 504-525-8000
> Fax: 504-599-3392
> rroot@morrisbart.com
> bbarnes@morrisbart.com
> Attorneys for Plaintiff