# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LGH) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| Maureen Leaf,      Plaintiff, v. Johnson & Johnson ("J&J), Johnson & Johnson Consumer Inc. f/k/a Johnson & Johnson Consumer Companies, Inc. ("J&J Consumer") and Imerys Talc America, Inc., f/k/a Luzenac America, Inc., f/k/a Rio Tinto Minerals, Inc., ("Imerys Talc"),      Defendants. _____/ | Civil Action No.: 3:19-cv-2179 |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on January 30, 2019 on behalf of Plaintiff, Maureen Leaf.

                                                Hafeli Staran & Christ, P.C.

Dated: January 31, 2019

                                                /s/Mark W. Hafeli_____
                                                Mark W. Hafeli (P28908)
                                                Attorney for Rhonda E. Rudnick
                                                2055 Orchard Lake Road
                                                Sylvan Lake, MI 48320
                                                248-731-3083
                                                mhafeli@hsc-law.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing systems on January 31, 2019.

                                                  /s/Mark W. Hafeli
                                                  Mark W. Hafeli (P28908)
                                                  Attorney for Maureen Leaf