UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG)<br><br>JUDGE: FREDA L. WOLFSON<br>MAG. JUDGE: LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

*Roxann Wing v. Johnson & Johnson, et al.*

Civil Action No.  3:17-cv-13023

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Brian L. Wing's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED.

2. BRIAN L. WING, as surviving heir and spouse of ROXANN WING, is substituted as Plaintiff in this action.

On this this _____ day of _____, 20____.

_____
HONORABLE FREDA L. WOLFSON
United States District Court Judge