# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)**<br><br>Case No.: 3:16-md-2738 |
| This document relates to:<br><br>BARBARA EVERHART AS HE SURVIVING HEIR OF KRISTY EVERHART, DECEASED.<br>3:18-cv-12415 | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC

COMES NOW Plaintiff, Barbara Everhart, and pursuant to Fed. R. Civ. P. 41, hereby dismisses without prejudice her claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this dismissal.

Dated: February 1, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 1, 2019

                                                  */s/ Christopher R. LoPalo*
                                                  Christopher R. LoPalo, Esq.
                                                  400 Broadhollow Rd., Suite 305
                                                  Melville, NY 11747
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 927-1676
                                                  CLoPalo@NapoliLaw.com

                                                  *Attorneys for Plaintiff*