**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| | COMPLAINT AND JURY DEMAND |
| PAULINE F. BOYD AND STEVEN C. BOYD, | |
| Plaintiff, | Civil Action No.: 3:19-cv-003719 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC), | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on January 28, 2019 on behalf of Pauline F. and Steven C. Boyd.

Dated: <u>February 1, 2019</u>        Respectfully Submitted by,

                                                        <u>/s/ Wesley A. Bowden</u>
                                                       WESLEY A. BOWDEN
                                                       Florida Bar No.: 64217
                                                       LEVIN PAPANTONIO THOMAS
                                                       MITCHELL
                                                       RAFFERTY & PROCTOR, P.A.
                                                       316 South Baylen Street, Suite 600
                                                       Pensacola, FL 32502
                                                       Telephone: (850) 435-7186
                                                       Facsimile: (850) 436-6186
                                                       Email: wbowden@levinlaw.com
                                                       ATTORNEY FOR THE PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

<em>/s/ Wesley A. Bowden</em>