## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: STEPHANIE A. SEGUIN as the surviving heir of KATHLEEN A. SEGUIN-CLARK<br><br>3:18-cv-13080 | |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on August 22, 2018 on behalf of Stephanie A. Seguin.

Dated: February 1, 2019                         Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 1, 2019

                                                  */s/ Christopher R. LoPalo*
                                                  Christopher R. LoPalo, Esq.
                                                  400 Broadhollow Rd., Suite 305
                                                  Melville, NY 11747
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 927-1676
                                                  CLoPalo@NapoliLaw.com

                                                  *Attorneys for Plaintiff*