# UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |

DEBORAH L. HURTIG,

                                        Plaintiff,                          Civil Action No.: 3:19-cv-03549

v.

JOHNSON & JOHNSON, JOHNSON &
JOHNSON CONSUMER INC.,
and IMERYS TALC AMERICA, INC.,

                                        Defendants.

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 31, 2019 on behalf of Plaintiff, Deborah L. Hurtig.

Dated: 2/1/2019                                        Respectfully Submitted by,

                                                        */s/ Diane K. Watkins*
                                                        Thomas P. Cartmell MO# 45366
                                                        tcartmell@wcllp.com
                                                        Diane K. Watkins MO# 57238
                                                        dwatkins@wcllp.com
                                                        Wagstaff & Cartmell, LLP
                                                        4740 Grand Avenue, Suite 300
                                                        Kansas City, MO 64112
                                                        (816) 701-1100
                                                        FAX (816) 531-2372

                                                        **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on February 1, 2019.

*/s/ Diane K. Watkins*
Diane K. Watkins