**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Donna Anforth v. Johnson & Johnson, et al.*<br>Case No.: 3:18-cv-16086 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Donna Anforth.

This 4th day of February, 2019.

                                                          Respectfully submitted,
                                                          BERNSTEIN
                                                          LIEBHARD, LLP

By:   */s/ Morris Dweck*
           Morris Dweck
           10 East 40th Street
           New York, NY 10016
           Phone: 212-779-1414
           Fax: 212-779-3218
           dweck@bernlieb.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of February, 2019.

<i>/s/ Morris Dweck</i>            