ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiff Sheree Campbell*
*obo Dora Campbell (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sheree Campbell obo Dora Campbell (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-00655 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 17, 2019 on behalf of Plaintiff Sheree Campbell obo Dora Campbell (deceased).

                                        */s/ Cristen Mendoza*
                                        Cristen Mendoza
                                        ANDRUS WAGSTAFF PC
                                        7171 W Alaska Drive
                                        Lakewood, CO 80226
                                        (303) 376-6360 Telephone
                                        (303) 376-6361 Facsimile
                                        cristen.mendoza@andruswagstaff.com

                                        Attorneys for Plaintiff

Dated: February 4, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Cristen Mendoza*
                                              Cristen Mendoza

                                              ANDRUS WAGSTAFF PC