# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Candice Jenkins v. Johnson & Johnson*<br>*3:18-cv-15825-FLW-LHG* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Candice Jenkins, on or about October 20, 2017. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by Ronald Jenkins, who is the surviving heir and spouse of Candice Jenkins.

DATED: February 4, 2019                    GIRARDI | KEESE

                                                                          */s/ David Bigelow*
                                            David N. Bigelow
                                            dbigelow@girardikeese.com
                                            Keith D. Griffin
                                            kgriffin@girardikeese.com
                                            1126 Wilshire Boulevard
                                            Los Angeles, California 90017-1904
                                            Telephone: (213) 977-0211
                                            Facsimile:  (213) 481-1554
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, a copy of the foregoing SUGGESTION OF DEATH was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: February 4, 2019                             GIRARDI | KEESE


                                                       */s/ David Bigelow*
                                                       David Bigelow