## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Candice Jenkins v. Johnson & Johnson*<br>*3:18-cv-15825-FLW-LHG* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Ronald Jenkins' Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED.

2. RONALD JENKINS, as surviving heir and spouse of CANDICE JENKINS, is substituted as Plaintiff in this action.

On this _____ day of _____, 20__.


_____
HONORABLE FREDA L. WOLFSON
United States District Court Judge