# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |
| **THIS DOCUMENT RELATES TO:**<br>*Darlene Mae Coakley v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:19-cv-00022-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 4, 2019 on behalf of the plaintiff, Darlene Mae Coakley.

Dated:  February 4, 2019                         Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                               **MOTLEY RICE LLC**

                               /s/ Carmen S. Scott
                               Carmen S. Scott