# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*William Yardley, Individually and as Surviving Spouse on behalf of the Estate of Mary Ann Yardley v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:19-cv-00475-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 4, 2019 on behalf of the plaintiff, William Yardley, Individually and as Surviving Spouse on behalf of the Estate of Mary Ann Yardley.

Dated:  February 4, 2019                    Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 4, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott