# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

### CASE MANAGEMENT ORDER NO.

(Amended Schedule for
Expert Witnesses and
*Daubert* Proceedings)

And Now, this 4th day of February 2019, after discussing with the parties during a telephone conference on January 30, 2019, it is hereby **ORDERED AND DECREED**, as follows:

1. The general causation expert reports of Defendants shall be served on the PSC on or before **February 25, 2019;**

2. The PSC shall complete any depositions they desire to take of the Defendants' general causation experts in this case by **April 10, 2019;**

3. Any *Daubert* motions that any party desires to file regarding any general causation expert in this case shall be filed on or before **May 7, 2019;**

4. Oppositions to any *Daubert* motions shall be filed on or before **May 29, 2019;** and

5. Any replies to any oppositions to any *Daubert* motions shall be filed on or before **June 12, 2019.**

6. The starting date of the *Daubert* hearing will be discussed and determined at the next status conference on February 27, 2019.

**BY THE COURT:**


**/s/ Freda L. Wolfson**
**FREDA L. WOLFSON, USDJ**