## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**DISCOVERY ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party; and for the reasons set forth in the accompanying letter opinion; and for good cause shown,

**IT IS** on this 5th day of February 2019 hereby:

**ORDERED** as follows:

1. Communications between the PSC and Dr. Alan Campion relating to his article *Identification of Foreign Particles in Human Tissue Using Raman Microscopy* and the underlying study are privileged, and the PSC shall not be required to produce; and

2. The PSC shall produce additional data from Dr. Campion by February 6, 2019; and

3. Defendants shall be permitted to continue Dr. Campion's deposition for an additional hour in order to address any newly produced unprivileged information and material.

DATED: February 5, 2019

Joel A. Pisano, U.S.D.J. (Ret.)
Special Master