UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 16-MD-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**DISCOVERY ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the undersigned, Joel A. Pisano, U.S.D.J. (Ret.) appointed as Special Master by Court Order; and after review of submissions on behalf of each party; and for the reasons set forth in the accompanying letter opinion; and for good cause shown,

**IT IS** on this 5th day of February 2019 hereby:

**ORDERED** as follows:

1. Dr. Saed shall appear for a continued deposition by Defendants not to exceed one day; and

2. Within seven (7) days of entry of this Order, the PSC shall produce:

   a. Copies of prior drafts of Dr. Saed's manuscript, *Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer*, including, but not limited to, all initial, revised, and final versions of drafts submitted to *Reproductive Sciences* and *OB-GYN Oncology* or any other journal or other correspondence;

   b. Copies of any correspondence or other communication with *OB-GYN Oncology*, and its reviewers or anyone else associated with any journal, in any way in

connection with the consideration of Dr. Saed's manuscript for possible publication;

c. Copies of any cover letters or other submission-related correspondence, regardless of form, but including any letters or any statements entered into online submission forms, and wherever maintained, either in the possession of Dr. Saed or his lab or maintained in online accounts associated with the journals to which Dr. Saed has access, that accompanied, preceded, or followed the submission or re-submission of the manuscript to any journal;

d. All budgets Dr. Saed prepared concerning his manuscript and/or the underlying experiments and all related lab work, whether in connection with Johnson's Baby Powder, Fisher talc, or any other talc product;

e. All accounting documents, invoices or other original documents that memorialize the expenses, costs, payments, reimbursements, and any similar compensation, whether in monetary or other form, for work on the manuscript, including all documents maintained and/or referenced by Sharon Pepe in calculating the cost figures contained in Exhibits No. 5 to Dr. Saed's deposition;

f. All communications with Wayne State University regarding Dr. Saed's talc-related experiments; and

g. Copies of any correspondence or other communication with any organization, including SGO, SRI or any other group or journal in any way, in connection with the consideration of Dr. Saed's abstracts concerning his experiments with talc.

DATED February 5, 2019

                                                      */s/ Joel A. Pisano*
                                                      Joel A. Pisano, U.S.D.J. (Ret.)
                                                      Special Master