**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cox v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- TERESA COX; 3:19-cv-689

This 6th day of February 2019.

                   Respectfully submitted by,

                   s/ D. Todd Mathews
                   D. Todd Mathews, #52502 (MO)
                   Gori Julian & Associates, P.C.
                   156 N. Main Street
                   Edwardsville, IL 62025
                   (618) 659-9833 – Telephone
                   (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of February 2019.

>*/s/ D. Todd Mathews*
>D. Todd Mathews