## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Brown v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- TRACY BROWN; 3:19-cv-890

This 6th day of February 2019.

                                            Respectfully submitted by,

                                            s/ D. Todd Mathews
                                            D. Todd Mathews, #52502 (MO)
                                            Gori Julian & Associates, P.C.
                                            156 N. Main Street
                                            Edwardsville, IL 62025
                                            (618) 659-9833 – Telephone
                                            (618) 659-9834 – Facsimile

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of February 2019.

                                                              */s/ D. Todd Mathews*
                                                              D. Todd Mathews