## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:*<br>*Estate of Melissa Fleming v. Johnson & Johnson, et al.*<br>Member Case No: 3:19-cv-00404 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 11, 2019 on behalf of Plaintiff, Estate of Melissa Fleming.

- Estate of Melissa Fleming; 3:19-cv-00404

**DATED:**  02/06/2019                                 Respectfully submitted,

*/s/Geoffrey B. Gompers*
GEOFFREY B. GOMPERS, ESQUIRE
**GEOFFREY B. GOMPERS & ASSOCIATES, P.C.**
1515 Market Street, Suite 1650
Philadelphia PA 19102
Phone:  215-567-6600
Fax:  215-567-1998
E-mail:  gompers@gomperslaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Geoffrey B. Gompers, hereby certify that on this **6th** day of **February 2019**, I caused a true and correct copy of the foregoing: *Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   02/06/2019

        */S/GEOFFREY B. GOMPERS*
        GEOFFREY B. GOMPERS, ESQUIRE
        **GEOFFREY B. GOMPERS & ASSOCIATES, P.C.**
        1515 Market Street, Suite 1650
        Philadelphia PA 19102
        Phone:  215-567-6600
        Fax:  215-567-1998
        E-mail:  gompers@gomperslaw.com
        *Attorney for Plaintiff*