**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br> Civil Action No. 3:19-cv-05001 <br><br> DIRECT FILED ACTION |
| *This document relates to:* <br><br> Lynda S. Robinson, as personal representative for Mary J. Hahn, deceased | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 7, 2019, on behalf of Lynda S. Robinson, as personal representative for Mary J. Hahn, deceased.

    Respectfully submitted,

    /s/ Bradley D. Honnold
    Bradley D. Honnold, KS #22972
    Goza & Honnold, LLC
    9500 Nall Ave., Suite 400
    Overland Park, Kansas 66207-2950
    913-451-3433
    913-839-0567 - Facsimile
    ATTORNEY FOR PLAINTIFF

Dated: February 7, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff
