UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>VICKIE L. TUCKER,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC.,<br><br>　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:19-cv-04895 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 6, 2019 on behalf of Plaintiff, Vickie L. Tucker.

Dated: 2/11/2019　　　　　　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Diane K. Watkins*
　　　　　　　　　　　　　　　　　　　　　　Thomas P. Cartmell MO# 45366
　　　　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com
　　　　　　　　　　　　　　　　　　　　　　Diane K. Watkins MO# 57238
　　　　　　　　　　　　　　　　　　　　　　dwatkins@wcllp.com
　　　　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell, LLP
　　　　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　　　　　　　FAX (816) 531-2372

　　　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on February 11, 2019.

*/s/ Diane K. Watkins*
Diane K. Watkins