### CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of February, 2019.

*/s/ Jennifer L. Orendi*