**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kela Spikes-Bickham vs. Johnson & Johnson, et al.*<br><br>Case Number:     19-cv-0951 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kela Spikes-Bickham.

This 12th day of February, 2019.

                                            Respectfully submitted,
                                            /s/ Richard Root
                                            Richard Root, LA Bar #19988
                                            Betsy J. Barnes, LA Bar # 19473
                                            Morris Bart, LLC
                                            601 Poydras St., 24th Floor
                                            New Orleans, LA 70130
                                            Phone: 504-525-8000
                                            Fax: 504-599-3392
                                            rroot@morrisbart.com
                                            bbarnes@morrisbart.com
                                            Attorneys for Plaintiff