UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| CONSTANCE HAMBY, <br><br>                           Plaintiff, <br>v. <br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., <br><br>                           Defendants. | COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:19-cv-05443 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 12, 2019 on behalf of Plaintiff, Constance Hamby.

Dated:  February 12, 2019

                                                  Respectfully submitted,

                                                  */s/ Eric D. Pearson*
                                                  Eric D. Pearson
                                                  Texas State Bar No. 15690472
                                                  eric@hop-law.com
                                                  HEYGOOD, ORR & PEARSON
                                                  6363 North State Hwy 161, Suite 450
                                                  Irving, Texas 75038
                                                  (214) 237-9001 Telephone
                                                  (214) 237-9002 Facsimile

                                                  *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                        **/s/   Eric D. Pearson**
                                                         Eric D. Pearson

                                                         *ATTORNEY FOR PLAINTIFF*