## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>SHARLYN WALL<br>3:19-cv-5455 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 12, 2019 on behalf of Sharlyn Wall.


Dated: February 12, 2019                    Respectfully submitted,

                                                       **NAPOLI SHKOLNIK, PLLC**

                                                       */s/ Christopher R. LoPalo*
                                                       Christopher R. LoPalo, Esq.
                                                       400 Broadhollow Rd., Suite 305
                                                       Melville, NY 11747
                                                       Telephone: (212) 397-1000
                                                       Facsimile: (646) 927-1676
                                                       CLoPalo@NapoliLaw.com

                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 12, 2019

                                                   */s/ Christopher R. LoPalo*
                                                   Christopher R. LoPalo, Esq.
                                                   400 Broadhollow Rd., Suite 305
                                                   Melville, NY 11747
                                                   Telephone: (212) 397-1000
                                                   Facsimile: (646) 927-1676
                                                   CLoPalo@NapoliLaw.com

                                                   *Attorneys for Plaintiff*