## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: LARRY WITTMER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHLEEN K. WITTMER, AND LARRY WITTMER INDIVIDUALLY, 3:19-cv-5575 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 13, 2019 on behalf of Larry Wittmer, as Personal Representative of the Estate of Kathleen K. Wittmer, and Larry Wittmer Individually.

Dated: February 13, 2019                    Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 13, 2019

                                        */s/ Christopher R. LoPalo*
                                        Christopher R. LoPalo, Esq.
                                        400 Broadhollow Rd., Suite 305
                                        Melville, NY 11747
                                        Telephone: (212) 397-1000
                                        Facsimile: (646) 927-1676
                                        CLoPalo@NapoliLaw.com

                                        *Attorneys for Plaintiff*