# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** This document relates to: JENNIFER SLATE and EDWIN L. SLATE 3:19-CV-05588 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 13, 2019 on behalf of Plaintiffs JENNIFER SLATE and EDWIN L. SLATE.


Dated: February 13, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: February 13, 2019                    /s/ Michael Akselrud
                                            Michael Akselrud
                                            The Lanier Law Firm, PC
                                            21550 Oxnard St., 3rd Fl
                                            Woodland Hills, CA 91367
                                            (310) 277-5100
                                            Counsel for Plaintiff(s)