## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, & PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)    MDL No. 16-2738 (FLW)(LHG) |

### NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on February 13, 2019, Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. (collectively, the "**Debtors**") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases are now pending before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Imerys Talc America, Inc., et al.*, Chapter 11 Case Nos. 19-10289-LSS (Imerys Talc America, Inc.), 19-10291-LSS (Imerys Talc Vermont, Inc.) and 19-10292-LSS (Imerys Talc Canada Inc.).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim

against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…" 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed Claims and Noticing Agent, Prime Clerk, LLC, at https://cases.primeclerk.com/imerystalc, or by contacting counsel for the Debtors: (a) Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Mark D. Collins, Esq., Michael J. Merchant, Esq., and Amanda R. Steele, Esq.) and (b) Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071 (Attn: Jeffrey E. Bjork, Esq. and Helena G. Tseregounis, Esq.), Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800 Chicago, Illinois 60611 (Attn: Richard A. Levy, Esq.), and Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: George A. Davis, Esq. and Keith A. Simon, Esq.).

Dated: February 13, 2019

*/s/ Mark K. Silver*
Mark K. Silver, Esq.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of February, 2019, I caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon all counsel on the MDL docket by electronic service.

*/s/ Mark K. Silver*
Mark K. Silver, Esq.