# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Timothy J. Dunnavant, Individually, and as Administrator for the Estate of Tereasa M. Dunnavant v. Johnson & Johnson, et al.*<br>Civil Action No.: 3:19-cv-05446-FLW-LHG | Civil Action: 3:19-cv-05446<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 12, 2019 on behalf of the plaintiff, Timothy Dunnavant, Individually, and as Administrator for the Estate of Tereasa M. Dunnavant.

Dated: February 14, 2019

                                                                    Respectfully submitted by,

                                                                    **WILSON LAW, P.A.**

                                                                    /s/ Kimberly Wilson White
                                                                    Kimberly Wilson White
                                                                    kim@wilsonlawpa.com
                                                                    1111 Haynes Street, Suite 103
                                                                    Raleigh, NC 27604
                                                                    Phone:  (919) 890-0180
                                                                    Fax:     (919) 882-1758
                                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.   Parties may access this filing through the Court's System.


        **WILSON LAW, P.A.**

        /s/ Kimberly Wilson White
        Kimberly Wilson White