UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| LILLIAN HANNING, | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No.: 3:19-cv-05729 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 14, 2019 on behalf of Plaintiff, Lillian Hanning.

Dated: February 14, 2019

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                    **/s/ Eric D. Pearson**
                                                    Eric D. Pearson

                                                   *ATTORNEY FOR PLAINTIFF*