# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>DEMRICE HAYES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALDINE SMITH<br>3:19-cv-5757 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 14, 2019 on behalf of Demrice Hayes, as Personal Representative of the Estate of Geraldine Smith.

Dated:  February 14, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 14, 2019

                                                  */s/ Christopher R. LoPalo*
                                                Christopher R. LoPalo, Esq.
                                                400 Broadhollow Rd., Suite 305
                                                Melville, NY 11747
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                CLoPalo@NapoliLaw.com

                                                *Attorneys for Plaintiff*