# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>LESLYANN FLORES, AS POWER OF ATTORNEY OF THE ESTATE OF CYNTHIA SINGH<br>3:19-cv-5763 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 14, 2019 on behalf of Leslyann Flores, as Power of Attorney of the Estate of Cynthia Singh.

Dated: February 14, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 14, 2019

                                      */s/ Christopher R. LoPalo*
                                      Christopher R. LoPalo, Esq.
                                      400 Broadhollow Rd., Suite 305
                                      Melville, NY 11747
                                      Telephone: (212) 397-1000
                                      Facsimile: (646) 927-1676
                                      CLoPalo@NapoliLaw.com

                                      *Attorneys for Plaintiff*