# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> EHSAN SAWEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SORAYA SAWEZ, AND EHSAN SAWEZ INDIVIDUALLY <br> 3:19-cv-5932 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 15, 2019 on behalf of Ehsan Sawez, as Personal Representative of the Estate of Soraya Sawez, and Ehsan Sawez Individually.

Dated:  February 15, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 15, 2019

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com

                                              *Attorneys for Plaintiff*