## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>EUGENE W. MACK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILHELMINA M. RIVER<br>3:19-cv-5938 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 15, 2019 on behalf of Eugene W. Mack, as Personal Representative of the Estate of Wilhelmina M. River.

Dated:  February 15, 2019                    Respectfully submitted,

                                                                                                    **NAPOLI SHKOLNIK, PLLC**

                                                                                                    */s/ Christopher R. LoPalo*
                                                                                                    Christopher R. LoPalo, Esq.
                                                                                                    400 Broadhollow Rd., Suite 305
                                                                                                    Melville, NY 11747
                                                                                                    Telephone: (212) 397-1000
                                                                                                    Facsimile: (646) 927-1676
                                                                                                    CLoPalo@NapoliLaw.com

                                                                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 15, 2019

              */s/ Christopher R. LoPalo*
              Christopher R. LoPalo, Esq.
              400 Broadhollow Rd., Suite 305
              Melville, NY 11747
              Telephone: (212) 397-1000
              Facsimile: (646) 927-1676
              CLoPalo@NapoliLaw.com

              *Attorneys for Plaintiff*