**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carol Reyer obo Estate of Mary Jo Kitchens, vs. Johnson & Johnson, et al.*<br><br>Case Number:   19-cv-1072 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Carol Reyer, on behalf of Estate of Mary Jo Kitchens.

This 15th day of February, 2019.

                                           Respectfully submitted,
                                         /s/ Richard Root
                                         Richard Root, LA Bar #19988
                                         Betsy J. Barnes, LA Bar # 19473
                                         Morris Bart, LLC
                                         601 Poydras St., 24th Floor
                                         New Orleans, LA 70130
                                         Phone: 504-525-8000
                                         Fax: 504-599-3392
                                         rroot@morrisbart.com
                                         bbarnes@morrisbart.com
                                         Attorneys for Plaintiff