**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: | JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| Sean P. McCormick, As Administrator to the Estate of Samantha A. McCormick, Deceased, and Sean P. McCormick, Individually v. Johnson and Jonson Company, et. al. | Civil Action No.: 3:19-cv-6121 |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on February 19, 2019 on behalf of the Estate of Samantha A. McCormick and Sean P. McCormick.

Dated: February 19, 2019           Respectfully Submitted by,

**ANAPOL WEISS**

/s/ *Gregory S. Spizer*
Gregory S. Spizer. Esquire
Emily B. Ashe, Esquire
One Logan Square
130 N. 18th Street
Suite 1600
Philadelphia, PA 19107
gspizer@anapolweiss.com
eashe@anapolweiss.com
(215) 735-1130
(215) 875-7722 (Facsimile)
*Attorneys for Plaintiff*