# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>RONALD CAMPBELL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TERESA CAMPBELL, AND RONALD CAMPBELL INDIVIDUALLY,<br><br>3:19-cv-5679 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on February 14, 2019 on behalf of RONALD CAMPBELL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TERESA CAMPBELL, AND RONALD CAMPBELL INDIVIDUALLY.

Dated:  February 19, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 19, 2019

                                */s/ Christopher R. LoPalo*
                                Christopher R. LoPalo, Esq.
                                400 Broadhollow Rd., Suite 305
                                Melville, NY 11747
                                Telephone: (212) 397-1000
                                Facsimile: (646) 927-1676
                                CLoPalo@NapoliLaw.com

                                *Attorneys for Plaintiff*