**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Todd Washington, individually and on behalf of Veronica Aubert, deceased, vs. Johnson & Johnson, et al.*<br><br>**Case Number:**   19-cv-6273 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Todd Washington, individually and on behalf of Veronica Aubert, deceased.

This 20th day of February, 2019.

                                          Respectfully submitted,
                                          /s/ Richard Root
                                          Richard Root, LA Bar #19988
                                          Betsy J. Barnes, LA Bar # 19473
                                          Morris Bart, LLC
                                          601 Poydras St., 24th Floor
                                          New Orleans, LA 70130
                                          Phone: 504-525-8000
                                          Fax: 504-599-3392
                                          rroot@morrisbart.com
                                          bbarnes@morrisbart.com
                                          Attorneys for Plaintiff