Dicks & Coglianese, LLP
28 N. Center St., Mesa, AZ 85201
602-254-4222

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>         Defendants. | Case No. 3:16-md-02738-FLW-LHG<br><br>MDL No. 2738 (FLW) (LHG)<br><br>**NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

**COMES NOW**, Michael D. Dicks, and hereby enters his Appearance as additional counsel on behalf of the Plaintiff Denise Johnson in the above referenced matter.

**Respectfully submitted**, this the 20th day of February, 2019.

/s/
MICHAEL D. DICKS
ATTORNEY AT LAW

*Attorney for Plaintiff*