## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2019, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/

MICHAEL D. DICKS
ATTORNEY AT LAW

*Attorney for Plaintiff*