UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2738<br>Master Docket No. 3:16-md-2738<br>JUDGE FREDA L. WOLFSON<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

The cases listed on the attached Exhibit A.

COMES NOW, Matthew Ryan McCarley of Fears Nachawati, PLLC, the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters, that the address of Fears Nachawati, PLLC has changed.

Effective immediately, the new address is as follows:

> 5473 Blair Road
> Dallas, Texas 75231

The telephone number, facsimile number and email address remain unchanged.

Date: February 20, 2019            Respectfully submitted,

> /S/ MATTHEW R. MCCARLEY
> **Matthew R. McCarley**
> **Texas Bar No. 24041426**
> **mccarley@fnlawfirm.com**
> **FEARS NACHAWATI, PLLC**
> **5473 Blair Road**
> **Dallas, Texas 75231**
> **Tel. (214) 890-0711**
> **Fax (214) 890-0712**
> **ATTORNEY FOR THE PLAINTIFF**

## **CERTIFICATE OF SERVICE**

 I, Matthew Ryan McCarley, hereby certify that on February 20, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


Date: February 20, 2019   Respectfully submitted,

            /S/ MATTHEW R. MCCARLEY
            **Matthew R. McCarley**
            **Texas Bar No. 24041426**
            **mccarley@fnlawfirm.com**
            **FEARS NACHAWATI, PLLC**
            **5473 Blair Road**
            **Dallas, Texas 75231**
            **Tel. (214) 890-0711**
            **Fax (214) 890-0712**
            **ATTORNEY FOR THE PLAINTIFF**

# EXHIBIT A

| Name | Court | Case Number |
|---|---|---|
| Potts, Janie | USDC NJ | 3:16-cv-08725 |
| Jackson, Alvina | USDC NJ | 3:17-cv-02009 |
| Burzych, Jill | USDC NJ | 3:17-cv-03278 |
| Lewandowski, Deborah | USDC NJ | 3:17-cv-06091 |
| McDonald, Laura | USDC NJ | 3:17-cv-08154 |
| Collins, Teresa D. | USDC NJ | 3:17-cv-08157 |
| Ellis, Deborah | USDC NJ | 3:17-cv-08394 |
| Hoff, Christina M. | USDC NJ | 3:17-cv-08401 |
| Weatherwax, Patricia | USDC NJ | 3:17-cv-08410 |
| Williams, Emma | USDC NJ | 3:17-cv-08413 |
| Nelson, Eva | USDC NJ | 3:17-cv-08416 |
| Valerie Wood on behalf of Verhelle | USDC NJ | 3:17-cv-08419 |
| Furlong, Crystal | USDC NJ | 3:17-cv-08505 |
| Stucker, Patricia | USDC NJ | 3:17-cv-08879 |
| DeLuca, Janet | USDC NJ | 3:17-cv-08880 |
| Powell, Latina | USDC NJ | 3:18-cv-00255 |
| Mark Rosinski, Next of Kin of Christine Rosinski | USDC NJ | 3:18-cv-00843 |
| Holland, Kim R. | USDC NJ | 3:18-cv-02808 |
| Strozier, Deniska | USDC NJ | 3:18-cv-03418 |
| Lester, Ms. Sherry | USDC NJ | 3:18-cv-03419 |
| McMiller-Ifeadike, Rosalind | USDC NJ | 3:18-cv-03934 |
| Holmquist, Elaine | USDC NJ | 3:18-cv-03935 |
| Shamy, Tonya | USDC NJ | 3:18-cv-13559 |
| Hawthorne, Tiffeny | USDC NJ | 3:18-cv-13563 |
| McElroy, Christa | USDC NJ | 3:18-cv-13569 |
| Fitch, Linda | USDC NJ | 3:18-cv-13570 |
| Coleman, Rhonda | USDC NJ | 3:18-cv-13571 |
| Lee, Caroline Michele | USDC NJ | 3:18-cv-13572 |
| Clemence, Ms. Pamela | USDC NJ | 3:18-cv-13573 |
| Burton, Rebecca Michele | USDC NJ | 3:18-cv-13574 |
| St. Clair, Melissa | USDC NJ | 3:18-cv-13583 |
| Anthony, Joann | USDC NJ | 3:18-cv-13585 |
| Marshall, Catherine A. | USDC NJ | 3:18-cv-13589 |
| Moore, Mamie | USDC NJ | 3:18-cv-13595 |
| Stanley, Sherry | USDC NJ | 3:18-cv-13605 |
| Gray, Sherri | USDC NJ | 3:18-cv-13614 |
| Vargas, Gloria | USDC NJ | 3:18-cv-13616 |
| Goetze, Wendy C. | USDC NJ | 3:18-cv-13618 |
| Kelly, Debra | USDC NJ | 3:18-cv-13623 |
| Morquecho, Rosa | USDC NJ | 3:18-cv-13629 |
| Lisak, Barbara R. | USDC NJ | 3:18-cv-13632 |
| Jones, Robin Gayle | USDC NJ | 3:18-cv-13637 |
| Ham, Kelley M. | USDC NJ | 3:18-cv-13638 |

