<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>TERESA L. MOYNIHAN<br>3:19-cv-6325 | **MDL NO. 2738 (FLW) (LHG)** |

<div style="text-align:center">

**NOTICE OF FILING**

</div>

Notice is hereby given pursuant to Case Management Order Nos. 2 that the Short Form Complaint and Jury Demand has been filed on February 20, 2019 on behalf of Teresa L. Moynihan.

| | |
|---|---|
| Dated:  February 20, 2019 | Respectfully submitted,<br><br>**NAPOLI SHKOLNIK, PLLC**<br><br>*/s/ Christopher R. LoPalo*<br>Christopher R. LoPalo, Esq.<br>400 Broadhollow Rd., Suite 305<br>Melville, NY 11747<br>Telephone: (212) 397-1000<br>Facsimile: (646) 927-1676<br>CLoPalo@NapoliLaw.com<br><br>*Attorneys for Plaintiff* |


## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 20, 2019

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com

                                              *Attorneys for Plaintiff*