UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Arcelia Morales,<br><br>3:19-cv-00534 | 3:16-md-02738 (FLW) (LHG) |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 15, 2019 on behalf of Plaintiff Arcelia Morales.

Dated: February 20, 2019

                                     Respectfully submitted,

                                     /s/ *Warren T. Burns*

                                     Korey A. Nelson (LA #30002)
                                     Amanda K. Klevorn (LA #35193)
                                     **BURNS CHAREST LLP**
                                     365 Canal Street, Suite 1170
                                     New Orleans, Louisiana 70130
                                     T: 504.799.2845
                                     F: 504.881.1765
                                     E: aklevorn@burnscharest.com
                                           knelson@burnscharest.com

                                     **AND**

                                     Warren T. Burns (TX #24053119)

        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
           dcharest@burnscharest.com
           scox@burnscharest.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 20, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Warren T. Burns
        Warren T. Burns (TX #24053119)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com