Dicks & Coglianese, LLP
28 N. Center St., Mesa, AZ 85201
602-254-4222

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLORIA WILKERSON, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | Case No. 3:16-md-02738-FLW-LHG <br><br> MDL No. 2738 (FLW) (LHG) <br><br> **NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

**COMES NOW**, Michael D. Dicks, and hereby enters his Appearance as additional counsel on behalf of the Plaintiff Gloria Wilkerson in the above referenced matter.

**Respectfully submitted**, this the 20th day of February, 2019.

/s/ Michael D. Dicks
MICHAEL D. DICKS
ATTORNEY AT LAW

*Attorney for Plaintiff*