BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Robert Vaudreuil obo Linda Vaudreuil (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Robert Vaudreuil obo Linda Vaudreuil (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-6418 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 21, 2019 on behalf of Plaintiff Robert Vaudreuil obo Linda Vaudreuil (deceased).

                          */s/ Brittany S. Scott*
                          Brittany S. Scott
                          BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                          218 Commerce Street
                          Montgomery, Alabama 36104
                          (800) 898-2034 Telephone
                          (334) 954-7555 Facsimile
                          Brittany.Scott@BeasleyAllen.com

                          Attorneys for Plaintiff Robert Vaudreuil obo Linda Vaudreuil (deceased)

Dated: February 21, 2019

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Brittany S. Scott*
              Brittany S. Scott

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.