# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **This document relates to:** | |
| **IRENE LILLER, Individually and as personal representative of the Estate of IRENE JOHNSON, DECEASED, TAMMY JOHNSON, and CODEY JOHNSON**<br>　　　　　　　　　　　　**Plaintiffs**<br>VS.<br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.**<br>　　　　　　　　　　　　**Defendants** | CIVIL ACTION NO. 3:19-cv-06754<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING OF SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 25, 2019 on behalf of IRENE LILLER, Individually and as personal representative of the Estate of IRENE JOHNSON, Deceased, TAMMY JOHNSON and CODEY JOHNSON.

This the 25th day of February, 2019.

Respectfully submitted,

　/s/ Rebecca Bell-Stanton
REBECCA E. BELL-STANTON
State Bar No. 24026795
N. SCOTT CARPENTER
State Bar No. 00790428

**CARPENTER & SCHUMACHER, P.C.**
2701 NORTH DALLAS PARKWAY, SUITE 570
Plano, Texas 75093
(972) 403-1133
(972) 403-0311 [Fax]
scarpenter@cstriallaw.com
rstanton@cstriallaw.com
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

 I certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

              */s/ Rebecca Bell-Stanton*
              **REBECCA BELL-STANTON**

              Attorney for Plaintiff(s)