UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2378 (FLW) (LHG) |

**This document relates to:**
*Betty Faye Anderson v. Johnson & Johnson, et al.*
*Civil Action No.: 3:18-cv-16329*

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 20, 2018 on behalf of Plaintiff Betty Faye Anderson.

Dated: February 25, 2019    Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
Moore Law Group, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone: (502) 717-4080
Fax: (502) 717-4086
jmoore@gminjurylaw.com
*Counsel for Plaintiff Betty Faye Anderson*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/Jennifer A. Moore*
Jennifer A. Moore
Moore Law Group, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone: (502) 717-4080
Fax: (502) 717-4086
jmoore@gminjurylaw.com
*Counsel for Plaintiff Betty Faye Anderson*
