# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2378 (FLW) (LHG)** |

**This document relates to:**
*Linda M. Fowler v. Johnson & Johnson, et al.*
*Civil Action No.: 3:18-cv-16347*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 20, 2018 on behalf of Plaintiff Linda M. Fowler.

Dated: February 25, 2019

Respectfully submitted,

*/s/Jennifer A. Moore*
Jennifer A. Moore
Moore Law Group, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone: (502) 717-4080
Fax: (502) 717-4086
jennifer@moorelawgroup.com

*Counsel for Plaintiff Linda M. Fowler*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2019, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive services in this MDL.

/s/Jennifer A. Moore
Jennifer A. Moore
Moore Law Group, PLLC
1473 S. Fourth Street
Louisville, KY  40208
Phone: (502) 717-4080
Fax: (502) 717-4086
jennifer@moorelawgroup.com

*Counsel for Plaintiff Linda M. Fowler*