# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: ALBERT LEIGH, AS POWER OF ATTORNEY OF THE ESTATE OF NELLY LEIGH, 3:19-cv-6799 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on February 25, 2019 on behalf of ALBERT LEIGH, AS POWER OF ATTORNEY OF THE ESTATE OF NELLY LEIGH.

Dated: February 25, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 25, 2019

              */s/ Christopher R. LoPalo*
              Christopher R. LoPalo, Esq.
              400 Broadhollow Rd., Suite 305
              Melville, NY 11747
              Telephone: (212) 397-1000
              Facsimile: (646) 927-1676
              CLoPalo@NapoliLaw.com

              *Attorneys for Plaintiff*