# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: WALLACE V. LINSEY JR., AS ADMINISTRATOR OF THE ESTATE OF MARILYN LINSEY, AND WALLACE V. LINSEY JR. INDIVIDUALLY, 3:19-cv-6811 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on February 25, 2019 on behalf of WALLACE V. LINSEY JR., AS ADMINISTRATOR OF THE ESTATE OF MARILYN LINSEY, AND WALLACE V. LINSEY JR. INDIVIDUALLY.

Dated:  February 25, 2019				Respectfully submitted,

							**NAPOLI SHKOLNIK, PLLC**

							*/s/ Christopher R. LoPalo*
							Christopher R. LoPalo, Esq.
							400 Broadhollow Rd., Suite 305
							Melville, NY 11747
							Telephone: (212) 397-1000
							Facsimile: (646) 927-1676
							CLoPalo@NapoliLaw.com

							*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 25, 2019

                                                */s/ Christopher R. LoPalo*
                                                Christopher R. LoPalo, Esq.
                                                400 Broadhollow Rd., Suite 305
                                                Melville, NY 11747
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                CLoPalo@NapoliLaw.com

                                                *Attorneys for Plaintiff*