UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| JOSEPH ROBERT CLARK, as Personal Representative of the Estate of JEANNE BERTLANEY, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. <br><br> Defendants. | Case No.: 3:19-cv-00960-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 22, 2019, on behalf of Plaintiff, Joseph Robert Clark.

Date: February 26, 2019

Respectfully Submitted,

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr. – FL Bar #: 107494
The Ferraro Law Firm
600 Brickell World Plaza
Miami, FL 33131
Tel: 305-375-0111
Fax: 305-379-6222
Email: JJR@Ferrarolaw.com

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr. – FL Bar #: 107494
The Ferraro Law Firm
600 Brickell World Plaza
Miami, FL 33131
Tel: 305-375-0111
Fax: 305-379-6222
Email: JJR@Ferrarolaw.com