# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |

This document relates to:
LATASHA HANDFORD,

3:19-cv-6276

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on February 20, 2019 on behalf LATASHA HANDFORD.

Dated:  February 26, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated:  February 26, 2019

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*
