UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.      Date: February 27, 2019
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                       CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:

See attached sign in sheets

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD (On the record)

In Person Status Conference set for April 29, 2019 at 10:30 A.M.
And June 27, 2019 at 10:30 A.M.
Transcript of proceedings to be filed.


TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:00 A.M.          s/Jacqueline Merrigan
TOTAL TIME:  30 minutes              Deputy Clerk

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE: 2-27-19
TIME: 10:30

CASE NAME: J+J MDL
CIVIL ACTION NO.: CV 16-2738

## APPEARANCES

NAME: Susan Sharko / Jessica Brennan
FIRM NAME: Drinker Biddle + Reath
MAILING ADDRESS: 600 Campus Dr. Florham Park
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J+J

NAME: _____
FIRM NAME: _____
MAILING ADDRESS: _____
PHONE NO.: _____
WHOM YOU REPRESENT: _____

***********

NAME: Janet L Poletto
FIRM NAME: Hardin Kundla McKeon & Poletto
MAILING ADDRESS: 673 Morris Ave, Springfield NJ
PHONE NO.: 973 912-5222
WHOM YOU REPRESENT: PTI Union / SA PTI Royster

NAME: Kelly Meredith
FIRM NAME: Tucker Ellis
MAILING ADDRESS: 100 South 4th Street, Suite 600, St. Louis, MO 63102
PHONE NO.: _____
WHOM YOU REPRESENT: PTI Union / SA PTI Royster

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE: 2-27-19
TIME: 10:30

CASE NAME: PSC — J&J MDL

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Leigh O'Dell
FIRM NAME: Beasley Allen
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

NAME: Alastair Finderis
FIRM NAME: Napoli Shkolnik PLLC
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Chris Placiteller
FIRM NAME: Cohen Placitella
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

NAME: Warren T. Burns
FIRM NAME: Burns Charest
MAILING ADDRESS: Dallas, TX
PHONE NO.:
WHOM YOU REPRESENT: Plaintiffs

Margaret Thompson
Beasley Allen

Daniel Lapinski
Wilentz

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE 2-27-19
TIME 10:30

CASE NAME: J+J MDL

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Tom Beisner
FIRM NAME: Skadden Arps
MAILING ADDRESS: 1440 New York Ave. Washington, DC 20005
PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: J+J

NAME: Laurence Berman
FIRM NAME: Levin Sedran Berman
MAILING ADDRESS: 510 Walnut #500 Phila, PA 19106
PHONE NO.:
WHOM YOU REPRESENT: PSC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F Street NW Washington DC
PHONE NO.: 202 929 5376
WHOM YOU REPRESENT: Personal Care Products Council

NAME: Michelle Parfitt
FIRM NAME: Ashcraft & Gerel
MAILING ADDRESS: 1825 K St. N.W. WDC 20036
PHONE NO.:
WHOM YOU REPRESENT: