UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **3:16-md-02738 (FLW) (LHG)** |
| *This document relates to:* Janet Sifford and Billy D. Sifford | |
| 3:19-cv-06422 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3

(Filing of Short Form Complaints) that the Short Form Complaint with Jury

Demand was filed on February 21, 2019 on behalf of Plaintiffs Janet

Sifford and Billy D. Sifford

Dated: February 27, 2019

Respectfully submitted,

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com