# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tatyana Thomas, personal representative for the estate of LaTonya Brooks, v. Johnson & Johnson, et al.*<br><br>**Case Number:**      19-cv-7135 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tatyana Thomas, personal representative for the estate of LaTonya Brooks.

This 27th day of February, 2019.

    Respectfully submitted,
    /s/ Christine Brandt
    Christine M. Brandt, AL Bar #ASB-3949-N70C
    Richard L. Root
    Morris Bart, LLC
    601 Poydras St.
    24th Floor New Orleans, LA 70130
    Phone: 504-525-8000
    Fax: 504-599-3392
    cbrandt@morrisbart.com
    rroot@morrisbart.com
    Attorneys for Plaintiff