**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Debra Malott v. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-07160 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Debra Malott.

Dated: <u>February 27, 2019</u>             Respectfully submitted,

                       By: */s/ Stuart L. Goldenberg*
                       Stuart L. Goldenberg (MN #0158719)
                       Noah C. Lauricella (MN #397896)
                       **GOLDENBERGLAW, PLLC**
                       800 LaSalle Avenue, Suite 2150
                       Minneapolis, MN 55402
                       (612) 333-4662 (Tel)
                       (612) 367-8107 (Fax)
                       slgoldenberg@goldenberglaw.com
                       nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of February, 2019.

                       */s/ Stuart L. Goldenberg*