UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) |
| This document relates to: <br><br> MELA WILBURN <br> Case No. 3:19-cv-06857-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 25, 2019.

DATED: February 28, 2019

Respectfully Submitted,

KIESEL LAW LLP

By: /s/ Melanie Palmer
Melanie Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel.: (310) 854-4444
palmer@kiesel.law

                Haytham Faraj (CA # 291416)
                (ARDC # 6286135)
                LAW OFFICES OF
                HAYTHAM FARAJ
                1935 W Belmont Ave
                Chicago, IL 60657
                (312) 635-0800
                haytham@farajlaw.com

                Tigran Martinian (CA # 247638)
                Arash Zabetian (CA # 291403)
                MARTINIAN &
                ASSOCIATES, INC.
                2801 Cahuenga Blvd West
                Los Angeles, CA 90068
                (323) 850-1900
                tm@martinianlaw.com
                arash@zabetianlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 28, 2019        Respectfully Submitted,

                By:     /s/ Melanie Palmer
                Melanie Palmer
                **KIESEL LAW LLP**
                8648 Wilshire Boulevard
                Beverly Hills, California 90211
                Tel.: (310) 854-4444
                Fax: (310) 854-0812
                E-mail: palmer@kiesel.law

                *Counsel for Plaintiff*