# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738 (FLW) (LHG) |
| **This document relates to:** REBECCA GRAYSON Case No. 3:19-cv-06854-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 25, 2019.

DATED: February 28, 2019

Respectfully Submitted,

KIESEL LAW LLP

By: /s/ Melanie Palmer
Melanie Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel.: (310) 854-4444
palmer@kiesel.law

>Haytham Faraj (CA # 291416)
>(ARDC # 6286135)
>LAW OFFICES OF
>HAYTHAM FARAJ
>1935 W Belmont Ave
>Chicago, IL 60657
>(312) 635-0800
>haytham@farajlaw.com
>
>Tigran Martinian (CA # 247638)
>Arash Zabetian (CA # 291403)
>MARTINIAN &
>ASSOCIATES, INC.
>2801 Cahuenga Blvd West
>Los Angeles, CA 90068
>(323) 850-1900
>tm@martinianlaw.com
>arash@zabetianlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 28, 2019        Respectfully Submitted,

>By:      /s/ Melanie Palmer
>Melanie Palmer
>**KIESEL LAW LLP**
>8648 Wilshire Boulevard
>Beverly Hills, California  90211
>Tel.: (310) 854-4444
>Fax: (310) 854-0812
>E-mail: palmer@kiesel.law
>
>*Counsel for Plaintiff*