# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>JOHN FREE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA K. FREE, AND JOHN FREE INDIVIDUALLY,<br><br>3:19-cv-7346 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on March 1, 2019 on behalf of JOHN FREE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA K. FREE, AND JOHN FREE INDIVIDUALLY.

| | |
|---|---|
| Dated: March 1, 2019 | Respectfully submitted,<br><br>**NAPOLI SHKOLNIK, PLLC**<br><br>*/s/ Christopher R. LoPalo*<br>Christopher R. LoPalo, Esq.<br>400 Broadhollow Rd., Suite 305<br>Melville, NY 11747<br>Telephone: (212) 397-1000<br>Facsimile: (646) 927-1676<br>CLoPalo@NapoliLaw.com |

*Attorneys for Plaintiff*

Case 3:16-md-02738-MAS-RLS   Document 9285   Filed 03/01/19   Page 3 of 3 PageID: 25130

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  March 1, 2019

          */s/ Christopher R. LoPalo*
          Christopher R. LoPalo, Esq.
          400 Broadhollow Rd., Suite 305
          Melville, NY 11747
          Telephone: (212) 397-1000
          Facsimile: (646) 927-1676
          CLoPalo@NapoliLaw.com

          *Attorneys for Plaintiff*