UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> CAROL A. WESTGATE, <br><br>                     Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., <br><br>                     Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:19-cv-07266 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 28, 2019 on behalf of Plaintiff, Carol A. Westgate.

Dated: 3/1/2019                                             Respectfully Submitted by,

                                                            */s/ Thomas P. Cartmell*
                                                            Thomas P. Cartmell MO# 45366
                                                            tcartmell@wcllp.com
                                                            Wagstaff & Cartmell, LLP
                                                            4740 Grand Avenue, Suite 300
                                                            Kansas City, MO 64112
                                                            (816) 701-1100
                                                            FAX (816) 531-2372

                                                            **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 1, 2019.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell