## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MARY HELEN PILCH,<br><br>                  Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>                  Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:19-cv-07274 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 28, 2019 on behalf of Plaintiff, Mary Helen Pilch.

Dated: 3/1/2019                                                                Respectfully Submitted by,

                                                                                         */s/ Thomas P. Cartmell*
                                                                                         Thomas P. Cartmell MO# 45366
                                                                                         tcartmell@wcllp.com
                                                                                         Wagstaff & Cartmell, LLP
                                                                                         4740 Grand Avenue, Suite 300
                                                                                         Kansas City, MO 64112
                                                                                         (816) 701-1100
                                                                                         FAX (816) 531-2372

                                                                                        **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 1, 2019.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell