## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| JANICE G. POPE, Plaintiff, v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., Defendants. | Civil Action No.: 3:19-cv-07338 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 28, 2019 on behalf of Plaintiff, Janice G. Pope.

Dated: 3/1/2019                                                                 Respectfully Submitted by,

/s/ Thomas P. Cartmell
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 1, 2019.

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell