**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> LINDA SHAMON, Individually and obo ANGEEL S. JAZRAWI, Deceased, <br><br>                          Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., <br><br>                          Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:19-cv-07341 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 28, 2019 on behalf of Plaintiff, Linda Shamon obo Angeel S. Jazrawi.

Dated: 3/1/2019                                             Respectfully Submitted by,

                                                                                   */s/ Thomas P. Cartmell*
                                                                                   Thomas P. Cartmell MO# 45366
                                                                                   tcartmell@wcllp.com
                                                                                   Wagstaff & Cartmell, LLP
                                                                                   4740 Grand Avenue, Suite 300
                                                                                   Kansas City, MO 64112
                                                                                   (816) 701-1100
                                                                                   FAX (816) 531-2372

                                                                                   **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 1, 2019.

/s/ *Thomas P. Cartmell*
Thomas P. Cartmell