## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>*Krull v. Johnson & Johnson, et al.* | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:17-CV-05657 |

## NOTICE OF FILING

Notice is hereby given that an Amended Short Form Complaint with Jury Demand was filed on March 1, 2017 by Sherry Wagner, on behalf of the Estate of Rose M. Krull.

Dated: March 1, 2019  FITZGERALD KNAIER LLP

By: s/ *Robert G. Knaier*
 Robert G. Knaier, Esq.
 Attorney for
 Plaintiff Sherry Wagner and
 Decedent Rose M. Krull

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, 2017, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>s/ *Robert G. Knaier*
>Robert G. Knaier
>Attorney for
>Plaintiff Sherry Wagner and
>Decedent Rose M. Krull