## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

_____

This document relates to:

*JEFFREY D. VAUL, Individually and as Representative of the Estate of DONNA G. VAUL, Deceased; and ARTHUR E. VAUL, individually*

Case No. 3:19-cv-07525-FLW-LHG

**MDL NO. 16-2738 (FLW) (LHG)**

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand for Plaintiffs, JEFFREY D. VAUL, Individually and as Representative of the Estate of DONNA G. VAUL, Deceased; and ARTHUR E. VAUL, individually was filed on March 1, 2019.

Dated: March 4, 2019.

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  fred@justiceseekers.com
*Counsel for Plaintiffs*

<u>Certificate of Service</u>

I hereby certify that on March 4, 2019, the foregoing Notice of Filing of Plaintiffs' Short Form Complaint was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: March 4, 2019.                          Respectfully submitted,

                                               VICKERY & SHEPHERD, LLP

                                               */s/ Fred H. Shepherd*
                                               Fred H. Shepherd
                                               Texas Bar No. 24033056
                                               10000 Memorial Dr., Suite 750
                                               Houston, TX  77024-3485
                                               Telephone:  713-526-1100
                                               Facsimile:  713-523-5939
                                               Email:  fred@justiceseekers.com
                                               *Counsel for Plaintiffs*

-2-