**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Houts v. Johnson & Johnson, et al.*,

**MDL NO. 2738 (FLW) (LHG)**

---

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- DAWN HOUTS; 3:19-cv-6803

This 6th day of March 2019.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of March 2019.

<u>/s/ D. Todd Mathews</u>
D. Todd Mathews