**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Banta v. Johnson & Johnson, et al.*, | |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Nancy Banta; 3:19-cv-6806

This 6th day of March 2019.

                                                  Respectfully submitted by,

                                                  s/ D. Todd Mathews
                                                  D. Todd Mathews, #52502 (MO)
                                                  Gori Julian & Associates, P.C.
                                                  156 N. Main Street
                                                  Edwardsville, IL 62025
                                                  (618) 659-9833 – Telephone
                                                  (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of March 2019.

> */s/ D. Todd Mathews*
> D. Todd Mathews