UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>NICOLE WELTER, Individually and on Behalf of the Estate of ROBERTA BARANCZYK, Deceased,<br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br>　　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:19-cv-07902 |

## NOTICE OF FILING

　　Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 5, 2019 on behalf of Plaintiff, Nicole Welter Individually and on behalf of the Estate of Roberta Baranczyk, Deceased.

Dated: 3/6/2019　　　　　　　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter A. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　Peter A. Miller (VA# 47822)
　　　　　　　　　　　　　　　　　　　　　　　　Miller DellaFera PLC
　　　　　　　　　　　　　　　　　　　　　　　　3420 Pump Rd., PMB 404
　　　　　　　　　　　　　　　　　　　　　　　　Henrico, VA 23233
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (800) 401-6670
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (888) 830-1488

　　　　　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on March 6, 2019.

*/s/ Peter A. Miller*
Peter A. Miller