UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ROLAND MEDINA INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF JUDY KAY MEDINA, DECEASED AND TYRON R. MEDINA, INDIVIDUALLY,<br><br>**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC and PERSONAL CARE PRODUCTS COUNCIL.<br><br>**Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:17-cv-04365<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 15, 2017 on behalf of Plaintiff Roland Medina Individually and as Independent Executor of the Estate of Judy Kay Medina, deceased and Tyron R. Medina, Individually.

Dated: March 6, 2019                                    Respectfully Submitted,

By:   /s/ T. Christopher Pinedo
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES, LLP
719 South Shoreline Boulevard
Corpus Christi, Texas 78374
Phone:  361.882.1612
Fax:  361.882.3015
cpinedo@hmglawfirm.com

Attorneys for Plaintiff Roland Medina Individually and as Independent Executor of the Estate of Judy

>Kay Medina, deceased and Tyron R. Medina, Individually

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

>**HILLIARD MARTINEZ GONZALES, LLP**
>
>*/s/ T. Christopher Pinedo*