# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>AMANDO R. RAMOS, INDIVIDUALLY AND AS THE INDPENDANT EXECUTOR OF THE ESTATE OF IRMA P. RAMOS, RAMOS AMAND RAMOS, JR., ROLAND RAMOS, CARLOS JAVIER RAMOS AND JOSE RAUL RAMOS,<br><br>**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC and PERSONAL CARE PRODUCTS COUNCIL.<br><br>**Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:17-cv-04367<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 15, 2017 on behalf of Plaintiff Amando R. Ramos, Individually and as the Independent Executor of the Estate of Irma P. Ramos, Ramos Amando Ramos, Jr., Roland Ramos, Carlos Javier Ramos and Jose Raul Ramos.

Dated: March 6, 2019                             Respectfully Submitted,

                                By:   /s/ T. Christopher Pinedo
                                T. Christopher Pinedo
                                HILLIARD MARTINEZ GONZALES, LLP
                                719 South Shoreline Boulevard
                                Corpus Christi, Texas 78374
                                Phone:  361.882.1612
                                Fax:  361.882.3015
                                cpinedo@hmglawfirm.com

                                Attorneys for Plaintiff Amando R. Ramos, Individually and as the Independent Executor of the Estate of Irma P. Ramos, Ramos Amando Ramos, Jr.,

          Roland Ramos, Carlos Javier Ramos and Jose Raul Ramos

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

      **HILLIARD MARTINEZ GONZALES, LLP**

      */s/ T. Christopher Pinedo*