**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BOBBIE OWENS,<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC and PERSONAL CARE PRODUCTS COUNCIL.<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:18-cv-17252<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 14, 2018 on behalf of Plaintiff Bobbie Owens.

Dated: March 6, 2019                Respectfully Submitted,

                                           By:   */s/ T. Christopher Pinedo*
                                                    T. Christopher Pinedo
                                                      HILLIARD MARTINEZ GONZALES, LLP
                                                      719 South Shoreline Boulevard
                                                      Corpus Christi, Texas 78374
                                                      Phone: 361.882.1612
                                                      Fax: 361.882.3015
                                                      cpinedo@hmglawfirm.com

                                                      Attorneys for Plaintiff Bobbie Owens

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 6, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                **HILLIARD MARTINEZ GONZALES, LLP**

                */s/ T. Christopher Pinedo*