UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KAREN LALONDE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC and PERSONAL CARE PRODUCTS COUNCIL.<br><br>　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:18-cv-10771<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 19, 2018 on behalf of Plaintiff Karen Lalonde.

Dated: March 6, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　By:   /s/ T. Christopher Pinedo
　　　　　　　　　　　　　　　　　　　　T. Christopher Pinedo
　　　　　　　　　　　　　　　　　　　　HILLIARD MARTINEZ GONZALES, LLP
　　　　　　　　　　　　　　　　　　　　719 South Shoreline Boulevard
　　　　　　　　　　　　　　　　　　　　Corpus Christi, Texas 78374
　　　　　　　　　　　　　　　　　　　　Phone:  361.882.1612
　　　　　　　　　　　　　　　　　　　　Fax:  361.882.3015
　　　　　　　　　　　　　　　　　　　　cpinedo@hmglawfirm.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Karen Lalonde

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*