**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BILLENA PORTER INDIVIDUALLY AND AS THE EXECUTOR OF THE ESTATE OF BEVERLY PORTER,<br><br>      **Plaintiff,**<br><br>**v.**<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., IMERYS TALC AMERICA, INC and  PERSONAL CARE PRODUCTS COUNCIL.<br><br>      **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:18-cv-09269<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 15, 2018 on behalf of Plaintiff Billena Porter Individually and as the Executor of the Estate of Beverly Porter.

Dated: March 6, 2019                    Respectfully Submitted,


By:   _/s/ T. Christopher Pinedo_
     T. Christopher Pinedo
     HILLIARD MARTINEZ GONZALES, LLP
     719 South Shoreline Boulevard
     Corpus Christi, Texas 78374
     Phone:  361.882.1612
     Fax:  361.882.3015
     cpinedo@hmglawfirm.com

     Attorneys for Plaintiff Billena Porter Individually and as the Executor of the Estate of Beverly Porter

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 6, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

HILLIARD MARTINEZ GONZALES, LLP

*/s/ T. Christopher Pinedo*

2