# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| M. BARRETT BROWN, on behalf of the Estate of REVE K. WYMES, Deceased | COMPLAINT AND JURY DEMAND |
| Plaintiffs, | |
| v. | 3:19-cv-1139-FLW-LHG |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC., f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC. IMERYS TALC AMERICA, INC. f/k/a LUZENAC AMERICAN, INC. PERSONAL CARE PRODUCTS COUNCIL f/k/a COSMETIC FRAGRANCE & TOILETRY ASSOCIATION | DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 25, 2019 on behalf of Plaintiff Reve K. Wymes, by and through the Estate Administrator M. Barrett Brown.

Dated March 6, 2019                     Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
THE DILORENZO LAW FIRM, LLC
505 20TH ST. N. # 1275
BIRMINGHAM, AL 35203
Tel: (205) 212-9988
Fax: (205) 212-9989
Email: joel@dilorenzo-law.com

Attorney for Plaintiff - Reve K. Wymes, deceased

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**THE DILORENZO LAW FIRM, LLC**

/s/ Joel L. DiLorenzo