# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| LEE ANN DALTON, <br><br>                 Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., and IMERYS TALC AMERICA, INC., <br><br>                 Defendants. | COMPLAINT AND JURY DEMAND <br><br> Civil Action No: 3:19-cv-07910 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on March 6, 2019 on behalf of Lee Ann Dalton.

Dated: March 7, 2019                                Respectfully submitted:

                                                                           MICHAEL GOETZ, ESQUIRE
                                                                           Florida Bar No. 963984
                                                                           Morgan & Morgan
                                                                           Complex Litigation Group
                                                                           One Tampa City Center, 7th Floor
                                                                           201 N. Franklin Street
                                                                           Tampa, Florida 33602
                                                                           Telephone (813) 223-5505
                                                                           Facsimile (813) 223-5402
                                                                           E-Mail: MGoetz@forthepeople.com
                                                                           Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system March 7, 2019.

/s/ Michael Goetz
Attorney for Plaintiff