# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bonnie Reale v.*<br>*Johnson & Johnson; et al.*<br>*Case No: 3:19-cv-05867-FLW-LHG* | MDL No: 2738 (FLW) (LHG) |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Bonnie Reale.

    This 8th day of March, 2019.

    Respectfully submitted,

    EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.


By: */s/ Nancy Winkler*
Nancy J. Winkler, Esq. NJ Bar No. 030381987
1634 Spruce Street
Philadelphia, PA
P: (215) 546-6636
F: (215)546-3941
Nancy@erlegal.com; Linda@erlegal.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of March, 2019.

*/s/ Nancy J. Winkler*
