UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)

IN RE JOHNSON & JOHNSON POWDER PRODUCTS MARKETING, SALES PRACTICES.

TRANSCRIPT OF STATUS CONFERENCE
FEBRUARY 27, 2019

CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ 08608

B E F O R E: THE HONORABLE FREDA L. WOLFSON, USDJ

A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY: P. LEIGH O'DELL, ESQUIRE (ALABAMA)
-and-
ASHCRAFT & GEREL, ESQUIRES
BY: MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
-and-
LEVIN PAPANTONIO, ESQUIRES
BY: CHRISTOPHER V. TISI, ESQUIRE (FLORIDA)
-and-
BURNS CHAREST, ESQUIRES
BY: WARREN BURNS, ESQUIRE (TEXAS)
-and-
COHEN PLACITELLA & ROTH, ESQUIRES
BY: CHRISTOPHER M. PLACITELLA, ESQUIRE (NEW JERSEY)
-and-
WILENTZ, ESQUIRES
BY: DANIEL R. LAPINSKI, ESQUIRE (NEW JERSEY)
-and-
LEVIN SEDRAN & BERMAN, ESQUIRES
BY: LAURENCE S. BERMAN, ESQUIRE (PENNSYLVANIA)

(Continued.)

* * * * *

**VINCENT RUSSONIELLO, RPR, CRR, CCR**
**OFFICIAL U.S. COURT REPORTER**
**(609) 588-9516**

A P P E A R A N C E S    C O N T I N U E D:

NAPOLI SCHKOLNIK, ESQUIRES
BY:  ALASTAIR J.M. FINDEIS, ESQUIRE   (NEW YORK)
          -and-
GOLOMB & HONIK, ESQUIRES
BY:  RICHARD M. GOLOMB, ESQUIRE   (PENNSYLVANIA)
On behalf of Plaintiffs Steering Committee

DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE   (NEW JERSEY)
     JESSICA L. BRENNAN, ESQUIRE   (NEW JERSEY)
          -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE   (WASHINGTON, D.C.)
On behalf of Defendant Johnson & Johnson

SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE   (WASHINGTON D.C.)
          -and-
BARRY, McTIERNAN & WEDINGER, ESQUIRES
BY:  JENNIFER N. CHEONG, ESQUIRE   (NEW JERSEY)
On Behalf of Defendant Personal Care Products Council
(PCPC)

HARDIN KUNDLA McKEON & POLETTO, ESQUIRES
BY:  JANET L. POLETTO, ESQUIRE   (NEW JERSEY)
On behalf of Defendants PTI Union, LLC and PTI
Royston, LLC

**C E R T I F I C A T E**

PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.

S/Vincent Russoniello
VINCENT RUSSONIELLO, CCR
OFFICIAL U.S. COURT REPORTER

(In open court.)

THE DEPUTY CLERK: All rise.

JUDGE WOLFSON: Good morning. Everybody can be seated.

I think I have some new attorneys present today, that are signed in, at least. So maybe if you could just all go around and indicate on the record who is here and who you are representing, whoever is intending to speak, at least.

MS. PARFITT: Good morning, your Honor.

Michele Parfitt, counsel for the plaintiffs.

MS. O'DELL: Good morning, your Honor.

Leigh O'Dell, counsel for the plaintiffs.

MR. TISI: Good morning, your Honor.

Chris Tisi, for the plaintiffs.

MR. PLACITELLA: Happy New Year, your Honor.

Chris Placitella.

JUDGE WOLFSON: Happy New Year?

MR. PLACITELLA: I know it's a little late.

JUDGE WOLFSON: It's almost March. I'm looking at Daylight Savings Time starting in a week.

All right.

MR. BURNS: Good morning, your Honor.

Warren Burns for the plaintiffs.

JUDGE WOLFSON: Yes.

MR. BERMAN: Laurence Berman, your Honor. I've been before you.

JUDGE WOLFSON: Yes.

MR. LAPINSKI: Good morning, your Honor. Daniel Lapinski.

MR. FINDEIS: Good morning, your Honor. Alastair Findeis.

MR. GOLOMB. Good morning, your Honor. Richard Golomb.

JUDGE WOLFSON: And then on the defense side.

MS. SHARKO: Susan Sharko.

JUDGE WOLFSON: Yes.

MR. BEISNER: John Beisner for the J&J defendants.

JUDGE WOLFSON: Yes.

MR. LOCKE: Thomas Locke, for the Personal Care Products Council.

MS. CHEONG: Good morning, your Honor. I've been before you, but my name is Jennifer Cheong, on behalf of Personal Care Products Council.

MS. POLETTO: Janet Poletto, Hardin, Kundla, McKeon and Poletto, for the defendants PTI Union and PTI Royston.

JUDGE WOLFSON: All right.

Just a couple of things before we get started. I know it's not a long agenda, at least for me. I think you have some issues you want to address to Judge Pisano still.

First, it's just a very quick one, which is, I think my law clerk has told you this before, but yesterday apparently one of the expert reports was sent by one of those links. We can't open those links in the court. And when there has been voluminous documents, sometimes you sent us these links to open the documents on both sides. Can't do it.

MS. SHARKO: Okay. I'm sorry about that. Paper copies are on their way.

JUDGE WOLFSON: That's fine.

MS. SHARKO: Okay.

JUDGE WOLFSON: So when you have any of those, just send us an email to alert us that it's coming overnight or whatever, that it's on its way, that's fine; or if you want to send it in multiple emails, that's fine. We're just not equipped to do it with those links. They won't permit us for security reasons to open them.

MS. SHARKO: Okay.

JUDGE WOLFSON: So that's No. 1.

No. 2, we all know absent today is Imerys. As

a result of that, while I would have addressed the marital privilege issue on that appeal to me, I'm going to have to hold until I get an Imerys lawyer in here that will actually be able to respond to it. So that will go on hold for a bit.

Anything new coming out of that? I know it's a very, very recent filing. But have there been any applications with regard to that stay in this litigation?

MS. O'DELL: Your Honor, the next step is a March 4th organizational meeting in the bankruptcy court and there will be a committee for personal injury claimants. The Plaintiffs Steering Committee has hired bankruptcy counsel and we're actively participating in that process. I'm sure you anticipated we would. We'll know more after March 4th as to how things will shape up.

