UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Rosalyn Scott vs. Johnson & Johnson, et al. Case No.: 3:19-cv-08361-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rosalyn Scott.

Dated: March 12, 2019.

Respectfully Submitted by,

/s/ *William L. Bross*
William L. Bross
Anna M. Carroll
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Email: william@hgdlawfirm.com
Email: acarroll@hgdlawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 12, 2019 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel