## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>OLIN R. GEORGE, INDIVIDUALLY AND VELMA F. GEORGE INDIVIDUALLY AND FOR ESTATE OF WILMA F. GEORGE,<br><br>    Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, AND JOHNSON & JOHNONS CONSUMER, INC.,<br><br>    Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>COMPLAINT AND JURY DEMAND<br><br><br><br>Civil Action No.: 3:19-cv-8335<br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on March 11, 2019 on behalf of Olin R. George, individually and Velma F. George individually and as Personal Representative of the Estate of Wilma F. George.

Dated: March 12, 2019        Respectfully Submitted by,


                  /s/ Wesley A. Bowden
                WESLEY A. BOWDEN
                Florida Bar No.: 64217
                LEVIN PAPANTONIO THOMAS MITCHELL
                RAFFERTY & PROCTOR, P.A.
                316 South Baylen Street, Suite 600
                Pensacola, FL 32502
                Telephone: (850) 435-7186
                Facsimile: (850) 436-6186
                Email: wbowden@levinlaw.com
                ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Wesley A. Bowden*