# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Debra Mendes v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-07743 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 4, 2019 on behalf of Plaintiff Debra Mendes.

DATED: March 13, 2019                               BISNAR|CHASE LLP

                                               By:   /s/ Tom Antunovich
                                                                  BRIAN D. CHASE
                                                                  TOM ANTUNOVICH
                                                                  Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                BISNAR|CHASE LLP

By:   /s/ Tom Antunovich
       BRIAN D. CHASE
       TOM ANTUNOVICH