## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>DONALD CHEATHAM, HUSBAND AND NEXT OF KIN TO ELIZABETH W. CHEATHAM, DECEASED<br><br>3:19-cv-08112 | 3:16-md-02738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint with Jury Demand was filed on March 14, 2019, on behalf of Plaintiff Donald Cheatham, Husband and Next of Kin to Elizabeth W. Cheatham, Deceased.

Dated: March 14, 2019

Respectfully submitted,

*/s/ Gregory D. Brown*
Gregory D. Brown (TX Bar. No. 24078266)
gregory_brown@fleming-law.com
Rand P. Nolen (TX Bar No. 00788126)
rand_nolen@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel: 713-621-7944
Fax: 713-621-9638

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify on March 14, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                */s/ Gregory D. Brown*
                GREGORY D. BROWN