UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Geraldine Kelly v. Johnson & Johnson, et al.,*<br>Civil Action No. 3:19-cv-08494-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on March 13, 2019 on behalf of Plaintiff Geraldine Kelly.

Dated: March 14, 2019                                       Respectfully submitted by,

                                                                                s/ *Meghan E. McCormick*
                                                                                Meghan E. McCormick
                                                                                LEVIN SIMES ABRAMS LLP
                                                                                1700 Montgomery St., Suite 250
                                                                                San Francisco, California 94111
                                                                                Telephone: (415) 426-3000
                                                                                Facsimile: (415) 426-3001
                                                                                Email: mmccormick@levinsimes.com
                                                                                Counsel for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*s/ Meghan E. McCormick*
Meghan E. McCormick