UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Beard v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- DANIKA BEARD; 3:19-cv-8537

This 19th day of March 2019.

                                                                            Respectfully submitted by,

                                                                            s/ D. Todd Mathews
                                                                            D. Todd Mathews, #52502 (MO)
                                                                             Gori Julian & Associates, P.C.
                                                                             156 N. Main Street
                                                                             Edwardsville, IL 62025
                                                                             (618) 659-9833 – Telephone
                                                                             (618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of March 2019.

                <u>*/s/ D. Todd Mathews*</u>
                D. Todd Mathews