# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) <br><br> COMPLAINT AND JURY DEMAND |
| MARIA D. MORAN, <br><br>　　　　　　　Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., AND IMERYS TALC AMERICA, INC. (IMERYS TALC), <br><br>　　　　　　　Defendants. | Civil Action No.: 3:19-cv-8728 <br> DIRECT FILED ACTION |

## NOTICE OF FILING

　　Notice is hereby given that pursuant to Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on March 19, 2019 on behalf of Maria D. Moran.

Dated: <u>March 19, 2019</u>　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　 <u>/s/ Wesley A. Bowden</u>
　　　　　　　　　　　　　　　　　　　　　WESLEY A. BOWDEN
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 64217
　　　　　　　　　　　　　　　　　　　　　LEVIN PAPANTONIO THOMAS
　　　　　　　　　　　　　　　　　　　　　MITCHELL RAFFERTY &
　　　　　　　　　　　　　　　　　　　　　PROCTOR, P.A.
　　　　　　　　　　　　　　　　　　　　　316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　Telephone: (850) 435-7186
　　　　　　　　　　　　　　　　　　　　　Facsimile: (850) 436-6186
　　　　　　　　　　　　　　　　　　　　　Email: wbowden@levinlaw.com
　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019 a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*