UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Maria Rmili and Elbekkay Rmili<br>3:19-CV-08716 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 18, 2019 on behalf of Plaintiff Maria Rmili and Elbekkay Rmili.

| | |
|---|---|
| Dated: March 19, 2019 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 19, 2019                          /s/ Michael Akselrud
                                                         Michael Akselrud
                                                         The Lanier Law Firm, PC
                                                         21550 Oxnard St., 3rd Fl
                                                         Woodland Hills, CA 91367
                                                         (310) 277-5100
                                                         Counsel for Plaintiff(s)