MICHAEL N. DAVID
14 Wall Street, 20th Floor
New York, NY 10005
212-363-1997
Attorney for plaintiff Lillian Martinez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) Civil Action No. 3:19-cv-08750 Direct Filed Action |
| LILLIAN MARTINEZ Plaintiff, v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., PERSONAL CARE PRODUCTS COUNCIL F/K/A COSMETIC, TOILETRY AND FRAGRANCE ASSOCIATION Defendants | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No.3 (Filing of Short Form Complaint ) that the Short Form Complaint and Jury Demand was filed on March 19, 2019 on behalf of plaintiff Lillian Martinez.

Dated: March 18, 2019

```
                         /S/ Michael N. David
                             MICHAEL N. DAVID
                             Attorney for Plaintiff
                             14 Wall Street, 20th Floor
                             New York, NY  10005
                        (212)  363-1997
```

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2019 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

```
                         /S/ Michael N. David
                             MICHAEL N. DAVID
                             Attorney for Plaintiff
                             14 Wall Street, 20th Floor
                             New York, NY  10005
                        (212)  363-1997
```