UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: KARLA CONRAD, INDIVIDUALLY and as REPRESENTATIVE of the ESTATE of SALLY HART, Deceased<br>3:19-CV-08817 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 21, 2019 on behalf of Plaintiff Karla Conrad.

Dated: March 21, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 21, 2019                                   /s/ Michael Akselrud
                                                                       Michael Akselrud
                                                                       The Lanier Law Firm, PC
                                                                       21550 Oxnard St., 3rd Fl
                                                                       Woodland Hills, CA 91367
                                                                       (310) 277-5100
                                                                       Counsel for Plaintiff(s)