## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lisa Norris v.*<br>*Johnson & Johnson; et al.*<br>*Case No: 3:19-cv-08854-FLW-LHG* | MDL No: 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lisa Norris .

This 22nd day of March, 2019.

                                                  Respectfully submitted,

                                                  EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.

                                                  By: */s/ Nancy Winkler*
                                                  Nancy J. Winkler, Esq. NJ Bar No. 030381987
                                                  1634 Spruce Street
                                                  Philadelphia, PA
                                                  P: (215) 546-6636
                                                  F: (215)546-3941
                                                  Nancy@erlegal.com; Linda@erlegal.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of March, 2019.

                                                       */s/ Nancy J. Winkler*