<strong>UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY</strong>

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: JANICE MAE BANKS<br>3:19-CV-08458-FLW-LHG | **MDL No. 2738 (FLW) (LHG)** |

<strong><u>NOTICE OF FILING</u></strong>

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 13, 2019 on behalf of Plaintiff Janice Mae Banks.

Dated: <u>March 25, 2019</u>

Respectfully submitted,

BENNETT & HEYMAN, P.A.

By: */s/ Jamison G. White*
Jamison G. White
201 North Charles Street
Suite 500
Baltimore, Maryland 21201
T: 410-727-2168
F: 410-547-8621
jamie@bennettheymanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>March 25, 2019</u>　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　BENNETT & HEYMAN, P.A.

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Jamison G. White*
　　　　　　　　　　　　　　　　　　　　　　　Jamison G. White
　　　　　　　　　　　　　　　　　　　　　　　201 North Charles Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　　　　　　T: 410-727-2168
　　　　　　　　　　　　　　　　　　　　　　　F: 410-547-8621
　　　　　　　　　　　　　　　　　　　　　　　jamie@bennettheymanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*