# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ELIZABETH KINLER<br>3:19-cv-8824 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 21, 2019, on behalf of Elizabeth Kinler.

Dated:  March 25, 2019,             Respectfully submitted,

                                                         **NAPOLI SHKOLNIK, PLLC**

                                                         */s/ Christopher R. LoPalo*
                                                         Christopher R. LoPalo, Esq.
                                                         400 Broadhollow Rd., Suite 305
                                                         Melville, NY 11747
                                                         Telephone: (212) 397-1000
                                                         Facsimile: (646) 927-1676
                                                         CLoPalo@NapoliLaw.com

                                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 25, 2019,

                                        */s/ Christopher R. LoPalo*
                                        Christopher R. LoPalo, Esq.
                                        400 Broadhollow Rd., Suite 305
                                        Melville, NY 11747
                                        Telephone: (212) 397-1000
                                        Facsimile: (646) 927-1676
                                        CLoPalo@NapoliLaw.com

                                        *Attorneys for Plaintiff*