## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Lawrence Daglieri, Jr., as surviving spouse of Anne Daglieri, deceased | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:19-cv-08905<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 25, 2019, on behalf of Lawrence Daglieri, Jr., as surviving spouse of Anne Daglieri, deceased.

          Respectfully submitted,

          /s/Bradley D. Honnold
          Bradley D. Honnold, KS #22972
          Goza & Honnold, LLC
          9500 Nall Ave., Suite 400
          Overland Park, KS  66207-2950
          913-451-3433 Telephone
          913-839-0567 – Fax
          ATTORNEY FOR PLAINTIFF

Dated: March 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff