**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> SHERILYN KOUPA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., <br><br> Defendants. | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br><br> Case No. 3:19-cv-08853-FLW-LHG <br><br> DIRECT FILED ACTION <br><br> RELATED ACTION : <br> Lagrone et. al. v. Johnson & Johnson, et. al. <br> No.: 3:17-cv-02398-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on March 22, 2019 on behalf of Plaintiff Sherilyn Koupa.

Respectfully Submitted by,

Date:  March 26. 2019

WALTON TELKEN, LLC

By:  /s/ Stephanie Lyons
    Stephanie A. Lyons, #6283427
    241 N. Main St.
    Edwardsville, IL 62025
    618.307.9880 – Telephone
    618.307.9881 – Facsimile
    slyons@waltontelken.com
**Counsel for Plaintiff**

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of March, 2019.

/s/ Stephanie Lyons
Stephanie A. Lyons