UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| ANGELIA M. MERZA, Individually and obo ANNIE LEE MASON, Deceased, | |
| Plaintiff, | Civil Action No.: 3:19-cv-08895 |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 25, 2019 on behalf of Plaintiff, Angelia M. Merza, Individually and obo Annie Lee Mason, Deceased.

Dated:  3/26/2019                                Respectfully Submitted by,

                                               */s/ Vanessa H. Gross*
                                               Thomas P. Cartmell MO# 45366
                                               tcartmell@wcllp.com
                                               Vanessa H. Gross MO# 61250
                                               vgross@wcllp.com
                                               Wagstaff & Cartmell, LLP
                                               4740 Grand Avenue, Suite 300
                                               Kansas City, MO 64112
                                               (816) 701-1100
                                               FAX (816) 531-2372

                                               **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on March 26, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross