IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> ------------------------------------------------------ <br> This document relates to: <br> Bethany L. Parker <br> Case No. 3:18-cv-00187 <br> ------------------------------------------------------ | ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 2738 (FLW)(LHG) |

## NOTICE OF CHANGE OF FIRM NAME

To the Clerk of the Court and Counsel of Record:

Please take Notice that effective December 19, 2018, Decof, Decof & Barry, P.C. has changed its name to Decof, Barry, Mega & Quinn, P.C.

/s/ Douglas E. Chabot
Douglas E. Chabot    R.I. Bar No. 8199
Decof, Barry, Mega & Quinn, P.C.
One Smith Hill
Providence, RI  02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
Email: dec@decof.com

Dated: March 27, 2019

## CERTIFICATE OF SERVICE

I, Douglas E. Chabot, attorney for Plaintiff Bethany L. Parker, hereby certify that on the 27th day of March, 2019, a true copy of the foregoing Notice of Change of Firm Name will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By: /s/Douglas E. Chabot

Parker MDL6221 P008