BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Ann Madison*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Ann Madison v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-9042 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 28, 2019 on behalf of Plaintiff Ann Madison.

                     */s/ Lauren K. Razick*
                     Lauren K. Razick
                     BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                     218 Commerce Street
                     Montgomery, Alabama 36104
                     (800) 898-2034 Telephone
                     (334) 954-7555 Facsimile
                     Lauren.Razick@BeasleyAllen.com

                     Attorneys for Plaintiff Ann Madison

Dated: March 28, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren K. Razick*
      Lauren K. Razick

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.