**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Kurt Johnson v. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-09055 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Kurt Johnson individually and as representative of the estate of Maureen Johnson, deceased.

Dated: <u>March 28, 2019</u>　　　　　　　　　　　　　Respectfully submitted,

                                                               By: */s/ Stuart L. Goldenberg*
                                                               Stuart L. Goldenberg (MN #0158719)
                                                               Noah C. Lauricella (MN #397896)
                                                                **GOLDENBERGLAW, PLLC**
                                                               800 LaSalle Avenue, Suite 2150
                                                               Minneapolis, MN 55402
                                                               (612) 333-4662 (Tel)
                                                              (612) 367-8107 (Fax)
                                                              slgoldenberg@goldenberglaw.com
                                                              nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of March, 2019.

                                                                      */s/ Stuart L. Goldenberg*