## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Wanda Werth v. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-09112 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Wanda Werth.

Dated: <u>March 29, 2019</u>          Respectfully submitted,

                              By: */s/ Stuart L. Goldenberg*
                              Stuart L. Goldenberg (MN #0158719)
                              Noah C. Lauricella (MN #397896)
                              **GOLDENBERGLAW, PLLC**
                              800 LaSalle Avenue, Suite 2150
                              Minneapolis, MN 55402
                              (612) 333-4662 (Tel)
                              (612) 367-8107 (Fax)
                              slgoldenberg@goldenberglaw.com
                              nclauricella@goldenberglaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of March, 2019.

                              */s/ Stuart L. Goldenberg*

1