# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JACKIE MASDON,<br><br>                Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:17-cv-06553 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 30, 2017 on behalf of Plaintiff, Jackie Masdon.

Dated: 4/1/19

Respectfully Submitted by,

*/s/ Vanessa H. Gross*
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Vanessa H. Gross MO# 61250
vgross@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on April 1, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross