# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Alison Nugent, Individually and On Behalf of the Estate of Elizabeth Nugent<br>3:19-CV-09214 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 2, 2019 on behalf of Plaintiff Alison Nugent, Individually and on Behalf of the Estate of Elizabeth Nugent.

| | |
|---|---|
| Dated: April 3, 2019 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 3, 2019                                   /s/ Michael Akselrud
                                                                        Michael Akselrud
                                                                        The Lanier Law Firm, PC
                                                                        21550 Oxnard St., 3rd Fl
                                                                        Woodland Hills, CA 91367
                                                                        (310) 277-5100
                                                                        Counsel for Plaintiff(s)