UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Avis Baldwin on behalf of Rhonda Nicole Green, deceased | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:19-cv-09264<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 4, 2019, on behalf of Avis Baldwin on behalf of Rhonda Nicole Green, deceased.

Respectfully submitted,

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, Kansas 66207-2950
913-451-3433
913-839-0567 - Facsimile
ATTORNEY FOR PLAINTIFF

Dated: April 4, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff