UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| This document relates to: LORI RATHBURN-HUTCHENS 3:19-cv-9283 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand was filed on March 8, 2019 on behalf of Lori Rathburn-Hutchens.

Dated: April 4, 2019

        Respectfully submitted,

        /s Jeffrey R. Vaughan
        Jeffrey R. Vaughan, Pro Se
        State Bar No. 24013676
        2211 Norfolk Street, Suite 220
        Houston, Texas 77098
        Tel: (713) 255-5777
        Email: Jeff@LegalTrialTeam.com

        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  April 4, 2019

                  /s/ Jeffrey R. Vaughan
                  Jeffrey R. Vaughan