UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:  MDL NO. 2738(FLW)(LHG)

*Mary Ann Roy*
*Case No. 3:19-cv-09200*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Mary Ann Roy.

Dated this 3rd day of April, 2019.

Respectfully submitted,

DECOF, BARRY, MEGA & QUINN, P.C.

By:/s/Douglas E. Chabot
Patrick C. Barry, Esq.     RI Bar No. 5631
Douglas E. Chabot, Esq.  RI Bar No. 8199
One Smith Hill
Providence, RI  02903
Telephone: (401) 272-1110
Facsimile:  (401) 351-6641
Email:pcb@decof.com;dec@decof.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of April, 2019.

By: /s/ Douglas E. Chabot