**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Yvonne Coleman, Case No. 3:19-cv-7612* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 4, 2019, on behalf of Plaintiff Yvonne Coleman.

Dated: April 5, 2019                                Respectfully Submitted by,

                                                                    */s/ Jennell K. Shannon*

                                                                    Jennell K. Shannon, Esq.
                                                                    MN Bar No. 398672
                                                                    Michael K. Johnson, Esq.
                                                                    MN Bar No. 258696
                                                                    Stacy Hauer, Esq.
                                                                    MN Bar No. 317093
                                                                    **JOHNSON BECKER, PLLC**
                                                                    444 Cedar Street, Suite 1800
                                                                    St. Paul, MN 55101
                                                                    Phone: 612-436-1800
                                                                    Fax: 612-436-1801
                                                                    Email: mjohnson@johnsonbecker.com
                                                                    Email: shauer@johnsonbecker.com
                                                                    Email: jshannon@johnsonbecker.com

                                                                    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ Jennell K. Shannon*

Jennell K. Shannon, Esq. (MN Bar No. 398672)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: jshannon@johnsonbecker.com