## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Candace Vallejo, Case No. 3:19-cv-7609* | MDL DOCKET NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 4, 2019, on behalf of Plaintiff Candace Vallejo.

Dated: April 5, 2019              Respectfully Submitted by,

              */s/ Jennell K. Shannon*

              Jennell K. Shannon, Esq.
              MN Bar No. 398672
              Michael K. Johnson, Esq.
              MN Bar No. 258696
              Stacy Hauer, Esq.
              MN Bar No. 317093
              **JOHNSON BECKER, PLLC**
              444 Cedar Street, Suite 1800
              St. Paul, MN 55101
              Phone: 612-436-1800
              Fax: 612-436-1801
              Email: mjohnson@johnsonbecker.com
              Email: shauer@johnsonbecker.com
              Email: jshannon@johnsonbecker.com

              ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

       */s/ Jennell K. Shannon*

       Jennell K. Shannon, Esq. (MN Bar No. 398672)
       **JOHNSON BECKER, PLLC**
       444 Cedar Street, Suite 1800
       St. Paul, MN 55101
       Phone: 612-436-1800
       Fax: 612-436-1801
       Email: jshannon@johnsonbecker.com