UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Yvonne Nelson<br>       Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>       Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:19-cv-09274 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 4, 2019 on behalf of the Plaintiff(s) listed in the above captioned matter.

Respectfully Submitted by,

/s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Randi A. Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

**Counsel for Plaintiff**