UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Edward Foster,<br><br>3:19-cv-06547 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 22, 2019 on behalf of Plaintiff Edward Foster.

Dated: April 5, 2019

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
   knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)

Daniel H. Charest (TX #24057803)  
Spencer M. Cox (TX #24097540)  
**BURNS CHAREST LLP**  
900 Jackson Street, Suite 500  
Dallas, Texas 75202  
T: 469.904.4550  
F: 469.444.5002  
E: wburns@burnscharest.com  
   dcharest@burnscharest.com  
   scox@burnscharest.com  

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns  
Warren T. Burns (TX #24053119)  
**BURNS CHAREST LLP**  
900 Jackson Street, Suite 500  
Dallas, Texas 75202  
T: 469.904.4550  
F: 469.444.5002  
E: wburns@burnscharest.com  
