SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Susan Hampton v. Johnson & Johnson, et al.* Case No. 3:19−CV−09393−FLW−LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 9, 2019 on behalf of Plaintiff Susan Hampton.

Dated: April 10, 2019           Respectfully Submitted,

                                */s/ Trent B. Miracle*
                                Trent B. Miracle
                                John J. Foley
                                **SIMMONS HANLY CONROY**
                                One Court Street
                                Alton, IL 62002
                                Telephone:  618.259.2222
                                Facsimile:  618.259.2251
                                jfoley@simmonsfirm.com
                                tmiracle@simmonsfirm.com

                                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 10th day of April, 2019 to all parties of interest.

*/s/ Trent B. Miracle*
Trent B. Miracle