**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MONA FAYE LINK,<br><br>                        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>                        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:19-cv-09441 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 9, 2019 on behalf of Plaintiff, Mona Faye Link.

Dated: 4/10/2019

Respectfully Submitted by,

 */s/ Vanessa H. Gross*
 Thomas P. Cartmell MO# 45366
 tcartmell@wcllp.com
 Vanessa H. Gross MO# 61250
 vgross@wcllp.com
 Wagstaff & Cartmell, LLP
 4740 Grand Avenue, Suite 300
 Kansas City, MO 64112
 (816) 701-1100
 FAX (816) 531-2372

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on April 10, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross