UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>PATRICIA A. HOLTERMANN AND JOHN W. HOLTERMANN,<br><br>     Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br><br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br><br><br>Civil Action No.: 3:19-cv-09383<br>DIRECT FILED ACTION |

**NOTICE OF FILING**

  Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on April 8, 2019 on behalf of Patricia A. Holtermann and John W. Holtermann.

Dated: April 10, 2019       Respectfully Submitted by,

                 */s/ Wesley A. Bowden*
                WESLEY A. BOWDEN
                Florida Bar No.: 64217
                LEVIN PAPANTONIO THOMAS MITCHELL
                RAFFERTY & PROCTOR, P.A.
                316 South Baylen Street, Suite 600
                Pensacola, FL 32502
                Telephone: (850) 435-7186
                Facsimile: (850) 436-6186
                Email: wbowden@levinlaw.com
                ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Wesley A. Bowden