## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**
This document relates to GLORIA WADE and SAMUEL R. WADE
3:19-CV-09581

**MDL No. 2738 (FLW) (LHG)**

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 11, 2019 on behalf of Plaintiffs GLORIA WADE and SAMUEL R. WADE.

Dated: <u>April 11, 2019</u>

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: April 11, 2019                    /s/ Michael Akselrud
                                         Michael Akselrud
                                         The Lanier Law Firm, PC
                                         21550 Oxnard St., 3rd Fl
                                         Woodland Hills, CA 91367
                                         (310) 277-5100
                                         Counsel for Plaintiff(s)