UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **NANCY SANTIAGO,**         **Plaintiff,** **v.** **JOHNSON & JOHNSON, et al.,**         **Defendants.** | **MDL NO. 2738 (FLW) (LHG)** Case No. 3:19-CV-08830-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on March 21, 2019, on behalf of Plaintiff NANCY SANTIAGO.

Dated: April 11, 2019          Respectfully Submitted,

                                                     By:   /s/ *Mark P. Robinson, Jr.*
                                                               Mark P. Robinson, Jr.
                                                                19 Corporate Plaza Drive
                                                                Newport Beach, CA 92660
                                                                949-720-1288 Phone
                                                                949-720-1292 Facsimile
                                                                [mrobinson@robinsonfirm.com](mailto:mrobinson@robinsonfirm.com)

## CERTIFICATE OF SERVICE

I hereby certify that April 11, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
    MARK P. ROBINSON, JR.