UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| This document relates to: *Maria Morello; and Joseph Morello* Civil Action: 3:19-cv-09268 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 4, 2019, on behalf of Plaintiffs, Maria Morello and Joseph Morello.

Dated: April 12, 2019

Respectfully Submitted by,

*/s/ Christopher M. Houlihan*
Christopher M. Houlihan, Esq.
RisCassi & Davis, P.C.
131 Oak Street
Hartford, CT 06106
Phone: (860) 522-1196
Fax: (860) 246-5847
choulihan@riscassidavis.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Christopher M. Houlihan, Esq.
RisCassi & Davis, P.C.
131 Oak Street
Hartford, CT 06106
Phone: (860) 522-1196
Fax: (860) 246-5847
choulihan@riscassidavis.com