# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Laura Quesada v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-09485 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 10, 2019 on behalf of Plaintiff Laura Quesada.

DATED: April 15, 2019                                BISNAR|CHASE LLP

                                         By:   /s/ Tom Antunovich
                                                BRIAN D. CHASE
                                                TOM ANTUNOVICH
                                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ Tom Antunovich
BRIAN D. CHASE
TOM ANTUNOVICH