# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to DAWN BUCHANAN and DAVID J. BUCHANAN<br>3:19-CV-09916 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 15, 2019 on behalf of Plaintiffs DAWN BUCHANAN and DAVID J. BUCHANAN.

Dated: April 15, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 15, 2019                                  /s/ Michael Akselrud  
                                                                               Michael Akselrud  
                                                                               The Lanier Law Firm, PC  
                                                                               21550 Oxnard St., 3rd Fl  
                                                                               Woodland Hills, CA 91367  
                                                                               (310) 277-5100  
                                                                               Counsel for Plaintiff(s)