UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Chelsea Bramanti<br>Case No.  3:19-cv-09160 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on April 5, 2019, date on behalf of Plaintiff Chelsea Bramanti.

Dated: April 17, 2019          */s/ Priscilla E. Jimenez, Esquire*
                               Priscilla E. Jimenez, Esquire
                               KLINE & SPECTER PC
                               1525 Locust Street – 19th Floor
                               Philadelphia, PA 19102
                               215-772-1000
                               215-735-0960 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2019, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

      */s/ Priscilla Jimenez*