# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLOW(LHG) |
| This Document Relates to: *Lisa Wilson v. Johnson & Johnson, Johnson & John son Consumer Companies, Inc., Imerys Talc America, Inc. f/k/a Luzenac America, Inc.; and Personal Care Products Council, f/k/a Cosmetic, Toiletry, And Fragrance Association* | Case No.: 3:16-cv-07886-FLW-LHG |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Michael M. Weinkowitz, of the law firm of Levin Sedran & Berman LLP, hereby appears on behalf of the Plaintiff Lisa Wilson (D.N.J. Case No. 3:16-cv-07886) and in the above-referenced MDL proceeding 3:16-md-2738-FLW-LHG.

Respectfully submitted,

Dated: April 17, 2019

/s/ Michael M. Weinkowitz
Michael M. Weinkowitz, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)

**ATTORNEYS FOR PLAINTIFF LISA WILSON**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2019, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                /s/ Michael M. Weinkowitz  
                                                **Michael M. Weinkowitz, Esquire**

Case 3:16-md-02738-MAS-RLS   Document 9618   Filed 04/17/19   Page 2 of 2 PageID: 25867