ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiff Alan Plant obo*
*Shelley Plant (deceased)*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Alan Plant obo Shelley Plant (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-10097 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 16, 2019 on behalf of Plaintiff Alan Plant obo Shelley Plant (deceased).

                                                */s/ Cristen Mendoza*
                                                Cristen Mendoza
                                                ANDRUS WAGSTAFF PC
                                                7171 W Alaska Drive
                                                Lakewood, CO 80226
                                                (303) 376-6360 Telephone
                                                (303) 376-6361 Facsimile
                                                cristen.mendoza@andruswagstaff.com

                                                Attorneys for Plaintiff

Dated: April 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Cristen Mendoza*
Cristen Mendoza

ANDRUS WAGSTAFF PC