UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Ann Lewis,<br><br>3:19-cv-09270 | 3:16-md-02738 (FLW) (LHG) |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 4, 2019 on behalf of Plaintiff Ann Lewis.

Dated: April 22, 2019.

                                                                     Respectfully submitted,

                                                                     /s/ *Warren T. Burns*

                                                                     Korey A. Nelson (LA #30002)
                                                                     Amanda K. Klevorn (LA #35193)
                                                                     **BURNS CHAREST LLP**
                                                                     365 Canal Street, Suite 1170
                                                                     New Orleans, Louisiana 70130
                                                                     T: 504.799.2845
                                                                     F: 504.881.1765
                                                                     E: aklevorn@burnscharest.com
                                                                          knelson@burnscharest.com

                                                                    **AND**

                                                                    Warren T. Burns (TX #24053119)

        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
           dcharest@burnscharest.com
           scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Warren T. Burns
        Warren T. Burns (TX #24053119)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com