SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Lency Olvera v. Johnson & Johnson, et al.* Case No. 3:19-cv-10540-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 22, 2019 on behalf of Plaintiff Lency Olvera.

Dated: April 23, 2019              Respectfully Submitted,

                                                      */s/ John J. Foley*
                                                      John J. Foley
                                                      Trent B. Miracle
                                                      **SIMMONS HANLY CONROY**
                                                      One Court Street
                                                      Alton, IL 62002
                                                      Telephone: 618.259.2222
                                                      Facsimile: 618.259.2251
                                                      jfoley@simmonsfirm.com
                                                      tmiracle@simmonsfirm.com

                                                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 23[nd] day of April, 2019 to all parties of interest.

*/s/ John J. Foley*
John J. Foley