SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Virginia Sandreth v. Johnson & Johnson, et al.* Case No. 3:19−CV−10543−FLW−LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 22, 2019 on behalf of Plaintiff Virgina Sandreth.

Dated: April 23, 2019                    Respectfully Submitted,

                                        */s/ John J. Foley*
                                        John J. Foley
                                        Trent B. Miracle
                                        **SIMMONS HANLY CONROY**
                                        One Court Street
                                        Alton, IL 62002
                                        Telephone:  618.259.2222
                                        Facsimile:   618.259.2251
                                        jfoley@simmonsfirm.com
                                        tmiracle@simmonsfirm.com

                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served

via the Court's electronic filing system on this 23rd day of April, 2019 to all parties of interest.

*/s/ John J. Foley*
John J. Foley