UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2378 (FLW) (LHG) |

**This document relates to:**
*Carolyn Jackson, et al. v. Johnson & Johnson, et al.*
Civil Action No.: 3:19-cv-10738

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 23, 2019 on behalf of Plaintiffs Carolyn Jackson and Edmond Jackson.

Dated: April 23, 2019

Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                    */s/Jennifer A. Moore*
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com
*Counsel for Plaintiffs*