## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nunnery v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Violet Nunnery; 3:19-cv-10773

This 25th day of April 2019.

    Respectfully submitted by,

    s/ D. Todd Mathews
    D. Todd Mathews, #52502 (MO)
    Gori Julian & Associates, P.C.
    156 N. Main Street
    Edwardsville, IL 62025
    (618) 659-9833 – Telephone
    (618) 659-9834 – Facsimile

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of April 2019.

                                                            */s/ D. Todd Mathews*
                                                            D. Todd Mathews