UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> JEANNE MARIE TAYLOR, <br><br>   Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., <br><br>   Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br><br> Civil Action No.: 3:19-cv-11243 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 25, 2019 on behalf of Plaintiff, Jeanne Marie Taylor.

Dated: 4/29/2019                                     Respectfully Submitted by,

                                                     */s/ Vanessa H. Gross*
                                                     Thomas P. Cartmell MO# 45366
                                                     tcartmell@wcllp.com
                                                     Vanessa H. Gross MO# 61250
                                                     vgross@wcllp.com
                                                     Wagstaff & Cartmell, LLP
                                                     4740 Grand Avenue, Suite 300
                                                     Kansas City, MO 64112
                                                     (816) 701-1100
                                                     FAX (816) 531-2372

                                                     **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on April 29, 2019.

                                                  */s/ Vanessa H. Gross*
                                                  Vanessa H. Gross