UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.     Date: April 29, 2019
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                     CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:

See attached sign in sheets

NATURE OF PROCEEDINGS:


STATUS CONFERENCE HELD (On the record)
No new dates set.
Transcript of proceedings to be filed.




TIME COMMENCED: 10:30 A.M.
TIME ADJOURNED: 11:15 A.M.          s/Jacqueline Merrigan
TOTAL TIME:  45 minutes             Deputy Clerk

INITIAL  
STATUS/SETTLEMENT ✓  
FINAL PRETRIAL  

DATE: 4-29-19  
TIME: 10:30  

CASE NAME: J&J  
CIVIL ACTION NO.: 16-2738  

## APPEARANCES

NAME: Susan M. Sharko  
FIRM NAME: Drinker Biddle  
MAILING ADDRESS: 600 Campus Dr. Florham Park NJ  
PHONE NO.: 973-549-7350  
WHOM YOU REPRESENT: J&J Ds  

NAME: Bart H. Williams  
FIRM NAME: Proskauer Rose LLP  
MAILING ADDRESS: 2029 Century Park E, Suite 2400, Los Angeles, CA 90067  
PHONE NO.: 310-284-4520  
WHOM YOU REPRESENT: J&J Defendants  

NAME: Julie Tersigni  
FIRM NAME: Drinker Biddle  
MAILING ADDRESS: 600 Campus Dr. Florham Park NJ  
PHONE NO.: 973-549-7350  
WHOM YOU REPRESENT: J&J Ds  

NAME: Michelle Parfitt  
FIRM NAME: Ashcraft Gerel  
MAILING ADDRESS: 1825 K St. NW, WDC 20006  
PHONE NO.:  
WHOM YOU REPRESENT:

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE: 4-29-19
TIME: 10:30

CASE NAME: J&J

CIVIL ACTION NO.:

## APPEARANCES

NAME: JOHN BEISNER
FIRM NAME: SKADDEN ARPS
MAILING ADDRESS: 1440 NEW YORK AVE., NW
WASHINGTON, DC 20005
PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: JCJ &U

NAME: Chris Tisi
FIRM NAME: Levin Papantonio
MAILING ADDRESS: ctisi@levinlaw.com
PHONE NO.:
WHOM YOU REPRESENT: PSC

\*\*\*\*\*\*\*\*\*\*\*

NAME: Caroline Trusley
FIRM NAME: Tucker Ellis LLP
MAILING ADDRESS: 100 S. Fourth Street
Suite 650
St. Louis MO 63101
PHONE NO.:
WHOM YOU REPRESENT: PTI Union LLC
PTI Royston LLC

NAME: Robert Blanton
FIRM NAME: Hardin Kundla McKeon & Poletto
MAILING ADDRESS: 673 Morris Ave
Springfield, NJ 07081
PHONE NO.:
WHOM YOU REPRESENT: PTI Union, LLC
PTI Royston, LLC

INITIAL _____
STATUS/SETTLEMENT ✓
FINAL PRETRIAL _____

DATE: 4-29-19
TIME: 10:30

CASE NAME: J+J

CIVIL ACTION NO.: 

## APPEARANCES

NAME: Thomas T. Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F. Str. N.W.
Washington, DC 20878
PHONE NO.: 202 828 5736
WHOM YOU REPRESENT: Personal Care Products Council

NAME: Leigh O'Dell
FIRM NAME: Beasley Allen  PSC
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT:

***********  ***********  ***********  ***********

NAME: Don Lopinski
FIRM NAME: Motley Rice
MAILING ADDRESS: 210 Lake Drive East
Cherry Hill, NJ 08002
PHONE NO.:
WHOM YOU REPRESENT:

NAME:
FIRM NAME:
MAILING ADDRESS:
PHONE NO.:
WHOM YOU REPRESENT: