**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Eva Singh v. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-11806 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Eva Singh.

Dated: <u>April 30, 2019</u>                                         Respectfully submitted,

                                                                         By: */s/ Stuart L. Goldenberg*
                                                                         Stuart L. Goldenberg (MN #0158719)
                                                                         Noah C. Lauricella (MN #397896)
                                                                         **GOLDENBERGLAW, PLLC**
                                                                         800 LaSalle Avenue, Suite 2150
                                                                         Minneapolis, MN 55402
                                                                         (612) 333-4662 (Tel)
                                                                         (612) 367-8107 (Fax)
                                                                         slgoldenberg@goldenberglaw.com
                                                                         nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of April, 2019.

                                                                              */s/ Stuart L. Goldenberg*