UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

**CASE MANAGEMENT ORDER NO. 13:**
**Modification of Order Appointing Plaintiffs' Steering Committee**

**THESE MATTERS** having come before the Court at the request of the Plaintiffs' Executive Committee to change the composition of the Plaintiffs' Steering Committee, and for good cause shown:

1. The Court accepts the resignation of C. Mark Whitehead, III, MD, and he is removed from the Plaintiffs' Steering Committee.

2. The Court designates the following to serve on the Plaintiffs' Steering Committee:

> Christopher V. Tisi
> LEVIN, PAPANTONIO, THOMAS,
> MITCHELL, RAFFERTY, & PROCTOR, PA
> 316 South Baylen Street
> Pensacola, FL 32502
> (850) 435-7000
> ctisi@levinlaw.com

**IT IS SO ORDERED.**

Dated: April 30, 2019                                   /s/ Freda L. Wolfson
                                                        HON. FREDA L. WOLFSON