# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Civil Action: 3:16-md-2738** <br><br> **MDL No. 2738** |
| **THIS DOCUMENT RELATES TO:** <br> *Deborah E. Brown v. Johnson & Johnson, et al.* <br> *Civil Action No.: 3:19-cv-6529-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 1, 2019 on behalf of the plaintiff, Deborah E. Brown.

Dated:  <u>May 1, 2019</u>                           Respectfully Submitted by,

                                                  **MOTLEY RICE LLC**

                                                  <u>/s/ Carmen S. Scott</u>
                                                  Carmen S. Scott
                                                  cscott@motleyrice.com
                                                  28 Bridgeside Blvd.
                                                  Mt. Pleasant, SC 29464
                                                  (843) 216-9160
                                                  (843) 216-9450 (Facsimile)

                                                  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott