**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>HENRY WELLS, Individually and obo the Estate of ROSA LEE WELLS, Deceased,<br><br>                   Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>                   Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:19-cv-11883 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 30, 2019 on behalf of Plaintiff, Henry Wells, Individually and obo the Estate of Rosa Lee Wells, Deceased.

Dated: 5/1/2019                                                 Respectfully Submitted by,

                                                                                 */s/ Vanessa H. Gross*
                                                                                  Thomas P. Cartmell MO# 45366
                                                                                  tcartmell@wcllp.com
                                                                                  Vanessa H. Gross MO# 61250
                                                                                  vgross@wcllp.com
                                                                                  Wagstaff & Cartmell, LLP
                                                                                  4740 Grand Avenue, Suite 300
                                                                                  Kansas City, MO 64112
                                                                                  (816) 701-1100
                                                                                  FAX (816) 531-2372

                                                                                **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 1, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross