UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JAMES V. SAUNDERS II, ON BEHALF OF DANIELLE BLAIS<br>          Plaintiff,<br>v.<br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. f/k/a/ JOHNSON & JOHNSON CONSUMER COMPANIES, INC.<br>          Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-CV-11992<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on May 1, 2019 on behalf of Plaintiff James V. Saunders II, on behalf of Danielle Blais.

Dated: May 1, 2019

                                                    Respectfully submitted,

_____
Daniel J. McGlynn (LA#17051)
Julie H. Ralph (LA#37833)
MCGLYNN, GLISSON & MOUTON
340 Florida Street (70801)
P.O. Box 1909
Baton Rouge, LA 70821-1909
(225) 344-3555
(225) 344-3666 – Facsimile
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the EM/ECF participants registered to receive services in this MDL.

_____
Julie H. Ralph
Attorney for Plaintiff