UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*JAMES V. SAUNDERS II, ON BEHALF OF DANIELLE BLAIS v. JOHNSON & JOHNSON et al* | MDL NO. 16-2738 (FLW) (LHG)<br><br>Civil Action No.: 3:19-CV-11992 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiff James V. Saunders II.

Date: 5-1-19

Respectfully Submitted:

By: _____

Julie H. Ralph
(LA#37833)
MCGLYNN, GLISSON & MOUTON
340 Florida Street (70801)
P.O. Box 1909
Baton Rouge, LA 70821-1909
(225) 344-3555
(225) 344-3666 – Facsimile
Julie@mgmattorneys.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record by filing with the ECF system this 1st day of May, 2019.

_____
Julie H. Ralph