UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Glenda Dalton, <br>                                      Plaintiff, <br> v. <br><br> Johnson & Johnson, et al., <br>                                      Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:19-cv-12028 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on May 1, 2019 on behalf of Glenda Dalton.

Dated: May 2, 2019

                                                                                  THE DRISCOLL FIRM, P.C.

                                                                                  BY:  /s/ JOHN J. DRISCOLL
                                                                                  JOHN J. DRISCOLL (#6276464)
                                                                                  211 North Broadway, Suite 4050
                                                                                  St. Louis, Missouri 63102
                                                                                  Telephone No. (314) 932-3232
                                                                                  Fax No. (314) 932-3233
                                                                                  John@thedriscollfirm.com
                                                                                  *Counsel for Plaintiff*