# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*DENISE V. COLLIER, INDIVIDUALLY AND AS HEIR OF PATTIE ANN COLLIER, DECEASED v. JOHNSON & JOHNSON, ET AL.*<br><br>Case No.: 3:19-cv-12083 | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Denise V. Collier, Individually and as Heir of Pattie Ann Collier, Deceased.

| | |
|---|---|
| Dated: May 2, 2019 | Respectfully submitted,<br><br>**DALIMONTE RUEB LLP**<br><br>By: */s/ Jennifer L. Orendi*<br>Jennifer L. Orendi (DC #489615)<br>John A. Dalimonte (MA #554554)<br>Gregory D. Rueb (CA #154589)<br>1250 Connecticut Avenue NW, Suite 200<br>Washington, DC 20036<br>202-538-2790 (Tel)<br>202-261-3508 (Fax)<br>jorendi@drlawllp.com<br>john@drlawllp.com<br>greg@drlawllp.com<br><br>ATTORNEYS FOR PLAINTIFF |