## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of May, 2019.

                                                             */s/ Jennifer L. Orendi*