UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to*:<br><br>Ella B. Winters v. Johnson & Johnson, et al.<br>Case No: 3:19-cv-12058 | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 2, 2019, on behalf of Plaintiff Ella B. Winters.

        s/ Steve Faries
        Steve Faries
        Mark R. Mueller
        MUELLER LAW PLLC
        404 W. 7th St.
        Austin, TX 78701
        (512) 478-1236
        receptionist@muellerlaw.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2019, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                s/ Steve Faries
                                                Steve Faries

                                                MUELLER LAW PLLC