BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Jaclyn Berg obo Leslie Gruzinski (deceased)*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jaclyn Berg obo Leslie Gruzinski (deceased)<br>v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-12155 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 6, 2019 on behalf of Plaintiff Jaclyn Berg obo Leslie Gruzinski (deceased).

                                              */s/ Lauren K. Razick*
                                              Lauren K. Razick
                                              BEASLEY ALLEN CROW METHVIN
                                              PORTIS & MILES, P.C.
                                              218 Commerce Street
                                              Montgomery, Alabama 36104
                                              (800) 898-2034 Telephone
                                              (334) 954-7555 Facsimile
                                              Lauren.Razick@BeasleyAllen.com

                                              Attorneys for Plaintiff Jaclyn Berg obo
                                              Leslie Gruzinski (deceased)

Dated: May 6, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren K. Razick*
Lauren K. Razick

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.