UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG)<br><br>**NOTICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Return Date:** June 3, 2019 at 9:00 a.m.<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S
NOTICE OF ITS MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, at 9:00 a.m. on June 3, 2019, or such other time and date set by the Court, Defendant Personal Care Products Council, by its undersigned counsel, will move before the Honorable Freda L. Wolfson, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608, for an entry of an Order granting Defendant Personal Care Products Council's Motion for Summary Judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Defendant Personal Care Products Council will rely on the Memorandum of Law, Statement of Facts and attached exhibits submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant Personal Care Products Council requests oral argument on its motion.

56709077v.1

Dated: May 6, 2019  Respectfully submitted,

PERSONAL CARE PRODUCTS COUNCIL

By: */s/ Thomas T. Locke*
Thomas T. Locke, Esq.
Rebecca Woods, Esq.
Renee Appel, Esq.
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
rappel@seyfarth.com

Richard W. Wedinger, Esq.
Jennifer Cheong, Esq.
BARRY, McTIERNAN & WEDINGER P.C.
10 Franklin Avenue
Edison, NJ 08837
Telephone: (732) 738-5600
Facsimile: (732) 738-7518
ataylor@bmctwlaw.com
pcasamento@bmctwlaw.com
jcheong@bmctwlaw.com

*Attorneys for Defendant Personal Care Products Council*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document and supporting materials weres filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system. The forgoing documents were also served upon all counsel of record via the CM/ECF system on this 6th day of May, 2019.

                                                      SEYFARTH SHAW LLP
                                                    *Attorneys for Personal Care Products Council*

                                                    */s/ Thomas T. Locke*

                                                    Thomas T. Locke, Esq.

56709077v.1