**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG) |

**DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S**
**EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Title or Description |
|---|---|
| A | Affidavit of T.Locke |
| 1 | *Simpson* Complaint |
| 2 | *Simpson* Hearing Transcript |
| 3 | Letter from the FDA to Dr. S.Wolfe (Jan. 11, 1979) |
| 4 | Letter from the FDA to Dr. S.Epstein (Apr. 1, 2014) |
| 5 | CTFA "Cosmetic Talc" Testing Guideline (Rev. Nov. 1978) |
| 6 | Product labels for Johnson & Johnson's Baby Powder and Shower to Shower |
| 7 | Transcript from Deposition of D.Hicks (June 28, 2018) |
| 8 | PCPC's Website Page |
| 9 | Copies of Webpages from Third-Party Organizations re: Ovarian Cancer Risk Factors |
| 10 | Copy of NCI Website (Health Professional Version) |