# Ex. A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG) |

## DECLARATION OF THOMAS T. LOCKE IN SUPPORT OF PERSONAL CARE PRODUCTS COUNCIL'S MOTION FOR SUMMARY JUDGMENT

I, Thomas T. Locke, do hereby declare under penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am an attorney with Seyfarth Shaw LLP, counsel for Defendant Personal Care Products Council ("PCPC") in the above-captioned matter.

2. I am over 18 years of age and have personal knowledge of the matters set forth herein.

3. I submit this declaration to place certain documents before the Court and in support of PCPC's Motion for Summary Judgment.

4. A true and correct copy of the Complaint filed in *Denise Celia Simpson, et al. v. Johnson & Johnson, et al.*, case no. 2016 CA 001931 B, in the Superior Court of the District of Columbia is attached hereto as **Exhibit 1**.

5. A true and correct copy of the Hearing Transcript in *Simpson* on PCPC's Special Motion to Dismiss Pursuant to the District of Columbia's Anti-SLAPP Act is attached hereto as **Exhibit 2**.

56699894v.2

6. A true and correct copy of the letter from the U.S. Food and Drug Administration ("FDA") to Dr. Sidney Wolfe dated January 11, 1979 is attached hereto as **Exhibit 3**.

7. A true and correct copy of the Letter from the FDA to Dr. Samuel S. Epstein dated April 1, 2014 is attached hereto as **Exhibit 4**.

8. A true and correct copy of PCPC's definition of cosmetic talc with voluntary testing guidelines is attached hereto as **Exhibit 5**.

9. A true and correct copy of a label for Johnson's Baby Powder is attached hereto as **Exhibit 6.**

10. A true and correct copy of the transcript from the deposition of Donald Hicks on June 28, 2018 is submitted under seal pursuant to protective order and designated as **Exhibit 7**.

11. A true and correct copy of PCPC's cosmeticsinfo.org 2007 website relating to cosmetic talc is attached hereto as **Exhibit 8**.

12. True and correct copies of the following website pages are attached hereto as **Exhibit 9**:

- Cancer Council of Australia. "Inferred Risk" available at: https://www.cancer.org.au/about-cancer/causes-of-cancer/environmental-causes/inferred-risk.html). Sydney: Cancer Council of Australia; 2018;

- World Cancer Research Fund, "Can cosmetics and toiletries cause cancer?" available at https://www.wcrf.org/informed/articles/can-cosmetics-and-toiletries-cause-cancer. London: World Cancer Research Fund; 2017;

- CDC, "Ovarian Cancer" available at: https://www.cdc.gov/cancer/ovarian/basic_info/risk_factors.htm. Atlanta: Centers for Disease Control and Prevention; 2018;

- American Cancer Society, "Ovarian Cancer" available at: https://www.cancer.org/cancer/ovarian-cancer/causes-risks-prevention/risk-factors.html). 2019;

- National Cancer Institute, "Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention (PDQ) - Patient Version" available at:

> https://www.cancer.gov/types/ovarian/patient/ovarian-prevention-pdq#section/_11). Washington, DC: National Cancer Institute; 2018;

- Ovacome, "Talcum powder and ovarian cancer: Fact Sheet 14" available at: https://www.ovacome.org.uk/talcum-powder-and-ovarian-cancer). London: Ovacome; 2018;

- National Cancer Institute, "Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention–for Health Professionals (PDQ®)" available: https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq#section/_9). Washington, DC: National Cancer Institute; 2019.

13. A true and correct copy of the National Cancer Institute's National Cancer Institute, "Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention-for Health Professionals (PDQ®)" available at https://www.cancer.gov/types/ovarian/hp/ ovarian-prevention-pdq#cit/section_3.46 is attached hereto as **Exhibit 10.**

EXECUTED this 6th day of May 2019

Washington, D.C.

By: _____
Thomas T. Locke
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
T: (202) 828-5376
F: (202) 828-5393
tlocke@seyfarth.com

*Attorney for Defendant Personal Care Products Council*

3

56699894v.2