Ex. 6



