Ex. 7

Protected document under Discovery Confidentiality Order.

Paper copy submitted directly with the Court.