UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG)<br><br>MOTION DATE: June 3, 2019<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PERSONAL CARE PRODUCTS COUNCIL'S MOTION FOR SUMMARY JUDGMENT** |

This matter having come before the Court by motion of counsel for Defendant Personal Care Products Council ("PCPC") for summary judgment in favor of PCPC;

It is on this _____ day of _____, 2019,

1. **ORDERED** that PCPC's motion for summary judgment is granted; and it is further

2. **ORDERED** that judgment be entered in favor of PCPC in each and every civil action; and it is further

3. **ORDERED** that a copy of this Order shall be served on the parties of record.

**SO ORDERED**

_____
Honorable Freda L. Wolfson, U.S.D.J.

56709098v.1