UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG) |

PERSONAL CARE PRODUCT COUNCIL'S MOTION TO JOIN AND ADOPT
THE *DAUBERT* MOTIONS FILED BY DEFENDANT JOHNSON & JOHNSON

Pursuant to the Court's Amended Case Management Order No. 12 for Expert Witnesses

and *Daubert* proceedings, Defendant Personal Care Products Council ("PCPC") submits this

Motion to Join the *Daubert* Motions filed by Defendant Johnson & Johnson for Plaintiffs'

designated expert witnesses.  Respecting the Court's time with the volume of material and

experts involved in this case, PCPC seeks to avoid duplication of the briefing of co-defendant

Johnson & Johnson.  The legal issues raised by Johnson & Johnson as to Plaintiffs' designated

expert witnesses for general causation are equally apt to PCPC.  Accordingly, PCPC joins

Johnson & Johnson's arguments as set forth in its *Daubert* Motions filed with this Court on May

7, 2019.  PCPC reserves the right to supplement Johnson & Johnson's briefing to the extent the

Court renders any arguments presented as inapplicable to PCPC.

56576119v.1

DATED: May 7, 2019

Respectfully submitted,

PERSONAL CARE PRODUCTS COUNCIL


By:   */s/ Thomas T. Locke*
Thomas T. Locke, Esq.
Rebecca Woods, Esq.
Renee Appel, Esq.
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
rappel@seyfarth.com

Alexandra Giaccalone Taylor Esq.
Patricia Casamento, Esq.
Jennifer Cheong, Esq.
BARRY, McTIERNAN & WEDINGER P.C.
10 Franklin Avenue
Edison, NJ 08837
Telephone: (732) 738-5600
Facsimile: (732) 738-7518
ataylor@bmctwlaw.com
pcasamento@bmctwlaw.com
jcheong@bmctwlaw.com

*Attorneys for Defendant Personal Care
Products Council*

56576119v.1

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system. The forgoing document was served upon all counsel of record via the CM/ECF system on this 7th day of May, 2019.

          SEYFARTH SHAW LLP
          *Attorneys for Personal Care Products Council*

          */s/ Thomas T. Locke*
          Thomas T. Locke, Esq.

3

56576119v.1