# APPENDIX A

| | Included In Brief On General Causation | Included In Brief On Biological Plausibility | Included In Brief On Ghassan Saed | Included In Brief On Asbestos-Related Opinions | Included In Brief On Heavy Metals, Fragrances And Fibrous Talc | Included In Brief On Opinions Unrelated To General Causation | Included In Brief On Qualifications |
|---|---|---|---|---|---|---|---|
| **Campion, Alan** | | | | | | X | |
| **Carson, Arch** | X | X | | X | X | | X |
| **Clarke-Pearson, Daniel** | X | X | | X | X | | |
| **Cook, Robert** | | | | X | X | | X |
| **Crowley, Michael** | | | | | X | | X |
| **Kane, Sarah** | X | X | | X | X | | X |
| **Kessler, David** | | | | | X | X | |
| **Krekeler, Mark** | | | | X | X | | X |
| **Levy, Shawn** | | X | | X | X | | X |
| **Longo, William** | | | | X | X | | |
| **McTiernan, Anne** | X | X | | X | X | | X |
| **Moorman, Patricia** | X | X | | X | X | | X |
| **Plunkett, Laura** | X | X | | X | X | X | X |
| **Rigler, Mark** | | | | X | X | | |
| **Saed, Ghassan** | | X | X | | | | X |
| **Siemiatycki, Jack** | X | X | | X | X | | X |
| **Singh, Sonal** | X | X | | X | X | | X |
| **Smith, Ellen Blair** | X | X | | X | X | | |
| **Smith-Bindman, Rebecca** | X | X | | X | X | | X |
| **Wolf, Judith** | X | X | | X | X | | |
| **Zambelli-Weiner, April** | | | | | | X | |
| **Zelikoff, Judith** | | X | | X | X | | X |