**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

_____

IN RE: JOHNSON & JOHNSON ) 
TALCUM POWDER PRODUCTS ) 
MARKETING, SALES PRACTICES AND )   MDL Docket No. 2738
PRODUCTS LIABILITY LITIGATION ) 
_____ ) 
)
This Document Relates To All Cases )
_____ )

## OMNIBUS CERTIFICATION OF JULIE L. TERSIGNI

1.      I am an attorney at law of the State of New Jersey and am an associate
of the law firm of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson
& Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson &
Johnson Consumer Companies, Inc.   I submit this Certification based on personal
knowledge in support of Defendants' Johnson & Johnson and Johnson & Johnson
Consumer, Inc.'s Omnibus Motion to Exclude the Opinions of Plaintiffs' Experts
for General Causation *Daubert* Hearing.

2.      Attached hereto are true and correct copies of the following exhibits:

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| **A1** | Abelmann et al., *Historical Ambient Airborne Asbestos Concentrations in the United States – An Analysis of Published and Unpublished Literature (1960s-2000s)*, 27(14) Inhal Toxicol. 754 (2015) |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| A2 | Acheson et al., *Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up*, 39 Br J Ind Med 344 (1982) |
| A3 | Addison & McConnell, *A Review of Carcinogenicity Studies of Asbestos and Non-Asbestos Tremolite and Other Amphiboles*, 52 Regul Toxicol Pharmacol. S180 (2008) |
| A4 | Agency for Toxic Substances & Disease Registry, U.S. Dep't of Health & Human Servs., Toxicological Profile for Cresols (2008) |
| A5 | Agency for Toxic Substances & Disease Registry, U.S. Dep't of Health & Human Servs., Toxicological Profile for Nickel (2005) |
| A6 | Alberg et al., *Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study*, 184 J. Epidemiology 274 (2016) |
| A7 | Allaire et al., *Talc in Liver Tissue of Intravenous Drug Abusers with Chronic Hepatitis*, 92(5) A.J.C.P. 583 (1989) |
| A8 | Amrhein et al., *Retire statistical significance*, 567 Nature 305 (2019) |
| A9 | Baandrup et al., *Nonsteroidal Anti-Inflammatory Drugs and Risk of Ovarian Cancer: Systematic Review and Meta-Analysis of Observational Studies*, 92(3) Acta Obstet Gynecol Scand. 245 (2013) |
| A10 | Bates et al., *The Challenging Pelvic Examination*, 26 J. Gen. Internal Med. 651 (2011) |
| A11 | Berge et al., *Genital use of talc and risk of ovarian cancer: a meta-analysis*, 27(3) Eur J Cancer Prev. 248 (2018) |
| A12 | Bonovas et al., *Do Nonsteroidal Anti-Inflammatory Drugs Affect the Risk of Developing Ovarian Cancer? A Meta-Analysis*, 60(2) Br J Clin Pharmacol. 194 (2005) |
| A13 | Bosch et al., *The causal relation between human papillomavirus and cervical cancer*, 55(4) J. Clin. Pathol. 244 (2002) |
| A14 | Brennan et al., *Secondhand Smoke Exposure in Adulthood and Risk of Lung Cancer Among Never Smokers: A Pooled Analysis of Two Large Studies*, 109 Int'l J. Cancer 125 (2004) |
| A15 | Brydson et al., Analytical Transmission Electron Microscopy 3 (2014) |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| A16 | Buz'Zard & Lau, *Pycnogenol reduces Talc-induced Neoplastic Transformation in Human Ovarian Cancer Cultures*, 21 Phytotherapy Res. 579 (2007) |
| A17 | Camargo et al., *Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis*, 119 Envtl. Health Perspectives 1211 (2011) |
| A18 | Campbell et al., Bureau of Mines, *Selected Silicate Minerals and Their Asbestiform Varieties* (1977) |
| A19 | Center for Evidence-Based Management, *What are the levels of evidence?*, https://www.cebma.org/faq/what-are-the-levels-of-evidence/ (last visited May 1, 2019) |
| A20 | Coggiola et al., *An Update of a Mortality Study of Talc Miners and Millers in Italy*, 44(1) Am J Ind Med. 63 (2003) |
| A21 | Cook et al., *Perineal Powder Exposure and the Risk of Ovarian Cancer*, 145(5) Am. J. Epidemiol. 59 (1997) |
| A22 | Cralley et al., *Fibrous and Mineral Content of Cosmetic Talcum Products*, 29(4) Am Ind Hyg Assoc J. 350 (1968) |
| A23 | Cramer et al., *Genital Talc Exposure and Risk of Ovarian Cancer*, 81 Int'l J. Cancer 351 (1999) |
| A24 | Cramer et al., *Presence of Talc in Pelvic Lymph Nodes of a Woman With Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc*, 110(2) Obstet Gynecol 498 (2007) |
| A25 | Cramer et al., *The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States*, 27(3) Epidemiology 334 (2016) |
| A26 | De Boer, *Transport of Particulate Matter Through the Human Female Genital Tract*, 28 J Reprod Fert. 295 (1972) |
| A27 | Diffraction Verification M68503-001, M68503-002, M68503-009, M68503-010, M68503-014, M68503-019, M68503-020, M68503-023, M68503-026, M68503-028, M68503-042, M68503-057, and M68503-059 |
| A28 | Diffraction Verification M69042-001, M69042-002, M69042-003, M69042-004, M69042-008, and M69042-010 |
| A29 | Diffraction Verification M69757-005 and M69757-007 |
| A30 | Egger et al., *Rationale, potentials, and promise of systematic reviews,* in *Systematic Reviews in Health Care: Meta-Analysis in Context* (M. Egger, G.D. Smith, D.G. Altman, eds. 2001) |

