# EXHIBIT A21

American Journal of Epidemiology
Copyright © 1997 by The Johns Hopkins University School of Hygiene and Public Health
All rights reserved

Vol 145, No 5
Printed in U.S.A.

# Perineal Powder Exposure and the Risk of Ovarian Cancer

Linda S. Cook,[1] Mary L. Kamb,[1,2] and Noel S. Weiss[1,2]

This case-control study evaluated the risk of epithelial ovarian cancer associated with genital exposure to various forms of powder application. Cases included all women aged 20–79 years in three counties of western Washington who were diagnosed with borderline or invasive ovarian cancer from 1986 through 1988; 64.3% of eligible cases were interviewed. A sample of similarly aged women who lived in these counties, identified by random digit dialing, served as controls. The overall response among control women was 68.0%. Information on powder application and other potential risk factors was ascertained during the in-person interview. Overall, ovarian cancer cases ($n = 313$) were more likely than controls ($n = 422$) to ever have used powder (age-adjusted relative risk (RR)) = 1.5, 95% confidence interval (CI) 1.1–2.0). After adjustment for age and other methods of genital powder application (none vs. any), an elevated relative risk of ovarian cancer was noted only for women with a history of perineal dusting (RR = 1.6, 95% CI 1.1–2.3) or use of genital deodorant spray (RR = 1.9, 95% CI 1.1–3.1) These results offer support for the hypothesis, raised by prior epidemiologic studies, that powder exposure from perineal dusting contributes to the development of ovarian cancer, and they suggest that use of genital deodorant sprays may do so as well. Limitations of the present study include the fairly low proportion of eligible women who participated and the potential differential recall of powder usage. *Am J Epidemiol* 1997;145:459–65.

ovarian neoplasms; powders; talc

Studies documenting the migration of carbon particles and radioactive particulate agents from the vagina to the ovaries (1, 2), as well as those that have identified talc-like particles more frequently in ovarian tumors than in normal human ovarian tissue (3), have raised concern that genital powder exposure may increase a woman's risk of developing ovarian cancer. While the results of several epidemiologic studies have suggested elevated risks for ovarian cancer among women with genital powder exposures (4–11), results have been inconsistent for particular methods of powder application (12). In this population-based case-control study, information on the method, duration, and frequency of powder application was collected to evaluate the impact of genital powder exposures on the risk of epithelial ovarian cancer.

## MATERIALS AND METHODS

Women with invasive or borderline epithelial ovarian cancer were identified from records of the population-based Cancer Surveillance System of western Washington. Eligible case subjects included white women diagnosed between January 1, 1986, and December 31, 1988, who resided in three counties of western Washington (King, Pierce, and Snohomish counties) and were 20–79 years of age at diagnosis. After obtaining permission from their personal physicians to contact the women and obtaining written, informed consent, we successfully interviewed 329 (64.3 percent) of the 512 eligible case subjects. The remaining 183 women were not interviewed because of death prior to study contact ($n = 104$, 20.3 percent), physician or subject refusal ($n = 73$, 14.3 percent), and lack of success in locating the women ($n = 6$, 1.2 percent). Seven women whose self-reported race/ethnicity was other than white and nine women with unknown genital powder use were also excluded. Thus, a total of 313 white women diagnosed with borderline ($n = 79$) or invasive ($n = 234$) epithelial ovarian tumors were available for analysis.

Women identified as control subjects for this study were part of a larger control pool selected by random digit dialing (13) for several studies of cancer in women. Of the total 10,109 calls made by random digit dialing, 5,853 (57.9 percent) were to nonresidential phone numbers, 3,830 (37.9 percent) were to residential phone numbers, and 426 (4.2 percent) were to

Received for publication May 20, 1996, and accepted for publication October 22, 1996.
Abbreviations: CI, confidence interval; RR, relative risk
[1] Fred Hutchinson Cancer Research Center, Seattle, WA.
[2] Department of Epidemiology, University of Washington, Seattle, WA.
Reprint requests to Dr. Linda S Cook, MP-381, Fred Hutchinson Cancer Research Center, 1124 Columbia Street, Seattle, WA 98104.

