# EXHIBIT A29

## **DIFFRACTION VERIFICATIONS**

1) M69757-005
2) M69757-007

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel Å)} = \text{SPACING (Å)}$$
$$\text{MEASURED DISTANCE (pixels)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixel Å) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 36 | 5.34 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:          **M69757-005-001**                    Film #: **310979**

Analyst:   **JGC**                              Date of Photo: **12/15/2018**

Date Verified:          **12/17/2018**                    EDS Verified: **Yes**

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\frac{\text{CAMERA CONSTANT (pixelÅ)}}{\text{MEASURED DISTANCE (pixels)}} = \text{SPACING (Å)}$$

1)   The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spacing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 37 | 5.20 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:    **M69757-005-001 Diff 2**          Film #: **310981**

Analyst:    **JGC**          Date of Photo: **12/15/2018**

Date Verified:    **12/17/2018**          EDS Verified: **Yes**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\frac{\text{CAMERA CONSTANT (pixel\AA)}}{\text{MEASURED DISTANCE (pixels)}} = \text{SPACING (\AA)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 37 | 5.20 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:     <u>Anthophyllite</u>

MAS Job #:     <u>M69757-005-002</u>          Film #: <u>311005</u>

Analyst:   <u>JGC</u>          Date of Photo: <u>12/15/2018</u>

Date Verified:     <u>12/17/2018</u>          EDS Verified: <u>Yes</u>

<u>Zone Axis Information</u>
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \text{SPACING (\AA)}$$
MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 35 | 5.50 |

Streaking Observed: _____     Closely spaced dots: _____

Type of amphibole diffraction verified:     __Anthophyllite__

MAS Job #:     __M69757-005-002 Diff 2__          Film #: __311008__

Analyst:   __JGC__                    Date of Photo: __12/15/2018__

Date Verified:     __12/17/2018__          EDS Verified: __Yes__

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \frac{\text{SPACING (\AA)}}{\text{MEASURED DISTANCE (pixels)}}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|----------------|-------|--------|-------------------------|--------------|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|-------------------|-------------------------|------------------------|
| 192.4 | 37 | 5.20 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:          **M69757-005-003**          Film #: **311012**

Analyst:  **JGC**          Date of Photo: **12/15/2018**

Date Verified:          **12/17/2018**          EDS Verified: **Yes**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = SPACING (Å)

**MEASURED DISTANCE (pixels)**

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 37 | 5.20 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:          **M69757-005-003 Diff 2**          Film #: **311014**

Analyst:   **JGC**          Date of Photo: **12/15/2018**

Date Verified:          **12/17/2018**          EDS Verified: **Yes**

**Zone Axis Information**

d(hk0) =

d(hkl) =

Angle =

ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \frac{\text{SPACING (\AA)}}{\text{MEASURED DISTANCE (pixels)}}$$

1)    The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 35 | 5.50 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:      **Anthophyllite**

MAS Job #:      **M69757-005-004**                    Film #: **311019**

Analyst:   **JGC**                              Date of Photo: **12/15/2018**

Date Verified:      **12/17/2018**               EDS Verified: **Yes**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

CAMERA CONSTANT (pixelÅ)  =  SPACING (Å)
MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 35.5 | 5.42 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          Anthophyllite

MAS Job #:          M69757-005-004 Diff 2          Film #: 311020

Analyst:   JCG          Date of Photo: 12/15/2018

Date Verified:          12/17/2018          EDS Verified: Yes

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = SPACING (Å)
**MEASURED DISTANCE (pixels)**

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 36.5 | 5.27 |

**Streaking Observed:** _____          **Closely spaced dots:** _____

**Type of amphibole diffraction verified:**          **Anthophyllite**

**MAS Job #:**          M69757-005-005          **Film #:** 311026

**Analyst:**   JGC          **Date of Photo:** 12/15/2018

**Date Verified:**          12/17/2018          **EDS Verified:** Yes

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \text{SPACING (\AA)}$$
$$\text{MEASURED DISTANCE (pixels)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 35.5 | 5.42 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:     **M69757-005-005 Diff 2**          Film #: **311027**

Analyst:     **JGC**          Date of Photo: **12/15/2018**

Date Verified:     **12/17/2018**          EDS Verified: **Yes**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\frac{\text{CAMERA CONSTANT (pixel\AA)}}{\text{MEASURED DISTANCE (pixels)}} = \text{SPACING (\AA)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|----------------|-------|--------|-------------------------|--------------|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|-------------------|-------------------------|-----------------------|
| 192.4 | 35.5 | 5.42 |

Streaking Observed: _____     Closely spaced dots: _____

Type of amphibole diffraction verified:     **Anthophyllite**

MAS Job #:     **M69757-005-006**          Film #: **311033**

Analyst:   **JGC**                 Date of Photo: **12/16/2018**

Date Verified:     **12/17/2018**          EDS Verified: **Yes**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = SPACING (Å)
**MEASURED DISTANCE (pixels)**

