# EXHIBIT A38

Elsevier Editorial System(tm) for
Gynecologic Oncology
Manuscript Draft

Manuscript Number: GYN-18-1020

Title: Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer

Article Type: Internal Use Only - Do Not Select

Keywords: single nucleotide polymorphism; oxidative stress; talcum powder; ovarian cancer; inflammation; Real-Time RT-PCR

Corresponding Author: Dr. Ghassan M. Saed, PhD

Corresponding Author's Institution: Wayne State University School of Medicine

First Author: Nicole M Fletcher, Ph.D.

Order of Authors: Nicole M Fletcher, Ph.D.; Ira Memaj, M.S.; Rong Fan, M.S.; Amy K Harper, M.D.; Robert T Morris, M.D.; Ghassan Saed

Abstract: Objective: Genital use of talcum powder is associated with increased ovarian cancer risk; however, the biologic basis is not completely understood. Epithelial ovarian cancer (EOC) cells manifest a persistent pro-oxidant state. Our objective was to determine the effects of talc on expression of key inflammatory and redox markers in ovarian cancer and normal cell lines.
Methods: Normal ovarian and EOC cells were treated with various doses of talc for 48 hours. Levels of CA-125 and selected key redox enzymes, including myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GPX1) and glutathione reductase (GSR) were determined with real-time RT-PCR and ELISA assays. TaqMan® Genotype analysis utilizing the QuantStudio 12K Flex was used to assess single nucleotide polymorphisms (SNPs). Data was analyzed with one-way ANOVA followed by Tukey's post hoc tests with Bonferroni correction.
Results: In all talc treated cells, there was a significant dose-dependent increase in iNOS, nitrate/nitrite, and MPO (pro-oxidants) with a concomitant decrease in CAT, SOD3, GSR, and GPX (antioxidants) ($p<0.05$). There also was a significant increase in CA-125 in all talc treated cells, except macrophages ($p<0.05$). Furthermore, we identified an induction of specific mutations in these key enzymes that correlated with alterations of their activities in talc treated cells compared to their controls.
Conclusion: Talcum powder enhanced the redox state in normal ovarian and EOC cells, providing a molecular basis to previous reports linking its genital use to increased ovarian cancer risk.

Suggested Reviewers: Matthew Anderson M.D., Ph.D.
Director of Research, Obstetrics and Gynecology, Baylor College of Medicine
matthew@bcm.edu

Ayman Al-Hendy M.D., Ph.D.
Director of Translational Research, Obstetrics and Gynecology, University
of Illinois at Chicago
aalhendy@UIC.edu

Adnan Munkarah M.D.
Chairman of Women's Health Services, Chief Medical Officer, Obstetrics
and Gynecology, Henry Ford Health System
amunkar1@HFHS.org

Beth Y. Karlan, M.D.
Editor-in-Chief
*Gynecologic Oncology*

August 22, 2018

Dear Dr. Karlan,

Enclosed is the manuscript entitled, "Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer." We appreciate your consideration for its publication as a research paper in *Gynecologic Oncology*. The use of talcum powder and ovarian cancer risk has been associated by many investigators; however, the molecular mechanism by which this occurs has not been substantiated. Using our previously published research associating modulation of redox balance within the ovarian epithelium and the development of ovarian cancer, we studied the effect of talc on the redox state of normal ovarian epithelium, fallopian tube epithelium, and ovarian cancer cell lines. We were able to correlate altered expression of key pro-oxidant and antioxidants to specific single nucleotide polymorphisms within these cell lines, thus indicating a molecular mechanism of talcum powder in the development of the oncogenic phenotype.

This is a novel finding and the first of its kind to be reported. We believe that such groundbreaking findings will appeal to the readers of Gynecologic Oncology and serve as a catalyst for future studies. Each of the authors has contributed a substantial amount of work to the development, experiments, and/or reporting of this research. Each confirms that this manuscript has not been previously published and is not under consideration by any other journal. All authors have reviewed and approve of the content of this manuscript and have no conflicts of interest. We greatly appreciate your consideration for review and publication.

Sincerely,

Ghassan M. Saed, Ph.D.

Associate Professor of Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
Karmanos Cancer Institute
Wayne State University School of Medicine
Detroit, MI 48201
(313) 577-5433 Office
(313) 577-1302 Lab

gsaed@med.wayne.edu

**\*2. Conflict of Interest Forms**

Click here to download 2. Conflict of Interest Forms: COI form_Harper.pdf

**\*2. Conflict of Interest Forms**

Click here to download 2. Conflict of Interest Forms: COI Form_Fletcher.pdf

**\*2. Conflict of Interest Forms**

Click here to download 2. Conflict of Interest Forms: COI form_Memar.pdf

**\*2. Conflict of Interest Forms**

Click here to download 2. Conflict of Interest Forms: COI form_Fan.pdf

**\*2. Conflict of Interest Forms**

Click here to download 2. Conflict of Interest Forms: COI form_Saed.pdf

**\*2. Conflict of Interest Forms**

Click here to download 2. Conflict of Interest Forms. COI form Morris.pdf

Click here to download 3. Manuscript: Manuscript.docx
Click here to view linked References

1

1 Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer.

2

3 Nicole M. Fletcher, Ph.D.[a], Ira Memaj, B.S.[a], Rong Fan, M.S.[a], Amy K. Harper, M.D.[b], Robert T. Morris,

4 M.D.[b], Ghassan M. Saed, Ph.D.[a]

5 [a]Department of Obstetrics and Gynecology, Wayne State University School of Medicine and

6 [b]Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI

7

8 Corresponding Author:

9 Ghassan M. Saed, Ph.D.

10 Associate Professor of Gynecologic Oncology

11 Director of Ovarian Cancer Biology Research

12 Departments of Obstetrics and Gynecology and Oncology

13 Member of Tumor Biology and Microenvironment Program

14 Karmanos Cancer Institute

15 Wayne State University School of Medicine

16 Detroit, MI 48201

17 (313) 577-5433 Office phone

18 (313) 577-8544 Office fax

19 (313) 577-1302 Lab phone

20 gsaed@med.wayne.edu

21

22

23

24

25

26

27 Abstract

28 Objective: Genital use of talcum powder is associated with increased ovarian cancer risk; however, the

29 biologic basis is not completely understood. Epithelial ovarian cancer (EOC) cells manifest a persistent

30 pro-oxidant state. Our objective was to determine the effects of talc on expression of key inflammatory

31 and redox markers in ovarian cancer and normal cell lines.

