# EXHIBIT A69



# Index of IFRA Standards – 48th Amendment

The IFRA recommendations are grouped into three categories as follows:

**P** (prohibited)   The material should not be used as a fragrance ingredient.

**R** (restricted)   The use of the material should be limited quantitatively.

**S** (specified)   The material should only be used if it meets certain purity criteria or if it used in conjunction with other materials.

**The new Standards are indicated in yellow. For existing Standards that are changed, the Amendment date is highlighted in yellow.**

| | Substance | CAS | Last Amended | Standard |
|---|---|---|---|---|
| 1. | Acetic acid, anhydride, reaction products with 1,5,10-trimethyl-1,5,9-cyclododecatriene (Trimofix O, Fixamber) | 144020-22-4<br>28371-99-5 | 06.15 | R |
| 2. | Acetyl ethyl tetramethyl tetralin (AETT, Versalide) | 88-29-9 | 11.77 (05.06)[1] | P |
| 3. | 5-Acetyl-1,1,2,3,3,6-hexamethyl indan (AHMI, Phantolid) | 15323-35-0 | 10.87 (06.15) | R |
| 4. | Acetyl isovaleryl (5-Methyl-2,3-hexanedione) | 13706-86-0 | 02.80 (05.06) | P |
| 5. | Acetylated Vetiver Oil | 117-98-6<br>62563-80-8<br>68917-34-0<br>73246-97-6<br>84082-84-8 | 07.09 (06.15) | R |
| 6. | Alantroot oil (Elecampane oil) | 97676-35-2 | 06.75 (05.06) | P |

[1] The dates in brackets indicate a modification of the Standard that did NOT affect the IFRA recommendations (for instance, an update of the references or a reformatting of the Standard). The dates without brackets refer to a change that affected the IFRA recommendations.

**IFRA Operations**
Avenue des Arts, 6
1210 Brussels, Belgium
Tel: +32-2 214 20 60
Fax: +32-2 214 20 69
www.ifraorg.org





| | | | | |
|---|---|---|---|---|
| 7. | Allyl Esters | N/A | 02.77 (07.09) | **S** |
| 8. | Allyl heptine carbonate | 73157-43-4 | 05.07 (07.08) | **P** |
| 9. | Allyl isothiocyanate | 57-06-7 | (07.08) | **P** |
| 10. | Allyl phenoxyacetate | 7493-74-5 | 07.09 | **R-S** |
| 11. | alpha-Amyl cinnamic alcohol | 101-85-9 | 05.07 | **R** |
| 12. | alpha-Amyl cinnamic aldehyde | 122-40-7 | 06.13 (05.07) | **R** |
| 13. | Amylcyclopentenone | 25564-22-1 | 05.07 (07.08) | **P** |
| 14. | Angelica root oil | 8015-64-3 | 10.78 (06.15) | **R** |
| 15. | Anisyl alcohol | 105-13-5  1331-81-3 | 06.15 | **R** |
| 16. | Anisylidene acetone (4-(p-methoxyphenyl)-3-butene-2-one) | 943-88-4 | 11.74 (05.06) | **P** |
| 17. | cis-and trans-Asarone ((E)-and(Z)-2,4,5-Trimethoxypropen-1-yl benzene) | 2883-98-9  5273-86-9 | 12.91 | **P-R** |
| 18. | Benzaldehyde | 100-52-7 | (07.09) | **R** |
| 19. | Benzene | 71-43-2 | 04.04 | **P** |
| 20. | Benzyl alcohol | 100-51-6 | 05.07 | **R** |
| 21. | Benzyl benzoate | 120-51-4 | 05.07 | **R** |
| 22. | Benzyl cinnamate | 103-41-3 | 05.07 | **R** |
| 23. | Benzyl cyanide | 140-29-4 | 04.04 | **P** |
| 24. | Benzylidene acetone (4-Phenyl-3-buten-2-one) | 122-57-6 | 06.74 (05.06) | **P** |
| 25. | Benzyl salicylate | 118-58-1 | 05.07 | **R** |
| 26. | Bergamot oil expressed | 8007-75-8 | 06.92 (06.15) | **R** |
| 27. | Birch wood pyrolysate | 8001-88-5  84012-15-7  85940-29-0  68917-50-0 | 04.04 | **S-P** |
| 28. | Bitter orange peel oil expressed | 68916-04-1  72968-50-4 | 07.02 (06.15) | **R** |
| 29. | Boldo oil | 8022-81-9 | 07.09 | **P** |



