# EXHIBIT A71



**WORLD HEALTH ORGANIZATION**

**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**

# IARC MONOGRAPHS

## ON THE

# EVALUATION OF CARCINOGENIC RISKS TO HUMANS

*Chromium, Nickel and Welding*

**VOLUME 49**

IARC, Lyon, France

1990

Case 3:16-md-02738-MAS-RLS   Document 9726-5   Filed 05/07/19   Page 3 of 14 PageID: 29250



WORLD HEALTH ORGANIZATION

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

# IARC MONOGRAPHS

## ON THE

# EVALUATION OF CARCINOGENIC

# RISKS TO HUMANS

*Chromium, Nickel and Welding*

## VOLUME 49

This publication represents the views and expert opinions
of an IARC Working Group on the
Evaluation of Carcinogenic Risks to Humans,
which met in Lyon,

5–13 June 1989

1990

# IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. In 1980 and 1986, the programme was expanded to include the evaluation of the carcinogenic risk associated with exposures to complex mixtures and other agents.

The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed, and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in chemical carcinogenesis and related fields; and to indicate where additional research efforts are needed.

This project is supported by PHS Grant No. 5 UO1 CA33193–07 awarded by the US National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the Commission of the European Communities.

©International Agency for Research on Cancer 1990

ISBN 92 832 1249 5

ISSN 0250–9555

All rights reserved. Application for rights of reproduction or translation, in part or *in toto*, should be made to the International Agency for Research on Cancer.

Distributed for the International Agency for Research on Cancer
by the Secretariat of the World Health Organization

PRINTED IN THE UK

# CONTENTS

NOTE TO THE READER ................................................... 11
LIST OF PARTICIPANTS .................................................. 13
PREAMBLE
    Background ........................................................ 19
    Objective and Scope ............................................... 19
    Selection of Topics for Monographs ................................ 20
    Data for Monographs .............................................. 21
    The Working Group ............................................... 21
    Working Procedures ............................................... 21
    Exposure Data .................................................... 22
    Biological Data Relevant to the Evaluation of Carcinogenicity to
      Humans ........................................................ 24
    Evidence for Carcinogenicity in Experimental Animals .............. 25
    Other Relevant Data in Experimental Systems and in Humans ........ 27
    Evidence for Carcinogenicity in Humans ............................ 29
    Summary of Data Reported ........................................ 32
    Evaluation ........................................................ 33
    References ........................................................ 37

GENERAL REMARKS .................................................... 41

THE MONOGRAPHS

**Chromium and chromium compounds**

1. Chemical and physical data ......................................... 49
    1.1  Synonyms, trade names and molecular formulae of chromium
         and selected chromium-containing substances ................... 49
    1.2  Chemical and physical properties of pure substances ............ 55
    1.3  Technical products and impurities ............................. 55
         (a)  Chromite ore ............................................. 55

CONTENTS

|   |   |   |   |
|---|---|---|---|
|   |   | (b) Metallic chromium and chromium alloys | 60 |
|   |   | (c) Chromium[III] compounds | 64 |
|   |   | (d) Chromium[VI] compounds | 65 |
| 2. | Production, use, occurrence and analysis | | 66 |
|   | 2.1 | Production | 66 |
|   |   | (a) Chromite ore | 66 |
|   |   | (b) Metallic chromium and chromium alloys | 66 |
|   |   | (c) Chromium[III] compounds | 70 |
|   |   | (d) Chromium[VI] compounds | 72 |
|   |   | (e) Other chromium compounds | 78 |
|   | 2.2 | Use | 78 |
|   |   | (a) Chromite ore | 78 |
|   |   | (b) Metallic chromium and chromium alloys | 79 |
|   |   | (c) Chromium[III] compounds | 80 |
|   |   | (d) Chromium[VI] compounds | 81 |
|   |   | (e) Other chromium compounds | 84 |
|   | 2.3 | Occurrence | 84 |
|   |   | (a) Natural occurrence | 84 |
|   |   | (b) Occupational exposures | 85 |
|   |   | (c) Air | 98 |
|   |   | (d) Water | 99 |
|   |   | (e) Soil and plants | 101 |
|   |   | (f) Food | 101 |
|   |   | (g) Animal tissues | 101 |
|   |   | (h) Human tissues and secretions | 104 |
|   |   | (i) Regulatory status and guidelines | 104 |
|   | 2.4 | Analysis | 107 |
| 3. | Biological data relevant to the evaluation of carcinogenic risk to humans | | 115 |
|   | 3.1 | Carcinogenicity studies in animals | 115 |
|   |   | (a) Metallic chromium | 115 |
|   |   | (b) Chromium[III] compounds | 118 |
|   |   | (c) Chromium[VI] compounds | 121 |
|   |   | (d) Other chromium compounds | 130 |
|   | 3.2 | Other relevant data in experimental systems | 143 |
|   |   | (a) Absorption, distribution, excretion and metabolism | 143 |

