# EXHIBIT A78



# International Organization for Standardization

🏠 › All about ISO › Members › ANSI (United States)

# ANSI
## United States

Membership: Member body

---

Since it was founded in 1918, the American National Standards Institute (ANSI) has coordinated the development of voluntary consensus standards in the United States and has represented the needs and views of U.S. stakeholders in standardization forums around the globe. ANSI is the U.S. member body to ISO and, via its U.S. National Committee, the International Electrotechnical Commission (IEC). ANSI is also a member of the International Accreditation Forum (IAF).

ANSI does not write standards; rather, the Institute accredits standards developers that will establish consensus among qualified groups. Its guiding principles " consensus, due process and openness " are followed by the 220 distinct entities currently accredited to develop and maintain nearly 10 000 American National Standards (ANS). Though all ANS are developed as voluntary documents, U.S. federal, state, or local bodies are increasingly referring to ANS for regulatory or procurement purposes. Many ANS are also national adoptions of globally relevant international standards.

The Institute's membership is comprised of a broad range of businesses and industrial organizations,

**American National Standards Institute**

1899 L St NW, 11th Floor
Washington, DC 20036
United States

Tel: +1 212 642 49 00 / +1.202.293.8020
Fax: +1 212 398 00 23 / +1.202.293.9287
E-mail: info@ansi.org

 ANSI Website
 ANSI Webstore

## TC Participation:

Secretariat (104)

Participating Member (579)

standards setting and conformity assessment bodies, trade associations, labor unions, professional societies, consumer groups, academia, and government organizations for the purpose of enhancing global business competitiveness and improving the quality of life for the world's citizens.

The interests of more than125 000 companies and 3,5 million professionals are represented through ANSI's headquarters in Washington, DC, and its operations office in New York City.

Observing Member (6)

## PDC Participation:

Participating Member (5)

› All about ISO › Members › ANSI (United States)