# EXHIBIT A99



Share This: 

# Organ Sites with Neoplasia

**Number of Test Articles Associated with Site-Specific Neoplasia that produced positive, clear or some evidence of carcinogenicity.**

| Organ | Male Rats | Female Rats | Male Mice | Female Mice | Total |
|---|---|---|---|---|---|
| Adrenal Cortex | 0 | 2 | 0 | 0 | 2 |
| Adrenal Medulla | 17 | 11 | 6 | 4 | 26 |
| All Organs | 1 | 2 | 1 | 1 | 4 |
| Bone | 1 | 0 | 0 | 0 | 1 |
| Brain | 4 | 2 | 2 | 1 | 5 |
| Clitoral Gland | 0 | 16 | 0 | 0 | 16 |
| Epididymis | 2 | 0 | 0 | 0 | 2 |
| Esophagus | 3 | 3 | 0 | 0 | 3 |
| Harderian Gland | 0 | 0 | 14 | 16 | 17 |
| Heart | 4 | 1 | 3 | 2 | 7 |
| Hematopoietic System | 16 | 16 | 11 | 17 | 39 |
| Kidney | 2 | 0 | 0 | 0 | 2 |
| Kidney Transitional Cell | 6 | 4 | 0 | 0 | 9 |
| Kidney Tubular Cell | 49 | 13 | 12 | 1 | 58 |
| Large intestine | 15 | 13 | 2 | 1 | 18 |
| Liver | 51 | 55 | 100 | 123 | 176 |
| Lung | 18 | 25 | 40 | 44 | 70 |
| Mammary Gland | 7 | 32 | 0 | 13 | 39 |
| Mesothelium | 14 | 2 | 1 | 2 | 15 |
| Nasal Cavity | 16 | 12 | 3 | 3 | 17 |
| Oral Cavity | 16 | 22 | 0 | 1 | 24 |
| Ovary | 0 | 0 | 0 | 12 | 12 |
| Pancreas Acinar Cell | 8 | 2 | 0 | 0 | 10 |

| Organ | Male Rats | Female Rats | Male Mice | Female Mice | Total |
|---|---|---|---|---|---|
| Pancreas Islet Cell | 4 | 2 | 1 | 1 | 6 |
| Pituitary Gland | 3 | 1 | 2 | 3 | 7 |
| Preputial Gland | 9 | 0 | 4 | 0 | 13 |
| Seminal Vesicle | 1 | 0 | 1 | 0 | 2 |
| Skin | 19 | 11 | 10 | 9 | 30 |
| Small intestine | 2 | 2 | 3 | 2 | 6 |
| Spleen | 6 | 3 | 0 | 1 | 8 |
| Stomach, Forestomach | 20 | 16 | 26 | 29 | 39 |
| Stomach, Glandular | 2 | 1 | 1 | 0 | 2 |
| Subcutaneous Tissue | 7 | 3 | 0 | 5 | 11 |
| Testis | 4 | 0 | 0 | 0 | 4 |
| Thyroid Gland | 4 | 3 | 1 | 0 | 4 |
| Thyroid Gland C-Cell | 2 | 2 | 0 | 1 | 5 |
| Thyroid Gland Follicular Cell | 20 | 17 | 9 | 9 | 28 |
| Ureter | 2 | 1 | 0 | 0 | 2 |
| Urinary Bladder | 15 | 15 | 2 | 3 | 21 |
| Urinary System | 0 | 0 | 1 | 1 | 1 |
| Uterus | 0 | 4 | 0 | 1 | 5 |
| Uterus/Cervix | 0 | 10 | 0 | 9 | 19 |
| Vagina | 0 | 0 | 0 | 1 | 1 |
| Vascular System (Heart) | 0 | 0 | 1 | 1 | 1 |
| Vascular System (Liver) | 0 | 1 | 5 | 4 | 7 |
| Vascular System (Nasal Cavity) | 0 | 0 | 1 | 1 | 1 |
| Vascular System (Spleen) | 2 | 0 | 1 | 2 | 5 |
| Vascular System (Unspecified) | 3 | 2 | 8 | 9 | 12 |
| Zymbal Gland | 19 | 17 | 1 | 3 | 22 |

## Select Data

Sex                              Species                              Route



Sex

- Female
- Male
- Both

Fish
Hamsters
Mice
Rats

Aquatic
Dosed-Feed
Dosed-Water
Gavage

Level of Evidence

Clear Evidence
Equivocal Evidence
Inadequate Study
Negative/No Evidence
Positive
Some Evidence

Search By

Search By

- Organ/Site
- Tumor Type

Adrenal Cortex
Adrenal Medulla
All Organs
Bone
Brain
Clitoral Gland

## Additional Data to Display

Available Data

Description
Exposure
Publication Title
Study No.
Test Article No.
Testing Status URL

Submit | Clear Selections

File Assistance: Free downloads for viewing files

- Adobe Reader

NTP is located at the National Institute of Environmental Health Sciences, part of the National Institutes of Health.