# EXHIBIT A124

# Characteristics of Women Who Use Perineal Powders

KARIN A. ROSENBLATT, PhD, WAYNE A. MATHEWS, MS, JANET R. DALING, PhD, LYNDA F. VOIGT, PhD, AND KATHLEEN MALONE, PhD

*Objective*: To examine demographic and behavioral factors related to perineal application of powders.

*Methods*: Controls from three case-control studies (N = 1206) were asked identical questions about the use of genital powders by direct perineal application. The relationship of perineal powder application with demographic factors, reproductive factors, body mass index (BMI), douching, and alcohol and tobacco use was assessed. Data were analyzed by multiple logistic regression.

*Results*: Women who douched (prevalence odds ratio [prevalence OR] 2.0, 95% confidence interval [CI] 1.0, 3.9), drank alcohol (prevalence OR 1.8, 95% CI 1.2, 2.8), smoked cigarettes (prevalence OR 1.3, 95% CI 1.0, 1.8), or were in the highest BMI quartile were more likely to engage in perineal use of powder (prevalence OR 1.6, 95% CI 1.1, 2.6). There appeared to be a close response relationship between the number of perineal applications of powder and BMI ($P < .002$).

*Conclusion*: Body mass index might confound the relationship between perineal powder application and the development of ovarian cancer. Other factors, such as alcohol and tobacco use and douching, are related to perineal use of powder and may represent similar behavioral characteristics. (Obstet Gynecol 1998;92:753–6. © 1998 by The American College of Obstetricians and Gynecologists.)

The application of powders containing talc to the genital area has been associated with an elevated risk for the development of ovarian cancer in some[1–4] but not all studies[5] that investigated it. In the one study[6] that analyzed it, the authors found that the risk of ovarian cancer increased when women were exposed to increasing applications of genital talc over a lifetime.

Direct perineal application has been the form of exposure that has been associated most consistently with the development of ovarian cancer.[1] This paper investigates the factors that might be associated with the use of powder in the perineum to identify potential confounding factors that might obscure or exaggerate the association between genital powder exposure and the development of ovarian cancer.

## Materials and Methods

Subjects included in this study were a group of population controls from three case-control studies conducted between 1986 and 1992 from King, Pierce, and Snohomish counties in western Washington (rheumatoid arthritis,[7] breast cancer,[8] and endometrial cancer[9,10]). These women were selected by random-digit dialing using the Waksberg method.[11] To minimize geographic clustering, two residences were selected for each randomized set of telephone numbers. A one-step recruitment method was used with a stratified sampling design.[12,13] This screening procedure was used to identify the age and county of the household members. All telephone numbers were called at least nine times, at different times of the day, during 2 to 6 weeks. Women who refused to take part in the screening procedure were called 4 to 6 months later, and 50% of these were converted to a positive response.

Study subjects who were eligible were sent a letter about the study and were contacted by an interviewer within 3 weeks. Eligibility criteria for study participation included age (39 to 74 years), because these women were at highest risk for the diseases studied; residence in defined three-county area; and ability to communicate in English.

Screening was successful for 93% of the residential numbers. Of 3493 controls that were identified and were determined to be eligible, 712 refused the interview, yielding a response of 79.6%. This yielded an overall response of 76.6%. The data set used in this

*From the Department of Community Health, University of Illinois at Urbana-Champaign, Champaign, Illinois; Kirby Hospital, Monticello, Illinois; Fred Hutchinson Cancer Research Center, Southern Illinois University, Carbondale, Illinois; University of Washington School of Public Health and Community Medicine, Seattle, Washington.*

*This study was funded by grants R01-CA-47749 and R35-CA-39779 from the National Cancer Institute.*

analysis included only the 1697 subjects born before 1944. Of these, 489 were excluded because they had been asked about hysterectomy and were excluded if hysterectomy was performed. In addition, two subjects also were not included in this analysis because they were not asked about talc use. This yielded a total of 1206 subjects for this analysis.

A standardized, in-person interview was administered in all three studies to ascertain information on a wide variety of lifestyles, demographic factors, and medical history data. A calendar of major life events and photographs of oral contraceptives and hormone preparations were used to facilitate recall, and only exposures occurring before a reference date (usually 1 to 2 years before interview) were ascertained in the questionnaires. Women were asked specific questions about direct application to the perineum, including age at first and last use and frequency of use per period of application.

