# EXHIBIT A137

# Systematic Review and Meta-Analysis of the Association between Perineal Use of Talc and Risk of Ovarian Cancer

Mohamed Kadry Taher[A, B, C], Nawal Farhat[A, B, C], Nataliya A. Karyakina[A, B], Nataliya Shilnikova[A, B], Siva Ramoju[A], Christopher A. Gravel[B, C, D], Kanaan Krishnan[A], Donald Mattison[A], Daniel Krewski[A, B, C]

A.  **Risk Sciences International,** 251 Laurier Ave W, Suite 700, Ottawa, ON K1P 5J6, Canada

B.  **McLaughlin Centre for Population Health Risk Assessment, Faculty of Medicine, University of Ottawa,** 600 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada

C.  **School of Epidemiology and Public Health, University of Ottawa,** 600 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada

D.  **Department of Epidemiology, Biostatistics and Occupational Health, McGill University,** 1020 Pine Avenue West, Montreal, Qc, H3A 1A2, Canada

**Corresponding Author:**   Dr. Mohamed Kadry Taher (Mohamed.Taher@uOttawa.ca)

**Corresponding Address:** 600 Peter Morand Crescent, Room 216, Ottawa, ON, K1G 5Z3, Canada

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

## Abstract

Over the past four decades, there has been increasing concern that perineal use of talc powder, a commonly used personal care product, might be associated with an increased risk of ovarian cancer.

**Objectives:** To systematically review all available human epidemiological data on the relationship between perineal use of talc powder and ovarian cancer, with consideration of other relevant experimental evidence.

**Methodology:** We identified 30 human studies for qualitative assessment of evidence, including 27 that were retained for further quantitative analysis.

**Results:** A positive association between perineal use of talc powder and ovarian cancer was found [OR: 1.28 (95% CI: 1.20 - 1.37)]. A significant risk was noted in Hispanics and Whites, in women applying talc to underwear, in pre-menopausal women and in post-menopausal women receiving hormonal therapy. A negative association was noted with tubal ligation.

**Conclusion:** Perineal use of talc powder is a possible cause of human ovarian cancer.

**Keywords:** Talc; ovarian cancer; perineal; epidemiological studies; systematic review; meta-analysis; toxicological studies.

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

## 1. Introduction

Ovarian cancer is a common gynecologic cancer among women in developed countries, occurring at low rates among young women but increasing with age [1]. The annual incidence rate of ovarian cancer during the period 2005 – 2009 was 12.7/100,000 women, varying by ethnicity. The majority of ovarian cancers are diagnosed at an advanced stage, with 61% having distant metastases at diagnosis. Hereditary risk factors for ovarian cancer, specifically BRCA1 gene mutations, increase the risk above 35 years of age by about 2-3%.

In recent decades, there has been increasing concern that perineal exposure to talc, a commonly used personal care product, might be associated with an increased risk of ovarian cancer.  However, the data describing this association is somewhat inconsistent. Perineal application of talc among women varies by geographic location (Supplementary Material I), with prevalence of use generally higher in Canada, the US and the UK compared to Greece, China and Israel [2].

In order to better characterize the potential ovarian cancer risk associated with perineal use of talc, we conducted a systematic review and meta-analysis of peer-reviewed human studies on this issue. We also examined additional in-vitro or in-vivo toxicological studies, which shed light on possible biological mechanisms that might support an association between and ovarian cancer.

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

## 2.  Materials and Methods

### 2.1.   Literature Search and Identification of Relevant Human Studies

A comprehensive, multi-step search strategy was used to to identify relevant studies on talc from multiple bibliographic databases, relevant national and international agencies and other grey literature sources (Supplementary Material II). Specifically, conducted a systematic search for all original studies involving human subjects that examined the association of genital/perineal use of talc powder and risk of ovarian cancer, including studies identified in a previous review by Berge et al. [3]. This review followed the PRISMA guidelines, and more specific guidance provided by the Cochrane Collaboration [4] (see Supplementary Material II for details).

Included studies were individually evaluated and scored by two reviewers (MT and NF), as detailed in the Table 1 and Supplementary Material XI. Studies included in previous reviews by both Berge et al. [3] and Penninkilampi et al [5] are compared in Supplementary Material I.

The quality of included studies  was assessed using the Newcastle-Ottawa Scale (NOS) [6], as detailed in Supplementary Material IV. We used a cut-off point of 7+ stars to represent studies of higher quality.

### 2.2.   Literature Search and Identification of Relevant Non-Human Studies

We conducted a (non-systematic) review of relevant non-human studies identified in three major bibliographic databases to identify potentially relevant animal

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

4

77   and in vitro studies (Supplementary Material V). Only studies that focused on perineal

78   exposure to talc powder were included. For outcomes, studies that focused on any type

79   of cancer including ovarian cancer and perineal exposure were considered. All retrieved

80   studies were examined for relevance, reliability and overall quality using the Klimisch

81   scoring system [7, 8]  (Supplementary Material VII, VIII and IX).

82          Studies are classified into one of the following four categories of reliability: 1)

83   reliable without restriction, 2) reliable with restrictions, 3) not reliable and 4) not

84   assignable. Additionally, category (5) is assigned to special studies focusing on

85   pharmacologic or mechanistic investigations.

86

87   **2.3.   Hazard Characterization**

88          Epidemiological studies included in the systematic review were qualitatively

89   assessed to examine their potential to inform a weight of evidence analysis. Findings

90   from these studies were evaluated with respect to study design, exposure and outcome

91   ascertainment, as well as potential sources of bias and confounding.

92          Animal studies were evaluated for evidence on the association between perineal

93   application of talc and ovarian cancer. Additional information on mechanism of action

94   and toxicokinetics derived from in-vitro and in-vivo studies was used in evaluating

95   biological plausibility.

96          We evaluated the overall weight of scientific evidence by performing a qualitative

97   evaluation of the findings collected from epidemiological studies as well as non-human

98   studies, using the Hill criteria [9].

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

99

**2.4.    Quantitative Meta-Analysis**

We conducted a meta-analysis of the risk of ovarian cancer in relation to perineal use of talc using quantitative risk estimates reported in 27 original studies, comprising three cohort studies and twenty-four case-control studies (included in Table 1). Studies that had analyzed overlapping study populations were assessed on a case-by-case basis for inclusion into the meta-analysis. The level of detail in the reported findings, including sample size and publication date, were considered when deciding which study to include in the case of overlap (Supplementary Material XIV).

Maximally adjusted odds ratios (ORs), hazard ratios (HRs) or relative risks (RRs) – measures that are largely comparable because of the relatively low rate of occurrence of ovariaion cancer – were extracted from the original studies. Details of the meta-analytic methods are provided in Supplementary Material XIV.

112

113

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

114   **Table 1: Characteristics and overall findings of all included studies (N=30).**

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| *Case-control studies* | | | | | | |
| Booth et al.* (1989), UK [10] | 235/451 | Range: 20-65 Mean: 52.4 (cases); 51.4 (controls) | Frequency | No trend found | Possible association with >weekly use. | 5 |
| Chang and Risch (1997), Canada [11] | 450/564 | Range: 35-79 Mean: 57.2 (cases); 57.5 (controls) | Ever use Frequency Duration Time of use Type of use | Possible exposure-response with frequency and duration of use | Positive association | 7 |

[1] Newcastle-Ottawa Scale (NOS) score for each of the listed studies as assessed in our review

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Chen et al.* (1992), China [12] | 112/224 | Mean: 48.5 (cases); 49.0 (controls) | Pelvic surgery Histology Ever use; | No trend analysis conducted | Positive association with use >3 months | 6 |
| Cook et al. (1997), USA [13] | 313/422 | Range: 20-79 | Ever use Duration Type of use Histology Lifetime applications | No trend found | Positive association. | 7 |
| Cramer et al. (1982), USA [14] | 215/215 | Range: 18-80 Mean ± SD: 53.2 ± 1.0 (cases); 53.5 ± 1.0 (controls) | Ever use Type of use Pelvic surgery | No trend analysis conducted | Positive association | 6 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Cramer et al. (2016), USA [15] | 2,041/2,100 | Range: 18-80 | Ever use; Frequency; Duration; Type of use; Histology; Type of powder; Pelvic surgery; Ethnicity; Age at first use; Time since last exposure; | Significant trend for years since exposure, frequency and duration of use, and number of lifetime applications | Positive association | 7 |
| Gates et al. (2008), USA [16] | New England Case Control (NECC): 1,175/1,202 Nurses' Health | Mean ± SD: 51 ±13 (NECC); Mean ± SD: 51 ±8 (NHS) | Ever use; Frequency; | Significant trend for frequency of use | Positive association | 7 |

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | Study (NHS): 210/600 | | | | | |
| Godard et al. (1998), Canada [17] | 153/152 | Mean: 53.7 | Ever use; Sporadic/familial | No trend analysis conducted | No association | 5 |
| Green et al. (1997), Australia [18] | 824/860 | Range: 18-79 | Ever use; Pelvic surgery; | No trend found | Positive association | 7 |
| Harlow et al. (1989), USA [19] | 116/158 | Range: 20-79 | Ever use; Type of use; Type of powder; | No trend analysis conducted | No association | 7 |
| Harlow et al. (1992), USA [20] | 235/239 | Range: 18-76 | Ever use; Frequency; Duration; Type of use; | Significant trend for monthly frequency of use | Positive associations in certain subgroups (talc used before 1960, women <50 | 7 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

