# EXHIBIT A147





