# EXHIBIT B6

Benjamin G. Neel, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &    :
JOHNSON TALCUM POWDER  :
PRODUCTS MARKETING,   :
SALES PRACTICES, AND  :  NO. 16-2738
PRODUCTS LIABILITY    :  (FLW) (LHG)
LITIGATION           :
                     :
THIS DOCUMENT RELATES :
TO ALL CASES         :

- - -

March 19, 2019

- - -

Videotaped deposition of
BENJAMIN G. NEEL, M.D., Ph.D., taken
pursuant to notice, was held at Skadden
Arps, Four Times Square, New York, New
York, beginning at 8:56 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Benjamin G. Neel, M.D., Ph.D.

Page 2

```
1   APPEARANCES:
2
3   BEASLEY ALLEN, P.C.
    BY: MARGARET M. THOMPSON, M.D., ESQ.
4   BY: P. LEIGH ODELL, ESQ.
    218 Commerce Street
5   Montgomery, Alabama 36104
    (334) 269-2343
6   Margaret.thompson@beasleyallen.com
    leigh.odell@beasleyallen.com
7
      - and -
8
9   LEVIN PAPANTONIO THOMAS
    MITCHELL RAFFERTY & PROCTOR, PA
    BY: CHRISTOPHER V. TISI, ESQ.
10  316 South Baylen Street,
    Suite 600
11  Pensacola, Florida 32502
    (888) 435-7001
12  Ctisi@levinlaw.com
13    - and -
14  NAPOLI SHKOLNIK, PLLC
    BY: ALASTAIR J.M. FINDEIS, ESQ.
15  400 Broadhollow Road, Suite 305
    Melville, New York 11747
16  (631) 224-1133
    afindeis@napolilaw.com
17
      - and -
18
19  RESTAINO LAW, LLC
    BY: JOHN M. RESTAINO, JR., DPM, ESQ.
20  130 Forest Street
    Denver, Colorado 80220
21  (303) 839-8000
    Jrestaino@restainollc.com
    Representing the Plaintiffs
22
23
24
```

Page 3

```
1   APPEARANCES:  (Cont'd.)
2
3   DRINKER, BIDDLE & REATH, LLP
    BY: SUSAN M. SHARKO, ESQ.
4   600 Campus Drive
    Florham Park, New Jersey 07932
5   (973) 549-7000
    susan.sharko@dbr.com
6     - and -
7   DRINKER BIDDLE & REATH, LLP
    BY: KATHERINE McBETH, ESQ.
8   One Logan Square,
    Suite 2000
9   Philadelphia, Pennsylvania 19103
    (215) 988-2706
10  katherine.mcbeth@dbr.com
    Representing the Defendants, Johnson
11  & Johnson entities
12
    TUCKER ELLIS, LLP
13  BY: MICHAEL C. ZELLERS, ESQ.
    515 South Flower Street,
14  42nd Floor
    Los Angeles, California 90071
15  (213) 430-3301
    Michael.zellers@tuckerellis.com
16
      - and -
17
18  TUCKER ELLIS, LLP
    BY: JAMES W. MIZGALA, ESQ.
19  233 South Wacker Drive,
    Suite 6950
20  Chicago, Illinois 60606
    (312) 624-6307
21  james.mizgala@tuckerellis.com
    Representing the Defendant, PTI
    Royston LLC and PTI Union LLC
22
23
24
```

Page 4

```
1   APPEARANCES:  (Cont'd.)
2
    SEYFARTH SHAW, LLP
3   BY: THOMAS T. LOCKE, ESQ.
    975 F Street, NW
4   Washington, D.C. 20004
    (202) 463-2400
5   tlocke@seyfarth.com
    Representing the Defendant, PCPC
6
7
8   ALSO PRESENT:
9
    VIDEOTAPE TECHNICIAN:
10   Henry Marte
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
1         - - -
2       I N D E X
3         - - -
4
    Testimony of:
5
      BENJAMIN G. NEEL, M.D., Ph.D.
6
    By Dr. Thompson          12
7
8
9
10        - - -
      E X H I B I T S
11
12        - - -
13  NO.      DESCRIPTION       PAGE
14  Neel-1   Notice of Deposition 16
15  Neel-2   Expert Report     18
    Of Benjamin G. Need
16  MD, Ph.D.
    2/25/19
17
18  Neel-3   Materials      19
    Considered List
19  Neel-4   Appendix A       53
    GWAS Associations
20  For Ovarian Carcinomas
21  Neel-5   Curriculum Vitae   57
    Benjamin Neel
22  2/22/19
23
24
```

Benjamin G. Neel, M.D., Ph.D.

Page 6

```
 1              - - -
 2        E X H I B I T S  (Cont'd.)
 3              - - -
 4
 5    NO.      DESCRIPTION        PAGE
 6    Neel-6    Invoices of        92
              Benjamin Neel, MD, PhD
 7
      Neel-7    (Skipped)
 8
      Neel-8    Hallmarks of       109
 9              Cancer:  The Next
                Generation
10              (Hanahan)
11    Neel-9    Inflammation and   124
                Cancer:  Back to Virchow?
12              (Balkwill)
13    Neel-10   Oxidative Stress,  136
                Inflammation, and
14              Cancer:  How are they
                Linked?
15              (Reuter)
16    Neel-11   The Environment and  146
                Disease:  Association or
17              Causation
                Pltf_MedLit_00000135
18
      Neel-12   Review of Ovarian  162
19              Cancer:  A Review
                (Reid)
20
      Neel-13   Cancer Prevention  170
21              & Screening
                (Eeles)
22
      Neel-14   Ovarian Cancer:    176
23              Etiology, Risk Factors
                And Epidemiology
24              (Hunn)
```

Page 8

```
 1              - - -
 2        E X H I B I T S  (Cont'd.)
 3              - - -
 4
 5    NO.      DESCRIPTION        PAGE
 6    Neel-23   Does Long-Term     257
                Talc Exposure
 7              Have a Carcinogenic
                Effect
 8              (Keskin)
 9    Neel-24   Effects of Talc    260
                On the Rat Ovary
10              (Hamilton)
11    Neel-25   Federal Register   261
                12/19/16
12              Volume 81 No. 243
13    Neel-26   The Relationship   266
                Between Perineal
14              Cosmetic Talc
                (Heller)
15
      Neel-27   Ovarian Cancers    288
16              Evolving Paradigms
                In Research & Care
17              The National Academies
                Of Sciences
18              Engineering Medicine
19    Neel-28   Smooth Reference   304
                Equations for Slow
20              Vital Capacity
                And Flow Volume
21              Curve Indexes
                Correspondence
22
      Neel-29   Curriculum Vitae   312
23              Of Dr. Saed
24
```

Page 7

```
 1              - - -
 2        E X H I B I T S  (Cont'd.)
 3              - - -
 4
 5    NO.      DESCRIPTION        PAGE
 6    Neel-15   Risk Factors for   176
                Ovarian
 7              (Mallen)
 8    Neel-16   Benign Gynecologic 180
                Conditions are
 9              Associated
                (Park)
10
      Neel-17   African Americans  183
11              And Hispanics
                Remain at Lower
12              (Wu)
13    Neel-18   4/1/14             185
                Letter to Epstein
14              From Musser
                Re: Docket Numbers
15              94P-00420
16    Neel-19   IARC Monographs    220
                On the Evaluation
17              (Volume 93)
18    Neel-20   Systematic Review  220
                And Meta-Analysis
19              (Taher)
20    Neel-21   Foreign Body       228
                Granulomas in
21              Normal Ovaries
                (Mostafa)
22
      Neel-22   Mechanisms of      250
23              Genotoxicity of
                Particles and
24              Fibers
```

Page 9

```
 1              - - -
 2        E X H I B I T S  (Cont'd.)
 3              - - -
 4
 5    NO.      DESCRIPTION        PAGE
 6    Neel-30   Pycnogenol Reduces 379
                Talc-Induced
 7              Neoplastic
                Transformation
 8              (BuzZard)
 9    Neel-31   Alterations in     390
                Gene Expression in
10              Human Mesothelial
                Cells
11              (Shukla)
12    Neel-32   The Primary Role   399
                Or Iron-Mediated
13              Lipid Peroxidation
                (Akhtar)
14
      Neel-33   Cytotoxicity and   416
15              Apoptosis Induction
                By Nanoscale Talc
16              Particles
                (Akhtar)
17
18
19
20
21
22
23
24
```

Benjamin G. Neel, M.D., Ph.D.

| Page 10 |
| --- |

```
1              - - -
2     DEPOSITION SUPPORT INDEX
3              - - -
4
5   Direction to Witness Not to Answer
6   PAGE   LINE
    None.
7
8   Request for Production of Documents
9   PAGE   LINE
    None.
10
11  Stipulations
12  PAGE   LINE
    None.
13
14  Questions Marked
15  PAGE   LINE
    None.
16
17
18
19
20
21
22
23
24
```

| Page 12 |
| --- |

```
1                EXAMINATION
2              - - -
3   BY DR. THOMPSON:
4       Q.   Good morning, Dr. Neel.
5       A.   Good morning.
6       Q.   My name is Margaret
7   Thompson, and I'll be taking your
8   deposition today.  Have you ever had your
9   deposition taken before?
10      A.   Yes.
11      Q.   What were the circumstances?
12      A.   In a -- in a case, the
13  so-called Potti-Nevins case.  I gave a
14  deposition for -- in the -- for the
15  defendant.  It was a matter involving
16  scientific fraud at Duke University.
17      Q.   Oh.  That's my alma mater.
18      A.   And I also was deposed in a
19  malpractice suit when I was a resident in
20  Boston.
21      Q.   As a defendant?
22      A.   As a defendant.
23      Q.   And are those the only two
24  times --
```

| Page 11 |
| --- |

```
1              - - -
2          THE VIDEOGRAPHER:  We are
3   now on the record.  My name is
4   Henry Marte.  I'm a videographer
5   with Golkow Litigation Services.
6          Today's date is March 19,
7   2019, and the time is 8:56 a.m.
8          This videotaped deposition
9   is being held at Four Times
10  Square, New York, New York, in the
11  matter of Talcum Powder
12  Litigation.
13         The deponent today is Dr.
14  Benjamin Neel.
15         All appearances are noted on
16  the stenographic record.
17         Will the court reporter
18  please administer the oath to the
19  witness.
20             - - -
21     ... BENJAMIN G. NEEL, M.D., Ph.D.,
22  having been first duly sworn, was
23  examined and testified as follows:
24             - - -
```

| Page 13 |
| --- |

```
1       A.   Yes.
2       Q.   -- that you've had your
3   deposition taken?
4          And I assume the scientific
5   fraud case was at least over four years
6   ago, right?
7       A.   It was a little over four
8   years ago, right before the -- the
9   deposition was taken right before I
10  started at NYU Langone, which was
11  January 2015.  So the deposition was
12  taken in October of 2014, so Columbus Day
13  weekend.
14      Q.   Okay.  And you're aware that
15  the purpose of today is for me to gain a
16  thorough understanding of your opinions
17  and the basis for those opinions?
18      A.   Yes.
19      Q.   Your report states that your
20  opinions are given to a reasonable degree
21  of scientific certainty.
22         What does that mean to you?
23      A.   It means that I've
24  considered all of the papers and also
```

Benjamin G. Neel, M.D., Ph.D.

Page 14

1    additional information that is contained
2    in my report.  And based on my more than
3    30 years of scientific credentials and
4    experience in the cancer biology and
5    cellular molecular biology field, that I
6    have offered my opinion based on that
7    criteria, those criteria.
8        Q.    And how confident do you
9    have to be in your opinions to be able to
10   claim that it's a reasonable degree?
11       A.    I'm quite confident in my
12   opinions on this matter based on my
13   30 years of experience.
14       Q.    Would that be 100 percent?
15       A.    I'm 100 percent -- I
16   wouldn't write it if I wasn't 100 percent
17   confident in my opinions.
18       Q.    And Dr. Neel, you are a
19   medical doctor as well as a Ph.D.
20   researcher, correct?
21       A.    That's correct.
22       Q.    Do you currently see
23   patients?
24       A.    No.

Page 15

1        Q.    When did you last have a
2    clinical practice?
3        A.    19 -- well I never had a
4    private practice or an individual
5    practice.  I stopped seeing patients when
6    I began my faculty position at Harvard
7    Medical School in 1988.
8        Q.    After residency?
9        A.    Yes.
10       Q.    In internal medicine?
11       A.    Yes.
12       Q.    And do you currently
13   diagnose ovarian cancer in women?
14       A.    No.
15       Q.    Do you treat women with
16   ovarian cancer?
17       A.    No.
18       Q.    Have you ever treated women
19   with ovarian cancer?
20       A.    Only in the context of my
21   health staff training.
22       Q.    Okay.  And would that be the
23   last time that you performed a pelvic
24   exam --

Page 16

1        A.    Yes.
2        Q.    -- as well?
3            So let me just review some
4    of the ground rules today to remind you.
5    If you don't understand a question,
6    please let me know so I can hopefully put
7    it in a form where you do understand.
8    Okay?
9        A.    Okay.
10       Q.    And I'll do my best to let
11   you finish your answer, and probably best
12   for you to let me finish my question too,
13   for lots of reasons, but primarily so our
14   court reporter can get both of our
15   statements down without any problems.
16   Okay?
17       A.    Sure.
18       Q.    And if you need a break,
19   just let me know --
20       A.    Okay.
21       Q.    -- and we'll take one.
22           I've marked Exhibit 1 as a
23   notice of deposition.
24           (Document marked for

Page 17

1            identification as Exhibit
2            Neel-1.)
3    BY DR. THOMPSON:
4        Q.    Have you seen this document,
5    Dr. Neel?
6        A.    Yes.
7        Q.    When did you see it?
8        A.    Yesterday.
9        Q.    And I understand that
10   objections have been filed.  But -- and
11   did you bring anything with you today in
12   response to this notice of deposition?
13       A.    No.
14       Q.    For example, Number 3 says a
15   copy of your complete file or files.  Do
16   you have a file related to the talcum
17   powder litigation?
18       A.    Only insofar as I collect
19   the papers for my report, yes.
20       Q.    How do you collect those?
21       A.    On my computer.
22       Q.    Do you have a certain
23   location where you maintain those files?
24       A.    Yes.

5 (Pages 14 to 17)

Benjamin G. Neel, M.D., Ph.D.

Page 18

```
 1        Q.   And do you have any notes or
 2   highlights on the articles?
 3        A.   On the articles, no.
 4        Q.   Any notes or -- in the file
 5   where you keep your articles?
 6        A.   Only insofar as I, you know,
 7   was preparing my report.  There's some
 8   notes about the text that I'm going to
 9   use in my report.
10        Q.   Okay.  I also have marked a
11   copy of your expert report.
12             (Document marked for
13             identification as Exhibit
14             Neel-2.)
15   BY DR. THOMPSON:
16        Q.   Is this the report that you
17   were referring to that --
18        A.   Yes.
19        Q.   -- you kept drafts on your
20   computer?
21        A.   Yes.
22             MS. SHARKO:  For the record,
23   this is Exhibit 2?
24             DR. THOMPSON:  This is
```

Page 19

```
 1   Exhibit 2.
 2             MS. SHARKO:  Shall we be
 3   calling these Neel-1 and 2?
 4             MS. O'DELL:  I think
 5   Michelle will write that in
 6   afterwards.
 7   BY DR. THOMPSON:
 8        Q.   And we'll come back, of
 9   course, to that report throughout the
10   day.  So feel free to keep that close by
11   if you'd like to.
12             (Document marked for
13             identification as Exhibit
14             Neel-3.)
15   BY DR. THOMPSON:
16        Q.   And I've marked as Exhibit 3
17   the -- and you say that attached to your
18   report are the references that you
19   listed.  And are those references that
20   are actually cited or referred to in the
21   report itself?
22        A.   Can I -- may I look?
23        Q.   Yes, please.
24        A.   Yes.  These references are
```

Page 20

```
 1   the references that are cited by -- in
 2   numerical order in the report.
 3        Q.   And I'm also marking
 4   Exhibit 3, which is an -- additional
 5   references that -- it's titled "Materials
 6   Considered."
 7             And what is the list of
 8   materials considered?
 9        A.   I'm a little confused by
10   your question.  It says what they are.
11        Q.   How does that differ from
12   the references that are attached to your
13   expert report?
14        A.   Oh well, if I cited
15   something directly in the report, it's in
16   the references.  If there were things
17   that I was given or that I looked
18   through, that's on materials considered.
19        Q.   Were you -- were you given
20   the references on the materials
21   considered by counsel?
22        A.   A subset of the materials
23   were sent to me at the beginning.  I made
24   several other searches of my own and
```

Page 21

```
 1   downloaded those papers.  And some of the
 2   papers I was unable to easily access from
 3   my remote location.  And I asked the
 4   lawyers to have them sent to me.  So some
 5   of them I got that way.
 6        Q.   Would you be able to
 7   identify which you found yourself and
 8   which you were provided to by the
 9   lawyers?
10        A.   Not easily.  I mean, I went
11   through and I spent many hours doing
12   this.  So I'm not sure.  Over time, that
13   blurs a little.
14        Q.   And I assume that the expert
15   reports and deposition transcripts were
16   provided to you, correct?
17        A.   Yes.
18        Q.   When was -- when were you
19   first contacted by lawyers representing
20   Johnson & Johnson about serving as an
21   expert?
22        A.   In May of 2017 I believe.
23        Q.   And who contacted you?
24        A.   John Winter.
```

6 (Pages 18 to 21)

Benjamin G. Neel, M.D., Ph.D.

Page 22

1     Q.  And what did Mr. Winter ask
2 you to do?
3     A.  He asked me if I would be
4 interested in considering being an expert
5 witness in the talc litigation.
6     Q.  And what did you agree to do
7 at that time?
8     A.  I agreed to look at the
9 materials that he gave me and make a
10 decision subsequently.
11     Q.  Were you asked at that time
12 to offer any criticisms of any
13 plaintiffs' experts?
14     MS. SHARKO:  Well, I'm
15 going -- I'm going to object at
16 this point.  Isn't this privileged
17 conversations between counsel and
18 the witness?
19     DR. THOMPSON:  I believe
20 what he was asked to do at the
21 initiation is fair.
22     MS. SHARKO:  I think that's
23 privileged conversations between
24 the lawyer and the witness.

Page 23

1     DR. THOMPSON:  Okay.  All
2 right.
3     MS. SHARKO:  You can ask --
4 you can ask him what he did.  I
5 don't think you can ask him about
6 discussions between the lawyer and
7 the witness.
8 BY DR. THOMPSON:
9     Q.  In that initial evaluation
10 that you performed to look, did that
11 include evaluating any expert reports
12 from plaintiffs?
13     A.  The initial -- are you
14 talking about the initial meeting with
15 Mr. Winter?
16     Q.  Well, you -- you said that
17 Mr. Winter furnished you with some
18 literature to review, correct?
19     A.  No.  I think I said -- maybe
20 I misspoke.  But I believe I said that
21 Mr. Winter asked me if I would be willing
22 to look at some material, and I said yes
23 at our initial meeting.
24     Q.  Okay.  I may have

Page 24

1 misunderstood.
2     Did he -- was any of that
3 material that he asked you to look at,
4 did that include defense -- plaintiff
5 expert reports?
6     A.  At the -- the initial batch
7 of materials that I -- that I got had no
8 expert reports from anyone in it.
9     Q.  Okay.  Were you asked to do
10 any experiments?
11     A.  No.
12     Q.  Did you offer to do any
13 experiments?
14     A.  No.  I wouldn't be allowed.
15     Q.  Why is that?
16     A.  Because it would be a
17 conflict of interest violation of my
18 institution.
19     Q.  What is your institution's
20 conflict of interest policy?
21     A.  Well, I mean, that's a
22 pretty broad question.  Do you want to
23 maybe -- I mean, my conflict -- we have a
24 very long policy which I have not

Page 25

1 committed to memory.
2     Q.  Okay.  Did -- have you
3 disclosed to your institution that you're
4 serving as an expert for Johnson &
5 Johnson?
6     A.  Yes.
7     Q.  And what details did you
8 have to provide regarding that?
9     A.  Just the name of the law
10 firm that I was working with.  I don't
11 remember the name of Mr. Winter's law
12 firm.  Because I recently revised the
13 disclosure because I'm working mostly
14 with Ms. Sharko now which is a different
15 firm.
16     Q.  And why would your
17 institution prevent you from doing any
18 experiments?
19     A.  I -- I can't comment on
20 the --
21     MS. SHARKO:  Object to the
22 form.
23     THE WITNESS:  I can't
24 comment on the basis of the

7 (Pages 22 to 25)

Benjamin G. Neel, M.D., Ph.D.

Page 26

```
 1          conflict of interest policy.  I
 2   can only tell you what it is.
 3   BY DR. THOMPSON:
 4       Q.   And what aspect or what
 5   language in that policy has led you to
 6   believe that you would be unable to do
 7   any experiments?
 8       A.   Because, for any kind of --
 9   we're not allowed to take financial
10   remuneration from anyone and at the same
11   time do laboratory experiments on the
12   topic.  That's considered a conflict of
13   interest as I understand the conflict of
14   interest policy.
15       Q.   So what -- what entities
16   would that include?
17          MS. SHARKO:  Object to the
18       form.
19   BY DR. THOMPSON:
20       Q.   Pharmaceutical companies?
21       A.   Yes.  If I -- if I get
22   funding -- if I get compensation, private
23   compensation from a pharmaceutical
24   company, or if I own equity in a
```

Page 27

```
 1   pharmaceutical company or founders
 2   equity, I can't do experiments in my
 3   laboratory.  That's considered to be a
 4   conflict of interest at our institution.
 5   And most reputable institutions that I
 6   have experience with, and Canada.
 7       Q.   So you receive only public
 8   funding in your lab?
 9       A.   I have -- at the present
10   time?  At the present time all of my
11   funding is public or startup funding for
12   my institution.
13       Q.   How about at any time?
14       A.   When I was at Princess
15   Margaret Cancer Centre in Toronto, which
16   was my second job, I received a -- a
17   grant from Novartis Pharmaceuticals to do
18   studies related to the possible uses of
19   SHIP2 inhibitors, which I'm an expert in,
20   in cancer.  So that was a two-year grant
21   that had specific aims and milestones and
22   reports that I had.  And it was more like
23   a pharmaceutical funding grant, but I was
24   not receiving any equity in the company
```

Page 28

```
 1   or any compensation from the company.  It
 2   was not -- it was just laboratory
 3   funding.
 4          When I was at Harvard
 5   Medical School, I believe in the third --
 6   no, it would have been more like the
 7   fourth or fifth year that I was a faculty
 8   member, I had a grant from Roche
 9   Pharmaceuticals.  That was a two-year
10   grant, and it was a competitive grant
11   where Harvard had a -- Harvard, I think
12   it was the department of biochemistry --
13   one of the departments that I was
14   affiliated with at Harvard, had a -- a
15   relationship with Roche where you could
16   submit competitive grants and then they
17   were reviewed by a group that included
18   Harvard faculty and Roche faculty.  And
19   they chose the ones they were interested
20   in.  And then so I believe it was a
21   $75,000 grant that I got for two years.
22       Q.   Okay.  And --
23       A.   And that was on SHIP1, which
24   I'm also an expert in.  I identified both
```

Page 29

```
 1   of those molecules.
 2       Q.   Okay.  And that -- and that
 3   policy goes for lab funding as well as
 4   compensation, correct?
 5       A.   Which policy?
 6       Q.   The policy that would be
 7   conflict of interest that prohibits you
 8   from doing any experiments for
 9   remuneration.
10       A.   No.  The conflict of
11   interest policy is that I can't receive
12   personal compensation.  We are allowed to
13   receive some -- we are allowed to
14   pursue 20 -- we're allowed to use
15   20 percent of our time outside of -- of
16   our hospital or medical school time for
17   consulting, expert witnesses,
18   participation in biotechnology companies.
19   That money has to be separate from your
20   lab money.
21       Q.   Okay.  But there would be
22   nothing that would prevent Johnson &
23   Johnson from providing laboratory funding
24   for -- for research or experiments?
```

8 (Pages 26 to 29)

Benjamin G. Neel, M.D., Ph.D.

Page 30

1      A.    There would, if I were
2    receiving compensation, as I am for
3    serving as an expert witness in this
4    case.  That would be a conflict in my --
5    my view of the conflict of interest
6    policy.  I didn't consult the -- the
7    hospital about that.
8      Q.    Okay.  And does that same
9    policy apply to anyone in your lab?
10     A.    Yes.
11     Q.    What did you know about
12   talcum powder and ovarian cancer before
13   you were approached by Mr. Winter?
14     A.    I had seen reports in the
15   process of litigation and, you know,
16   that's pretty much it.
17     Q.    And you had not reviewed any
18   of the literature regarding the issue,
19   correct?
20     A.    That's correct.
21     Q.    Did you have any opinions
22   formed at that time?
23     A.    No.
24     Q.    May I assume that all of the

Page 31

1    opinions that you plan to give today are
2    contained in your expert report?
3          MS. SHARKO:  Object to the
4          form of the question.  It depends
5          what you ask him.
6          THE WITNESS:  Should I
7          answer?
8          MS. SHARKO:  Yes, you can
9          answer.
10         THE WITNESS:  How could I
11         say that until I hear what you ask
12         me?  I can't answer that.
13   BY DR. THOMPSON:
14     Q.    Or additional opinions that
15   you give in response to my questions.
16   Would that be fair?
17     A.    Yes.
18     Q.    Who wrote your expert
19   report?
20     A.    I did.
21     Q.    Did you write every word of
22   the expert report?
23     A.    Yes.
24     Q.    Did you choose the

Page 32

1    literature to cite?
2      A.    Yes.
3      Q.    And did you choose the
4    quotes that you include in your report?
5      A.    Yes.
6      Q.    The references that you
7    cited that are attached to your report,
8    may I assume that those are the ones that
9    you deemed most important relating to
10   your opinions?
11     A.    Yes.
12     Q.    Did you perform any
13   searches?
14     A.    Yes.  As I said earlier, I
15   did several searches.
16     Q.    What terms did you use?
17     A.    Well, I can't remember all
18   of them in detail, but certainly talc and
19   inflammation.  Talc and ovarian cancer.
20   I don't remember all of them.  But those
21   are a couple.
22     Q.    And what's your favorite
23   search engine or site?
24     A.    I use both Google and PubMed

Page 33

1    for different searches.  I find them --
2    they provide different information.
3      Q.    The -- on the materials
4    considered, Exhibit Number 3, there are a
5    bunch of plaintiff expert reports listed.
6    Did you read all of those?
7      A.    No.
8      Q.    Can you go through and tell
9    me which ones you did read?
10     A.    I read Dr. Saed's report.  I
11   read Dr. Zelikoff's report.  And I read
12   Dr. Smith-Bindman's report, and I read is
13   it Dr. -- is it Levy or Levy's report?
14   I'm not sure how to pronounce his name.
15   I'm sorry.
16     Q.    Any others?
17     A.    No.
18     Q.    You did not look at
19   Dr. Crowley's report?
20     A.    No.
21     Q.    Why not?
22     A.    I just didn't think it
23   relevant.
24     Q.    Do you know what

9 (Pages 30 to 33)

Benjamin G. Neel, M.D., Ph.D.

Page 34

1    Dr. Crowley's report addressed?
2         A.   I don't recall.  I scanned
3    through the intros of all of them.  But I
4    didn't think it was really relevant.
5         Q.   Dr. Crowley's report
6    addressed the fragrance chemicals in
7    Johnson's Baby Powder.  Was that not
8    relevant for you?
9         A.   No, not in my opinion.
10        Q.   And why is that?
11        A.   Because that wasn't the
12   issue that I was asked to address.  I was
13   asked to address Johnson & Johnson Baby
14   Powder studies that used the Baby Powder.
15   So what was in them was irrelevant to the
16   conclusion.  It was just the conclusion,
17   the effects that were relevant.  And I
18   was asked to address the issue of talc
19   and ovarian cancer.
20        Q.   So it doesn't matter to you
21   what else is in the Baby Powder?
22        A.   Not from the standpoint of
23   experiments that involve the Baby Powder.
24   It's just the results of the Baby Powder.

Page 35

1         Q.   And throughout your report
2    you refer to talc.  What do you mean by
3    that?
4         A.   I mean talc.  What do you
5    mean by that?
6         Q.   Well, is it Baby Powder or
7    is it talc?
8         A.   No -- well, it's -- the talc
9    that I referred to is generic talc.  It
10   could be talc from chemical companies.
11   Whatever was used in the experiments in
12   the reports that -- and/or the studies
13   that I read that were epidemiological
14   based.
15        Q.   What are the products that
16   are at issue today in the litigation?
17        A.   I'm not an expert on what's
18   involved in litigation.  I know that
19   Johnson & Johnson Baby Powder and Baby
20   Shower (sic) are involved in the
21   litigation.  I'm not aware of any other
22   specific products that are involved.
23        Q.   So Johnson Baby Powder and
24   Shower to Shower are the products that we

Page 36

1    are talking about today, correct?
2         A.   I don't know.  That's -- I
3    mean, I considered them for sure.
4         Q.   Okay.  When you say talc are
5    you referring to talcum powder?
6         A.   Yes.
7         Q.   Are you referring to talcum
8    powder that's platy?
9         A.   I'm referring to the talcum
10   powder that was used in the
11   epidemiological studies and in the
12   experiments of Dr. Saed and others that I
13   considered for the purposes of my report.
14   I can't give you an exhaustive listing of
15   what they use.  But I did consider those
16   papers in issuing my opinion.
17        Q.   Well, those are two
18   different things.  The epidemiology
19   studies are typically done calling the
20   agent that's being asked about talcum
21   powder.  And Dr. Saed's experiments were
22   specifically done with Johnson's Baby
23   Powder, correct?
24        MS. SHARKO:  Object to the

Page 37

1    form of the question.  Lacks
2    foundation.
3         THE WITNESS:  The
4    epidemiological studies, in fact,
5    were performed using a variety of
6    different products.  So there
7    wasn't a single product used.  But
8    Johnson & Johnson products were in
9    some of them.  Some of the studies
10   also included cornstarch.
11        The Saed studies, as I
12   recall, but we have to look at
13   them in detail to be sure,
14   included talc from chemical
15   companies and Johnson & Johnson
16   products.
17   BY DR. THOMPSON:
18        Q.   And we will get to
19   Dr. Saed's work.  Did you see the paper
20   that Dr. Saed just published in the last
21   few weeks?
22        A.   I didn't see the final
23   version of the paper.  But I saw the
24   accepted version that was supplied to us

10 (Pages 34 to 37)

Benjamin G. Neel, M.D., Ph.D.

1   after his deposition.  And I reviewed
2   that.
3       Q.   Why did you not look at the
4   final published paper?
5       A.   Because the -- as far as I
6   know, the paper was accepted.  So an
7   accepted paper is the same as the
8   published paper.  But I'm happy to look
9   at it if you'd like.
10      Q.   I'm just asking you why you
11  didn't think that was important to look
12  at yourself.
13      A.   Because --
14          MS. SHARKO:  Object to the
15      form of the question.
16          THE WITNESS:  Because an
17      accepted paper, in my experience,
18      is identical to the actual paper
19      except for minor editorial, you
20      know, placements of figures and
21      things like that.  Once it's
22      accepted, it's not changed.
23  BY DR. THOMPSON:
24      Q.   So your opinion is that in

1   the final accepted paper, there was a
2   discussion of talcum powder other than
3   Johnson's Baby Powder; is that right?
4       A.   I don't recall.  I'm happy
5   to look at the paper.
6       Q.   We'll look at that a little
7   bit later.
8           And does talcum powder
9   include fibrous talc?
10      A.   Talcum powder includes what
11  I just said.  It's whatever was in the
12  products that were used in the
13  epidemiology studies and whatever was
14  used in any of the individual papers.
15  And I'm happy to go through any single
16  one of them with you and review the
17  details.  But I obviously can't remember
18  which products were used in every single
19  epidemiology study that I reviewed and in
20  every single paper that I reviewed,
21  including, you know, papers from Dr. Saed
22  and others.
23      Q.   From a molecular standpoint,
24  here to testify about the mechanism by

1   which talcum powder may cause or
2   contribute to ovarian cancer, doesn't it
3   make a difference what the components of
4   that talcum powder are?
5       A.   No.  If I am referring to
6   the papers that are published by experts
7   for the plaintiffs to argue for a
8   pathogenic role, I should be considering
9   what they use.  That's the only role of
10  an issue here in my opinion.
11      Q.   So if it's shown that talcum
12  powder contains fibrous talc, which is
13  listed as a Group 1 carcinogen by IARC,
14  that would not matter to you in your
15  opinions as to what the mechanism might
16  be for the carcinogenesis of Baby
17  Powder --
18          MS. SHARKO:  Object to
19      the from of the --
20  BY DR. THOMPSON:
21      Q.   -- correct?
22          MS. SHARKO:  Object to the
23      form of the question.  Lacks
24      foundation.

1           THE WITNESS:  Can you repeat
2       the question, please?
3   BY DR. THOMPSON:
4       Q.   So if it's shown that talcum
5   powder contains fibrous talc, which is
6   listed as a Group 1 carcinogen by IARC,
7   that would not matter to you in your
8   opinions as to what the mechanism might
9   be, correct?
10      A.   Yes.  That's correct.
11  Because my opinion is based on the
12  studies that involved the application of
13  talc, including Johnson & Johnson
14  products, perineally, and also in some
15  cases injected and applied to cells.  And
16  that would -- if, you know, the products
17  have any substance in them, then they
18  should have revealed a carcinogenic
19  effect in those studies or they should
20  have revealed something supporting the
21  plaintiffs' experts arguments.  But I
22  found no evidence that that's the case.
23  None.
24      Q.   Are you speaking of

11 (Pages 38 to 41)

Benjamin G. Neel, M.D., Ph.D.

Page 42

1    epidemiological evidence?
2         A.   I'm speaking of every -- of
3    all of the evidence that I covered in my
4    report.  And I'm happy to go through any
5    individual one.  But it's all of the
6    evidence that I considered in my report.
7    I found no compelling scientific evidence
8    to support the position that talc causes
9    ovarian cancer.
10        Q.   Okay.  We'll get to that a
11   little bit more later.
12             And you did not look at
13   Dr. Longo's reports, correct?
14        A.   That's correct.
15        Q.   And for the same reason that
16   you did not consider it relevant to your
17   opinions?
18        A.   Correct.
19        Q.   And do you know what
20   Dr. Longo's report addressed?
21        A.   I don't recall.  As I told
22   you I scanned through each of them to
23   decide which ones I should look at in
24   more detail.

Page 43

1         Q.   So you were not aware that
2    Dr. Longo actually tested a number of
3    Baby Powder and Shower to Shower samples
4    from Johnson & Johnson over decades when
5    they were produced, correct?
6         A.   Correct.
7              MS. SHARKO:  Object to the
8         form of the question.
9    BY DR. THOMPSON:
10        Q.   And you did not look at any
11   of the GYN oncology reports, correct?
12             That would be Dr. Daniel
13   Clarke-Pearson, Dr. Ellen Blair Smith or
14   Dr. Judy Wolf?
15        A.   That's correct.  I -- I
16   looked through them -- I looked at the --
17   at the general, you know, statements in
18   the beginning and decided they weren't
19   really relevant to my expertise.
20   Therefore, I didn't look at them in
21   detail.
22        Q.   Did you read the expert
23   report of Dr. David Kessler?
24        A.   No.

Page 44

1         Q.   Do you know who Dr. David
2    Kessler is?
3         A.   I don't recall.
4         Q.   And you have listed
5    references to various websites.  What was
6    the purpose for selecting these websites
7    to include on your materials considered?
8         A.   Well, there were different
9    purposes for different websites.  Do you
10   want to walk through them one by one?
11        Q.   No, we'll get back to some
12   of them I think.
13             Did you list any websites
14   that did identify a risk of ovarian
15   cancer with the perineal use of talcum
16   powder products?
17        A.   I don't recall what's in
18   every one of the websites, but I don't
19   believe so.
20        Q.   You are aware that there are
21   websites that would list talcum powder
22   use as a risk factor for ovarian cancer,
23   correct?
24        A.   I'm not aware of what

Page 45

1    websites that I didn't look at say.  I'm
2    aware of what websites that I did look at
3    say.
4         Q.   So you did not see any
5    websites that listed talcum powder use as
6    a risk factor; is that correct?
7              Or you don't know one way or
8    the other?
9         A.   I don't recall if I did or I
10   didn't.
11        Q.   And you reviewed IARC 2010,
12   correct?
13        A.   Correct.
14        Q.   And what is IARC?
15        A.   International Agency For
16   Research and Cancer, I believe.
17        Q.   And what is the subject
18   matter of the monograph from 2010?
19        A.   It covers several things.  I
20   don't remember the exact details, but
21   we -- I can look it up.
22        Q.   We'll come back to it.
23             And is it your understanding
24   that the IARC 2010 monograph reviewed

12 (Pages 42 to 45)

Benjamin G. Neel, M.D., Ph.D.

Page 46

1    literature as of 2006, correct?
2        A.   I can't recall in detail
3    when they cut off the literature.
4        Q.   We'll look at that.
5        And you are aware that the
6    IARC monograph in 2010, published,
7    reviewing literature up to 2006,
8    specifically dealt with non-asbestiform
9    talc, correct?
10       A.   That's my recollection.  But
11   again, I read that a while ago.  And I'm
12   happy to go back and look at it with you
13   if you want to jog my memory.
14       Q.   That's a pretty important
15   fact, don't you think?
16       A.   It's not material to the
17   question at hand as far as I can tell.
18   Because as, again, I was asked to review
19   the issue of, you know, Johnson & Johnson
20   products and/or talc and ovarian cancer
21   with respect to the evidence in the
22   scientific literature as to its
23   carcinogenicity, and that's what I
24   reviewed.  And whatever talc was used in

Page 47

1    those studies would have, you know, been
2    the relevant talc.  So that's what I
3    reviewed.
4        Q.   So studies that were --
5    would address asbestos and ovarian cancer
6    are not relevant?
7        A.   Not insofar as I can tell.
8    Because I was looking at the issue of
9    Johnson & Johnson products and/or talc as
10   defined by the authors of the papers that
11   used these materials, and/or the authors
12   of the epidemiological studies that
13   studied this issue on -- in offering my
14   opinion.
15       Q.   And you are talking about
16   the epidemiological studies, correct?
17       A.   No.  I'm talking about the
18   epidemiological studies which used
19   certain things.  And then I'm talking
20   about the bio -- biological studies such
21   as they are, that used various forms of
22   talc, whether it's Johnson -- in some
23   case it's Johnson & Johnson products
24   directly.  In other cases, talc from

Page 48

1    suppliers like -- chemical suppliers like
2    Sigma.
3        And each study is different.
4    But the -- the studies that I cited in my
5    report all used various forms of "talc"
6    and that's what I considered in offering
7    my opinion.
8        Q.   You'll agree that the
9    molecular studies identified where the
10   talc came from or the talcum powder came
11   from, correct?
12       A.   Yes.
13       Q.   The epidemiological studies
14   typically do not, correct?
15       A.   I don't believe that that is
16   correct.  Some of them say specifically
17   what products they are.  And some of them
18   are not as specific.  So it's not a
19   one-size-fits-all for that question.
20       Q.   Are you aware of an
21   epidemiological study that actually
22   refers to what actual product was used by
23   the women included in the study?
24       A.   My recollection is several

Page 49

1    said Johnson & Johnson's products.  But
2    we'd have to go through all of the
3    24-case-control studies and three cohort
4    studies that I looked at.
5        Q.   Do you know what Johnson &
6    Johnson's market share of Baby Powder has
7    been over the years?
8        A.   I have no idea.
9        Q.   You also reviewed the IARC
10   monograph in 2012, correct?
11       A.   Which one is that?
12       Q.   That's the one related to
13   asbestos.
14       A.   I looked at that very
15   cursorily.  I really didn't have the time
16   to do an exhaustive study of asbestos and
17   ovarian cancer.  I looked at it
18   cursorily.  And several other papers.
19       Q.   And even if Johnson &
20   Johnson's Baby Powder and Shower to
21   Shower have -- are shown to contain
22   asbestos, that was -- reviewing that
23   evidence and that data were not
24   important?

13 (Pages 46 to 49)

Benjamin G. Neel, M.D., Ph.D.

Page 50

1    A.   No, because the issue is
2  whether there is any compelling
3  scientific evidence that Johnson &
4  Johnson's products, when applied
5  perineally, give rise to an increased
6  incidence of ovarian cancer, and/or
7  whether there was any evidence that
8  Johnson & Johnson products, when applied
9  in experimental animals have any evidence
10 of causing pre or neoplastic conditions
11 of the ovaries or fallopian tubes.
12          That was the issue that I
13 considered in issuing my report.  And
14 therefore, the issue is what's -- what
15 the Johnson & Johnson products do, not
16 whether asbestos is involved in ovarian
17 cancer.
18    Q.   Are you aware of animal
19 studies that use Johnson & Johnson Baby
20 Powder?
21    A.   I would have to go back and
22 look at the actual studies to see what
23 was used in those studies.
24    Q.   You don't know that?

Page 51

1    A.   I don't remember.
2    Q.   That wasn't something that
3  would have been important?
4    A.   I read through all of the
5  animal studies, none of which show any
6  significant carcinogenic effect of talc
7  that was used in the studies.
8    Q.   We'll get to those.
9          You reviewed the Health
10 Canada risk assessment, correct?
11    A.   Are we talking about the
12 Taher, et al., paper?
13    Q.   No, we are talking about the
14 risk assessment published by -- draft
15 published by Health Canada.
16    A.   I haven't actually read the
17 draft.
18    Q.   Why not?
19    A.   I haven't seen it.
20    Q.   So you were not provided the
21 Health Canada risk assessment?
22    A.   I was given -- you know,
23 yesterday, you know, the lawyers showed
24 me briefly there was a health assessment.

Page 52

1  But I didn't have a chance to study it in
2  any detail.
3    Q.   You didn't ask --
4    A.   In any event, it's a draft,
5  so it hasn't been, you know, finalized.
6  So I don't really think it's relevant
7  until it's finalized.
8    Q.   Well, do you know anything
9  about the policy that Health Canada
10 follows to publish a draft to open up for
11 comments --
12    A.   No.
13    Q.   -- before it's finalized?
14    A.   No.
15    Q.   Did you review the
16 conclusions of the Health Canada risk
17 assessment draft that you were provided
18 yesterday?
19    A.   Not in -- I didn't have time
20 really to review it in any significant
21 detail.  So the answer to that is no.
22 But I'm happy to do it now.
23    Q.   Well, you know you referred
24 to the Health Canada risk assessment

Page 53

1  draft in your report?
2    A.   No, not that I recall.
3  Where do I refer -- I refer to the Taher,
4  et al., paper which was the basis for the
5  study that was being done at Health
6  Canada.
7    Q.   How do you know that the
8  Taher paper was the basis for the Health
9  Canada risk assessment?
10    A.   I think it says it in the
11 paper.
12    Q.   Okay.  We'll get to that
13 when we get to that section.
14          And you reviewed an FDA
15 letter in response to a citizen's
16 petition, correct?
17    A.   Yes.
18    Q.   And was that provided to you
19 by counsel?
20    A.   Yes.
21          (Document marked for
22          identification as Exhibit
23          Neel-4.)
24 BY DR. THOMPSON:

14 (Pages 50 to 53)

Benjamin G. Neel, M.D., Ph.D.

Page 54

1        Q.   I've marked as Exhibit 4
2   Appendix A to your report.  And just tell
3   me what this is.
4        A.   This is a list --
5        MS. SHARKO:  Just take your
6   time and look through it.
7        THE WITNESS:  This is a list
8   of the most recent genome-wide
9   association studies.  That show
10  genome-wide association -- that
11  show association with specific
12  single-nucleotide polymorphisms
13  with increased risk of ovarian
14  cancer.
15  BY DR. THOMPSON:
16       Q.   And how does something make
17  it to the -- this list?
18       A.   How does it make it to this
19  list?  When there's been a -- any
20  publication of a genome-wide association
21  study is aggregated.
22       Q.   And so that's when there
23  have been enough studies published on a
24  certain gene to reach statistical

Page 55

1   significance, correct?
2        A.   Yes.  Well, the statistical
3   significance of each -- well, there's
4   different levels of statistical
5   significance in the GWAS for every
6   location that's cited in the GWAS.  So
7   some of them are -- and if you go on the
8   website and look at it, you'll see that
9   it lists the P-value for every
10  association.
11       So some of them have reached
12  genome-wide significance, and some of
13  them haven't.  So the ones that are
14  believed to be documented associations
15  are those that have reached genome-wide
16  significance.  And that means that they
17  have less than 10-8.  There are other
18  genome-wide association snips that have
19  reached less than 10-8.
20       Q.   And there are snips --
21       MS. SHARKO:  Wait, wait,
22  wait.
23       Are you done with your
24  answer?

Page 56

1        THE WITNESS:  I wasn't done.
2   BY DR. THOMPSON:
3        Q.   Sorry.
4        A.   So some of -- you know, the
5   ones that are over 10-8 are the only ones
6   that can be considered as documented risk
7   SNPs.
8        Q.   And there are new SNPs being
9   reported all the time.  You would agree
10  with that, correct?
11       A.   Well, the SNPs aren't being
12  reported.  The SNPs have pretty much --
13  you know, the SNPs that are used in the
14  genome-wide association studies are the
15  SNPs that are on standard panels.
16       What do you mean new SNPs
17  being reported all the time?  There are
18  private SNPs between any two individuals.
19  If I sequence you and I sequence me, we
20  might find, you know, a new
21  single-nucleotide polymorphism.  But
22  that's a privity SNP for you or for me.
23  It's not one of the ones that was used to
24  map genes.

Page 57

1        Q.   Right.  I understand that.
2   But there is ongoing research in this
3   area, correct?
4        A.   Yes, there's ongoing
5   research in genetic basis of all cancers.
6        (Document marked for
7        identification as Exhibit
8        Neel-5.)
9   BY DR. THOMPSON:
10       Q.   Exhibit 5 is your CV.  It
11  appears that that was updated
12  February 22nd, 2019, correct?
13       A.   Yes.
14       Q.   And you have quite a few
15  publications, I see.
16       A.   Not as many as I'd like.
17       Q.   Well, you still have a lot
18  of time, right, in your career, I hope.
19       How -- how many of these
20  deal with ovarian cancer?
21       A.   I don't know.  We can go
22  through each of them.  I don't know
23  offhand.
24       Q.   Does eight sound about

15 (Pages 54 to 57)

Benjamin G. Neel, M.D., Ph.D.

Page 58

1    right?
2        A.   I can count them.  Possibly
3    eight.  But you know, cancer biology is
4    much more broad than a specific cancer.
5    So, I mean, my expert opinion is based on
6    30 years of research, actually more than
7    30.  30 years as a faculty member at
8    Harvard Medical School, Princess Margaret
9    and now NYU.  And before that, you know,
10   graduate school and Ph.D. and post-doc --
11   Ph.D. and post-doc training.  So I've had
12   about 36 years of -- no, 39 years of --
13   wow, that's a lot of time -- 39 years of
14   research experience in this field.
15       From the earliest days of
16   the cancer biology field, I was involved
17   in, you know, some of the earliest major
18   discoveries that led to the molecular age
19   of cancer.
20       Q.   And obviously that
21   experience with other types of cancer are
22   relevant to the study of ovarian cancer
23   and the type -- subtypes, correct?
24       A.   I think so, yes.

Page 59

1        Q.   Are there any articles on
2    your CV that relate directly to talcum
3    powder and potential carcinogenesis?
4        A.   No.
5        Q.   Are there any articles on
6    your CV that relate to asbestos?
7        A.   No.
8        Q.   Are there any articles on
9    your CV that relate to particles of any
10   kind?
11       A.   No.
12       Q.   Describe for me the
13   research -- understanding it's a big lab,
14   but generally speaking, what type of
15   research is your lab currently doing?
16       A.   Well, it's divided into
17   three main areas.  One area has to do
18   with SHIP2, which we discussed --
19   discovered, which is a critical component
20   of growth factor receptor, cytokine
21   receptor, and integrin signaling pathways
22   and is critical for the transduction of
23   signals from activated oncogenes, such as
24   the receptor tyrosine kinase

Page 60

1    amplification, certain forms of KRAS
2    mutations, certain forms of BRAF
3    mutations.
4        There's actually drugs in
5    the clinic now that are trying to target
6    this agent, this -- this molecule.
7        It's also mutated in a
8    germ -- under a germ-line mutations in a
9    disease called Noonan syndrome.  And
10   we've done a lot of the work on that.
11   And there are also different germ-line
12   mutations in the disease cause Noonan
13   syndrome with multiple lentigines.  We've
14   done a lot of work on that.  We did the
15   first mouse models for both of those
16   disorders.
17       We discovered that there's a
18   third type of mutation in SHIP2 or PTPN11
19   that causes metachondromatosis, which is
20   a rare cancer of the bone.  We discovered
21   that SHIP2 acts as tumor suppressor gene
22   in that.
23       So our lab is working a lot
24   on using -- on figuring out how to best

Page 61

1    deploy SHIP2 inhibitors in the -- in the
2    clinic and how to combine them with other
3    agents.  So that's about a third.
4        And then we have a third of
5    the lab that's working on ovarian cancer,
6    pathogenesis, including studies related
7    to the cell of origin, studies related to
8    the heterogeneity in ovarian cancer using
9    the single cell RNA sequencing, and
10   various type of single cell RNA FISH.
11       And then we have a fourth --
12   sorry, a third part of the lab, which
13   is -- oh, I forgot.  I'm sorry.
14       And then we've also
15   developed novel organoid systems for both
16   the fallopian tube and the ovarian
17   surface epithelium in the mouse.  And
18   we're using that -- those models to
19   engineer in the specific mutations that
20   have been found in ovarian -- human
21   ovarian cancer so we can develop
22   syngeneic mouse models to study how to
23   best treat these tumors using
24   combinations of targeted agents and

16 (Pages 58 to 61)

Benjamin G. Neel, M.D., Ph.D.

Page 62

1   immunotherapy, including platinum PARP
2   inhibitors, trying to figure out how
3   cyclin E tumors can be treated since
4   they're not treated by platinum very
5   well.
6           And then the third area of
7   the lab has to do with another
8   phosphatase that we discovered or that we
9   cloned. We didn't discover it. We were
10  the first to clone it, called PPM1 or
11  PP1B. And we're working on how that's
12  involved in breast cancer pathogenesis
13  by -- and in particular how it
14  regulates -- how -- how knocking down or
15  inhibiting PP1B sensitizes breast cancer
16  cells, or certain types of breast cancer
17  cells, to hypoxia using -- and in
18  particular, how the -- there is an
19  interaction between this PP1B and this
20  novel E3 ligase called RNF213, which is
21  the disease gene for moyamoya syndrome
22  which is a very rare syndrome that causes
23  precocious strokes in children.
24          So that's the -- that's the

Page 63

1   major work being done in the lab.
2       Q.   In a nutshell, right?
3       A.   Yes.
4       Q.   Does your lab do both in
5   vitro and in vivo animal model research?
6       A.   Yes.
7       Q.   Do you do human research?
8       A.   What do you mean by human
9   research?
10      Q.   Anything that requires an
11  IRB, approval, the biomarkers in
12  patients, anything of that sort?
13      A.   We have -- so IRB approval
14  is required to get issues and it's
15  usually a pretty standard -- what they
16  call administrative approval. So if
17  you're counting that, yes, we have
18  approval to get the tissues that we use
19  to make ovarian cancer xenographs.
20          We have a variety -- I
21  forgot to mention that we have a large
22  collection of ovarian cancer xenographs
23  in the lab that mainly came from my time
24  in Toronto. So we have hundreds of them.

Page 64

1   About 50 of which are genomically
2   characterized, and we are collaborating
3   with people to use those.
4           And we are sometimes
5   making -- we also make organoid -- we're
6   working on organoid systems from humans.
7   So we get tissues from our Winthrop
8   colleagues. And that's under an IRB
9   protocol, so -- but we don't do any
10  clinical trials.
11          I'm consulting on a clinical
12  trial that has to do with a different
13  area of research that we transiently were
14  involved in that's distantly related to
15  the moyamoya syndrome thing. I don't
16  know that you want to go into that, but
17  I'm happy to discuss that.
18      Q.   Probably not.
19      A.   Has to do with -- has to do
20  with vitamin --
21          MS. SHARKO: Let him finish.
22          THE WITNESS: Has to do with
23  vitamin C and the connection
24          between vitamin C and this pathway

Page 65

1   that I mentioned to you of PP1B
2   and RNF213.
3           And we -- in reading the
4   literature on that, I realized
5   that there was a possible use of
6   vitamin C in myeloid dysplastic
7   syndrome and AML, and we got
8   together with some of my other
9   colleagues upstairs and did a
10  major paper that was published in
11  Cell last year and led to a
12  clinical trial.
13          So I'm helping the junior
14  faculty member in my department to
15  design that trial and to execute
16  it, which is running at the cancer
17  center right now.
18          So that's the only
19  connection. But I'm actually not
20  on that IRB, because I'm not
21  really doing the study.
22  BY DR. THOMPSON:
23      Q.   Okay. And I -- I am not
24  intentionally interrupting you.

17 (Pages 62 to 65)

Benjamin G. Neel, M.D., Ph.D.

Page 66

1    Sometimes it's hard to tell when there's
2    a pause.  Just so --
3        A.    I have to catch my breath,
4    you know.
5        Q.    -- so you know that.
6            And the tissue samples that
7    you use, is that something that some
8    would refer to as ex vivo research?
9        A.    So, you know, the use of the
10   word ex vivo is used pretty sloppily in
11   literature.  Including some e-mails -- I
12   actually think it's confusing when to use
13   in vivo and not -- when to use in -- some
14   people use in vivo to refer to mice, to
15   mouse experiments.  Some people don't.
16           Some people use in vivo
17   to -- some people -- I think what we can
18   all agree on is in vitro -- if it's a
19   pure biochemistry experiment where there
20   are no cells, that's in vitro.
21           Some people would then call
22   putting the same, you know, testing
23   agents on cells in vitro.  Some would
24   call it in vivo.

Page 67

1            And ex vivo, some people
2    would call taking cell -- taking human
3    cells out and doing the same kind of
4    studies that other people call in vitro.
5    So I can say what we do.
6            We -- as I told you, we make
7    organoids, which are these culture
8    systems that allow you to basically grow
9    the cells in much more physiologically
10   relevant settings involving extracellular
11   matrix and they form glands and things
12   like that.
13           We make organoids from
14   fallopian tube, from ovarian surface
15   epithelium of the mouse.  And we have
16   done more limited work on making
17   fallopian tube organoids from the human.
18           We also have been involved
19   in studies, some of which will come out
20   soon in Nature Medicine, on the use -- on
21   developing organoid conditions for
22   culturing human ovarian cancers.  And we
23   did that in my Toronto lab, which is
24   almost completely shut down.  They are

Page 68

1    going to shut down completely in two
2    months.
3            So if you call those ex
4    vivo, then that's ex vivo.  But it's very
5    confusing nomenclature.  So I prefer to
6    explain what we're actually doing, and
7    then you can judge what you want to call
8    it.
9        Q.    And I'm glad to know I'm not
10   the only one that's confused, so...
11       A.    I think it's sloppy, sloppy
12   wording.
13       Q.    And you have published with
14   immortalized cell lines, correct?
15       A.    Yes.
16       Q.    As of most researchers in
17   the -- that are doing in vitro research,
18   correct?
19       A.    Yes, but I -- the context is
20   important.  And, you know, it's like --
21   you use the right -- you have to -- if
22   you want to get definitive results or
23   interpretable results or convincing
24   results, you have to use the right cell

Page 69

1    system for the right experiment at the
2    right time.  That's the point.
3        Q.    What is contained in
4    Johnson's Baby Powder in your mind?
5        A.    I -- I have no knowledge as
6    to what's in Johnson & Johnson's Baby
7    Powder.  I'm not a chemist.  I'm not a,
8    you know, material scientist, so...
9        Q.    Do you even know what's on
10   the bottle as to what is contained?
11       A.    No.
12       Q.    And that doesn't matter to
13   you?
14       A.    Not for the purpose of
15   writing my report, no.  Or for examining
16   any of the studies that I referred to in
17   my report, no.  It doesn't.
18       Q.    Okay.  And -- and would you
19   give the same answers for the Shower to
20   Shower product?
21       A.    Yes.
22       Q.    And it's your understanding
23   that Johnson & Johnson owns and
24   manufactures Johnson's Baby Powder,

18 (Pages 66 to 69)

Benjamin G. Neel, M.D., Ph.D.

Page 70

```
 1    correct?
 2            MS. SHARKO:  Object to the
 3    form of the question.  Lacks
 4    foundation.
 5            THE WITNESS:  So I have no
 6    idea what the business structure
 7    is that gives rise to Johnson &
 8    Johnson's Baby Powder.
 9    BY DR. THOMPSON:
10        Q.   Okay.
11        A.   All I know is that it's
12    called Johnson & Johnson's Baby Powder.
13        Q.   Okay.  And same answer for
14    Shower to Shower?
15        A.   Yes.
16        Q.   Are you familiar with the
17    various grades of talc?
18        A.   Not in any detail.  I'm not
19    a geologist.
20        Q.   And same answer that that
21    doesn't -- isn't important to you as far
22    as your opinions go in this case?
23        A.   No, because that wasn't what
24    I was addressing in my report, nor what
```

Page 71

```
 1    I'm here to tell you about.
 2        Q.   Do you know anything
 3    regarding the particle size of Johnson's
 4    Baby Powder or Shower to Shower?
 5        A.   No.
 6        Q.   Is it important for you to
 7    know the quality of a talcum powder
 8    product to assess its talc -- its health
 9    effects?
10        A.   No, not for the purpose of
11    my report.
12        Q.   And would you describe
13    quality as to the amount of and type of
14    impurities in the talcum powder?
15        A.   I wouldn't describe quality
16    because I am not qualified to discuss
17    quality.
18        Q.   Does pure talc exist?
19        A.   I'm not a geologist.  I have
20    no opinion on that subject.  I have no
21    knowledge in that area.  I'm a cancer
22    biologist.
23        Q.   So if Johnson & Johnson
24    makes claims that their talc is pure, you
```

Page 72

```
 1    would not know whether those claims would
 2    be misleading or not, correct?
 3            MS. SHARKO:  Object to the
 4    form.  Lacks foundation.
 5            THE WITNESS:  No, I wouldn't
 6    have any knowledge of that.
 7    BY DR. THOMPSON:
 8        Q.   Is it important for you to
 9    know the mineral content of a talcum
10    powder product?
11        A.   Not for the purposes of my
12    report, no.
13        Q.   Would it be important for
14    you to know whether there are fibers or
15    not in a talcum powder product to assess
16    the potential health effects?
17        A.   Not for the purposes of my
18    report which were to look at the specific
19    issues that I've already covered.
20        Q.   And that goes for the
21    opinions that you're giving today as
22    well?
23        A.   Absolutely.  Mm-hmm.  My
24    opinions that I'm giving today are based
```

Page 73

```
 1    on my report and any questions that you
 2    ask me.
 3        Q.   So neither the type of
 4    fibers or the number of fibers is
 5    important in your -- in providing your
 6    opinions for us today?
 7        A.   That's correct.
 8        Q.   And you understand that this
 9    case involves women who use the Johnson &
10    Johnson products in the genital area and
11    subsequently developed ovarian cancer,
12    correct?
13        A.   I assume so.  I haven't read
14    the complaint.
15        Q.   Okay.  And when we talk
16    about ovarian cancer generally, we're
17    referring to epithelial ovarian cancer.
18    Would you agree to that?
19        A.   Who is "we"?
20        Q.   You and I today.
21        A.   Yeah.  Sure.
22        Q.   And I understand --
23        A.   But I don't -- but I don't
24    think it's meaningful to talk about
```

19 (Pages 70 to 73)

Benjamin G. Neel, M.D., Ph.D.

Page 74

1    epithelial ovarian cancer anymore.
2    Not -- I mean, that entity is too
3    nondescript to be meaningful from a 2019
4    cellular molecular biology perspective.
5         Q.   But you understand that that
6    is done in literature being published
7    every single day?
8         A.   It's not done by people who
9    are familiar with the relevant molecular
10   and cellular data.  There's lots of
11   papers published that aren't very good.
12        Q.   And understanding that there
13   are different histologic types, as well
14   as the -- Type 1 and Type 2 being
15   described.  And the field is obviously
16   evolving.  Would you agree?
17        A.   There were several --
18        Q.   There were.
19        A.   Can you make it a more
20   specific question there?
21        Q.   Yeah.
22        A.   Because I don't necessarily
23   agree with everything that you said.  So
24   if you break it down, maybe I can help

Page 75

1    get this.
2         Q.   I think that's a good
3    criticism of that question.
4              The study of ovarian cancer
5    is an evolving field.  Would you agree to
6    that?
7         A.   Yes.
8         Q.   And in fact, just a couple
9    years ago, National Academy of Science
10   Medicine and Engineering, supported by
11   CDC, sponsored a comprehensive study
12   entitled "Evolving Paradigms in Ovarian
13   Cancer."  Are you familiar with that?
14        A.   I remember reading it.
15   There's lots of review and things like
16   that.  But yeah.
17        Q.   And some of the areas that
18   are evolving would be the cell of origin
19   for ovarian -- epithelial ovarian cancer,
20   correct?
21        A.   Yes.
22        Q.   That's one of the things
23   that your lab is working on?
24        A.   Yes.  Although we think it's

Page 76

1    pretty much settled.  But...
2         Q.   But there is some debate
3    still as far as whether that applies to
4    some -- some ovarian cancers or all
5    ovarian cancers?
6         A.   Well, all cancers have a
7    cell of origin.  So I'm not clear what
8    your question is.
9         Q.   Bad question.  We'll move
10   on.
11             And there is certainly more
12   work being done with the histologic
13   subtypes and whether that's still a good
14   classification system, right?
15        A.   I don't think that there is
16   any disagreement among modern ovarian
17   cancer researchers at the top
18   institutions and who are up on the
19   literature as to the fact that it's
20   nonmeaningful to talk about all ovarian
21   cancer or all epithelial ovarian cancer
22   any more than it's legitimate to talk
23   about all breast cancer or all many
24   different types -- lung cancer.

Page 77

1              They are separate molecular
2    diseases.  Cancer is not a single
3    disease.  Ovarian cancer is not a single
4    disease.  And it's simply not meaningful
5    to talk about ovarian cancer or even
6    epithelial ovarian cancer.
7              In fact, I would say -- and
8    I would probably be going a little far,
9    but I would probably say that it's no
10   more meaningful to talk about ovarian
11   cancer as an entity than it is to
12   separate epithelial ovarian cancer from
13   germ cell cancers.  They're different
14   cells of origin and they have different
15   molecular defects.
16        Q.   How about at the patient
17   care level?
18        A.   Well, that's one of the
19   problems at the patient care level, is
20   the patient care level hasn't caught up
21   with the molecular biology.  And that's
22   the whole goal that we're doing,
23   because it is ridiculous, in my opinion
24   to treat all ovarian cancer patients the

20 (Pages 74 to 77)

Benjamin G. Neel, M.D., Ph.D.

Page 78

1  same, and that's why we're not very good
2  at treating it.
3      Q.   But there is still evolution
4  and debate in the field.  Wouldn't you
5  agree?
6          MS. SHARKO:  Object to the
7      form.
8  BY DR. THOMPSON:
9      Q.   If we -- let's get out of
10  the molecular researchers at an elite
11  university and talk about medical or
12  gynecologic oncologists.  You agree that
13  there is going to be a lag time between
14  what you're discovering and how that new
15  novel information gets transmitted and
16  utilized by doctors in the field?
17          MR. LOCKE:  Objection to
18      form.
19  BY DR. THOMPSON:
20      Q.   Correct?
21      A.   So that's not -- I agree
22  that there's almost always a lag between
23  laboratory studies and implementation in
24  the clinic.  I think that that's not a

Page 79

1  good thing.  And I should point out that
2  I am not just a laboratory researcher,
3  I'm the director of the Perlmutter Cancer
4  Center at NYU Langone.  And my job is to
5  try to make sure that research, not just
6  in my lab but in other laboratories in
7  our institution, get translated as
8  quickly as possible in the form of
9  clinical trials at our institution and
10  elsewhere.
11          So I think that it is true
12  that modern information has not, you
13  know, transmitted to many people in
14  practice at other institutions.
15          But that doesn't mean that
16  the modern information isn't correct.
17      Q.   And I did not mean to
18  diminish your role at all.
19          Do you have any
20  understanding of how the talcum powder
21  products are actually used by women?
22      A.   I mean, only in the most
23  superficial and vague sense.
24      Q.   So no firsthand knowledge

Page 80

1  having talked to women about how they use
2  talcum powder products in the perineal
3  area?
4      A.   I think I'd get in trouble
5  if I had conversations with women about
6  that.  I do have experience in using
7  talcum powder products, however.
8      Q.   How is that?
9      A.   When my -- I'm the oldest
10  brother of four boys.  And my younger two
11  brothers, you know, are nine and 11 years
12  younger than I am.  And as the oldest
13  boy, I was taught to diaper them.  And
14  we -- they used -- I used talcum powder
15  products all the time on them.  I would
16  dust their bottoms with the talcum powder
17  products.
18      Q.   Would you currently dust
19  babies with talcum powder knowing what
20  you know?
21      A.   I don't have any babies, so
22  I haven't given it any thought.  I don't
23  have any reason to use it anymore.
24      Q.   If someone asked you for

Page 81

1  your advice?
2      A.   Well, my daughter is
3  pregnant, so maybe I'll have to think
4  about it.  But I wouldn't give any advice
5  on that.  I'm not -- I'm not a medical
6  doctor.  I don't really have any --
7  everything is different about how diaper
8  goes now.
9          We used to use all kinds of
10  different stuff.  I don't really remember
11  the details.  But, you know --
12      Q.   So if --
13      A.   -- I don't remember if we
14  used talc on our girls or not.
15      Q.   So if your daughter is
16  pregnant knows that you're -- you've
17  looked at this area, serving as an expert
18  for Johnson & Johnson, and asked you if
19  it was safe, would you recommend that she
20  use Johnson's Baby Powder with her new
21  baby, what would you tell her?
22          MR. LOCKE:  Objection.
23          THE WITNESS:  Well, my
24      daughter is -- can I answer that?

21 (Pages 78 to 81)

Benjamin G. Neel, M.D., Ph.D.

Page 82

1      My daughter who is pregnant
2  is an M.D. Ph.D. student at UCSF
3  and she wouldn't listen to me
4  anyway.
5  BY DR. THOMPSON:
6      Q.   Well, that --
7      A.   She's a -- she's got her own
8  opinion. And she's got a Ph.D. in cancer
9  biology herself so she wouldn't -- she
10 would research it herself. So I wouldn't
11 waste the time in telling my daughter who
12 is a Ph.D. at UCSF, which is a better
13 medical school than we have here.
14     Q.   Well, that may be true.
15     A.   It is true.
16     Q.   But if she did ask you, what
17 would you answer?
18     A.   I would tell her that she
19 should look into it herself.
20     Q.   Okay. And would that be the
21 same if the Baby Powder was shown to
22 contain asbestos?
23     MR. LOCKE: Objection.
24     THE WITNESS: I don't -- as

Page 83

1      I said, I wouldn't give anybody an
2  opinion on that. That's not my
3  place to give people opinions, so
4  it's -- I -- I don't know how to
5  answer your question.
6  BY DR. THOMPSON:
7      Q.   Well, you are giving
8  opinions today --
9      A.   I'm giving --
10     Q.   -- as to what women should
11 do, right?
12     MS. SHARKO: Object to the
13 form.
14     THE WITNESS: No. No.
15     MS. SHARKO: Lacks
16 foundation.
17     THE WITNESS: I'm not giving
18 my opinion on what women should
19 do. Women should decide for
20 themselves what they should do.
21     I'm giving an opinion on
22 whether talc or Johnson &
23 Johnson's products, whether
24 there's any biological

Page 84

1  plausibility to those agents
2  causing ovarian cancer. That's
3  the basis of my report. And as I
4  understand it, that's why I am
5  here today, to provide testimony
6  on that basis.
7  BY DR. THOMPSON:
8      Q.   And your opinion is there is
9  no biological plausibility to Baby Powder
10 products causing or contributing ovarian
11 cancer in the general sense?
12     A.   Yes. I -- that is
13 definitely my opinion. In fact, if
14 anything, there's evidence that it
15 doesn't.
16     There's no evidence that it
17 does. And the available evidence
18 suggests that it doesn't.
19     Q.   And you know that talcum
20 powder products are no longer used on
21 condoms or dusting diaphragms, correct?
22     A.   I don't know that.
23     Q.   Do you know that the FDA has
24 banned powdered medical exam gloves or

Page 85

1  surgical gloves?
2      MS. SHARKO: Object to the
3  form. Foundation.
4      THE WITNESS: I'm not an
5  expert in regulations that the FDA
6  might have. So I have no reason
7  to know one way or the other, nor
8  why they did it or didn't do it.
9  BY DR. THOMPSON:
10     Q.   So in doing your research
11 for your report, was it irrelevant that
12 talcum powder was no longer used on exam
13 gloves or surgical gloves?
14     A.   No, that wasn't relevant.
15 Because what I consider for my report was
16 the very clear issue of what, if any, is
17 the role of talcum powder products and/or
18 Johnson & Johnson products that contain
19 talc for ovarian cancer pathogenesis.
20     That was the basis of my
21 report and my reading and researching
22 related to this issue.
23     Q.   As a physician would you
24 agree with me that there are no -- no

22 (Pages 82 to 85)

Benjamin G. Neel, M.D., Ph.D.

Page 86

1    known medical benefits from the use of
2    talcum powder products for hygiene
3    purposes?
4         A.   As -- as you established
5    very early, I haven't seen a patient
6    since 1988 so I have no comment on that
7    as a physician.  I'm not a -- I'm not a
8    practicing physician.
9         Q.   So you don't know one way or
10   the other whether there are any medical
11   benefits?
12        A.   I'm not aware of there being
13   any medical benefits.  But I'm not in any
14   way current on the literature of, you
15   know, gynecology so -- or any other
16   possible use of talc.  So I wouldn't
17   really feel comfortable giving an opinion
18   on something that I'm not an expert on.
19        As opposed to the issue of
20   whether talc causes ovarian cancer, which
21   is right in my area of expertise and I'm
22   quite confident in giving you an opinion
23   on that.
24        Q.   Would the average layperson

Page 87

1    know that there are no medical benefits
2    from using Baby Powder?
3         A.   I have no idea what the
4    average layperson does.
5         As I say, I don't see
6    patients.  So I don't really have any way
7    to assess what the average layperson's
8    knowledge is or isn't of talc products.
9         Q.   Would the average layperson
10   understand that there are different
11   molecular subtypes of ovarian cancer?
12        A.   Almost certainly not, since
13   I find that many gynecological
14   oncologists don't, you know, in the
15   community.
16        Q.   Prior to being contacted
17   regarding serving as an expert in this
18   litigation, did Johnson & Johnson, or
19   anyone for that matter, ever contact you
20   to explore the relationship between
21   talcum powder and ovarian cancer in your
22   laboratory?
23        A.   No.
24        Q.   And over 39 years, and I

Page 88

1    think you told us before that you were
2    aware of some debate or discussion
3    regarding the safety of Baby Powder, did
4    anyone ask you to study that issue?
5         MS. SHARKO:  Object to the
6    form.  Lacks foundation.
7         THE WITNESS:  No one asked
8    me to look at this before
9    Mr. Winter came to me.
10        But, you know, I want to --
11   I'm not going to agree with the
12   premise of your question, because
13   I wasn't aware of a debate.
14        I think I said that I was
15   aware of reports in the press that
16   there was litigation.  That
17   doesn't mean that there's a
18   debate.  That just means there's
19   litigation, in my opinion.
20   BY DR. THOMPSON:
21        Q.   Fair enough.
22        So prior to the reports in
23   the news over the past few years, you
24   weren't aware of any concerns about Baby

Page 89

1    Powder in the '70s, '80s, going forward?
2         A.   No.  I wouldn't -- no.
3    Not -- not -- I only read about things
4    about -- you know, regarding talc since
5    Mr. Winter came to me in May of 2017.
6         Q.   And you weren't -- you
7    weren't aware of any concerns about Baby
8    Powder or talcum powder containing
9    asbestos?
10        A.   I -- I read things about
11   that in the course of doing my research
12   on this topic.  But I wasn't aware of it
13   before.
14        Q.   So prior to being consulted,
15   you were not aware of any concerns --
16        A.   Correct.
17        Q.   -- about Baby Powder.
18        I think we've answered this.
19   But other than the literature and
20   document review, you have not done any
21   research on the -- on talcum powder and
22   ovarian cancer, correct?
23        A.   Just to clarify.  I did do
24   one type of research, which is computer

23 (Pages 86 to 89)

Benjamin G. Neel, M.D., Ph.D.

Page 90

1    research which is in my report.  And I
2    want to make sure that I'm not misstating
3    that.
4          I did, you know, for
5    example, test the validity of some of
6    Dr. Saed's claims by just doing simple
7    searches on publicly available websites,
8    some of which were the websites that were
9    cited there.  So I don't know if you
10   count that as research.  But other than
11   that, no.
12         Q.   Okay.  Have you discussed
13   your opinions in this case with anyone
14   else?
15         A.   No.
16         Q.   You have not discussed your
17   opinions with any colleagues?
18         A.   None -- I mentioned that I
19   was participating in this case, but other
20   than that I have not discussed my
21   opinions on this -- I probably discussed
22   them with my wife.  But that's
23   privileged.
24         Q.   I'm not sure it is.  But

Page 91

1    we'll -- we'll give you a pass on that
2    one.
3          A.   Okay.  Actually I was asked
4    by -- last night, my -- there were people
5    in my house, and I said I can't discuss
6    this, so -- she told me I had to go to
7    sleep.
8          Q.   You told -- you mentioned
9    that you had told -- is that colleagues
10   that you've told that you're working on
11   the case?
12         A.   I had explained why I wasn't
13   going to be here today.  So -- and I had
14   to explain why I wasn't going to be
15   here -- why I went to the lawyers'
16   offices several times in the last couple
17   of weeks, so yes.
18         Q.   Okay.  Did you discuss any
19   details as far as your opinions --
20         A.   No.
21         Q.   -- in the case?
22              Do you know Liz Swisher?
23         A.   I don't know her personally.
24   I know her name, yes.

Page 92

1          Q.   I believe she participated
2    in one of the conferences where --
3          A.   I'm sure she did.
4          Q.   -- you were program
5    director?
6          A.   I haven't met her
7    personally.  I know who she is.
8          Q.   Okay.  And does that mean
9    that you have not discussed the case with
10   Liz -- Dr. Swisher?
11         A.   I have definitely not
12   discussed the case.  I don't know.  So I
13   couldn't discuss it.
14         Q.   I understand.
15              You brought with you today
16   invoices that you had submitted to
17   Johnson & Johnson, correct?
18         A.   I didn't bring anything with
19   me today.
20         Q.   Someone did.
21         A.   Okay.
22         Q.   But let me give you a copy
23   of the invoice marked as Exhibit 6.
24              (Document marked for

Page 93

1              identification as Exhibit
2              Neel-6.)
3    BY DR. THOMPSON:
4          Q.   Does this appear to be --
5    this document appear to be invoices that
6    you've submitted?
7          A.   Yes.
8          Q.   And did you prepare these
9    invoices yourself?
10         A.   Yes.
11         Q.   And it looks to me that
12   you've worked on the case about
13   122 hours.  Does that sound about right?
14         A.   Probably.  This doesn't even
15   include the latest invoice.  So it's a
16   little bit more.  Maybe 140 hours,
17   150 hours, something like that.
18         Q.   And you're billing at $750
19   an hour.
20         A.   Yes.
21         Q.   Correct?
22              What did you do to prepare
23   for your deposition today?
24         A.   What did I do?  I re-read

Benjamin G. Neel, M.D., Ph.D.

Page 94

1    some of the papers.  I read my report.  I
2    read some of the expert reports.  And I
3    had, as I just alluded to, several
4    discussions with Ms. Sharko and
5    Mr. Zellers.
6            Q.   Did you meet -- when did you
7    meet with the attorneys?
8            A.   I'd have to check my
9    calendar to get the exact dates.  You
10   know, I have so many things to keep in my
11   head, I only try to retain the stuff
12   that's material.
13           Q.   Has it been in the last few
14   days?
15           A.   I met with them very briefly
16   yesterday.  But yes, there have been a
17   couple of conferences.
18           Q.   And for how long did you
19   meet yesterday?
20           A.   An hour and a half maybe.
21   Maybe a little less.
22           Q.   Let's go to your report now.
23   I didn't see a section of your report
24   that describes the methodology that you

Page 95

1    used to reach your opinions.  Can you
2    describe for me as best you can how you
3    formulated the opinions that you gave in
4    your report?
5            A.   I read references that are
6    listed in the report, consulted some
7    additional references that I found were
8    not material.  I did the searches that I
9    explained earlier on GWAS.org and also on
10   the Sanger website and the CCLE website
11   at the Broad.
12           And I read the other expert
13   reports and some of their papers, and I
14   came up with my opinions.
15           Q.   Can you refer me to a
16   published article or textbook chapter or
17   treatise or anything that actually
18   describes the methodology that you used
19   in formulating your opinions and writing
20   your report?
21           A.   I don't think there is a
22   textbook that tells scientists how to
23   arrive at opinions.
24           Q.   How would someone else

Page 96

1    that's trying to study the same issue
2    replicate what you did to formulate their
3    own opinions?
4            A.   Well, the first thing they
5    could do is go to graduate school and
6    medical school, medical residency,
7    postdoctoral fellowship, and have
8    30 years in cancer biology.  That would
9    be the background that you would need to
10   have my opinions in this report.
11           And assuming that you found
12   someone with that degree of training and
13   expertise, they would almost certainly do
14   exactly what I did.
15           Q.   As you described reading the
16   references, searching for additional
17   references and then relying on your 39 --
18   is it 39 years of experience?
19           A.   I don't know.  You'd have to
20   count it.  It's very depressing for you
21   to keep repeating that number.
22           Q.   That is the first time I've
23   repeated it.
24           A.   That's the second time.

Page 97

1            Q.   Is it the second time?
2    Sorry about that.
3            A.   I said it once, and that was
4    depressing enough.
5            Q.   I'm afraid that I have more
6    experience -- or years than that.
7            But did you use the same
8    standards in reaching the opinions in
9    your report that you would use, for
10   example, if you were publishing a paper?
11           A.   Yeah, I think that's
12   actually a good analogy.  This is very
13   similar to a type of strategy that I
14   would use if I were writing a review
15   article.  So I've written about 37 -- or
16   co-authored 37 review articles, or a book
17   chapter.  That's the kind of approach
18   that I would use there.  Very, very
19   similar.  I should have said that
20   actually.  That's a very good analogy.
21           Q.   Oh, you're welcome.
22           Did you do a comprehensive
23   literature review on all relevant topics?
24           A.   I did -- as I think I would

25 (Pages 94 to 97)

Benjamin G. Neel, M.D., Ph.D.

Page 98

1  actually answer now the way you just
2  helped me answer, because I think that's
3  what -- I reviewed this to the degree of
4  depth that I would write an article on.
5  If I were going to write a review on
6  ovarian cancer and talc for a scientific
7  publication, this is the approach that I
8  would use.
9      Q.   Did you do any comprehensive
10 review on fibers and particles and their
11 role in carcinogenesis?
12     A.   No.
13     Q.   Did you do any literature
14 review on asbestos?
15     A.   Only a very limited amount
16 of review of asbestos in the context of
17 ovarian cancer.
18     Q.   Did you do any review on
19 fibrous talc?
20     A.   Not that I recall.  Only in
21 the context of it might have been
22 mentioned in some of the papers that I
23 reviewed.
24     Q.   What is fibrous talc?

Page 99

1      A.   I can't describe.  I'm not a
2  geologist.  I'm a cancer biologist.
3      Q.   Did you use the particular
4  method to weigh the evidence from the
5  literature?
6      A.   I -- it's very hard -- you
7  know, it's very hard to describe how a
8  scientist evaluates data.  We have a lot
9  of training in terms of looking at data
10 and assessing its strengths and
11 weaknesses and coming to a conclusion
12 about that.
13         For example, I am an editor
14 of six -- I'm on the editorial board of
15 six major cancer journals.  I review
16 papers all the time.  I'm reviewing a
17 paper right now, for example, in one of
18 the other areas, not in ovarian cancer,
19 but one of the other areas that I
20 mentioned earlier.  And I applied the
21 same standard to reviewing this
22 literature that I would apply to
23 reviewing a manuscript for Cell, Science,
24 Nature, all of these major journals.

Page 100

1          So I don't know how to
2  describe it any better than that.  It's
3  very similar to the strict approach that
4  we would use for evaluating a new paper
5  we got to review.
6          And that's the same standard
7  that I use when writing a review article.
8  I go to the literature, I read the papers
9  thoroughly, I don't take the conclusions
10 or the statements of the authors at face
11 value.  I look to see whether the data
12 supports it -- whether the data support
13 it, and then I reach a conclusion, and
14 I -- I put that in the review in the
15 context of my evaluation of the paper.
16 And that's what I did here.
17     Q.   So as far as weighing the
18 evidence, would you agree that it's kind
19 of a gestalt, based on your education and
20 experience?
21         MS. SHARKO:  Object to the
22 form of the question.
23         THE WITNESS:  Can you define
24 gestalt?  Because I know people

Page 101

1  use that in the common parlance.
2  And I want to make sure we're
3  being accurate, since it's on the
4  record and I'm testifying.
5  BY DR. THOMPSON:
6      Q.   How would -- in the way that
7  you would define it.
8      A.   I think it's more like what
9  Potter Stewart said about pornography.
10 You know it when you see it, and I know
11 that the studies that I read on the
12 biological plausibility of talc are bad.
13 And I can state exactly why they're bad
14 in multiple ways.  I think I did in my
15 report.
16     Q.   Yeah, and I'm sure you are
17 going to have more opportunity.
18         But would you say it's more
19 subjective than objective?
20     A.   No, I would say it's quite
21 the contrary.  It's quite objective.  Bad
22 science is very objective.  People who
23 are trained in the art can tell it.
24     Q.   But I'm talking about the

26 (Pages 98 to 101)

Benjamin G. Neel, M.D., Ph.D.

Page 102

1    methodology, the objective methodology.
2        A.   I'm trying as best I can to
3    explain the methodology.
4            You read the paper, okay.
5    You look at the data.  You see if the
6    data supports the claims.  Okay.  And
7    unfortunately, in many journals, the data
8    doesn't support the claims, even though
9    the authors say it supports the claims.
10           So, you know, there is a lot
11   of papers that are published that either
12   overstate their data or provide evidence
13   that is not rigorous and they still get
14   published, because, you know, there's a
15   paper for every journal and a journal for
16   every paper, as my mentor once said.
17       Q.   And that process is using
18   your professional judgment I assume,
19   right?
20       A.   I think judgment is a little
21   soft there.  It's using my professional
22   experience.
23       Q.   Experience.
24       A.   And -- experience and

Page 103

1    judgment.
2        Q.   And judgment.
3        A.   Yes.
4        Q.   Okay.
5        A.   And training.  I mean, you
6    know, I've been doing this for a while.
7        Q.   39 years, right?
8        A.   See, you're just doing that
9    to upset me.  It's not fair.  It's not
10   fair to upset the witness.
11       Q.   You know I'm going to get
12   that in every time I can from now on.
13       A.   I'm going to have to
14   calculate to see if it really is 39.  It
15   might be 38.
16       Q.   Regarding the report, do you
17   intend to write up your opinions as to a
18   review article in this case?
19       A.   I hadn't thought of doing
20   it, no.  But...
21       Q.   But you'd be willing to
22   submit your report to -- for peer review?
23       A.   Sure.
24       Q.   Is that a fair assumption?

Page 104

1        A.   Absolutely.
2        Q.   Did you perform a Bradford
3    Hill analysis to determine causation in
4    this case?
5        A.   Well, I'm not an
6    epidemiologist.  Bradford Hill criteria
7    are epidemiological criteria.  I did, you
8    know, read -- in the course of doing my
9    research, I did read the Bradford Hill
10   paper, and I did address several of the
11   issues that Bradford Hill addressed.
12           But, you know, as I said,
13   my -- my expertise, as I think you know,
14   is primarily in the area of cancer
15   biology.  And, you know, I did read the
16   epidemiological literature from the
17   standpoint of someone who is trained as a
18   physician and also who is in charge of
19   running the epidemiology and cancer
20   control program for our cancer center
21   grant.  So I do have a little -- I have
22   the ability to read that, but my
23   expertise is primarily the cancer biology
24   expertise.  And that's where I -- I feel

Page 105

1    I have the most definitive training and
2    expert and -- and knowledge.
3        Q.   So I think you'd agree that
4    you are not an epidemiologist, per se?
5        A.   No, I'm not an
6    epidemiologist.  I think I stated that.
7        Q.   And -- and you don't hold
8    yourself out to be an epidemiologist --
9        A.   No.
10       Q.   -- correct?
11           Have you ever performed a
12   Bradford Hill analysis in the course of
13   your work as a cancer biologist?
14       A.   No.
15       Q.   Do you agree that scientists
16   can look at the same body of literature
17   and reach different conclusions?
18       A.   Sometimes.
19       Q.   And that's in a general
20   sense, I'm asking that question.
21       A.   Sometimes.  But not often.
22       Q.   So -- so credible and
23   qualified scientists don't always agree.
24   Would you say that's right?

27 (Pages 102 to 105)

Benjamin G. Neel, M.D., Ph.D.

Page 106

1    A.   When they don't agree,
2  that's because the data aren't strong
3  enough to reach agreement.  The essence
4  of science is that it's empirical, which
5  means that people can make the same
6  observations in different places at
7  different times when using the same
8  methods.  And they can, therefore, reach
9  the same conclusion.
10       When scientists disagree,
11 it's because the science is not settled.
12    Q.   And you would agree that
13 there are often debates in medicine and
14 science?
15    A.   I would answer the question
16 the same way I just answered.  That when
17 there are debates in medicine and
18 science, it's because the science has not
19 established to a reasonable scientific
20 certainty that something is or isn't
21 true.
22    Q.   And it's your opinion in
23 this case regarding the relationship
24 between the genital use of talcum powder

Page 107

1  and ovarian cancer, that the science is
2  settled?
3     A.   No.  It is my opinion that
4  there is no scientific evidence to
5  support the contention that talc applied
6  perineally causes ovarian cancer.  There
7  is --
8     Q.   So the science is not
9  settled?
10       MS. SHARKO:  Wait, wait.
11    Let him finish his answer.
12       DR. THOMPSON:  You don't
13    have to remind me every time --
14    when I do it, it's unintentional.
15    And I will pause as soon as I see
16    that he's going to continue to
17    talk.
18 BY DR. THOMPSON:
19    Q.   Go ahead, Dr. Neel.
20    A.   There is no -- the available
21 evidence does not support to any
22 scientific credibility that perineal talc
23 causes ovarian cancer.  That is my
24 opinion.

Page 108

1     Q.   You -- I just want to make
2  clear.
3        So in your opinion, the
4  science has settled that there's no
5  association, correct?
6     A.   You -- you can't -- in
7  science you can't prove a negative.
8  So -- you can only prove a positive.  And
9  I will restate my opinion, because that's
10 my opinion.
11       There is no credible
12 scientific evidence that perineal talc
13 causes ovarian cancer at all.  There's no
14 evidence.
15    Q.   Leave out the credible.  Is
16 there no evidence?
17    A.   In science there is no such
18 thing as uncredible -- incredible
19 evidence.  There's evidence and there's
20 bad science.
21    Q.   Okay.
22    A.   So if you'd like me to say
23 that there's bad science that claims that
24 ovarian cancer is caused by talc, I guess

Page 109

1  I could say that.  It's bad science.
2     Q.   And I don't want you to say
3  anything.  I just want -- want you to
4  give what your opinions are.
5     A.   No, there is no credible --
6  there is no credible scientific evidence
7  that perineal talc causes ovarian cancer
8  in my opinion.
9        DR. THOMPSON:  I'm at a
10    breakpoint if that -- if this is a
11    good time for -- for you, Doctor?
12       THE WITNESS:  Sure, I was
13    just going to say.  I think that
14    would be good actually.
15       THE VIDEOGRAPHER:  Remove
16    your microphone.  The time is
17    10:21 a.m.  Going off the record.
18    (Short break.)
19       THE VIDEOGRAPHER:  We are
20    back on the record.  The time is
21    10:40 a.m.
22 BY DR. THOMPSON:
23    Q.   Dr. Neel, looking at your
24 report, Page 8, you have a section that

28 (Pages 106 to 109)

Benjamin G. Neel, M.D., Ph.D.

1  speaks of the hallmarks of cancer with a
2  reference to Dr. Hanahan's paper, 2011,
3  titled "Hallmarks of Cancer."  And that's
4  just been marked as Exhibit 8.
5        (Document marked for
6        identification as Exhibit
7        Neel-8.)
8  BY DR. THOMPSON:
9        Q.   You'll agree that this is a
10 classic paper in the field of cancer
11 biology, wouldn't you?
12       A.   Yeah, it's a review article,
13 but yes.
14       Q.   And -- right, a review
15 article.  It does -- it's not reporting
16 primary research.
17       And reading in the abstract,
18 talking about the hallmarks of cancer
19 which include sustaining proliferative
20 signaling, evading growth suppressors,
21 resisting cell death, enabling
22 replicative immortality, inducing
23 angiogenesis, and activating invasion and
24 metastases.

1        Did I read that correctly as
2  far as the hallmarks?
3        A.   Yes.
4        Q.   With some difficulty.
5        MS. SHARKO:  Wait, wait.
6  Where are you reading from?
7        THE WITNESS:  She's right
8  there.
9        MS. SHARKO:  Oh, you are
10 reading from the paper.
11       THE WITNESS:  Reading from
12 the text.
13       MS. SHARKO:  Okay.
14 BY DR. THOMPSON:
15       Q.   And then the next sentence,
16 "Underlying these hallmarks are genome
17 instability which generates the genetic
18 diversity that expedites their
19 acquisition, and inflammation, which
20 fosters multiple hallmark functions."
21       Why did you not mention
22 inflammation in your description of the
23 cancer hallmarks as reported by Hanahan
24 in his review article, 2011?

1        A.   Because the hallmarks are
2  the things you read.  As it says,
3  underlying these hallmarks are certain
4  things.  But the reason is that -- so
5  again, you have to distinguish between
6  inflammation that accompanies cancer and
7  those cancers that have a component of
8  inflammation in their initiation.  I
9  think that's what we are talking about
10 here.
11       And there is no evidence
12 that ovarian cancer, or at least serous
13 cancers, which is the major topic here,
14 have inflammation as part of their, you
15 know, initiation phase.  And there's
16 evidence against it.
17       Q.   So it's your opinion that
18 inflammation does not play a role in the
19 initiation of ovarian cancer?
20       A.   Yes.
21       Q.   And you would --
22       A.   In high grade serous ovarian
23 cancer.
24       Q.   And you would agree that

1  there are certainly other cancer
2  researchers that would disagree with that
3  opinion, correct?
4        A.   I don't know who
5  specifically you're talking about.  But I
6  would -- I'm happy to go over, you know,
7  whatever particular, you know, opinion
8  you are talking about.
9        Q.   So you're not aware of any
10 scientist that would have the opinion
11 that inflammation can play a role in the
12 pathogenesis of epithelial ovarian
13 cancer?
14       A.   No, I didn't say that.
15       MR. LOCKE:  Objection to
16 form.
17       THE WITNESS:  I didn't say
18 that.
19       There's clearly -- am I --
20       MS. SHARKO:  Answer.  Go
21 ahead.
22       THE WITNESS:  She's not
23 looking.  So I assumed.
24 BY DR. THOMPSON:

29 (Pages 110 to 113)

Benjamin G. Neel, M.D., Ph.D.

1      Q.   I just wanted to make sure I
2  asked the right question.  And I think I
3  did, so --
4      A.   Okay.  There's clearly
5  inflammation in ovarian cancer.  But that
6  doesn't mean that inflammation is
7  involved in the initiation of ovarian
8  cancer, which is the issue under study
9  here.  Okay.
10      Q.   And my question was about
11  the initiation.
12      A.   Okay.  So in the context of
13  high grade serous cancer, there is no
14  compelling evidence that there is any
15  inflammation involved in that process.
16  If you look at -- we now know, and again
17  this is relatively recent information.
18      But in the last 15 years or
19  so, it's becoming increasingly clear that
20  there are very well-defined
21  pre-neoplastic lesions on the fallopian
22  tube called STICs, which stands for
23  serous tubular intraepithelial
24  carcinomas -- and in serous tubal

1  which was not possible previously.
2      DR. THOMPSON:  Object as
3  nonresponsive.
4  BY DR. THOMPSON:
5      Q.   Because my question was, are
6  there other scientists who would disagree
7  that inflammation does not play a role in
8  the pathogenesis of ovarian cancer?
9      A.   Well, again, in the -- I
10  don't think there's anybody who would
11  disagree with the statement that I just
12  made.  Okay.
13      I think that when -- there's
14  definitely inflammatory responses to the
15  cancer.  Okay.  And cancer does play --
16  inflammation does play a role in the
17  pathogenesis of ovarian cancer from the
18  standpoint of when you have a fully
19  developed ovarian cancer, whether there's
20  inflammation present, and to what type of
21  inflammation will affect clinical
22  response and also survival.
23      That doesn't mean that
24  inflammation is causal to ovarian cancer.

1  intraepithelial carcinomas -- and there's
2  earlier lesions that can be seen, called
3  STILs or p53 signatures.
4      And those have been studied
5  pathologically by Malmberg, et al. and
6  also by, you know, Dr. Shi, whose
7  report -- expert report I did, has done
8  an independent -- I read, has done an
9  independent assessment.
10      And if you look in those
11  lesions, there's no evidence of
12  inflammation.  So that's -- we know for
13  sure that those lesions are
14  pre-neoplastic.
15      So we have actually, since
16  the discovery of these lesions and the
17  underlying molecular pathogenesis that
18  accompanies these lesions, we're able to
19  say with quite a bit of scientific
20  confidence that they are pre-neoplastic
21  and in the case of STICs, the first stage
22  in ovarian cancer.
23      So we actually can see
24  snapshots of the initiation process,

1  And I think that's where maybe there's
2  some confusion.
3      Q.   Would you agree that
4  carcinogenesis usually refers to, not
5  only the initiation, but the promotion
6  and progression of cancer?
7      A.   Yes.  But I think that,
8  again, the cancer is present from the
9  standpoint once you have a STIC.  So that
10  is a cancer.
11      Q.   So if there were scientists
12  that did believe that inflammation plays
13  a role in the pathogenesis of ovarian
14  cancer, not -- not limiting that to just
15  the initiation, would they just be wrong?
16      A.   I can't respond to a
17  hypothetical question like that without
18  seeing exactly what we're talking about.
19  So if you want to show me the actual
20  context of the statement, I'm happy to
21  offer an opinion one way or the other
22  about that.  But I can't respond to a
23  sort of, with respect, somewhat vague
24  hypothetical about scientists of -- that

30 (Pages 114 to 117)

Benjamin G. Neel, M.D., Ph.D.

Page 118

1    aren't specified and exactly what they
2    said.
3              Q.   How about other subtypes
4    besides serous?
5         A.   Yeah, again, the -- there
6    are data that, for example, pelvic
7    inflammatory disease may be involved in
8    some forms of low grade serous cancer.
9    But there it's not clear if it's the
10   inflammation or the agent itself.  And
11   the recent data would suggest it's
12   probably a specific agent there as
13   opposed to inflammation, per se.
14             Q.   Back to the Hanahan article,
15   Page 658, "Emerging Hallmarks."  And his
16   paper does not deal exclusively with
17   ovarian cancer.  You'll agree, correct?
18        A.   Correct.
19             Q.   Under the chart, "Emerging
20   Hallmarks," he does list -- it's a he?
21        A.   Yeah.  It's
22   Hanahan/Weinberg.  I'm sure Bob Weinberg
23   would be very insulted if you thought
24   that he was --

Page 119

1              Q.   Yeah, I thought so.  But
2    I -- a lot of our other papers are
3    written by women.
4              And there is an emerging
5    hallmark described as tumor-promoting
6    inflammation.  And you would agree that
7    tumor-promoting inflammation is an
8    emerging hallmark, correct?
9         A.   In certain cancers,
10   inflammation plays a very important rule.
11   There's no evidence that that's for
12   ovarian cancer.  No compelling --
13             Q.   But you would agree that
14   other scientists have published that
15   inflammation does play a role in ovarian
16   cancer, correct?
17        A.   Again, I'm not sure what
18   exact publications that you're referring
19   to and in what context.  So I can't
20   comment on a vague question like that.  I
21   need to see the actual statement.
22             Q.   So you're not aware of any
23   literature where it is published that
24   inflammation plays a role in ovarian

Page 120

1    cancer?
2              MS. SHARKO:  Object to the
3    form.  Misstates his testimony.
4              THE WITNESS:  Yeah, again,
5    what I said before, was there's no
6    question that inflammatory cells
7    are involved in fully blown
8    ovarian cancer.
9              If you look at a full -- if
10   I take an ovarian cancer from a
11   patient, it will have between 20
12   and sometimes up to 85 or
13   90 percent inflammatory cells.
14             So there's no question that
15   the body tries to respond to the
16   cancer with an inflammatory
17   response.  But that's not the same
18   as saying that inflammation is
19   involved in the pathogenesis of
20   ovarian cancer.
21             For example, like
22   inflammation is clearly involved
23   in the pathogenesis of gastric
24   cancer caused by H. pylori.

Page 121

1              So you have to -- you know,
2    you have to consider the
3    specifics, which is why I can't
4    comment on your, you know,
5    question about other scientists
6    and inflammation.  I need to see
7    the actual claim.
8    BY DR. THOMPSON:
9         Q.   Okay.  Are the inflammatory
10   pathways outlined in the Hanahan study
11   plausible?
12        A.   Which inflammatory pathways
13   are you talking about?
14             Q.   The one that he describes --
15        A.   Where -- where are you in
16   the -- okay.  So, for example, on page
17   664, immune inflammatory cells --
18             I'm sorry.  I lost my
19   microphone.
20             Let's -- if you go to Page
21   664, under the title "Immune Inflammatory
22   Cells."
23             "Also, as discussed above,
24   infiltrating cells of the immune system

Benjamin G. Neel, M.D., Ph.D.

Page 122

1    are increasingly accepted to be generic
2    constituents of tumors." That's exactly
3    what I said. Okay. They are generic
4    constituents of tumors. That does not
5    speak to the initiation event. And again
6    these inflammatory cells operate in
7    conflicting ways, both tumor antagonizing
8    and tumor promoting --
9            MS. SHARKO: You have to
10   read a little slower.
11           THE WITNESS: Oh, I'm sorry.
12   I switch into fast mode when I'm
13   reading.
14           MS. SHARKO: That's okay.
15           THE WITNESS: "These
16   inflammatory cells operate in
17   conflicting ways. Both
18   tumor-antagonizing and
19   tumor-promoting leukocytes can be
20   found in various proportions, if
21   not in most, all neoplastic
22   lesions."
23           So that's -- that's exactly
24   what I said before. The cancer --

Page 123

1    there is no question that when you
2    have a cancer developing, that the
3    cell -- the body tries to respond
4    to it usually. And depending on
5    the nature of the response, that
6    response can antagonize the tumor
7    or it can help the tumor, because
8    the tumor adapts ways to respond
9    to it in a positive way.
10   BY DR. THOMPSON:
11       Q.   And --
12       A.   But that's not initiation.
13       Q.   Yeah, that wasn't my
14   question either.
15       A.   Okay.
16       Q.   But you will agree that in
17   using this review article to describe the
18   hall -- hallmarks of cancer, and it
19   wasn't a specific discussion of ovarian,
20   it was a discussion of all cancers, you
21   left out the -- several places in the
22   Hanahan report where the authors discuss
23   inflammation and its role in cancer,
24   correct?

Page 124

1        A.   No. Again, this was a
2    general --
3        Q.   That's a yes-no question.
4    You left that out of your report, right?
5        A.   I didn't discuss it in
6    that -- in that particular place in my
7    report.
8        Q.   Okay. Let's go to another
9    general cancer article.
10           You are familiar with
11   Dr. Balkwill I'm sure?
12       A.   Yes.
13       Q.   And Dr. Balkwill, I think,
14   was a featured speaker at one of your
15   conferences --
16       A.   I know Fran personally.
17       Q.   -- and you know her.
18       A.   Yes.
19       Q.   Do you respect her as a
20   credible scientist?
21       A.   Yes.
22           DR. THOMPSON: I'm going to
23   mark Dr. Balkwill's review
24   article.

Page 125

1            (Document marked for
2    identification as Exhibit
3    Neel-9.)
4            MS. SHARKO: Do we have an
5    Exhibit 7? This is Exhibit 9,
6    right?
7            MR. ZELLERS: Yes, it should
8    be 9. The last one was 8.
9            (Whereupon, a discussion was
10   held off the record.)
11           DR. THOMPSON: I don't have
12   a 7 sticker. But we'll -- we'll
13   figure that out at the break.
14   BY DR. THOMPSON:
15       Q.   Are you familiar with this
16   article --
17       A.   Yes.
18       Q.   -- titled, "Inflammation and
19   cancer: Back to Virchow?"
20       A.   Yes. Virchow.
21       Q.   Virchow, sorry.
22           And this article, reading
23   from the abstract again, "Reviews the
24   links between cancer and inflammation and

32 (Pages 122 to 125)

Benjamin G. Neel, M.D., Ph.D.

Page 126

1  discusses the implication of these links
2  for cancer prevention and treatment.  We
3  suggest that the inflammatory cells and
4  cytokines found in tumors are more likely
5  to contribute to tumor growth,
6  progression, and immunosuppression than
7  they are to mount an effective host
8  anti-tumor response.  Moreover cancer
9  susceptibility and severity may be
10 associated with functional polymorphisms
11 of inflammatory cytokine genes, and
12 deletion or inhibition of inflammatory
13 cytokines inhibits development of
14 experimental cancer.
15         "If genetic damage is the
16 'match that lights the fire' of cancer,
17 some types of inflammation may provide
18 the 'fuel that feeds the flames.'"
19         Would you agree with that
20 statement that Dr. Balkwill made in this
21 review article?
22     A.   Which statement?  There's a
23 number of statements there.
24         Would I agree with all of

Page 127

1  it?
2      Q.   Would you agree with all of
3  that?
4      A.   Insofar as it generally says
5  what's true in cancer in general, yes.
6  Insofar as it refers to specific issues
7  that are raised in my report and in my
8  testimony thus far, not completely.
9          And I would also note that
10 this paper is from 2001 which basically
11 makes it ancient history.
12     Q.   And if you --
13     A.   Just so you -- can I just
14 complete that?
15         There's been more learned
16 about ovarian cancer in the last ten
17 years than in all of reported history
18 before then.  So really, citing papers
19 from 2001 are really not relevant to
20 current ovarian cancer pathogenesis or
21 what our knowledge is of current ovarian
22 cancer pathogenesis.
23     Q.   Looking at the chart,
24 Panel 1, some associations between

Page 128

1  inflammation and cancer risk.
2          Cancer risk would be the
3  cause or the initiation of cancer, right?
4      A.   I'm not sure what she meant
5  there.  But generally that's true.
6      Q.   You wouldn't refer to risk
7  of -- when you have a cancer that's
8  already there, would you?
9      A.   No, definitely not.
10     Q.   And doctor --
11     A.   But actually in the -- can I
12 finish my statement?
13         But in the context of the
14 fact that cancer is a genetic disease and
15 the genetic damage that causes cancer is
16 what lights the fire, I think she's
17 actually said that this is not involved
18 in cancer initiation because this fuels
19 the flames.
20         So if you use her own
21 language, I think it supports my position
22 on this subject which has actually
23 developed much more since 2001.
24     Q.   And I'm looking at

Page 129

1  Panel 1 --
2      A.   Yes.
3      Q.   -- some associations between
4  inflammation and cancer risk.
5      A.   Mm-hmm.
6      Q.   And it does list ovarian --
7      A.   Yes, it does.
8      Q.   -- correct, in this chart?
9      A.   Mm-hmm.
10     Q.   And the inflammatory
11 stimulus or condition is listed as pelvic
12 inflammatory disease, talc, tissue
13 remodeling.
14     A.   Mm-hmm.
15     Q.   Is Dr. Balkwill wrong about
16 that?
17     A.   Yes.  She is incorrect
18 according to modern knowledge, yes, on
19 those details.
20     Q.   Despite --
21     A.   The tissue remodeling is
22 probably correct.  The other two are
23 unclear.  More recent evidence does
24 suggest a possible connection with pelvic

33 (Pages 126 to 129)

Benjamin G. Neel, M.D., Ph.D.

Page 130

1    inflammatory disease, as I already said.
2    But that's very -- very recent, hasn't
3    been firmly established yet.
4           And, in fact, the
5    conclusions of the articles that -- that
6    discuss the risk of pelvic inflammatory
7    disease state that more research is -- is
8    needed.
9           And I'm actually quite
10   interested in the recent abstract that
11   was at last year's ACR, I want to see if
12   the paper comes out on Chlamydia
13   trachomata and serous cancers, because
14   that would actually be quite interesting
15   as it would tie ovarian cancer
16   pathogenesis to a specific agent, which
17   has not been done before.
18       Q.   And -- and --
19       A.   There is increasing evidence
20   that specific infectious agents are
21   actually relevant in various cancers.  So
22   that would be interesting.
23           The talc data was quite
24   immature in 2001 so I don't really think

Page 131

1    it's even relevant to discuss it at this
2    point.  I think that we've had many --
3    much more data since then.  And that the
4    same data was available to IARC in 2010
5    and they found it not, you know,
6    compelling.
7        Q.   And IARC 2010 reviewing
8    literature up to 2006 specifically dealt
9    with non-asbestiform talc, correct?
10       A.   The same talc that
11   Dr. Balkwill lists in this paper.
12       Q.   How do you know what talc
13   she is referring to?
14       A.   Well, she just says talc
15   which is, you know, basically -- if we
16   look at the paper I'm sure we can find
17   the citations to the same papers that
18   IARC considered.
19       Q.   But you've -- you've already
20   testified that when you use talc, you're
21   referring to talcum powder products;
22   whereas, IARC was specific about
23   non-asbestiform talc, correct?
24           MR. LOCKE:  Objection to

Page 132

1    form.
2           THE WITNESS:  So there's two
3    questions there.  Can we break
4    them in half?
5           You said I've already
6    testified as to this.
7           What I testified to is that
8    I considered whatever was defined
9    as talc in the papers that I read.
10   And in some cases, specific talc
11   was defined as Johnson & Johnson
12   talc.
13           In others, it was just
14   generic talc.  In still others it
15   was defined as, for example, talc
16   from Sigma.
17           We'd have to go through
18   every single paper to see what
19   talc was used in the particular
20   study.  Some of the studies also
21   used a mixture -- not a mixture,
22   but they combined perineal powders
23   to include cornstarch.  So each
24   paper is different, okay?  We

Page 133

1    can't lump them together.
2    BY DR. THOMPSON:
3        Q.   Okay.
4        A.   What was the second half of
5    the question?  Because I didn't catch
6    that.
7        Q.   Let's go on.  Have you
8    talked to Dr. Balkwill about the opinions
9    regarding talc in this paper?
10       A.   No.  As I told you, I
11   haven't spoken to anybody about my
12   opinions in this case.
13       Q.   Did you review this paper
14   when you were looking at the subject of
15   talc and its relationship to ovarian
16   cancer?
17       A.   I did scan through this
18   paper.  That's -- I'm familiar with this
19   paper anyway.  But as I said, it's from
20   2001.  2001 really is like, it's like
21   ancient history in cancer biology.  I
22   know that sounds crazy, but it really is.
23       Q.   You would agree that our
24   plaintiffs in this case, most of which

34 (Pages 130 to 133)

Benjamin G. Neel, M.D., Ph.D.

Page 134

1  were using talcum powder throughout
2  decades, but certainly were using it in
3  2001, correct?
4      A.   I don't know what your -- I
5  don't know your specific plaintiffs,
6  except that I know that they had ovarian
7  cancer, for which I'm very sorry.
8      Q.   So when this paper came out
9  in 2001 stating that there was some
10 association between inflammation and
11 cancer risk, listing ovarian as the
12 malignancy that it applied to and talc as
13 an inflammatory stimulus and condition,
14 would that have caused anyone concern in
15 2001?
16         MR. LOCKE:  Objection.
17         MS. SHARKO:  Object to the
18 form.
19         THE WITNESS:  Who is
20 "anyone"?
21 BY DR. THOMPSON:
22     Q.   Would that have caused you
23 concern about whether talc should be used
24 by women in the genital region in 2001

Page 135

1  when this paper was published?
2      A.   So -- okay, if I were
3  involved in regulation in 2001, I would
4  have done exactly what I did in this
5  case, which was to review the literature
6  available at the time.  And I would have
7  found it wanting and not compelling, as
8  IARC did in 2010, when they reviewed the
9  literature that it was up to 2006, which
10 obviously included this paper in 2001.
11        So I think that the fact
12 that it's stated in this paper as an
13 association, does not mean that
14 Dr. Balkwill did an extensive review of
15 the literature, as I did.
16        And, therefore, I really
17 doubt that if Fran Balkwill were sitting
18 right here, she would say otherwise.
19     Q.   That's pure speculation,
20 correct?
21     A.   Okay.  Yes.
22     Q.   You don't know what kind of
23 review she did?
24     A.   Well, I do know that I

Page 136

1  reviewed all of the literature in this
2  area.
3      Q.   I asked what she did.
4      A.   I don't know what she did.
5  But we can look at her citations.
6      Q.   Have you spoken to
7  Dr. Balkwill about her opinions in this
8  paper?
9      A.   No.  I said that I hadn't.
10     Q.   And when was the last time
11 that you spoke to her?
12     A.   The last time I saw Fran was
13 probably 2015, maybe.  I don't know for
14 sure though.  I saw her at a meeting.
15     Q.   Are you familiar with Simone
16 Reuter?
17     A.   Well, I don't know.  I have
18 to see the spelling.  Maybe I am and it's
19 just not pronounced correctly.
20        (Document marked for
21        identification as Exhibit
22        Neel-10.)
23 BY DR. THOMPSON:
24     Q.   And this is another review

Page 137

1  article that will be Exhibit 10.  Have
2  you seen this article before?
3      A.   I don't think so.  But I
4  know these authors.
5      Q.   Okay.  And are they credible
6  researchers scientists in your opinion?
7      A.   No.
8      Q.   And what led you to make
9  that conclusion?
10     A.   I've reviewed some papers by
11 the senior author and I find them to be
12 very poor.
13     Q.   These authors are at M.D.
14 Anderson Cancer Center in Houston,
15 correct?
16     A.   I don't know if they're
17 still there.  But yes.  This is --
18     Q.   That's where they wrote this
19 paper?
20     A.   -- from 2010.
21     Q.   And M.D. Anderson certainly
22 has a good reputation as a cancer center,
23 correct?
24     A.   Well, I actually

35 (Pages 134 to 137)

Benjamin G. Neel, M.D., Ph.D.

1  participated in external reviews of
2  various programs at M.D. Anderson.  And I
3  find some of the scientists are good and
4  some of them are not very good.  And I've
5  written that, and knowing -- we
6  participate in a review of one of the
7  departments there.  So I'm pretty
8  familiar with the science at M.D.
9  Anderson.
10         It's a gigantic institution,
11  and the quality of the research varies
12  from laboratory to laboratory.
13     Q.   Okay.  And this article is
14  titled, from 2010, "Oxidative Stress,
15  Inflammation, and Cancer:  How Are They
16  Linked?"
17         And in the abstract, the
18  authors state, "How oxidative stress
19  activates inflammatory pathways leading
20  to transformation of a normal cell to
21  tumor cell, tumor cell survival,
22  proliferation, chemo resistance,
23  radioresistance, invasion, angiogenesis,
24  and stem cell survival is the focus of

1  this review."
2         Would you agree that those
3  events, starting with inflammatory
4  pathways leading to, are hallmarks of
5  carcinogenesis?
6     A.   I think that as I said
7  before, in some cancers chronic
8  inflammation is definitely part of the
9  initiation event.
10         This paper is from 2010.
11  And it is generically talking about
12  pathways that are involved in cancer.  It
13  has no specific relevance to ovarian
14  cancer.  And in fact, as I said before,
15  the evidence today in 2019, which is a
16  lifetime ago from 2010 in cancer biology,
17  directly assesses this with knowledge of
18  the premalignant lesions and looking at
19  the premalignant lesions and finding no
20  inflammation.
21     Q.   At what point in time can we
22  consider an article that relates to
23  ovarian cancer as relevant?
24     A.   It depends on -- it depends

1  on the specific topic.  Different things
2  are developing at different times.  So
3  the genomics, for example, the genetic
4  changes occurring, I would say largely
5  defined in the beginning of 2012.
6         The evidence showing cell of
7  origin is still somewhat emerging.  It
8  depends on the specific details.
9     Q.   So any theory or any --
10  scratch that.
11         Any mechanism that describes
12  oxidative stress and inflammation as
13  relevant to the pathogenesis of
14  epithelial ovarian cancer is irrelevant?
15     A.   No, I didn't say that.
16  First of all, I think that you're
17  conflating several things.  Oxidative
18  stress is separate from inflammation.
19  They can be linked, they can be separate.
20  We'd have to talk about each one of them
21  separately.
22         In terms of oxidative
23  stress, the oxidative stress in most
24  cases that's associated with cancer

1  pathogenesis is coming from endogenous
2  reactive oxygen formation that's
3  catalyzed by cellular respiration through
4  mitochondria and the uncoupling reactions
5  that occur there.
6     Q.   And any scientist who
7  disagrees with that is wrong?
8     A.   With what?
9     Q.   What you just said?
10     A.   Which part?  That oxidative
11  stress and inflammation are
12  intellectually linked?
13     Q.   That it's coming from --
14  catalyzed by cellular rest through
15  mitochondria --
16     A.   Respiration.
17     Q.   Respiration.
18         -- and not from exogenous or
19  extrinsic factors.
20     A.   It depends --
21         MS. SHARKO:  Wait, wait.
22     What is the question?
23  BY DR. THOMPSON:
24     Q.   That the cancer would be

Benjamin G. Neel, M.D., Ph.D.

1  coming from mitochondrial respiration --
2  endogenous mitochondrial respiration and
3  not extrinsic factors.
4      A.   It depends on the specific
5  cancer and it depends on the specific
6  context.
7          For example, in the case of
8  H pylori induced gastric cancer, the
9  H pylori provokes inflammation, and the
10  inflammation results in the immigration
11  of immune cells and they may contribute
12  to oxidative stress by producing reactive
13  oxygen species.
14          But in many cancers, the
15  reactive oxygen is coming from endogenous
16  respiration, and one of the theories for
17  obesity and causing cancer goes through
18  that.
19          In the case of ovarian
20  cancer, there may be -- there is evidence
21  that is still emerging about whether
22  follicular fluid has reactive oxygen
23  species in it, and that may contribute to
24  the incessant ovulation hypothesis.

1      Q.   Okay.  I didn't ask about
2  H pylori or follicular fluid.
3      A.   Well, you asked about
4  cancer.
5          MS. SHARKO:  You don't need
6      to respond to that.  She's going
7      to ask you another question.
8  BY DR. THOMPSON:
9      Q.   These authors state,
10  "Overall, observations to date suggest
11  that oxidative stress, chronic
12  inflammation, and cancer are closely
13  linked."
14          Do you agree or disagree
15  with that statement?
16      A.   I think that it depends on
17  the context and that that -- a general
18  statement like that is not necessarily
19  correct for any individual cancer.
20      Q.   Well, the context is in a
21  review article about cancer in general.
22          "Overall, observations to
23  date suggest that oxidative stress,
24  chronic inflammation, and cancer are

1  closely linked."
2          Do you agree or disagree
3  with that statement?
4      A.   I agree with that for some
5  cancers, but I don't agree with that for
6  all cancers.
7          So, again, to talk about
8  cancer as an entity is even more
9  irrelevant than to talk about epithelial
10  ovarian cancer as a -- as an entity.
11  It's like talking about infectious
12  disease.
13      Q.   Okay.  And in Table 2 of
14  this article, the authors include a
15  partial list of cancers that have been
16  linked to reactive oxygen species.  And
17  ovarian cancer is listed, isn't it?
18      A.   We can look at the
19  reference.  I have to see what the
20  reference is.
21      Q.   Well, I'm just asking you if
22  it's listed in this table.
23      A.   It's listed in the table.
24      Q.   Okay.  That was my question.

1          In your report, you list the
2  differences between a risk factor and a
3  causal association, correct?
4      A.   Yes.
5      Q.   And what are those
6  differences?
7      A.   A causal association has
8  some biological plausibility attached to
9  it, a mechanistic plausibility.
10      Q.   And turning to Page 16 of
11  your report under plausibility.
12          MS. SHARKO:  You can't write
13      on the exhibits.
14          THE WITNESS:  Oh, I can't
15      draw?  Sorry.
16  BY DR. THOMPSON:
17      Q.   You state, "For an agent to
18  be adjudged the cause of cancer, there
19  must be a demonstration of a plausible
20  biochemical mechanism."
21          What do you mean by
22  demonstration?
23      A.   What do I mean by
24  demonstration?

Benjamin G. Neel, M.D., Ph.D.

1    Q.   Yes.
2    A.   Experiment, scientific, you
3  know, proof.  Evidence.
4    Q.   Doesn't that mean more than
5  plausible?
6    A.   No.
7    Q.   Does plausible mean that
8  there has to have been an experiment
9  demonstrating the mechanism?
10    A.   There has to be some
11  evidence that the mechanism is true, yes.
12  You know, just a hypothesis is not
13  plausibility.  Not biochemical
14  plausibility.
15    Q.   So in your opinion, the
16  plausible mechanism has to be actually
17  demonstrated by an experiment, correct?
18    A.   Yes.
19    Q.   Let's look at the Bradford
20  Hill.
21       I believe you used this
22  reference when you were doing the
23  Bradford Hill evaluation in your report?
24    A.   Which reference?

1    Q.   The Bradford Hill 1965.  The
2  original report.
3    A.   Mm-hmm.
4       DR. THOMPSON:  And I'll go
5  ahead and mark this Exhibit 11.
6       (Document marked for
7       identification as Exhibit
8       Neel-11.)
9  BY DR. THOMPSON:
10    Q.   Let's actually look at --
11  this will be Page 4, Page 298 of the
12  original paper.
13    A.   Page 2.  Line what?
14    Q.   298, under plausibility.
15    A.   Yep.
16    Q.   And at least the Bradford
17  Hill framework under plausibility states,
18  "It will be helpful if the causation we
19  suspect is biologically plausible.  But
20  this is a feature I am convinced we
21  cannot demand.  What is biologically
22  plausible depends on the biological
23  knowledge of the day."
24       Would you agree with me that

1  Bradford Hill, when originally providing
2  his guidelines, did not require that the
3  mechanism be demonstrated by
4  experimentation?
5       MS. SHARKO:  Well, you
6  didn't read that whole -- the
7  whole section.  Right?
8       DR. THOMPSON:  I read what I
9  read.
10       If Dr. Neel needs to read
11  the whole section to answer my
12  question, he can.
13       THE WITNESS:  Yeah.  This
14  was in the context -- I read the
15  whole paper.  And this was in the
16  context of when you have a hazard
17  ratio of like, 240 to 1, like they
18  did for chimney sweeps, then, you
19  know, the requirement for
20  experiment is less.
21       But for, you know, a series
22  of epidemiological associations
23  which are conflicting and weak,
24  the biological plausibility

1  becomes essential.
2       And then also this paper was
3  written in 1965 when cancer
4  biology was developed to a far
5  lesser extent.
6       So I think that the general
7  standard for a cancer biologist to
8  accept causation would require
9  experiments in 2019.  And I state
10  that as an editor -- a member of
11  the editorial board of six
12  journals, including the two most
13  prominent cancer biology journals.
14       I can assure you that no one
15  would accept a manuscript for
16  publication in a high quality
17  journal that did not have evidence
18  of biological plausibility
19  supported by experiments in 2019.
20  BY DR. THOMPSON:
21    Q.   I'm just asking you
22  Dr. Hill's statements regarding
23  plausibility.
24    A.   Well, I suspect Dr. Hill is

38 (Pages 146 to 149)

Benjamin G. Neel, M.D., Ph.D.

Page 150

1    no longer alive, but this is from 1965.
2    And I don't think we should be applying
3    1965 standards to 2019 science.
4        Q.   Isn't that what you applied
5    in your report when you did the causation
6    analysis?
7        A.   I applied the general
8    frame -- I applied the general framework.
9    I didn't apply the -- every conclusion in
10   Dr. Hill's paper.
11       Q.   Okay.
12       A.   Standards change over time.
13       Q.   But looking at Bradford
14   Hill, as published in 1965, and as you
15   said, you applied in your report to some
16   degree, you would agree that the
17   mechanism does not have to be proven,
18   correct?
19       A.   The mechanism does not have
20   to be proven to say what?
21       Q.   To say that -- to be
22   causative, the mechanism for how the
23   agent is associated with an outcome, that
24   causative, that it doesn't have to be

Page 151

1    proven?
2        A.   There has to be some
3    evidence for it.  Some -- some credible
4    scientific evidence for which there is
5    none in the current case.
6        Q.   Where could I find the --
7    the standard that you apply that it has
8    to be demonstrated in an experiment for
9    something to be causal?
10       A.   Where could you find that
11   standard?
12       Q.   Where would I find an
13   article that says that's the standard
14   that should be used?
15       A.   I'm telling you, I'm telling
16   you as a scientist who is the editor of
17   major scientific journals and a reviewer
18   for every major scientific journal, that
19   that is the accepted standard in science.
20            If you ask any major
21   scientist in the United States what is
22   the accepted standard for establishing
23   causation, they will tell you a
24   mechanism-based experiment.  I don't

Page 152

1    think you can find a credible scientist
2    in the world -- or in the United States
3    or the world who would say otherwise.
4    That is generally accepted scientific
5    practice in 2019.
6        Q.   And that's Dr. Neel's
7    standard?
8        A.   No.  That is generally
9    accepted scientific practice in 2019.
10           I'm sure that if -- you
11   know, if you asked any other significant
12   scientist in the United States, they
13   would agree with that statement.
14       Q.   But where can I find that
15   published?
16       A.   I don't -- I mean I don't
17   know if it is published.  But that is
18   generally the -- that is definitely the
19   standard.
20       Q.   You would agree that
21   plausible and demonstrable do not mean
22   the same thing, right?
23       A.   In the context of biological
24   plausibility, yes, they do -- they do

Page 153

1    mean the same thing essentially.
2            They mean experimentally
3    demonstrated or experimentally supported.
4        Q.   Does the Bradford Hill
5    analysis require the evidence to be
6    compelling?
7        A.   I don't know what -- what
8    the Bradford Hill analysis means, whether
9    Bradford Hill -- it doesn't mean -- I
10   don't know if he uses the word
11   compelling.  We can read through the
12   entire thing.
13           Again, I want to clarify, I
14   used the Bradford Hill framework to reach
15   my conclusions.  I didn't necessarily use
16   every single statement in Bradford Hill's
17   paper.
18       Q.   I agree.  But I'm just
19   talking about the Bradford Hill
20   guidelines that you cited and applied in
21   your report.
22       A.   Framework.
23       Q.   Do -- does the Bradford Hill
24   framework require that the evidence be

39 (Pages 150 to 153)

Benjamin G. Neel, M.D., Ph.D.

Page 154

1  compelling?
2       A.   We can read through the
3  whole thing and see if he uses the word
4  "compelling."
5       Q.   Okay.  Go ahead.
6       A.   Okay.
7       Q.   It would be under biological
8  plausibility.  That's what we're
9  referring to.
10      A.   Well, again, as I said
11  before, the -- this is one of the
12  criteria.  If the other criteria are
13  weak, this becomes extremely important.
14  And there is no strong evidence of
15  anything else.
16           So I don't really -- I don't
17  know if he uses the word "compelling" in
18  here.  But in my opinion, in order to
19  establish biological plausibility, there
20  has to be compelling scientific evidence,
21  yes.
22      Q.   Okay.  All right.  In your
23  opinion, does a Bradford Hill analysis
24  require the evidence to be convincing?

Page 155

1       A.   Yes.  Not a Bradford Hill.
2  My analysis.  I can't really comment on
3  what Bradford Hill would see as the
4  standard.
5           As I said, I used the
6  Bradford Hill framework to frame my
7  report.  I did not use Bradford Hill's
8  personal opinion, obviously.  I used my
9  scientific opinion.
10      Q.   Okay.  But I'm -- but you
11  had referred to the Bradford Hill
12  analysis in your report, so I'm just
13  trying to understand how you used that
14  analysis in --
15      A.   As a framework.
16      Q.   -- as a framework.
17           Did the Bradford Hill
18  analysis require that evidence be direct?
19      A.   As I said, I used the
20  Bradford Hill -- the Bradford Hill paper
21  as a framework to discuss the issues
22  regarding the pathogenesis of ovarian
23  cancer and the relationship, if any, to
24  talc.  Okay.  That is the only way that I

Page 156

1  used the Bradford Hill analysis, as a
2  framework.
3       Q.   And direct and plausible
4  mean different things, right?
5       A.   Direct and plausible mean
6  different things?  They clearly mean
7  different things, but they don't mean
8  different things in the context of
9  convincing scientific evidence of
10  biological plausibility.
11      Q.   Okay.  So in --
12      A.   The common use --
13      Q.   In the way that you have
14  interpreted a causation analysis, a
15  plausible mechanism would need to be
16  direct evidence, correct?
17           MS. SHARKO:  Were you done
18  with your last answer?
19           THE WITNESS:  I can answer
20  it in the context of this
21  question.
22           Can you repeat the question
23  though?
24  BY DR. THOMPSON:

Page 157

1       Q.   In the way that you have
2  interpreted a causation analysis, a
3  plausible mechanism would need to be
4  direct evidence, correct?
5       A.   It would need to be direct
6  experimental evidence.
7       Q.   Direct experimental
8  evidence.
9       A.   Yes, yes.
10      Q.   And --
11      A.   And can I finish?  I
12  actually wasn't finished.
13      Q.   I'm sorry.
14      A.   Direct experimental evidence
15  that is scientifically credible that
16  there is a causal relationship between
17  the agent and the disorder under
18  question, whether it's neoplastic or not.
19      Q.   And same thing with
20  definitive.  Does the Bradford Hill
21  framework work require that for evidence
22  to be plausible, it should be definitive?
23      A.   Again, I'm not using -- I'm
24  using Bradford Hill criteria as a

40 (Pages 154 to 157)

Benjamin G. Neel, M.D., Ph.D.

Page 158

1  framework for addressing the issues of
2  causation here in my report.
3       I don't know whether --
4  whether -- what was -- what was the word?
5  Credible?
6       Q.   We're on definitive.
7       A.   Definitive.  In my
8  professional opinion, evidence has to be
9  definitive to attribute causation.  Yes.
10      And by definitive, I mean
11  credible scientific data to support the
12  plausibility claim.  And there is none in
13  this case.
14      Q.   Does the evidence under a
15  Bradford Hill framework for the mechanism
16  to be plausible need to be conclusive?
17      A.   Again, I'm going to say the
18  same thing that I said before.
19      In order to have an argument
20  in favor of biological plausibility, the
21  data has to be conclusive and convincing.
22      Bad data are of no use.  Bad
23  experiments are of no use.  Sometimes
24  they are of less than no use, because

Page 159

1  they are misleading.
2       Q.   And this is the last one.
3       A.   Sure.
4       Q.   And I just want to
5  understand words that you have used in
6  your report.
7       A.   Mm-hmm.
8       Q.   Using a Bradford Hill
9  framework, does evidence for plausibility
10  need to be strong?
11      A.   In my opinion, to attribute
12  causation of any agent to the initiation
13  of any malignancy, the evidence has to be
14  strong, convincing, and definitive, yes.
15      Q.   Okay.  Let's move on to
16  another topic.
17      Is it your opinion that the
18  genital use of talcum powder is not a
19  risk factor for epithelial ovarian
20  cancer?
21      A.   Yes.  That's my opinion.
22      Q.   And can you cite any
23  literature that explicitly states that
24  talcum powder use in the perineal area is

Page 160

1  not a risk factor for epithelial ovarian
2  cancer?
3       A.   That states it's not?
4       Q.   Yes.  An article that says
5  we have reviewed the evidence and talcum
6  powder is not a risk factor for
7  epithelial --
8       A.   I think that it's not an
9  established risk factor.  There is no --
10  there is no agreement on talc being a
11  risk factor for ovarian cancer.  So it's
12  not an established risk factor.
13      I think, you know, we can go
14  to my report, but I'm pretty sure
15  statements were made to that effect by
16  IARC, possible.  They said the data
17  aren't compelling.  So yes.
18      Q.   Is it not what -- is it that
19  it's not well established, or is it not a
20  risk factor?
21      A.   There is no compelling
22  evidence.  There is no credible
23  scientific evidence that it's a risk
24  factor.  There is no consistent evidence

Page 161

1  that it's a risk factor.  There is no
2  agreed-upon definition that it's a risk
3  factor.
4       Q.   Is it a possible risk
5  factor?
6       A.   I think that, you know, IARC
7  considers it a possible carcinogen as of
8  2010.
9       I think the evidence that's
10  developed 2010 makes it less likely that
11  it's even possible.
12      Q.   Could credible scientists
13  look at the evidence and determine that
14  the genital use of talcum powder is a
15  risk factor for ovarian cancer?
16      A.   No, not in my opinion.  I
17  don't think so.
18      Q.   So would those doctors or
19  scientists, looking at the evidence and
20  reaching those opinions be uninformed?
21      A.   I can't comment on the basis
22  of their opinions without seeing their
23  opinions.
24      Q.   But at least in your

41 (Pages 158 to 161)

Benjamin G. Neel, M.D., Ph.D.

Page 162

1    opinion, they could not credibly come to
2    that conclusion?
3         A.   Not based on the evidence
4    that I reviewed and considered in my
5    report, no.
6         Q.   Okay.  And you have a
7    section in your report on risk factors
8    for ovarian cancer in which you discuss
9    some of them, beginning on Page 12.
10        You only cite one article,
11   and that is the Reid paper.  And we'll
12   mark that as 12.
13        (Document marked for
14        identification as Exhibit
15        Neel-12.)
16        MS. SHARKO:  Where -- where
17   are you talking about?
18        THE WITNESS:  It's on the
19   next page.
20        MS. SHARKO:  So we're not on
21   Page 12.
22        DR. THOMPSON:  Well, it
23   begins multiple factors likely
24   contribute to ovarian cancer, on

Page 163

1         Page 12.
2         THE WITNESS:  I got it.
3    BY DR. THOMPSON:
4         Q.   This is the paper that you
5    refer to in your report as really the
6    only paper that you -- that you cite on
7    risk factors for ovarian cancer, correct?
8         A.   Yes, because it's the most
9    recent comprehensive review on the
10   subject.
11        Q.   And the authors are
12   epidemiologists, correct?
13        A.   Yes.
14        Q.   They are not physicians,
15   correct?
16        A.   No, but Tom Sellers is an
17   expert in ovarian cancer epidemiology.  I
18   know him personally.  He is the director
19   of Moffitt Cancer Center in Tampa.
20        Q.   And the authors actually
21   state that "other possible risk factors
22   include environmental and lifestyle
23   factors such as asbestos and talc powder
24   exposures."

Page 164

1         Do they state that?
2         A.   Actually I think you're
3    misstating their conclusions.  I'll read
4    their conclusions.
5         Q.   Well, I -- only --
6         A.   "However a" --
7         Q.   I --
8         A.   You asked me a question.
9    Can I answer it?
10        Q.   I -- I am reading, did I
11   read this correctly:  "Other possible
12   risk factors include environmental and
13   lifestyle factors such as asbestos and
14   talc powder exposures and cigarette
15   smoking."
16        Did I read that correctly?
17        A.   Where are you reading at?
18        Q.   In the abstract?
19        MS. SHARKO:  So wait a
20   minute.  You asked him a question.
21   He tried to answer it.  You
22   interrupted him.
23        DR. THOMPSON:  Well, I asked
24   him --

Page 165

1         MS. SHARKO:  He gets to
2    answer the question or you
3    withdraw it.
4         DR. THOMPSON:  I asked him
5    if they stated that.  He did not
6    need to tell me about something
7    else when I was asking the
8    question, was that stated by the
9    authors.
10        MS. SHARKO:  You don't need
11   to raise your voice.  He's trying
12   to answer your question.
13        DR. THOMPSON:  Okay.  All
14   right.
15        Let's just start all over.
16   I think the record will speak for
17   itself.
18   BY DR. THOMPSON:
19        Q.   Dr. Neel, do the authors
20   state --
21        A.   Where are you quoting from
22   first?
23        Q.   In the abstract, the next to
24   the last sentence.

42 (Pages 162 to 165)

Benjamin G. Neel, M.D., Ph.D.

Page 166

1         Do the authors state:
2 "Other possible risk factors include
3 environmental and lifestyle factors such
4 as asbestos and talc powder exposures and
5 cigarette smoking"?
6     A.   Yes, that's what it says
7 there.  But it's out -- you are reading
8 it out of context.
9     Q.   I just ask if they say that.
10        But you didn't include in
11 your report where you use this article,
12 that the authors stated that possible
13 risk factors include environmental and
14 lifestyle factors such as asbestos and
15 talc exposure, did you?
16     A.   The entire -- my entire
17 report was focused around talc.  The
18 other -- what I cited in this context, in
19 my report, were the other claimed risk
20 factors in ovarian cancer.  I was
21 discussing the other risk factors.  The
22 rest of the report concerns my views on
23 talc as a risk factor.  So there was no
24 reason to cite it here.  The entire

Page 167

1 report concerns that.
2        But again, I must insist
3 that you are taking out of context
4 Dr. Reid -- Dr. Sellers' conclusions.  I
5 found Dr. Sellers' conclusions to be
6 quite continent with my own based on the
7 actual section --
8     Q.   And you'll have another
9 opportunity if Ms. Sharko wants to come
10 back.
11        MS. SHARKO:  Wait.
12        Were you done with your
13 answer?
14        THE WITNESS:  I was almost
15 done.  Okay.
16        MS. SHARKO:  Finish your
17 answer.
18        THE WITNESS:  If one goes to
19 Page 18 of the same paper that
20 you're citing, and actually reads
21 the section on asbestos and talcum
22 powder, you will see that his
23 opinions and mine are almost
24 identical.

Page 168

1        So I -- I don't really think
2 there's any conflict here.
3        And you stated out of
4 context what's in the abstract.
5        And -- and again, a lot of
6 times when authors are setting up
7 a paper, they will post, you know,
8 all possibilities that are in the
9 literature and then they will
10 reach their own conclusions.
11        So for you to lift that out
12 of context is really not accurate
13 in my opinion.
14 BY DR. THOMPSON:
15     Q.   And did you review any other
16 articles that discussed risk factors for
17 ovarian cancer other than the Reid paper?
18     A.   Yes, I -- I read multiple
19 papers on ovarian cancer pathogenesis,
20 but I can't tell you right now.
21        I cited this one, because
22 this is the most up-to-date comprehensive
23 view of ovarian cancer risk factors.
24        And my goal in my report was

Page 169

1 not to write a review of all the risk
2 factors for ovarian cancer.  The goal of
3 my report and the topic which I'm here to
4 testify here today on, is the role of
5 talc and Johnson & Johnson products in --
6 and the possible role of talc and Johnson
7 & Johnson products in ovarian cancer
8 pathogenesis.
9        The entirety of my report
10 focuses primarily on that issue.  This
11 section on other risk factors was in the
12 context of background of other issues
13 concerning ovarian cancer.  Not whether
14 or not talc was involved.
15     Q.   Okay.  Let's just look at
16 some other articles relating to risk
17 factors --
18     A.   Sure.
19     Q.   -- and see if there are
20 scientists that disagree with that
21 opinion.
22     A.   Well, I just want to clarify
23 again.  Dr. Sellers does not --
24        MS. SHARKO:  Wait, wait,

43 (Pages 166 to 169)

Benjamin G. Neel, M.D., Ph.D.

Page 170

1    wait.
2         THE WITNESS:  -- disagree
3    with my opinion.
4    BY DR. THOMPSON:
5         Q.   I -- we have moved on from
6    Dr. Sellers.
7         A.   Okay.  Well, you said other
8    scientists so I just want to get --
9         Q.   Well, I'm about to show
10   you --
11        A.   Okay.
12        MS. SHARKO:  She's going to
13   ask you a new question.
14   BY DR. THOMPSON:
15        Q.   I'm going to ask you a new
16   question.
17        MS. SHARKO:  That was just a
18   speech.
19        THE WITNESS:  Okay.
20        MS. SHARKO:  Wait for a
21   question.
22        THE WITNESS:  I thought that
23   was -- okay.
24        MS. SHARKO:  Okay.

Page 171

1         There is exhibit -- what is
2    that, 13?
3         (Document marked for
4    identification as Exhibit
5    Neel-13.)
6    BY DR. THOMPSON:
7         Q.   And I'm handing you
8    Exhibit 13, which comes from a textbook
9    titled "Cancer Prevention and Screening."
10        And if you will turn to
11   Page 337.
12        MS. SHARKO:  Do you have the
13   year on this?
14        THE WITNESS:  2019.  It's on
15   the bottom of the first page.
16   BY DR. THOMPSON:
17        Q.   So you would agree that --
18        A.   What page please?
19        Q.   337.
20        A.   Okay.
21        Q.   So you'll agree that this is
22   an up-to-date chapter in a textbook as
23   well?
24        A.   Yes, but I've never heard of

Page 172

1    these authors.
2         Q.   Okay.  That wasn't the
3    question.
4         Under lifestyle factors,
5    these authors state, "A lot of work has
6    been done to clarify the risk reduction
7    of various lifestyle approaches, such as
8    alcohol, obesity, cigarette smoking and
9    talc use.  Some of these are subtype
10   specific, such as endometriosis,
11   cigarette smoking and obesity, while
12   others are general risk factors.
13        "Use of talc in the genital
14   area has consistently been shown to
15   increase the risk of ovarian cancer and,
16   therefore, is not recommended."
17        Did I read that correctly?
18        A.   Yes, you did.
19        Q.   So these authors at least do
20   consider talc use a risk factor, correct?
21        A.   Apparently.
22        Q.   And -- and consider it a
23   general risk factor, even understanding
24   that there are some risk factors that are

Page 173

1    subtype specific, correct?
2         A.   Well, I think these authors
3    have no knowledge of modern cancer
4    biology, because it's not possible to
5    cause the same genetic defects with a
6    different agent that works by different
7    mechanisms.
8         Q.   So the authors of this paper
9    in your opinion are wrong?
10        A.   Yes, in my opinion.
11        I should also -- can I just
12   say one other thing about this?
13        Q.   Yes.
14        A.   It's notable that they cite
15   references for alcohol, obesity and
16   cigarette smoking, but they don't cite
17   any references for talc use.  So I can't
18   respond to --
19        Q.   And there's no -- there's no
20   question pending on the table.
21        MS. SHARKO:  Let him finish.
22   Let him finish.
23        MS. O'DELL:  There's no
24   question --

44 (Pages 170 to 173)

Benjamin G. Neel, M.D., Ph.D.

Page 174

1      DR. THOMPSON:  There's no
2   question.
3      THE WITNESS:  I didn't
4   finish my answer.
5      MS. O'DELL:  This is not his
6   opportunity just to speak without
7   a question.  There is no question.
8      MS. SHARKO:  He was
9   answering the question.
10     DR. THOMPSON:  He was not
11  answering my question.
12     MS. SHARKO:  That's your
13  opinion, because you don't like
14  it.  Dr. Neel, finish your answer.
15  BY DR. THOMPSON:
16     Q.   Exhibit -- Exhibit 14 --
17     MS. SHARKO:  Stop.  Dr.
18  Neel, finish your answer.
19  BY DR. THOMPSON:
20     Q.   Are you finished with your
21  question, Dr. Neel?
22     A.   No, I was saying --
23     Q.   I mean your answer.
24     A.   -- in reading the piece --

Page 175

1   the part that you mentioned, it's notable
2   that they don't reference anything for
3   their statement on talc use.  It would be
4   much more helpful if we could see what
5   evidence they want to adduce to make
6   their claim.
7      I provided very substantial
8   evidence in support of my opinions.  And
9   I've also been able to discuss them.
10     This is, you know, an
11  isolated statement if a textbook that,
12  you know, probably hasn't undergone
13  scientific review.
14     Q.   Well, risk factors, you
15  cited one article.  We'll make that
16  clear.
17     MS. SHARKO:  Well, wait.
18  No, wait a minute.  You don't just
19  get to lob out comments.
20  BY DR. THOMPSON:
21     Q.   Did you cite one article in
22  your risk factor discussion in your
23  paper?
24     A.   I cited one article about

Page 176

1   risk factors, but I didn't cite one
2   article about talc, which is the issue.
3      Q.   Dr. Neel, if you would try
4   as best you can to answer my question.
5      A.   I am answering your
6   question.
7      Q.   And my question was just did
8   you cite one article.  And the answer
9   would be yes.
10     I just handed you a paper --
11     MR. LOCKE:  Objection.
12     MS. SHARKO:  You don't --
13  you don't need to respond to that
14  speech.  Let's move on to the next
15  exhibit.
16     DR. THOMPSON:  I don't think
17  I had a question.
18     (Document marked for
19  identification as Exhibit
20  Neel-14.)
21  BY DR. THOMPSON:
22     Q.   The next article is from
23  2012, "Ovarian Cancer Etiology, Risk
24  Factors, and Epidemiology."

Page 177

1      And these authors, turning
2   to Page 6, have a chart listing risk
3   factors for epithelial ovarian cancer.
4      If you'll turn to that, it's
5   on Page 6.
6      A.   Yeah I have it.
7      MS. SHARKO:  And this is
8   Exhibit 14 for the record.
9      DR. THOMPSON:  Exhibit 14.
10     MS. SHARKO:  Thank you.
11  BY DR. THOMPSON:
12     Q.   And at least these authors,
13  list under inflammatory risk factors that
14  increase the risk for ovarian cancer,
15  perineal talc use, endometriosis, and
16  pelvic inflammatory disease.
17     Would you agree that these
18  authors list talc -- perineal talc
19  exposure as a risk factor?
20     A.   They do.  But this is
21  completely non-consummate with modern
22  research.
23     Q.   I'm just asking you if the
24  authors list it.

45 (Pages 174 to 177)

Benjamin G. Neel, M.D., Ph.D.

Page 178

1      A.  Yes, they --
2      Q.  Okay.  And so these
3   scientists who do feel -- are of the
4   opinion that it's a risk factor are
5   wrong?
6      A.  I don't know that they're
7   scientists.  I mean, they --
8      Q.  They're doctors.  These
9   doctors --
10      A.  There's a big difference
11   between a doctor and a scientist.  Since
12   I have both degrees, I can state that to
13   a very strong degree of confidence.
14      Q.  Are you saying that someone
15   has to have two degrees to --
16      A.  No, but I'm saying that I'm
17   very familiar with the difference in the
18   training of the average physician and the
19   average scientist and their ability to
20   evaluate scientific data, and they're not
21   the same.
22      Q.  The next one --
23      A.  There are definitely --
24          Can I finish?  There are

Page 179

1   definitely physicians who are eminently
2   qualified to evaluate scientific data.
3   But the average practicing physician is
4   not able to evaluate modern molecular
5   data like the molecular biologist or
6   cancer biologist.  They're different
7   disciplines.
8      Q.  If an M.D., gynecologic
9   oncologist, who is familiar with the
10   literature in the field gives an opinion
11   that talcum powder use in the genital
12   area can cause or contribute to ovarian
13   cancer, are they wrong?
14      A.  Possibly.  In my opinion
15   they're wrong, because I've reviewed the
16   literature comprehensively including the
17   molecular literature, which they are
18   probably not capable of evaluating, and
19   they're not capable -- the average
20   gynecologist oncologist is definitely not
21   capable of evaluating the modern
22   molecular data, such as mutational
23   signatures and other more modern and
24   comprehensive analyses that would speak

Page 180

1   to any particular agent's ability to
2   cause any kind of cancer.
3          We know a lot -- and by the
4   way, again, you're citing papers from
5   2012.  That's a lifetime ago in cancer
6   biology, and specifically in ovarian
7   cancer pathogenesis.  We know much more
8   about the cell and molecular biology of
9   ovarian cancer today than we did then.
10          And the fact that they put
11   endometriosis in here is exemplary of
12   that, because we know that endometriosis
13   is a risk factor only insofar as the
14   cancer is probably coming from the
15   endometrial cells.
16      Q.  And let's turn --
17      A.  It's a cell of origin issue.
18   It's not a carcinogenesis issue.
19      Q.  The next -- the next paper
20   that I'm going to give you is titled
21   "Risk Factors For Ovarian Carcinoma."
22          (Document marked for
23          identification as Exhibit
24          Neel-15.)

Page 181

1   BY DR. THOMPSON:
2      Q.  And this was published in
3   2018, correct?
4      A.  Mm-hmm.
5      Q.  If you'll turn to Page 4.
6          MS. SHARKO:  So for the
7   record, this is Exhibit 15.
8          DR. THOMPSON:  I'm sorry.
9   Exhibit 15.
10          MS. SHARKO:  Okay.  Thank
11   you.
12          DR. THOMPSON:  I'll try to
13   be better about that.
14   BY DR. THOMPSON:
15      Q.  This article titled "Risk
16   Factors For Ovarian Cancer," if you'll
17   turn to Page 4.  There's a chart with
18   risk factors.
19          And this particular paper
20   does divide the risk factors up by
21   subtype, correct?
22      A.  Yes.
23          MS. SHARKO:  You are allowed
24   to read the paper.

46 (Pages 178 to 181)

Benjamin G. Neel, M.D., Ph.D.

Page 182

1       THE WITNESS:  I'm looking at
2   it, yeah.
3       MS. SHARKO:  Okay.
4       THE WITNESS:  Mm-hmm.
5   BY DR. THOMPSON:
6       Q.   And the heading for Table 1
7   is "Summary of Putative Cells of Origin
8   and Identified Risk Factors For Specific
9   Ovarian Cancer Histologic Subtypes,"
10  correct?
11      A.   Yes.
12      Q.   And so these authors at
13  least considered the different subtypes
14  when they were trying to classify the
15  risk factors, correct?
16      A.   Yes.
17      Q.   And if you'll look in this
18  chart under the heading Lifestyle Risk
19  Factors, "Genital powder use is included
20  under subtype all serous and subtype
21  endometrioid and subtype clear cell."
22      A.   Mm-hmm.
23      Q.   Do you agree that authors
24  considered that a risk factor for those

Page 183

1   three subtypes?
2       A.   Yes.
3       Q.   Are these authors wrong?
4       A.   Yes.  And the reason they
5   are wrong is because, if you look at the
6   mutational signature, the type of
7   molecular causation of clear cell and
8   endometrioid cancer, it's completely
9   different than the molecular basis for
10  serous ovarian cancer.
11          One of them is caused by
12  chromosome abnormalities in copy number
13  variations, and the other is caused by
14  point mutations in pathways that I've
15  spent my entire career studying.
16          (Document marked for
17          identification as Exhibit
18          Neel-16.)
19  BY DR. THOMPSON:
20      Q.   Next, Exhibit 16.
21          This is another paper that
22  discusses risk factors.  It's part of the
23  African American cancer epidemiology
24  study that's published numerous articles.

Page 184

1       Looking at the -- and it was
2   published in 2018?
3       A.   Mm-hmm.
4       Q.   Looking at the end of the
5   paper, page -- I don't see the page.  But
6   at the very end before, in -- in
7   summary --
8       A.   In the discussion?
9       Q.   In -- in discussion,
10  conclusions.  It states, "In particular,
11  talc powder use" --
12      A.   I'm sorry, I can't see where
13  we are.
14      Q.   They --
15      A.   Oh, I see.  Okay.  I got it.
16      Q.   In the last -- next to the
17  last paragraph.
18          "In particular, talc powder
19  use is highly prevalent in the African
20  American community and has been found to
21  be associated with increased risk of
22  ovarian cancer in this and other studies.
23  Indeed, regression models excluding talc
24  use overestimated the associations in our

Page 185

1   analysis."
2          Do you agree that these
3   authors consider talc use to result in
4   increased risk of ovarian cancer in
5   African American population?
6       A.   This is yet another of many
7   case-control studies which, you know,
8   claim to see an association.  But they
9   are subject to the same type of recall
10  bias and other classification bias that
11  is prone to be found in case-control
12  studies.
13          The cohort studies don't
14  show this.  And they are much more
15  reliable in my opinion.
16          That -- you know, so yes,
17  they say it, but that doesn't make it
18  true.
19      Q.   So these authors are wrong
20  to consider talc use a risk factor for
21  ovarian cancer?
22      A.   I don't think they've done a
23  complete analysis of the literature and
24  they are probably not capable of

47 (Pages 182 to 185)

Benjamin G. Neel, M.D., Ph.D.

Page 186

1    evaluating the molecular issues.
2          (Document marked for
3    identification as Exhibit
4    Neel-17.)
5    BY DR. THOMPSON:
6          Q.   The next article is marked
7    Exhibit 17.  It's a patient by Wu and her
8    colleagues.
9                MS. SHARKO:  It's a paper.
10               DR. THOMPSON:  What did I
11   say?
12               MS. SHARKO:  Patient.
13               DR. THOMPSON:  Sorry.  Oh
14   boy.
15   BY DR. THOMPSON:
16         Q.   It's a paper.
17               MS. SHARKO:  It's almost
18   like a patient.
19   BY DR. THOMPSON:
20         Q.   Let's -- let's ask that
21   question over again.
22               Exhibit 17 is a paper by
23   Dr. Wu that discusses the nongenetic risk
24   factors for ovarian cancer, correct?

Page 187

1          A.   Mm-hmm.
2          Q.   And under the discussion
3    section of this paper, the authors state
4    that, first paragraph, "With the high
5    mortality" --
6          A.   Where -- I'm sorry, I have
7    to find it.
8          Q.   Under discussion, first
9    paragraph.  Page 1098.
10               "With the high mortality and
11   the lack of effective early screening for
12   ovarian cancer, better understanding of
13   preventive risk factors is a priority.
14   The primary motivation for this analysis
15   was to determine whether the six
16   confirmed nongenetic risk factors for
17   IEOC (parity, use of oral contraceptives,
18   tubal ligation, endometriosis, first
19   degree family history of ovarian cancer,
20   and use of genital talc in non-Hispanic
21   whites are also risk factors in Hispanics
22   and African Americans)."
23               Do you agree that these
24   authors believe the use of genital talc

Page 188

1    to be a confirmed nongenetic risk factor
2    for ovarian cancer?
3          A.   They apparently do.
4          Q.   And are these authors wrong
5    as well?
6          A.   Yes.  And I -- I --
7          Q.   You didn't hesitate with
8    that opinion, did you?
9          A.   No.  Because again, if
10   you -- if you -- you're pulling out
11   individual case-control studies.  And we
12   already know that 60 percent of the
13   case-control -- 67 percent of the
14   case-control studies reach one
15   conclusion, 33 percent reach the other
16   conclusion, and all the cohort studies
17   are negative.
18               That is why if you read a
19   review like Dr. Sellers' review, which is
20   a comprehensive review of the recent
21   literature concerning risk factors, you
22   will find an opinion very similar to
23   mine, which is that there is no
24   compelling evidence that talc was a

Page 189

1    causal -- is a cause of ovarian cancer.
2    And that's the basis of my opinion.
3               This is an -- this is a
4    single paper of a case-control study and,
5    you know, that's not as strong as
6    considering the entire body of the
7    evidence as I've done in my report.
8          Q.   But doctors and scientists
9    that have a different opinion as you've
10   stated are wrong, correct?
11               MS. SHARKO:  Object to the
12   form of the question.
13               THE WITNESS:  In -- in each
14   individual case, I'm happy to tell
15   you whether I think they are wrong
16   or not.  Okay.
17               Since I haven't met every
18   doctor and scientist who may have
19   a particular opinion, it would be
20   inappropriate for me to say that
21   all doctors and scientists who
22   have a different opinion are
23   wrong.
24               If someone comes up with

48 (Pages 186 to 189)

Benjamin G. Neel, M.D., Ph.D.

Page 190

1    some evidence that is convincing,
2    I will change my opinion.  Right
3    now, all of the available evidence
4    suggests that there is no
5    association between genital talc
6    and ovarian cancer.  And some of
7    their evidence says that there
8    isn't.
9         So there is no evidence to
10   support the case that genital talc
11   application causes ovarian cancer
12   in my scientific opinion.
13   BY DR. THOMPSON:
14       Q.   Where is the evidence that
15   there isn't?
16       A.   Where is the evidence that
17   there isn't?
18       Q.   I think I asked you that
19   before and you could not cite to an
20   article that said it is not a risk
21   factor.
22       A.   I --
23       Q.   So I would like for you to,
24   if you do have one, I would like to know

Page 191

1    what --
2        A.   Oh.  So --
3            MS. SHARKO:  Object.  Object
4        to the form of the question.
5        Lacks foundation.  Misstates his
6        testimony and apparently asked and
7        answered since you said you asked
8        it before.
9            DR. THOMPSON:  Well, he had
10       a different answer.  I wanted to
11       clarify it.
12           MS. SHARKO:  I don't think
13       so.
14   BY DR. THOMPSON:
15       Q.   Dr. -- Dr. Neel, do you
16   have -- just so I am clear.
17           Do you have an article that
18   you can point to that explicitly states
19   that talcum powder is not a risk factor
20   for ovarian cancer?
21       A.   So that was a different
22   question than you just asked before.
23   The -- the question you asked before is
24   do I have a paper that says that genital

Page 192

1    talc is not a risk factor for ovarian
2    cancer.  And I said that was a risk
3    factor question.
4            If you ask me is there any
5    evidence that genital talc causes ovarian
6    cancer, there are several papers which
7    argue against that and I'm happy to cite
8    those.
9        Q.   My question was risk
10   factors, so...
11       A.   Okay.  But you didn't ask
12   that question right before.  So I was
13   answering it -- you know, you changed
14   your question, which is why it's a
15   different answer.
16           If you ask me the second
17   question I'd be happy to tell you.
18       Q.   Okay.  So just to be clear,
19   the answer to the question is, is there a
20   paper that explicitly states that talcum
21   powder is not a risk factor of ovarian
22   cancer, you don't have one to point to?
23       A.   There are -- there are many
24   papers that review the literature --

Page 193

1        Q.   I need a yes or no --
2        A.   You misstate --
3        Q.   -- question.
4            MS. SHARKO:  No, no, no.
5        Wait.  Timeout.
6            THE WITNESS:  You asked --
7            DR. THOMPSON:  Well, he is
8        answering all kinds of questions
9        that are not what I'm asking.
10           MS. SHARKO:  Well, I
11       disagree.  But you've asked your
12       question.  He's entitled to answer
13       it.  If you want to withdraw your
14       question so be it.
15           But you can't interrupt him
16       because you don't --
17           DR. THOMPSON:  No, I want an
18       answer to my question.
19           MS. SHARKO:  -- you don't
20       like his answer.
21           DR. THOMPSON:  Okay.  Let's
22       go back and see what the question
23       and answer were.
24   BY DR. THOMPSON:

49 (Pages 190 to 193)

Benjamin G. Neel, M.D., Ph.D.

Page 194

```
 1        Q.   Just to be clear, is there a
 2   paper that explicitly states that talcum
 3   powder is not a risk factor of ovarian
 4   cancer?  You don't have one to point to.
 5        And his answer, is there are
 6   many papers --
 7        A.   You didn't let me finish.
 8   Would you like me to finish?
 9        Q.   Okay.  Well, the question
10   though was point me to a paper that
11   explicitly states that talcum powder is
12   not a risk factor for ovarian cancer.
13        A.   Scientists don't generally
14   speak in that language.  What they would
15   say is very similar to what Dr. Sellers
16   said, and which most of the review
17   articles about this topic say and what I
18   say.  Which is there is no credible
19   scientific evidence that.
20        That is how scientists
21   speak.  We have a language that we use,
22   just like lawyers have a language that
23   lawyers use.
24        And in scientific credence
```

Page 195

```
 1   saying that -- in scientific language,
 2   saying that there's no credible
 3   scientific evidence is the way we would
 4   state the -- the conclusion.  And that's
 5   how I'm stating it.  That's very similar
 6   to how Dr. Sellers concluded it.  And
 7   I -- I think that's the essence of my
 8   statement.
 9        Q.   So your answer would be
10   you're not able to answer that question?
11        MR. LOCKE:  Objection.
12        THE WITNESS:  No, my answer
13   is exactly what I said.
14   BY DR. THOMPSON:
15        Q.   Okay.  We'll -- we'll move
16   on.
17        But I don't believe I got
18   the answer to the question:  Can you
19   point me to an article that states that
20   talcum powder is not a risk factor for
21   ovarian cancer?
22        MS. SHARKO:  All right.
23   That's not a question.  That's an
24   editorial comment.
```

Page 196

```
 1   BY DR. THOMPSON:
 2        Q.   Can you point me --
 3        MS. SHARKO:  No.  You asked
 4   him that question already.
 5        DR. THOMPSON:  But I still
 6   haven't got an answer.  I'm going
 7   to try one more time.
 8   BY DR. THOMPSON:
 9        Q.   Can you point me to an
10   article that explicitly states that
11   talcum powder is not a risk factor for
12   ovarian cancer?
13        MS. SHARKO:  Objection.
14   Asked and answered.
15        You may not like the answer,
16   but you got an answer.
17        DR. THOMPSON:  Okay.  The
18   record will speak for itself that
19   there is not an answer.
20        MS. O'DELL:  It was asked
21   but never answered.  He didn't
22   answer the question.
23        MS. SHARKO:  Okay.  I
24   thought -- I thought your side
```

Page 197

```
 1   said the rule was that only one
 2   lawyer can talk.
 3        MS. O'DELL:  I think the
 4   evidence will show, the record
 5   will show over depositions that
 6   you weren't defending, Susan, you
 7   had plenty to say, so I don't know
 8   that I would raise that.
 9        DR. THOMPSON:  Including
10   last week.
11        MS. SHARKO:  So the rules
12   are that one lawyer gets to
13   question the witness.  So let's --
14        MS. O'DELL:  I'm not
15   questioning the witness.  But I'm
16   free to speak and I will speak.
17        MS. SHARKO:  You know what?
18   It seems like maybe we should just
19   take a lunch break and let
20   everybody simmer down.
21        DR. THOMPSON:  I only
22   have -- I don't need a lunch
23   break.
24        MR. TISI:  I'm going to tell
```

50 (Pages 194 to 197)

Benjamin G. Neel, M.D., Ph.D.

1     you, can I have that section?
2          MS. SHARKO:  So now we have
3     a third plaintiff's lawyer
4     talking?
5          MR. TISI:  No, no, no.
6     We're off -- we're not talking
7     about this.
8          Can I have that clipped,
9     Ms. Sharko's comment so I can use
10    it in other depositions going
11    forward?  Please, thank you.  You
12    can send me that.
13         Because I expect we're going
14    to need it going forward, given
15    her behavior in the past.
16         Thank you.
17         DR. THOMPSON:  Okay.
18         MS. SHARKO:  You know,
19    Mr. Tisi, behave yourself.
20         DR. THOMPSON:  I want -- I
21    want to move on.
22         MR. TISI:  I -- I don't need
23    to be schooled by you.
24    BY DR. THOMPSON:

1          Q.   Is it -- is it your
2     opinion --
3          MS. SHARKO:  Yeah, because
4     you don't listen.
5          MR. TISI:  That's because --
6     that's because I wouldn't listen
7     to somebody who tries to school
8     me.
9          DR. THOMPSON:  I really
10    don't want to waste my time, so...
11    BY DR. THOMPSON:
12         Q.   Is it your -- Dr. Neel, is
13    it your opinion that asbestos is not a
14    risk factor for ovarian cancer?
15         A.   I don't have an opinion on
16    asbestos in ovarian cancer.  I haven't
17    really given enough study to --
18         Q.   Okay.  So you don't have an
19    opinion one way or the other as to
20    whether asbestos --
21         A.   Not -- not a strong opinion,
22    no.
23         Q.   Okay.  Any opinion?
24         A.   I think the evidence is

1     unclear.
2          Q.   What -- how do you define a
3     carcinogen?
4          A.   A carcinogen?  A carcinogen
5     is an agent that causes cancer.
6          Q.   And that would include
7     initiation?
8          A.   Mm-hmm.
9          Q.   And promotion?
10         A.   Probably -- so there's a
11    difference between health scientists and
12    experimental carcinogenecist would define
13    a carcinogen and how the public would use
14    the word carcinogen.
15         In the common parlance, a
16    promotor, a tumor promoter would probably
17    be considered a carcinogen.  But in
18    scientific language a carcinogen is just
19    the initiating event.
20         Q.   But you'll agree that in
21    some context at least, scientists refer
22    to a carcinogen in each of those phases?
23         A.   Yes.  Mm-hmm, yes.
24         Q.   And is it -- is that

1     sometimes referred to as a complete
2     carcinogen?
3          A.   That's a kind of old term,
4     but yes.
5          Q.   I'm old.
6          MS. SHARKO:  Do you want
7     that on the record?
8          DR. THOMPSON:  What the hey.
9          MS. SHARKO:  You are not
10    old, Margaret.
11         DR. THOMPSON:  Thank you,
12    Susan.  That's the nicest thing
13    you've said today.
14         MS. SHARKO:  Chris will
15    order that page too.
16         MR. TISI:  I was -- I was
17    going to say.  I was going to -- I
18    wouldn't qualify it by today.  I'd
19    make it a year, but go ahead.
20    BY DR. THOMPSON:
21         Q.   So let's go to Page 14 of
22    your report --
23         A.   Do you have a long question?
24    Because if not, I'm going to have to take

51 (Pages 198 to 201)

Benjamin G. Neel, M.D., Ph.D.

Page 202

1    a break.  That coffee is having its
2    effect.
3         Q.   I'm fine breaking for lunch
4    or --
5         A.   If it's a short question I
6    can answer it.
7              MS. SHARKO:  No, we don't
8    want --
9              THE WITNESS:  Okay.
10             DR. THOMPSON:  Yeah,
11   let's -- let's go -- this is
12   actually a natural break so...
13             THE WITNESS:  Okay.
14             MS. SHARKO:  Okay.
15             THE VIDEOGRAPHER:  Stand by,
16   please.  The time is 11:54 a.m.
17   Off the record.
18                  - - -
19             (Lunch break.)
20                  - - -
21             THE VIDEOGRAPHER:  We are
22   back on the record.  The time is
23   1:02 p.m.
24   BY DR. THOMPSON:

Page 203

1         Q.   Dr. Neel, this morning you
2    testified that you are not an
3    epidemiologist.
4              Is it fair to say that your
5    opinions in this case are focused on
6    whether or not there's credible evidence
7    that talcum powder can cause ovarian
8    cancer from a molecular standpoint?
9         A.   I would say from a molecular
10   and -- and cellular standpoint.
11        Q.   From a molecular and
12   cellular standpoint?
13        A.   Yes.
14        Q.   And it's your opinion that
15   there's no cause and effect.  But is it
16   also your opinion that there's no
17   plausible biological mechanism for any
18   association between talcum powder use and
19   ovarian cancer?
20        A.   I don't think there's any
21   evidence one way or the -- any credible
22   evidence one way or the other.
23             So there's no -- there's no
24   credible evidence that talc causes

Page 204

1    transformation of ovarian cancer cells or
2    that talc causes inflammation that's
3    relevant to ovarian cancer pathogenesis.
4         Q.   So just to shorten that a
5    little bit, there's no credible evidence
6    that there's a plausible biological
7    mechanism for any association between --
8         A.   Yes.
9         Q.   Let me finish, sir.
10        A.   Sorry.
11        Q.   -- between -- just so the
12   record is clear --
13        A.   Sorry.
14        Q.   -- between talcum powder use
15   and ovarian cancer?
16        A.   Yes.  That's my testimony.
17        Q.   So this morning we discussed
18   risk factors, cause, association.  This
19   afternoon I'd like to delve into that
20   molecular cellular mechanism a little bit
21   more if that's okay.
22             On Page 12 of your report,
23   next to the last paragraph, you state,
24   "Taken together these findings clearly

Page 205

1    show that different types of ovarian
2    cancer originate in different cell types
3    that suffer different types of mutations
4    which are unlikely to be caused by the
5    same environmental agent."
6              Explain that sentence to me.
7         A.   Okay.  So there is Type 1
8    tumors and there's Type 2 tumors, and the
9    Type 1 tumors are caused largely by point
10   mutations, and the Type 2 tumors are
11   caused largely by copy number
12   abnormalities or copy number variation
13   and rearrangements.  And the underlying
14   mutagenic mechanisms that cause point
15   mutations and the repair defects that
16   cause point mutations are distinct from
17   the types of mutations -- mutational
18   processes that cause copy number
19   variation and translocations.
20             So an agent that does one
21   kind of genetic event is not likely to
22   cause the other.
23        Q.   Do you have -- what is the
24   basis for that opinion?  In other words,

52 (Pages 202 to 205)

Benjamin G. Neel, M.D., Ph.D.

Page 206

1  what article could you direct me to that
2  would make that same claim?
3       A.   I can't cite an article
4  off -- that's general scientific
5  knowledge in my field.  I can't cite a
6  specific article.
7       Q.   So it's not possible in your
8  opinion that the same environmental agent
9  could cause the molecular changes in both
10 types of cancers or more than one type of
11 cancer?
12      A.   It's -- I think I said it's
13 unlikely.
14      Q.   Oh, unlikely.  So --
15      A.   That's the word I'd like to
16 stick with, unlikely.
17      Q.   -- stick with unlikely.
18           Okay.
19      A.   I didn't say possible.  I
20 said unlikely.
21      Q.   Okay.  And I wasn't trying,
22 in that case, to -- to trick you.  I
23 was -- I was just trying to understand --
24      A.   Did you want to just tell me

Page 207

1  when you're trying to trick me?
2       Q.   Do you want me to give you a
3  warning before it's a trick question?
4       A.   Yeah.  Maybe.
5       Q.   So how would you answer the
6  question does smoking cause lung cancer?
7       A.   Yes.
8       Q.   Even though there's some
9  types of lung cancer that it may cause
10 and there's others that it might, and it
11 might cause more than one?
12      A.   There's --
13      Q.   Is that an analogy?
14      A.   No, it's not an analogy.
15 Actually it makes my point quite well.
16           Because smoking causes
17 specific types of DNA changes.  So the
18 carcinogenic agent in cigarette smoke
19 that causes lung cancer are benzopyrenes.
20 And there's actually a specific molecular
21 signature -- this is one of the major
22 advances that has happened in the last
23 three years primarily -- large scale
24 sequencing studies of exome sequencing,

Page 208

1  and in some cases whole genome
2  sequencing, has so many different types
3  of mutations that you can actually
4  categorize the mutations according to
5  their carcinogenic agent.
6           So benzopyrenes have a
7  particular mutational signature.  And so
8  you can actually see which forms of lung
9  cancer are caused by that signature and
10 which forms aren't.
11          So for example, nonsmokers
12 can get lung cancer, but smokers are
13 about 20 to 25 times more likely to get
14 cancer, and the cancers that come from
15 smoking have a characteristic molecular
16 signature, whereas the cancers that come
17 from -- that come in nonsmokers do not
18 have the character -- do not have the
19 same signature.  So you can tell them
20 apart easily.
21      Q.   And even different types of
22 cancer that are caused by smoking have
23 the -- that same molecular signature?
24      A.   No, not all signature -- not

Page 209

1  all smoking-associated cancers have the
2  mutational signature of smoking.  Only
3  the aerodigestive malignancies.
4       Q.   So there are some type of
5  lung cancer that may be caused by smoking
6  that don't -- aren't caused by that same
7  mutation?
8       A.   No, no, I didn't say that.
9  All --
10      Q.   Okay.  I'm just trying to
11 understand.
12      A.   All smoking-associated lung
13 cancers have the benzopyrene signature.
14 I don't remember the number.  They have
15 different -- different -- there is
16 several major groups that have been doing
17 this work, and they have different
18 numbers of the signatures.
19          So actually one of the
20 references that I cite has one of the
21 numbering systems.  So I can't tell you
22 the number.
23          But there's -- if you looked
24 at -- actually if you go to Cosmic, which

Benjamin G. Neel, M.D., Ph.D.

1   is the website in my report, it has a
2   whole section on mutational signatures
3   and it tells you which ones are smoking
4   associated.
5          Q.   And --
6          A.   And -- and the -- so the
7   small cell lung cancer, squamous cell
8   lung cancer and many but not all
9   adenocarcinomas of the lung are caused by
10  smoking largely.
11         There are some lung cancers
12  that are probably caused by radon and
13  others that are -- we don't know the
14  pathogenesis yet.
15         Q.   What about when smoking is a
16  cocarcinogen?
17         A.   Yeah, so it's less --
18  less -- what do you mean by cocarcinogen?
19         Q.   For example, you agree that
20  smoking and asbestos together cause --
21  are more likely to cause cancer than
22  either by themselves?
23         A.   So smoking plus asbestos are
24  dramatically cocarcinogenic for lung

1   cancer. And I don't know if there's been
2   a detailed study of smoking plus asbestos
3   lung cancer that's been sequenced.
4          But I would strongly suspect
5   that mutational signature of benzopyrenes
6   is there. But I don't know that. I
7   don't know if it's been done.
8          Q.   So do we need to discount
9   any literature in which sequencing has
10  not been done yet for any type of cancer?
11         A.   Discount it from the
12  standpoint of what?
13         Q.   Is it not reliable?
14         A.   It depends what the question
15  is. I mean, what aspect of the cancer
16  are you asking about?
17         Q.   I'm just asking that, if
18  literature, epidemiological literature
19  particularly, doesn't include the
20  molecular knowledge gained by sequencing
21  and other methods, should it be
22  discounted?
23         A.   Discounted in terms of what?
24         Q.   Should it not be considered

1   reliable?
2          A.   No. It's reliable insofar
3   as it's epidemiological evidence one way
4   or another for a particular disease.
5          But I should add there's
6   been extensive sequencing of ovarian
7   cancers over -- I don't remember if it
8   was 400 -- I'm blocking on whether it's
9   450 or 600 cases are in the literature.
10  It's easy to find. So it's not like
11  ovarian cancer has been sequenced.
12  That's how we know that the Type 1 tumors
13  and Type 2 tumors have completely
14  different mutational profiles.
15         Q.   Okay. Well, the second
16  sentence in that paragraph is, "Studies
17  including epidemiological reports that
18  treat ovarian cancer as a single entity
19  should, in my opinion, be viewed with
20  skepticism."
21         And I guess my question
22  would -- because we have the sequencing
23  that -- sequencing that you're referring
24  to, should epidemiological studies that

1   are treating ovarian cancer as a single
2   entity be discounted?
3          A.   I didn't say that.
4          I said they should --
5          Q.   Well, I'm kind of -- I'm
6   sorry. I'm trying to --
7          A.   I stand by the wording in my
8   report.
9          Q.   Well --
10         A.   They should be viewed with
11  skepticism --
12         Q.   Well, I'm trying to --
13         A.   -- because they're not the
14  same disease.
15         Q.   I'm trying to determine what
16  you mean by "viewed as skepticism." Are
17  they less reliable --
18         A.   They are less scientifically
19  plausible.
20         Q.   They're less scientifically
21  plausible?
22         A.   It is less plausible. It is
23  implausible that a single agent acting
24  via a single carcinogenic mechanism would

Benjamin G. Neel, M.D., Ph.D.

Page 214

1  cause dramatically different mutational
2  processes leading to dramatically
3  distinct mutational signatures.
4        Type 1 tumors and Type 2
5  tumors originate in different cell types.
6  That's pretty clear.  And they have
7  dramatically different mutational
8  signatures.
9        The fact that they have
10 different mutational signatures means
11 that they're caused by different
12 molecular processes.
13       Therefore, it is highly
14 unlikely that a single agent acting via a
15 single pathogenic mechanism would lead to
16 distinct molecular signatures acting in
17 different cells of origin.
18       Q.   Are there risk factors and
19 protective risk factors for epithelial
20 ovarian cancer that cross all types in
21 your opinion?
22       A.   I don't really -- I can't --
23 you know, not coming to mind right away,
24 not that I know of, no.

Page 215

1        Q.   So --
2        A.   Well, so -- for example, let
3  me just -- what do you mean by all types?
4  So for example, the -- you know, obesity
5  is associated with, you know,
6  endometrioid and clear cell.  But those
7  are the same type of pathogenic
8  mechanisms.
9        Q.   How about the reproductive
10 risk for protective factors, for example,
11 parity, oral contraceptive use, that
12 appear to apply to all subtypes,
13 histologic subtypes, as well as Type 1
14 and Type 2.  Would you agree?
15       A.   Yeah, I think parity
16 probably does.  But I -- that's not clear
17 that could be a single entity either.
18 That could be more than one entity.  In
19 one case, it could be incessant
20 ovulation.  In the other case, it could
21 be the weak -- it could be that both
22 mechanisms have been purported to explain
23 the parity effect could operate
24 differently in different Type 1 and Type

Page 216

1  2 tumors.
2        Q.   What about age?
3        A.   Well, age is -- age is just
4  due to the accumulation of mutations.
5  All mutations are more common with age.
6  So age is -- age is a contributor to all
7  forms of cancer, but that's because the
8  chances of accumulating the necessary
9  mutations by any mutational process
10 increase with age.
11       Q.   What about BRCA1 and 2?
12       A.   BRCA1 and 2 are primarily
13 Type -- Type 2 tumors.
14       Q.   And only serous?
15       A.   Well, some people would
16 call, you know, the peritoneal carcinomas
17 and the carcinosarcomas separate.  But I
18 think molecularly they -- most people
19 would view them as Type 2 tumors,
20 effectively the same as serous cancer,
21 yes.
22       Q.   And you're including --
23       A.   High grade serous, not the
24 low grades.

Page 217

1        Q.   And you're including
2  endometrioid and clear cell with the Type
3  1 tumors?
4        A.   No.  Oh, with the Type 1,
5  yeah.  Sorry.  Yeah, I'm a little -- it's
6  a little -- it's the postprandial thing.
7  I shouldn't have eaten anything.
8        Q.   Let's go to your report on
9  Page 14.  And you begin Section 3, talc
10 and ovarian cancer.  And it looks like to
11 me this is where you put your major
12 opinions in bold.  And it says "Opinion."
13       In the paragraph that
14 states, "Talc is chemically inert and
15 nongenotoxic," you have three references
16 there.
17       This morning you testified
18 that you only saw the Health Canada risk
19 assessment yesterday and that you had not
20 read it, correct?
21       A.   I think that I -- I didn't
22 see the Health Canada actual text.  I
23 must have seen something that said it was
24 possibly carcinogenic, but I don't know

Benjamin G. Neel, M.D., Ph.D.

Page 218

1  where I saw that.  It might be -- I'm
2  citing the paper.  I think it's the
3  Taher, et al., paper.  That's what I
4  assume it is.
5      Q.  Well, that's what I'm trying
6  to establish.  So that when you said
7  Health Canada reviewed the literature,
8  you haven't actually read the Health
9  Canada assessment, right?
10      A.  I read the -- was it Taher?
11  What are you calling it?
12      Q.  Taher.
13      A.  Taher.  I read the Taher, et
14  al., paper --
15      Q.  Okay.
16      A.  -- that said that it was
17  funded by Health Canada.
18      Q.  So that's -- that's wrong
19  that Health Canada reviewed the
20  literature, correct?
21      A.  It says, "The Taher, et al.,
22  manuscript that was funded by Health
23  Canada."
24          So that's what I'm referring

Page 219

1  to.
2      Q.  Okay.  So is it your
3  understanding that Health Canada
4  commissioned Taher and his group to do a
5  meta-analysis, and that's what Health
6  Canada relied on in part on their risk
7  assessment, correct?
8      A.  That's my understanding,
9  yes.
10      Q.  But each time that you're
11  referring to Health Canada in your
12  report, you're actually referring to the
13  Taher paper?
14      A.  That's correct.
15      Q.  Because you have not read --
16  actually read the Health Canada risk
17  assessment?
18      A.  That's correct.  I read the
19  Taher, et al., manuscript, funded by
20  Health Canada, as it says in my report.
21      Q.  Okay.  Well, your report
22  actually says Health Canada had reviewed
23  the literature.
24      A.  So I -- maybe it was --

Page 220

1  could have been a little bit --
2      Q.  Yeah.
3      A.  -- sloppy writing.
4      Q.  And it says, "It focuses
5  primarily on a meta-analysis by Taher."
6  So it -- but you're saying that you meant
7  Taher reviewed the literature, not Health
8  Canada?
9      A.  Yes.
10      Q.  Okay.  Let's go ahead and
11  mark the three documents that you
12  referred to in that paragraph now that we
13  have it clear that it wasn't the Health
14  Canada, it was the Taher article.
15          (Document marked for
16      identification as Exhibit
17      Neel-18.)
18  BY DR. THOMPSON:
19      Q.  The first is the letter that
20  you referred to as -- from the FDA to
21  Samuel Epstein will be Exhibit 18.
22          DR. THOMPSON:  The IARC
23      Volume 93 published in 2010.
24          MS. SHARKO:  No, no, no,

Page 221

1  you're marking your notes.
2          DR. THOMPSON:  Oh, see
3  you're looking after me.
4          MS. SHARKO:  I'm watching
5  out for you.
6          (Document marked for
7      identification as Exhibit
8      Neel-19.)
9          DR. THOMPSON:  19 then will
10  be the -- will you all take all of
11  these.
12          -- will be the IARC 2010
13  monograph on non-asbestiform talc.
14          (Document marked for
15      identification as Exhibit
16      Neel-20.)
17          DR. THOMPSON:  And the third
18  will be the Taher systematic
19  review and meta-analysis that was
20  commissioned by Health Canada.
21  That's all I have with that one.
22  BY DR. THOMPSON:
23      Q.  So let's go to your first
24  opinion.  That talc is chemically inert.

56 (Pages 218 to 221)

Benjamin G. Neel, M.D., Ph.D.

Page 222

1        What do you mean by
2    chemically inert?
3        A.   I mean it doesn't directly
4    damage -- in the context of this
5    statement it doesn't directly damage DNA.
6    It doesn't cause DNA damage.
7        Q.   Is it biologically inert in
8    your opinion, or are you -- are you using
9    those two terms interchangeably?
10       A.   No, I'm saying the -- no,
11   I'm not using those terms
12   interchangeably.
13       Q.   Okay.
14       A.   In the -- in the context
15   of -- you know, in the body it can cause
16   granulomatous inflammation or granulomas.
17   But that's not the kind of inflammation
18   that's associated with carcinogenesis.
19       But it doesn't -- it's --
20   it's chemically inert in the sense that
21   if you have it on the table, it's not
22   highly reactive with, you know, typical
23   substances.  So --
24       Q.   So --

Page 223

1        A.   And if you put it on cells
2    it doesn't damage DNA.
3        Q.   Okay.  So to you chemically
4    inert here is being used as not directly
5    damaging DNA?
6        A.   Not directly or indirectly
7    damaging DNA.  And that's in the context
8    of this statement.  But it's also
9    chemically inert in the sense that it's
10   not highly reactive with most substances.
11   So...
12       Q.   Okay.  So not directly or
13   indirectly damaging DNA in the cell.  And
14   not reactive chemically --
15       A.   With most substances.
16       Q.   With most substances, okay.
17       But you would agree that
18   it's not biologically inert?
19       A.   No, not in certain
20   locations.  It can cause -- it's a
21   foreign body and it can cause a foreign
22   body reaction.
23       Q.   In -- so that you -- you
24   agree that talcum powder does cause an

Page 224

1    inflammatory reaction of some type in
2    human --
3        A.   It causes -- sorry.
4        Q.   -- and animal tissues?
5        A.   It causes granulomatous
6    reactions.  Some people would call that
7    an inflammatory reaction.  Some people
8    would call it a foreign body reaction.
9    Some people just call it a granuloma.
10       But it's not the kind of
11   inflammation that Balkwill or Hanahan
12   were referring to in terms of
13   carcinogenesis.
14       Q.   And it certainly causes an
15   acute inflammatory reaction as well?
16       A.   It causes granulomatous
17   inflammation.
18       Q.   When it's used for
19   pleurodesis, what type of reaction is it?
20       A.   It's a granulomatous and
21   fibrotic response.
22       Q.   Okay.  So granulomatous and
23   fibrotic response.
24       And what's your basis for

Page 225

1    your statement that that is not the type
2    of response that Balkwill and others are
3    talking about?
4        A.   Because the type of -- I'm
5    aware of the literature about
6    inflammation and cancer.  And that's
7    typically type -- you know, the sort of
8    infiltration with activated macrophages,
9    infiltrated neutrophils.  That's not the
10   kind of thing you get in a chronic body
11   reaction.
12       And there's -- and even more
13   to the point, there's no association of
14   granulomas with ovarian cancer that has
15   been published to my knowledge.
16       Q.   But can you direct me to a
17   particular article?
18       A.   I'd have to, you know, go
19   back and look at my literature to give
20   you a -- I can't give you that offhand.
21       But it's general knowledge
22   that granulomas are not associated with
23   ovarian cancer pathogenesis.
24       Q.   But you do agree that

57 (Pages 222 to 225)

Benjamin G. Neel, M.D., Ph.D.

Page 226

1  granulomas and granulomas caused by talc
2  are well reported in ovarian pathology?
3      A.   No, I would not agree with
4  that at all.  Absolutely not.
5      Q.   You are telling me that talc
6  granulomas are not reported in ovarian
7  tissue?
8      A.   Not to my knowledge.  And,
9  in fact, the case -- the literature that
10  I cited in my report, I'd have to pull
11  out the exact references, reported talc
12  particles in the ovary with no associated
13  granulomatous inflammation.
14      Q.   Have you looked at a GYN
15  pathology textbook lately?
16      A.   I would have no occasion to
17  look at a GYN pathology textbook.
18      Q.   Would it surprise you if
19  virtually every GYN pathology textbook
20  would have a section on foreign body
21  granulomas including talc?
22      A.   I would have to look at
23  exactly what you're talking about.
24      Q.   I didn't bring a textbook

Page 227

1  but I do have an example.
2      Do those opinions that, in
3  your words, talc is chemically inert,
4  apply to Johnson's Baby Powder in your
5  opinion?
6      A.   Yes.
7      Q.   And apply to Shower to
8  Shower I assume?
9      A.   Yes.
10      Q.   Would that opinion apply to
11  fibrous talc?
12      A.   As I said earlier today,
13  I'm -- I'm referring to any of the talc
14  that was used in the studies that I
15  evaluated for the purposes of writing my
16  report.  So it does not say one way or
17  the other fibrous talc.  It has to do
18  with the specific experiments that are
19  cited in my report that have to do with
20  talc and ovarian cancer pathogenesis.
21      Q.   So it's fair to say that you
22  don't have an opinion as to whether
23  fibrous talc is chemically inert?
24      MS. SHARKO:  Object to the

Page 228

1  form.  Misstates the testimony.
2      THE WITNESS:  Can you repeat
3  the question?
4  BY DR. THOMPSON:
5      Q.   Well, let me just ask it.
6  Is -- is fibrous talc chemically inert?
7      A.   I -- I have no specific
8  opinion on fibrous talc.  My opinions
9  are -- are related to the talc that was
10  used in the papers that I reviewed and
11  the epidemiological studies that I
12  reviewed.  And whatever is in those
13  products my opinion relates to.
14      Q.   Okay.  Is asbestos
15  chemically inert, or do you not have an
16  opinion?
17      A.   I have an opinion -- it's --
18  it's not cellularly inert.  But I don't
19  have -- I don't have a great deal of
20  detailed knowledge on asbestos
21  pathogenesis.  That's not the topic of my
22  research and that's not the topic of my
23  analysis for the purposes of this report.
24      Q.   So for this case you are not

Page 229

1  going to be giving opinions as to the
2  cellular effects of asbestos; is that
3  fair to say?
4      A.   That's correct.
5      (Document marked for
6  identification as Exhibit
7  Neel-21.)
8  BY DR. THOMPSON:
9      Q.   Exhibit 21 is an article
10  titled "Foreign Body Granulomas in Normal
11  Ovaries."  I don't want to spend a whole
12  lot of time with this.
13      You can look over at -- it
14  describes a study at Hopkins, published
15  in Obstetrics and Gynecology, that ACOG
16  Green Journal, that looked at 100
17  consecutive cases of oophorectomy for
18  benign disease.  And they found that, I
19  believe it was 9 percent of normal
20  ovaries had cortical granulomas
21  containing a foreign body-type giant cell
22  and associated with a foreign body which
23  consisted of magnesium silicate that they
24  postulated was talc or asbestos.

58 (Pages 226 to 229)

Benjamin G. Neel, M.D., Ph.D.

Page 230

1         Does that sound like a fair
2    summary of this paper?
3         A.    Well, I don't know.  I'd
4    have to sit here and read it to really be
5    clear.
6         I mean, you know, I'm not
7    going to be able to accept your
8    conclusions without reading the whole
9    paper.
10        Do you want me to read the
11   paper?
12        Q.    Probably not.  Let's see if
13   we can just find a summary statement
14   that's not mine, that's the authors.
15        A.    Well, I'm not going to agree
16   until I read the whole paper.  Because
17   the summary statement would be their
18   opinions of the data, not mine.
19        Q.    Okay.  Do you agree that
20   this paper reports foreign body
21   granulomas in normal ovaries from Johns
22   Hopkins?
23        A.    That's the title of, but I
24   mean, just -- that's the title of the

Page 231

1    paper.  But again I just want to -- just
2    in casually pursuing it, cases, on the
3    first page, it says, "Cases in which
4    there were foci of reticular stroma with
5    or without inflammation" -- oh, sorry.
6         Q.    Yeah.
7         A.    "Cases in which there were
8    foci of reticular stroma with or without
9    inflammation that have been classically
10   referred to as 'cortical granulomas' but
11   have been referred to as endometriosis by
12   others."
13        And in cases, and then notice these
14   giant cell ones which may be cortical --
15   which may be, you know, granulomas.
16   But there's -- it seems --
17        Q.    Well, Group -- Group 3 --
18        MS. SHARKO:  Let him finish.
19   He said, "but there."
20        THE WITNESS:  Group 3 says
21   has been described -- I'm not a
22   gynecological pathologist.  I
23   can't comment on whether that's
24   really endometriosis or not.

Page 232

1    BY DR. THOMPSON:
2         Q.    Well Group 3 had granulomas.
3    Group 4 had a foreign body.
4         A.    There's nothing in there
5    that says that that's caused by talc.
6         MS. SHARKO:  If we're going
7    to use the paper, why don't you --
8    BY DR. THOMPSON:
9         Q.    Okay.  Go ahead and take --
10   go ahead and take a minute to review it.
11        A.    All right.  There's -- I
12   mean there's no evidence that this is --
13   there's nothing that says that it's
14   caused by talc.
15        MS. SHARKO:  Wait.  First,
16   read the paper.  Then she'll ask
17   you a question.  Okay.  There's no
18   question pending.  I don't think.
19        DR. THOMPSON:  I don't think
20   so either.  But I'm not sure.
21        MS. SHARKO:  Okay.  Well if
22   there is, you'll ask it again.
23   BY DR. THOMPSON:
24        Q.    So did this article report

Page 233

1    on foreign body granulomas that, when
2    tested using computer-assisted x-ray
3    analysis of the crystalline foreign body,
4    they were determined to be composed
5    largely of magnesium and silicone.
6         A.    Yes.  Okay.  Well, that's
7    what the paper says.  I am not an expert
8    in how one decides what a particle is.
9    So I can't comment whether this is
10   consistent with talc or not.
11        Q.    Okay.
12        A.    But I will -- can I finish?
13        I will notice that
14   44 percent of these patients had a
15   previous laparotomy -- a previous
16   laparotomy so that raised -- they could
17   have gotten from talc from the talcum
18   powder in the surgical gloves which was
19   probably present at the time.
20        So this is -- you know, I
21   don't think it's questionable that talc
22   can cause granulomas.  The question is
23   whether perineal talc causes granulomas.
24   And there's absolutely no evidence in

59 (Pages 230 to 233)

Benjamin G. Neel, M.D., Ph.D.

Page 234

1  this paper that I can see from my reading
2  that perineal talc causes granulomas in
3  the ovary.
4      Q.   But talc can cause granuloma
5  in the ovary, correct?
6      A.   I think that's -- yeah, talc
7  can definitely cause granulomas probably
8  in many body cavities, but I just to --
9  can I also -- can I finish, please?
10     Q.   There's no question on the
11 table.
12     A.   You just asked a question.
13     Q.   Well, you answered it.
14     A.   No.
15         MS. SHARKO:  You can -- no.
16 Finish your answer.
17         THE WITNESS:  The finishing
18 of my answer is that I think the
19 relevant point is foreign body
20 granulomas in normal ovaries,
21 there's absolutely no evidence in
22 these ovaries of pre neoplastic
23 changes.  So I think this actually
24 strongly supports my argument.  It

Page 235

1      doesn't argue against it.
2  BY DR. THOMPSON:
3      Q.   Are there pre-neoplastic
4  changes that can be observed in ovaries?
5      A.   In ovaries, yes.
6      Q.   What are those?
7      A.   So some cortical inclusion
8  cysts can show evidence of metaplastic
9  change.  But I -- they didn't just remove
10 the ovaries.  I assume they removed the
11 fallopian tubes too.  You don't need to
12 just remove ovaries.
13     Q.   You have no idea whether
14 they did or not, do you?
15     A.   Well, give me some time
16 here.  I don't know, but as a -- you
17 know, as a gynecological oncologist, you
18 would know that.
19     Q.   And you're not a GYN
20 pathologist as you just stated?
21     A.   That's correct.
22     Q.   Does the opinion about talc
23 being chemically inert, would that apply
24 to heavy metals like chromium, nickel, or

Page 236

1  cobalt?
2      A.   As again, my opinions are
3  based on and restricted to the talc that
4  was used in the papers that I reviewed
5  and epidemiological that I
6  commented on in my report.  So I can't
7  comment on any of these other questions
8  involving heavy metals or stuff like
9  that.
10     Q.   I understand.  But I'm going
11 to ask them regardless.
12     A.   That's fine.
13     Q.   So be patient.
14     A.   I'm patient.
15     Q.   So it's really irrelevant to
16 you whether or not talcum powder products
17 like Johnson's Baby Powder contain heavy
18 metals?
19     A.   It's irrelevant to me in the
20 context of whether they cause ovarian
21 cancer, because I'm basing my opinion on
22 the biological experiments using said
23 products and the epidemiological studies
24 that included or were focused on mainly

Page 237

1  the use of said products.
2      Q.   And it's irrelevant as far
3  as a biologically plausible mechanism as
4  well.  Would you agree with that
5  statement?
6      A.   My evidence -- my statement
7  on biological plausibility is based on
8  the purported evidence supporting the
9  case that talc is involved in ovarian
10 cancer, based on biological experiments,
11 or the absence of proof in those
12 experiments that talc causes any evidence
13 of ovarian cancer.
14         So it's based on that.
15     Q.   And are chemicals that are
16 known to be contained in Johnson's Baby
17 Powder as fragrances, would your opinion
18 that they're chemically inert also be
19 irrelevant?
20     A.   I'm not aware of what
21 chemicals are or are not in Johnson's
22 Baby Powder, so I can't comment on that
23 one way or the other.
24     Q.   So you don't have an opinion

60 (Pages 234 to 237)

Benjamin G. Neel, M.D., Ph.D.

Page 238

1　as to whether styrene, cumarin, eugenol,
2　d-limonene, p-Cresol, musk ketone, and
3　benzophenone, which are all possible or
4　known carcinogen, would render talcum
5　powder not chemically inert?
6　　　　MS. SHARKO:  Object to the
7　　form of the question.
8　BY DR. THOMPSON:
9　　Q.　Did you understand the
10　question?
11　　A.　That was sort of a double
12　negative.
13　　Q.　It was.
14　　A.　I'm trying to parse it.
15　And, you know --
16　　Q.　Fair enough.
17　　A.　-- my blood sugar dropped
18　after lunch.
19　　Q.　Right.
20　　A.　It's hard enough.
21　　Q.　Are chemicals such as --
22　that are known to be possible or
23　suspected carcinogens -- are chemicals
24　like styrene, cumarin, eugenol,

Page 239

1　d-limonene, p-Cresol, musk ketone, and
2　benzophenone chemically inert?
3　　　　MS. SHARKO:  I object to the
4　　form of the question.  It lacks
5　　foundation and it assumes facts
6　　not in evidence.
7　　　　THE WITNESS:  I am not a
8　　toxicologist.  So I can't comment
9　　on any of those specific
10　　chemicals.
11　BY DR. THOMPSON:
12　　Q.　So --
13　　A.　And I don't have any
14　knowledge as to whether or not they're in
15　Johnson & Johnson products.  So I can't
16　comment.
17　　Q.　So you would not be giving
18　any opinions as to whether those
19　chemicals that I just named off were
20　chemically inert or not?
21　　A.　No, I will not be giving an
22　opinion on that.
23　　Q.　Did you perform any studies,
24　experiments to test whether talcum powder

Page 240

1　products are chemically inert?
2　　A.　No, I --
3　　　　MS. SHARKO:  Objection.
4　　Asked and answered.
5　　　　THE WITNESS:  As I explained
6　　this morning it's impossible for
7　　me to do any experiments under the
8　　conditions of my contractual
9　　obligation to be an expert witness
10　　in this case.
11　　　　So, no, I did not perform
12　　any experiments, nor do I plan to.
13　BY DR. THOMPSON:
14　　Q.　Can you refer me to studies
15　that explicitly state that Johnson's Baby
16　Powder and Shower to Shower products are
17　chemically inert?
18　　A.　No, I cannot refer you to
19　studies that state that.
20　　Q.　Regarding your opinion, talc
21　does not cause mutations, you describe in
22　your report that cancer is a disease that
23　involves mutations and specific genes,
24　right?

Page 241

1　　A.　Yes.
2　　Q.　And --
3　　A.　Where are we in my report,
4　please, so I can follow along.
5　　Q.　We're still on Page 14 with
6　those opinions --
7　　A.　Oh, okay.  All right.
8　　Q.　-- opinions in bold?
9　　A.　I see.  Sorry, yeah.
10　　Q.　Do you agree that
11　carcinogens can be genotoxic or
12　non-genotoxic?
13　　A.　Promoters can be -- again,
14　it comes down to a little bit of a
15　semantic argument.  I mean, primary
16　carcinogens are mutagens.  Some people
17　would -- as I said earlier this morning,
18　some people would class tumor promoters
19　that are not direct mutagens, as
20　carcinogens.
21　　　　So I prefer to discriminate
22　between initiating events and promotion
23　events.
24　　Q.　With a definition of

61 (Pages 238 to 241)

Benjamin G. Neel, M.D., Ph.D.

Page 242

1    carcinogenesis that includes initiation
2    and promotion, can you agree that
3    carcinogen can either be genotoxic or
4    non-genotoxic?
5         A.   Yes.
6         Q.   But your opinion is for
7    initiation purposes, that carcinogens
8    have to be genotoxic; is that correct?
9         A.   Yes.
10        Q.   And you are 100 percent
11   confident in that opinion?
12        A.   They have to be directly or
13   indirectly genotoxic.  They have to cause
14   damage to DNA, otherwise they are not
15   carcinogens.
16        Q.   And what do you -- what do
17   you mean by indirectly genotoxic?
18        A.   If they indirectly cause
19   reactive oxygen generation and the
20   reactive oxygen species cause the --
21   cause the mutations, that would be
22   indirectly genotoxic.
23        Q.   Wouldn't -- wouldn't some
24   scientists refer to that indirect

Page 243

1    mechanism as non-genotoxic?
2         A.   I -- I can't comment on what
3    other scientists would refer to.  If you
4    want to give me a specific literature
5    reference I can help out on that.
6         Q.   Okay.  I may need some help
7    with that one.  Because I believe that
8    I've seen that in the literature.
9              And does the opinion that
10   talc does not cause mutations apply to
11   Johnson's Baby Powder?
12        A.   It applies -- my opinions
13   again -- I'm sorry to be repetitive --
14   but my opinions refer to any of the
15   studies, epidemiological or biological,
16   that included Johnson & Johnson baby --
17   baby product and baby -- baby shower, and
18   to talc used in said studies that was not
19   from Johnson & Johnson.
20        Q.   You would agree that your
21   opinion that talc does not cause
22   mutations is not based on epidemiological
23   literature, right?
24        A.   I don't believe that

Page 244

1    epidemiological studies can address that
2    question directly.
3         Q.   That -- that was -- yeah.
4    That answered my question.  Thanks.
5         A.   I -- well, not standard
6    epidemiological studies.  New types of
7    epidemiological approaches could in
8    principle do that.  But that would be a
9    new approach.
10        Q.   So you're really referring
11   to the cellular studies when you give the
12   opinion that talc does not cause
13   mutation, correct?
14        A.   Yes.  And the fact that it
15   was tested in the Ames test for example,
16   and other standard toxicity tests.
17        Q.   I'll get to that in a
18   minute.
19              Does that opinion apply to
20   asbestos?
21        A.   I have no opinion
22   specifically on asbestos, as I told you
23   earlier.
24        Q.   And same thing with talc

Page 245

1    fiber or fibrous talc?
2         A.   Again, as I said earlier, my
3    comments are not relevant to that -- or
4    not --
5         Q.   How about heavy --
6         A.   My comments are not germane
7    to -- I have no comments on that.  Sorry.
8         Q.   And -- no apologies needed.
9              And how about the chemical
10   carcinogens that are possibly in Baby
11   Powder?
12        A.   I --
13        MS. SHARKO:  Object.  Object
14   to the form of the question.
15   Lacks foundation.
16        THE WITNESS:  So, same --
17   same answer as I said before.
18   My -- my opinions are restricted
19   to Johnson & Johnson products,
20   effects on cellular or animal
21   models in the context of mutation
22   generation.
23   BY DR. THOMPSON:
24        Q.   And did you perform any

62 (Pages 242 to 245)

Benjamin G. Neel, M.D., Ph.D.

Page 246

1  studies testing whether talcum powder
2  products cause mutations?
3           MS. SHARKO:  You know, asked
4  and answered.  This is about the
5  seventh time you've answered that.
6           DR. THOMPSON:  The question
7  has not been --
8           MS. SHARKO:  He has not done
9  any studies other than research.
10          DR. THOMPSON:  I'm -- but
11 I'm allowed to ask about a test
12 for mutations.  It's not the same
13 question.
14 BY DR. THOMPSON:
15      Q.   Go ahead.
16      A.   I have performed no studies
17 on Johnson & Johnson Baby Powder, baby
18 showers, any Johnson & Johnson product or
19 any form of talc in my own laboratory,
20 because I am prohibited from so doing as
21 a consequence of my institution's
22 conflict of interest rules.
23      Q.   Can you refer me to any
24 study that explicitly states that

Page 247

1  Johnson's Baby Powder and Shower to
2  Shower don't -- do not cause mutations?
3       A.   Not offhand, no.
4       Q.   Your next opinion is that
5  talc is not genotoxic.  And you state as
6  support of that, that -- on Page 16, that
7  "talc is universally acknowledged to be
8  non-genotoxic in standard mutagenesis
9  assays."
10           What assays are you
11 referring to?
12      A.   These are the genes test
13 which is a test of mutations.  I forgot
14 the name of the test, but it's a test of
15 chromosomal segregation defects.
16      Q.   And you --
17      A.   Actually, I just want to
18 state that, again, all of the regulatory
19 agencies agree with that statement,
20 including the FDA, and -- well, certainly
21 IARC.
22      Q.   Do you agree that standard
23 genotoxicity tests are not reliable for
24 the determination of the genotoxicity of

Page 248

1  particles and fibers?
2           MS. SHARKO:  Wait.  I
3  couldn't -- somebody coughed and I
4  couldn't hear the question.  Can
5  you say it again?
6  BY DR. THOMPSON:
7       Q.   Do you agree that standard
8  genotoxicity tests are not reliable for
9  the determination of the genotoxicity of
10 particles and fibers?
11      A.   I'm not an expert on
12 toxicology.  So I don't have a lot of
13 experience with genotoxicity of particles
14 and fibers.
15           But my point was that it's
16 not genotoxic, and that I stand by.
17      Q.   So you're saying it's not
18 genotoxic, but you don't have any
19 experience with genotoxicity of particles
20 and fibers?
21      A.   No, I'm saying that the
22 standard genotoxicity assays were done on
23 talc and it's not genotoxic.  Scientists
24 reach conclusions based on assays and

Page 249

1  experiments, not based on suppositions or
2  hypotheses.
3       Q.   My question was, are you
4  aware that the genotoxicity testing is
5  not accurate with particles and fibers?
6           MS. SHARKO:  So I object to
7  the form of the question.  That's
8  not what you asked him.  If that's
9  your question, he'll be happy to
10 answer that.
11          DR. THOMPSON:  Okay.  I'll
12 ask that question then.
13 BY DR. THOMPSON:
14      Q.   Are genotoxicity tests
15 accurate when testing particles and
16 fibers?
17      A.   Accurate in terms of what?
18      Q.   Reliable.
19      A.   Reliable in terms of what?
20      Q.   Well, your statement is
21 "talc is universally acknowledged to be
22 non-genotoxic in standard mutagenesis
23 assays."
24           And I'm asking you, do you

63 (Pages 246 to 249)

Benjamin G. Neel, M.D., Ph.D.

1   have knowledge regarding the reliability
2   of those tests in products that are --
3   have particles or fibers?
4       A.   The tests are extremely
5   reliable.  They measure genotoxicity.
6   Whether you use a particle, fiber, any
7   chemical, they measure genotoxicity.
8       Q.   Okay.
9       A.   That's not -- the issue is
10  whether there are other types of assays
11  that might yield a different result, and
12  I have no expertise on particles and
13  fibers beyond the fact that standard
14  assays of genotoxicity do not show any
15  mutagenesis.
16          And that's -- that's true to
17  the best of my knowledge.
18          (Document marked for
19          identification as Exhibit
20          Neel-22.)
21  BY DR. THOMPSON:
22      Q.   This is -- I just marked
23  Exhibit 22.  It is an article titled
24  "Mechanisms of Genotoxicity of Particles

1   and Fibers."
2          Have you seen this article
3   before?
4       A.   No.
5       Q.   Do you -- would you like to
6   take a minute to look through it?
7       A.   I mean it will take me at --
8   at least an hour to read this paper.
9       Q.   Okay.  Well, we won't spend
10  an hour.  Let's just go to the chart --
11         MS. SHARKO:  Well, no, it's
12  not fair to ask him about it if
13  he's not seen it before or read
14  it.
15         DR. THOMPSON:  Okay.  We'll
16  go off the record for an hour
17  then.  It will be fine.
18         MS. SHARKO:  No, why should
19  we go off the record?  You want to
20  use this --
21         DR. THOMPSON:  Because
22  that's what we've always done when
23  an expert needs longer time to go
24  through an article than seems to

1   be reasonable.
2          MS. SHARKO:  No, I -- I
3   disagree.  I don't know that
4   that's what we've always done.  If
5   you want to use your deposition
6   time to have him read it, then
7   we're not going off the record.
8          DR. THOMPSON:  I'm going to
9   use my deposition time to have him
10  look at the chart on Page 70.
11         THE WITNESS:  I can see the
12  chart.
13  BY DR. THOMPSON:
14      Q.   Is that chart consistent
15  with what your opinions would be
16  regarding genotoxicity of particles and
17  fibers?
18      A.   As I said, I'm not an expert
19  in particle and fibers.  And I have no
20  comment on this paper because I would
21  have to really read the entire thing.
22  And also I would have to go through the
23  literature and see what's been written
24  since 2012 -- 2002 on this subject.

1          Again, 2002 is a long time
2   ago in cancer biology.  And I have no
3   knowledge offhand whether this is even
4   considered to be state of the art.
5       Q.   Okay.  All right.  We'll
6   move on.
7       A.   So I have no comment.
8       Q.   We'll move on.  Did you
9   perform any studies to test whether
10  talcum powder products are not genotoxic?
11         MS. SHARKO:  Objection.
12  Asked and answered.
13  BY DR. THOMPSON:
14      Q.   You can answer again.
15      A.   As I said --
16      Q.   You don't have to give the
17  explanation.  Just say yes or no.
18      A.   No.
19         MS. SHARKO:  No, you should
20  give a complete answer.  You can't
21  just keep asking a question and
22  hope for a sound byte.  He hasn't
23  done any studies.  We stipulated
24  that.

64 (Pages 250 to 253)

Benjamin G. Neel, M.D., Ph.D.

Page 254

1      MS. O'DELL:  Object to the
2  form, Susan.
3      DR. THOMPSON:  Hey, I don't
4  need the -- I do not need the
5  speaking objection.
6      MS. O'DELL:  Or coaching the
7  witness.
8      MS. SHARKO:  He clearly
9  doesn't need coaching, especially
10  when you've asked the same
11  question like ten times.
12      MS. O'DELL:  Not that that's
13  restrained you at all.  It's
14  coaching the witness.  Object to
15  form is the appropriate objection.
16  BY DR. THOMPSON:
17      Q.   Can you refer me to any
18  studies that explicitly state that
19  Johnson & Johnson Baby Powder and Shower
20  to Shower are not genotoxic?
21      MS. SHARKO:  Objection.
22  Asked and answered.
23      THE WITNESS:  I think you
24  asked that already, but no.

Page 255

1  BY DR. THOMPSON:
2      Q.   And your opinion is that, on
3  Page 14, talc does not cause inflammation
4  in the female genitourinary tract.  What
5  are you basing that opinion on?
6      A.   I just want to clarify.  I
7  was referring -- I was a little -- not
8  very clear in saying I'm referring to the
9  type of inflammation that usually is
10  associated with cancer.
11      So talc will potentially
12  cause a foreign body granuloma in the
13  female genital tract.  But there's no
14  evidence that foreign body granulomas are
15  associated with ovarian cancer
16  pathogenesis.
17      So I may have been a little
18  loose with my terminology with that
19  particular part.  But the point is that
20  talc does not cause precancerous
21  inflammation or cancer-promoting
22  inflammation in the female genital tract.
23  That's my point.
24      Q.   Is that referring to female

Page 256

1  humans or would that include animals as
2  well?
3      A.   That would refer to both.
4      Q.   You do agree, then, that
5  talcum powder is known to be inflammatory
6  in other tissues?
7      MS. SHARKO:  Object to the
8  form.
9      THE WITNESS:  You have asked
10  that in a different way before.
11  But let me try to give the same
12  answer so that it's clear.
13      If you inject talc into a
14  body cavity, it can cause a
15  foreign body reaction, which some
16  people cause -- call granuloma --
17  granulomatous inflammation.
18      So yes, talc can cause
19  foreign body reactions or
20  granulomas.
21      However, to my knowledge,
22  there is no evidence that talc
23  causes other -- causes
24  cancer-associated inflammation,

Page 257

1  particularly in the female genital
2  tract where the direct experiment
3  has been done and indirect
4  experiments have been done.  And
5  the evidence, including some
6  evidence that you showed me, is
7  inconsonant with the idea that
8  it's causing cancer-promoting
9  inflammation.
10  BY DR. THOMPSON:
11      Q.   And you're familiar with the
12  animal studies done with talc, correct?
13      A.   Which animals studies?  I'm
14  familiar with several animal studies.  If
15  you want to cite a particular one, I'm
16  happy to talk about it.
17      (Document marked for
18  identification as Exhibit
19  Neel-23.)
20  BY DR. THOMPSON:
21      Q.   I'll mark as Exhibit 23 as
22  the Keskin rat study.  Have you seen this
23  one, Dr. Neel?
24      A.   Yes, I cite that in my

65 (Pages 254 to 257)

Benjamin G. Neel, M.D., Ph.D.

Page 258

1    report.
2        Q.   Okay.  And the Keskin
3    study -- did find that the rats that were
4    exposed to talc had evidence of foreign
5    body reaction and infection along with an
6    increase in inflammatory cells in the
7    genital tissues, right?
8        A.   So can we be -- let's --
9    let's just go through the findings
10   actually on page -- the first page.  "In
11   both groups exposed to talc, evidence of
12   foreign body reaction" --
13           MS. SHARKO:  Slow down.
14   Slow down.
15           THE WITNESS:  Sorry.
16           -- "and infection along with
17   an increase in inflammatory
18   cells."
19           So again, foreign body
20   reaction I've already stipulated
21   can be caused by talc.  However,
22   the infection causes the
23   inflammation.
24           So I mean, these rats got

Page 259

1    infected.  So infection will cause
2    inflammation.  But talc is not
3    known to cause infection, as far
4    as I know.
5            So this study is not
6    relevant to the issue, except for
7    the fact that it does cause
8    granulomas, which was seen in
9    other studies.
10   BY DR. THOMPSON:
11       Q.   So you think that the
12   infection is -- that resulted in these
13   animals were completely unrelated to the
14   talc?
15       A.   I can't comment on what the
16   sterile technique was in this laboratory
17   or what other agents they were exposed to
18   in this laboratory.
19           But I think that it's not
20   alleged as far as I understand that talc
21   causes infections as part of the
22   plaintiffs' case.
23       Q.   So you don't know one way or
24   the other, as far as this study, where

Page 260

1    the infection came from, correct?
2        A.   No.  But I do know that
3    infections cause inflammatory cells to
4    come there.  So you can't conclude
5    anything about the nature of the
6    inflammation.  If you have an infection,
7    you will definitely get white blood cells
8    coming in, as any first year medical
9    student knows.
10       Q.   Are you familiar with the
11   Hamilton study?
12       A.   Yes.
13       Q.   Another rat study.
14           (Document marked for
15   identification as Exhibit
16   Neel-24.)
17   BY DR. THOMPSON:
18       Q.   And in this study with
19   rats --
20           MR. ZELLERS:  Is this
21   Exhibit 24?
22           DR. THOMPSON:  I'm sorry.
23   Yes, Exhibit 24.
24   BY DR. THOMPSON:

Page 261

1        Q.   The treated animals showed
2    focal areas of papillary change on the
3    surface epithelium, correct?
4        A.   That's what they reported,
5    yes.
6        Q.   The authors did not conclude
7    that the papillary changes represented
8    first stage in development of a surface
9    papillary epithelial neoplasm, right?
10       A.   Excuse me?  Can you repeat
11   the question.
12       Q.   Yeah, the authors --
13       A.   And what review?  Refer
14   me --
15       Q.   Well, let's just -- let's
16   just read the authors' conclusions.
17       A.   Sure.
18       Q.   We'll just leave it at that
19   one.  I can't find my spot.
20           You mentioned earlier that
21   you did not know why the FDA removed
22   powder from exam and surgical gloves,
23   right?
24       A.   I didn't know that the FDA

66 (Pages 258 to 261)

Benjamin G. Neel, M.D., Ph.D.

Page 262

1    did it, and I certainly didn't know why
2    they did it.
3            (Document marked for
4        identification as Exhibit
5        Neel-25.)
6    BY DR. THOMPSON:
7        Q.   Exhibit 25 is the FDA
8    register.
9            MR. ZELLERS:  Do you have
10       copies?
11           DR. THOMPSON:  Oh, I do.
12       Sorry.
13   BY DR. THOMPSON:
14       Q.   Beginning on the bottom
15   right of that first page, "Banned
16   devices, powdered" -- sugar -- "surgeon's
17   gloves, powdered patient examination
18   gloves and absorbable powder for
19   lubricating surgeon's glove."
20           So does that tell you that
21   the FDA banned powder use on gloves?
22       A.   Sounds like it.
23           MS. SHARKO:  But again, he
24       hasn't seen this.  If you want to

Page 263

1    --
2            DR. THOMPSON:  Well, he can
3    tell me if he needs to -- he can
4    tell me if he needs to see it.
5            He doesn't even know how --
6    what my question is going to be.
7            The first was what was the
8    title of the regulation.
9            THE WITNESS:  The title is
10   "Banned devices:  Powdered
11   surgeon's gloves, powdered patient
12   examination gloves, and absorbable
13   powder for lubricating a surgeon's
14   gloves."
15   BY DR. THOMPSON:
16       Q.   So I -- I read it correctly
17   too, right?
18       A.   I think so.
19       Q.   And this was published
20   December 19th of 2016, right?
21       A.   Oh, I'm sorry, you're
22   asking?  December -- where does it say
23   where it's published?
24       Q.   At the top of the page.

Page 264

1        A.   Yes.  December 2016.
2        Q.   And in the first paragraph
3    on purpose, in the executive summary the
4    document states, "However" -- well, sorry
5    about that.
6            "Various types of powder
7    have been used to lubricate gloves so
8    that wearers could don the gloves more
9    easily."
10           MS. SHARKO:  Wait, where are
11       you?
12           THE WITNESS:  The bottom --
13           DR. THOMPSON:  The bottom of
14       the first paragraph under
15       executive summary, "Purpose and
16       coverage of the final rule."
17   BY DR. THOMPSON:
18       Q.   "However, the use of powder
19   on medical gloves presents numerous risks
20   to patients and healthcare workers,
21   including inflammation, granulomas and
22   respiratory allergic reactions."
23           Did I read that right?
24       A.   You read it right.  But it's

Page 265

1    a poorly written sentence, so it's not
2    clear what refers to what.
3        Q.   But it states that
4    inflammation was -- and granulomas were
5    at least part of the reason why powder
6    was removed from surgical gloves and
7    examination gloves, right?
8        A.   So the way the -- the way
9    the sentence is written is not very
10   accurate.  So it's not clear whether they
11   are saying inflammation of a different
12   type and the granulomas.  Or whether
13   they're -- they're basically saying
14   they're both saying the same thing.
15           And it's also not saying
16   whether the risk is to the patient or to
17   the healthcare worker.  And it's also not
18   saying that it involves talc.
19           So it's a very poorly
20   written sentence that doesn't allow me to
21   offer a very precise opinion which
22   scientists like to do.
23       Q.   Okay.  You cite I believe
24   the Heller study as evidence that talc

67 (Pages 262 to 265)

Benjamin G. Neel, M.D., Ph.D.

Page 266

1    does not have an inflammatory effect on
2    the ovaries, right?
3        A.   I cite two studies.  But one
4    of them is Heller, yes.
5        Q.   Are you aware that Heller
6    only looked at one specimen out of 24
7    histologically?
8        A.   I'd have to go back and look
9    at the paper again.
10       Q.   If Heller only looked at one
11   specimen, would that be evidence of what
12   was in the other 23 specimens?
13            MS. SHARKO:  Can we get a
14       copy of Heller?  Please?
15            (Document marked for
16       identification as Exhibit
17       Neel-26.)
18   BY DR. THOMPSON:
19       Q.   This will be Exhibit 26,
20   Heller paper, "The Relationship Between
21   Perineal Cosmetic Talc Usage and Ovarian
22   Talc Particles."
23            MS. SHARKO:  Thank you.
24   BY DR. THOMPSON:

Page 267

1        Q.   And I'm looking at the last
2    paragraph of the results section,
3    Dr. Neel.
4            And it says, "In one subject
5    we studied both ovaries.  On the right
6    side we detected no talc.  On the left
7    side" -- "by electron microscopy and 556
8    particles by light microscopy.  And on
9    the left side we detected 1,669,000
10   particles per gram of wet weight by
11   electron microscopy and six particles by
12   light microscopy.
13            "Hematoxylin and Eosin
14   stained slides from the analyzed sections
15   of tissues were examined.  There was no
16   evidence of response to talc such as
17   foreign body giant cell reactions or
18   fibrosis in the tissue."
19       A.   It's -- I mean, it's not
20   clear to me whether they only looked at
21   those, at the sections from the -- the
22   one subject above or not.  Or whether
23   they looked at all of them.
24       Q.   Do you see anywhere in the

Page 268

1    paper that they looked at any sections
2    using H&E light microscopy besides this
3    one --
4        A.   It's not clear from the way
5    this is written that they only --
6    that they are saying that it -- from --
7    that those are the only analyzed
8    sections.  But, you know.
9        Q.   But -- but you can conclude
10   from your reading of this that Heller
11   found no inflammatory reaction in the
12   ovaries of cells with -- of -- in the
13   ovaries of these subjects that they found
14   talc?
15       A.   Well, they don't report on
16   it, so it's not evidence that there is
17   inflammation in the ovary.
18       Q.   Well, you cited this paper,
19   right?
20       A.   Yeah, I did cite to it --
21       Q.   For that purpose?
22       A.   Yeah.  I said that there was
23   no evidence.
24       Q.   And you'll agree that there

Page 269

1    is no evidence of more than one being
2    looked at, right?
3        A.   As I said, I can't tell from
4    the way that's written whether it was all
5    of them or not.  The major point for
6    citing this was that there was no
7    correlation between reported perineal
8    talc use and the presence of particles
9    assumed to be or -- or argued to be talc
10   in the ovaries.  That was the major
11   reason for citing it.
12       Q.   While we are on --
13       A.   We already have direct
14   evidence on the animal studies about what
15   talc does in ovaries.
16       Q.   You cited the paper.
17       A.   I did and I said --
18       Q.   Okay.
19       A.   -- that they argued strongly
20   that perineal talc use does not
21   accurately reflect potential exposure.
22   And I stand by that statement.  That's
23   exactly what the paper concludes.
24       Q.   While we are on the Heller

68 (Pages 266 to 269)

Benjamin G. Neel, M.D., Ph.D.

Page 270

1  paper.
2       Do you intend to give
3  opinions as to whether perineal talc
4  powder can migrate or be transported to
5  the distal fallopian tube, ovary or
6  perineal cavity?
7       A.   I intend to say that the
8  evidence is inconclusive.
9       Q.   So you will say -- you will
10 say that there is evidence on both sides?
11      A.   I say the preponderance of
12 the evidence is negative.
13      Q.   What do you use for the
14 preponderance of the evidence being
15 negative?
16      A.   The best -- the best study
17 is one that was done in monkeys by
18 Whelan.  All of the other studies are
19 potentially confounded by artifact.
20      Q.   Is -- is it plausible that
21 talcum powders -- talcum powder applied
22 to the perineum can reach the fallopian
23 tube, ovary and perineal cavity?
24      A.   Is it plausible?  I think

Page 271

1  it's unresolved.  I can't say it's
2  plausible or implausible.  It's
3  unresolved.  It's -- it's unresolved.
4  The strongest evidence says no.
5       Q.   And you cite as -- the -- as
6  part of your opinions, this FDA citizen's
7  response letter, correct?
8       A.   Mm-hmm.
9       Q.   And it's marked as exhibit
10 something.
11          I didn't write it on the
12 thing.
13          If you go to the --
14          MS. SHARKO:  Go to exhibit
15 something?
16 BY DR. THOMPSON:
17      Q.   Give it -- go to exhibit
18 something and we'll take a break after.
19          MR. ZELLERS:  It's 18.
20          DR. THOMPSON:  Exhibit 18.
21 Thank you, Mr. Zeller.
22 BY DR. THOMPSON:
23      Q.   And on Page 5, I'm reading
24 the paragraph that starts with while

Page 272

1  there exists.
2          "While there exists no
3  direct proof of talc and ovarian
4  carcinogenesis, the potential for
5  particulates to migrate from the perineum
6  and vagina to the perineal cavity is
7  indisputable.  It is, therefore,
8  plausible that perineal talc and other
9  particulate that reach the endometrial
10 cavity, fallopian tubes, ovaries and
11 peritoneum may elicit a foreign body type
12 reaction and inflammatory response that
13 in some exposed women may progress to
14 epithelial cancers.
15          "However, there was no
16 conclusive evidence to support
17 causality."
18          MS. SHARKO:  There has been.
19          DR. THOMPSON:  "Has been no
20 conclusive evidence to support
21 causality."
22 BY DR. THOMPSON:
23      Q.   So even though the FDA
24 determined that the potential for the

Page 273

1  particulates to migrate is indisputable,
2  you're still saying that the
3  preponderance of the evidence based on
4  one monkey study is against it?
5       A.   Well, it's not one monkey
6  study, first of all.  It's two monkey
7  studies.  And one --
8       Q.   But by the same -- by the
9  same Johnson & Johnson consultant, right?
10      A.   He's -- I don't know that
11 they're a Johnson & Johnson consultant.
12      Q.   Did you look at the conflict
13 of interest disclosure?
14      A.   No, I didn't.  But it's --
15 the study was done in the more accurate
16 way than the other two studies.  And it
17 actually produced very clear evidence of
18 potential confounding artifact in the --
19 in the studies that have been done
20 before.
21      Q.   So --
22          MS. SHARKO:  Wait.  Let him
23 finish.
24          THE WITNESS:  So the fact is

69 (Pages 270 to 273)

Benjamin G. Neel, M.D., Ph.D.

1    that one very well-designed study
2    beats multiple poorly designed
3    studies in science. It's not a
4    plebiscite.
5    BY DR. THOMPSON:
6        Q.   You're saying that two
7    monkey studies by a Johnson & Johnson
8    consultant outweigh a vast body of
9    literature on various substances,
10   including particulates being transported,
11   migrating to the ovaries, to reach your
12   conclusion that the preponderance of the
13   evidence is against migration or
14   transport to particles?
15       MS. SHARKO:  I object to the
16   form of the question. Lacks
17   foundation.
18       THE WITNESS:  You haven't
19   provided me with any -- vast
20   literature? You provided me with
21   two poorly designed studies. So I
22   don't know what you're talking
23   about. If you want to show me
24   other studies, I'll be happy to

1    know of something that I don't know. But
2    what I'm saying is this -- this --
3    this -- you can't just make a statement
4    without referencing it and then assume
5    that -- and assume that scientists are
6    going to take it at face value. We have
7    to see the evidence. That's what we work
8    with, evidence.
9        Q.   You really need evidence to
10   show that something can go from the
11   perineum through the genital tract?
12       A.   Well, sperm can go there.
13   But they have -- but they have, you know,
14   flagella. I'm not aware of talc having
15   flagella.
16       Q.   Okay. Are you aware of the
17   sperm studies that show dead sperm and
18   sperm particles can migrate through the
19   genital tract?
20       A.   I don't know what studies
21   you are talking about. But if you want
22   to give me studies --
23       Q.   Okay. Let me get them.
24       A.   -- I'll be happy to look at

1    read them and give my opinion on
2    them.
3        However, it is well known
4    that particle -- that radioactive,
5    you know, materials can leach off
6    of albumin particles. And also
7    the study showing that carbon
8    black is present -- it is true
9    that the Egli study did not use --
10   did not do a control where they
11   just used the solutions
12   themselves.
13       So again the point raised by
14   Whelan is a reasonable point,
15   whether he's a consultant for
16   Johnson & Johnson or not. Science
17   is science. It doesn't matter who
18   does it.
19   BY DR. THOMPSON:
20       Q.   Are the FDA not scientists
21   that say it's indisputable?
22       A.   I don't know what -- the FDA
23   doesn't reference anything here, so I
24   can't comment on the studies. Maybe they

1    studies and --
2        Q.   We'll take a break and get
3    them.
4        A.   -- see if I think they are
5    reliable.
6        Q.   Okay. We'll take a break
7    and come back and go through the studies.
8        THE VIDEOGRAPHER:  The time
9    is 2:10 p.m. Off the record.
10       (Short break.)
11       THE VIDEOGRAPHER:  We are
12   back on the record. The time is
13   2:28 p.m.
14   BY DR. THOMPSON:
15       Q.   Dr. Neel, has your research
16   over the last 30 years -- plus years, had
17   anything at all to do with the physiology
18   of the female genital tract?
19       A.   No.
20       Q.   Have you written any papers
21   that have anything to do with the
22   physiology of the female genital tract?
23       A.   No.
24       Q.   Prior to being contacted by

70 (Pages 274 to 277)

Benjamin G. Neel, M.D., Ph.D.

Page 278

1  the lawyers in this case, did you have
2  any knowledge of the literature regarding
3  the potential migration or transport of
4  particles through the female genital
5  tract?
6      A.   Only sperm.
7      Q.   Only?
8      A.   Only sperm.
9      Q.   Only sperm.  And were you
10  aware of the literature regarding sperm
11  particles or dead sperm being transported
12  through the genital tract?
13      A.   No.
14      Q.   Were you aware of the
15  literature that sperm moved more quickly
16  through the genital tract than would be
17  expected just from the motility of the
18  flagella?
19      A.   I'm not aware of any studies
20  on that issue.
21      Q.   Did you have any knowledge
22  of the concept of the uterine peristaltic
23  pump, which actually facilitates the
24  migration or transport of particles?

Page 280

1      A.   I think anybody who has gone
2  to medical school is pretty familiar with
3  the general anatomy of the genital tract.
4      Q.   You don't think
5  gynecologists have a more in-depth
6  understanding of anatomy than other
7  non-GYN doctors?
8      A.   I think they do have a more
9  detailed understanding of anatomy.  That
10  doesn't necessarily mean they have a more
11  detailed understanding of anatomy that is
12  necessary to make a conclusion about
13  particles moving through the genital
14  tract.  That doesn't require a very
15  complex surgical description of the
16  genital tract.
17      Q.   Do they have more
18  understanding of the physiology of the
19  reproductive tract?
20      A.   I would hope so, yeah.
21      Q.   Let's go to the Taher
22  article.  That would be Exhibit --
23      A.   20.
24          MS. SHARKO:  20.

Page 279

1      A.   Not that I recall.
2      Q.   Would you agree that a
3  gynecologist or GYN oncologist would have
4  a greater understanding of the migration
5  or transport of particles through the
6  genital tract?
7      A.   They might have a greater
8  understanding of what's published in
9  textbooks, but they wouldn't necessarily
10  be any better than I am at evaluating
11  literature on the subject.
12      Q.   But they would have more
13  firsthand knowledge and experience --
14      A.   As I said.
15      Q.   -- in their practice,
16  wouldn't they?
17      A.   I don't think the practice
18  of gynecological oncology addresses the
19  issue of the migration of particles
20  through the genital tract.  So I don't
21  think so necessarily, no.
22      Q.   They would be more familiar
23  with the anatomy of the genital tract,
24  right?

Page 281

1  BY DR. THOMPSON:
2      Q.   20.  And this -- this is the
3  article that you were referring to in
4  your report when you referenced Health
5  Canada, right?
6      A.   Yes.  And now I -- now I
7  recall where my statement came from in my
8  report.
9          So if you look at the bottom
10  of Page 1, it says, "For information
11  contact Dr. Donald R. Mattison."  It has
12  his contact information.  And it says,
13  "Materials submitted to Health Canada."
14          So that was where I got the
15  information that this was commissioned by
16  Health Canada.  I may have misinterpreted
17  that.  But that's where I got the
18  information from.  And I think there's an
19  allusion to that also in the end.  But
20  I'd have to look through it.  If you want
21  me to, I will.
22      Q.   Let's go to the chart on
23  Page 26.  And --
24      A.   Hold on.  I'm not there yet.

71 (Pages 278 to 281)

Benjamin G. Neel, M.D., Ph.D.

Page 282

1    That in the middle of a chart.  It's the
2    middle of the chart.  Do you want to
3    just --
4        Q.   26.
5        A.   -- on Page 26.
6        Q.   I want to look at the --
7        A.   It continues on three pages.
8        Q.   Yeah, I want to look at the
9    biological plausibility --
10       A.   Okay.
11       Q.   -- section of the chart on
12   Page 26.
13            And this Taher article
14   states, under biological plausibility,
15   "Particles of" -- "of talc appear to
16   migrate into the pelvis and ovarian
17   tissue causing irritation and
18   inflammation."
19            Do you agree that that's a
20   biologically plausible mechanism?
21       A.   If the data supporting it
22   were convincing, or even close to
23   convincing, yes.  But they are not.
24            And so I agree that

Page 283

1    conceptually that would be a reasonable
2    mechanism.  But they don't have -- the --
3    the actual studies are poor or
4    nonexistent in terms of evidence.
5        Q.   So your opinion, with that
6    first statement, is you would need
7    convincing evidence to have that be a
8    biologically plausible mechanism?
9        A.   I would need some
10   scientifically credible evidence.  All of
11   the publications that I have -- that I
12   have found that address this issue, and
13   I'm happy to review other ones with you,
14   all of the ones that I've found are
15   really poor or they don't say that this
16   is true.
17       Q.   The second one, bullet point
18   under biologically -- biological
19   plausibility says, "Transport of talc via
20   perineal stroma and presence in ovaries
21   documented."
22            Do you agree that that is a
23   biologically plausible part of the
24   mechanism?

Page 284

1        A.   So actually, if you look at
2    the report somewhere else, it says that
3    data on talc migration are inconsistent.
4    So we'll have to go through the entire
5    report to find that sentence.
6            But I don't think that you
7    should take this chart or this table and
8    state that as what the conclusion of the
9    report is because it's out of context.
10       Q.   Well, this is Dr. Taher's
11   chart that is titled "Summary of
12   Evidence."
13       A.   Well, Dr. Taher also wrote
14   that data on talc migration were
15   inconsistent.  So we can look through it
16   and find out where that is, but I
17   wouldn't put that in my report unless I
18   saw it in this paper.
19            And Dr. Taher, I believe, is
20   an epidemiologist.  So he -- he's not
21   really qualified to comment on biological
22   plausibility based on cellular mechanisms
23   anyway.
24       Q.   So in your opinion, an

Page 285

1    epidemiologist is not qualified to
2    testify as to cellular mechanisms?
3        A.   Unless they are trained in
4    cellular molecular biology as well, no.
5        Q.   Okay.  Do you disagree with
6    the authors of the Taher paper?
7        A.   What -- which parts of the
8    authors they state in these statements?
9        Q.   In this biological
10   plausibility section.
11       A.   I think that, yes, I do
12   disagree with several of the statements
13   in the biological plausibility section.
14   Including the particles of talc appear to
15   migrate to the pelvis and ovarian tissue,
16   I think that remains unclear.
17            The fact that they cause
18   irritation and inflammation.  Particles
19   of talc cause granulomas.  There's no --
20   I don't know what irritation means.
21   That's not a scientific term as you know.
22            And transport of talc via
23   perineal stroma.  I don't really know
24   what perineal stroma means.  Stroma

72 (Pages 282 to 285)

Benjamin G. Neel, M.D., Ph.D.

1  actually is something that is
2  subepithelial, so I don't know what that
3  refers to. It's probably a misprint.
4          And presence in the ovaries
5  documented. We've already discussed
6  presence in the ovaries. But we haven't
7  established that that is from transport.
8      Q.  Could -- could evidence be
9  inconclusive and both sides be plausible
10  in your mind?
11      A.  Can evidence be inconclusive
12  and plausible at the same time? No.
13      Q.  So if you have differing
14  evidence on an issue, neither one could
15  be plausible, is that your opinion?
16      A.  No. Good evidence is
17  plausible. Bad evidence is not. It's
18  not a plebiscite. It's not an election.
19  It's not like you get a bunch of people
20  on one side and a bunch of people on the
21  other, and you take testimony and -- and
22  you tally up who gets what.
23          It's which evidence is
24  plausible scientifically and that has to

1  do with the quality of the data and the
2  convincingness of the evidence. And
3  that's not a plebiscite.
4      Q.  So -- so you don't see a
5  situation where the evidence could be
6  credible on both sides of a scientific
7  question?
8      A.  If two people do the same
9  experiment and they get different
10  results, and neither one -- and there --
11  if two people do the same experiment and
12  they get different results, one of them
13  is right and one of them is wrong.
14          That's the essence of
15  science. It's empirically observable and
16  reproducible. So that's my opinion.
17      Q.  So science is either right
18  or wrong?
19      A.  Or good or bad. Yes.
20          Science is either right or
21  wrong by definition.
22      Q.  You mentioned earlier that
23  you are at least aware of the treatise
24  commissioned by the National Academies of

1  Science, Engineering, Medicine, and
2  supported by the CDC, that was a book
3  actually titled "Ovarian Cancer:
4  Evolving paradigms in research and care."
5          Correct? Do you remember
6  that?
7      A.  You'll have to show --
8          MS. SHARKO: Object to the
9  form of the question.
10          THE WITNESS: I said I had
11  seen several, you know, summary
12  reviews.
13          You'd have to show me the
14  exact.
15  BY DR. THOMPSON:
16      Q.  I will. I just -- I had
17  remembered this morning that you were
18  aware that this had been published. But
19  I'm going to show it to you regardless.
20          (Whereupon, a discussion was
21  held off the record.)
22          DR. THOMPSON: 27.
23  Exhibit 27 will be "Ovarian
24  Cancer: Evolving paradigms in

1  research and care."
2          (Document marked for
3  identification as Exhibit
4  Neel-27.)
5  BY DR. THOMPSON:
6      Q.  I did not print the whole
7  book. I did print the entire chapter
8  that I'm going to be referencing.
9          And --
10          MR. ZELLERS: Margaret, do
11  you have one more of them?
12          DR. THOMPSON: I don't. I
13  just -- oh, I do. I'm sorry.
14          MS. SHARKO: Do you have a
15  paperclip? May I have that
16  paperclip?
17          DR. THOMPSON: You are so
18  demanding.
19          MS. SHARKO: Thank you.
20  BY DR. THOMPSON:
21      Q.  And on page little Roman
22  numeral ix preface, "This congressionally
23  mandated report sponsored by the Centers
24  for Disease Control and Prevention

73 (Pages 286 to 289)

Benjamin G. Neel, M.D., Ph.D.

Page 290

1  assesses the state of research on ovarian
2  cancers from multiple perspectives and by
3  multiple disciplines."
4          Did I read that right, the
5  first sentence of --
6      A.   Yeah.
7      Q.   -- of --
8      A.   I have not seen this report
9  before, so --
10     Q.   Okay.
11     A.   -- just so you know.
12     Q.   And this paper -- or this
13 book actually, was authored by a
14 committee of -- approximately 15 authors,
15 correct?
16     A.   Yes.
17     Q.   And this book also was
18 reviewed by another, it looks like ten or
19 so reviewers, correct?
20     A.   Yes.
21         MS. SHARKO:  Just for the
22 record, we don't have a book in
23 front of us.  We have --
24         DR. THOMPSON:  Okay.  The

Page 291

1  chapter from the book.
2          MS. SHARKO:  Okay.  Thank
3  you.
4  BY DR. THOMPSON:
5      Q.   Let's go to -- and this, the
6  chapter that I did take from this book is
7  titled "Prevention and Early Detection."
8          And if you'll go to
9  Page 110.  The topic heading --
10     A.   Okay.  I see the numbers
11 now.
12         MS. SHARKO:  And the witness
13 should have the opportunity --
14         DR. THOMPSON:  Susan, we
15 don't need any speaking
16 objections.  How many times do we
17 need to tell you that?
18         MS. SHARKO:  Well, I'll
19 ignore --
20         DR. THOMPSON:  And there --
21 the witness is perfectly --
22         MS. SHARKO:  I'll ignore
23 your rudeness.  It's not an --
24 it's not -- it's not an objection.

Page 292

1          It's an observation.
2          DR. THOMPSON:  Well, we
3  don't need your speaking
4  observation.  Dr. Neel can -- can
5  let me know if he needs time to
6  look at whatever it is I'm showing
7  him.
8  BY DR. THOMPSON:
9      Q.   Dr. Neel, this section on
10 Page 110 titled "Inflammation" is under
11 the heading behavioral and inflammatory
12 risk factors.
13         And I'm going to read the
14 first part of this paragraph.  "Studies
15 of the inflammatory marker C-reactive
16 protein suggest a possible association
17 between inflammation and an increased
18 risk of ovarian cancer."  There are two
19 cites.
20         "Other specific inflammatory
21 factors have also been associated with
22 ovarian cancer.  A meta-analysis reported
23 that exposure to asbestos was associated
24 with a 77 percent increased risk of

Page 293

1  ovarian cancer mortality," citing
2  Camargo, "and the International Agency
3  for Research on Cancer determined that
4  there was sufficient evidence to support
5  a causal relationship between asbestos
6  exposure and ovarian cancer," citing
7  Straif.
8          "This has led to studies of
9  talc use, which is chemically similar to
10 asbestos and can cause an inflammatory
11 response.  The use of talcum powder has
12 been associated with a 20 to 30 percent
13 increased risk of ovarian cancer,
14 although it has been shown" -- "show to
15 vary by histologic subtype."
16         Did I read that correctly?
17         MS. SHARKO:  No.  You left
18 out the word "perineal."
19         THE WITNESS:  Yeah, perineal
20 talc.
21 BY DR. THOMPSON:
22     Q.   Okay.  Thank you.  Anything
23 else?
24     A.   I think you read that

74 (Pages 290 to 293)

Benjamin G. Neel, M.D., Ph.D.

Page 294

1  correctly.
2      Q.   Okay.  So the state of the
3  art committee that was commissioned by
4  the National Academy of Science
5  Medicine -- are you familiar with that
6  organization?
7          MR. LOCKE:  Objection.
8          THE WITNESS:  Yes.  I hope
9  to be in it.
10         What was that?
11         MR. LOCKE:  I just said
12  objection.
13         THE WITNESS:  Okay.
14 BY DR. THOMPSON:
15     Q.   And it has a reputation
16 certainly, correct?
17     A.   Yes.  I know most of the
18 people on this panel.
19     Q.   Do you know -- do you know
20 the authors?
21     A.   I know several of them.
22     Q.   Or the researchers?
23     A.   Several of them, yes.
24     Q.   And it's my understanding

Page 295

1  that the authors of this treatise
2  included not only GYN oncologists, but
3  epidemiologists, molecular biologists,
4  and others so that it would be a
5  comprehensive report.
6      A.   Yes.
7      Q.   Is that your understanding
8  as well?
9      A.   Mm-hmm.
10         MS. SHARKO:  Object to the
11 form.
12 BY DR. THOMPSON:
13     Q.   And it was also meant to be
14 a state of the science in ovarian cancer
15 research treatise.
16         And this was published in
17 2016, I believe; is that right?
18     A.   I think so.
19         MS. SHARKO:  Object to the
20 form.
21 BY DR. THOMPSON:
22     Q.   So at least these
23 researchers had the opinion that
24 inflammation was a risk factor for

Page 296

1  ovarian cancer and that asbestos and
2  talcum powder were associated with an
3  increased risk; is that correct?
4          MS. SHARKO:  Objection to
5  form.  Lacks foundation.
6          THE WITNESS:  There are
7  several questions there.  Can you
8  break them up?
9  BY DR. THOMPSON:
10     Q.   Okay.  These authors
11 included inflammation under behavioral
12 and inflammatory risk factors, correct?
13     A.   I think that you have to
14 understand how to read the scientific
15 literature.  "Suggests a possible
16 association" is a very weak statement.
17 That means they suggest.  That doesn't
18 mean they establish.  "Suggests a
19 possible association between inflammation
20 and increased risk of ovarian cancer."
21         So no, it's not as strong as
22 you made it out to be Number one.
23         Number two is I've read the
24 Poole, et al., paper and I have read the

Page 297

1  subsequent papers by Poole and others.
2  And the association between inflammation
3  and increased risk of ovarian cancer, it
4  doesn't distinguish between whether the
5  inflammation is a marker of existing
6  ovarian cancer or the inflammation is a
7  cause of cancer, which has been what we
8  discussed all morning.
9          So I don't really think that
10 this statement is in any way
11 contradictory to anything that I've said
12 this morning.
13         As to the statement about
14 asbestos and ovarian cancer, I've already
15 said that I don't really have an opinion.
16 I haven't had time or wasn't charged with
17 doing an extensive analysis of ovarian
18 cancer and asbestos.
19         So I really don't think that
20 I should comment on this statement.  But
21 it doesn't really review the evidence.
22 Just to be -- just to point out that this
23 statement does not review the evidence,
24 it simply cites previous conclusions.  So

75 (Pages 294 to 297)

Benjamin G. Neel, M.D., Ph.D.

Page 298

1  it really doesn't analyze the case any
2  more than those original papers did.
3        As for the statement of
4  talc, it cites, you know -- it cites two
5  studies that are, again, I think, both
6  case-control studies.  It does not in any
7  way comprehensively review the
8  literature, and it says it's been
9  associated with it.  It doesn't say it's
10 a causal association, which I thought was
11 what we were going to be discussing here
12 today.
13       DR. THOMPSON:  I'll object
14 as nonresponsive.
15 BY DR. THOMPSON:
16    Q.   Because my question was, did
17 these authors include a section on
18 inflammation in this treatise?
19    A.   They -- they included a
20 section, but as I said, the section says
21 there's a possible association between
22 inflammation and an increased risk of
23 ovarian cancer.
24    Q.   And if the authors didn't

Page 299

1  think it was plausible that that
2  association would be there, would they
3  have included it?
4     A.   I don't presume to be in the
5  mind of the authors, and I don't know
6  which of the authors was the major author
7  of this section.  So I can't answer that
8  question to any degree of certainty.
9        Can I point out one other
10 thing?
11    Q.   I don't -- there's not a
12 question on the table.
13       MS. SHARKO:  No, he's
14 finishing his answer.
15       THE WITNESS:  I didn't
16 finish.
17       DR. THOMPSON:  No, he's not.
18       MS. O'DELL:  He is not.
19       THE WITNESS:  I am.  I meant
20 to point out that on Page 9, the
21 same preface that you only read a
22 small part of, at the bottom says,
23 "An overarching conclusion is that
24 ovarian cancer is not one disease.

Page 300

1  There are a number of different
2  tumor types with characteristic
3  histologic features, distinctive
4  molecular signatures, and disease
5  trajectories."  Moreover --
6        MS. SHARKO:  Slow.
7        THE WITNESS:  "Moreover,
8  these tumors are heterogeneous and
9  they can arise from different
10 tissues of the female reproductive
11 tract."
12       So again, it just states
13 what I've been saying all day, is
14 that is that it's not meaningful
15 to talk about ovarian cancer as a
16 single entity.  You have to break
17 it down into each of the diseases.
18       DR. THOMPSON:  And that was
19 nonresponsive, because there was
20 not a question about asking
21 anything to do with that.
22       MS. SHARKO:  Ignore that
23 comment and wait for the next
24 question.

Page 301

1        DR. THOMPSON:  Object as
2  nonresponsive.
3  BY DR. THOMPSON:
4     Q.   Did you -- Dr. Neel, did you
5  review the literature on pleurodesis?
6     A.   Not extensively, no.
7     Q.   Was it not relevant, the
8  reaction in the tissue caused by talc
9  injected into the pleural space to
10 treat --
11    A.   It's relevant for the study
12 of mesothelioma.
13    Q.   But it's not relevant for
14 the study of the inflammatory effect of
15 talc in the body?
16    A.   It would be potentially
17 relevant to the studies of peritoneal
18 mesothelioma.  But it's not necessarily
19 relevant to ovarian cancer, no.
20    Q.   So it's your testimony that
21 injection of talcum powder into the
22 pleural space has no meaning at all for
23 what the reaction might be in a tissue
24 like the ovary?

76 (Pages 298 to 301)

Benjamin G. Neel, M.D., Ph.D.

1    A.   It has relevance to what --
2    MR. LOCKE:  Objection.
3    THE WITNESS:  Can I answer
4  the question?
5    MS. SHARKO:  Yes.
6    THE WITNESS:  So it's --
7    MS. SHARKO:  You have to
8  give everybody time to object.
9    THE WITNESS:  It has
10 relevance to what the response of
11 the mesothelial cells of the
12 pleural cavity are.  It might be
13 somewhat relevant to the response
14 of the pleural -- sorry the
15 peritoneal mesothelial cells.  But
16 there are direct experiments that
17 address, some of which we've
18 discussed before, the effects of
19 talc injections into the relevant
20 tissues of ovarian cancer.  So why
21 would I look at the irrelevant
22 tissues?
23 BY DR. THOMPSON:
24    Q.   Because, do we have any

1  studies of injecting talcum powder into a
2  woman's ovaries?
3    A.   Into female -- into actual
4  females?
5    Q.   Yes.
6    A.   Not that I'm aware of.
7    Q.   Would it be ethical to
8  inject a suspected carcinogen into a
9  woman's ovaries?
10    A.   Well, I --
11    MS. SHARKO:  Object to the
12 form of the question.  Lacks
13 foundation.
14    THE WITNESS:  First of all,
15 I categorically deny that it's a
16 suspected carcinogen.  It's
17 characterized as a possible
18 carcinogen.  And that has been the
19 standard -- that has been the
20 conclusion, not just of IARC but
21 also of the -- of the Taher, et
22 al., report.  So I assume that's
23 what Health Canada will end up
24 saying.

1    And also sort of the
2  sentiment behind the FDA, and it's
3  also what's listed on the NCI
4  website.
5    So I don't really think we
6  should use the form -- the term
7  "suggested carcinogen."
8    That being said, no, it
9  would not be ethical to do that
10 study.
11 BY DR. THOMPSON:
12    Q.   And if you had read that
13 Health Canada assessment, you would know
14 that Health Canada actually does suggest
15 a causal association?
16    MS. SHARKO:  Object.
17    MR. LOCKE:  Objection.
18    MS. SHARKO:  Object to the
19 form.  Lacks foundation.
20 Misstates the evidence.
21    THE WITNESS:  I'm happy to
22 look over the thing and discuss it
23 with you, but I did read the
24 Taher, et al., paper, and the

1    Taher, et al., paper says the
2  same -- basically the same thing
3  as IARC:  Possible.
4  BY DR. THOMPSON:
5    Q.   And -- I'll leave it at
6  that.
7    (Document marked for
8  identification as Exhibit
9  Neel-28.)
10    DR. THOMPSON:  I'm going to
11 mark this next article as
12 Exhibit 28.  And I just -- oh, I
13 do have two.
14    MS. SHARKO:  Thank you.
15 BY DR. THOMPSON:
16    Q.   The correspondence that I'm
17 interested in having you discuss with me
18 is on the second page, "Talcum should not
19 be used for pleurodesis with nonmalignant
20 pleural effusions."
21    And I'll give you a chance
22 to look at that if you'd like.
23    A.   Yeah.  So that is these
24 people's opinion.

77 (Pages 302 to 305)

Benjamin G. Neel, M.D., Ph.D.

Page 306

1    Q.   I agree.  But at least these
2  scientists felt strongly that talc should
3  not be used for pleurodesis, correct?
4    A.   Apparently, yes.
5    Q.   And they stated that "talc
6  is not a uniform substance and varies
7  significantly in size and chemical
8  composition with the latter depending on
9  geologic origin.  This sheet silicate can
10 be contaminated with" -- "by asbestos, in
11 association between carcinogenesis and
12 exposure to asbestos included in talc,
13 appears credible."
14      Do you have an opinion
15 regarding that statement?
16    A.   Yes.  As I said, I think
17 that -- that my opinion, based on
18 everything that I've read is as I've
19 stated it in my report, which is that
20 there's no credible scientific evidence
21 that talc causes cancer in the female
22 genital tract.
23      So again, I don't really
24 think that this -- there's -- this is

Page 307

1  basically just citing a couple of papers,
2  and it's not in any way reputing anything
3  that I've said, so...
4      And I don't even know where
5  it's from.  It's not cited on there.  It
6  wasn't -- I don't --
7    Q.   It's not -- it's from the
8  American Journal of Respiratory --
9    A.   Yeah.
10    Q.   -- and Critical Care
11 Medicine, 2001.
12    A.   Which, again, this was in
13 2001.  There's a lot of science since
14 2001.  I don't think it's relevant.
15      And furthermore it's not
16 peer reviewed.
17      So I don't think it's
18 relevant.
19    Q.   And that's fine.  But I am
20 still entitled to ask you about it.
21      The authors at least were
22 concerned about the presence of fibers,
23 talc fibers in talcum powder used for
24 pleurodesis, correct?

Page 308

1    A.   That's what they said.  But
2  I have nothing to say about that.  As
3  I've said before.
4    Q.   So you have no knowledge one
5  way or the other whether fibers occur in
6  talcum powder, and if so, whether there
7  would be any health hazard as a result?
8    A.   I can only comment on the
9  studies that I read and commented on in
10 my report, which have to do with the use
11 of talc as cited in the methods and
12 materials sections of the epidemiology
13 studies and in the specific biological
14 experiments that I cited.
15      I am not a mineralogist.  I
16 am not a geologist.  I have no comment on
17 the composition of talc today or prior to
18 today, like in 2001, which was much long
19 ago.  So I don't even know that it's
20 relevant to today.
21    Q.   If you have a -- if you turn
22 to Page 25 of your report.  And you are
23 discussing the Buz'Zard paper.  And your
24 opinion is that "this study and its

Page 309

1  interpretation by plaintiffs' experts is
2  seriously flawed for multiple reasons."
3      The first reason that you
4  give is, "The -- "the talc was obtained
5  from a standard chemical reagent company,
6  Sigma, and its quality, mineral and/or
7  fibrous content and composition were not
8  assessed."
9    A.   Mm-hmm.
10    Q.   And that was a criticism of
11 the Buz'Zard paper, correct?
12    A.   Yes.  Correct.
13    Q.   Do you know anything
14 whatsoever about the quality, mineral
15 and/or fibrous consent and composition of
16 Johnson's Baby Powder?
17    A.   No.  But I know that -- that
18 this study just used Sigma talc.  So it's
19 not directly relevant to Johnson &
20 Johnson's products.  That was my point in
21 that statement.
22    Q.   So studies done with talcum
23 powder would not be relevant to Johnson's
24 Baby Powder?

78 (Pages 306 to 309)

Benjamin G. Neel, M.D., Ph.D.

Page 310

1          A.   Studies done with talcum
2    powder would not be directly relevant to
3    Johnson' Baby Powder, but studies done
4    with Johnson & Johnson Baby Powder are
5    relevant. So...
6               But in any event, this paper
7    is not conclusive in any way that talc is
8    pro-oncogenic.
9          Q.   I -- I didn't ask that
10   question.  That's nonresponsive.
11              I was just asking why it
12   mattered what the quality, mineral,
13   and/or fibrous content and composition
14   were in the paper using talcum powder by
15   Buz'Zard.
16              MS. SHARKO:  Is that --
17              wait.  Is that a question?  Or is
18              that an explanation for why you
19              asked the question?
20   BY DR. THOMPSON:
21         Q.   Does it matter what the
22   quality, mineral and/or fibrous content
23   and composition of talcum powder is when
24   you're assessing its potential molecular

Page 311

1    effects?
2               MS. SHARKO:  Objection.
3               Asked and answered.
4               THE WITNESS:  It matters if
5               you are trying to infer from
6               studies done with Sigma that that
7               definitely applies to Johnson &
8               Johnson's products.
9               But in this case, because
10              the evidence doesn't really say
11              anything that's relevant, it
12              doesn't matter.
13   BY DR. THOMPSON:
14         Q.   You are very critical of
15   Dr. Saed's work, correct?
16         A.   Yes.
17         Q.   Did you look at Dr. Saed's
18   CV prior to this litigation?
19         A.   No.
20         Q.   Would that be something that
21   you would be interested in, as to what
22   Dr. Saed has published previously?
23         A.   Oh, I looked at his
24   publications subsequent to being engaged

Page 312

1    in this litigation.
2               You said prior to this
3    litigation, didn't you?
4          Q.   I did.
5               Did you look at Dr. Saed's
6    CV after being retained to testify in
7    this litigation?
8          A.   I -- I didn't look.  I don't
9    recall if I looked at his complete -- I
10   think I did look at his CV in the context
11   of his report.  But I also did a search
12   on PubMed for the relevant papers.
13         Q.   That was Exhibit 29.  A
14   partial --
15              (Document marked for
16              identification as Exhibit
17              Neel-29.)
18              MS. SHARKO:  This begins
19              with Page 29?
20              DR. THOMPSON:  Yes.
21              MS. SHARKO:  Is that
22              correct?
23              DR. THOMPSON:  Yes.
24   BY DR. THOMPSON:

Page 313

1          Q.   And like -- like yourself,
2    Dr. Saed's CV is quite extensive.
3          A.   I wouldn't agree with that
4    statement.
5          Q.   Okay.  It's 100, over 100
6    pages.  So --
7          A.   Quantity is not quality.
8          Q.   I --
9          A.   It's voluminous, but it's
10   not published in highly cited journals,
11   and I'm sure his H index is quite low.
12         Q.   I didn't ask any question
13   about where it was --
14         A.   Yes, you did.
15         Q.   -- where it was published
16   or -- I just --
17         A.   Well, that's quite relevant.
18              MS. SHARKO:  All right.
19              What's the next question?
20              DR. THOMPSON:  Well, if you
21              let me ask it, I will.
22              MS. SHARKO:  Thank you.
23   BY DR. THOMPSON:
24         Q.   Did you consider Dr. Saed's

79 (Pages 310 to 313)

Benjamin G. Neel, M.D., Ph.D.

Page 314

1    CV important or Dr. Saed's previous
2    publications?
3         A.   Once I read them, yes.  I
4    didn't read all of them.  But I read
5    several of them, as I've cited in my
6    report.  And I'm happy to go through each
7    one of them and show why they're all
8    flawed.
9         Q.   I'm asking questions.
10        A.   I'm answering your
11   questions.
12        Q.   That's not something I want
13   to know.  I don't believe I asked that
14   particular question.
15        A.   You asked me if I considered
16   them relevant.  And I told you that I
17   did.  And I read them, and that's why I
18   assessed the studies as quite poor.
19        Q.   Looking at his CV, would you
20   agree that the focus of his lab has the
21   study of oxidative stress and its
22   biological effects?
23             MS. SHARKO:  We don't have
24        his CV in front of us.

Page 315

1    BY DR. THOMPSON:
2         Q.   Looking at his published
3    articles, would you agree that the focus
4    of his lab has been the study of
5    oxidative stress and its biological
6    effects?
7         A.   Some of the papers are on
8    that.  Some of them are on other things.
9    So, you know, one area of focus appears
10   to be on oxidative stress.
11        Q.   What is oxidative stress?
12        A.   So cells are exposed to --
13   we live in an oxidative environment, as
14   we breathe oxygen.  So we live in a
15   highly oxidative environment.  And
16   proteins and other biomolecules,
17   including DNA, undergo oxidative events.
18             And oxidative stress occurs
19   when the pro-oxidative potential of cells
20   exceeds the antioxidant capacity of
21   cells.  So that's oxidative stress.
22        Q.   And is it fair to say that
23   many scientists believe that oxidative
24   stress plays a role in the etiology of

Page 316

1    epithelial ovarian cancer?
2         A.   I don't know what "many
3    scientists" mean.  Some scientists do.
4         Q.   Some scientists?
5         A.   Yes.
6         Q.   Do you disagree with those
7    scientists?
8         A.   I think that oxidative
9    stress resulting from follicular fluid
10   that's released from ovarian -- from
11   ovulation events, there could be
12   prooxidant species in there.  But I
13   certainly think that oxidative stress
14   arising from general metabolism, which is
15   primarily endogenous, mitochondrial
16   oxygen -- the act of oxygen production
17   can contribute to cancer generation.
18        Q.   And you do not believe that
19   oxidative stress from exogenous factors
20   plays a role?
21        A.   I don't think there's any
22   compelling evidence that oxidative stress
23   from exogenous agents plays a role in
24   high grade serous ovarian cancer.  That's

Page 317

1    what I think.
2             I think that it's
3    conceivable, one of the possible
4    mechanisms by which obesity promotes
5    other forms of ovarian cancer, is
6    through -- indirectly through oxidative
7    stress, and there are several mechanisms
8    for that.
9         Q.   Is a role that oxidative
10   stress plays in the pathogenesis of
11   cancer and ovarian cancer something that
12   would be considered controversial in the
13   scientific community, would you say?
14        A.   I think it's open to
15   question, yes.  I think -- yes.
16        Q.   So there's some scientists
17   that believe that it does play a role and
18   others that believe -- who believe it
19   does not, correct?
20        A.   Yes, but talking about
21   oxidative stress, you have to realize
22   it's -- to be meaningful, you have to
23   really narrow down what kind of sources
24   of oxidative stress we are talking about.

80 (Pages 314 to 317)

Benjamin G. Neel, M.D., Ph.D.

Page 318

1        Q.   And is it your opinion that
2    oxidative stress from exogenous sources
3    has no role in ovarian cancer?
4        A.   I think I just answered that
5    question.
6        Q.   Okay.  And do you believe
7    that the scientists that would take
8    another position are unreasonable?
9        A.   I would have to see the
10   details of the position.  My objection to
11   Dr. Saed's data, results or claims, are
12   not that he's taking another position.
13   It's that the evidence that he adduces to
14   support his claims is either nonexistent
15   or poor.
16       Q.   But there are other
17   scientists that have reported similar
18   experiments and -- to Dr. Saed, and would
19   you include them in the same category?
20       A.   You'll have to tell me
21   exactly what experiments you are
22   referring to.
23       Q.   Okay.
24       A.   I don't think anybody has

Page 319

1    reported the myeloperoxidase in ovarian
2    cancer cells because it doesn't appear to
3    be.  So there's many statements, as I
4    pointed out in my report, that are
5    contradicted by other data in the
6    literature, including large scale studies
7    done by international groups to look at
8    ovarian cancer genetics.
9        Q.   Can you direct me to a paper
10   that explicitly states that
11   myeloperoxidase does not occur in ovarian
12   cancer cells?
13       A.   If you look on the website
14   that has all of the RNA sequencing data
15   from the TCGA, you can see as I showed
16   you in my report, that the level of
17   myeloperoxidase RNAs below the level of
18   action of tumor suppressing gene.  So
19   that is data.
20            If you would like to look
21   through the tables of the TCGA report on
22   which that's based, you can find the
23   actual RNA sequence for myeloperoxidase.
24            DR. THOMPSON:  Not -- object

Page 320

1    as nonresponsive.
2    BY DR. THOMPSON:
3        Q.   I asked you for a paper.
4        A.   Well, the paper -- the paper
5    is the TCGA report.  And if you look at
6    the tables that come with the TCGA report
7    which are now put on websites, and it is
8    there.  So yes, the TCGA 2012 report has
9    RNA sequencing data on ovarian cancers,
10   and if you look at that you will see that
11   there's no significant expression of
12   myeloperoxidase in ovarian cancer.
13            MS. SHARKO:  Mr. Tisi, could
14       you -- it's happened several
15       times.  Could you please not talk
16       while the witness is talking.
17            MR. TISI:  Actually I don't
18       think -- I'd be curious if you
19       heard it.
20            THE WITNESS:  I actually
21       did, but I tried to focus on DR.
22       THOMPSON.
23            MR. TISI:  I'm allowed to
24       whisper to my colleague here.  So

Page 321

1    if I interrupt you, I apologize.
2    Would you do me a favor and let me
3    know if --
4            MS. SHARKO:  No.  His job
5       is -- his job is not to police
6       you, Mr. Tisi.
7            MR. TISI:  Well, your job is
8       not to -- is not to school me,
9       Susan.  So I apologize if he heard
10      me.  And I leaned over and spoke
11      to my colleague here.  So please
12      proceed.
13            DR. THOMPSON:  We're going
14      to look at some of Dr. Saed's
15      other literature.
16   BY DR. THOMPSON:
17       Q.   But I think there are
18   several papers regarding myeloperoxidase.
19   Those have all been peer-reviewed, the
20   ones that are published, correct?
21            MS. SHARKO:  I object to the
22       form of the question.
23   BY DR. THOMPSON:
24       Q.   Has Dr. Saed published

81 (Pages 318 to 321)

Benjamin G. Neel, M.D., Ph.D.

Page 322

1   papers regarding myeloperoxidase that
2   have been peer-reviewed?
3       A.   Yes, he has.
4       Q.   And there are other authors
5   on those papers as well, correct?
6       A.   I think they are all from
7   his lab.
8       Q.   Is there any overlap between
9   your research and phosphorylation
10  cascades and signal transduction -- did
11  I -- was that kind of close?
12      A.   It's good.
13      Q.   It worked.  All right.
14           -- and Dr. Saed's research
15  in oxidative stress?
16      A.   I'm an expert in oxidation
17  of protein-tyrosine phosphatases.  We
18  developed some of the novel technologies
19  that were published in high quality
20  journals on this subject.  So I do have,
21  you know, a significant familiarity with
22  the issues attended to oxidative stress
23  and oxidation-induced signaling.
24           So ox -- you know, reactive

Page 323

1   oxygen species are not just produced as a
2   pathological event.  They're actually
3   part of normal growth factor and cytokine
4   signaling.  And I've worked on the fact
5   that oxidative -- reactive oxygen species
6   react with the highly activated
7   neutrophilic cysteines, neutrophilic
8   cysteines of protein-tyrosine
9   phosphatases.  And that's thought to be
10  part of normal signaling.  That's the
11  only overlap.
12      Q.   And I understand that you do
13  not accept Dr. Saed's research as
14  credible.  But I'm trying to establish if
15  your work and his work are mutually
16  exclusive.  Can both -- can -- are both
17  plausible mechanisms?
18      A.   My work -- my -- well, you
19  haven't told me what mechanisms of
20  Dr. Saed you are talking about.
21      Q.   Well, let's just say
22  oxidative stress and its role in the
23  pathogenesis of ovarian cancer.
24           Is that mutually

Page 324

1   exclusive --
2       A.   I don't --
3       Q.   -- to what you're working
4   on?
5       A.   I know -- so my interest in
6   oxidation has to do with normal
7   physiological regulation and pathological
8   regulation of protein tyrosine
9   phosphatase activity.
10           I'm not sure which
11  particular paper of Dr. Saed you are
12  referring to, but I think many of the
13  papers don't address what you say they
14  are addressing.  They may say that in the
15  title, but they don't address that issue.
16      Q.   You would agree that
17  inflammation is part of a wider signaling
18  network, wouldn't you?
19      A.   That inflammation is part of
20  a wider signaling network?  No, I
21  wouldn't agree with that statement.  I
22  don't see that that's--
23      Q.   Is -- is --
24      A.   -- it's a non sequitur in my

Page 325

1   opinion.
2       Q.   Is oxidative stress a part
3   of a wider signaling network in your
4   opinion?
5       A.   What do you mean by
6   signaling network?  I mean you're using,
7   you know, jargon that's not very
8   specific.
9       Q.   Well, I probably read that
10  somewhere.
11           Are there researchers -- I'm
12  thinking particularly of Dr. Finkel?  Do
13  you know Dr. Finkel?
14      A.   Torin Finkel?  Yes, I
15  know -- I don't know Torin Finkel
16  personally, but I know his work.
17      Q.   Does Dr. Finkel study signal
18  transduction by reactive oxygen species?
19      A.   Yes.  His initial studies
20  were the ones that provided the first
21  evidence that normal react -- that
22  reactive oxygen species were produced in
23  response to normal growth factor
24  signaling.  I think the original paper

82 (Pages 322 to 325)

Benjamin G. Neel, M.D., Ph.D.

Page 326

```
 1    was on PDGF simulation of smooth muscle
 2    cells and the evidence was that blocking
 3    oxidate with hydrogen peroxide generation
 4    by smooth muscle cells impeded PDGF
 5    receptor phosphorylation, which actually
 6    got me interested in the field since the
 7    most plausible mechanism by which that
 8    might occur would be inhibition of
 9    tyrosine phosphatase which we were
10    working on -- we and others subsequently
11    provided evidence to support that, as did
12    Finkel.
13        Q.    And that would be intrinsic
14    ROS?
15        A.    That would be --
16        Q.    Or --
17        A.    -- those would be -- that
18    would be intrinsically produced ROS in
19    response to growth factor signaling, not
20    through mitochondria probably, but
21    through a series of enzymes called NOXs
22    or NADPH oxidases.
23        Q.    Do you agree that an
24    increase in ROS levels under certain
```

Page 327

```
 1    conditions can cause DNA mutations?
 2        A.    Yes.
 3        Q.    And cancer is the result of
 4    genetic mutations, correct?
 5        A.    Yes.
 6        Q.    So under the right
 7    conditions, chronic inflammation could
 8    result in increasing ROS that could cause
 9    genetic mutations that could cause
10    cancer, theoretically?
11        A.    In certain context, yes.
12        Q.    When I searched PubMed, I
13    found the following, searching cancer and
14    inflammation.  78,901, does that sound
15    reasonable?
16        A.    I have no idea, but I
17    wouldn't --
18        Q.    Ovarian cancer and
19    inflammation, 1306.  Oxidative stress and
20    cancer, 23,845 publications.  And
21    oxidative stress and oxidative cancer,
22    427.
23              Dr. Saed doesn't have
24    anywhere close to 427 publications
```

Page 328

```
 1    regarding oxidative stress and ovarian
 2    cancer, correct?
 3              MS. SHARKO:  Wait.  I -- I
 4        object to the preface and the
 5        speech and, therefore, the form of
 6        the question.
 7              What is the question you're
 8        asking him?
 9    BY DR. THOMPSON:
10        Q.    Dr. Saed does not have 427
11    publications on oxidative stress and
12    cancer, does he?
13        A.    Well, I don't think he has
14    427 publications.  So I guess that means
15    he doesn't have 427 publications on
16    oxidative stress and cancer.
17        Q.    So someone else is
18    publishing on oxidative stress and
19    ovarian cancer, correct?
20        A.    I don't know.  I haven't
21    done the specific search you did and I
22    haven't looked at the papers but I'm
23    happy to look at every single one of
24    them.
```

Page 329

```
 1              And I'm not saying that
 2    there is no possibility that oxidative
 3    stress plays a role in ovarian cancer.
 4    I'm saying Dr. Saed's papers are
 5    categorically and fundamentally flawed in
 6    almost every single instance.
 7        Q.    So are you saying that
 8    oxidative stress is a plausible mechanism
 9    for ovarian cancer?
10        A.    I'm not taking a position
11    one way or the other on that issue.
12        Q.    Okay.  So you do not have
13    a -- you don't have a position on whether
14    oxidative stress has a role in the
15    pathogenesis of ovarian cancer.  Your
16    opinions today are specifically about
17    Dr. Saed and his work?
18              MS. SHARKO:  Object to the
19        form of the question.  Lacks
20        foundation.
21              THE WITNESS:  Can you ask
22        both questions separately?
23    BY DR. THOMPSON:
24        Q.    Yeah.
```

83 (Pages 326 to 329)

Benjamin G. Neel, M.D., Ph.D.

Page 330

1    A.   I categorically say that
2 none of Dr. Saed's work that was put
3 forward as evidence in support of his
4 contentions in his report is credible.
5 That I say categorically.
6    Q.   Okay.
7    A.   In terms of whether
8 oxidative stress plays a role in ovarian
9 cancer, that question is too broad.  If
10 you narrow the question and ask me a more
11 specific question, I might be able to
12 give an opinion.  But I think the issue
13 is still under debate.
14         I think I made it very clear
15 what the well-established pathogenesis of
16 ovarian cancer is.
17         There's -- there is one SNP
18 which I mentioned in my report, GPX-6,
19 which interestingly is not a SNP that
20 Dr. Saed cites, because I don't think
21 he's familiar with the GWAS literature.
22 That's the -- is associated.
23         I haven't had a chance to
24 really look in detail as to what's known

Page 331

1 about that SNP.  So that SNP does raise
2 the possibility that oxidative stress in
3 some form might be involved in the
4 pathogenesis of some ovarian cancer.  But
5 I haven't really studied that in detail.
6 BY DR. THOMPSON:
7    Q.   In -- in your -- you have
8 not seen Dr. Saed's published paper,
9 correct?
10    A.   I saw the manuscript that
11 was accepted for publication.
12    Q.   But you don't know whether
13 that manuscript is the same as what was
14 actually published, correct?
15    A.   Manuscripts accepted for the
16 publication in my 30 years of experience
17 as a faculty member are identical, except
18 for minor positioning of figures.
19    Q.   Okay.  So you've never made
20 edits on the final proof that's come back
21 to you?
22    A.   If it's accepted for
23 publication, that's the final proof.
24 The -- the version that's marked accepted

Page 332

1 for publication.
2         But if you'd like me to look
3 at the final paper, I'm happy to do it.
4 I doubt that there's anything
5 different -- that's materially different
6 from what I wrote in my report.
7    Q.   But you didn't see any
8 reason to look at it?
9    A.   I didn't realize it was out
10 yet.
11    Q.   And your attorneys didn't
12 provide the final published paper?
13    A.   They mentioned to me
14 yesterday that the --
15         MS. SHARKO:  Well, wait,
16    wait.  What was discussed with the
17    attorneys is privileged.
18 BY DR. THOMPSON:
19    Q.   In your report you state
20 that Dr. Saed's work is "technically and
21 conceptually flawed and does not
22 withstand critical scrutiny."
23         Did you write that
24 statement?

Page 333

1    A.   Yes.  Every word.
2    Q.   Is that a statement that you
3 would put in a scholarly publication?
4    A.   Technically and conceptually
5 flawed, yes.  But it would be assumed if
6 I said that paper was -- in fact I've
7 used that phrase many times in reviews.
8 Well, sometimes I say technically flawed.
9 Sometimes I say conceptually flawed.  And
10 when, as in the case of Dr. Saed's work,
11 it's both, I say conceptually and
12 technically flawed.  That's exactly the
13 wording that I would use in reviews.
14         That being said, I would not
15 say that it wouldn't withstand scientific
16 scrutiny because it would be assumed and
17 understood by all scientists, including
18 editors of journals, that when I say
19 those statements that it doesn't
20 withstand scientific scrutiny.
21    Q.   That paper was peer-reviewed
22 and accepted for publication and
23 published, correct?
24    A.   At a very low impact

84 (Pages 330 to 333)

Benjamin G. Neel, M.D., Ph.D.

Page 334

1    journal, yes.
2        Q.   And did you review the peer
3    reviewers' comments to Dr. Saed's paper?
4        A.   I did.  I think I cited some
5    of the peer reviewers' comments.
6        Q.   And we'll go over those in a
7    minute.
8            And did you also write the
9    sentence that questioned Dr. Saed's,
10   quote, knowledge of basic cancer cell
11   biology, genetics and biochemistry?
12       A.   Yes, I did.
13       Q.   What was your basis of
14   questioning his knowledge of basic cancer
15   cell biology, genetics and biochemistry?
16       A.   Well, there were several
17   reasons that I based that.  So it had to
18   do with the fact that, for example, he
19   mischaracterized -- can we go to the
20   actual page in my report?  I think I
21   actually provide the explanations there.
22   Where is that exactly?  Oh, okay here.  I
23   said it.
24       Q.   Page 23.

Page 335

1        A.   Yes.  Dr. Saed -- okay.  For
2    example, he states that p53 is an
3    oncogene, whereas it is a paradigmatic
4    tumor suppressor gene.
5            He stated in his deposition
6    that cells are grown at normal oxygen and
7    glucose level.
8        Q.   And they --
9        A.   That's not true.  I put the
10   explanation.
11       Q.   I know.  We're going to go
12   over those now.
13       A.   I'm just answering your
14   question.
15       Q.   For example, he states that
16   p53 is an oncogene.  Are you aware of
17   literature that describes p53 as an
18   oncogene?
19       A.   The lit -- p53 was
20   originally described as an oncogene, and
21   that was discovered subsequently that it
22   was a tumor suppressor gene.
23       Q.   There is literature still
24   that refers to p53 as an oncogene, isn't

Page 336

1    there?
2        A.   I don't know what
3    literature -- p53 is the paradigmatic
4    tumor suppressor gene along with RD and
5    PTEN.
6        Q.   And you state one of your
7    basis for that claim is that Dr. Saed
8    makes a truly extraordinary claim that
9    talc treatment was associated with a
10   genotype switch for SNPs in redox
11   enzymes.  If you read his paper, it would
12   be clear that he was talking about a
13   nucleotide -- nucleotide switch, correct?
14       A.   That's what a genotype is.
15           MR. LOCKE:  Objection.
16   BY DR. THOMPSON:
17       Q.   Well, why is that an
18   extraordinary claim?
19       A.   Because it's impossible that
20   that would happen in 72 hours in, in
21   effect, a single nucleotide with
22   100 percent penetrance.
23       Q.   So do you believe that
24   Dr. Saed made up his results?

Page 337

1        A.   I have no idea why Dr. Saed
2    is making that claim.  But it's simply
3    impossible.  It would be like finding a
4    needle in a haystack and turning the
5    needle into a hammer.
6        Q.   Did any of the peer
7    reviewers say that that claim was
8    extraordinary?
9        A.   I don't recall if they
10   commented on it.  I don't think they did,
11   which illustrates the poor quality for
12   peer review for that journal.  There's no
13   way that statement would have escaped the
14   attention of any qualified peer reviewer.
15           And I believe that if you
16   read Dr. Birrer's report, he points to
17   the same issue.  So any qualified
18   molecular biologist would have noted that
19   and pointed out how absurd the claim.
20       Q.   Are you aware that the
21   abstract that describes the mutations in
22   the SNPs was reviewed by five to six
23   reviewers and accepted for presentation
24   at the SGO meeting?

85 (Pages 334 to 337)

Benjamin G. Neel, M.D., Ph.D.

Page 338

1      A.   I have no idea who reviewed
2   those. But they also have no knowledge
3   of modern molecular biology if they
4   accepted that claim. The fact that they
5   don't understand what they're reviewing
6   doesn't mean that they know what they're
7   talking about. I'm telling you that
8   there is absolutely no way that you can
9   get that kind of a genotype.
10      In -- plus, I looked at the
11   underlying data on which he based his
12   claim, and the actual assay is flawed,
13   and he didn't do the follow-up study that
14   would have been necessary to prove that
15   it was true.
16      MS. SHARKO: I would just
17   ask that we be provided with a
18   copy of these five to six peer
19   reviewers. I think the court
20   ordered you to do that, and I'll
21   send you yet another letter on it.
22   But that doesn't sound like
23   something that was produced to us
24   among the peer review that was.

Page 339

1   And so, we'd like a copy.
2      DR. THOMPSON: There is
3   nothing in writing for abstracts
4   accepted for meetings. But I can
5   give you the policy of the meeting
6   regarding how abstracts are peer
7   reviewed.
8      MS. SHARKO: You just said
9   there were five to six peer
10   reviewers. Now you're saying
11   there aren't?
12      DR. THOMPSON: I said they
13   don't provide anything to the
14   authors of abstracts regarding the
15   results of their peer review.
16      THE WITNESS: Can I respond
17   to that?
18   BY DR. THOMPSON:
19      Q.   I haven't asked you a
20   question.
21      MS. SHARKO: She's not going
22   to ask you the question. Sorry.
23   BY DR. THOMPSON:
24      Q.   Sure. I'll ask you the

Page 340

1   question.
2      Since, you know, Ms. Sharko
3   challenged me, you've been program
4   director for meetings, correct?
5      A.   Yes.
6      Q.   What was your policy or AACR
7   policy for evaluating and determining
8   what abstracts to accept for presentation
9   at a meeting, at a national meeting?
10      A.   First of all, my
11   understanding was that this was not
12   presented. It was presented as a poster.
13   That's a big difference.
14      Q.   Okay. Whatever the level,
15   poster, presentation, published abstract.
16   How did that process work when were you
17   program director?
18      A.   So we had people reviewing
19   the abstracts. The reviews for
20   abstracts, especially those for poster --
21   when you review abstracts at a meeting
22   like this, there's literally thousands of
23   abstracts. So you have to read through a
24   lot of them very quickly. And the

Page 341

1   standard for accepting things for posters
2   is quite low. It's nowhere near rigorous
3   as what you would get for a high quality
4   journal.
5      And Basically, people just
6   want to see what's in the poster.
7      So the fact that it was
8   passed -- that five people looked at it
9   means that it was probably written in
10   English, and not much more.
11      Q.   And if SGO accepts
12   25 percent of abstracts submitted, that
13   would probably be typical for a large
14   national meeting?
15      A.   No. Not for posters. I
16   think when I was AACR program director,
17   we accepted a lot more than that. And
18   from other meetings, like Cold Spring
19   Harbor meetings and facet (ph) meetings,
20   we accept all the poster abstracts. It's
21   the presented ones, the ones that are
22   plenary sessions that are given as oral
23   presentations, those are the ones that
24   get a little bit more rigor.

86 (Pages 338 to 341)

Benjamin G. Neel, M.D., Ph.D.

Page 342

1    And even there, that's not
2  really peer review.  All we're seeing is
3  what the person provided in the abstract.
4  We're not seeing the data.  And I'm
5  telling you from looking at the data,
6  it's an extraordinary claim.
7    Q.   If SGO accepts 25 percent of
8  abstracts for any type of presentation,
9  whether it be poster or meeting, do you
10  have any reason to doubt that figure?
11    MS. SHARKO:  Well, I object
12    to the form of the question.
13    Lacks foundation.  And I'm not
14    sure I understand it.
15    THE WITNESS:  So --
16  BY DR. THOMPSON:
17    Q.   Did you understand the
18  question?
19    A.   Not really.  What's the
20  question?
21    DR. THOMPSON:  Okay.  You
22    can leave off the speaking
23    objections.
24  BY DR. THOMPSON:

Page 343

1    Q.   The question is if SGO
2  represents that they accept 25 percent of
3  abstracts submitted at any level, do you
4  have any reason to dispute that?
5    A.   I have no knowledge one way
6  or the other.  I have no opinion on that
7  subject.
8    Q.   Okay.  And if SGO sends
9  abstracts to reviewers who identify
10  themselves as experts in the field, do
11  you have any reason to dispute that
12  representation?
13    A.   I don't know what field
14  we're talking about.
15    Q.   Molecular biology for
16  example?
17    MS. SHARKO:  Object to the
18    form.  Lacks foundation.
19    THE WITNESS:  I have -- I
20    have no knowledge of what SGO
21    does.  I don't go to SGO meetings.
22  BY DR. THOMPSON:
23    Q.   Okay.  Were you familiar
24  with Dr. Saed's work prior to being

Page 344

1  retained?
2    A.   No.
3    Q.   Did Dr. Saed publish
4  articles regarding cancer biology prior
5  to 2017?
6    A.   Yes.  Apparently.  I mean,
7  from his CV and from my backwards search
8  of his record.
9    Q.   And did Dr. Saed publish
10  articles about inflammation and ovarian
11  cancer prior to 2017?
12    A.   He published papers that
13  claim to be about inflammation, yes.
14  That's not the same thing.
15    Q.   It's not the same --
16    A.   We'd have to go through each
17  paper.
18    Q.   -- thing to claim and to be
19  about inflammation?
20    A.   Well, we'd have to go
21  through the actual paper to see whether
22  it's convincing.
23    For example, he says he
24  publishes papers about oxidative stress,

Page 345

1  but the papers just look at levels of
2  redox enzymes.  And that alone does not
3  say anything about the net oxidative tone
4  in cells.  You actually have to directly
5  measure it.
6    And as I said in my report,
7  he made these claims in his most recent
8  paper, which was just apparently
9  published, about oxidative stress.  But
10  he never measured it.
11    So you can't really say that
12  there's a change in oxidative stress
13  without measurement.  You actually have
14  to measure it.
15    He didn't measure 8-oxodG.
16  He didn't measure BODIPY.  And he didn't
17  measure DCF florescence.  Those are the
18  standard measurements, among others, for
19  looking at the net tone of reactive
20  oxygen species inside cells, or other
21  forms of reactive oxygen -- of -- of
22  oxidative stress like lipid peroxidation
23  or oxidative damage to DNA.
24    DR. THOMPSON:  Object as

87 (Pages 342 to 345)

Benjamin G. Neel, M.D., Ph.D.

Page 346

1    nonresponsive.
2    BY DR. THOMPSON:
3        Q.   Did he publish any articles
4    about ovarian cancer and oxidative stress
5    prior to 2017?
6        A.   He did.  And some of those
7    are among the most that are off -- the
8    most off point for this particular
9    question.
10       Q.   Are you finished?
11       A.   Mm-hmm.
12       Q.   Did you review any of
13   Dr. Saed's pre-2017 articles?
14       A.   Several of them, yes.
15       Q.   And did you bring those with
16   you today?
17       A.   As I told you at the
18   beginning of the deposition, I didn't
19   bring anything with me today except my
20   coat.
21       Q.   Are they listed on your
22   materials considered list?
23       A.   Anything that I read of
24   Dr. Saed's that I believe is relevant to

Page 347

1    this is referenced in thein the report.
2        Q.   I did not see any articles
3    of Dr. Saed's listed.
4        A.   Then I didn't think they
5    were relevant to the report.
6        Q.   So you do not think any of
7    Dr. Saed's prior publications were
8    relevant to your opinion that Dr. Saed
9    lacks knowledge of basic cancer cell
10   biology, genetics and biochemistry?
11       A.   No, I actually do think they
12   were.  I think -- I'm pretty sure I cited
13   an earlier paper where he used -- where
14   he did -- where -- for example, where he
15   claimed that myeloperoxidase was in
16   cells.  He did that based on immuno
17   staining, but he didn't have the proper
18   controls for myeloperoxidase.  So all he
19   did was use an antibody.  So that doesn't
20   prove that it's there.
21            And -- and his claims for
22   perturbation experiments involve the use
23   of siRNAs.  And he didn't have the proper
24   controls that are required by all major

Page 348

1    journals, including use of multiple
2    siRNAs and rescue controls.
3            So those -- those papers --
4    which I'm absolutely sure I did cite
5    somewhere in this report, or at least I'm
6    pretty sure.  We can go through my entire
7    report, but I'm pretty sure that I cited
8    those papers and that specific
9    information, that that gives me -- that
10   makes me question the quality of his
11   work.  As I said in my report.
12       Q.   But those papers were all
13   peer reviewed and published in journals,
14   correct?
15       A.   As I said, none of his
16   papers are published in high -- in high
17   impact journals and the quality of review
18   at lower quality journals often matches
19   the quality of the journal.
20       Q.   And you would consider
21   Gynecologic Oncology a lower tiered
22   journal?
23       A.   I think it depends on what's
24   being published in Gynecological

Page 349

1    Oncology.  There are very fine papers
2    published in Gynecological Oncology, but
3    it depends on the particular topic.
4            And high quality molecular
5    biology papers are rarely published in
6    Gynecologic Oncology.  Some of them are.
7        Q.   How about Cancer?
8        A.   Cancer is a very low
9    quality -- a low impact journal.
10       Q.   Would it be important for
11   you to -- to look at the methodology that
12   Dr. Saed had previously published in
13   papers?
14       A.   As I just said, I did look
15   at the methodology.  I always read papers
16   very extensively.  When I -- I mean, one
17   of the things that I focus on most is the
18   methods.
19            I always teach my students
20   and postdocs that the methods are the
21   most important thing you can read when
22   evaluating a paper, because otherwise you
23   can't know whether the data are valid.
24            So, yes, I did extensively

88 (Pages 346 to 349)

Benjamin G. Neel, M.D., Ph.D.

Page 350

1    look at his work.
2        Q.    And you'll agree that
3    Dr. Saed has considered the molecular
4    changes in various histologic subtypes of
5    ovarian cancer, right?
6        A.    What do you mean considered?
7        Q.    He's published use --
8    using -- looking at molecular changes in
9    histologic subtypes?
10       A.    I'm not sure which paper you
11   are referring to, but I don't really
12   think so.
13             In fact, one of the features
14   of Dr. Saed's work is he does not appear
15   to be aware of the recent evidence from
16   Domcke, et al. and others that
17   traditional so-called ovarian cancer cell
18   lines are not representative of ovarian
19   cancer -- at least traditional serous
20   ovarian cancer cell lines are not really
21   serous cancer lines.
22             So he uses standard ovarian
23   cancer cell lines in some of his work
24   subsequent to the publication of his work

Page 351

1    such as Domcke, et al. in Nature
2    Communications in 2013 that are not real
3    serous cancer lines and yet he makes the
4    claim that they are -- or he assumes that
5    they are.
6             So I did read those papers
7    quite thoroughly.  And I can tell you on
8    multiple occasions his work is not
9    scientifically conclusive and in some
10   places categorically flawed.
11       Q.    Has Dr. Saed to your
12   knowledge ever been reprimanded or
13   sanctioned for publishing false data?
14       A.    I'm not accusing Dr. Saed of
15   publishing false data.  I'm accusing him
16   of publishing bad science.  I'm not
17   accusing him of fraud.  You only get
18   reprimanded for fraud.  Bad science, you
19   just get a bad reputation.
20       Q.    Does Dr. Saed have a bad
21   reputation?
22       A.    I don't know.  But he does
23   with me.
24             DR. THOMPSON:  Good time for

Page 352

1    a break.
2             THE VIDEOGRAPHER:  Remove
3    your microphones, please.  The
4    time is 3:34 p.m.  Off the record.
5             (Short break.)
6             THE VIDEOGRAPHER:  We are
7    back on the record.  The time is
8    3:58 p.m.
9    BY DR. THOMPSON:
10       Q.    Dr. Neel, are all the
11   criticisms that you have of Dr. Saed
12   contained in your report?
13       A.    I believe so, yes.
14       Q.    Are there --
15       A.    Of the papers that are
16   relevant to this case, yes.
17       Q.    And are all the papers that
18   you relied upon for your criticisms with
19   Dr. Saed contained in the report?
20       A.    I believe so, I'd have to --
21   can I look through the references?  I'm
22   pretty sure, but -- I guess his new
23   paper, I don't have the final citation
24   for that.  So that would not be in the

Page 353

1    report.
2             Let's see.  I'd have to look
3    through the report.  If you want me to
4    take the time, I'm happy to do it.
5        Q.    That's fine, because I need
6    to know what literature you're relying on
7    that forms the basis of your criticism of
8    Dr. Saed.
9        A.    So I did read the paper.  On
10   Page 17, the statement that he made on
11   his report on Page 5, ovarian cancer
12   patients manifest significant -- because
13   some of those refer to earlier papers,
14   which I just read.  But I just cited his
15   statement in the report and pointed out
16   that it wasn't really relevant to his
17   contention for the purpose of this
18   litigation.  So I would have to go back
19   and see what those papers were.
20       Q.    Where are you referring to?
21       A.    Page 17.A at the bottom.
22             MS. SHARKO:  We also served
23   a supplemental materials
24   considered list last night, DR.

Benjamin G. Neel, M.D., Ph.D.

Page 354

1      THOMPSON.  I assume you have that.
2          DR. THOMPSON:  Actually, I
3      intended to mark that.  I don't --
4          THE WITNESS:  Yeah.  The
5      same thing refers -- I'm sorry.  I
6      didn't want -- the same thing
7      refers to Point B on Page 17.
8      That refers to an earlier paper by
9      Dr. Saed, which I just cited based
10     on his report.  And his earlier
11     studies of -- the statements that
12     he made about the SNPs.  So all of
13     those earlier papers on SNPs that
14     are not confirmed by the GWAS,
15     genomewide association studies to
16     be relevant to ovarian cancer, and
17     are listed here.
18         So I -- so I based it on his
19     report, and then I looked up the
20     actual SNPs to see whether what he
21     said had been confirmed by the
22     GWAS studies.
23     BY DR. THOMPSON:
24     Q.   Is it your testimony that

Page 355

1      you read every article that was included
2      in Dr. Saed's report?
3      A.    I definitely looked at every
4      article that he authored that is in his
5      report.  I can't remember if I read every
6      word.  But I definitely looked at each of
7      them to see if I thought they were
8      directly relevant.  And I probably read a
9      large fraction of them.
10     Q.    And why are those not
11     included on your reference list?
12     A.    Because I was referring to
13     them from his report.
14         MS. SHARKO:  I mean, just so
15     there's no confusion.  We gave Dr.
16     Neel all the exhibits and all the
17     documents that Dr. Saed produced
18     that's on Page 40.  We didn't take
19     the time to list all that out.
20         MS. O'DELL:  That's not what
21     he was referring to in terms -- he
22     wasn't referring to produced
23     documents.  I think he was
24     referring to references.  That's

Page 356

1      not what we're discussing.  We're
2      not discussing the produced
3      documents from Dr. Saed.
4          THE WITNESS:  We can go
5      through his CV, and I'm happy to
6      point out which papers I read.
7          DR. THOMPSON:  Okay.  Let's
8      go ahead and do that.
9          THE WITNESS:  So Number 1.
10     Number 2 is not relevant.
11         Number 3 is not relevant.
12     BY DR. THOMPSON:
13     Q.    But, you'll agree that those
14     references are not included --
15     A.    I didn't read them.  Like I
16     said --
17     Q.    Let me finish my question.
18         MS. SHARKO:  Wait.  She's
19     going to ask a new question.
20     BY DR. THOMPSON:
21     Q.    That -- you'll agree that
22     those references were not included on
23     either your reference list or your
24     materials considered list, correct?

Page 357

1      A.    Well, because for the
2      standpoint of my report, the fact that
3      it's not germane to the issue here is
4      what I was saying.
5          In other words, if you look
6      on Page 17, he makes this statement that
7      ovarian cancer patients manifest
8      significantly decreased levels of
9      antioxidants and higher level of
10     oxidants.
11         I say regardless of whether
12     the statement is true, it's a non
13     sequitur.  That's why I didn't list it as
14     a reference.  And I didn't consider those
15     papers as part of this report and part of
16     my opinion about, you know, the role of
17     talc and ovarian cancer because this is
18     not relevant.
19         So I looked at the paper.
20     Q.    You're saying that statement
21     in A comes from one of his other papers?
22     A.    He references the other
23     paper, but the issue is not relevant to
24     this case, because it has to do with

Benjamin G. Neel, M.D., Ph.D.

Page 358

```
 1     what's happened in already developed
 2     ovarian cancer.  And the issue at hand is
 3     whether talc produces oxidative stress
 4     which causes ovarian cancer which occurs
 5     before fully blown ovarian cancer.
 6            So that's why I pointed out
 7     it's not relevant.
 8        Q.   All right.  So I'm entitled
 9     to know every paper that you relied upon
10     for your opinions.
11            So if you need to go through
12     Dr. Saed's CV and you can tell me which
13     of these papers you read and relied upon,
14     let's go ahead and do that.
15            MS. SHARKO:  I object to the
16     form of the question.  There's a
17     difference between reading and
18     relied upon.  Which do you want?
19            DR. THOMPSON:  Okay.  Well,
20     let's go with materials
21     considered, the title of his
22     reference list.
23     BY DR. THOMPSON:
24        Q.   So --
```

Page 359

```
 1            DR. THOMPSON:  And none of
 2     Saed's papers were on the
 3     materials considered list, either
 4     in the original or the
 5     supplemental.  So --
 6            MS. SHARKO:  So I disagree
 7     with you on that because the
 8     exhibits to the depositions are,
 9     the depositions are, his report
10     is, and his reported whatever it
11     was attached to it.
12            So I take issue with that.
13            That being said, if you want
14     to -- if you want to have Dr. Neel
15     go through the CV, the part of the
16     CV that's marked as Exhibit 29,
17     and tell you which ones he's read,
18     sure, you can do that.
19            MS. O'DELL:  Exhibits to --
20     exhibits to Dr. Saed's deposition
21     did not cover his previous
22     publications.  So to suggest
23     otherwise, I think would be
24     incorrect.
```

Page 360

```
 1            DR. THOMPSON:  That's --
 2     Dr. Neel --
 3            MS. SHARKO:  I don't agree
 4     with that.  But anyway, go ahead.
 5     BY DR. THOMPSON:
 6        Q.   Were all the -- were all the
 7     publications that you reviewed of
 8     Dr. Saed's included within the exhibits
 9     from his deposition?
10        A.   I'd have to look at his
11     deposition to be sure.
12        Q.   Well, it was in your file,
13     right?
14        A.   I know, but I don't have a
15     photographic memory of everything that
16     was in his deposition.
17        Q.   And you didn't bring
18     anything with you here today?
19        A.   I didn't bring anything with
20     me.
21            MS. SHARKO:  Which is the
22     agreement of counsel.
23            MS. O'DELL:  No, it's not.
24     We requested that materials that
```

Page 361

```
 1     were considered be brought to the
 2     deposition.
 3            There was no agreement that
 4     those would not be brought here
 5     today.  You've asserted
 6     objections, and some of which we
 7     take issue with.  But there's no
 8     agreement that the materials would
 9     not be brought.
10            MR. TISI:  And I must tell
11     you, we have brought -- we have
12     brought every -- boxes of material
13     to every one of the depositions.
14            So this is another example
15     of you representing something that
16     really didn't happen.
17            So if you would tell us
18     where we agreed to that, I haven't
19     seen it.  Because we've got boxes
20     and boxes and we gave it to you,
21     for example.
22            MS. SHARKO:  There was no --
23     Mr. Tisi, I'm not going to waste
24     your side's time having an
```

91 (Pages 358 to 361)

Benjamin G. Neel, M.D., Ph.D.

Page 362

1    argument.
2        MR. TISI:  Good, because you
3    can't because there was no such
4    agreement.
5        You make these kinds of
6    assertions repeatedly and they are
7    just not true.  So you --
8        MS. SHARKO:  You are totally
9    wrong, Mr. Tisi.
10       MR. TISI:  So tell me where
11   it is we agreed that he could not
12   bring materials relied on, when we
13   asked them in the notice of
14   deposition.
15       MS. SHARKO:  We served
16   objections to the deposition
17   notice, which you have.
18       MR. TISI:  That's not an
19   agreement.
20       MS. SHARKO:  There was no
21   agreement to bring all the stuff
22   that everybody reviewed.  If
23   there's something specific you
24   want, let's figure it out and get

Page 363

1    it.
2        MR. TISI:  But he's -- but
3    you said there was an agreement of
4    counsel not to bring things, which
5    is totally different than you
6    objecting to something on the
7    notice of deposition.
8        MS. SHARKO:  I disagree with
9    you, Mr. Tisi.
10       MR. TISI:  Okay.  Well, I
11   think the record will --
12       MS. SHARKO:  You constantly
13   make misrepresentations, Mr. Tisi,
14   but that's --
15       MR. TISI:  That's a
16   deflection.  That's a deflection.
17       You made an assertion,
18   Susan, that there was an agreement
19   of counsel not to bring
20   information to the deposition that
21   the witness relied on.  That's not
22   true.  So --
23       MS. SHARKO:  I disagree -- I
24   disagree with you.  But let's move

Page 364

1    on.
2        MR. TISI:  Okay.  Well, tell
3    me where it is.  Tell me where we
4    agreed not to bring information
5    relied on.
6        MS. SHARKO:  No.
7        MR. TISI:  Okay.
8        MS. O'DELL:  I think, tell
9    us where and tell us who you
10   believe made that agreement,
11   because I can tell you the only
12   other person that would have the
13   authority to make that agreement
14   is Michelle.  She is not here.  It
15   would be Chris or myself.
16       This is not true.  So let's
17   move on.  But if you're going to
18   take the position that you're not
19   going to bring materials for
20   experts in these depositions, then
21   we need to take it up with Judge
22   Pisano, because that's clearly not
23   in compliance with the rules.
24       MS. SHARKO:  So -- so if

Page 365

1    there's -- there are things that
2    you think should be brought to the
3    depositions, let's talk about that
4    afterwards.
5        MR. TISI:  Everything that
6    was in the notice of deposition.
7    Every -- because I -- you know,
8    we -- we have depositions coming
9    up and unless there's some basis
10   like privilege or something like
11   that, we expect you to bring them
12   to the deposition.
13       MS. SHARKO:  All right.  I'm
14   not going to have this
15   discussion --
16       MR. TISI:  Of course you
17   don't want to.
18       MS. SHARKO:  -- now on the
19   record.
20       MR. TISI:  Of course you
21   don't want to.  Because -- because
22   we did it.  We did it and you
23   didn't.
24       MS. SHARKO:  Mr. Tisi, let's

Benjamin G. Neel, M.D., Ph.D.

Page 366

1    move on.
2         I'm happy to --
3         MR. TISI:  Okay.
4         MS. SHARKO:  Leigh, I'm
5    happy to talk to you afterwards or
6    tomorrow.  You'll probably be in
7    Atlantic City, right?
8         MS. O'DELL:  We'll see.
9         MS. SHARKO:  We'll see?
10   Okay.
11        The judge changed the time,
12   did you see that?
13        MS. O'DELL:  I did see that.
14   BY DR. THOMPSON:
15        Q.   Okay.
16        A.   I looked through -- so I
17   want to clarify what I meant.
18        So I read several of these
19   papers to see if they were relevant and
20   I -- if I thought they were irrelevant, I
21   said they were irrelevant.
22        But if you want to know
23   which ones, it's what he cited in his
24   paper.  But I -- I mean --

Page 367

1         Q.   Okay.  Let's --
2         A.   -- there are very few
3    additional papers that are even cited by
4    him in his paper, in his report, that are
5    relevant.
6         Q.   Okay.  First off, let me
7    just ask you, are any of the papers
8    listed on Dr. Saed's CV relevant in your
9    mind?
10        A.   The most relevant one is
11   the -- is the current one, which is the
12   one that was in press.  And that's the
13   one that I criticized the most
14   specifically.
15        Many of the other ones are
16   cited by Dr. Saed as relevant, but they
17   aren't relevant in my opinion, as I state
18   in my report.
19        So, for example --
20        Q.   So -- okay.  So no -- none
21   of Dr. Saed's previous publications that
22   are relevant in your opinion with the
23   exception of the one just published; is
24   that correct?

Page 368

1         A.   Yes, but several -- several
2    of them have, you know, statements which
3    are not true, like the thing about the
4    SNPs.
5         Q.   Was the methodology that was
6    used in the previous publications and
7    peer reviewed relevant at all?
8         MS. SHARKO:  Object to the
9    form of the question.
10        THE WITNESS:  Yeah, I don't
11   know which particular methodology
12   or paper you're referring to.
13   BY DR. THOMPSON:
14        Q.   Well, I'm saying if Dr. Saed
15   used the same or similar methods
16   publishing this paper that he did in
17   previous papers, is that relevant?
18        A.   He didn't use the same
19   method.  The -- the earlier work was just
20   based on small SNP analysis.  This was
21   based on use of panels of SNPs, arrays of
22   SNPs.  It's a -- it's a new -- relatively
23   -- it's a more modern method that's
24   available in the earlier papers.

Page 369

1         Q.   But you'll agree with me
2    that there -- there's a lot of data in
3    Dr. Saed's paper that goes beyond just
4    the SNP analysis, correct?
5         A.   The SNP analysis is the only
6    analysis which addresses the
7    extraordinary claim of a genotype switch
8    in response to talc treatment of cells.
9    So that is the only data.
10        What he should have done was
11   carry out Sanger sequencing, since he's
12   claiming that there is a wholesale change
13   in a genetic content of a specific
14   polynucleotide -- of a specific SNP
15   within 72 hours of talc treatment which
16   would be utterly unprecedented as far as
17   I know in molecular biology.
18        Q.   Okay.  Let's -- let's go
19   ahead and have you identify what articles
20   from Dr. Saed's CV that you considered.
21        A.   Oh.  For example, on Page 30
22   he said -- he had a paper, "Specific
23   point mutations and key redox enzymes are
24   associated with chemoresistance and

Benjamin G. Neel, M.D., Ph.D.

Page 370

1    epithelial ovarian cancer." I looked at
2    that paper and immediately concluded that
3    it was not relevant to this litigation or
4    the question of my report because it has
5    to do with fully blown ovarian cancer.
6            So I looked at the paper,
7    but it's not relevant for this, so I
8    didn't cite it in my reference.
9        Q.    So which --
10       A.    Similarly --
11       Q.    -- which paper was that?
12       A.    Reference 9.
13       Q.    Give me a number --
14       A.    Page 30.
15       Q.    Okay. So that one you
16   looked at and determined it was not
17   relevant?
18       A.    Correct.
19       Q.    Let's just go through,
20   and --
21       A.    Similarly --
22       Q.    -- tell me if there are
23   others --
24       A.    Reference 15 addresses a

Page 371

1    similar subject. Not relevant.
2        Q.    Oh, okay.
3        A.    Reference -- I'm just
4    referring to --
5        Q.    Do you have the exhibit
6    there?
7        A.    Yes.
8        Q.    Would you go ahead and mark
9    on the exhibit?
10       A.    I thought I'm not allowed to
11   mark the exhibits.
12       Q.    You are if we ask you to.
13       A.    Okay. Sure.
14       Q.    Go ahead and -- just so
15   we'll have the record. Go ahead and mark
16   which ones that you considered.
17           MS. SHARKO:  Considered
18   meaning read?
19           DR. THOMPSON:  I'm just
20   using the language that's in the
21   statute, materials considered, and
22   what's on his reliance list -- on
23   his materials considered list.
24           THE WITNESS:  I don't know

Page 372

1    how to answer that, because
2    there's obviously a legal issue
3    here that I don't understand.
4            But, I mean, if I read
5    something and it's not relevant to
6    my opinions, does that mean that I
7    considered it?  Okay.  Well, in
8    that case...
9            MS. SHARKO:  That wouldn't
10   be my interpretation, but if
11   that's your question.  That's
12   fine.
13   BY DR. THOMPSON:
14       Q.    Well, it's fine to go ahead
15   and tell us whether or not you -- go
16   ahead and circle the ones that you read
17   and I may ask you questions.
18       A.    Sure.  Reference 26, I read.
19   It was relevant to something I'm
20   interested in, but it wasn't at all
21   germane.  So I don't know how you would
22   count that one.
23           MS. SHARKO:  By the way we
24   have the references in the

Page 373

1    doctor's report in the other room
2    if you want them if you can't find
3    a paper.
4            DR. THOMPSON:  Okay.
5    Thanks.
6            THE WITNESS:  Again, 45
7    would fall under the same
8    category.  That's it.  Oh, wait
9    the review articles.
10   BY DR. THOMPSON:
11       Q.    Dr. Neel, if you're
12   finished.
13       A.    No, I didn't look at the
14   reviews.  You can have your pen back too.
15   I am a pen stealer.  I admit to that.
16       Q.    So Dr. Neel, let me just ask
17   you about the articles that are circled
18   on Dr. Saed's CV, Exhibit 29, and have
19   you tell me whether these were papers
20   that you relied upon for your opinions or
21   decided were not relevant or any comments
22   that you want to make.
23       A.    Sure.
24           MS. SHARKO:  Except now he

Benjamin G. Neel, M.D., Ph.D.

Page 374

1    doesn't have a copy of it in front
2    of him.
3        DR. THOMPSON: That's true.
4        THE WITNESS: You can keep
5    handing it back and forth to me.
6        DR. THOMPSON: No, let me --
7    or maybe share Ms. Sharko's copy.
8        MS. SHARKO: Okay. So my
9    copy won't have circles on it.
10        DR. THOMPSON: Right. I'll
11    tell you a number and you can tell
12    me.
13        That's probably even better.
14    BY DR. THOMPSON:
15        Q. On that exhibit, let's go
16    through the ones that are circled. If
17    you could just mark relevant or
18    irrelevant. "I" for irrelevant -- "I"
19    for irrelevant and "R" for relevant. How
20    is that?
21        MS. SHARKO: Those are the
22    only two choices?
23    BY DR. THOMPSON:
24        Q. If you have a different

Page 375

1    choice, we can have a write-in candidate.
2        A. How about not directly
3    relevant, although it was cited by him as
4    relevant.
5        Ditto, not directly
6    relevant, although he asserted it was.
7        As I said, as I recall the
8    only one that's directly relevant is the
9    more recent one. And all the other ones
10    are claimed as being relevant but they're
11    off point, in my opinion. I'm going to
12    write the same thing on all the other
13    ones. There aren't that many, because
14    most of these papers are not directly
15    relevant.
16        So for example, Reference 52
17    is not -- this is the one where he, I
18    believe, shows -- I don't have the paper
19    in front of me. We'd have to look at it.
20    But I believe that's the paper where he
21    claims that myeloperoxidase expressed in
22    ovarian cancer cells.
23        So that's not relevant to
24    the topic at hand, but it is relevant to

Page 376

1    my opinion that, you know, he's
2    misinterpreting the data. So I don't
3    know how to -- how to write that.
4        Q. And that paper was published
5    in Gynecologic Oncology, right?
6        A. Yes.
7        Q. And peer-reviewed, right?
8        A. Yes, as I said before, the
9    very fact that -- if it's not
10    peer-reviewed, it's completely unreliable
11    until it's peer-reviewed. But the fact
12    that it's been peer-reviewed doesn't make
13    it right.
14        Q. Do you know the --
15        MS. SHARKO: Well, wait.
16    He's still going through the --
17    through the last task.
18        THE WITNESS: I think
19    that's -- that's -- I think that's
20    all of them. Yeah. Okay. I
21    marked them all.
22    BY DR. THOMPSON:
23        Q. Okay. Thank you. Do you
24    recognize any of the other authors on

Page 377

1    these paper as you look through it? By
2    memory, name the authors that you
3    recognize.
4        A. I don't remember -- I mean,
5    I don't --
6        Q. Could you just glance
7    through and see if you --
8        A. Sure.
9        Q. -- recognize any of the
10    other authors.
11        A. Sure.
12        MS. SHARKO: On the ones
13    that he marked, right?
14        THE WITNESS: I recognize
15    Fletcher, because I know that
16    she's in the lab. I recognize her
17    name from the deposition. But I
18    don't know any of the other
19    authors. Fletcher again.
20    BY DR. THOMPSON:
21        Q. So is it fair to say,
22    Dr. Neel, that you don't know the
23    reputations of any of Dr. Saed's
24    co-authors on these papers?

95 (Pages 374 to 377)

Benjamin G. Neel, M.D., Ph.D.

Page 378

1      A.   So far, that's fair to say,
2  yes.  But I believe that the overwhelming
3  majority of them are people who are
4  working in his lab.
5      Q.   Do you know that or are you
6  guessing?
7      A.   No, I know that from the
8  papers that I remember reading, I think
9  most of them, it was from one lab.  But I
10 could be -- we can go through each
11 individual paper if you want.  But that
12 reputation -- reputation is not relevant
13 to me.
14      What's relevant to me is my
15 reading of the papers and assessment of
16 their scientific quality.  And that's
17 what I did, and that's the basis for my
18 conclusions on Page 23, Point K.
19      Q.   Let's switch gears a little
20 bit, Dr. Neel.
21      You looked at other papers
22 directly related to molecular effects of
23 talc or talcum powder as well, correct?
24      A.   Most of which, we've already

Page 379

1  discussed.  But yes, everything that's in
2  my report is what I looked at.
3      Q.   Let's talk about that
4  Buz'Zard paper that you read and included
5  in your report on Page 25.
6      A.   Yes.  Buz'Zard and Lau.
7      Q.   I could have swore I put
8  those stickers right where I could find.
9  There they are.
10      DR. THOMPSON:  This will be
11 Exhibit 30, the paper by Buz'Zard.
12      (Document marked for
13 identification as Exhibit
14 Neel-30.)
15      MS. SHARKO:  Do we have a
16 29?
17      THE WITNESS:  Maybe that was
18 the CV.
19      MS. SHARKO:  Oh yeah.  CV
20 was 29.  I'm sorry.
21 BY DR. THOMPSON:
22      Q.   Do you recall reading this
23 paper?
24      A.   Absolutely.

Page 380

1      Q.   And you had actually quite a
2  few criticisms of this paper as well?
3      A.   Yes.
4      Q.   Correct?
5      A.   Yes.  Starting with the fact
6  that it's published in a journal that's
7  not really relevant to ovarian cancer or
8  cancer, Phytotherapy Research.  I don't
9  think I've ever seen a paper on ovarian
10 cancer in Phytotherapy Research.
11      Q.   But you'll agree that the
12 paper at least deals with ovarian cells
13 cultures and molecular effects, right?
14      A.   A small part of the paper,
15 yeah.  Yes.
16      Q.   This paper was
17 peer-reviewed, right?
18      A.   By somebody who reviews for
19 Phytotherapy Research, which is highly
20 unlikely to be anyone who is a credible
21 ovarian cancer researcher.
22      Q.   And in the abstract of this
23 paper, the authors state, "Talc increased
24 proliferation, induced neoplastic

Page 381

1  transformation, and increased ROS
2  generation time dependently in the
3  ovarian cells and dose dependently in the
4  PNM."
5      Did I read that correctly?
6      A.   Yes, you read the statement
7  correctly.
8      Q.   And is it your opinion that
9  those statements do not actually reflect
10 what the experiments demonstrated?
11      A.   Yes.  It's my -- it's my
12 contention that this paper is highly
13 flawed in multiple ways, starting with --
14 do you want me to tell you all the ways
15 that it's flawed?
16      Q.   Sure.
17      A.   Starting with the fact that
18 we have no idea what a -- if there -- if
19 talc does get from the perineum into the
20 fallopian tube or the ovarian surface
21 epithelial region, we have no idea of
22 what a relevant dose is.  So picking
23 these doses has no biological relevance.
24      In fact, I don't think you

96 (Pages 378 to 381)

Benjamin G. Neel, M.D., Ph.D.

Page 382

1    can actually study the question unless
2    you have an idea of the dose of the agent
3    that gets to the relevant tissue. So the
4    first problem is the design of the
5    experiments is intrinsically flawed.
6            The second point --
7        Q.  Can we go one at a time --
8        A.  Sure.
9        Q.  -- just because I have
10   question --
11       A.  Sure. Yeah, you asked me
12   to --
13       Q.  It will be easier -- yeah.
14       A.  So that's my first problem.
15       Q.  Aren't in vitro studies
16   frequently done for mechanistic purposes
17   and not necessarily to determine a
18   relevant dose?
19       A.  It's well known that the
20   only relevant studies that are done in
21   vitro are done with a relevant dose of
22   the agent that you're testing.
23           So I can only comment on
24   well-designed and well-performed

Page 383

1    experiments, not poorly designed and
2    poorly performed experiments.
3        Q.  How would you know a
4    relevant dose if you wanted to look at
5    talcum powder in vitro and how it would
6    relate to women who are using talcum
7    powder regularly on their perineum?
8        A.  That's exactly the point.
9        Q.  So are the -- would all
10   molecular studies be worthless?
11       A.  Until you can define a
12   reasonable dose, it doesn't -- you can't
13   do an experiment that's relevant to the
14   question at hand.
15           If you just go dumping talc
16   at various levels onto cells, it may have
17   absolutely no -- it probably has
18   absolutely no relevance to what happens
19   when you apply talc to the perineum of a
20   woman, and if and whether any degree of
21   talc gets to -- to the relevant tissue.
22       Q.  So in your opinion, with our
23   current knowledge, it would be impossible
24   to do a molecular study with talcum

Page 384

1    powder that would be relevant?
2        A.  I think it would be
3    impossible to do a compelling study until
4    you first answered the question of
5    whether perineum -- talc applied to the
6    perineum of a woman gets to the ovary and
7    at what dose --
8        Q.  How do you --
9        A.  The fallopian tube.
10       Q.  How do you ascertain that
11   information?
12       A.  It's not my -- I would have
13   to sit down and think it through. That's
14   not my purpose here today.
15           My purpose is not to do the
16   experiments for them. My purpose is to
17   evaluate the published data.
18           And my opinion is that the
19   study starts out being flawed by not
20   knowing anything about a relevant dose.
21   It's their obligation to figure out a
22   relevant dose, not mine. It's my
23   obligation to read their paper and decide
24   whether it's scientifically credible.

Page 385

1    But that's the -- that's only the first
2    of many weaknesses of this study.
3        Q.  We'll get -- we'll get to
4    some -- let me finish my question here
5    and then we'll get to the others.
6            Assuming that you did not
7    have a conflict of interest policy at
8    your institution, could you design a
9    study, a molecular study that you think
10   could be relevant to studying the issue
11   that we are talking about today?
12       A.  I don't know. I haven't
13   really given it any thought. I haven't
14   given it significant thought. Maybe.
15   I'd have to think about it for a while.
16       Q.  Okay. Let's go on with
17   your -- your criticisms.
18           Are these the same that are
19   outlined in your report?
20       A.  Yes.
21       Q.  Or are there additional
22   ones?
23       A.  Yes, those are exactly the
24   criticisms. But I'm happy to go through

Benjamin G. Neel, M.D., Ph.D.

Page 386

1    each of them if you want.
2        Q.   Let's go ahead and go
3    through them.
4        A.   Okay.  Well, granular --
5    most of the study, a large fraction of
6    the study concerns granulosis cells which
7    are not relevant to epithelial ovarian
8    cancer of any type.
9        Q.   So is it your opinion that
10   seeing biological effects on cells from
11   anything other than tubal epithelium are
12   irrelevant?
13       A.   Well, even if they had, you
14   know, primary ovarian surface epithelium,
15   that might be relevant because I think
16   there is some evidence that some ovarian
17   cancer come from the OSE, ovarian surface
18   epithelial, OSE.
19            But these cells are already
20   transformed with SV40 large T antigen.
21   And SV40 large T antigen inactivates the
22   two major oncogenic pathways.  It
23   activates all members of the RV family
24   and it inactivates p53.  So these cells

Page 387

1    are already transformed.
2            So if you're trying to
3    investigate the effects of a potential
4    initiating event, then this study is
5    irrelevant.
6            Plus it's well known that
7    SV40 large T transformed cells are
8    genetically unstable and any -- and
9    different lines are different.  So it's
10   really not generally accepted that you
11   use a study where you transform cells
12   with SV40 large T and -- and use that to
13   infer something about normal biology.
14            So I think that's a serious
15   weakness of this study.
16       Q.   Okay.  Next?
17       A.   The third point is that they
18   don't show any tumor genicity studies.
19   It would have been very easy for them to
20   take these cells, treat them with talc
21   and then inject them into
22   immunoincompetent mice and at least see
23   if there's any evidence of
24   transformation.

Page 388

1            It's well known that soft
2    agar transformation in human cells is not
3    predictive of -- of tumorigenicity which
4    is the issue at hand.
5            And the -- if you look
6    carefully at the data, the -- the
7    purported pro-oncogenic effects on
8    cellular proliferation and ROS occur
9    at two different doses of talc.
10           So notwithstanding my
11   criticism about the dose in the first
12   place, it's not known which of these
13   doses would be relevant.
14           So I think that pretty much
15   covers it.
16           Oh yeah, the
17   polymorphonuclear leukocyte experiments
18   are not relevant because, as we discussed
19   earlier today, there is no evidence for
20   white -- for poly -- or PMN infiltration
21   into the premalignant lesions of -- of
22   human fallopian lesions like STICs or
23   stills or p53 signatures.
24           So I don't really think

Page 389

1    there's much in this paper to support the
2    case that talc is pro-oncogenic.
3        Q.   And --
4        A.   It's a very poor quality
5    journal and it's -- I don't think these
6    authors have ever published on this again
7    as far as I can tell.
8        Q.   Is it -- is it fair to say
9    your criticisms of the Buz'Zard paper are
10   similar to those of Dr. Saed's paper?
11       A.   No.  They're -- they are
12   different.
13       Q.   In terms of being flawed?
14       A.   Well, I mean I would say
15   that it's like Anna Karenina.  They are
16   flawed in different ways.
17       Q.   Fair enough.  Let's --
18   and -- and the -- the results and
19   mechanism that the authors are proposing
20   in this paper are -- are not even
21   plausible in your mind?
22       A.   Plausibility requires good
23   experiments.  These are bad experiments.
24   So based on this set of data, there is

98 (Pages 386 to 389)

Benjamin G. Neel, M.D., Ph.D.

Page 390

1  nothing that can be educed from this work
2  as to biological plausibility in my
3  opinion.
4      Q.   Let's -- let's go next to
5  the Shukla paper.  Do you remember --
6      A.   Shukla?
7      Q.   -- seeing that paper?
8      A.   I remember the paper -- I
9  remember the name.  It's an unusual name
10 so I remember.  But I don't recall the --
11 I'd have to see the paper to actually
12 comment on it.
13     Q.   I'll hand that to you now.
14         (Document marked for
15         identification as Exhibit
16         Neel-31.)
17 BY DR. THOMPSON:
18     Q.   Did you review this paper,
19 Dr. Neel?
20     A.   Yes.
21     Q.   And I believe you discussed
22 this paper in your report as well,
23 correct?
24     A.   I do.  Can you tell me the

Page 391

1  page though?
2      Q.   So I can make sure.
3      A.   So I can make sure.
4      Q.   It's Page 21.  Beginning on
5  Page 21.
6          In this paper, the authors
7  reported --
8      A.   Hold on.  I don't see it on
9  21.  Can you tell me where it is on 21?
10     Q.   Page 21 of your paper in the
11 last paragraph.
12     A.   Oh, sure, yeah, yeah.
13 Sorry.  It's in the middle.
14     Q.   And in this paper the
15 authors report all -- alterations in gene
16 expression following exposure to asbestos
17 as well as talc in mesothelial and
18 ovarian surface cells, correct?
19     A.   Yes.
20     Q.   Do you have criticisms of
21 this paper?
22     A.   Hold on.  Let me go through
23 it again.  It's been a while since I saw
24 it.  And the criticisms that I have are

Page 392

1  in the report.  But let me just look at
2  it again.  Oh, yeah.  So again, this is
3  an SV40 Tag-immortalized
4  anchorage-dependent human ovarian
5  epithelial line, so it's --
6          MS. SHARKO:  You've got to
7  go much slower.  Sorry.
8          THE WITNESS:  Oh, I'm sorry.
9  On Page -- on Page 115 in the
10 left-hand column, midway through
11 under the methods, which I write
12 extensively, it's an -- the
13 authors use for ovarian surface
14 epithelial cells an SV40
15 Tag-immortalized,
16 anchorage-dependent human ovarian
17 epithelial cell line.
18         So this suffers from the
19 same issues that I just mentioned
20 for the Buz'Zard paper in that
21 it's using a cell line that
22 already has -- should I continue?
23 BY DR. THOMPSON:
24     Q.   Yes, I'm sorry.

Page 393

1          MS. SHARKO:  Okay.
2          THE WITNESS:  This paper
3  uses an SV40 Tag-immortalized
4  anchorage-dependent human ovarian
5  epithelial cell line which,
6  therefore, suffers from the same
7  issues that I raised earlier with
8  the paper by Buz'Zard and Lau in
9  that this -- these cell lines
10 are -- already suffered -- already
11 have had introduced a minimum of
12 two of the transforming events
13 that occur in ovarian cancer.
14         So the cell line is not
15 necessarily germane to the
16 initiating events of ovarian
17 cancer.  That's the first thing.
18         The second thing is that the
19 paper primarily concerns, you
20 know, asbestos effects on
21 mesothelial cells, not so much the
22 effects of talc on ovarian
23 epithelial cells.
24         And if you look at the

99 (Pages 390 to 393)

Benjamin G. Neel, M.D., Ph.D.

Page 394

1   changes.  In fact, if you go to
2   Page 2009.  In contrast to
3   LP9/TERT and NYU474 mesothelial
4   cells, that's referring to the
5   pleural mesothelial cells.
6         IOSE cells showed no
7   significant gene upregulation or
8   downregulation in response to
9   lower concentrations of asbestos
10  and no significant mRNA changes
11  were observed with non-fibrous
12  talc, fine titanium dioxide, or
13  glass beads at either time point.
14        So the relevant cell type
15  shows no changes in gene
16  expression, and the irrelevant
17  cell type shows minimal changes in
18  gene expression in response to
19  talc.
20        So again, I don't really
21  think that Dr. Saed's quote is
22  relevant.  So if you read my
23  report on Page 21, I refer to
24  Shukla, et al., in the context of

Page 395

1   Dr. Saed's citation, not -- not
2   because I think this is
3   necessarily germane.
4         I am responding to
5   Dr. Saed's claim it's germane and
6   showing that it isn't germane in
7   my opinion.
8   BY DR. THOMPSON:
9         Q.   So your opinion --
10        MS. SHARKO:  He was reading
11  from 118, not 2009.
12        THE WITNESS:  Oh, did I --
13        DR. THOMPSON:  I found it.
14        MS. SHARKO:  You did.
15        THE WITNESS:  I'm sorry.
16        MS. SHARKO:  No problem.
17        THE WITNESS:  Sorry.  Thank
18  you.
19  BY DR. THOMPSON:
20        Q.   And so this paper, in your
21  opinion, is not relevant for the issue
22  that we're discussing today?
23        A.   Well, if anything, it says
24  there is almost no effect of talc on

Page 396

1   these cells --
2         Q.   Well, my question is --
3         A.   -- in terms of gene
4   expression.
5         Q.   -- as to the relevance.
6         A.   Well, it's not -- it's not
7   relevant, and it's not -- it doesn't
8   support the claim that ovarian cancer is
9   caused by talc.  So in that way it's not
10  relevant.
11        Q.   Would you consider this
12  paper reliable?
13        A.   Reliable?  I mean, they
14  measured -- insofar -- so it's reliable
15  in the sense that they've used
16  established techniques, and I'm sure that
17  the gene expression data is correct.
18  Reliable insofar as one can draw
19  conclusions about asbestos or talc, I
20  have no comment about what a relevant
21  dose would be of asbestos, because I
22  haven't researched that issue.  But I do
23  have a comment, the same comment that I
24  raised earlier about a difficulty in

Page 397

1   knowing what would be a relevant dose of
2   talc.
3         But in this case, the doses
4   they chose had no significant effects.
5   So it's not germane unless the -- unless
6   the point is to say that talc doesn't
7   induce gene expression changes in the
8   human ovarian cells.
9         Q.   If -- and is it your
10  understanding that this paper or these
11  authors used non fibrous talc in the
12  studies?
13        A.   I don't recall.  I have to
14  look at what they used.
15        Q.   It's in the abstract or the
16  methods.
17        A.   Well, I would prefer to use
18  the methods.
19        Q.   Sure.
20        A.   I have to look at it.  I
21  have to go to the results because they
22  characterize the fibers.  I'm not really
23  an expert in fibers.  But I believe
24  Dr. Mossman is an expert for the

100 (Pages 394 to 397)

Benjamin G. Neel, M.D., Ph.D.

Page 398

1    defendant.  So I think that she would
2    probably be better at explaining this
3    than I.
4            Yes, they claim that it's
5    non-fibrous talc.  But again, I'm not an
6    expert in mineralogy or geology.  So I
7    can't comment on the quality of their
8    evaluation.  But I will say that it's
9    non-fibrous talc, according to the paper.
10       Q.    And if Baby Powder were
11   shown to contain fibrous talc or
12   asbestos, how would that change your
13   opinions regarding the paper?
14       A.    Well, it would just make
15   this paper even more irrelevant because
16   they didn't use Johnson & Johnson's
17   products.
18       Q.    Do you know Dr. Mossman?
19       A.    I don't know her.  I know of
20   her reputation, but I don't know her.
21       Q.    And you haven't spoken to
22   her --
23       A.    No.
24       Q.    -- regarding this case?

Page 399

1        A.    I've never met her or spoken
2    to her.
3        Q.    I believe you had two papers
4    by Dr. Akhtar on your materials
5    considered list.  Does that sound
6    familiar?
7        A.    Yeah.  I don't know if
8    that's the -- I didn't know how to
9    pronounce that name.
10       Q.    I don't either so you're --
11   does anyone?
12       A.    It sounds like it's right.
13   A-H-K or something?
14           MS. SHARKO:  That's
15   Exhibit 32.
16           (Document marked for
17   identification as Exhibit
18   Neel-32.)
19           DR. THOMPSON:  32 is the
20   Akhtar paper.
21   BY DR. THOMPSON:
22       Q.    "The Primary Role of Iron
23   Mediated Lipid Peroxidation."
24           Does this paper look

Page 400

1    familiar, Dr. Neel?
2        A.    Yes.
3        Q.    And did you read this paper?
4        A.    A while ago, yes.
5        Q.    Do you --
6        A.    I don't remember if I
7    actually -- was there a place in my
8    report that you want to discuss here?
9        Q.    I don't believe that -- oh,
10   actually, I think you did discuss this in
11   here.  Let me find it.  Yes, it's on Page
12   24.
13       A.    24.  I thought I remember
14   typing that.  Yes.
15       Q.    And do you have criticisms
16   regarding this paper?
17       A.    Yes.  As outlined in my
18   report on Page 24.
19       Q.    And what are those?
20       A.    These authors measured the
21   effects of talc on A549 cells, which are
22   lung cancer cells, and found ROS
23   production, oxidation of cellular lipids,
24   and DNA damage.

Page 401

1            So, again, these are already
2    established lung cancer cells.  So I
3    don't see the relevance to the question
4    of initiation of ovarian cancer.  That's
5    first thing.
6            The second thing is that --
7    the same issues having to do with dose
8    are germane here.  And I guess I should
9    see -- I don't remember which form of
10   talc they used.  Yeah, so commercial
11   talc.  So again, those are my main
12   criticisms.
13           They use dose -- again, as I
14   said, it's not clear as the dosage used
15   here or seen here relate to the small
16   number of particles that are presumably
17   found in the reproductive tract, if
18   they're there at all.
19       Q.    Are you aware that Dr. Saed
20   used the same dosage as Dr. Akhtar
21   reported in his paper?
22       A.    I'd have to look to be sure.
23   But perhaps.  Dr. Saed's papers are
24   seriously flawed, as we've already

101 (Pages 398 to 401)

Benjamin G. Neel, M.D., Ph.D.

Page 402

1    discussed.
2         Q.   Yeah, I understand your
3    opinion as to that.  The author's first
4    sentence in the abstract is, "Talc
5    particles, the basic ingredient in
6    different kinds of talc-based cosmetic
7    and pharmaceutical products, pose a
8    health risk to pulmonary and ovarian
9    systems due to domestic and occupational
10   exposures."
11        Do you disagree with that
12   statement --
13        A.   Yes.
14        Q.   -- that Dr. Akhtar makes?
15        A.   Yes.
16        Q.   Do you think that Akhtar
17   is -- Dr. Akhtar is not credible?
18        A.   I have no knowledge as to
19   Dr. Akhtar.  I have never met him.  Don't
20   know anything about him.  Don't know his
21   reputation and can't comment on it.
22        Q.   This paper was peer reviewed
23   and published?
24        A.   Yes.  And I also can't

Page 403

1    comment, since I'm not a toxicologist, on
2    the quality of this journal.  But I think
3    it's probably not a high impact journal
4    or a high quality journal.
5         Q.   Do you know if nanoparticles
6    would apply to Johnson's Baby Powder?
7         A.   As I said, I am not -- not a
8    mineralogist, I'm not a toxicologist.  I
9    can't comment on any of that.
10        Q.   So you --
11        A.   I don't have any
12   professional opinion on that.
13        Q.   So you really have no idea
14   as to the particle size of Johnson's Baby
15   Powder?
16        A.   I have no idea as to the
17   particle size.
18        Q.   And the authors a little
19   further down in the abstract state, "Both
20   varieties of talc nanoparticles
21   differentially induce lipid peroxidation
22   which was correlated with the pattern of
23   lactate dehydrogenase leakage, reactive
24   oxygen species generation, and

Page 404

1    glutathione depletion."
2         Those were at least some of
3    the same things that Dr. Saed studied,
4    correct?
5         A.   No, actually -- no, that's
6    not correct.  Actually, the major
7    weakness of Dr. Saed's paper is he did
8    not measure.  As I said earlier, if you
9    are going to claim a difference in redox
10   balance, you have to measure redox
11   balance by measuring ROS generation in
12   the form DCF fluorescence or other types
13   of ROS sensor assays.  Lipid peroxidation
14   by BODIPY staining or other methods like
15   -- oxidative damage to DNA by ADG
16   staining, none of which Dr. Saed did, as
17   I said earlier.
18        Q.   Did you -- do you have any
19   other criticisms of this paper?
20        A.   My -- my major point about
21   this paper as I've said already, is that
22   it concerns already developed lung cancer
23   cells and it is well known in the
24   scientific literature that there is

Page 405

1    differences between the effects of ROS in
2    cancer cells that are already
3    established, and in particular, in cancer
4    cell lines that have been passive for
5    many years, and in particular, in
6    different types of cancer cells than are
7    present in normal cells.
8         So the paper is -- is not
9    germane in my opinion to the question of
10   whether talc causes ROS changes and
11   reactive oxygen induced damage in primary
12   fallopian tube epithelium or primary
13   ovarian surface epithelium.
14        That is the relevant
15   question.  Notwithstanding all the issues
16   about dose that we've talked about.
17        Q.   You'll agree though that the
18   authors of this paper at least thought
19   that their experiment was relevant for
20   ovarian cancer, right?
21        A.   I have no idea --
22        MR. LOCKE:  Objection.
23   BY DR. THOMPSON:
24        Q.   Well, they stated it that,

Benjamin G. Neel, M.D., Ph.D.

Page 406

1    in the first sentence, that --
2        A.   They -- they said that --
3        Q.   -- it poses a risk to
4    pulmonary and ovarian systems.
5        A.   Well, that's their opinion.
6    That doesn't say whether they thought
7    they were -- whether they thought it was
8    relevant.  All they can say is that it --
9    that assuming that everything in this
10   paper is correct, in terms of the
11   measurements and all that, which I have
12   no reason to question, they can't say
13   anything about dose, and they can't say
14   anything about the relevant cells.
15           So, cells are not cells.
16   It's not like, you know, parts is parts
17   in Perdue chicken.
18       Q.   What's you -- what's your
19   basis for opinion that the -- the cells
20   used in this experiment are not relevant
21   for ovarian surface epithelium?
22       A.   Well, as I've already said,
23   they are lung cancer cells.  They -- they
24   are a mutation.  So A-549 cells have KRAS

Page 407

1    mutations.  I believe it's -- it's either
2    G12B or G12D, and that is completely
3    irrelevant to the overwhelming majority
4    of serous cancers, much less serous
5    ovarian cancer transformation.
6            So it's a lung epithelial
7    cell.  It's a transformed lung epithelial
8    cell.  It's bearing a mutation that is
9    not found characteristically in serous
10   cancer, and it's bearing a mutation that
11   when it's found in serous cancer is not
12   part of the initiating events in serous
13   cancer.
14           So irrelevant cell type,
15   irrelevant mutations, irrelevant stage of
16   carcinogenesis, and questionable dose.
17   I -- I don't really see anything that
18   could possibly be relevant to the
19   question at hand when every other issue
20   is irrelevant.
21       Q.   Is there any publication on
22   your reference list or your materials
23   considered list that would provide
24   insight into that opinion that you're

Page 408

1    providing, that lung cancer cells are
2    irrelevant to the ovary in terms of study
3    of this issue?
4            MS. SHARKO:  Object to the
5    form of the question.
6            THE WITNESS:  Can you repeat
7    the question?  I'm not sure, there
8    was a lot of --
9    BY DR. THOMPSON:
10       Q.   Yeah, it was a bad -- it was
11   a bad -- it was a bad question.
12       A.   Sorry.
13       Q.   Can you point me to an
14   article that's on your reference list or
15   materials considered list that addresses
16   the basis for your opinion that lung
17   cancer cells are irrelevant to ovarian
18   cancer?
19       A.   I -- I didn't say lung
20   cancer cells were irrelevant to ovarian
21   cancer, although I would agree largely
22   with that statement.
23           What I said was lung cancer
24   cells -- the use of lung cancer cells to

Page 409

1    determine the effects of agents on
2    nontransformed ovarian epithelial cells
3    or fallopian tube epithelial cells is
4    irrelevant.
5            And I think that should be
6    self-evident to any practicing scientist
7    in the cancer biology field.  I don't
8    think you would find any scientist,
9    credible cancer biologist, who would
10   think that using A-549 cells to model any
11   aspect of ovarian cancer pathogenesis is
12   relevant.
13       Q.   Well --
14       A.   And I would reject
15   categorically from the six journals that
16   I'm an editor of any paper that presumed
17   to do the same, which is probably why a
18   journal -- a paper like this is published
19   in a low impact, low quality journal, and
20   not in any of the six journals that I'm
21   an editorial board member of or that I've
22   been an editor of previously.
23       Q.   I understand that.  But we
24   have to be able to explain your opinions

103 (Pages 406 to 409)

Benjamin G. Neel, M.D., Ph.D.

 1    to nonscientists.  And it would be --
 2    will be helpful to be able to refer to an
 3    article or something that can address the
 4    irrelevance of -- of using these cell
 5    lines to study ovarian cancer
 6    pathogenesis.
 7            And my question is, is there
 8    a citation on your reference or materials
 9    cited -- materials considered list that
10    we could refer to to help?
11            MS. SHARKO:  Object.  Object
12    to the form.
13            THE WITNESS:  I don't think
14    I would have any trouble
15    convincing anybody who is logical
16    that studying a fully transformed
17    lung cancer cell is not relevant
18    to studying a normal fallopian
19    tube cell.
20            I think that stems from
21    elemental logic and you don't
22    really even have to have much
23    scientific credentials to make
24    that conclusion.

 1    BY DR. THOMPSON:
 2        Q.   So that opinion at least is
 3    based on logic, not peer-reviewed medical
 4    literature; is that correct?
 5        A.   That -- that --
 6            MS. SHARKO:  Object to the
 7    form.  Misstates the testimony.
 8            THE WITNESS:  That opinion
 9    is based on 39 years of experience
10    in the cancer biology field from
11    its earliest days.  And from the
12    general understanding of cell
13    biology, molecular biology, and
14    cancer biology that I and many
15    other scientists of my credibility
16    and credentials would hold.
17    BY DR. THOMPSON:
18        Q.   As far as referring me to a
19    citation in your report or attachments,
20    that would address this issue, you are
21    not able to do that today?
22            MS. SHARKO:  Objection.
23    Asked and answered several times.
24            THE WITNESS:  That's not a

 1    personal -- first of all, I heard
 2    that.  And it's not a personal
 3    opinion.
 4            That is a scientific opinion
 5    based on 39 years of research, and
 6    I don't think you will ever find a
 7    credible scientific expert in the
 8    field of cancer biology who would
 9    say that studying A-549 in cancer
10    cells from the lung is relevant to
11    understanding the pathogenesis of
12    fallopian tube and/or ovarian
13    cancer.  It's simply irrelevant.
14            And, again, I can cite and
15    did cite in my report the fact
16    that high grade serous cancer is
17    not categorized by KRAS mutations.
18    These cells have KRAS mutations.
19    Okay?  I know that because we work
20    with these cells in a different
21    context.
22    BY DR. THOMPSON:
23        Q.   So if there were a scientist
24    that would give an opinion that there is

 1    relevance to studying the effects of
 2    talcum powder or some other potential
 3    carcinogen on cell lines other than
 4    normal tubal primary cell lines, would
 5    you automatically have a criticism of
 6    that particular scientist?
 7        A.   I would have to see the
 8    scientist's opinion in detail, but
 9    anybody who -- anybody with training in
10    modern cancer biology and with an
11    understanding that A-549 cells are lung
12    epithelial, the adenocarcinoma cells that
13    bear a KRAS mutation, and anyone who knew
14    about the pathogenesis of high grade
15    serous ovarian cancer would realize that
16    that's not a relevant cell system.
17            I would expect a first year
18    graduate student to know that, frankly,
19    and even a good undergraduate.
20        Q.   There are certain carcinogen
21    that cause cancer in many different
22    tissues and different types of cancer,
23    aren't there?
24        A.   There are some carcinogens

Benjamin G. Neel, M.D., Ph.D.

Page 414

1  that have the capacity to damage DNA in
2  many types of tissues, yes.
3      Q.   And an example would be
4  asbestos, would it not?
5      A.   As I said, I haven't really
6  exhaustively looked at the literature for
7  asbestos and cancer.  But the only, you
8  know, thing that I know for sure is that
9  asbestos causes mesothelioma and is a
10 cocarcinogen with tobacco smoke for lung
11 cancer.
12     Q.   So you are not aware of
13 other organs in which asbestos has been
14 shown to cause cancer as well?
15     A.   I just said it's a cause of
16 mesothelioma.  And it's a cocarcinogen
17 with tobacco smoke for lung epithelial
18 cancer.  And there's some evidence it may
19 also cause lung epithelial cancer.
20     Q.   And you have the IARC 2012
21 monograph on asbestos.  Can you identify
22 the other types of cancer that IARC
23 concluded were caused by asbestos in
24 addition to mesothelioma?

Page 415

1      A.   I --
2          MS. SHARKO:  Object to the
3  form.
4          THE WITNESS:  I said that I
5  haven't really studied the IARC
6  monograph, so I can't comment on
7  that.
8  BY DR. THOMPSON:
9      Q.   And would anyone who relies
10 on studies looking at the cell lines that
11 you've been discussing, that you deem
12 irrelevant, would they be wrong for doing
13 so?
14     A.   I didn't say that the cell
15 lines were irrelevant.  I said the cell
16 lines were irrelevant to the question at
17 hand.
18          These cell lines are highly
19 relevant to understanding lung cancer
20 pathogenesis.  But they are not relevant
21 to understanding ovarian cancer
22 pathogenesis.
23     Q.   Okay.  Sir --
24     A.   And these cells are fully

Page 416

1  developed cancer cells.
2          The question at hand, as I
3  understand the question, is does talc
4  contribute to the cause of ovarian
5  cancer.  Once you have a fully -- fully
6  transformed lung cancer cell, it's a
7  cancer.
8      Q.   But we have discussed
9  earlier that at least part of the
10 carcinogenic process includes promotion
11 and -- and progression of the cancer,
12 correct?
13     A.   This cancer is a fully
14 developed, fully formed cancer.  It's
15 gone way behind the progression and
16 initiation stages.  This cancer will kill
17 a mouse if you inject it into a mouse.
18 It's not -- it's not a precancerous
19 lesion.  It's not a cancer -- it's not a
20 lesion that it is in the process of
21 carcinogenesis.  It's fully blown lung
22 cancer cell line derived probably from a
23 metastatic lung cancer patient who
24 underwent surgery.  So it -- it's really

Page 417

1  not relevant in my opinion.
2      Q.   Okay.
3          (Document marked for
4          identification as Exhibit
5          Neel-33.)
6  BY DR. THOMPSON:
7      Q.   I'm going to give you
8  another paper by the -- at least Akhtar
9  is the same.
10         This is Exhibit 33, Akhtar,
11 "Cytotoxicity and apoptosis induction by
12 nanoscale talc particles."
13         Have you seen this paper,
14 Dr. Neel?
15     A.   70 and 71, that must be --
16     Q.   Oh, that's the --
17     A.   Let me see if that's the
18 paper that I cited.  It's --
19         MS. SHARKO:  Yes.
20         THE WITNESS:  Yeah, I've
21 seen this paper.  I refer to it in
22 my report.  It's in the context of
23 the same issues that we just
24 discussed.

105 (Pages 414 to 417)

Benjamin G. Neel, M.D., Ph.D.

Page 418

1    BY DR. THOMPSON:
2        Q.   And are your criticisms of
3    this paper similar to the other Akhtar
4    paper?
5        A.   Yes, it -- yes, again uses a
6    single lung cancer cell line which is
7    fully transformed and bears KRAS
8    mutations and, therefore, is not relevant
9    to nontransformed fallopian tube
10   epithelium or ovarian surface epithelium.
11   Nor is it relevant to serous cancer
12   pathogenesis because serous cancers
13   almost never have KRAS mutations, and
14   when they do have KRAS mutation, they are
15   a later stage of development and are not
16   involved in the initial stages of cancer.
17           That is well established
18   from modern molecular biology research.
19       Q.   And this paper was peer
20   reviewed and published, correct?
21       A.   I assume so.  What journal
22   is this?  I don't even know what
23   journal -- I assume it was.
24       Q.   And the authors at least

Page 420

1    of this paper are pretty much the same as
2    the criticisms I have with the other
3    Akhtar paper.  Irrelevant cell line,
4    uncertain dose.  You know, no
5    demonstration.  We -- they couldn't
6    actually demonstrate carcinogenesis here
7    because they start with a cancer.
8        Q.   Would you say that all four
9    of these molecular studies relating to
10   talc are flawed in some way?
11       A.   I only count two.
12           MS. SHARKO:  Object.  Object
13   to the form.
14           THE WITNESS:  We're only
15   discussing two.
16   BY DR. THOMPSON:
17       Q.   Oh, I'm including Buz'Zard
18   and Shukla.
19       A.   Oh yes, they are all
20   completely flawed from the standpoint of
21   the question at hand, yes.  They are not
22   even close to being on point in my
23   opinion, professional opinion, based on
24   39 years of research in cancer biology

Page 419

1    concluded that the particles that they
2    used which were commercial -- indigenous
3    and commercial nano talc particles,
4    right?
5        A.   That is what they say, yes.
6        Q.   Okay.  And the authors at
7    least conclude that the particles
8    significantly induced cytotoxicity,
9    oxidative stress and apoptosis in human
10   lung epithelial cells?
11       A.   Well, first of all, they are
12   not human lung epithelial cells.  As I
13   said that's a misstatement.  They are
14   human lung cancer cells.
15           So the title is misleading.
16   And that conclusion is misleading.
17           Human lung epithelial cells
18   can -- would normally be interpreted as,
19   say, normal human lung epithelial cells.
20   So these are human lung cancer cells.
21   That would be a more accurate statement.
22       Q.   Do you have other criticisms
23   of the -- this paper?
24       A.   The criticisms that I have

Page 421

1    dating from the -- from the earliest days
2    of the field and staying current in
3    modern molecular biology research.
4        DR. THOMPSON:  Would this be
5    a good time for a break?
6        MS. SHARKO:  Again?
7        DR. THOMPSON:  How long has
8    it been?
9        MS. O'DELL:  A little over
10   an hour.  I think it's an
11   appropriate time for a break.
12       THE VIDEOGRAPHER:  Remove
13   your microphones.  The time is
14   5:03 p.m.  Off the record.
15       (Short break.)
16       THE VIDEOGRAPHER:  Okay.  We
17   are back on the record.  The time
18   is 5:24 p.m.
19   BY DR. THOMPSON:
20       Q.   Dr. Neel, we've looked at
21   five molecular studies this afternoon.
22   That paper by Saed, by Shukla, Buz'Zard,
23   and two by Akhtar.
24           Is it your opinion that all

106 (Pages 418 to 421)

Benjamin G. Neel, M.D., Ph.D.

Page 422

1    five of those studies are flawed?
2        A.    They are either flawed or
3    they are not relevant.
4        Q.    And the -- the reason for
5    that criticism seems to be primarily that
6    there is no established dose and that the
7    wrong cell lines are used.  Is that a
8    fair statement?
9        A.    That is --
10        MS. SHARKO:  Object to the
11    form.
12        THE WITNESS:  That statement
13    refers to some of the papers.  But
14    Dr. Saed's paper is flawed on
15    multiple levels, most notably his
16    claim that talc applied to ovarian
17    cells or fallopian tube cells can
18    produce a stoichiometric shift in
19    nucleotide sequence for a specific
20    gene.  That is just an incredible
21    assertion.
22        So -- and also his claims
23    that redox balance is disrupted in
24    the cells without any measurement

Page 423

1    of redox balance in the cells.
2    You can't make that claim without
3    actually measuring redox balance.
4        So his paper, the -- the one
5    that's in -- that just was
6    published apparently is flawed
7    conceptually and technically.
8        The other papers are using
9    questionable doses and irrelevant
10    cell systems.  So they're
11    different objections to the
12    different studies.
13    BY DR. THOMPSON:
14        Q.    So is it your opinion that
15    any scientist who relies on these studies
16    would be using -- relying on these
17    studies to answer the question of whether
18    talcum powder causes ovarian cancer,
19    would be using bad scientific judgment?
20        MS. SHARKO:  Object to the
21    form of the question.
22        THE WITNESS:  What -- what
23    would -- can you repeat the
24    question?

Page 424

1    BY DR. THOMPSON:
2        Q.    Sure.
3        A.    She distracted me.  Sorry.
4        Q.    So --
5        MS. SHARKO:  Sorry, that was
6    not my intention.
7    BY DR. THOMPSON:
8        Q.    So is it your opinion that
9    any scientist who relied on those studies
10    to formulate their opinions as to whether
11    talcum powder use could cause ovarian
12    cancer, would be using poor judgment from
13    a scientific standpoint?
14        A.    Yes.  I would have to say
15    that.
16        Q.    And would it be your opinion
17    that any scientist who relied on those
18    studies to answer the question of whether
19    talcum powder use could cause ovarian
20    cancer, would not have a sufficient
21    understanding of molecular and cellular
22    biology?
23        A.    If that's the basis for
24    their opinion, then they are not -- yes,

Page 425

1    that would be my opinion.
2        Q.    Would -- would you look at
3    your CV which is exhibit -- something not
4    very high.
5        A.    Yes.  I have it.
6        Q.    Okay.  And before we get to
7    your CV, was -- would it be your opinion
8    that any scientist who relies on these
9    studies for opinions on the biological
10    plausibility of talcum powder use causing
11    ovarian cancer to be using poor
12    scientific judgment?
13        MS. SHARKO:  I object to the
14    form of the question.  Can you
15    break it down by study?
16        MS. O'DELL:  No.
17        THE WITNESS:  So if the --
18    if the only studies that they used
19    to reach the opinion that talc
20    caused ovarian cancer were these
21    five highly flawed studies, they
22    would be exercising poor
23    scientific judgment in my opinion.
24    BY DR. THOMPSON:

107 (Pages 422 to 425)

Benjamin G. Neel, M.D., Ph.D.

Page 426

```
 1        Q.   Even on biological
 2   plausibility?
 3        A.   Oh, for sure, yes.  I don't
 4   think these -- these papers are credible
 5   assessments of biologic plausibility at
 6   all in any way.
 7        Q.   And if the scientists who
 8   rely on these studies for their opinions
 9   regarding the biological plausibility of
10   talcum powder use causing ovarian cancer
11   would also not have a sufficient
12   understanding of molecular cellular
13   biology?
14        MS. SHARKO:  Object to the
15   form of the question.
16        THE WITNESS:  I -- I think
17   that it would depend on what --
18   they might have an understanding
19   of some aspects of cell and
20   molecular biology.  But they would
21   not have any understanding of
22   other aspects of cellular and
23   molecular biology.  So that's a
24   very difficult question to answer.
```

Page 427

```
 1   If you ask a more specific
 2   question, I can help you with an
 3   answer.
 4   BY DR. THOMPSON:
 5        Q.   But at least the opinions
 6   relating to the biological plausibility
 7   for that, to answer that question, their
 8   understanding in your opinion would be
 9   inadequate?
10        A.   I think that someone who
11   read these papers and thought that they
12   provided plausibility for the contention
13   that talc causes ovarian cancer would
14   have poor scientific judgment as to that
15   question, yes.
16        Q.   Let's go ahead and look at
17   your CV now.
18        A.   Sure.
19        Q.   And we'll do the same thing
20   we did before.  So using your criteria of
21   an established dose, an appropriate cell
22   line, are there any of your publications
23   that you think are relevant to the
24   question as to whether talcum powder
```

Page 428

```
 1   products can cause ovarian cancer?
 2        A.   No.  As I've said before, I
 3   haven't studied that issue and I wouldn't
 4   be able to study that issue in my current
 5   position.
 6        Q.   Okay.  Have you ever
 7   published in Gynecologic Oncology, to
 8   your knowledge?
 9        A.   I may have been a co-author
10   on a paper in Gynecologic Oncology.  But
11   I have not been a senior author on any
12   paper in Gynecologic Oncology.
13        Q.   Should any study that treats
14   ovarian cancer as a single entity be used
15   with skepticism?
16        A.   I think today, yes.
17        Q.   Is this because ovarian
18   cancer is not a single disease?
19        A.   Yes.
20        Q.   But isn't hormone -- hormone
21   responsiveness a common link among all
22   ovarian cancer subtypes?
23        A.   Hormone responsive -- the
24   endometrioid and clear cell cases are
```

Page 429

```
 1   much more clearer about hormone
 2   responsiveness.  Whether serous cancers
 3   are hormone responsive probably -- it
 4   depends on the cancer.
 5        So -- and whether it's
 6   involved in pathogenesis is also not as
 7   well established.
 8        Q.   But at least some scientists
 9   would argue that hormone responsiveness
10   would be one of those factors that could
11   cross all histologic subtypes?
12        A.   Again, I can't comment on
13   specific -- on general statements like
14   some scientists.  If you give me a
15   specific statement that was made by a
16   specific scientist, I can look at it and
17   I can determine whether I agree with it
18   or not or whether I think it's credible.
19        Q.   Has it been published that
20   hormone responsiveness would be a factor
21   that would cross all subtypes to your
22   knowledge?
23        A.   There have been -- there --
24   there have been reports that hormone
```

108 (Pages 426 to 429)

Benjamin G. Neel, M.D., Ph.D.

Page 430

1    replacement therapy may be oncogenic, you
2    know, procarcinogenic in ovarian cancer.
3        Q.   And that includes all
4    subtypes?
5        A.   Well, the effects are much
6    stronger for, as I said clear cell and
7    endometrial cancers.  And whether it's
8    true for high grade serous is less clear,
9    from my -- from my recollection of the
10   literature.
11       Q.   Could a reasonable scientist
12   discuss ovarian breast cancer and
13   endometriosis as a group because they are
14   all hormonally responsive lesions?
15       MS. SHARKO:  Object to the
16   form of the question.
17       THE WITNESS:  Discuss in
18   what context?  I don't understand
19   the question.
20       MS. SHARKO:  You can ask
21   them to read their handwriting.
22   BY DR. THOMPSON:
23       Q.   If you were looking at in
24   vitro studies, would it be appropriate to

Page 431

1    use either serous breast or endometrioid
2    cancer cell lines and extrapolate the
3    information from one to the other?
4        A.   What's the question?  Not
5    what's your question, but what's the
6    scientific question that's being asked?
7    I mean, if you want to just look at
8    hormone responsive gene expression, then
9    maybe.  If the question is having to do
10   with the pathogenesis of each of the
11   individual diseases, then probably not.
12       It would depend on the
13   specifics though.  Scientists don't think
14   that way.  They think in very specific
15   terms so they can frame accurate
16   questions that can yield results that are
17   interpretable.  So I can't answer a
18   question that's so generic and
19   nonspecific as that.
20       Q.   Can chronic inflammation
21   induce a proliferation of tubal
22   epithelium?
23       A.   I don't know the answer to
24   that question.

Page 432

1        Q.   Has that been studied?
2        A.   I don't know the answer to
3    that question, so I would be
4    uncomfortable answering it.
5        Q.   Could a reasonable scientist
6    make that statement?
7        A.   I don't know.  I'd have to
8    see the paper.  I'm happy to look at the
9    paper and go over the data if there is
10   such a paper.
11       Q.   Could inflammation-induced
12   proliferation in the tubal epithelium, in
13   the epithelial, if that did occur,
14   progress to papillary tubal hyperplasia?
15       A.   What do you mean by
16   papillary tubal hyperplasia?  Do you mean
17   STICs?
18       Q.   Let's say STICs.
19       A.   I don't know.  I'd have
20   to -- I'd have to see the study.  I'm not
21   going to speculate on mechanisms that I
22   haven't seen in the -- in the press -- in
23   the scientific press.
24       Q.   In addition to the Saed

Page 433

1    papers that you did not list in the
2    materials considered or the supplemental
3    materials, are there any other papers
4    that were -- that form the basis of your
5    criticisms of either the Saed or the
6    other molecular papers?
7        MS. SHARKO:  Object to the
8    form of the question.  Lacks
9    foundation.
10       THE WITNESS:  I think you
11   misunderstood or maybe I was
12   unclear before.
13       My opinion of the Saed paper
14   that was just published is based
15   on the Saed paper that was just
16   published.
17       And that doesn't need me to
18   read any of his earlier papers.
19       My comments about some of
20   his earlier papers had -- went to
21   the issue of erroneous statements
22   that were made in his report.
23   Having to do, for example, with
24   the expression of myeloperoxidase

Benjamin G. Neel, M.D., Ph.D.

Page 434

1    and ovarian cancer cells, having
2    to do with the statement that p53
3    is an oncogene, whereas it's a
4    paradigmatic tumor suppressor
5    gene, having to do with statements
6    regarding SNPs that are not in the
7    GWAS catalogue of well-recognized
8    ovarian cancer SNPs.
9         But that had nothing to do
10   with my criticisms of his paper,
11   which stand independent of any
12   other issues regarding Dr. Saed's
13   qualifications or expertise.
14        DR. THOMPSON:  Object as
15   nonresponsive.
16   BY DR. THOMPSON:
17        Q.   Because my question was
18   really only, are there any other papers
19   or literature that form the basis?
20        A.   With respect, DR. THOMPSON,
21   the question that you asked me, as I
22   understand it, and you're welcome to read
23   it back to me, but I believe your
24   question was, were there any other papers

Page 435

1    that led to my objection to his, you
2    know, paper in Reproductive Biology.
3         And the answer to that is
4    none of those other papers are directly
5    relevant to the paper in Reproductive
6    Biology.  The errors in the paper of
7    Reproductive Biology stand on their own
8    and are clearly determinable by anyone
9    with expertise in modern cellular and
10   molecular biology.
11        MS. SHARKO:  Okay.  I think
12        it's late.  I think she's just
13        asking you if there are any papers
14        that you're relying on that aren't
15        listed in the report and reliance
16        materials.
17        THE WITNESS:  No.
18   BY DR. THOMPSON:
19        Q.   And Ms. Sharko is correct.
20   That was the question that I was trying
21   to ask.
22        A.   Okay.  And that question is
23   no.
24        Q.   And I'm just going to

Page 436

1    clarify, were there -- the papers that
2    you considered informing those opinions
3    regarding Dr. Saed that you have not
4    mentioned so far?
5         A.   No.
6         Q.   Okay.  Have you sent any
7    comments to Health Canada?
8         A.   No.
9         Q.   Do you plan to send any
10   comments to Health Canada?
11        A.   I don't know if it's
12   appropriate for me to send any comments
13   to Health Canada while I'm involved in
14   this litigation.  I would have to consult
15   Ms. Sharko and Mr. Zellers as to whether
16   I should.
17        Q.   You'll agree that talc and
18   its potential contribution to ovarian
19   cancer has been an issue for several
20   decades.  Would you agree with that, in
21   the literature?
22        A.   It's certainly been in the
23   epidemiological literature.  In the
24   biology literature, there's actually

Page 437

1    relatively limited studies, which is why
2    we've been actually able to cover most of
3    them in this last hour or two.
4         Q.   And that would be for talc,
5    but certainly there have been studies
6    regarding the molecular basis for
7    asbestos and it's carcinogenic potential,
8    correct?
9         A.   As I said, I haven't done an
10   exhaustive study of what's in the
11   literature about asbestos and its role in
12   ovarian cancer.  I think you asked me
13   about talc, which is what I answered.
14        Q.   I asked you about talcum
15   powder.  Or I meant to ask about talcum
16   powder.
17        A.   Yes.  And I answered that.
18        Q.   Have you ever been asked to
19   do an in vitro study with talcum powder?
20        A.   No.
21        Q.   Have you ever been asked to
22   do an in vivo study with talcum powder?
23        A.   No.
24        Q.   And could you do either an

110 (Pages 434 to 437)

Benjamin G. Neel, M.D., Ph.D.

Page 438

1  in vitro study or an in vivo study to
2  evaluate the causal connection between
3  talcum powder or the potential causal
4  connection between talcum powder and
5  ovarian cancer?
6      A.  Not in my --
7          MS. SHARKO:  Objection.
8  Asked and answered a zillion
9  times.
10         THE WITNESS:  I'll --
11  that's --
12  BY DR. THOMPSON:
13     Q.  This question -- sorry.
14  This question is outside the context of
15  your current situation.
16         Could you do that study?
17     A.  Could I do the study?  I
18  would have to really seriously think
19  about the problem and then decide whether
20  I could do a good study.  There would be
21  several problems, many of which I've
22  already described, having to do with
23  coming to arrive at a reasonable dose.  I
24  probably could test a range of doses in a

Page 440

1  and more physiologically relevant
2  systems than, for example,
3  Dr. Saed did, and certainly the
4  other four papers which were off
5  point in my opinion.
6          DR. THOMPSON:  I have no
7  further questions.
8          MS. SHARKO:  Okay.  We're
9  done.  Thank you very much.
10         THE WITNESS:  Thank you.
11         THE VIDEOGRAPHER:  Okay.
12  Stand by, please.  This marks the
13  end of today's deposition.  The
14  time is 5:42 p.m.
15         (Excused.)
16         (Deposition concluded at
17  approximately 5:42 p.m.)
18
19
20
21
22
23
24

Page 439

1  biologically relevant system than, for
2  example, any of the five papers that we
3  discussed extensively in the last two
4  hours did.
5      Q.  So at least today, sitting
6  here, you're not sure whether you could
7  do the quality study that would be
8  required or not; is that fair?
9          MS. SHARKO:  Object to the
10  form.
11         THE WITNESS:  I'm saying
12  that it's not clear that enough
13  information is available to design
14  a study, not that I couldn't do
15  it.  I could certainly do it if a
16  reasonable -- if there were clear
17  information about a dose range of
18  talc that was in -- if there were
19  talc in fallopian tube and/or
20  there were talc in ovarian
21  adnexa -- in the adnexa -- in the
22  ovarian surface endothelium or
23  region, I could do a reasonable
24  study using those doses of talc

Page 441

1
2          CERTIFICATE
3
4
5      I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.
7
        It was requested before
8   completion of the deposition that the
    witness, BENJAMIN G. NEEL, M.D., Ph.D.,
9   have the opportunity to read and sign the
    deposition transcript.
10
11
12  _____
    MICHELLE L. GRAY,
13  A Registered Professional
    Reporter, Certified Shorthand
14  Reporter, Certified Realtime
    Reporter and Notary Public
15  Dated:  March 20, 2019
16
17
18      (The foregoing certification
19  of this transcript does not apply to any
    reproduction of the same by any means,
20  unless under the direct control and/or
    supervision of the certifying reporter.)
21
22
23
24

Benjamin G. Neel, M.D., Ph.D.

Page 442

1  INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.
10          You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14          It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

Page 444

1
2          ACKNOWLEDGMENT OF DEPONENT
3
4          I,_____, do
5  hereby certify that I have read the
6  foregoing pages, 1 - 445, and that the
7  same is a correct transcription of the
8  answers given by me to the questions
9  therein propounded, except for the
10  corrections or changes in form or
11  substance, if any, noted in the attached
12  Errata Sheet.
13
14
15  _____
16  BENJAMIN G. NEEL, M.D., Ph.D.    DATE
17
18
19  Subscribed and sworn
    to before me this
20  _____ day of _____, 20____.
21  My commission expires:_____
22
    _____
23  Notary Public
24

Page 443

1          - - - - - -
          E R R A T A
2          - - - - - -
3
4  PAGE LINE CHANGE
5  ____ ____ _____
6     REASON: _____
7  ____ ____ _____
8     REASON: _____
9  ____ ____ _____
10     REASON: _____
11  ____ ____ _____
12     REASON: _____
13  ____ ____ _____
14     REASON: _____
15  ____ ____ _____
16     REASON: _____
17  ____ ____ _____
18     REASON: _____
19  ____ ____ _____
20     REASON: _____
21  ____ ____ _____
22     REASON: _____
23  ____ ____ _____
24     REASON: _____

Page 445

1          LAWYER'S NOTES
2  PAGE LINE
3  ____ ____ _____
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10  ____ ____ _____
11  ____ ____ _____
12  ____ ____ _____
13  ____ ____ _____
14  ____ ____ _____
15  ____ ____ _____
16  ____ ____ _____
17  ____ ____ _____
18  ____ ____ _____
19  ____ ____ _____
20  ____ ____ _____
21  ____ ____ _____
22  ____ ____ _____
23  ____ ____ _____
24  ____ ____ _____

112 (Pages 442 to 445)