# EXHIBIT B7

Brooke T. Mossman, M.S., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER  :
PRODUCTS MARKETING,      :
SALES PRACTICES, AND    :  NO. 16-2738
PRODUCTS LIABILITY       :  (FLW) (LHG)
LITIGATION                   :
                                    :
THIS DOCUMENT RELATES  :
TO ALL CASES                 :

- - -

April 8, 2019

- - -

        Videotaped deposition of
BROOKE T. MOSSMAN, M.S., Ph.D., taken
pursuant to notice, was held at Hotel
Vermont, 41 Cherry Street, Burlington,
Vermont, beginning at 9:12 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Brooke T. Mossman, M.S., Ph.D.

| Page 2 |
| --- |

APPEARANCES:

THE SMITH LAW FIRM, PLLC
BY:  R. ALLEN SMITH, JR., ESQ.
300 Concourse Boulevard
Suite 104
Ridgeland, Mississippi 39157
(601) 952-1422
Allen@smith-law.org
 - and -
BEASLEY ALLEN, P.C.
BY:  P. LEIGH O'DELL, ESQ.
218 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
leigh.odell@beasleyallen.com

 - and -

ROBINSON CALCAGNIE, INC.
BY:  CYNTHIA L. GARBER, ESQ.
19 Corporate Plaza Drive
Newport Beach, California 92660
(949) 720-1288
cgarber@robinsonfirm.com
Representing the Plaintiffs

| Page 3 |
| --- |

APPEARANCES:  (Cont'd.)

DRINKER BIDDLE & REATH LLP
BY:  JACK N. FROST, JR., ESQ.
600 Campus Drive
Florham Park, New Jersey 07932
(973)549.7106
Jack.frost@dbr.com

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
BY:  GEOFFREY M. WYATT, ESQ.
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7008
geoffrey.wyatt@skadden.com
Representing the Defendants, Johnson
& Johnson entities

SEYFARTH SHAW, LLP
BY:  RENÉE B. APPEL, ESQ.
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400
rappel@seyfarth.com
Representing the Defendant, PCPC

TUCKER ELLIS, LLP
BY:  JAMES W. MIZGALA, ESQ.
233 South Wacker Drive
Suite 6950
Chicago, Illinois 60606
(312) 624-6307
james.mizgala@tuckerellis.com
Representing the Defendant, PTI
Royston LLC and PTI Union LLC

ALSO PRESENT:

VIDEOTAPE TECHNICIAN:
  Dan Lawlor

| Page 4 |
| --- |

- - -

I N D E X

- - -

Testimony of:
   BROOKE T. MOSSMAN, M.S., Ph.D.

  By Mr. Smith          14


- - -

E X H I B I T S

- - -

NO.      DESCRIPTION        PAGE
Mossman-1   Notice of Deposition  14
Mossman-2   Invoices from      16
        Toxico.Logic, Inc.

Mossman-3   Supplemental     16
        Materials Considered
Mossman-4   Systems Analysis of  58
        ATF3 in Stress Response
        (Tanaka)
Mossman-5   Letter, 1/12/90    76
        From Mossman to
        McElveen

| Page 5 |
| --- |

- - -
E X H I B I T S  (Cont'd.)
- - -

NO.       DESCRIPTION      PAGE
Mossman-6   Letter, 11/18/88   79
        From Mossman to
        Hadley
Mossman-7   Partial Listing    82
        Of Key Scientists
        (TASSC)
Mossman-8   Constructing Sound  83
        Science and Good
        Epidemiology
        (Ong)

Mossman-9   Curriculum Vitae   88
        Of Dr. Mossman

Mossman-10  Doubt is Their    92
        Product
        (Michaels)

Mossman-11  Special       96
        Contributions
        Correspondence About
        Publication Ethics
        And Regulatory
        Toxicology and
        Pharmacology
        (Chrisman)
Mossman-12  Assessment of the   110
        Pathogenic Potential
        Of Asbestiform v
        Non-asbestiform
        Particulates
        (Mossman)

Brooke T. Mossman, M.S., Ph.D.

Page 6

E X H I B I T S  (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-13 | Cosmetic Talc Should Not Be Listed as a Carcinogen (Wehner) JNJ 000018716 | 113 |
| Mossman-14 | Talc Occurrence Characterization and Consumer Applications (Zazenski) Pltf_JNJ_00076314 | 113 |
| Mossman-15 | Prop 65 Talc Containing Asbestiform Fibers | 121 |
| Mossman-16 | Talc Not Containing Asbestiform Fibers And Talc Containing Asbestiform Fibers | 122 |
| Mossman-17 | University of Vermont Cancer Center Web Printout Ovarian Cancer | 132 |
| Mossman-18 | Memo, 2/21/64 Subject, Cornstarch Development JNJ 000265536-38 | 158 |
| Mossman-19 | Asbestos (Chrysotile, Amosite Crocidolite, Tremolite, Actinolite, and Anthophyllite IARC Monographs | 191 |

Page 7

E X H I B I T S  (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-20 | Current Intelligence Bulletin 62 Asbestos Fibers and Other Elongate Mineral Particles NIOSH | 196 |
| Mossman-21 | Expert Report of Brooke T. Mossman, Ph.D. | 219 |
| Mossman-22 | Systematic Review And Meta-Analysis Of the Association (Taher) | 226 |
| Mossman-23 | Key References and Reliance Materials Brook T. Mossman, Ph.D. | 237 |
| Mossman-24 | Biologic Plausibility Chronic Inflammation Compilation of Quotes (Demonstrative) | 222 |
| Mossman-25 | Inflammation: A Hidden Path to Breaking the Spell Of Ovarian Cancer (Shan & Liu) | 264 |
| Mossman-26 | The Role of Inflammation and Inflammatory Mediators (Savant) | 277 |

Page 8

E X H I B I T S  (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-27 | Oxidative Stress in Female Cancers (Calaf) | 299 |
| Mossman-28 | Inflammation Markers And Risk of Endometrial And Ovarian Cancer (Wentzensen) | 304 |
| Mossman-29 | Inflammation is a Key Contributor To Ovarian Cancer Cell Seeding (Jia) | 308 |
| Mossman-30 | Analgesic Use and Ovarian Cancer Risk (Trabert) | 312 |
| Mossman-31 | Biologic Plausibility: Migration/Translocation Compilation of Quotes (Demonstrative) | 315 |
| Mossman-32 | Translocation Pathways for Inhaled Asbestos Fibers (Miserocchi) | 322 |
| Mossman-33 | Correlative Polarizing Light and Scanning Electron Microscopy for the Assessment of Talc (McDonald) | 346 |

Page 9

E X H I B I T S  (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-34 | Alterations in Gene Expression in Human Mesothelial Cells (Shukla) JNJ 000394320 | 352 |
| Mossman-35 | Utilization of Gene Profiling and Proteomics to Determine mineral Pathogenicity (Hillegass) | 353 |
| Mossman-36 | Letter, 5/8/09 From Hillegass Mossman-NOD-00017-20 Mossman-NOD-00514 Mossman-NOD-00817-818 | 353 |
| Mossman-37 | Handwritten Document Demonstrative Shukla and Concentration Levels | 358 |
| Mossman-38 | Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity (Shukla) | 366 |
| Mossman-39 | Table 6 from Dr. Mossman's Expert Report | 388 |

3 (Pages 6 to 9)

Page 10

1
2       E X H I B I T S (Cont'd.)
3                 - - -
4
5    NO.     DESCRIPTION       PAGE
6    Mossman-40  Differential      401
         Susceptibility of
7        Human Pleural and
         Peritoneal Mesothelial
8        Cells to Asbestos
         Exposure
9        (Dragon)
10   Mossman-41  Affidavit of      408
         Brooke Mossman
11       3/15/19
12   Mossman-42  Gene Profiling    409
         And Mineral
13       Pathogenicity
         (Shukla)
14       Mossman-NOD-00256-84
15   Mossman-43  Presentation of   463
         ANSES
16       Web Printout
17   Mossman-44  Opinion of the    465
         French Agency for
18       Food, Environmental
         And Occupational
19       Health & Safety
         (12/4/15)
20
     Mossman-45  E-mail Thread     470
21       1/31/08
         From Refregier to
22       Zazenski
         Subject, Article
23       In IM - Asbestos
24

Page 11

1                 - - -
2       E X H I B I T S (Cont'd.)
3                 - - -
4
5    NO.     DESCRIPTION       PAGE
6    Mossman-46  Impact Factor     492
         Of Journal of
7        Toxicology
         Web Printout
8
     Mossman-47  Cancer Epidemiology  501
9        Biomarkers & Prevention
         (Karageorgi)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 12

1                 - - -
2       DEPOSITION SUPPORT INDEX
3                 - - -
4
5    Direction to Witness Not to Answer
6    PAGE   LINE
     None.
7
8    Request for Production of Documents
9    PAGE   LINE
     426   2
10
11   Stipulations
12   PAGE   LINE
     None.
13
14   Questions Marked
15   PAGE   LINE
     None.
16
17
18
19
20
21
22
23
24

Page 13

1                 - - -
2          THE VIDEOGRAPHER:  We are
3    now on the record.  My name is Dan
4    Lawlor.  I'm a videographer with
5    Golkow Litigation Services.
6    Today's date is April 8th, 2019.
7    And the time is 9:12 a.m.
8          This video deposition is
9    being held in Burlington, Vermont,
10   in the matter of talcum powder
11   litigation, MDL Number 2738.
12          Counsel will be noted on the
13   stenographic record.
14          The deponent today is Brooke
15   Mossman, Ph.D.
16          The court reporter is
17   Michelle Gray and will now swear
18   in the witness.
19                 - - -
20          ... BROOKE T. MOSSMAN, M.S., Ph.D.,
21   having been first duly sworn, was
22   examined and testified as follows:
23                 - - -
24          THE VIDEOGRAPHER:  Please

4 (Pages 10 to 13)

Brooke T. Mossman, M.S., Ph.D.

Page 14

1  proceed.
2          - - -
3          EXAMINATION
4          - - -
5  BY MR. SMITH:
6      Q.   Good morning.
7      A.   Good morning.
8      Q.   How are you, Dr. Mossman?
9      A.   Fine, thank you.
10     Q.   We spoke on the phone on the
11  Brower case; is that correct?
12     A.   We did.
13     Q.   And I have some questions
14  for you here today.  First thing is, I
15  want to just attach, for reference, is
16  the notice of your deposition, I'm going
17  to attach as Exhibit 1.
18          Have you -- have you seen
19  this notice of deposition?
20     A.   I haven't.
21     Q.   All right.
22          (Document marked for
23          identification as Exhibit
24          Mossman-1.)

Page 15

1  BY MR. SMITH:
2      Q.   Okay.  All right.  And
3  pursuant to your notice of your
4  deposition, your counsel provided some
5  invoices.  Did you provide those to your
6  counsel for your time?
7      A.   My -- my assistant did.
8  Yes.
9      Q.   And I have one bill that
10  totals $16,548.  I have another bill that
11  totals $30,626.  And then I have a third
12  bill which totals $27,151 -- wait --
13  yeah, $151.41.
14          Is that -- or do these three
15  bills constitute all of the time that you
16  have billed in this case?
17     A.   It may not have accounted
18  for my time in the last week or two.  I'm
19  not sure when these were sent out.
20     Q.   Absent your time in the past
21  couple of weeks, would this cover the
22  bills that you have billed in this case?
23     A.   I believe so, yes.
24          MR. SMITH:  Okay.  I'm going

Page 16

1  to attach that as Exhibit 2.
2          (Document marked for
3          identification as Exhibit
4          Mossman-2.)
5  BY MR. SMITH:
6      Q.   I also was provided some
7  supplemental -- I saw the materials that
8  you considered that were attached to your
9  report.  And I was also provided
10  supplemental materials considered.  Are
11  these additional materials that you
12  considered in this case, besides the ones
13  that are included in your report?
14     A.   Yes.
15          MR. SMITH:  I'll attach that
16  as Exhibit 3.
17          (Document marked for
18          identification as Exhibit
19          Mossman-3.)
20  BY MR. SMITH:
21     Q.   And we'll go over your
22  report in more detail in a little bit.
23          Please state your name and
24  occupation.

Page 17

1      A.   Brooke Taylor Mossman.  I'm
2  a university distinguished professor in
3  the department of pathology.
4      Q.   Are you retired?
5      A.   Semi-retired, yes.
6      Q.   What does that mean?
7      A.   What it means is that I have
8  an office at the university.  I have some
9  responsibilities through my office at the
10  university, but am not being paid
11  formally by the university anymore.
12     Q.   And your professional title
13  is that of an experimental pathologist,
14  correct?
15     A.   My professional title is a
16  professor of pathology and laboratory
17  medicine.
18     Q.   You were trained in lung
19  pathology and disease associated with
20  asbestos exposure; is that correct?
21     A.   That's correct.
22     Q.   And you do not have any
23  prior training in ovarian cancer; is that
24  correct?

5 (Pages 14 to 17)

Brooke T. Mossman, M.S., Ph.D.

Page 18

1    MR. FROST:  Objection to
2  form.
3    THE WITNESS:  Yeah.  I
4  actually got a master's degree in
5  the department of obstetrics and
6  gynecology looking at cervical
7  cancer.
8  BY MR. SMITH:
9    Q.  I'm talking about ovarian
10  cancer, ma'am.
11    A.  I have not been trained in
12  ovarian cancer formally.
13    Q.  You're not a medical doctor?
14    A.  That's correct.
15    Q.  And you also understand that
16  the issues involved in this case are not
17  that of cervical cancer but of ovarian
18  cancer?  Do you understand that?
19    A.  Yes, I do.
20    Q.  You are not a diagnostic
21  pathologist, correct?
22    A.  Correct.
23    Q.  You're not an
24  epidemiologist, correct?

Page 19

1    A.  No.  But I am aware of the
2  epidemiological research which bolsters
3  my opinion in this case.
4    Q.  Ma'am, are you an
5  epidemiologist?
6    A.  I am not.
7    Q.  You're not a gynecologist?
8    A.  Correct.
9    Q.  And you're not an
10  oncologist; is that correct?
11    A.  Correct.
12    Q.  You're not a gynecological
13  oncologist; is that correct?
14    A.  That's correct.
15    Q.  And you're not an expert in
16  anatomy and physiology; is that correct?
17    MR. FROST:  Objection to
18  form.
19    THE WITNESS:  Yeah, I have
20  been trained formally in medical
21  anatomy of the lung, yes.
22  BY MR. SMITH:
23    Q.  How about of the rest of the
24  human body, such as the female

Page 20

1  reproductive tract?
2    A.  Yes, I've had formal courses
3  in my training on that.
4    Q.  What formal courses of
5  training have you had on the female
6  reproductive tract?
7    A.  I had a master's in
8  obstetrics and gynecology.  And I had a
9  course -- actually it was an eight-credit
10  course which is a requirement for not
11  only the master's, but also medical
12  students who I took the course with.  And
13  this covered anatomy of the entire body.
14    Q.  So you had an eight-hour
15  course on human female anatomy?
16    A.  No.  An eight-hour course on
17  anatomy of every organ, of which female
18  anatomy was included.
19    MR. FROST:  I object
20  belatedly to the form of that
21  question.
22  BY MR. SMITH:
23    Q.  You are not a mineralogist;
24  is that correct?

Page 21

1    A.  That's correct.
2    Q.  You are not a geologist; is
3  that correct?
4    A.  That's correct.
5    Q.  You are not a materials
6  analyst; is that correct?
7    A.  That's correct.
8    Q.  Analyzing whether a sample
9  of material is talc, asbestos, or talc
10  with asbestos, you leave to the
11  mineralogists; is that correct?
12    A.  That's correct.
13    Q.  Same for determining if a
14  mineral is asbestos or asbestiform, you
15  would leave that to a mineralogist; is
16  that correct?
17    A.  I would.
18    Q.  You're not an expert in
19  determining the flexibility or rigidity
20  of asbestos or cleavage fragments; is
21  that correct?
22    A.  That's correct.  I don't
23  measure that.
24    Q.  With regard to the

6 (Pages 18 to 21)

Brooke T. Mossman, M.S., Ph.D.

Page 22

1  crystallinity of asbestos, cleavage
2  fragments, or talc, you are not an expert
3  in that area either, correct?
4      A.   Correct.
5      Q.   Same for surface properties.
6  You are not an expert in surface
7  properties of asbestos, cleavage
8  fragments, or talc; is that correct?
9         MR. FROST:  Objection to
10  form.
11         THE WITNESS:  I have
12         measured surface properties and
13         surface charge of materials in the
14         past.
15  BY MR. SMITH:
16      Q.   Would you consider yourself
17  an expert in this area?
18      A.   I think you have to clarify
19  what an expert in surface chemistry would
20  be.
21      Q.   What would you define an
22  expert in surface chemistry to be?
23      A.   I would describe that as
24  someone who has focused on an aspect of

Page 23

1  surface chemistry that's important.  In
2  our case, we measured zeta potential or
3  surface charge of materials.
4      Q.   Do you believe that your
5  work has -- that you are an expert in
6  this area because of your work in this
7  area?
8      A.   I believe I'm an expert in
9  determining the surface charge of
10  materials that I have experimented with.
11      Q.   Okay.  Let's go to your
12  Leavitt deposition -- trial testimony, if
13  you wouldn't mind.  It's on Page 83.  And
14  it should be of the February session,
15  February 21st session.
16         Let me ask you this.  Can I
17  rely on your prior trial testimony in the
18  Leavitt case and your prior deposition
19  testimony in the Brower case?
20         MR. FROST:  Objection to
21  form.
22         THE WITNESS:  Yeah, I'm not
23  sure what you mean, sir, in terms
24  of rely upon.

Page 24

1  BY MR. SMITH:
2      Q.   Well, did you tell truthful
3  testimony in the Leavitt case in trial
4  and did you tell truthful testimony in
5  the Brower deposition?
6      A.   Absolutely.
7      Q.   Okay.  So I can rely on that
8  testimony as being truthful, correct?
9      A.   Yes.
10      Q.   Okay.  Thank you.
11         All right.  If you'll look
12  at Page 83.
13         MR. FROST:  You said
14  February 21?
15         MR. SMITH:  Yep.
16  BY MR. SMITH:
17      Q.   If you'll go to Line 8 and
18  it says, "Question:  And similarly
19  surface properties of a particle, you
20  leave that to mineralogists as well, and
21  that's not an area within your expertise,
22  correct?"
23         And your answer was, "Again,
24  I should emphasize that one of the things

Page 25

1  that we've done is looked at things such
2  as iron using this EDAX technique."
3  E-D-A-X.  "So in that case, we have
4  looked at surface iron."
5         And question again:  "Okay.
6  But other than looking at iron on the
7  surface of a particle, and we'll get into
8  that later, you determining surface
9  properties of a particular property of a
10  particular particle is not a matter
11  within your expertise, correct?
12         "I don't do that, yes,
13  that's correct."
14         Is that the correct answer?
15         MR. FROST:  Objection to
16  form.
17         THE WITNESS:  Yeah, surface
18  properties and surface charge are
19  two different things.  Surface
20  charge being a subset of surface
21  properties.
22         So as I emphasize, I have
23  measured the surface charge of
24  materials, including talc, and

7 (Pages 22 to 25)

Brooke T. Mossman, M.S., Ph.D.

Page 26

1    that has been published.
2  BY MR. SMITH:
3        Q.   Can I rely on your testimony
4  that I just read in Leavitt as accurate
5  and truthful?
6        MR. FROST:  Objection to
7      form.
8        THE WITNESS:  In terms of
9      iron, yes.
10  BY MR. SMITH:
11       Q.   Thank you.
12          Have you ever diagnosed or
13  treated a person with mesothelioma?
14       A.   I have not.
15       Q.   Have you ever diagnosed or
16  treated a person with ovarian cancer?
17       A.   I have not.
18       Q.   Have you ever been called
19  upon to determine what caused a person's
20  mesothelioma?
21       A.   You'll have to be a little
22  more explicit.  What do you mean by
23  called upon?
24       Q.   Can you go to your Leavitt

Page 27

1  testimony Page 78.
2        A.   Mm-hmm.
3        Q.   It says, "Question:  You
4  have never diagnosed mesothelioma in a
5  human being?
6          "That's correct."
7      Is that true?
8        MR. FROST:  I'm sorry,
9      what -- where are you?
10        THE WITNESS:  Yeah, I'm --
11  BY MR. SMITH:
12       Q.   Page -- I'm sorry, Page 78,
13  Line 11 through 13.
14        MR. FROST:  Okay.
15        THE WITNESS:  Okay.
16  BY MR. SMITH:
17       Q.   "Question:  And you've never
18  been diagnosed" -- "you've never" --
19  excuse me.
20          "Question:  And you have
21  never diagnosed mesothelioma in any human
22  being, correct?"
23          Your answer was, "That's
24  correct."

Page 28

1      Is that true?
2        A.   Yes.
3        Q.   And next question:  "You've
4  never been involved in the care and
5  treatment of a person with mesothelioma,
6  correct?"
7          "I have not treated them,
8      that's correct.  I have been
9      involved in studying drugs that
10      help them though."
11      Is that correct?
12        A.   That's correct.
13        Q.   Would the same be for a
14  person that's been diagnosed with ovarian
15  cancer, have you ever diagnosed or
16  treated a person with ovarian cancer?
17        A.   I have not.
18        Q.   And you have not diagnosed a
19  person with mesothelioma, correct?
20        MR. FROST:  Objection, asked
21      and answered.
22        THE WITNESS:  Yeah.
23  BY MR. SMITH:
24        Q.   And you have never diagnosed

Page 29

1  a person with ovarian cancer, correct?
2        MR. FROST:  Same objection.
3        THE WITNESS:  That's
4      correct.
5  BY MR. SMITH:
6        Q.   And the levels of exposure
7  of each type of asbestos in terms of
8  human risk are outside of your area of
9  expertise; is that correct?
10        MR. FROST:  Objection to
11      form.
12        THE WITNESS:  Yeah.  You're
13      going to have to be a little -- a
14      little more specific on that.  I
15      don't --
16  BY MR. SMITH:
17        Q.   Okay.  Let's go to Leavitt
18  testimony Page 92.
19          All right.  Starting on
20  page -- excuse me, Page 92, Line 10.
21          "Question:  As then you can
22  see on the next page and a half, the
23  lawyer asked you about each type of
24  asbestos, crocidolite, amosite,

8 (Pages 26 to 29)

Brooke T. Mossman, M.S., Ph.D.

Page 30

1    tremolite, actinolite, anthophyllite,
2    chrysotile.  Did you see that?"
3            And your answer was, "I do."
4            "Question:  And each time
5    you said that that was outside of your
6    area of expertise?
7            "Answer:  Yes, the levels of
8    exposure of these in terms of human risk
9    are outside of my area of expertise."
10           Is that truthful testimony
11   and can I rely on that today?
12           MR. FROST:  Objection to
13   form.
14           THE WITNESS:  Yeah.  That's
15   truthful, my statement is
16   truthful.
17   BY MR. SMITH:
18       Q.   Thank you.
19           Is it important to
20   understand cancer development?
21           MR. FROST:  Objection to
22   form.
23           MR. SMITH:  What's the
24   matter with the form of the

Page 31

1    question?
2            MR. FROST:  I don't
3    understand what you mean by
4    "important to understand cancer
5    development."
6    BY MR. SMITH:
7        Q.   Do you understand what I
8    mean by "it's important to understand
9    cancer development," Doctor?
10       A.   It -- it's very broad.
11   It's -- it's important for what?
12       Q.   Let's go to your deposition
13   testimony in Brower.
14       A.   Okay.
15       Q.   You got that in front of
16   you, Doctor?
17       A.   I -- I think that's Leavitt.
18           MR. FROST:  I believe this
19   is it.  October 26th.
20           It fell apart.
21   BY MR. SMITH:
22       Q.   Page 49, Doctor.  You there?
23       A.   I am not yet, sorry.
24       Q.   That's okay.

Page 32

1        A.   I'm getting there.
2        Q.   And if you'll focus in on
3    Line 14.
4            "Question:  Is it important
5    to understand cancer development in your
6    opinion?
7            "Answer:  Yes."
8            Can I rely on that testimony
9    as truthful?
10           MR. FROST:  Objection to
11   form.
12           THE WITNESS:  Yes, it was a
13   very broad question, but in
14   general, yes, the answer's
15   correct.
16   BY MR. SMITH:
17       Q.   Cell cultures or in vitro
18   studies are valuable in determining
19   mechanisms on cancer causation, correct?
20       A.   Yes.  They're part of the
21   hierarchy of studying different elements
22   of or models of cancer development.
23       Q.   One way to determine if
24   biological mechanisms or pathways are

Page 33

1    triggered is to conduct in vitro studies
2    of relevant cells of disease and exposure
3    to the questioned substance; is that
4    correct?
5        A.   Yes.
6        Q.   You would agree with me that
7    it is important to identify and, if
8    possible, eliminate substances that
9    increase human risk of contracting
10   cancer?
11           MR. FROST:  Objection to
12   form.
13           MR. SMITH:  What's the
14   matter with the form?
15           MR. FROST:  Again, I think
16   it's very vague to identify
17   impossible -- or important to
18   identify impossible to eliminate
19   substances.  Compound question.
20   It's also vague as to what you
21   mean by important.
22   BY MR. SMITH:
23       Q.   Do you understand the
24   question, Doctor?

9 (Pages 30 to 33)

Brooke T. Mossman, M.S., Ph.D.

Page 34

```
 1        A.   I don't.
 2        Q.   Why don't we go to your
 3   deposition testimony in Brower.  Page 49.
 4   Question, Line 6:  "I'm asking in
 5   general, is it important as a scientist
 6   to identify and, if possible, eliminate
 7   any substances, if possible, that
 8   increase the risk of ovarian -- excuse
 9   me -- of contracting cancer?"
10        And your answer was, "Yes,
11   in principle."
12        Can I rely on that as
13   truthful?
14        A.   Yes.
15        MR. FROST:  I'll also lodge
16   the same question that Mr. Bishop
17   lodged to that question in that
18   deposition.
19   BY MR. SMITH:
20        Q.   Chronic inflammation and
21   oxidative stress are two mechanisms that
22   promote tumor and cancer development in
23   known carcinogens; is that correct?
24        A.   That is true with regard to
```

Page 35

```
 1   certain types of asbestos, correct.
 2        Q.   And other known carcinogens,
 3   correct?
 4        A.   The only carcinogen in terms
 5   of chronic inflammation that I'm aware of
 6   has been cigarette smoke.
 7        Q.   And we'll talk about chronic
 8   inflammation and oxidative stress later.
 9   But asbestos is a known carcinogen,
10   correct?
11        A.   That, again, is a very broad
12   statement.  Asbestos types vary in their
13   potency for cancer.
14        Q.   All types of asbestos,
15   regardless of type, are human
16   carcinogens, correct?
17        MR. FROST:  Objection to
18   form.
19        THE WITNESS:  Again, I want
20   to emphasize that it's a hierarchy
21   of effects, and it depends upon
22   the tumors that you're talking
23   about.
24
```

Page 36

```
 1   BY MR. SMITH:
 2        Q.   I understand potency.  And
 3   we talked about potency and how
 4   crocidolite is more potent than, say,
 5   chrysotile.  And that's not what I'm
 6   talking about, Doctor.
 7        You would agree with me that
 8   all types of asbestos are carcinogenic to
 9   human beings, correct?
10        MR. FROST:  Objection to
11   form.
12        THE WITNESS:  Not really.  I
13   wouldn't agree with you without
14   qualifying that statement with
15   regard to consideration -- for
16   example, IARC does consider all
17   types of asbestos as carcinogenic.
18        But as a scientist, it
19   depends upon the type of asbestos
20   and the dose that determines
21   whether or not it's a carcinogen.
22   BY MR. SMITH:
23        Q.   So you're saying that not
24   all types of asbestos are carcinogenic to
```

Page 37

```
 1   human beings?
 2        MR. FROST:  Objection to
 3   form.
 4        THE WITNESS:  I'm saying
 5   that there are many types of
 6   tumors in humans, that with regard
 7   to asbestos there are certain
 8   types that are associated with
 9   asbestos exposures at high
10   concentrations.
11   BY MR. SMITH:
12        Q.   My question is just really
13   more simple.  I understand that you can
14   have levels of exposure and potency of
15   different types of asbestos.  But do you
16   consider crocidolite a human carcinogen?
17        A.   I do.
18        Q.   Do you consider chrysotile a
19   human carcinogen?
20        A.   I do with regard to lung
21   cancer.  I think it's very questionable
22   with regards to mesothelioma.
23        Q.   What about actinolite?  Do
24   you consider that a human carcinogen?
```

10 (Pages 34 to 37)

Brooke T. Mossman, M.S., Ph.D.

Page 38

1     MR. FROST: Object to form.
2          THE WITNESS: Yeah. I don't
3     think that there is any human data
4     available to classify actinolite
5     as a human carcinogen.
6  BY MR. SMITH:
7     Q.   And IARC and NTP disagree
8  with your assessment on that, don't they?
9          MR. FROST: Objection to
10    form. Misstates document.
11         THE WITNESS: Yeah. Let me
12    just state that I think both
13    agencies would consider that there
14    are no data in humans on
15    actinolite to prove its
16    carcinogenicity.
17 BY MR. SMITH:
18    Q.   There have been formal
19 statements by the national toxicology
20 program of the United States, and in a
21 monograph by IARC that say that all types
22 of asbestos are human carcinogens. You
23 know that, Doctor, correct?
24    A.   I do.

Page 39

1          MR. FROST: Objection to
2     form.
3  BY MR. SMITH:
4     Q.   So --
5     A.   But that -- but let me just
6  emphasize here that lumping asbestos into
7  one category has been necessary in terms
8  of risk assessment, but in terms of
9  biological effects, that statement may
10 not be true, especially in humans.
11    Q.   So you disagree with the
12 assessment of the national toxicology
13 program for the United States government
14 and IARC on this matter?
15         MR. FROST: Objection to
16    form. Misstates the document.
17         THE WITNESS: I don't
18    disagree. I'm just saying that
19    there are no data scientifically
20    to support the premise that
21    something like actinolite asbestos
22    is a human carcinogen.
23 BY MR. SMITH:
24    Q.   Well, how do you not

Page 40

1  disagree with NTP and IARC if they
2  classify all types of asbestos, every
3  single one of them, as a human
4  carcinogen, and you're telling me
5  actinolite, there's not data to support
6  it's a carcinogen? How are you not
7  disagreeing with the NTP and IARC on that
8  matter then?
9          MR. FROST: Objection to
10    form.
11         THE WITNESS: I don't
12    believe they have statements on
13    different types of asbestos such
14    as actinolite.
15 BY MR. SMITH:
16    Q.   Okay. We'll go get to that
17 in a minute. Does -- do you consider
18 tremolite a human carcinogen?
19         MR. FROST: Objection to
20    form.
21         THE WITNESS: Again, it
22    depends on the type of tumor you
23    are talking about and the dose of
24    the material and the form.

Page 41

1  BY MR. SMITH:
2     Q.   Can it cause cancer in human
3  beings?
4          MR. FROST: Objection to
5     form.
6          THE WITNESS: If you're
7     talking about tremolite asbestos,
8     there is some data suggesting,
9     yes, that it can cause
10    mesothelioma.
11 BY MR. SMITH:
12    Q.   What about anthophyllite?
13         MR. FROST: Same objection.
14         THE WITNESS: Yeah. A very
15    weak carcinogen compared to
16    crocidolite or amosite, certainly
17    in mesothelioma.
18 BY MR. SMITH:
19    Q.   So you believe that all
20 types of asbestos are human carcinogens
21 except actinolite?
22         MR. FROST: Objection to
23    form. Misstates testimony.
24         THE WITNESS: No, that's not

11 (Pages 38 to 41)

Brooke T. Mossman, M.S., Ph.D.

Page 42

1    what I'm saying.  I'm saying that
2    if one looks at the scientific
3    data on human population, there's
4    not clear-cut information on the
5    doses of certain materials such as
6    tremolite, such as actinolite, in
7    terms of carcinogenic effects.
8    BY MR. SMITH:
9        Q.   Again, back to my question.
10   Chronic inflammation and oxidative stress
11   are two mechanisms that promote tumor and
12   cancer development in known carcinogens;
13   is that correct?
14           MR. FROST:  Objection to
15       form.  Asked and answered.
16           THE WITNESS:  Yeah.  I
17       emphasize that that's known or
18       certainly accepted for things such
19       as asbestos, amphibole types of
20       asbestos, as well as cigarette
21       smoke.
22   BY MR. SMITH:
23       Q.   Oxidants stimulate protein
24   pathways that then cause the cell to

Page 43

1    transform and become a tumor, correct?
2           MR. FROST:  Objection to
3       form.
4           THE WITNESS:  That's some of
5       the work that we've done, yes.
6    BY MR. SMITH:
7        Q.   And antioxidant --
8    antioxidants are kicked in by a cell
9    after exposure to low doses of an
10   environmental agent as the doses become
11   chronic or at higher concentration, the
12   cells become overwhelmed and not able to
13   correct the imbalance and then protein
14   receptors on the cell are affected and
15   cause the cell to transform; is that
16   correct?
17       A.   That's true in some cases,
18   yes.
19       Q.   And you talked about a
20   four-step process to mesothelioma before,
21   Doctor; is that correct, oxidant release,
22   protein receptor changes, genome-wide
23   expression changes and cell -- cell
24   proliferation, correct?

Page 44

1        A.   Those are pathways that
2    we've studied, yes.
3        Q.   And you stated you do not
4    need all of these factors to cause
5    cancer; is that right?
6        A.   I think you need to be a
7    little more explicit.
8        Q.   Well, let's look at your
9    Leavitt testimony Page 133.
10       A.   Okay.
11       Q.   Let's see.  Question on
12   Line 8.  "Now, you mention there were
13   four different kinds, four different
14   markers of asbestos, I mean of cancer.
15   And asbestos causes all four of these
16   markers to current cells.
17           "Answer:  Yes.  And this
18   gives you an idea of the different types
19   of things we've studied.  It's like the
20   lock, and once that is unlocked, you get
21   the development of cancer.  And here we
22   see where healthy cells become cancer
23   cell and then that the cancer cell
24   divides to become a malignant tumor.

Page 45

1           "Let me ask you.  If you
2    only have three of the four markers, will
3    you still have a mutation of that cell
4    that causes cancer?
5           "You may, but you won't have
6    the entire process mimicked.  So you need
7    all four of these features of asbestos
8    fibers to induce a cell, a healthy cell
9    to become a malignant cell."
10          Is that truthful testimony
11   and can I rely on that?
12       A.   Yes, that's true.
13       Q.   Do you know which of these
14   steps is necessary to cause ovarian
15   cancer?
16       A.   No, I don't.
17       Q.   Of the four-step process you
18   said to mesothelioma, and I'm going to
19   refer to it like we did in Brower.  Is it
20   okay if I refer to the Shukla study by
21   the first author Shukla, and then
22   Hillegass by Hillegass?  Is that fair?
23       A.   Yes.
24       Q.   Okay.  In the Shukla study

12 (Pages 42 to 45)

Brooke T. Mossman, M.S., Ph.D.

Page 46

1  you saw gene expression changes with talc
2  compared to neo mesothelial cells,
3  correct?
4      A.   Could you repeat that again?
5      Q.   Sure.  In Shukla you saw 30
6  gene expression changes to talc compared
7  to neo mesothelial cells at the
8  75 micrometers per centimeter squared
9  concentration for eight hours, correct?
10     A.   Yes.
11     Q.   And -- but you never tested
12 talc in that study or in the Hillegass
13 study that came after it for oxidant
14 release, correct?
15     A.   Could you repeat that again?
16 We've never tested cells for oxidant
17 release?
18     Q.   In Hillegass, you did a
19 bunch of further studies on crocidolite
20 asbestos that you did not do on talc,
21 correct?
22     A.   We only did additional
23 studies where we focused on the proteins
24 that were increased by asbestos.  Many of

Page 47

1  these were not increased by talc.
2      Q.   Ma'am, that's not my
3  question.
4      A.   Okay.
5      Q.   My question was, you did not
6  do all of the studies, all of those
7  assays and all of the protein
8  determination and all of that in
9  Hillegass.  You did that for crocidolite
10 asbestos.  You did not do talc in that
11 study?
12         MR. FROST:  Objection to
13     form.
14         THE WITNESS:  Yeah, and I
15     emphasize we didn't do talc,
16     because we didn't see that these
17     changes were protracted.
18 BY MR. SMITH:
19     Q.   Well, ma'am, you did not
20 test talc at 24 hours at the higher
21 concentration --
22         MR. FROST:  Objection.
23 BY MR. SMITH:
24     Q.   -- so you don't know whether

Page 48

1  it was a transient change of gene
2  expression changes or not, fair?
3          MR. FROST:  Objection to
4      form.
5          THE WITNESS:  Yeah, we -- we
6      did not test asbestos or talc at
7      the highest concentration because
8      of cell death in the asbestos
9      exposed cultures.  That's correct.
10 BY MR. SMITH:
11     Q.   So you cannot tell me what
12 genes were altered or if they were more
13 altered at the higher concentration at
14 24 hours for talc that you saw at the
15 higher concentration at eight hours,
16 correct?
17         MR. FROST:  Objection to
18     form.
19         THE WITNESS:  We did not,
20     because they were -- I cannot tell
21     you that, because we didn't look
22     at talc for the reasons that I
23     just stated.
24 BY MR. SMITH:

Page 49

1      Q.   And we'll talk more about
2  the studies in more detail in a minute.
3          In the Shukla study, you saw
4  the gene expression changes at eight
5  hours at the higher concentration
6  compared to -- compared to neo
7  mesothelial cells, correct?
8          MR. FROST:  Objection to
9      form.
10         THE WITNESS:  We saw 30
11     genes that were increased by
12     highest concentrations of talc.
13 BY MR. SMITH:
14     Q.   But you never tested talc in
15 oxidant release of peritoneal mesothelial
16 cells in that study -- either one of
17 those studies, correct?
18     A.   That's correct.
19     Q.   And you did not test talc
20 for protein receptor changes in any of
21 those cells in either one of those
22 studies, correct?
23     A.   We did --
24         MR. FROST:  Objection to

13 (Pages 46 to 49)

Brooke T. Mossman, M.S., Ph.D.

Page 50

1    form.
2         THE WITNESS:  Yeah, we
3    didn't test talc because it didn't
4    indicate genes that were increased
5    that were related to oxidative
6    stress, or the proteins that we
7    were interested in that were
8    increased by asbestos.
9    BY MR. SMITH:
10        Q.   You're telling me ATF3 and
11   IL-8 are not associated of mediating
12   inflammatory or oxidative processes in
13   the cell?
14        MR. FROST:  Objection to
15   form.
16        THE WITNESS:  ATF3 as we
17   showed in the -- in the Shukla
18   study is a gene that repairs cells
19   from cytokine production.
20   BY MR. SMITH:
21        Q.   Again, you did not test talc
22   for protein receptor changes when applied
23   to peritoneal mesothelial cells in either
24   one of the two studies, correct?

Page 51

1         A.   We didn't test anything for
2    protein receptor changes in either of
3    those studies.  We were interested in
4    gene expression.
5         Q.   And for talc in either one
6    of those studies regarding peritoneal
7    mesothelial cells, you did not check for
8    cell proliferation, correct?
9         A.   Yes, we did not see genes
10   that were indicative of cell
11   proliferation by talc -- and we didn't
12   test --
13        Q.   Did you test for gene -- did
14   you test?
15        A.   No, we didn't see changes
16   that were indicated at the gene level.
17        Q.   Protein receptors that have
18   chains that bind to cellular DNA causing
19   changes to genes in the DNA to create
20   abnormal cell -- cells which can lead to
21   cancer; is that correct?
22        MR. FROST:  Objection to
23   form.
24        THE WITNESS:  Yeah, could

Page 52

1    you read that again?
2         MR. FROST:  Yeah, I was
3    going to say, do you mind
4    repeating that one?
5    BY MR. SMITH:
6         Q.   Sure.
7              Protein receptors have
8    chains that bind to cellular DNA, causing
9    changes to genes in the DNA to create an
10   abnormal cell which can lead to cancer,
11   correct?
12        A.   That can be one endpoint of
13   a protein receptor.
14        Q.   And there's a test for that,
15   correct, a test to see which genes are
16   upregulated or downregulated, correct?
17        A.   Genes but not proteins.
18        Q.   Correct.  Cell proliferation
19   is a hallmark of cancer causing
20   substances and there are tools to look at
21   cell division and assays to look at
22   clumps of cells to see if they survive
23   and become uncontrolled and lead to
24   cancer; is that correct?

Page 53

1         MR. FROST:  Objection to
2    form.
3         THE WITNESS:  Yeah, can we
4    go through that piece by piece?
5    BY MR. SMITH:
6         Q.   Sure.  Is cell proliferation
7    a hallmark of cancer-causing substances?
8         MR. FROST:  Objection to
9    form.
10        THE WITNESS:  Not all of
11   them.  Some substances don't
12   induce cell proliferation.  They
13   act with DNA directly.
14   BY MR. SMITH:
15        Q.   You told me earlier there
16   was a four-step process to mesothelioma,
17   correct, and one of them was cell
18   proliferation; is that right?
19        A.   These are changes that we
20   have studied called epigenetic, meaning
21   that they don't occur at the level of the
22   DNA.  And that's been the focus of our
23   lab.
24             I don't want to give you the

14 (Pages 50 to 53)

Brooke T. Mossman, M.S., Ph.D.

Page 54

1    impression that that's the only way that
2    mesothelioma develops.  That's what we
3    focused on.
4        Q.   All right.  Maybe a better
5    term is cell proliferation is a
6    characteristic of a cancer-causing
7    substance.  Would you agree with that?
8        A.   No, I wouldn't.
9            As I mentioned, there are a
10   lot of agents that don't induce cell
11   proliferation that cause cancer.
12       Q.   Does -- does asbestos induce
13   cell proliferation or cause it?
14       A.   It depends upon the type and
15   the dose.  Again, we've shown that for
16   crocidolite and amosite asbestos in our
17   models.
18       Q.   We don't know why some
19   carcinogens are site-specific in the
20   human body, correct?
21       A.   That's a broad statement.
22   But yes, we know -- we don't know why
23   some agents aren't site specific.
24       Q.   SNPs or single nucleotide

Page 55

1    polymorphisms, are mechanisms where some
2    cancers due to exposure to agents can
3    cause DNA changes that could lead to
4    cancer development, correct?
5            MR. FROST:  Objection to
6        form.
7            THE WITNESS:  Yes, SNPs are
8        generally something that occurs in
9        a population of cells.  It's very
10       unusual.  In fact, I've never seen
11       an agent such as asbestos that
12       induces an SNP.
13   BY MR. SMITH:
14       Q.   Can you go to your Brower
15   deposition, please, ma'am.
16           Page 87.  If you'll go down
17   to Line 13.
18           "Question:  What are SNPs or
19   SNiPs or single nucleotide polymorphisms?
20           "Answer:  Those are changes
21   in DNA.
22           "Question:  And how do they
23   influence the development of cancer?
24           "Answer:  They are thought

Page 56

1    to be one mechanism, whereas some
2    hereditary cancers or cancers due to
3    agents that focus on the break of DNA
4    exert their effects."
5            Can I rely on that answer?
6        A.   Yes.
7            MR. FROST:  Objection to
8        form.
9    BY MR. SMITH:
10       Q.   Thank you.  You talked about
11   ATF3 a minute ago.  But ATF3 is a gene,
12   and it's also a transcription factor,
13   right?
14       A.   It's a gene, it's a protein,
15   and it's a transcription factor.
16       Q.   And would you agree with me
17   that ATF3 is a gene -- the ATF3 gene is
18   important in combatting inflammation in
19   cells?
20           MR. FROST:  Objection to
21       form.
22           THE WITNESS:  It depends
23       upon the cell and the other
24       transcription factors.  In our

Page 57

1        experiments, we showed that it
2        combatted changes by asbestos;
3        that is, it decreased cytokines
4        that are associated with
5        development of tumors or immune
6        response.
7    BY MR. SMITH:
8        Q.   I'm going to ask you, I'm
9    going to read a sentence to you and ask
10   if you agree with it.  "Stress-inducible
11   transcription factors play a pivotal role
12   in cellular adaptation to environment, to
13   maintain homeostasis, and integrity of
14   the genome."
15           Would you agree with that
16   statement?
17           MR. FROST:  Object to form.
18       And I also object to you reading
19       her sentences from a document that
20       you haven't given her.
21           Thank you.
22           MR. SMITH:  Sure.
23           THE WITNESS:  Thank you.
24

15 (Pages 54 to 57)

Brooke T. Mossman, M.S., Ph.D.

Page 58

1    BY MR. SMITH:
2        Q.   This is attached as
3    Exhibit 4.
4            (Document marked for
5            identification as Exhibit
6            Mossman-4.)
7    BY MR. SMITH:
8        Q.   "Systems analysis of ATF3
9    and stress response in cancer reveals
10   opposing effects on pro-apoptotic genes
11   in p53 pathway."
12           Do you have that in front of
13   you, Doctor?
14       A.   I do.
15       Q.   I've attached it as
16   Exhibit 4.  The first sentence in the
17   blue box under abstract.  It says,
18   "Stress-inducible transcription factors
19   play a pivotal role in cellular
20   adaptation to environment to maintain
21   homeostasis and integrity in the genome."
22           Would you agree with that?
23       A.   Yes.
24       Q.   "Activating transcription

Page 59

1    factor 3, or ATF3, is induced by a
2    variety of stress and inflammatory
3    conditions and is overexposed in many
4    kind of cancer cells."
5            Would you agree with that?
6            MR. FROST:  Objection to
7            form.  It's overexpressed.
8            MR. SMITH:  That's what I
9            said.
10           MR. FROST:  You said
11           overexposed.
12   BY MR. SMITH:
13       Q.   Okay.  Excuse me.  Let me
14   read it again.  Second sentence.
15   "Activating transcription factor 3, ATF3,
16   is induced by a variety of stress and
17   inflammatory conditions and is
18   overexpressed in many kinds of cancer
19   cells."
20           Would you agree with that?
21       A.   I would agree with the first
22   part of that statement.
23           I have not seen the data on
24   many kinds of cancer cells, and as I

Page 60

1    emphasized previously, it would depend
2    upon the type of cell in terms of the
3    effects on that cell type.
4        Q.   Would you agree that ATF3 is
5    activated in response to oxidative stress
6    in a cell?
7        A.   I would have to review that
8    literature.  I don't see that statement
9    here.
10       Q.   I'm asking you just the
11   question.
12       A.   ATF3 and oxidative stress, I
13   can't recall specific experiments or cell
14   types that oxidants have been added to,
15   such as hydrogen peroxide or those
16   typical to oxidative stress in studies.
17       Q.   IL-8 is a cytokine produced
18   during inflammation by lymphocytes; is
19   that correct?
20       A.   It's one of the effects.  It
21   also can have opposite effects.
22       Q.   You've done a study on EMPs
23   or elongated mineral particles; is that
24   correct?

Page 61

1        A.   A study?  I have done many
2    studies on elongated mineral particles.
3        Q.   I was thinking of your most
4    recent study.  But you have done several
5    studies on EMPs, correct?
6        A.   Elongated mineral particles
7    including asbestos are -- have been
8    subject of my research for over 40 years.
9        Q.   And it can be of any type of
10   mineral with certain dimensions that are
11   fibrous in nature that, when in contact
12   with human cells, can cause adverse
13   changes including epigenetic changes that
14   are pathways that can potentially lead to
15   carcinogenesis; is that correct?
16           MR. FROST:  Objection to
17           form.
18           THE WITNESS:  Yeah, can we
19           pick that statement apart?
20   BY MR. SMITH:
21       Q.   Sure.  Let's go to the
22   Brower deposition, Page 85.
23       A.   Okay.
24       Q.   And I'm going to read over

16 (Pages 58 to 61)

Brooke T. Mossman, M.S., Ph.D.

Page 62

1     two pages, 85, 86 and 87.
2          "Question:  What is an EMP?
3          "An EMP is a very broad term
4     for elongated mineral particles, and it
5     could be referring to anything --
6     regardless of whether anything of certain
7     dimensions that are fibrous in nature.
8     It is a term that has been used most
9     recently by some regulatory agencies, but
10    it is very broad in terms of an umbrella
11    of materials that fit into this category.
12         "Question:  And I note in
13    your paper that it says EMPs, and you
14    talk about long EMPs greater than 5
15    micrometers in length; is that correct?
16         "That's a cutoff" --
17    answer, excuse me.
18         "That's a cutoff that's been
19    used in terms of fibers that are thought
20    to be important in regulation.  It's a
21    term that is controversial to biologists
22    and chemists.
23         "Question:  Is it true that
24    by cell's direct contact with EMP, it

Page 63

1     causes the cell to react in certain ways?
2          "Answer:  Direct contact by
3     any material can cause certain changes in
4     cells, yes.
5          "Question:  And cellular
6     reactions to EMP has occurred, would you
7     agree without the EMP binding to any
8     cellular receptors or penetrating the
9     cell itself, correct?
10         "Answer:  Could you just
11    state that again?  I'm sorry.
12         "Sure.
13         "I missed the first part."
14    Answer.
15         Question:  Sure.  The
16    cellular reactions that we just discussed
17    to EMPs, they can occur without the EMP
18    binding to any cellular receptors or
19    penetrating the cell?"
20         And your answer was -- and
21    my question was, "Correct?"
22         And the answer was, "Yes."
23         I said, "Question:  Okay,
24    what is the function of proteins and why

Page 64

1     do you focus on" -- well, I think we've
2     moved on from EMPs."
3          But can I rely on that
4     testimony regarding EMPs?
5          A.   Yes.
6          MR. FROST:  And I'm just
7          going to lodge the same objections
8          that were in the transcript.
9     BY MR. SMITH:
10         Q.   And can EMPs -- can they
11    cause adverse changes, including
12    epigenetic changes that are pathways that
13    could potentially lead to carcinogenesis?
14         A.   Can EMPs?  Certain ones
15    certainly can.
16         Q.   Different grades of talc and
17    asbestos are different and distinct in
18    shape, size, crystallinity and structure;
19    is that correct?
20         MR. FROST:  Objection to
21         form.  Vague.
22    BY MR. SMITH:
23         Q.   Let's break it out.
24         Different grades of talc are

Page 65

1     different and distinct in shape, size,
2     crystallinity and structure, correct?
3          MR. FROST:  Objection to
4          form, vague.
5          THE WITNESS:  Yeah, when you
6          say grades of talc, I'm a -- I'm a
7          little lost there.
8     BY MR. SMITH:
9          Q.   Okay.  Cosmetic versus
10    industrial.  Pharmaceutical versus
11    industrial versus cosmetic.  Those are
12    the grades I'm talking about, my
13    definition of grade.
14         Different grades of talc are
15    different and distinct in size, shape,
16    crystallinity and structure; is that
17    correct?
18         MR. FROST:  Objection to
19         form.
20    BY MR. SMITH:
21         Q.   Or do you know?
22         A.   Yeah, I -- in terms of
23    grades of talc, I would assume that's the
24    case, but I don't study grades of talc.

17 (Pages 62 to 65)

Brooke T. Mossman, M.S., Ph.D.

Page 66

```
1        Q.   Different types of asbestos
2   are different and distinct in shape,
3   size, crystallinity and structure,
4   correct?
5        A.   That's correct.
6        Q.   These characteristics may
7   affect the mineral's reactivity to human
8   cells and carcinogenic potency; is that
9   correct?
10       A.   That's correct.
11       Q.   The type of asbestos and
12  where it's mined, its shape and size all
13  factor in how it reacts to cells; is that
14  correct?
15       A.   Yes.
16       Q.   And would the same be of
17  different grades of talc, or do you know?
18       MR. FROST:  Objection to
19       form.
20       THE WITNESS:  I'd have to
21       study the talc to -- at different
22       grades, and I'm not sure how
23       that's separated out.
24  BY MR. SMITH:
```

Page 67

```
1        Q.   And just so we're clear,
2   you've never studied cosmetic-grade talc;
3   is that right?
4        MR. FROST:  Objection.  If
5       she -- if she knows.
6       THE WITNESS:  I've studied
7       industrial talcs.
8   BY MR. SMITH:
9        Q.   So you've never studied
10  cosmetic-grade talc; is that correct?
11       A.   I have not studied cosmetic
12  talcs as I know it.
13       Q.   Do you understand that
14  cosmetic talc is what's in Baby Powder
15  and Shower to Shower, which are the
16  products at issue in this case?
17       A.   Yes, I do.
18       Q.   Okay.  I want to talk to you
19  about your --
20       MR. SMITH:  Do you want to
21       take a break for a minute, for a
22       second?
23       MR. FROST:  Do you want to?
24       MR. SMITH:  I mean, I'm
```

Page 68

```
1   good, I'm getting ready to roll to
2   a different section.  But I'm good
3   or whatever.  Just so long --
4        THE WITNESS:  I'm fine.
5        MR. FROST:  I think we can
6   keep going.
7        MR. SMITH:  Okay.  Okay.
8   All right.  Fine.
9   BY MR. SMITH:
10       Q.   I want to talk to you about
11  some of your experience, Doctor, as an
12  expert.
13       You said you -- you partly
14  retired since 2014.  But you've been
15  testifying in litigation since 2014; is
16  that correct?
17       A.   That's correct.
18       Q.   And approximately 50 to
19  75 percent of your professional time is
20  spent on litigation since 2014; is that
21  correct?
22       A.   That's correct.
23       Q.   And would this be the vast
24  majority of your current income since
```

Page 69

```
1   2014, and that being as an expert
2   witness?
3        A.   Yes, sir.
4        Q.   I noticed from your prior
5   testimony that you attached to your
6   report that you've testified 65 times for
7   defendants in talc litigation over the
8   past four years; is that correct?
9        A.   That includes depositions
10  and trials in some of the same matters,
11  yes.
12       Q.   You were an employee of
13  Biomedical and Environmental Consultants
14  in 1998; is that right?
15       A.   1998?  No.
16       Q.   Do I have the date wrong?  I
17  might have -- I might have written that
18  down wrong.
19       A.   That was 30 years ago.
20       Q.   What dates were you at
21  Biomedical and Environmental Consultants?
22       A.   I worked part-time for them
23  for a little less than two years.  1988
24  to perhaps 1990.
```

18 (Pages 66 to 69)

Brooke T. Mossman, M.S., Ph.D.

Page 70

```
 1        Q.   I apologize, I wrote it down
 2   wrong.
 3             And you worked there with
 4   Alfred Wehner, right?
 5        A.   I never worked with
 6   Dr. Wehner.  He was the founder of the
 7   group as I understand it.
 8        Q.   And you also understand that
 9   he was also a consultant for Johnson &
10   Johnson in talc issues, correct?
11             MR. FROST:  Objection to
12   form.
13             THE WITNESS:  No.
14   BY MR. SMITH:
15        Q.   You don't know that?
16        A.   I know from reading the
17   scientific paper, but I don't know about
18   his relationships with Johnson & Johnson.
19        Q.   He served -- excuse me.  You
20   served as an expert for the Industrial
21   Minerals Association; is that correct?
22        A.   Served as an expert.
23        Q.   Expert or consultant for the
24   Industrial Minerals Association.
```

Page 71

```
 1        A.   I have reviewed proposals
 2   for them, yes.
 3        Q.   And you've served as an
 4   expert or consultant for Luzenac; is that
 5   correct?
 6        A.   Not to my knowledge.  As a
 7   consultant, no, I don't think I've
 8   consulted Luzenac.
 9        Q.   You weren't corresponding
10   with Imerys and Luzenac employees on the
11   progress report of the Shukla paper along
12   with the IMA?
13        A.   Yes.  I wasn't a consultant
14   for them.  I was a recipient of a small
15   grant from something called EUROTALC that
16   may have included Luzenac and other
17   companies for a brief period of time in
18   about 2005.
19        Q.   And you've served as an
20   expert or consultant for R.T. Vanderbilt,
21   right?
22        A.   No.  I never had a formal
23   arrangement with R.T. Vanderbilt.
24        Q.   There's plenty of
```

Page 72

```
 1   correspondence, we've gone back through
 2   in Brower and Leavitt with
 3   R.T. Vanderbilt, you weren't
 4   corresponding with them and consulting
 5   with R.T. Vanderbilt?
 6        A.   I was not consulting with
 7   them.  I was -- received an assignment
 8   through Dr. Wehner's group for
 9   correspondence with these individuals.  I
10   can't tell you the specific assignment.
11             It was with someone named
12   John Kelse who was their industrial
13   hygienist.
14        Q.   And he was an employee of
15   R.T. Vanderbilt, correct?
16        A.   He was an employee, yes.
17        Q.   You served as an expert for
18   Cyprus Minerals; is that correct?
19        A.   I have in litigation.
20        Q.   And you are currently
21   serving as an expert for Johnson &
22   Johnson and have in the past; is that
23   correct?
24        A.   I have for a little over a
```

Page 73

```
 1   year now, yes.
 2        Q.   You served as an expert on a
 3   scientific advisory board for Owens
 4   Corning in the defense of asbestos
 5   litigation in the 1980s and 1990s; is
 6   that correct?
 7        A.   That's incorrect.  I
 8   served -- I went to one meeting there in
 9   19 -- in the 1980s, and one in the 1990s,
10   neither of which concerned Owens Corning
11   and litigation.
12        Q.   Can you go to Page 45 of the
13   Brower testimony, please.
14             Question, Line 1, on Page
15   45.
16             "Okay.  Well, you've
17   consulted with or served as an expert for
18   companies that produce or sold
19   asbestos-containing products, correct:
20             "Answer:  Could you be more
21   explicit?
22             "I need to be more explicit
23   than whether you served as an expert or
24   consulted with companies that produced
```

19 (Pages 70 to 73)

Brooke T. Mossman, M.S., Ph.D.

Page 74

1  products that contained asbestos?
2       "Answer: The only company
3  that I had a relationship with, and it
4  wasn't a long-standing relationship, was
5  that I agreed to be on the scientific
6  advisory board, I think, once in the
7  1980s and once in the 1990s, with other
8  scientists and review inhouse research by
9  Owens Corning."
10      Is that testimony true?
11      A.  Yes.  That's what I just
12  stated.
13      Q.  Okay.  Thank you.
14      You also served as an expert
15  for the tobacco industry in the 1980s; is
16  that correct?
17      MR. FROST:  Objection to
18  form.
19      THE WITNESS:  I had one
20  assignment, approximately 30 years
21  ago, through Dr. Wehners' company.
22  BY MR. SMITH:
23      Q.  And since 2014 you have --
24  was the answer to my question yes?

Page 75

1       A.  You'll have to state it
2  again, sir.
3       Q.  You have served as an expert
4  and consultant for the tobacco industry
5  in the 1980s; is that correct?
6       MR. FROST:  Same objection.
7       THE WITNESS:  Yeah I had one
8  assignment where I did a
9  literature search for a lawyer
10  representing the tobacco industry.
11  BY MR. SMITH:
12      Q.  Since 2014, you have served
13  as an expert on behalf of companies that
14  manufacture and sell talc-based products;
15  is that correct?
16      A.  That's correct.
17      Q.  And that will continue today
18  and into the foreseeable future; is that
19  correct?
20      MR. FROST:  Objection to
21  form.
22      THE WITNESS:  Yes.
23  BY MR. SMITH:
24      Q.  I forgot to ask you.  How

Page 76

1  much are you -- what are you billing for
2  your time here today?
3       A.  $550 an hour.
4       Q.  Is that the same billing
5  rate that you would have for trial,
6  deposition?  Do you differentiate?
7       A.  Yes.  It would be the same
8  rate.
9       Q.  When is the next time that
10  you're scheduled to testify at trial?
11      A.  I'm testifying in the Olson
12  trial in New York at the latter part of
13  this week.
14      Q.  What about after that?
15      MR. FROST:  Objection.
16      THE WITNESS:  I don't have
17  any trial dates on my calendar.
18  BY MR. SMITH:
19      Q.  Earlier we had talked about,
20  you talked about your work with the
21  tobacco industry.  I want to attach as an
22  exhibit, which is Exhibit -- I'll hand
23  you a copy, Doctor.
24      (Document marked for

Page 77

1  identification as Exhibit
2  Mossman-5.)
3  BY MR. SMITH:
4       Q.  I'll attach this as
5  Exhibit 5.  This is a January 12, 1990,
6  letter to Mr. Junius McElveen, Esquire.
7  It looks like it's from you.  And it's cc
8  to Alfred Wehner.
9       Are you familiar with this
10  document?
11      A.  I am.
12      Q.  At the beginning you say,
13  "Dear Mr. McElveen, you requested our
14  meeting last week that Mr. Nims" -- "a
15  brief summary of" -- excuse me.  "You
16  requested at our meeting last week with
17  Mr. Nims a brief summary of my literature
18  search to date on cellular and molecular
19  mechanisms of carcinogenesis.
20      "I specifically looked for
21  recent research data to substantiate the
22  premise that cigarette smoking prior to
23  1966 would not be sufficient for lung
24  tumor promotion and progression necessary

Brooke T. Mossman, M.S., Ph.D.

Page 78

1  events in the development of tumors
2  during their relatively long latency
3  period in man."
4        Is that what you were -- was
5  that -- that was the task that you were
6  doing?
7        A.   The task that I was doing
8  was to do a search on the molecular
9  biology of lung cancers.
10        Q.   And the statement that I
11  just read, is that correct?  Is that what
12  your task was?  Is that what you were
13  doing?
14        A.   I'm not sure what cigarette
15  smoking prior to 1966 was relevant to,
16  but I think the question he was asking me
17  were, do components of cigarette smoke
18  have properties that start or influence
19  the development of cancers.
20        Q.   And -- but this is your --
21  you wrote this letter, correct?
22        A.   I did.
23        Q.   Okay.  And on the last
24  paragraph of the letter, before your

Page 79

1  signature, it says, "I will continue to
2  survey new journals in the field as well
3  as Index Medica searches on 'genes and
4  lung cancer.'  Please let me know when
5  you would like to meet again for an
6  update."
7        And then did you continue to
8  do what you said you would do?
9        A.   No.  I wrote a final report
10  after meeting these individuals and no
11  longer was a consultant for Biomedical
12  and Environmental Consulting.
13        Q.   I'm going to attach what is
14  Exhibit 6 to the deposition another
15  letter from you.  And we talked about
16  Owens Corning just a minute ago.  Do you
17  recall that, Doctor?
18        A.   Yes.
19        (Document marked for
20        identification as Exhibit
21        Mossman-6.)
22  BY MR. SMITH:
23        Q.   And here is a letter from
24  you to Owens Corning.  Dr. John Hadley,

Page 80

1  Owens Corning Fiberglass Corporation,
2  Granville technical center, Granville,
3  Ohio.
4        And it says, "Dear John."
5  And you understand, as you reference in
6  this, that -- that Owens Corning was
7  producing asbestos-containing materials;
8  is that correct?
9        A.   No, not at this time point.
10  I was never aware of this in the 1980s.
11        Q.   So when you write in the
12  paragraph, final paragraph, "Please find
13  enclosed a brief critique of the recent
14  PNAS covered in the New York Times.  I
15  cannot help but surmise that Dr. Selikoff
16  was responsible for the press release.
17  Regardless, the possibility that asbestos
18  binds and introduces malignant and
19  foreign DNA into normal cells of the lung
20  seems highly unlikely."
21        You didn't understand that
22  the issue of asbestos and Owens Corning
23  was relevant to the company?
24        A.   No.  Dr. Hadley was a

Page 81

1  colleague that I met at a scientific
2  meeting.  He was responsible for the
3  development of fiberglasses at their
4  technical center.
5        He was also a scientist who
6  attended meetings on asbestos and was
7  interested in the effects of asbestos on
8  cells --
9        Q.   Did you come --
10        A.   -- by training.
11        Q.   I'm sorry.  I didn't mean to
12  cut you off.
13        A.   I'm sorry.  By training,
14  John was someone I actually met when he
15  was getting his degree earlier at Duke
16  University.
17        Q.   Did you come to learn that
18  as -- Owens Corning produced
19  asbestos-containing products?
20        A.   I came to learn that after I
21  heard about their bankruptcy.  I was
22  never aware of that directly.
23        Q.   You were a member of the
24  TASSC, weren't you?

21 (Pages 78 to 81)

Brooke T. Mossman, M.S., Ph.D.

Page 82

1       A.   TASSC?
2       Q.   Mm-hmm.
3       A.   I don't know what that is,
4   and I don't think I've ever paid
5   membership dues or I would remember.
6           MR. SMITH:  Can you hand
7       that to the witness.
8           (Document marked for
9       identification as Exhibit
10      Mossman-7.)
11  BY MR. SMITH:
12      Q.   I'm going to attach a
13  partial listing of key scientists and --
14  I don't know if I can pronounce this --
15  academicians supporting the advancement
16  of sound science coalition.  You don't
17  recall this?  TASSC?
18      A.   No, I don't think -- I'm
19  just looking at some of the people here,
20  who are -- include scientists from
21  different spheres including Bruce Ames.
22  So no, I am not aware that this is a
23  society that I ever joined, no.
24      Q.   So if you go -- and it's in

Page 83

1   alphabetical order.  And on Page 9,
2   looking at the top, there's your name.
3   Dr. Brooke T. Mossman, professor of
4   pathology, College of Medicine,
5   University of Vermont, Burlington,
6   Vermont.  Is that you?
7       A.   That's me.
8       Q.   And you are listed on the
9   partial listing of key scientists and
10  academicians -- butchering that name --
11  supporting the advancement of sound
12  science coalition, TASSC.  Do you see
13  that, Doctor?
14      A.   Yes, I have no idea what
15  that is.  Sorry.
16      Q.   Well, maybe we can put some
17  context to it here today.
18          MR. SMITH:  Thank you.
19          (Document marked for
20      identification as Exhibit
21      Mossman-8.)
22  BY MR. SMITH:
23      Q.   I'm going to attach the next
24  numbered exhibit which is Number 8.  And

Page 84

1   this is an article entitled,
2   "Constructing 'Sound Science' and 'Good
3   Epidemiology': Tobacco, Lawyers and
4   Public" -- "and the Public Relations
5   Firms."
6           And it's an article in the
7   American Journal of Public Health from
8   November of 2001.  It's a peer-reviewed
9   article.  And it's by lead author Ong.
10          And it goes down, and if you
11  look on the front page, Doctor, it says,
12  "Philip Morris' 'Sound Science'
13  organization in the United States"?
14          Says, "PM," Philip Morris,
15  "began its 'sound science' program in
16  1993 to stimulate criticism of the 1992
17  U.S. Environmental Protection Agency
18  (EPA) report, which identified secondhand
19  smoke as a Group A human carcinogen.
20  Ellen Merlo (vice president, PM Corporate
21  Affairs) wrote to William Campbell
22  (chairman at PM" -- or Philip Morris --
23  "USA)."
24          Then it goes on to the -- go

Page 85

1   to the right paragraph, "In February of
2   1993, Philip Morris, PM, and its public
3   relations firm, APCO Associates, worked
4   to launch a 'sound science' coalition in
5   the United States with approximately
6   320,000 budgeted for the first 24 weeks.
7   Three months later, The Advancement For
8   Sound Science Coalition, or TASSC, has
9   been formed.  TASSC described itself as a
10  'a not-for-profit coalition advocating
11  the use of sound science in public policy
12  decisionmaking' even though APCO created
13  it to help Philip Morris fight smoking
14  restrictions.  TASSC's public positioning
15  and media campaign were designed to
16  minimize its connections with the tobacco
17  industry.  TASSC's member survey
18  mentioned only secondhand smoke among a
19  list of other potential examples of
20  'unsound, incomplete or unsubstantiated
21  science.'"
22
23          Were you familiar with all
24  of this, Doctor, and have you seen this

22 (Pages 82 to 85)

Brooke T. Mossman, M.S., Ph.D.

Page 86

1  article before?
2      A.   I haven't seen the article,
3  but let me emphasize that I've never been
4  a member by consent of TASSC, and there's
5  no reason that tobacco would have wanted
6  me to be a member, as all my publications
7  list tobacco smoke as the Number 1 cause
8  of lung disease or lung cancers.
9      Q.   Well, you -- you haven't
10  published any articles on secondhand
11  smoke, have you?
12      MR. FROST:  Objection, form.
13  BY MR. SMITH:
14      Q.   Have you?
15      A.   Secondhand smoke, no.
16      Q.   Okay.  You mentioned all of
17  your research as best -- you mentioned
18  all of your research on asbestos, talc
19  and cleavage fragments have been
20  published and peer-reviewed, high-impact
21  scientific journals prior to the event --
22  advent of your participation in talc
23  litigation in 2014.  And that's listed in
24  your report.

Page 87

1          Do you recall saying that?
2      A.   Yes.
3      Q.   I'll assume that would mean
4  that that would be the same after your
5  involvement in talc litigation.  Would
6  that be correct?
7      A.   I'm not sure what you're
8  asking.
9      Q.   Let me rephrase.  Let me
10  rephrase it.
11      A.   Okay.
12      Q.   That was confusing.
13          You -- in your report you
14  mentioned that your research on asbestos
15  fibers, talc, and cleavage fragments have
16  been published and peer-reviewed
17  high-impact scientific journals prior to
18  the advent of your participation in talc
19  litigation in 2014?
20      A.   Yes.
21      Q.   You agreed with that.
22          And I would assume that
23  that would be the same after your involvement
24  post 2014; is that correct?

Page 88

1      A.   When you say -- when you say
2  it would --
3      Q.   Your research being
4  published in peer-reviewed high-impact
5  scientific journals on asbestos, asbestos
6  fibers, talc and cleavage fragments.
7      A.   Let me emphasize that I'm
8  not doing original research anymore on
9  talc or asbestos fibers.  So that
10  statement would not be relevant.
11      Q.   Okay.  Fair enough.  I want
12  to look at your CV for a second.
13      A.   Okay.
14      Q.   And I've got an extra copy
15  for you.  Several actually.
16      MR. FROST:  Is this the CV
17  that was attached to the report?
18      MR. SMITH:  It is.
19      (Document marked for
20  identification as Exhibit
21  Mossman-9.)
22  BY MR. SMITH:
23      Q.   All right.  Now, you've
24  got -- do you have your CV in front of

Page 89

1  you, Doctor?
2      A.   I do.
3      Q.   Okay.  And I would like to
4  go to Page 15.
5      MR. SMITH:  I'm going to
6  attach this as the next numbered
7  exhibit.  It's Number 9.
8  BY MR. SMITH:
9      Q.   It says -- it should be
10  referred.  It says refereed.  Is that --
11  should it be referred manuscripts?
12      A.   No.
13      Q.   Is that -- am I missing
14  something?
15      A.   No, it's refereed.
16      Q.   Well, then I -- I'm learning
17  something new everyday.
18          Manuscripts, book chapters,
19  monographs and editorials, in parentheses
20  peer reviewed.
21      A.   Correct.
22      Q.   Hold on.  I'm getting ahead
23  of myself.
24          Let's go back to Page 2.

Brooke T. Mossman, M.S., Ph.D.

Page 90

1    A.   Okay.
2    Q.   And you have reviewer and in
3  parentheses journals.  And this is all of
4  the journals that you have served as a
5  reviewer of?
6    A.   Yes.
7    Q.   And then if we go to Page 3,
8  and you look at that section, it's the
9  fourth from the bottom, Regulatory
10  Pharmacology and Toxicology.  You served
11  as a reviewer for that publication; is
12  that correct, according to your CV?
13    A.   Let's see.  Could you go to
14  the page again?
15    Q.   Sure.  It's Page 3.  And if
16  you go up, it's under -- like at the top,
17  it's got the list of journals, and if you
18  see science at the bottom, then you see
19  scanning electron microscopy, and then --
20    A.   Yes.
21    Q.   -- you see risk analysis,
22  then you see Regulatory Pharmacology and
23  Toxicology.
24        Do you see that?

Page 91

1    A.   Yes, I reviewed for them.
2    Q.   Okay.  And I want to talk
3  about the Journal of Regulatory
4  Toxicology and Pharmacology for a second.
5        Do you believe this is a
6  reputable independent journal?
7    A.   Yes, I believe it is.
8  Historically I've heard a lot about it.
9    Q.   Do you know who David
10  Michaels is?
11    A.   No.
12    Q.   You served as a peer
13  reviewer of him on the NIOSH 62 bulletin.
14  You don't know him, that used to work in
15  the federal government?
16    A.   I -- no, the name doesn't
17  ring a bell.
18    Q.   Well, he wrote a book called
19  "Doubt is Their Product:  How Industry's
20  Assault on Science Threatens Your
21  Health."
22        And I'd like -- do you have
23  a copy in front of you, Doctor?
24    A.   I do.

Page 92

1        (Document marked for
2         identification as Exhibit
3         Mossman-10.)
4  BY MR. SMITH:
5    Q.   Okay.  And you see it's
6  written by David Michaels.  And if you go
7  to the very last page.  It says, "David
8  Michaels is an epidemiologist and the
9  director of the project on scientific
10  knowledge and public policy at the George
11  Washington University School of Public
12  Health and Health Services.
13        "During the Clinton
14  administration he served as assistant
15  secretary of energy for environment,
16  safety and health responsible for
17  protecting the health and safety of
18  workers, neighboring communities, and the
19  environment surrounding the nation's
20  nuclear weapons facilities.  He was the
21  architect of the historic initiative that
22  'made peace with the past,' compensating
23  U.S. nuclear weapons workers for
24  illnesses developed while making or

Page 93

1  testing atomic weapons.
2        "In 2006 Michaels received
3  an American Association" -- "received the
4  American Association For the Advancement
5  of Science" -- "Sciences, Scientific
6  Freedom and Responsibility Award.  He
7  lives in Bethesda, Maryland."
8        And that doesn't ring any
9  bells?
10    A.   No, I don't recognize him
11  and I don't recognize the name.
12    Q.   If you'll go to -- it's on
13  Page -- it's the fourth or fifth page.
14  If you look at the top, it's Page 53.
15        And he discusses this
16  publication for which he served as a
17  reviewer on.
18        MR. FROST:  Objection.
19  BY MR. SMITH:
20    Q.   Quote down at the bottom,
21  "There is now a slew of these captured
22  journals.  The tobacco industry, for
23  example, secretly financed the journal
24  Indoor and Billet Environment to promote

24 (Pages 90 to 93)

Brooke T. Mossman, M.S., Ph.D.

Page 94

1  and position for legal purposes the idea
2  that indoor air pollution was a problem
3  caused not by secondhand smoke but by
4  inadequate ventilation. The best known
5  of these publications is Regulatory
6  Toxicology and Pharmacology, the official
7  mouthpiece of the International Society
8  of Regulatory Toxicology and Pharmacology
9  or ISRTP, an impressive name, but really
10 just an association dominated by
11 scientists who work for industry trade
12 groups and consulting firms.
13          "The sponsor of the ISRTP
14 include many of the major tobacco,
15 chemical, and drug manufacturing
16 companies. Its leadership consists of
17 corporate and product defense scientists
18 and attorneys along with a small number
19 of government scientists who have
20 apparently bought in or who do not know
21 better.
22          "The immediate past
23 president was Terry Quill, an attorney
24 who became a senior vice president for

Page 95

1  the product defense of" -- excuse me --
2  "product defense of the Weinberg Group.
3  Quill also has roots in the tobacco wars,
4  but is not a scientific expert. Rather
5  he served as outside counsel to Philip
6  Morris in the secondhand smoke
7  litigation."
8          Have you ever seen that
9  written about Regulatory Toxicology and
10 Pharmacology, the journal that you served
11 as a reviewer of?
12          MR. FROST: I'll say --
13 first, I'll just object to using
14 what is basically an opinion piece
15 in this case.
16          But you can answer the
17 question, Brooke.
18          THE WITNESS: Yeah, I'm not
19 familiar with what this source is.
20 It looks like a book chapter.
21 Again, Regulatory Toxicology and
22 Pharmacology is -- historically
23 has been a journal that has been
24 well regarded by government and

Page 96

1  academic scientists and I'm not
2  sure of the context of this or the
3  years that this covers.
4          Again, I've reviewed for
5  them in the past. I have not been
6  on their editorial board, so I
7  really can't comment on this.
8  BY MR. SMITH:
9      Q.  Do you know what the
10 Weinberg Group's involvement has been in
11 talc litigation or defense of talc?
12          MR. FROST: Objection to
13 form.
14          THE WITNESS: No.
15 BY MR. SMITH:
16     Q.  I'd like to show you another
17 article.
18          (Document marked for
19 identification as Exhibit
20 Mossman-11.)
21 BY MR. SMITH:
22     Q.  Attached as the next
23 numbered exhibit. Attached -- Doubt is
24 Their Product was Exhibit 10. This is

Page 97

1  going to be Exhibit 11.
2          This is an article entitled
3  "Special Contributions: Correspondence
4  About Public Ethics and Regulatory
5  Toxicology and Pharmacology."
6          This is -- this is published
7  in a peer-reviewed journal called the
8  International Journal of Occupational and
9  Environmental Health. And it was in
10 November 19, 2002. And I'm going to read
11 from the -- from the top.
12          MR. FROST: Okay. I just
13 want to object to any connotation
14 that this letter is peer-reviewed.
15 BY MR. SMITH:
16     Q.  "In this issue, IJOEH is
17 publishing correspondence concerning
18 conflicts of interest, lack of
19 transparency and absence of editorial
20 independence of the journal Regulatory
21 Toxicology and Pharmacology, RTP."
22          That's where you served as a
23 peer reviewer, right?
24     A.  I was asked once or twice to

25 (Pages 94 to 97)

Brooke T. Mossman, M.S., Ph.D.

Page 98

1  review articles for them.  I have no idea
2  when this was.  And I have no idea who
3  forwarded me the papers for review.
4      Q.   Ma'am, I'm just reading from
5  your CV, and you said that you were a
6  reviewer of Regulatory Toxicology and
7  Pharmacology, correct?
8      A.   I have reviewed papers for
9  that journal.
10      Q.   "Regulatory Toxicology and
11  Pharmacology is the official publication
12  of the industry-funded International
13  Society of Regulatory Toxicology and
14  Pharmacology or ISRTP."  Then it goes
15  down into the second -- third paragraph.
16  "IJOEH has chosen to publish this
17  exchange in order to alert readers to the
18  ways in which supposedly credible
19  peer-reviewed journals may be co-opted by
20  corporations seeking to give credibility
21  to particular scientific points of view.
22      "RTP publishes a large
23  number of studies conducted by
24  industry-funded scientists.  These

Page 99

1  studies later become part of industry's
2  efforts to influence federal regulatory
3  agencies or defend litigation claims
4  concerning toxic exposure.
5      "Without safeguards to
6  assure their independence of the
7  editorial process, suspicion, some of it
8  well deserved, is cast over studies and
9  journals."
10      And that was written by the
11  editor-in-chief of this publication.
12      Do you see that?
13      MR. FROST:  Again, I object
14  to the use of what is clearly an
15  opinion piece to try to establish
16  facts in this case and in
17  questioning this witness.
18      THE WITNESS:  If I can --
19      MS. O'DELL:  "Object to the
20  form" --
21      THE WITNESS:  If I can look
22  at the --
23      MS. O'DELL:  -- is the
24  appropriate objection.

Page 100

1      Excuse me, ma'am.
2      THE WITNESS:  Pardon me?
3      MS. O'DELL:  "Object to the
4  form" is the appropriate
5  objection.
6      MR. FROST:  I'll try to
7  remember that.
8  BY MR. SMITH:
9      Q.   And then I want to go on
10  further.  It says, "November 19, 2002,
11  Ms. Kirsten Chrisman, managing editor,
12  Journals Division, Academic Press.  And a
13  Paul Weislogel, vice president, global
14  Society, of Elsevier, Science, Inc.  Are
15  you familiar with that publication?
16      They publish a lot of
17  scientific literature.
18      A.   Who is this now?
19      Q.   I might be pronouncing the
20  name -- Elsevier Science, Inc.?
21      A.   Yes.  I'm looking at the
22  journal, though, sir.  And this is a
23  letter, and it's signed by a number of
24  individuals, several whom I recognize as

Page 101

1  plaintiff experts.
2      Q.   Ma'am, there's not a
3  question on the table.  I'm going to ask
4  you a question though.  Okay.
5      MR. FROST:  Well, I think
6  you did ask a question.
7      THE WITNESS:  Well, I think
8  you asked me to look at this, and
9  I would give this, based upon the
10  signatures here, that this is not
11  a peer-reviewed letter.  And that
12  it's not relevant.  It looks like
13  a letter that was written.  It
14  certainly was not peer-reviewed
15  and again, I want to emphasize
16  that this publication that you're
17  questioning is the official
18  publication of a society of which
19  I am not a member.
20  BY MR. SMITH:
21      Q.   Ma'am, do we need to go back
22  to your CV again where you were listed as
23  a peer reviewer of this publication?
24      A.   I did not review this

26 (Pages 98 to 101)

Brooke T. Mossman, M.S., Ph.D.

Page 102

1  publication.
2      Q.   You're not a -- you're not a
3  peer reviewer of Regulatory Toxicology
4  and Pharmacology?
5      A.   I, in the past, through
6  perhaps 40 years, have reviewed papers
7  for them.
8      Q.   And that's the extent --
9      A.   It could have been one or --
10     Q.   That's your extent of
11 involvement with Regulatory Toxicology
12 and Pharmacology?
13     A.   I have never been on their
14 editorial board, and I know little about
15 the journal.  I'm not a member of the
16 society of -- that disseminates this
17 journal.
18     Q.   I'm going to read the
19 document, "Dear Ms. Chrisman and Mr.
20 Weislogel, we write you to express our
21 concerns about apparent conflicts of
22 interest, lack of transparency, and the
23 absence of editorial independence of the
24 Journal of Regulatory Toxicology and

Page 103

1  Pharmacology, RTP, which you publish.
2      "As you know, that journal
3  is the official publication of the
4  International Society of Regulatory
5  Toxicology and Pharmacology or ISRTP.
6  Our concerns about Regulatory Toxicology
7  and Pharmacology include:"
8      Bullet point, "The journal's
9  apparent bias in favor of industries that
10 are subject to governmental health and
11 environmental regulations that provide
12 financial support to RTP's sponsor,
13 ISRTP.
14      "ISRTP is supported by,
15 among others, the American Chemical
16 Council" -- "Chemistry Council,
17 Bristol-Myers Squibb Company, Dow
18 AgroSciences, Eastman Kodak, Gillette
19 Company, In-Spec Chemical Corporation.
20 Merck & Co., Inc., Procter & Gamble,
21 R.J. Reynolds Tobacco Company, The
22 Sapphire Group, Inc., Schering-Plough
23 Research Institute, and SmithKline
24 Beecham Pharmaceuticals, all companies or

Page 104

1  trade association that have direct
2  incentive to minimize the regulatory
3  burden on industry, Bullet Point 2.
4      "A significant percentage of
5  members of the RTP editorial board have
6  financial ties to companies whose
7  products or byproducts are the subject of
8  studies published by the RTP."
9      Next, down at the bottom of
10 Page 387, "RTP editorial's commonly
11 support industry, antiregulatory goals."
12      Next bullet point:  "RTP
13 serves as a convenient venue for
14 publication of industry research and
15 gives the credibility of a peer-reviewed
16 journal to articles that may not have
17 been subjected to full and meaningful
18 independent review."
19      Next bullet point:  "RTP
20 routinely fails to disclose relevant
21 conflicts of interest."
22      Then it goes on to the next
23 section.  "Given the considerable
24 industry support received by ISRTP, RTP's

Page 105

1  industry oriented editorial board, the
2  too-frequent antiregulatory tenor of
3  RTP's editorials, and the preponderance
4  of publications by industry-funded
5  scientists, we urge Academic
6  Press/Elsevier to" -- I'm mispronouncing
7  that name -- "to increase the credibility
8  of the journal by insisting that RTP, (1)
9  sever its ties to the industry-sponsored
10 ISRTP; (2) reconstitute its advisory
11 board to dramatically reduce the
12 influence of industry scientists,
13 industry lawyers, and academic
14 consultants to industry; and (3) adopt an
15 editorial policy about conflicts of
16 interest."
17      And then at the end of
18 the -- of this letter in this
19 peer-reviewed journal, it has signed by
20 one -- let's see.  One, two, three, four
21 -- 32, excuse me, that's another page.
22 It goes onto the next page.
23      42 different Ph.D.s,
24 doctors, of all walks through the United

27 (Pages 102 to 105)

Brooke T. Mossman, M.S., Ph.D.

Page 106

1    States and around the world, from
2    different institutions, different
3    hospitals -- do you see that, Doctor?
4           MR. FROST: I'm going to
5    object. Wonderful testimony you
6    just gave.
7           Again I'm going to object to
8    the use of an opinion piece. I'll
9    object to just reading from
10   something that, first off is --
11          MR. SMITH: Just state your
12   objection. I don't need a
13   speaking objection.
14          MR. FROST: -- second --
15          MR. SMITH: I don't need a
16   speaking objection.
17          MR. FROST: But I think this
18   entire line of questioning, quite
19   frankly, is completely improper.
20          And as Dr. Mossman said,
21   she's never seen this before. And
22   we've already established that
23   this is just an opinion piece
24   that's signed on by several

Page 107

1    plaintiffs' attorneys. Answer
2    your question --
3           MR. SMITH: Look, I'm going
4    to let -- I'm going to let you go.
5    There are no more speaking
6    objections; otherwise, I'm going
7    to get the Court on the phone.
8    You can speak -- you can voice
9    your objection, but we're not
10   going to have speaking objections.
11          MR. FROST: Well, we'll see.
12   I mean, I've -- as I've said, I
13   just -- I'm objecting to the
14   proprietary of even using, you
15   know, this example.
16          Just sitting there and
17   reading a -- a letter into the
18   record and not asking a question
19   about it, is not the proper --
20          MR. SMITH: I'll get the
21   Court involved. If you're going
22   to continue to speak, do speaking
23   objections, I'm going to call --
24   I -- we have a Special Master --

Page 108

1    do we have a Special Master in
2    this case?
3           MS. O'DELL: Yes.
4           MR. SMITH: All right. So
5    I've warned you, I've done it
6    twice now. I mean -- okay. All
7    right.
8    BY MR. SMITH:
9      Q.   Have you seen this piece,
10   Doctor?
11     A.   I have not. And I'm not a
12   member of the editorial board of this
13   journal. And these individuals, as I
14   point out, are people who -- many of whom
15   are involved as plaintiff expert
16   witnesses in litigation. And that I do
17   recognize.
18     Q.   Okay.
19     A.   I would also --
20     Q.   I know you said -- I'm
21   sorry?
22     A.   I -- I also want to bring up
23   the point that International Journal of
24   Occupational and Environmental Health,

Page 109

1    I'm not sure that journal still exists.
2    If this is the one, as the letter is
3    signed, that Dr. Egilman was editor of
4    this journal, has been dropped by
5    Elsevier.
6      Q.   Well, let's talk about a
7    few -- a few studies. Did you publish a
8    publication called "Assessment of the
9    pathogenic potential of asbestiform
10   versus non-asbestiform particulates
11   (cleavage fragments) in in vitro (cell or
12   organ culture) models and bioassays"?
13     A.   Yes. I -- that was the
14   paper that I published in this journal.
15     Q.   And, in fact, it was
16   published in the Regulatory Toxicology
17   and Pharmacology publication that we just
18   went over all this?
19          MR. FROST: Form.
20          THE WITNESS: I just said
21   that.
22   BY MR. SMITH:
23     Q.   You just told me earlier
24   that your only involvement with this

28 (Pages 106 to 109)

Brooke T. Mossman, M.S., Ph.D.

Page 110

1  publication was looking at two
2  peer-reviewed articles. You didn't state
3  anything about actually publishing on the
4  assessment of the pathogenic potential of
5  asbestiform versus cleavage fragments.
6  You didn't state that earlier when you --
7  when you talked about your review --
8       A.   Sir --
9       Q.   -- your time -- excuse me.
10  As your time as a reviewer for this
11  publication, did you?
12       MR. FROST: Objection to
13  form.
14       THE WITNESS: You -- you did
15  not ask me if I published in this
16  journal.
17       Yes, I have an article
18  published in this journal.
19       (Document marked for
20  identification as Exhibit
21  Mossman-12.)
22  BY MR. SMITH:
23       Q.   Well, ma'am, you told me,
24  and I can have them read it back to you,

Page 111

1  that the only involvement you had with
2  this publication was reviewing two
3  articles. Do we need to go back to the
4  testimony?
5       MR. FROST: Objection to
6  form.
7       THE WITNESS: I'm sorry,
8  sir, but you were asking me about
9  Page 3 on my CV, which lists
10  journals that I have reviewed for.
11       And the questions that you
12  asked me I answered with regard to
13  my editorial responsibility in
14  reviewing a paper or two for this
15  journal.
16  BY MR. SMITH:
17       Q.   You left out that you
18  actually published in the journal too?
19       MR. FROST: Objection to
20  form.
21       THE WITNESS: I -- I
22  acknowledge that I published in
23  the journal.
24  BY MR. SMITH:

Page 112

1       Q.   Well, let's -- let's look at
2  it. Your conclusions of assessing
3  whether -- of the pathogenic potential of
4  asbestos versus non-asbestiform cleavage
5  fragments. We look at the abstract, and
6  in the last sentence, "The available
7  studies show that cleavage fragments are
8  less bioreactive and cytotoxic than
9  asbestiform fibers."
10       Was that your conclusion?
11       A.   That is the conclusion based
12  upon all my peer-reviewed papers that
13  have been published on this topic. Yes.
14  This is a review.
15       MR. SMITH: I'll attach that
16  as Exhibit 12.
17  BY MR. SMITH:
18       Q.   And on your reference
19  materials that you have for this case
20  that I received, you have an article by
21  Alfred Wehner. "Cosmetic Talc Should Not
22  Be Listed As a Carcinogen: Comments on
23  NTP Deliberations to Talc As a
24  Carcinogen."

Page 113

1       Do you recall that?
2       A.   I do.
3       Q.   You also listed a paper by
4  Mr. Zazenski, who -- it's entitled "Talc:
5  Occurrence, Characterization and Consumer
6  Applications."
7       Do you see that? Do you
8  recall that?
9       A.   Yes.
10       Q.   Okay. Did you know both of
11  those were published in Regulatory
12  Toxicology and Pharmacology?
13       A.   I don't recall that. But --
14       Q.   Let's look at them.
15       MR. FROST: Which one? Are
16  you going to mark this?
17       MR. SMITH: I'm going to
18  mark Alfred Wehner's publication
19  as Exhibit 13. And Zazenski as
20  14.
21       (Document marked for
22  identification as Exhibit
23  Mossman-13.)
24       (Document marked for

29 (Pages 110 to 113)

Brooke T. Mossman, M.S., Ph.D.

Page 114

1      identification as Exhibit
2      Mossman-14.)
3  BY MR. SMITH:
4      Q.   And let's look at both of
5  these.  So, we have -- we went over
6  Regulatory Toxicology and Pharmacology,
7  what David Michaels wrote about them,
8  what was in the International Journal of
9  Occupational and Environmental Health
10  that you had not seen before.  We went
11  over your publication in that journal,
12  which we just talked about and discussed
13  your opinion in the abstract that when
14  looking at asbestos versus the cleavage
15  fragments, you concluded the available
16  studies showed that cleavage fragments
17  are less bioreactive and cytotoxic than
18  asbestiform fibers.
19      Now we'll move to
20  Dr. Wehner's assessment in the same
21  journal.  And if you look down at his
22  conclusion in the abstract, "Considering
23  talc as a carcinogen lacks convincing
24  scientific documentation."

Page 115

1      Do you see that?
2      MR. FROST:  Objection to
3  form, the beginning of that
4  question.
5  BY MR. SMITH:
6      Q.   Do you see that, Doctor?
7      A.   I see it in the abstract,
8  yes.
9      Q.   And then if we go -- that's
10  in Exhibit 13.
11      And if we go to Exhibit 14,
12  "Talc Occurrence, Characterization, and
13  Consumer Applications," and we go to what
14  Mr. Zazenski wrote in this publication,
15  also published in Regulatory Toxicology
16  and Pharmacology, his conclusion on Page
17  11 of 12.  "Used for decades in a wide
18  variety of cosmetic and other
19  applications, talc has proven to be the
20  safest among all consumer products.
21      "A thorough review of the
22  literature provides no convincing
23  evidence that cosmetic talc when used as
24  intended presents any health risk to

Page 116

1  consumers."  And then he quotes Alfred
2  Wehner.
3      Do you see that?
4      MR. FROST:  Objection to
5  form.
6      THE WITNESS:  Yeah, you're
7  going a little fast here.  Could
8  you just point me to where you're
9  reading from?
10  BY MR. SMITH:
11      Q.   Sure.  It's under -- it's
12  Page 11 of 12 under the conclusions.
13      A.   Okay.  Yeah.
14      Q.   Do you see that?
15      A.   Yes.
16      MR. SMITH:  Do you want to
17  take a break, or do you want to go
18  on to a different section?
19      MR. FROST:  If you're going
20  to move on to another section,
21  I'll use the restroom.
22      THE VIDEOGRAPHER:  Off the
23  record.  Time is 10:36.
24      (Short break.)

Page 117

1      THE VIDEOGRAPHER:  We are
2  going back on record.  Beginning
3  Media File Number 2.  The time is
4  10:47.
5  BY MR. SMITH:
6      Q.   Okay.  Doctor, what are the
7  different histological types of ovarian
8  cancer?
9      A.   There are four types.  There
10  is invasive, the serous, which is the
11  most common, high grade, endometrioid,
12  clear cell, and mucinous.
13      Q.   Do you know which type is
14  diagnosed most in the United States?
15      A.   Yes.  The first category of
16  the serous.
17      Q.   Where do most experts
18  believe the histological type originates
19  in the human body?
20      MR. FROST:  Objection to
21  form.
22      THE WITNESS:  They don't
23  know.  They are all derivatives of
24  epithelioid or epithelial cells.

30 (Pages 114 to 117)

Brooke T. Mossman, M.S., Ph.D.

Page 118

1    But it's unclear whether they have
2    a common precursor or whether
3    there are different precursors
4    used for different histotypes.
5    BY MR. SMITH:
6        Q.   I'm talking about --
7    specifically about serous.  Do you
8    understand that the large -- or do you
9    understand that the large majority --
10   vast majority of epithelial ovarian
11   cancers diagnosed in the United States
12   are serous type?
13       A.   Yes.
14       Q.   And my question to you is,
15   do you know where scientists think that
16   the serous type histological type of
17   epithelial ovarian cancer originates?
18       A.   If you mean the site, it's
19   thought that it originates in the
20   fallopian tubes.
21       Q.   Peritoneal mesothelial cells
22   line the peritoneal cavity, fallopian
23   tubes, and ovaries of a woman, correct?
24       A.   They do, yes.

Page 119

1        Q.   Do you have an opinion about
2    what biological mechanisms or pathways
3    can lead to ovarian cancer?
4        A.   I have an idea based upon
5    what I have read and that is that there
6    are certainly genetic predispositions
7    that are associated with it.  There
8    certainly is an estrogen-dependent effect
9    or incessant ovulation, but in terms of
10   other causes, they aren't fully
11   understood.
12       Q.   And what about incessant
13   ovulation can lead to a woman contracting
14   ovarian cancer?
15       A.   Incessant ovulation is
16   thought to be important because it gives
17   rise to estrogens that may influence the
18   process of tumor development.
19       Q.   What about the rupture --
20   the more than normal or abnormal rupture
21   of incessant ovulation of the egg from
22   the ovary and causing inflammation and
23   injury chronically?  Have you not read
24   articles that base incessant ovulation as

Page 120

1    a risk factor on that mechanism as well?
2        MR. FROST:  Objection to
3    form.
4        THE WITNESS:  No.  I think
5    that that's an open-ended question
6    on what the estrogen or the
7    incessant ovulation does.  I don't
8    believe that it's linked to
9    chronic inflammation, for example,
10   in the ovary or in the fallopian
11   tubes.
12   BY MR. SMITH:
13       Q.   Okay.
14       A.   Or that has not been
15   demonstrated.
16       Q.   In 2010, did IARC list talc
17   as a possible carcinogen?
18       MR. FROST:  Objection to
19   form.
20       THE WITNESS:  Yes.  It
21   listed talc, yes.
22   BY MR. SMITH:
23       Q.   And IARC in 2012 listed
24   asbestos as a known human ovarian

Page 121

1    carcinogen, correct?
2        MR. FROST:  Objection to
3    form.
4        THE WITNESS:  It did.
5    BY MR. SMITH:
6        Q.   And in 2010, in IARC, and on
7    Prop 65, asbestiform talc is also a known
8    human carcinogen.  Are you familiar with
9    that?
10       A.   No.  You are going to have
11   to refresh my on Prop 65.
12       Q.   Prop 65 is the
13   classification in California.  Are you
14   familiar with that classification --
15       A.   I'm not familiar --
16       Q.   -- of hazardous substance?
17       A.   -- with the details of Prop
18   65.
19       Q.   Okay.
20       (Document marked for
21   identification as Exhibit
22   Mossman-15.)
23   BY MR. SMITH:
24       Q.   I'm going to attach as

31 (Pages 118 to 121)

Brooke T. Mossman, M.S., Ph.D.

Page 122

```
 1    Exhibit 15, which is from OEHHA.  It's
 2    the Prop 65 listing of talc containing
 3    asbestiform fibers.  Have you seen that
 4    listing, Doctor, before?
 5         A.   I have not.
 6         Q.   Have you seen the IARC
 7    listing of talc-containing asbestiform
 8    fibers as a Group 1 carcinogen?  Have you
 9    seen that before?
10         A.   Have I seen, you mean the
11    monograph or --
12         (Document marked for
13         identification as Exhibit
14         Mossman-16.)
15    BY MR. SMITH:
16         Q.   Yes, I'm going to attach
17    that as Exhibit 16.
18         A.   Okay.
19         Q.   Keep it.  Have you seen that
20    before?
21         MR. FROST:  Just for the
22         record, because it's just a
23         section of it, is this the -- the
24         2010 talc monograph?
```

Page 123

```
 1         MR. SMITH:  Yes.  It should
 2    say it on the --
 3         MR. FROST:  Yeah, it says
 4    talc on the top, but it's one of
 5    the --
 6         MR. SMITH:  Yeah.
 7    BY MR. SMITH:
 8         Q.   Have you seen that before,
 9    Doctor?
10         A.   I have read this document,
11    yes.
12         Q.   Okay.  I looked at -- are
13    all your opinions in this case contained
14    in your report?
15         A.   I believe so.  Yes.
16         Q.   And in your report, you
17    don't give a causation opinion on
18    cosmetic talc and ovarian cancer, do you?
19         MR. FROST:  Objection to
20         form.
21         THE WITNESS:  You're --
22         you're going to have to tell me
23         what the causation opinion is
24         specifically compared -- I don't
```

Page 124

```
 1    have my expert report in front of
 2    me.
 3    BY MR. SMITH:
 4         Q.   In your -- I'm sorry --
 5         A.   Like the jargon -- I'm
 6    sorry --
 7         Q.   Go ahead.
 8         A.   -- about the causation
 9    opinion.  I -- I list several opinions.
10         Q.   I understand.
11         A.   But causation opinions, I'm
12    not certain what you mean exactly.
13         Q.   I never saw a definitive
14    opinion in your report that says talc
15    does not cause ovarian cancer.
16         MR. FROST:  Objection to
17         form.
18         THE WITNESS:  It -- it
19         should have been conveyed as such.
20    BY MR. SMITH:
21         Q.   Okay.  And we'll get to your
22    report in a minute.
23         A.   Okay.
24         Q.   Well, when did you arrive at
```

Page 125

```
 1    your opinions in this case?  I mean I see
 2    the draft report was February 25, 2019,
 3    was when it's signed.
 4         Surely you came to your
 5    opinions before it was drafted?
 6         MR. FROST:  Form.
 7         THE WITNESS:  I did.  I
 8    reviewed all the literature and
 9    came to my opinions before I
10    drafted that report, which would
11    have been probably at the end of
12    December or in January of this
13    year.
14    BY MR. SMITH:
15         Q.   Okay.  So you're saying in
16    your opinion, you give an opinion in your
17    report that -- on cosmetic-grade talc and
18    it causing ovarian cancer, or not causing
19    ovarian cancer?
20         MR. FROST:  Objection to
21         form.
22         THE WITNESS:  Yeah, I'd have
23         to look at my opinions.
24    BY MR. SMITH:
```

32 (Pages 122 to 125)

Brooke T. Mossman, M.S., Ph.D.

Page 126

1    Q.   Hold on a second.  Had you
2  formed that opinion in October 26th of
3  2018?
4    A.   Which opinion, to answer?
5    Q.   That talc, cosmetic-grade
6  talc does not cause ovarian cancer.
7    A.   Yes.
8    Q.   You weren't able to give me
9  that opinion in the Brower case.  I
10 specifically asked you many, many times
11 and your counsel objected saying she does
12 not going to give a causation opinion.
13 She's not here to give a causation
14 opinion.  Do you recall that?
15           MR. FROST:  Objection to
16       form.
17           THE WITNESS:  Yes, that
18       was -- that was before I reviewed
19       the scientific literature.
20 BY MR. SMITH:
21    Q.   Well, I just asked you, did
22 you have that opinion on October 26, 2018
23 and you said you did.  And that's when
24 you were deposed in Brower.

Page 127

1           MR. FROST:  Objection.
2           THE WITNESS:  Yeah, I'm not
3       sure what you mean about by my
4       opinion.  My opinion has been
5       bolstered in terms of talc and
6       causation by reading since
7       October 18th.
8  BY MR. SMITH:
9    Q.   I want to read on Page 66 of
10 the Brower deposition.
11           MR. FROST:  Give me a
12       second.  Let me catch up to you.
13           THE WITNESS:  66?  Okay.
14           MR. FROST:  Do you have
15       that, Brooke?
16           THE WITNESS:  Hold on.  I'm
17       almost there.
18           Okay.
19 BY MR. SMITH:
20    Q.   And it goes -- it's 66 and
21 I'm going to go to Line 4.
22       "But that's not what she
23 said and nor has she retracted.  There
24 are three things she relies for the basis

Page 128

1  of her opinion that talc does not cause
2  ovarian cancer and I need to get to the
3  bottom of that.
4           He said, "Yeah, I understand
5       that.  I'm trying to tell you that --
6       that not going to ask her as a broad a
7       question as does talc cause ovarian
8       cancer based on all these entities.
9       We're going to ask her about her research
10      and what it means in terms of talc's
11      ability to cause the changes that can
12      lead to cancer, and then specifically the
13      testimony she's given previously
14      regarding her in vitro studies as well as
15      her review of animal studies dealing with
16      mesothelioma and talc, and testimony
17      she's given previously about cleavage
18      fragments, and then finally her opinions
19      and interpretation of Lauren
20      Plunkett's -- let me rephrase that.
21      The -- her comments on the interpretation
22      that Lauren Plunkett provided concerning
23      her studies as well as similar -- similar
24      studies."

Page 129

1           Has that changed, that
2       you're -- you're going to give an opinion
3       generally that talc does not cause
4       ovarian cancer from what your counsel
5       said you were going to do in October 26,
6       2018?
7           MR. FROST:  Objection to
8       form.  I just want to make the
9       record clear that Brower is
10      obviously different than the MDL
11      case.
12          MR. SMITH:  I understand.
13          MR. FROST:  But you can
14      answer.
15 BY MR. SMITH:
16    Q.   Is -- is your report and
17 your testimony in this case different
18 than what you just -- what was said here?
19    A.   It's not any different.  I
20 think the emphasis is different, that I'm
21 relying upon my own research.  But in
22 addition, since October 18th -- or 26,
23 2018, I have read the literature in terms
24 of the lack of migration of talc to the

33 (Pages 126 to 129)

Brooke T. Mossman, M.S., Ph.D.

Page 130

1  ovary. I've read the epidemiology. And
2  I do have an opinion that is based upon
3  the peer-reviewed scientific medical
4  literature that talc is not associated
5  with the causation of ovarian cancers.
6       Q.  Okay. We'll go specifically
7  in your report in a minute. I just
8  wanted to bring that question out right
9  now.
10         You cannot tell me what the
11 risk factors for -- of ovarian cancer
12 are, can you?
13      A.  The risk factors vary
14 according to the epidemiological studies.
15      Q.  Do you consider talc a risk
16 factor for ovarian cancer?
17         MR. FROST: Objection to
18 form.
19         THE WITNESS: If you are
20 talking about a significant, it's
21 not a simple yes or no answer.
22         I would say that it -- talc
23 is not a significant risk factor
24 for ovarian cancer.

Page 131

1  BY MR. SMITH:
2       Q.  That wasn't my question,
3  Doctor. Is talc a risk factor for
4  ovarian cancer?
5         MR. FROST: Objection.
6         THE WITNESS: I think I just
7  answered that, that it's not a
8  simple yes or no.
9         That the epidemiological
10 studies indicate that it is not.
11 BY MR. SMITH:
12      Q.  Are you an epidemiologist?
13      A.  No, but I certainly read the
14 epidemiology.
15      Q.  So do you consider talc a
16 risk factor for ovarian cancer?
17      A.  No, I don't.
18      Q.  Okay. You are affiliated
19 with the University of Vermont Medical
20 Center, aren't you?
21      A.  I am.
22      Q.  Is it a reputable
23 organization?
24      A.  Yes.

Page 132

1         MR. SMITH: I'd like to
2  attach this as the next numbered
3  Exhibit 17.
4         (Document marked for
5  identification as Exhibit
6  Mossman-17.)
7  BY MR. SMITH:
8       Q.  It's a printout from the
9  website, the University of Vermont
10 Medical Center on ovarian cancer.
11         And if you go to the second
12 page, Doctor, it talks -- it has listed
13 here the gynecological -- gynecologic
14 oncology group with that organization.
15 Do you see that on the front page?
16      A.  Yes. I don't know who -- I
17 don't see any names listed.
18      Q.  And this is -- do you see at
19 the top, University of Vermont Medical
20 Center? Do you see that?
21      A.  I do.
22      Q.  And it has ovarian cancer
23 listed at the top, correct, right under
24 the heading? Right here.

Page 133

1       A.  Hold on here. Yes.
2       Q.  And if you flip to the
3  second page, "Ovarian cancer, what you
4  need to know." It says, "Ovarian cancer,
5  what is it? Ovarian cancer risk
6  factors." You see, "Age older than 55,
7  obesity, reproductive history, family
8  history of ovarian cancer, personal
9  history of breast cancer, put talcum
10 powder directly on genitals or sanitary
11 napkins."
12         Do you see that?
13         MR. FROST: Objection to
14 form.
15         THE WITNESS: Yeah, where is
16 this? I'm sorry. Oh, I see it,
17 okay.
18 BY MR. SMITH:
19      Q.  It's the third page. So you
20 would disagree with the University of
21 Vermont Medical Center on whether talc is
22 a risk factor when put directly on the
23 genitals and sanitary napkins for ovarian
24 cancer?

34 (Pages 130 to 133)

Page 134

```
 1          A.  I rely, again, upon the
 2  peer-reviewed scientific literature that
 3  indicates certainly in cohort studies and
 4  case-control studies that it is not a
 5  risk factor in ovarian cancer.
 6          MR. SMITH:  I'm going to
 7  object as nonresponsive.
 8  BY MR. SMITH:
 9      Q.  Doctor, do you disagree with
10  the University of Vermont Medical Center
11  in this publication that lists risk
12  factors for ovarian cancer, and one
13  being, "Put talcum powder directly on
14  genitals or sanitary napkins"?
15          MR. FROST:  Objection to
16  form.  It's not a publication.
17          THE WITNESS:  Yeah, and let
18  me emphasize that this isn't a --
19          MR. SMITH:  And I'm -- I've
20  just about had it.  The speaking
21  objections are going to stop, or
22  I'm going to get the court in.
23  I'm -- this is the last one.  Your
24  speaking objections --
```

Page 135

```
 1          MR. FROST:  Sure.  I was
 2  just --
 3          MR. SMITH:  Object to form.
 4          MR. FROST:  I was just
 5  making it clear to you what your
 6  objection is so you can --
 7          MR. SMITH:  I don't need it.
 8  I don't need any speaking.  I need
 9  to form.  And I'm done with it.
10  I've given you plenty of warnings.
11  BY MR. SMITH:
12      Q.  Ma'am, do you disagree or
13  agree with what I printed off the website
14  of the University of Vermont Medical
15  Center on ovarian cancer risks?
16      A.  I disagree that talcum
17  powder is a dose-related risk in ovarian
18  cancer based upon the peer-reviewed
19  scientific literature.
20      Q.  Ma'am, that's --
21          MR. SMITH:  I'm going to
22  object to nonresponsiveness.
23  BY MR. SMITH:
24      Q.  Again, do you agree or
```

Page 136

```
 1  disagree with the University of Vermont
 2  Medical Center publication that I have in
 3  front of you that's Exhibit 17, that
 4  lists risk factors for ovarian cancer,
 5  one being, "Put talcum powder directly on
 6  genitals or sanitary napkins"?  Do you
 7  agree or disagree with that?
 8          MR. FROST:  Objection to
 9  form.
10          THE WITNESS:  I disagree
11  that that is a risk factor that's
12  significant.
13  BY MR. SMITH:
14      Q.  Well, hold on.  Wonder if
15  it's not significant.  Do you believe
16  that talc is a risk -- an insignificant
17  risk factor?
18      A.  I -- when you say
19  insignificant, I would -- I -- let me
20  qualify that these studies that I've read
21  in terms of the epidemiology show that it
22  is -- that the risks of talc are not
23  significant.
24      Q.  So, there is some risk of
```

Page 137

```
 1  talc applied to the genitals in its
 2  relation to ovarian cancer.  You just say
 3  it's small.
 4          MR. FROST:  Objection to
 5  form.
 6          THE WITNESS:  No.  I'm
 7  saying it's insignificant in the
 8  scientific peer-reviewed
 9  literature.
10  BY MR. SMITH:
11      Q.  Well, what do you define as
12  insignificant?  Because any risk to me of
13  getting one of the most deadly forms of
14  cancer, any risk at all that has -- on a
15  product that has no health benefit is
16  significant to me.  So we could be
17  defining significant and insignificant in
18  different terms.
19          So are you saying that there
20  is some risk, albeit small, of genital
21  application of talc and ovarian cancer?
22          MR. FROST:  Objection to
23  form.
24          THE WITNESS:  I am speaking
```

35 (Pages 134 to 137)

Brooke T. Mossman, M.S., Ph.D.

Page 138

1  from a scientist who has looked at
2  the risk, relative risks, in
3  cohort studies and all of these
4  indicate that talcum powder is not
5  a significant risk in ovarian
6  cancer causation.
7  BY MR. SMITH:
8      Q.  Well, when you say
9  significant -- not a significant risk,
10 it's still -- your answer implies that
11 there is still some risk, okay.
12      My question to you is,
13 however small or however significant or
14 not, is there some risk in its -- in the
15 application -- genital application of
16 talc and the risk of ovarian cancer?
17      MR. FROST:  Objection to
18 form.
19      THE WITNESS:  All I'm saying
20 is that no, it's not a simple yes
21 or no answer, that as a scientist,
22 looking at the literature, that
23 talc powder is not a statistically
24 significant risk factor in the

Page 139

1  causation of ovarian cancer.
2  BY MR. SMITH:
3      Q.   What do you base that on?
4      MR. FROST:  Objection to
5  form.
6      THE WITNESS:  All right.  Do
7  you want me to start with my
8  opinions?
9  BY MR. SMITH:
10     Q.  I want to know what you base
11 that statement on.
12     A.   Okay.
13     Q.   I don't need your opinions.
14 I know what they are.  We're going to get
15 to them.  I need to know what do you base
16 that the genital application of talc by a
17 woman in the epidemiological studies does
18 not provide or show a statistically
19 significant increased risk of ovarian
20 cancer?
21     MR. FROST:  Objection to
22 form.
23     THE WITNESS:  Again, I can
24 emphasize that it's based on

Page 140

1  epidemiology primarily.
2  BY MR. SMITH:
3      Q.   Ma'am I'm going to need you
4  to be more specific.  We're here to get
5  your opinions.  I don't need
6  generalities.
7      MR. FROST:  I'm going to say
8  Okay.  She's -- you've got to let
9  her finish her answer.  She's
10 going to follow up.
11     THE WITNESS:  So let's talk
12 about -- I have three reasons for
13 that statement, the first and most
14 important being the epidemiology;
15 that is, the cohort studies, all
16 of the four, looking at thousands
17 of individuals, do not indicate
18 that talcum powder is a risk in
19 the development of ovarian cancer,
20 and they state it as such.
21     I also would base --
22 BY MR. SMITH:
23     Q.   Well -- okay.  I'm going
24 to -- I want to -- let's just break each

Page 141

1  one down specifically.
2      A.   Okay.
3      Q.   All of those cohort studies
4  find a non-statistical increased risk,
5  correct?
6      MR. FROST:  Objection to
7  form.
8      THE WITNESS:  Again, if it's
9  not statistical, it can be chance.
10 We're talking about a risk less
11 than twofold, and in the field of
12 epidemiology and in the field of
13 biology in general, one looks at a
14 risk or a relative risk and it
15 generally becomes significant when
16 it's above two.
17     None of those studies show
18 an observed risk or relative risk
19 of greater than two.
20 BY MR. SMITH:
21     Q.   So you're saying to have a
22 substance be a risk factor for causing
23 disease, that you need a relative risk in
24 the epidemiology of 2.0 or higher?

36 (Pages 138 to 141)

Brooke T. Mossman, M.S., Ph.D.

Page 142

1    A.   In general, but you also can
2  exclude risks that are lower than that if
3  they aren't statistically significant.
4    Q.   Do you understand that
5  statistical significance in some of those
6  cohort studies might be because they did
7  not have enough people to power the
8  study?
9          MR. FROST: Objection.
10 BY MR. SMITH:
11   Q.   Have you looked at any of
12 that?
13         MR. FROST: Objection to
14 form.
15         THE WITNESS: I'm not -- I'm
16 not an epidemiologist. I'm not
17 going to go into the shortcomings
18 of these studies. But there are
19 thousands of individuals and they
20 did have the power to detect other
21 risk factors such as genetic
22 susceptibility.
23 BY MR. SMITH:
24   Q.   Well, do you know whether or

Page 143

1  not these cohorts assessed whether they
2  were genital talc users at one period and
3  followed up to see if they continued as
4  chronic users, or did they just ask them
5  at one point in time?
6          MR. FROST: Objection to
7  form.
8          THE WITNESS: I cannot go
9  through the details. All I can
10 tell you is the bottom lines of
11 these studies.
12         They had fairly reputable
13 talc histories. And they did not
14 show either a statistical increase
15 in relative risk, but they also
16 did not show that there was
17 consistency or dose-response based
18 on frequency or duration. And
19 those are other important
20 variables to consider.
21 BY MR. SMITH:
22   Q.   Do you know if any of these
23 studies took into account frequency and
24 duration to get an actual -- accurate

Page 144

1  exposure history, or did the cohort
2  studies just look at frequency or just
3  look at duration? Do you know?
4          MR. FROST: Objection to
5  form.
6          THE WITNESS: I -- again I'd
7  have to go back. If you've got a
8  copy of the studies I'd be happy
9  to comment on that.
10 BY MR. SMITH:
11   Q.   Well, let me ask you a
12 question. To get an accurate exposure
13 history, wouldn't you agree with me that
14 you need both frequency and duration to
15 get the most accurate exposure history in
16 a woman?
17         MR. FROST: Objection to
18 form.
19         THE WITNESS: Yeah. That
20 would be a question for an
21 epidemiologist.
22         I can't comment on the
23 relative importance of frequency,
24 duration, or dose.

Page 145

1  BY MR. SMITH:
2    Q.   Okay. So if I asked you how
3  many times a year you used genital talc,
4  and you told me how many times a year,
5  you -- you said -- excuse me.
6          How frequently you used
7  talc, and you said twice a week. How
8  would I ever know what the applications
9  were in a year if I don't know the
10 duration?
11         MR. FROST: Objection to
12 form.
13         THE WITNESS: Yeah, that's a
14 question for an epidemiologist. I
15 don't have the actual
16 questionnaires that were provided
17 in these studies.
18         But at the time they were
19 the best questionnaires that could
20 be gleaned in terms of personal
21 history of use.
22 BY MR. SMITH:
23   Q.   So you are relying on the
24 cohorts for your opinion on the

37 (Pages 142 to 145)

Brooke T. Mossman, M.S., Ph.D.

Page 146

1    epidemiological cohort studies that talc
2    does not significantly increase the risk
3    of ovarian cancer.  You cannot tell me in
4    the cohorts how many times they asked the
5    question of -- if these women are genital
6    talc users or followed up to see if they
7    were genital talc users, correct?
8         MR. FROST:  Objection to
9    form.
10        THE WITNESS:  Again, I'd
11   have to look at the studies.  I've
12   read them.  I can't recall.  There
13   are four of them.  And I can't
14   recall whether the questionnaire
15   information was in detail in those
16   publications.
17        The important point is that
18   regardless of the questionnaire,
19   and the talc use that was
20   documented, there was not an
21   increase in dose-response or
22   frequency which gives additional
23   weight to the epidemiology that is
24   the relative risk that talc

Page 147

1    doesn't cause ovarian cancer.
2    BY MR. SMITH:
3         Q.   Well, if you're going to use
4    dose-response as one of the factors that
5    you're -- in these cohorts that you're
6    relying on to say that talc does not
7    significantly increase the risk of
8    ovarian cancer, and you can't tell me
9    whether these studies looked at frequency
10   and duration to get an accurate exposure
11   history, that would all factor in to
12   whether you get a dose-response
13   relationship is a little baffling.
14        Do you know whether or not
15   that these four cohort studies that
16   you're relying on, based on lack of
17   dose-response, that talc is not a
18   significant increased risk of ovarian
19   cancer, whether or not all four studies
20   looked at both frequency and duration to
21   get an accurate exposure history that
22   would relate to an adequate dose-response
23   answer to the question?
24        MR. FROST:  Objection to

Page 148

1    form.
2         THE WITNESS:  Yeah, I --
3    again, I would have to look at
4    those studies.  I don't recall the
5    details.  But they attempted to do
6    frequency and dose-response in the
7    studies.
8    BY MR. SMITH:
9         Q.   Can you tell me if they
10   allowed for an adequate latency period or
11   follow-up period for the women for a
12   latency -- latent injury and disease like
13   ovarian cancer, do you know if they
14   allowed for an adequate exposure --
15   latency exposure period?
16        MR. FROST:  Objection to
17   form.
18        THE WITNESS:  Yeah,
19   certainly the follow-up studies in
20   the Nurses' Health Study did.  And
21   since we don't know the latency of
22   development, we -- I can't really
23   answer that question.
24   BY MR. SMITH:

Page 149

1         Q.   So that's -- what else do
2    you rely on to say that talc doesn't
3    significantly increase the risk of
4    ovarian cancer?
5         A.   The fact that there have
6    been many animal studies, including those
7    that have injected talc directly into the
8    ovary and those have not given rise to
9    ovarian cancers or mesotheliomas.
10        Q.   Did they show adverse
11   cellular changes?
12        A.   You'll have to define
13   adverse cellular change.
14        Q.   Did they show a reaction to
15   talc?
16        A.   I'm sure they must have.
17        Q.   Did you look at any other
18   epidemiological studies besides the
19   cohorts to arrive at your opinion that
20   talc does not significantly increase the
21   risk of ovarian cancer?
22        A.   Yes.  I looked at the
23   case-control studies of which I believe
24   two out of -- I think there are at least

Brooke T. Mossman, M.S., Ph.D.

Page 150

1    14 or maybe even more, probably between
2    14 and 20 studies, on the majority of
3    those did not show significant risks.
4    And none of them showed an increase with
5    frequency or dose of talc.
6        Q.   Did not show a significant
7    increase in risk.
8        A.   Mm-hmm.
9        Q.   You mean the majority of
10   them did not show a statistical
11   significant increased risk of -- for
12   ovarian cancer?
13       A.   The majority of them did not
14   show a statistically significant risk for
15   ovarian cancer that was related to dose
16   and duration of exposure.
17       Q.   Well, hold on a second.
18   Let's -- dose-response is totally
19   separate from whether you -- you find a
20   statistically significant increased risk
21   of ovarian cancer from genital talc use
22   in a case-control study.  Let's break it
23   down.
24          You're saying the majority

Page 151

1    of the case-control studies did not show
2    a statistically significant increased
3    risk of ovarian cancer from genital talc
4    use?
5        A.   Yes.
6        Q.   Okay.
7            MR. FROST:  Objection to
8        form.
9    BY MR. SMITH:
10       Q.   What other epidemiological
11   studies did you look at?  Any?
12       A.   I looked at the summary of
13   the reports by Dr. Saenz and Dr. Diette
14   which covered these beautifully.  So my
15   opinions are certainly bolstered by their
16   reports.
17       Q.   So your opinions are
18   bolstered by two defense experts?
19       A.   That is after I wrote my
20   report.  So my original observations are
21   based on epidemiology and animal
22   experiments and mechanistic studies.
23       Q.   You haven't looked at any
24   animal experiments since 2010, right?

Page 152

1        A.   I haven't looked at them?
2        Q.   Any post 2010 animal
3    experience -- experiments.  I asked you
4    that in Brower.  Had you looked at any --
5    we talked about IARC in 2010, the
6    monograph.
7        A.   Right.
8        Q.   And you'd said you had not
9    looked at any animal studies post that
10   monograph; is that correct?
11       A.   That had been published
12   since 2010.
13       Q.   Yes.
14       A.   Correct.
15       Q.   And if the monograph is
16   published in 2010, you realize that most
17   of those studies occurred well before
18   2010?
19       A.   Yes.
20       Q.   Dr. Saenz, is she an
21   epidemiologist?
22       A.   I believe that she is an
23   oncologist.
24       Q.   Okay.  So you relied on the

Page 153

1    summary or giving credibility, you said,
2    or I don't know what term you used.
3    Bolstered your opinion by Dr. Saenz who
4    is a gynecological oncologist on the
5    epidemiology.
6            MR. FROST:  Objection to
7        form.
8    BY MR. SMITH:
9        Q.   Is that correct?
10       A.   Yes.  I think she gave a
11   very cogent review, and also I believe
12   Dr. Diette, I read his expert report and
13   he gives a, again, I feel a balanced,
14   good overview of the strengths and
15   weaknesses of the studies.
16       Q.   Did you do an independent
17   review of the strengths and weaknesses of
18   every epidemiological study that you just
19   discussed, that being the case-control
20   studies and the cohorts?
21           MR. FROST:  Objection.
22           THE WITNESS:  I did before I
23       wrote my report.  I didn't cover
24       it in my report.  I looked at

39 (Pages 150 to 153)

Brooke T. Mossman, M.S., Ph.D.

Page 154

1  these studies, however.  I read
2  them, and I looked at their
3  abstracts as well for their
4  significance.
5  BY MR. SMITH:
6      Q.   What basis do you have to
7  rely on the strengths and weaknesses of
8  epidemiological study when you say you're
9  not an epidemiologist or not an expert in
10 epidemiology?
11         MR. FROST:  Object to form.
12         THE WITNESS:  Epidemiology
13     is something throughout the years
14     that I've had to comment upon in
15     all of my published materials in
16     trying to make correlations
17     between what I observe and what's
18     been observed in epidemiology.
19         So I am not one to question
20     or critique the studies in terms
21     of their individual positive or
22     negative features.  But all the
23     studies say the same thing,
24     especially the cohort studies.

Page 155

1  BY MR. SMITH:
2      Q.   Well, if you're going to
3  give weight to certain evidence and not
4  weight to certain evidence to arrive at
5  an opinion, and you're not -- you're not
6  specifically look -- and are able to look
7  at the strengths and weaknesses of these
8  epidemiological studies, how do you
9  arrive at an opinion about the
10 epidemiological studies in general?
11         MR. FROST:  Objection to
12     form.
13         THE WITNESS:  As I
14     emphasize, I look at the relative
15     risk.  I look at whether there's a
16     dose-response relationship in
17     terms of talc use.  And there are
18     no other conclusions from these
19     studies that I can make other than
20     talcum powder does not pose a risk
21     that's significant in the
22     development of ovarian cancers.
23 BY MR. SMITH:
24     Q.   I would like to know the

Page 156

1  specific strengths and weaknesses of the
2  Nurses' Health studies that you examined
3  to give weight or non-weight to those
4  particular cohort studies.
5      A.   Okay.
6         MR. FROST:  Objection to
7     form.
8         THE WITNESS:  So I'm going
9     to give two without going back to
10    the papers, which aren't in front
11    of me.
12        There would not be the
13    issues of recall bias in those
14    studies as there would have been
15    in case-control studies.
16        And there would not have
17    been misclassification of tumors
18    because these are prospective
19    studies.
20        Other than that, I could not
21    comment unless I have the study in
22    front of me.
23 BY MR. SMITH:
24     Q.   That -- your statement that

Page 157

1  you just made is a statement that could
2  be made generally about any cohort versus
3  case-control study, correct?
4         MR. FROST:  Objection.
5         THE WITNESS:  You'd have to
6     ask an epidemiologist about that.
7  BY MR. SMITH:
8      Q.   I want to know the specific
9  shortcomings of the Nurses' Health
10 studies and the other two cohort studies
11 that you considered before giving any
12 weight to those studies for your opinion
13 that talc does not significantly increase
14 the risk of ovarian cancer?
15         MR. FROST:  Objection.
16         THE WITNESS:  Again, I did
17     not see specific weaknesses in
18     those studies.
19 BY MR. SMITH:
20     Q.   Okay.  Can talc be safely
21 absorbed in a woman's vagina?
22     A.   I don't think there's any
23 evidence for talc absorption in a vagina.
24         MR. FROST:  What number are

40 (Pages 154 to 157)

Brooke T. Mossman, M.S., Ph.D.

Page 158

1    we on?
2         MR. SMITH:  18.
3         (Document marked for
4    identification as Exhibit
5    Mossman-18.)
6  BY MR. SMITH:
7    Q.   Have you ever seen any
8  internal documents of the defendants, of
9  Johnson & Johnson, Imerys, Luzenac?
10   A.   I have not.
11   Q.   Have you asked to see any of
12 them?
13   A.   No.
14   Q.   Would you like to have seen
15 any of them?
16   A.   I wouldn't know what to ask
17 for.
18   Q.   Well, if they're scientific
19 and otherwise -- documents from the
20 company that you're defending from
21 scientists from the company, would you
22 have liked to have seen those?
23        MR. FROST:  Objection to
24   form.

Page 159

1         THE WITNESS:  Yeah, I can't
2    think of specific instances.
3    Again, I'm not looking at internal
4    documents to render my opinions.
5    I'm looking at the peer-reviewed
6    literature.
7  BY MR. SMITH:
8    Q.   This is an article --
9  actually, it's an internal memo from
10 Johnson & Johnson.  You see the title
11 is -- subject is "Cornstarch
12 development."  Would you agree with me
13 that cornstarch powder, there's no
14 reported ill effects of cornstarch powder
15 and ovarian cancer risk?
16   A.   I have not seen that in the
17 literature.  But I have not done a review
18 of cornstarch through PubMed.
19   Q.   You see, "Cornstarch
20 development, February 21st, 1964," at the
21 top.
22        Do you see that?
23   A.   I do.
24   Q.   And if you look at the

Page 160

1    bottom right there's a Bates number.  It
2    says J&J, and it's got some numbers.  And
3    that's just to indicate that they
4    produced this to me.
5         And what this document is,
6    Doctor, it's about a cornstarch
7    substitute that they were looking at in
8    testing.  And I want to go to the last
9    page.  It's called it's called a Dry Flo
10 product.  And in the second paragraph,
11 "Since the meeting, Ashton
12 established" -- and he is an employee of
13 Johnson & Johnson -- "the largest
14 commercial use of Dry-Flo are in vitamin
15 A manufacturer (5 percent in finished
16 product) and as a condom lubricant where
17 it had replaced talc because it was found
18 to be safely absorbed in the vagina,
19 whereas of course talc was not."
20        Do you have an opinion
21 whether talc can be safely absorbed in a
22 woman's vagina?
23        MR. FROST:  Objection to
24   form.

Page 161

1  BY MR. SMITH:
2    Q.   I think you stated earlier.
3  I thought you said that you couldn't see
4  any reason why it couldn't be.
5         MR. SMITH:  Could we go back
6    to that question?
7         THE WITNESS:  I don't know
8    what they mean by absorbed safely
9    in the vagina.  Talc enters and
10   other things enter cells.  They're
11   not absorbed.  So I have -- I'm
12   not sure what the scientific
13   information is here.
14 BY MR. SMITH:
15   Q.   If you believe that talc
16 could be safely absorbed in a woman's
17 vagina, you would be in disagreement with
18 Mr. Ashton that wrote this letter on
19 February 21, 1964, as an employee of
20 Johnson & Johnson, correct?
21        MR. FROST:  Objection to
22   form.
23        THE WITNESS:  Yeah, I have
24   not -- I can't comment on this,

41 (Pages 158 to 161)

Brooke T. Mossman, M.S., Ph.D.

Page 162

1   because I'm unaware of any studies
2   with either cornstarch or talc
3   absorption in the vagina. I don't
4   know what that means.
5   BY MR. SMITH:
6       Q.   Can talc cause inflammation?
7           MR. FROST: Objection to
8   form.
9           THE WITNESS: Again, it
10  depends upon the circumstances and
11  the dose and the site of
12  application.
13  BY MR. SMITH:
14      Q.   Can talc cause inflammation?
15          MR. FROST: Objection to
16  form.
17          THE WITNESS: Yeah. You'd
18  have to ask me in terms of the
19  dose or give me an example.
20  BY MR. SMITH:
21      Q.   Is talc capable of causing
22  inflammation in human tissue?
23          MR. FROST: Objection to
24  form.

Page 163

1           THE WITNESS: In human
2   tissue? It's been used in
3   pleurodesis if that's what you're
4   talking about, which induces an
5   acute inflammation that's
6   beneficial to patients with
7   malignant effusions.
8   BY MR. SMITH:
9       Q.   Can chronic inflammation
10  lead to ovarian cancer?
11          MR. FROST: Objection to
12  form.
13          THE WITNESS: There is no
14  evidence that it's linked to
15  causation.
16          So I can't comment on that.
17  It hasn't been shown.
18  BY MR. SMITH:
19      Q.   Can oxidative stress lead to
20  ovarian cancer?
21          MR. FROST: Objection to
22  form.
23          THE WITNESS: Yeah, I
24  couldn't agree with that in the

Page 164

1   broadest sense. It would depend
2   upon the dose, duration from the
3   oxidant stress.
4   BY MR. SMITH:
5       Q.   Do you have an opinion on
6   whether inhaled particles can reach the
7   ovaries?
8       A.   That has not been shown.
9           So no one has really looked
10  at that in detail. But the answer is
11  that most of the information suggests
12  that an inhaled particle is dealt with
13  locally, rather than disseminated.
14  Although there's evidence in the
15  bloodstream that there is dissemination
16  of materials throughout the body.
17      Q.   Have you ever conducted a
18  study on cosmetic talc and ovarian
19  cancer?
20      A.   I haven't used cosmetic
21  talc, as I've said previously.
22      Q.   Have you ever published on
23  asbestos and ovarian cancer?
24      A.   No. But I've published

Page 165

1   studies on asbestos, on ovarian
2   epithelial cells.
3       Q.   Have you ever published on
4   asbestos and ovarian cancer?
5           MR. FROST: Objection to
6   form.
7           THE WITNESS: Yeah, I did
8   state, and I believe it's in the
9   Shukla and Hillegass paper,
10  references on ovarian cancer and
11  asbestos.
12  BY MR. SMITH:
13      Q.   Can you turn to the Brower
14  deposition Page 134?
15      A.   Mm-hmm.
16      Q.   Line 10.
17          "Question: Have you ever
18  conducted a study on asbestos and ovarian
19  cancer?
20          "Answer: No."
21          Has that changed since
22  October of 2000 --
23      A.   I'm sorry, could you point
24  that out again?

42 (Pages 162 to 165)

Brooke T. Mossman, M.S., Ph.D.

Page 166

1      Q.   Sure.  Line 10, on Page 134.
2   "Question:  Have you ever
3   conducted a study on asbestos and ovarian
4   cancer?"
5           And what was your answer?
6      A.   No.  I haven't looked at
7   ovarian cancer, per se.
8      Q.   Can I rely on that testimony
9   in Brower as being accurate?
10     A.   Pardon me?
11     Q.   Can I rely on the testimony
12  in this Brower case that I just read as
13  being accurate?
14     A.   Yes.  I've not looked at --
15  at asbestos and ovarian cancer.  I
16  emphasize that I've looked at asbestos
17  effects on ovarian epithelial case.
18     Q.   Have you ever given a speech
19  or seminar on talc and ovarian cancer?
20     A.   No.
21     Q.   Have you ever done --
22  conducted a study on fibrous talc and its
23  carcinogenicity related to ovarian
24  cancer?

Page 167

1      A.   You're going to have to be
2   specific.  When you talk about ovarian
3   cancer studies, are you talking about
4   studies on ovarian epithelial cells or
5   are you talking about studies on cancer
6   cells?
7      Q.   Can you look at Page 136 of
8   your Brower testimony?
9      A.   Sure.
10     Q.   Line 4.  "And you've never
11  conducted a study on fibrous talc and its
12  carcinogenicity to ovarian cancer,
13  correct?
14          "Answer:  I have not used
15  ovarian cells in studies with fibrous
16  talcs."
17          Is that still true today?
18     A.   Yes.  Fibrous talcs have not
19  been evaluated in ovarian epithelial
20  cells.
21     Q.   Have you ever conducted a
22  study on asbestiform talc and ovarian
23  cancer?
24     A.   No.

Page 168

1      Q.   Have you ever conducted a
2   study on EMPs and ovarian cancer?
3      A.   Again, I haven't used
4   ovarian cancer cells, just ovarian
5   epithelial cells that develop into
6   cancer.
7      Q.   And EMPs can cause
8   epigenetic changes in human cells that
9   may lead to cancer, correct?
10          MR. FROST:  Objection to
11     form.
12          THE WITNESS:  Again, it
13     depends on the EMP.  That's true
14     for amphibole asbestos fibers.
15  BY MR. SMITH:
16     Q.   Well, it's true for any
17  elongated mineral particle, correct?
18     A.   What --
19     Q.   Not just asbestos?
20     A.   That does what?
21     Q.   That cause can give rise to
22  epigenetic changes in human cells that
23  may lead to cancer.
24     A.   No.  There are other --

Page 169

1   there are materials that we and others
2   have used as negative controls in our
3   studies that are fibrous and are EMPs
4   that don't give rise to precancerous
5   changes.
6      Q.   Have you ever conducted a
7   study on heavy metals and ovarian cancer?
8      A.   I haven't.
9      Q.   Can you give an opinion on
10  whether heavy metals contribute to cause
11  ovarian cancer?
12     A.   Yes.  I have not seen any
13  studies where heavy metals have given
14  rise to ovarian cancers in animals.
15     Q.   You're saying there are no
16  studies on heavy metals and ovarian
17  cancer risk?
18     A.   I --
19          MR. FROST:  Objection to
20     form.
21          THE WITNESS:  The -- I have
22     not seen any studies that have
23     given rise to ovarian cancers.
24          There are many studies with

43 (Pages 166 to 169)

Brooke T. Mossman, M.S., Ph.D.

Page 170

1    animals using heavy metals at a
2    variety of high concentrations and
3    methods of injection or
4    inhalation.  And these have not
5    given rise to ovarian cancers.
6  BY MR. SMITH:
7        Q.   What about, do you have an
8  opinion whether fibrous talc can cause
9  ovarian cancer?
10        MR. FROST:  Objection to
11       form.
12        THE WITNESS:  Based upon my
13       research with lung epithelial
14       cells, I would argue against that
15       being a true statement.
16  BY MR. SMITH:
17        Q.   So you are extrapolating
18  your studies on lung cells to whether
19  fibrous talc can cause ovarian cancer?
20        A.   I'm not extrapolating.  I'm
21  saying that fibrous talcs as evaluated in
22  my studies and in animal studies have not
23  given rise to ovarian cancers.
24        Q.   You would --

Page 171

1        A.   So that would argue against
2  the connection.
3        Q.   Do you know whether fibrous
4  talc or other minerals act differently in
5  pleural cells versus ovarian cells or
6  peritoneal cells?
7        MR. FROST:  Objection to
8       form.
9        THE WITNESS:  No, they turn
10       on the same signaling pathways in
11       lung epithelial cells and
12       mesothelial cells.
13  BY MR. SMITH:
14        Q.   Do you know whether or not
15  fiber dimensions, crystalline structures,
16  shape tensile strength of asbestos, have
17  any relevance to ovarian cancer?
18        A.   Could we go through these
19  one at a time?
20        Q.   Sure.
21        A.   So, I would argue that these
22  different properties are properties of
23  asbestos fibers that have given rise to
24  mesotheliomas or lung cancers.

Page 172

1        If they were relevant to
2  ovarian epithelial cells, I would have
3  seen responses to these materials in my
4  studies.
5        Q.   But you've never tested
6  ovarian cells for that?
7        A.   No.  But as I emphasize,
8  I've got -- I've gotten the same
9  responses in lung epithelial and
10  mesothelial cells.  So there's different
11  cell types that are important.
12        Again, epithelial cells are
13  the cells that give rise to cancers.  So
14  ovarian epithelial cells are probably
15  very similar in their responses to lung
16  epithelial cells.
17        Q.   Probably?  What are you
18  basing that on?  Probably?
19        MR. FROST:  Objection.
20        THE WITNESS:  Yeah, I'm
21       basing it on historical studies
22       with asbestos fibers that have
23       shown the same pre-neoplastic
24       effects in our laboratory, in

Page 173

1    other laboratories that have
2    looked at a host or a huge range
3    of different cell types.  And the
4    basic phenomena, the properties of
5    those asbestos fibers are the same
6    in terms of their biological
7    reactivity in a host of different
8    cell types.
9  BY MR. SMITH:
10        Q.   But you've never done that
11  with ovarian cancer cells, right?
12        A.   I have --
13        Q.   Ovarian cells, excuse me.
14        A.   Yeah.
15        Q.   You have not done that with
16  ovarian cells?
17        A.   I have only looked at
18  fibrous -- I should say non-fibrous talc
19  in ovarian epithelial cells.
20        Q.   And when we were talking
21  about fibrous talc earlier, you've never
22  done any studies on fibrous talc correct?
23        A.   I had done studies on
24  fibrous talcs.

44 (Pages 170 to 173)

Brooke T. Mossman, M.S., Ph.D.

Page 174

1    Q.   The one study in New York,
2  correct?
3    A.   The study with Dr. Wiley
4  where we looked in two different cell
5  types at three different preparations of
6  fibrous talcs.
7    Q.   Is crystalline silica a
8  fibrogenic dust that causes oxidative
9  damage to cells?
10    A.   It does at very high
11  concentrations.
12    Q.   Have you ever performed
13  rodent studies on talc?
14    A.   I have not.
15    Q.   You've never performed any
16  rodent inhalation studies on talc and its
17  relation to ovarian cancer; is that true?
18    A.   I have not performed the
19  studies.
20    Q.   Same for cleavage fragments?
21    A.   I have not used cleavage
22  fragments in rodent inhalation studies.
23    Q.   You've not performed studies
24  on whether or not asbestos cleavage

Page 175

1  fragments cause ovarian cancer, correct?
2    A.   I have not looked at
3  cleavage fragments in ovarian epithelial
4  cells, that's correct.
5    Q.   And you do not know whether
6  the biodurability of asbestos or talc
7  have any relevance to the development of
8  ovarian cancer, correct?
9    A.   That hasn't been examined
10  since we don't know the latency period of
11  ovarian cancers to begin with.
12    Q.   Do you know what Baby Powder
13  is made of?
14    MR. FROST:  Objection to
15  form.
16    THE WITNESS:  Yeah.  I -- I
17  believe it's indicated as such on
18  the label.
19    In general, yes.  I'm aware
20  that it has some fragrance
21  chemicals, but it's also a very
22  pure type of talc.
23  BY MR. SMITH:
24    Q.   A very pure type of talc.

Page 176

1  What do you base that on?
2    A.   The fact that Zazenski and
3  others describe it as cosmetic and
4  pharmaceutical talcs are 98 percent pure
5  as opposed to industrial talcs from the
6  mining sites.
7    Q.   You're relying on Zazenski,
8  who was an employee of Imerys, who is
9  involved in talc litigation, who
10  published in the Regulatory Toxicology
11  and Pharmacology publication that we
12  discussed earlier?
13    MR. FROST:  Objection to
14  form.
15    THE WITNESS:  That's only
16  one paper.  I believe that this is
17  summarized in IARC 2010.  It says
18  the exact same thing.
19  BY MR. SMITH:
20    Q.   Well, hold on.  You said you
21  hadn't seen any internal documents.
22  Where are you seeing the Zazenski stuff?
23    A.   Zazenski is a paper that I
24  pulled from the literature in a

Page 177

1  peer-reviewed journal.
2    Q.   The Regulatory Toxicology
3  and Pharmacology --
4    A.   Talked about -- yes.
5    Q.   -- publication?
6    A.   Yes.  That's one source.
7    IARC also summarizes the
8  properties of talcs in its monograph in
9  several places in the 2010 document.  And
10  has additional references.
11    Q.   What is Shower to Shower
12  made of?
13    A.   I would have to look at the
14  label.
15    Q.   Do you know?
16    A.   I don't.
17    Q.   Do you know what percentage
18  of Baby Powder is talc and what is
19  other -- other constituents?
20    A.   I don't know the percentage
21  values.
22    Q.   None of your studies
23  concerned Baby Powder or Shower to
24  Shower, correct?

45 (Pages 174 to 177)

Brooke T. Mossman, M.S., Ph.D.

Page 178

1      A.   I have not used those
2  specifically.
3      Q.   None of your studies include
4  cosmetic-grade talc or talc from any mine
5  that has been sourced from these two
6  products, correct?
7          MR. FROST:  Objection to
8      form.
9          THE WITNESS:  Again, I
10         worked with industrial talcs, one
11         a Barrett mining talc.  I don't
12         know whether it's been sourced for
13         cosmetic talcs.
14 BY MR. SMITH:
15     Q.   Well, you've never worked
16 with talc from Vermont, correct,
17 cosmetic-grade talc from Vermont?
18     A.   That's correct.
19     Q.   You've never worked with
20 cosmetic-grade talc from China, correct?
21     A.   That's correct.
22     Q.   You've never worked with
23 cosmetic-grade talc from Italy, correct?
24     A.   Correct.

Page 179

1      Q.   Okay.  You've never
2  performed any animal inhalation studies
3  with Baby Powder or Shower to Shower,
4  correct?
5      A.   That's correct.
6      Q.   And you've never performed
7  any animal inhalation studies with
8  cosmetic-grade talc or talc from any mine
9  that has been sourced from these two
10 products, correct?
11     A.   That's correct.
12     Q.   You've never performed any
13 work or studies on Johnson & Johnson's
14 Baby Powder or Shower to Shower, correct?
15     A.   Correct.
16     Q.   Do you know what the fiber
17 or mineral size of these two products
18 are?
19     A.   I have not looked at fiber
20 size dimensions of cosmetic talcs, no.
21     Q.   What types of asbestos have
22 been found in Johnson & Johnson Baby
23 Powder and Shower to Shower?
24         MR. FROST:  Objection to

Page 180

1      form.
2          THE WITNESS:  None, to my
3      knowledge.
4  BY MR. SMITH:
5      Q.   You've never seen the report
6  of Dr. Longo?
7      A.   I'm aware he has one.  I
8  have not reviewed it for this case.
9      Q.   You didn't think it was
10 important to know what the testing
11 results were from the '60s, '70s, '80s,
12 '90s, and 2000s from Johnson & Johnson
13 bottles from their own possession from
14 their own museum regarding the presence
15 of asbestos or not?
16         MR. FROST:  Objection to
17     form.
18         THE WITNESS:  Yeah, I had no
19         information suggesting that
20         asbestos was found in cosmetic
21         talcs.  And I would assume that
22         Dr. Longo's information is
23         court-related and not in the
24         peer-reviewed scientific

Page 181

1  literature.  So for that reason, I
2  wouldn't have looked at it.
3  BY MR. SMITH:
4      Q.   Well, the fact that you have
5  an opinion that cosmetic-grade talc,
6  which you've never done any studies on,
7  is not a risk factor or cause of ovarian
8  cancer, and those are your opinions in
9  this case as you stated earlier, don't
10 you think it would be pretty important to
11 know if there are any carcinogenic
12 substances that are found in the products
13 that are at issue in this case before
14 rendering that opinion?
15         MR. FROST:  Objection to
16     form.
17         THE WITNESS:  Again, that's
18         why I read the IARC information,
19         and IARC in 2010 says that there
20         are no asbestos fibers in cosmetic
21         talcs.
22 BY MR. SMITH:
23     Q.   Have you reviewed the
24 internal documents of Johnson & Johnson

46 (Pages 178 to 181)

Brooke T. Mossman, M.S., Ph.D.

Page 182

1  and Imerys to see the numerous times that
2  different types of asbestos have been
3  found in their products, in their own
4  internal testing?
5      MR. FROST:  Objection to
6  form.
7      THE WITNESS:  No.  I
8  wouldn't know what documents to
9  even ask for.
10 BY MR. SMITH:
11     Q.   Don't you think it's
12 important -- again, if you're going to
13 render an opinion about -- and we're
14 talking about -- at issue in this case is
15 cosmetic-grade talc, not industrial,
16 right?
17     A.   Correct.
18     Q.   And we're talking about two
19 products, Baby Powder and Shower to
20 Shower, applied to a woman's genital area
21 and that causing ovarian cancer, correct?
22     A.   Again, I emphasize that it
23 wouldn't make any difference whether
24 there was a small amount of asbestos in

Page 183

1  there, in terms of my opinion.  Those
2  talcs were used by individuals, I'm sure,
3  in the Women's Health Initiative, the
4  Gonzalez study and the Nurses' Health
5  study used cosmetic talcs, and they
6  didn't report an increase in ovarian
7  cancers.
8      So in attempting to go back
9  in time and point out discovery of a few
10 fibers is not conclusive evidence in any
11 regard in terms of my opinions.
12     Q.   You did not look at any
13 meta-analyses in this case, did you?
14     A.   Meta-analyses?  I certainly
15 did.  I looked at meta-analyses in terms
16 of the epidemiology.
17     Q.   What did the meta-analyses
18 of talc and ovarian cancer risk reveal?
19     A.   The meta-analyses with the
20 exception of, I believe it's
21 Penninkilampi who eliminated one of the
22 more recent cohort studies, all say the
23 same thing.
24     Q.   What's that?

Page 184

1      A.   That there is not a
2  significantly increased risk of ovarian
3  cancer that's related to dose dependency
4  of talc use in these studies.
5      Q.   Let's -- let's get it
6  straight.
7      So the meta-analyses that
8  you looked at in forming the basis of
9  your opinion that talc does not cause or
10 is a risk factor for ovarian cancer, you
11 based in part on also the meta-analyses
12 for which you say those meta-analyses
13 state consistently the same thing, that
14 talc -- in those studies show that talc
15 does not cause -- those studies did not
16 show that talc increases the risk of
17 ovarian cancer and that -- that finding
18 is statistically significant, correct?
19     MR. FROST:  Objection to
20 form.
21     THE WITNESS:  We'd have to
22 go back to the papers.  I'm aware
23 that the meta-analyses that I've
24 looked at may have been for the

Page 185

1  case-related studies or the
2  case-control studies.  And with
3  the exception of Penninkilampi,
4  the meta-analyses that I looked at
5  did not suggest an increase in
6  ovarian cancer that was associated
7  with talc use.
8  BY MR. SMITH:
9      Q.   Okay.  You do not know if
10 there are EMPs in Baby Powder or Shower
11 to Shower, do you?
12     A.   I don't.
13     Q.   You don't know if there are
14 EMPs in cosmetic-grade talc, do you?
15     A.   I don't.
16     Q.   Do you know if scientists
17 have found EMPs in Baby Powder or Shower
18 to Shower?
19     MR. FROST:  Objection to
20 form.
21     THE WITNESS:  Yeah, I
22 haven't seen it in the
23 peer-reviewed scientific
24 literature.

47 (Pages 182 to 185)

Brooke T. Mossman, M.S., Ph.D.

Page 186

```
 1    BY MR. SMITH:
 2        Q.   You can't tell me whether or
 3    not there's asbestiform talc in Baby
 4    Powder or Shower to Shower, correct?
 5            MR. FROST:  Objection to
 6        form.
 7            THE WITNESS:  Again, it
 8        hasn't been indicated as such
 9        and -- or published in the
10        peer-reviewed scientific
11        literature.
12    BY MR. SMITH:
13        Q.   And again, you have not
14    looked at the reports of Dr. Longo or
15    Rigler.
16            Have you seen the -- the
17    publication of Dr. Blount?
18        A.   I have -- the -- is this a
19    publication of many years ago, 40 years
20    ago?
21        Q.   It's in the 1990s.
22        A.   I did look at that at one
23    point, yes.
24        Q.   Okay.  What did it -- what
```

Page 187

```
 1    did it say?
 2        A.   It was confusing in terms of
 3    her use of the nomenclature of talc,
 4    which she referred to as sometimes
 5    acicular, other types fibrous.  It was
 6    difficult to interpret that paper.
 7        Q.   So, you don't know whether
 8    or not they talked about whether there
 9    was asbestiform in -- found in Johnson &
10    Johnson's Baby Powder or Shower to Shower
11    products?
12            MR. FROST:  Objection to
13        form.
14            THE WITNESS:  Yeah, I don't
15        recall that this paper identified
16        the products that she examined.
17    BY MR. SMITH:
18        Q.   Okay.  Have you ever seen
19    any other testimony or asked for any
20    other testimony or been shown any
21    testimony that reveals what the source of
22    her study was, that being talc?
23        A.   I -- yeah, I don't recall.
24    Recently, no.
```

Page 188

```
 1        Q.   Would you have liked to have
 2    known that or seen that when you were
 3    reviewing the study?
 4            MR. FROST:  Objection to
 5        form.
 6            THE WITNESS:  Well, my --
 7        probably not.  Because I know that
 8        talc and fiber identification and
 9        the methods used have become
10        increasingly more significant in
11        terms of newer approaches.  So I
12        wouldn't have been interested in
13        her work, which I believe was 40
14        or 50 years ago and had
15        questionable use of the
16        appropriate techniques.
17    BY MR. SMITH:
18        Q.   Okay.  You are aware that --
19    you are not an expert in testing for
20    asbestos, are you, the presence of
21    asbestos?
22        A.   I'm not.
23        Q.   Did you understand that the
24    Blount method is a recognized method for
```

Page 189

```
 1    testing for asbestos in -- in certain
 2    products?
 3            MR. FROST:  Objection to
 4        form.
 5            THE WITNESS:  Again, I
 6        emphasize that she used a
 7        concentration method to
 8        concentrate materials and I
 9        believe that is accepted, but has
10        been questioned by scientists.
11            I am quite certain that she
12        didn't use other approaches such
13        as zonal access x-ray diffraction,
14        which is state of the art today,
15        for fiber identification.
16    BY MR. SMITH:
17        Q.   Do you know if Dr. Longo and
18    Dr. Rigler did that on the products that
19    were provided them by Johnson & Johnson?
20            MR. FROST:  Objection to
21        form.
22            THE WITNESS:  I don't know.
23    BY MR. SMITH:
24        Q.   And again, you are not an
```

48 (Pages 186 to 189)

Brooke T. Mossman, M.S., Ph.D.

Page 190

1    expert in identifying asbestos in
2    materials, right?
3        A.   I don't look at air samples
4    or lung digests for asbestos fibers.
5        Q.   Or -- or evaluate, for
6    instance, Baby Powder or Shower to Shower
7    to determine whether asbestos, heavy
8    metal, silica, were present, correct?
9        A.   I don't do that. I'm a
10   biologist.
11       Q.   Do you know whether or not
12   there are carcinogenic heavy metals in
13   Baby Powder and Shower to Shower?
14       A.   Again, the carcinogens that
15   had been listed by Dr. Selikoff in her
16   report have not given rise in
17   epidemiology or animal studies to ovarian
18   cancers.
19       Q.   Do you know whether or not
20   there is carcinogenic crystalline silica
21   in Baby Powder or Shower to Shower?
22       A.   I don't.
23       Q.   We talked about the
24   different types of asbestos earlier. Do

Page 191

1    you recall that?
2        A.   I do.
3        Q.   And we were -- I was asking
4    you whether or not you thought that all
5    types of asbestos were carcinogenic to
6    humans. Do you recall that?
7        A.   I do.
8        Q.   And we discussed the NTP and
9    IARC have determined that all forms of
10   asbestos are known human carcinogens,
11   correct?
12           MR. FROST: Objection to
13       form.
14           THE WITNESS: That is stated
15       in terms of their regulatory
16       policies, yes.
17   BY MR. SMITH:
18       Q.   I will attach, the next
19   numbered exhibit is 19.
20           (Document marked for
21       identification as Exhibit
22       Mossman-19.)
23   BY MR. SMITH:
24       Q.   And you've seen this

Page 192

1    document before, Doctor?
2        A.   I have.
3        Q.   And this is on asbestos,
4    chrysotile, amosite, crocidolite,
5    tremolite, actinolite, and anthophyllite,
6    and this is the IARC monograph, right?
7        A.   Yes.
8        Q.   And if you flip to Page 253,
9    it's Page 35 of 92 down at the bottom.
10   If you look at the very bottom of the
11   page, Doctor. It discusses cancer of the
12   ovary.
13       A.   35 of 92?
14       Q.   Yes, ma'am.
15       A.   Okay.
16       Q.   Do you see that?
17       A.   Yes.
18       Q.   And then it goes on, on
19   Page 76 of 92, for the evaluation. It's
20   near the end. It states, "There is
21   sufficient evidence in humans for the
22   carcinogenicity of all forms of asbestos,
23   chrysotile, crocidolite, amosite,
24   tremolite, actinolite, and

Page 193

1    anthophyllite."
2        A.   Could you point --
3            MR. FROST: I was going to
4        say, where are you reading from?
5            THE WITNESS: Yeah.
6            MR. SMITH: I'm sorry. I
7        might not have said it. I might
8        have been thinking it and didn't
9        say it.
10   BY MR. SMITH:
11       Q.   Page 76 of 92, down at the
12   bottom --
13           MR. FROST: Oh, under
14       evaluation?
15           MR. SMITH: Yeah, under
16       evaluation.
17           THE WITNESS: 76.
18           MR. SMITH: It's under
19       evaluation.
20           THE WITNESS: Okay.
21           MR. FROST: Now we are on
22       the same page.
23   BY MR. SMITH:
24       Q.   All right. And it says,

49 (Pages 190 to 193)

Brooke T. Mossman, M.S., Ph.D.

Page 194

1    "There is sufficient evidence of" -- "in
2    humans for the carcinogenicity of all
3    forms of asbestos.  Asbestos causes
4    mesothelioma and cancer of the lung,
5    larynx, and ovary."
6         Do you see that?
7         A.   Yes.
8         Q.   And that's what we were
9    talking about earlier when I was talking
10   about IARC?
11        A.   Yes.
12        Q.   And then it says at the
13   bottom, "All forms of asbestos,
14   chrysotile, crocidolite, amosite,
15   tremolite, actinolite, and anthophyllite,
16   are carcinogenic to humans Group 1."
17        Do you see that?
18        A.   I do.
19        Q.   Is that what we were
20   discussing earlier?
21        A.   Yes.
22        Q.   We talked about earlier that
23   talc with asbestiform fibers is also a
24   known human carcinogen as well by IARC;

Page 195

1    is that correct?
2         A.   They classify it as such.
3         Q.   And we went through also the
4    Prop 65 listing.  Do you recall that for
5    asbestiform talc?
6         A.   Yes.  I'm not sure what that
7    said exactly, but I don't think we
8    discussed that.
9         Q.   Well, let's discuss it.  It
10   says, "Talc containing asbestiform
11   fibers."  It's Exhibit 15.
12        It says, "Chemical listing
13   details."  And it says, "Listed as
14   causing," and it says "cancer."
15        Do you see that?  And date
16   of listing was on 4/1/1990?
17        A.   Yes.
18        Q.   Okay.  And do you remember
19   us talking earlier, I asked you about if
20   you knew David Michaels, if he was -- and
21   we went through his book, his chapter in
22   the book on Regulatory Toxicology and
23   Pharmacology.  And I asked you, you
24   served as a peer reviewer of this

Page 196

1    bulletin, right, of Bulletin 62 of NIOSH?
2         A.   I did.
3         Q.   And you weren't aware that
4    Dr. -- that Dr. Michaels served on that
5    as well, with you?  You weren't aware of
6    that, right?
7         A.   He wasn't on the committee
8    meetings that I attended.  So I'm not
9    sure what -- where he was.  He may have
10   been someone that -- okay, he may have
11   been someone that served in some
12   capacity.  I just don't recall it.
13        (Document marked for
14        identification as Exhibit
15        Mossman-20.)
16   BY MR. SMITH:
17        Q.   I'm going to attach as
18   Exhibit 20.  This is current intelligence
19   Bulletin 62, "Asbestos fibers and other
20   elongated mineral particles, state of the
21   science and roadmap for research."
22        And this was put out by the
23   Department of Health and Human Services
24   and NIOSH, correct?

Page 197

1         A.   Yes.
2         Q.   And NIOSH is the scientific
3    arm of OSHA; is that correct?
4         A.   Yes, it is.
5         Q.   Responsible for health and
6    safety of American workers; is that
7    correct?
8         A.   That's OSHA.  NIOSH is more
9    a research body.
10        Q.   And if you look at XVII.
11   It's in the front page.  I guess that
12   would be 17.
13        A.   Okay.
14        Q.   It says -- do you see
15   "acknowledgments" at the top?  Down at
16   the bottom right corner, Doctor?
17        A.   Yes.
18        Q.   XVII.  It says peer
19   reviewers.  Do you see that?
20        It says, "NIOSH greatly
21   appreciates the time and efforts of
22   expert peer reviewers who provided
23   comments and suggestions on the initial
24   publicly disseminated draft of the

50 (Pages 194 to 197)

Brooke T. Mossman, M.S., Ph.D.

Page 198

1    roadmap February 7, 2007, version."
2         Do you see that?
3    A.   Yes, I do.
4    Q.   And do you see David
5    Michaels, Ph.D. MPH, George Washington
6    University listed on that page?
7    A.   I do.
8    Q.   And then on the next page
9    you are listed on the top, correct?
10   A.   Mm-hmm.
11   Q.   Okay.  If we go to -- let's
12   see.  If you look at Page 33, Doctor.  If
13   you look at the bottom right in the
14   footnote, if you go two, four, six -- six
15   lines down.  It says, "The National
16   Toxicology Program, NTP, 2005, of which
17   NIOSH is a member, has determined that
18   asbestos in all commercial forms of
19   asbestos are known to be human
20   carcinogens based on sufficient evidence
21   of carcinogenicity in humans."
22        Do you see that?
23        MR. FROST:  Want me to help
24   you?

Page 199

1         THE WITNESS:  Yeah, that
2    would be great.
3         MR. FROST:  Do you mind if I
4    point to where you were?
5         MR. SMITH:  Oh, yeah.  No,
6    no, no.
7         THE WITNESS:  I'm just --
8    I'm looking at this.  Okay.
9    BY MR. SMITH:
10   Q.   Do you see that, Doctor, in
11   the footnote?
12   A.   Yes.
13   Q.   Okay.
14        (Whereupon, a discussion was
15        held off the stenographic record.)
16   BY MR. SMITH:
17   Q.   All right, Doctor, different
18   types of asbestos vary in potency as
19   carcinogens; however, they're all
20   recognized as carcinogens, right?
21   A.   Yes.  In animals, yes.
22   Q.   And I asked you this
23   earlier.  Do you know the types of
24   asbestos that were found either

Page 200

1    internally by Johnson & Johnson, Imerys
2    internally, or by Dr. Longo?
3    A.   I don't.
4    Q.   If I told you they were
5    tremolite, anthophyllite, and actinolite,
6    the majority of what was found, the vast
7    majority, you wouldn't have any basis or
8    any knowledge regarding that, right?
9         MR. FROST:  Objection to
10        form.
11        THE WITNESS:  Yeah, could
12        you repeat that again.
13   BY MR. SMITH:
14   Q.   Tremolite, anthophyllite,
15   and actinolite.
16   A.   And the --
17        MR. FROST:  Objection to
18        form.
19        THE WITNESS:  Are you --
20        yeah, are you saying that the
21        asbestos varieties of these have
22        been found in Baby Powder?
23   BY MR. SMITH:
24   Q.   Yes, ma'am.

Page 201

1         MR. FROST:  Objection to
2         form.
3         THE WITNESS:  Okay.
4    BY MR. SMITH:
5    Q.   And you haven't seen the
6    internal documents of Johnson & Johnson
7    regarding this matter, have you?
8    A.   I haven't.
9    Q.   And you haven't seen the
10   internal documents of Imerys or Luzenac,
11   have you, on this?
12   A.   That's correct.
13   Q.   And you have not seen the
14   reports of Dr. Longo and Rigler, correct?
15   A.   Correct.
16        MR. SMITH:  What is the
17        geologist's name?
18   BY MR. SMITH:
19   Q.   And you haven't seen the
20   geologist expert Cook, Dr. Cook in this
21   case, you haven't seen his report, have
22   you?
23   A.   I might have scanned his
24   report, but I don't recall it

51 (Pages 198 to 201)

Brooke T. Mossman, M.S., Ph.D.

Page 202

1    specifically.
2         Q.   Okay.  Have you -- we'll get
3    back to that in a minute.
4         Your personal research has
5    not dealt with tremolite asbestos,
6    correct?
7         A.   No.  I've only looked at
8    tremolite in its non-asbestos form.
9         Q.   Your personal research has
10   not dealt with tremolite asbestos,
11   correct?
12        MR. FROST:  Objection to
13   form.
14        THE WITNESS:  Yeah.  I've
15        looked at tremolite, but not the
16        asbestos.  That's correct.
17   BY MR. SMITH:
18        Q.   Your personal research has
19   not dealt with anthophyllite asbestos,
20   correct?
21        A.   I have not used
22   anthophyllite, that's correct.
23        Q.   Your personal research has
24   not dealt with actinolite asbestos,

Page 203

1    correct?
2         A.   That's correct.
3         Q.   You cannot tell me how
4    carcinogenic or potent tremolite or
5    anthophyllite are, correct?
6         MR. FROST:  Objection to
7    form.
8         THE WITNESS:  Again, I can
9        tell you based on the epidemiology
10       that anthophyllite is a weak agent
11       in the development of
12       mesotheliomas as compared to
13       crocidolite or amosite asbestos.
14   BY MR. SMITH:
15        Q.   You have never studied the
16   differences between tremolite asbestos
17   and tremolite cleavage fragments,
18   correct?
19        A.   I haven't used the two
20   comparatively in experiments, that's
21   correct.
22        Q.   This thing fell apart.
23   That's crazy.
24        A.   Mine fell apart too.

Page 204

1         Q.   Yours did too?
2         A.   Yeah.
3         Q.   Wasn't a very good job of
4    binding that, was it?
5         Bear with me just a second.
6    And to your knowledge there are no
7    detailed studies comparing the chemistry
8    of tremolite asbestos to tremolite
9    cleavage fragments, correct?
10        A.   That would be a question
11   that should be posed to a geologist.  I
12   have not looked at the mineralogy
13   literature for those comparisons.
14        Q.   With regard to anthophyllite
15   asbestos and anthophyllite cleavage
16   fragments, you have not studied the
17   differences in chemistry between the two,
18   correct?
19        A.   That's correct.
20        Q.   And the same with regard to
21   actinolite asbestos and actinolite --
22   actinolite cleavage fragments?
23        A.   That's correct.
24        Q.   And aside from the one study

Page 205

1    in upstate New York on talc, you've never
2    studied tremolite or anthophyllite
3    cleavage fragments yourself, correct?
4         A.   The study that I performed
5    was with Dr. Wiley.
6         Q.   Aside from the one study in
7    upstate New York on talc, you have never
8    studied tremolite or anthophyllite
9    cleavage fragments yourself, have you?
10        MR. FROST:  Objection to
11   form.
12        THE WITNESS:  Correct.  It's
13       just that one study.
14   BY MR. SMITH:
15        Q.   And the talc in your New
16   York study that we just discussed was
17   a -- an industrial grade talc and not
18   cosmetic-grade talc; is that correct?
19        A.   Yes.  There were three
20   samples of talc with various proportions
21   of fibers.
22        Q.   You have not studied how
23   tremolite, anthophyllite, and actinolite
24   asbestos reached the areas of the lungs

52 (Pages 202 to 205)

Brooke T. Mossman, M.S., Ph.D.

Page 206

1  where meso is induced and developed, and
2  you cannot make a strict analogy to these
3  types of asbestos from your study of
4  other types of asbestos; is that correct?
5          MR. FROST: Objection to
6  form.
7          THE WITNESS: Yeah, I -- I'd
8  have to ask someone who is an
9  expert in dosimetry. Assuming
10  that dimensions of fibers govern
11  where they end up in the lung, the
12  results that we have may be
13  relevant certainly to these types
14  of materials.
15  BY MR. SMITH:
16      Q.  Okay. I'm going to ask the
17  question again. I don't think it was
18  responsive.
19          You have studied -- you have
20  not studied how tremolite, anthophyllite,
21  and actinolite asbestos reached the area
22  in the lungs where meso is induced and
23  developed, correct?
24          MR. FROST: Objection to

Page 207

1  form.
2          THE WITNESS: I -- yeah, I
3  have not studied those three
4  materials in inhalation
5  experiments.
6  BY MR. SMITH:
7      Q.  And you cannot make a strict
8  analogy as to these types of asbestos
9  from your other study -- from your study
10  of other types of asbestos; is that
11  correct?
12          MR. FROST: Objection to
13  form.
14          THE WITNESS: And -- and my
15  comment was that if they are of
16  the same dimensional
17  characteristics of the materials
18  that I use, namely crocidolite
19  asbestos, I could make some
20  analogies based upon their size
21  and fiber characteristics.
22  BY MR. SMITH:
23      Q.  Okay. The -- I want you to
24  go to Page 179 in Leavitt, please.

Page 208

1          In the -- it's broken up.
2  Whatever.
3          MR. FROST: Mine stayed
4  together.
5          THE WITNESS: Yeah, mine is
6  broken, so...
7          MR. FROST: 179 you said?
8          MR. SMITH: Yes, please.
9          MR. FROST: Here, do you
10  want -- do you want to switch,
11  Brooke?
12          THE WITNESS: That's okay.
13          MR. FROST: Mine is still
14  bound. So do you want to switch?
15          THE WITNESS: I think I'm
16  prime viewing here.
17          No, just in different
18  pieces. 179.
19          Okay.
20  BY MR. SMITH:
21      Q.  All right. On Line 11:
22  "And then you were asked the following
23  question:
24          "Okay. Well, I think the

Page 209

1  record will speak for itself, but I think
2  you did give that in your answer when I
3  asked you. Let me ask you generally.
4          "This whole set of opinions
5  regarding how minerals such as asbestos
6  get to sites where mesothelioma is
7  induced and developed, does that apply to
8  tremolite, actinolite, and
9  anthophyllite?"
10          "And your answer: I don't
11  know. These, again, the animal studies
12  have been done with short and long
13  amosite asbestos and they have been done
14  with crocidolite asbestos. And the
15  groups that have done these experiments
16  have not looked at tremolite and
17  actinolite or anthophyllite because they
18  are the least potent types of asbestos.
19  So I can't make a strict analogy between
20  what's been studied and the asbestos
21  types that I" -- "that haven't been
22  studied."
23          "Did I read that correctly?
24          "And your answer was that's

Brooke T. Mossman, M.S., Ph.D.

Page 210

```
 1    correct."
 2           Can I rely on that
 3    testimony?
 4       A.   You -- you can.
 5       Q.   Okay.  You have not studied
 6    the bio durability of asbestos cleavage
 7    fragments or talc in any human tissue,
 8    correct?
 9       A.   I have not looked at tissue
10    digestion studies, that's correct.
11       Q.   You have not performed any
12    studies on whether cleavage fragments can
13    reach the area of the lung where meso
14    is -- mesothelioma is induced and
15    develops, correct?
16       A.   I have not done inhalation
17    studies with cleavage fragments.
18       Q.   And you have not performed
19    any studies on whether cleavage fragments
20    can reach the area of the lung -- excuse
21    me, reach the area -- excuse me.  Let me
22    back up.  I'm going to get it right here
23    in a second.
24           You have not performed any
```

Page 211

```
 1    studies on whether talc can reach the
 2    area of the ovaries which can lead to
 3    ovarian cancer, correct?
 4       A.   I have not studied migration
 5    of talc.
 6       Q.   Distinguishing the
 7    dimensions, the aspect ratio of a
 8    cleavage fragment as opposed to an
 9    asbestos fiber is beyond the scope of
10    your expertise, correct?
11       A.   I have done some work on
12    dimensional characteristics in the 1980s,
13    where we compared cleavage fragment
14    population to asbestos fibers and those
15    are papers by Woodworth, et al., and
16    Hansen, et al., in cancer research.
17       Q.   Okay.  Can you go to 193 of
18    the Leavitt testimony, please?
19       A.   Okay.
20       Q.   And it's down on page -- I
21    mean, excuse me, Line 23.
22           "Question" -- and you were
23    asked, "Simply put, distinguishing the
24    dimensions, the aspect ratio of the
```

Page 212

```
 1    cleavage fragment as opposed to the
 2    asbestos fiber is beyond the scope of
 3    your expertise, correct?"
 4           And your answer under
 5    that -- under oath at that time was, "I
 6    do not do the measurements, no.
 7    That's" -- "that's correct."
 8           Is that true?
 9       A.   No, actually, I have done
10    the measurements with Dr. Woodworth on
11    preparations of cleavage fragments and
12    the respective asbestos fiber
13    preparations, and that was done in the
14    1980s and '90s.
15       Q.   So this was just a
16    misstatement in Leavitt?
17           MR. FROST:  Objection to
18    form.
19           THE WITNESS:  Yeah, I don't
20    think it was a misstatement.  I --
21    I say, "I don't do the
22    measurements in each experiment.
23    I have in the past."
24           So that's what I was
```

Page 213

```
 1    referring to.  That's in the next
 2    six to eight lines on 194.
 3    BY MR. SMITH:
 4       Q.   And then you continue on by,
 5    "Now I give it to a -- someone in our
 6    cell imaging facility," correct?
 7       A.   Right.  We have people who
 8    do those measurements.
 9       Q.   Okay.  You've never measured
10    the flexibility or tensile strength of
11    asbestos or cleavage fragments, correct?
12       A.   That's correct.  I don't
13    measure flexibility.
14       Q.   Flexibility of asbestos
15    fiber within a lung cell causing
16    mechanical injury is just a hypothesis,
17    correct?
18       A.   Well -- well, it --
19           MR. FROST:  Objection to
20    form.
21           THE WITNESS:  Yeah, it was
22    originally hypothesized by someone
23    named Archer who looked at plastic
24    films and measured the amount of
```

54 (Pages 210 to 213)

Brooke T. Mossman, M.S., Ph.D.

Page 214

1    free radical generation and
2    flexibility. So I think it's more
3    than a hypothesis. It's been
4    proven by some experimental data.
5 BY MR. SMITH:
6    Q.   Go to Page 172 in your
7 Leavitt testimony.
8    A.   Okay.
9    Q.   And I'm -- I'm going to
10 hopefully maybe get you a better copy or
11 something.
12    A.   It's okay. We're getting
13 there.
14    Q.   All right. 172. Line 15.
15 "Okay. When" -- "when asked
16 about flexibility you said in the past
17 there is a hypothesis that the
18 flexibility of an asbestos fiber within
19 the lung within a cell can cause
20 mechanical injury, correct?
21       "Yeah" -- and your answer
22 was, "Yes."
23       "Question: Okay. But
24 that's a hypothesis, correct?"

Page 215

1       And your answer was what?
2    A.   My answer was, "Yes." But
3 as I just stated, there have been studies
4 showing that flexibility within a cell
5 can cause oxidants that then are
6 associated with a mechanical injury.
7       So this statement is -- is
8 correct, but I think my statement in
9 terms of Archer experiments, it -- also
10 relate to flexibility and things that
11 injure cells.
12    Q.   Is your -- can I rely on
13 your answer in Leavitt right there?
14    A.   Sure.
15       MR. SMITH: Okay. I'm
16 getting ready to move to a
17 different section. Are we
18 breaking for lunch, are we just
19 going to plow through? What do
20 you want to do?
21       THE WITNESS: Let's go
22 through.
23       MR. FROST: Yeah, I was
24 going to say --

Page 216

1       THE WITNESS: Want to take a
2 short --
3       MR. FROST: Yeah, so why
4 don't we take like a five-minute
5 break and then -- I mean, I'm
6 generally fine going through
7 lunch. I don't normally take
8 lunches, but if the witness if
9 fine and you're fine --
10       MS. O'DELL: What's your
11 preference though?
12       THE WITNESS: It -- it's up
13 to you. I'd just as soon go.
14       MR. SMITH: Well, we're
15 going to have a --
16       MS. O'DELL: I think we
17 should have lunch at some point.
18       MR. SMITH: I'm going to
19 have to eat something.
20       THE WITNESS: Okay.
21       MR. FROST: Okay. How long
22 is your next section? Is it like
23 half an hour, 45 minutes?
24       MR. SMITH: That's a good

Page 217

1 question. I think we probably
2 better break now.
3       MR. FROST: You want to
4 break now?
5       MR. SMITH: Yeah.
6       THE WITNESS: Okay.
7       MR. SMITH: Is that okay?
8       THE WITNESS: Sure.
9       MR. FROST: Yeah, that's
10 fine.
11       THE VIDEOGRAPHER: Going off
12 record. The time is 12:16.
13       - - -
14       (Lunch break.)
15       - - -
16    A F T E R N O O N   S E S S I O N
17       - - -
18       THE VIDEOGRAPHER: We are
19 going back on record beginning
20 Media File Number 3. The time is
21 1:22.
22       - - -
23       EXAMINATION (Cont'd.)
24       - - -

55 (Pages 214 to 217)

Brooke T. Mossman, M.S., Ph.D.

Page 218

1  BY MR. SMITH:
2      Q.   All right.  Doctor, we just
3  took a lunch break, and I just have some
4  more questioning for you.
5          In your paper -- excuse me,
6  in your report for the MDL, you state, on
7  Page 10, under Paragraph D, "Chronic
8  inflammation and foreign body
9  carcinogenesis."  And I quote, "Chronic
10  inflammation over months and years can
11  result in many diseases, including
12  cancers, but has not been established as
13  a cause of ovarian cancer, and there is
14  evidence that is difficult to reconcile
15  with the inflammation hypothesis."  And
16  you have Ni cited.
17          And then you go on to say,
18  "The relationship between cancer and
19  inflammation is not simple and cannot be
20  reduced to one grand theory," quoting
21  Rakoff-Nahoum, 2006.  Do you recall that
22  in your report?
23      A.   Yes.  Do you --
24          MR. FROST:  So yeah, I was

Page 219

1      going to say, can we mark a copy
2      of the report?  It might make it
3      easier.
4          MR. SMITH:  Sure.  I have
5      some copies.
6          (Document marked for
7      identification as Exhibit
8      Mossman-21.)
9  BY MR. SMITH:
10      Q.   I'm going to mark a clean
11  copy.
12          MR. SMITH:  Can I keep one
13      of them?
14          MR. FROST:  Sure.  I was
15      going to say, is one marked up?
16          MR. SMITH:  Yeah.
17  BY MR. SMITH:
18      Q.   And that would be the next
19  numbered exhibit, Exhibit 21.  And,
20  Doctor, I was reading on Page 10 of your
21  report.
22      A.   Okay.
23      Q.   From Page 10 of your report.
24  Right in that first paragraph under,

Page 220

1  "Chronic inflammation and foreign body
2  carcinogenesis."
3      A.   Yes.
4      Q.   Did I read that correctly?
5  It's the -- it's six lines down starting
6  with, "Chronic inflammation," to the
7  right.  I'll read it again.
8      A.   Yes.
9      Q.   "Chronic inflammation over
10  months and years can result in many
11  diseases including cancers but has not
12  been established as a cause of ovarian
13  cancer, and there is evidence that is
14  difficult to reconcile with the
15  inflammation hypothesis."  You cite Ni,
16  et al., 2012.
17          "Notably Rakoff-Nahoum,
18  2006, cautions, 'The relationship between
19  cancer and inflammation is not simple and
20  cannot be reduced to one grand theory.'"
21          Did I read that correctly?
22      A.   You did.
23      Q.   Okay.  And this is in your
24  MDL report as part of your opinion in

Page 221

1  this case, correct?
2      A.   It is.
3          MR. SMITH:  I'm going to try
4      to make this as easy as possible.
5      But I put together -- it's a
6      two-sided document.
7          I'm going to mark it as the
8      next exhibit.  It's going to be
9      12.  And I created this.
10          MR. FROST:  Object for the
11      record the use to compiled,
12      created.  This is two pages?  We
13      only have one.
14          But to finish my objection,
15      but yeah, I object to the use of,
16      you know, exhibits that you
17      created.
18          MR. SMITH:  There should be
19      a back and front.
20          MR. FROST:  That's what I
21      figured.  Yeah, it's just the --
22          THE WITNESS:  It's just Page
23      1.
24          MR. SMITH:  All right.

56 (Pages 218 to 221)

Brooke T. Mossman, M.S., Ph.D.

Page 222

1  Well, let's do this. I'm going to
2  mark -- and we'll go through it.
3  I'm going to have to probably do
4  it back on the Elmo because I
5  don't know what happened. They
6  copied this downstairs. I
7  don't -- I don't have an
8  explanation.
9      I'm going to mark, which is
10  the back and front, which you just
11  have the front, as Exhibit 24.
12  And then when we get to the back
13  of it, I'm going to have to use
14  the Elmo.
15      (Document marked for
16      identification as Exhibit
17      Mossman-24.)
18  BY MR. SMITH:
19      Q.  I just want to go through
20  these studies. And just walk through
21  them with you and ask you some questions.
22  They're quotes from these different
23  studies. And first let me ask you.
24  Let's go to the first one.

Page 223

1      The draft screening
2  assessment "Talc, Environment, and
3  Climate Change," Canada, Health Canada
4  December 2018. Did you use that as part
5  of your reliance materials for your
6  opinion in this case?
7      A.  I did not.
8      Q.  Okay. And it says, "With
9  respect to talc specifically, local
10  irritation leading to an inflammatory
11  response is one of the possible
12  mechanisms of tumor progression that is
13  frequently hypothesized."
14      You've not read the Health
15  Canada draft screening assessment
16  referenced here?
17      A.  I have scanned it, yes.
18      Q.  You just said you hadn't
19  seen it. Now you say you scanned it.
20  Which is it?
21      MR. FROST:  Objection to
22  form.
23      THE WITNESS:  You asked me
24  if I read it in its completeness.

Page 224

1      No.  I actually scanned it because
2  it was presented to me in another
3  matter while on the stand. So I
4  did not look at it in detail.
5  BY MR. SMITH:
6      Q.  Okay. So you've not read
7  this back to front, this draft screening
8  assessment from Health Canada?
9      A.  That's -- that's correct.
10      Q.  You were just asked
11  questions about certain parts of it on
12  the stand, witness stand?
13      A.  I was.
14      Q.  Okay. Was that in the
15  Leavitt case?
16      A.  I believe so, yes.
17      Q.  Second quote from this draft
18  screening assessment on this page:
19  "There is support for an association of
20  inflammation and increased risk of
21  ovarian cancer."
22      Would you agree or disagree
23  with that statement?
24      MR. FROST:  Objection to

Page 225

1  form.
2      THE WITNESS:  I would
3  disagree with both of them.
4  Although I think the first one
5  states possible and hypothesis.
6  And again local irritation is a
7  hypothesis. But I would disagree
8  with both of them.
9  BY MR. SMITH:
10      Q.  And the -- the second --
11  third paragraph down cites the second
12  article -- a second article, Taher. Have
13  you read Taher in reliance of your
14  opinions in this case?
15      A.  No, I see this is an
16  unpublished document.
17      Q.  Well, it is an unpublished
18  document that's been published. It's in
19  peer-reviewed literature.
20      Taher, you've never read it?
21      MR. FROST:  Objection to
22  form.
23      THE WITNESS:  Yeah. I am
24  unaware of it. And if it has been

57 (Pages 222 to 225)

Brooke T. Mossman, M.S., Ph.D.

Page 226

```
1    published in the peer-review
2    literature, it hasn't appeared on
3    my searches.
4         MR. SMITH: And that is --
5    I'm going to mark this as
6    Exhibit 22.
7         Is that correct?
8         (Document marked for
9    identification as Exhibit
10   Mossman-22.)
11        MS. O'DELL: This is 24.
12        MR. SMITH: Oh my gosh.
13        MS. O'DELL: We didn't do a
14   20 --
15        MR. FROST: Oh, I see.
16   Okay.
17        MR. SMITH: Does it really
18   matter?
19        MR. FROST: I was going to
20   say we can do 22. I don't think
21   it has been --
22        MR. MIZGALA: So this, this
23   is 24?
24        MR. SMITH: Yeah, this is
```

Page 227

```
1    24 --
2         MR. FROST: So I think this
3    one will be 22.
4         MR. SMITH: It doesn't
5    matter what number.
6         MR. FROST: We can use 22
7    and 23 now.
8         MR. SMITH: Yeah. Okay.
9    BY MR. SMITH:
10   Q.   This is a systematic review
11   of the meta-analysis of the association
12   between perineal use of talc and risk of
13   ovarian cancer. Have you read and relied
14   on this study in support of your opinion
15   in this case?
16   A.   I have not seen this study
17   before.
18   Q.   Okay. And the quote on
19   Page 26, "Chronic inflammatory response
20   and alteration in local immunogenicity
21   are possible mechanisms."
22        Would you agree with that,
23   as far as mechanisms for ovarian cancer?
24   A.   I don't think that chronic
```

Page 228

```
1    inflammation in local immunogenicity has
2    been linked to causation of ovarian
3    cancers in anything that I've read.
4    Q.   But you haven't read Taher?
5    A.   No. This is an unpublished
6    document. I'm not sure where it's
7    published.
8         I haven't seen this document
9    and certainly I never saw it before my
10   report. So I would wonder what's new
11   about it and what's the source. I don't
12   know of any of the authors and haven't
13   heard of them as well. So I couldn't
14   really comment on this.
15   Q.   You don't know -- have any
16   knowledge about whether this
17   meta-analysis was produced and submitted
18   to Health Canada for their risk
19   assessment of talc not containing
20   asbestos?
21   A.   No, it --
22        MR. FROST: Objection to
23   form.
24   BY MR. SMITH:
```

Page 229

```
1    Q.   Okay.
2    A.   It's not in the
3    peer-reviewed literature. And I'm
4    unfamiliar with Dr. Taher or any of the
5    other authors in terms of their
6    contributions to the field.
7    Q.   Next is a -- a study called
8    Penninkilampi 2018. You referenced that
9    earlier.
10        Did you rely on the
11   Penninkilampi study for the basis of any
12   of your opinions in this case?
13   A.   Yes. But I emphasize that
14   this was a meta-analysis and a -- an
15   epidemiological study that didn't look
16   as -- at the quote as any foreign bodies.
17   And so I wouldn't agree with this
18   statement.
19        I don't think that there is
20   any information in this article or in
21   other ones that talc would ascend
22   perineally to the ovary.
23   Q.   Quote, if chronic -- and I'm
24   quoting Penninkilampi. If chronic
```

Brooke T. Mossman, M.S., Ph.D.

Page 230

1  inflammation due to ascending foreign
2  bodies is indeed the mechanism by which
3  talc is associated with increased ovarian
4  cancer, then these revoked results fit
5  the picture. And you said that you don't
6  believe that talc can ascend through the
7  fallopian tubes to the ovaries; is that
8  correct?
9      A.  And I'm --
10     Q.  And we'll get to that in a
11  minute about migration.
12         MR. FROST: Objection to
13  form.
14         THE WITNESS: Yeah, I think
15  that this -- the question if is
16  indeed the mechanism is unproven.
17  And certainly not in the
18  Penninkilampi epidemiological
19  meta-analysis.
20  BY MR. SMITH:
21     Q.  Have you read the Trabert,
22  Pinto and Hartge, et al., 2014 document
23  and used that as a basis of your opinions
24  in this case?

Page 231

1      A.  I have.
2      Q.  And quote from that study,
3  "Epidemiologic evidence implicates
4  chronic inflammation as a central
5  mechanism in the pathogenesis of ovarian
6  cancer."
7         What's pathogenesis means?
8      A.  Pathogenesis means the
9  development of disease. So it could be
10  any -- it could be talking about anything
11  from causation to later stages of
12  disease.
13     Q.  Well, here, "Epidemiologic
14  evidence implicates chronic inflammation
15  as a central mechanism in the
16  pathogenesis of ovarian cancer, the most
17  lethal gynecologic cancer among women in
18  the United States."
19         Would you agree or disagree
20  with that statement from Trabert?
21         MR. FROST: Objection to
22  form.
23         THE WITNESS: Yeah, I would
24  have to look at the Trabert paper.

Page 232

1  But as I remember this statement,
2  it was referenced to a hypothesis
3  paper by Ness and -- I believe it
4  was Cottreau in 1999 or 2000. And
5  that was the reference for this
6  statement. Certainly not the
7  paper which I believe was looking
8  at systemic markers of
9  inflammation and not ovarian
10  related markers in the ovary.
11  BY MR. SMITH:
12     Q.  There's another quote from
13  the Trabert study. "Our studies provide
14  additional evidence that inflammation
15  plays an important role in ovarian
16  carcinogenesis."
17         Would you agree or disagree
18  with that statement from Trabert?
19         MR. FROST: Objection to
20  form.
21         THE WITNESS: Again, I don't
22  have the paper in front of me, but
23  Trabert did not look at localized
24  inflammation in the ovary. I

Page 233

1  believe this was a study where
2  they looked at a total of over 40
3  markers of inflammation and found
4  only two systemically in
5  individuals with preexisting
6  cancer.
7         So, if it does play a role
8  in ovarian carcinogenesis, it
9  certainly is very speculative with
10  regard to causation.
11  BY MR. SMITH:
12     Q.  Well, it doesn't seem
13  speculative here. The quote states:
14  "Our study provides additional
15  evidence" -- "provides additional
16  evidence that inflammation plays an
17  important role in ovarian
18  carcinogenesis."
19         It's pretty direct there.
20  It doesn't say anything about hypothesis
21  or -- or any of the qualifiers that
22  you're saying, Doctor, does it?
23         MR. FROST: Objection to
24  form.

59 (Pages 230 to 233)

Brooke T. Mossman, M.S., Ph.D.

Page 234

1    THE WITNESS:  Yeah, let me
2 emphasize though, here they are
3 looking at systemic markers of
4 inflammation in the serum of
5 patients, and some of the markers
6 they found are the same ones that
7 have been detected in lung cancers
8 or in other models of cancer.
9    So whether inflammation
10 plays a critical role is
11 speculative.
12 BY MR. SMITH:
13    Q.   They didn't say it was
14 speculative?
15    MR. FROST:  Objection to
16 form.
17 BY MR. SMITH:
18    Q.   Correct?
19    A.   They did not look at
20 inflammation in the ovary.  So you can't
21 equate systemic inflammatory markers with
22 causative roles in disease especially if
23 you're looking at individuals who had
24 disease.

Page 235

1    MR. FROST:  And she said it
2 in her answer.  I was trying to
3 get it in before.  I want to lodge
4 the general objection that I think
5 it's improper to be asking her
6 about questions about papers that
7 aren't in front of her.
8 BY MR. SMITH:
9    Q.   Did you look at the Wu 2009
10 paper?
11    A.   I did, and again, this is an
12 epidemiology paper.  I'd have to look at
13 it again to see where the source of this
14 statement comes from, whether it's
15 reference to another study or whether
16 he's talking about specific things here
17 such as talc and endometriosis that he's
18 identified as variables.
19    Q.   Quote, "Our findings on talc
20 and endometriosis are consistent with
21 previous findings and compatible with the
22 hypothesis that these factors increase
23 the risk of ovarian cancer and that
24 inflammation may be a common pathway."

Page 236

1    Would you agree or disagree
2 with that statement?
3    MR. FROST:  Objection to
4 form.
5    THE WITNESS:  I would
6 disagree that his studies
7 illustrated that endometriosis is
8 linked to the risk of ovarian
9 cancer.  Other studies have shown
10 that it's not.
11 BY MR. SMITH:
12    Q.   Have you relied on Merritt
13 2008 as a basis for your opinions in this
14 case?
15    A.   Again, I'd have to go back
16 and -- did I list this in my references?
17 Then I could tell you.
18    Q.   Well, let's look.
19    THE WITNESS:  Do we have the
20 references?
21    MR. FROST:  The references
22 aren't attached.
23    THE WITNESS:  Yeah.
24    MR. SMITH:  Hold on.  I

Page 237

1 should have it.
2    (Document marked for
3 identification as Exhibit
4 Mossman-23.)
5 BY MR. SMITH:
6    Q.   Is Merritt 2008 one of the
7 studies that you relied on in the basis
8 of your opinions in this case?
9    A.   Let me just look at it just
10 to make sure.
11    Q.   I can't remember if I
12 attached that reference.
13    A.   No.
14    Q.   I did your updated, but I'm
15 going to attach this as Exhibit 23, the
16 original key references and reliance
17 materials.  I attached the amended one
18 earlier.
19    Doctor?
20    A.   Yes.
21    Q.   Did you rely on Merritt to
22 form the basis of your opinions in this
23 case?
24    A.   No, I did not.

60 (Pages 234 to 237)

Brooke T. Mossman, M.S., Ph.D.

Page 238

1    Q.  And from that paper, quote,
2  "Chronic inflammation has been proposed
3  as a possible causal mechanism that
4  explains the observed association between
5  certain risk factors, such as the use of
6  talcum powder, talc, in the pelvic region
7  and epithelial ovarian cancer."
8         Would you agree or disagree
9  with that statement from Merritt?
10        MR. FROST:  Objection.
11        THE WITNESS:  I'd have to
12     see the paper to see in which
13     context it was used and also what
14     reference was supplied.
15        Again, I think the key word
16     here is "possible."  So I'm not
17     aware that this paper presented
18     any causative role or causative
19     link between talcum powder and
20     ovarian cancer.
21  BY MR. SMITH:
22    Q.  Well, do you -- are you of
23  the opinion that chronic inflammation is
24  a possible causal mechanism to ovarian

Page 239

1  cancer?
2         MR. FROST:  Objection to
3     form.
4         THE WITNESS:  I would argue
5     against that based upon the
6     literature that I reviewed.  We
7     can go into that later or we can
8     go into it now.
9  BY MR. SMITH:
10    Q.  I'm just asking, do you
11  think chronic inflammation is a possible
12  mechanism leading to the development of
13  ovarian cancer?
14    A.  Not based upon what I've
15  read or seen regarding Dr. Shih's work in
16  this regard.
17    Q.  Dr. Shih's work?  Is that
18  the basis of your opinion that chronic
19  inflammation is not a possible mechanism
20  leading to the development of ovarian
21  cancer?
22        MR. FROST:  Objection to
23     form.
24        THE WITNESS:  No, that's

Page 240

1  only one, I think, compelling
2  study that indicates that chronic
3  inflammation is not a causal
4  mechanism.  Let me emphasize that
5  I also have looked at the
6  meta-analysis on pelvic
7  inflammatory disease that show
8  that this is not linked to ovarian
9  cancer, as well as the data on
10  aspirin and NSAIDs.
11  BY MR. SMITH:
12    Q.  That wasn't -- my question
13  wasn't about whether it shows a causal
14  relationship.  My question is, to you,
15  are you of the opinion chronic
16  inflammation is a possible mechanism
17  leading to the development of ovarian
18  cancer?
19        MR. FROST:  Objection to
20     form.
21        THE WITNESS:  Well, yeah,
22     and as I said previously, the data
23     suggests that it is not a possible
24     mechanism that leads to the

Page 241

1  development of disease.
2  BY MR. SMITH:
3    Q.  Quote -- the next quote --
4        And you say that the data
5  suggest that.  What data are you talking
6  about?  What work?  Is this an expert
7  report?  Is Shih an expert report?
8        MR. FROST:  Objection to
9     form.
10        THE WITNESS:  No.  As I
11     said, the Shih study is only one
12     of many studies beginning at the
13     cell level, indicating in my own
14     work that talc does not give rise
15     to genes that induce chronic
16     inflammation.
17        Also the studies in animals
18     indicate that there is no chronic
19     inflammation associated with
20     disease development.
21        The pelvic inflammatory
22     disease literature and the
23     literature on aspirin and NSAIDs,
24     Dr. Shih's study examines this

61 (Pages 238 to 241)

Brooke T. Mossman, M.S., Ph.D.

Page 242

1 directly and is compelling
2 evidence that chronic inflammation
3 does not lead to the causation of
4 ovarian cancers.
5 BY MR. SMITH:
6 Q. Where -- I'm looking on your
7 reliance materials. Where is
8 Dr. Shih's -- where is Dr. Shih listed on
9 here?
10 A. Dr. Shih's study was one
11 that I read after I compiled my opinions;
12 that is, my final report in this case.
13 Q. When did you read that?
14 A. I read that within the last
15 two weeks.
16 Q. Well, you provided me an
17 updated list of materials relied upon.
18 It's not in that.
19 A. It should have been.
20 Q. Is it?
21 A. Yes.
22 MR. FROST: It should be.
23 BY MR. SMITH:
24 Q. I see. It says "Expert

Page 243

1 report of Shih."
2 A. That's what I'm talking
3 about.
4 Q. That's a defense expert
5 report?
6 A. That's correct.
7 Q. So one of the major bases of
8 whether talc can cause chronic
9 inflammation that could possibly lead to
10 the development of ovarian cancer, one of
11 your major reliance materials is an
12 expert report for the defendants in this
13 litigation?
14 MR. FROST: Objection.
15 THE WITNESS: That's not
16 what I said.
17 BY MR. SMITH:
18 Q. You said it was a compelling
19 study that you relied upon for that
20 opinion.
21 MR. FROST: Objection.
22 THE WITNESS: It bolstered
23 my preexisting opinions written in
24 my report before I saw the study.

Page 244

1 And yes, it is a compelling study
2 showing that there is no
3 inflammation associated with early
4 lesions in ovarian cancers.
5 BY MR. SMITH:
6 Q. It's not a study, ma'am.
7 It's an expert report. It's not peer
8 reviewed, correct?
9 MR. FROST: Objection.
10 THE WITNESS: I'm sorry. As
11 a pathologist, I looked at that
12 data. It should be a
13 peer-reviewed report and maybe
14 some day.
15 But the fact is, it was
16 beautifully done and it was
17 compelling data showing that
18 inflammation is not associated
19 with early intraepithelial
20 development in serous types of
21 cancers.
22 BY MR. SMITH:
23 Q. Ma'am, one day I might be
24 president of the United States.

Page 245

1 My question to you is, is
2 that a peer-reviewed publication?
3 MR. FROST: Objection to
4 form.
5 THE WITNESS: As I read it,
6 no. But I'm sure it will be some
7 day.
8 BY MR. SMITH:
9 Q. Okay. What do you base your
10 opinion on, "I'm sure it will be some
11 day"? What do you base that on?
12 MR. FROST: Objection.
13 THE WITNESS: Dr. Shih is an
14 international expert in this
15 field. A leading pathologist in
16 this field. And, therefore, this
17 study is at a high -- I would call
18 it a highly ranked, thorough study
19 done beautifully by leading
20 pathologists in this field.
21 BY MR. SMITH:
22 Q. All those accolades gave
23 by -- given by another defense expert
24 being paid in this litigation, correct?

62 (Pages 242 to 245)

Page 246

1    MR. FROST:  Objection to
2  form.
3    THE WITNESS:  I am not
4  certain to whether how much he or
5  she is being paid.  I'm not
6  looking at the report as a report,
7  per se.  I'm looking at the data
8  and assessing it scientifically,
9  and it is compelling data.
10 BY MR. SMITH:
11   Q.   I meant all the accolades
12 that you're throwing on this expert
13 report are by you, who is a defense paid
14 expert and been in talc litigation since
15 2014; is that correct, Dr. Mossman?
16   A.   No, it's --
17   MR. FROST:  Objection --
18 BY MR. SMITH:
19   Q.   That's not correct?  Let's
20 break it down then.
21   A.   No, let -- let me finish.
22   Q.   Okay.
23   A.   I'm not talking as an expert
24 for defense in litigation.  I'm talking

Page 247

1  as a pathologist in the study of science.
2    This was a scientific study,
3  and it was done correctly and it is very
4  important in terms of bolstering my
5  opinions which were linked to other
6  things prior to my seeing the Shih study.
7    Q.   Ma'am, it's an expert
8  report.  Your reliance materials have you
9  here as a paid expert for Johnson &
10 Johnson who is a defendant in the
11 litigation.  You've been paid for talc
12 litigation since 2014.  So your opinions
13 and your reliance materials and your
14 opinion in this case is for litigation.
15 Do you not understand that?
16   MR. FROST:  Objection to
17 form.
18   THE WITNESS:  Yes.  And I
19 think you are incorrect.  My
20 opinions are not as expert in
21 litigation.
22    My opinions are as a
23 scientist who has studied this
24 field for 40 years.

Page 248

1  BY MR. SMITH:
2    Q.   Studied the field of talc
3  and ovarian cancer for 40 years?
4    A.   No.
5    MR. FROST:  Objection.
6    THE WITNESS:  Who studied
7  the field of ovarian cancer most
8  recently.  But who has done
9  research on development of
10 epithelial cancers in the cervix,
11 in the skin, and in the lung.
12 BY MR. SMITH:
13   Q.   That's not what we are
14 about.  We're talking about ovarian
15 cancer.  I'm not talking about the cervix
16 or the lung -- I'm not talking about
17 cervical cancer.
18    Do you understand that?  I'm
19 talking about ovarian cancer.
20   MR. FROST:  Objection to
21 form.
22   THE WITNESS:  What I'm
23 saying is that inflammation is
24 inflammation regardless of the

Page 249

1  cancer that you're talking about.
2  BY MR. SMITH:
3    Q.   So inflammation is
4  inflammation.
5    A.   What I'm saying here is that
6  there is no evidence that chronic
7  inflammation is associated with the
8  causation or early development of ovarian
9  cancers.
10   Q.   You have not performed one
11 study on cosmetic-grade talc, correct?
12   A.   I have said that before,
13 yes.
14   Q.   You have not performed one
15 study on Shower to Shower or Baby Powder
16 which are the products at issue in this
17 case, correct?
18   MR. FROST:  Objection to
19 form.
20   THE WITNESS:  As I
21 emphasize, I have looked at
22 industrial talcs --
23 BY MR. SMITH:
24   Q.   No, ma'am.  That's not

Brooke T. Mossman, M.S., Ph.D.

Page 250

1 responsive to my question.
2       My question is, have you
3 performed any studies on Baby Powder and
4 Shower to Shower that are at issue in
5 this litigation?
6       MR. FROST:  Objection to
7       form.
8       THE WITNESS:  I have not
9       myself performed studies.
10 BY MR. SMITH:
11       Q.   And have you performed
12 studies on the types of asbestos that
13 experts have found and internal documents
14 have revealed from Johnson & Johnson and
15 Imerys that are in Baby Powder and Shower
16 to Shower?
17       MR. FROST:  Objection.
18       THE WITNESS:  Again, I've
19       looked at talc, fibrous talc,
20       which contained non-asbestiform
21       tremolite.  And I'm unaware of
22       scientific data supporting the
23       claims that tremolite,
24       anthophyllite, or actinolite

Page 251

1 asbestos are in talcs.
2       MR. SMITH:  Object to
3 nonresponsiveness.
4 BY MR. SMITH:
5       Q.   My question is, have you
6 ever performed a study on the types of
7 asbestos that we went through earlier
8 that have been found in the internal
9 documents of Johnson & Johnson and Imerys
10 that are in Baby Powder and Shower to
11 Shower and by experts that have tested
12 Baby Powder bottles?
13       MR. FROST:  Objection.
14       THE WITNESS:  I have not.
15 BY MR. SMITH:
16       Q.   Okay.  In the Merritt --
17 another Merritt quote here.  "Chronic
18 inflammation was first invoked as a
19 possible mechanism leading to the
20 development of epithelial ovarian cancer
21 to explain observed associations between
22 certain factors such as talcum powder in
23 the perineal region or pelvic
24 inflammatory disease and the risk of

Page 252

1 ovarian cancer."
2       Would you agree or disagree
3 with that statement from Merritt?
4       MR. FROST:  Objection.
5       THE WITNESS:  I don't have
6       it in front of me.  I -- I really
7       can't comment on it.
8 BY MR. SMITH:
9       Q.   You can't comment on that
10 quote, whether you agree with that
11 statement or not?
12       A.   Which one was this now?  The
13 chronic inflammation again?
14       Q.   It's the second one.
15 "Chronic inflammation was first invoked
16 as a possible mechanism leading to the
17 development of epithelial ovarian cancer
18 to explain observed associations between
19 certain factors such as talcum powder in
20 the perineal region or pelvic
21 inflammatory disease, PID, and a risk of
22 ovarian cancer."
23       Do you agree or disagree
24 with that statement?

Page 253

1       MR. FROST:  Objection to
2       form.
3       THE WITNESS:  I disagree
4       with the statement.
5 BY MR. SMITH:
6       Q.   Thank you.
7       Next Merritt quote:
8 "Indeed, the most consistent evidence
9 linking inflammation with ovarian cancer
10 comes from many reports that use of the
11 talc in the perineal region increases
12 ovarian cancer risk."
13       Would you agree or disagree
14 with that statement from Merritt?
15       MR. FROST:  Objection.
16       THE WITNESS:  Again, I'd
17       have to see the report and see the
18       references, but the references
19       that I have reviewed suggest that
20       this is not consistent evidence at
21       all.
22 BY MR. SMITH:
23       Q.   And have you read Gates or
24 did you rely on Gates 2008 for the basis

64 (Pages 250 to 253)

Brooke T. Mossman, M.S., Ph.D.

Page 254

1    of your opinion in this case?
2        A.   It was one of the cohort
3    studies I believe.
4        Q.   She has several.
5        A.   I'd have to see the
6    publication.
7            Do you have it?
8            MR. FROST:  Reliance list.
9    Did you check your reliance list?
10           THE WITNESS:  I mean, I have
11   to see the publication itself.
12           MR. FROST:  Sure.
13           MR. SMITH:  I'll get that at
14   a break.  Yeah, I'll get that at a
15   break.  Let me see if I can find
16   it real quick.  If not, I'll move
17   on.  I'll come back to it.
18   BY MR. SMITH:
19       Q.   But, quote, "Talc particles
20   can induce an inflammatory response in
21   vivo which may be important" -- what's
22   "in vivo" mean?
23       A.   It means in the body.
24       Q.   "Talc particles can induce

Page 255

1    an inflammatory response in vivo."
2            Do you agree with that?
3            MR. FROST:  Objection to
4    form.
5            THE WITNESS:  I believe we
6    talked about that with talc
7    pleurodesis, yes.
8    BY MR. SMITH:
9        Q.   -- "which may be important
10   in ovarian cancer risk.  Normal ovarian
11   cells treated with talc are more likely
12   to undergo cell proliferation and
13   neoplastic transformation, and cellular
14   generation of reactive oxygen species
15   increases with increasing exposure to
16   talc."
17           Do you agree with that
18   statement from Gates?
19           MR. FROST:  Objection to
20   form.
21           THE WITNESS:  Gates did not
22   show that in this publication.  I
23   do remember the statement.  And I
24   would not agree with the statement

Page 256

1    I believe that no normal ovarian
2    cells treated with talc undergo
3    increased cell proliferation,
4    neoplastic transformation, and
5    generation of reactive oxygen
6    species.
7            She may be referencing
8    another study which -- by
9    Buz'Zard et al., that encompasses
10   these ideas.
11   BY MR. SMITH:
12       Q.   I'm -- going to have to look
13   at the screen now.  I just don't have --
14   I don't know what happened with the -- I
15   apologize.
16           Did you rely on Langseth
17   2008 for the basis of your opinions in
18   this case?
19       A.   I did.  It was an
20   epidemiological study.  Again, the
21   hypothesis, mechanism of carcinogenicity
22   may be related to inflammation.  He
23   didn't look at inflammation, but it's a
24   hypothesis that he put forth.

Page 257

1        Q.   Do you believe it's a
2    possible hypothesis?
3            MR. FROST:  Objection to
4    form.
5            THE WITNESS:  Based upon my
6    studies with talc, no.  Because in
7    ovarian epithelial cells and
8    certainly in pleural -- I should
9    say peritoneal mesothelial cells
10   we documented antiinflammatory
11   effects of talc.  So it's
12   difficult for me to reconcile my
13   findings with this statement.
14   BY MR. SMITH:
15       Q.   Collectively -- well, let me
16   ask you this.  Did you read the Mills
17   2004 paper as reliance for your opinions
18   in this case?
19       A.   Let me look here and see
20   whether I did read it.
21           No, I am uncertain what that
22   is.
23           I believe it might be an
24   epidemiology study, because it does ring

65 (Pages 254 to 257)

Golkow Litigation Services - 877.370.DEPS

Brooke T. Mossman, M.S., Ph.D.

Page 258

1    a bell.
2        Q.   You don't have it as your
3    reliance materials for the basis of your
4    opinion in this case; is that correct?
5        A.   No, it's not listed.
6        Q.   "Collectively, these studies
7    point to a possible etiologic role of
8    talc in ovarian cancer via an
9    inflammatory process at the site of the
10   ovarian epithelium."
11           Would you agree or disagree
12   with that statement from Mills?
13           MR. FROST:  Objection to
14       form.
15           THE WITNESS:  Yeah, I would
16       disagree that -- that has not been
17       shown.
18   BY MR. SMITH:
19       Q.   Have you read the Ness 2000
20   study?
21       A.   I have.  These are all
22   hypotheses generating.
23           I believe some of them are
24   reviews of the field as well.

Page 259

1        Q.   Quote, "Inflammation
2    involves rapid cell division, DNA
3    excision and repair, oxidative stress,
4    and high concentrations of cytokines
5    and" --
6        A.   Prostaglandins.
7        Q.   I'm glad you pronounced it.
8            -- "all of which are
9    established promoters of mutagenesis."
10           Would you agree with that
11   statement?
12           MR. FROST:  Objection.
13           THE WITNESS:  In a general
14       context, yes.  But it certainly
15       hasn't been shown for talc,
16       because talc doesn't induce
17       mutations.
18   BY MR. SMITH:
19       Q.   Have you relied on Ness 1999
20   in forming the basis of your opinions in
21   this case?
22       A.   Yes.  It's somewhat
23   outdated, but I think that this was a
24   review of the state of the art at that

Page 260

1    time in the literature.
2        Q.   It says, "At the same time,
3    a growing body of epidemiological
4    evidence suggest that factors calling
5    epithelial inflammation are involved in
6    ovarian carcinogenesis.  Such factors
7    include asbestos and talc exposures,
8    endometriosis, and pelvic inflammatory
9    disease."
10           I take it that you don't
11   agree with that statement of Ness in
12   1999?
13           MR. FROST:  Objection to
14       form.
15           THE WITNESS:  I don't.  I
16       don't agree with "such factors
17       include."  Maybe they were at the
18       time.  But there have been a lot
19       of papers published since then
20       that suggest the opposite.
21   BY MR. SMITH:
22       Q.   Same study.  "Inflammation
23   by its nature produces toxic oxidants
24   meant to kill pathogens.  These oxidants

Page 261

1    cause direct damage to DNA, proteins, and
2    lipids and may, therefore, play a role in
3    direct carcinogenesis."
4            Do you agree with that
5    statement?
6            MR. FROST:  Objection.
7            THE WITNESS:  Again, it's a
8        general statement with regard to
9        inflammation in general.  I don't
10       agree with it as it's been
11       shown -- has not been shown to be
12       important in ovarian cancer
13       development.
14   BY MR. SMITH:
15       Q.   Same study.  "Direct
16   induction of inflammation as a result of
17   endometriosis, talc and asbestos exposure
18   and PID, as well as ovulation itself, may
19   act to promote ovarian tumorigenesis."
20           Do you agree with that
21   statement from Ness?
22           MR. FROST:  Objection.
23           THE WITNESS:  Again, it's an
24       outdated paper that hasn't

66 (Pages 258 to 261)

Brooke T. Mossman, M.S., Ph.D.

Page 262

1    evaluated these studies that don't
2    support that mechanism of action.
3  BY MR. SMITH:
4      Q.   Same study. "We have
5  reviewed the data suggesting that an
6  additional mechanism that may underlie
7  ovarian cancer is inflammation with
8  concomitant rapid DNA turnover and
9  defective repair."
10         Do you agree or disagree
11  with that statement?
12         MR. FROST:  Objection.
13         THE WITNESS:  Again, I -- it
14  may have been true in 1999, but
15  data do not support that as a
16  whole.
17  BY MR. SMITH:
18      Q.   Okay.  Well, let's talk
19  about data that might be more relevant.
20  And you would agree that this is
21  epidemiological data that we have gone
22  through regarding the inflammation that's
23  on Exhibit 24, correct?
24         MR. FROST:  Objection.

Page 263

1          THE WITNESS:  I would agree,
2  I'm sorry.  Was that a question?
3  BY MR. SMITH:
4      Q.   Been dealing with
5  epidemiological studies?
6      A.   Have we talked about them?
7      Q.   Yes.
8      A.   Yes, we have.
9      Q.   Excuse me.  That are
10  included in Exhibit 24 that we went
11  through all the quotes.  Those are
12  epidemiological studies that we went
13  through, correct?
14         MR. FROST:  Objection.
15         THE WITNESS:  The majority
16  of these are epidemiology studies,
17  yes, with the exception of the
18  Trabert study.
19         MR. FROST:  Are these two
20  different ones?
21         MR. SMITH:  No.
22         MR. FROST:  Okay.
23         MR. SMITH:  Same one.
24         MR. FROST:  Just not

Page 264

1    stapled.
2          (Document marked for
3          identification as Exhibit
4          Mossman-25.)
5  BY MR. SMITH:
6      Q.   All right.  Exhibit 25, this
7  is a paper that was published in 2009.
8  Do you see that, Doctor?  "Inflammation:
9  A Hidden Path to Breaking the Spell of
10  Ovarian Cancer."
11         Do you see that?
12      A.   Yes.  I am not familiar with
13  the journal Cell Cycle, but...
14      Q.   By Shan and Liu.
15         And if you turn to the next
16  page -- well, let me ask you this.  Is
17  this on your reference materials that
18  form the basis of your opinion in this
19  case?
20      A.   No.  And I'm unfamiliar with
21  the journal.  So I'm not sure it would
22  have been referenced by PubMed or my
23  PubMed searches.
24      Q.   Okay.  Well, let's go to the

Page 265

1  first page.  "Inflammation:  A hidden
2  path to breaking the spell of ovarian
3  cancer."  Shan and Liu, the authors from
4  the department of pathology at the
5  University of Texas M.D. Anderson Cancer
6  Center, Houston, Texas.
7          Is M.D. Anderson Cancer
8  Center in Houston, Texas, a reputable
9  cancer center in the United States and
10  throughout the world?
11         MR. FROST:  Objection.
12         THE WITNESS:  It is.
13  BY MR. SMITH:
14      Q.   Let's go to the first --
15  let's go to the box, grey box to the left
16  above introduction.  "Epithelial ovarian
17  cancer is a highly lethal gynecological
18  cancer for which overall prognosis has
19  remained poor over the past few decades.
20  A number of theories have been postulated
21  in an effort to explain the etiology of
22  epithelial ovarian cancer each of which
23  has been both applauded and doubted.  Of
24  note, these theories likely are not

67 (Pages 262 to 265)

Brooke T. Mossman, M.S., Ph.D.

Page 266

```
 1    mutually exclusive as they all converge
 2    more or less on the role of inflammation
 3    in promoting ovarian tumorigenesis."
 4           Do you agree with that
 5    statement?
 6           MR. FROST:  Objection.
 7           THE WITNESS:  Yes.  That the
 8       inflammation certainly has been
 9       shown to be important in late
10       stage cancers, including ovarian.
11    BY MR. SMITH:
12       Q.   That's not what it says,
13    Doctor.  It says, "Of note, these
14    theories are likely not mutually
15    exclusive as they all converge more or
16    less on the role of inflammation in
17    promoting ovarian tumorigenesis,"
18    correct?
19       A.   Correct.
20       Q.   Okay.
21       A.   And promotion is not
22    initiation or causation.
23       Q.   I understand.
24       A.   So that's what I stated.
```

Page 267

```
 1           That in general,
 2    inflammation has been linked to the
 3    progression as well as the dissemination
 4    of preexisting tumors.
 5       Q.   Okay.  Let me continue.  "In
 6    this review we describe the latest
 7    studies on the role of inflammation in
 8    the initiation and progression of
 9    epithelial ovarian cancer from three
10    major aspects:  Physiologic functions of
11    a normal ovary, potential involvement of
12    the fallopian tube in the initiation of
13    epithelial ovarian cancer, and the strong
14    impact of cellular microenvironment on
15    the development of disease."
16           Now, that statement doesn't
17    just say progression.  It says
18    initiation, correct?
19           MR. FROST:  Objection.
20           THE WITNESS:  We describe
21       the latest studies on the role of
22       inflammation initiation.  I'd
23       like -- I'd have to read this --
24    BY MR. SMITH:
```

Page 268

```
 1       Q.   Sure.
 2       A.   -- uncover where --
 3       Q.   We're going to go through
 4    it.  We're going to go through it.
 5       A.   Okay.
 6       Q.   All right.
 7           Introduction.  "Epithelial
 8    ovarian cancer, EOC, is the most common
 9    subgroup of ovarian cancer.  It's the
10    deadliest gynecological cancer in the
11    United States, accounting for more deaths
12    than all other gynecological cancers
13    combined."
14           And we went through that
15    earlier, correct?
16       A.   Yes.
17       Q.   "The high mortality rate for
18    epithelial ovarian cancer is a result of
19    technical obstacles to early detection of
20    the disease, a high prevalence of distal
21    metastasis at late stages of the
22    disease" -- and that's in 70 percent of
23    the cases it said.
24           "This latter property is
```

Page 269

```
 1    probably attributable to the unique
 2    peritoneal environment of the epithelial
 3    ovarian cancer which facilitates
 4    convenient seating of ovarian cancer
 5    cells in the peritoneal cavity, which is
 6    further aided by the constant flow of
 7    peritoneal fluid."
 8           Were you aware of that
 9    statement prior to us reading it?
10       A.   Could you refer -- you're
11    going a little fast.  I'm just wondering
12    where you are.
13       Q.   I'm at introduction.
14       A.   Okay.
15       Q.   And I'm about six lines
16    down, "This latter property is probably
17    attributable."
18           Do you see that?
19       A.   The first paragraph?
20       Q.   Under introduction.
21       A.   Yep.
22       Q.   It's after "70 percent of
23    the cases."
24           Are you aware of the unique
```

68 (Pages 266 to 269)

Brooke T. Mossman, M.S., Ph.D.

Page 270

1  environment of peritoneal -- the
2  peritoneal environment being unique for
3  epithelial ovarian cancer which
4  facilitates convenient seating of ovarian
5  cancer cells in the peritoneal cavity,
6  which is further aided by constant flow
7  of peritoneal fluid."
8        Were you aware of that
9  statement prior to us reading that now?
10       MR. FROST:  Objection to
11  form.
12       THE WITNESS:  Yeah.  I'm
13  still lost in where you are here,
14  and whether there are references
15  to that statement.
16 BY MR. SMITH:
17    Q.  Ma'am.  Ma'am.  I'm in
18 introduction.
19    A.  Gotcha.
20    Q.  On the first page.
21    A.  Okay.
22    Q.  Do you see, one, two, three,
23 four, five, six, seven lines down, you
24 see 70 percent of cases right there?

Page 271

1        Do you see 70 percent?
2    A.  Yes.
3    Q.  I'm reading the line right
4  after that.  "This latter property is
5  probably attributable to the unique
6  peritoneal environment of epithelial
7  ovarian cancer which facilitates
8  convenient seating of ovarian cancer
9  cells in the peritoneal cavity, which is
10 further aided by the constant flow of
11 peritoneal fluid."
12       Were you aware of that fact
13 before we read it just now?
14       MR. FROST:  Objection.
15       THE WITNESS:  I was aware of
16 the importance of tumor
17 microenvironment on dissemination
18 of preexisting cancers.  I'm not
19 sure whether -- how unique a
20 peritoneal environment is.  Since
21 we have looked at the environment
22 of the peritoneum and the lung in
23 terms of cytokines in regard to
24 mesotheliomas and see very similar

Page 272

1  trends.
2        So I think the word unique
3  peritoneal environment is of
4  question to me.  I don't know why
5  it would be unique.
6  BY MR. SMITH:
7    Q.  Okay.  "We call particular
8  attention to this 'open' environment to
9  which epithelial ovarian cancer is
10 exposed because it has resulted in a
11 myriad of characteristics specific to
12 epithelial ovarian cancer such as ease of
13 widespread cancer metastases" --
14 "metastases in short period of time,
15 unique formation of ascites, and high
16 susceptibility of the ovarian surface
17 epithelium or OSE to peritoneal
18 inflammatory stimuli."
19    A.  Again, I think by open
20 environment they are talking about the
21 peritoneum as a cavity with fluids in it.
22 I don't recall nor have I seen papers
23 suggesting that there is high
24 susceptibility of ovarian epithelial to

Page 273

1  peritoneal inflammatory stimuli.
2        Again, this is a -- not --
3  not a paper with original results.  It's
4  a hypothesis paper.  I don't see any data
5  here supporting that, or any data at all
6  in this manuscript other than a figure
7  entitled, "Potential sources of
8  inflammatory stimuli."
9    Q.  Go to the next page, please.
10    A.  Mm-hmm.
11    Q.  If you look down at the
12 bottom right.  "Inflammation:  Cellular
13 senescence in ovarian epithelial
14 microenvironment and ovarian cancer."
15       "As described above the
16 complex biology of OSE," which is ovarian
17 surface epithelium, "makes ovarian
18 epithelial cells exceedingly sensitive to
19 peritoneal inflammatory agents."
20       And they talk about the open
21 system on the page we read just before
22 that.  Do you recall that?
23    A.  Yeah, but again I want to
24 emphasize that they are talking about

69 (Pages 270 to 273)

Brooke T. Mossman, M.S., Ph.D.

Page 274

1 Figure 1, "Potential sources of
2 inflammatory stimuli." And there's no
3 data to support this hypothesis in the
4 paper.
5      Q.   It doesn't say hypothesis
6 anywhere, does it, Doctor?
7           MR. FROST:  Objection.
8           THE WITNESS:  This is a
9      hypothesis paper.  There's no data
10     in it.  This is a figure that they
11     have drawn, a schematic in which
12     they are hypothesizing that there
13     is inflammatory stimuli in the
14     peritoneal fluids.
15          So I'm unclear as to the
16     data.  I think it's an intriguing
17     hypothesis.  But as I emphasized
18     previously, it hasn't been borne
19     out in the last decade.
20 BY MR. SMITH:
21     Q.   Okay.  Let's look at Figure
22 1.  It has -- at the bottom right.  It
23 has, "Peritoneal inflammatory stimuli,
24 initiation of premalignant ovarian

Page 275

1 epithelial cells, senescent fibroblasts,
2 inflammatory cells, and capillaries."
3           Do you see that diagram in
4 Figure C?
5      A.   Yes.
6      Q.   And it says under Figure 1,
7 "Potential sources of inflammatory
8 stimuli that may contribute to the
9 initiation and/or progression of
10 epithelial ovarian cancer."
11          Do you see that?
12     A.   I do.  And it also states
13 that these functions may be
14 pro-inflammatory in nature.
15          So, again, this is an
16 intriguing hypothesis, but it was in
17 2009.  And in ten years there's no
18 evidence suggesting that this hypothesis
19 is true.
20     Q.   We'll get to that.  Let's go
21 to the page, the last page conclusions.
22     A.   Okay.
23     Q.   "The tumor milieu in which
24 epithelial ovarian cancer develops has

Page 276

1 been described as one enriched with a
2 broad spectrum pro-inflammatory cytokines
3 and chemokines.  Increasing evidence
4 suggests that inflammation contributes
5 significantly to the etiology of
6 epithelial ovarian cancer."
7           What does "etiology" mean?
8      A.   Basically the process of
9 disease.
10          Again, there's no references
11 to support this.  So I'm not sure what he
12 means by etiology.  It's a very broad
13 term.
14     Q.   Okay.  Let's go to -- hold
15 on a second.  Bear with me just a second.
16          Man, they did a weird way of
17 copying this stuff down there.  I mean,
18 you talking about -- I couldn't figure it
19 out.  It all just came to me.  And I just
20 can't believe what I'm seeing.  But
21 anyway, we'll get it straight.
22          MR. FROST:  Is this one
23     copy?
24          MR. SMITH:  Yeah, I'm

Page 277

1 getting ready to hand it to you
2 now.
3           (Document marked for
4      identification as Exhibit
5      Mossman-26.)
6           (Whereupon, a discussion was
7      held off the record.)
8 BY MR. SMITH:
9      Q.   Okay.  Doctor, this is a
10 study not from back in time.  This is
11 August 2018, a year ago, correct?
12     A.   Yes.  It's in another
13 journal that I have never heard of.  So
14 I'm just trying to see whether it would
15 have appeared on my PubMed searches.
16     Q.   Down at the bottom left, it
17 has NCBI, which is the public release of
18 government -- and it has NIH.gov.  What
19 is NIH?
20     A.   That means it's referenced
21 in the National Institutes or National
22 Library of Medicine.
23     Q.   It's the National Institute
24 of Health, correct?

70 (Pages 274 to 277)

Brooke T. Mossman, M.S., Ph.D.

Page 278

1      A.   NIH is the National
2    Institutes of Health.  I don't think the
3    study was done at the National Institutes
4    of Health.
5      Q.   And this study is entitled
6    The Role of Inflammation and Inflammatory
7    Mediators in the Development,
8    Progression, Metastasis and
9    Chemoresistance of Epithelial Ovarian
10   Cancer, correct?
11     A.   Yes.  This appears to be
12   another review with no new data.  Allow
13   me to just go through this.
14     Q.   I'm going to read some
15   sections in the abstract.  "Inflammation
16   plays a role in the initiation and
17   development of many types of cancers,
18   including epithelial ovarian cancer (EOC)
19   and high-grade serous ovarian cancer
20   (HGSC), a type of epithelial ovarian
21   cancer."
22          Do you agree or disagree
23   with that statement in the abstract of
24   this paper?

Page 279

1      A.   I disagree.  This is a
2    review.  And I don't believe that
3    inflammation has been linked to the
4    initiation of epithelial ovarian cancers
5    or serous grades.
6      Q.   Okay.
7      A.   So I would -- I think it's
8    an emphatic statement that needs to be
9    referenced.
10     Q.   There are -- this is the
11   abstract.  "There are connections" -- and
12   we'll get to it.
13     A.   Okay.
14     Q.   "There are connections
15   between epithelial ovarian cancer in both
16   peritoneal and ovulation-induced
17   inflammation.  Additionally, epithelial
18   ovarian cancers have an inflammatory
19   component that contributes to their
20   progression.  At sites of inflammation,
21   epithelial cells are exposed to increased
22   levels of inflammatory mediators, such as
23   reactive oxygen species, cytokines" --
24   pronounce that for me, please.

Page 280

1      A.   Prostaglandins.
2      Q.   Thank you.
3          -- "prostaglandins, and
4    growth factors that contribute to
5    increase cell division and genetic and
6    epigenetic changes."
7          Do you agree with those
8    statements?
9          MR. FROST:  Objection to
10   form.
11         THE WITNESS:  I believe that
12   this is a generalized statement in
13   terms of epithelial cells, but not
14   with regard to ovarian epithelial
15   cells.
16   BY MR. SMITH:
17     Q.   "These exposure-induced
18   changes promote" -- we just went through
19   that.  "Furthermore, the pro-inflammatory
20   tumor microenvironment (TME) contributes
21   to epithelial ovarian cancer and
22   metastases" --
23     A.   Metastases.
24     Q.   I don't know why I'm

Page 281

1    tripping over my words today.
2          -- "and chemo resistance.
3    In this review, we will discuss the roles
4    inflammation and inflammatory mediators
5    play in the development, progression,
6    metastases and chemoresistance of
7    epithelial ovarian cancer."
8          Correct?
9          MR. FROST:  Objection to
10   form.
11         THE WITNESS:  Yes, this is a
12   review that discusses that.
13   BY MR. SMITH:
14     Q.   Okay.  And the first
15   paragraph is, "Inflammation and
16   epithelial ovarian cancer."
17         Do you see that?
18     A.   I do.
19     Q.   And it states, "Inflammation
20   is part of the immune response that
21   protects against foreign pathogens and
22   aids in healing.  Inflammation is
23   elicited in response to cellular damage
24   by infection, exposure to foreign

71 (Pages 278 to 281)

Brooke T. Mossman, M.S., Ph.D.

Page 282

1    particles or pollutants or irritants, or
2    an increase in cellular stress.  The
3    ultimate goal of the inflammatory
4    response is to restore tissue
5    homeostasis, either by destruction or
6    healing of the damaged tissue.
7        "The acute or immediate
8    inflammatory response involves
9    modification of the vasculature
10   surrounding the site of stress or damage
11   to increase blood flow.  This alteration
12   is then followed by activation of innate
13   immune cells already present in the
14   tissue including macrophages, dendritic
15   cells (DC) and mast cells and an increase
16   in infiltration of additional innate
17   immune cells into the affected tissue."
18       Do you agree with that?
19       MR. FROST:  Objection.
20       THE WITNESS:  It's a
21   generalized statement for
22   inflammation, yes.
23   BY MR. SMITH:
24       Q.   It says, "At sites of

Page 283

1    inflammation, there are high levels of
2    reactive oxygen species, cytokines,
3    chemokines, and growth factors that are
4    produced by the immune cells and other
5    cells in tissue."
6        Do you agree with that?
7        MR. FROST:  Objection to
8    form.
9        THE WITNESS:  I agree that
10   this may be true in chronic
11   inflammation or extremely high
12   exposures to very toxic agents.
13   So in that vein, I would agree
14   with it.
15   BY MR. SMITH:
16       Q.   "Acute inflammation is
17   essential for the tissue homeostasis and
18   to protect against normal exposure to
19   pathogens. However, in certain cases,
20   the body is unable to resolve this
21   response or is subjected to repeated
22   stimulation, resulting in chronic
23   inflammation."
24       Do you agree with that?

Page 284

1        A.   I do.
2        Q.   The next paragraph talks
3    about ovarian cancer.  And it states --
4    one, two, three -- four lines down,
5    "Chronic inflammation is an important
6    risk factor associated with epithelial
7    ovarian cancer and high-grade serous
8    ovarian cancer (HGSC), the most malignant
9    subtype of epithelial ovarian cancer."
10       Do you agree with that?
11       A.   I don't see a statement for
12   that.  I know inflammation has been
13   associated with late stage tumors, but we
14   don't know what the role is in terms of
15   disease or protection from disease and
16   what is the function of this.
17       Q.   "In this review, we will be
18   primarily focus on inflammation as a risk
19   factor for invasive epithelial ovarian
20   cancer, but have also included supportive
21   evidence from other ovarian cancer
22   subtypes studied that do not describe the
23   subtype of ovarian cancer and other tumor
24   types as indicated."

Page 285

1        And then they go through and
2    they talk about, on the next page --
3    well, they talk about signaling pathways
4    and transcription factors and innate
5    immune response.  It talks about the
6    immune responses.
7        Number 2 on the next page
8    talks about inflammation as a risk factor
9    for epithelial ovarian cancer.  It has
10   cites there.  It talks about ovulation.
11   It talks about infection.
12       And then it says, "Other
13   sources of inflammation."
14       Do you see that on Page 4 of
15   39?
16       A.   I do.
17       Q.   And it says, "The other
18   causes of inflammation in the ovaries
19   and/or fallopian tubes are endometriosis,
20   obesity, polycystic ovarian syndrome or
21   PCOS, and talc exposure."
22       Do you agree with that?
23       MR. FROST:  Objection to
24   this and the prior question which

72 (Pages 282 to 285)

Brooke T. Mossman, M.S., Ph.D.

Page 286

1    sort of bleed together.
2         THE WITNESS:  Yeah, again
3    there's no reference for -- for
4    this statement.  So I -- I
5    disagree with it.  Because talc
6    exposures have not been linked to
7    inflammation in the ovaries.  And
8    I think I've covered all the
9    information that I reviewed to
10   reach that conclusion.  So this is
11   a review by cell biologists in a
12   low-impact journal I've never
13   heard from or seen before.
14        But in looking at the
15   original data which is not
16   relevant --
17   BY MR. SMITH:
18        Q.   Whoa, whoa.  Hold on a
19   second.  Low-impact journal.  What do you
20   base that on?
21        A.   I've never heard of Cancers.
22   I've heard --
23        Q.   Listen -- how do you know
24   what the -- tell me what the impact

Page 287

1    factor is then, for this journal.
2         A.   If I haven't seen it, let me
3    guess --
4         Q.   No, ma'am, I don't want a
5    guess --
6         A.   -- it's going to be lower --
7         Q.   -- I want you to tell me
8    what the impact factor for this journal
9    is.
10        A.   We can look it up.  Why
11   don't we look it up?
12        Q.   No, ma'am.  You said it was
13   a low-impact journal and you said --
14        A.   I have never heard of it --
15        Q.   I understand.
16        A.   -- so, yes.
17        Q.   I understand.  I want you to
18   tell me what your basis -- your basis for
19   that is because you've never heard of it.
20        A.   I have -- I am aware of all
21   the cancer journals that are high profile
22   and high impact.  This is not one of
23   them.
24        Q.   Okay.  We'll go to page --

Page 288

1    the next page, Page 5 of 39.  And you go
2    three paragraphs down.  It says, "Talc is
3    a silicate mineral and exposure to it can
4    cause inflammation of the ovaries and
5    poses a risk hazard for the development
6    of epithelial ovarian cancer."
7         Do you agree with that
8    statement or not?
9         A.   Let me look up Reference 45
10   and I'll tell you.
11        No.
12        Q.   "It has been proposed that
13   talc from talcum powder used for dusting
14   and from condoms in the vaginal
15   diaphragms can migrate up the fallopian
16   tubes in retrograde flow of fluids and
17   mucus and get lodged in the ovaries.
18   Tubal ligation, which is protective for
19   epithelial ovarian cancer is thought to
20   block the transport of talc from lower
21   genital -- from the lower genital tract.
22   Talc behaves as a foreign particle,
23   triggering an inflammatory response and
24   has two sites.  The talc attracts

Page 289

1    macrophages, which then try to
2    phagocytose it.  The macrophages then
3    send chemotactic signals to other immune
4    response mediators and initiate a wound
5    healing.  Since talc is not degraded by
6    the body, it inhibits the wound healing
7    process, resulting in chronic
8    inflammation."
9         Would you agree with those
10   statements?
11        MR. FROST:  Objection.
12        THE WITNESS:  No, and they
13   are not supported by the
14   references.  We can go through
15   these.  But these statements
16   aren't supported by the
17   references.
18        In fact, 47 is a paper by
19   Muscat and Huncharek on perineal
20   talc use and ovarian cancer, a
21   critical review.  It concludes
22   that talc is not associated with
23   ovarian cancer risk.
24   BY MR. SMITH:

73 (Pages 286 to 289)

Brooke T. Mossman, M.S., Ph.D.

Page 290

1    Q.   No, no, no.
2    A.   So --
3    Q.   Doctor, it says, "Talc,
4  there is not a case for causality."
5    A.   Right.
6    Q.   The -- the study published a
7  statistically significant increased risk
8  of ovarian cancer from genital talc use.
9        MR. FROST:  Objection.
10       THE WITNESS:  No.
11 BY MR. SMITH:
12   Q.   It does not?
13   A.   Muscat and Huncharek do not
14 make --
15   Q.   Paid experts from the
16 defendants.
17   A.   Pardon me?
18       MR. FROST:  Objection.
19 BY MR. SMITH:
20   Q.   Did you know that they were
21 paid experts from the defendants when
22 they wrote this paper?
23   A.   No --
24   Q.   Okay.

Page 291

1    A.   -- this was in 2008.  And
2  they concluded that there was not an
3  association.  Yet this individual is
4  citing this reference to support the
5  statement "talc behaves as a foreign
6  particle triggering an inflammatory
7  response."  And it's wrong.  The paper is
8  wrong, and the references that it uses
9  are wrong.
10       Heller didn't show that.
11 Henderson didn't show that.  Henderson is
12 an editorial.
13       So I would really question
14 the source of this supposed journal
15 called Cancers that I've never heard of,
16 while -- and we have --
17   Q.   Let me ask -- I'm sorry, I
18 didn't mean to cut you off.
19   A.   Yeah.
20   Q.   Go ahead.
21   A.   But -- we can still spend
22 time going through it, but it's not going
23 to alter my opinion that these authors
24 wrote a very sloppy paper with

Page 292

1  inconsistent statements that are not
2  supported by the references they cite.
3    Q.   Doctor, did you use
4  Huncharek and Muscat as a basis for your
5  opinions in this case, this reference
6  here?
7    A.   It was one of several
8  reviews, yes.
9    Q.   And you are stating that
10 that paper did not reveal a statistically
11 significant increased risk of ovarian
12 cancer from genital talc use?
13       MR. FROST:  Objection to
14 form.
15       THE WITNESS:  I would go
16 back to that paper and see how it
17 was worded, but the conclusions of
18 the authors were that talc did not
19 play a role in the causation of
20 ovarian cancers.
21 BY MR. SMITH:
22   Q.   Did the epidemiological
23 study that is referenced here of Muscat
24 and Huncharek conclude that there was a

Page 293

1  statistically significant increased risk
2  of ovarian cancer from genital talc use?
3    A.   I --
4        MR. FROST:  Objection to
5  form.
6        THE WITNESS:  Yeah.  I'd
7  have to go back and look at the
8  paper --
9  BY MR. SMITH:
10   Q.   Okay.
11   A.   -- to see whether that was
12 stated as such.
13   Q.   Now, under NSAIDS and
14 reduced risk of epithelial ovarian
15 cancer.
16       "Further connecting
17 inflammation to the epithelial ovarian
18 cancer are several studies that
19 demonstrate the intake of nonsteroidal
20 antiinflammatory drugs, or NSAIDs,
21 specifically of aspirin, correlates
22 adversely with the risk of epithelial" --
23   A.   Are we going back to this
24 review in Cancers?

74 (Pages 290 to 293)

Brooke T. Mossman, M.S., Ph.D.

Page 294

1    Q.   Yes.
2    A.   Or for --
3         MR. FROST:  Yeah, I was
4    going to say, what page are you
5    on?
6         THE WITNESS:  Yeah.
7         MR. SMITH:  I'm on Page 5.
8    Excuse me.  I'm right below where
9    I was reading.
10        MR. FROST:  Oh, I see.
11   Section 2.4?
12        MR. SMITH:  Yep.
13   BY MR. SMITH:
14   Q.   "Further connecting
15   inflammation to epithelial ovarian cancer
16   are several studies that demonstrate that
17   intake of nonsteroidal antiinflammatory
18   drugs, NSAIDs, specifically with risk of ovarian
19   cancer and endometrial cancer," and it
20   has cites there.
21        Do you see that, Doctor?
22   A.   I do, and again these
23   studies are controversial and the

Page 295

1    statement that he puts forth does not
2    agree with a lot of the studies.
3         And let me check which ones
4    he's referencing, but I wouldn't agree
5    with this statement.
6    Q.   Okay.  Go to Page 11 of 39,
7    if you look at the bottom.  It's 3.1.
8    It's ROS and oxidative stress.
9         Do you see it?
10   A.   I do.
11   Q.   And if you go to the -- one,
12   two, three -- fourth paragraph.  The
13   paragraph at the bottom says, "Oxidative
14   stress has also been shown to facilitate
15   epigenetic mechanisms in many cancers,
16   including epithelial ovarian cancer."
17        Would you agree or disagree
18   with that?
19        MR. FROST:  Objection.
20        THE WITNESS:  Let's go -- so
21   we're on the third paragraph and
22   what sentence are you talking
23   about?
24        MR. FROST:  Do you mind if I

Page 296

1    point it to her?
2         MR. SMITH:  That's fine.
3         THE WITNESS:  Yeah.  Okay.
4    BY MR. SMITH:
5    Q.   "Oxidative stress has also
6    been shown to facilitate epigenetic
7    mechanisms in many cancers including
8    epithelial ovarian cancer."
9         Would you agree or disagree
10   with that statement?
11   A.   Let me look at Reference 86
12   and see whether it makes sense.
13        No that's not supported by
14   that.
15   Q.   Okay.
16   A.   It's another misquote.  It's
17   talking about tumor suppressor genes in
18   ovarian cancer.
19   Q.   You've never seen this
20   document, and you haven't seen the
21   document reference.  So you don't know
22   what it says, do you, Doctor?
23        MR. FROST:  Objection.
24        THE WITNESS:  I can read the

Page 297

1    title.
2    BY MR. SMITH:
3    Q.   Well, that's not the whole
4    paper though, is it, Doctor?
5    A.   Epigenetic mechanisms.
6    Okay.  We're talking about tumor
7    suppressor genes and methylation.  It's
8    an epigenetic mechanism.  OS, I have no
9    idea what that means.
10   Q.   Do you agree or disagree
11   with the statement, "Oxidative stress has
12   also been shown to facilitate epigenetic
13   mechanisms in many cancers including
14   epithelial ovarian cancer"?
15   A.   It looks like, to me, that
16   this Reference 86 is talking about
17   methylation of tumor suppression genes
18   and is not exploring the oxidative stress
19   by any agents on these genes.
20   Q.   Do you agree or disagree
21   with the statement?
22        MR. FROST:  Objection.
23        THE WITNESS:  I agree with
24   oxidative stress has been shown to

75 (Pages 294 to 297)

Brooke T. Mossman, M.S., Ph.D.

Page 298

1    facilitate epigenetic mechanisms.
2        Again, I question whether
3    Reference 86 used oxidative stress
4    insults to look at methylation of
5    tumor suppressor genes.  And I
6    doubt that they did from the
7    title.
8    BY MR. SMITH:
9        Q.   You doubt they did.  You
10   don't know, correct?
11           MR. FROST:  Objection.
12           THE WITNESS:  No.  Unless
13       you have the paper.  I'd be
14       delighted to look at it.
15   BY MR. SMITH:
16       Q.   And the statement talks
17   about, "Oxidative stress has also been
18   shown to facilitate epigenetic mechanisms
19   in many cancers, including epithelial
20   ovarian cancer."
21           Would you agree with that?
22           MR. FROST:  Objection.
23           THE WITNESS:  No.  I just
24       said that I don't agree with it,

Page 299

1    because I don't believe that that
2    statement is reflected in the
3    title of Number 86.  So I'd have
4    to see the paper.
5        But based upon the
6    references that you've pointed me
7    to already, I am suspicious
8    whether it does or not.
9        MR. SMITH:  Okay.  Let's
10   see.  I don't think I marked that
11   as an exhibit, did I?
12           MR. FROST:  No.
13           MR. SMITH:  I did something
14       with my exhibit stickers.
15       That's 26.
16       (Document marked for
17       identification as Exhibit
18       Mossman-27.)
19   BY MR. SMITH:
20       Q.   I want to next -- this is
21   another 2018 article, and it has the NCBI
22   NN -- NLM, NIH.gov reference at the
23   bottom.
24           Do you see that, Doctor?

Page 300

1        A.   I do.
2        Q.   This is on Oncotarget.  Are
3    you familiar with Oncotarget?
4        A.   Yes, I reviewed for them.
5        Q.   "Oxidative Stress in Female
6    Cancers."  And you're a reviewer of this
7    publication, right?
8        A.   I didn't review this
9    publication, no.
10       Q.   You said that you were a
11   reviewer of this Oncotarget, correct?
12       A.   Oncotarget is a journal, and
13   I review papers for Oncotarget
14   occasionally.  I have not seen this
15   paper.
16       Q.   Okay.  And it states,
17   "Abstract:  Breast, cervical, and ovarian
18   cancer are highly prevalent in women
19   worldwide.  Environmental, hormonal, and
20   viral-related factors are especially
21   relevant in the development of these
22   tumors.  These factors are strongly
23   related to oxidative stress through the
24   generation of reactive oxygen species."

Page 301

1        Would you agree with that?
2        MR. FROST:  Objection.
3        THE WITNESS:  These
4    factors -- okay.  Environmental,
5    hormonal, and viral-related
6    factors.  I don't know what
7    they're talking about here.  But
8    they're --
9    BY MR. SMITH:
10       Q.   Okay.  Well, we'll read the
11   whole abstract.
12       A.   Okay.
13       Q.   "The oxidative stress is
14   caused by an imbalance in the redox
15   status of the organism and is literally
16   defined as 'an imbalance between ROS
17   generation and its detoxification by
18   biological system, leading to the
19   impairment of damage repair by
20   cells/tissue.'
21       "The multi-step progression
22   of cancer suggests that oxidative stress
23   is involved in cancer initiation,
24   promotion, and progression.  In this

76 (Pages 298 to 301)

Brooke T. Mossman, M.S., Ph.D.

Page 302

1  review, we describe role of oxidative
2  stress and the interplay with
3  environmental, host, and viral factors
4  related to breast, cervical, and ovarian
5  cancers, initiation, promotion and
6  progression.
7          "In addition, the role of
8  natural antioxidant compounds, human and
9  other, compounds for breast, cervical,
10 and ovarian cancers' prevention/treatment
11 is discussed."
12         Do you see that?
13     A.   Yes.  This is a review.
14     Q.   Do you agree with that
15 abstract?
16     A.   As what they're describing,
17 I'd have to assume that's what they're
18 describing and see the references that
19 support their statements.
20     Q.   Go to the conclusions.  It's
21 on Page 16 of 30, Doctor.
22         "Conclusions and remarks."
23 And if you go down five lines, and you go
24 all the way to the right, it says, "We

Page 303

1  reviewed."
2          MR. FROST:  Brooke, you go
3      to -- ours doesn't say 16 or
4      whatever.
5          THE WITNESS:  No.
6          MR. FROST:  It's 283 --
7          MR. SMITH:  I'm sorry.
8          MR. FROST:  -- 5.
9  BY MR. SMITH:
10     Q.   And if you go down five
11 lines and go to the right, it says, "We
12 reviewed the recent progress."
13         Do you see that?
14     A.   "Recent progress towards the
15 potential role."  Okay.
16     Q.   "We reviewed the recent
17 progress towards the potential role of
18 ROS and associated oxygen" -- excuse
19 me -- "oxidative stress in the
20 carcinogenesis" -- "in carcinogenesis
21 since they are involved in the
22 development and progression of several
23 human cancers, like cervical, breast and
24 ovary."

Page 304

1          Do you agree with that
2  statement?
3      A.   I do.  And as I emphasized
4  previously, reactive oxygen species are
5  known to be important in development in
6  late stage tumor progression and
7  metastases.
8      Q.   Of the ovary?
9      A.   In late stage, yes.
10     Q.   No, it doesn't say late
11 stage.  It just says ovary.
12     A.   It says development and
13 progression.  That is not initiation.
14 Development is what happens in subsequent
15 stages of cancer development.  And so, as
16 I emphasize, ovarian and other tumors may
17 be reflective of roles of late stage
18 cancer development induced by oxidative
19 stress or inflammation.  Not causation.
20         (Document marked for
21         identification as Exhibit
22         Mossman-28.)
23 BY MR. SMITH:
24     Q.   I marked that previous

Page 305

1  exhibit as 27.  I'm going to mark the
2  next exhibit, which is 28.  And this is
3  from the National Cancer Institute,
4  Center Data Access System.
5          And it's "Inflammation
6  Markers and Risk of Endometrial and
7  Ovarian Cancer."  And this is a study
8  that is ongoing, and the principal
9  investigator is Nicolas Wentzensen.
10         Do you know who he is?
11     A.   No, I've never heard of him.
12     Q.   He's deputy branch chief and
13 senior investigator for the NCI division
14 of cancer epidemiology and genetics,
15 clinical genetics branch.
16         Did you know that?
17     A.   I didn't.
18     Q.   Okay.  And here's a study
19 that's ongoing at the NCI.  And here is
20 the title and the summary.
21         "Title, Inflammation Markers
22 and Risk of Endometrial and Ovarian
23 Cancer.  Epidemiology evidence suggests
24 that chronic inflammation plays an

77 (Pages 302 to 305)

Brooke T. Mossman, M.S., Ph.D.

Page 306

1    important role in the pathogenesis of the
2    endometrial and ovarian cancers."
3         Do you agree with that
4    statement?
5         MR. FROST: Objection.
6         THE WITNESS: Yes. In late
7    stage disease.
8    BY MR. SMITH:
9    Q.   It says, "An important role
10   in the" -- what does pathogenesis means?
11   A.   Pathogenesis means the
12   development of lesions as they go from an
13   initiated cell to later stages of cancer
14   development. So pathogenesis does not
15   encompass causation. It's the
16   development of the tumors over periods of
17   time. So it's the tissue changes that
18   become evidenced after cancers are
19   initiated.
20   Q.   "Chronic inflammation can
21   induce rapid cell division, increasing
22   the possibility of replication error,
23   ineffective DNA repair, and subsequent
24   mutation. Risk factors for endometrial

Page 307

1    cancer: Unopposed estrogen use,
2    anovulation, polycystic ovarian syndrome,
3    excessive/prolonged menstruation,
4    diabetes and obesity, and conditions
5    associated with ovarian cancer:
6    Ovulation, pelvic inflammatory disease,
7    PCOS, endometriosis and exposure to talc
8    and asbestos are associated with chronic
9    inflammation."
10        Would you agree with that?
11        MR. FROST: Objection.
12        THE WITNESS: Again, this is
13   a -- it looks like a grant
14   application here. A proposed
15   study. And I would not agree with
16   the statement that exposure to
17   talc is associated with chronic
18   inflammation.
19   BY MR. SMITH:
20   Q.   Okay.
21   A.   No.
22   Q.   Let's next go to --
23        MR. SMITH: That's
24   Exhibit 28.

Page 308

1         MR. FROST: This one was 28,
2    or this one's 29?
3         MR. SMITH: Excuse me. The
4    last one was 28.
5         (Document marked for
6    identification as Exhibit
7    Mossman-29.)
8    BY MR. SMITH:
9    Q.   This is 29. This is a 2008
10   article. It says, "Inflammation is a key
11   contributor to ovarian cancer cell
12   seating."
13        Do you see that, Doctor?
14   A.   I do.
15   Q.   And if you flip to the --
16   the last page on the conclusion. In the
17   final paragraph, two, four, six, seven
18   lines down. Far right. "Our data in a
19   mouse model are consistent with the
20   concept that most factors implicated in
21   ovarian cancer incidence converge on
22   inflammation as a common denominator."
23        Do you agree or disagree
24   with that statement?

Page 309

1    A.   A mouse model. Most of the
2    factors...
3    Q.   They performed a mouse model
4    in this study.
5    A.   Yes. Inflammation is a
6    common denominator of the pathogenesis,
7    especially late stage, and what these
8    individuals are showing is that when
9    cells are seated in metastases,
10   inflammation becomes important. So
11   that's not inconsistent with the role of
12   oxidants or inflammation in late stage
13   development or metastases of cancers,
14   including ovarian.
15   Q.   It says, "Our data in a
16   mouse model are consistent with the
17   concept that most of the factors
18   implicated in ovarian cancer incidence
19   converge on inflammation as a common
20   denominator. One successful path to
21   ovarian cancer prevention has been
22   controlling factors that induce
23   inflammation, such as the use of oral
24   contraceptives to suppress ovulation."

78 (Pages 306 to 309)

Brooke T. Mossman, M.S., Ph.D.

Page 310

1      Do you agree with that?
2      MR. FROST:  Objection.
3      THE WITNESS:  I think there
4  are many reasons that oral
5  contraceptives become important,
6  including estrogen.  So it's one
7  pathway.
8  BY MR. SMITH:
9      Q.   "Epidemiologic data show
10  that aspirin and other nonsteroidal
11  antiinflammatory drugs, NSAIDs, can be
12  beneficial in the prevention of multiple
13  cancers, including ovarian.  Although
14  factors associated with the increased
15  risk of cancer such as aging and
16  menopause can't be prevented, the risk
17  can be reduced by suppressing
18  inflammation."
19      Do you agree with that?
20      A.   Again, I agree with the
21  general premise that it -- inflammation
22  may be important in late stage disease.
23      Q.   They don't say late stage
24  disease there, Doctor.

Page 311

1      MR. FROST:  Objection.
2      THE WITNESS:  No.  And they
3  don't say causation either.
4      They are talking about
5  prevention, and there could be
6  many ways in which inflammation
7  feeds an already established
8  tumor.
9  BY MR. SMITH:
10      Q.   Exhibit 29, 28, or 27, were
11  they in your -- or 26, were any of those
12  in your reference materials that you
13  relied on as a basis for your opinion in
14  this case?
15      A.   Say that again slowly.
16      Q.   Just the exhibits that we
17  just went through, 26 through 29, are
18  those listed as -- as reference materials
19  that form a basis for your opinion in
20  this case?
21      A.   No.  As I emphasized, I
22  looked at peer-reviewed original data in
23  these studies and performed searches with
24  talc and asbestos.  And none of these

Page 312

1  appeared, or are relevant to causation of
2  ovarian cancer by talc.
3      Q.   Also, I marked as
4  Exhibit 30.
5      (Document marked for
6  identification as Exhibit
7  Mossman-30.)
8      THE WITNESS:  30 is?
9      MR. FROST:  It's coming up.
10  He hasn't handed it over yet.
11      THE WITNESS:  Okay.
12      MR. FROST:  Another
13  interesting copy job.
14  BY MR. SMITH:
15      Q.   You are familiar with this
16  study, are you not, Doctor?
17      MR. FROST:  Is that more
18  than one copy or is it --
19      MR. SMITH:  Here you go.
20      MR. FROST:  Okay.  Thank
21  you.
22      MR. SMITH:  Yeah.
23  BY MR. SMITH:
24      Q.   This was listed in your

Page 313

1  updated reference materials, correct?
2      A.   Yes.
3      Q.   "Analgesic use" -- "use and
4  ovarian cancer risk:  An analysis of
5  ovarian cancer cohort consortium,"
6  Trabert.  It's in 2018.  This isn't a
7  decade ago, is it?
8      A.   No.  It's an update to their
9  earlier study.
10      Q.   And it says conclusions on
11  the second page.  "This large,
12  prospective analysis suggests that women
13  who use aspirin daily have a slightly
14  lower risk of developing ovarian cancer,
15  10 percent lower than infrequent/nonuse,
16  similar to the risk reduced" --
17  "reduction observed in case-control
18  analyses.  The observed potential
19  elevated risk for ten plus years of
20  frequent aspirin and NSAID use require
21  further study, but could be due to
22  confounding by medical indications for
23  use in variation and drug dozing."
24      And you reviewed that prior

Brooke T. Mossman, M.S., Ph.D.

Page 314

1 to your deposition today; is that
2 correct?
3     A.   I did.
4     Q.   Okay.  All right.  Let's
5 talk about transmigration.
6         MR. FROST:  One second.  Do
7 you want to take a quick?
8         MR. SMITH:  Sure.
9         MR. FROST:  I can use the
10 restroom.
11        THE VIDEOGRAPHER:  We're
12 going off the record.  The time is
13 2:43.
14        (Short break.)
15        THE VIDEOGRAPHER:  We are
16 going back on record.  Beginning
17 Media File Number 4.  The time is
18 2:54.
19 BY MR. SMITH:
20    Q.   Okay.  Doctor, this is going
21 to be one of those situations again.  I
22 apologize.  And I'm -- we can read the
23 front together, but we can't read the
24 back together.

Page 316

1         But I've gone through and
2 taken quotes out of different studies.
3         You stated earlier that you
4 did not go through the draft screening
5 assessment of Health Canada, correct,
6 when we were talking about inflammation?
7     A.   That's correct.
8     Q.   And so, the quote, "This
9 evidence of retrograde transport supports
10 the biological plausibility of the
11 association between perineal talc
12 application and ovarian exposure."
13        Would you agree or disagree
14 with that statement?
15        MR. FROST:  Objection to
16 form.
17        THE WITNESS:  Yeah, I would
18 disagree.  There's no evidence of
19 retrograde talc transfer.
20 BY MR. SMITH:
21    Q.   And we went over, earlier
22 you had not reviewed Taher, and the quote
23 here, "Particles of talc appeared to
24 migrate into the pelvis and ovarian

Page 315

1         And --
2         MR. SMITH:  Here.  I'm going
3 to attach this as Exhibit 31.  Am
4 I right?  31.
5         (Document marked for
6 identification as Exhibit
7 Mossman-31.)
8         MR. FROST:  Yeah, sounds
9 right.  I'm just going to --
10 before you start, same set of
11 actions as last time.  We object
12 to using a summary document
13 that --
14        MR. SMITH:  Sure.
15        MR. FROST:  -- and we object
16 to you asking any questions about
17 documents without putting it in
18 front of her.
19 BY MR. SMITH:
20    Q.   Okay.  This is titled,
21 "Biological plausibility, migration and
22 translocation," and what I've done here
23 is -- and there's a back to it and I'm
24 going to show it to you in a second.

Page 317

1 tissue causing irritation and
2 inflammation."
3         Would you agree or disagree
4 with that quote from Taher?
5         MR. FROST:  Objection.
6         THE WITNESS:  I would
7 disagree.  This has not been shown
8 in -- certainly not in his
9 studies, which are
10 epidemiological.  But in terms of
11 other studies as well.
12 BY MR. SMITH:
13    Q.   And also in Taher below it,
14 "Transport of talc via peritoneal stroma
15 and presence of ovaries is documented."
16        Are you aware of studies
17 that document that fact?
18        MR. FROST:  Objection.
19        THE WITNESS:  There are
20 studies documenting talc in
21 ovaries.  But not transported talc
22 via peritoneal stroma.
23 BY MR. SMITH:
24    Q.   And Schildkraut, is that one

Brooke T. Mossman, M.S., Ph.D.

Page 318

1  of the reference materials that you
2  relied upon for your opinions in this
3  case?
4      A.   I did look at Schildkraut.
5  I don't know whether I listed it or not,
6  but I recall the study.  It's an
7  epidemiological study of African-American
8  populations.
9      Q.   Yeah, it's not listed in
10  your key references or reliance
11  materials.
12     A.   Oh.
13     Q.   But you said you read it?
14     A.   I -- I have looked at it in
15  the past, yes.
16     Q.   And says, quote from that
17  article, "As most high grade serous
18  epithelial ovarian cancer but not
19  nonserous subtypes arise in the fallopian
20  tube.  It is possible that direct
21  exposure through genital talc
22  specifically affects this disease
23  subtype."
24         That we had talked earlier

Page 319

1  about high grade serous epithelial
2  ovarian cancer thought to arise in the
3  fallopian tube; is that correct?
4      MR. FROST:  Objection.
5      THE WITNESS:  That's true.
6      But that statement doesn't, in his
7      report, doesn't support the
8      premise of direct exposure through
9      the genital tract.  And it's
10     unclear to me how this would
11     affect specifically one disease
12     subtype.
13 BY MR. SMITH:
14     Q.   Well, in the first Nurses'
15  Health Study, what was -- was there a
16  subtype of histological type of
17  epithelial ovarian cancer that showed a
18  statistical significant increased risk
19  from the genital use of talc?
20     MR. FROST:  Objection to
21     form.
22     THE WITNESS:  I'd have to
23     go back and look at that study
24     specifically.

Page 320

1  BY MR. SMITH:
2      Q.   So you don't -- can't answer
3  my question?
4      A.   I can't remember.  I'd have
5  to go back and look and see whether --
6  what were the results in terms of certain
7  subtypes of tumors.
8      Q.   Well, you had told me
9  earlier that the cohorts which you mainly
10  relied on supported your position that
11  talc does not statistically significantly
12  increase the risk of ovarian cancer.  And
13  you can't tell me that one of the -- if
14  one of the cohort studies that you're
15  relying on heavily for that -- for that
16  statement, that it showed that a
17  statistical significant increased risk of
18  a particular type of histology of ovarian
19  cancer?
20     MR. FROST:  Objection.
21     THE WITNESS:  If I recall
22     the Nurses' Health Study, the
23     original publication emphasized
24     more or a -- that there were more

Page 321

1  of the serous high grade tumors
2  observed.  But that was not of
3  statistical significance.
4         And in the later study, that
5  did not appear to be the case.
6  And I believe it was Gertig versus
7  Gates.  But I'd have to go back
8  and look at the studies
9  specifically.
10 BY MR. SMITH:
11     Q.   Same from -- and also
12  Schildkraut.  Did you realize that
13  Dr. Schildkraut is a female?
14     A.   No.
15     Q.   Okay.
16         "Therefore, lung inhalation
17  of powder could be a biologically
18  plausible mechanism for the association
19  between nongenital body powder use and
20  the increased risk" -- "increased
21  epithelial ovarian cancer risk,
22  particularly nonserous epithelial ovarian
23  cancers."
24         Do you agree with that

Brooke T. Mossman, M.S., Ph.D.

Page 322

1    statement from Schildkraut?
2             MR. FROST:  Objection.
3             THE WITNESS:  Oh.  I don't.
4    They did find an increase in
5    nongenital body power -- powder
6    use, but not genital body powder
7    use in that study.
8             And other studies have not
9    supported the nongenital route as
10   being important in -- in ovarian
11   cancer risk.
12   BY MR. SMITH:
13       Q.   Well, let me ask you about
14   that.  Let me attach which is the next
15   numbered exhibit, Number 32.
16            (Document marked for
17            identification as Exhibit
18            Mossman-32.)
19   BY MR. SMITH:
20       Q.   I do have those stapled.
21   This is entitled,
22   "Translocation pathways for inhaled
23   asbestos fibers."
24            Do you see that, Doctor?

Page 323

1    It's a 2008 paper, January 2008?
2        A.   Yes.
3        Q.   And if you flip to the
4    conclusion, on Page 6 of 8.  This has to
5    do with inhalation and pathways for
6    obviously asbestos fibers as it -- it
7    talks about.
8             In the -- excuse me.  Let's
9    go to the abstract at the very beginning.
10   I'm sorry.
11            "We discuss the
12   translocation of inhaled asbestos fibers
13   based on pulmonary and pleuropulmonary
14   interstitial fluid dynamics.  Fibers can
15   pass the alveolar barrier and reach the
16   lung interstitium via the paracellular
17   route down a mass water flow due to
18   combined osmotic an hydraulic pressure
19   gradient."
20            Do you see that?
21       A.   Yes.
22       Q.   And then in conclusion on
23   Page 6 of 8, it says, "Asbestos fibers
24   are found basically in all organs in

Page 324

1    subjects exposed to asbestos."
2             Do you see that?
3        A.   Let's see.  Is it -- this
4    also in the abstract?
5        Q.   No, it's in the conclusion
6    on Page 6 of 8.
7        A.   Oh, okay.
8        Q.   It says, "Asbestos fibers
9    are found basically in all organs in
10   subjects exposed to asbestos."
11            Do you see that?
12       A.   Yes.
13       Q.   So let's get back to our
14   outline that we were going through with
15   Schildkraut.
16            It says, "It has been
17   proposed that chronic inflammation
18   resulting from exposure to body powder,
19   whether through inhalation or through
20   transvaginal route may expert a
21   suppressive effect on adaptive immunity
22   leading to increased risk of epithelial
23   ovarian cancer."
24            Do you agree or disagree

Page 325

1    with that statement from Schildkraut?
2             MR. FROST:  Objection to
3    form.
4             THE WITNESS:  I don't
5    believe that a transvaginal
6    route -- I'm not sure what is
7    meant by that.
8             But certainly, whether
9    inflammation exerts a suppressive
10   effect on adaptive immunity has
11   not been shown in ovarian cancer.
12   BY MR. SMITH:
13       Q.   Next paragraph.  "The
14   results of this study show that genital
15   powder use was associated with ovarian
16   cancer risk in African-American women,
17   and are consistent with localized chronic
18   inflammation in the ovary due to
19   particles that travel through a direct
20   transvaginal route."
21            Do you agree or disagree
22   with that statement?
23            MR. FROST:  Objection to
24   form.

82 (Pages 322 to 325)

Brooke T. Mossman, M.S., Ph.D.

Page 326

1    THE WITNESS: I disagree.
2    Dr. Schildkraut did not look at
3    the travel of particles to the
4    ovary through a direct
5    transvaginal route.
6    BY MR. SMITH:
7    Q.   And Houghton was one of the
8    cohorts you said that you relied heavily
9    on for your opinion that talc does not
10   statistically increase the risk of
11   ovarian cancer, correct?
12   A.   Yes.
13   Q.   And this is a quote from
14   Houghton, if you see below that. "Talc
15   particulates from perineal application
16   have been shown to migrate to the
17   ovaries."
18   Do you agree or disagree
19   with that statement?
20   MR. FROST: Objection.
21   THE WITNESS: I'd have to
22   look at her publication. I know
23   she did not look at migration in
24   her studies. So I couldn't agree

Page 327

1    with that without seeing the
2    reference that supports the fact
3    that talc particulates may migrate
4    to the ovaries. I have not seen
5    data showing that.
6    BY MR. SMITH:
7    Q.   Okay. And to go on in that
8    paragraph. "Furthermore, tubal ligation
9    and/or hysterectomy which would eliminate
10   the pathway of talc particles to the
11   ovaries are associated with a reduced
12   cancer risk."
13   Do you see that?
14   MR. FROST: Objection to
15   form.
16   BY MR. SMITH:
17   Q.   It's in the same paragraph.
18   A.   Yes.
19   Q.   Do you agree or disagree
20   with that statement from Houghton?
21   MR. FROST: Objection.
22   THE WITNESS: I agree with
23   the fact that tube ligation and
24   hysterectomy would affect ovarian

Page 328

1    cancer. But not through pathways
2    that are linked to translocation
3    to the ovaries.
4    BY MR. SMITH:
5    Q.   What are you basing that
6    opinion on?
7    A.   First of all, if you have a
8    hysterectomy, you are removing the source
9    or the site of tumor development. And
10   you're also affecting hormonal states
11   which might be important.
12   So to extrapolate results
13   from tubal ligation or hysterectomy to
14   pathways where talc migrates to the
15   ovaries can't be linked from these
16   studies.
17   Q.   You -- you said that for
18   hysterectomies, but what about tubal
19   ligation?
20   A.   A tubal ligation may do a
21   lot of things.
22   Q.   May?
23   A.   Yes. There's supplemental
24   hormones that maybe have to be given as a

Page 329

1    result.
2    Q.   May have to be given or you
3    know this? What -- where are you getting
4    this from?
5    MR. FROST: Objection.
6    THE WITNESS: From my
7    experience when I was in the
8    department of obstetrics and
9    gynecology and working with a
10   physician in this regard.
11   BY MR. SMITH:
12   Q.   Wait, hold on. The
13   department of obstetrics and gynecology,
14   when and where?
15   A.   At the University of
16   Vermont. I mentioned earlier that --
17   Q.   I understand.
18   A.   -- that's where I got my
19   masters degree in cervical cancer
20   induction.
21   And I worked with a doctor
22   who did a variety of procedures including
23   publishing on tubal ligations.
24   Q.   So when you are getting your

83 (Pages 326 to 329)

Brooke T. Mossman, M.S., Ph.D.

Page 330

1   masters, how long of a program was this
2   with this doctor?
3       A.   With Dr. Ray, I started as
4   an undergraduate working summers.  So I
5   would say a total of maybe five years.
6       Q.   So as an undergraduate and
7   as a -- in your masters program, working
8   with a doctor who is an OB/GYN and
9   observing him do tubal ligations and --
10      A.   No.  That's not what I'm
11  saying.
12      Q.   Well, what --
13      A.   What I'm saying is that
14  tubal ligation occurs because of damage
15  to an ovary, infection in the pelvic
16  area, including chronic infection.  And
17  if you remove or tie off the tubes, it's
18  a way to curb these various diseases.
19           Tubal ligations are not done
20  to eliminate pathways of talc migration
21  to the ovaries.
22      Q.   I don't think --
23      A.   This makes no sense.
24      Q.   I don't think that's what

Page 331

1   they are saying.  What -- tubal ligation
2   can also be used to prevent pregnancy, as
3   a form of birth control, right?
4       A.   Well, it's pretty severe.
5   Yes.
6       Q.   I have heard a woman saying
7   she is going to get her tubes tied after
8   she has her third child.  I've heard that
9   routinely, have you not?
10      A.   Yes, but it also affects
11  their hormonal status.
12           What I'm saying is there are
13  many repercussions to tubal ligation and
14  they are not done to eliminate the
15  pathway of talc particles to the ovaries.
16      Q.   I don't think that's what
17  they are stating here.  I think that
18  what --
19      A.   Well, that's --
20      Q.   -- Houghton is stating is,
21  furthermore, tubal ligation and
22  hysterectomy, which would eliminate the
23  pathway of talc particles to the ovaries
24  are associated with a reduced risk and

Page 332

1   that's citing studies of women that have
2   had tubal ligations and looking at that,
3   right?
4            The -- the purpose of -- the
5   purpose of the -- of the -- the women
6   getting the tubal ligation wasn't to
7   prevent talc from going to their ovaries,
8   but they are looking at reduced cancer
9   risk from women that have that in these
10  studies, correct?
11           MR. FROST:  Objection.
12           THE WITNESS:  What I -- you
13  asked if I agreed with the
14  statement.  And tubal ligation is
15  not -- doesn't eliminate the
16  pathway of talc particles to the
17  ovaries as a primary function of
18  the procedure.
19           So it's -- this is an
20  epidemiological study.  We're
21  talking about plausible pathways
22  of migration or translocation of
23  particles to the ovaries.  And
24  what I'm saying here is that

Page 333

1   there's no link between tubal
2   ligation, hysterectomy, and
3   pathways of talc particle
4   migration to the ovaries.
5   BY MR. SMITH:
6       Q.   So you're telling me that if
7   the theory is, and what's been stated in
8   all of the stuff that I've read with you
9   and attached as Exhibit 31, about
10  transmigration from a woman dusting her
11  perineum with Baby Powder or Shower to
12  Shower, and its ascension up the -- the
13  genital tract of a woman, through the
14  fallopian tubes to the ovaries, that if I
15  then ligate the fallopian tubes,
16  therefore, preventing an open fallopian
17  tube path to the ovary, that that would
18  not prevent the passage of talc to the
19  ovary?
20           MR. FROST:  Objection.
21           THE WITNESS:  There's no
22  evidence suggesting that talc
23  particles migrate to the ovary, is
24  what I'm saying.

84 (Pages 330 to 333)

Brooke T. Mossman, M.S., Ph.D.

Page 334

1  BY MR. SMITH:
2      Q.   Well, we talked about Taher
3  earlier, the study that you hadn't seen
4  in 2018 regarding Health Canada.  Do you
5  recall that?
6      A.   That's a meta-analysis of an
7  unpublished paper.  He did not look at
8  migration to the ovaries.
9      Q.   Okay.  And in that study it
10 says, "Women with prior ligation of the
11 fallopian tubes showed a significant
12 reduction in risk against ovarian cancer
13 compared to hysterectomy."  And then it
14 says, "In a recent meta-analysis, the
15 authors reported a negative association
16 of tubal ligation (27 studies) and
17 hysterectomy (15 studies) with the risk
18 of ovarian cancer.  This negative
19 association was more apparent in women
20 who had surgery at an early stage.  A
21 highly plausible mechanism for this
22 association, as suggested by the authors,
23 involves blocking of ascent of agents
24 such as talc to the ovaries."

Page 335

1          Would you agree with that or
2  disagree with that statement from Taher?
3          MR. FROST:  Objection.
4          THE WITNESS:  I disagree
5      with the statement.  There is no
6      evidence supporting a biological
7      plausibility of migration or
8      translocation of talc to the
9      ovaries.  In fact, there's a lot
10     of information showing that that
11     doesn't exist.
12 BY MR. SMITH:
13     Q.   So you don't believe in
14 retrograde menstruation in women?
15         MR. FROST:  Objection.
16         THE WITNESS:  I don't
17     believe in it?
18 BY MR. SMITH:
19     Q.   Does it not exist?
20     A.   It happens in a very small
21 proportion, and that's entirely different
22 than movement of an inert particle
23 through retrograde migration.
24     Q.   And we can go through them.

Page 336

1  Doctor, have you -- did you rely on
2  Huncharek 2007 and Langseth 2008 for your
3  opinions in this case?
4      A.   I did.  But not with regard
5  to talc migration to the ovaries, which
6  was not examined in any of these studies.
7      Q.   Well, Langseth down here at
8  the bottom, quote, "The evidence of talc
9  migration of the ovaries lends
10 credibility to such a possible
11 association."
12         Would you agree or disagree
13 with that?
14         MR. FROST:  Objection.
15         THE WITNESS:  I would
16     disagree.  His studies did not
17     show talc migration to the
18     ovaries.
19 BY MR. SMITH:
20     Q.   Okay.  And then we have
21 Mills in 2004, Gertig in -- did you rely
22 on Mills for migration opinions in this
23 case?  I'm looking at the -- I'm sorry.
24         MR. FROST:  I take it this

Page 337

1  is the back side of that sheet?
2          MR. SMITH:  Yeah.
3          THE WITNESS:  I'm looking.
4  BY MR. SMITH:
5      Q.   Mills 2004 for migration in
6  this case?
7      A.   Oh, he's -- here Mills is
8  mentioning migration from the vagina
9  through the peritoneal cavity to the
10 ovaries.  No, I've never seen anything
11 showing that pathway through a peritoneal
12 cavity from the vagina to the ovaries,
13 no.
14     Q.   Okay.  And Gertig, did you
15 rely on that for any of your --
16     A.   I relied on it for the
17 epidemiology, not for the statement that
18 talc is able to migrate.
19     Q.   And Ness 1999, we discussed
20 that.  You've looked at those studies in
21 2000, correct?
22     A.   Right.
23     Q.   Is that correct?
24     A.   That -- that's correct.

85 (Pages 334 to 337)

Brooke T. Mossman, M.S., Ph.D.

Page 338

1  Those are outdated, and they're
2  hypotheses papers that didn't look at
3  migration directly.
4      Q.   What about Cramer '99 or
5  Heller '96?
6      A.   Cramer found the same amount
7  of material in ovarian -- I should say in
8  the ovaries of individuals who did use
9  and did not use talc.  So I would not
10  support that.  His evidence has just been
11  looking at -- by pathology.  So I
12  would -- he did not perform migration
13  studies.  Heller also did not.
14      Q.   You're saying that
15  Dr. Cramer in 1999 found talc in people
16  exposed and not exposed?
17          MR. FROST:  Objection.
18          THE WITNESS:  I have to look
19  at -- yeah, that isn't what I
20  said.  He found that talc -- I
21  believe it was talc -- was in
22  ovarian tissues, and it didn't
23  necessarily correlate with talc
24  use.  But I'd have to go back and

Page 339

1      look at that.
2  BY MR. SMITH:
3      Q.   It --
4      A.   I could be confusing that
5  with Heller without the papers in front
6  of me.
7      Q.   And Heller '96, have you
8  looked at those papers -- that paper,
9  excuse me?
10      A.   I did.  And again, it's
11  looking at what's there in the ovary and
12  not how it got there.  And that's true of
13  Cramer as well.  These are pathology
14  studies.
15      Q.   What about Hamilton 1986?
16          MR. FROST:  Can you raise
17      the sheet?
18          MR. SMITH:  Yeah.
19          MR. FROST:  Thanks.
20          MR. SMITH:  Sure.
21  BY MR. SMITH:
22      Q.   What about Hamilton 1986?
23  Have you looked at that, and does that
24  form the basis of your opinion about

Page 340

1  transmigration in this case?
2      A.   Hamilton, I don't recall
3  that paper.  I'd have to look at it.
4      Q.   It says, "There is evidence
5  of transport of particulate material into
6  the female peritoneum by the transvaginal
7  route in both human and animal studies."
8          Would you agree or disagree
9  with that?
10      A.   Where are you now?  I'm
11  sorry.
12          No, I don't think that's
13  been shown.  The presence of talc has
14  been shown.  It doesn't correlate with
15  talc use.  But the pathway, if any, is
16  unclear, and certainly not from the
17  perineum.
18      Q.   "Direct communication
19  between the external environment and the
20  peritoneal cavity exist in the female via
21  her genital tract."
22          Would you agree with that?
23          MR. FROST:  Objection.
24          THE WITNESS:  I don't know

Page 341

1  what "communication" means.
2  Certainly the genital tract is not
3  an open system.
4  BY MR. SMITH:
5      Q.   You don't believe the female
6  genital tract is an open system?
7      A.   I believe that it's -- it's
8  not open to the environment, that there
9  are a variety of protective mechanisms,
10  beginning with the external perineal skin
11  and other mechanisms such as the labia,
12  and clearance mechanisms through normal
13  clearance of the tract.
14      Q.   "The case of migration of
15  particulate material from the vagina to
16  the peritoneal cavity has been
17  established."
18          Do you agree or disagree
19  with that quote from Hamilton?
20          MR. FROST:  Objection.
21          THE WITNESS:  From the
22  vagina, I would have to go back
23  and look.  But there have been
24  studies that have introduced

86 (Pages 338 to 341)

Brooke T. Mossman, M.S., Ph.D.

Page 342

1    material into the vagina,
2    particularly in animals that are
3    manipulated.
4         And I think that's what
5    they're talking about here.
6    BY MR. SMITH:
7    Q.   So do you believe that if
8    talc is placed into the vagina, that it
9    then can transmigrate through the female
10   genital tract to the ovary?
11        MR. FROST:  Objection.
12        THE WITNESS:  I have not
13   seen those studies, no.
14   BY MR. SMITH:
15   Q.   You haven't seen --
16   A.   Particulate matter.
17   Q.   You haven't seen any of the
18   inert particle studies that show any of
19   that testing like --
20   A.   There is one study, I
21   believe, in the 1980s that looks at this
22   in women in a supine position.  But these
23   studies that have been done, for example,
24   in rabbits and in monkeys argue against

Page 343

1    vaginal or perineal migration of talc to
2    the ovaries.
3    Q.   I'm talking about if the
4    talc is placed inside the woman's vagina.
5    I'm not talking about from perineal
6    dusting.  And my question is, are you of
7    the opinion that that talc, if placed in
8    the vagina of a woman, can transmigrate
9    to the fallopian tubes in a woman?
10        MR. FROST:  Objection.
11        THE WITNESS:  My statements
12   would be the same as the IARC
13   concludes on this.  And that is,
14   that there's no evidence that this
15   happens in healthy women.  That
16   what has been done in terms of the
17   experimental studies have been
18   shown in women with clearance
19   mechanisms that are compromised by
20   infection or other pathologies.
21   BY MR. SMITH:
22   Q.   You're saying that IARC, the
23   2010 IARC monograph, says that
24   transmigration does not happen?

Page 344

1    A.   It says that retrograde
2    migration was not considered to be
3    plausible by the group, yes.  There is a
4    statement on that in the IARC monograph.
5    Q.   Okay.  Are you familiar with
6    the Phillip's rabbit study that found
7    talc can migrate to the fallopian tubes?
8    Phillips.
9    A.   I believe that was one where
10   it was -- it wasn't perineal application.
11   I do remember that study.  And it was --
12   it may have been vaginal or applied
13   directly to the ovary.  I'm not certain.
14        There was an earlier study.
15   Q.   Is this in your reference
16   materials?  I don't see it?
17   A.   No, it's in the IARC.  Well,
18   I reference the IARC monograph that has a
19   lot of references.  And I believe that
20   Phillips is in that one.
21   Q.   The Hamilton, last quote,
22   "The rhythmic muscular contractions of
23   the uterus that can occur spontaneous and
24   the elicit current's established" --

Page 345

1    "established by the epithelial cells of
2    the genital tract may contribute to the
3    translocation process."
4         Do you agree or disagree
5    with that statement?
6         MR. FROST:  Objection.
7         THE WITNESS:  In normal
8    individuals, this would not be a
9    plausible mechanism.
10   BY MR. SMITH:
11   Q.   Are you familiar with the
12   Kuntz studies about the peristolic pump?
13   A.   These are the ones where I
14   believe they looked at -- or labeled
15   spermatozoa or other particles.  And I
16   know they were discounted by the IARC
17   because of the experimental flaws.
18   Q.   I didn't see -- do you have
19   Dr. Cramer and Dr. Godleski's 2007 case
20   study on a woman who was a chronic -- or
21   a long-time genital talc user and their
22   findings of translocation?  Have you
23   looked at that article?
24   A.   Is it -- if this is a case

87 (Pages 342 to 345)

Brooke T. Mossman, M.S., Ph.D.

Page 346

1  report I wouldn't have localized it with
2  my searches, no.
3      Q.   Okay. I'm going to mark
4  what's the next exhibit, Number 33.
5          (Document marked for
6          identification as Exhibit
7          Mossman-33.)
8  BY MR. SMITH:
9      Q.   And this is entitled,
10 "Correlative polarizing light and
11 scanning electron microscopy for the
12 assessment of talc in pelvic region" --
13 "region lymph nodes." Sandra McDonald is
14 the lead author.
15         Have you seen this
16 article -- or study, excuse me?
17     A.   I believe I have seen it at
18 some point in the past, yes.
19     Q.   It's not in your materials
20 or your updated reference materials?
21     A.   No. Mainly because these
22 are in pelvic lymph nodes, not in the
23 ovary. So I would not have included this
24 as compelling evidence one way or

Page 347

1  another. It's been shown by others that
2  any types of particles accumulate in
3  lymph nodes all over the body. It's a
4  normal mechanism of clearance. So I
5  would not give this any relevance,
6  certainly not to the development of
7  ovarian cancers.
8      Q.   So have you read this
9  article and -- and what it discusses
10 about transmigration of particles in
11 the -- in the female genital tract?
12     A.   No, I have not.
13     Q.   And was this in reliance of
14 your materials in forming the basis for
15 your opinion about transmigration in this
16 case?
17     A.   No, it would not be relevant
18 to ovarian cancers as talc has been found
19 in lymph nodes all over the body in the
20 normal population.
21     Q.   Well, that's not it's --
22 that's not what it's discussing in this
23 paper.
24         MR. FROST: Objection.

Page 348

1          THE WITNESS: No, but I'm
2  talking about the relevance. This
3  is looking at talc in lymph nodes.
4  I suggest you look at studies by
5  Dodson, et cetera, that have
6  looked and found particles of all
7  different types, including talc,
8  in lymph nodes all over the body
9  in the general population.
10 BY MR. SMITH:
11     Q.   Well, then how did it get
12 there?
13     A.   I told you that lymph nodes
14 are a flow system that collect -- they
15 are essentially garbage cans for inhaled
16 materials or materials in general.
17     Q.   I agree. My question to you
18 is if talc, and you agree they have been
19 found in lymph nodes, they either got
20 there through inhalation or ingestion or
21 through some other route such as a
22 genital -- genital route.
23         How did it get -- how did
24 talc, in your opinion, get to lymph nodes

Page 349

1  inside human beings if it wasn't by one
2  of those routes?
3      A.   It --
4          MR. FROST: Objection.
5          THE WITNESS: It would be
6  primarily by inhalation. We know
7  that. And ingestion. Talc is in
8  a lot of different food processes.
9  It's in plastics. We're all
10 exposed to it.
11 BY MR. SMITH:
12     Q.   Have you ever read the FDA's
13 response to citizen's petition on talc?
14     A.   No. That -- I never would
15 have found that in the scientific
16 literature.
17     Q.   It says, "While there exists
18 no direct proof of talc and ovarian
19 carcinogenesis, the potential for
20 particulates to migrate from the perineum
21 and vagina to the peritoneal cavity is
22 indisputable."
23         Do you agree or disagree
24 with that?

88 (Pages 346 to 349)

Brooke T. Mossman, M.S., Ph.D.

Page 350

1      MR. FROST:  Objection.
2      THE WITNESS:  I would assume
3   that this report is -- or letter
4   is from an individual.  Certainly
5   no balanced committee would make
6   that statement.
7   BY MR. SMITH:
8      Q.   Okay.  "It is, therefore,
9   plausible that perineal talc and other
10  particulate that reaches the endometrial
11  cavity, fallopian tubes and ovaries may
12  elicit a foreign body-type reaction and
13  inflammatory that" -- "response that in
14  some exposed women may progress to
15  epithelial ovarian cancers."
16     Do you agree or disagree
17  with that statement?
18     MR. FROST:  Objection.
19     THE WITNESS:  I think it's
20  hypotheses.  It's unproven and I'm
21  sure a committee would not have
22  made that statement.
23  BY MR. SMITH:
24     Q.   I want to talk about your

Page 351

1   Shukla study.  Is that okay?
2      A.   Sure.
3      Q.   Do you -- you don't -- do
4   you have a copy of it?
5      MR. FROST:  Yeah, I was
6   going to say we don't have a copy.
7      MR. SMITH:  Yeah.  Hold on.
8      (Whereupon, a discussion was
9   held off the record.)
10  BY MR. SMITH:
11     Q.   Okay.  Why did you use the
12  concentrations that you did in this
13  study, or why did y'all?
14     A.   Okay.  So we were -- we were
15  interested in the study in comparing
16  various materials or particles, fibers,
17  at equal surface area concentrations.
18  And we also expressed the data as equal
19  weight concentrations.  So that we
20  compare it historically to concentrations
21  of materials used by others in other
22  studies.
23     So it's been shown that the
24  best method of dosimetry, that is, of

Page 352

1   quantitating exposure of different
2   materials to cells and culture, is based
3   on their surface area determinations
4   because it's the surface area that
5   governs their interaction with the cell
6   surface.
7      Q.   Okay.  And you did a
8   conversion, did you not?  It's -- do you
9   have the Hillegass study by any chance?
10  Probably not.  Let me grab it for you.
11     MR. FROST:  Do you have one?
12     MR. SMITH:  Yeah, I got it.
13     (Document marked for
14  identification as Exhibit
15  Mossman-34.)
16  BY MR. SMITH:
17     Q.   I notice one of the comments
18  to -- and let's go to that right now.  I
19  have got that over here.  Now we might be
20  branching out to this guy here.  I don't
21  know.
22     If we look at the front of
23  the second page.  It says -- this is
24  reviewers to the study.  Do you see that,

Page 353

1   Doctor?  This is what you provided to me.
2      A.   Right.  Okay.
3      Q.   Okay.  I'm going to attach
4   that -- excuse me.  Hold on.  I'm going
5   to attach that as exhibit -- let's attach
6   Shukla as Exhibit 34.
7      (Document marked for
8   identification as Exhibit
9   Mossman-35.)
10     MR. SMITH:  Let's do
11  Hillegass as 35.  And then this
12  collective exhibit of reviewer
13  comments with the cover letters,
14  it's May 8, 2009, University of
15  Vermont, with Jedd Hillegass on
16  the bottom.
17     (Document marked for
18  identification as Exhibit
19  Mossman-36.)
20  BY MR. SMITH:
21     Q.   And this is from a reviewer.
22  Methods, Page 6.  "The dose of minerals
23  expressed as surface-based concentration
24  may not be intuitive to all readers.  As

Brooke T. Mossman, M.S., Ph.D.

Page 354

1    in the recent publication, Shukla, it
2    would be helpful if some information is
3    provided about the surface area of the
4    various minerals tested, as well as how
5    this translates into micrograms per
6    centimeter squared," right?
7        A.   Yes.
8        Q.   And then your response or
9    y'all's response was, "Additional
10   information regarding the surface area of
11   particulates used in these studies was
12   added to the methods section along with
13   how many micrograms squared per
14   centimeter squared translates into
15   micrograms per centimeter squared."
16   Right?
17       A.   Okay.  So I'm trying to
18   figure out whether this is with regard to
19   the Hillegass study; is that correct?
20       Q.   Correct.
21       A.   Okay.
22       Q.   All right.  This is my
23   question.
24       A.   Sure.

Page 355

1        Q.   The concentrations that you
2    used, that being -- and I'm talking about
3    Shukla.  I'm talking about 34 --
4    15 micrometers squared per centimeter
5    squared and 75 micrometers squared per
6    centimeter squared, would translate to
7    what micrograms per centimeter squared?
8        A.   Okay.  And that's -- if you
9    look at Figure 2 in Shukla, Page 4 of 10.
10       Q.   Yep.
11       A.   And the top panel, you'll
12   see the vertical and the horizontal.  And
13   if we look at asbestos and talc, you can
14   see here that the upper column, going
15   from 015 and from talc 15, et cetera,
16   that is the comparative weight per -- so
17   it's weight per unit area of dish.
18            So that's your weight
19   concentration.
20            The numbers below are your
21   surface area concentrations.
22       Q.   Okay.  So let's get on the
23   same page.
24       A.   Mm-hmm.

Page 356

1        Q.   If I'm looking at asbestos
2    below at 15 micrometers squared per
3    centimeter squared, how many -- what
4    would that translate to to micrograms per
5    centimeter squared?
6        A.   Micrograms, it would --
7    Okay.  So that would equal one.
8        Q.   15 would be one, right?
9        A.   With asbestos.
10       Q.   Right.  And 75 would be --
11       A.   75 would be five.
12       Q.   Five, okay.
13       A.   And 15 would be
14   approximately -- well, it's 16.2, would
15   be one with talc.  And it would be, again
16   in the same range, 75 versus 81 talc.
17            So we're actually adding
18   talc at higher surface concentrations but
19   fractionally so, as compared to asbestos.
20       Q.   My question is, would the 15
21   micrometers squared per centimeter
22   squared for talc that you used the
23   concentration of in this case, would that
24   equal one microgram per centimeter

Page 357

1    squared?
2        A.   Approximately, yes.
3        Q.   Okay.  That's what I
4    thought.
5        A.   Yes.  They're comparable.
6        Q.   Okay.  And 75 micrograms per
7    centimeter squared -- micrograms squared
8    per centimeter squared would equal five
9    micrograms per centimeter squared, right?
10       A.   Yes.
11       Q.   Okay.  Now I'm on the same
12   page.  That's what I needed.
13       A.   Okay.
14       Q.   All right.  And do you
15   believe that those concentrations are
16   appropriate to use in in vitro studies to
17   determine the pathogenicity of minerals
18   such as talc and asbestos?
19       A.   Yes.  And that's based upon
20   the toxicity data that is provided in A
21   and B.  So they're comparable
22   concentrations.  The asbestos as we can
23   see at five, was toxic and the talc was
24   not.  So we -- and you can see that in

90 (Pages 354 to 357)

Brooke T. Mossman, M.S., Ph.D.

Page 358

1    the dose-response that we did with five
2    concentrations of talc ranging from one
3    to 20.
4        Q.   Okay.  So talc you tested at
5    one microgram per centimeter squared,
6    five micrograms per centimeter squared,
7    ten micrograms per centimeter squared,
8    and 20 microgram per centimeter squared?
9        A.   15 and 20.
10       Q.   10, 15, and 20?
11       A.   Yes.
12       Q.   Okay.
13       A.   So the message is that you
14   don't want to work with something that's
15   going to kill all the cells, so you can't
16   go higher.  And in fact, that's a reason
17   that with time, we didn't look at the
18   higher concentration of asbestos.
19       Q.   I want to attach this as
20   Exhibit 27 so I won't forget this.
21   Because I could.
22           (Document marked for
23           identification as Exhibit
24           Mossman-37.)

Page 359

1    BY MR. SMITH:
2        Q.   Here we are, Shukla,
3    "Appropriate Concentration Levels to
4    Determine Pathogenicity of Asbestos and
5    Talc."  And this study used concentration
6    levels of talc, at one, five, 10, 15,
7    20 micrograms per centimeter squared,
8    correct?
9        A.   Yes.
10           MR. SMITH: Okay.  That's
11   Exhibit 37.
12   BY MR. SMITH:
13       Q.   Okay.  You provided, as we
14   discussed, progress reports to the IMA
15   during the course of this study; is that
16   correct?
17       A.   After a year, yes.  We
18   didn't provide them with progress
19   reports.  I wrote them e-mails that the
20   asbestos data was positive, but the other
21   data didn't appear to be with regard to
22   the other materials.
23       Q.   And they sponsored the
24   study, correct, along with EUROTALC?

Page 360

1        A.   They only sponsored a very
2    small fraction of the studies that were
3    done with the talc.  The other materials
4    and the other work was supported by a
5    grant from the National Institutes of
6    Health.
7        Q.   Is it unusual to give
8    progress reports to those who sponsor
9    research?
10       A.   No.  It's demanded from NIH,
11   for example.  In other -- in our
12   institution it is.
13       Q.   It is -- is it -- it is not
14   unusual to submit proposal to industry
15   involved in regulatory and/or litigation
16   issues, correct?
17       A.   Could you say that again.
18           MR. FROST: Objection.
19   BY MR. SMITH:
20       Q.   Sure.  It is not unusual to
21   submit proposals to industry involved in
22   regulatory and/or litigation issues?
23           MR. FROST: Objection.
24   BY MR. SMITH:

Page 361

1        Q.   Is that unusual to submit
2    proposals to industry that might be
3    involved in regulatory and/or litigation
4    issues?
5        A.   To my knowledge, these
6    institutions were not involved in
7    litigation in 2005.  All this work was
8    done prior to litigation ensuing in this
9    country.
10       Q.   No, no, I'm just talking in
11   general.  I'm not talking about
12   specifically this case.  I'm not talking
13   about talc litigation.  I'm not talking
14   about any particular litigation.
15       A.   Fine.
16       Q.   I'm just talking in general
17   terms, it is not unusual to submit
18   proposals to industry involved -- that
19   may be involved in regulatory and/or
20   litigation issues, is it?
21           MR. FROST: Objection.
22           THE WITNESS: It is not
23   unusual in toxicology to submit
24   proposals to industry as that is

Brooke T. Mossman, M.S., Ph.D.

Page 362

1    where most toxicologists reside.
2    BY MR. SMITH:
3        Q.    And conflicts of interest,
4    as far as being expert witness,
5    disclosures are up to the specific
6    journal, correct?
7        A.    Yes.
8        Q.    Okay.
9        A.    Yes.
10       Q.    And what do you think the
11   study shows regarding talc -- talc's
12   carcinogenicity.
13           MR. FROST:  Objection.
14           THE WITNESS:  We weren't
15   attempting to show changes with
16   talc carcinogenicity.
17       Let me emphasize that our
18   intent in these studies and the
19   focus was on asbestos, on
20   crocidolite asbestos, what gene
21   changes it induced in primarily
22   mesothelial cells, as we didn't
23   get any striking results in
24   ovarian epithelial cells.

Page 363

1        And talc was just one of
2    other materials that were used to
3    see whether our effects were
4    specific to a pathogenic mineral
5    type or induced by other materials
6    as well.  And so we used three
7    different controls, including talc
8    in these studies.
9    BY MR. SMITH:
10       Q.    You're saying talc was used
11   as a control?
12       A.    It turned out to be a
13   control, yes.  We used it as a control of
14   a mineral that was not associated with
15   the development of mesothelioma as was
16   crocidolite asbestos.
17       Q.    But at that time, it was
18   associated with the possibility of
19   increasing the risk in causing ovarian
20   cancer, according to IARC, correct?
21           MR. FROST:  Objection.
22           THE WITNESS:  No.  These
23   studies were done in 2005.  If
24   IARC was involved at that point, I

Page 364

1    was unaware of their involvement.
2    BY MR. SMITH:
3        Q.    Would you agree that the
4    Shukla study showed that the
5    non-pathogenic minerals, glass beads, and
6    fine titanium dioxide treatment to cells
7    resulted in no gene changes, and
8    crocidolite asbestos caused the maximum
9    number of gene changes followed by talc?
10       A.    No, I couldn't say that
11   statistically.  Based on the statistical
12   assays that were performed here, as well
13   as in the Hillegass paper, showed that
14   the magnitude and the types of gene
15   changes were different with talc and
16   asbestos, but talc was comparable in
17   numbers and types of changes to glass
18   beads and titanium dioxide.
19       Q.    You told me that you did not
20   study talc in the Hillegass study.
21           MR. FROST:  Objection.
22           THE WITNESS:  I didn't
23   say --
24   BY MR. SMITH:

Page 365

1        Q.    It wasn't tested, talc was
2    not tested in the Hillegass study.
3            MR. FROST:  Objection.
4            THE WITNESS:  Talc is in the
5    data.  I'm sorry.
6    BY MR. SMITH:
7        Q.    I understand that, but you
8    did not perform all of the tests that you
9    did for asbestos.  You did not -- you did
10   not -- the utilization of gene profiling
11   and proteomics to determine mineral
12   pathogenicity in a human mesothelial cell
13   line.  You did not do gene profiling and
14   proteomics on talc.
15       A.    We did.  And we had looked
16   at it -- we did it in the Shukla study,
17   and we looked at the microarray data by
18   something called principle component
19   analysis in the Hillegass study and
20   showed that the changes with talc were
21   different in the two different cell
22   types, and they were different in
23   magnitude and types of gene changes from
24   asbestos, and that's in the first figure

92 (Pages 362 to 365)

Brooke T. Mossman, M.S., Ph.D.

Page 366

1    in the Hillegass study.
2        Q.   Oh, we'll -- we'll get to
3    the Hillegass study in a minute.
4        A.   Okay.
5        Q.   Let's -- let's stick with
6    Shukla.  All right.  I marked -- I marked
7    the next -- well, I'm going to mark the
8    next exhibit as 38.
9            (Document marked for
10           identification as Exhibit
11           Mossman-38.)
12   BY MR. SMITH:
13       Q.   And this on the NCBI, which
14   is the public access of studies, and it
15   says status public on September 19, 2011,
16   "Alterations in gene expression in human
17   mesothelial cells, correlate with mineral
18   pathogenicity, organisms, homo sapiens,"
19   this is your study we are talking about,
20   the Shukla, correct?
21       A.   It is.  Yes.
22       Q.   Okay.  And this is just a
23   publication -- a public publication of
24   this study, of the summary and overall

Page 367

1    design and contributors and citations.
2    And I want to look at the overall design.
3            But let me ask you first.
4    Who is Jeffrey Bond?
5        A.   Jeffrey Bond is director of
6    the biostatistics department within our
7    cancer center at the University of
8    Vermont.  So he was the one who did the
9    statistics on these studies.
10       Q.   And if you look at the
11   second page, he's listed as the contact
12   name.  It says, "Organization, University
13   of Vermont; department, microbiology and
14   molecular genetics."
15           Do you see that, in
16   Burlington, Vermont?
17       A.   Yes.
18       Q.   And it says, "Overall
19   design" -- it says, "Summary," and then
20   it says, "Overall design."
21           In the last sentence of
22   overall design of this study, the Shukla
23   study, it says, "While nonpathogenic
24   minerals, glass beads and fine titanium

Page 368

1    dioxide treatment to cell resulted in no
2    gene changes, crocidolite asbestos caused
3    the maximum number of gene changes
4    followed by talc."
5            And you told me that that
6    study, Shukla, did not state that.
7            Why would Jeffrey Bond state
8    that in the overall design in this
9    publication released to the public if
10   you're saying the study doesn't reveal
11   that in Shukla?
12           MR. FROST:  Objection.
13           THE WITNESS:  Yeah.  We
14   looked at the statistics which are
15   not referenced here.  And I'm not
16   sure why he would have put -- not
17   included the statistics.
18           But it's important to note
19   that the statistical changes by
20   talc were not significantly
21   elevated as compared to the
22   controls which were titanium
23   dioxide and glass beads.
24           And that was certainly the

Page 369

1    case following up with even more
2    sophisticated assays in the
3    Hillegass paper.
4    BY MR. SMITH:
5        Q.   But you did not look at
6    talc, the higher concentrations, at
7    24 hours to determine if it was dose
8    dependent just like asbestos.
9            MR. FROST:  Objection to
10   form.
11           THE WITNESS:  You are wrong.
12   We looked at eight hours at a low
13   and high concentration of talc.
14   It certainly was dose dependent.
15   We found only one gene at the
16   lower concentrations, and 30 at
17   the highest.
18   BY MR. SMITH:
19       Q.   Okay.
20       A.   When we took out the
21   experiment to 24 hours at low
22   concentrations of both materials, we saw
23   that changes with asbestos increased and
24   the talc at the lowest concentration did

Brooke T. Mossman, M.S., Ph.D.

Page 370

1    not result in a higher number.
2         So we certainly did do
3    dose-response experiments.
4         Q.   Point me into the Shukla
5    study where you tested talc at the higher
6    concentration on peritoneal mesothelial
7    cells at 24 hours.
8             MR. FROST:  Objection.
9             THE WITNESS:  I'm saying we
10   didn't look at 24 hours --
11   BY MR. SMITH:
12        Q.   Thank you.
13        A.   -- because our cells were
14   dead.
15        Q.   Where does that state there?
16   Where is it stated?
17        A.   Where?  In the paper?
18        Q.   That the cells were dead.
19        A.   All you have to do is look
20   at the asbestos results --
21        Q.   No, ma'am.  I'm talking
22   about for talc.
23        A.   We -- we wouldn't have
24   looked -- we wouldn't have looked at talc

Page 371

1    without looking at asbestos.  Our focus
2    was on asbestos.  Why would I look at
3    talc when I couldn't compare it to
4    asbestos?
5         Q.   Because I don't have a
6    problem with you making assumptions about
7    asbestos in this paper.  The problem I've
8    got is you making assumptions that --
9    that deal with ovarian issues and ovarian
10   gene expression changes, and what this
11   study says about exposure of talc to
12   peritoneal mesothelial cells.
13            And my question is this:
14   Did you test talc at the higher
15   concentration with peritoneal mesothelial
16   cells at 24 hours, yes or no?
17            MR. FROST:  Objection.
18            THE WITNESS:  We did not.
19   We looked at the low
20   concentrations of both asbestos
21   and talc at comparable
22   concentrations and showed that
23   talc changes did not increase over
24   time, but asbestos concentrations

Page 372

1    did cause an increase.
2             MR. SMITH:  Again, I'm going
3    to object as nonresponsiveness.
4    BY MR. SMITH:
5         Q.   My question is simple and
6    it's easy and clean and neat.
7             Point me to where in the
8    paper at high -- the higher
9    concentration, that you exposed talc to
10   peritoneal mesothelial cells that you say
11   line the fallopian tubes, ovaries and
12   peritoneal cavity at 24 hours.  Tell me
13   where you did that.
14            MR. FROST:  Objection.
15            THE WITNESS:  Let's go
16   back --
17   BY MR. SMITH:
18        Q.   No, ma'am.  I need an answer
19   to the question.  Did -- tell me in the
20   paper.  Show it to me.
21            Where did you expose at
22   24 hours --
23        A.   Why --
24        Q.   Ma'am, let me finish my

Page 373

1    question.  I'm just going to ask a
2    question.
3             Where -- point me in the
4    paper where you exposed peritoneal
5    mesothelial cells to talc at the higher
6    concentrations at 24 hours, point it to
7    me.
8             MR. FROST:  Objection.
9             THE WITNESS:  We -- we did
10   not look at asbestos or talc at
11   24 hours at the higher
12   concentrations because the cells
13   were dying from asbestos.  That's
14   why.
15   BY MR. SMITH:
16        Q.   But you don't know if they
17   would have died from talc at 24 hours?
18            MR. FROST:  Objection.
19            THE WITNESS:  It wouldn't
20   have made any difference.
21   BY MR. SMITH:
22        Q.   Sure it would have, because
23   then we could sit here and say, regarding
24   ovarian cells -- peritoneal --

94 (Pages 370 to 373)

Brooke T. Mossman, M.S., Ph.D.

Page 374

1  peritoneal -- excuse me, peritoneal
2  mesothelial cells that line the ovary and
3  fallopian tubes and peritoneal cavity,
4  whether there was a dose-dependent
5  reaction because you saw 30 genes changes
6  at eight hours.  And if the gene
7  expression would have gone up at 24, then
8  we could say there was a dose-dependent
9  reaction there?
10         MR. FROST:  Objection.
11         THE WITNESS:  No.  I want to
12     emphasize that we looked at two
13     concentrations of talc and
14     asbestos at eight hours and there
15     was a dose-dependent change with
16     asbestos that was of a huge
17     magnitude.
18         That was not the case with
19     talc.  And the results were
20     essentially the same as we got
21     with the other control particles.
22  BY MR. SMITH:
23     Q.   Okay.  Well, tell me -- show
24  me in this paper where -- I don't see the

Page 375

1  chart for all the genes -- all the genes
2  altered by the exposure to titanium
3  dioxide and glass beads.
4     A.   They were --
5     Q.   I see a chart for all the
6  genes altered by crocidolite asbestos to
7  peritoneal mesothelial cells.  I see the
8  table of non-fibrous talc to peritoneal
9  mesothelial cells and 30 genes change.
10     I need -- where is -- show
11  me where the chart is that titanium
12  dioxide and glass beads changed the
13  comparable amount of genes that talc
14  compared to mesothelial cells at higher
15  concentrations --
16         MR. FROST:  Objection.
17         THE WITNESS:  They didn't
18     cause any increases in more than
19     twofold of -- and if you look at
20     the data with talc, even with the
21     30, we're talking about looking at
22     thousands of genes.  That number
23     statistically is as low as the
24     titanium dioxide or the glass

Page 376

1  beads.
2  BY MR. SMITH:
3     Q.   Well, hold on.  Show me.  If
4  you're going to -- if you're going to
5  make general statements like that about
6  this study, I have charts.  I can look at
7  them.  I can look at the 30 genes that
8  were changed and altered at eight hours
9  at the higher concentrations of
10  peritoneal mesothelial cells by talc.
11         You're now making a
12     statement that I don't see anywhere in
13  this paper that titanium dioxide and
14  glass beads did had similar gene changes
15  and acted in a similar way that talc did
16  compared to mesothelial cells at this
17  concentration at these hours.
18         And my question is, where is
19  that table?
20         MR. FROST:  Objection.
21         THE WITNESS:  Of controlled
22     gene changes?  There weren't any
23     significant gene changes.
24  BY MR. SMITH:

Page 377

1     Q.   Thank you.  Thank you.
2  And --
3     A.   That is my point.
4     Q.   Okay.  And let's look at
5  Hillegass.
6     A.   Okay.
7     Q.   Number 35.  You have
8  chrysotile asbestos, which you would
9  agree with me is carcinogenic, correct?
10     A.   I didn't use chrysotile
11  asbestos in these studies.
12     Q.   My question to you, is
13  chrysotile asbestos carcinogenic?
14         MR. FROST:  Objection.
15         THE WITNESS:  I think we
16     went through this previously.  But
17     if you talk about mesothelioma,
18     there's a debate on whether the
19     risk is zero or one or a low
20     number.
21  BY MR. SMITH:
22     Q.   Does IARC and the National
23  Toxicology Program consider all types of
24  asbestos, including chrysotile, human

95 (Pages 374 to 377)

Brooke T. Mossman, M.S., Ph.D.

Page 378

1   carcinogens?
2         MR. FROST: Objection.
3         THE WITNESS: And that's
4   based on lung cancers and
5   mesothelioma. And yes, they do.
6   BY MR. SMITH:
7   Q. Okay. Here, seven
8   micrograms per centimeter squared, do you
9   see that, Doctor? Of chrysotile. This
10  is on your Table 3 of another study,
11  correct?
12  A. Okay. You are going to have
13  to tell me what page that's on.
14  Q. It's 18 of 18.
15  A. Okay. Okay. This is a
16  summary of work done by others in
17  comparison to our work.
18  Q. Okay. And in the Shukla
19  study the higher concentration is
20  75 micrometers squared per centimeter
21  squared would be five micrograms per
22  centimeter squared, correct?
23  A. Yes.
24  Q. Okay. So the concentration

Page 379

1   that you used of talc in Shukla is lower
2   than the concentration here of
3   chrysotile, seven micrograms per
4   centimeter squared. And the results of
5   the study as far as genes altered at four
6   hours were eight by chrysotile, correct?
7   A. Yes.
8   Q. And at eight hours in talc
9   at a lower concentration, how many genes
10  were upregulated?
11  A. In our studies?
12  Q. Yes.
13  A. One gene was the ATF3 --
14  Q. Ma'am --
15  A. -- at the lowest
16  concentration.
17  Q. Ma'am, I'm talking about --
18  I'm talking about -- I'm talking about
19  the concentration used at the higher
20  concentration in your study equals five
21  micrograms per centimeter squared. The
22  chrysotile that's on this table is seven
23  micrograms per centimeter squared as the
24  concentration.

Page 380

1         Therefore, we just talked
2   about the concentration that you used in
3   Shukla of talc would be five micrograms
4   per centimeter squared or a lower
5   concentration than is used for chrysotile
6   on this chart, correct?
7         MR. FROST: Objection.
8         THE WITNESS: Yeah. I'm not
9   sure what you're getting at here.
10  BY MR. SMITH:
11  Q. Well --
12  A. Let me just double-check
13  what you're saying, because I'm not sure
14  it makes sense.
15  Q. We've been through this in
16  Brower.
17  A. That's what I'm reiterating.
18  It didn't make sense either then. Okay.
19  Q. Well, let's just agree on
20  fundamentals. I mean, it's pretty easy.
21  The higher concentration of five -- 75
22  micrometers per centimeter squared that
23  you used in Shukla for talc equals five
24  micrograms per centimeter squared,

Page 381

1   correct?
2   A. In talc, the concentration
3   of five micrograms per centimeter squared
4   with talc equaled -- I'm sorry, yeah --
5   equals 81 surface area. Okay.
6   Q. So five micrograms per
7   centimeter squared.
8   A. Yes.
9   Q. Okay. So we're looking --
10  this study that you cite in Hillegass for
11  chrysotile that IARC and NTP say is
12  carcinogenic to humans, uses two
13  micrograms per centimeter squared higher
14  concentration than you used for talc at
15  the higher concentration in Shukla, and
16  eight -- excuse me -- at four hours, how
17  many genes were altered for chrysotile?
18        MR. FROST: Objection to
19  form.
20        THE WITNESS: Eight. But
21  let me emphasize.
22  BY MR. SMITH:
23  Q. No, ma'am. I don't have a
24  question. The question I asked, and how

Brooke T. Mossman, M.S., Ph.D.

Page 382

1  many genes were upregulated by talc at a
2  lower concentration at eight hours? 30,
3  correct?
4      A.   Right.  So are you
5  implicating that the results here with a
6  completely different cell type are
7  relevant to what I did in human
8  mesothelial cells or ovarian epithelial
9  cells?
10     Q.   Ma'am, you're trying to
11  extrapolate all your work in asbestos to
12  ovarian cancer and what talc's effect on
13  cells that have to do with ovarian
14  cancer.
15     A.   I'm sorry, sir --
16         MR. FROST: Objection.
17         THE WITNESS: -- but we have
18     not discussed ovarian epithelial
19     cells, because I got no changes
20     with talc in ovarian epithelial
21     cells.
22  BY MR. SMITH:
23     Q.   Where do the large majority
24  of the ovarian cancers that we discussed

Page 383

1  originate.  And that is the serous type.
2  Nearly 90 percent of the epithelial
3  ovarian cancers in the United States, do
4  they originate in the surface of the
5  epithelium of the -- surface area of the
6  ovary or in the fallopian tubes, ma'am?
7         MR. FROST: Objection.
8         THE WITNESS: So we don't
9     know.  The majority are thought
10    nowadays to originate in the
11    fallopian tubes.  That has no
12    bearing upon our results at all.
13  BY MR. SMITH:
14     Q.   I totally agree your results
15  have no bearing on that.
16         MR. FROST: Objection.
17         THE WITNESS: Well, you
18    would like to think so.  But the
19    fact remains that we got no
20    changes with talc in ovarian
21    epithelial cells.
22  BY MR. SMITH:
23     Q.   Did you use fallopian tube
24  cells in Shukla?

Page 384

1      A.   No one has used fallopian --
2  normal epithelial cells in any gene
3  profiling assay.  We used the most normal
4  cell type that we could get.  And that
5  was the ovarian epithelial cell line from
6  Dr. Auersperg.
7      Q.   You used immortalized cell
8  in your Shukla study?
9      A.   I used contact-inhibited
10  immortalized cells, yes.
11     Q.   Okay.  And is it appropriate
12  to use immortalized cells in in vitro
13  studies to study -- study cellular
14  reactions?
15     A.   It depends on what you're
16  trying to say.  If you recall, our
17  emphasis here was to determine in cell
18  lines that are relevant to humans, that
19  is human cell lines, whether significant
20  gene changes were observed with
21  pathogenic mineral findings that were not
22  observed with nonpathogenic mineral
23  fibers.
24         We weren't attempting to do

Page 385

1  transformation.  We were attempting to
2  look and see whether minerals at a
3  variety of different comparable surface
4  areas and weight concentrations induced
5  the same responses, and they don't.
6         Talc is inert as is glass
7  beads and titanium dioxide.
8      Q.   Inert.  What is your
9  definition of inert?
10     A.   The same as -- it -- it's
11  uncharged.  It's inert in terms of cell
12  reactions.
13         Look at the toxicity data
14  for talc, for example.  You have to go
15  extremely high to get a toxic amount.
16  And I would use inert as did IARC
17  repeatedly.
18     Q.   So you're saying -- you're
19  saying that talc -- wait.  Did you use
20  cosmetic-grade talc or industrial grade
21  talc for Shukla?
22         MR. FROST: Objection.
23         THE WITNESS: You know, I
24     stated that several times.  I

97 (Pages 382 to 385)

Brooke T. Mossman, M.S., Ph.D.

Page 386

1       think we know the answer.
2    BY MR. SMITH:
3       Q.   Okay.  You're saying that
4    talc is inert when at 75 micrometers
5    squared per centimeter squared at eight
6    hours, it showed 30 alterations of gene
7    expressions?
8       A.   Let's look at our ratio of
9    30 over 3,000 compared to 1 over 3,000.
10   And the 30 --
11      Q.   What -- what comparison are
12   you making that from?
13         MR. FROST:  Objection.
14         THE WITNESS:  I'm talking
15      about the inert materials that I
16      used.  The glass beads --
17   BY MR. SMITH:
18      Q.   Where is that -- where is --
19   again I'm going to go back to it.
20         If you're going to say,
21   because it's not written in this study
22   anywhere what you just said.
23         What -- what you just said,
24   that talc is inert just like glass beads

Page 387

1    and just like titanium dioxide --
2       A.   Yes.
3       Q.   -- and does -- and caused a
4    similar number of gene expression changes
5    as talc so they acted the same, which now
6    I can say they are all inert, even though
7    they changed, altered 30 genes.
8       A.   That -- it's insignificant.
9       Q.   Show me, show me the chart
10   of where I can go, you know what,
11   Dr. Mossman is right, I can look at this
12   chart over here, it shows gene expression
13   changes, 30 of them.  And then I can go
14   over here and look at glass beads and
15   titanium dioxide, and go, wow, they acted
16   the same.  Where is that?
17         MR. FROST:  Objection.
18         THE WITNESS:  Let's look at
19      the fraction of gene changes, and
20      we were looking at thousands of
21      gene changes.
22         So you put 30 --
23   BY MR. SMITH:
24      Q.   Where is the chart?  Where

Page 388

1    is the chart in the study that shows me
2    that titanium dioxide and glass beads
3    altered 30 genes at eight hours at
4    75 micrometers squared per centimeter
5    squared in peritoneal mesothelial cells?
6    Show me the chart.
7         MR. FROST:  Objection.
8         THE WITNESS:  They didn't
9      alter any genes that were elevated
10     above two to three, and the 30
11     that were elevated by talc, which
12     were not seen at a low
13     concentration, were statistically
14     of the same magnitude as what was
15     seen with glass beads and titanium
16     dioxide.
17         And that is expanded upon in
18     the Hillegass paper.
19   BY MR. SMITH:
20      Q.   We'll get to that.
21      A.   Okay.
22         (Document marked for
23     identification as Exhibit
24     Mossman-39.)

Page 389

1    BY MR. SMITH:
2       Q.   This is Table 6.  This is
3    here in your report.  Do you recall that?
4       A.   Right.
5       Q.   Okay.  I see talc.  I see
6    asbestos --
7       A.   Yeah.
8       Q.   -- I see gene changes right
9    here at the higher concentrations.  236
10   of the most potent form of asbestos,
11   crocidolite asbestos, correct?
12      A.   That's correct.
13      Q.   And you told me that
14   different carcinogens can have varying
15   potencies, correct?
16      A.   Different carcinogens?  Talc
17   and asbestos are not different
18   carcinogens.
19      Q.   In general.  Different
20   carcinogens can be of different potency,
21   correct, but they are still carcinogens?
22         MR. FROST:  Objection.
23         THE WITNESS:  Yeah, I mean
24      that doesn't really make sense.

98 (Pages 386 to 389)

Brooke T. Mossman, M.S., Ph.D.

Page 390

1    Everything should have a
2    dose-response and a threshold, and
3    it's going to be different with
4    different materials.
5    BY MR. SMITH:
6        Q.   All right.  We'll get to
7    that in a minute in Brower, your
8    testimony.
9        A.   Okay.
10       Q.   All right.  Hereafter, look
11   at that, 30 genes altered at -- that
12   should be --
13       A.   That's switched around.
14   You're right.
15       Q.   It should be -- that's
16   wrong.  It should be eight hours.
17       A.   Yeah.
18       Q.   Okay.  I'm looking right
19   here at fine titanium dioxide and glass
20   beads and low -- and I don't see a high
21   concentration.  Why -- where is the high
22   concentration to fine titanium dioxide?
23            MR. FROST:  Objection.
24            THE WITNESS:  Okay.  So if

Page 391

1    we look at --
2    BY MR. SMITH:
3        Q.   I'm just asking where is it
4    on this chart.
5        A.   Okay.  At low
6    concentrations, at 24 hours, fine
7    titanium dioxide was run, and the high
8    glass beads were run at eight and
9    24 hours.
10       Q.   Ma'am.
11       A.   Yeah.
12       Q.   Tell me how many genes are
13   altered in this chart by glass beads at
14   high concentrations.
15       A.   None.
16       Q.   Tell me how many genes are
17   altered by fine titanium dioxide at high
18   concentrations.
19            Was it done?
20            MR. FROST:  Objection.
21   BY MR. SMITH:
22       Q.   I don't see it.
23       A.   It was -- it was done at the
24   low amount and not at the high amount for

Page 392

1    titanium dioxide.
2        Q.   Okay.  So there is no chart.
3            In fact, there's a chart in
4    your report that shows there are no genes
5    altered by fine titanium dioxide at low
6    concentrations and glass beads at high
7    concentrations, and that talc at high
8    concentrations altered 30 genes, right?
9        A.   Yes.  But again, I emphasize
10   that we're -- if you put that back on
11   there, we can talk about it.
12       Q.   Oh, I'm sorry.
13       A.   Okay.  So we're looking --
14   again, the emphasize is on asbestos, and
15   we're looking in mesothelial cells at low
16   and high concentrations at 24 hours to
17   demonstrate a dose-response.  We don't --
18   at low and high concentrations, we get
19   a -- dose-response.  The magnitude is
20   not of the same type.  In fact, the
21   changes in the genes, including going up
22   and down, were not of the same type.
23       Q.   Ma'am, I asked you earlier.
24   You're the one that went beyond what's

Page 393

1    in -- written down in this report and
2    told me that talc at the high
3    concentrations acted just inert just like
4    fine titanium dioxide and just like glass
5    beads --
6        A.   It --
7        Q.   And now my question to you
8    is --
9        A.   Yes.
10       Q.   -- and you said they altered
11   the same amount of genes.  And you
12   said -- and I said where is the chart,
13   and you kept answering your question.
14            And I -- so I went and
15   pulled the chart that you have in your
16   report.
17       A.   Right.
18       Q.   And we can look at how many
19   genes are altered by glass beads at the
20   high concentration, right?
21            What does it say?
22            MR. FROST:  Objection.
23            THE WITNESS:  Yeah, when --
24   when one presents microarray data,

99 (Pages 390 to 393)

Brooke T. Mossman, M.S., Ph.D.

Page 394

1   you present significant gene
2   changes.  There's no data here for
3   thousands of genes because we
4   didn't see any.  We're talking
5   about bold increases.
6   BY MR. SMITH:
7       Q.   That's what I'm talking
8   about.
9       A.   It's got to be two or
10  greater --
11      Q.   I agree.
12      A.   So what I'm telling you is
13  that with asbestos, we see low, 29, which
14  goes up to fourfold higher, eight hours.
15          With talc at low, we see an
16  insignificant amount compared to the
17  other materials we're looking, that does
18  not go up like asbestos.
19          So we see unique changes to
20  asbestos.  That's what we are focusing
21  on.
22          MR. SMITH:  That's not my
23  question, Doctor.  I'm going to
24  object to nonresponsiveness.

Page 395

1   BY MR. SMITH:
2       Q.   My question had to do --
3   you're talking -- and stated that talc
4   was an inert substance and it did not
5   react with cells.  And you said it's
6   inert just like titanium dioxide and
7   glass beads that were controls.  And I
8   said what is the definition of inert?
9       A.   Okay.  So --
10      Q.   And you said causes cellular
11  responses.  And my question to you is,
12  show me.  I can see where talc at high --
13  the higher concentration at eight hours
14  altered 30 genes.  Show me on this chart
15  where glass beads or fine titanium
16  dioxide altered any.
17          MR. FROST:  Objection.
18  BY MR. SMITH:
19      Q.   Can you show it to me?
20          MR. FROST:  Objection.
21          THE WITNESS:  It's not on
22  this chart.
23  BY MR. SMITH:
24      Q.   In fact, you put zero.

Page 396

1       A.   There are no genes that are
2   increased above twofold levels.
3       Q.   Thank you.
4       A.   That's the zero number.
5       Q.   Does talc have a zero number
6   by it at the high concentrations at 24
7   hours -- at eight hours?
8       A.   30, compared to the total
9   number of genes that we looked at, which
10  were in the thousands, the ratio of that
11  compared to the one ratio with titanium
12  dioxide or glass beads was insignificant.
13  30 genes means nothing.
14      Q.   30 genes means nothing?
15      A.   That's correct.  It's
16  insignificant.  And that was borne out by
17  one set of analyses called ANOVA in the
18  Shukla paper and another set of analyses
19  called PCA analyses in the Hillegass.
20      Q.   But you didn't do PCA
21  analysis on talc in Hillegass?
22          MR. FROST:  Objection to
23  form.
24          THE WITNESS:  Yes, we did.

Page 397

1       It's in the data.
2   BY MR. SMITH:
3       Q.   Okay.  We'll get there.
4       A.   We went through this before.
5   Let's look at Figure 1, and the talc data
6   is graphed.
7       Q.   Okay.  All right.  We'll go
8   through it.
9       A.   Okay.
10      Q.   You stated earlier in the
11  depo that minerals such as asbestos and
12  talc react differently to human cells
13  depending on the shape, size -- shape,
14  size, and crystallinity; is that correct?
15      A.   Yes.
16      Q.   And that you admitted that
17  shape, size, and crystallinity of
18  minerals such as asbestos and talc vary
19  from type and grade of talc and different
20  types and different mines that they're
21  mined from, right?
22      A.   Yes.
23      Q.   Okay.  And this study did
24  not test cosmetic-grade talc, correct?

100 (Pages 394 to 397)

Brooke T. Mossman, M.S., Ph.D.

Page 398

```
 1          MR. FROST:  Objection.
 2          THE WITNESS:  It tested
 3    industrial talc.
 4    BY MR. SMITH:
 5      Q.    It did not test
 6    cosmetic-grade talc, correct?
 7          MR. FROST:  Objection.
 8          THE WITNESS:  It did not
 9    look at that directly.
10    BY MR. SMITH:
11      Q.    And it did not -- therefore,
12    did not test the type of or the grade of
13    talc that's in Baby Powder or Shower to
14    Shower, correct?
15          MR. FROST:  Objection.
16          THE WITNESS:  The grade of
17    talc -- again, you'll have to fill
18    me in on what grade means.
19    BY MR. SMITH:
20      Q.    So you don't know that the
21    grade of talc that's in Baby Powder or
22    Shower to Shower is cosmetic-grade talc?
23      A.    I'm assuming it is.
24      Q.    So the study did not examine
```

Page 399

```
 1    the type or -- the type of talc that is
 2    in Baby Powder or Shower to Shower, the
 3    particular grade, correct?
 4          MR. FROST:  Objection.
 5          THE WITNESS:  The source of
 6    talc was a mining talc.
 7    BY MR. SMITH:
 8      Q.    And what mine did the talc
 9    used in the Shukla study come from?
10      A.    It's something called
11    Barrett's Minerals.  I don't know where
12    the mine is.
13      Q.    I believe it's in Montana.
14    It states in the study.
15          Did the study use the talc
16    from any of the mines that J&J used for
17    its Baby Powder or Shower to Shower
18    products, that being from Vermont, Italy,
19    Korea, or China?
20          MR. FROST:  Objection.
21          THE WITNESS:  No.
22    BY MR. SMITH:
23      Q.    Okay.  Have you ever
24    performed a study on talc's effect on
```

Page 400

```
 1    human fallopian tube cells?
 2      A.    No.  Well, let me -- I want
 3    to qualify that, because I'm not certain
 4    where these ovarian epithelial cells came
 5    from.  They came from a tissue bank.
 6    They were normal in terms of -- they grew
 7    in anchorage-dependent conditions.
 8          But I don't want to tell you
 9    what their source is without looking it
10    up further.
11      Q.    In Table 3 of Shukla, the
12    genes that were upregulated at
13    75 micrometers squared per centimeter
14    squared at eight hours, do you know if
15    any of those genes have been associated
16    with primary peritoneal mesotheliomas?
17          MR. FROST:  Objection.
18          THE WITNESS:  The -- I
19    don't.  They're certainly
20    indicative of some of the pathways
21    we've followed up on.  But we
22    haven't isolated these out
23    individually to study them.
24    BY MR. SMITH:
```

Page 401

```
 1      Q.    So you don't know if any of
 2    these genes that were upregulated in
 3    Table 3 by talc are actually those genes
 4    involved in the development of peritoneal
 5    cancer?
 6          MR. FROST:  Objection.
 7          THE WITNESS:  That's
 8    correct.  I don't know about genes
 9    that are upregulated in peritoneal
10    cancers.
11          MR. SMITH:  Okay.  I'm going
12    to attach the next numbered
13    exhibit, which would be 40.
14          (Document marked for
15    identification as Exhibit
16    Mossman-40.)
17    BY MR. SMITH:
18      Q.    This is -- the lead author
19    is Dragon.  Have you ever seen this
20    study?  It's from 2015.
21      A.    Yes.
22      Q.    You have seen this?
23      A.    I have.
24      Q.    "Differential Susceptibility
```

Brooke T. Mossman, M.S., Ph.D.

Page 402

1 of Human Pleural and Peritoneal
2 Mesothelial Cells to Asbestos Exposure"?
3     A.   Yes.
4     Q.   It states in the abstract --
5 actually this is from Vermont College
6 here, right, College of Medicine?
7     A.   Yeah.  Dr. Shukla is the
8 senior author.
9     Q.   That's correct.  And the
10 abstract, "Malignant mesothelioma, or MM,
11 is an aggressive cancer of mesothelial
12 cells of the pleural and peritoneal
13 cavities.  In 85 percent of cases both
14 pleural and peritoneal malignant
15 mesothelioma is caused by asbestos
16 exposure.  Although both are
17 asbestos-induced cancers, the incidence
18 of pleural malignant mesothelioma is
19 significantly higher at 85 percent than
20 peritoneal malignant mesothelioma at
21 15 percent."
22          And down at the bottom it
23 says, "Our results are consistent with
24 the hypothesis that differences in

Page 403

1 incidences of pleural and peritoneal
2 malignant mesothelioma upon exposure to
3 asbestos are the result of differences in
4 mesothelial cell physiology that lead to
5 differences in the inflammatory response
6 which leads to cancer."
7     Q.   Do you see that?
8     A.   I do.
9     Q.   Do you agree with that?
10          MR. FROST:  Objection.
11          THE WITNESS:  I do with
12     regard to cancer by asbestos.
13 BY MR. SMITH:
14     Q.   Okay.  And if you flip to
15 Page 24.  It's a chart.  If you look at
16 it, Figure A is transcripts known to be
17 involved with malignant mesothelioma that
18 were significantly differential --
19 differentially expressed in all cell
20 lines.
21          But if you look at IL-8
22 IL-6, ATF3, ATF3, the CXCL2, CXCL3, those
23 were all altered in malignant
24 mesothelioma and in peritoneal

Page 404

1 mesothelioma.
2          Do you see that, the fold
3 changes?
4     A.   These aren't mesothelioma
5 cells.  These are two normal cell lines
6 that are normal pleural mesothelial cells
7 and a cell line including one we used in
8 our study, that were peritoneal.
9     Q.   Correct.
10     A.   So these are not tumors.
11 You can't say anything about --
12     Q.   That's not what I'm -- I
13 didn't mention tumor.  You're the one
14 that brought up tumor.  I did not say
15 that, did I?
16     A.   No, you didn't, but you said
17 mesothelioma cells.
18     Q.   Well, we see that IL-8,
19 CXCL2, CXCL3, IL-6, ATF3 were all
20 upregulated in pleural mesothelial cells
21 and in peritoneal mesothelial cells.
22          Do you see that?
23     A.   Yes.  By asbestos.
24     Q.   Okay.  And were those some

Page 405

1 of the same cell lines -- excuse me.
2 Were those some of the same genes, IL-8,
3 CXCL2, CXCL3, IL-6 and ATF3 that were
4 upregulated in peritoneal mesothelial
5 cells at the concentrations of eight
6 hours of talc in your study in Shukla?
7          MR. FROST:  Objection.
8          THE WITNESS:  Some of them,
9     certainly the ATF3 was.
10 BY MR. SMITH:
11     Q.   IL-8?
12     A.   IL-8, which could have many
13 functions.
14     Q.   CXCL2 and CXCL3, correct?
15     A.   I'd have to go back and
16 look, but they're chemokines.  I believe
17 one of them might have been upregulated
18 by talc.
19     Q.   IL-6?
20     A.   Yeah.  And this all makes
21 sense, because we know that talc induces
22 acute inflammation and antiinflammation
23 at -- by ATF3 is -- is a -- certainly a
24 protective response of the cells.

Brooke T. Mossman, M.S., Ph.D.

Page 406

1    Q.   And that was -- and the
2  same -- and pleural mesothelial cells
3  were upregulated, those same genes were
4  upregulated by crocidolite asbestos that
5  we know, you admit, causes mesothelioma,
6  correct?
7    A.   Are you suggesting that
8  because a gene goes up it's associated
9  with mesothelioma?
10    Q.   No, I'm just saying, would
11  you agree with me that this chart shows
12  and tests crocidolite asbestos and shows
13  gene changes in pleural mesothelial
14  cells?
15    A.   It shows gene changes in
16  pleural and peritoneal mesothelial
17  cells --
18    Q.   And my question --
19    A.   Yeah.
20    Q.   -- my question is, would you
21  agree with me that crocidolite asbestos
22  causes malignant mesothelioma?
23        MR. FROST:  Objection.
24        THE WITNESS:  Yes.  But

Page 407

1      that's not what we're -- we're
2      looking at here.
3  BY MR. SMITH:
4    Q.   Okay.  That's not what I'm
5  saying.  I'm just showing, on this chart,
6  the different gene changes that by a
7  known substance to cause malignant
8  mesothelioma, right?
9        And some of the genes that
10  were changed are IL-8, CXCL2, CXCL3,
11  IL-6, ATF3.  And those were the same
12  genes that were upregulated by talc at
13  the higher concentration at eight hours
14  in your Shukla paper, right?
15        MR. FROST:  Objection.
16        THE WITNESS:  Some of them
17      were.  I would say half of the
18      genes that were significant, the
19      IL-8, the ATF3, I believe one of
20      the CXCL2s or 3.  So some of them
21      were common.  Other ones were not.
22  BY MR. SMITH:
23    Q.   Okay.  You provided an
24  affidavit to me in the Brower case, and

Page 408

1  you produced documents.  Do you recall
2  that?
3    A.   I do.
4    Q.   And -- and I'm going to
5  attach that as an Exhibit 41.
6        (Document marked for
7      identification as Exhibit
8      Mossman-41.)
9  BY MR. SMITH:
10    Q.   And just show it to you.  Do
11  you recall this?  Affidavit of Brooke
12  Mossman you provided to me?
13    A.   Yes.
14    Q.   Okay.  And -- and I'll show
15  you your signature at the back.
16    A.   Okay.
17    Q.   And that's your signature
18  you provided to me?
19    A.   Yes.
20    Q.   Okay.  I'm going to attach
21  that as Exhibit 41.
22        And you produced some
23  documents to me.  Some of -- some of
24  them -- and there were a lot -- of drafts

Page 409

1  of the Shukla paper.  Do you recall that?
2    A.   Yeah.
3    Q.   There were like a bunch of
4  them.
5    A.   It was -- it was the same
6  paper xeroxed many times.  Yes.
7    Q.   And so this was just earlier
8  drafts or the drafts that eventually
9  became the Shukla paper that we just went
10  over, correct?
11    A.   Yes.
12        (Document marked for
13      identification as Exhibit
14      Mossman-42.)
15  BY MR. SMITH:
16    Q.   Okay.  I'm going to attach
17  this as Exhibit 42.  And it's entitled,
18  "Alterations in Gene Expression in Human
19  Mesothelial Cells Correlate With Mineral
20  Pathogenicity."
21        It has Shukla at the
22  beginning and looks almost exactly like
23  the study that we attached as Exhibit 34,
24  that was a peer-reviewed published

103 (Pages 406 to 409)

Brooke T. Mossman, M.S., Ph.D.

Page 410

1    publication, correct?
2         A.   Yes.
3         Q.   Okay.  And if you go to
4    Page 3, and look at the first large
5    paragraph in the last sentence.
6         A.   Mm-hmm.
7         Q.   "Moreover, the early
8    molecular events leading to injury by
9    asbestos fibers and other pathogenic or
10   innocuous particulates in human cells
11   that may be targets for the development
12   of disease remain enigmatic."
13         And that's the reason you
14   performed this study to look at those
15   changes, right?
16         A.   We were interested in gene
17   profiling, yes, that's correct.
18         Q.   Okay.  And if you go to
19   second paragraph, and you go just past
20   Number 6.  It's one, two, three, four,
21   five, six lines down.
22         "This cell type is not
23   implicated in asbestos-induced diseases,
24   but is occasionally linked to the

Page 411

1    inflammation and development of ovarian
2    cancer after use of talcum powder in the
3    pelvic region, albeit highly
4    controversial."
5         Why didn't that statement
6    make it into the final?
7         MR. FROST:  Objection.
8         THE WITNESS:  This cell type
9    is not implicated...
10   BY MR. SMITH:
11         Q.   Can you tell me why that
12   statement, and I went through all of
13   them, and that's the only statement,
14   otherwise they read just exactly alike.
15   "This cell type is not implicated in
16   asbestos-induced diseases, but is
17   occasionally linked to inflammation and
18   the development of ovarian cancer after
19   use of talcum powder in the pelvic
20   region, albeit highly controversial."
21         I want to know why that
22   statement was taken out of the drafts and
23   not in the final peer-reviewed
24   publication.

Page 412

1         MR. FROST:  Objection.
2         THE WITNESS:  I believe it
3    is in the Hillegass paper.  And I
4    seem to remember when I looked
5    over this correspondence that this
6    was a comment that one of the
7    reviewers questioned, and he put
8    in additional references.
9    BY MR. SMITH:
10         Q.   I thought we might go to the
11   reviewer comments because we have it
12   attached as Exhibit 36.
13         A.   Yeah.  I remember that.
14         Q.   Show me in the reviewer
15   comments where they say take that out.
16         A.   The Hillegass paper.  They
17   asked us --
18         Q.   No, ma'am.  Ma'am.
19         A.   No.
20         Q.   This is Shukla.
21         A.   Yeah.
22         Q.   This is the Shukla paper.
23   This is the draft of the Shukla paper.
24   And that statement is in a draft of the

Page 413

1    Shukla paper that you provided me per the
2    affidavit that we just went over in
3    Exhibit 41.
4         And I want you to show me in
5    the Shukla paper that we just went over,
6    it's peer reviewed, Exhibit Number 34 --
7         A.   Yeah.
8         Q.   -- where that statement is
9    in that study that's in the draft that
10   you provided to me.
11         MR. FROST:  Objection.
12         THE WITNESS:  Okay.  So I'm
13   looking at the Shukla paper, and
14   that statement was Merritt in 2009
15   and it is in this.  So...
16   BY MR. SMITH:
17         Q.   Where is it?
18         A.   All right.  Let me just
19   look.  It's Reference Number 7?
20         It says -- although I'm
21   admitting that you looked this -- looked
22   this over very well.  It says, "This cell
23   type is not implicated in
24   asbestos-induced diseases but is

104 (Pages 410 to 413)

Brooke T. Mossman, M.S., Ph.D.

Page 414

1    occasionally linked to inflammation and
2    the development of ovarian cancer after
3    use of talcum powder in the pelvic
4    region, although such links are highly
5    controversial."
6        Q.   Where is it?
7        A.   It's in the final
8    publication, exactly where I --
9        Q.   I know.  Point me to it.  I
10   just missed it.  Where is it?
11       A.   Yeah, I guess you did.
12       Q.   I guess I did.  I'm -- I am
13   mortal.  I apologize.
14           Where is it?
15       A.   Here you go.
16       Q.   Can you show me?  Can you
17   tell me where the --
18       A.   It's exactly where it was in
19   the draft, yeah.
20           MR. FROST:  If you look at
21       Page 1, right-hand column.  It's
22       the first full paragraph, last
23       sentence.
24   BY MR. SMITH:

Page 415

1        Q.   I missed it.  I stand
2    corrected.
3        A.   Wow.
4        Q.   I highlighted it right
5    before it.  Thank you.
6        A.   You're welcome.
7        Q.   Do you agree with that
8    statement, now that it's -- we've
9    established that it's in your study?
10       A.   I agree that it's highly
11   controversial still.
12       Q.   Do you agree that it's been
13   occasionally linked to inflammation in
14   the development of ovarian cancer use
15   after the use of talcum powder in the
16   pelvic region?
17       A.   I believed in 2009, we
18   referenced or we looked at the Ness and
19   Cottreau, which was a hypothesis paper
20   and it is still a hypothesis that the
21   scientific data does not support.
22       Q.   Okay.  Let's talk about --
23           MR. SMITH:  Are we okay?  Or
24       can we keep going?

Page 416

1            MR. FROST:  Take a short
2        break.
3            MR. SMITH:  Sure.  We can
4        take a quick break.
5            THE VIDEOGRAPHER:  Going off
6    the record.  The time is 4:23.
7            (Short break.)
8            THE VIDEOGRAPHER:  We are
9    going back on record.  Beginning
10   of Media File Number 5.  The time
11   is 4:38.
12   BY MR. SMITH:
13       Q.   Okay.  So in Exhibit 39,
14   which is a chart in your study, I need to
15   correct --
16       A.   Yes.
17       Q.   I need to switch 24 to
18   eight --
19       A.   Right.
20       Q.   -- and eight to 24, right?
21       A.   Yes.  That's correct.
22       Q.   And I made those changes.
23           Okay.  And then over here,
24   I've got a question in -- you have talc

Page 417

1    at low concentrations of ovarian
2    epithelial cells, zero.
3            Do you see that?
4        A.   It should be -- it should be
5    high because we only added talc to the
6    ovarian epithelial cells at high
7    concentrations.  So these -- they're the
8    right word, but they need to come down a
9    little bit.
10       Q.   I'm with you.
11       A.   See.
12       Q.   So this should be -- right
13   here this should be zero right here?
14       A.   Right.
15       Q.   And that should be -- that
16   mark right there is for low
17   concentration?
18       A.   Right.  Right.  Right.
19           So in this case, yes.
20       Q.   All right.  If you look at
21   your paper --
22       A.   Yeah.
23       Q.   -- and you go to --
24       A.   Which one?  The Shukla?

105 (Pages 414 to 417)

Brooke T. Mossman, M.S., Ph.D.

Page 418

1      Q.  Shukla.
2      A.  Okay.
3          MR. MIZGALA:  I think it was
4   right the way it was.
5          THE WITNESS:  High had no
6   results.
7          MR. SMITH:  That's right.
8   BY MR. SMITH:
9      Q.  All right.  These are the
10  epithelial -- ovarian epithelial cells,
11  right?
12     A.  Yes.
13     Q.  Okay.  And at 24 hours you
14  have zero at high concentrations, right?
15  Cell -- gene changes, right?
16     A.  Yes.
17     Q.  Okay.  If you look at Page 5
18  of 10.
19     A.  Yes.
20     Q.  And it says, "At
21  24 hours" -- down at the bottom under
22  "IOSE ovarian epithelial cells exhibit
23  few gene expression changes," it says,
24  "At 24 hours, high concentrations of

Page 419

1   asbestos caused less than fourfold
2   increases in expression of only 16 genes
3   and decreased" -- hold on.  Am I in the
4   right spot?  No, I'm not.
5          Let's go back to 4 of 10.
6   I'm sorry.
7      A.  Okay.
8      Q.  "Asbestos fibers at high
9   concentrations are toxic to TP9/TERT-1
10  mesothelial cells and less so to ovarian
11  epithelial cells in contrast to particle
12  preparations."
13         It talks about, "Non-fibrous
14  talc at 75 micrometers squared per
15  centimeter squared was nontoxic, and
16  significant increases in toxicity were
17  only achieved with addition of talc at
18  greater than threefold concentrations in
19  LP9/TERT-1 cells (Figure 2A), but not in
20  IOSE cells (data not shown)."
21     A.  Right.
22     Q.  Okay.  Is that -- data
23  not -- how -- where is this data to be
24  able to put zero down here?  I don't --

Page 420

1      A.  This is the --
2          MR. FROST:  Objection.
3          THE WITNESS:  -- gene --
4   you're talking about the toxicity
5   data here.  We did -- and I
6   believe it's stated in this paper.
7   We did a range of concentrations
8   with the talc up to 20.  And I
9   think we make the statement that
10  in no cases was there toxicity to
11  the ovarian epithelial cells.  So
12  it's here somewhere.
13  BY MR. SMITH:
14     Q.  Well, my question is also, I
15  didn't think you tested talc at high
16  concentrations.
17     A.  We only did that in the
18  ovarian epithelial cells, because of --
19  we, in all of these, we had done
20  preliminary studies, and our original
21  ones indicated that we had no toxicity
22  and no effect.  So we did the whole
23  experiment for microarrays at the high
24  concentration.

Page 421

1      Q.  Where is that data that
2   shows that?
3      A.  Okay.  It's probably in here
4   somewhere.
5      Q.  And data --
6      A.  Here we go.
7      Q.  Data not shown or
8   referenced, where can I get that data?
9      A.  I believe some of it might
10  have been in supplementary data in this
11  journal.
12     Q.  Can you give me a
13  supplemental journal where that --
14     A.  Wait.  Let me just make sure
15  then.  Figure 2D.  Okay.  So, in terms of
16  the toxicity data for talc, it is in
17  Figure 2D, and that's the ovarian
18  epithelial cells.  So there is data
19  presented on the cytotoxicity.
20     Q.  Well, hold on a second,
21  because Table 6 it says -- in your --
22  right here on Exhibit 39.  Table 6, "Talc
23  does not cause altered gene expression in
24  human mesothelial or ovarian epithelial

106 (Pages 418 to 421)

Brooke T. Mossman, M.S., Ph.D.

Page 422

1    cells."
2          We're not talking about
3    toxicity. We're talking about gene
4    expression changes.
5          A.   Right.
6          Q.   And you're writing zero down
7    right here that you tested talc at high
8    concentrations and got zero gene
9    expression changes.
10          My question is, where is
11   that?
12          A.   Not in -- it says -- okay.
13          (Reading to herself.)
14          Okay.  So if it didn't have
15   any significant gene changes, like for
16   the other materials, it wouldn't have
17   been presented, because there was no
18   significant increase in any of the genes.
19          Q.   Well, you have zero here.
20   Where is that?  Where does it show that
21   there are no -- no changes?  Where does
22   it state that?
23          A.   It's stated here.  Hold on.
24   I think we've got it with the asbestos.

Page 423

1    Okay.  Let me just see if it's in the --
2    Okay.  So, yeah.  So this is important to
3    look at, because in Table 4 at the high
4    concentrations, you see only one number
5    at the top, and the 2s are not
6    significantly elevated.
7          So the data is just shown at
8    the high concentrations of materials.  At
9    the low concentrations there were no gene
10   changes.
11          Q.   I understand that.  But
12   where -- I see the genes upregulated by
13   crocidolite asbestos and IOSE human
14   ovarian cells.
15          A.   Yes.
16          Q.   I do not a -- I do not see a
17   table or a sentence about zero being
18   found for talc.
19          A.   It's stated.
20          Q.   Where?
21          A.   In the results.  Let's look
22   where we describe the IO cells.
23          All right.
24          Q.   I thought that's what we

Page 424

1    were just discussing, and it says data
2    not shown.
3          A.   Right.  No significant gene
4    upregulation or downregulation in
5    response to lower concentrations of
6    asbestos.  So no significant changes,
7    data not shown.  At high concentrations
8    are what is expressed in Table 4.
9          Q.   Where are you reading that?
10          A.   I'm reading this on 5 of 10
11   under IOSE ovarian epithelial cells.
12          Q.   It says, "Data not shown,"
13   correct?
14          A.   That's correct.
15          Q.   Where can I get that data?
16          A.   It could be supplemental or
17   it may not have been presented at all.
18          Q.   Would I have -- would there
19   be any notes or lab notes or anything, or
20   where -- I mean, I haven't seen an
21   updated study of where that -- where you
22   get zero here, besides a statement.  I
23   don't see like any testing or tables.
24          MR. FROST:  Objection.

Page 425

1          THE WITNESS:  I think it's
2    the same thing that I explained to
3    you before, is that we got no
4    significant gene changes looking
5    at thousands of genes, and that
6    you don't -- you present in these
7    findings what you did find, which
8    are what you see in all these
9    figures.
10          So for any gene expression
11   data, you're not going to see
12   numbers or negative numbers for
13   5,000 or some odd genes.  It's --
14   you don't express it like that.
15   BY MR. SMITH:
16          Q.   So there was data.  It just
17   wasn't included in this study.
18          A.   No.  It was included in the
19   statistical analyses, but it was
20   insignificant; therefore, it was not
21   graphed, because the numbers were at the
22   ordinate of each graph.
23          Q.   I want to talk about the
24   Hillegass study.

107 (Pages 422 to 425)

Brooke T. Mossman, M.S., Ph.D.

Page 426

1      A.   Okay.
2           MS. O'DELL:  Excuse me for a
3      moment.  We Request that data that
4      Dr. Mossman has just testified to,
5      including the raw data, any
6      statistical analyses and outputs
7      of where the affected data has
8      been noted.
9           THE WITNESS:  This paper was
10     15 years ago.  So there's not
11     going to be any data.  We did the
12     literature search to try and find
13     it.
14          MS. O'DELL:  The -- there's
15     data that's published in the table
16     in her report that's not reflected
17     in the peer-reviewed publication,
18     and we want to know what the
19     underlying basis is for that data.
20     So that's the question.
21          MR. FROST:  We'll take it
22     under advisement.  Just send a
23     letter, take it under advisement.
24     Or an e-mail.

Page 427

1      BY MR. SMITH:
2      Q.   Let's move to the Hillegass
3      study.  And that's Exhibit 35.  What type
4      of asbestos did you look at in this
5      study?
6      A.   It's crocidolite.
7      Q.   And is crocidolite one of
8      the asbestos types that is found in Baby
9      Powder or Shower to Shower that we
10     discussed earlier?
11     A.   Not to my knowledge.
12     Q.   And you told me earlier that
13     different types of asbestos affect human
14     cells in different ways, correct?
15     A.   Yes.  Our studies have been
16     with chrysotile and crocidolite asbestos,
17     and amosite, which falls into the same
18     category as crocidolite in terms of
19     results on cells.
20     Q.   Hillegass study involved
21     gene profiling and proteomics, bioplex
22     proteins, cytokines released from
23     peritoneal mesothelial cells exposed to
24     asbestos to determine if asbestos was --

Page 428

1      was pathogenic, correct?
2      A.   Yes.
3      Q.   And since talc was not
4      subject to this test, we don't know what
5      cytokines would have been released with
6      exposure to talc and its relevance to
7      talc's ability to cause disease from this
8      study, correct?
9           MR. FROST:  Objection.
10          THE WITNESS:  Right.  The
11     levels of gene expression by talc
12     were so small that we would not
13     have expected an increase in terms
14     of proteins.
15     BY MR. SMITH:
16     Q.   That -- that wasn't my
17     question.
18          My question was, since
19     talc --
20          MR. SMITH:  And I object to
21     nonresponsiveness.
22     BY MR. SMITH:
23     Q.   Since talc was not subjected
24     to this test, we do not know what

Page 429

1      cytokines would have been released with
2      exposure to talc and its relevance to
3      talc's ability to cause disease from this
4      study, correct?
5           MR. FROST:  Objection.
6           THE WITNESS:  Again, we
7      didn't look at that because the
8      results were reversible and not of
9      a magnitude that one would expect
10     protein to be increased.
11     BY MR. SMITH:
12     Q.   Okay.  I asked you this
13     question in Brower, do you recall that?
14          MR. FROST:  Objection.
15          THE WITNESS:  No.
16     BY MR. SMITH:
17     Q.   Okay.  Look at Page 195 of
18     your testimony in Brower.  194 and 195.
19     A.   Okay.  194 and 195?
20     Q.   Correct.
21     A.   Okay.
22     Q.   And I'm going to start on
23     Line --
24     A.   Okay.

108 (Pages 426 to 429)

Brooke T. Mossman, M.S., Ph.D.

Page 430

1      Q.  -- 10 -- or I'm going to
2  start on Line 8.
3          Can we go -- "Question: Can
4  we go back to the Hillegass study?
5          "Answer:  Sure.
6          "Question:  There were
7  additional tests done on asbestos that
8  were not done for talc in the study; is
9  that correct?
10          "Answer:  As I remember it,
11  yes.
12          "Okay.  What additional
13  tests were done on asbestos that were not
14  performed on talc?
15          "Answer:  We used what was
16  called a bioplex assay to examine
17  additional -- what are called
18  cytokines -- that were released from the
19  LP9 cell line after exposure to
20  crocidolite.
21          "Question:  So given the
22  fact that you didn't do the similar test
23  on talc or the peritoneal mesothelial
24  cells, you can't tell me what additional

Page 431

1  cytokines would have been released in
2  that regard?"
3          And there was an objection.
4          "The witness:  Yeah.  I
5  can't" --
6          "Answer:  I can't tell you
7  the additional cytokines that were
8  released by talc because we didn't look
9  at that."
10          Is that your answer?  Is
11  that correct?
12          MR. FROST:  Objection.
13          THE WITNESS:  Yes.  If it
14      had been indicated that there were
15      elevations like asbestos, we would
16      have done the studies with talc,
17      but that was not the case.
18  BY MR. SMITH:
19      Q.  In your study -- studies,
20  and that being Hillegass, you were able
21  to get additional information about
22  whether asbestos was carcinogenic to
23  cells, thought to be the origin of
24  ovarian cancer, that you failed to obtain

Page 432

1  from talc, correct?
2          MR. FROST:  Objection.
3          THE WITNESS:  I'm sorry.
4  I'm --
5          MR. FROST:  Do you want to
6      see the question or have it
7      read --
8          THE WITNESS:  Yeah.  In your
9      studies, that being --
10  BY MR. SMITH:
11      Q.  In your studies you were
12  able to get additional information about
13  whether asbestos was carcinogenic to
14  cells, thought to be the origin of
15  ovarian cancer, that you failed to obtain
16  from talc, correct?
17      A.  We weren't looking at
18  additional -- we weren't looking at
19  whether asbestos was carcinogenic to
20  cells in these studies.  We were trying
21  to determine whether the gene profiling
22  changes that we saw in the Shukla studies
23  were reflected by increased release of
24  proteins from the cells.

Page 433

1      Q.  Go to Page 196 of the Brower
2  testimony.
3      A.  Mm-hmm.  Okay.  196?
4      Q.  Yes, ma'am.
5      A.  Okay.
6      Q.  Line 3.
7      A.  Mm-hmm.
8      Q.  "Question:  So you were able
9  to get additional information about
10  whether or not crocidolite asbestos was
11  carcinogenic or not compared to
12  neomesothelial cells by doing these
13  additional studies?
14          "Answer:  In general, yes."
15          Is that your answer?  Is
16  that correct?
17          Is that statement correct
18  that you stated in Brower?
19      A.  We were getting additional
20  information.  Certainly from the study,
21  but the way your sentence is worded, your
22  question is worded, about whether or not
23  crocidolite asbestos was carcinogenic or
24  not, was not a focus of these studies

Brooke T. Mossman, M.S., Ph.D.

Page 434

1    whereby -- or would be gained by
2    information on these additional studies.
3            MR. SMITH: I'm going to
4        object as nonresponsive.
5    BY MR. SMITH:
6        Q.   I'm going to read the
7    question and answer again.
8            "So you weren't able to get
9    additional information about whether or
10   not crocidolite asbestos was carcinogenic
11   or not compared to neomesothelial cells
12   by doing these additional studies?" And
13   we're talking about Hillegass. And your
14   answer was: "In general, yes."
15           Is that true, is that a true
16   statement?
17           MR. FROST: Objection.
18           THE WITNESS: Yeah. Let me
19       emphasize again that the
20       additional information we were
21       getting was whether genes that we
22       saw in Shukla resulted in protein
23       secretion by mesothelial cells
24       after exposure to crocidolite

Page 435

1        asbestos.
2            This is a long leap in terms
3        of determining whether or not
4        crocidolite asbestos is
5        carcinogenic to peritoneal
6        mesothelial cells. We weren't
7        looking at that in these studies.
8    BY MR. SMITH:
9        Q.   Can I rely on your answer in
10   the Brower case?
11           MR. FROST: Objection.
12           THE WITNESS: I'm qualifying
13       it. I say in general.
14           Again, I'm trying to make it
15       clear that we were looking at
16       proteins that were released from
17       these cells. Are there links
18       between these and cancer-causing
19       effects? Not necessarily. And
20       that's my answer.
21   BY MR. SMITH:
22       Q.   All right. I would like to
23   talk to you about your report.
24       A.   Okay.

Page 436

1        Q.   I think we attached it as an
2    exhibit to the deposition.
3        A.   All right. Mm-hmm. If I
4    can find it in the pile here. Okay.
5        Q.   When did you draft your
6    report and reach your conclusions? It's
7    dated February 25th, 2019. I think you
8    said some time in December or January
9    2018, 2019. Would that be correct?
10       A.   Sometime in that realm, yes.
11       Q.   What methodology did you use
12   in arriving at your opinions in this
13   case?
14       A.   I used the same methodology
15   that I would have in our researching any
16   scientific review.
17       Q.   And what is that?
18       A.   Search of the peer-reviewed
19   literature on the topic. I was also
20   asked to comment on two expert reports.
21   And in that case, I looked at each
22   statement, each reference, and then I did
23   a literature review of my own to pull up
24   other possibly relevant papers.

Page 437

1            So my methodology was the
2    same as I would have done in this case in
3    review of scientific papers submitted by
4    others to journals.
5            I'm missing my report here.
6        Q.   Can you -- how did you
7    compile the literature or compile the
8    literature search that you did in this
9    area?
10       A.   I did a PubMed search.
11       Q.   Of what?
12       A.   I looked at asbestos and
13   ovarian cancer. I put in talc and
14   ovarian cancer. I looked at all the
15   references that were cited by
16   Drs. Zelikoff and Saed and read those
17   papers, and then I looked at statements
18   in those papers and how they were
19   referenced. So I had an additional
20   volume of information.
21       Q.   You said that you used the
22   methodology that you used in your
23   peer-reviewed literature; is that
24   correct?

Brooke T. Mossman, M.S., Ph.D.

Page 438

1      A.   I used the peer-review
2  process in order to compile the work.  I
3  cited work that I'd done in peer-reviewed
4  journals.  And I also -- thank you.
5           And I also looked at the
6  IARC -- two reports, which are not peer
7  reviewed.
8      Q.   The IARC monograph is not
9  peer-reviewed?
10      A.   No, it's not.  It's not in a
11  peer-reviewed database.
12      Q.   Are your opinions in this
13  case peer reviewed?  Is your report peer
14  reviewed?
15      A.   My report is based upon my
16  review of peer-reviewed data.
17      Q.   Is your report in this case
18  a peer-reviewed study?
19      A.   It's not.  It's an opinion,
20  or set of opinions.
21      Q.   In your opinion -- and we'll
22  look at it in a minute.  I don't see
23  anywhere in your -- and I could be wrong,
24  like I missed something before earlier,

Page 439

1  but I didn't see anywhere in your report
2  where you state that you do not believe
3  that talc -- there's no statement that I
4  recall that you do not hold the opinion
5  that talc does not cause ovarian cancer.
6           MR. FROST:  Objection.
7  BY MR. SMITH:
8      Q.   Do you recall that being
9  stated in your report?
10      A.   I don't.  But I'd have to go
11  through it.
12      Q.   Are all your opinions in
13  this case contained in that report?
14      A.   Yes.  I'm wondering whether
15  it's in the summary or the end of the
16  reports.
17      Q.   We'll go through your bullet
18  points --
19      A.   Okay.
20      Q.   -- and we'll come back to
21  that.
22      A.   Okay.  It might be in there.
23  I just don't know where it would be
24  stated in terms of that precise sentence.

Page 440

1      Q.   Do the Shukla and Hillegass
2  studies play a major role in the basis of
3  your opinions in this case?
4           MR. FROST:  Objection.
5           THE WITNESS:  They add basis
6  to the studies that I reviewed.
7  So I would include these as well
8  as the animal studies and the
9  epidemiology and other mechanistic
10  studies as related to my final
11  opinions.
12  BY MR. SMITH:
13      Q.   Did you examine all the
14  available data on cells responsible for
15  ovarian cancer and its interaction with
16  cosmetic-grade talc, that being the type
17  that's in Baby Powder and Shower to
18  Shower?
19      A.   Could you state that again.
20  I'm sorry.
21      Q.   Did you explain all the
22  available data on cells responsible for
23  ovarian cancer and its interaction with
24  cosmetic-grade talc, that being the type

Page 441

1  that's in Baby Powder and Shower to
2  Shower?
3      A.   If I pulled the information
4  up on PubMed, if there was research out
5  there, I would have pulled it up.  I
6  don't recall any studies in vitro that
7  focused on cosmetic talc with the
8  exception of Dr. Saed's.
9      Q.   Did you examine all the
10  available data on cells responsible for
11  ovarian cancer and its interaction of the
12  types of asbestos found in Baby Powder
13  and Shower to Shower?
14      A.   That's not a simple yes or
15  no question.  Again, if there were papers
16  that were in the peer-reviewed scientific
17  literature on talcs, I would have gotten
18  those.  Whether they were specifically
19  regarding cosmetic talcs or industrial
20  talcs or pharmaceutical-grade talcs, that
21  would have been in the papers themselves.
22      Q.   Let's go to your report.
23      A.   Okay.
24      Q.   I'd like to go to Bullet

111 (Pages 438 to 441)

Brooke T. Mossman, M.S., Ph.D.

Page 442

1    Point 1, summary of opinions.  Bullet
2    Point 1: "Cosmetic talc particles and
3    non-asbestos cleavage fragments are
4    different chemically, physically, and
5    structurally from amphibole asbestos
6    types, crocidolite and amosite."
7            You mentioned cosmetic talc
8    particles, but you have never studied
9    cosmetic talc particles; is that correct?
10           MR. FROST:  Objection.
11           THE WITNESS:  Correct.  But
12      they are -- I again reviewed the
13      IARC report and reports by
14      Zazenski, et al., characterizing
15      cosmetic talcs, and they are --
16      that's where this statement came
17      from.
18   BY MR. SMITH:
19       Q.   And you mentioned
20   crocidolite and amosite asbestos,
21   correct?
22       A.   Yes.
23       Q.   And we mentioned earlier
24   this is not the type of asbestos that's

Page 443

1    been found in Baby Powder and Shower to
2    Shower; is that correct?
3            MR. FROST:  Objection.
4            THE WITNESS:  Again, you're
5       assuming that other asbestos types
6       have been found in these
7       materials, and I am unaware of
8       that data.
9    BY MR. SMITH:
10       Q.   Okay.  Bullet Point 1, you
11   mention the different chemical, physical,
12   and structural differences of cosmetic
13   talc and crocidolite asbestos and amosite
14   asbestos, correct?
15           MR. FROST:  Objection.
16           THE WITNESS:  Yes.
17   BY MR. SMITH:
18       Q.   And you stated you are not a
19   mineralogist, correct?
20       A.   No, but I have interacted
21   with mesothelial cell, let's say,
22   biologists and geologists who have
23   emphasized in their experiments or
24   characterization that they're different

Page 444

1    reactions.
2        Q.   And analyzing whether a
3    sample of materials is talc, asbestos, or
4    talc with asbestos, you leave that to
5    mineralogists, as we discussed that
6    earlier, correct?
7        A.   Yes.  I work with reference
8    samples of materials.
9        Q.   And the same for determining
10   if a mineral is asbestos or asbestiform,
11   correct?
12           MR. FROST:  Objection.
13           THE WITNESS:  Yes.  The
14      mineralogists I collaborate with
15      characterize these materials.
16   BY MR. SMITH:
17       Q.   And you're not a geologist?
18       A.   That's correct.
19       Q.   And not a materials analyst,
20   correct?
21       A.   Correct.
22       Q.   And you are not an expert in
23   determining the flexibility or rigidity
24   of asbestos or cleavage fragments,

Page 445

1    correct?
2            MR. FROST:  Objection.
3            THE WITNESS:  I have not
4       used methods in my lab -- measure
5       particle flexibility directly.
6    BY MR. SMITH:
7        Q.   Let's go to Bullet Point 2.
8    "Because of these different properties,
9    cosmetic talc particles and non-asbestos
10   cleavage fragments are unlikely to reach
11   or be retained at sites of development of
12   mesothelioma or ovarian cancers."
13           You stated that you never
14   studied cosmetic talc particles or
15   cleavage fragments that have been
16   reported in Baby Powder or Shower to
17   Shower, correct?
18           MR. FROST:  Objection.
19           THE WITNESS:  I myself
20      haven't studied them.  But others
21      have, and their properties have
22      been documented by others,
23      including mineralogists.
24   BY MR. SMITH:

112 (Pages 442 to 445)

Brooke T. Mossman, M.S., Ph.D.

Page 446

1      Q.   What is the basis of that
2  statement?
3      A.   The basis of the statement
4  is twofold.  Cosmetic talc particles as
5  defined in IARC are platelike, large
6  platelike discs that would not be
7  deposited as would amphibole asbestos
8  types at the pleura.  They would not make
9  it out to the pleura because of their
10 size.  And this is true of non-asbestos
11 cleavage fragments as well.  Because
12 experiments by Dr. Wiley have indicated
13 that these cleavage fragments break
14 perpendicular to the fiber surface.  So
15 they don't form long, thin fibers.
16      And cleavage fragments of a
17 size that are pathogenic; that is, 5 to
18 10 microns are rare, if at all existent
19 in diameters that would allow them to be
20 taken out to the pleura by transfer or
21 retained in the pleura.
22      Q.   You told me earlier in the
23 depo that you had not studied how
24 tremolite, anthophyllite, and actinolite

Page 447

1  asbestos reached the areas of the lungs
2  where mesothelioma is induced and
3  developed, and you could not make a
4  strict analogy to these type of asbestos
5  from your study of other types of
6  asbestos.  We talked about that earlier
7  in the deposition.
8      MR. FROST:  Objection.
9      THE WITNESS:  We did.  But I
10     want to emphasize that if these
11     materials -- it's known that
12     anthophyllite and tremolite are
13     thicker, blunter fibers than the
14     needlelike amphibole asbestos
15     types and, therefore, their
16     propensity to either reach or be
17     retained at sites of development
18     of mesothelioma would be related
19     to their surface features, as well
20     as their physical features and,
21     therefore, them being blunt and
22     thick, like cleavage fragments,
23     they would be unlikely to reach or
24     be retained at sites of

Page 448

1      development of disease.
2  BY MR. SMITH:
3      Q.   And you also stated earlier
4  that you had not performed any studies on
5  whether cleavage fragments can reach the
6  area of the lung where -- where
7  mesothelioma is induced and developed.
8  We discussed that earlier.
9      MR. FROST:  Objection.
10     THE WITNESS:  That's true,
11     but other individuals have shown
12     that cleavage fragments of a
13     variety of types are not
14     mesothelioma-genic.
15 BY MR. SMITH:
16     Q.   And what basis do you have
17 to say that cosmetic-grade talc particles
18 cannot be retained by the ovaries?
19     MR. FROST:  Objection.
20     THE WITNESS:  I am saying
21     that there's no scientifically
22     plausible pathway where they would
23     be translocated in a retrograde
24     fashion from the perineum to the

Page 449

1  ovary.
2  BY MR. SMITH:
3      Q.   Well, you state in your --
4  in -- in the bullet point that fragments
5  are unlikely to be reached -- reach or be
6  retained by these sites of development of
7  mesothelioma or ovarian cancers.  And
8  I'm going to the or part.  Or retained.
9      What basis do you have to
10 say that cosmetic-grade talc particles
11 cannot be retained by the ovaries?
12     MR. FROST:  Objection.
13     THE WITNESS:  What I'm
14     saying is that there has been no
15     information suggesting that they
16     get there to cause disease.
17 BY MR. SMITH:
18     Q.   Have you not seen
19 pathological studies of -- and we've gone
20 through a bunch of them, where they have
21 found talc in human ovarian tissue?
22     MR. FROST:  Objection.
23     THE WITNESS:  Yes, and I'd
24     like to emphasize that the IARC

113 (Pages 446 to 449)

Brooke T. Mossman, M.S., Ph.D.

Page 450

1    committee found that talc degrades
2    in a period of about eight years.
3         So my point here is that
4    we're talking about mesothelioma
5    in this case, in my second bullet.
6    And that they would not be
7    retained for periods of time
8    sufficient enough for the
9    development of mesothelioma.  We
10   don't know what the latency period
11   is of ovarian cancer.
12        But the same thing is true,
13   that the amphibole asbestos types
14   that I've studied, crocidolite and
15   amosite, are durable in lung for
16   periods of time of decades, as
17   opposed to years with something
18   such as talc.
19   BY MR. SMITH:
20        Q.   You understand about talc
21   exposure, we're talking about chronic
22   talc exposure over decades.  Do you
23   understand that that's what we are
24   talking about?

Page 451

1         A.   You may be talking about it,
2    but I don't think there's evidence again
3    showing that chronic talc exposure leads
4    to migration to the ovary or that it's
5    associated with -- with disease.
6         Q.   I'm just questioning your
7    opinion about fragments are unlikely,
8    non-asbestos cleavage fragments and
9    cosmetic talc particles, to be retained
10   at the sites of development of ovarian
11   cancer.
12        And I want to know what your
13   basis of opinion that cosmetic-grade talc
14   which you've never tested cannot be
15   retained by the ovaries.
16        MR. FROST:  Objection.
17   BY MR. SMITH:
18        Q.   When we have studies that
19   show talc in human ovarian tissue and --
20   and human cancer tissue.
21        MR. FROST:  Objection.
22        THE WITNESS:  So what I'm
23   telling -- what I'm telling you is
24   that there are studies on talc

Page 452

1    particles in general showing that
2    their half life in the human body
3    is an approximately eight-year
4    time span for a platelike talc.
5    BY MR. SMITH:
6         Q.   But that's talking about
7    dissolution, not about retention.
8         A.   But retention and
9    dissolution are the same thing.  If
10   something dissolves, it can't be
11   retained.  It's one of the factors that's
12   very important.
13        Q.   Do you know if any of those
14   studies on bio durability have discussed
15   or looked at talc in ovarian tissue to
16   determine how long it survives in ovarian
17   tissue?
18        A.   No.  Because the studies
19   that have shown it in ovarian tissues are
20   for probably decades since these
21   exposures.  We have no idea.  And the way
22   to address that question wouldn't be in
23   looking at human ovarian material.
24        Q.   You have not performed any

Page 453

1    studies on whether or not asbestos
2    cleavage fragments can cause ovarian
3    cancer, correct?
4         MR. FROST:  Objection.
5         THE WITNESS:  I have not.
6    BY MR. SMITH:
7         Q.   Third bullet point.  "Talc
8    and non-asbestos cleavage fragments are
9    not reactive with cells and their
10   effective repair pathways occur.  Because
11   they are distinct in chemistry and other
12   features from asbestos fibers, they do
13   not have the same potential to cause the
14   abnormal cell responses that are integral
15   to the development of cancers."
16        MR. FROST:  Objection.
17   BY MR. SMITH:
18        Q.   Is that your third bullet
19   point in your summary of opinions?
20        A.   Yes.
21        Q.   Okay.  Well, talc not being
22   reactive with cells, we showed in Shukla
23   that talc was reactive with cells by
24   altering 30 genes at high concentrations

114 (Pages 450 to 453)

Brooke T. Mossman, M.S., Ph.D.

Page 454

1     at eight hours, right?
2         A.   And what I'm saying is that
3     any particle would have caused those
4     changes.  That was inert.  And the 30
5     changes that we observed as opposed to
6     hundreds of genes with asbestos was not
7     significantly different than the
8     responses of these cells to titanium
9     dioxide or glass.
10        Q.   And we went over, titanium
11    dioxide and glass did not alter any
12    genes, correct?
13        A.   It did not alter any genes
14    significantly.  That's correct.
15        Q.   In regards to cleavage
16    fragments, you stated you -- stated
17    earlier you never studied anthophyllite
18    or actinolite cleavage fragments, or
19    tremolite --
20        MR. FROST:  Objection.
21    BY MR. SMITH:
22        Q.   -- besides the one study in
23    New York?
24        A.   I have studied survival and

Page 455

1     toxicity of three samples of New York
2     State talc containing non-asbestiform
3     tremolite and non-asbestos anthophyllite.
4         Q.   And that was studying
5     industrial-grade talc, correct?
6         A.   That is correct.
7         Q.   And we discussed what NIOSH
8     was earlier.  Do you recall?  I think we
9     went through what NIOSH was.  It was
10    under OSHA.  Do you recall that
11    testimony?
12        A.   NIOSH stands for the
13    National Institute of Occupational Safety
14    and Health, yes.
15        MR. FROST:  Talking about
16    the roadmap?
17        THE WITNESS:  I got it here.
18    BY MR. SMITH:
19        Q.   NIOSH regulates exposures to
20    EMPs that meet the definition which may
21    include fibrous talc; is that correct?
22        MR. FROST:  Objection.
23        THE WITNESS:  OSHA is the
24    regulatory agency.  NIOSH, in my

Page 456

1     theme is primarily the national
2     institutes that conducts research.
3     And this was a road plan for
4     research.
5     BY MR. SMITH:
6         Q.   Well, they talk about the
7     NIOSH REL, correct, and exposure to EMPs
8     that meet the definition of fibrous talc
9     in this -- in this document; is that
10    correct?
11        MR. FROST:  Objection.
12        THE WITNESS:  I -- you would
13    have to show me where that's
14    specifically.  I don't remember
15    fibrous talc being used as a term
16    in this document.
17    BY MR. SMITH:
18        Q.   Look on Page 33.  Look at
19    2.7.2, clarification of the current NIOSH
20    REL.  And it says at the top right
21    column, "However, as the following
22    clarified REL makes clear, particles that
23    meet the specified dimensional criteria
24    remain countable under the REL for the

Page 457

1     reasons stated above, even if they're
2     derived from non-asbestiform analogs of
3     the asbestiform minerals.  With the use
4     of terms defined in this roadmap, the
5     NIOSH REL is now clarified as follows."
6         And it talks about, "NIOSH
7     has determined that exposure to asbestos
8     fibers can cause cancer and asbestosis in
9     humans and recommends exposure be reduced
10    to the lowest feasible concentration.
11    NIOSH has designated asbestos to be a
12    potential carcinogen and recommends that
13    exposures be reduced to the lowest
14    feasible concentration.
15        "NIOSH REL for airborne
16    asbestos fibers and elongated mineral
17    particles is .1 countable EMP from one or
18    more covered minerals per cubic
19    centimeter averaged over 100 minutes."
20        And it talks about a
21    countable elongated mineral particle,
22    EMP.  And then it goes on to the next
23    page, next bullet point.
24        "A covered mineral is any

115 (Pages 454 to 457)

Brooke T. Mossman, M.S., Ph.D.

Page 458

1    mineral having the crystal structure and
2    elemental composition of one of the
3    asbestos varieties (chrysotile),
4    riebeckite asbestos (crocidolite)", I
5    can't pronounce all of these.  All the
6    different asbestos -- "or one of their
7    non-asbestiform analogs and the amphibole
8    minerals contained in the mineral series,
9    the tremolite mineral series" -- and I
10   can't pronounce those names.
11         Is that correct?
12         MR. FROST:  Objection.
13         THE WITNESS:  I'm not sure
14     what this is saying.  It says
15     clarification -- it's under a
16     section, "Clarification of the
17     current exposure limit."  They do
18     state on Page 32 that they suggest
19     that -- "Studies suggest that
20     non-asbestiform amphiboles might
21     post different risks than
22     asbestos," and that was a theme
23     throughout this document.
24   BY MR. SMITH:

Page 459

1    Q.   Absolutely.  But they also
2    regulate -- do you understand that NIOSH
3    and REL is a time-weighted average
4    exposure to a worker by a mineral?  Do
5    you understand that?
6          MR. FROST:  Objection.
7          THE WITNESS:  I understand
8      it, but I --
9    BY MR. SMITH:
10   Q.   But my question.
11   A.   -- do not --
12   Q.   Hold on.  My question -- you
13   understand that.
14         My question is, do you
15   understand that non-asbestiform cleavage
16   fragments are regulated under the NIOSH
17   REL for exposures to human workers?
18         MR. FROST:  Objection.
19         THE WITNESS:  No.  I don't
20     think that's correct.  As a matter
21     of fact after this report, there
22     was another report to address the
23     roadmap's strengths and weaknesses
24     by the National Academy of

Page 460

1    Sciences.  And that questioned
2    statements such as this and
3    clarified them in the response of
4    that committee.
5          So there -- I would disagree
6      that NIOSH -- and in fact, I have
7      been convinced through the decades
8      that OSHA and NIOSH don't regulate
9      non-asbestiform analogs.
10   BY MR. SMITH:
11   Q.   So you're telling me, in
12   your opinion, you do not believe that
13   non-asbestos cleavage fragments are
14   subject to REL -- the count for REL
15   regarding the exposure limits to human
16   workers to non-asbestiform cleavage
17   fragments?  You don't believe that that
18   exists today?
19         MR. FROST:  Objection.
20         THE WITNESS:  I'm sorry, the
21     question is, what exists?
22   BY MR. SMITH:
23   Q.   A time-weighted limit called
24   an REL on exposures of U.S. workers to

Page 461

1    these cleavage fragments --
2          MR. FROST:  Objection.
3    BY MR. SMITH:
4    Q.   -- by NIOSH?
5    A.   I don't know what those are.
6    And they're not stated here.  So I can't
7    give you a NIOSH REL for non-asbestos
8    cleavage fragments.
9    Q.   You can't tell me whether
10   the NIOSH -- whether you count a worker's
11   exposure to non-asbestos cleavage
12   fragments -- goes to the overall exposure
13   of a worker for the NIOSH REL or not?
14         MR. FROST:  Objection.
15         THE WITNESS:  That is not my
16     area of expertise.  No, I can't
17     tell you that.  And I can just
18     tell you that biologically, as is
19     stated in this report, it's stated
20     that these cleavage fragments
21     might pose different risks or
22     lesser risks than their asbestos
23     counterparts.
24   BY MR. SMITH:

116 (Pages 458 to 461)

Brooke T. Mossman, M.S., Ph.D.

Page 462

1      Q.   It doesn't say no risk.  In
2   fact, they're regulated per the NIOSH
3   document that I just showed you.
4           MR. FROST:  Objection.
5           THE WITNESS:  I -- I would
6        have to see that, whether that
7        still exists.  That was a subject
8        of controversy, not only in this
9        document, but in a subsequent
10       document that looked at the
11       deliberations of this committee.
12  BY MR. SMITH:
13      Q.   The French government
14   doesn't agree with you on your assessment
15   of the health risk of cleavage fragments,
16   do they?
17          MR. FROST:  Objection.
18          THE WITNESS:  I think French
19       scientists agree with me.
20  BY MR. SMITH:
21      Q.   You have been shown the
22   ANSES articles and the publication, have
23   you not, and the official opinion of the
24   French agency for food, environmental,

Page 463

1   and occupational health and safety?
2       A.   That is not their
3   national -- Inserm is their national
4   research on fibers and particles.  I have
5   no idea what ANSES is.
6       Q.   Let's look at page -- at
7   document -- Exhibit 43.
8           (Document marked for
9        identification as Exhibit
10       Mossman-43.)
11  BY MR. SMITH:
12      Q.   "The French Agency For Food,
13   Environmental, and Occupational Health
14   and Safety," A-N-S-E-S, "was created on
15   July 1st, 2010.  It is an administrative
16   public establishment accountable to the
17   French Ministries of Health, Agriculture,
18   Environment, Labor and Consumer Affairs.
19   ANSES undertakes monitoring, expert
20   assessment, research, and reference
21   activities in a broad range of topics
22   that encompass human health, animal
23   health and wellbeing, and plant health.
24   It offers a cross-cutting perspective on

Page 464

1   health issues by assessing health risk
2   and benefits, often through the prism of
3   the human and social sciences.
4           "Its monitoring, diligence,
5   and surveillance work provides input for
6   risk assessment.  ANSES work fully
7   addresses all types of risk, chemical,
8   biological, physical, et cetera, to which
9   a person may be subjected intentionally
10   or otherwise at all ages and stages of
11   life, including through exposure at work,
12   while traveling, while engaging in
13   leisure activities or via their diet."
14          Do you see that?
15      A.   And I state that I have
16   never heard of ANSES prior to this
17   litigation.
18      Q.   Okay.  And if you look at
19   the second page, it talks about the
20   collaborative, impartial expert
21   assessment that they do.  And then I want
22   to --
23      A.   I've interacted with many
24   scientists, including the leading

Page 465

1   scientist in France at Inserm and never
2   have heard of this society or whatever it
3   is, an agency, and would question whether
4   it's a research agency.
5           (Document marked for
6        identification as Exhibit
7        Mossman-44.)
8   BY MR. SMITH:
9       Q.   This is Exhibit 44.  It's
10   the Director General of ANSES opinion.
11   It's an opinion of the French agency for
12   food, environmental and occupational
13   health and safety, on health effects
14   identified of cleavage fragments from --
15   of amphiboles from quarried minerals.
16          It says, "ANSES undertakes
17   independent and pluralistic scientific
18   expert assessments.  ANSES ensures
19   environmental, occupational and food
20   safety as well as assessing the potential
21   health risks they may entail.  It also
22   contributes to the protection of the
23   health and welfare of animals, the
24   protection of plant health and the

117 (Pages 462 to 465)

Brooke T. Mossman, M.S., Ph.D.

1  evaluation of the nutritional
2  characteristics of food.  It provides the
3  competent authorities with all necessary
4  information concerning these risks as
5  well as the requisite expertise and
6  scientific and technical support for
7  drafting legislative and statutory
8  provisions and implementing risk
9  management societies."  And for -- it
10  cites the French Public Health Code.
11       The opinions are made
12  public.  And it states, "On August 28,
13  2014, ANSES was requested by the
14  Directorate General for Labour, the
15  Directorate General for Risk
16  Protection" -- "Prevention and
17  Directorate General for Health to
18  undertake the following expert appraisal:
19  Health effects and identification of
20  cleavage fragments of amphiboles from
21  quarried minerals."
22       And it goes on, the second
23  page, it says, "Against this background
24  the request included the following

1  points:
2       "To review toxicological and
3  epidemiological evidence relating to
4  cleavage fragments of minerals with
5  non-asbestiform profiles:  Actinolite,
6  anthophyllite, tremolite, grunerite,
7  riebeckite.  What conclusions can be
8  reached about their effects on health?
9       "2, what current data are
10  available regarding the specific
11  exposures to cleavage fragments and
12  minerals cited above?
13       "3, are there routine
14  analytics methods that can be implemented
15  by laboratories accredited, capable of
16  distinguishing the fibers?"  And -- and
17  they list the fibers there.
18       And it says, "On the
19  conclusion of the expert appraisal,
20  recommendations may be proposed
21  concerning the protection and prevention
22  of risks to health of persons exposed to
23  these cleavage fragments."
24       Have you ever seen this

1  document before?
2       MR. FROST:  Objection.
3       THE WITNESS:  I have.
4       Am I allowed to comment on
5  it?
6       MR. FROST:  My objection was
7  to reading it.
8       THE WITNESS:  Okay.
9  BY MR. SMITH:
10       Q.   And then if you go onto the
11  page -- let's see.  Seven pages in.  It
12  says, "To sum up, the CES concludes that:
13       "In the current state of
14  knowledge concerning their health
15  effects, cleavage fragments of
16  non-asbestos amphiboles, actinolite,
17  anthophyllite, tremolite, grunerite and
18  riebeckite were meet" -- "meeting the
19  WHO's dimensional criteria for fibers
20  should not be distinguished from their
21  asbestiform counterparts."
22       And do you see that written
23  there?
24       Do you agree with that

1  assessment by them?
2       A.   Can you point to the --
3       MR. FROST:  Objection.
4       THE WITNESS:  -- statement
5  on Page 7 that you're talking
6  about?
7       There is no reason to make a
8  distinction?  Is that what you're
9  talking about?
10  BY MR. SMITH:
11       Q.   That statement right here.
12  It's, to sum up, the CES concludes that.
13       A.   First of all, I don't know
14  what the CES is.  This report was signed
15  by one individual.  I have never heard of
16  this review or this assignment through a
17  scientific body.
18       And I also want to emphasize
19  that the references that are cited, if
20  you look at Page 12 and 13, their total
21  for this entire document of 14 or so
22  references, of which many are original
23  ANSES studies which appear to be related
24  to outcrops of asbestos.

118 (Pages 466 to 469)

Brooke T. Mossman, M.S., Ph.D.

Page 470

1    But more importantly, the
2  references they cite, by Addison and
3  McConnell, by Cyphert, by Davis, by
4  Ilgren, Kodavanti, by me, who my name is
5  spelled wrong.  But we know that all of
6  these, and Williams, all say that
7  cleavage fragments do not pose a cancer
8  risk.
9    So this study, or whatever
10  it was, the conclusions of this
11  individual, are not based upon the
12  peer-reviewed scientific literature that
13  is cited.
14    Q.   So you disagree with their
15  opinions about cleavage fragments?
16    A.   I do.  It's not supported by
17  their own references.
18    Q.   Okay.  I want to show you an
19  e-mail which I'm attaching as Exhibit 45.
20    (Document marked for
21    identification as Exhibit
22    Mossman-45.)
23  BY MR. SMITH:
24    Q.   Series of e-mails.  I want

Page 471

1  you to go to the second page.  It's by
2  Rich Zazenski.
3    Well, I want you to read the
4  whole thing.  Let's start at the -- it's
5  going --
6    A.   Okay.
7    Q.   You are going to go to the
8  back forward.
9    A.   Okay.
10    MR. FROST:  Objection.
11  BY MR. SMITH:
12    Q.   And it's Peter Argust,
13  director of regulatory affairs from Rio
14  Tinto Minerals.
15    And it states -- from Peter
16  Argust to Rich Zazenski and Julie Pier
17  and some others, regarding the article of
18  industrial minerals asbestos.
19    Julie -- "Rich, Julie, and
20  Greg, our colleagues, Miguel Galindo has
21  shared with me the attached article in
22  Industrial Minerals magazine's
23  February 2008 edition.  The subtitle, '15
24  years after OSHA ruled that common

Page 472

1  cleavage fragments ought not to be
2  treated as asbestos.'  Confusion and
3  misinformation persists.  John Kelse" --
4  who you know, correct?
5    A.   I -- I knew him in the early
6  1990s.
7    Q.   -- "sets out the facts for
8  non-asbestiform amphiboles, reviews
9  recent cases and warns against unreasoned
10  decisionmaking."
11    And he worked for who, who
12  did John Kelse work for?
13    A.   When I corresponded with
14  him, I believe he worked for
15  R.T. Vanderbilt, but I'm not certain
16  whether that was his lifetime employer or
17  not.  I have no idea.
18    Q.   Says, "I can see how it
19  would be helpful, part of the ongoing
20  self-education process for ourselves and
21  our business partners to have something
22  like this as a reference.  But I defer to
23  the experts like yourselves and advise if
24  you feel the article is accurate, helpful

Page 473

1  or not.  Could you give me your
2  professional reactions.  Thanks and kind
3  regards, Peter, Peter Argust."
4    Then the response is from
5  Rich Zazenski at -- regulatory affairs
6  manager at Rio Tinto Minerals.  And he's
7  got richzazenski@Luzenac.com as his
8  e-mail address.
9    He says, "I had seen and
10  read this article, and my first reaction
11  was 'who really wrote this paper for
12  John's signature?'  I know John.  He is a
13  fairly technical person, but excuse me,
14  he would not write such an article and
15  cite 129 references.  The answer is
16  obvious, regardless I cannot agree with
17  his position.  We just don't have enough
18  facts.  Geologically it doesn't make
19  sense to me that you can have a mineral
20  deposit that just contains
21  non-asbestiform tremolite.
22    "I believe the USGS study of
23  talc from Death Valley, California,
24  nailed it correctly.  That if a deposit

119 (Pages 470 to 473)

Brooke T. Mossman, M.S., Ph.D.

Page 474

1 contains 'non-asbestiform' tremolite,
2 there is also asbestiform tremolite
3 naturally present as well. And since
4 tremolite was never really a large
5 commercial mineral such as chrysotile or
6 crocidolite, there is not enough medical
7 data to conclude that 'blocky' tremolite
8 is simply a nuisance dust.
9         "But that has been the story
10 line for Vanderbilt for years and they
11 are sticking to it. I closely followed
12 the OSHA/Vanderbilt debate during the
13 1990s. Essentially OSHA 'threw in the
14 towel,' rather than expend their limited
15 resources on this issue. Their decision
16 by no means should be interpreted as a
17 vindication of Vanderbilt's arguments.
18         "Back in the late 1970s and
19 1980s, other talc companies were
20 distancing themselves from any deposit
21 that contained tremolite and of" -- "all,
22 of course, but Vanderbilt. They" --
23 "Then they proceeded to poison the well."
24         Then the last e-mail is from

Page 475

1 Michelle -- I can't pronounce her last
2 name, from Rio Tinto Minerals, sent on
3 January 31st, 2008. And it said, "Dear
4 all, I agree with Rich's position."
5         So regarding cleavage
6 fragments and their ill health effects,
7 you had the employee of Luzenac, who was
8 head of regulatory affairs -- he was the
9 regulatory affairs manager, Rich
10 Zazenski, disagreeing with your position;
11 is that correct?
12         MR. FROST: Objection. I'll
13 just object to reading the e-mail
14 in, but...
15         THE WITNESS: He was
16 disagreeing with my position on?
17 BY MR. SMITH:
18     Q.   On the ill health effects of
19 asbestos -- excuse me -- of cleavage
20 fragments on exposures.
21         MR. FROST: Objection.
22         THE WITNESS: Yeah, I'm not
23 sure what this correspondence is.
24 I have not -- I don't think I'm

Page 476

1 listed on here. So I guess I'm
2 missing the point of this.
3         What I stated is that my
4 research, animal studies, and OSHA
5 still to this day agree that
6 cleavage fragments do not pose the
7 same health risks as their
8 asbestiform counterparts.
9 BY MR. SMITH:
10     Q.   Do you believe they pose any
11 health risk?
12         MR. FROST: Objection.
13         THE WITNESS: Well,
14 that's -- that's subjective.
15 Certainly with regard to
16 mesothelioma, no. There have been
17 many studies, including recent
18 ones from the EPA, that argue
19 against cleavage fragments as
20 causing cancer in animals.
21 BY MR. SMITH:
22     Q.   What about ovarian cancer?
23         MR. FROST: Objection.
24         THE WITNESS: There in all

Page 477

1 of the experiments with cleavage
2 fragments in animals, ovarian
3 cancers have not developed.
4 BY MR. SMITH:
5     Q.   Well, tell me what studies
6 have studied cleavage fragments in their
7 relation to ovarian cancer.
8     A.   What I'm saying is that
9 cleavage fragments, by a variety of
10 routes, inhalation, intrapleural
11 injection, intraperitoneal, have not
12 developed -- have not resulted in the
13 development of ovarian cancers in
14 animals. Hundreds of --
15     Q.   Tell me the study that
16 studied cleavage fragments and their
17 relationship to ovarian cancer.
18         MR. FROST: Objection.
19 BY MR. SMITH:
20     Q.   I want the specific study
21 that you're referencing.
22     A.   That's not what I said. I'm
23 saying that cleavage fragments of a
24 variety of types have been assessed in

Brooke T. Mossman, M.S., Ph.D.

Page 478

1  lifetime studies with animals, including
2  studies with tremolite asbestos and
3  tremolite non-asbestos cleavage
4  fragments.
5        None of those studies have
6  ovarian cancer develop with either
7  asbestos other cleavage fragments.
8        Q.  Have you -- do you know if
9  even ovarian cancer was looked for in
10  those studies?
11        MR. FROST:  Objection.
12        THE WITNESS:  These are
13  lifetime studies --
14  BY MR. SMITH:
15        Q.  Which studies?  I need the
16  names of them.
17        MR. FROST:  Objection.
18        THE WITNESS:  Okay.  Well, I
19  suggest that there -- many of them
20  are in my expert report.  The ones
21  that I can think of are
22  Drs. Coffin at the EPA, recent
23  studies by Cyphert, C-Y-P-H-E-R-T,
24  who looked at ferro-actinolite

Page 479

1  cleavage fragments.
2  BY MR. SMITH:
3        Q.  And ovarian cancer?
4        A.  What I'm telling you is that
5  people have not looked at ovarian cancer
6  and done studies and said, we're going to
7  expose animals and see whether they get
8  ovarian cancers.  What they have looked
9  at have been lifetime studies in a
10  variety of organs and has not -- these
11  have not indicated that ovarian cancers
12  are a signature of cleavage fragments,
13  regardless of how much was instilled and
14  regardless of the route of administration
15  over the lifetime of the animals, all of
16  whom who were autopsied at death.
17        Q.  Do you know any of those
18  that specifically looked at exposing
19  cleavage fragments and then -- to ovarian
20  tissue to determine whether they were
21  carcinogenic or had carcinogenic
22  properties to the ovaries?
23        MR. FROST:  Objection.
24        THE WITNESS:  I believe some

Page 480

1  of them may be summarized in IARC.
2  BY MR. SMITH:
3        Q.  All right.  Let's move on.
4  Bullet Point 4.  "Trace amounts of
5  cleavage fragments or other minerals may
6  be present in industrial and cosmetic
7  talcs have little or no chemical
8  biological reactivity."
9        We've gone through, I think,
10  some studies just a minute ago about
11  French government and NIOSH, and I'm
12  going to leave that bullet point alone.
13        A.  Okay.
14        Q.  Next bullet point.  The
15  numerous -- "The results of numerous
16  epidemiological and experimental studies
17  assessing carcinogenic potential short
18  asbestos support the concept that short
19  fibers and cleavage fragments, even of
20  respirable dimensions, do not play a role
21  in the induction of tumors."
22        You have not looked at Longo
23  or Rigler's testing or any internal
24  documents about what asbestos has been

Page 481

1  found in Baby Powder or Shower to Shower,
2  correct?
3        MR. FROST:  Objection.
4        THE WITNESS:  Yes.  This is
5  not relevant to this, my
6  conclusions here.  My conclusions
7  in terms of epidemiology and
8  experimental studies are based
9  upon the peer-reviewed scientific
10  literature and do not support the
11  concept that short fibers or
12  cleavage fragments play a role in
13  the induction of mesotheliomas or
14  ovarian cancers.
15  BY MR. SMITH:
16        Q.  Well --
17        A.  And those are all referenced
18  within the report.
19        Q.  Well, my point -- what I was
20  trying to get to, my second question is,
21  you don't know the fiber size or length
22  of asbestos found in these Baby Powder
23  bottles or Shower to Shower bottles.  You
24  haven't seen the studies.

121 (Pages 478 to 481)

Brooke T. Mossman, M.S., Ph.D.

Page 482

1      MR. FROST: Objection to
2  form.
3      THE WITNESS: Again, sir, it
4  doesn't make any difference. All
5  of these studies and use of these
6  materials, regardless of their
7  source, were covered by cohort
8  studies with women looking at talc
9  exposures. And none of these have
10  shown convincing or statistical
11  increase in risk, and they haven't
12  indicated dose-response or
13  frequency effect.
14      So if they -- if there were
15  fibers there, such as asbestos
16  fibers in trace amounts or small
17  amounts, it still -- it wasn't
18  reflected at an increased
19  incidence of disease.
20  BY MR. SMITH:
21      Q.   Fifth bullet point,
22  "Experimental studies demonstrate no
23  adverse effect levels from exposure to
24  certain concentrations of asbestos

Page 483

1  fibers, indicating the existence of a
2  threshold for cancer causation below
3  which tumors do not develop."
4      None of the studies that you
5  cite for support of this opinion deal
6  with tremolite, anthophyllite, or
7  actinolite, correct?
8      MR. FROST: Objection.
9      THE WITNESS: I'd have to go
10  back and look at -- the
11  experimental studies that I'm
12  talking about are my own with
13  inhalation. And there are a
14  variety of studies with thresholds
15  in vitro that I summarize in a
16  2018 publication.
17  BY MR. SMITH:
18      Q.   But they don't deal with
19  tremolite asbestos, anthophyllite
20  asbestos, or actinolite asbestos; is that
21  correct?
22      A.   I'd have to go back and
23  look. Some of them might -- may have
24  dealt with tremolite in the health

Page 484

1  effects document. These were summarized
2  in 1990.
3      Q.   Well, you told me earlier
4  that you had not performed any studies on
5  those particular types of asbestos.
6      MR. FROST: Objection.
7      THE WITNESS: These are not
8  my studies. They are studies
9  where individuals have added
10  fibers of a variety of types of
11  asbestos to cells and have shown
12  that threshold levels exist below
13  which biological effects
14  indicative of tumor formation do
15  not occur.
16  BY MR. SMITH:
17      Q.   As we discussed earlier, the
18  levels of exposure of each type of
19  asbestos in cosmetic-grade talc in terms
20  of human risk are outside your area of
21  expertise, correct?
22      MR. FROST: Objection.
23      THE WITNESS: Could you slow
24  down and --

Page 485

1  BY MR. SMITH:
2      Q.   As we discussed earlier, the
3  levels of exposure of each type of
4  asbestos in cosmetic-grade talc in terms
5  of human risk are outside of your area of
6  expertise, we talked about that earlier,
7  correct?
8      MR. FROST: Objection.
9      THE WITNESS: And, again, I
10  emphasize that it doesn't make any
11  difference what their levels would
12  be, in -- historically in talcum
13  powder if individuals using these
14  products did not develop ovarian
15  cancers.
16  BY MR. SMITH:
17      Q.   All right. Let's go to --
18  as far as the money that you've been
19  paid, how much -- much for J&J have they
20  paid you totally, not just from the MDL?
21      How much have you made in
22  talc litigation, not just from the MDL,
23  do you know?
24      A.   From J&J, no, I would have

Brooke T. Mossman, M.S., Ph.D.

Page 486

1    no idea.
2        Q.   Can we get that, can you get
3    that figure together and give it to your
4    attorneys to give to us?  Because I want
5    the answer to that.
6        A.   Sure.  What -- what
7    information would you like?
8        Q.   How much you have made from
9    Johnson & Johnson in total, not just from
10   the MDL, and how much money have you made
11   since 2014 working in talc litigation.
12       A.   For Johnson & Johnson?
13   Okay.
14           MR. FROST:  You can follow
15   up with a letter, we'll take it
16       under advisement.
17           THE WITNESS:  Yeah.  That's
18       fine.
19           MS. O'DELL:  Thank you.
20           THE WITNESS:  Mm-hmm.
21   BY MR. SMITH:
22       Q.   You talked about Shih
23   earlier.  Is it your belief that this
24   study tested Johnson & Johnson talc?

Page 487

1        A.   The studies that I saw by
2    Shih --
3        Q.   It was an expert report.
4           MR. FROST:  Objection.
5           THE WITNESS:  It was an --
6       let me emphasize.  It was a
7       scientific study where incipient,
8       what are called pre-neoplastic
9       lesions in the serous location --
10   BY MR. SMITH:
11       Q.   Now, I'm -- Doctor, specific
12   to my -- I'm sorry, I'm short on time.  I
13   need you to answer the question directly.
14           Is it your belief that the
15   study, the Shih study, the expert report
16   that we discussed earlier that you said
17   was a whiz-bang expert report, is it your
18   belief that this -- this report tested
19   J&J talc?
20           MR. FROST:  Objection.
21           THE WITNESS:  I did not look
22       at that information.  These I
23       believe were lesions from
24       individuals with premalignant --

Page 488

1    BY MR. SMITH:
2        Q.   That's not -- it's
3    nonresponsive.  That's all I needed to
4    know.
5        A.   Okay.
6        Q.   Have you spoken to Dr. Shih
7    about this case?
8        A.   I have not.
9        Q.   Have you communicated with
10   Dr. Ann Wiley about this case?
11       A.   Not this case, no.
12       Q.   When was the last time you
13   spoke to her?
14       A.   Spoke to her?  I would say
15   probably last November at a meeting.  A
16   scientific meeting.
17       Q.   Have you discussed her depo
18   with her?
19       A.   My depo?
20       Q.   Hers.
21       A.   No, I haven't read her depo.
22       Q.   Have you discussed your depo
23   with her?
24       A.   No.

Page 489

1        Q.   Have you spoken or
2    communicated with Dr. Laura Webb about
3    this case?
4        A.   No, I have not.
5        Q.   She is a geologist here at
6    the University of Vermont?
7        A.   Yes, I've met her before.
8        Q.   Have you communicated with
9    Dr. Melinda Darby Dyar?
10       A.   I don't know that
11   individual.
12       Q.   Heavy metals, nickels.  What
13   is the mechanism by which it causes
14   cancer?  Is it in connection?
15           MR. FROST:  Objection.
16           THE WITNESS:  Nickel?
17   BY MR. SMITH:
18       Q.   Yes.
19       A.   It's particulate nickel.
20   And no, it's generally through DNA
21   damage.  Nickel has a lot of effects on
22   cells.
23       Q.   Can other heavy metals cause
24   inflammation in tissues, such as

123 (Pages 486 to 489)

Brooke T. Mossman, M.S., Ph.D.

Page 490

1    chromium, cobalt, arsenic?
2        A.   Any material at a high
3    enough concentration is going to cause
4    inflammation, whether it's pathogenic or
5    not.
6        Q.   Can heavy metals be
7    cocarcinogens?
8            MR. FROST:  Objection.
9            THE WITNESS:  With cigarette
10       smoke or other agents, I am sure
11       there's data out there.  I have
12       not reviewed it.  I can't give you
13       an affirmative -- or a yes or no
14       on that.
15   BY MR. SMITH:
16       Q.   And Bob Glenn, I saw in some
17   of your notes.  He testified that "if
18   there were fiber" -- "were a fiber of
19   asbestos in talcum-based products, it
20   would certainly provide a biologically
21   plausible mechanism for increased lung
22   disease, and that he suspected it would
23   also have similar mechanism of disease in
24   other tissues and organs."

Page 491

1        Do you agree with him?
2            MR. FROST:  Objection.
3            THE WITNESS:  I believe that
4        was a misquote in Dr. Zelikoff's
5        report.
6    BY MR. SMITH:
7        Q.   All right.  Let's go to your
8    report real quick.
9            You stated -- there was a
10   criticism of Dr. Saed about the
11   low-impact journal.  You said you put his
12   impact journal figures out about his
13   publication.  Do you recall that?  And it
14   was 2.548; is that right?
15       A.   No, I didn't put his impact
16   figure out there.  I provided a table of
17   impact factors.
18       Q.   Okay.  And regardless it's
19   in your report, correct?
20       A.   I have a table of impact
21   factors, yes, in my report.
22       Q.   Okay.  And your -- the
23   Hillegass study was published in the
24   Journal of Toxicology and Environmental

Page 492

1    Health Part A.
2            Do you recall that?
3        A.   Yes.  This is a paper that
4    was presented at a conference of which
5    the journal published the conference
6    paper.  So it wouldn't be through a --
7    let's say a review -- review process as
8    would -- I would have done for a
9    high-impact journal.  It was a --
10           (Document marked for
11       identification as Exhibit
12       Mossman-46.)
13   BY MR. SMITH:
14       Q.   Well, here is the impact
15   factor during the year that you published
16   Hillegass, which was 1.637.  Do you see
17   that?  Look at the screen.
18           MR. FROST:  Objection.
19           THE WITNESS:  Yeah, that --
20       that could have been.  This was a
21       journal that was used by the EPA
22       scientists for meetings, and as I
23       emphasize, the original data in
24       that paper was --

Page 493

1            MR. SMITH:  How much time I
2        got?
3            THE WITNESS:  -- reported by
4        Dr. Shukla.
5    BY MR. SMITH:
6        Q.   Okay.
7        A.   So this was a conference
8    paper.
9        Q.   I want to go to your report.
10   And on Page 10, it says, "Anatomy of the
11   Female Reproductive Parts And Barriers To
12   Particles."
13           It says, "As illustrated in
14   Figure 3 below, the extended genitalia
15   are the first line of defense in that
16   'the skin constitutes a relatively
17   impenetrable barrier to most
18   microorganisms unless breached by injury
19   such as abrasion or burning.'"
20           You believe that the female
21   reproductive tract, there's an
22   impenetrable barrier?
23           MR. FROST:  Objection.
24           THE WITNESS:  I think --

124 (Pages 490 to 493)

Brooke T. Mossman, M.S., Ph.D.

1    what I'm emphasizing here, and
2    this is a book that actually has
3    been used to tutor individuals in
4    basic pathology, that the skin is
5    an impenetrable barrier to
6    particulate matter.
7    BY MR. SMITH:
8       Q.   Okay.  Let's go to the next
9    page.  It talks about "ovarian cancer" --
10   "cancers develop from epithelial cells
11   that line the ovaries and oviducts,
12   fallopian tubes.  These structures are
13   surrounded by a protected fibrous
14   capsule."
15          What fibrous capsule is
16   around human ovarian -- ovaries?
17          MR. FROST:  Objection.
18          THE WITNESS:  So the ovarian
19   epithelium is lined by something
20   called the submucosal or the
21   interstitium.  And that's
22   comprised of blood vessels and
23   fibers, meaning fibers from the
24   stroma.  So this is called a

1    protective fibrous capsule.
2          Similar to the -- the lung
3    epithelium, which has a supportive
4    fibrous capsule under it, called
5    the interstitium.  It's sometimes
6    called the stroma.
7    BY MR. SMITH:
8       Q.   Do you know what -- we did
9    the conversion charts of -- well, do you
10   know the concentration levels that
11   Dr. Saed used in his study?
12      A.   That was very difficult to
13   discern.
14      Q.   Okay.  Do you know -- did
15   you know -- did you see if Dr. Saed used
16   normal epithelial cells?
17      A.   If he did, the --
18      Q.   Do you know if he did or
19   not?
20          MR. FROST:  Objection.
21          THE WITNESS:  I doubt very
22   much he did.
23   BY MR. SMITH:
24      Q.   Okay.  Do you know whether

1    or not he used fallopian tubes cells in
2    his study?
3       A.   It may have been one of the
4    lines that he looked at, but whether they
5    were normal or whether it was his one
6    normal line --
7       Q.   Do you know?
8       A.   -- it is unclear.  No.
9       Q.   Did you have -- do you have
10   the capability of replicating Dr. Saed's
11   study if you wanted to try to replicate
12   it?
13          MR. FROST:  Objection.
14          THE WITNESS:  I wouldn't
15   want to.
16   BY MR. SMITH:
17      Q.   Could you replicate it?
18          MR. FROST:  Objection.
19   BY MR. SMITH:
20      Q.   Could you do it?
21      A.   I wouldn't do it the same
22   way he did it.
23      Q.   I don't -- that's not what
24   I'm asking.  I'm asking, could you

1    replicate it if I asked you to do it?
2          MR. FROST:  Objection.
3    BY MR. SMITH:
4       Q.   Do you have the ability to
5    do it?
6       A.   As he did, there are so many
7    flaws in his methodology, I just don't
8    know where to start.  I mean, if we had
9    two hours, fine.
10      Q.   My question is very simple.
11   If you had the -- do you have the
12   capability of replicating his study?  Yes
13   or no?
14          MR. FROST:  Objection.
15          THE WITNESS:  I wouldn't
16   want to.  And it has -- when you
17   say replicate --
18   BY MR. SMITH:
19      Q.   If you just followed exactly
20   what he did in his study, could you do
21   exactly what he did if I told you to do
22   exactly what he did in his study?
23      A.   I wouldn't -- I wouldn't do
24   it.

125 (Pages 494 to 497)

Brooke T. Mossman, M.S., Ph.D.

Page 498

```
 1        Q.   That's not what I'm asking.
 2   I'm saying could you?  Do you have the
 3   ability to do it?
 4        A.   As he did it?
 5        Q.   Again, I -- do you have the
 6   ability to replicate his study?  Yes or
 7   no?
 8        MR. FROST:  Objection.
 9        THE WITNESS:  Based upon how
10        he describes it, no, there's not
11        enough detail there.
12   BY MR. SMITH:
13        Q.   Okay.
14        A.   And there's so many flaws.
15        Q.   Did you attempt to replicate
16   his study and -- did you attempt to
17   replicate his study?
18        A.   You mean I would actually
19   perform that study --
20        Q.   Yep.
21        A.   -- as he did?
22        Q.   Yep.
23        A.   No.  I wouldn't bother,
24   because it doesn't tell you anything.
```

Page 499

```
 1        Q.   You have a statement on Page
 2   28.  You have two studies cited for there
 3   not being talc -- I mean, excuse me,
 4   asbestos in Baby Powder.  And that is
 5   Boundy and Pira.
 6        Do you see that on Page 28,
 7   first bullet point?
 8        A.   These are studies on the
 9   workers that were exposed to these talcs.
10        Q.   Is that your basis that
11   there is not asbestos in Baby Powder or
12   Shower to Shower?
13        MR. FROST:  Objection to
14        form.
15        THE WITNESS:  It was stated
16        in these industrial talcs that
17        they were not associated with
18        asbestos contamination.
19   BY MR. SMITH:
20        Q.   Those are industrial talcs,
21   not cosmetic-grade talcs.  You understand
22   Baby Powder and Shower to Shower are
23   cosmetic-grade talcs, ma'am, don't you?
24        MR. FROST:  Objection.
```

Page 500

```
 1        THE WITNESS:  They are
 2        Vermont and Italian talc sources
 3        from which Johnson's material may
 4        have come from.
 5   BY MR. SMITH:
 6        Q.   May have?
 7        A.   I don't know the details on
 8   that.
 9        Q.   Okay.  All right.  Next
10   page, Page 29.  You have Karageorgi
11   listed.  And it says, "This group studied
12   the possible relationship between use of
13   talcum powder and endometrial cancer."
14        Do you see that?
15        A.   Yes.
16        Q.   And you say, "This group
17   found no statistical association and
18   concluded that future studies were
19   needed."  You're saying that the
20   Karageorgi found no statistical
21   association between talcum powder and
22   endometrial cancer risk?  Is that what
23   the conclusion of this study was?
24        A.   I'd have to go back and look
```

Page 501

```
 1   at it.  It dealt with endometrial
 2   cancers.  I'd have to go back and review
 3   it.
 4        Dr. Saed stated it had --
 5   that it studied ovarian cancer, and that
 6   was not the case.
 7        Q.   That's not my question to
 8   you, Doctor.  My question to you is, did
 9   the study conclude that there was no
10   statistical association found between
11   talcum powder use and endometrial cancer?
12        MR. FROST:  Objection.
13        THE WITNESS:  It -- I
14        believe that it stated there might
15        be a risk, but future studies were
16        merited.  I don't recall it
17        without looking at the --
18        (Document marked for
19        identification as Exhibit
20        Mossman-47.)
21   BY MR. SMITH:
22        Q.   This is the next numbered
23   exhibit, 47.
24        A.   -- conclusions.
```

126 (Pages 498 to 501)

Brooke T. Mossman, M.S., Ph.D.

Page 502

1    Q.   And this is that study?
2    A.   Okay.
3    Q.   And we go to conclusions
4  right at the first of the abstract.  "Our
5  results suggest that perineal talcum
6  powder use increases the risk of
7  endometrial cancer, particularly around
8  postmenopausal women."
9         Attach that as Exhibit 47.
10        MR. FROST:  Objection.  I
11   don't know that there's a question
12   there.
13 BY MR. SMITH:
14   Q.   Well, obviously, that's
15 different than what you put in your
16 report on Page 29, correct?
17   A.   The reason I put it in my
18 report is that Dr. Saed said that this is
19 a study linking perineal use of talcum
20 powder to ovarian cancers.  That is not
21 what Dr. Karageorgi studied here.  He
22 looked at endometrial cancer risk.
23        I believe here, and I'd have
24 to look, but I see it now.  In the

Page 503

1  abstract, it was a borderline increase in
2  risk, and it was not related to dose or
3  frequency.  And he concludes that future
4  studies need to be done to make
5  conclusions.
6    Q.   On Page 30, on the -- one,
7  two, three, four -- fourth bullet point,
8  starting "On Page 12," of your report.
9  It says, "On page 12."  It goes down and
10 says, "He does not acknowledge that ATF3
11 was characterized as an inhibitor of
12 inflammation in our studies, and unlike
13 asbestos, no changes in gene expression
14 were observed at 24 hours in mesothelial
15 or ovarian epithelial after exposure to
16 talc."
17        That is not true.  They were
18 not done at 24 at high concentrations,
19 were they?
20        MR. FROST:  Objection.
21 BY MR. SMITH:
22   Q.   Were they?
23        MR. FROST:  Objection.
24        THE WITNESS:  The 24-hour

Page 504

1  results were at the low level of
2  talc exposure and resulted in no
3  significant increases; therefore,
4  you didn't get a time-dependent or
5  dose-dependent increase --
6  BY MR. SMITH:
7    Q.   Well, I don't want to go
8  back over it --
9    A.   -- in gene expression.
10   Q.   -- but you don't know if you
11 got a time or dose-dependent at the
12 higher concentrations because you didn't
13 test it.
14   A.   It doesn't make a
15 difference.
16   Q.   You didn't test it at 24
17 hours, did you?
18        MR. FROST:  Objection.
19 BY MR. SMITH:
20   Q.   Did you?  Yes or no?
21        MR. FROST:  Objection.
22        THE WITNESS:  Low
23 concentrations, yes, we did.
24 BY MR. SMITH:

Page 505

1    Q.   High concentration.  The
2  higher concentration, did you?
3        MR. FROST:  Objection.
4        THE WITNESS:  We didn't look
5  at asbestos or talc at high
6  concentrations.
7        MR. FROST:  How are we doing
8  on time?
9        THE VIDEOGRAPHER:  You've
10 got a minute left.
11 BY MR. SMITH:
12   Q.   Okay.
13        And you talk about
14 Dr. Saed's lack of knowledge about
15 ovarian cancer.  Have you seen the
16 publications that he's published on,
17 Doctor?
18        MR. FROST:  Objection.
19        THE WITNESS:  Do you want me
20 to answer that?
21        Yes, the few he has which
22 are not in high impact journals
23 and not what they say they are.
24 BY MR. SMITH:

127 (Pages 502 to 505)

Brooke T. Mossman, M.S., Ph.D.

Page 506

1          Q.   Let me tell you what -- I'll
2     tell you what, I take exception to you
3     laughing and your sarcasm about Dr. Saed.
4     I just want to tell you I take --
5          A.   Well --
6          Q.   -- I think that is low rent
7     and classless.
8               But my question to you is,
9     do you know if he's published any
10    peer-reviewed literature prior to
11    litigation on oxidative stress and
12    inflammation and it leading to ovarian
13    cancer?  Do you know at this time?
14         A.   He's had --
15              MR. FROST:  Objection.
16              THE WITNESS:  He's had a few
17         papers on chemo resistance in
18         ovarian cancer cells.
19    BY MR. SMITH:
20         Q.   Have you had any prior
21    publications in that area?
22              MR. FROST:  Objection.
23    BY MR. SMITH:
24         Q.   Yourself?

Page 507

1          A.   In chemo resistance, no.
2               MR. FROST:  How are we
3          doing?  We done?
4               All right.  Great.  Let me
5          just consult with my colleague,
6          but I have a feeling we're done.
7          Yeah, we're done.
8               THE VIDEOGRAPHER:  This
9          concludes today's deposition.
10         We're going off the record.  The
11         time is 5:55.
12              (Excused.)
13              (Deposition concluded at
14         approximately 5:55 p.m.)
15                - - -
16
17
18
19
20
21
22
23
24

Page 508

1
2               CERTIFICATE
3
4          I HEREBY CERTIFY that the
5     witness was duly sworn by me and that the
6     deposition is a true record of the
      testimony given by the witness.
7
          It was requested before
8     completion of the deposition that the
      witness, BROOKE T. MOSSMAN, M.S., Ph.D.,
9     have the opportunity to read and sign the
      deposition transcript.
10
11
12    _____
      MICHELLE L. GRAY,
13    A Registered Professional
      Reporter, Certified Shorthand
14    Reporter, Certified Realtime
      Reporter and Notary Public
15    Dated:  April 9, 2019
16
17
18         (The foregoing certification
19    of this transcript does not apply to any
20    reproduction of the same by any means,
21    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24

Page 509

1          INSTRUCTIONS TO WITNESS
2
3               Please read your deposition
4     over carefully and make any necessary
5     corrections.  You should state the reason
6     in the appropriate space on the errata
7     sheet for any corrections that are made.
8               After doing so, please sign
9     the errata sheet and date it.
10              You are signing same subject
11    to the changes you have noted on the
12    errata sheet, which will be attached to
13    your deposition.
14              It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24

128 (Pages 506 to 509)

Brooke T. Mossman, M.S., Ph.D.

Page 510

```
1          - - - - - -
            E R R A T A
2          - - - - - -
3
4      PAGE  LINE  CHANGE
5      ___  ___  _____
6        REASON: _____
7                _____
8        REASON: _____
9      ___  ___  _____
10       REASON: _____
11               _____
12       REASON: _____
13               _____
14       REASON: _____
15       ___  ___  _____
16       REASON: _____
17       ___  ___  _____
18       REASON: _____
19       ___  ___  _____
20       REASON: _____
21       ___  ___  _____
22       REASON: _____
23       ___  ___  _____
24       REASON: _____
```

Page 512

```
1              LAWYER'S NOTES
2      PAGE  LINE
3      ___  ___  _____
4      ___  ___  _____
5      ___  ___  _____
6      ___  ___  _____
7      ___  ___  _____
8      ___  ___  _____
9      ___  ___  _____
10     ___  ___  _____
11     ___  ___  _____
12     ___  ___  _____
13     ___  ___  _____
14     ___  ___  _____
15     ___  ___  _____
16     ___  ___  _____
17     ___  ___  _____
18     ___  ___  _____
19     ___  ___  _____
20     ___  ___  _____
21     ___  ___  _____
22     ___  ___  _____
23     ___  ___  _____
24     ___  ___  _____
```

Page 511

```
1
2          ACKNOWLEDGMENT OF DEPONENT
3
4          I,_____, do
5      hereby certify that I have read the
6      foregoing pages, 1 - 512, and that the
7      same is a correct transcription of the
8      answers given by me to the questions
9      therein propounded, except for the
10     corrections or changes in form or
11     substance, if any, noted in the attached
12     Errata Sheet.
13
14
15     _____
16     BROOKE T. MOSSMAN, M.S., Ph.D.   DATE
17
18
19     Subscribed and sworn
       to before me this
20     _____ day of _____, 20____.
21     My commission expires:_____
22
23     _____
       Notary Public
24
```