# EXHIBIT B22

Gynecologic Oncology: Submission Confirmation - Amy Harper                                                                                                 1/28/19, 11:29 AM

# Gynecologic Oncology: Submission Confirmation

**Gynecologic Oncology** <eesserver@eesmail.elsevier.com>

Tue 8/28/2018 9:51 AM

Deleted Items

To: Ghassan Saed <gsaed@med.wayne.edu>;

Cc: Nicole King <nfletche@med.wayne.edu>; Ira Memaj <ira.memaj@wayne.edu>; florrie1522@gmail.com <florrie1522@gmail.com>; Robert Morris <rmorris@med.wayne.edu>; akharp627@gmail.com <akharp627@gmail.com>; Amy Harper <aharper4@med.wayne.edu>;

\*\*\* Automated email sent by the system \*\*\*

Title: Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer
Corresponding Author: Dr. Ghassan M. Saed
Authors: Nicole M Fletcher, Ph.D.; Ira Memaj, M.S.; Rong Fan, M.S.; Amy K Harper, M.D.; Robert T Morris, M.D.;
Research Paper

Dear Dr. Saed,

This is to confirm that the above-mentioned manuscript has been received for consideration in Gynecologic Oncology.

Your manuscript will undergo a quick screening process to ensure that it meets all submission requirements. Please note that if your manuscript does not meet all submission requirements, it will be returned to you without being seen by an editor or reviewers.

You will be able to check on the progress of your manuscript by logging on to the Elsevier Editorial System for Gynecologic Oncology as an author:
https://ees.elsevier.com/ygyno/

Your paper will be given a manuscript number shortly and you will soon receive an e-mail with this number for your reference.

Thank you for submitting your manuscript to Gynecologic Oncology. Should you have any questions, please feel free to contact our office.

Kind regards,



EXHIBIT 33
2-14-19

Editorial Office
Gynecologic Oncology
Elsevier
E-mail: gyn@elsevier.com

******************************

For further assistance, please visit our customer support site at http://help.elsevier.com/app/answers/list/p/7923 Here you can search for solutions on a range of topics, find answers to frequently asked questions and learn more about EES via interactive tutorials. You will also find our 24/7 support contact details should you need any further assistance from one of our customer support representatives.