# EXHIBIT B24

# Fwd: Reproductive Sciences - Decision on Manuscript ID RSCI-18-671

Ghassan Saed

Wed 1/2/2019 10:38 AM

To: Amy Harper <aharper4@med.wayne.edu>;

Best Regards
Dr. Ghassan Saed, Associate Professor
Department of OB/GYN
Wayne State University Medical School
Detroit, MI

Begin forwarded message:

> **From:** Reproductive Sciences <onbehalfof@manuscriptcentral.com>
> **Date:** December 26, 2018 at 10:19:59 AM EST
> **To:** gsaed@med.wayne.edu
> **Cc:** lalayman@augusta.edu
> **Subject: Reproductive Sciences - Decision on Manuscript ID RSCI-18-671**
> **Reply-To:** lalayman@augusta.edu



26-Dec-2018

Dear Dr. Saed: Manuscript ID RSCI-18-671 entitled "Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer" which you submitted to the Reproductive Sciences, has been reviewed. The comments of the reviewer(s) are included at the bottom of this letter.

The reviewer(s) have recommended publication, but also suggest some minor revisions to your manuscript. Therefore, I invite you to respond to the reviewer(s)' comments and revise your manuscript.

To revise your manuscript, log into https://mc.manuscriptcentral.com/rsci and enter your Author Center, where you will find your manuscript title listed under "Manuscripts with Decisions." Under "Actions," click on "Create a Revision." Your manuscript number has been appended to denote a revision.

You will be unable to make your revisions on the originally submitted version of the manuscript. Instead, revise your manuscript using a word processing program and save it on your computer. Please also highlight the changes to your manuscript within the document by using the track changes mode in MS Word or by using bold or colored text.

Once the revised manuscript is prepared, you can upload it and submit it through your Author Center.

When submitting your revised manuscript, you will be able to respond to the comments made by the reviewer(s) in the space provided. You can use this space to document any changes you make to the original manuscript. In order to expedite the processing of the revised manuscript, please be as specific as possible in your response to the reviewer(s).

IMPORTANT: Your original files are available to you when you upload your revised manuscript. Please delete any redundant files before completing the submission.

Because we are trying to facilitate timely publication of manuscripts submitted to the Reproductive Sciences, your revised manuscript should be uploaded as soon as possible. If it is not possible for you to submit your revision in a reasonable amount of time, we may have to consider your paper as a new submission.

Once again, thank you for submitting your manuscript to the Reproductive Sciences and I look forward to receiving your revision.

Sincerely,
Dr. Lawrence Layman
Editor, Reproductive Sciences
lalayman@augusta.edu


Reviewer(s)' Comments to Author:

Reviewer: 1

Comments to the Author
Title: Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer.

The authors report on the effects of talc in the development of the epithelial ovarian cancer by conducting an in vitro experiment exposing EOC cells to a diluted talc solution. They conclude that the mechanism by which talc alters the cellular redox and inflammatory balance involves the induction of specific mutations in key oxidant and antioxidant enzymes that correlate with alterations in their activities and they claim a genetic predisposition of the EOC cells.

Comments and suggestions:
What is the mechanism by which the ovary and not the vagina, the cervix or the endometrium are susceptibles to talc effects?
What do the authors believe is the determining factor for the increased sensitivity of the epithelial ovarian cells to talc?
The manuscript is "wordy" and would benefit from an attentive reduction.