| | | |
|---|---|---|
| Moore, Jacquelin J. | USDC NJ | 3:18-cv-13639 |
| Hufkins, Cathy Helen | USDC NJ | 3:18-cv-13653 |
| West, Gingia | USDC NJ | 3:18-cv-13659 |
| Milici, Theresa | USDC NJ | 3:18-cv-13663 |
| Sampson, Lisa | USDC NJ | 3:18-cv-13670 |
| Ryan, Susan Diane | USDC NJ | 3:18-cv-13671 |
| James Gentile, Next of Kin of Marlene Gentile | USDC NJ | 3:18-cv-13678 |
| Fountain, Cassandra Bernice | USDC NJ | 3:18-cv-13711 |
| Konkel, Marguerite | USDC NJ | 3:18-cv-14319 |
| Black, Kathleen M. | USDC NJ | 3:18-cv-14367 |
| Fleming, Gail | USDC NJ | 3:18-cv-14368 |
| Brugh, Jeanni M. | USDC NJ | 3:18-cv-14369 |
| Richards, Daune | USDC NJ | 3:18-cv-14654 |
| Calloway, Wanda | USDC NJ | 3:18-cv-14656 |
| Jeffreys, Lisa | USDC NJ | 3:18-cv-14657 |
| Metzler, Carol | USDC NJ | 3:18-cv-14658 |
| Gonzalez, Laura | USDC NJ | 3:18-cv-14676 |
| Barragan, Elizabeth | USDC NJ | 3:18-cv-15156 |
| Bill Henry, Next of Kin of Jean Henry | USDC NJ | 3:18-cv-15485 |
| Binge, Debra | USDC NJ | 3:18-cv-15766 |
| Bryant, Colleen | USDC NJ | 3:18-cv-15780 |
| Olshefski, Marianne | USDC NJ | 3:18-cv-15786 |
| Ross, Patricia | USDC NJ | 3:18-cv-15792 |
| Villarreal, Claudia | USDC NJ | 3:18-cv-15808 |
| Webber, Karen | USDC NJ | 3:18-cv-15812 |
| Wright, Serena | USDC NJ | 3:18-cv-15813 |
| Shawne Forrest, Next of Kin of Kaaydah Schatten-Forrest | USDC NJ | 3:18-cv-15995 |
| Hunter, Ms. Kathleen | USDC NJ | 3:18-cv-16009 |
| Bowers, Kathy | USDC NJ | 3:18-cv-16149 |
| Jack, Adrian | USDC NJ | 3:18-cv-16152 |
| Henry England, Next of Kin for Rita England | USDC NJ | 3:18-cv-16195 |
| Olge, Linda J. | USDC NJ | 3:18-cv-16205 |
| Beverly Vinegar, Next of Kin for Faigie Vinegar | USDC NJ | 3:18-cv-16762 |
| Anthony DeFranco, Next of Kin for Colleen DeFranco | USDC NJ | 3:18-cv-16833 |
| Wippler, Amanda | USDC NJ | 3:18-cv-16834 |
| Yelinek, Carol | USDC NJ | 3:18-cv-16989 |
| Thompson, Susan | USDC NJ | 3:18-cv-17289 |
| Robert Poserina, Next of Kin for Anne Poserina | USDC NJ | 3:18-cv-17356 |
| Richard Stahl, Next of Kin for Bonnie Stahl | USDC NJ | 3:18-cv-17357 |
| Moore, Laverne | USDC NJ | 3:18-cv-17371 |
| Ellis Hill, Jr., Next of Kin for Anne Brooks | USDC NJ | 3:18-cv-17429 |
| Ronald Larkin, Next of Kin of Susan Larkin | USDC NJ | 3:18-cv-17431 |
| Smith, Susan Marie | USDC NJ | 3:18-cv-17469 |