JUDGE WOLFSON: That's great. I'm sure I'll get an update from counsel at that point.

MS. O'DELL: Absolutely.

JUDGE WOLFSON: Great.

So let's take a look at what you've actually presented to me. I'm not sure that there really are issues with regard to it, but I've been given information on both sides with regard to the Health

Canada related situation and documents.

Is there anything actually that's not been agreed to at this point with regard to exchange of documents that you are presenting to Judge Pisano?

MS. SHARKO: I thought the issue was resolved.

MR. TISI: Chris Tisi, for the plaintiffs.

The only issues are, we have asked J&J to provide us with information that would be responsive to the request for production of documents, actually, that we served a year-and-a-half ago that would encompass this. So I think that's going to be taken care of.

We have also requested and sent, and we have asked this be done in an expedited manner, two third-party subpoenas regarding reports that we believe J&J had helped be involved with that were sent to Health Canada in opposition to the Health Canada, both their analysis of the science and then the proposal for risk mitigation.

We have exchanged those with Ms. Sharko and we ask that that be responded to as soon as possible because we would like to have those documents as soon as possible at least for some of the witnesses who are going to be deposed in the case. So we have asked for those to have a quick turnaround.

And then there is another one to IMA North America, which is an industry trade group, and we are going to follow up with them on that.

So there is some third-party discovery as well. I hope that we can work that out. I just ask that Ms. Sharko provide it.

JUDGE WOLFSON: The first that you identified, the third-party discovery, is this a subpoena you served on who?

MR. TISI: There are two organizations in response to the Health Canada request for comments of February 6th, several trade organizations provided a coordinated response to the Canada proposal. J&J did one. One of them was Industrial Minerals North America. I'm blanking on the full name right now. But they attached a report by --

JUDGE WOLFSON: I'm not worried about the specifics. I just want to know where these companies are located, these trade organizations are located.

MR. TISI: One of them is in Annapolis, Maryland. The other one is in Cambridge, Massachusetts. The names are Integral Consulting, Inc., that's in Annapolis, Maryland, and Gradient Corp., and they are in Cambridge, Massachusetts.

JUDGE WOLFSON: Okay.

MR. TISI: So we have drafted a subpoena and sent them on I believe it was last week to ask that they be responded to, and we just ask that we get an answer this week so that we could get them served and get the documents.

MS. SHARKO: So Mr. Tisi didn't send them to Ms. Sharko. He sent them to someone else. But they have now made their way to me and we will get back to him by the end of the week.

JUDGE WOLFSON: Okay.

MR. TISI: Thank you.

JUDGE WOLFSON: Let's talk about scheduling with regard to the Daubert hearing.

Let me just get our calendar because with the slightly extended briefing I indicated that I'm going to make some modifications to the scheduling of the Daubert hearings.

I think one of the things I'm going to have to suggest to you, because things are really picking up, is that I think we had devoted a two-week period essentially to Daubert hearings.

It may be that that two-week period gets divided up. It could be one week and then come back for another week and try to fit within my schedule. So that is what I want to work with you on.

To find a two-week block is going to be extremely difficult this summer. It's not just one expert. So we can clearly divide this up and have different experts at different times.

So the last submission, remind me, is coming when?

MS. PARFITT: Your Honor, the replies are due June 12th, 2019. We have Daubert motions on May 7th, 2019, the opposition to that May 29th, 2019, and the replies are June 12th, 2019. So that would be the last date.

JUDGE WOLFSON: Okay.

Originally, we had scheduled the Daubert hearings for -- I think it was going to be that week, the week of the 10th and the 17th. Well, that's not happening.

I could give you three days on June 26, 27 and 28.

I'm just going to throw out a number of dates to you and you tell me what works. If three days on a week doesn't work, and I know people travel in and you would like a full week, the following week you have the 4th of July included in there. So that is not a good week.

Now, if you want, I could give you the week of

July 8th.

MS. PARFITT: Your Honor, would that be in its entirety from the 8th to the 12th?

JUDGE WOLFSON: Friday may be an issue, or part of the day on Friday. I can't give you the week of the 15th. I can give you the full week of the 22nd.

MS. SHARKO: That sounds good.

MS. PARFITT: Your Honor, if I could ask a question?

JUDGE WOLFSON: Yes.

MS. PARFITT: What consideration has the Court given with regard to how many will be asked to come to the courtroom? The reason I ask that is, obviously, depending on how much of that schedule we need because it is the summer and these experts on both sides have commitments, I think the more advance notice we have -- to try to get them into court it will be tight. Are you anticipating hearing from all of them?

JUDGE WOLFSON: No, not all.

I think between the both of you, you would probably select some key ones that you both think would be useful for me to hear, whoever wants to do that. I'm not going to have all of them in I'm sure. Some of them can be done on the papers.

So we may not really know until the briefing begins who we are going to need to see because it's not just who you people may think are the primary ones. I may look at something and say, I want to hear from them. I really won't know that until the briefing is really in and done.

Maybe the better thing to do then is not to give you the week of July 8th, so I can give myself time to look at it.

I could give you the week of the 22nd. I also could really give you, if you wanted to do back-to-back weeks, I could give you mid-August probably. I could give you the week of August 12th.

MS. SHARKO: I think we would rather do July. I don't mind the split weeks.

JUDGE WOLFSON: I could give you, certainly, as I said, the one week in July, the week of July 22nd.

I prefer not to give you the 8th in light of the fact that I may not able to identify who you are going to want to have appear.

Is the week of July 22nd good?

MS. SHARKO: Yes.

MS. PARFITT: Your Honor, we are fine with that.

JUDGE WOLFSON: Okay.

So let's do July 22nd, that whole week, and I can give you that whole week. I can tell you five days will work on that week.

I'm not yet sure about the week of the 29th. If it is, it would only be a few of the days. I don't want to keep you over if I don't have to.

And then the week of August 12th.

MS. SHARKO: Could we do the week of the 19th instead of the 12th?

JUDGE WOLFSON: I can. That's fine with me.

The week of August 19th, how does that look?