3

| Section A: Scientific Studies, Editorials and Other Articles ||
|---|---|
| **Exhibit No.** | **Description** |
| A31 | Egli & Newton, *The Transport of Carbon Particles in the Human Female Reproductive Tract*, 12 Fertility & Sterility 151 (1961) |
| A32 | Endo-Capron et al., In Vitro *Reponses of Rat Pleural Mesothelial Cells to Talc Samples in Genotoxicity Assays*, 7(1) Toxicol. In Vitro 7 (1993) |
| A33 | European Chemicals Bureau, CAS No: 81-14-1, EINECS No. 201-328-0, *4'-Tert-Butyl-2',6'-Dimethyl-3',5'-Dinitroacetophenone (Musk Ketone) Summary Risk Assessment Report* (2005) |
| A34 | European Commission Health & Consumer Protection Directorate-General, Sci. Committee on Health & Envt'l Risks (SCHER), *Opinion on Classification of Musk Ketone* (Jan. 2006) |
| A35 | Ferrante et al., *Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy*, 115 Envtl. Health Perspectives 1401 (2007) |
| A36 | Ferrer et al., *Influence of Particle Size on Extrapleural Talc Dissemination After Talc Slurry Pleurodesis*, 122(3) Chest 1018 (2002) |
| A37 | Fiume et al., *Safety Assessment of Talc as Used in Cosmetics*, 34(1 Suppl.) Int'l J Toxicol. 66S (2015) |
| A38 | Fletcher et al., *Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer* (manuscript submitted Aug. 22, 2018) |
| A39 | Fletcher et al., *Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer*, Reproductive Sciences (2019) |
| A40 | Gamble & Gibbs, *An Evaluation of the Risks of Lung Cancer and Mesothelioma from Exposure to Amphibole Cleavage Fragments*, 52 Regul Toxicol Pharmacol. S154 (2008) |
| A41 | Gardner et al., *Potential Delivery of Contraceptive Agents to the Female Reproductive Tract*, in *Controlled Release of Pesticides and Pharmaceuticals* (Lewis ed. 1981) |
| A42 | Gates et al., *Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype*, 171(1) Am J Epidemiol. 45 (2010) |
| A43 | Gates et al., *Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer*, 17(9) Cancer Epidemiol Biomarkers Prev. 2436 (2008) |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| **A44** | Genofre et al., *Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles*, 103 Respiratory Med. 91 (2009) |
| **A45** | Gertig et al., *Prospective Study of Talc Use and Ovarian Cancer*, 92 J. Nat. Cancer Inst. 249 (2000) |
| **A46** | Goldstein & Henifin, Fed. Judicial Ctr., *Reference Guide on Toxicology*, in *Reference Manual on Scientific Evidence* 633 (3d ed. 2011) |
| **A47** | Gonzalez et al., *Douching, Talc Use, and Risk of Ovarian Cancer*, 27(6) Epidemiol. 797 (2016) |
| **A48** | Goodman et al., *The nickel ion bioavailability model of the carcinogenic potential of nickel-containing substances in the lung*, 41(2) Crit Rev Toxicol. 142 (2011) |
| **A49** | Graham & Graham, *Ovarian cancer and asbestos*, 1 Envtl Res. 115 (1967) |
| **A50** | Grant et al., *Primary Peritoneal and Ovarian Cancers: An Epidemiological Comparative Analysis*, 21 Cancer Causes Control 991 (2010) |
| **A51** | Green et al., Fed. Judicial Ctr., *Reference Guide on Epidemiology*, in *Reference Manual on Scientific Evidence* 549 (3d ed. 2011) |
| **A52** | Gualtieri, *Towards a quantitative model to predict the toxicity/pathogenicity potential of mineral fibers*, 361 Toxicol. & Applied Pharmacol. 89 (2018) |
| **A53** | Hamilton et al., *Effects of Talc on the Rat Ovary*, 65 Br. J. Exp. Pathol. 101 (1984) |
| **A54** | Hanchette et al., *Ovarian Cancer Incidence in the U.S. and Toxic Emissions from Pulp and Paper Plants: A Geospatial Analysis*, 15 Int'l J. Envtl. Res. Pub. Health 1619 (2018) |
| **A55** | Harlow et al., *Perineal Exposure to Talc and Ovarian Cancer*, 80(1) Obstet Gynecol. 19, 22 (1992) |
| **A56** | Hartge et al., *Talc and Ovarian Cancer*, 250(14) J. Am. Med. Assoc., 1844 (1983) |
| **A57** | Health Canada, *Application of Weight of Evidence and Precaution in Risk Assessment*, https://www.canada.ca/en/health-canada/services/chemical-substances/fact-sheets/application-weight-of-evidence-precaution-risk-assessments.html (last updated June 15, 2017) |