Downloaded from http://aje.oxfordjournals.org/ by guest on May 4, 2016

Case 3:16-md-02738-MAS-RLS Document 9723-23 Filed 05/07/19 Page 3 of 8 PageID: 27353

numbers of unknown residential status; 3,604 (94.1 percent) of the 3,830 calls to residential households were screened for eligible women who were age matched, in 5-year age groups, to the combined female cancer case group. Of the 721 women identified who were eligible, 521 (72.3 percent) were successfully interviewed after written, informed consent was obtained. The overall response (random digit dialing screening response multiplied by the interview response) was 68.0 percent. Women who reported race/ ethnicity other than white ($n = 28$), age greater than 79 ($n = 5$), a history of bilateral oophorectomy ($n = 58$), uncertainty concerning a history of bilateral oophorectomy ($n = 4$), and unknown genital powder use ($n = 4$) were excluded, resulting in a total of 422 white control women for analysis.

Information regarding genital powder exposures was collected by structured, in-person interviews. Women were queried about storing diaphragms in powder, dusting perineal areas with powder after bathing, powdering sanitary napkins, and using genital deodorant sprays (which may contain aerosolized powder). Those who answered affirmatively were questioned further about the duration and frequency of powder application and about the types of powder applied. Powders were grouped into five categories: cornstarch, talcum powder, baby powder, deodorant powder, and scented body/bath powder. Information on demographic characteristics, reproductive history, medical and screening histories, smoking history, anthropometry, and birth control methods was also provided by the women. A calendar was used to record major life events and enhance recall of past exposures. Relevant study information was recorded only for exposures that occurred prior to the diagnosis date of cancer among the cases or the analogous reference date among controls.

Logistic regression (EGRET version 26.6; Statistics and Epidemiology Research Corporation, Seattle, Washington) was used to determine odds ratios as estimates of the relative risk for ovarian cancer associated with genital powder application and 95 percent confidence intervals (14). For all the relative risk estimates reported in the present analysis, women who reported any method, type, or frequency of genital powder application were compared with women who stated that they had never applied genital powder in any manner (154 ovarian cancer cases and 256 controls). Trends were evaluated using the likelihood ratio statistic (14).

First, the relative risk for ovarian cancer among women who reported exclusive use of one of the four methods of powder application was assessed (table 2). Then, because many women used more than one method of powder application, the risk for ovarian cancer among women who reported any use of the four methods of powder application was assessed while adjusting for the other methods of powder application (table 3). Similarly, ovarian cancer risk by exclusive and nonexclusive use of the type(s) of powder used for perineal dusting, diaphragm storage, or on sanitary napkins was assessed (table 4). To assess the impact of genital powder exposure on the risk of specific histologic categories of ovarian tumors (table 5), we grouped borderline and invasive ovarian tumors according to the following *International Classification of Diseases for Oncology* histologic codes (15): serous tumors (codes 8441, 8442, 8460, 8461, and 8462); mucinous tumors (codes 8470, 8472, 8473, 8480, and 8481); endometrioid tumors (codes 8380, 8381, and 8560); and other tumors that included clear cell (code 8310), undifferentiated (code 8020), and unclassified/ other (codes 8010, 8050, 8140, 8240, 8260, 8440, 8450, and 9000). All relative risk estimates were adjusted for age. Further adjustment for education, income, marital status, body mass index (weight (kg)/ height (m)$^2$), oral contraceptive use, or parity did not alter the estimated relative risks. Information on lactation was not available. Separate analyses for women diagnosed with invasive ovarian cancer and for those diagnosed with borderline ovarian cancer produced results very similar to those presented in tables 2–5.

## RESULTS

Selected characteristics of ovarian cancer cases and controls are presented in table 1. Less education, a lower household income, and a higher body mass index were more common among women with ovarian cancer than among control women, but oral contraceptive use and having had a full-term birth were less common.