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 192.4 | 36.5 | 5.27 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:          **M69757-005-006 Diff 2**          Film #: **311035**

Analyst:   **JGC**          Date of Photo: **12/16/2018**

Date Verified:          **12/17/2018**          EDS Verified: **Yes**


**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \text{SPACING (\AA)}$$
$$\text{MEASURED DISTANCE (pixels)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 411.6 | 1.97 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:          **M69757-007-001**          Film #: **NA**

Analyst:   **JC**          Date of Photo: **12/15/2018**

Date Verified:          **12/18/2018**          EDS Verified: **YES**

**Zone Axis Information**
d(hk0) =          10.1
d(hkl) =          1.97
Angle =          83
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

### CAMERA CONSTANT (pixelÅ) = SPACING (Å)
### MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 318.1 | 2.55 |

Streaking Observed: _____     Closely spaced dots: _____

Type of amphibole diffraction verified:     **Anthophyllite**

MAS Job #:     M69757-007-001 Diff 2          Film #: **NA**

Analyst: **JC**                    Date of Photo: **12/15/2018**

Date Verified:     **12/18/2018**          EDS Verified: **YES**

**Zone Axis Information**
d(hk0) =          5.13
d(hkl) =          2.55
Angle =            69
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

### CAMERA CONSTANT (pixelÅ) = SPACING (Å)
### MEASURED DISTANCE (pixels)

1)      The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spacing (Å) | Range +/- 5% |
|----------------|-------|--------|------------------------|--------------|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|-------------------|-------------------------|------------------------|
| 810.7 | 160.3 | 5.06 |

**Streaking Observed:** _____          **Closely spaced dots:** _____

**Type of amphibole diffraction verified:**      Anthophyllite

**MAS Job #:**      M69757-007-002                    **Film #:** NA

**Analyst:**   JC                              **Date of Photo:** 12/16/2018

**Date Verified:**      12/18/2018                  **EDS Verified:** YES

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \text{SPACING (\AA)}$$
$$\text{MEASURED DISTANCE (pixels)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|----------------|-------|--------|-------------------------|--------------|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|-------------------|-------------------------|------------------------|
| 810.7 | 148.2 | 5.47 |

Streaking Observed: _____        Closely spaced dots: _____

Type of amphibole diffraction verified:        **Anthophyllite**

MAS Job #:        **M69757-007-002 Diff 2**        Film #: **NA**

Analyst:   **JC**        Date of Photo: **12/16/2018**

Date Verified:        **12/18/2018**        EDS Verified: **YES**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

### CAMERA CONSTANT (pixel·Å)  =  SPACING (Å)
### MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixel·Å) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 147.6 | 5.49 |

**Streaking Observed:** _____        **Closely spaced dots:** _____

**Type of amphibole diffraction verified:**        Anthophyllite

**MAS Job #:**        M69757-007-003        **Film #:** NA

**Analyst:**   JC        **Date of Photo:** 12/16/2018

**Date Verified:**        12/18/2018        **EDS Verified:** YES

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

### CAMERA CONSTANT (pixelÅ)  =  SPACING (Å)
### MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 152.4 | 5.32 |

Streaking Observed:  _____        Closely spaced dots:  _____

Type of amphibole diffraction verified:        Anthophyllite

MAS Job #:    M69757-007-003 Diff 2              Film #: NA

Analyst:    JC                                  Date of Photo: 12/16/2018

Date Verified:    12/18/2018                    EDS Verified: YES

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = SPACING (Å)
**MEASURED DISTANCE (pixels)**

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 157.1 | 5.16 |

**Streaking Observed:** _____          **Closely spaced dots:** _____

**Type of amphibole diffraction verified:**          Anthophyllite

**MAS Job #:**          <u>M69757-007-004</u>          **Film #:** <u>NA</u>

**Analyst:**  <u>JC</u>          **Date of Photo:** <u>12/16/2018</u>

**Date Verified:**          <u>12/18/2018</u>          **EDS Verified:** <u>YES</u>

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\frac{\text{CAMERA CONSTANT (pixel\AA)}}{\text{MEASURED DISTANCE (pixels)}} = \text{SPACING (\AA)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spacing (Å) | Range +/- 5% |
|----------------|-------|--------|------------------------|--------------|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|-------------------|-------------------------|------------------------|
| 810.7 | 148.6 | 5.46 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:     __Anthophyllite__

MAS Job #:     __M69757-007-004 Diff 2__          Film #: __NA__

Analyst:   __JC__          Date of Photo: __12/16/2018__

Date Verified:     __12/18/2018__          EDS Verified: __YES__

__Zone Axis Information__
d(hk0) =       5.22
d(hkl) =       5.46
Angle =        90
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = SPACING (Å)
**MEASURED DISTANCE (pixels)**

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spacing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 147.9 | 5.48 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:     **Anthophyllite**

MAS Job #:     __M69757-007-005__          Film #: __NA__

Analyst:   __JC__          Date of Photo: __12/16/2018__

Date Verified:     __12/18/2018__          EDS Verified: __YES__

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\text{CAMERA CONSTANT (pixel\AA)} = \frac{\text{SPACING (\AA)}}{\text{MEASURED DISTANCE (pixels)}}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 182.1 | 4.45 |