32 Methods: Normal ovarian and EOC cells were treated with various doses of talc for 48 hours. Levels of

33 CA-125 and selected key redox enzymes, including myeloperoxidase (MPO), inducible nitric oxide

34 synthase (iNOS), superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GPX) and

35 glutathione reductase (GSR) were determined with real-time RT-PCR and ELISA assays. TaqMan®

36 Genotype analysis utilizing the QuantStudio 12K Flex was used to assess single nucleotide

37 polymorphisms (SNPs). Data was analyzed with one-way ANOVA followed by Tukey's post hoc tests

38 with Bonferroni correction.

39 Results: In all talc treated cells, there was a significant dose-dependent increase in iNOS, nitrate/nitrite,

40 and MPO (pro-oxidants) with a concomitant decrease in CAT, SOD3, GSR, and GPX (antioxidants)

41 ($p < 0.05$). There also was a significant increase in CA-125 in all talc treated cells, except macrophages

42 ($p < 0.05$). Furthermore, we identified an induction of specific mutations in these key enzymes that

43 correlated with alterations of their activities in talc treated cells compared to their controls.

44 Conclusion: Talcum powder enhanced the redox state in normal ovarian and EOC cells, providing a

45 molecular basis to previous reports linking its genital use to increased ovarian cancer risk.

46

47

48

49

50

51

52

## Introduction

Ovarian cancer is the most lethal gynecologic malignancy and ranks fifth in cancer deaths among women diagnosed with cancer [1]. Epithelial ovarian cancer (EOC) has long been considered a heterogeneous disease with respect to histopathology, molecular biology, and clinical outcome [1, 2]. It comprises at least five distinct histological subtypes, the most common and well-studied being high-grade serous ovarian cancer. Although surgical techniques and treatments have advanced over the years, the prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage [2]. This is largely due to the lack of early warning symptoms and screening methods, and the development of chemoresistance [1, 2]. Moreover, ovarian cancer is known to be associated with germline mutations in the BRCA1 or BRCA2 genes, but with a rate of only 20-40%, this suggests the presence of other unknown mutations in other predisposition genes [3]. Additional genetic variations including single nucleotide polymorphisms (SNPs) have been hypothesized to act as low to moderate penetrant alleles that contribute to ovarian cancer risk [3, 4]. Non-synonymous SNPs substitute encoded amino acids in proteins and are more likely to alter the structure, function, and interaction of the protein [4].

The pathophysiology of EOC is not fully understood but has been strongly associated with inflammation and the resultant oxidative stress [5]. We have previously characterized EOC cells to manifest a persistent pro-oxidant state as evident by the upregulation of key oxidants and downregulation of key antioxidants. This redox state is further enhanced in chemoresistant EOC cells [6]. The expression of key pro-oxidant/inflammatory enzymes such as inducible nitric oxide synthase (iNOS), nicotinamide adenine dinucleotide phosphate (NAD(P)H) oxidase, and myeloperoxidase (MPO), as well as an increase in nitric oxide (NO) levels were increased in EOC tissues and cells [7]. Additionally, we have shown that EOC cells manifest lower apoptosis, which was markedly induced by inhibiting iNOS, indicating a strong link between apoptosis and NO/iNOS pathways in these cells [7].

The cellular redox balance is maintained by key antioxidants including catalase (CAT), superoxide dismutase (SOD) or by glutathione peroxidase (GPX) coupled with glutathione reductase

78    (GSR) [5]. Other important scavengers include thioredoxin coupled with thioredoxin reductase, and

79    glutaredoxin, which utilizes glutathione (GSH) as a substrate [8]. We have previously reported that a

80    genotype switch in key antioxidants is a potential mechanism leading to the acquisition of

81    chemoresistance in EOC cells [9]. We have studied the effects of genetic polymorphisms in key redox

82    genes on the acquisition of the oncogenic phenotype in EOC cells.  Functional polymorphisms in genes

83    that control the levels of cellular ROS and oxidative damage, including SNPs for genes involved in

84    carcinogen metabolism (detoxification and/or activation), antioxidants, and DNA repair pathways [4, 9]

85    were tested. Several function-altering SNPs have been identified in key antioxidants, including CAT,

86    GPX, GSR, and SOD3 [4].

87        Several studies have suggested the possible association between genital use of talcum powder and

88    risk of EOC [10-12] . Association between the use of cosmetic talc in genital hygiene and ovarian cancer

89    was first described in 1982 by Cramer, et al, and many subsequent studies found talc use to increase risk

90    for ovarian cancer [13]. Talc and asbestos are both silicate minerals; the carcinogenic effects of asbestos

91    have been extensively studied and documented in the medical literature [12, 14]. Asbestos fibers in the

92    lung initiate an inflammatory and scarring process, and it has been proposed that ground talc, as a foreign

93    body, might initiate a similar inflammatory response [12]. The objective of this study was to determine

94    the effects of talcum powder on the expression of key redox enzymes and CA-125 levels in normal and

95    EOC cells.

96    Material and Methods

97        *Cell Lines:* Ovarian cancer cells: SKOV-3 (ATCC), A2780 (Sigma Aldrich, St. Louis, MO), and

98    TOV112D (a kind gift from Gen Sheng Wu at Wayne State University, Detroit, MI). Normal cell lines:

99    human macrophage cells (EL-1, ATCC, Manassas, VA), human primary normal ovarian epithelial cells