| | | | | |
|---|---|---|---|---|
| 30. | 3-Bromo-1,7,7-trimethylbicyclo[2.2.1]heptane-2-one | 76-29-9 | (07.08) | **P** |
| 31. | Bromostyrene | 103-64-0 | (07.08) | **P** |
| 32. | alpha-Butylcinnamaldehyde | 7492-44-6 | 06.11 | **R** |
| 33. | 3-(m-tert-Butylphenyl)-2-methylpropionaldehyde (m-BMHCA) | 62518-65-4 | 06.15 | **R** |
| 34. | p-tert-Butyl-dihydrocinnamaldehyde (Bourgeonal) | 18127-01-0 | 07.08 | **R** |
| 35. | p-tert-Butyl-alpha-methylhydrocinnamic aldehyde (p-BMHCA, Lilestralis, Lilial, Lysmeral) | 80-54-6 | 06.15 | **R** |
| 36. | p-tert-Butylphenol | 98-54-4 | 06.75 (05.06) | **P** |
| 37. | Cade oil (Juniperus oxycedrus L.) | 8013-10-3 90046-02-9 | 04.04 | **S-P** |
| 38. | Carvone; d-Carvone; l-Carvone | 99-49-0 2244-16-8 6485-40-1 | 07.08 | **R** |
| 39. | Carvone oxide | 33204-74-9 | 04.04 | **P** |
| 40. | Chenopodium oil | 8006-99-3 | (07.08) | **P** |
| 41. | Cinnamic alcohol | 104-54-1 | 07.08 | **R** |
| 42. | Cinnamic aldehyde | 104-55-2 | 07.08 | **R** |
| 43. | Cinnamic aldehyde dimethyl acetal | 4364-06-1 | 07.09 | **R** |
| 44. | Cinnamylidene acetone | 4173-44-8 | (07.08) | **P** |
| 45. | Cinnamyl nitrile | 1885-38-7 4360-47-8 | 07.08 | **R** |
| 46. | Citral | 5392-40-5 141-27-5 106-26-3 | 05.06 | **R** |
| 47. | Citronellol | 106-22-9 1117-61-9 26489-01-0 6812-78-8 141-25-3 68916-43-8 7540-51-4 | 05.07 | **R** |
| 48. | Citrus oils and other furocoumarins containing essential oils | N/A | 12.96 (06.15) | **R** |
| 49. | Colophony | 8050-09-7 | 12.92 (05.06) | **P** |