CONTENTS

    (b) Toxic effects ............................................. 147
    (c) Effects on reproduction and prenatal toxicity ............... 150
    (d) Genetic and related effects ................................ 151
  3.3 Other relevant data in humans ................................... 181
    (a) Absorption, distribution, excretion and metabolism ......... 181
    (b) Toxic effects ............................................. 182
    (c) Effects on reproduction and prenatal toxicity ............... 184
    (d) Genetic and related effects ................................ 184
  3.4 Case reports and epidemiological studies of carcinogenicity to humans ................................................................. 187
    (a) Chromate production ....................................... 187
    (b) Production of chromate pigments ........................... 198
    (c) Chromium plating .......................................... 201
    (d) Production of ferrochromium alloys ......................... 204
    (e) Other industrial exposures to chromium ..................... 205
    (f) Environmental exposure to chromium ........................ 207
4. Summary of data reported and evaluation ............................. 208
  4.1 Exposure data ................................................... 208
  4.2 Experimental carcinogenicity data ............................... 208
  4.3 Human carcinogenicity data ...................................... 210
  4.4 Other relevant data ............................................. 211
  4.5 Evaluation ...................................................... 213
5. References .......................................................... 214

**Nickel and nickel compounds**

1. Chemical and physical data .......................................... 257
  1.1 Synonyms, trade names and molecular formulae of nickel and selected nickel-containing compounds ................................... 257
  1.2 Chemical and physical properties of pure substances ............. 262
  1.3 Technical products and impurities ............................... 267
    (a) Metallic nickel and nickel alloys .......................... 267
    (b) Nickel oxides and hydroxides ............................... 267
    (c) Nickel sulfides ............................................ 269
    (d) Nickel salts ............................................... 270
    (e) Other nickel compounds ..................................... 270

CONTENTS

2. Production, use, occurrence and analysis .................................. 270
   2.1 Production .............................................................. 270
      (a) Metallic nickel and nickel alloys ........................... 270
      (b) Nickel oxides and hydroxides .............................. 277
      (c) Nickel sulfides .................................................. 278
      (d) Nickel salts ...................................................... 278
      (e) Other nickel compounds .................................... 279
   2.2 Use ..................................................................... 280
      (a) Metallic nickel and nickel alloys ........................... 281
      (b) Nickel oxides and hydroxides .............................. 282
      (c) Nickel sulfides .................................................. 282
      (d) Nickel salts ...................................................... 282
      (e) Other nickel compounds .................................... 283
   2.3 Occurrence ........................................................... 283
      (a) Natural occurrence ............................................ 283
      (b) Occupational exposures ..................................... 284
      (c) Air .................................................................. 302
      (d) Tobacco smoke ................................................. 304
      (e) Water and beverages ......................................... 304
      (f) Soil .................................................................. 305
      (g) Food ............................................................... 306
      (h) Human tissues and secretions ............................. 308
      (i) Iatrogenic exposures .......................................... 308
      (j) Regulatory status and guidelines .......................... 311
   2.4 Analysis ............................................................... 314
3. Biological data relevant to the evaluation of carcinogenic risk to humans ................................................................................ 318
   3.1 Carcinogenicity studies in animals ............................. 318
      (a) Metallic nickel and nickel alloys ........................... 318
      (b) Nickel oxides and hydroxides .............................. 324
      (c) Nickel sulfides .................................................. 328
      (d) Nickel salts ...................................................... 336
      (e) Other nickel compounds .................................... 340
   3.2 Other relevant data in experimental systems ............... 356
      (a) Absorption, distribution, excretion and metabolism ... 356
      (b) Dissolution and cellular uptake ............................. 360