Because the data included in this analysis were cross-sectional in nature, the prevalence odds ratio (OR) was used to compare women who used genital powder with those who did not. Logistic regression analyses using EGRET (Statistics and Epidemiology Research Corporation, Seattle, WA) statistical software were used to estimate the prevalence ORs and 95% confidence intervals (CIs) of the associations of various factors with total talc use and use of powder on the private areas. Prevalence ORs were adjusted for age and other potential confounders such as alcohol use. The relationship with douching was investigated in a subset of the data. The group with perineal powder exposure included women who answered that they "had used powder on their private areas." Trends of the total number of lifetime applications with ordinal variables (including body mass index [BMI], total number of lifetime episodes of douching, and number of sexual partners) were examined using weighted least squares regression analysis of the proportion exposed.[14]

## Results

The proportion of women who had ever applied powder directly to perineal areas (Table 1) decreased with increasing age. A relatively higher proportion of women who used powder in this way also had douched (prevalence OR 2.0, 95% CI 1.0, 3.9), consumed alcohol (prevalence OR 1.8, 95% CI 1.2, 2.8), or smoked cigarettes (prevalence OR 1.3, 95% CI 1.0, 1.8). Women in the highest BMI were relatively more likely ever to have used powder in the perineal area (prevalence OR 1.6, 95% CI 1.1, 2.5). Women with a higher income were less prone to use powder ($P = .026$). There were no consistent associations with education, parity, religious preference, or oral contraceptive use.

Women who had a higher BMI were more prone to have used a greater number of applications of powder on the perineal area over their lifetime ($P < .002$). No trend with dose of powder was seen with number of douching episodes over a lifetime or number of sexual partners (not shown).

## Discussion

We observed several associations that will be compared with previously published literature,[6] and their implications will be discussed. Our findings differ slightly from those of Harlow et al[6] with respect to the age distribution of talc users. We observed a decreasing use with increasing age for perineal application of talc. In contrast, Harlow et al[6] found that use of genital talc increased with increasing age. This may be due to the ethnic, racial, cultural, and demographic characteristics of the study populations and to the possibility of potential reporting bias.

In our study, douching appeared to be related strongly to the use of genital powder. This association is important because douching can cause ascendancy of particles to the ovaries and may increase exposure of genital powder. Several authors have found that infections with sexually transmitted diseases are more common in those who douche, and this may be related to ascendancy of microbial organisms up the vaginal tract (human immunodeficiency virus,[15] sexually transmitted diseases,[16] and pelvic inflammatory disease and chlamydia[17]).

The use of powder on the perineal areas was associated negatively with income. It appears that education and income have at times had a positive association with ovarian cancer, although the association is less apparent recently.[18] The association that perineal powder exposure has with socioeconomic status indicates that socioeconomic status could be a confounder in the relationship between perineal powder exposure and ovarian cancer.

With respect to BMI, there appears to be a relationship with amount of powder use on perineal areas and amount of total genital powder use. This differs from the findings of Harlow et al,[6] who found no association. The relationship that suggests that the more overweight a woman is, the more prone she is to use powder on her private areas could be due to the fact that the more obese a woman is, the more problems she will have with dermatologic conditions in the perineal area.[19] Powder may be used by these women to prevent skin irritation. Although findings are not consistent, some studies have observed that more obese women are at a

Table 1. Associations of Various Factors With Powder Exposure of Any Type of Application*