10

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | | | Method of use; Histology; Tumor grade; Type of powder; Lifetime applications; Age of first use; Pelvic surgery; | | years old, women with 1 or 2 live births) | |
| Hartge et al. (1983), USA [21] | 135/171 | Mean: 52.1 (cases); 52.2 (controls) | Ever use; | No trend analysis conducted | No association | 5 |
| Kurta et al. (2012), USA [22] | 902/1,802 | Range: No range reported (age 25+) | Ever use; | No trend analysis conducted | Positive association | 6 |
| Langseth & Kjaerheim (2004), Norway [23] | 46/179 | Not reported | Ever use, | No trend analysis conducted | No association | 4 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Merritt et al. (2008), Australia [24] | 1,576/1,509 | Range: 18-79 Mean: 57.8 (cases); 56.4 (controls) | Ever use; Duration; Histology; Pelvic surgery; Age at diagnosis; | No trend found | Positive association strongest for serous and endometrioid subtypes. | 7 |
| Mills et al. (2004), USA [25] | 249/1,105 | Mean ± SD: 56.6 (cases); 55 (controls) | Ever use; Frequency; Duration; Year of first use; Histology; Pelvic surgery; Time of use; Tumor behavior; Cumulative use; | No trend found | Positive association for invasive and serous invasive tumors. | 6 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Moorman et al. (2009), USA [26] | African-American: 143/189; White 943/868 | Range: 20-74 | Ever use; Ethnicity; | No trend analysis conducted | No association | 6 |
| Ness et al. (2000), USA [27] | 767/1,367 | Range: 20-69 | Ever use; Duration; Method of use; | No trend found | Positive association for any method of use. | 6 |
| Rosenblatt et al. (1992), USA [28] | 77/46 (analyzed) | Range: ≤30 – 80≥ | Ever use; Duration; Type of use; Pelvic surgery; | Positive trend for duration of use since tubal ligation | Possible association | 4 |
| Rosenblatt et al. (2011), USA [29] | 812/1,313 | Range: 35-74 | Ever use; Lifetime number of applications; Duration; | No trend found | Possible association | 7 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com

Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| | | | Year of first use; Age of first use; Age of last use; Time of use; Type of use; Histology; | | | |
| Schildkraut et al. (2016), USA [30] | 584/745 | Range: 20-79 | Ever use; Frequency; Duration; Histology; Lifetime applications; Menopausal status; | Significant trend with frequency and duration of use, and number of lifetime applications | Positive association | 8 |
| Tzonou et al. (1993), Greece [31] | 189/200 | Range: <70 | Ever use; | No trend analysis conducted | No association | 5 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/Controls or Cases/Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Whittemore et al. (1988), USA [32] | 188/539 | Range: 18-74 | Ever use; Frequency; Duration; Type of use; Pelvic surgery; | No trend found | Could neither implicate nor exonerate talc as an ovarian carcinogen | 4 |
| Wong et al. (1999, 2009), USA [33, 34] | 462/693 | Mean: 54.9 | Ever use; Type of use; Duration; Pelvic surgery; | No trend found | No association | 4 |
| Wu et al. (2015), USA [35] | 1,701/2,391 | Range: 18-79 | Ever use; Ethnicity; | No trend analysis conducted | Positive association among Hispanics and non-Hispanic whites, but not African Americans. | 7 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Wu et al. (2009), USA [34] | 609/688 | Range: 18-74 | Ever use; Frequency; Duration; Type of use; Histology; Time of use; Cancer stage; | Significant trend for frequency and duration of use, and number of lifetime applications | Positive association | 7 |
| **Cohort studies** | | | | | | |
| Gates et al. (2010)*, USA [36] | 797/108,870 | Range: 30-55 | ≥/week vs <1/week; Histology; | No trend analysis conducted | Possible association that varies by histological subtype. No association with mucinous tumors. | 7 |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com

Materials submitted to Health Canada, Materials submitted to journal for peer review

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[1] |
|---|---|---|---|---|---|---|
| Gertig et al. (2000), USA [37] | 307/78,630 | Range: 30-55 (at cohort entry) | Ever use; Frequency; Histology; Race; | No trend found | Possible association (modest increase for serous invasive subtype) | 5 |
| Gonzalez et al. (2016), USA [38] | 154/41,654 | Range: 35-74 Median: 57.8 | Ever use; Time of use; | No trend analysis conducted | No association | 6 |
| Houghton et al. (2014), USA [39] | 429/61,285 | Range: 50-79 Mean: 63.3 | Ever use; Duration; Type of use; Histology; | No trend found | No association | 7 |

* Study assessed for qualitative evidence but not included in the meta-analysis

115

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

17

116   **3. Results**

117   **3.1.   Evidence from Human Studies**

118   The multiple database search for original human studies yielded 656 references.

119   Although grey literature search yielded another 477 references, only 5 were judged

120   relevant the present analysis. Automatic followed by manual removal of duplicates

121   identified 282 references for screening and review.

122   Multi-level screening and full-text examination resulted in the in the inclusion of

123   30 studies for further qualitative/quantitative analyses (Supplementary Materials X and

124   XI). A detailed PRISMA flow diagram is shown in Figure 1 [40]. Key characteristics of

125   the included 26 case-control studies and four cohort studies are summarized in Table 1.

126   Twenty-one of the thirty studies were carried out in the USA, with the remaining

127   studies conducted in Europe (n=4), Canada (n=2), Australia (n=2) and China (n=1).

128   Forty percent (n=12) of the studies were relatively recent, published in the last decade,

129   with the remaining studies published between 1982 and 2006. The study populations

130   generally included adult women. Several studies analyzed data from populations initially

131   recruited for other purposes, such as the Nurses' Health Study (NHS) [15, 36, 37] and

132   Women's Health Initiative (WHI) [39].

133   The number of ovarian cancer patients analyzed varied from as few as 46 cases

134   [23] to 22,041 cases [15]. Twenty-seven out of the 30 included studies assessed the

135   association between ever use of perineal talc use and ovarian cancer. Subgroup

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

18

136    analyses examining the effect of frequency and duration of use, type of use, period of

137    use and other factors varied among these studies (Table 1).



138

139    Figure 1: PRISMA Flow Diagram

140         Sixty three percent (n=19) of the studies concluded the presence of a positive

141    association between perineal exposure to talc powder and ovarian cancer risk [10-16,

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

142   18, 20, 22, 24, 25, 27-30, 34-36]. Ten studies concluded the absence of an association

143   [17, 19, 21, 23, 26, 31, 33, 37-39]. Only one study could not reach a clear conclusion on

144   the presence or absence of an association [32]. Many of the included studies reported

145   variability in some of the analyzed subgroups regarding possible association between

146   exposure to talk powder and risk of ovarian cancer. Supplementary Material X presents

147   the findings and details of all the studies included in the analysis, while Supplementary

148   Material XI summarizes the strengths and limitations of each of these studies as

149   identified by the original study authors and by us.

150

151   **3.2.   Evidence from Non-Human studies**

152        After removal of duplicates, the bibliographic database searches on non-human

153   studies initially yielded 1,165 references. The 51 retained animal studies focusing on the

154   carcinogenicity of talc, mechanism of action, and toxicokinetics are summarized in

155   Supplementary Material XII.

156

157   **3.3.   Hazard Characterization**

158   **3.3.1. Evidence from Human Studies**

159        The case-control studies generally included adult women participants. Cases

160   were commonly selected from registries or hospital records, and included all eligible

161   subjects within a specific geographic region and diagnosed with ovarian cancer within a

162   predetermined time period. Controls were generally matched to cases by age and

163   residence. All the included studies compared the risk of ovarian cancer in ever vs never

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com

Materials submitted to Health Canada, Materials submitted to journal for peer review

164    users of talc (perineal application). However, several of the studies also included

165    subgroup analyses to examine the potential effect of frequency of use, duration of use,

166    tumor histology, ethnicity, method of use, lifetime number of applications, year of first

167    use, and menopausal status. Some authors concluded that the risk of ovarian cancer is

168    limited to [or stronger in] certain subgroups (weekly talc users, premenopausal women)

169    or for specific histology types (notably serous tumors).

170        Studies reported effect estimates adjusted for a variety of potential confounders

171    (see detailed tables in Supplementary Material X & XI). Age and parity were considered

172    the two most important variables that could introduce potential bias, based on prior

173    literature: few studies reported findings that were not adjusted for these two variables.

174    As many of the studies only reported on the ovarian cancer risk assessing only one

175    exposure category (comparing only ever vs never users of talc), exposure-response

176    analyses were not done in all studies. When conducted, findings from trend analyses

177    were not consistent.

178

179    **3.3.2.  Evidence from Non-Human Studies**

180        The following aspects were considered in the weight of evidence assessment of

181    ovarian cancer and perineal exposure to talc:

182    • hazards arising from the physical and chemical properties of talc, including

183      potential structure-activity relationship indicative of carcinogenic potential;

184    • the toxicokinetics of talc and the ability to migrate from the perineal area to ovaries

185      and quantity at the actual target site (the tissue dose);

---

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

21

186
- evidence on ovarian cancer reported in animal studies; and

187
188
- findings from in vitro studies suggestive of mechanism of action of carcinogenic effect.

189        While the data from the animal studies considered various routes of talc

190   administration are inconsistent [41-46], there are observations from in vivo and in vitro

191   studies which support the potential for local carcinogenic action of talc on fallopian,

192   ovarian and peritoneal epithelium [27, 47-53].

193        The results from the *in vitro* studies are informative for mechanisms of action of

194   possible carcinogenicity. Smith and colleagues [54] identified 10 key characteristics

195   (KCs) commonly exhibited by established human carcinogens.

196        Oxidative stress (KC 6) and inflammation (KC 5) in cell cultures induced by talc

197   have been reported by several authors [48], corresponding to two of the 10 key

198   characteristics (KCs) described by Smith et al. [54].  Several authors suggested

199   additional potential mechanisms of action through cell proliferation (KC 10) and changes

200   in gene expression, presumably facilitated by oxidative stress and dysregulated

201   antioxidant defense mechanisms [49, 55].

202        Chronic perineal or vaginal exposures of animals to talc do not directly affect

203   ovulation or steroidal hormone levels, but can induce chronic local inflammation, which

204   has been suggested as a risk factor for ovarian cancer [56]. Mechanism of action

205   studies suggested that talc can complex iron on the surface and disrupt iron

206   homeostasis, associated with oxidant generation, macrophage distress and leukotriene

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

22

207  released by macrophages in the surrounding cells resulting in the inflammatory

208  response which could act as a tumor promoter in both animals and humans [48, 50, 51].