| Name | Court | Case Number |
|------|-------|-------------|
| Dorothy Pena, Next of Kin for Helena Pena | USDC NJ | 3:18-cv-17474 |
| Davis, Micheale Irene | USDC NJ | 3:18-cv-17506 |
| Donald Raspotnik, Next of Kin of Deborah Raspotnik | USDC NJ | 3:18-cv-17511 |
| Thomas, Adwoa | USDC NJ | 3:18-cv-17563 |
| Ronald Cross, Next of Kin of Herlunda Ross Cross | USDC NJ | 3:18-cv-17709 |
| Rodney Pitstick Next of Kin of Sandra Pitstick | USDC NJ | 3:18-cv-17713 |
| Naomi Watson, Next of Kin of Kimberly Winters | USDC NJ | 3:19-cv-00029 |
| Phillips, Tara Lynn | USDC NJ | 3:19-cv-00192 |
| Hawkins-Newton, Rhonda | USDC NJ | 3:19-cv-00193 |
| Ortisi, Ms. Mary | USDC NJ | 3:19-cv-00224 |
| Peters, Corinne | USDC NJ | 3:19-cv-00225 |
| Carmichael, Tiwana | USDC NJ | 3:19-cv-00226 |
| Varga, Yolanda | USDC NJ | 3:19-cv-00229 |
| Leder, Cathleen | USDC NJ | 3:19-cv-00230 |
| Olech, Pamela | USDC NJ | 3:19-cv-00232 |
| Stachelek, Jacqueline | USDC NJ | 3:19-cv-00249 |
| Kenneth Crowell, Next of Kin of Loretta Crowell | USDC NJ | 3:19-cv-00337 |
| Angel Rodriguez, Next of Kin of Debbie Dumlao | USDC NJ | 3:19-cv-00353 |
| Nancarrow, Mary Lynn | USDC NJ | 3:19-cv-00355 |
| Foss, Karen | USDC NJ | 3:19-cv-00357 |
| Mendenhall, Carol Ann | USDC NJ | 3:19-cv-00358 |
| Waby, Christine | USDC NJ | 3:19-cv-00359 |
| Hillyer, Linda | USDC NJ | 3:19-cv-00558 |
| Castillo, Lorraine T. | USDC NJ | 3:19-cv-00576 |
| Samuelson, Rose | USDC NJ | 3:19-cv-00577 |
| Rama, Violeta | USDC NJ | 3:19-cv-00578 |
| Corredor, Susan | USDC NJ | 3:19-cv-00583 |
| James Kennedy, Jr., Next of Kin Angela Thompson-Kennedy | USDC NJ | 3:19-cv-00591 |
| Allen, Kelly | USDC NJ | 3:19-cv-00765 |
| Lombari, Kathleen | USDC NJ | 3:19-cv-00766 |
| Cagle, Debra | USDC NJ | 3:19-cv-01136 |
| Torres, Ann | USDC NJ | 3:19-cv-01138 |
| Freiburger, Barbara Sue | USDC NJ | 3:19-cv-01140 |
| Brian Cantley, Individually and on Behalf of the Estate of Kimberly Cantley | USDC NJ | 3:19-cv-00930 |