MS. SHARKO: Our preference would really be to have the week of the 29th, even if it's not the whole week.

JUDGE WOLFSON: I have to let you know on that. I'm not sure about that week yet. I'm leaving it open at the moment.

MS. SHARKO: Okay.

MS. PARFITT: Your Honor, that would be I think preferable as well.

JUDGE WOLFSON: Which week, the week of the 29th?

MS. PARFITT: So that would be the week of July 22nd, the week of July 29th. That would allow us

to coordinate a little better.

JUDGE WOLFSON: It would not include the end of the week, though. I could tell you, I would not be giving you --

MS. PARFITT: The 1st and the 2nd?

JUDGE WOLFSON: Yes.

MS. PARFITT: But, again, as you say, once you see the papers that may have a bearing upon how many individuals you feel you need.

JUDGE WOLFSON: If you want to for the time being hold July 29th through the 31st, we can do that. And when I have a better idea, I'll let you know, certainly, well before you need to know.

Just to hold dates, let's also do the week of August 19th. That week was still workable. Right?

MS. O'DELL: Yes, your Honor.

JUDGE WOLFSON: We'll see. We'll see how much time we need.

All right. That's the scheduling.

I think what we're going to have to do is, looking just in advance at this point, I would suggest -- we'll have other dates as well, but we'll probably have one of our status conferences in June to talk about the Daubert motions and who is going to be appearing and what we need and how many days that will

take.

So we could do that on -- the last brief is due on the 12th. Right?

MS. PARFITT: That's correct. June 12th.

JUDGE WOLFSON: How about June 27th, that's a Thursday, for status?

MS. PARFITT: That's fine.

JUDGE WOLFSON: And then I'll expect that I'll get letters after the briefing is done as to what suggestions you may have as to who you think should be appearing, and then I'll weigh in and tell you whether I agree with that and if there is anyone else who I don't think I need.

MS. PARFITT: Your Honor, would that be at 10:30?

JUDGE WOLFSON: Sure.

Now, we'll go and work backwards on whatever else we are doing, but I wanted to take care of that today. Let's see what else we've got.

I think there isn't really that much else other than what's informative to me as to still working on who needs to file short form complaints, still some duplicate complaints. Correct?

MS. PARFITT: Yes, your Honor. We're continuing to work on that.

JUDGE WOLFSON: Right.

Nothing that you need my assistance with today. Correct?

MS. PARFITT: Correct.

JUDGE WOLFSON: Tell me what you do need to address today.

MS. PARFITT: Your Honor, at the last status conference you asked that the parties reconcile the pending motions. We have done that. Jessica and our office have worked together on that. So we do have that which is attached to the current status conference.

JUDGE WOLFSON: I don't know that it included the last couple of ones I decided more recently on the remand.

MS. PARFITT: I can't speak to that.

MS. BRENNAN: The motions that you have already decided were taken off the list.

JUDGE WOLFSON: Okay.

MS. PARFITT: So what you have attached now would be a reconciled list.

JUDGE WOLFSON: Okay.

We're working on them. Then this is current.

Anything else you want to address today?

MS. SHARKO: No. Thank you.

MS. O'DELL: Nothing from us, your Honor.

JUDGE WOLFSON: All right.

I won't keep you unnecessarily. I'm sure you have lots to do. So let's just pick another date.

Depositions are proceeding, right, of the experts?

MS. PARFITT: That's correct.

JUDGE WOLFSON: You have all your dates scheduled?

MS. PARFITT: We do.

JUDGE WOLFSON: What's the conclusion of expert discovery?

MS. PARFITT: The last date of the depositions thus far are ending the week of April 12th. I think our last deposition of their expert is Dr. Tuttle on the 10th of April.

JUDGE WOLFSON: How about if I see you the week of April 22nd, when those deps are done? That may also help me because you are going to be starting to brief the experts and if we need to talk about anything that will be a good time.

Does the week of the 22nd look good for you people, one of those days, perhaps the 24th?

MS. SHARKO: That's a problem for me. If we could do the week before or the week after.

JUDGE WOLFSON: The week before won't work. The week after I could do.

MS. SHARKO: Any day except for May 2nd is good for me.

MS. O'DELL: Your Honor, April 30th is a problem for us. I apologize for that. If there is another day that works for you.

JUDGE WOLFSON: April 29th, the Monday?

MS. O'DELL: That will work.

MS. SHARKO: That's good.

JUDGE WOLFSON: April 29th. That's really giving us a fair amount of time. That's a 60-day period. We don't have you scheduled next month, or maybe there's nothing more to tell me.

In 60 days we should have a pretty good idea of where things are, the expert deps will be done, you will be starting your briefing, and I think we'll certainly know what's going on with Imerys by then. So I think that's a good day.

So April 29th. 10:30?

MS. PARFITT: Yes.

MS. SHARKO: Yes.

JUDGE WOLFSON: So we have our status conference on April 29th and one on June 27th. I don't think we'll need to come back in May. You are

going to be in the midst of briefing. My guess is we could skip that one and just keep the June one on.

Anything else?

MS. SHARKO: No.

JUDGE WOLFSON: I think that's it for today. Thank you.

THE DEPUTY CLERK: All rise.

(Proceedings concluded.)

**C E R T I F I C A T E**

I, **Vincent Russoniello**, Official United States Court Reporter and Certified Court Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I do further certify that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

S/Vincent Russoniello
Vincent Russoniello, CCR
Certificate No. 675

22

**0**

**08608** [1] - 1:8

**1**

**1** [1] - 6:24
**10:30** [2] - 16:15, 19:19
**10th** [2] - 11:15, 18:15
**12th** [9] - 11:8, 11:10, 12:3, 13:13, 14:8, 14:10, 16:3, 16:4, 18:13
**15th** [1] - 12:6
**16-MD-2738(FLW)(LHG** [1] - 1:2
**17th** [1] - 11:15
**19th** [3] - 14:9, 14:12, 15:15
**1st** [1] - 15:5