| Section A: Scientific Studies, Editorials and Other Articles ||
|---|---|
| Exhibit No. | Description |
| A58 | Health Canada, Draft Screening Assessment: Talc $(Mg_3H_2(SiO_3)_4)$ (Chem. Abstracts Serv. Registry No. 14807-96-6) (2018) |
| A59 | Heller et al., *Asbestos Exposure and Ovarian Fiber Burden*, 29 Am. J. Indus. Med. 434 (1996) |
| A60 | Heller et al., *The Relationship Between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden*, Am. J. Obstet Gynecol 1507 (1996) |
| A61 | Henderson et al., *Talc and Carcinoma of the Ovary and Cervix*, J Obstet Gynaecol Br Commonw. 266 (1971) |
| A62 | Henderson et al., *The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat*, 40 Enviro. Res. 247 (1986) |
| A63 | Hill, *The Environment and Disease: Association or Causation?*, 58(5) Proc. Royal Soc'y Med. 295 (1965) |
| A64 | Hillegass et al., *Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line*, 73(5) J. Toxicol. Envtl. Health A 423 (2010) |
| A65 | Houghton et al., *Perineal Powder Use and Risk of Ovarian Cancer*, 106(9) J. Nat. Cancer Inst. (2014) |
| A66 | Hsie et al., *The Use of Chinese Hamster Ovary Cells to Quantify Specific Locus Mutation and to Determine Mutagenicity of Chemicals. A Report of the Gene-Tox Program*, 86(2) Mutat Res. 193 (1981) |
| A67 | Huncharek et al., *Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies*, 23 Anticancer Res. 1955 (2003) |
| A68 | Huncharek et al., *Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies*, 16 Eur J Cancer Prev. 422 (2007) |
| A69 | Index of IFRA Standards – 48th Amendment |
| A70 | Int'l Agency for Research on Cancer, World Health Org., 100C *Monographs on the Evaluation of Carcinogenic Risks to Humans: Arsenic, Metals, Fibres, and Dust* (2012) |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| **A71** | Int'l Agency for Research on Cancer, World Health Org., 49 *Monographs on the Evaluation of Carcinogenic Risks to Humans: Chromium, Nickel and Welding* (1990) [excerpts] |
| **A72** | Int'l Agency for Research on Cancer, World Health Org., 93 *Monographs on the Evaluation of Carcinogenic Risks to Humans: Carbon Black, Titanium Dioxide, and Talc* (2010) |
| **A73** | Int'l Agency for Research on Cancer, World Health Org., *Monograph on the Evaluation of Carcinogenic Risks to Humans: Preamble* (2006) |
| **A74** | Int'l Org. for Standardization, *Air Quality – Bulk Materials: Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials* (2012) |
| **A75** | Int'l Org. for Standardization, *Air Quality – Bulk Materials: Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods* (2014) |
| **A76** | Int'l Org. for Standardization, *Ambient Air – Determination of asbestos fibres – Direct-transfer transmission electron microscopy method* (1995) |
| **A77** | International Organization for Standardization, *All about ISO*, https://www.iso.org/about-us.html (last visited May 4, 2019) |
| **A78** | International Organization for Standardization, *ANSI*, https://www.iso.org/member/2188.html (last visited May 4, 2019) |
| **A79** | Ioannidis et al., *The Importance of Predefined Rules and Prespecified Statistical Analyses: Do Not Abandon Significance*, JAMA Online (2019), https://jamanetwork.com/journals/jama/fullarticle/2730486 |
| **A80** | Iturralde & Venter, *Hysterosalpingo-Radionuclide Scintigraphy (HERS)*, 9(4) Seminars in Nuclear Med. 301 (1981) |
| **A81** | Johnson, *Retiring Significance: Raise the Bar*, 567 Nature 461 (2019) |
| **A82** | Jones & Lopez, *Gamete Transportation and Fertilization*, in *Human Reproductive Biology* (3d ed. 2006) |
| **A83** | Kadanali et al., *Evaluation of active and passive transport mechanisms in genital tracts of IUD-bearing women with radionuclide hysterosalpingoscintigraphy*, 63 Contraception 41 (2001) |

| Section A: Scientific Studies, Editorials and Other Articles ||
|---|---|
| **Exhibit No.** | **Description** |
| **A84** | Karageorgi et al., *Perineal Use of Talcum Powder and Endometrial Cancer Risk*, 19(5) Cancer Epidemiol Biomarkers Prev. 1269 (2010) |
| **A85** | Keskin et al., *Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An experimental pilot study*, 280 Archives Gynecol. Obstet. 925 (2009) |
| **A86** | Kunz et al., *The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract*, in *The Fate of the Male Germ Cell* 267 (Ivell & Holstein eds. 1997) |
| **A87** | Langseth & Kjaerheim, *Ovarian cancer and occupational exposure among pulp and paper employees in Norway*, 30(5) Scand. J. Work Envtl. Health 356 (2004) |
| **A88** | Langseth et al., *Perineal Use of Talc and Risk of Ovarian Cancer*, 62 J. Epidemiology & Cmty. Health 358 (2008) |
| **A89** | Letter from Steven M. Musser, Ph.D., Deputy Dir. for Sci. Operations, Ctr. for Food Safety & Applied Nutrition, to Samuel S. Epstein, M.D., Cancer Prev. Coalition, Univ. of Ill. – Chi. School of Pub. Health (Apr. 1, 2014) |
| **A90** | Lin et al., *Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study*, 12(9) Lancet Oncol. 900 (2011) |
| **A91** | Malmberg et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development*, 468 Virchows Arch. 707 (2016) |
| **A92** | MAS TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc: A Quality Control Study, Sept. 6, 2018 |
| **A93** | McDonald et al., *Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes*, 43 Ultrastructural Pathol. 1 (2019) |
| **A94** | Mills et al., *Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California*, 112(3) Int'l J. Cancer 458 (2004) |
| **A95** | Moorman et al., *Ovarian Cancer Risk Factors in African-American and White Women*, 170(5) Am J Epidemiol. 598 (2009) |
| **A96** | Morice et al., *Mucinous Ovarian Carcinoma*, 380(13) N. Engl. J. Med. 1256 (2019) |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| **A97** | Narod, *Talc and Ovarian Cancer*, 141(3) Gynecol. Oncol. 410 (2016) |
| **A98** | Nat'l Inst. for Occupational Health and Safety, *Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research* (2011) |
| **A99** | Nat'l Toxicology Program, Organ Sites with Neoplasia Guided Search Health, https://manticore.niehs.nih.gov/cebssearch/ support/view/CEBS_Organ-Sites-Neoplasia-Guided-Search-Help.pdf (last updated July 21, 2017) |
| **A100** | Nat'l Toxicology Program, U.S. Dep't of Health & Human Servs., No. 389, *Toxicology and Carcinogenesis Studies of Sodium Azide (CAS No. 26628-22-8) in F344/N Rats (Gavage Studies)* (1991) |
| **A101** | Nat'l Toxicology Program, U.S. Dep't of Health & Human Servs., No. 451, *Toxicology and Carcinogenesis of Nickel Oxide (CAS No. 1313-99) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)* (1996) |
| **A102** | Nat'l Toxicology Program, U.S. Dep't of Health & Human Servs., No. 453, *Toxicology and Carcinogenesis of Nickel Subsulfide (CAS No. 12035-72-2) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)* (1996) |
| **A103** | Nat'l Toxicology Program, U.S. Dep't of Health & Human Servs., No. 454, *Toxicology and Carcinogenesis Studies of Nickel Sulfate Hexahydrate (CAS No. 10101-97-0) in F344 Rats and B6C3F1 Mice (Inhalation Studies)* (1996) |
| **A104** | Nat'l Cancer Inst., *Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention (PDQ®)–Health Professional Version*, https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq (last updated Mar. 1, 2019) |
| **A105** | Ness & Cottreau, *Review: Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer*, 91(17) J. Nat'l Cancer Inst. 1459 (1999) |
| **A106** | Ness et al., *Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer*, 11 Epidemiol. 111 (2000) |