Genital powder application was more common among cases (50.8 percent) than controls (39.3 percent) (table 2). There was an overall 50 percent elevation in the risk for ovarian cancer associated with the use of one or more of the four possible methods of genital powder application (95 percent CI 1.1–2.0). Among women who exclusively used a single method of powder application, ovarian cancer risk was most strongly elevated among those who dusted perineal areas with powder after bathing (RR = 1.8, 95 percent CI 1.2–2.9).

We further examined ovarian cancer risk among women who reported application of genital powders using each of the four methods, although not necessarily exclusive use of any method (table 3). Perineal dusting was associated with an increased risk of ovar-

Downloaded from http://aje.oxfordjournals.org/ by guest on May 4, 2016

Case 3:16-md-02738-MAS-RLS   Document 9723-23   Filed 05/07/19   Page 4 of 8 PageID: 27354

TABLE 1. Characteristics of epithelial ovarian cancer cases and controls: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Characteristic | Cases ($n = 313$) | | Controls ($n = 422$) | |
|---|---|---|---|---|
| | No | % | No | % |
| Age (years) | | | | |
| 20–34 | 34 | 10.9 | 84 | 19.9 |
| 35–44 | 50 | 16.0 | 136 | 32.2 |
| 45–54 | 60 | 19.2 | 65 | 15.4 |
| 55–64 | 88 | 28.1 | 63 | 14.9 |
| 65–79 | 81 | 25.9 | 74 | 17.5 |
| Education (years) | | | | |
| ≤8 | 15 | 4.8 | 14 | 3.3 |
| 9–12 | 124 | 39.6 | 144 | 34.1 |
| 13–16 | 146 | 46.6 | 219 | 51.9 |
| >16 | 27 | 8.6 | 45 | 10.7 |
| Unknown | 1 | 0.3 | 0 | |
| Annual household income ($) | | | | |
| <15,000 | 90 | 28.8 | 83 | 19.7 |
| 15,000–30,000 | 91 | 29.1 | 153 | 36.3 |
| >30,000–45,000 | 60 | 19.2 | 81 | 19.2 |
| >45,000 | 63 | 20.1 | 96 | 22.7 |
| Unknown/refused | 9 | 2.9 | 9 | 2.1 |
| Marital status | | | | |
| Single | 32 | 10.2 | 33 | 7.8 |
| Married | 186 | 59.4 | 292 | 69.2 |
| Separated/divorced/widowed | 95 | 30.4 | 97 | 23.0 |
| Body mass index (kg/m$^2$) | | | | |
| <21 | 56 | 17.9 | 97 | 23.0 |
| 21–22 | 89 | 28.4 | 145 | 34.4 |
| 23–24 | 73 | 23.3 | 75 | 17.8 |
| ≥25 | 95 | 30.4 | 105 | 24.9 |
| Oral contraceptive use | | | | |
| Never or ≤12 months | 224 | 71.6 | 221 | 52.4 |
| >12 months but <5 years | 50 | 16.0 | 93 | 22.0 |
| ≥5 years | 39 | 12.5 | 108 | 25.6 |
| Total pregnancies | | | | |
| 0 | 57 | 18.2 | 56 | 13.3 |
| 1 | 42 | 13.4 | 56 | 13.3 |
| ≥2 | 214 | 68.4 | 309 | 73.2 |
| Unknown | 0 | | 1 | 0.2 |
| Total full-term births | | | | |
| 0 | 79 | 25.2 | 83 | 19.7 |
| 1 | 46 | 14.7 | 69 | 16.4 |
| ≥2 | 188 | 60.1 | 269 | 63.7 |
| Unknown | 0 | | 1 | 0.2 |