Streaking Observed: _____     Closely spaced dots: _____

Type of amphibole diffraction verified:     **Anthophyllite**

MAS Job #:     <u>M69757-007-005 Diff 2</u>          Film #: <u>NA</u>

Analyst: <u>JC</u>               Date of Photo: <u>12/17/2018</u>

Date Verified: <u>12/18/2018</u>          EDS Verified: <u>YES</u>

<u>Zone Axis Information</u>
d(hk0) =        3.82
d(hkl) =        4.45
Angle =         105
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

### CAMERA CONSTANT (pixelÅ) = SPACING (Å)
### MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 153.4 | 5.28 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Actinolite**

MAS Job #:          **M69757-007-006**                    Film #: **NA**

Analyst:   **JC**                              Date of Photo: **12/16/2018**

Date Verified:          **12/18/2018**                    EDS Verified: **YES**

### Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = SPACING (Å)
**MEASURED DISTANCE (pixels)**

1)       The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 148.9 | 5.44 |

**Streaking Observed:** _____          **Closely spaced dots:** _____

**Type of amphibole diffraction verified:**          **Anthophyllite**

**MAS Job #:**          M69757-007-007          **Film #: NA**

**Analyst:   JC**          **Date of Photo:** 12/16/2018

**Date Verified:**          12/18/2018          **EDS Verified: YES**

**Zone Axis Information**
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = **SPACING (Å)**
**MEASURED DISTANCE (pixels)**

1)        The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

**VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT**

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 492 | 1.65 |

Streaking Observed: _____        Closely spaced dots: _____

Type of amphibole diffraction verified:      <u>Anthophyllite</u>

MAS Job #:      <u>M69757-007-007 Diff 2</u>        Film #: <u>NA</u>

Analyst:   <u>JC</u>        Date of Photo: <u>12/16/2018</u>

Date Verified:     <u>12/18/2018</u>        EDS Verified: <u>YES</u>

<u>Zone Axis Information</u>
d(hk0) =       5.34
d(hkl) =       1.65
Angle =        91
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

CAMERA CONSTANT (pixelÅ) = SPACING (Å)
MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 150.6 | 5.38 |

Streaking Observed: _____     Closely spaced dots: _____

Type of amphibole diffraction verified:     Anthophyllite

MAS Job #:     M69757-007-008     Film #: NA

Analyst:   JC     Date of Photo: 12/17/2018

Date Verified:     12/18/2018     EDS Verified: YES

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

$$\frac{\text{CAMERA CONSTANT (pixelÅ)}}{\text{MEASURED DISTANCE (pixels)}} = \text{SPACING (Å)}$$

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spacing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 280.9 | 2.89 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          **Anthophyllite**

MAS Job #:          **M69757-007-008 Diff2**          Film #: **NA**

Analyst:   **JC**          Date of Photo: **12/17/2018**

Date Verified:          **12/18/2018**          EDS Verified: **YES**

Zone Axis Information
d(hk0) =          4.47
d(hkl) =          2.89
Angle =          89
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

**CAMERA CONSTANT (pixelÅ)** = **SPACING (Å)**
**MEASURED DISTANCE (pixels)**

1)    The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 205 | 3.95 |

**Streaking Observed:** _____        **Closely spaced dots:** _____

**Type of amphibole diffraction verified:**        **Anthophyllite**

**MAS Job #:**        **M69757-007-009**        **Film #: NA**

**Analyst:   JC**        **Date of Photo: 12/17/2018**

**Date Verified:**        **12/18/2018**        **EDS Verified: YES**

**Zone Axis Information**
d(hk0) =        4.69
d(hkl) =        3.95
Angle =        60
ZA =

## VERIFICATION OF ZERO DEGREE AMPHIBOLE DIFFRACTION PATTERNS

CAMERA CONSTANT (pixelÅ) = SPACING (Å)
MEASURED DISTANCE (pixels)

1) The calculated spacings should be within +/- 5% of the 001 d-spacing (interrow spacing). The acceptable range for all of the amphiboles is given in the chart below. The page number is given to locate the file card in the Mineral Powder Diffraction File Data book for each type of amphibole and the interrow spacing is given for each amphibole.

| Amphibole Type | Pg. # | Card # | Calculated Spancing (Å) | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

### VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT

| Camera K (pixelÅ) | Meas. Distance (pixels) | Calculate Spacing (Å) |
|---|---|---|
| 810.7 | 146.9 | 5.52 |

Streaking Observed: _____          Closely spaced dots: _____

Type of amphibole diffraction verified:          Anthophyllite

MAS Job #:          M69757-007-009 Diff 2          Film #: NA

Analyst:   JC          Date of Photo: 12/17/2018

Date Verified:          12/18/2018          EDS Verified: YES

Zone Axis Information
d(hk0) =
d(hkl) =
Angle =
ZA =