100   (Cell Biologics, Chicago, IL), human ovarian epithelial cells (HOSEpiC, ScienCell Research

101   Laboratories, Inc., Carlsbad, CA), immortalized human fallopian tube secretory epithelial cells (FT33-

102   shp53-R24C, Applied Biological Materials, Richmond, BC, Canada). All cells were grown in media and

5

103    conditions following manufacturer's protocol. EL-1 cells were grown in IMDM media (ATCC)

104    supplemented with 0.1 mM hypoxanthine and 0.1 mM thymidine solution (H-T, ATCC) and 0.05mM β-

105    mercaptoethanol. SKOV-3 EOC cells were grown in HyClone McCoy's 5A medium (Fisher Scientific,

106    Waltham, MA), A2780 EOC cells were grown in HyClone RPMI-1640 (Fisher Scientific), and both

107    TOV112D EOC cells were grown in MCDB105 (Cell Applications, San Diego, CA) and Medium 199

108    (Fisher Scientific) (1:1). All media was supplemented with fetal bovine serum (FBS, Innovative Research,

109    Novi, MI) and penicillin/streptomycin (Fisher Scientific), per their manufacturer specifications.  Human

110    primary normal ovarian epithelial cells were grown in Complete Human Epithelial Cell Medium (Cell

111    Biologics).

112    *Treatment of cells*: Talcum powder (Fisher Scientific, Catalog #T4-500, Lot#166820) or baby powder

113    (Johnson & Johnson, #30027477, Lot#13717RA) was dissolved in DMSO (Sigma Aldrich) at a

114    concentration of 500 mg in 10 ml and was filtered with a 0.2 μm syringe filter (Corning). Sterile DMSO

115    was used as a control for all treatments. Cells were seeded in 100 mm cell culture dishes (3 x $10^6$) and

116    were treated 24 hours later with 100 μg/ml of talc for 48 hours. Cell pellets were collected for RNA,

117    DNA, and protein extraction. Cell culture media was collected for CA-125 analysis by ELISA.

118    *Real-time RT-PCR:* Total RNA was extracted from all cells using the RNeasy Mini Kit (Qiagen,

119    Valencia, CA) according to the protocol provided by the manufacturer. Measurement of the amount of

120    RNA in each sample was performed using a Nanodrop Spectrophotometer (Thermo Fisher Scientific,

121    Waltham, MA). A 20 μL cDNA reaction volume containing 0.5 μg RNA was prepared using the

122    SuperScript VILO Master Mix Kit (Life Technologies, Carlsbad, CA), as described by the manufacturer's

123    protocol. Optimal oligonucleotide primer pairs were selected for each target using Beacon Designer

124    (Premier Biosoft, Inc., S1). Quantitative RT-PCR was performed using the EXPRESS SYBR GreenER

125    qPCR Supermix Kit (Life Technologies) and the Cepheid 1.2f Detection System as previously described

126    [6]. Standards with known concentrations and lengths were designed specifically for *β-actin* (79 bp), *CAT*

127    (105 bp), *NOS2* (89 bp), *GSR* (103 bp), *GPX1* (100 bp), *MPO* (79 bp), and *SOD3* (84 bp), allowing for

6

128    construction of a standard curve using a 10-fold dilution series [6]. A specific standard for each gene

129    allows for absolute quantification of the gene in number of copies, which can then be expressed per

130    microgram of RNA. All samples were normalized to the housekeeping gene, *β-actin*. A final melting

131    curve analysis was performed to demonstrate specificity of the PCR product.

132    *Protein Detection:* Cell pellets were lysed utilizing cell lysis buffer (20 mM Tris-HCl (pH 7.5),

133    150 mM NaCl, 1 mM Na2EDTA, 1 mM EGTA, 1% Triton, 2.5 sodium pyrophosphate, 1 mM beta-

134    glycerophosphate, 1 mM Na3VO4, 1 µg/ml leupeptin) containing a cocktail of protease inhibitors.

135    Samples were centrifuged at 13000 rpm for 10 minutes at 4°C.  Total protein concentration of cell lysates

136    from control and talc treated cells was measured with the Pierce BCA Protein Assay Kit (Thermo

137    Scientific, Rockford, IL) per the manufacturer's protocol.

138    *Detection of protein/activity by ELISA:* ELISA kits for each target were purchased and used

139    according to the manufacturer's protocol. The following ELISA kits were purchased from Cayman

140    Chemical (Ann Arbor, MI): CAT, SOD3, GSR, GPX, and MPO. Nitrite ($NO_2^-$)/nitrate ($NO_3^-$) were

141    determined spectrophotometrically by measuring their absorbance at 210 nm after separation by HPLC

142    with standard $NO_2^-/NO_3^-$ as previously reported [6]. The analysis was performed by a HPLC system

143    (Shimadzu Scientific Instruments, Inc.) including a LC-10ADV pump, frc-10A injector and DGU-14A

144    degasser. Nitrite/nitrate was detected using an RF-10 XL fluorescence detector with 210 nm excitation

145    and 440 nm emission. CA-125 protein levels were measured in cell media by ELISA from Ray Biotech

146    (Norcross, GA) according to the manufacturer's protocol.

147    *TaqMan® SNP Genotyping Assay:* DNA was isolated utilizing the EZ1 DNA Tissue Kit (Qiagen)

148    for EOC cells according the manufacturer's protocols. The TaqMan® SNP Genotyping Assay Set

149    (Applied Biosystems, Carlsbad, CA) (NCBI dbSNP genome build 37, MAF source 1000 genomes) were

150    used to genotype the SNPs (S1). The Applied Genomics Technology Center (AGTC, Wayne State

151    University, Detroit, MI) performed these assays. Analysis was done utilizing the QuantStudioTM 12 K

152    Flex Real-Time PCR System (Applied Biosystems).

7

153    *Statistical Analysis*: Normality was examined using the Kolmogorov-Smirnov test and by visual

154    inspection of quantile-quantile plots. Because most of the data were not normally distributed, differences

155    in distributions were examined using the Kruskal-Wallis test. Generalized linear models were fit to

156    examine pairwise differences in estimated least squares mean expression values by exposure to 0, 5, 20 or

157    100 µg/ml of talc. We used the Tukey-Kramer adjustment for multiple comparisons, and the regression

158    models were fit using log2 transformed analyte expression values after adding a numeric constant

159    '1' to meet model assumptions while avoiding negative transformed values. P-values below 0.05 are

160    statistically significant.