| | | | | |
|---|---|---|---|---|
| 50. | Costus root oil, absolute and concrete | 8023-88-9 | 05.98 (05.06) | P |
| 51. | Coumarin | 91-64-5 | 07.08 | R |
| 52. | Cumin oil | 8014-13-9 | 06.86 (06.15) | R |
| 53. | Cuminaldehyde | 122-03-2 | 06.13 | R |
| 54. | Cyclamen alcohol (3-(4-Isopropylphenyl)-2-methylpropanol) | 4756-19-8 | 10.78 (02.80) | P-S |
| 55. | Cyclamen aldehyde | 103-95-7 | 06.13 (06.15) | R |
| 56. | Cyclopentadecanolide | 106-02-5 | 06.13 | R |
| 57. | Dibenzyl ether | 103-50-4 | 07.09 | R |
| 58. | 1,3-Dibromo-2-methoxy-4-nitro-5-(1,1-dimethylethyl)-6-methyl-benzene (Musk alpha) | 63697-53-0 | (07.08) | P |
| 59. | 1,3-Dibromo-2-methoxy-4-methyl-5-nitrobenzene (Musk KS) | 62265-99-0 | (07.08) | P |
| 60. | 2,2-Dichloro-1-methylcyclopropylbenzene | 3591-42-2 | (07.08) | P |
| 61. | 2,4-Dienals (group of materials) | 764-40-9 80466-34-8 5910-85-0 30361-28-5 6750-03-4 2363-88-4 13162-46-4 21662-16-8 … | 06.13 (07.09) | P |
| 62. | Diethyl maleate | 141-05-9 | 06.75 (05.06) | P |
| 63. | Dihydrocoumarin (Melilotine) | 119-84-6 | 06.13 (05.06) | R |
| 64. | 6,7-Dihydro-1,1,2,3,3-pentamethyl-4(5H)-indanone (DPMI, Cashmeran) | 33704-61-9 | 06.15 | R |
| 65. | 2,4-Dihydroxy-3-methylbenzaldehyde | 6248-20-0 | 04.89 (05.06) | P |
| 66. | Dimethylcyclohex-3-ene-1-carbaldehyde (mixed isomers) | 68737-61-1 68039-49-6 68039-48-5 27939-60-2 67801-65-4 | 06.13 (06.10) | R |
| 67. | 1-(5,5-Dimethyl-1-cyclohexen-1-yl)pent-4-en-1-one | 56973-85-4 | 07.09 | R |
| 68. | 4,6-Dimethyl-8-tert-butylcoumarin (Butolia) | 17874-34-9 | 06.81 (05.06) | P |



| 69. | 3,7-Dimethyl-2-octen-1-ol | 40607-48-5 | 04.04 | P |
|---|---|---|---|---|
| 70. | 2,2-Dimethyl-3-(3-tolyl)propan-1-ol (Majantol) | 103694-68-4 | 06.10 | **R-S** |
| 71. | Dimethyl citraconate | 617-54-9 | 10.76 (05.06) | P |
| 72. | Diphenylamine | 122-39-4 | 04.04 | P |
| 73. | 2,4-Dodecadien-1-ol, (2E, 4E) | 18485-38-6 | 06.15 | P |
| 74. | Esters of 2-nonynoic acid, (Except Methyl octine carbonate) | 10031-92-2 | (07.08) | P |
| 75. | Esters of 2-octynoic acid (Except for Methyl heptane carbonate) | 10484-32-9 10519-20-7 | (07.08) | P |
| 76. | Estragole | 140-67-0 | 10.09 (07.15) | R |
| 77. | 2-Ethoxy-4-methylphenol | 2563-07-7 | 07.08 | R |
| 78. | Ethyl acrylate | 140-88-5 | 11.74 (05.06) | P |
| 79. | p-Ethylbenzaldehyde | 4748-78-1 | 06.13 | R |
| 80. | Ethylene glycol monoethyl ether and its Acetate | 110-80-5 111-15-9 (acetate) | 04.04 | P |
| 81. | Ethylene glycol monomethyl Ether and its Acetate | 109-86-4 110-49-6 (acetate) | 04.04 | P |
| 82. | Eugenol | 97-53-0 | 07.08 | R |
| 83. | Farnesol | 4602-84-0 | 05.06 | **R-S** |
| 84. | Fig leaf absolute | 68916-52-9 | 05.83 (05.06) | P |
| 85. | Furfural | 98-01-1 | 06.13 | R |
| 86. | Furfuryl alcohol | 98-00-0 | 07.09 (06.15) | P |
| 87. | Furfurylidene acetone | 623-15-4 | (07.08) | P |
| 88. | Geraniol | 106-24-1 | 05.07 | R |
| 89. | Geranyl nitrile | 5146-66-7 5585-39-7 31983-27-4 | 11.06 (07.08) | P |
| 90. | Grapefruit oil expressed | 8016-20-4 | 06.92 (06.15) | R |
| 91. | trans-2-Heptenal | 18829-55-5 | 04.89 (05.06) | P |