CONTENTS

    (c) Interactions .................................................... 363
    (d) Toxic effects ................................................. 364
    (e) Effects on reproduction and prenatal toxicity ............... 370
    (f) Genetic and related effects ................................. 374
  3.3 Other relevant data in humans ................................ 383
    (a) Absorption, distribution, excretion and metabolism ........ 383
    (b) Toxic effects ................................................. 386
    (c) Effects on reproduction and prenatal toxicity ............... 388
    (d) Genetic and related effects ................................. 388
  3.4 Epidemiological studies of carcinogenicity to humans ........... 389
    (a) Introduction ................................................. 389
    (b) Nickel mining, smelting and refining ....................... 391
    (c) Nickel alloy and stainless-steel production ................. 397
    (d) Other industrial exposures to nickel ........................ 398
    (e) Other studies ................................................ 400
4. Summary of data reported and evaluation ............................ 401
  4.1 Exposure data .................................................. 401
  4.2 Experimental carcinogenicity data .............................. 405
  4.3 Human carcinogenicity data ..................................... 407
  4.4 Other relevant data ............................................ 408
  4.5 Evaluation ..................................................... 410
5. References ......................................................... 411

**Welding**

1. Historical perspectives and process description .................... 447
  1.1 Introduction ................................................... 447
  1.2 Development of welding in the twentieth century ................ 447
  1.3 Description of major welding processes ......................... 450
    (a) Introduction ................................................. 450
    (b) Manual metal arc welding .................................... 452
    (c) Metal inert gas welding ..................................... 452
    (d) Flux-cored wire welding ..................................... 453
    (e) Tungsten inert gas welding .................................. 453
    (f) Submerged arc welding ....................................... 454
  1.4 Number and distribution of welders ............................. 454

CONTENTS

2. Welding fumes and gases .................................................. 455
   2.1 Introduction ......................................................... 455
   2.2 Chemical composition and physical properties of welding fumes . 457
       (a) Elemental composition ......................................... 457
       (b) Oxidation state of chromium ................................... 459
       (c) Crystalline materials .......................................... 460
       (d) Physical properties ............................................ 462
   2.3 Occupational exposures of welders .................................. 463
       (a) Exposures to welding fumes ..................................... 463
       (b) Biological monitoring of exposure .............................. 465
       (c) Exposures to welding gases ..................................... 471
       (d) Exposures to organic constituents of welding fumes ............ 472
       (e) Other exposures ................................................ 472
       (f) Regulatory status and guidelines ............................... 474
   2.4 Chemical analysis of welding fumes and gases ....................... 474
3. Biological data relevant to the evaluation of carcinogenic risk to humans ................................................................. 476
   3.1 Carcinogenicity studies in animals ................................. 476
       (a) Intratracheal instillation ..................................... 476
       (b) Intrabronchial implantation .................................... 476
   3.2 Other relevant data in experimental systems ........................ 477
       (a) Absorption, distribution, excretion and metabolism ............ 477
       (b) Toxic effects .................................................. 479
       (c) Effects on reproduction and prenatal toxicity ................. 482
       (d) Genetic and related effects .................................... 482
   3.3 Other relevant data in humans ...................................... 484
       (a) Absorption, distribution, excretion and metabolism ............ 484
       (b) Toxic effects .................................................. 485
       (c) Effects on reproduction and prenatal toxicity ................. 487
       (d) Genetic and related effects .................................... 487
   3.4 Case reports and epidemiological studies of carcinogenicity to humans ............................................................. 489
       (a) Case reports and descriptive epidemiology ..................... 489
       (b) Cohort studies ................................................. 491
       (c) Case–control studies ........................................... 498