| Factor | Exposed | Unexposed | Percent exposed | Prevalence OR | 95% CI |
|---|---|---|---|---|---|
| Age (y) | | | | | |
| 45–49 | 61 | 119 | 33.9 | 1.0[†] | |
| 50–54 | 91 | 146 | 38.4 | 1.2 | 0.8, 1.8 |
| 55–59 | 112 | 165 | 40.4 | 1.3 | 0.9, 2.0 |
| 60–64 | 109 | 162 | 40.2 | 1.3 | 0.9, 1.9 |
| 65–69 | 49 | 99 | 33.1 | 1.0 | 0.6, 1.5 |
| 70–75 | 28 | 65 | 30.1 | 0.8 | 0.5, 1.4 |
| | | | | $P = .311$[‡] | |
| Education | | | | | |
| Grade school | 13 | 29 | 31.0 | 1.0 | |
| High school | 177 | 309 | 36.4 | 1.3 | 0.6, 2.6 |
| Technical school | 29 | 54 | 34.9 | 1.2 | 0.6, 2.8 |
| College | 180 | 304 | 37.2 | 1.4 | 0.7, 2.7 |
| Graduate school | 51 | 58 | 46.8 | 2.0 | 1.0, 4.4 |
| Missing | 0 | 2 | 0.0 | $P = .099$ | |
| Income | | | | | |
| < $15,000 | 61 | 121 | 33.5 | 1.0 | |
| $15,000–$29,999 | 149 | 211 | 41.4 | 1.4 | 0.9, 2.0 |
| $30,000–$44,999 | 101 | 168 | 37.6 | 1.1 | 0.8, 1.7 |
| ≥$45,000 | 124 | 226 | 35.4 | 1.0 | 0.7, 1.5 |
| Missing | 15 | 30 | 33.3 | $P = .475$ | |
| Religious preference | | | | | |
| None | 54 | 78 | 40.9 | 1.1 | 0.7, 1.6 |
| Catholic | 61 | 161 | 27.5 | 0.6 | 0.4, 0.8 |
| Jewish | 7 | 11 | 38.9 | 0.9 | 0.4, 2.4 |
| Other Christian | 315 | 480 | 39.6 | 1.0 | |
| Other | 13 | 25 | 34.2 | 0.8 | 0.4, 1.6 |
| Missing | 0 | 1 | 0.0 | | |
| Parity | | | | | |
| 0 | 39 | 88 | 30.7 | 1.0 | |
| 1 | 42 | 76 | 35.6 | 1.2 | 0.8, 2.1 |
| 2 | 142 | 199 | 41.6 | 1.6 | 1.0, 2.5 |
| 3 | 101 | 170 | 37.3 | 1.3 | 0.8, 2.0 |
| 4+ | 126 | 223 | 36.1 | 1.2 | 0.8, 1.8 |
| | | | | $P = .919$ | |
| Number of sex partners | | | | | |
| 0 | 3 | 14 | 17.6 | 0.4 | 0.1, 1.4 |
| 1 | 215 | 391 | 35.5 | 1.0 | |
| 2–4 | 126 | 221 | 36.3 | 1.0 | 0.8, 1.4 |
| 5–14 | 81 | 93 | 46.6 | 1.6 | 1.1, 2.3 |
| 15+ | 22 | 32 | 40.7 | 1.3 | 0.7, 2.3 |
| Missing | 3 | 5 | 37.5 | $P = .028$ | |
| Oral contraceptive use | | | | | |
| Nonuser | 253 | 453 | 35.8 | 1.0 | |
| Ever use | 197 | 303 | 39.4 | 1.2 | 0.9, 1.6 |
| Duration of use | | | | | |
| 1–8 mo | 51 | 75 | 40.5 | 1.2 | 0.8, 1.8 |
| 9–35 mo | 42 | 74 | 36.2 | 1.1 | 0.7, 1.6 |
| 36–95 mo | 62 | 75 | 45.3 | 1.6 | 1.0, 2.3 |
| 96+ mo | 42 | 79 | 34.7 | 1.0 | 0.6, 1.5 |
| | | | | $P = .724$ | |
| Douching | | | | | |
| Never douched | 20 | 56 | 26.3 | 1.0 | |
| Ever douched | 137 | 135 | 50.4 | 2.9 | 1.6, 5.1 |
| BMI quartile | | | | | |
| 1 | 90 | 155 | 36.7 | 1.0 | |
| 2 | 116 | 247 | 32.0 | 0.8 | 0.6, 1.1 |
| 3 | 109 | 182 | 37.5 | 1.0 | 0.7, 1.4 |
| 4 | 132 | 172 | 43.4 | 1.3 | 0.9, 1.8 |
| Missing | 0 | 3 | 0.0 | $P = .029$ | |
| Alcohol | | | | | |
| Nondrinker[§] | 65 | 185 | 26.0 | 1.0 | |
| Drinker | 384 | 568 | 40.3 | 2.0 | 1.4, 2.7 |
| Drinks/wk | | | | | |
| 0.001–0.5 | 90 | 120 | 42.9 | 2.2 | 1.5, 3.2 |
| 0.501–1.5 | 67 | 132 | 33.7 | 1.5 | 1.0, 2.2 |
| 1.501–5 | 117 | 181 | 39.3 | 1.9 | 1.3, 2.7 |
| 5.01+ | 110 | 135 | 44.9 | 2.4 | 1.6, 3.4 |
| Missing | 1 | 3 | 25.0 | $P = .436$ | |
| Cigarettes | | | | | |
| Nonsmoker[∥] | 180 | 369 | 32.8 | 1.0[¶] | |
| Smoker | 270 | 387 | 41.1 | 1.2 | 1.0, 1.6 |

OR = odds ratio; CI = confidence interval; BMI = body mass index.
* Includes those exposed to powder on sanitary napkins, powder to the private areas, (noncornstarch) powder on diaphragms.
[†] Adjusted for age.
[‡] Test for trend.
[§] ≤4 drinks per year.
[∥] ≤100 cigarettes in a lifetime.
[¶] Adjusted for age and alcohol drinking.

greater risk for ovarian cancer.[20] This suggests that BMI may act as an important confounder of the association between genital talc use and ovarian cancer, but the mechanism by which this might occur is not provided by our data because they are cross-sectional in nature. In addition, our study could have been biased if responders differed from nonresponders in their frequency of powder use.