209        The changes seen in cultured cells after exposure to talc [50, 51] are consistent

210  with those inflammatory and proliferative processes in the lungs seen in laboratory

211  animals after inhalation exposure in a 1993 study conducted by the US National

212  Toxicology Program [47]. In female rats, hyperplasia of alveolar epithelium was

213  associated with inflammatory response and occurred in or near foci of inflammation [47].

214  The severity of the fibrous granulomatous inflammation in the lungs increased with

215  increased talc concentrations and exposure duration and a significant association was

216  observed between inflammation and fibrosis in the lungs and the incidence of

217  pheochromocytomas in this study [47]. Overall, the avaialbe experimental data suggest

218  irritation, followed by oxidative stress and inflammation, may play be involved in local

219  carcinogenic effects of talc in the ovaries.

220        Local inflammation of the epithelial ovarian surface in rats following by injection

221  of a suspension of talc particles demonstrated the development of foreign body

222  granulomas surrounding talc particles and large ovarian bursal cysts [53]. It is generally

223  accepted that benign and malignant ovarian epithelial tumors arise from surface

224  epithelium and its cystic derivatives, and surface epithelial cysts have a greater

225  propensity to undergo neoplasia than does the surface epithelium itself [57]. Evidence

226  of neoplasms of epithelial origin, nuclear atypia, or mitotic activity in the surface

227  epithelium was not found in this study; however, focal areas of papillary changes in the

228  surface epithelium consistent with the histological signs of premalignancy were

229  observed in 40% of treated animals [53].

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

230    Data on talc migration in the genital tract of animals is inconsistent, but could not

231    exclude such possibility [58-61]. Some studies have reported lack of neutron-activated

232    talc migration from the vagina to the ovaries in cynomolgus monkeys [58], but talc

233    particles were identified in the ovaries of rats that received intrauterine instillation of talc

234    [60]. Radioactivity was not found in the ovaries of rabbits dosed intravaginally with

235    tritium-labelled talc, but was detected in cervix and fallopian tubes [59-61]. In studies in

236    humans, Henderson and colleagues [62] examined  tumor tissue of female patients with

237    ovarian and cervical tumors. The authors detected talc particles in histological samples

238    from 10 of 13 ovarian tumors, 12 of 21 cervical tumors and in 5 samples of 12 normal

239    ovarian tissues [62].

240    Historically, the concern for talc carcinogenicity has been associated with its

241    contamination by asbestos fibers (tremolite) [63], which is considered carcinogenic to

242    humans [2]. Talc, including baby powder, available in the US, contains only U.S.

243    Pharmacopeia (USP) grade pure talc [64]. Talcum powder has been asbestos-free

244    since the 1976 where the specifications for cosmetic talc were developed [65].

245

246    **3.3.3.  Weight of evidence for carcinogenicity**

247    Based on our evaluation of the weight of multiple lines of evidence, we concluded

248    that perineal application of talc is a possible casue of cancer ovarian cancer in humans.

249    In 2010 the Internatial Agency for Research on Cancer [2] categorized perineal use of

250    talc-based body powder (not containing asbestos or asbestiform fibers) as "possibly

251    carcinogenic to humans (Group 2B)" [66].

___

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

252    Table 2 summarizes the available evidence for the association of ovarian cancer

253    with perineal application of talc, organized around the nine Hill criteria [9]. Additoinal

254    details of this evaluation are given in Supplementary Material XIII.

255

256

257    **Table 2: Summary of evidence for each of the Hill Criteria of causation, as applied**

258    **to perineal application of talc and ovarian cancer**

| Criterion | Summary of Evidence |
|---|---|
| **Strength of association** | • Out of the 30 epidemiological studies, six reported positive association of statistical significance with a risk value (relative risk or odds ratio) of 1.5 or greater<br>• None of the cohort studies (n=3) found statistically significant association |
| **Consistency** | Fifteen out of thirty studies reported positive and significant associations reported in:<br>• Different ethnicities (Caucasians, African Americans, and Latin Americans);<br>• Over four decades (1982 - 2016);<br>• Mostly in studies from the United States but also in other countries (Canada, Australia and China)<br>• Case-control studies but not in cohort studies |
| **Specificity** | • Overall, the perineal talc exposure is specifically associated with cancer of the ovary and not other organs<br>• No evidence of other target organs (e.g., liver) being associated with perineal application of talc (via systemic exposure) |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

25

| Criterion | Summary of Evidence |
|---|---|
| | • Thirteen studies included analyses by histologic type of ovarian cancer, and eight of them found a significant increase in the risk of serous ovarian cancer in talc users |
| **Temporality** | • In all case-control studies reporting positive outcome, the participants recalled that exposure to talc preceded the reported outcome<br><br>• In cohort studies, the follow up period could have been inadequate (<15 years) to detect a potential association between talc exposure and ovarian cancer |
| **Biological gradient (exposure-response)** | • About half of the epidemiological studies assessed only one level of talc exposure (ever vs never usage)<br><br>• Of the 12 studies reporting a positive association, six studies found significant exposure-response trend, particularly with medium and high frequency usage groups Regarding duration of use/exposure to talc, several studies reported the greatest risk in the 20+ years of use exposure group, followed by the 10-20 years' group, then the <10 years' group |
| **Biological plausibility** | • Particles of talc appear to migrate into the pelvis and ovarian tissue causing irritation and inflammation<br><br>• Transport of talc via perineal stroma and presence in ovaries documented<br><br>• Chronic inflammatory response and alteration in local immunogenicity are possible mechanisms |
| **Coherence** | • Results from talc epidemiology studies are coherent with the current knowledge on the risk factors for ovarian cancer (e.g., factors/physiological states associated with greater frequency and duration of ovulation are associated with increased risk of ovarian cancer) |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Criterion | Summary of Evidence |
|---|---|
| | • Many (but not all) case-control studies reported lower risk of ovarian cancer in women who underwent pelvic surgery or tubal ligation (which disrupts the pathway and movement of talc from lower to upper genital tract) & suppressed ovulation |
| **Experimental evidence** | • Perineal application of talc has not been tested in an animal model of ovarian cancer<br>• The single animal cancer bioassay with talc conducted by the US National Toxicology Program was only by the inhalation route<br>• Rodent models may be of limited relevance because of ovulations occurring only or mainly during the breeding season and the rarity of ovarian epithelial tumors in these animals and ovaries are variously enclosed in an ovarian bursa. |
| **Analogy** | • Talc and asbestos are both silicate minerals<br>• Talc has been variably contaminated with asbestos (tremolite and anthophyllite; until 1976, talcum powders were only required to contain at least 90% mineral talc)<br>• The pleural and peritoneal mesotheliomas caused by asbestos are histologically similar to epithelial ovarian cancer associated with talc<br>• In animal models, asbestos induces ovarian epithelial hyperplasia similar to early epithelial tumors reported in women with past use of talc |

259

260

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

261   **3.4.   Meta-Analysis**

262          The use of genital talc was associated with a significant increase in the risk of

263   epithelial ovarian cancer, with an overall odds ratio [OR] based on our meta-analysis of

264   1.28 (95% confidence interval [CI]: 1.20 to 1.37 P<0.0001, $I^2$= 33%), as presented in

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

28

265   Figure 2. This result is comparable to those of earlier meta-analyses conducted by other

266   investigators [3, 5, 67-69] as shown in Supplementary Material I.



267

268   **FIGURE 2: Forest plot of the meta-analysis results on perineal use of talc and**

269   **risk of ovarian cancer**

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

270

271     An increased risk is more apparent in Hispanics and Whites, in women applying

272     talc to underwear, in pre-menopausal women and post-menopausal women receiving

273     hormonal therapy, as well as for the serous and endometrioid types of ovarian cancer

274     (Table 3 and Supplementary Material XIV). A negative association was noted with tubal

275     ligation. Our analysis pooled risk estimates from 27 original studies including 3 cohort

276     studies and 24 case-control studies, spanning across four decades (1982-2016) and

277     including a total of 16,352 cases and 19,808 controls from different ethnicities.

278     In assessing heterogeneity among included studies, most subgroup analyses

279     reported an $I^2$ statistic ranging between 0%-40%, which will have only a minimal impact

280     on the analysis [4]. Only three subgroup analyses (ethnicity, menopausal state, and

281     pelvic surgery) reported an $I^2$ statistic of 77%-78%, where considerable heterogeneity

282     might have had an impact on the results [4]. (See Table 3 and Supplementary Material

283     XIV for a listing of $I^2$ statistic values for the different subgroup analyses)

284     Whereas case-control studies showed a significant increase in the risk of ovarian

285     cancer for ever vs never users of talc powder [OR: 1.32 (95% CI: 1.24 to 1.40), P <

286     0.00001, $I^2$= 22%], cohort studies failed to show a significant increase in risk [OR: 1.06

287     (95% CI: 0.9 to 1.25), P= 0.49, $I^2$= 17%]. Thirteen out of 24 case-control studies (54%)

288     showed a statistically significant association, whereas none of the 3 cohort studies

289     showed a significant overall association between ever vs never genital talc exposure

290     and risk of ovarian cancer.

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

291       Subgroup analysis by study quality (NOS≥7 vs NOS<7) did not show any

292   significant differences in the overall pooled risk estimate. Similarly, there were no

293   differences among subgroup analysis conducted by decade of publication. A significant

294   association was observed for population-based studies [OR: 1.34 (95% CI: 1.27 to

295   1.41), P < 0.00001, $I^2$= 0%], but for enlisting hospital-based controls [OR: 0.96 (95% CI:

296   0.78 to 1.17), P= 0.66, $I^2$= 0%].