**2**

**2** [1] - 6:25
**2019** [5] - 1:5, 11:8, 11:9, 11:10
**22nd** [8] - 12:7, 13:10, 13:18, 13:22, 14:2, 14:25, 18:17, 18:21
**24th** [1] - 18:22
**26** [1] - 11:17
**27** [2] - 1:5, 11:17
**27th** [2] - 16:5, 19:23
**28** [2] - 3:8, 11:18
**29th** [10] - 11:9, 14:5, 14:14, 14:23, 14:25, 15:11, 19:7, 19:10, 19:19, 19:23
**2nd** [2] - 15:5, 19:2

**3**

**30th** [1] - 19:4
**31st** [1] - 15:11

**4**

**402** [1] - 1:8
**4th** [3] - 7:11, 7:16, 11:23

**5**

**588-9516** [1] - 1:25

**6**

**60** [1] - 19:14
**60-day** [1] - 19:11

**609** [1] - 1:25
**675** [1] - 21:24
**6th** [1] - 9:12

**7**

**753** [1] - 3:8
**7th** [1] - 11:8

**8**

**8th** [4] - 12:1, 12:3, 13:8, 13:19

**A**

**able** [2] - 7:4, 13:20
**ABOVE** [1] - 3:11
**ABOVE-ENTITLED** [1] - 3:11
**absent** [1] - 6:25
**absolutely** [1] - 7:20
**accurate** [1] - 21:10
**ACCURATE** [1] - 3:9
**ACTION** [1] - 1:2
**action** [2] - 21:16, 21:18
**actively** [1] - 7:14
**address** [3] - 6:3, 17:6, 17:23
**addressed** [1] - 7:1
**advance** [2] - 12:17, 15:21
**agenda** [1] - 6:2
**ago** [1] - 8:10
**agree** [1] - 16:12
**agreed** [1] - 8:3
**ALABAMA** [1] - 1:12
**ALASTAIR** [1] - 2:5
**Alastair** [1] - 5:8
**alert** [1] - 6:17
**ALLEN** [1] - 1:12
**allow** [1] - 14:25
**almost** [1] - 4:21
**America** [2] - 9:2, 9:15
**amount** [1] - 19:11
**AN** [1] - 3:9
**analysis** [1] - 8:18
**Annapolis** [2] - 9:20, 9:23
**answer** [1] - 10:4
**anticipated** [1] - 7:16
**anticipating** [1] - 12:19
**apologize** [1] - 19:5
**appeal** [1] - 7:2
**appear** [1] - 13:21

**appearing** [2] - 15:25, 16:11
**applications** [1] - 7:8
**April** [8] - 18:13, 18:15, 18:17, 19:4, 19:7, 19:10, 19:19, 19:23
**ARPS** [1] - 2:11
**ASHCRAFT** [1] - 1:13
**assistance** [1] - 17:2
**attached** [3] - 9:16, 17:11, 17:19
**attorney** [2] - 21:15, 21:17
**attorneys** [1] - 4:6
**August** [5] - 13:12, 13:13, 14:8, 14:12, 15:15

**B**

**back-to-back** [1] - 13:12
**backwards** [1] - 16:17
**bankruptcy** [2] - 7:11, 7:14
**BARRY** [1] - 2:15
**BE** [1] - 3:9
**bearing** [1] - 15:8
**BEASLEY** [1] - 1:12
**begins** [1] - 13:2
**behalf** [4] - 2:7, 2:12, 2:19, 5:21
**Behalf** [1] - 2:16
**Beisner** [1] - 5:14
**BEISNER** [2] - 2:11, 5:14
**Berman** [1] - 5:2
**BERMAN** [3] - 1:21, 1:21, 5:2
**better** [3] - 13:7, 15:1, 15:12
**between** [1] - 12:21
**BIDDLE** [1] - 2:9
**bit** [1] - 7:5
**blanking** [1] - 9:15
**block** [1] - 11:1
**BRENNAN** [2] - 2:10, 17:16
**brief** [2] - 16:2, 18:19
**briefing** [6] - 10:15, 13:1, 13:6, 16:9, 19:16, 19:25
**Burns** [1] - 4:25
**BURNS** [3] - 1:16, 1:17, 4:24
**BY** [14] - 1:12, 1:14,

1:15, 1:17, 1:18, 1:20, 1:21, 2:5, 2:7, 2:9, 2:11, 2:14, 2:15, 2:18

**C**

**calendar** [1] - 10:14
**Cambridge** [2] - 9:21, 9:24
**Canada** [5] - 8:1, 8:17, 9:11, 9:13
**care** [2] - 8:12, 16:18
**Care** [3] - 2:16, 5:18, 5:21
**case** [1] - 8:24
**CCR** [3] - 1:24, 3:15, 21:24
**certainly** [3] - 13:16, 15:13, 19:17
**Certificate** [1] - 21:24
**CERTIFIED** [1] - 3:9
**Certified** [1] - 21:8
**certify** [2] - 21:9, 21:14
**CHAREST** [1] - 1:16
**CHEONG** [2] - 2:15, 5:19
**Cheong** [1] - 5:21
**Chris** [3] - 4:16, 4:18, 8:6
**CHRISTOPHER** [2] - 1:15, 1:18
**CIVIL** [1] - 1:2
**claimants** [1] - 7:13
**CLARKSON** [1] - 1:7
**clearly** [1] - 11:3
**clerk** [1] - 6:6
**CLERK** [2] - 4:3, 20:6
**COHEN** [1] - 1:18
**coming** [3] - 6:17, 7:6, 11:5
**comments** [1] - 9:11
**commitments** [1] - 12:17
**committee** [1] - 7:12
**Committee** [2] - 2:7, 7:13
**companies** [1] - 9:18
**complaints** [2] - 16:22, 16:23
**concluded** [1] - 20:7
**conclusion** [1] - 18:10
**CONFERENCE** [1] - 1:4
**conference** [3] - 17:8, 17:11, 19:23
**conferences** [1] - 15:23
**consideration** [1] - 12:12
**Consulting** [1] - 9:22