| Section A: Scientific Studies, Editorials and Other Articles ||
|---|---|
| **Exhibit No.** | **Description** |
| **A107** | Ni et al., *Meta-Analysis on the Association Between Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer*, 75(1) Br J Clin Pharmacol. 26 (2012) |
| **A108** | Orden et al., *Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis*, 86 Respiration 201 (2013) |
| **A109** | Penninkilampi & Eslick, *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis*, 29 Epidemiol. 41 (2018) |
| **A110** | Peres et al., *Analgesic Medication Use and Risk of Epithelial Ovarian Cancer in African-American Women*, 114 Br J Cancer 819 (2016) |
| **A111** | Peres et al., *Racial/ethnic differences in the epidemiology of ovarian cancer: a pooled analysis of 12 case-control studies*, Int'l J Epidemiol. 1 (2017) |
| **A112** | Perkins & Harvey, U.S. Envt'l Protection Agency, *Test Method: Method for the Determination of Asbestos in Bulk Building Materials* (1993) |
| **A113** | Phillips et al., *Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit*, 16 Toxicol. 161 (1978) |
| **A114** | Pike et al., *Hormonal Factors and the Risk of Invasive Ovarian Cancer: A Population-Based Case-Control Study*, 82(1) Fertility & Sterility 186 (2004) |
| **A115** | Qin et al., *Dietary Quality and Ovarian Cancer Risk in African-American Women*, 185 J Epidemiol. 1281 (2017) |
| **A116** | Rasmussen et al., *Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies*, 185(1) Am J Epidemiol. 8 (2017) |
| **A117** | Reid et al., *Cancer Incidence Among Women and Girls Environmentally and Occupationally Exposed to Blue Asbestos at Wittenoom, Western Australia*, 122 Int'l J. Cancer 2337 (2008) |
| **A118** | Reid et al., *Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis*, 20(7) Cancer Epidemiol Biomarkers Prev. 1287 (2011) |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
| **A119** | Reid et al., *Gynecologic and Breast Cancers in Women After Exposure to Blue Asbestos at Wittenoom*, 18 Cancer Epidemiol. Biomarkers Prev. 140 (2009) |
| **A120** | Reuter et al., *Oxidative Stress, Inflammation and Cancer: How Are They Linked?*, 49 Free Radical Bio. Med. 1603 (2010) |
| **A121** | Rhodes et al., *Carcinogenesis studies of benzophenone in rats and mice*, 45(5) Food Chem Toxicol. 843 (2007) |
| **A122** | Robert-Sauve Research Institute in Occupational Health and Safety, *Studies and Research Projects: Synthesis of Knowledge on Tremolite in Talc (Report R-755)* (2012) |
| **A123** | Roggli & Green, *Dimensions of Elongated Mineral Particles: A Study of More Than 570 Fibers From More Than 90 Cases with Implications for Pathogenicity and Classification as Asbestiform vs. Cleavage Fragments*, Ultrastruct Pathol. 1 (2019) |
| **A124** | Rosenblatt et al., *Characteristics of Women Who Use Perineal Powders*, 92(5) Obstet Gynecol. 753 (1998) |
| **A125** | Rosenblatt et al., *Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer*, 25(2) Cancer Causes Control 737 (2011) |
| **A126** | Rothman et al., *Interpretation of Epidemiologic Studies on Talc and Ovarian Cancer* (2000) |
| **A127** | Saed et al., *Dichloroacetate Induces Apoptosis of Epithelial Ovarian Cancer Cells Through a Mechanism Involving Modulation of Oxidative Stress*, 18 Reprod. Sci. 1253 (2011) |
| **A128** | Saed et al., *Updates on the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer*, 145 Gynecol. Oncol. 595 (2017) |
| **A129** | Schildkraut et al., *Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study*, 25(10) Cancer Epidemiol Biomarkers Prev. (2016) |
| **A130** | Senthil et al., *Evidence of Oxidative Stress in the Circulation of Ovarian Cancer Patients*, 339 Clinica Chimica Acta 27 (2004) |
| **A131** | Shukla et al., *Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity*, 41 Am. J. Respiratory Cell Molecular Biology 114 (2009) |
| **A132** | *Significant debate*, 567 Nature 283 (Mar. 21, 2019) |

| Section A: Scientific Studies, Editorials and Other Articles ||
| Exhibit No. | Description |
| --- | --- |
| A133 | Silbergeld, *The Role of Toxicology in Causation: A Scientific Perspective*, 1 Courts. Health Sci. & L. 374 (1991) |
| A134 | Sjösten et al., *Retrograde migration of glove powder in human female genital tract*, 19 Hum. Reprod. 991 (2004) |
| A135 | Smith et al., *Biologic Tests of Tremolite in Hamsters*, Dusts Disease 335 (1979) |
| A136 | Stanton et al., *Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and other Fibrous Minerals*, 67(3) J. Nat'l Cancer Inst. 965 (1981) |
| A137 | Taher et al., *Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer* (unpublished, 2018) |
| A138 | Taylor et al., *Meta-analysis of studies of passive smoking and lung cancer: effects of study type and continent*, 36 Int'l J. Epidemiol. 1048 (2007) |
| A139 | Terry et al., *Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls*, 6(8) Cancer Prevention Res. 811 (2013) |
| A140 | Terry et al., *Supplemental Selenium May Decrease Ovarian Cancer Risk in African-American Women*, 147 J. Nutrition 621 (2017) |
| A141 | Trabert et al., *Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium*, 111(2) J. Nat'l Cancer Inst. 137 (2019) |
| A142 | Trabert et al., *Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium*, 106(2) J. Nat'l Cancer Inst. 1 (2014) |
| A143 | Trabert et al., *Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial*, 135 Gynecol Oncol. 297 (2014) |
| A144 | U.S. Envtl. Protection Agency, CAS No. 18540-29-9, *Toxicological Review of Hexavalent Chromium* (1998) |
| A145 | U.S. Envtl. Protection Agency, *Integrated Risk Information System, 4-Methylphenol; CASN 106-44-5 4* (1993), |