Downloaded from http://aje.oxfordjournals.org/ by guest on May 4, 2016

ian cancer (RR = 1.6, 95 percent CI 1.1–2.3), although there was no clear pattern of increasing risk with increasing duration of use. When the small contribution of perineal dusting after a hysterectomy or tubal ligation was excluded from the analysis, our relative risk estimates were nearly unchanged (data not shown). In 1976, the cosmetic industry proposed voluntary guidelines to limit contamination of consumer powders (16), and we attempted to evaluate ovarian cancer risk associated with any perineal dusting in 1976 or before and with exclusive perineal dusting in 1977 or thereafter. Women with any perineal dusting in 1976 or before had an elevated risk (RR = 1.8, 95 percent CI 1.1–2.9), but we were unable to evaluate exclusive perineal dusting in 1977 and thereafter since only four cases and 10 controls had this exposure. The use of genital deodorant sprays was also associated with an elevated ovarian cancer risk (RR = 1.9, 95 percent CI 1.1–3.1), with the strongest elevation in risk among the small number of women ($n = 15$) who used these sprays for more than 1 year (RR = 2.7, 95 percent CI 1.1–6.6). Storing a diaphragm in powder or powdering sanitary napkins was not related to the risk of developing an ovarian tumor (RR = 1.0, 95 percent CI 0.6–1.6, and RR = 0.9, 95 percent CI 0.5–1.5, respectively).

Case 3:16-md-02738-MAS-RLS   Document 9723-23   Filed 05/07/19   Page 5 of 8 PageID: 27355

TABLE 2. Relative risk of epithelial ovarian cancer associated with any genital powder use and by exclusive use of various methods of powder application: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Powder application | Ovarian cancer cases ($n = 313$) | | Controls ($n = 422$) | | RR* | 95% CI* |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| Lifetime genital powder application | | | | | | |
| None | 154 | 49.2 | 256 | 60.7 | 1.0 | Referent |
| Any | 159 | 50.8 | 166 | 39.3 | 1.5 | 1 1–2.0 |
| Exclusive use of | | | | | | |
| Perineal dusting only | 55 | 17.6 | 48 | 11.4 | 1.8 | 1.2–2.9 |
| Diaphragm storage in powder only | 22 | 7.0 | 35 | 8.3 | 0 8 | 0.4–1.4 |
| Powder on sanitary napkins only | 12 | 3.8 | 10 | 2 4 | 1.5 | 0.6–3.6 |
| Genital deodorant spray only | 18 | 5.8 | 28 | 6.6 | 1 5 | 0 8–3.0 |

* RR, relative risk, adjusted for age, CI, confidence interval

No specific type of powder used for perineal dusting, diaphragm storage, or on sanitary napkins was strongly related to ovarian cancer risk, although there was a suggestion of an elevated risk associated with any use of talcum powder and bath/body powders (RR = 1.6, 95 percent CI 0.9–2.8, and RR = 1.5, 95 percent CI 0.9–2.4, respectively) (table 4). When specific histologic categories of ovarian tumors were examined, any genital powder application was associated with an elevated risk for serous tumors (RR = 1.7, 95 percent CI 1.1–2.5) and the nonspecific category of other tumors (RR = 1.8, 95 percent CI 1.1–2.8), whereas no elevation in risk was noted for the small number of women with mucinous tumors (RR = 0.7, 95 percent CI 0.4–1.4) or endometrioid tumors (RR = 1.2, 95 percent CI 0.6–2.3) (table 5).

## DISCUSSION

There are several issues that should be considered in the interpretation of our results. A sizable number of women eligible for our study did not participate, particularly among those with ovarian cancer. Many women with cancer died before they could be approached about participation in this study, and others were too ill to participate. If substantial differences in powder use existed between participating and nonparticipating women, our study results may over- or underestimate the true risks for ovarian cancer. It is also possible that the completeness of the reporting of powder use differed between cases and controls, biasing our relative risk estimates to some degree.

Additionally, it is not clear how well ascertainment of perineal powder application correctly estimates actual exposure to particles in powder that may influence ovarian cancer risk. Different consumer brands of powder that women used, or even different lots of the same brand, may have varied substantially in the content of talc, asbestiform minerals, or structurally similar compounds. Powder content has also varied over time, presumably with fewer asbestiform minerals present in more recently manufactured products (17–19).