161    Results

162    *Talcum powder treatment decreased the expression of antioxidant enzymes SOD and CAT in*

163    *normal and EOC cells*. Real-time RT-PCR and ELISA assays were utilized to determine the CAT and

164    SOD mRNA and protein levels in cells before and after 48 hours talc treatment, respectively (Figure 1).

165    CAT mRNA and protein levels were significantly decreased in a dose-dependent manner in talc treated

166    cells compared to controls (Figure 1. A, C, $p<0.05$). Similarly, SOD mRNA and protein levels were

167    significantly decreased in a dose- dependent manner in talc treated cells compared to controls (Figure 1.

168    B, D, $p<0.05$).

169    *Talcum powder treatment increased the expression of prooxidants iNOS, $NO_2/NO_3^-$ and MPO in*

170    *normal and EOC cells*. Real-time RT-PCR and $NO_2/NO_3^-$ assays were utilized to determine the iNOS

171    mRNA and NO levels in cells before and after 48 hours talc treatment, respectively (Figure 2). iNOS

172    mRNA and NO levels were significantly increased in a dose-dependent manner in talc treated cells as

173    compared to their controls (Figure 2. A, C, $p<0.05$). As expected, there was no detectable MPO in normal

174    ovarian and fallopian tube cells, and thus talc treatment did not have any effect. However, MPO mRNA

175    and protein levels were significantly increased in a dose-dependent manner in talc treated ovarian cancer

176    cells and macrophages compared to controls (Figure 2. B, D, $p<0.05$).

177    *Talcum powder treatment decreased the expression of antioxidant enzymes, GPX and GSR in*

8

178  *normal and EOC cells*. Real-time RT-PCR and ELISA assays were utilized to determine the GPX and

179  GSR mRNA and protein levels in cells before and after 48 hours talc treatment, respectively (Figure 3).

180  GPX mRNA and protein levels were significantly decreased in a dose-dependent manner in talc treated

181  cells compared to controls (Figure 3. A, C, $p<0.05$). Similarly, GSR mRNA and protein levels were

182  significantly decreased in a dose-dependent manner in talc treated cells compared to controls (Figure 3. B,

183  D, $p<0.05$).

184      *Talcum powder treatment increased CA-125 levels in normal and EOC cells*. CA-125 ELISA

185  assay was performed in protein isolated from cell media before and after talc treatment. CA-125 levels

186  were significantly increased in a dose-dependent manner in all cells (Figure 4, $p<0.05$). There was no

187  detectable CA-125 protein in macrophages.

188      *Talc exposure induced known genotype switches in key oxidant and antioxidant enzymes*. Talc

189  treatment was associated with a genotype switch in *NOS2* from the common C/C genotype in untreated

190  cells to T/T, the SNP genotype, in talc treated cells, except in A2780 and TOV112D (Table 1).

191  Additionally, the observed decrease in CAT expression and activity was associated with a genotype

192  switch from common C/C genotype in CAT in untreated cells to C/T, the SNP genotype, in TOV112D

193  and all normal talc treated cells. However, there was no detectable genotype switch in CAT in A2780,

194  SKOV3, and TOV112D (Table 1). Remarkably, there was no observed genotype switch in the selected

195  SNP for SOD3 and GSR in all talc treated cells. All cells except for HOSEpiC cells manifest the SNP

196  genotype of *GPX1* (C/T). Intriguingly, talc treatment reversed this SNP genotype to the normal genotype

197  (Table 1).

198  Discussion

199      The claim that regular use of talcum powder for hygiene purpose is associated with an increased

200  risk of ovarian cancer is based on several reports confirming the presence of talc particles in the ovaries

201  and other parts of the female reproductive tract as well as in lymphatic vessels and tissues of the pelvis

9

202   [10, 12]. A study by Cramer, et al has reported the presence of talc in pelvic lymph nodes of a woman

203   with ovarian cancer who used talc daily for 30 years [10]. The ability of talc particles to migrate through

204   the genital tract to the distal fallopian tube and ovaries is well accepted [11, 15]. To date, the exact

205   mechanism is not fully understood, though several studies have pointed toward the peristaltic pump

206   feature of the uterus and fallopian tubes, which is known to enhance transport of sperm into the oviduct

207   ipsilateral to the ovary bearing the dominant follicle [16-18].

208         There are reports supporting the epidemiologic association of talc use and risk of ovarian cancer

209   [19, 20]. Recent studies have shown that risks for EOC from genital talc use vary by histologic subtype,

210   menopausal status at diagnosis, hormone therapy use, weight, and smoking. These observations suggest

211   that estrogen and/or prolactin may play a role via macrophage activity and inflammatory response to talc.

212   There has been debate as to the significance of the epidemiologic studies based on the fact that the

213   reported epidemiologic risk of talc use and risk of ovarian cancer, although consistent, is relatively

214   modest (30-40%), and there is inconsistent increase in risk with duration of use. This observation is due,

215   in part, to the challenges in quantifying exposure as well as the failure of epidemiological studies to

216   obtain necessary information about the frequency and duration of usage [19-21].