| 92. | 2-Heptylidene cyclopentan-1-one | 39189-74-7 | 06.11 | R |
|---|---|---|---|---|
| 93. | 2,4-Hexadien-1-ol | 111-28-4<br>17102-64-6 | 06.15 | P |
| 94. | Hexahydrocoumarin | 700-82-3 | 02.80<br>(05.06) | P |
| 95. | trans-2-Hexenal | 6728-26-3 | 07.08 | R |
| 96. | trans-2-Hexenal diethyl acetal | 67746-30-9 | 04.89<br>(05.06) | P |
| 97. | trans-2-Hexenal dimethyl acetal | 18318-83-7 | 04.89<br>(05.06) | P |
| 98. | alpha-Hexyl cinnamic aldehyde | 101-86-0 | 06.13<br>(05.07) | R |
| 99. | alpha-Hexylidene cyclopentanone | 17373-89-6 | 07.08 | R |
| 100. | Hexyl salicylate | 6259-76-3 | 05.07 | R |
| 101. | Hydroabietyl alcohol, dihydroabietyl alcohol | 13393-93-6<br>26266-77-3<br>1333-89-7 | 04.04 | P |
| 102. | Hydroquinone monoethyl ether (4-ethoxy-Phenol) | 622-62-8 | 10.83<br>(05.06) | P |
| 103. | Hydroquinone monomethyl ether (4-methoxy-Phenol) | 150-76-5 | 10.83<br>(05.06) | P |
| 104. | Hydroxycitronellal | 107-75-5 | 06.13<br>(07.08) | R |
| 105. | 3 and 4-(4-Hydroxy-4-methylpentyl)-3-cyclohexene-1-carboxaldehyde (HMPCC) | 31906-04-4<br>51414-25-6 | 06.13<br>(07.09) | R |
| 106. | p-Isobutyl-α-methyl-hydrocinnamaldehyde | 6658-48-6 | 07.09 | R |
| 107. | Isobutyl N-methylanthranilate | 65505-24-0 | 07.09 | R |
| 108. | Isocyclocitral | 1335-66-6<br>1423-46-7<br>67634-07-5 | 05.07 | R |
| 109. | Isocyclogeraniol (2,4,6-Trimethyl-3-cyclohexene-1-methanol) | 68527-77-5 | 07.08 | R |
| 110. | Isoeugenol | 97-54-1 | 07.08 | R |
| 111. | Isophorone | 78-59-1 | (07.08) | P |
| 112. | 6-Isopropyl-2-decalol (Decatol) | 34131-99-2 | 06.79<br>(05.06) | P |



| # | Name | CAS | Date | Status |
|---|---|---|---|---|
| 113. | Jasmine absolute (grandiflorum) | 8022-96-6<br>8024-43-9<br>90045-94-6<br>84776-64-7 | 07.08 | R |
| 114. | Jasmine absolute (sambac) | 91770-14-8 | 07.08 | R |
| 115. | Lemon oil cold pressed | 8008-56-8 | 06.92 (06.15) | R |
| 116. | Lime oil expressed | 8008-26-2 | 06.92 (06.15) | R |
| 117. | Limonene | 138-86-3 | 12.95 | S |
| 118. | Linalool; d-Linalool; l-Linalool | 78-70-6<br>126-90-9<br>126-91-0 | 04.04 | S |
| 119. | Massoia bark oil | 85085-26-3 | (07.08) | P |
| 120. | Massoia lactone | 54814-64-1<br>51154-96-2 | 06.15 | P |
| 121. | Melissa oil (genuine Melissa officinalis L.) | 8014-71-9<br>84082-61-1 | 07.09 | R |
| 122. | p-Mentha-1,8-dien-7-al (Perilla aldehyde) | 2111-75-3 | 07.08 | R |
| 123. | Menthadiene-7-methyl formate (Isobergamate) | 68683-20-5 | 07.08 | R |
| 124. | p-Methoxybenzaldehyde | 123-11-5 | 06.13 | R |
| 125. | o-Methoxycinnamaldehyde | 1504-74-1 | 06.11 | R |
| 126. | 7-Methoxycoumarin | 531-59-9 | 02.79 (07.08) | P |
| 127. | Methoxy dicylopentadiene carboxaldehyde (Scentenal) | 86803-90-9 | 07.08 | R |
| 128. | 4-Methoxy-α-methylbenzenepropanal | 5462-06-6 | 06.13 (07.09) | R |
| 129. | 2-Methoxy-4-methylphenol (p-Creosol) | 93-51-6 | 07.08 | R |
| 130. | alpha-Methyl anisylidene acetone (1-(4-Methoxyphenyl)-1-penten-3-one) | 104-27-8 | 05.80 (05.06) | P |
| 131. | alpha-Methyl-1,3-benzodioxole-5-propionaldehyde (MMDHCA) | 1205-17-0 | 06.13 (06.10) | R |
| 132. | alpha-Methyl cinnamic aldehyde | 101-39-3 | 05.07 | R |
| 133. | 6-Methylcoumarin (Toncarine) | 92-48-8 | 05.80 (05.06) | P |
| 134. | 7-Methylcoumarin | 2445-83-2 | 05.83 (05.06) | P |