## CONTENTS

4. Summary of data reported and evaluation .......................... 505
   4.1 Exposure data ............................................. 505
   4.2 Experimental carcinogenicity data ........................ 505
   4.3 Human carcinogenicity data ............................... 505
   4.4 Other relevant data ...................................... 506
   4.5 Evaluation ............................................... 507
5. References ..................................................... 508

SUMMARY OF FINAL EVALUATIONS ...................................... 527

APPENDIX 1. SUMMARY TABLES OF GENETIC AND RELATED EFFECTS ......... 529

APPENDIX 2. ACTIVITY PROFILES FOR GENETIC AND RELATED EFFECTS ..... 537

CUMULATIVE INDEX TO THE *MONOGRAPHS* SERIES ....................... 649

# NICKEL AND NICKEL COMPOUNDS

Nickel and nickel compounds were considered by previous IARC Working Groups, in 1972, 1975, 1979, 1982 and 1987 (IARC, 1973, 1976, 1979, 1982, 1987). Since that time, new data have become available, and these are included in the present monograph and have been taken into consideration in the evaluation.

## 1. Chemical and Physical Data

The list of nickel alloys and compounds given in Table 1 is not exhaustive, nor does it necessarily reflect the commercial importance of the various nickel-containing substances, but it is indicative of the range of nickel alloys and compounds available, including some compounds that are important commercially and those that have been tested in biological systems. A number of intermediary compounds occur in refineries which cannot be characterized and are not listed.

### 1.1 Synonyms, trade names and molecular formulae of nickel and selected nickel-containing compounds

Table 1. Synonyms (Chemical Abstracts Service names are given in bold), trade names and atomic or molecular formulae or compositions of nickel, nickel alloys and selected nickel compounds

| Chemical name | Chem. Abstr. Serv. Reg. Number[a] | Synonyms and trade names | Formula | Oxidation state[b] |
|---|---|---|---|---|
| **Metallic nickel and nickel alloys** | | | | |
| **Nickel** | 7440-02-0 (8049-31-8; 17375-04-1; 39303-46-3; 53527-81-4; 112084-17-0) | C.I. 77775; N1; Ni 233; Ni 270; Nickel 270; Nickel element; NP 2 | Ni | 0 |

Case 3:16-md-02738-MAS-RLS   Document 9726-5   Filed 05/07/19   Page 13 of 14 PageID: 29260

Groups of 40 and 20 male Wistar rats, five weeks of age, were exposed by inhalation to 60 and 200 µg/m$^3$ nickel as nickel monoxide aerosol (particle size, <0.3 µm) continuously for 18 months, followed by an observation period of one year under normal atmospheric conditions. At 24 months, 80% of animals in the treatment group had died, and at termination of the study (30 months) 62.5% of controls had died. No carcinogenic effect was observed (Glaser *et al.*, 1986). [The Working Group noted that the toxic effects, particularly alveolar proteinosis, were severe, that the survival of the animals was too short for carcinogenicity to be evaluated fully, and that nickel oxide aerosols were generated by atomization of aqueous nickel acetate solutions.]

*Hamster*: A group of 51 male Syrian golden hamsters, two months of age, was exposed by inhalation to a mean aerosol concentration of 53.2 mg/m$^3$ nickel monoxide (mean particle diameter, 0.3 µm) for 7 h per day on five days per week for life. Another group of 51 males was exposed to nickel monoxide plus cigarette smoke. Two control groups of 51 animals were exposed to smoke and sham dust or to sham smoke and sham dust. Massive pneumoconiosis with lung consolidation developed in the nickel monoxide-exposed animals but did not affect their lifespan. Mean lifespan was $19.6 \pm 1.6$ months for animals exposed to smoke and nickel monoxide, $16.1 \pm 1.1$ for sham-exposed nickel oxide-treated animals and $19.6 \pm 1.4$ and $15.3 \pm 1.3$ months for the respective controls. No significant increase in the incidence of respiratory tumours or any evidence of cocarcinogenic interaction with cigarette smoke was noted for nickel monoxide. One osteosarcoma occurred in the nickel monoxide-treated group and one osteosarcoma and one rhabdomyosarcoma in the muscle of the thorax were seen in the group given nickel monoxide plus cigarette smoke (Wehner *et al.*, 1975, 1979).