Our findings also suggest that so-called feminine hygiene practices such as genital powder use and douching could be related and that investigating the reasons for these practices could overlap and may provide insight into potential ways these behaviors could be controlled. Clinicians may want to ascertain information on these practices when obtaining gynecologic history. Future investigations should focus on the motivations for these practices and attempt to determine whether genital talc exposure is causally associated with the development of ovarian cancer. This could be accomplished by behavioral studies of the use of genital powders and additional examinations of the relationship of talc and ovarian cancer.

## References

1. Harlow BL, Hartge PA. A review of perineal talc exposure and the risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

2. Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: An Australian case-control study. Survey of Women's Health Group. Int J Cancer 1995;15:178–84.
3. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
4. Chang S, Risch HA. Perineal talc exposure and risk of ovarian cancer. Cancer 1997;79:2396–401.
5. Tzonou A, Polychonopoulou A, Hseih CC, Rebelatos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers, and perineal talc application as risk factors for ovarian cancer. Int J Cancer 1993;55:408–10.
6. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.
7. Nelson JL, Voigt LF, Koepsell TD, Dugowson CA, Daling JR. Pregnancy outcome in women with rheumatoid arthritis before disease onset. J Rheumatol 1992;19:18–21.
8. Stanford JL, Weiss NS, Voigt LF, Daling JR, Habel L, Rossing MA. Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women. JAMA 1995;274:137–42.
9. Beresford SAA, Weiss NS, Voigt LF, McKnight B. Risk of endometrial cancer in relation to use of oestrogen combined with cyclic progestogen in postmenopausal women. Lancet 1997;349:458–61.
10. Voigt LF, Weiss NS, Chu J, Daling JR, McKnight B, Van Belle G. Progestagen supplementation of exogenous oestrogens and risk of endometrial cancer. Lancet 1991;338:274–7.
11. Waksberg J. Sampling methods for random digit dialing. J Am Stat Assoc 1978;73:40–6.
12. Harlow BL, Hartge P. Telephone household screening and interviewing. Am J Epidemiol 1983;117:632–3.
13. Harlow BL, Davis S. Two one step methods for household screening and interviewing using random digit dialing. Am J Epidemiol 1988;127:857–63.
14. Grizzle JE, Stormer CF, Koch GG. Analysis of categorical data by linear models. Biometrics 1989;25:489–504.
15. Gresenguet G, Kreiss JK, Chapko MK, Hiller SL, Weiss NS. HIV infection and vaginal douching in central Africa. AIDS 1997;11:101–6.
16. Joesoef MR, Sumampouw H, Linnan M, Schmid S, Idaoadi A. Douching and sexually transmitted diseases in pregnant women in Surabaya, Indonesia. Am J Obstet Gynecol 1996;174:115–9.
17. Scholes D, Daling JR, Stergachis A, Weiss NS, Wang SP, Grayston JT. Vaginal douching as a risk factor for pelvic inflammatory disease. Obstet Gynecol 1993;81:901–8.
18. Parazzini F, Franceschi S, Laveechece C, Fasoli M. The epidemiology of ovarian cancer. Gynecol Oncol 1991;431:9–23.
19. Brentin L, Sieh A. Caring for the morbidly obese. Am J Nurs 1991;91:41–3.
20. Weiss NS, Cook LS, Farrow DC, Rosenblatt KA. Ovarian cancer. In: Schottenfeld D, Fraumeni JF, eds. Cancer epidemiology and prevention. New York: Oxford University Press, 1996:1040–57.

Address reprint requests to:
Karin Rosenblatt, PhD
Department of Community Health
University of Illinois at Urbana-Champaign
120 Huff Hall
1206 South Fourth Street
Champaign, IL 61820
E-mail: krosenbl@uiuc.edu

Received February 6, 1998.
Received in revised form May 12, 1998.
Accepted May 29, 1998.

Copyright © 1998 by The American College of Obstetricians and Gynecologists. Published by Elsevier Science Inc.