297       We conducted influence analysis to examine the impact of individual studies on

298   the results of our meta-analysis. No appreciable changes were observed regarding the

299   overall association of perineal talc exposure and the risk of ovarian cancer in response

300   to the exclusion of any one study. Detailed results from the influence analysis are

301   provided (Supplementary Material XIV).

302       Subgroup analysis based on ethnicity indicated that Hispanic women using talc

303   showed the most significant increase in risk of ovarian cancer [OR: 1.70 (95% CI: 1.17

304   to 2.47), P = 0.005, $I^2$= 0%], followed by White women [OR: 1.28 (95% CI: 1.10 to 1.49),

305   P= 0.001, $I^2$= 56%). African-American women showed a non-significant association with

306   ovarian cancer in [OR: 1.67 (95% CI: 0.90 to 3.10), P= 0.1, $I^2$= 48%].

307       Analyzing exposure by frequency of talc use, talc exposure was stratified into

308   three groups: high (once daily for >25 days/month), medium (once daily for 10–25

309   days/month) and low (once daily for 1–<10 days/month). The OR for the high-use group

310   was higher in the high-use group compared to the other two groups (medium and low-

311   use groups). Duration of talc use was stratified into three groups: <10 years, 10 – <20

312   years, and 20+ years. The overall odds ratio of the <10 years' group was lower than the

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

313   OR for the 10 – <20 years' group. On the other hand, the OR for the 20+ years' group

314   was lower and not statistically significant. However, this OR was based on two studies

315   that showed considerable heterogeneity ($I^2$=75%). Examining the method of application

316   of talc, application to the underwear subgroup had a statistically significant OR, which

317   was the highest among all subgroups. Diaphragm use showed an expected, yet non-

318   significant, negative association with ovarian cancer, which may be due to its action

319   blocking the ascent of talc particles up the reproductive tract.

320          Pooled risk estimates were statistically significant for two histological types of

321   ovarian cancer: serous tumors [OR: 1.38 (95% CI: 1.22 to 1.56), P < 0.00001, $I^2$= 0%]

322   and endometrioid tumors [OR: 1.39 (95% CI: 1.05 to 1.82), P= 0.03, $I^2$= 2%]. The

323   mucinous type showed a non-significant association [OR: 1.05 (95% CI: 0.85 to 1.29),

324   P= 0.41, $I^2$= 23%], while there were not sufficient studies to examine the other types of

325   ovarian cancers. Regarding tumor behavior, there was no appreciable difference

326   between invasive [OR: 1.38 (95% CI: 1.15 to 1.65), P= 0.0004, $I^2$= 0%] and borderline

327   [OR: 1.43 (95% CI: 1.08 to 1.89), P= 0.01, $I^2$= 19%] grades of ovarian cancer.

328   Borderline serous tumors showed slightly greater risk [OR: 1.39 (95% CI: 1.09 to 1.78),

329   P= 0.008, $I^2$= 0%] compared to the serous invasive grade [OR: 1.32 (95% CI: 1.13 to

330   1.54), P= 0.0004, $I^2$= 24%], while both showed a significant association with perineal

331   talc exposure. However, the mucinous tumors showed a non-significant association with

332   talc exposure, with invasive grades being associated with a greater risk [OR: 1.34 (95%

333   CI: 0.48 to 3.79), P= 0.58, $I^2$= 70%] compared to the borderline grade [OR: 1.18 (95%

334   CI: 0.76 to 1.82), P < 0.46, $I^2$= 34%].

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

335      Among post-menopausal women, those receiving hormonal therapy showed the

336   greatest risk [OR: 2.28 (95% CI: 1.72 to 3.01), P < 0.00001, $I^2$= 0%], followed by pre-

337   menopausal women [OR: 1.42 (95% CI: 1.16 to 1.75), P= 0.0008, $I^2$= 0%], and then

338   post-menopausal women not receiving hormonal therapy [OR: 1.05 (95% CI: 0.84 to

339   1.32), P= 0.66, $I^2$= 25%]. This subgroup analysis suggests that hormonal factors,

340   especially estrogens influence the risk of developing ovarian cancer among

341   postmenopausal women who have perineal talc exposure.

342      Women with prior ligation of the Fallopian tubes showed a significant reduction in

343   risk [OR: 0.64 (95% CI: 0.45 to 0.92), P= 0.02, $I^2$= 19%] against ovarian cancer

344   compared to hysterectomy [OR: 0.89 (95% CI: 0.54 to 1.46), P= 0.65, $I^2$= 61%],

345   whereas both surgeries combined showed no effect [OR: 1.06 (95% CI: 0.78 to 1.42),

346   P= 0.72, $I^2$= 61%]. This might be attributed to the fact that tubal ligation is usually

347   performed at an earlier age, thus preventing entry of talc into the reproductive tract

348   earlier and prolonged exposure to talc, compared to hysterectomy that is performed

349   later in life where a higher exposure has already taken place. In a recent meta-analysis

350   [70], the authors reported a negative association of tubal ligation (27 studies) and

351   hysterectomy (15 studies) with the risk of ovarian cancer: this negative association was

352   more apparent in women who had the surgery at an earlier age. A highly plausible

353   mechanism for this association, as suggested by the authors, involves blocking of

354   ascent of agents such as talc to the ovaries.

355      A summary of results of our meta-analysis is shown in Table 3. Forest plots of all

356   sub-group analyses are provided in Supplementary Material XIV.

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

33

357

358

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

34

359    **Table 3: Results of the subgroup analysis of talc exposure and ovarian cancer**

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| **1. Talc use** | | | |
| Ever vs. Never | 27 | 1.28 [1.20, 1.37] | 33% [< 0.00001] |
| Ethnicity | 3 | | 77% [0.08] |
| *African Americans* | 3 | 1.67 [0.90, 3.10] | 48% [0.10] |
| *Hispanics* | 2 | 1.70 [1.17, 2.47] | 0% [0.005] |
| *Whites* | 3 | 1.28 [1.11, 1.49] | 56% [0.001] |
| *Asians* | 1 | 0.04 [0.01, 0.16] | N/A |
| **2. Study Assessment** | | | |
| 2.1. Study Design | 27 | | 33% [< 0.00001] |
| *Case-Control* | 24 | 1.32 [1.24, 1.40] | 22% [< 0.00001] |
| *Cohort* | 3 | 1.06 [0.90, 1.25] | 17% [0.49] |
| 2.2. Type of Controls | 24 | | 22% [< 0.00001] |
| *Hospital-based* | 4 | 0.96 [0.78, 1.17] | 0% [0.66] |
| *Population-based* | 19 | 1.34 [1.27, 1.41] | 0% [< 0.00001] |
| *Combined* | 1 | 1.45 [0.81, 2.60] | N/A |
| 2.3. Quality Score (NOS) | 27 | | 33% [< 0.00001] |
| *NOS >=7* | 12 | 1.32 [1.25, 1.40] | 0% [< 0.00001] |
| *NOS <7* | 15 | 1.21 [1.05, 1.39] | 47% [0.009] |
| 2.4. Publication Year | 27 | | 33% [< 0.00001] |
| *1980-1989* | 4 | 1.23 [0.81, 1.88] | 66% [0.33] |
| *1990-1999* | 8 | 1.30 [1.13, 1.50] | 24% [0.0003] |
| *2000-2009* | 8 | 1.25 [1.14, 1.37] | 18% [< 0.00001] |
| *2010 and beyond* | 7 | 1.31 [1.18, 1.45] | 44% [< 0.00001] |
| **3. Talc Exposure** | | | |
| 3.1. Frequency of Use | 7 | | 35% [< 0.00001] |
| *Low* | 5 | 1.22 [0.96, 1.54] | 54% [0.10] |
| *Medium* | 2 | 1.22 [0.98, 1.53] | 0% [0.08] |
| *High* | 7 | 1.39 [1.22, 1.58] | 23% [< 0.00001] |
| 3.2. Duration of Use | 6 | | 5% [0.0008] |
| *<10 Years* | 5 | 1.22 [1.03, 1.45] | 0% [0.02] |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| *10 - <20 Years* | 2 | 1.42 [1.02, 1.99] | 0% [0.04] |
| *20+ Years* | 2 | 1.19 [0.71, 1.98] | 75% [0.51] |
| 3.3. Method of Use | 13 | | 52% [0.001] |
| *Sanitary Napkin* | 11 | 1.12 [0.91, 1.39] | 50% [0.29] |
| *Diaphragm* | 10 | 0.87 [0.72, 1.05] | 25% [0.14] |
| *Underwear* | 2 | 1.70 [1.27, 2.28] | 0% [0.0004] |
| *Male Condom* | 3 | 0.99 [0.73, 1.32] | 0% [0.92] |
| **4. Tumor Histology** | | | |
| 4.1. Tumor Histology | 8 | | 23% [< 0.00001] |
| *Serous* | 7 | 1.38 [1.22, 1.56] | 0% [< 0.00001] |
| *Mucinous* | 5 | 1.05 [0.85, 1.29] | 23% [0.41] |
| *Endometrioid* | 6 | 1.39 [1.05, 1.82] | 2% [0.03] |
| *Clear Cell* | 1 | 0.63 [0.15, 2.65] | |
| **5. Tumor Behavior** | | | |
| 5.1. All Grades | 4 | | 0% [< 0.00001] |
| *All Invasive* | 3 | 1.38 [1.15, 1.65] | 0% [0.0004] |
| *All Borderline* | 4 | 1.43 [1.08, 1.89] | 19% [0.01] |
| 5.2. Serous | 5 | | 0% [< 0.00001] |
| *Serous Invasive* | 5 | 1.32 [1.13, 1.54] | 24% [0.00004] |
| *Serous Borderline* | 3 | 1.39 [1.09, 1.78] | 0% [0.008] |
| 5.3. Mucinous | 3 | | 38% [0.40] |
| *Mucinous Invasive* | 2 | 1.34 [0.48, 3.79] | 70% [0.58] |
| *Mucinous Borderline* | 3 | 1.18 [0.76, 1.82] | 34% [0.46] |
| 5.4. Endometrioid | 1 | | N/A |
| *Endometrioid* Invasive | 1 | 1.38 [1.06, 1.80] | |
| 5.5. Clear Cell | 1 | | N/A |
| *Clear Cell Invasive* | 1 | 1.01 [0.65, 1.57] | |
| **6. Modifiers** | | | |
| 6.1. Menopausal State | 2 | | 78% [0.007] |
| *Pre-menopausal* | 2 | 1.42 [1.16, 1.75] | 0% [0.0008] |
| *Post-Menopausal (HT)* | 2 | 2.28 [1.72, 3.01] | 0% [< 0.00001] |
| *Post-Menopausal (no HT)* | 2 | 1.05 [0.84, 1.32] | 25% [0.66] |