 **continued** [1] - 1:22
**continuing** [1] - 16:25
**coordinate** [1] - 15:1
**coordinated** [1] - 9:13
**copies** [1] - 6:13
**Corp** [1] - 9:24
**correct** [5] - 16:4, 16:23, 17:3, 17:4, 18:6
**Council** [3] - 2:16, 5:18, 5:21
**counsel** [6] - 4:12, 4:14, 7:14, 7:19, 21:15, 21:17
**couple** [2] - 6:1, 17:13
**COURT** [3] - 1:1, 1:25, 3:16
**court** [4] - 4:1, 6:9, 7:12, 12:18
**Court** [3] - 12:12, 21:8
**COURTHOUSE** [1] - 1:7
**courtroom** [1] - 12:14
**CRR** [1] - 1:24
**current** [2] - 17:11, 17:22

D

**D.C** [2] - 2:11, 2:14
**daniel** [1] - 5:6
**DANIEL** [1] - 1:20
**date** [4] - 11:11, 18:3, 18:12, 21:12
**dates** [4] - 11:19, 15:14, 15:22, 18:7
**Daubert** [6] - 10:13, 10:17, 10:21, 11:8, 11:13, 15:24
**Daylight** [1] - 4:22
**days** [7] - 11:17, 11:20, 14:4, 14:6, 15:25, 18:22, 19:14
**decided** [2] - 17:13, 17:17
**Defendant** [2] - 2:12, 2:16
**defendants** [2] - 5:15, 5:23
**Defendants** [1] - 2:19
**defense** [1] - 5:11
**deposed** [1] - 8:24
**deposition** [1] - 18:14
**depositions** [2] - 18:4, 18:12
**deps** [2] - 18:17, 19:15
**DEPUTY** [2] - 4:3, 20:6
**devoted** [1] - 10:20
**different** [2] - 11:4
**difficult** [1] - 11:2
**discovery** [3] - 9:4, 9:8, 18:11
**DISTRICT** [2] - 1:1, 1:1
**divide** [1] - 11:3
**divided** [1] - 10:23
**documents** [7] - 6:10, 6:11, 8:1, 8:4, 8:9, 8:22, 10:5
**done** [7] - 8:14, 12:25, 13:6, 16:9, 17:9, 18:17, 19:15
**Dr** [1] - 18:14
**drafted** [1] - 10:1
**DRINKER** [1] - 2:9
**due** [2] - 11:7, 16:3
**duplicate** [1] - 16:23

E

**EAST** [1] - 1:8
**email** [1] - 6:17
**emails** [1] - 6:19
**employee** [2] - 21:15, 21:17
**encompass** [1] - 8:11
**end** [2] - 10:9, 15:2
**ending** [1] - 18:13
**entirety** [1] - 12:3
**ENTITLED** [1] - 3:11
**equipped** [1] - 6:20
**ESQUIRE** [15] - 1:12, 1:14, 1:15, 1:17, 1:18, 1:20, 1:21, 2:5, 2:7, 2:9, 2:10, 2:11, 2:14, 2:15, 2:18
**ESQUIRES** [14] - 1:12, 1:13, 1:15, 1:16, 1:18, 1:19, 1:21, 2:5, 2:6, 2:9, 2:11, 2:13, 2:15, 2:18
**essentially** [1] - 10:21
**except** [1] - 19:2
**exchange** [1] - 8:3
**exchanged** [1] - 8:20
**expect** [1] - 16:8
**expedited** [1] - 8:14
**expert** [5] - 6:7, 11:3, 18:11, 18:14, 19:15
**experts** [4] - 11:4, 12:16, 18:5, 18:19
**extended** [1] - 10:15
**extremely** [1] - 11:2

F

**fact** [1] - 13:20
**fair** [1] - 19:11
**far** [1] - 18:13
**February** [1] - 9:12
**FEBRUARY** [1] - 1:5
**few** [1] - 14:6
**file** [1] - 16:22
**filing** [1] - 7:7
**financially** [1] - 21:18
**FINDEIS** [2] - 2:5, 5:7
**Findeis** [1] - 5:8
**fine** [6] - 6:14, 6:19, 6:20, 13:24, 14:11, 16:7
**first** [2] - 6:5, 9:7
**FISHER** [1] - 1:7
**fit** [1] - 10:24
**five** [1] - 14:3
**FLOM** [1] - 2:11
**FLORIDA** [1] - 1:15
**follow** [1] - 9:3
**following** [1] - 11:22
**FOLLOWING** [1] - 3:9
**FOR** [1] - 1:1
**foregoing** [1] - 21:10
**form** [1] - 16:22
**forth** [1] - 21:13
**FREDA** [1] - 1:9
**Friday** [2] - 12:4, 12:5
**full** [3] - 9:15, 11:22, 12:6

G

**GEREL** [1] - 1:13
**given** [2] - 7:24, 12:13
**Golomb** [1] - 5:10
**GOLOMB** [3] - 2:6, 2:7, 5:9
**Gradient** [1] - 9:23
**great** [2] - 7:18, 7:21
**group** [1] - 9:2
**guess** [1] - 19:25

H

**half** [1] - 8:10
**happy** [1] - 4:19
**Happy** [1] - 4:17
**Hardin** [1] - 5:22
**HARDIN** [1] - 2:18
**Health** [4] - 7:25, 8:17, 9:11
**hear** [2] - 12:23, 13:4
**hearing** [2] - 10:13, 12:19
**hearings** [3] - 10:17, 10:21, 11:14
**help** [1] - 18:18
**helped** [1] - 8:16
**hereby** [1] - 21:9
**hereinbefore** [1] - 21:12
**hired** [1] - 7:14
**hold** [4] - 7:3, 7:5, 15:11, 15:14
**HONIK** [1] - 2:6
**Honor** [22] - 4:11, 4:13, 4:15, 4:17, 4:24, 5:2, 5:5, 5:7, 5:9, 5:19, 7:10, 11:7, 12:2, 12:9, 13:24, 14:20, 15:16, 16:14, 16:24, 17:7, 17:25, 19:4
**HONORABLE** [1] - 1:9
**hope** [1] - 9:5