| Section A: Scientific Studies, Editorials and Other Articles | |
|---|---|
| **Exhibit No.** | **Description** |
|  | https://cfpub.epa.gov/ncea/iris/iris_documents/ documents/subst/0302_summary.pdf |
| A146 | U.S. Geological Survey, *Some Facts About Asbestos* (2001) |
| A147 | U.S. Geological Survey, Tremolite Images Nos. 2, 18, 20 |
| A148 | Ventner & Iturralde, *Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries*, SA Med. J. 917 (1979) |
| A149 | Wehner et al., *On Talc Translocation From the Vagina to the Oviducts and Beyond*, 24 Food Chem Toxicol. 329 (1986) |
| A150 | Werebe et al., *Systemic Distribution of Talc After Intrapleural Administration in Rats*, 115(1) Chest 190 (1999) |
| A151 | Wergeland et al., *Morbidity and Mortality in Talc-Exposed Workers*, 17(4) Am J Ind Med. 505 (1990) |
| A152 | Wild et al., *A Cohort Mortality and Nested Case-Control Study of French and Austrian Talc Workers*, 59(2) Occup Environ Med. 98 (2002) |
| A153 | World Cancer Res. Fund & Am. Inst. for Cancer Res., *Continuous Update Project Expert Report: Judging the Evidence* (2018) |
| A154 | World Cancer Res. Fund Int'l Continuous Update Project, *Diet, Nutrition, Physical Activity and Ovarian Cancer* (revised 2018) |
| A155 | Wu et al., *African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates*, 24(7) Cancer Epidemiology Biomarkers Prev. 1094 (2015) |
| A156 | Wylie et al., *Mineralogical Features Associated with Cytotoxic and Proliferative Effects of Fibrous Talc and Asbestos on Rodent Tracheal Epithelial and Pleural Mesothelial Cells*, 147 Toxicol. Applied Pharmacol. 143 (1997) |
| A157 | Wynder et al., *Weak Associations in Epidemiology and Their Interpretation*, 11 Preventive Med. 464 (1982) |
| A158 | Yamate et al., *Methodology for the Measurement of Airborne Asbestos by Electron Microscopy* (1984) |
| A159 | Zervomanolakis et al., *Physiology of Upward Transport in the Human Female Genital Tract*, 1101 Ann. N.Y. Acad. Sci. 1 (2007) |

| Section B: MDL Depositions and Exhibits [1] | |
|---|---|
| **Exhibit No.** | **Description** |
| **B1** | Deposition of Alan Campion, Ph.D., Jan. 9, 2019 |
| **B2** | Deposition of Anne McTiernan, M.D., Ph.D., Jan. 28, 2019 |
| **B3** | Deposition of April Zambelli-Weiner, Ph.D. Vol. I, Jan. 11, 2019 |
| **B4** | Deposition of April Zambelli-Weiner, Ph.D. Vol. II, Feb. 7, 2019 |
| **B5** | Deposition of Arch I. Carson, M.D., Ph.D., Jan. 19, 2019 |
| **B6** | Deposition of Benjamin Neel, M.D., Ph.D., Mar. 19, 2019 |
| **B7** | Deposition of Brooke T. Mossman, M.S., Ph.D., Apr. 8, 2019 |
| **B8** | Deposition of Brooke T. Mossman, M.S., Ph.D., Exhibit 24 |
| **B9** | Deposition of Christian Merlo, M.D., M.P.H., Apr. 18, 2019 |
| **B10** | Deposition of Daniel L. Clarke-Pearson, M.D., Feb. 4, 2019 |
| **B11** | Deposition of Ellen Blair Smith, M.D., Jan. 9, 2019 |
| **B12** | Deposition of Ghassan Saed, Ph.D. Vol. 1, Jan. 23, 2019 |
| **B13** | Exhibit 1 to Deposition of Ghassan Saed, Ph.D. Vol. 1; and produced version of SAED000001-97(color) also attached |
| **B14** | Exhibit 8 to Deposition of Ghassan Saed, Ph.D. Vol. 1 |
| **B15** | Exhibit 9 to Deposition of Ghassan Saed, Ph.D. Vol. 1; and produced version of Abstract Lab Notes also attached |
| **B16** | Exhibit 19 to Deposition of Ghassan Saed, Ph.D. Vol. 1 |
| **B17** | Exhibit 20 to Deposition of Ghassan Saed, Ph.D. Vol. 1 |
| **B18** | Exhibit 21 to Deposition of Ghassan Saed, Ph.D. Vol. 1 |
| **B19** | Deposition of Ghassan Saed, Ph.D. Vol. 2, Feb. 14, 2019 |
| **B20** | Exhibit 23 to Deposition of Ghassan Saed, Ph.D. Vol. 2; and produced version of Pilot Study Lab Notes also attached |
| **B21** | Exhibit 31 to Deposition of Ghassan Saed, Ph.D. Vol. 2 |
| **B22** | Exhibit 33 to Deposition of Ghassan Saed, Ph.D. Vol. 2 |
| **B23** | Exhibit 35 to Deposition of Ghassan Saed, Ph.D. Vol. 2 |
| **B24** | Exhibit 39 to Deposition of Ghassan Saed, Ph.D. Vol. 2 |
| **B25** | Exhibit 44 to Deposition of Ghassan Saed, Ph.D. Vol. 2 |
| **B26** | Deposition of Gregory Diette, M.D., Apr. 9, 2019 |
| **B27** | Deposition of H. Nadia Moore, Ph.D., Apr. 4, 2019 |
| **B28** | Deposition of Ie-Ming Shih, M.D., Ph.D., Mar. 26, 2019 |
| **B29** | Deposition of Jack Siemiatycki, Ph.D., Jan. 31, 2019 |
| **B30** | Deposition of Judith K. Wolf, M.D., Jan. 7, 2019 |