Our results suggest that a history of perineal dusting or use of genital deodorant sprays has a modest influence on the development of epithelial ovarian tumors, whereas storing a diaphragm in powder or powdering sanitary napkins does not. Direct comparisons of our results with those of the other nine published studies (and among these studies) are somewhat limited because of differences in the definitions, groupings, and analysis of genital powder use. Nonetheless, there is some consistency in results among studies. Seven studies including the present one (4, 6, 8–11) reported elevated relative risks for ovarian cancer, ranging from 1.3 to 3.9, among women with powder exposure by "dusting of the perineum." Of the three remaining studies that evaluated the more general exposure of "talc use in genital/perineal area" (which may or may not include perineal, sanitary napkin, diaphragm, or undergarment applications), two observed a modest elevation in ovarian cancer risk (5, 7), whereas one did not (20).

Most studies including the present one have found little, if any, excess risk for ovarian cancer among women who stored their diaphragms in powder (4–8, 10); only one study has reported a suggestion of an elevation in risk (11). In the present study, control women more frequently reported washing their diaphragms prior to use than did ovarian cancer cases, but ovarian cancer risk was not substantially elevated for the small number of women who did not wash their diaphragms prior to use. The relation between powdering sanitary napkins and ovarian cancer risk is less clear; three studies including the present study found

Case 3:16-md-02738-MAS-RLS Document 9723-23 Filed 05/07/19 Page 6 of 8 PageID: 27356

TABLE 3. Relative risk of epithelial ovarian cancer associated with genital powder use by methods of powder application: King, Pierce, and Snohomish counties, Washington State, 1986–1988*

| Lifetime genital powder application | Ovarian cancer cases (n = 313) | | Controls (n = 422) | | RR† | 95% CI† |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| None | 154 | 49.2 | 256 | 60.7 | 1.0 | Referent |
| Any perineal dusting | 95 | 30.4 | 87 | 20.6 | 1.6 | 1.1–2.3 |
| Cumulative lifetime days | | | | | | |
| ≤2,000 | 20 | 6.4 | 22 | 5.2 | 1.8 | 0.9–3.5 |
| 2,001–5,000 | 24 | 7.7 | 26 | 6.2 | 1.6 | 0.9–2.9 |
| 5,001–10,000 | 21 | 6.7 | 22 | 5.2 | 1.2 | 0.6–2.4 |
| >10,000 | 28 | 8.9 | 17 | 4.0 | 1.8 | 0.9–3.4 |
| Unknown | 2 | 0.6 | 0 | | | |
| Diaphragm storage in powder | 46 | 14.7 | 51 | 12.1 | 1.0 | 0.6–1.6 |
| Cumulative lifetime months | | | | | | |
| ≤60 | 24 | 7.7 | 26 | 6.2 | 1.1 | 0.6–1.9 |
| >60 | 15 | 4.8 | 20 | 4.7 | 0.8 | 0.4–1.7 |
| Unknown | 7 | 2.2 | 5 | 1.2 | | |
| Usually washed before use | | | | | | |
| No | 19 | 6.1 | 14 | 3.3 | 1.4 | 0.7–3.0 |
| Yes | 20 | 6.4 | 31 | 7.3 | 0.7 | 0.4–1.4 |
| Unknown | 7 | 2.2 | 6 | 1.4 | | |
| Any powder on sanitary napkins | 38 | 12.1 | 40 | 9.5 | 0.9 | 0.5–1.5 |
| Cumulative lifetime months | | | | | | |
| ≤120 | 25 | 8.0 | 21 | 5.0 | 1.3 | 0.7–2.4 |
| >120 | 12 | 3.8 | 19 | 4.5 | 0.5 | 0.2–1.1 |
| Unknown | 1 | 0.3 | 0 | | | |
| Lifetime applications | | | | | | |
| ≤1,000 | 23 | 7.3 | 19 | 4.5 | 1.3 | 0.7–2.5 |
| >1,000 | 14 | 4.5 | 21 | 5.0 | 0.6 | 0.3–1.2 |
| Unknown | 1 | 0.3 | 0 | | | |
| Any genital deodorant spray | 40 | 12.8 | 40 | 9.5 | 1.9 | 1.1–3.1 |
| Cumulative lifetime months | | | | | | |
| ≤12 | 24 | 7.7 | 31 | 7.4 | 1.5 | 0.9–2.8 |
| >12 | 15 | 4.8 | 9 | 2.1 | 2.7‡ | 1.1–6.6 |
| Unknown | 1 | 0.3 | 0 | | | |
| Lifetime applications | | | | | | |
| ≤500 | 29 | 9.3 | 34 | 8.1 | 1.7 | 1.0–2.9 |
| >500 | 10 | 3.2 | 6 | 1.4 | 2.6‡ | 0.9–7.6 |
| Unknown | 1 | 0.3 | 0 | | | |