217         In this study, we have shown beyond doubt that talcum powder alters key redox and

218   inflammatory markers, a hallmark of ovarian cancer. More importantly, this also occurs in normal cells,

219   including surface ovarian epithelium, fallopian tube, and macrophages. Oxidative stress has been

220   implicated in the pathogenesis of ovarian cancer, specifically, by increased expression of several key pro-

221   oxidant enzymes such as iNOS, MPO, and NAD(P)H oxidase in EOC tissues and cells as compared to

222   normal cells indicating an enhanced redox state, as we have recently demonstrated [7]. This redox state is

223   further enhanced in chemoresistant EOC cells  as evident by a further increase in iNOS and $NO2^-/NO3^-$

224   and a decrease in GSR levels, suggesting a shift towards a pro-oxidant state [7]. Antioxidant enzymes,

225   key regulators of cellular redox balance, are differentially expressed in various cancers, including ovarian

226   [7, 22]. Specifically, GPX expression is reduced in prostate, bladder, and estrogen receptor negative

227  breast cancer cell lines as well as in cancerous tissues from the kidney. However, GPX activity is

228  increased in cancerous tissues from breast [22]. Glutathione reductase levels, on the other hand, are

229  elevated in lung cancer, although differentially expressed in breast and kidney cancerous tissues [5, 23].

230  Similarly, CAT was decreased in breast, bladder, and lung cancer while increased in brain cancer [24-26]

231  Superoxide dismutase is expressed in lung, colorectal, gastric ovarian, and breast cancer, while decreased

232  activity and expression have been reported in colorectal carcinomas and pancreatic cancer cells [26-29]

233  Collectively, this differential expression of antioxidants demonstrates the unique and complex redox

234  microenvironment in cancer. Glutathione reductase is a flavoprotein that catalyzes the NADPH-dependent

235  reduction of oxidized glutathione (GSSG) to GSH. This enzyme is essential for the GSH redox cycle

236  which maintains adequate levels of reduced cellular GSH. A high GSH/GSSG ratio is essential for

237  protection against oxidative stress (Figure 5). Treatment with talc significantly reduced GSR in normal

238  and cancer cells, altering the redox balance (Figure 3. A, C). Likewise, GPX is an enzyme that detoxifies

239  reactive electrophilic intermediates and thus plays an important role in protecting cells from cytotoxic and

240  carcinogenic agents. Overexpression of GPX is triggered by exogenous chemical agents and reactive

241  oxygen species, and is thus thought to represent an adaptive response to stress [23]. Indeed, treatment of

242  normal and cancer cells with talc significantly reduced GPX, which compromised the overall cell

243  response to stress (Figure 3. B, D).

244      We have previously reported a cross-talk between iNOS and MPO in ovarian cancer which

245  contributed to the lower apoptosis observed in ovarian cancer cells [7, 30]. Myeloperoxidase, an

246  abundant hemoprotein, previously known to be present solely in neutrophils and monocytes, is a key

247  oxidant enzyme that utilizes NO produced by iNOS as a one-electron substrate generating $NO^+$, a labile

248  nitrosylating species [7, 31, 32]. Indeed, we were the first to report that MPO was expressed by EOC

249  cells and tissues [30]. Silencing MPO gene expression utilizing MPO specific siRNA induced apoptosis

250  in EOC cells through a mechanism that involved the S-nitrosylation of caspase-3 by MPO [30].

251  Additionally, we have compelling evidence that MPO serves as a source of free iron under oxidative

252  stress, where both $NO^+$ and superoxide are elevated [7]. Iron reacts with hydrogen peroxide ($H_2O_2$) and

253  catalyzes the generation of highly reactive hydroxy radical ($HO^\bullet$), thereby increasing oxidative stress,

254  which in turn increases free iron concentrations by the Fenton and Haber–Weiss reaction [7, 32]. We

255  have previously highlighted the potential benefits of the combination of serum MPO and free iron as

256  biomarkers for early detection and prognosis of ovarian cancer [33]. Collectively, we now have

257  substantial evidence demonstrating that altered oxidative stress may play a role in maintaining the

258  oncogenic phenotype of EOC cells. Treatment of normal or ovarian cancer cells with talc resulted in a

259  significant increase in MPO and iNOS, supporting the role of talc in the enhancement of a pro-oxidant

260  state that is a major cause in the development and maintenance of the oncogenic phenotype (Figure 2).

261  Furthermore, CA-125, which exists as a membrane-bound and secreted protein in epithelial

262  ovarian cancer cells, has been established as a biomarker for disease progression and response to

263  treatment [2]. CA-125 expression was significantly increased from nearly undetectable levels in controls

264  to values approaching clinical significance (35 U/ml in postmenopausal women [34]) in talc treated cell

265  lines (Figure 4, $p<0.05$) without the physiologic effects on the tumor microenvironment one would expect

266  to be present in the human body, highlighting the implications of the pro-oxidant states caused by talc

267  alone.

268  To elucidate the mechanism by which talcum powder alters the redox balance to favor a pro-

269  oxidant state not only in ovarian cancer cells, but more importantly in normal cells, we have examined

270  selected known gene mutations in key oxidant and antioxidant enzymes. These mutations correspond to

271  specific SNPs that are known to be associated with altered enzymatic activity and increased cancer risk

272  [6, 9]. Our results show that the *CAT* SNP (rs769217) which results in decreased enzymatic activity was

273  induced in all normal cell lines tested and in TOV112D EOC lines. However, the *CAT* mutation was not

274  detected in A2780 or SKOV-3 cell lines (Table 1). Nevertheless, our results confirm a decrease in CAT

275  expression and enzymatic activity in all talc treated cells (Figure 1), indicating the existence of other *CAT*

276  SNPs. However, the *SOD3* (rs2536512) and *GSR* (rs8190955) SNP genotypes were not detected in any

277  cell line, yet SOD3 and GSR activity and expression were decreased in all talc treated cells, again

278  suggesting the presence of other SNPs. Our results have also shown that all cells, except for HOSEpiC

279  cells, manifest the SNP genotype of *GPX1* (C/T) before talc treatment. Intriguingly, talc treatment

280  reversed this SNP genotype to the normal genotype (Table 1). Consistent with this finding, we have

281  previously reported that acquisition of chemoresistance by ovarian cancer cells is associated with a switch

282  from the *GPX1* SNP genotype to the normal *GPX1* genotype [6]. It is not understood why a *GPX1* SNP

283  genotype predominates in untreated normal and ovarian cancer cells. Additionally, our results showed

284  that talc treatment was associated with a genotype switch from common C/C genotype in *NOS2* in

285  untreated cells to T/T, the SNP genotype, in talc treated cells, except in A2780 and TOV112D (Table 1).