| | | | | |
|---|---|---|---|---|
| 135. | Methyl crotonate | 623-43-8 | 05.80 (05.06) | **P** |
| 136. | 4-Methyl-7-ethoxycoumarin (Maraniol) | 87-05-8 | 06.79 (05.06) | **P** |
| 137. | Methyl eugenol | 93-15-2 | 07.15 | **R** |
| 138. | 6-Methyl-3,5-heptadiene-2-one (Methyl heptadienone) | 1604-28-0 | 07.09 | **R** |
| 139. | Methyl heptine carbonate (MHC, Folione) | 111-12-6 | 07.08 | **R** |
| 140. | p-Methylhydrocinnamic aldehyde | 5406-12-2 | (07.08) | **P** |
| 141. | Methyl ionone, mixed isomers | 1335-46-2 127-42-4 127-43-5 127-51-5 7779-30-8 79-89-0 | 06.15 | **R** |
| 142. | Methyl methacrylate | 80-62-6 | (07.08) | **P** |
| 143. | Methyl N-methylanthranilate | 85-91-6 | 07.09 (06.15) | **R** |
| 144. | Methyl β-naphtyl ketone | 93-08-3 | 04.05 (06.15) | **R** |
| 145. | 3-Methyl-2(3)-nonenenitrile (Citgrenile) | 53153-66-5 | 05.07 (07.08) | **P** |
| 146. | Methyl octine carbonate (MOC) | 111-80-8 | 07.08 | **R** |
| 147. | 3-Methyl-2-(pentyloxy)cyclopent-2-en-1-one | 68922-13-4 | 06.11 | **R** |
| 148. | p-Methyltetrahydroquinoline | 91-61-2 | 07.09 | **R** |
| 149. | Moskene (1,1,3,3,5-Pentamethyl-4,6-dinitroindane) | 116-66-5 | 04.05 (07.08) | **P** |
| 150. | Musk ambrette | 83-66-9 | 12.95 (05.06) | **P** |
| 151. | Musk ketone | 81-14-1 | 06.10 | **S** |
| 152. | Musk tibetene (1-tert-Butyl-2,6-dinitro-3,4,5-trimethylbenzene) | 145-39-1 | 04.05 (07.08) | **P** |
| 153. | Musk xylene | 81-15-2 | 07.09 | **P** |
| 154. | Nitrobenzene | 98-95-3 | 06.74 (05.06) | **P** |
| 155. | 2-Nonyl-1-al dimethyl acetal | 13257-44-8 | 06.11 | **R** |
| 156. | Nootkatone | 4674-50-4 | 05.06 | **S** |
| 157. | Oak moss extracts | 90028-68-5 9000-50-4 68917-10-2 | 07.08 | **R-S** |