### (ii) *Intratracheal instillation*

*Rat*: Groups of female Wistar rats [numbers unspecified], 11 weeks of age, received ten weekly intratracheal instillations of 5 or 15 mg nickel as nickel monoxide (99.99% pure) in 0.3 ml saline to give total doses of 50 and 150 mg nickel, respectively. A control group of 40 rats received injections of saline only and were observed for 124 weeks. Lung tumour incidence in the two treated groups was 10/37 (27%) and 12/38 (31.6%), respectively; the tumours in the two groups consisted of four adenocarcinomas, two mixed tumours and 16 squamous-cell carcinomas. No lung tumour occurred in controls (Pott *et al.*, 1987).

*Hamster*: In an experiment designed to study the effects of particulates on the carcinogenesis of *N*-nitrosodiethylamine, groups of 25 male and 25 female hamsters [strain unspecified], five weeks old, received intratracheal instillations of 0.2 ml of a suspension of 2 g nickel monoxide (particle size, 0.5-1.0 µm) in 100 ml 0.5% w/v gelatin/saline once a week for 30 weeks. A group of 50 controls received injections

of carbon dust in the vehicle. Only three hamsters in each group survived beyond 48 weeks. One respiratory tract tumour [unspecified] was found in the 47 nickel monoxide-treated animals that were necropsied and four in controls. A high incidence of respiratory-tract tumours was observed in animals treated with $N$-nitrosodiethylamine alone (Farrell & Davis, 1974). [The Working Group noted the poor survival of treated and control animals.]

### (iii) *Intrapleural administration*

*Rat*: A group of 32 male Wistar rats, three months of age, received a single intrapleural injection of 10 mg nickel monoxide in 0.4 ml saline suspension. A positive control group of 32 rats received a 10 mg injection of crocidolite, and a negative control group of 32 rats received saline alone. After 30 months, 31/32 rats in the nickel monoxide-treated group had developed injection-site tumours (mostly rhabdomyosarcomas). Median survival time was 224 days. Nine of 32 rats in the crocidolite-treated group had local tumours, but none of the saline controls developed local sarcomas (Skaug *et al.*, 1985).

### (iv) *Intramuscular administration*

*Mouse*: Two groups of 50 Swiss and 52 C3H mice, equally divided by sex, two to three months of age, received single intramuscular injections of 5 mg nickel monoxide in penicillin G procaine into each thigh muscle and were observed for up to 476 days. Local sarcomas (mainly fibrosarcomas) occurred in 33 Swiss and 23 C3H mice. No control was reported (Gilman, 1962).

*Rat*: A group of 32 Wistar rats [sex unspecified], two to three months of age, received single intramuscular injections of 20 mg nickel monoxide powder into each thigh muscle and were observed for up to 595 days. Twenty-one rats developed a total of 26 tumours at the site of injection; 80% of the tumours were rhabdomyosarcomas, and the average latent period was 302 days. No control was reported (Gilman, 1962).

Groups of 20 Fischer rats [sex and age unspecified] received single intramuscular injections at two sites of either nickel hydroxide or nickel monoxide [dose unspecified] in aqueous penicillin G procaine. Local sarcomas developed in 15/20 (19 tumours at 40 sites) and 2/20 rats, respectively. Concurrent vehicle controls were not used. Seventeen of 20 animals given nickel subsulfide [dose unspecified] as positive controls developed local sarcomas. No tumour developed at the injection sites in two other groups of rats in the same experimental series injected intramuscularly with either nickel sulfate or nickel sulfide [presumed to be amorphous] (Gilman, 1966).

Ten male and ten female Wistar rats, weighing 150-170 g, received an intramuscular injection of 3 mg nickel trioxide powder. No control group was reported. No neoplasm developed at the injection site (Sosiński, 1975).