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| 6.2. Pelvic Surgery | 7 | | 78% [0.35] |
| *Tubal Ligation* | 3 | 0.64 [0.45, 0.92] | 19% [0.02] |
| *Hysterectomy* | 4 | 0.89 [0.54, 1.46] | 61% [0.65] |
| *Combined* | 4 | 1.06 [0.78, 1.42] | 61% [0.72] |

\* **NOS:** Newcastle-Ottawa Scale for quality scoring of observational studies

\*\* **Low:** Once daily for 1 – <10 days/month; **Medium:** Once daily for 10 –25 days/month; **High:** Once daily for >25 days/month

## 3.5.   Exposure-Response Assessment

The effect of increasing frequency or duration of perineal use of talc and the risk of ovarian cancer was assessed in the majority of the studies included in this review. Conflicting findings were reported on the nature of the exposure-response relationship: 11 studies concluded that there is no exposure-response, five studies reported a significant positive trend with either frequency or duration of talc use, and two studies concluded that there might be an exposure-response. The remaining twelve studies did not perform or report on trend analyses.

Findings from the seven studies that indicated a potential increased risk of ovarian cancer associated with increasing use of talc are presented in Table 4. The study by Cramer et al. [15] provides the strongest evidence of an exposure-response relationship and could be considered as a key study for exposure-response assessment. The data used in this study were generated from the Nurses' Health Study

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

378    originally conducted by Belanger et al. [71], a well-designed high quality cohort study of

379    the factors affecting women's health. The results of this study show an increased risk of

380    ovarian cancer at the three highest exposure categories in this study, with the risk at the

381    lowest exposure level [OR: 1.15 (95% CI: 0.89 to 1.47)] being numerically, although not

382    significantly, elevated. Other studies in Table 4 have provided findings in support of an

383    exposure response based on increasing number of talc applications [20, 30, 34].

384    In order to permit more direct comparisons of the exposure-response findings

385    from these studies, and whenever the original study data permits, we standardized

386    exposure measurements into talc-years as shown in Figure 3. Data points were

387    selected from studies after excluding potential data points that are lacking precise

388    information on the level of exposure to talc. The mid-point of the exposure categories in

389    the exposure-response studies was used for exposure-response assessment.

390    Overall, the graphical results shown in this Figure 3 suggest a possible

391    increasing trend in ovarian cancer risk with increasing cumulative exposure to talc;

392    however, there is also a high degree of uncertainty surrounding many of the individual

393    risk estimates. (A formal statistical test for trend was not attempted because of the high

394    degree of heterogeneity among studies noted previously in our meta-analysis discussed

395    in section 3.4.)

396

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

38

397



398

399

400  **Figure 3: Ovarian cancer risk estimates at increasing levels of exposure to talc, as**
401  **reported from multiple studies**

402

403

404

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

405   **Table 4: Summary of studies that reported ORs for increasing number of lifetime perineal talc applications**

| Study | Stratification | Reported Exposure-Response Strata | aOR* | 95% CI |
|---|---|---|---|---|
| Schildkraut et al. (2016) [30] | Lifetime genital powder | <3,600 applications, any genital use vs (never use) | 1.16 | [0.83, 1.63] |
| | | >3,600 applications, any genital use vs (never use) | 1.67 | [1.23, 2.26] |
| Whittemore et al. (1988) [32] | Overall trend | Overall trend for 30 uses per month | 1.3 | [0.88, 1.92] |
| Wu et al. (2009) [34] | By total times of talc use | ≤ 5,200 times vs nonuse | 1.2 | [0.77, 1.88] |
| | | 5,201 – 15,600 times vs nonuse | 1.38 | [0.87, 2.20] |
| | | 15,601 – 52,000 times vs nonuse | 1.34 | [0.89, 2.02] |
| | | > 52,000 times | 1.99 | [1.34, 2.96] |
| Mills et al. (2004) [25] | By cumulative use (frequency × duration) | First quartile (lowest exposure) | 1.03 | [0.59, 1.80] |
| | | Second quartile | 1.81 | [1.10, 2.97] |
| | | Third quartile | 1.74 | [1.11, 2.73] |
| | | Fourth quartile (highest exposure) | 1.06 | [0.62, 1.83] |
| Rosenblatt et al. (2011) [29] | By lifetime number of applications of perineal powder after bathing | 1-1,599 applications | 1.21 | [0.71, 2.06] |
| | | 1,600-4,799 applications | 2.08 | [1.32, 3.27] |
| | | 4,800-9,999 applications | 0.87 | [0.50, 1.53] |
| | | ≥10,000 applications | 0.87 | [0.48, 1.57] |
| Cramer et al. (2016) [15] | By total genital applications | ≤360 total genital applications | 1.15 | [0.89, 1.47] |
| | | 361-1,800 total genital applications | 1.36 | [1.06, 1.75] |
| | | 1,801-7,200 total genital applications | 1.41 | [1.10, 1.80] |
| | | >7,200 total genital applications | 1.39 | [1.11, 1.75] |
| Harlow et al. (1992) [20] | Total Lifetime Perineal Applications* | < 1,000 applications | 1.3 | [0.7, 2.7] |
| | | 1,000 - 10,000 applications | 1.5 | [0.9, 2.4] |
| | | >10,000 applications | 1.8 | [1.0, 3.0] |

406

\* aOR: adjusted odds ratio

407

\*\* 10,000 applications are equivalent to daily use for 30 year

For information contact Dr. Donald R. Mattison; 301 801 1541. dmattison@risksciences.com
Materials submitted to Health Canada, Materials submitted to journal for peer review

40

408   ## 4. Discussion

409   The present analysis of the association between perineal use of talc powder and

410   ovarian cancer risk considered four decades of scientific work exploring the

411   epidemiological associations and non-human studies. The motivation for this review is

412   based on two questions: what do human epidemiology studies of perineal talc exposure

413   reveal about potential ovarian carcinogenicity, and what do in-vitro and in-vivo studies

414   suggest about potential mechanisms of toxicity?

415   A systematic review of the human epidemiology studies was conducted to

416   address the first question. Thirty observational epidemiologic studies were identified and

417   assessed for quality using the NOS [6]. In parallel with the review of human

418   epidemiological evidence, a (non-systematic) review of evidence exploring in vitro and

419   in vivo toxicology data on talc was conducted to explore how talc might produce

420   biological changes. This latter review provides some insights concerning possible

421   mechanisms of talc toxicity, including oxidative stress, immune system alterations and

422   inflammatory responses. However, it also indicates that talc is not genotoxic. In total,

423   the epidemiology studies suggest that perineal exposure to talc powder is a possible

424   human ovarian carcinogen but there are concerns that the actual exposure experienced

425   by these women over the past 40-50 years is not well understood. As reported by

426   Langesth and colleagues [67], there had been some concern that asbestos-

427   contaminated talc powder that was produced prior to 1976 might have been a

428   confounder; however, the similarity of findings between studies published prior to and

429   after this point suggests asbestos contamination does not explain the positive

430   association between perineal use of talc powder and risk of ovarian cancer [25, 27].

431        Human observational studies have inherent limitations that could bias the

432    findings. Potentially important sources of bias reported in the included studies include:

433    1) selection bias due to low response rates from cases and controls or from limiting

434    subjects to English-speaking women of two specific races, and 2) exposure

435    misclassification due to recall bias inherent in case control studies. Other limitations

436    included small sample sizes in some studies, small numbers of subjects in subgroup

437    analyses, lack of information on duration of talc use in many studies that only compared

438    ever vs never users, as well as lack of information on the talc content of the different

439    brands of genital powders used. In two of the three cohort studies, the follow-up period

440    between exposure assessment and end of study could have been inadequate to detect

441    a potential association between talc exposure and ovarian cancer. Houghton et al. [39]

442    reported a mean follow up of 12.4 years, while Gates et al. [36] followed a cohort of

443    women for 24 years. However, Gertig et al. [37] and Gonzalez et al. [38] noted that one

444    of their main limitations is the relatively short follow up periods that may not be

445    adequate to detect a potential association between talc exposure and ovarian cancer.

446    For example, studies of smoking and ovarian cancer suggest that follow-up periods as

447    long as four decades improve recognition of the carcinogenic effects of smoking [72];

448    longer follow up periods may also improve characterization of the association between

449    talc and ovarian cancer. In this regard, the minimum latency period for radiation-induced

450    ovarian cancer among Hiroshima atomic bomb survivors has been reported to range

451    from 15 to 20 years [73, 74]. Common strengths reported in most studies were the

452    selection of population controls in many of the case control studies and having relatively

453    large sample sizes that allowed a multitude of stratified analyses.

454        Effect estimates in this meta-analysis were pooled from 24 case control studies

455    and 3 cohort studies, and refer to ever vs never use of perineal talc. Pooling by study

456    design showed a notably higher risk estimate for case-control [OR: 1.32 (95% CI: 1.24

457    to 1.40), P < 0.00001, $I^2$= 22%] compared to cohort studies [OR: 1.06 (95% CI: 0.9 to

458    1.25), P= 0.49, $I^2$= 17%]. Although the reasons for this are unclear, the difference could

459    potentially be due to issues relating to latency, study power, or exposure

460    misclassification.