I

**idea** [2] - 15:12, 19:14
**identified** [1] - 9:7
**identify** [1] - 13:20
**IMA** [1] - 9:1
**Imerys** [3] - 6:25, 7:3, 19:17
**IN** [2] - 1:4, 3:10
**Inc** [1] - 9:23
**include** [1] - 15:2
**included** [2] - 11:23, 17:12
**indicate** [1] - 4:8
**indicated** [1] - 10:15
**individuals** [1] - 15:9
**Industrial** [1] - 9:14
**industry** [1] - 9:2
**information** [2] - 7:25, 8:8
**informative** [1] - 16:21
**injury** [1] - 7:13
**instead** [1] - 14:10
**Integral** [1] - 9:22
**intending** [1] - 4:10
**interested** [1] - 21:18
**involved** [1] - 8:16
**IS** [1] - 3:9
**issue** [3] - 7:2, 8:5, 12:4
**issues** [3] - 6:3, 7:24, 8:7

**J**

**J&J** [4] - 5:14, 8:7, 8:16, 9:13
**J.M** [1] - 2:5
**janet** [1] - 5:22
**JANET** [1] - 2:18
**JENNIFER** [2] - 2:10, 2:15
**Jennifer** [1] - 5:20
**Jersey** [1] - 21:9
**JERSEY** [7] - 1:1, 1:18, 1:20, 2:9, 2:10, 2:15, 2:18
**John** [1] - 5:14
**JOHN** [1] - 2:11
**JOHNSON** [2] - 1:4
**Johnson** [2] - 2:12
**JUDGE** [49] - 4:4, 4:19, 4:21, 5:1, 5:4, 5:11, 5:13, 5:16, 5:25, 6:14, 6:16, 6:24, 7:18, 7:21, 9:7, 9:17, 9:25, 10:10, 10:12, 11:12, 12:4, 12:11, 12:20, 13:16, 14:1, 14:11, 14:16, 14:22, 15:2, 15:6, 15:10, 15:17, 16:5, 16:8, 16:16, 17:1, 17:5, 17:12, 17:18, 17:21, 18:1, 18:7, 18:10, 18:16, 18:25, 19:7, 19:10, 19:22, 20:4
**Judge** [2] - 6:4, 8:4
**July** [11] - 11:23, 12:1, 13:8, 13:14, 13:17, 13:18, 13:22, 14:2, 14:25, 15:11
**June** [8] - 11:8, 11:10, 11:17, 15:23, 16:4, 16:5, 19:23, 20:1

**K**

**keep** [3] - 14:7, 18:2, 20:1
**key** [1] - 12:22
**Kundla** [1] - 5:22
**KUNDLA** [1] - 2:18

**L**

**LAPINSKI** [2] - 1:20, 5:5
**Lapinski** [1] - 5:6
**last** [8] - 10:2, 11:5, 11:11, 16:2, 17:7, 17:13,

18:12, 18:14
**late** [1] - 4:20
**LAURENCE** [1] - 1:21
**Laurence** [1] - 5:2
**law** [1] - 6:6
**lawyer** [1] - 7:3
**least** [4] - 4:7, 4:10, 6:2, 8:23
**leaving** [1] - 14:17
**LEIGH** [1] - 1:12
**Leigh** [1] - 4:14
**letters** [1] - 16:9
**LEVIN** [2] - 1:15, 1:21
**light** [1] - 13:19
**links** [4] - 6:8, 6:10, 6:21
**list** [2] - 17:17, 17:20
**litigation** [1] - 7:9
**LLC** [2] - 2:19, 2:19
**located** [2] - 9:19
**Locke** [1] - 5:17
**LOCKE** [2] - 2:14, 5:17
**look** [5] - 7:22, 13:4, 13:9, 14:12, 18:21
**looking** [2] - 4:22, 15:21

**M**

**manner** [1] - 8:14
**March** [3] - 4:21, 7:11, 7:16
**marital** [1] - 7:2
**MARKETING** [1] - 1:4
**Maryland** [2] - 9:21, 9:23
**Massachusetts** [2] - 9:22, 9:24
**MATTER** [1] - 3:11
**McKeon** [2] - 2:18, 5:23
**McTIERNAN** [1] - 2:15
**MEAGHER** [1] - 2:11
**meeting** [1] - 7:11
**Michele** [1] - 4:12
**MICHELLE** [1] - 1:14
**mid** [1] - 13:12
**mid-August** [1] - 13:12
**midst** [1] - 19:25
**mind** [1] - 13:15
**Minerals** [1] - 9:14
**mitigation** [1] - 8:19
**modifications** [1] - 10:16
**moment** [1] - 14:18
**Monday** [1] - 19:7
**month** [1] - 19:12
**morning** [9] - 4:4, 4:11,

4:13, 4:15, 4:24, 5:5, 5:7, 5:9, 5:19
**motions** [4] - 11:8, 15:24, 17:9, 17:16
**MR** [15] - 4:15, 4:17, 4:20, 4:24, 5:2, 5:5, 5:7, 5:9, 5:14, 5:17, 8:6, 9:10, 9:20, 10:1, 10:11
**MS** [50] - 4:11, 4:13, 5:12, 5:19, 5:22, 6:12, 6:15, 6:23, 7:10, 7:20, 8:5, 10:6, 11:7, 12:2, 12:8, 12:9, 12:12, 13:14, 13:23, 13:24, 14:9, 14:13, 14:19, 14:20, 14:24, 15:5, 15:7, 15:16, 16:4, 16:7, 16:14, 16:24, 17:4, 17:7, 17:15, 17:16, 17:19, 17:24, 17:25, 18:6, 18:9, 18:12, 18:23, 19:2, 19:4, 19:8, 19:9, 19:20, 19:21, 20:3
**multiple** [1] - 6:19
**MY** [1] - 3:10

**N**

**name** [2] - 5:20, 9:15
**names** [1] - 9:22
**NAPOLI** [1] - 2:5
**need** [11] - 12:15, 13:2, 15:9, 15:13, 15:18, 15:25, 16:13, 17:2, 17:5, 18:19, 19:24
**needs** [1] - 16:22
**New** [3] - 4:17, 4:19, 21:9
**new** [2] - 4:6, 7:6
**NEW** [8] - 1:1, 1:18, 1:20, 2:5, 2:9, 2:10, 2:15, 2:18
**next** [2] - 7:10, 19:12
**NJ** [1] - 1:8
**NO** [1] - 1:2
**North** [2] - 9:1, 9:14
**NOTES** [1] - 3:10
**nothing** [3] - 17:2, 17:25, 19:13
**notice** [1] - 12:17
**number** [1] - 11:19