[1] Relevant excerpts have been highlighted for the Court.

| Section B: MDL Depositions and Exhibits [1] | |
|---|---|
| **Exhibit No.** | **Description** |
| **B31** | Deposition of Judith Zelikoff, Ph.D., Jan. 21, 2019 |
| **B32** | Deposition of Karla Ballman, Ph.D., Mar. 22, 2019 |
| **B33** | Deposition of Laura Plunkett, Ph.D., D.A.B.T., Dec. 19, 2018 |
| **B34** | Deposition of Mark Krekeler, Ph.D., Jan. 25, 2019 |
| **B35** | Deposition of Mark W. Rigler, Ph.D., Feb. 6, 2019 |
| **B36** | Deposition of Michael Birrer, M.D., Ph.D., Mar. 29, 2019 |
| **B37** | Deposition of Michael Crowley, Ph.D., Jan. 4, 2019 |
| **B38** | Exhibit 18 to Deposition of Michael Crowley, Ph.D. |
| **B39** | Deposition of Patricia G. Moorman, M.S.P.H., Ph.D., Jan. 25, 2019 |
| **B40** | Deposition of Rebecca Smith-Bindman, M.D. Vol. I, Feb. 7, 2019 |
| **B41** | Exhibit 24 to Deposition of Rebecca Smith-Bindman, M.D. Vol. I |
| **B42** | Deposition of Rebecca Smith-Bindman, M.D. Vol. II, Feb. 8, 2019 |
| **B43** | Deposition of Robert Cook, Ph.D., Jan. 30, 2019 |
| **B44** | Deposition of Robert Kurman, M.D., Apr. 2, 2019 |
| **B45** | Deposition of Sarah E. Kane, M.D., Jan. 25, 2019 |
| **B46** | Deposition of Shawn Levy, Ph.D., Jan. 11, 2019 |
| **B47** | Deposition of Sonal Singh, M.D., M.P.H., Jan. 16, 2019 |
| **B48** | Deposition of William E. Longo, Ph.D., Feb. 5, 2019 |
| **B49** | Exhibit 12 to Deposition of William E. Longo, Ph.D. |

| Section C: MDL Expert Reports and CVs | |
|---|---|
| **Exhibit No.** | **Description** |
| **C1** | Second Supplemental Expert Report of William E. Longo, Ph.D. & Mark W. Rigler, Ph.D., Feb. 1, 2019 |
| **C2** | Amended Expert Report of Robert B. Cook, Ph.D., Jan. 22, 2019 |
| **C3** | Curriculum Vitae of Dr. Mark W. Rigler, Ph.D. |
| **C4** | Curriculum Vitae of Dr. William E. Longo, Ph.D. |
| **C5** | Expert Report of Alan Campion, Ph.D., Nov. 16, 2018 |
| **C6** | Expert Report of Ann G. Wylie, Ph.D., Feb. 25, 2019 |
| **C7** | Expert Report of Anne McTiernan, M.D., Ph.D., Nov. 16, 2018 |
| **C8** | Expert Report of April Zambelli-Weiner, Ph.D., M.P.H., Nov. 16, 2018 |
| **C9** | Expert Report of Arch Carson, M.D., Ph.D., Nov. 16, 2018 |
| **C10** | Expert Report of Benjamin G. Neel, M.D., Ph.D., Feb. 25, 2019 |

| Section C: MDL Expert Reports and CVs | |
|---|---|
| **Exhibit No.** | **Description** |
| **C11** | Expert Report of Brooke Taylor Mossman, M.S., Ph.D., Feb. 25, 2019 |
| **C12** | Expert Report of Cheryl Christine Saenz, M.D., Feb. 25, 2019 |
| **C13** | Expert Report of Christian Merlo, M.D., M.P.H., Feb. 25, 2019 |
| **C14** | Expert Report of Daniel L. Clarke-Pearson, M.D., Nov. 16, 2018 |
| **C15** | Expert Report of David A. Kessler, M.D., Nov. 16, 2018 |
| **C16** | Expert Report of Ellen Blair Smith, M.D., Nov. 16, 2018 |
| **C17** | Expert Report of Ghassan Saed, Ph.D., Nov. 16, 2018 |
| **C18** | Expert Report of Gregory Diette, M.D., M.H.S., Feb. 25, 2019 |
| **C19** | Expert Report of H. Nadia Moore, Ph.D., D.A.B.T., E.R.T., Feb. 25, 2019 [Portions redacted pursuant to Discovery Confidentiality Order dated March 1, 2017] |
| **C20** | Expert Report of Ie-Ming Shih, M.D., Ph.D., Feb. 25, 2019 |
| **C21** | Expert Report of Jack Siemiatycki, M.Sc., Ph.D., Nov. 16, 2018 |
| **C22** | Expert Report of Jeff Boyd, Ph.D., Feb. 25, 2019 |
| **C23** | Expert Report of Judith Wolf, M.D., Nov. 16, 2018 |
| **C24** | Expert Report of Judith Zelikoff, Ph.D., Nov. 16, 2018 |
| **C25** | Expert Report of Karla Ballman, Ph.D., Feb. 25, 2019 |
| **C26** | Expert Report of Kelly Scribner Tuttle, Ph.D., C.I.H., Feb. 25, 2019 [Portions redacted pursuant to Discovery Confidentiality Order dated March 1, 2017] |
| **C27** | Expert Report of Kevin Holcomb, M.D., F.A.C.O.G., Feb. 25, 2019 |
| **C28** | Expert Report of Laura M. Plunkett, Ph.D., D.A.B.T., Nov. 16, 2018 |
| **C29** | Expert Report of Laura Webb, Ph.D., Feb. 25, 2019 |
| **C30** | Expert Report of M. Darby Dyar, Ph.D., Feb. 25, 2019 |
| **C31** | Expert Report of Mark Krekeler, Ph.D., Nov. 16, 2018 |
| **C32** | Expert Report of Mary Poulton, Ph.D., Feb. 25, 2019 |
| **C33** | Expert Report of Michael Birrer, M.D., Ph.D., Feb. 25, 2019 |
| **C34** | Expert Report of Michael M. Crowley, Ph.D., Nov. 12, 2018 [Portions redacted pursuant to Discovery Confidentiality Order dated March 1, 2017] |
| **C35** | Expert Report of Patricia G. Moorman, M.S.P.H., Ph.D., Nov. 16, 2018 |
| **C36** | Expert Report of Rebecca Smith-Bindman, M.D., Nov. 15, 2018 |
| **C37** | Expert Report of Robert J. Kurman, M.D., Feb. 25, 2019 |