\* Numbers do not add up to total cases and controls because women may have used a variety of methods for powder application.
† RR, relative risk, adjusted for age and for the other methods of genital powder application (none, any), CI, confidence interval.
‡ p value for trend < 0.05.

no association (6, 10), whereas three other studies reported moderate elevations in risk (4, 8, 11).

Only two other studies have evaluated particular types of powder; one reported an excess risk of borderline ovarian tumors among women who used deodorant powders (8), and another study reported an excess risk of ovarian cancer among women who used baby powders (10). A strong relation between the types of powder used and ovarian cancer risk was not found in the present study, although there was a suggestion of an elevated risk with any use of talcum powder and bath/body powders among women using these powders for perineal dusting, diaphragm storage, or on sanitary napkins.

The present study is the first to evaluate the association between genital deodorant spray use and ovarian cancer risk; these preliminary results require confirmation in other studies. It is difficult to postulate that an increased risk for ovarian cancer may specifically be due to powder and associated constituents when some of the deodorant sprays do not contain aerosolized powder. It is possible that it is not powder per se

Downloaded from http://aje.oxfordjournals.org/ by guest on May 4, 2016

TABLE 4. Relative risk of epithelial ovarian cancer associated with type of powder used with perineal dusting, diaphragm storage, or sanitary napkins: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Type of powder | Ovarian cancer cases ($n = 313$) | | Controls ($n = 422$) | | RR* | 95% CI* |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| Lifetime use (none) | 154 | 49 2 | 256 | 60.7 | 1.0 | Referent |
| Exclusive use of | | | | | | |
| Talcum powder only | 16 | 5 1 | 16 | 3.8 | 1.2† | 0.6–2.5 |
| Baby powder only | 31 | 9 9 | 36 | 8.5 | 1.4† | 0.8–2.4 |
| Cornstarch only | 5 | 1 6 | 11 | 2.6 | 0.9† | 0.3–2.9 |
| Deodorizing powder only | 9 | 2 9 | 10 | 2.4 | 1 0† | 0.4–2.6 |
| Bath/body powder only | 27 | 8 6 | 25 | 5.9 | 1.6† | 0.9–3 0 |
| Unspecified type only | 11 | 3 5 | 4 | 0.9 | | |
| Use of‡ | | | | | | |
| Any talcum powder | 33 | 10.5 | 23 | 5 5 | 1.6§ | 0 9–2.8 |
| Any baby powder | 52 | 16.6 | 61 | 14.5 | 1.1§ | 0.7–1 8 |
| Any cornstarch | 8 | 2.6 | 16 | 3 8 | 0 8§ | 0.3–2 0 |
| Any deodorizing powder | 24 | 7.7 | 24 | 5 7 | 1.1§ | 0.6–2.0 |
| Any bath/body powder | 52 | 16 6 | 43 | 10 2 | 1.5§ | 0.9–2.4 |
| Any unspecified type | 24 | 7 7 | 11 | 2.6 | | |

\* RR, relative risk; CI, confidence interval.
† Adjusted for age
‡ Numbers do not add up to total cases and controls with any powder use because women may have used a variety of powders
§ Adjusted for age and the other types of powders used (yes, no).