286  Nevertheless, our results confirm an increase in iNOS expression and enzymatic activity in all talc treated

287  cells (Figure 2), again suggesting the existence of other *NOS2* SNPs. Collectively, these findings support

288  the notion that talc treatment induced gene point mutations that happen to correspond to SNPs in

289  locations with functional effects, thus altering overall redox balance for the initiation and development of

290  ovarian cancer. Future studies examining such SNPs are important to fully elucidate a genotype switch

291  mechanism induced by talcum powder exposure.

292  In summary, this is the first study to clearly demonstrate that talcum powder induces

293  inflammation and alters the redox balance favoring a pro-oxidant state in normal and EOC cells. We have

294  shown a dose-dependent significant increase in key pro-oxidants, iNOS, $NO2^-/NO3^-$, and MPO and a

295  concomitant decrease in key antioxidant enzymes, CAT, SOD, GPX, and GSR, in all talc treated cells

296  (both normal and ovarian cancer) compared to their controls. Additionally, there was a significant

297  increase in CA-125 levels in all the talc treated cells compared to their controls, except in macrophages.

298  The mechanism by which talc alters the cellular redox and inflammatory balance involves the induction

299  of specific mutations in key oxidant and antioxidant enzymes that correlate with alterations in their

300  activities. The fact that these mutations happen to correspond to known SNPs of these enzymes indicate a

301  genetic predisposition to developing ovarian cancer with genital talcum powder use.

13

302 Conflict of Interest

303 The authors have no conflicts of interest to declare.

304

305 Author Contributions

306 Dr. Nicole Fletcher significantly contributed to the design of this study and acquisition of data,

307 participated in the drafting and revision of the article, and gave final approval of the submitted

308 manuscript.

309 Ira Memaj significantly contributed to the acquisition of data, participated in the drafting and revision of

310 the article, and gave final approval of the submitted manuscript.

311 Rong Fan significantly contributed to the acquisition of data, participated in the drafting and revision of

312 the article, and gave final approval of the submitted manuscript.

313 Dr. Amy Harper significantly contributed to the analysis and interpretation of data, provided clinical

314 correlation of data, participated in the drafting and revision of the article, and gave final approval of the

315 submitted manuscript.

316 Dr. Robert Morris significantly contributed to the analysis and interpretation of data, participated in the

317 drafting and revision of the article, provided clinical expertise, and gave final approval of the submitted

318 manuscript.

319 Dr. Ghassan Saed served as the principal investigator of this study and significantly contributed to its

320 conception and design, analysis and interpretation of data, participated in the drafting and revision of the

321 article, and gave final approval of the submitted manuscript.

322

323 Acknowledgements

324 Special thanks to Imaan Singh for her technical contributions in acquiring the data and in development of

325 graphics.

326

327

14

328   References

329   [1]  Berek JS, Bertelsen K, du Bois A, Brady MF, Carmichael J, Eisenhauer EA, et al. [Epithelial ovarian
330        cancer (advanced stage): consensus conference (1998)]. Gynecol Obstet Fertil. 2000;28(7-8):576-
331        83.

332   [2]  Jelovac D, Armstrong DK. Recent progress in the diagnosis and treatment of ovarian cancer. CA
333        Cancer J Clin. 2011;61(3):183-203.

334   [3]  Prat J, Ribe A, Gallardo A. Hereditary ovarian cancer. Hum Pathol. 2005;36(8):861-70.

335   [4]  Ramus SJ, Vierkant RA, Johnatty SE, Pike MC, Van Den Berg DJ, Wu AH, et al. Consortium
336        analysis of 7 candidate SNPs for ovarian cancer. Int J Cancer. 2008;123(2):380-8.

337   [5]  Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how
338        are they linked? Free Radic Biol Med. 2010;49(11):1603-16.

339   [6]  Fletcher NM, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT, et al. Specific point mutations
340        in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. Free Radic
341        Biol Med. 2016;102:122-32.

342   [7]  Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of
343        ovarian cancer. Gynecologic oncology. 2017.

344   [8]  Schallreuter KU, Moore J, Wood JM, Beazley WD, Gaze DC, Tobin DJ, et al. In vivo and in vitro
345        evidence for hydrogen peroxide (H2O2) accumulation in the epidermis of patients with vitiligo and
346        its successful removal by a UVB-activated pseudocatalase. J Investig Dermatol Symp Proc.
347        1999;4(1):91-6.

348   [9]  Belotte J, Fletcher NM, Saed MG, Abusamaan MS, Dyson G, Diamond MP, et al. A Single
349        Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival. PloS
350        one. 2015;10(8):e0135739.

351   [10] Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and
352        Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology.
353        2016;27(3):334-46.

15

354  [11]  Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk.

355  Obstet Gynecol. 1992;80(1):19-26.

356  [12]  Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. Eur J Cancer

357  Prev. 2008;17(2):139-46.

358  [13]  Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control

359  study. Cancer. 1982;50(2):372-6.

360  [14]  Haegens A, van der Vliet A, Butnor KJ, Heintz N, Taatjes D, Hemenway D, et al. Asbestos-induced

361  lung inflammation and epithelial cell proliferation are altered in myeloperoxidase-null mice. Cancer

362  Res. 2005;65(21):9670-7.

363  [15]  Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the

364  migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res.

365  1986;40(2):247-50.