| | | | | |
|---|---|---|---|---|
| 158. | 1-(1,2,3,4,5,6,7,8-Octahydro-2,3,8,8-tetramethyl-2-naphthalenyl)ethanone (OTNE) | 54464-57-2 | 07.08 | R |
| 159. | 1-Octen-3-yl acetate (Amyl vinyl carbinyl acetate) | 2442-10-2 | 07.08 | R |
| 160. | Opoponax (all forms) | 8021-36-1<br>9000-78-6<br>93384-32-8 | 06.13 (04.99) | R |
| 161. | 1-(2,4,4,5,5-Pentamethyl-1-cyclopenten-1-yl)ethan-1-one | 13144-88-2 | 06.11 | R |
| 162. | 2-Pentylidene cyclohexanone | 25677-40-1 | 05.83 (05.06) | P |
| 163. | Peru balsam crude | 8007-00-9 | 12.91 (05.07) | P |
| 164. | Peru balsam extracts and distillates | 8007-00-9 | 07.08 | R |
| 165. | Phenylacetaldehyde (Hyacinthin) | 122-78-1 | 05.06 | R |
| 166. | Phenyl acetone (Methyl benzyl ketone) | 103-79-7 | (07.08) | P |
| 167. | Phenyl benzoate | 93-99-2 | (07.08) | P |
| 168. | 3-Phenylbutanal | 16251-77-7 | 06.10 | R |
| 169. | 2-Phenylpropionaldehyde | 93-53-8 | 07.09 | R |
| 170. | Pinacea derivatives | | 07.94 | S |
| 171. | 3-Propylidene phthalide | 17369-59-4 | 07.08 | R |
| 172. | Pseudoionone (2,6-Dimethylundeca-2,6,8-trien-10-one) | 141-10-6 | 04.89 (05.06) | P-S |
| 173. | Pseudo Methylionones | 26651-96-7<br>72968-25-3<br>1117-41-5 | 07.09 | P |
| 174. | Quinoline | 91-22-5 | 06.10 | P |
| 175. | Rose Ketones | 23696-85-7<br>23726-93-4<br>43052-87-5<br>24720-09-0<br>23726-94-5<br>23726-92-3<br>23726-91-2<br>57378-68-4<br>71048-82-3<br>39872-57-6<br>70266-48-7<br>33673-71-1<br>35087-49-1<br>35044-68-9 | 07.09 | R |



| | | | | |
|---|---|---|---|---|
| 176. | Rue oil | 8014-29-7 | 04.01 <mark>(06.15)</mark> | R |
| 177. | Safrole, Isosafrole, Dihydrosafrole | 94-59-7<br>120-58-1<br>94-58-6 | 07.87 (04.99) | P<br>R |
| 178. | Santolina oil | 84961-58-0 | (07.08) | P |
| 179. | Savin oil | 8024-00-8 | 06.82 | **P-S** |
| 180. | Sclareol | 515-03-7 | 04.05 | **S** |
| 181. | Styrax | 8046-19-3<br>8024-01-9<br>94891-27-7<br>94891-28-8 | 06.13 (07.94) | **P-R** |
| 182. | Tagetes oil and absolute | 91722-29-1<br>8016-84-0 | 04.01 <mark>(06.15)</mark> | R |
| 183. | Tea leaf absolute (camellia sinensis leaf extract) | 84650-60-2 | 05.06 | R |
| 184. | 1,2,3,4-Tetrahydro-4-methylquinoline | 19343-78-3 | 07.09 | R |
| 185. | o,m,p-Tolualdehydes and their mixtures | 529-20-4<br>620-23-5<br>104-87-0<br>1334-78-7 | 06.13 | R |
| 186. | Toluene | 108-88-3 | 04.04 | P |
| 187. | Treemoss extracts | 90028-67-4<br>68648-41-9<br>68917-40-8 | 07.08 | **R-S** |
| 188. | 2,6,6-Trimethylcyclohexa-1,3-dienyl methanal (Safranal) | 116-26-7 | 06.13 (12.98) | R |
| 189. | Verbena absolute (Lippia citriodora) | 8024-12-2 | 06.10 | R |
| 190. | Verbena oil | 8024-12-2 | 12.81 (05.06) | P |
| 191. | Ylang Ylang Extracts | 8006-81-3<br>68606-83-7<br>83863-30-3 | 07.08 | R |