461        Although cohort study designs are efficient for examining diseases with a long

462    latency period, it is essential that the period between talc exposure and the cancer

463    diagnosis be sufficiently long. Gonzalez et al. [38] suggested that the latency period for

464    ovarian cancer is between 15 to 20 years. In the cohort studies included in this review,

465    Houghton et al. [39] reported a mean follow up of 12.4 years while Gates et al. [36]

466    followed a cohort of women for 24 years. Gertig et al. [37] and Gonzalez et al. [38]

467    noted that one of their studies' main limitations was the relatively short follow up periods

468    that may not be adequate to detect a potential association between talc exposure and

469    ovarian cancer.

470        In addition, cohort studies included may have been underpowered to detect an

471    odds ratio (relative risk) of 1.3 estimated from the case control studies. This was noted

472    by Narod et al. [75], who suggest that cohorts of at least 200,000 women would be

473    needed to reach statistical significance if the true odds ratio is 1.3. The cohort studies

474    included in this review included much smaller cohort sizes, ranging between 41,654 and

475    78,630 women.

476        Finally, in cohort studies, talc exposure was assessed at cohort entry and was

477    used as a measure of chronic talc use during follow up. It is possible that women who

478    were not exposed to perineal talc at the time of cohort entry began using talc at a later

479    time, and vice versa, possibly introducing non-differential misclassification of exposure,

480    which could bias the risk estimate towards the null value of unity. Conversely, in the

481    presence of differential exposure misclassification, a bias away from the null hypothesis

482    could accentuate differences between the cohort and case-control studies.

483

484    **4.1.    Exposures and outcomes**

485        All epidemiological studies included in our review evaluated the association

486    between the perineal application of talc and subsequent diagnosis of ovarian cancer.

487    Perineal vs body exposure is an important distinction, as the movement of talc is

488    thought to follow an ascending path from the perineum through the vagina, uterus and

489    fallopian tubes to the ovarian (as well as fallopian tube and peritoneal) epithelium.

490        Ovarian cancer is a common gynecologic malignancy in developed and

491    developing countries. Risk factors for ovarian cancer include age, infertility,

492    nulligravidity, endometriosis, hereditary ovarian cancer, tobacco and asbestos.

493        Protective factors for ovarian cancer include oral contraceptives, bilateral tubal

494    ligation, salpingo-oophorectomy, hysterectomy, and breast feeding [76]. It is a difficult

495    cancer to diagnose early, with approximately 60% of the individuals diagnosed after the

496    cancer has metastasized from the pelvic region, where this cancer begins. In the meta-

497    analysis, comparing ovarian cancer risk among women who used talc versus those who

498    never used talc (using both case-control and cohort designs), we observed an

499    approximate 30% increase in ovarian cancer risk in the group who used talc. The most

500    common type of ovarian cancer seen in the general population, and among the women

501    exposed to talc were of epithelial origin, most common histologic type (accounting for

502    about 95% of all cases in the general population), and of serous morphology, the most

503    common subtype (comprising about 75% in the general population).

504        The cell-type of origin and morphology of talc induced ovarian cancer is similar to

505    that observed in typical ovarian cancer with approximately 95% derived from epithelium

506    (from fallopian tube fimbriae, ovarian or peritoneal) with serous tumors as the most

507    common subtype. Like most ovarian cancers, those associated with talc exposure are

508    typically diagnosed late in the course of the disease (~60% are diagnosed after the

509    disease has spread outside of the pelvis). This late diagnosis complicates our

510    understanding of the history and origin of the disease.

511        Demographic factors were analyzed using subgroup analysis where possible,

512    and these were generally consistent with what has been previously observed with

513    respect to ethnicity and risk of ovarian cancer. Additionally, these data also provide

514    support for a mechanism of ovarian cancer induction working via an inflammatory

515    pathway associated with oxidative stress [27, 77, 78].

516        A small number of studies explored the issue of ethnicity: Asians (1 study),

517    Hispanics (2 studies), and African-Americans and Whites (3 studies each). Among

518    these studies the risk for talc associated ovarian cancer was 1.70 (Hispanics), 1.67

519    (African Americans), 1.28 (Whites) and 0.04 (Asians). These risk factors compare with

520    the demographics of ovarian cancer in the US population with an overall prevalence of

521   ovarian cancer of 12.7/100,000 among Whites 13.4/100,00, Hispanics 11.3/100,000,

522   African Americans 9.8/100,000, and Asians 9.8/100,000. The difference in US

523   prevalence and risk of talc induced ovarian cancer among Hispanics and African

524   Americans may provide further evidence concerning exposures or mechanism of action

525   [76].

526        A variety of factors were assessed with respect to the studies contributing to the

527   meta-analysis, including study quality (NOS) and publication year. In general, the risk of

528   talc associated ovarian cancer was similar among studies with an NOS ≥7 or NOS <7.

529   Year of publication also failed to demonstrate a significant impact on reported talc risk

530   estimates.

531

**4.2.   Exposure metrics**

533        Given that the epidemiological studies indicate that talc is a possible human

534   carcinogen, we next evaluated the studies to identify those comparing differences in

535   exposure. The initial assessment exploring frequency of use, utilized a qualitative

536   exposure metric: low, medium and high. Ovarian cancer was observed to increase

537   between the medium and high exposure groups, consistent with an exposure-response

538   relationship. Several studies explored duration of use (years) and risk of ovarian cancer;

539   20+ years (2 studies),10 (5 studies), 10/20 (2 studies), and observed that the risk was

540   greatest in the 20+ year exposure group, followed by lower risk in the 10/20 year and

541   <10-year exposure groups.

542        Several studies explored the route of exposure or approach to talc application on

543   ovarian cancer risk, including; hysterectomy, bilateral tubal ligation, diaphragm,

544   underwear, sanitary napkin, as these can provide insight into differences in exposure of

545   the fallopian tube, ovarian and peritoneal epithelium. Use of a diaphragm, as well as

546   tubal ligation act to interrupt exposure of perineal talc to reproductive tract. In contrast,

547   application to underwear and sanitary napkin exposure will provide broader exposures.

548   As hypothesized, the use of diaphragm and bilateral tubal ligation decreased ovarian

549   cancer risk [22].

550

551   **4.3.   Modifying Factors**

552       Modifiers of the risk of ovarian cancer, either associated with talc exposure, or a

553   spontaneous disease, can provide clues to potential mechanisms of causation.

554   Menopausal status and use of hormones can modify the risk for ovarian cancer. For

555   example, among post-menopausal women receiving hormonal therapy the risk for

556   ovarian cancer is greater than those who are premenopausal and those who are post-

557   menopausal not receiving hormone therapy. It has also been observed that women

558   receiving fertility treatment who do not become pregnant are at greater risk for ovarian

559   cancer [22]. These data suggest that hormonal status (elevated estrogens and/or

560   gonadotropins) plays a role in the mechanism of action of talc associated ovarian

561   cancer.

562       Subgroup analyses in the meta-analysis indicated that interruption of the

563   pathway from perineum to pelvis (as with bilateral tubal ligation or use of diaphragm)

564   decreased risk for ovarian cancer. This supports the hypothesis that talc acts by local

565   action on the ovary. Given the data developed in non-human studies suggesting an

566   inflammatory response of epithelial cells to talc, and histological observations

567   corroborating those observations, additional support for an inflammatory pathway

568   leading to ovarian cancer is provided. One study recently explored the use of anti-

569   inflammatory drugs and observed a decreased risk for ovarian cancer, also supporting

570   the importance of an inflammatory pathway with oxidative stress [77].

571



572

573   **Figure 4: Detailed process flow for assessment of talc carcinogenicity**

574

## 5.  Conclusion

576    We conducted an extensive search, examination, assessment and analysis of

577    evidence from published human and non-human original as well as all published

578    reviews that considered the association between genital/perineal use of talc powder and

579    risk of ovarian cancer. The steps followed in conducting this review are summarized in

580    Figure 4, along with the key findings at each step. Consistent with previous evaluations

581    the IARC in 2010 [2], and subsequent evaluations by individual investigators [3, 5, 69],

582    the present comprehensive evaluation of all currently available relevant data indicates

583    that perineal exposure to talc powder is a possible cause of ovarian cancer in humans.

584

## 6.  Source of Funding

586    This work was supported by Health Canada as part of their Chemicals

587    Management Plan via contract # 4600001163 to Risk Sciences International (RSI),

588    Ottawa, ON, Canada.

589

## 7.  Acknowledgments and Declarations

591    All authors who contributed to both this study and manuscript report no conflict of

592    interest in relation to the planning for and conducting this study as well as the

593    preparation of this manuscript. Although the research project and manuscript

594    preparation were conducted under contract to Health Canada, the views and

595    conclusions presented in this article are those of the authors alone.

596        D. Krewski is the Natural Sciences and Engineering Council of Canda Chair in

597   Risk Science at the University of Ottawa, and Chief Risk Scientist for Risk Sciences

598   International (RSI), a Canadian company established in 2006 in partnership with the

599   University of Ottawa (www.riskciences.com). Dr. Mohamed Kadry Taher, Ms. Nawal

600   Farhat, and Dr. Donald Mattison report personal fees from RSI in relation to this work. A

601   preliminary version of this paper was presented at the National Cancer Institute

602   Directors' Meeting held in Lyon, France on July 11-13, 2018 and benefited from

603   comments provided by international experts attending that meeting.

604

605

606

## 8. References

[1] R. Siegel, J. Ma, Z. Zou, A. Jemal, Cancer statistics, 2014, CA: A Cancer Journal for Clinicians 64(1) (2014) 9-29.

[2] IARC/International Agency for Research on Cancer, Carbon black, titanium dioxide, and talc, IARC Monogr Eval Carcinog Risks Hum 93 (2010) 1-413.