**O**

**O'Dell** [1] - 4:14
**O'DELL** [8] - 1:12, 4:13, 7:10, 7:20, 15:16, 17:25,

19:4, 19:8
**obviously** [1] - 12:14
**OF** [3] - 1:1, 1:4, 3:10
**Official** [1] - 21:7
**OFFICIAL** [2] - 1:25, 3:16
**once** [1] - 15:7
**one** [17] - 6:5, 6:7, 6:8, 9:1, 9:14, 9:20, 9:21, 10:18, 10:23, 11:2, 13:17, 15:23, 18:22, 19:23, 20:1
**ones** [3] - 12:22, 13:4, 17:13
**open** [5] - 4:1, 6:8, 6:10, 6:22, 14:18
**opposition** [2] - 8:17, 11:9
**organizational** [1] - 7:11
**organizations** [3] - 9:10, 9:12, 9:19
**originally** [1] - 11:13
**overnight** [1] - 6:18

**P**

**PAPANTONIO** [1] - 1:15
**paper** [1] - 6:13
**papers** [2] - 12:25, 15:8
**PARFITT** [23] - 1:14, 4:11, 11:7, 12:2, 12:9, 12:12, 13:24, 14:20, 14:24, 15:5, 15:7, 16:4, 16:7, 16:14, 16:24, 17:4, 17:7, 17:15, 17:19, 18:6, 18:9, 18:12, 19:20
**Parfitt** [1] - 4:12
**part** [1] - 12:5
**participating** [1] - 7:15
**parties** [2] - 17:8, 21:16
**party** [3] - 8:15, 9:4, 9:8
**PCPC** [1] - 2:16
**pending** [1] - 17:9
**PENNSYLVANIA** [2] - 1:21, 2:7
**people** [3] - 11:21, 13:3, 18:22
**perhaps** [1] - 18:22
**period** [3] - 10:20, 10:22, 19:12
**permit** [1] - 6:21
**Personal** [3] - 2:16, 5:17, 5:21
**personal** [1] - 7:12

**pick** [1] - 18:3
**picking** [1] - 10:19
**Pisano** [2] - 6:4, 8:4
**place** [1] - 21:12
**PLACITELLA** [4] - 1:18, 1:18, 4:17, 4:20
**Placitella** [1] - 4:18
**plaintiffs** [5] - 4:12, 4:14, 4:16, 4:25, 8:6
**Plaintiffs** [2] - 2:7, 7:13
**point** [3] - 7:19, 8:3, 15:21
**Poletto** [2] - 5:22, 5:23
**POLETTO** [3] - 2:18, 2:18, 5:22
**possible** [2] - 8:21, 8:23
**POWDER** [1] - 1:4
**PRACTICES** [1] - 1:5
**prefer** [1] - 13:19
**preferable** [1] - 14:21
**preference** [1] - 14:13
**present** [1] - 4:6
**presented** [1] - 7:23
**presenting** [1] - 8:4
**pretty** [1] - 19:14
**primary** [1] - 13:3
**privilege** [1] - 7:2
**problem** [2] - 18:23, 19:5
**proceeding** [1] - 18:4
**Proceedings** [1] - 20:7
**proceedings** [1] - 21:11
**process** [1] - 7:15
**production** [1] - 8:9
**Products** [3] - 2:16, 5:18, 5:21
**PRODUCTS** [1] - 1:4
**proposal** [2] - 8:19, 9:13
**provide** [2] - 8:8, 9:6
**provided** [1] - 9:12
**PTI** [4] - 2:19, 5:23, 5:24
**PURSUANT** [1] - 3:8

**Q**

**quick** [2] - 6:5, 8:25

**R**

**rather** [1] - 13:14
**RE** [1] - 1:4
**really** [9] - 7:23, 10:19, 13:1, 13:5, 13:6, 13:11, 14:13, 16:20, 19:10
**reason** [1] - 12:14

**reasons** [1] - 6:22
**REATH** [1] - 2:9
**recent** [1] - 7:7
**recently** [1] - 17:13
**reconcile** [1] - 17:8
**reconciled** [1] - 17:20
**record** [1] - 4:8
**regard** [6] - 7:8, 7:24, 7:25, 8:3, 10:13, 12:13
**regarding** [1] - 8:15
**related** [1] - 8:1
**relative** [2] - 21:14, 21:17
**remand** [1] - 17:14
**remind** [1] - 11:5
**replies** [2] - 11:7, 11:10
**report** [1] - 9:16
**REPORTER** [2] - 1:25, 3:16
**Reporter** [2] - 21:8
**reports** [2] - 6:7, 8:15
**representing** [1] - 4:9
**request** [2] - 8:9, 9:11
**requested** [1] - 8:13
**resolved** [1] - 8:5
**respond** [1] - 7:4
**responded** [2] - 8:21, 10:3
**response** [2] - 9:11, 9:13
**responsive** [1] - 8:8
**result** [1] - 7:1
**Richard** [1] - 5:10
**RICHARD** [1] - 2:7
**rise** [2] - 4:3, 20:6
**risk** [1] - 8:19
**ROTH** [1] - 1:18
**Royston** [2] - 2:19, 5:24
**RPR** [1] - 1:24
**Russoniello** [4] - 3:15, 21:7, 21:23, 21:24
**RUSSONIELLO** [2] - 1:24, 3:15

**S**

**S/Vincent** [2] - 3:15, 21:23
**SALES** [1] - 1:5
**Savings** [1] - 4:22
**schedule** [2] - 10:24, 12:15
**scheduled** [3] - 11:13, 18:8, 19:12
**scheduling** [3] - 10:12,