| Section C: MDL Expert Reports and CVs | |
|---|---|
| **Exhibit No.** | **Description** |
| **C38** | Expert Report of Sarah E. Kane, M.D., Nov. 15, 2018 |
| **C39** | Expert Report of Shawn Levy, Ph.D., Nov. 16, 2018 |
| **C40** | Expert Report of Sonal Singh, M.D., M.P.H., Nov. 16, 2018 |
| **C41** | Excerpts of the Expert Report of William E. Longo, Ph.D. & Mark W. Rigler, Ph.D., Nov. 14, 2018 |

| Section D: Produced Documents | |
|---|---|
| **Exhibit No.** | **Description** |
| **D1** | JNJ_000245002-148 |
| **D2** | JNJ000322351-475 |
| **D3** | JNJ000085376-78 |
| **D4** | JNJTALC000147667-68 |
| **D5** | JNJTALC000294523-24 |
| **D6** | JNJTALC000891091-104 |
| **D7** | JNJTALC001021615-16 |

| Section E: Non-MDL Depositions, Transcripts, Expert Reports and Court Filings[2] | |
|---|---|
| **Exhibit No.** | **Description** |
| **E1** | Excerpts of the Deposition of Jack Siemiatycki, Ph.D., *Oules v. Johnson & Johnson*, No. 2014 CA 088327 B (D.C. Super. Ct. Dec. 16, 2016) |
| **E2** | Excerpts of the Deposition of Patricia Moorman, Ph.D., M.S.P.H., *Ingham v. Johnson & Johnson*, No. 1522-CC10417-01 (Mo. Cir. Ct. Mar. 12, 2018) |
| **E3** | Excerpts of the Deposition of William E. Longo, Ph.D., *Anderson v. Borg-Warner Corp.*, No. BC666513, JCCP No. 5674 (Cal. Super. Ct. Mar. 29, 2018) |
| **E4** | Excerpts of the Deposition of William E. Longo, Ph.D., *Herford v. AT&T Corp.*, No. BC646315 (Cal. Super. Ct. Aug. 23, 2017) |

---

[2] Relevant testimony in trial transcripts and deposition transcripts is highlighted for the Court.

| Section E: Non-MDL Depositions, Transcripts, Expert Reports and Court Filings[2] | |
|---|---|
| **Exhibit No.** | **Description** |
| **E5** | Excerpts of the Deposition of William E. Longo, Ph.D., *In re Kelvin Manbodh Asbestos Litig.*, No. 324/1997 (V.I. Terr. Ct. May 28, 2002) |
| **E6** | Excerpts of the Deposition of William E. Longo, Ph.D., *Rimondi v. BASF Catalysts LLC*, No. MID-L-2912-17 (N.J. Super. Ct. Law Div. Jan. 7, 2019) |
| **E7** | Excerpts of the Deposition of William E. Longo, Ph.D., *Starkweather v. ACandS, Inc.*, No. 00-6030 (Mass. Super Ct. July 18, 2002) |
| **E8** | Excerpts of the Deposition of William E. Longo, Ph.D., *Von Salzen v. American Int'l Indus. Inc.*, No. BC6805786 (Cal. Super. Ct. June 27, 2018) |
| **E9** | Excerpts of the Deposition of William E. Longo, Ph.D., *Weirick v. Brenntag N. Am., Inc.*, No. BC656425 (Cal. Super. Ct. Apr. 17, 2018) |
| **E10** | Excerpts of the Deposition of William E. Longo, Ph.D., *Weirick v. Brenntag N. Am., Inc.*, No. BC656425 (Cal. Super. Ct. Apr. 17, 2019) |
| **E11** | Excerpts of the Deposition of William E. Longo, Ph.D., *Wittman v. Brenntag N. Am., Inc.*, No. BC646439 (Cal. Super. Ct. Nov. 20, 2017) |
| **E12** | Excerpts of the Deposition of William E. Longo, Ph.D., *Young v. Johnson & Johnson*, No. 1522-CC09728-02 (Mo. Cir. Ct. Jan. 25, 2019) |
| **E13** | Expert Report of Jack Siemiatycki M.Sc., Ph.D. on Talc Use and Ovarian Cancer (Oct. 4, 2016) (submitted in *Lloyd v. Johnson & Johnson* (*Plaintiff Eva Echeverria only*), No. BC628228 (JCCP No. 4872) (Cal. Super Ct.) |
| **E14** | Excerpts of the Longo & Rigler, Suppl. Expert Report & Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos, *Ingham v. Johnson & Johnson*, No. 1522-CC10417-01 (Mo. Cir. Ct. Mar. 11, 2018) |
| **E15** | Order Ex. A, *In re Lamar Cty. Asbestos Litig.*, No. 2000-3559 (Tex. Dist. Ct. July 5, 2001) |