TABLE 5. Relative risk of epithelial ovarian cancer associated with any genital powder use by tumor histology: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Histologic type | Any powder application | | No powder application | | RR* | 95% CI* |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| Controls | 166 | 39.3 | 256 | 60.7 | 1 0 | Referent |
| Serous tumors ($n = 131$) | 71 | 54.2 | 60 | 45 8 | 1.7 | 1.1–2.5 |
| Mucinous tumors ($n = 43$) | 14 | 32.6 | 29 | 67.4 | 0.7 | 0.4–1.4 |
| Endometrioid tumors ($n = 36$) | 17 | 47.2 | 19 | 52.8 | 1.2 | 0.6–2 3 |
| Other tumors† ($n = 103$) | 57 | 55.3 | 46 | 44.7 | 1.8 | 1.1–2 8 |

\* RR, relative risk, adjusted for age; CI, confidence interval
† Other tumors include 17 clear cell, three undifferentiated, and 83 unclassified (adenocarcinoma or unspecified carcinoma) tumors

but other unidentified chemical substances present in deodorant sprays that may influence the development of ovarian cancer.

A partner's use of condoms that were packed in talc could also have contributed to a woman's genital powder exposure (21). There was insufficient information in the present study to address the influence of condom use on the risk for ovarian cancer. Seven (2.2 percent) ovarian cancer cases and 19 (4.5 percent) control women reported a history of exposure to condoms packed in talc, whereas 20 (6.4 percent) cases and 34 (8.1 percent) controls did not know if their partners had used condoms packed in talc. Furthermore, few women knew or remembered the brand of condoms their partners had used.

The specific constituent(s) of powders that may influence the development of ovarian cancer is unknown, although attention has been focused on fibrous talc particles and asbestos (17–19, 22). Talc, a hydrous magnesium silicate, is a constituent of almost all body and baby powders except for those that are specifically labeled as talc free or pure cornstarch. The nonfibrous, sheet-like layers of talc in these powders slide across each other, allowing a smooth application on the skin. Talc-based powders may also contain fibrous particles, most of which are talc fibers, but some can be asbestiform fibers (17, 18). While pure talc is relatively nontoxic, adverse health effects can include induction of talc granulomas when introduced in open wounds and, in the occupational setting, pneumoconi-

Downloaded from http://aje.oxfordjournals.org/ by guest on May 4, 2016

Case 3:16-md-02738-MAS-RLS Document 9723-23 Filed 05/07/19 Page 8 of 8 PageID: 27358

osis (talcosis) in individuals with long-term exposure to talc dust (19). Occupational exposure to talc does not appear to increase the risk for pulmonary malignancies (19). Most animal studies confirm this, with lung tumors developing only in rats exposed to doses of talc dust high enough to cause chronic obstructive and restrictive lung toxicity (19). Excess ovarian tumors have not been reported in rats and mice with long-term exposure to aerosol talc (23). In contrast, occupational exposure to asbestos fibers has been shown to cause lung tumors (24) and has been associated with the development of ovarian tumors (25). Thus, while there is little biologic or experimental evidence to support a role for talc per se in the development of ovarian malignancies, the potential biologic effects of consumer powders (with their variable constituents) on the human ovary have not been well studied.

The prevalence of genital powder exposure reported among control women in this and other studies conducted in the United States ranges from 28 percent to 51 percent (4-6, 8, 10). Given such a common practice, even the modest elevation in ovarian cancer risk associated with genital powder application suggested by most of the epidemiologic studies could have a notable impact on the incidence of ovarian cancer in the United States. We recommend that cohort studies address this question; these studies could eliminate concerns regarding the potential differences in the reporting of genital powder exposures between cases and controls. We also believe that further characterization of the constituents of powder products that may influence ovarian cancer risk and the investigation of their possible biologic mechanisms of carcinogenesis are warranted.