366  [16]  Kunz G, Beil D, Deiniger H, Einspanier A, Mall G, Leyendecker G. The uterine peristaltic pump.

367  Normal and impeded sperm transport within the female genital tract. Adv Exp Med Biol.

368  1997;424:267-77.

369  [17]  Leyendecker G, Kunz G, Herbertz M, Beil D, Huppert P, Mall G, et al. Uterine peristaltic activity

370  and the development of endometriosis. Ann N Y Acad Sci. 2004;1034:338-55.

371  [18]  Zervomanolakis I, Ott HW, Hadziomerovic D, Mattle V, Seeber BE, Virgolini I, et al. Physiology of

372  upward transport in the human female genital tract. Ann N Y Acad Sci. 2007;1101:1-20.

373  [19]  Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder

374  use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res

375  (Phila). 2013;6(8):811-21.

376  [20]  Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and

377  Meta-Analysis. Epidemiology. 2018;29(1):41-9.

378  [21]  Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer Biol Med.

379  2017;14(1):9-32.

16

380   [22]   Brigelius-Flohe R, Kipp A. Glutathione peroxidases in different stages of carcinogenesis.

381        Biochimica et biophysica acta. 2009;1790(11):1555-68.

382   [23]   Sun Y. Free radicals, antioxidant enzymes, and carcinogenesis. Free Radic Biol Med.

383        1990;8(6):583-99.

384   [24]   Popov B, Gadjeva V, Valkanov P, Popova S, Tolekova A. Lipid peroxidation, superoxide dismutase

385        and catalase activities in brain tumor tissues. Arch Physiol Biochem. 2003;111(5):455-9.

386   [25]   Ray G, Batra S, Shukla NK, Deo S, Raina V, Ashok S, et al. Lipid peroxidation, free radical

387        production and antioxidant status in breast cancer. Breast Cancer Res Treat. 2000;59(2):163-70.

388   [26]   Chung-man Ho J, Zheng S, Comhair SA, Farver C, Erzurum SC. Differential expression of

389        manganese superoxide dismutase and catalase in lung cancer. Cancer Res. 2001;61(23):8578-85.

390   [27]   Radenkovic S, Milosevic Z, Konjevic G, Karadzic K, Rovcanin B, Buta M, et al. Lactate

391        dehydrogenase, catalase, and superoxide dismutase in tumor tissue of breast cancer patients in

392        respect to mammographic findings. Cell Biochem Biophys. 2013;66(2):287-95.

393   [28]   Hu Y, Rosen DG, Zhou Y, Feng L, Yang G, Liu J, et al. Mitochondrial manganese-superoxide

394        dismutase expression in ovarian cancer: role in cell proliferation and response to oxidative stress. J

395        Biol Chem. 2005;280(47):39485-92.

396   [29]   Svensk AM, Soini Y, Paakko P, Hiravikoski P, Kinnula VL. Differential expression of superoxide

397        dismutases in lung cancer. Am J Clin Pathol. 2004;122(3):395-404.

398   [30]   Saed GM, Ali-Fehmi R, Jiang ZL, Fletcher NM, Diamond MP, Abu-Soud HM, et al.

399        Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer.

400        Gynecologic oncology. 2010;116(2):276-81.

401   [31]   Galijasevic S, Saed GM, Hazen SL, Abu-Soud HM. Myeloperoxidase metabolizes thiocyanate in a

402        reaction driven by nitric oxide. Biochemistry. 2006;45(4):1255-62.

403   [32]   Galijasevic S, Maitra D, Lu T, Sliskovic I, Abdulhamid I, Abu-Soud HM. Myeloperoxidase

404        interaction with peroxynitrite: chloride deficiency and heme depletion. Free Radic Biol Med.

405        2009;47(4):431-9.

17

406    [33]  Fletcher NM, Jiang Z, Ali-Fehmi R, Levin NK, Belotte J, Tainsky MA, et al. Myeloperoxidase and

407          free iron levels: potential biomarkers for early detection and prognosis of ovarian cancer. Cancer

408          Biomark. 2011;10(6):267-75.

409    [34]  Scholler N, Urban N. CA125 in ovarian cancer. Biomark Med. 2007;1(4):513-23.

410

411

412

413

414

18

415    Table Legends:

416    Table 1. SNP characteristics (A) and SNP genotyping of key redox enzymes in untreated and talc

417    treated (100 μg/mL) human primary ovarian epithelial cells (Normal ovarian), Human Ovarian

418    Surface Epithelial Cells (HOSEpiC) , fallopian tube (FT33), and ovarian cancer (A2780, SKOV-

419    3, TOV112D) cell lines (B).

420

421    Figure Legends:

422    Figure 1. Decreased expression and activity of key antioxidant enzymes, CAT and SOD3. The

423    mRNA (real-time RT-PCR) and protein/activity levels (ELISA) of CAT (A&C) and SOD3

424    (B&D) were determined in macrophages (EL-1), human primary ovarian epithelial cells (Normal

425    ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines

426    before and after treatment with various doses of talc over 48 hours. Experiments were performed

427    in triplicate. Expression is depicted as the mean with error bars representing standard deviation.

428    All changes in response to talc treatment were significant ($p<0.05$) in all cells and in all doses as

429    compared to controls.

430

431    Figure 2. Increased expression and activity of key pro-oxidants, iNOS, $NO_2^-/NO_3^-$, and MPO.

432    The mRNA (real-time RT-PCR) and protein/activity levels (ELISA) of iNOS (A&C) and MPO

433    (B&D) were determined in macrophages (EL-1), human primary ovarian epithelial cells (Normal

434    ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines

435    before and after treatment with various doses of talc over 48 hours. As expected, there was no

436    detectable MPO in normal ovarian and fallopian tube cells, and thus talc treatment did not have

437    any effect. Experiments were performed in triplicate. Expression is depicted as the mean with

438    error bars representing standard deviation. All changes in response to talc treatment were

439    significant (p<0.05) in iNOS and MPO positive cells and in all doses as compared to controls.