[3] W. Berge, K. Mundt, H. Luu, P. Boffetta, Genital use of talc and risk of ovarian cancer: a meta-analysis, European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP)  (2017).

[4] J. Higgins, S. Green, Cochrane Handbook for Systematic Reviews of Interventions, 2011. www.cochrane-handbook.org.

[5] R. Penninkilampi, G.D. Eslick, Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis, Epidemiology 29(1) (2018) 41-49.

[6] G. Wells, B. Shea, D. O'Connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses, 2008. http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp. (Accessed May 8 2017).

[7] H.J. Klimisch, M. Andreae, U. Tillmann, A systematic approach for evaluating the quality of experimental toxicological and ecotoxicological data, Regulatory toxicology and pharmacology : RTP 25(1) (1997) 1-5.

625    [8] K. Schneider, M. Schwarz, I. Burkholder, A. Kopp-Schneider, L. Edler, A. Kinsner-Ovaskainen,

626    T. Hartung, S. Hoffmann, "ToxRTool", a new tool to assess the reliability of toxicological data,

627    Toxicology letters 189(2) (2009) 138-44.

628    [9] A.B. Hill, The Environment and Disease: Association or Causation?, Proceedings of the Royal

629    Society of Medicine 58 (1965) 295-300.

630    [10] M. Booth, V. Beral, P. Smith, Risk factors for ovarian cancer: a case-control study, Br J

631    Cancer 60(4) (1989) 592-8.

632    [11] S. Chang, H.A. Risch, Perineal talc exposure and risk of ovarian carcinoma, Cancer 79(12)

633    (1997) 2396-401.

634    [12] Y. Chen, P.C. Wu, J.H. Lang, W.J. Ge, P. Hartge, L.A. Brinton, Risk factors for epithelial

635    ovarian cancer in Beijing, China, International journal of epidemiology 21(1) (1992) 23-9.

636    [13] L.S. Cook, M.L. Kamb, N.S. Weiss, Perineal powder exposure and the risk of ovarian

637    cancer.[Erratum appears in Am J Epidemiol 1998 Aug 15;148(4):410], American Journal of

638    Epidemiology 145(5) (1997) 459-65.

639    [14] D.W. Cramer, W.R. Welch, R.E. Scully, C.A. Wojciechowski, Ovarian cancer and talc: a case-

640    control study, Cancer 50(2) (1982) 372-6.

641    [15] D.W. Cramer, A.F. Vitonis, K.L. Terry, W.R. Welch, L.J. Titus, The Association Between Talc

642    Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States, Epidemiology

643    27(3) (2016) 334-46.

644    [16] M.A. Gates, S.S. Tworoger, K.L. Terry, L. Titus-Ernstoff, B. Rosner, I.d. Vivo, D.W. Cramer,

645    S.E. Hankinson, Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial

646    ovarian cancer, Cancer Epidemiol Biomarkers Prev 17(9) (2008) 2436-2444.

647    [17] B. Godard, W.D. Foulkes, D. Provencher, J.S. Brunet, P.N. Tonin, A.M. Mes-Masson, S.A.

648    Narod, P. Ghadirian, Risk factors for familial and sporadic ovarian cancer among French

649    Canadians: a case-control study, Am J Obstet Gynecol 179(2) (1998) 403-10.

650    [18] A. Green, D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, B. Ward, Tubal sterilisation,

651    hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group,

652    International Journal of Cancer 71(6) (1997) 948-51.

653    [19] B.L. Harlow, N.S. Weiss, A case-control study of borderline ovarian tumors: the influence of

654    perineal exposure to talc, American Journal of Epidemiology 130(2) (1989) 390-4.

655    [20] B.L. Harlow, D.W. Cramer, D.A. Bell, W.R. Welch, Perineal exposure to talc and ovarian

656    cancer risk, Obstet Gynecol 80(1) (1992) 19-26.

657    [21] P. Hartge, R. Hoover, L.P. Lesher, L. McGowan, Talc and ovarian cancer, JAMA : the journal

658    of the American Medical Association 250(14) (1983) 1844.

659    [22] M.L. Kurta, K.B. Moysich, J.L. Weissfeld, A.O. Youk, C.H. Bunker, R.P. Edwards, F. Modugno,

660    R.B. Ness, B. Diergaarde, Use of fertility drugs and risk of ovarian cancer: results from a U.S.-

661    based case-control study, Cancer Epidemiol Biomarkers Prev 21(8) (2012) 1282-92.

662    [23] H. Langseth, K. Kjaerheim, Ovarian cancer and occupational exposure among pulp and

663    paper employees in Norway, Scand J Work Environ Health 30(5) (2004) 356-61.

664    [24] M.A. Merritt, A.C. Green, C.M. Nagle, P.M. Webb, Australian Cancer Study, Australian

665    Ovarian Cancer Study Group, Talcum powder, chronic pelvic inflammation and NSAIDs in

666    relation to risk of epithelial ovarian cancer, International Journal of Cancer 122(1) (2008) 170-6.

667    [25] P.K. Mills, D.G. Riordan, R.D. Cress, H.A. Young, Perineal talc exposure and epithelial

668    ovarian cancer risk in the Central Valley of California, International Journal of Cancer 112(3)

669    (2004) 458-64.

670    [26] P.G. Moorman, R.T. Palmieri, L. Akushevich, A. Berchuck, J.M. Schildkraut, Ovarian cancer

671    risk factors in African-American and white women, Am J Epidemiol 170(5) (2009) 598-606.

672    [27] R.B. Ness, J.A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J.E. Wheeler, M. Morgan, J.J.

673    Schlesselman, Factors related to inflammation of the ovarian epithelium and risk of ovarian

674    cancer, Epidemiology 11(2) (2000) 111-7.

675    [28] K.A. Rosenblatt, M. Szklo, N.B. Rosenshein, Mineral fiber exposure and the development of

676    ovarian cancer, Gynecologic Oncology 45(1) (1992) 20-25.

677    [29] K.A. Rosenblatt, N.S. Weiss, K.L. Cushing-Haugen, K.G. Wicklund, M.A. Rossing, Genital

678    powder exposure and the risk of epithelial ovarian cancer, Cancer Causes Control 22(5) (2011)

679    737-42.

680    [30] J.M. Schildkraut, S.E. Abbott, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy,

681    M.L. Cote, E. Funkhouser, L.C. Peres, E.S. Peters, A.G. Schwartz, P. Terry, S. Crankshaw, F.

682    Camacho, F. Wang, P.G. Moorman, Association between Body Powder Use and Ovarian Cancer:

683    The African American Cancer Epidemiology Study (AACES), Cancer Epidemiol Biomarkers Prev

684    25(10) (2016) 1411-1417.

685    [31] A. Tzonou, A. Polychronopoulou, C.C. Hsieh, A. Rebelakos, A. Karakatsani, D. Trichopoulos,

686    Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian

687    cancer, International Journal of Cancer 55(3) (1993) 408-10.

688    [32] A.S. Whittemore, M.L. Wu, R.S. Paffenbarger Jr, D.L. Sarles, J.B. Kampert, S. Grosser, D.L.

689    Jung, S. Ballon, M. Hendrickson, Personal and environmental characteristics related to epithelial

690    ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee, American Journal

691    of Epidemiology 128(6) (1988) 1228-1240.

692    [33] C. Wong, R.E. Hempling, M.S. Piver, N. Natarajan, C.J. Mettlin, Perineal talc exposure and

693    subsequent epithelial ovarian cancer: a case-control study, Obstet Gynecol 93(3) (1999) 372-6.

694    [34] A.H. Wu, C.L. Pearce, C.C. Tseng, C. Templeman, M.C. Pike, Markers of inflammation and

695    risk of ovarian cancer in Los Angeles County, International Journal of Cancer 124(6) (2009)

696    1409-15.

697    [35] A.H. Wu, C.L. Pearce, C.C. Tseng, M.C. Pike, African Americans and Hispanics Remain at

698    Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk

699    Factors and Oophorectomy Rates, Cancer Epidemiol Biomarkers Prev 24(7) (2015) 1094-100.

700    [36] M.A. Gates, B.A. Rosner, J.L. Hecht, S.S. Tworoger, Risk factors for epithelial ovarian cancer

701    by histologic subtype, Am J Epidemiol 171(1) (2010) 45-53.

702    [37] D.M. Gertig, D.J. Hunter, D.W. Cramer, G.A. Colditz, F.E. Speizer, W.C. Willett, S.E.

703    Hankinson, Prospective study of talc use and ovarian cancer, J Natl Cancer Inst 92(3) (2000)

704    249-52.

705    [38] N.L. Gonzalez, K.M. O'Brien, A.A. D'Aloisio, D.P. Sandler, C.R. Weinberg, Douching, Talc Use,

706    and Risk of Ovarian Cancer, Epidemiology 27(6) (2016) 797-802.

707    [39] S.C. Houghton, K.W. Reeves, S.E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende,

708    C.A. Thomson, J.K. Ockene, S.R. Sturgeon, Perineal powder use and risk of ovarian cancer, J Natl

709    Cancer Inst 106(9) (2014).

710    [40] D. Moher, K.F. Schulz, D.G. Altman, The CONSORT statement: revised recommendations for

711    improving the quality of reports of parallel-group randomised trials, Clinical oral investigations

712    7(1) (2003) 2-7.

713    [41] J.C. Wagner, G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, J.W. Skidmore, Animal experiments

714    with talc, in: W.H. Walton, B. McGovern (Eds.), Inhaled Particles IV, Part 2, Pergamon Press,

715    Oxford, UK, 1977, pp. 647–654.

716    [42] A.P. Wehner, T.M. Tanner, R.L. Buschbom, Absorption of ingested talc by hamsters, Food

717    and cosmetics toxicology 15(5) (1977) 453-55.