10:16, 15:19
**SCHKOLNIK** [1] - 2:5
**science** [1] - 8:18
**seated** [1] - 4:5
**SECTION** [1] - 3:8
**security** [1] - 6:21
**SEDRAN** [1] - 1:21
**see** [6] - 13:2, 15:8, 15:17, 16:19, 18:16
**select** [1] - 12:22
**send** [3] - 6:17, 6:19, 10:6
**sent** [6] - 6:8, 6:10, 8:13, 8:16, 10:2, 10:7
**served** [3] - 8:10, 9:9, 10:4
**set** [1] - 21:12
**several** [1] - 9:12
**SEYFARRTH** [1] - 2:13
**shape** [1] - 7:17
**Sharko** [4] - 5:12, 8:20, 9:6, 10:7
**SHARKO** [19] - 2:9, 5:12, 6:12, 6:15, 6:23, 8:5, 10:6, 12:8, 13:14, 13:23, 14:9, 14:13, 14:19, 17:24, 18:23, 19:2, 19:9, 19:21, 20:3
**SHAW** [1] - 2:13
**short** [1] - 16:22
**side** [1] - 5:11
**sides** [3] - 6:11, 7:25, 12:16
**signed** [1] - 4:7
**situation** [1] - 8:1
**SKADDEN** [1] - 2:11
**skip** [1] - 20:1
**SLATE** [1] - 2:11
**slightly** [1] - 10:15
**someone** [1] - 10:7
**sometimes** [1] - 6:10
**soon** [2] - 8:21, 8:22
**sorry** [1] - 6:12
**sounds** [1] - 12:8
**specifics** [1] - 9:18
**split** [1] - 13:15
**started** [1] - 6:1
**starting** [3] - 4:22, 18:18, 19:16
**State** [1] - 21:9
**STATE** [1] - 1:8
**States** [1] - 21:7
**STATES** [2] - 1:1, 1:7

**status** [5] - 15:23, 16:6, 17:7, 17:11, 19:22
**STATUS** [1] - 1:4
**stay** [1] - 7:8
**Steering** [2] - 2:7, 7:13
**STENOGRAPHIC** [1] - 3:10
**stenographically** [1] - 21:11
**step** [1] - 7:10
**still** [4] - 6:4, 15:15, 16:21, 16:23
**STREET** [1] - 1:8
**submission** [1] - 11:5
**subpoena** [2] - 9:8, 10:1
**subpoenas** [1] - 8:15
**suggest** [2] - 10:19, 15:21
**suggestions** [1] - 16:10
**summer** [2] - 11:2, 12:16
**Susan** [1] - 5:12
**SUSAN** [1] - 2:9

**T**

**TEXAS** [1] - 1:17
**THE** [6] - 1:1, 1:9, 3:8, 3:10, 4:3, 20:6
**third** [3] - 8:15, 9:4, 9:8
**third-party** [3] - 8:15, 9:4, 9:8
**Thomas** [1] - 5:17
**THOMAS** [1] - 2:14
**three** [2] - 11:17, 11:20
**throw** [1] - 11:19
**Thursday** [1] - 16:6
**tight** [1] - 12:19
**TISI** [7] - 1:15, 4:15, 8:6, 9:10, 9:20, 10:1, 10:11
**Tisi** [3] - 4:16, 8:6, 10:6
**TITLE** [1] - 3:8
**TO** [2] - 3:8, 3:9
**today** [7] - 4:7, 6:25, 16:19, 17:3, 17:6, 17:23, 20:4
**together** [1] - 17:10
**trade** [3] - 9:2, 9:12, 9:19
**transcript** [1] - 21:10
**TRANSCRIPT** [2] - 1:4, 3:9
**TRANSCRIPTION** [1] - 3:10
**travel** [1] - 11:21

**TRENTON** [1] - 1:8
**true** [1] - 21:10
**try** [2] - 10:24, 12:18
**turnaround** [1] - 8:25
**Tuttle** [1] - 18:14
**two** [5] - 8:14, 9:10, 10:20, 10:22, 11:1
**two-week** [3] - 10:20, 10:22, 11:1

**U**

**U.S** [2] - 1:25, 3:16
**U.S.C** [1] - 3:8
**Union** [2] - 2:19, 5:23
**United** [1] - 21:7
**UNITED** [2] - 1:1, 1:7
**unnecessarily** [1] - 18:2
**up** [5] - 7:17, 9:3, 10:19, 10:23, 11:3
**update** [1] - 7:19
**USDJ** [1] - 1:9
**useful** [1] - 12:23

**V**

**VINCENT** [2] - 1:24, 3:15
**Vincent** [2] - 21:7, 21:24
**VIRGINIA** [1] - 1:14
**voluminous** [1] - 6:9

**W**

**wants** [1] - 12:23
**WARREN** [1] - 1:17
**Warren** [1] - 4:25
**WASHINGTON** [2] - 2:11, 2:14
**WEDINGER** [1] - 2:15
**week** [48] - 4:22, 10:2, 10:4, 10:9, 10:20, 10:22, 10:23, 10:24, 11:1, 11:14, 11:15, 11:21, 11:22, 11:24, 11:25, 12:5, 12:6, 13:8, 13:10, 13:13, 13:17, 13:22, 14:2, 14:3, 14:4, 14:5, 14:8, 14:9, 14:12, 14:14, 14:15, 14:17, 14:22, 14:24, 14:25, 15:3, 15:14, 15:15, 18:13, 18:17, 18:21, 18:24, 18:25, 19:1
**weeks** [2] - 13:12, 13:15
**weigh** [1] - 16:11
**whole** [3] - 14:2, 14:3, 14:14
**WILENTZ** [1] - 1:19
**witnesses** [1] - 8:23
**WOLFSON** [50] - 1:9, 4:4, 4:19, 4:21, 5:1, 5:4, 5:11, 5:13, 5:16, 5:25, 6:14, 6:16, 6:24, 7:18, 7:21, 9:7, 9:17, 9:25, 10:10, 10:12, 11:12, 12:4, 12:11, 12:20, 13:16, 14:1, 14:11, 14:16, 14:22, 15:2, 15:6, 15:10, 15:17, 16:5, 16:8, 16:16, 17:1, 17:5, 17:12, 17:18, 17:21, 18:1, 18:7, 18:10, 18:16, 18:25, 19:7, 19:10, 19:22, 20:4
**workable** [1] - 15:15
**works** [2] - 11:20, 19:6
**worried** [1] - 9:17

**Y**

**Year** [2] - 4:17, 4:19
**year** [1] - 8:10
**year-and-a-half** [1] - 8:10
**yesterday** [1] - 6:7
**YORK** [1] - 2:5