| Section E: Non-MDL Depositions, Transcripts, Expert Reports and Court Filings[2] | |
|---|---|
| **Exhibit No.** | **Description** |
| **E16** | Rulings on Motions *in Limine* Ex. B, *Weirick v. Brenntag N. Am., Inc.*, No. BC656425 (Cal. Super. Ct. July 23, 2018) |
| **E17** | Tentative Ruling Permitting Dr. Plunkett's Opinions in Part, *Lloyd v. Johnson & Johnson*, No. BC628228, JCCP No. 4872 (Cal. Super. Ct.) |
| **E18** | Excerpts of Transcript of Proceedings, *Allen v. Brenntag N. Am., Inc.*, No. DR 180132 (Cal. Super. Ct. Oct. 1, 2018) |
| **E19** | Excerpts of Transcript of Proceedings (A.M. Session), *Herford v. AT&T Corp.*, No. BC646315, JCCP 4674 (Cal. Super. Ct. Oct. 25, 2017) |
| **E20** | Excerpts of Trial Transcript, *Anderson v. Borg-Warner Corp.*, No. BC666513, JCCP No. 5674 (Cal. Super. Ct. May 15, 2018) |
| **E21** | Excerpts of Trial Transcript, *Allen v. Brenntag N. Am., Inc.*, No. DR180132 (Cal. Super. Ct. Oct. 17, 2018) |
| **E22** | Excerpts of Trial Transcript, *Allen v. Brenntag N. Am., Inc.*, No. DR180132 (Cal. Super. Ct. Oct. 19, 2018) |
| **E23** | Excerpts of Trial Transcript, *Brick v. Brenntag N. Am., Inc.*, No. BC674595 (Cal. Super. Ct. May 31, 2018) |
| **E24** | Excerpts of Trial Transcript, *Henry v. Brenntag N. Am., Inc.*, No. MID-1748-17AS (N.J. Super. Ct. Law Div. Oct. 10, 2018) |
| **E25** | Excerpts of Trial Transcript, *Leavitt v. Johnson & Johnson*, No. RG17882401 (Cal. Super. Ct. Feb. 7, 2019) |
| **E26** | Excerpts of Trial Transcript, *Leavitt v. Johnson & Johnson*, No. RG17882401 (Cal. Super. Ct. Feb. 14, 2019) |
| **E27** | Excerpts of Trial Transcript, *Ingham v. Johnson & Johnson*, No. 1522-CC10417-01 (Mo. Cir. Ct. June 8, 2018) |
| **E28** | Excerpts of Trial Transcript, *Olson v. Brenntag N. Am.*, No. 190328 (N.Y. Sup. Ct. Feb. 26, 2019) |
| **E29** | Excerpts of Trial Transcript, *Rimondi v. BASF Catalysts LLC*, No. MID-L-2912-17 (N.J. Super. Ct. Law Div. Mar. 5, 2019) |
| **E30** | Excerpts of Trial Transcript, *Russell v. Janssen Res. & Dev. LLP*, No. 150500362 (Phila. Ct. Comm. Pls. Apr. 12, 2018) |
| **E31** | Excerpts of Trial Transcript, *Weirick v. Brenntag N. Am., Inc.*, No. BC656425 (Cal. Super. Ct. Aug. 24, 2018) |

| Section F: Plaintiffs' Experts' Communications with Health Canada ||
| Exhibit No. | Description |
|---|---|
| F1 | Email Submission of Anne McTiernan, M.D., Ph.D. to Health Canada, Feb. 5, 2019 |
| F2 | Letter from Jack Siemiatycki, M.Sc., Ph.D. to Health Canada, Feb. 6, 2019 |
| F3 | Email Exchange between Anne McTiernan, M.D., Ph.D. and Scott Hancock, Health Canada, Feb. 21, 2019 |
| F4 | Email Exchange between Ghassan Saed, Ph.D. and Scott Hancock, Health Canada, Feb.-Mar. 2019 |
| F5 | Email Exchange between Jack Siemiatycki, M.Sc., Ph.D. and Scott Hancock, Health Canada, Mar. 2019 |

| Section G: Documents Relating to Dr. Saed's Lab Notebooks ||
| Exhibit No. | Description |
|---|---|
| G1 | Plaintiffs' Steering Committee's Responses & Objections to the Notice of Dep. of Ghassan M. Saed, Ph.D. & Duces Tecum, Dec. 20, 2018 |
| G2 | Letter from P. Leigh O'Dell to Hon. Joel A. Pisano, Dec. 27, 2018 |
| G3 | Letter from Susan M. Sharko to Hon. Joel A. Pisano, Jan. 25, 2019 |
| G4 | Letter from Daniel R. Lapinski to Hon. Joel A. Pisano, Jan. 31, 2019 |
| G5 | Letter from Hon. Joel A. Pisano to Counsel, Feb. 5, 2019 |
| G6 | Letter Opinion from Hon. Joel A. Pisano to All Counsel of Record, Apr. 26, 2019 |

| Section H: Plaintiffs' Requests for Baby Powder Formula Documents ||
| Exhibit No. | Description |
|---|---|
| H1 | Letter from Chris Tisi to Susan Sharko, Aug. 30, 2018 |
| H2 | Exhibits 1-3 to Response Email from Richard T. Bernardo to Chris Tisi, Oct. 16, 2018 [FILED UNDER SEAL Pursuant to Discovery Confidentiality Order dated March 1, 2017] |

| Section I: Miscellaneous MDL Documents | |
|---|---|
| **Exhibit No.** | **Description** |
| **I1** | 2-TalcDataResults-janehall.xlsx produced by plaintiffs prior to the deposition of Rebecca Smith-Bindman |
| **I2** | Email Exchange between Susan Sharko and P. Leigh O'Dell, Feb.-Mar. 2019 |
| **I3** | Plaintiffs' Steering Committee's Initial Designation & Disclosure of Non-Case Specific Expert Witnesses |

3.     I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.


Dated:  May 7, 2019

Julie L. Tersigni