## ACKNOWLEDGMENTS

This research was supported by grant R35 CA39779 from the National Cancer Institute and by the Cancer Surveillance System of the Fred Hutchinson Cancer Research Center, which is funded by contract no. N01-CN-05230 from the Surveillance, Epidemiology, and End Results (SEER) Program of the National Cancer Institute with additional support from the Fred Hutchinson Cancer Research Center

The authors thank Kay Byron and Judy Kuskin for their programming assistance, Diana Farrow for assistance with data collection, and Robert C. Lee for his review of the manuscript and insightful comments.

## REFERENCES

1. Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril 1961;12:151-5.
2. Ventor PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries S Afr Med J 1979;55 917-19
3. Henderson WJ, Joslin CA, Turnbull AC, et al Talc and carcinoma of the ovary and cervix J Obstet Gynaecol Br Commonw 1971;78 266-72.
4. Cramer DW, Welch WR, Scully RE, et al. Ovarian cancer and talc a case-control study. Cancer 1982;50:372-6
5. Hartge P, Hoover R, Lesher LP, et al. Talc and ovarian cancer. (Letter). JAMA 1983,250:1844.
6. Whittemore AS, Wu ML, Paffenbarger RS Jr, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228-40
7. Booth M, Beral V, Smith P Risk factors for ovarian cancer a case-control study. Br J Cancer 1989;60:592-8.
8. Harlow BL, Weiss NS A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989,130:390-4.
9. Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 1992,21:23-9.
10. Harlow BL, Cramer DW, Bell DA, et al Perineal exposure to talc and ovarian cancer risk Obstet Gynecol 1992,80:19-26.
11. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol 1992;45 20-5
12. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995; 21.254-60.
13. Waksberg J Sampling methods for random digit dialing. J Am Stat Soc 1978,73:40-6.
14. Breslow NE, Day NE, eds. Statistical methods in cancer research. Vol 1. The analysis of case-control studies Lyon: International Agency for Research on Cancer, 1980. (IARC scientific publication no. 32)
15. World Health Organization. International classification of diseases for oncology. 2nd ed Geneva: World Health Organization, 1990.
16. Cosmetic, Toiletry, and Fragrance Association (CTFA). Talc specification and methods. In CTFA compendium of cosmetic ingredient composition. Washington, DC: CTFA, 1976 10-17
17. Cralley LJ, Key MM, Groth DH, et al. Fibrous and mineral content of cosmetic talcum products Am Ind Hyg Assoc J 1968;29:350-4
18. Rohl AN, Langer AM, Selikoff IJ, et al Consumer talcums and powders: mineral and chemical characterization J Toxicol Environ Health 1976;2 255-84
19. Zazenski R, Ashton WH, Briggs D, et al. Talc: occurrence, characterization, and consumer applications. Regul Toxicol Pharmacol 1995;21:218-29.
20. Tzonou A, Polychronopoulou A, Hsieh C, et al Hair dyes, analgesics, tranquilizers, and perineal talc application as risk factors for ovarian cancer Int J Cancer 1993;55:408-10
21. Kasper CS, Chandler PJ. Possible morbidity in women from talc on condoms JAMA 1995,273:846-7.
22. Paoletti L, Caiazza S, Donelli G, et al Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regul Toxicol Pharmacol 1984;4:222-35
23. National Toxicology Program (NTP) Toxicology and carcinogenesis studies of talc in F344/N rats and B6C3F$_1$ mice (inhalation studies). Research Triangle Park, NC. US Department of Health and Human Services, 1993. (NIH publication no. 93-3152).
24. Roggli VL. Human disease consequences of fiber exposures: a review of human lung pathology and fiber burden data Environ Health Perspect 1990,88:295-303.
25. Weiss NS, Cook LS, Farrow DC, et al Ovary. In: Schottenfeld D, Fraumeni JF, eds Cancer epidemiology and prevention. 2nd ed. New York: Oxford University Press, 1996.

Downloaded from http://aje.oxfordjournals.org/ by guest on May 4, 2016