440

441    Figure 3. Decreased expression and activity of key antioxidant enzymes, GSR and GPX. The

442    mRNA (real-time RT-PCR) and protein/activity levels (ELISA) of GSR (A&C) and GPX (B&D)

443    were determined in macrophages (EL-1), human primary ovarian epithelial cells (Normal

444    ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines

445    before and after treatment with various doses of talc over 48 hours. Experiments were performed

446    in triplicate. Expression is depicted as the mean with error bars representing standard deviation.

447    All changes in response to talc treatment were significant (p<0.05) in all cells and in all doses as

448    compared to controls.

449

450    Figure 4. Increased CA125 levels in response to talc treatment. The level of ovarian cancer

451    biomarker CA-125 was determined by ELISA before and after 48 hours of talc treatment (100

452    μg/ml) in macrophages (EL-1), human primary ovarian epithelial cells (Normal ovarian),

453    fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780). Experiments were

454    performed in triplicate. Expression is depicted as the mean with error bars representing standard

455    deviation. All changes in response to talc treatment were significant (p<0.05) in all cells as

456    compared to controls.

457

458    Figure 5. Epithelial ovarian cancer (EOC) cells have been reported to manifest a persistent pro-

459    oxidant state as evident by the upregulation (green arrows) of key oxidants iNOS, NO, NO+,

460    ONOO-, OH-, O2+, and MPO (blue) and downregulation (red arrows) of key antioxidants SOD,

20

461   CAT, GPX, and GSR (orange). This redox state was also shown to be further enhanced in

462   chemoresistant EOC cells. In this study, talcum powder altered the redox state, as indicated by

463   the arrows, of both normal and EOC cells to create an enhanced pro-oxidant state.

464

465   Supplemental Material Legends

466   S1. Real-time RT-PCR oligionucleotide primers.

**4. Table**

Click here to download 4 Table Table 4.docx

| A | Gene (rs number) | | | | |
|---|---|---|---|---|---|
| | *CAT* (rs769217) | *NOS2* (rs2297518) | *GSR* (rs8190955) | *GPX1* (rs3448) | *SOD3* (rs2536512) |
| **MAF** | 0.123 | 0.173 | 0.191 | 0.176 | 0.476 |
| **SNP** | C-262T | C2087T | G201T | C-1040T | A377T |
| **Chromosome Location** | 11p13 | 17q11.2 | 8p12 | 3q21.31 | 4p15.2 |
| **Amino Acid Switch** | Isoleucine to Threonine | Serine to Leucine | Unknown | Unknown | Alanine to threonine |
| **Effect on Activity** | Decrease | Increase | Unknown | Unknown | Decrease |

| B | Gene (rs number) | | | | |
|---|---|---|---|---|---|
| **Cell Lines** | *CAT* (rs769217) | *NOS2* (rs2297518) | *GSR* (rs8190955) | *GPX1* (rs3448) | *SOD3* (rs2536512) |
| A2780- Control | C/C | C/C | G/G | **C/T** | A/A |
| A2780- Talc | C/C | C/C | G/G | C/C | A/A |
| SKOV-3- Control | C/C | C/C | G/G | **C/T** | A/A |
| SKOV-3- Talc | C/C | **T/T** | G/G | C/C | A/A |
| TOV112D- Control | C/C | C/C | G/G | **C/T** | A/A |
| TOV112D-Talc | **C/T** | C/C | G/G | C/C | A/A |
| HOSEpiC- Control | C/C | C/C | G/G | **C/T** | A/A |
| HOSEpiC- Talc | **C/T** | **T/T** | G/G | **C/T** | A/A |
| FT33- Control | C/C | C/C | G/G | **C/T** | A/A |
| FT33- Talc | **C/T** | **T/T** | G/G | C/C | A/A |
| Normal Ovarian- Control | C/C | C/C | G/G | **C/T** | A/A |
| Normal Ovarian- Talc | **C/T** | **T/T** | G/G | C/C | A/A |

5. Figure
Click here to download high resolution image



**5. Figure**
Click here to download high resolution image



**5. Figure**
Click here to download high resolution image



5. Figure
Click here to download high resolution image





Click here to download 6. Supplementary Material PST.docx

| Accession Number | Gene | Sense (5'-3') | Antisense (3'-5') | Amplicon (bp) | Annealing Time (sec) and Temperature (°C) |
|---|---|---|---|---|---|
| NM_001101 | β actin | ATGACTTAGTTGCGTTACAC | AATAAAGCCATGCCAATCTC | 79 | 10, 64 |
| NM_001752 | CAT | GGTTGAACAGATAGCCTTC | CGGTGAGTGTCAGGATAG | 105 | 10, 63 |
| NM_003102 | SOD3 | GTGTTCCTGCCTGCTCCT | TCCGCCGAGTCAGAGTTG | 84 | 60, 64 |
| NM_000637 | GSR | TCACCAAGTCCCATATAGAAATC | TGTGGCGATCAGGATGTG | 116 | 10, 63 |
| NM_000581 | GPX1 | GGACTACACCCAGATGAAC | GAGCCCTTGCGAGGTGTAG | 91 | 10, 66 |
| NM_000625 | NOS2 | GAGGACCACATCTACCAAGGAGGAG | CCAGGCAGGCGGAATAGG | 89 | 30, 59 |
| NM_000250 | MPO | CACTTGTATCCTCTGGTTCTTCAT | TCTATATGCTTCTCACGCCTAGTA | 79 | 60, 63 |

**\*7. Highlights (for review)**

1

Highlights

- Oxidative stress is a key mechanism to the initiation and progression of ovarian cancer.

- Talcum powder induces key inflammatory and redox markers.

- Talcum powder induces mutations in key oxidant and antioxidant enzymes, which confers its effect.

- Here we demonstrate a mechanism of the cellular effect of talcum powder.