718    [43] F. Bischoff, G. Bryson, Talc at Rodent Intrathoracic, Intraperitoneal, and Subcutaneous

719    Sitse, Proceedings of The American Association for Cancer Research, American Association for

720    Cancer Research Public Ledger Bldg, Suite 816, 150 S. Independence Mall W., Philadelphia, PA

721    19106, 1976, pp. 1-1.

722    [44] J. Jagatic, M.E. Rubnitz, M.C. Godwin, R.W. Weiskopf, Tissue response to intraperitoneal

723    asbestos with preliminary report of acute toxicity of heart-treated asbestos in mice, Environ Res

724    1(3) (1967) 217-30.

725    [45] M. Ozesmi, T.E. Patiroglu, G. Hillerdal, C. Ozesmi, Peritoneal mesothelioma and malignant

726    lymphoma in mice caused by fibrous zeolite, Br J Ind Med 42(11) (1985) 746-9.

727    [46] W. Gibel, K. Lohs, K.H. Horn, G.P. Wildner, F. Hoffmann, [Experimental study on

728    cancerogenic activity of asbestos filters (author's transl)], Archiv fur Geschwulstforschung 46(6)

729    (1976) 437-42.

730    [47] NTP/National Toxicology Program, NTP Toxicology and Carcinogenesis Studies of Talc (CAS

731    No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies), Natl

732    Toxicol Program Tech Rep Ser, 1993, pp. 1-287.

733    [48] M.M. van den Heuvel, H.J. Smit, S.B. Barbierato, C.E. Havenith, R.H. Beelen, P.E. Postmus,

734    Talc-induced inflammation in the pleural cavity, Eur Respir.J 12(6) (1998) 1419-1423.

735    [49] A.R. Buz'Zard, B.H.S. Lau, Pycnogenol® reduces talc-induced neoplastic transformation in

736    human ovarian cell cultures, Phytotherapy Research 21(6) (2007) 579-586.

737   [50] A.J. Ghio, T.P. Kennedy, A.R. Whorton, A.L. Crumbliss, G.E. Hatch, J.R. Hoidal, Role of

738   surface complexed iron in oxidant generation and lung inflammation induced by silicates, The

739   American journal of physiology 263(5 Pt 1) (1992) L511-8.

740   [51] A.J. Ghio, J.M. Soukup, L.A. Dailey, J.H. Richards, J.L. Turi, E.N. Pavlisko, V.L. Roggli,

741   Disruption of iron homeostasis in mesothelial cells after talc pleurodesis, Am J Respir Cell Mol

742   Biol 46(1) (2012) 80-86.

743   [52] N. Nasreen, D.L. Hartman, K.A. Mohammed, V.B. Antony, Talc-induced expression of C-C

744   and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells, Am J Respir

745   Crit Care Med 158(3) (1998) 971-8.

746   [53] T.C. Hamilton, H. Fox, C.H. Buckley, W.J. Henderson, K. Griffiths, Effects of talc on the rat

747   ovary, British journal of experimental pathology 65(1) (1984) 101-6.

748   [54] M.T. Smith, K.Z. Guyton, C.F. Gibbons, J.M. Fritz, C.J. Portier, I. Rusyn, D.M. DeMarini, J.C.

749   Caldwell, R.J. Kavlock, P.F. Lambert, S.S. Hecht, J.R. Bucher, B.W. Stewart, R.A. Baan, V.J.

750   Cogliano, K. Straif, Key Characteristics of Carcinogens as a Basis for Organizing Data on

751   Mechanisms of Carcinogenesis, Environmental health perspectives 124(6) (2016) 713-21.

752   [55] A. Shukla, M.B. MacPherson, J. Hillegass, M.E. Ramos-Nino, V. Alexeeva, P.M. Vacek, J.P.

753   Bond, H.I. Pass, C. Steele, B.T. Mossman, Alterations in gene expression in human mesothelial

754   cells correlate with mineral pathogenicity, Am J Respir Cell Mol Biol 41(1) (2009) 114-23.

755   [56] R.B. Ness, C. Cottreau, Possible role of ovarian epithelial inflammation in ovarian cancer, J

756   Natl Cancer Inst 91(17) (1999) 1459-67.

757     [57] R.E. Scully, Pathology of ovarian cancer precursors, J Cell Biochem Suppl 23 (1995) 208-18.

758     [58] A.P. Wehner, R.E. Weller, E.A. Lepel, On talc translocation from the vagina to the oviducts

759     and beyond, Food and chemical toxicology : an international journal published for the British

760     Industrial Biological Research Association 24(4) (1986) 329-38.

761     [59] A.P. Wehner, C.L. Wilkerson, W.C. Cannon, R.L. Buschbom, T.M. Tanner, Pulmonary

762     deposition, translocation and clearance of inhaled neutron-activated talc in hamsters, Food and

763     cosmetics toxicology 15(3) (1977) 213-24.

764     [60] W.J. Henderson, T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths, The

765     demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the

766     rat, Environ Res 40(2) (1986) 247-50.

767     [61] J.C. Phillips, P.J. Young, K. Hardy, S.D. Gangolli, Studies on the absorption and disposition of

768     3H-labelled talc in the rat, mouse, guinea-pig and rabbit, Food Cosmet.Toxicol 16(2) (1978) 161-

769     163.

770     [62] W.J. Henderson, C.A. Joslin, A.C. Turnbull, K. Griffiths, Talc and carcinoma of the ovary and

771     cervix, J Obstet Gynaecol Br Commonw 78(3) (1971) 266-72.

772     [63] A.N. Rohl, A.M. Langer, I.J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, D.L. Skinner,

773     Consumer talcums and powders: mineral and chemical characterization, J Toxicol Environ

774     Health 2(2) (1976) 255-84.

775    [64] USP/United States Pharmacopeia Convention, Talc USP. Revision Bulletin Official: August 1,

776    2011. Available at:

777    http://www.usp.org/sites/default/files/usp/document/harmonization/excipients/m80360talc.p

778    df. (Accessed 25 September 2018).

779    [65] J. Nikitakis, G. McEwen Jr, CTFA compendium of cosmetic ingredient composition:

780    Specifications, Washington, DC: CTFA (now known as the Personal Care Products Council)

781    (1990).

782    [66] IARC/International Agency for Research on Cancer, Formaldehyde, 2-butoxyethanol and 1-

783    tert-butoxypropan-2-ol, IARC Monogr Eval Carcinog Risks Hum 88 (2006) 1.

784    [67] H. Langseth, S.E. Hankinson, J. Siemiatycki, E. Weiderpasse, Perineal use of talc and risk of

785    ovarian cancer, Journal of Epidemiology and Community Health 62(4) (2008) 358-360.

786    [68] M. Huncharek, J.F. Geschwind, B. Kupelnick, Perineal application of cosmetic talc and risk

787    of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen

788    observational studies, Anticancer Res 23(2C) (2003) 1955-60.

789    [69] K.L. Terry, S. Karageorgi, Y.B. Shvetsov, M.A. Merritt, G. Lurie, P.J. Thompson, M.E. Carney,

790    R.P. Weber, L. Akushevich, W.H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J.A.

791    Doherty, C.M. Nagle, A. Berchuck, C.L. Pearce, M. Pike, R.B. Ness, P.M. Webb, S. Australian

792    Cancer, G. Australian Ovarian Cancer Study, M.A. Rossing, J. Schildkraut, H. Risch, M.T.

793    Goodman, C. Ovarian Cancer Association, Genital powder use and risk of ovarian cancer: a

794    pooled analysis of 8,525 cases and 9,859 controls, Cancer Prevention Research 6(8) (2013) 811-

795    21.

796    [70] M.S. Rice, M.A. Murphy, S.S. Tworoger, Tubal ligation, hysterectomy and ovarian cancer: A

797    meta-analysis, Journal of ovarian research 5(1) (2012) 13.

798    [71] C.F. Belanger, C.H. Hennekens, B. Rosner, F.E. Speizer, The nurses' health study, The

799    American journal of nursing 78(6) (1978) 1039-40.

800    [72] P.D. Terry, A.B. Miller, J.G. Jones, T.E. Rohan, Cigarette smoking and the risk of invasive

801    epithelial ovarian cancer in a prospective cohort study, European journal of cancer (Oxford,

802    England : 1990) 39(8) (2003) 1157-64.

803    [73] S. Tokuoka, K. Kawai, Y. Shimizu, K. Inai, K. Ohe, T. Fujikura, H. Kato, Malignant and benign

804    ovarian neoplasms among atomic bomb survivors, Hiroshima and Nagasaki, 1950-80, J Natl

805    Cancer Inst 79(1) (1987) 47-57.

806    [74] K.-H. Tung, L.R. Wilkens, A.H. Wu, K. McDuffie, A.M. Nomura, L.N. Kolonel, K.Y. Terada,

807    M.T. Goodman, Effect of anovulation factors on pre-and postmenopausal ovarian cancer risk:

808    revisiting the incessant ovulation hypothesis, American journal of epidemiology 161(4) (2005)

809    321-329.

810    [75] S.A. Narod, Talc and ovarian cancer, Gynecologic Oncology 141(3) (2016) 410-2.

811    [76] L.-m. Chen, J.S. Berek, Epithelial carcinoma of the ovary, fallopian tube, and peritoneum:

812    Epidemiology and risk factors, UpToDate, 2014.

813    [77] W.H. Lo-Ciganic, J.C. Zgibor, C.H. Bunker, K.B. Moysich, R.P. Edwards, R.B. Ness, Aspirin,

814    nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer,

815    Epidemiology 23(2) (2012) 311-319.


816    [78] B. Trabert, L. Pinto, P. Hartge, T. Kemp, A. Black, M.E. Sherman, L.A. Brinton, R.M. Pfeiffer,

817    M.S. Shiels, A.K. Chaturvedi, A. Hildesheim, N. Wentzensen, Pre-diagnostic serum levels of

818    inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian

819    cancer (PLCO) screening trial, Gynecologic Oncology 135(2) (2014) 297-304.

820