# EXHIBIT B35

**Page 1**

1    IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF NEW JERSEY

3

4    IN RE:  JOHNSON & JOHNSON      )
     TALCUM POWDER PRODUCTS         )
5    MARKETING SALES                )
     PRACTICES, AND PRODUCTS        )   MDL NO.16-2738(FLW) (LHG)
6    LIABILITY LITIGATION           )

7    ────────────────────────────

8

9

10        VIDEO-RECORDED DEPOSITION OF

11            MARK W. RIGLER, PH.D.

12

13

14            February 6, 2019

15              9:14 a.m.

16

17         11340 Lakefield Drive
                Suite 200
18          Johns Creek, Georgia

19

20

21

22      Frances Buono, RPR, CCR-B-791

23

24        Atlanta Reporters, Inc.
        Georgia Certified Court Reporters
25           (866) 344-0459
          www.atlanta-reporters.com

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporter.com

---

**Page 2**

1         APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiffs:

4      LEE CIRSCH, Esq.
       The Lanier Law Firm
5      21550 Oxnard Street
       3rd Floor
6      Woodland Hills, California  91367
       Lee.cirsch@lanierlawfirm.com

7

8      P. LEIGH O'DELL, Esq.
       Beasley Allen Law Firm
9      218 Commerce Street
       Montgomery, Alabama  36103-4160
10     Leigh.odell@beasleyallen.com

11

12     MICHELLE A. PARFITT, Esq.
       JAMES GREEN, Esq.
13     Ashcraft & Gerel, LLP
       1825 K. Street
14     Suite 700
       Washington, D.C.  20036
15     Mparfitt@ashcraftlaw.com

16     DENNIS M. GEIER, Esq.
       Cohen Placitella Roth, PC
17     127 Maple Avenue
       Red Bank, New Jersey  07701
18     Dgeier@cprlaw.com

19
20
21
22
23
24
25

Atlanta Reporters, Inc.     www.atlanta-reporters.com

---

**Page 3**

1      APPEARANCES OF COUNSEL (continued)

2

3    On behalf of the Defendant,
       Johnson & Johnson and Johnson & Johnson Consumer
4      Inc.:

5      ALEX V. CHACHKES, Esq.
       NINA TROVATO, Esq.
6      Orrick, Herrington & Sutcliffe, LLP
       51 West 52nd Street
7      New York, New York  10019-1642
       Achachkes@orrick.com
8      Ntrovato@orrick.com

9

10     JACK N. FROST, JR., Esq.
       Drinker Biddle & Reath LLP
11     600 Campus Drive
       Florham Park, New Jersey  07932-1047
12     Jack.frost@dbr.com

13   On behalf of the Defendant,
       Imerys Talc America, Inc.:

14     MARK K. SILVER, Esq.
15     Coughlin Duffy, LLP
       350 Mount Kemble Avenue
16     Morristown, New Jersey  07962
       Msilver@coughlinduffy.com

17

18     MARK A. PROST, Esq.
       Sandberg Phoenix & von Gontard, P.C.
19     600 Washington Avenue
       15th Floor
20     St. Louis, Missouri  63101-1313
       Mprost@sandbergphoenix.com
21
22
23
24
25

Atlanta Reporters, Inc.     www.atlanta-reporters.com

---

**Page 4**

1      APPEARANCES OF COUNSEL (continued)

2

3    On behalf of the Defendant,
       PTI:
4

5      MICHAEL ANDERTON, Esq.
       Tucker Ellis, LLP
6      950 Main Avenue
       Suite 1100
7      Cleveland, Ohio  44113-7213
       Michael.anderton@tuckerellis.com

8

9    On behalf of the Defendant,
       PCPC:

10     REBECCA WOODS, Esq.
       Seyfarth Shaw
11     1075 Peachtree Street, NE
       Suite 2500
12     Atlanta, Georgia  30309
       Rwoods@seyfarth.com

13

14   Also Present:

15     George Montiel, Videographer

16              - - -

17
18
19
20
21
22
23
24
25

Atlanta Reporters, Inc.     www.atlanta-reporters.com

**5**

1      INDEX TO EXAMINATIONS

2

3      Examination                    Page

4

5      Examination by Mr. Chachkes          7

6      Examination by Mr. Silver          214

7      Examination by Ms. O'Dell          219

8

9                     - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**6**

1      INDEX TO EXHIBITS

2

3      Defendants'
       Exhibit       Description          Page

4

       1      Invoices                    204
5

       2      Excerpt - Trial transcript,      136
6             February 20, 2018, Vol. XIV, Lanzo
              vs. Cyprus Amax
7

       3      MAS TEM Coefficient of Variation for 173
8             Tremolite and Anthophyllite in Talc,
              A Quality Control Study, 9-6-18
9

       4      Graph                        177
10

11

12      (Original Exhibits 1 through 4 have been
        attached to the original transcript.)

13

14                     - - -

15
16
17
18
19
20
21
22
23
24
25

**7**

1                (Reporter disclosure made pursuant to

2      Article 10.B. of the Rules and Regulations of

3      the Board of Court Reporting of the Judicial

4      Council of Georgia.)

5                (Identification statement by

6      videographer.)

7                MARK W. RIGLER, PH.D.,

8      having been first duly sworn, was examined and

9      testified as follows:

10                     EXAMINATION

11     BY MR. CHACHKES:

12     Q.      Good morning, Dr. Rigler.

13     A.      **Good morning.**

14     Q.      How are you?

15     A.      **Good; you?**

16     Q.      Good.

17                MR. CHACHKES:  So just for the record, I

18     have the same late production objections as

19     yesterday and the same request to keep the

20     deposition open.  I assume you have the same?

21                MS. O'DELL:  We have the same opposition.

22     Q.      (By Mr. Chachkes)  Okay.  So what I've

23     done is I've brought some exhibits from yesterday, so

24     if you're wondering why there's stamps on them, it's

25     because they're the stamps from Dr. Longo's

**8**

1      deposition.  We are going to use some of the same

2      exhibits, if that's okay.

3      A.      **Yes.**

4      Q.      So what's been marked yesterday -- so all

5      the stamps are February 5, 2019, Longo.  And I'm

6      going to use those exhibits unless I use a new

7      exhibit.

8      A.      **Okay.**

9      Q.      So I'm just going to hand you what's been

10     marked yesterday as Exhibit 2.  And you recognize

11     that as the January 15 version of the report that you

12     cosigned?

13     A.      **Yes.**

14     Q.      Okay.  And what was your involvement in

15     drafting this report?

16     A.      **I reviewed the report, looked over the**

17     **data, and made typographical and grammatical**

18     **corrections throughout the report.**

19     Q.      Okay.  Do you feel qualified to testify to

20     every matter that's in that report?

21                MS. O'DELL:  Object to the form.

22                THE WITNESS:  As I say, I am qualified to

23     testify on what's in this report now, yes.

24     Q.      (By Mr. Chachkes)  Okay.  So if Dr. Longo

25     were to, for example, not show up at a trial, you

9

09:16:20 1 could testify to everything that you could testify
09:16:21 2 to?
09:16:22 3    Q.   Well, I'm not Dr. Longo, of course.
09:16:24 4 However, I can testify as to what's in this report,
09:16:29 5 yes.
09:16:29 6    Q.   Okay.  To what degree is Dr. Longo more
09:16:33 7 qualified about something in that report than you?
09:16:36 8    A.   Dr. Longo has a degree in materials
09:16:39 9 science, and my degree is in microbiology, my Ph.D.
09:16:44 10 So he has more experience in the materials area, so I
09:16:53 11 would, you know, defer to him on those topics.
09:16:57 12    Q.   Okay.  Well, there's no microbiology in
09:17:01 13 the report; right?
09:17:02 14    A.   Not that I know of, no.  But there are
09:17:05 15 microscopic things in the report, and that's one of
09:17:07 16 my areas of qualification, electron microscopy and
09:17:12 17 the microscopic world, if you will.
09:17:14 18    Q.   So that's sort of a comparison of your
09:17:16 19 relative expertise.  What about your relative ability
09:17:19 20 to talk about substantive matters, data, you know,
09:17:23 21 what analysts did?  Is there any difference there
09:17:26 22 between you and Dr. Longo?
09:17:27 23    A.   Well, Dr. Longo is the head of the
09:17:31 24 laboratory, so I would defer to him on a number of
09:17:35 25 those areas, and specific areas.

10

09:17:38 1    Q.   Okay.  For example?
09:17:39 2    A.   Well, for example, there may be some
09:17:42 3 situations where he directed the study and that
09:17:49 4 would -- I would defer those things to him.
09:17:51 5    Q.   Did you direct any of the studies in that
09:17:54 6 report?
09:17:54 7    A.   As far as me directing the studies in
09:17:57 8 here, that was mainly Dr. Longo.
09:17:58 9    Q.   Okay.  What studies in there did you
09:18:02 10 direct?
09:18:03 11    A.   Again, they were mainly directed by
09:18:06 12 Dr. Longo.
09:18:06 13    Q.   You say mainly.  I'm just wondering is
09:18:09 14 there anything left over that you directed?
09:18:11 15       MS. O'DELL:  Object to the form.
09:18:12 16       THE WITNESS:  In terms of the study
09:18:16 17 process, originally we conferred on it in the
09:18:20 18 very beginning, but Dr. Longo was the one who
09:18:24 19 mainly carried out the processes and direction
09:18:28 20 of the studies.
09:18:29 21       (By Mr. Chachkes)  Okay.  So the
09:18:31 22 conceptualization of the experimental procedures you
09:18:35 23 participated in, but in the actual execution you did not
09:18:38 24 participate?
09:18:39 25       MS. O'DELL:  Object to the form.

11

09:18:40 1       THE WITNESS:  Well, in terms of looking at
09:18:42 2 data, quality control issues, that type of
09:18:45 3 thing, which would be part of the study, I would
09:18:47 4 say, yes, I was part of that.
09:18:49 5    Q.   (By Mr. Chachkes)  Okay.  So the actual
09:18:51 6 experimentation process, the -- people call it wet
09:18:54 7 work; are you familiar with that?
09:18:55 8    A.   Yes.
09:18:56 9    Q.   Okay.  So the actual experimental process
09:18:58 10 and the wet work, you did not participate in that?
09:19:01 11    A.   Again, Dr. Longo directed those activities
09:19:06 12 in this study; and again, I will defer those things
09:19:10 13 to him, you know, if -- once we get to those topics
09:19:14 14 and we talk about those topics, because right now
09:19:15 15 we're talking about things in general.
09:19:18 16    Q.   I'm not asking about Dr. Longo.  I'm
09:19:20 17 asking about you.
09:19:20 18    A.   Sure.
09:19:21 19    Q.   What in the report -- which experiments
09:19:23 20 did you participate in, if any?
09:19:24 21    A.   I told you in the beginning what I did
09:19:28 22 here, which was mainly review the data, review the
09:19:31 23 report for typographical or grammatical errors, also
09:19:36 24 checking data, that type of thing.
09:19:38 25    Q.   So can you confirm you did not participate

12

09:19:41 1 in the actual experimenting that's reported on in the
09:19:44 2 exhibit?
09:19:44 3       MS. O'DELL:  Object to the form.
09:19:47 4       THE WITNESS:  Again, I was part of the
09:19:48 5 study working on part of the study, so I
09:19:50 6 consider myself as someone who participated in
09:19:53 7 the study.
09:19:53 8    Q.   (By Mr. Chachkes)  Okay.  So --
09:19:55 9    A.   That's the way it works in the laboratory.
09:19:57 10    Q.   Let's be more specific.
09:19:58 11    A.   Sure.
09:19:59 12    Q.   So you understand what an experiment is;
09:20:04 13 right?
09:20:04 14       MS. O'DELL:  In what context?
09:20:07 15       THE WITNESS:  Yeah, in what context?
09:20:08 16    Q.   (By Mr. Chachkes)  Okay.  So you're
09:20:09 17 unclear on what an experiment is?
09:20:11 18    A.   No, I'm not unclear on what an experiment
09:20:13 19 is.  I'm wondering what you're asking as far as your
09:20:15 20 question.
09:20:15 21    Q.   What does the word experiment mean to you?
09:20:17 22    A.   Well, it would be a set of tests after
09:20:21 23 coming up with a hypothesis about a particular
09:20:23 24 situation what the questions are.
09:20:25 25    Q.   Let's use your definition.  Were you

13

| | | |
|---|---|---|
| 09:20:26 | 1 | involved in any experiments where you were actually |
| 09:20:29 | 2 | testing -- testing -- J&J bottles of talc? |
| 09:20:35 | 3 | A.  I was not -- I was not handling and |
| 09:20:39 | 4 | testing the talc myself.  Our analysts in the |
| 09:20:42 | 5 | laboratory were directed to do that. |
| 09:20:44 | 6 | Q.  Did you ever use a PLM for the purposes of |
| 09:20:48 | 7 | this report? |
| 09:20:49 | 8 | A.  No, I did not. |
| 09:20:50 | 9 | Q.  Did you ever use a TEM for the purposes of |
| 09:20:52 | 10 | this report? |
| 09:20:53 | 11 | A.  Not for the purposes of this report. |
| 09:20:55 | 12 | Q.  Did you ever use an XRD device for the |
| 09:20:59 | 13 | purposes of this report? |
| 09:21:01 | 14 | A.  We do not have the XRD device or that type |
| 09:21:04 | 15 | of device at our laboratory. |
| 09:21:06 | 16 | Q.  Did you ever do an SAED experiment for the |
| 09:21:08 | 17 | purposes of this report? |
| 09:21:10 | 18 | A.  Again, same answer as with the TEM. |
| 09:21:13 | 19 | Q.  So that's a no? |
| 09:21:15 | 20 | A.  Correct. |
| 09:21:16 | 21 | Q.  Okay.  And did you ever do EDXA work |
| 09:21:21 | 22 | experiments on J&J bottles of talc for this report? |
| 09:21:26 | 23 | A.  That would be the same answer. |
| 09:21:26 | 24 | Q.  Which is a no? |
| 09:21:26 | 25 | A.  Yes. |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

14

| | | |
|---|---|---|
| 09:21:27 | 1 | Q.  And did you -- let's -- so once the |
| 09:21:36 | 2 | experiments were done and you saw the data, did you |
| 09:21:39 | 3 | do any substantive contribution to the report other |
| 09:21:46 | 4 | than correct typos? |
| 09:21:47 | 5 | MS. O'DELL:  Object to the form. |
| 09:21:48 | 6 | THE WITNESS:  In terms of looking at what |
| 09:21:50 | 7 | was done during the study and working with the |
| 09:21:55 | 8 | TEM manager on the study and the quality |
| 09:21:59 | 9 | control, yes. |
| 09:22:00 | 10 | Q.  (By Mr. Chachkes)  Okay.  So can you be |
| 09:22:02 | 11 | more specific?  So you did quality control.  What's |
| 09:22:04 | 12 | that? |
| 09:22:04 | 13 | A.  Well, I monitored the reporting that was |
| 09:22:08 | 14 | done in terms of what samples were analyzed, what |
| 09:22:12 | 15 | replicates, duplicates, and blanks that would be |
| 09:22:16 | 16 | tested in terms of what was necessary for us to meet |
| 09:22:20 | 17 | the QC standards. |
| 09:22:22 | 18 | Q.  Okay.  And who set the QC standards? |
| 09:22:25 | 19 | A.  Well, the QC standards are set by NVLAP |
| 09:22:30 | 20 | NIST, the National Institutes of Standard and |
| 09:22:34 | 21 | Technology, for TEM labs that are analyzing for |
| 09:22:36 | 22 | asbestos. |
| 09:22:36 | 23 | Q.  Other than ensure that folks complied with |
| 09:22:42 | 24 | the QC standards, what did you do? |
| 09:22:46 | 25 | So let's say after the experiments were |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

15

| | | |
|---|---|---|
| 09:22:48 | 1 | done, you had the data? |
| 09:22:49 | 2 | A.  Well, then I would review the data, go |
| 09:22:54 | 3 | through the data, and then see again if it met the QC |
| 09:22:59 | 4 | qualifications. |
| 09:23:01 | 5 | Q.  Okay.  Anything else that you did once the |
| 09:23:03 | 6 | data was done? |
| 09:23:03 | 7 | A.  Not that I can recall as I sit here. |
| 09:23:09 | 8 | Q.  Okay.  During any of the experiments did |
| 09:23:13 | 9 | you sit over the shoulder of any analyst and watch |
| 09:23:17 | 10 | the work they were doing? |
| 09:23:18 | 11 | A.  Yeah.  I'm at the laboratory mostly on a |
| 09:23:23 | 12 | daily basis, so I was able to go in and look and see |
| 09:23:25 | 13 | what analysts were doing at any particular time. |
| 09:23:28 | 14 | Q.  Okay.  Were you substantively contributing |
| 09:23:33 | 15 | at those moments when you were looking at what |
| 09:23:35 | 16 | analysts were doing? |
| 09:23:36 | 17 | A.  What do you mean by that? |
| 09:23:37 | 18 | Q.  Well, were you telling them to change |
| 09:23:41 | 19 | their behavior or to do something that they weren't |
| 09:23:43 | 20 | otherwise going to do?  Anything that affected their |
| 09:23:46 | 21 | experimental work? |
| 09:23:47 | 22 | MS. O'DELL:  Object to the form. |
| 09:23:48 | 23 | THE WITNESS:  No.  No. |
| 09:23:48 | 24 | Q.  (By Mr. Chachkes)  And so you're an |
| 09:23:52 | 25 | employee of MAS? |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

16

| | | |
|---|---|---|
| 09:23:53 | 1 | A.  Yes. |
| 09:23:53 | 2 | Q.  How long have you been an employee there? |
| 09:23:55 | 3 | A.  Over 30 years. |
| 09:23:57 | 4 | Q.  Let's go back to the report.  Are there |
| 09:24:04 | 5 | any sections of the report that you can say you |
| 09:24:06 | 6 | didn't work on? |
| 09:24:08 | 7 | MS. O'DELL:  Object to the form. |
| 09:24:09 | 8 | THE WITNESS:  I would have to look.  If |
| 09:24:14 | 9 | you're talking about the reports in front of me |
| 09:24:16 | 10 | here -- |
| 09:24:17 | 11 | Q.  (By Mr. Chachkes)  Yes, the January 15 |
| 09:24:19 | 12 | expert report for the MDL. |
| 09:24:20 | 13 | A.  The J3 portions of the report. |
| 09:24:24 | 14 | Q.  And you would say you had some involvement |
| 09:24:26 | 15 | in all other portions? |
| 09:24:28 | 16 | A.  In other portions, yes. |
| 09:24:29 | 17 | Q.  How much time did you devote to the work |
| 09:24:32 | 18 | underlying this report and the report itself? |
| 09:24:34 | 19 | A.  I didn't keep track of it.  I have no |
| 09:24:39 | 20 | idea. |
| 09:24:39 | 21 | Q.  Over 10 hours? |
| 09:24:41 | 22 | A.  Probably over 10 hours. |
| 09:24:42 | 23 | Q.  Over 20 hours? |
| 09:24:43 | 24 | A.  Again, that would be a guesstimate.  I |
| 09:24:45 | 25 | don't know beyond that. |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**17**

09:24:47 1    Q.    More than 15 hours?

09:24:48 2    A.    **I don't know.**

09:24:49 3    Q.    So probably over 10 hours, but you don't

09:24:52 4 know beyond that?

09:24:52 5    A.    **Correct.**

09:24:53 6    Q.    Okay.  And were you involved in the

09:24:58 7 creation of the protocols to test J&J talc in this

09:25:03 8 case?

09:25:04 9    A.    **In terms of the protocols for the testing,**

09:25:09 10 **we used standard methods throughout for the analysis.**

09:25:14 11 **Dr. Longo essentially put together the way the test**

09:25:18 12 **or the study was going to be done, but we, you know,**

09:25:21 13 **overall use the standard methods throughout.**

09:25:23 14    Q.    When you say Dr. Longo put together the

09:25:26 15 way -- you said you put together the way the

09:25:28 16 studies would be conducted?

09:25:29 17    A.    **Yes.**

09:25:29 18    Q.    Was that something in writing?

09:25:31 19    A.    **Well, he directs the study on a daily**

09:25:35 20 **basis.**

09:25:35 21    Q.    The question is was it in writing?

09:25:38 22    A.    **Was it in writing?  I don't know.  You'd**

09:25:42 23 **have to ask Dr. Longo.**

09:25:43 24    Q.    Okay.  So you're unaware of whether he

09:25:46 25 communicated with the analysts about protocol in

**18**

09:25:48 1 writing?

09:25:49 2    A.    **Well, the --**

09:25:50 3    MS. O'DELL:  Object to form.

09:25:51 4    THE WITNESS:  -- laboratory has protocol

09:25:52 5 for the way that talc is analyzed and

09:25:59 6 asbestos-bearing products are analyzed, so we

09:26:01 7 have written protocol for those things.

09:26:03 8    MR. CHACHKES:  Okay.  And I think I've

09:26:06 9 requested that those be produced.  I don't think

09:26:07 10 those have been produced.

09:26:09 11    MS. O'DELL:  I think it's reflected in his

09:26:11 12 report, but we will consider your request.

09:26:13 13    (By Mr. Chachkes)  Okay.  Do you

09:26:21 14 communicate with the analysts by email at all?

09:26:23 15    A.    **Communicate with the analysts by email?**

09:26:26 16 **No.  I can go speak to them.**

09:26:29 17    Q.    Okay.  There's no sort of like weekly

09:26:33 18 email or monthly email where you summarize what's

09:26:36 19 going on?

09:26:37 20    A.    **No.**

09:26:37 21    Q.    Did you ever change an analyst's

09:26:42 22 determinations where an analyst came up with some

09:26:44 23 conclusion and you said maybe that's not right, go

09:26:46 24 back?

09:26:47 25    A.    **No.**

**19**

09:26:49 1    Q.    Do you consider yourself an expert in TEM

09:26:56 2 analysis?

09:26:56 3    A.    **Well, the term expert, I think, you**

09:27:00 4 **probably have to defer that to the court.  I mean, I**

09:27:04 5 **have more than the layperson's knowledge so -- but I**

09:27:08 6 **would defer that to the court.**

09:27:10 7    Q.    Okay.  Have you --

09:27:13 8    A.    **I mean, I've been qualified as an expert**

09:27:16 9 **before, but in this case...**

09:27:19 10    Q.    When is the first time you ever used a

09:27:21 11 TEM?

09:27:21 12    A.    **The first time I used a TEM?  Let's see.**

09:27:24 13 **That would probably have been sometime in the early**

09:27:29 14 **'80s, I would say, yeah.**

09:27:31 15    Q.    How many times have you used an SAED to

09:27:35 16 characterize a particle?

09:27:36 17    A.    **SAED?**

09:27:37 18    Q.    SAED.

09:27:39 19    A.    **I don't know if I could count the number**

09:27:40 20 **of times.**

09:27:41 21    Q.    How many times have you used EDXA to

09:27:45 22 characterize a particle?

09:27:47 23    A.    **Same answer on that.  Yes.**

09:27:47 24    Q.    What about PLM, do you consider yourself

09:27:53 25 an expert on PLM?

**20**

09:27:54 1    A.    **I am not a PLM microscopist.**

09:27:56 2    Q.    Okay.  What was your contribution to the

09:27:58 3 PLM aspects of the January 15 report?

09:28:03 4    A.    **Well, as far as PLM contributions, again,**

09:28:07 5 **I'm not the PLM analyst, so we just wanted to be sure**

09:28:13 6 **that the quality program was being followed in the**

09:28:18 7 **laboratory.**

09:28:18 8    Q.    When you say that a quality program was

09:28:21 9 being followed, is that the same contribution you

09:28:31 10 made to the other portions of the report?

09:28:33 11    MS. O'DELL:  Object to form.

09:28:34 12    THE WITNESS:  Yes.  Well, I would say yes

09:28:35 13 to that.  Yes.

09:28:36 14    Q.    (By Mr. Chachkes)  Okay.  Did you ever

09:28:43 15 personally test a talc sample for asbestos

09:28:45 16 contamination?

09:28:46 17    A.    **Did I ever personally test them?**

09:28:48 18    Q.    Yes.

09:28:48 19    A.    **Not that I can recall as I sit here.**

09:28:50 20    Q.    Okay.

09:28:55 21    A.    **We've done tissue testing for talc and**

09:29:00 22 **asbestos in tissue, yes.**

09:29:01 23    Q.    But just testing talcum powder that came

09:29:05 24 out of a bottle, you've never done that?

09:29:07 25    A.    **I've not personally tested that.**

21

09:29:09 1    Q.    You have an undergraduate degree in
09:29:21 2  biology?
09:29:21 3    A.    Yes.
09:29:21 4    Q.    And a Ph.D. in microbiology?
09:29:24 5    A.    Yes.
09:29:24 6    Q.    Did you take any geology courses at any
09:29:27 7  point in your education?
09:29:27 8    A.    No, but at the University of Georgia one
09:29:31 9  of my very good friends in graduate school was a
09:29:34 10 geologist, and we discussed a lot of issues
09:29:38 11 surrounding the phyllosilicates.  He was a kaolin
09:29:42 12 person.  He was a clay person.
09:29:44 13       In Georgia we have a lot of red clay, and
09:29:46 14 so that was one of his areas that he enjoyed, and I
09:29:51 15 learned quite a bit from him.  Very strong geology
09:29:56 16 department at the University of Georgia.
09:29:57 17   Q.    Other than talking to a friend about
09:29:59 18 geology, do you have any formal geology education?
09:30:03 19       MS. O'DELL:  Object to form.
09:30:04 20       THE WITNESS:  No.
09:30:04 21   Q.    (By Mr. Chachkes)  Did you take any
09:30:06 22 mineralogy courses during any part of your
09:30:07 23 educations?
09:30:07 24   A.    It's interesting because in the electron
09:30:11 25 microscopy courses that you take, the substances that

22

09:30:17 1  we analyzed, you know, varied from biological
09:30:20 2  substances to mineralogical substances.  So you would
09:30:24 3  get a portion of that with that training, and I got
09:30:27 4  some of that.
09:30:28 5    Q.    Okay.  Have you ever physically analyzed a
09:30:33 6  mineral under a microscopy technique?
09:30:36 7    A.    I, again, think the answer to that is I
09:30:41 8  have sat with the analysts, that includes the PLM
09:30:46 9  analysts, watched them do the work, and participated
09:30:51 10 that way in terms of the -- that kind of an analysis.
09:30:55 11   Q.    Other than watching other people analyze
09:30:57 12 minerals under microscopy techniques, have you any
09:31:01 13 experience analyzing minerals under microscopy
09:31:03 14 techniques?
09:31:15 15   A.    Well, by electron microscopy in terms of
09:31:09 16 seeing these minerals and having run into them during
09:31:13 17 an analysis.  And again, I've been doing electron
09:31:17 18 microscopy since the '80s, so the tissue analysis
09:31:21 19 that I've done in the past we've come across, you
09:31:26 20 know, mineral types and there's tissues and how to
09:31:28 21 analyze those.  So I've done that in tissue samples
09:31:32 22 at the optical or the bulk PLM level very limited,
09:31:37 23 say.
09:31:37 24   Q.    Okay.  Have you ever personally run a
09:31:39 25 microscopy analysis of minerals that aren't in

23

09:31:44 1  tissue?
09:31:45 2    A.    Yes.
09:31:48 3    Q.    Can you explain?
09:31:49 4    A.    Again, at MAS I've had a variety of roles
09:31:55 5  from the early '90s when I was hired there; and MAS
09:32:02 6  is a materials characterization laboratory, so I
09:32:06 7  worked on hundreds of different kinds of projects
09:32:09 8  using microscopy and gas chromatography, all kinds of
09:32:15 9  chemical techniques.
09:32:16 10       So I have run into situations where I've
09:32:18 11 examined minerals that have been in materials such as
09:32:22 12 plastics or polymers, for instance, where we have
09:32:25 13 done cutting or thin sectioning of that kind of
09:32:29 14 material, and you would look at the inclusions in the
09:32:32 15 polymers because they are -- they're additives, they
09:32:36 16 may be for a variety of different reasons, and then
09:32:39 17 you end up analyzing them or seeing them.  And this
09:32:43 18 was mostly by SEM or TEM.
09:32:46 19   Q.    And you personally did those experiments?
09:32:48 20   A.    Yes, I've personally done those things.
09:32:50 21   Q.    Have you ever personally done a microscopy
09:32:52 22 investigation of a mineral or a solid solution that's
09:32:56 23 just mineral or solid solution?
09:32:59 24   A.    Can you explain a bit more?
09:33:01 25   Q.    Do you know what a solid solution is?

24

09:33:03 1    A.    Yes.
09:33:03 2    Q.    So, for example, a bottle of talc just
09:33:06 3  contains minerals; right?
09:33:08 4    A.    Yes.
09:33:08 5    Q.    Okay.  So have you ever --
09:33:09 6        MS. O'DELL:  Object to the form.
09:33:10 7    Q.    (By Mr. Chachkes)  -- personally done a
09:33:12 8  microscopy analysis of something that just contains
09:33:15 9  minerals, doesn't contain anything else like plastics
09:33:18 10 or other things?
09:33:19 11   A.    Well, I think if you look at it from the
09:33:23 12 viewpoint of if you have a plastic or whatever it may
09:33:29 13 be and a mineral inclusion in there, you're looking
09:33:31 14 at the mineral, you know, aside from the other
09:33:33 15 polymeric material that's there.  So the answer to
09:33:36 16 that is yes.  And as far as a solid solution series
09:33:39 17 mineral, yes.
09:33:40 18   Q.    Okay.  I want to be clear what you're
09:33:42 19 answering because you've talked about plastics, and
09:33:44 20 my question was saying expressly exclude those.  So
09:33:47 21 let me ask it again just to make sure I have a clear
09:33:50 22 answer.
09:33:50 23   A.    All right.
09:33:50 24   Q.    Have you ever personally done a microscopy
09:33:53 25 analysis of minerals and only minerals, where it's

**25**

| | |
|---|---|
| 09:33:57 | 1   just minerals you're looking at? |
| 09:33:58 | 2       A.    The answer to that is yes. |
| 09:34:00 | 3       Q.    Okay.  Can you give me an example? |
| 09:34:02 | 4       A.    Again, I will go back to studies that |
| 09:34:06 | 5   we've done on client samples over the years, most of |
| 09:34:10 | 6   them being particulate types of samples.  In the |
| 09:34:13 | 7   early days when I came to MAS, we were looking at a |
| 09:34:16 | 8   lot of asbestos-bearing materials.  So part of my |
| 09:34:21 | 9   training at the company was looking at those |
| 09:34:24 | 10  materials by SEM or TEM. |
| 09:34:26 | 11      Q.    Okay.  So those asbestos-bearing materials |
| 09:34:28 | 12  were only minerals, the -- you say asbestos-bearing, |
| 09:34:32 | 13  but the thing that was bearing them was minerals? |
| 09:34:34 | 14      A.    Yeah.  I mean, if you're looking at |
| 09:34:36 | 15  something like vermiculite, you know, pure -- yeah. |
| 09:34:39 | 16      Q.    Got it.  Did you take any crystallography |
| 09:34:43 | 17  courses during your education? |
| 09:34:44 | 18      A.    Once again, that's part of the TEM |
| 09:34:47 | 19  training that I got. |
| 09:34:48 | 20      Q.    Okay.  Was the TEM training you got, that |
| 09:34:50 | 21  was, I'm sorry, in college? |
| 09:34:52 | 22      A.    Yeah, in graduate school. |
| 09:34:53 | 23      Q.    Graduate school.  Was that a particular |
| 09:34:55 | 24  course, or was that just part of your thesis work? |
| 09:34:58 | 25      A.    No, that's a course.  They had courses in |

**26**

| | |
|---|---|
| 09:35:01 | 1   scanning electron microscopy and transmission |
| 09:35:04 | 2   electron microscopy, and those were all part of the |
| 09:35:06 | 3   course that you took.  You had to learn about |
| 09:35:11 | 4   electron optics; you had to learn about how electrons |
| 09:35:14 | 5   interact with materials.  So that would all be part |
| 09:35:18 | 6   of my training. |
| 09:35:19 | 7       Q.    Okay.  You're not a geologist? |
| 09:35:21 | 8       A.    That's correct. |
| 09:35:22 | 9       Q.    You're not a mineralogist? |
| 09:35:24 | 10      A.    No. |
| 09:35:24 | 11      Q.    Okay.  You're not a crystallographer? |
| 09:35:28 | 12      A.    Well, I know crystallography.  But as far |
| 09:35:31 | 13  as being a, quote, crystallographer, if there is such |
| 09:35:35 | 14  a person that just specializes in that, the answer is |
| 09:35:37 | 15  no. |
| 09:35:37 | 16      Q.    You're not a certified industrial |
| 09:35:39 | 17  hygienist? |
| 09:35:39 | 18      A.    Correct. |
| 09:35:39 | 19      Q.    You have done exposure assessments; |
| | 20  correct? |
| 09:35:42 | 21      A.    Yes. |
| 09:35:42 | 22      Q.    Okay.  Have you done exposure studies? |
| 09:35:46 | 23      A.    The answer to that is I have been involved |
| 09:35:49 | 24  in exposure studies, yes. |
| 09:35:51 | 25      Q.    Okay.  You're not a pathologist? |

**27**

| | |
|---|---|
| 09:35:56 | 1       A.    No, I'm not a medical doctor. |
| 09:35:57 | 2       Q.    Okay.  You don't have any medical |
| 09:35:59 | 3   training? |
| 09:36:00 | 4       A.    Well, the medical training I have is |
| 09:36:03 | 5   related to my training as a -- in undergraduate as a |
| 09:36:09 | 6   biologist.  The curriculum that I took at Villanova |
| 09:36:15 | 7   was for premed, and that included courses that |
| 09:36:18 | 8   doctors would take prior to medical school, things |
| 09:36:21 | 9   like histotechnique, which is the study of how you |
| 09:36:26 | 10  prepare tissues, how to prepare and section those |
| 09:36:29 | 11  tissues.  Also, you know, you would -- I took |
| 09:36:33 | 12  comparative anatomy.  I taught anatomy at Emory |
| 09:36:38 | 13  University for a semester down here in Atlanta. |
| 09:36:42 | 14      So I have training in a number of areas |
| 09:36:45 | 15  that doctors would have, all the way from neurology |
| 09:36:49 | 16  to pathology, that type of thing. |
| 09:36:50 | 17      Q.    You're not a statistician? |
| 09:36:52 | 18      A.    No.  But we use statistics in our work. |
| 09:36:55 | 19      Q.    Okay.  You're not a geostatistician? |
| 09:36:58 | 20      A.    No. |
| 09:36:58 | 21      Q.    Have you ever created a method for |
| 09:37:10 | 22  microscopy investigation that has been published in a |
| 09:37:15 | 23  peer-reviewed publication? |
| 09:37:15 | 24      A.    Yes. |
| 09:37:16 | 25      Q.    Can you give me an example? |

**28**

| | |
|---|---|
| 09:37:18 | 1       A.    I would say we did a study a number of |
| 09:37:24 | 2   years ago on the famous Kent Micronite filter.  It |
| 09:37:31 | 3   was a blue filter that was with -- made by Lorillard |
| 09:37:37 | 4   and they put that on cigarettes to essentially be a |
| 09:37:40 | 5   filtration device.  So that was one that I did. |
| 09:37:44 | 6       Q.    Okay. |
| 09:37:45 | 7       A.    And that was published. |
| 09:37:46 | 8       Q.    Okay.  And that was a methodology for |
| 09:37:48 | 9   investigating the subject matter? |
| 09:37:50 | 10      A.    Yes. |
| 09:37:50 | 11      Q.    Okay.  What about methodologies for |
| 09:37:57 | 12  looking for asbestos in talc? |
| 09:38:03 | 13      A.    As far as methodologies for looking for |
| 09:38:05 | 14  asbestos in talc, the answer to that is yes. |
| 09:38:07 | 15      Q.    Okay.  So you've published in the |
| 09:38:08 | 16  peer-reviewed -- |
| 09:38:09 | 17      A.    Oh, I'm sorry, published.  No.  Not yet. |
| 09:38:11 | 18      Q.    Okay.  Are you working on something? |
| 09:38:13 | 19      A.    Well, I can't confirm or deny that right |
| 09:38:16 | 20  now. |
| 09:38:16 | 21      Q.    Well, it's a deposition.  You have to. |
| 09:38:18 | 22      A.    Well, I can -- |
| 09:38:19 | 23      Q.    Are you working on something right now? |
| 09:38:21 | 24      A.    Our experience with publications is that |
| | 25  we don't talk about those things because in the past |

---

**29**

09:38:30 1  we were working on a publication and somehow, some
09:38:35 2  way, some attorney groups got hold of it, and they
09:38:39 3  influenced the editor on that document.  So we don't
09:38:43 4  talk about those things anymore.
09:38:45 5      Q.   Okay.  So pending question is:  Are you
09:38:48 6  working on a publication about finding talc in
09:38:52 7  asbestos, and you are refusing to answer?
09:38:54 8          MS. O'DELL:  Object to the form.
         9          THE WITNESS:  No.
09:38:55 10         MS. O'DELL:  That's not what he said.
09:38:56 11     Q.   (By Mr. Chachkes) Okay.  So are you
09:38:57 12 working on a publication about finding talc in
09:38:59 13 asbestos?
09:39:00 14     A.   No.
09:39:00 15         MS. O'DELL:  Object to the form.
09:39:01 16     Q.   (By Mr. Chachkes) I'm sorry.  Are you
09:39:02 17 working on a publication about finding asbestos in
09:39:04 18 talc?
09:39:04 19         MS. O'DELL:  Object to the form.
09:39:05 20         THE WITNESS:  I answered the question
09:39:07 21 twice.
09:39:07 22     Q.   (By Mr. Chachkes)  The answer is yes?
09:39:09 23     A.   I just answered the question twice.  I
09:39:11 24 said no.
09:39:11 25     Q.   Okay.  All right.  Are you working on any

---

**30**

09:39:18 1  publications about talc that you hope to get into the
09:39:20 2  peer-reviewed literature?
09:39:21 3          MS. O'DELL:  Object to the form.
09:39:22 4          THE WITNESS:  I've already answered that
09:39:25 5      question before, and I can neither confirm nor
09:39:31 6      deny that right now.
09:39:31 7      Q.   (By Mr. Chachkes) Okay.  I'll give you
09:39:32 8  one more chance.  If you would answer the question
09:39:35 9  are you working on any publications about talc that
09:39:37 10 you intend to put in the peer-reviewed literature,
09:39:39 11 and you're refusing to answer?
09:39:40 12     A.   No, I'm not --
09:39:41 13         MS. O'DELL:  Object to the form.
09:39:43 14         THE WITNESS:  I'm not refusing to answer.
09:39:45 15     I've already answered.
09:39:45 16     Q.   (By Mr. Chachkes) Your answer is you can
09:39:47 17 neither confirm nor deny?
         18     A.   Correct.
         19     Q.   And that's different from a refusal to
         20 answer?
09:39:49 21         MS. O'DELL:  Yes.
09:39:50 22         THE WITNESS:  No, that's an answer.
09:39:51 23         MR. CHACHKES:  Okay.  And so, Counsel,
09:39:51 24     that's your position, you're going to not allow
09:39:54 25     that question?

---

**31**

09:39:55 1          MS. O'DELL:  The question was asked, and
09:39:57 2  the witness answered it.
09:39:58 3          MR. CHACHKES:  Okay.
09:40:00 4          MR. SILVER:  Please note that Imerys will
         5      be --
         6          THE REPORTER:  I'm sorry, I can't hear
         7      you.
09:40:07 8          MR SILVER:  Imerys will be calling the
09:40:07 9      Special Master at the break to have the witness
09:40:09 10     compelled to answer the question, but we will
09:40:13 11     wait for a break now.
09:40:14 12     Q.   (By Mr. Chachkes) Okay.  Has any
09:40:15 13 governmental body asked you to test talc?
09:40:19 14     A.   Not that I know of, no.
09:40:20 15     Q.   Has any School of Public Health asked you
09:40:22 16 to test talc?
09:40:23 17     A.   School of Public Health, no.
09:40:25 18     Q.   Have you ever taught any courses to train
09:40:27 19 microscopists?
09:40:30 20     A.   The answer to that is yes, I've been part
09:40:33 21 of some seminars for training.
09:40:38 22     Q.   What seminars?
09:40:42 23     A.   A number of years ago at the American
09:40:46 24 Industrial Hygiene Conference there was a session on
09:40:48 25 electron microscopy of asbestos-bearing materials and

---

**32**

09:40:52 1  I had a session in that.
09:40:53 2      Q.   And you taught microscopy techniques to
09:40:57 3  the participants?
09:40:57 4      A.   Yes.
09:40:58 5      Q.   Have you ever attended a McCrone training
09:41:05 6  or testing class?
09:41:06 7      A.   The answer to that is yes.
09:41:07 8      Q.   Can you tell me when?
09:41:08 9      A.   The one that I -- wait a minute.  Let me
09:41:11 10 see if that was McCrone.  I think that was -- that
09:41:17 11 was a different group for training for mold spore
09:41:21 12 analysis.
09:41:22 13     Q.   Okay.  So you've tested -- you've tested a
09:41:24 14 McCrone class for mold spore analysis?
09:41:27 15     A.   No.  It was another group.
09:41:28 16     Q.   Okay.  Have you ever attended a McCrone
09:41:31 17 testing or training class?
09:41:32 18     A.   Yes.
09:41:32 19     Q.   For asbestos?
09:41:33 20     A.   No.  The one that we had, I believe at our
09:41:37 21 laboratory, we had them come in.  Again, it was for
09:41:39 22 mold analysis, mold spore analysis.
09:41:42 23     Q.   Any other McCrone testing or training
09:41:44 24 class that you have attended?
09:41:44 25     A.   Not that I can recall as I sit here.

---

33

| | |
|---|---|
| 09:41:48 1 | Q. Okay. Were you consulted by the FDA in |
| 09:41:53 2 | their recent testing of talc? |
| 09:41:54 3 | A. No. |
| 09:41:55 4 | Q. Have you been consulted by any foreign |
| 09:41:59 5 | bodies about testing of talc? |
| 09:42:01 6 | MS. O'DELL: Object to the form. |
| 09:42:02 7 | Q. (By Mr. Chachnes) Foreign countries? |
| 09:42:04 8 | A. No. |
| 09:42:05 9 | Q. Has any third-party consulted with you |
| 09:42:14 10 | about the testing of talc that isn't someone who's |
| 09:42:17 11 | paying you? |
| 09:42:18 12 | MS. O'DELL: Object to the form. |
| 09:42:21 13 | THE WITNESS: Ask the question again. |
| 09:42:22 14 | Q. (By Mr. Chachnes) Has any third-party -- |
| 09:42:23 15 | has anybody asked you at MAS to consult about testing |
| 09:42:26 16 | of talc that isn't paying you? |
| 09:42:28 17 | MS. O'DELL: Object to the form. |
| 09:42:29 18 | THE WITNESS: Not that I know of. You |
| 09:42:31 19 | would have to ask Dr. Longo about that. |
| 09:42:33 20 | Q. (By Mr. Chachnes) Is all the talc testing |
| 09:42:36 21 | that you've been involved with been done at the |
| 09:42:38 22 | request of plaintiffs' lawyers who pay you? |
| 09:42:40 23 | A. I have no idea who all of the folks are |
| 09:42:43 24 | that have asked us to test talc. You would, again, |
| 09:42:46 25 | have to ask Dr. Longo. |

34

| | |
|---|---|
| 09:42:47 1 | Q. You just don't know where the money comes |
| 09:42:49 2 | from for your work? |
| 09:42:50 3 | MS. O'DELL: Object to the form. |
| 09:42:51 4 | THE WITNESS: No. |
| 09:42:51 5 | Q. (By Mr. Chachnes) Have you ever testified |
| 09:42:54 6 | in a federal court about testing talc? A federal |
| 09:42:57 7 | court. |
| 09:42:57 8 | A. I don't think so. |
| 09:42:59 9 | Q. Has any federal court ever said your work |
| 09:43:01 10 | or your methodology has passed Daubert or standards |
| 09:43:04 11 | for scientific rigor? |
| 09:43:06 12 | A. I want to say yes to that. |
| 09:43:08 13 | Q. And why do you want to say yes to that? |
| 09:43:09 14 | A. Because I believe they have, but I would |
| 09:43:11 15 | have to check the record. |
| 09:43:12 16 | Q. What about has any federal court ever said |
| 09:43:14 17 | your methodology or your work regarding to talc |
| 09:43:19 18 | analysis has passed Daubert standards for scientific |
| 09:43:22 19 | rigor? |
| 09:43:23 20 | MS. O'DELL: Object to the form. |
| 09:43:24 21 | THE WITNESS: That I don't believe has |
| 09:43:25 22 | been done. |
| 09:43:27 23 | Q. (By Mr. Chachnes) How many publications |
| 09:43:29 24 | do you have in the peer-reviewed literature? |
| 09:43:31 25 | A. I hadn't counted them. They're on my CV. |

35

| | |
|---|---|
| 09:43:34 1 | You can count them. |
| 09:43:35 2 | Q. How many were not funded by MAS? |
| 09:43:42 3 | MS. O'DELL: Object to the form. |
| 09:43:43 4 | Q. (By Mr. Chachnes) If any? |
| 09:43:44 5 | A. Not funded by MAS? |
| 09:43:46 6 | Q. Yeah. |
| 09:43:47 7 | A. None of them were funded by MAS. |
| 09:43:49 8 | Q. Who were they funded by? |
| 09:43:51 9 | A. Again, most all of them were done as pure |
| 09:43:56 10 | research and the -- well, I guess if you're looking |
| 09:44:02 11 | at it as funded by, I don't know what you mean by |
| 09:44:04 12 | funded by MAS. But we essentially -- when you do a |
| 09:44:09 13 | research study, it's typically not funded by anybody. |
| 09:44:12 14 | So this is -- were all your peer-reviewed |
| 09:44:17 15 | publications done based on work done at MAS? |
| 09:44:21 16 | A. Yes. Well, not all of them. I mean, |
| 09:44:25 17 | there were a lot of them I did at graduate school, |
| 09:44:27 18 | yes. |
| 09:44:27 19 | Q. So other than your graduate school |
| 09:44:29 20 | peer-reviewed publications where your -- are your |
| 09:44:33 21 | peer-reviewed publications from your work at MAS? |
| 09:44:35 22 | A. All of them? At this point I'd have to go |
| 09:44:41 23 | and look. |
| 09:44:41 24 | Q. Okay. |
| 09:44:41 25 | A. I can't recall. |

36

| | |
|---|---|
| 09:44:42 1 | Q. For those peer-reviewed works that you |
| 09:44:45 2 | published based on work done at MAS, the underlying |
| 09:44:49 3 | work at MAS was funded by someone; correct? |
| 09:44:53 4 | MS. O'DELL: Object to the form. |
| 09:44:54 5 | THE WITNESS: No, not necessarily. No. |
| 09:44:56 6 | We did work that wasn't funded by others that |
| 09:45:00 7 | were published. |
| 09:45:01 8 | Q. (By Mr. Chachnes) So you've done work at |
| 09:45:03 9 | MAS that was purely academic, not really funded by |
| 09:45:07 10 | anybody or for any purpose other than academics? |
| 09:45:09 11 | MS. O'DELL: Object to the form. |
| 09:45:10 12 | THE WITNESS: To my knowledge, yes. |
| 09:45:11 13 | Q. (By Mr. Chachnes) And how many of your |
| 09:45:13 14 | publications could qualify as that? |
| 09:45:15 15 | A. Again, I don't know, I would have to go |
| 09:45:19 16 | and look. |
| 09:45:19 17 | Q. Would you agree it's important to disclose |
| 09:45:23 18 | sources of funding for publications in peer-reviewed |
| 09:45:27 19 | literature? |
| 09:45:27 20 | A. Sure. |
| 09:45:27 21 | Q. Are there any publications you have that |
| 09:45:31 22 | were funded by plaintiffs' lawyer monies? |
| 09:45:34 23 | MS. O'DELL: Object to the form. |
| 09:45:36 24 | THE WITNESS: Again, I would have to go -- |
| 09:45:37 25 | I would have to look. |

37

| | |
|---|---|
| 09:45:38 | 1    (By Mr. Chachkes)  Okay. |
| 09:45:39 | 2    A.    **Off the top of my head, I don't recall.** |
| 09:45:41 | 3    Q.    But if it were, it would be important to |
| 09:45:43 | 4  disclose that fact? |
| 09:45:44 | 5    A.    **And it would be disclosed because the** |
| 09:45:46 | 6  **publications, the editorial process requires that.** |
| 09:45:49 | 7    Q.    And there's no publications in the |
| 09:45:53 | 8  peer-reviewed literature regarding testing for |
| 09:45:57 | 9  talc -- testing talc; right? |
| 09:46:00 | 10    MS. O'DELL:  Object to the form.  Object |
| 09:46:01 | 11  to the form. |
| 09:46:02 | 12    THE WITNESS:  Your question again, I'm |
| 09:46:03 | 13  sorry? |
| 09:46:03 | 14    **(By Mr. Chachkes)  You don't have any** |
| 09:46:04 | 15  **peer-reviewed publications regarding the testing of** |
| 09:46:06 | 16  **talc; right?** |
| 09:46:07 | 17    A.    **I don't, no.** |
| 09:46:07 | 18    Q.    What about peer-reviewed publications |
| 09:46:12 | 19  regarding the testing of talc in ovarian tissue? |
| 09:46:14 | 20    MS. O'DELL:  Object to the form.  Are you |
| 09:46:15 | 21  talking about his publications or in -- |
| 09:46:18 | 22    MR. CHACHKES:  Of course, yes. |
| 09:46:20 | 23    MS. O'DELL:  It's not clear on the |
| | 24  question. |
| | 25    THE WITNESS:  Yeah. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

38

| | |
|---|---|
| 09:46:20 | 1    MS. O'DELL:  So would you ask the question |
| 09:46:21 | 2  again, please. |
| 09:46:21 | 3    Q.    (By Mr. Chachkes)  Do you have any |
| 09:46:23 | 4  publications in the peer-reviewed literature about |
| 09:46:23 | 5  testing ovarian tissue for talc? |
| 09:46:26 | 6    A.    No. |
| 09:46:27 | 7    **Q.    Do you have any publications in the** |
| 09:46:30 | 8  **peer-reviewed literature about testing ovarian tissue** |
| 09:46:35 | 9  **for asbestos?** |
| 09:46:35 | 10    A.    **No.** |
| 09:46:38 | 11    Q.    Do you have any publications -- actually, |
| 09:46:45 | 12  skip that. |
| 09:46:49 | 13    Have you been a coauthor on all of |
| 09:46:51 | 14  Dr. Longo's reports testing Johnson & Johnson talcum |
| 09:46:58 | 15  powder products? |
| 09:46:58 | 16    A.    The answer to that is I don't know.  A |
| 09:47:04 | 17  number of them, yes. |
| 09:47:05 | 18    Q.    Okay.  Are you aware of any report by |
| 09:47:08 | 19  Dr. Longo where he issued an expert report in |
| 09:47:11 | 20  litigation about testing Johnson Baby Powder and |
| 09:47:15 | 21  didn't have you as a coauthor? |
| 09:47:17 | 22    A.    I don't recall as I sit here. |
| 09:47:19 | 23    Q.    2017, what percentage of your time did you |
| 09:47:24 | 24  spend working on talc-related litigation projects? |
| 09:47:27 | 25    A.    I always get that question.  I have no |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

39

| | |
|---|---|
| 09:47:31 | 1  idea.  I don't keep track of it. |
| 09:47:32 | 2    Q.    Over 50 percent? |
| 09:47:34 | 3    A.    **Again, I don't know.** |
| 09:47:35 | 4    Q.    It could be over 50 percent, but you don't |
| 09:47:37 | 5  know? |
| 09:47:38 | 6    MS. O'DELL:  Object to the form. |
| 09:47:39 | 7    THE WITNESS:  I do not know.  It could be |
| 09:47:40 | 8  as little as 10 percent.  It could be 5 percent. |
| 09:47:43 | 9  I don't know. |
| 09:47:44 | 10    (By Mr. Chachkes)  Could it be 50 percent? |
| 09:47:46 | 11    A.    **No, I don't think so.** |
| 09:47:47 | 12    Q.    2018, what percentage of your time did you |
| 09:47:50 | 13  spend working on talc-related litigation projects? |
| 09:47:53 | 14    A.    **Same answer.** |
| 09:47:54 | 15    Q.    What's the majority of your time spent on |
| 09:47:58 | 16  at MAS? |
| 09:47:58 | 17    A.    **At the laboratory?** |
| 09:47:59 | 18    Q.    Just at MAS generally. |
| 09:48:01 | 19    A.    **Oh, a variety of different things on a** |
| 09:48:03 | 20  **daily basis.** |
| 09:48:04 | 21    Q.    If you had to pick one thing that you |
| 09:48:07 | 22  spend most of your time on, what's that? |
| 09:48:09 | 23    A.    **Most of my time -- I would say most of my** |
| 09:48:18 | 24  **time is spent on technological issues surrounding** |
| 09:48:25 | 25  **analyses that we do.** |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

40

| | |
|---|---|
| 09:48:24 | 1    Q.    Of what? |
| 09:48:25 | 2    A.    **Of all kinds of materials.** |
| 09:48:27 | 3    Q.    What material do you spend most of your |
| 09:48:30 | 4  time on? |
| 09:48:31 | 5    MS. O'DELL:  Object to the form. |
| 09:48:32 | 6    THE WITNESS:  What material did I spend |
| 09:48:33 | 7  most of my time on? |
| 09:48:34 | 8    (By Mr. Chachkes)  Correct. |
| 09:48:35 | 9    A.    **That would vary by the week.** |
| 09:48:36 | 10    Q.    Okay. |
| 09:48:37 | 11    A.    **Yeah.** |
| 09:48:37 | 12    Q.    There are weeks where it's asbestos; |
| 09:48:37 | 13  right? |
| 09:48:40 | 14    A.    **There can be some that are, yes.** |
| 09:48:42 | 15    Q.    Okay.  What's another material that you |
| 09:48:44 | 16  might have spent a majority of your time on that's |
| 09:48:48 | 17  not asbestos? |
| 09:48:49 | 18    MS. O'DELL:  Object to the form. |
| 09:48:50 | 19    THE WITNESS:  Tissue. |
| 09:48:50 | 20    Q.    (By Mr. Chachkes)  Tissue for looking at |
| 09:48:51 | 21  whether it contains asbestos? |
| 09:48:52 | 22    A.    **In some cases, yes.** |
| 09:48:53 | 23    Q.    Okay.  What are -- I mean, is there a |
| 09:48:57 | 24  solid chunk of time, like really a significant chunk |
| 09:49:01 | 25  of your time, let's say, over 5 percent of a year |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**41**

```
09:49:04  1   where you're spending doing some scientific work that
09:49:06  2   has nothing to do with talc or asbestos?
09:49:09  3       A.    Yes.
09:49:09  4       Q.    Okay.  What would that be?
09:49:11  5       A.    Well, once again, technological issues
09:49:17  6   surrounding things at our laboratory.  For instance,
09:49:17  7   as a chief science officer I get all kinds of
09:49:22  8   questions about what we're looking at as far as
09:49:27  9   instrumentation in our laboratory in order to do
09:49:30 10   certain kinds of analyses.
09:49:34 11           We have clients -- potential clients that
09:49:38 12   call in and they want to do an analysis on maybe a
09:49:42 13   drug of some kind, something like that.
09:49:44 14           So it would be up to me working with
09:49:47 15   another scientists there at the laboratory to
09:49:50 16   understand what resources we need to be able to do
09:49:52 17   that kind of test, whether we will do that kind of
09:49:55 18   test.
09:49:55 19       Q.    Do you bill for your time working for
09:50:01 20   plaintiffs in talc cases?
09:50:03 21       A.    Yes.
09:50:03 22       Q.    Do you write down the hours?
09:50:05 23       A.    I do keep some of the hours, yes.
09:50:08 24       Q.    Okay.  You say some?  There's some times
09:50:12 25   you work for plaintiffs' lawyers and you don't charge
```

**42**

```
09:50:14  1   them?
09:50:15  2           MS. O'DELL:  Object to the form.
09:50:16  3           THE WITNESS:  Uh-huh.  Yes.
09:50:17  4       Q.    (By Mr. Chachkes)  Why?
09:50:18  5       A.    Because it just happens.
09:50:19  6       Q.    But for the most part you bill for your
09:50:21  7   time?
09:50:21  8       A.    Yes.
09:50:21  9       Q.    And --
09:50:23 10       A.    I don't bill for it.  MAS bills for it.
09:50:25 11   Yes.
09:50:26 12       Q.    Can you estimate how much time you spent
09:50:29 13   working on the MDL projects?
09:50:30 14       A.    No.  I think we already talked about that
09:50:34 15   earlier.
09:50:35 16       Q.    Okay.
09:50:35 17       A.    Yep.
09:50:36 18       Q.    Do you have any estimate as to what
09:50:44 19   percentage of your time recently has been for
09:50:46 20   litigation-related projects as opposed to
09:50:49 21   nonlitigation-related projects?
09:50:51 22       A.    No.
09:50:51 23       Q.    Could it be 50 percent?
09:50:53 24           MS. O'DELL:  Objection.
09:50:54 25           THE WITNESS:  I have no idea.
```

**43**

```
09:49:55  1       Q.    (By Mr. Chachkes)  Okay.  You testified in
09:50:55  2   your first talc case in the Ingham matter in Missouri
09:51:03  3   last year?
09:51:04  4       A.    Yes.
09:51:05  5       Q.    You testified regarding your tissue
09:51:07  6   analysis?
09:51:07  7       A.    Yes.
09:51:08  8       Q.    And you testified at trial about
09:51:09  9   extrapolating asbestos content from TEM testing;
         10   correct?
09:51:14 11       A.    Yes.
09:51:14 12       Q.    Do you know how much money MAS has made in
09:51:19 13   asbestos litigation over the years?
09:51:20 14       A.    I have no idea.
09:51:21 15       Q.    Do you know how much money MAS has made
09:51:24 16   over -- for talc litigation over the years?
09:51:26 17       A.    No.
09:51:26 18       Q.    You have no involvement in that aspect
09:51:29 19   of --
09:51:29 20       A.    I wouldn't know.
09:51:33 21       Q.    To your knowledge, did MAS ever test
09:51:37 22   cosmetic talcum powder for asbestos before being
09:51:40 23   engaged by plaintiffs' lawyers for that kind of work?
09:51:43 24           MS. O'DELL:  Object to the form.
09:51:44 25           THE WITNESS:  The answer to that question
```

**44**

```
09:51:45  1   is probably.
09:51:47  2       Q.    (By Mr. Chachkes)  Why do you say
09:51:48  3   probably?
09:51:48  4       A.    Because of the work that has been done
09:51:54  5   over the years.  We did quite a bit of testing in the
09:51:58  6   past, I believe, on talc that was used in industrial
09:52:09  7   applications; but also the suppliers use the same
09:52:13  8   kind of talc in, for instance, cosmetics and drug
09:52:19  9   applications.
09:52:19 10       Q.    So it's your testimony that talc
09:52:22 11   manufacturers use the same exact talc for industrial
09:52:26 12   purposes and cosmetic purposes?
09:52:27 13       A.    No, that's not my testimony.
09:52:29 14           MS. O'DELL:  Object to form.
09:52:30 15       Q.    (By Mr. Chachkes)  Did MAS ever -- I'm
09:52:30 16   going to focus on the word cosmetic here.
09:52:32 17       A.    Okay.
09:52:33 18       Q.    Did MAS ever test cosmetic talcum powder
09:52:37 19   for asbestos prior to being engaged to do that work
09:52:38 20   for plaintiffs' lawyers?
09:52:39 21           MS. O'DELL:  Object to the form.
09:52:40 22           THE WITNESS:  The answer to that again, as
09:52:43 23   I said before, is probably.
09:52:45 24       Q.    (By Mr. Chachkes)  Okay.  So was it J&J
09:52:49 25   cosmetic talcum powder?  Colgate cosmetic talcum
```

45

09:52:53  1    powder?  What cosmetic talcum powder do you think
09:52:58  2    that was?
09:52:58  3         A.    I don't know.  I do know, again, that a
09:53:00  4    number of different types of talcum powders were
09:53:03  5    tested at MAS prior to this litigation.
09:53:04  6         Q.    Well, you cited some industrial talcum
09:53:14  7    powder --
09:53:14  8         A.    Yes.  Well, I just used a --
          9         THE REPORTER:  Wait.  One at a time.
09:53:14  10        THE WITNESS:  Sorry.  Ask the question
09:53:16  11   again.
09:53:16  12        Q.    (By Mr. Chachkes)  Okay.  You have no
09:53:18  13   specific memory of testing any cosmetic talcum powder
09:53:22  14   prior to being engaged by plaintiff lawyers to do
09:53:27  15   this?
09:53:27  16        MS. O'DELL:  Object to the form.
09:53:28  17        THE WITNESS:  Again, now you've asked the
09:53:32  18   question differently than before.  The answer
09:53:36  19   again is, as I said, MAS has been involved in
09:53:40  20   testing talcum powders in the past prior to this
09:53:44  21   litigation, and some of them most probably were
09:53:49  22   cosmetic types, too.
09:53:50  23        Q.    (By Mr. Chachkes)  When you say most
09:53:52  24   probably, did you have a personal involvement in
09:53:53  25   those testings?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

46

09:53:54  1         A.    Being at the laboratory and seeing samples
09:54:01  2    that have come in and had come in over that period of
09:54:05  3    time, again, the answer to that is probably.
09:54:09  4         Q.    Okay.  So but what about personally
09:54:11  5    involved in the experimentation on talc prior to
09:54:14  6    being engaged by plaintiff lawyers, were you
09:54:17  7    personally involved in any such investigations?
09:54:20  8         A.    The answer to that is probably also.
09:54:22  9         Q.    Okay.  So you've run TEM on talcum powder
09:54:26  10   at MAS prior to being engaged by --
09:54:29  11        A.    Well, when you say --
09:54:31  12        MS. O'DELL:  Object to the form.
          13        THE WITNESS:  -- personally involved,
09:54:33  14   again, part of the work that I have done in the
09:54:36  15   past as a laboratory manager would be to be at
09:54:39  16   the location where the analyst is analyzing that
09:54:41  17   talc or that product and looking over their
09:54:45  18   shoulder and seeing what they're doing.  So that
09:54:48  19   would be the personal involvement right there.
09:54:50  20        Q.    (By Mr. Chachkes)  Okay.  Can you name any
09:54:58  21   cosmetic talcum powder that MAS looked at prior to
09:55:00  22   being engaged at -- engaged by plaintiff lawyers to
09:55:03  23   do that, to look at cosmetic talcum powder?
09:55:06  24        A.    I can't recall that as I sit here.
09:55:08  25        Q.    Okay.  Do you believe MAS is the best lab

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

47

09:55:12  1    in the world to analyze talc for asbestos?
09:55:15  2         MS. O'DELL:  Object to the form.
09:55:16  3         THE WITNESS:  I like the way you put that.
09:55:19  4    Do like that.
09:55:22  5         I would say that, yes, we're one of the
09:55:26  6    best in the world, yes.
09:55:26  7         Q.    (By Mr. Chachkes)  Can you name some
09:55:28  8    others that are in your league?
09:55:30  9         MS. O'DELL:  Object to the form.
09:55:31  10        THE WITNESS:  Well, that again calls for a
09:55:35  11   judgment on these other laboratories.  So, you
09:55:42  12   know, I respect the other laboratories that are
09:55:44  13   doing this work.  But as far as best in the
09:55:48  14   world, I would put MAS right there.
09:55:50  15        Q.    (By Mr. Chachkes)  Okay.  The question was
09:55:51  16   what other laboratories are up there?
09:55:53  17        A.    I think Jim Millette's lab was -- is
09:56:00  18   definitely up there.
09:56:02  19        Q.    What about McCrone?
09:56:03  20        A.    Yes.
09:56:04  21        Q.    Are there academic laboratories that can
09:56:09  22   analyze for asbestos in talc at the level you do?
09:56:13  23        A.    Academic laboratories?
09:56:14  24        Q.    Yes.
09:56:15  25        A.    With the quality control we have?  I can't

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

48

09:56:20  1    think of any.
09:56:21  2         Q.    Okay.  You do better analysis of
09:56:23  3    asbestos -- of talc for asbestos than academic
09:56:26  4    laboratories that focus on mineralogy exclusively?
09:56:29  5         MS. O'DELL:  Object to the form.
09:56:30  6         THE WITNESS:  When it comes to quality
09:56:32  7    control, yes.
09:56:32  8         Q.    (By Mr. Chachkes)  What about in terms of
09:56:35  9    accurate results?
09:56:36  10        A.    Same.  Same answer.
09:56:37  11        Q.    Are MAS's analyses of talc for asbestos
09:56:44  12   reproducible by other labs?
09:56:48  13        MS. O'DELL:  Object to the form.
09:56:49  14        THE WITNESS:  Again, I don't know how to
09:56:50  15   answer that.  But they should be if they use the
09:56:54  16   same technologies and techniques.
09:56:57  17        Q.    (By Mr. Chachkes)  Even though their
09:56:58  18   quality controls aren't up to your standards?
09:57:01  19        MS. O'DELL:  Object to the form.
09:57:02  20        THE WITNESS:  Oh, well, in that case the
09:57:03  21   answer is I couldn't tell you.
09:57:04  22        Q.    (By Mr. Chachkes)  Okay.  So there's no
09:57:05  23   lab you can cite right now -- academic, professional,
09:57:09  24   industrial, or otherwise -- that can reproduce your
09:57:13  25   results with the same accuracy?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**49**

| | |
|---|---|
| 09:57:14 | 1 MS. O'DELL: Object to the form. That's |
| 09:57:15 | 2 not his question. |
| 09:57:17 | 3 Q. (By Mr. Chachkes) It's a question. |
| 09:57:18 | 4 A. **Ask it a different way.** |
| 09:57:20 | 5 Q. No. |
| 09:57:21 | 6 Can you reread the question, please. |
| 09:57:31 | 7 (The record was read by the reporter.) |
| 09:57:32 | 8 MS. O'DELL: Object to the form. |
| 09:57:33 | 9 THE WITNESS: Well, if they -- again, if |
| 09:57:34 | 10 they use the same techniques, they should be |
| 09:57:38 | 11 able to, sure. |
| 09:57:39 | 12 Q. (By Mr. Chachkes) Okay. So anyone |
| 09:57:46 | 13 following the ISO 22262 protocol should be able to |
| 09:57:50 | 14 reproduce your results? |
| 09:57:51 | 15 MS. O'DELL: Object to the form. |
| 09:57:53 | 16 THE WITNESS: If they're following the |
| 09:57:54 | 17 protocol, it's most likely that they could, yes. |
| 09:57:56 | 18 Q. (By Mr. Chachkes) Okay. Has MAS received |
| 09:58:01 | 19 any accolades from any academic institutions for its |
| 09:58:07 | 20 testing of talc? |
| 09:58:07 | 21 A. **Academic institutions?** |
| 09:58:09 | 22 Q. Yes. |
| 09:58:09 | 23 A. **I have no idea.** |
| 09:58:11 | 24 Q. Has any renowned -- nationally or |
| 09:58:15 | 25 internationally renowned TEM scientist identified MAS |

Atlanta Reporters, Inc.866-344-0459 www.atlanta-reporters.com

**50**

| | |
|---|---|
| 09:58:19 | 1 as one of the best labs in the world for testing |
| 09:58:22 | 2 talc? |
| 09:58:23 | 3 MS. O'DELL: Object to the form. |
| 09:58:24 | 4 THE WITNESS: Well, I think if you want to |
| 09:58:25 | 5 talk about good laboratories in that kind of |
| 09:58:27 | 6 testing, you would definitely look to NIST NVLAP |
| 09:58:33 | 7 as the national standard for TEM laboratories |
| 09:58:36 | 8 and testing. So, you know, they would -- you |
| 09:58:44 | 9 know, based on their assessments, their audits |
| 09:58:47 | 10 of our laboratory, then I would say yes. |
| 09:58:49 | 11 Q. (By Mr. Chachkes) Okay. So NIST and |
| 09:58:51 | 12 NVLAP have told MAS that you're one of the best labs |
| 09:58:55 | 13 in the world for testing talc? |
| 09:58:57 | 14 MS. O'DELL: Object to the form. |
| 09:58:58 | 15 THE WITNESS: No, they don't say things |
| 09:58:59 | 16 like that. |
| 09:58:59 | 17 Q. (By Mr. Chachkes) Okay. They just |
| 09:59:00 | 18 accredit you? |
| 09:59:00 | 19 A. **Yeah, of course. Yeah.** |
| 09:59:02 | 20 Q. They didn't give you some super |
| 09:59:04 | 21 accreditation that only you get or you're above and |
| 09:59:07 | 22 beyond other laboratories; correct? |
| 09:59:08 | 23 A. **No --** |
| 09:59:08 | 24 MS. O'DELL: Object to the form. |
| 09:59:10 | 25 THE WITNESS: -- there's no such thing. |

Atlanta Reporters, Inc.866-344-0459 www.atlanta-reporters.com

**51**

| | |
|---|---|
| 09:59:11 | 1 Q. (By Mr. Chachkes) All right. So let me |
| 09:59:11 | 2 ask the same question again. |
| 09:59:11 | 3 Are there any nationally or |
| 09:59:13 | 4 internationally renowned TEM scientists that have |
| 09:59:14 | 5 identified MAS as one of the best labs in the world |
| 09:59:17 | 6 for testing talc? |
| 09:59:18 | 7 MS. O'DELL: Object to the form. |
| 09:59:19 | 8 THE WITNESS: Well, let me answer it. |
| 09:59:20 | 9 There haven't been any that haven't said we're |
| 09:59:23 | 10 not the best either, okay? |
| 09:59:25 | 11 Q. (By Mr. Chachkes) Have any nationally or |
| 09:59:28 | 12 internationally renowned PLM scientists identified |
| 09:59:31 | 13 MAS as one of the best labs -- strike that. |
| 09:59:35 | 14 Have you ever presented at any conferences |
| 09:59:37 | 15 about testing talc with TEM? |
| 09:59:40 | 16 A. **No.** |
| 09:59:40 | 17 Q. Have you ever presented any conferences |
| 09:59:43 | 18 about testing talc with PLM? |
| 09:59:44 | 19 A. **No.** |
| 09:59:44 | 20 Q. Have you ever presented -- have you ever |
| 09:59:50 | 21 been invited to any conferences on the subject matter |
| 09:59:53 | 22 of testing talc? |
| 09:59:55 | 23 A. **I can't recall any invitations.** |
| 09:59:57 | 24 Q. When did you personally first learn about |
| 10:00:01 | 25 the ISO 22262-2 TEM method? |

Atlanta Reporters, Inc.866-344-0459 www.atlanta-reporters.com

**52**

| | |
|---|---|
| 10:00:05 | 1 A. **Oh, I don't know, a couple of years ago.** |
| 10:00:08 | 2 Q. From whom did you learn it? |
| 10:00:09 | 3 A. **I can't recall.** |
| 10:00:14 | 4 Q. When was the first time that anyone at MAS |
| 10:00:21 | 5 tested a talc sample using the ISO 22262 method? |
| 10:00:25 | 6 A. **It probably was a couple of years ago, I** |
| 10:00:27 | 7 **would think.** |
| 10:00:29 | 8 Q. Sometime in 2017? |
| 10:00:30 | 9 MS. O'DELL: Object to form. |
| 10:00:31 | 10 THE WITNESS: Again, I don't know an exact |
| 10:00:32 | 11 date for that. |
| 10:00:33 | 12 Q. (By Mr. Chachkes) Could it have been in |
| 10:00:34 | 13 2016? |
| 10:00:34 | 14 A. **I don't know. We have been using it for** |
| 10:00:36 | 15 **quite a while. So as far as the exact date, I don't** |
| 10:00:40 | 16 **know.** |
| 10:00:40 | 17 Q. Could it have be in 2015? |
| 10:00:42 | 18 MS. O'DELL: Object to the form. |
| 10:00:43 | 19 THE WITNESS: I don't know. |
| 10:00:44 | 20 Q. (By Mr. Chachkes) You're the lab manager; |
| 10:00:46 | 21 right? You were -- |
| 10:00:46 | 22 A. **I was for a time, yes.** |
| 10:00:47 | 23 Q. Okay. Would you be aware of any ISO 22262 |
| 10:00:52 | 24 test of talc in your laboratory? |
| 10:00:56 | 25 A. **Yes.** |

Atlanta Reporters, Inc.866-344-0459 www.atlanta-reporters.com

53

| | |
|---|---|
| 10:00:56 | 1   Q.   Could the first test have been in 2018? |
| 10:01:00 | 2   A.   Again, I don't know.  It's been at least, |
| 10:01:03 | 3 I don't know, two or three years at least. |
| 10:01:06 | 4   Q.   Okay.  Did your analyst use ISO 22262 on |
| 10:01:13 | 5 any talc samples prior to the testing reported on in |
| 10:01:16 | 6 this report? |
| 10:01:17 | 7     MS. O'DELL:  Object to the form. |
| 10:01:18 | 8     THE WITNESS:  I don't know. |
| 10:01:19 | 9   Q.   (By Mr. Chachkes)  Your report includes |
| 10:01:27 | 10 EDXA spectra for several particles; correct? |
| 10:01:29 | 11   A.   The reports do, yes. |
| 10:01:30 | 12   Q.   Yeah.  What is EDXA? |
| 10:01:35 | 13   A.   Energy dispersive spectroscopy -- x-ray |
| 10:01:38 | 14 energy dispersive spectroscopy. |
| 10:01:38 | 15   Q.   Can you identify a particle of asbestos |
| 10:01:39 | 16 using EDXA alone? |
| 10:01:42 | 17   A.   You mean a fiber, that type of thing, a |
| 10:01:45 | 18 bundle, fiber bundle?  You're just saying particle, |
| | 19 so -- |
| | 20   Q.   Okay. |
| 10:01:50 | 21   A.   Yeah, I'm just trying to be specific. |
| 10:01:52 | 22   Q.   So was the answer different to my question |
| 10:01:54 | 23 whether I used the word particle or a fiber or |
| | 24 bundle? |
| 10:01:57 | 25   A.   No. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

54

| | |
|---|---|
| 10:02:00 | 1   Q.   Okay.  So let me ask again. |
| | 2   A.   Okay. |
| 10:02:02 | 3   Q.   Can you identify a particle of asbestos by |
| 10:02:04 | 4 EDXA alone? |
| 10:02:06 | 5   A.   Yes.  Well, no, not by just EDXA, no. |
| 10:02:10 | 6   Q.   Okay.  Why not? |
| 10:02:11 | 7   A.   Well, they have the chemistry, and they |
| 10:02:14 | 8 would be similar to the chemistry of another type of |
| 10:02:17 | 9 fiber too. |
| 10:02:18 | 10   Q.   Can you distinguish anthophyllite from |
| 10:02:21 | 11 talc using EDXA alone? |
| 10:02:24 | 12   A.   No.  You need other methodologies, and |
| 10:02:29 | 13 that's what we use.  We use a suite of methodologies. |
| 10:02:32 | 14   Q.   Can you distinguish anthophyllite from |
| 10:02:39 | 15 cummingtonite with EDXA alone? |
| 10:02:41 | 16   A.   The answer to that is no. |
| 10:02:43 | 17   Q.   So for the EDXA process, walk me through |
| 10:02:50 | 18 the steps.  What do you do? |
| 10:02:52 | 19   A.   Where do you want to start on that? |
| 10:02:55 | 20   Q.   Well, you've got a particle? |
| 10:02:56 | 21   A.   Okay. |
| 10:02:57 | 22   Q.   You've decided I want to do EDXA on that? |
| 10:03:01 | 23   A.   Right. |
| 10:03:01 | 24   Q.   What do you do next? |
| 10:03:02 | 25   A.   Well, essentially what the analyst does is |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

55

| | |
|---|---|
| 10:03:04 | 1 they will set the microscope up for the EDX process, |
| 10:03:10 | 2 and that involves setting some lenses and condensers |
| 10:03:14 | 3 in there so that you can focus the beam on the |
| 10:03:17 | 4 particle. |
| 10:03:17 | 5     Then the beam is focused.  The |
| 10:03:21 | 6 spectrometer is put into place in the microscope. |
| 10:03:24 | 7 Then you, of course, begin the process of collecting |
| 10:03:29 | 8 x-rays from the specimen. |
| 10:03:31 | 9   Q.   And then you get an EDXA spectrum? |
| 10:03:34 | 10   A.   Yes. |
| 10:03:36 | 11   Q.   Let's look at an example spectrum so you |
| 10:03:39 | 12 could tell me about it.  There's probably one that's |
| 10:03:42 | 13 already been marked. |
| 10:03:52 | 14     I'm going to present to you with what was |
| 10:03:54 | 15 marked yesterday as Longo Number 12.  Do you see |
| 10:03:57 | 16 that? |
| 10:03:57 | 17   A.   Yes. |
| 10:03:58 | 18   Q.   And that's an EDXA spectra from your |
| 10:04:03 | 19 expert report; correct? |
| 10:04:05 | 20     MS. O'DELL:  Object to the form. |
| 10:04:07 | 21     THE WITNESS:  If it's from our report, |
| 10:04:09 | 22 yes. |
| 10:04:09 | 23   Q.   (By Mr. Chachkes)  Okay.  It is from your |
| 10:04:11 | 24 report.  So is that what an EDXA spectra looks like? |
| 10:04:15 | 25   A.   Yes. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

56

| | |
|---|---|
| 10:04:21 | 1   Q.   And you'll notice on the bottom left-hand |
| 10:04:26 | 2 corner it says elements and it has got some elements |
| 10:04:28 | 3 and it says total? |
| 10:04:29 | 4   A.   Yes. |
| 10:04:29 | 5   Q.   Your software can generate information |
| 10:04:31 | 6 that fills in that; correct? |
| 10:04:32 | 7   A.   Yes. |
| 10:04:33 | 8   Q.   Why don't you turn that -- why don't you |
| 10:04:35 | 9 use it, that software? |
| 10:04:36 | 10   A.   We do. |
| 10:04:38 | 11   Q.   Okay.  Why in these experiments did you |
| 10:04:42 | 12 not put in the information that can be generated on |
| 10:04:45 | 13 the bottom left-hand side of Exhibit 12? |
| 10:04:48 | 14     MS. O'DELL:  Object to the form. |
| 10:04:49 | 15     THE WITNESS:  Well, there could be any |
| 10:04:50 | 16 number of reasons for that.  Typically, when |
| 10:04:54 | 17 we're looking at these types of particles, they |
| 10:04:58 | 18 have characteristic spectra for the -- if it's a |
| 10:05:02 | 19 particular asbestos type. |
| 10:05:02 | 20     For instance, this is tremolite.  You can |
| 10:05:07 | 21 turn the -- the data's there, so you can turn |
| 10:05:12 | 22 that data on to show you what the oxides are for |
| 10:05:15 | 23 the oxides. |
| 10:05:18 | 24   Q.   (By Mr. Chachkes)  Is it a coincidence |
| 10:05:19 | 25 that the data was not turned on for any of these, or |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

57

10:05:22 1  were the analysts actually instructed not to turn it
10:05:25 2  on?
10:05:25 3      A.    No, it's not a coincidence.
10:05:27 4      Q.    Okay.  They were instructed to not
10:05:28 5  generate that data?
10:05:29 6      A.    No.  No, no, no.  No.
10:05:31 7      Q.    Now, is it standard operating practice not
10:05:36 8  to generate that data?
10:05:37 9      A.    Is it standard operating practice --
10:05:39 10     -- at MAS not to generate that data?
10:05:41 11     A.    They don't have to generate it.  It's not
10:05:43 12 required.
10:05:43 13     Q.    Okay.
10:05:43 14     A.    It's not required by the method.
10:05:45 15     Q.    Is that data in the software, you just
10:05:51 16 choose not to print it out?
10:05:53 17     MS. O'DELL:  Object to the form.
10:05:54 18     THE WITNESS:  I would have to check on
10:05:55 19 that to see.  So that's my answer to that right
10:05:59 20 now.
10:05:59 21     Q.    (By Mr. Chachkes)  Okay.
10:06:00 22     A.    Yeah.
10:06:00 23     Q.    And is that data -- you wouldn't
10:06:04 24 deliberately delete that data; right?
10:06:06 25     A.    No, never.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

58

10:06:07 1      Q.    Is that data still at MAS, that if I asked
10:06:10 2  you to redo these with the data printed out, could
10:06:12 3  you do it?
10:06:13 4      A.    I don't know.  We would have to ask Bill
10:06:16 5  to see if it, in fact, is.  It depends on the
10:06:21 6  software.
10:06:23 7      Q.    Okay.
10:06:23 8      A.    Yeah.
10:06:24 9      MR. CHACHKES:  We would request that data
10:06:25 10 be produced.  So if -- we'll make a formal
10:06:30 11 request for that.
10:06:30 12     MS. O'DELL:  I think the data that's
10:06:32 13 available has been produced, it's provided in
10:06:34 14 the report, and so there's no further data.
10:06:36 15     Q.    (By Mr. Chachkes)  We'll --
10:06:37 16     A.    Well, this is adequate to tell if this is
10:06:39 17 a characteristic spectrum of tremolite, but you can't
10:06:44 18 say, well, we know this is tremolite.  We have other
10:06:46 19 methods that have to be coupled together to be able
10:06:48 20 to, you know, 99.9 percent say it is.
10:06:52 21     I'm just talking about the data down
10:06:53 22 there.
10:06:54 23     A.    Okay.
10:06:54 24     Q.    Let's look at what was marked yesterday as
10:06:56 25 Exhibit 13.  If you could look at like the last page.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

59

10:07:08 1  Maybe just flip it up to the last page.
10:07:09 2      A.    Okay.
10:07:10 3      Q.    You see there, it's an EDXA printout.
10:07:15 4  This is not yours.
10:07:15 5      A.    Sure.
10:07:15 6      This is from Connecticut.
10:07:17 7      A.    Uh-huh.
10:07:17 8      Q.    And you see that -- it looks like it was
10:07:18 9  generated from the same software as yours, it's the
10:07:21 10 same fonts, same format.  Is that a reasonable
10:07:24 11 conclusion?
10:07:25 12     A.    I don't know --
10:07:26 13     MS. O'DELL:  Object to the form.
10:07:27 14     THE WITNESS:  -- we'd have to see.  You
10:07:29 15 know, they're all -- there are a number of
10:07:31 16 different EDS software packages out there.
10:07:34 17     Q.    (By Mr. Chachkes)  Do you know the name of
10:07:36 18 your EDS software package?
10:07:38 19     A.    I want to say it's called Revolutions.
10:07:40 20     Q.    Are there different versions of the
10:07:42 21 Revolution software?
10:07:43 22     A.    I don't know.
10:07:44 23     Q.    And the information in the lower left, you
10:07:48 24 see that's generated for each of the relevant
10:07:52 25 elements, weight percentage, standard deviation,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

60

10:07:55 1  atomic percentage, oxide percentage, other
10:07:56 2  information; do you see that?
10:07:57 3      A.    Yes.
10:07:58 4      Q.    Can you generate all that information if
10:08:00 5  you wanted to for your EDXA?
10:08:04 6      MS. O'DELL:  Object to the form.
10:08:06 7      THE WITNESS:  Again, it depends on the way
10:08:09 8  the software operates, if it's set up to be able
10:08:11 9  to collect that information and make those
10:08:12 10 statistics.
10:08:12 11     Q.    (By Mr. Chachkes)  For the EDXA
10:08:15 12 experiments that you ran for the purposes of the MDL
10:08:18 13 report, would you be able to generate that
10:08:21 14 information or you just don't know?
10:08:23 15     MS. O'DELL:  Object to form.
10:08:24 16     THE WITNESS:  I don't know.
10:08:26 17     Q.    (By Mr. Chachkes)  Okay.  Do you
10:08:27 18 understand that that information, some people find
10:08:30 19 that useful?
10:08:31 20     MS. O'DELL:  Objection.
10:08:31 21     THE WITNESS:  It can be, yeah.
10:08:33 22     Q.    (By Mr. Chachkes)  Why?
10:08:33 23     A.    Well, it can be useful in -- for instance,
10:08:37 24 if you're a research geologist and you're trying to
10:08:41 25 determine the composition and the makeup of an

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**61**

1 unknown, that would be very helpful.

2 **Q.    Okay.  Why is it very helpful?**

3 **A.    Again, if they are -- if they're trying to**

4 **understand the composition of these materials, then**

5 **that information is part of info to try to figure out**

6 **what you're working with.**

7      Q.    That information that we're talking about

8 a researcher can use to estimate the composition, the

9 chemical composition, of the subject particle; right?

10      MS. O'DELL:  Object to form.

11      THE WITNESS:  Yeah, they can estimate it.

12 They can estimate it.

13      MS. O'DELL:  Dr. Rigler, give me just a

14 second before you answer.

15      THE WITNESS:  Sure.  Sorry.

16      MS. O'DELL:  Thank you.

17      Q.    (By Mr. Chachnes)  And one of the ways you

18 do that is by -- you take the ratios of the peak

19 areas of the metals to the silicon; right?

20      A.    **That's one way to do it.**

21      Q.    And if you were going to generate peak

22 areas for your EDXA you could do that; right?

23      A.    **Yeah.  I would say yes to that.  Again, I**

24 **would have to look at the package to see what's in**

25 **there.**

**62**

1      Q.    It's pretty fundamental.  I would think

2 all packages have that; right?

3      MS. O'DELL:  Object to the form.

4      THE WITNESS:  Yes, but they vary in the

5 software, the way that the company has put the

6 software together.

7      Q.    (By Mr. Chachnes)  Okay.  So this process

8 of comparing ratios of metals to silicon, are you

9 comparing peak areas or just simply peak heights?

10      A.    **Again, that varies.  In a lot of cases**

11 **it's peak heights if you're working with -- depending**

12 **on what your methodology is.**

13          **For instance, I believe one of the**

14 **standard methodologies for asbestos analysis is in**

15 **the AHERA regulations, and I believe there they use**

16 **peak ratios in that, which I believe are based on**

17 **peak heights.**

18      Q.    Okay.  And what about for an unknown

19 chemical or crystal, what's more useful to determine

20 the chemical composition, peak heights or peak areas?

21      MS. O'DELL:  Object to the form.

22      THE WITNESS:  Either one can be used,

23 depending upon how you're calibrated.

24      Q.    (By Mr. Chachnes)  It's your belief that

25 the peer-reviewed literature reflects that either

**63**

1 peak heights or peak areas can be used to determine

2 the chemical composition of the subject of an EDXA

3 analysis?

4      A.    **Well --**

5      MS. O'DELL:  Object.

6      THE WITNESS:  -- if we step back a minute,

7 these kinds of spectra are not the kinds of

8 spectra that we get when we're doing something

9 like mass spectrometer where we're really

10 looking at an area under a peak.  You can do

11 peak heights on those, half width max types of

12 estimates with those.

13          These are spectrometers, and what they do

14 is they collect data in electron channels for

15 electron voltage.  So typically what you do is

16 you bombard your specimen with the electron beam

17 for a period of time to get enough counts so

18 that the peaks are stable at a stable height,

19 and then you can compare the peak heights.

20          So peak area, you know, for this kind of a

21 spectrometer, again, you'll get different

22 opinions, but it's not the same type of thing

23 with the mass spectrometer.  So peak heights

24 work very well for these.

25      Q.    (By Mr. Chachnes)  Okay.  It's not a

**64**

1 question about what works very well or --

2      A.    **Well, it is kind of a question about what**

3 **works really well.**

4      Q.    Okay.  Focus on my question.

5      A.    **I hear you, but you're kind of going to**

6 **it --**

7      Q.    Focus on my question.

8      A.    **I'm focusing.**

9      Q.    The question is about peer-reviewed

10 literature --

11      A.    **Let me just finish.**

12      MS. O'DELL:  Sorry.

13      THE WITNESS:  Let me finish.  I'm not

14 finished.

15      MS. O'DELL:  Please finish.

16      THE WITNESS:  Okay.  Peak heights work

17 very well for this type of a spectrometer.  Now,

18 we can get in all the minutia of area versus

19 peak height, but we have to know what kind of

20 system that we're talking about.

21      Q.    (By Mr. Chachnes)  Same question.

22      A.    **Okay.**

23      Q.    Focus on what I'm asking, which is about

24 the peer-reviewed literature.

25      A.    **Okay.**

65

10:12:51 1   Q.   In the peer-reviewed literature where
10:12:53 2   folks are looking at EDXA spectra to determine the
10:12:57 3   chemical composition of an unknown subject --
10:13:00 4        A.   Okay.
10:13:01 5        Q.   -- does the peer-reviewed literature
10:13:04 6   support both using peak heights and peak area to make
10:13:07 7   that determination?
10:13:09 8        MS. O'DELL:  Object to the form.
10:13:10 9        THE WITNESS:  I would have to review the
10:13:12 10  literature.  Standard methods use peak height.
10:13:19 11  Some may use peak area also.  So as far as that,
10:13:22 12  I would have to go and review it.
10:13:24 13       Q.   (By Mr. Chachkes)  When you say standard
10:13:25 14  methods, you mean in the peer-reviewed literature or
10:13:28 15  something else?
10:13:28 16       A.   Sure.  It would be -- if it's a standard
10:13:31 17  method it's going to be peer-reviewed.
10:13:33 18       Q.   Okay.  Looking at Exhibit 12 again, going
10:13:40 19  back to your EDXA printout, did you do a
10:13:46 20  comprehensive review of what minerals could
10:13:50 21  correspond to this EDXA spectra other than what you
10:13:55 22  believe it to be, which is tremolite?
10:13:57 23       A.   I didn't do a comprehensive review of
10:13:59 24  this.
10:13:59 25       Q.   Did anybody do a comprehensive review of

66

10:14:02 1   the EDXA spectra to determine what other minerals
10:14:05 2   they could correspond to?
10:14:07 3        A.   A comprehensive review.  What do you mean
10:14:13 4   by that?
10:14:13 5        Q.   So, for example, if an expert in
10:14:16 6   mineralogy and EDXA mineralogy were to tell you this
10:14:19 7   spectra in Exhibit 12 can correspond to dozens if not
10:14:24 8   hundreds of other minerals, sitting here today, do
10:14:26 9   you have any reason to dispute that?
10:14:27 10       MS. O'DELL:  Object to the form.
10:14:29 11       THE WITNESS:  I would say that it could
10:14:31 12  correspond to a number of other minerals, yes.
10:14:34 13       MR. CHACHKES:  Okay.
10:14:35 14       MS. O'DELL:  Alex, excuse me.  We've been
10:14:38 15  going about an hour, a little over an hour.  Can
10:14:40 16  we take a short break, please?
10:14:41 17       MR. CHACHKES:  Yeah.  Let me see if I can
10:14:43 18  finish this part.
10:14:44 19       MS. O'DELL:  Are you ready for a break,
10:14:46 20  Doctor?
10:14:48 21       THE WITNESS:  Sure.
10:14:48 22       MR. CHACHKES:  That's fine, we'll take a
10:14:50 23  break.
10:14:51 24       (Recess from 10:14 a.m. to 10:37 a.m.)
10:38:00 25       Q.   (By Mr. Chachkes)  We spoke earlier about

67

10:38:03 1   you record your time; correct?
10:38:05 2        A.   As far as recording the time --
10:38:08 3        Q.   Yes.
10:38:09 4        A.   Yes, some of it, but not all of it.
10:38:11 5        Q.   Okay.  And who do you give those time
10:38:13 6   sheets to?
10:38:13 7        A.   I don't -- as I say, I go in and speak to
10:38:20 8   Bill's assistant and then give her the hours that I
10:38:25 9   have.
10:38:25 10       Q.   Is it your understanding that the other
10:38:26 11  people in your laboratory are giving their hours to
10:38:28 12  Bill's assistant?
10:38:29 13       A.   I don't know what they're doing.
10:38:31 14       Q.   Okay.  Have they been instructed to keep
10:38:33 15  their time?
10:38:33 16       A.   You'd have to ask Bill about that.
10:38:36 17       Q.   Okay.  So I'd like to request of
10:38:37 18  plaintiffs all invoices billed on behalf of the MDL
10:38:41 19  at MAS.
10:38:46 20       So let's --
10:38:48 21       A.   I wanted to -- before we got started, I
10:38:51 22  wanted to bring up a point about the publications,
10:38:53 23  because I know you were asking about that.
10:38:54 24       Q.   Okay.
10:38:54 25       A.   And it is our policy at our laboratory to

68

10:38:58 1   not discuss any possible publications that we may
10:39:02 2   have pending.  It's part of our policy, and it's
10:39:06 3   actually what we consider as proprietary.
10:39:13 4        MR. CHACHKES:  I'm going to ask counsel
10:39:14 5   again, are you going to allow me to ask a full
10:39:18 6   set of questions about what the pending
10:39:19 7   publication is?
10:39:20 8        MS. O'DELL:  No.
10:39:20 9        MR. CHACHKES:  Okay.  We'll raise it with
10:39:?? 10  the magistrate.
10:39:21 11       MS. O'DELL:  He's answered your question.
10:39:23 12  These are the invoices.  It's two copies of one
10:39:23 13  invoice, and you're welcome to ask him questions
10:39:28 14  about it if you'd like.
10:39:29 15       MR. CHACHKES:  Okay.  And we're also
10:39:30 16  requesting all invoices from all people for who
10:39:35 17  do bill time, the analysts, Bill, the works.
10:39:?? 18       MR. PARFITT:  We'll take that under
10:39:39 19  advisement.
10:39:39 20       MS. O'DELL:  Your request is noted.  There
10:39:43 21  will be an objection to that.
10:39:45 22       MR. CHACHKES:  Okay.  Let's just mark --
10:39:47 23  let me see if these are different.  Yeah.
10:39:49 24       MS. O'DELL:  Let's see.
10:39:51 25       MR. CHACHKES:  Yeah, they're different.

69

10:39:51 1    One is for 9,000 and one is for 14.

10:39:54 2        MS. O'DELL:  Oh, yeah.

10:39:56 3    Q.   (By Mr. Chachkes)  By the way, did you

10:39:59 4 bring any documents with you today?

10:40:00 5    A.   I did.

10:40:00 6    Q.   What documents did you bring with you?

10:40:02 7    A.   Let me get them out.

10:40:11 8        MS. O'DELL:  May I see those just a minute

10:40:13 9 to make sure.

10:40:19 10       THE WITNESS:  The request.

10:40:20 11   Q.   (By Mr. Chachkes)  You don't have to hand

10:40:22 12 them to me, just tell me what they are.

10:40:24 13   A.   Okay.  Let's see.  This is the notice of

10:40:27 14 oral and videotaped deposition.

10:40:28 15   Q.   Well, let me just ask this question.  Did

10:40:29 16 you bring any documents that I might not already

10:40:31 17 have?  So I have your report, I have the subpoena, I

10:40:36 18 have the things lawyers exchange.  Is there

10:40:40 19 anything --

10:40:40 20   A.   You have the quality report?

10:40:42 21   Q.   Yes, we have the quality report; correct?

10:40:45 22 And you brought that?

10:40:46 23   A.   I brought a copy of that.  There was one

10:40:48 24 minor typographical error I found in that.

10:40:50 25   Q.   We'll get to that.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

70

10:40:52 1    A.   Okay.

10:40:52 2    Q.   Anything else you brought that I might not

10:40:54 3 otherwise have?

10:40:55 4    A.   You probably have everything.  I brought

10:40:59 5 the starting weight sheets, the weight sheets that

10:41:04 6 we've used for the analysis.  I think you guys had

10:41:09 7 requested all of that.  What else?  And the reports.

10:41:11 8 The same ones that you have here.

10:41:13 9    Q.   So starting weight sheets, have those been

10:41:16 10 produced?

10:41:17 11   A.   Yeah, I think they were sent over.

10:41:19 12       MS. O'DELL:  Yes, those were produced.  I

10:41:21 13 have one more invoice.  I would ask that you not

10:41:24 14 mark this one because I need a clean copy and I

10:41:26 15 don't know why I don't have one in my folder,

10:41:29 16 actually, so I'll get a copy at the break.

10:41:31 17       MR. CHACHKES:  Okay.  Do you mind if I

10:41:32 18 take a photo of it?

10:41:33 19       MS. O'DELL:  No.  You're welcome to.

10:41:34 20       MR. CHACHKES:  Okay.  We will start with

10:41:35 21 that and then we can --

10:41:35 22       MS. O'DELL:  Yeah.  I'll copy it at the

23 break.  I just would prefer --

24       MR. CHACHKES:  Oh, we'll copy it at the

25 break.  So why don't we do this, why don't we --

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

71

10:41:38 1        MS. O'DELL:  I just prefer that not

10:41:40 2 be marked.

10:41:42 3        MR. CHACHKES:  Why don't we hold up the

10:41:43 4 invoices until a break.  I don't have to ask

10:41:45 5 about them now.  We'll do it as a set.  I don't

10:41:47 6 want to --

10:41:47 7        MS. O'DELL:  Sure.

10:41:48 8    Q.   (By Mr. Chachkes)  Okay.  All right.  Back

10:41:51 9 to EDXA.

10:41:52 10   A.   All right.

10:41:54 11   Q.   So -- now, you're aware that crystals have

10:42:05 12 certain characteristic ratios of metals to silicon?

10:42:08 13   A.   Yes.

10:42:09 14   Q.   Okay.  And are you aware that tremolite

10:42:11 15 has a ratio of 5-to-8?

10:42:14 16   A.   It can vary.

10:42:16 17   Q.   When you say it can vary, what do you mean

10:42:19 18 by that?

10:42:19 19   A.   Well, it can vary.  I mean, per the

10:42:22 20 formula based on how many metal ions that tremolite

10:42:27 21 has, it can vary a bit.

10:42:29 22   Q.   When you say a bit, what's the margin

10:42:32 23 error there?

10:42:33 24   A.   You know, as far as a margin of error,

10:42:35 25 peak height ratios, that type of thing, it just

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

72

10:42:41 1 varies.  So, you know, it varies.

10:42:45 2    Q.   Do you have any opinion sitting here today

10:42:47 3 as to what the peer-reviewed literature suggests as

10:42:51 4 the acceptable variations when you're looking at an

10:42:54 5 EDXA for determining a mineral from the

10:42:58 6 metal-to-silicon ratio?

10:42:59 7        MS. O'DELL:  Object to form.

10:43:01 8        THE WITNESS:  I would have to look at the

10:43:05 9 literature to see what they are because I know

10:43:08 10 over the years as I've looked at different

10:43:11 11 references, and I've noticed the slightly

10:43:14 12 different, you know, ratios for the same

10:43:17 13 material.

10:43:18 14   Q.   (By Mr. Chachkes)  Okay.  Because the

10:43:19 15 ratio actually should be a certain number because

10:43:22 16 it's based on the chemical formula which is what the

10:43:25 17 definition of the mineral is; correct?

10:43:27 18   A.   Well, yes, but by electron spectroscopy

10:43:32 19 you can have a variation in the energy depending upon

10:43:36 20 takeoff angle and this and that kind of thing,

10:43:39 21 depending on the material.  So you can have some

10:43:42 22 variation there.  You know, purely based on the

10:43:44 23 formula, again, using a spectrometer, you're going to

10:43:48 24 get some variation.

10:43:48 25   Q.   Okay.  But ideally the ratio is going to

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

73

10:43:52  1  be a definite number because it's based on the
10:43:57  2  chemical formula, and the chemical formula for a
10:43:58  3  mineral is set in stone, as it were?
          4        MS. O'DELL:  Object to the form.
10:44:02  5        THE WITNESS:  Well, again, now, if you're
10:44:03  6  just talking about the formula, then, yes, you
10:44:05  7  would have ratios based on the formula.  You
10:44:08  8  know, forget the EDXA for a minute.
10:44:10  9        But based on the chemical formula and the
10:44:12 10  loading of the ions, you know, in that formula,
10:44:15 11  you're going to have, you know, a set amount
10:44:19 12  there.  But when it comes to the actual
10:44:21 13  spectroscopy you're going to have a little bit
10:44:23 14  of variation.
10:44:24 15     Q.   (By Mr. Chachkes)  Okay.  And just by way
10:44:25 16  of example, anthophyllite, the chemical formula, has
10:44:29 17  seven magnesiums, eight silicon; right?
10:44:32 18     A.   **Uh-huh.**
10:44:33 19     Q.   Is that a yes?
10:44:34 20     A.   **Yes.**
         21     Q.   I'm sorry --
10:44:38 22     A.   **It's okay.**
10:44:38 23     Q.   -- show up on the transcript.
10:44:38 24        And then that ratio of 7-to-8 is the ideal
10:44:44 25  metal-to-silicon ratio under EDXA for anthophyllite?

74

10:44:48  1     A.   **Well, no, that's for the formula.  That**
10:44:50  2  **would be for the formula.  Once again, when you get**
10:44:53  3  **to a spectroscopic method, it's going to vary a bit.**
10:44:57  4     Q.   So did you -- so in Exhibit 12, do you see
10:45:03  5  how tremolite is written there at the top?
10:45:05  6     A.   **Yes.**
10:45:05  7     Q.   That's not what the machine generated
10:45:07  8  based on the spectra; you typed that in; correct?
10:45:12  9     A.   **The analyst typed that in, yes.  But that**
10:45:14 10  **correlates with tremolite, with a tremolite spectrum.**
10:45:18 11     Q.   And so do you expect in this Exhibit 12
10:45:25 12  EDXA spectra that the ratio of metal to silicon is
10:45:31 13  going to be 5-to-8 or somewhere in the vicinity of
10:45:34 14  5-to-8?
10:45:35 15     A.   **It could be, yes.**
10:45:36 16     Q.   And when you say it could be, would you
10:45:42 17  identify something that has a metal-to-silicon ratio
10:45:45 18  nowhere near 5-to-8 as tremolite under EDXA?
10:45:49 19        MS. O'DELL:  Object to the form.
10:45:50 20        THE WITNESS:  Can you just restate the
10:45:52 21  question, please?
10:45:53 22     Q.   (By Mr. Chachkes)  Okay.  What margin of
10:45:54 23  error in the metal-to-silicon ratio would be so great
10:45:59 24  that you would say, well, that's not tremolite?
10:46:02 25     A.   **Well, again, if, for instance, in this**

75

10:46:07  1  **spectrum, in Number 12, if the magnesium was up in**
10:46:11  2  **the middle somewhere up high towards the silicon**
10:46:14  3  **peak, you might have a question about it at that**
10:46:16  4  **point.  If the calcium peak was down lower, then you**
10:46:20  5  **might have a question about it at that point too.**
10:46:22  6        **So you can get some variation again like**
10:46:26  7  **that, depending upon the mineralogy of tremolite in**
10:46:29  8  **that area.  So again, you're going to have a little**
10:46:32  9  **bit of variation.  But if it's too far away from**
10:46:35 10  **that, then, yeah, there's a question about that.**
10:46:37 11     Q.   Do you have any opinions sitting here
10:46:39 12  today whether the EDXA spectra in 12 is more like
10:46:44 13  another mineral than tremolite?
10:46:47 14        MS. O'DELL:  Object to the form.
10:46:48 15        THE WITNESS:  Well, I don't have an
10:46:50 16  opinion on that right now.
10:46:52 17     Q.   (By Mr. Chachkes)  And so did you actually
10:46:55 18  run the metal-to-silicon ratios for your EDXA?
10:46:59 19        MS. O'DELL:  Object to the form.
10:47:00 20        THE WITNESS:  I didn't run it, no.
10:47:02 21     Q.   (By Mr. Chachkes)  Okay.  Did anybody run
10:47:03 22  it?
10:47:03 23     A.   **I don't know.  I would have to check.**
10:47:04 24     Q.   As the author of the expert report that
10:47:09 25  has these EDXA spectra upon which you're making

76

10:47:12  1  conclusions, wouldn't that be important information
10:47:14  2  to know?
10:47:14  3        MS. O'DELL:  Object to the form.
10:47:21  4        MS. PARFITT:  Objection.
10:47:22  5        THE WITNESS:  The information that we have
10:47:23  6  from the spectrometer is accurate, and the peak
10:47:29  7  ratios that you see here are consistent with
10:47:34  8  tremolite.  It could be consistent with some
10:47:37  9  other minerals.  That's why we do not use EDS;
10:47:42 10  that's why we would do electron diffraction, and
10:47:45 11  we also look at the shape and the form of the
10:47:47 12  material, too.  So those things together allow
10:47:51 13  us to say, yeah, this is tremolite.
10:47:53 14     Q.   (By Mr. Chachkes)  Okay.  Do you go into
10:47:54 15  the EDXA -- do you take the EDXA spectra, say, I'm
10:48:02 16  going to assume it's an asbestos and now I'm going to
10:48:05 17  figure out which one?  You don't do that, do you?
10:48:07 18        MS. O'DELL:  Object to the form.
10:48:08 19        THE WITNESS:  Typically what happens is
10:48:12 20  the analyst will take a spectrum, they'll look
10:48:17 21  at the spectrum, then they will flip over -- and
10:48:20 22  they're in the same spot, they'll refigure the
10:48:24 23  scope, and then they will do electron
10:48:26 24  diffraction.
10:48:26 25        They'll look at the diffraction pattern,

77

10:48:28 1    and then they will make a decision at that

10:48:29 2    particular point as to whether it's consistent

10:48:32 3    with that form or not.  Then they'll index the

10:48:35 4    pattern.  They'll confirm that with verification

10:48:38 5    of the indexing of the pattern.

10:48:39 6        Q.    (By Mr. Chachkes)  Okay.  So the EDXA --

10:48:44 7    so the judgment call by the analyst to what mineral

10:48:48 8    they're looking at is based on a combined looking at

10:48:51 9    the EDXA spectra and the SAED?

10:48:56 10        A.    Yes, and also the form.  The form.

10:49:02 11        Q.    And when you say the form, what do you

10:49:03 12    mean, the form?

10:49:04 13        A.    Well, for instance, if it's a round

10:49:09 14    structure or something that is not fibrous or

10:49:12 15    crystalline as you would expect tremolite to be,

10:49:14 16    then, you know, it's a guess as it could be some

10:49:17 17    other form.

10:49:19 18        Q.    Can you cite to me any peer-reviewed

10:49:21 19    literature or textbook, even, that says taking

10:49:26 20    simultaneously the data from an EDXA, SAED, and the

10:49:32 21    form is the proper way to identify a mineral?

10:49:37 22        MS. O'DELL:  Object to the form.

10:49:38 23        THE WITNESS:  Well, I mean, if you want to

10:49:39 24    look at the way EPA said to do it and it continues

10:49:42 25    to say to do it, you know, in the '70s and the

78

10:49:47 1    '80s and was published, this is the way to do

10:49:50 2    it.

10:49:50 3        Q.    (By Mr. Chachkes)  Okay.  So you've cited

10:49:52 4    the EPA.  Anything else, any other published sources?

10:49:55 5        A.    It's also done -- there are a number

10:49:57 6    of ASTM -- they are referenced here in our report.

10:49:59 7        Q.    Okay.  Is it your opinion that 22262

10:50:03 8    sanctions that methodology?

10:50:05 9        A.    To my knowledge, yes.

10:50:06 10        Q.    Okay.  And when you say EPA, what document

10:50:09 11    are you referring to?

10:50:10 12        A.    That would be the AHERA document.

10:50:15 13    CFR 763.

10:50:15 14        Q.    And so if you're cited CFR -- say it

10:50:21 15    again?

10:50:21 16        A.    763.

10:50:22 17        Q.    763?

10:50:23 18        A.    Yep.

10:50:23 19        Q.    And then we cited 22262.  Any other

10:50:26 20    document that supports your methodological approach?

10:50:29 21        A.    Let me look here.  We've referenced them

10:50:32 22    here.  There are a couple of ASTMs too.  There's an

10:50:36 23    ISO document -- well, the ISO is the 22 -- let me see

10:50:39 24    which ones we've got.

10:50:45 25        The ASTM D5755-09, D5756, the ISO 10312,

79

10:51:03 1    and there's also ISO 13794.  The EPA one's here, it's

10:51:12 2    40 CFR part 763.  They're on page 11 of the report.

10:51:19 3        Q.    Okay.  Any other published literature that

10:51:21 4    approves of this method that you're using?

10:51:23 5        MS. O'DELL:  Object to the form.

10:51:26 6        THE WITNESS:  Probably there are, but

10:51:28 7    these are major standards that are used.

10:51:32 8        Q.    (By Mr. Chachkes)  Sitting here today can

10:51:33 9    you think of any others?

10:51:36 10        A.    I'm trying to think of them.  As I sit

10:51:40 11    here, I can't, but I know there are some others.

10:51:42 12        Q.    Okay.

10:51:42 13        A.    Yeah.

10:51:43 14        Q.    Now, let's take, for example, 22262.

10:51:48 15    There's a section on EDXA; correct?

10:51:54 16        A.    To my knowledge there is, yes.

10:51:57 17        Q.    Right.  And there's a section on SAED?

10:51:58 18        A.    I would have to look at it.  I don't have

10:52:00 19    it right in front of me.

10:52:00 20        Q.    Okay.

10:52:01 21        A.    If you've got it, I'll look at it.  I

10:52:03 22    don't have it right in front of me.

10:52:03 23        Q.    Does 22262 expressly say you consider the

10:52:08 24    EDXA and SAED together even though that independently

10:52:12 25    they may be inconclusive?

80

10:52:13 1        A.    I --

10:52:13 2        MS. O'DELL:  Excuse me.

10:52:15 3        Dr. Rigler, I've got a copy here that was

10:52:17 4    marked, if you need to see 22262-2.  I'll

10:52:20 5    provide it to you if counsel will not do that.

10:52:23 6        THE WITNESS:  Okay.

10:52:23 7        Q.    (By Mr. Chachkes)  Let me ask this

10:52:24 8    question.  Are you able to answer the question --

10:52:26 9        MS. PARFITT:  Give him a chance to look at

10:52:28 10    the document.

10:52:28 11        MR. CHACHKES:  I'm going to ask the

10:52:30 12    question.  You can --

10:52:30 13        MS. PARFITT:  No.  Give him a chance,

10:52:32 14    Alex --

10:52:33 15        Q.    (By Mr. Chachkes)  Can you answer --

10:52:33 16        MS. PARFITT:  Alex, he's not going to

10:52:34 17    answer the question.

10:52:34 18        Q.    (By Mr. Chachkes)  Can you answer the

10:52:35 19    question without being given the document?  That's a

10:52:37 20    simple question.  Can you --

10:52:37 21        MS. PARFITT:  We need to --

10:52:38 22        MR. CHACHKES:  Are you going to shut that

10:52:40 23    down?

10:52:40 24        MS. PARFITT:  I'm going to tell him to

10:52:41 25    look at the document.  The appropriate thing --

81

10:52:43 **1**     MR. CHACHKES: Okay. Another list for the

10:52:43 **2** magistrate.

**3**     Go ahead.

10:52:45 **4**     MS. PARFITT: Excuse me. Let's make it

10:52:46 **5** clear. So the question for the magistrate is

10:52:48 **6** when you talk about a document and the witness

10:52:50 **7** wants to see it, you want to bring up to the

10:52:53 **8** magistrate that you aren't going to give it to

10:52:55 **9** him? Is that the subject matter?

10:52:56 **10**     MR. CHACHKES: Let's look at the

10:52:57 **11** transcript. Did he say he wanted to see it?

10:52:58 **12** You said he wanted to see it.

10:52:59 **13**     MS. PARFITT: Dr. Rigler, would you like

10:53:02 **14** to see the document?

10:53:02 **15**     THE WITNESS: Sure.

10:53:03 **16**     MS. PARFITT: Thank you.

10:53:04 **17**     MR. CHACHKES: All right.

10:53:05 **18**     MS. PARFITT: It's amusing, isn't it? Why

10:53:08 **19** don't you act appropriate.

10:53:09 **20**     Q.   (By Mr. Chachkes) Anyway, is it your

10:53:10 **21** opinion that 22262 says you can take an inconclusive

10:53:15 **22** EDXA and you can take an inconclusive SAED and

10:53:19 **23** together make a determination of what mineral you're

10:53:22 **24** looking at?

10:53:23 **25**     MS. O'DELL: Object to the form.

82

10:53:24 **1**     THE WITNESS: I would have to take a break

10:53:26 **2** to read it and review it, and then I can give

10:53:28 **3** you an answer to that question.

10:53:29 **4**     Q.   (By Mr. Chachkes) Okay. Sitting here

10:53:29 **5** today, you can't answer that off the top of your

10:53:32 **6** head?

10:53:32 **7**     MS. PARFITT: Objection. Misstates his

10:53:34 **8** testimony.

**9**     THE WITNESS: That's right.

**10**     Q.   (By Mr. Chachkes) Okay.

10:53:34 **11**     **A.   I could give you an answer. I just need**

10:53:36 **12** **some time to review the document.**

10:53:37 **13**     Q.   Okay. And is it the same answer for the

10:53:38 **14** other standards that you cited? Sitting here today,

10:53:42 **15** could you tell me just off the top of your head

10:53:44 **16** whether those other standards that you cited allow

10:53:47 **17** for someone to take an inconclusive SAED and

10:53:50 **18** inconclusive EDXA together with maybe a visual

10:53:56 **19** morphology decision and judge what mineral you're

10:53:59 **20** looking at?

10:54:00 **21**     MS. O'DELL: Object to the form.

10:54:00 **22**     THE WITNESS: Well, the answer to the

10:54:02 **23** question is these parts are required to be able

10:54:09 **24** to come up with an answer of what the mineral

10:54:11 **25** is.

83

10:54:11 **1**     So, yes, you start with an inconclusive;

10:54:15 **2** yes, you start with an inconclusive; yes, you

10:54:17 **3** start with an inconclusive; and you put those

10:54:19 **4** together to come up with a conclusive answer.

10:54:21 **5**     Q.   (By Mr. Chachkes) Okay.

10:54:21 **6**     **A.   Yep.**

10:54:22 **7**     Q.   At a break I would like you to look at

10:54:26 **8** your document --

10:54:28 **9**     **A.   Okay.**

10:54:28 **10**     Q.   -- and specifically look for somewhere

10:54:30 **11** where it says you can take three separate and

10:54:32 **12** independent inconclusive analytical results and

10:54:36 **13** combine them to make a conclusive result. Okay?

10:54:43 **14**     MS. O'DELL: Object to the form.

10:54:44 **15**     THE WITNESS: Well, let me just state that

10:54:48 **16** in science, one of the best ways to come up with

10:54:51 **17** a good answer is use multiple techniques to be

10:54:54 **18** able to make a conclusion. You use one

10:54:57 **19** particular technique, that's good. You use

10:55:02 **20** another technique in conjunction with that,

10:55:04 **21** that's better. Use three techniques in

10:55:07 **22** conjunction with that, that's very good.

10:55:09 **23**     So typically this is the way that we work

10:55:13 **24** as scientists. So that's the way that these

10:55:19 **25** documents are written, you know. Again, a good

84

10:55:22 **1** example is AHERA as to how they would do that,

10:55:24 **2** they want the scientists to do it.

10:55:25 **3**     Q.   (By Mr. Chachkes) Will you do me that

10:55:28 **4** favor of during a break look at 22262 and coming up

10:55:31 **5** with your specific opinion as to whether it allows

10:55:34 **6** for someone to take an inconclusive -- three

10:55:37 **7** inconclusive results, combine them for a conclusive

10:55:39 **8** result?

10:55:39 **9**     MS. O'DELL: Object to the form.

10:55:40 **10**     And you're not required to do any homework

10:55:42 **11** for counsel during a break.

10:55:42 **12**     Q.   (By Mr. Chachkes) Okay. So you will not

10:55:48 **13** during a break do that; correct?

10:55:49 **14**     MS. PARFITT: You want him to do it right

10:55:51 **15** now? It's on your time.

10:55:53 **16**     MR. CHACHKES: It's a question for the

10:55:54 **17** witness.

10:55:54 **18**     MS. PARFITT: The question for the witness

10:55:56 **19** is -- you were asking him to do homework off the

10:55:59 **20** record on his break; am I correct? Is that what

10:56:01 **21** you're asking him?

10:56:02 **22**     MR. CHACHKES: He has a --

10:56:02 **23**     MS. PARFITT: Let me ask you a question.

10:56:03 **24**     MR. CHACHKES: If you're just going to

10:56:04 **25** talk over me, there's no conversation here.

85

10:56:05 1    MS. PARFITT:  You know, Alex, you have a
10:56:07 2    difficult time talking over people as well, so
        3    I'm not trying to --
10:56:10 4        MR. CHACHKES:  I'll let you finish.  Go
        5    ahead.
        6        MS. PARFITT:  Thank you.  I appreciate
10:56:13 7    that.  It's very kind of you.
10:56:13 8        Are you asking him to do a project for you
10:56:16 9    on his break; is that what you're asking him?
10:56:18 10       MR. CHACHKES:  He has come here as an
10:56:20 11   expert on the subject matter of how one
10:56:21 12   determines whether there's asbestos in talc, and
10:56:23 13   he has testified that there are various
10:56:24 14   standards by which they sanction his
10:56:27 15   methodology.  I want a specific opinion as to
10:56:30 16   how indeed that happens.
10:56:32 17       So he should be able to do that.  He
10:56:34 18   should have come prepared for that.  So I want
10:56:35 19   him to read the document and come back with
10:56:38 20   specifics.  That's what I want.
10:56:39 21       MS. PARFITT:  Well, I think there may be a
10:56:41 22   miscommunication.  I don't think he's telling
10:56:43 23   you he can't do it.  The difference is if you
10:56:46 24   want to ask him that question, he goes through
10:56:48 25   it right now while we're on the record, that's

86

10:56:51 1    fine.
10:56:51 2        MR. CHACHKES:  I'll tell you what we'll
10:56:53 3    do.  I plan to finish without exhausting my
10:56:56 4    seven-hour time.  If it takes a few hours to go
10:57:00 5    through documents, we'll do that at the end,
        6    okay?
        7        MS. PARFITT:  Go through --
        8        THE WITNESS:  Well, I think --
10:57:02 9        MR. CHACHKES:  He can do it on the record.
10:57:02 10   He can just sit there reading the documents on
10:57:04 11   the record.  We'll stay here until 9:00 if
10:57:06 12   that's what's required.
10:57:08 13       MS. PARFITT:  That's fine.
10:57:11 14       MR. CHACHKES:  Okay.  I mean, right now I
10:57:13 15   understand the dispute to be not whether he can
10:57:17 16   go through the documents and give me the answer.
10:57:18 17   You just want it on the record.
10:57:19 18       MS. PARFITT:  What I would like to have on
10:57:20 19   the record is your question and his response and
10:57:22 20   he will tell you -- since I'm not testifying --
10:57:24 21   he will tell you whether he can respond in kind
10:57:27 22   to your question and in an appropriate manner.
10:57:30 23   If the appropriate manner for him to respond to
10:57:33 24   your question requires him to look at something,
10:57:36 25   then he's entitled to do it.

87

10:57:36 1        MR. CHACHKES:  And I would appreciate in
10:57:37 2    the future when I ask those questions you don't
        3    tell the witness how the appropriate manner is,
10:57:39 4    that he is allowed to finish answering the
10:57:40 5    questions.
10:57:41 6        MS. PARFITT:  Well, let's not trip a
10:57:43 7    witness.  I think let's have a very honest
10:57:45 8    discussion with the witness, all right?
10:57:46 9        So that's what we're trying to do is have
10:57:49 10   an honest discussion with the witness, and I see
10:57:55 11   you're trying to do that.
10:57:55 12   Q.    (By Mr. Chachkes)  Okay.  So you said the
10:57:58 13   analyst is simultaneously doing an EDXA and an SAED;
        14   correct?
10:58:03 15   A.    **They can.**
10:58:03 16   Q.    They can.
10:58:04 17   A.    **Well, I mean, simultaneously -- you have**
10:58:06 18   **to do one at a time, but you can do them essentially**
10:58:11 19   **in the same sitting.**
10:58:12 20   Q.    Would the analyst -- would it be
10:58:15 21   appropriate for an analyst to take something like
10:58:18 22   Exhibit 12 without having done the SAED yet, without
10:58:20 23   having done visual morphology yet, to make a
10:58:23 24   conclusion about what mineral they're looking at?
10:58:26 25   A.    **Well, that's not the way we do it.**

88

10:58:30 1    Q.    Would it be appropriate to do it that way?
10:58:32 2    A.    **I'm telling you that's the way we do it.**
10:58:33 3    Q.    The question is as an expert in the area,
10:58:35 4    is it appropriate to do it?  If they did it, would it
10:58:37 5    be inappropriate?
10:58:38 6    A.    **They could do it.**
10:58:39 7        MS. O'DELL:  Object to the form.
10:58:40 8        THE WITNESS:  They could do it if they
10:58:41 9    wanted to, but that's not the way we do it.
10:58:43 10   Q.    (By Mr. Chachkes)  Okay.  And it wouldn't
10:58:44 11   be inappropriate -- when I say inappropriate, bad
10:58:47 12   science?
10:58:48 13       MS. O'DELL:  Object to the form.
10:58:49 14       THE WITNESS:  Bad science?  I don't know
10:58:51 15   what you mean by that.
10:58:52 16   Q.    (By Mr. Chachkes)  Okay.  So something
10:58:55 17   that would not give you within a reasonable degree of
10:59:00 18   scientific certainty the conclusion that, ah, this is
10:59:01 19   the mineral I'm looking at?
10:59:02 20   A.    **Well, they would want to do that.  They**
10:59:05 21   **would be required to do that at our laboratory.**
10:59:07 22   Q.    Yeah.
10:59:08 23   A.    **They wouldn't just look at one of these**
10:59:09 24   **and say, yeah, it's tremolite.**
10:59:11 25   Q.    Okay.  But I'm asking -- it's not

**89**

10:59:12 1 empirically what's going on, so focus on the

10:59:15 2 question. The question is, is it bad science to take

10:59:17 3 only, like in Exhibit 12, EDXA and a spectrum and

10:59:25 4 make a conclusion about the mineral?

10:59:27 5     MS. O'DELL: Object to the form.

10:59:28 6     THE WITNESS: Is it bad science? It's

10:59:31 7 observation. They can make an observation which

10:59:33 8 may lead them to additional kinds of

10:59:37 9 observations. You may take an expert in

10:59:40 10 mineralogy who looks at this and goes yeah, it's

10:59:43 11 tremolite. You may take an expert in mineralogy

10:59:46 12 in academia that would say it was.

10:59:13 13     Q. (By Mr. Chachkes) Okay. So it is good

10:59:50 14 science to take something like the EDXA printout in

10:59:54 15 isolation and say I know what mineral that is?

10:59:55 16     MS. O'DELL: Object to the form.

10:59:56 17 Misstates his testimony.

10:59:57 18     THE WITNESS: Right, we -- again, that's

10:59:59 19 not the way that we do that at our laboratory.

11:00:01 20 And you may have an academic that does that

11:00:03 21 who's a crystallographer or mineralogist who

11:00:06 22 looks at that and goes, yeah, it's tremolite.

11:00:09 23     Q. (By Mr. Chachkes) So what is your

11:00:16 24 recommended procedure for -- when is the tremolite

11:00:18 25 typed in the top? Is it right after the EDXA

**90**

11:00:20 1 printout comes up?

11:00:21 2     A. Well, as I say, they've done the

11:00:25 3 diffraction, they've looked at this. They may do

11:00:28 4 another EDS on this to verify what they got to start

11:00:31 5 with, and then they would probably type that in there

11:00:34 6 then.

11:00:34 7     Q. Okay. I've seen no sample for which there

11:00:36 8 are two EDS. Does that mean we have not received

11:00:39 9 these duplicate EDS runs?

11:00:42 10     MS. O'DELL: Object to the form.

11:00:43 11     THE WITNESS: Well, no. Again, they may

11:00:46 12 do -- they may start to do an EDS on that, go,

11:00:51 13 yeah, that looks like tremolite, let me do the

11:00:53 14 diffraction on this, right, and then they may

11:00:55 15 come back and do a 300 seconds on the EDS.

11:00:59 16 So, you know, they're not going to call it

11:01:01 17 unless they're sure of it from the diffraction.

11:01:05 18     Q. (By Mr. Chachkes) Do you have a policy at

11:01:08 19 MAS for the order in which the various analyses are

11:01:10 20 done?

11:01:10 21     A. Well, we have a protocol for that --

22     Q. Okay.

11:01:13 23     A. -- yeah.

11:01:13 24     Q. Is it written?

11:01:14 25     A. To my knowledge, yes.

**91**

11:01:15 1     Q. Okay. I would ask that that be produced.

11:01:18 2 Sitting here now, do you remember what

11:01:20 3 that protocol is, which comes first, like EDS or SAED

11:01:24 4 or visual morphology under TEM?

11:01:29 5     A. Yeah, I want to say that it is EDS first,

11:01:31 6 and then they do the diffraction, but I would have to

11:01:35 7 look and see what it is.

11:01:37 8     Q. Do the analysts type in the mineral

11:01:41 9 identification at the top of the printout at the time

11:01:45 10 they do the EDS before they do the diffraction?

11:01:48 11     MS. O'DELL: Object to the form. Asked

11:01:49 12 and answered.

11:01:49 13     THE WITNESS: Again, I would have to -- I

11:01:52 14 would have to see. I can't recall right now.

11:01:55 15 They're not going to type that on there unless

11:01:57 16 they're sure that -- understand that.

11:01:59 17     Q. (By Mr. Chachkes) It's a question

11:02:00 18 about timing.

11:02:01 19     A. Yes, I understand the question about

11:02:03 20 timing. I get that. I get it.

11:02:04 21     They can start to do an EDS, then they can

11:02:07 22 do diffraction, and then they can make the call on

11:02:11 23 that. They're not going to make the call unless

11:02:13 24 they're sure.

11:02:14 25     Q. Do you know whether the -- so it's

**92**

11:02:18 1 possible that they go back into the software after

11:02:22 2 the diffraction and type in the name of the mineral

11:02:26 3 at the top of the EDS?

11:02:27 4     MS. O'DELL: Object to the form.

11:02:28 5     THE WITNESS: I don't know. I would have

11:02:29 6 to find out. But again, they're not going to

11:02:32 7 type that in there unless they're sure of it.

11:02:34 8     Q. (By Mr. Chachkes) Okay.

11:02:34 9     A. That's what you need to understand.

11:02:35 10     Q. Yeah, I know -- I understand your --

11:02:35 11     A. I want you to understand that. You don't

11:02:37 12 seem to understand that.

11:02:38 13     Q. You have said that ten times --

11:02:39 14     A. Good.

11:02:40 15     Q. -- it's on the record --

11:02:41 16     A. I want to make it clear.

11:02:42 17     Q. What I understand or don't understand is

11:02:43 18 really not at issue. It's what you understand, okay?

11:02:46 19 Do you understand that?

11:02:46 20     A. Sure.

21     Q. Okay.

11:02:48 22     A. And what I'm telling you is it's not typed

11:02:50 23 on there unless they're sure of it.

11:02:52 24     Q. All right. Now you've said that many

11:02:52 25 times.

93

| | |
|---|---|
| 11:02:53 1 | **A.   I can say it again.** |
| 11:02:54 2 | Q.   Okay.  And so do you -- I guess I'd have |
| 11:02:59 3 | to talk to the analyst to figure out how they do |
| 11:03:01 4 | this. |
| 11:03:01 5 | MS. O'DELL:  Object to form. |
| 11:03:02 6 | THE WITNESS:  You can talk to Dr. Longo |
| 11:03:03 7 | and he can also tell you. |
| 11:03:04 8 | Q.   (By Mr. Chachnes)  Yeah, but he's not |
| 11:03:05 9 | doing the runs either, is he? |
| 11:03:07 10 | **A.   Well, he directs the lab.** |
| 11 | Q.   All right. |
| 11:03:08 12 | **A.   So it's his responsibility.** |
| 11:03:10 13 | Q.   Okay.  And looking at Exhibit 12, the |
| 11:03:18 14 | EDXA, what tells you that this is tremolite? |
| 11:03:20 15 | **A.   The peak sets that you have here.** |
| 11:03:23 16 | Q.   Okay.  And when you say -- walk me through |
| 11:03:26 17 | that. |
| 11:03:26 18 | **A.   The peak sets?** |
| 11:03:27 19 | Q.   Yes.  Why are these peak sets tremolite |
| 11:03:30 20 | and not some other mineral? |
| 11:03:32 21 | **A.   Some other mineral.  Well, again, until** |
| 11:03:35 22 | **you do the diffraction, you may not be completely** |
| 11:03:38 23 | **sure of it, but the mag and the silicon ratios look** |
| 11:03:42 24 | **correct and as well as the calcium ratios for** |
| 11:03:44 25 | **tremolite.** |

94

| | |
|---|---|
| 11:03:45 1 | **Now, there's a small iron peak there.  If** |
| 11:03:47 2 | **that iron peak was increased significantly, it would** |
| 11:03:50 3 | **be actinolite.** |
| 11:03:52 4 | Q.   Okay.  Are there any instances where your |
| 11:04:01 5 | analysts get an EDS printout or spectra and say, ah, |
| 11:04:09 6 | that's not an asbestos? |
| 11:04:12 7 | **A.   I'm sure there are, yeah, yes.** |
| 11:04:14 8 | Q.   Okay.  Give me an instance where there's |
| 11:04:16 9 | magnesium silicon peaks.  What -- |
| 11:04:18 10 | MS. O'DELL:  Object to the form. |
| 11:04:18 11 | Q.   (By Mr. Chachnes)  What were they looking |
| 11:04:20 12 | for? |
| 11:04:20 13 | MS. O'DELL:  Object to form. |
| 11:04:21 14 | Incomplete hypothetical. |
| 11:04:23 15 | THE WITNESS:  Well, they may be looking at |
| 11:04:27 16 | certain types of clay minerals that may have a |
| 11:04:31 17 | mag-silicon ratio.  You know, forget the calcium |
| 11:04:34 18 | for a minute.  But they may go, well, you know, |
| 11:04:36 19 | that's not talc.  They may do a diffraction on |
| 11:04:39 20 | it and they get some diffuse pattern, something |
| 11:04:42 21 | like that, and they go, you know, it's not that |
| 11:04:44 22 | so they'll move on.  Essentially it's sort of a |
| 11:04:48 23 | screening process. |
| 11:04:49 24 | Q.   (By Mr. Chachnes)  Okay.  Are there |
| 11:05:00 25 | instances where an EDXA looks more like talc than |

95

| | |
|---|---|
| 11:05:10 1 | actinolite? |
| 11:05:12 2 | **A.   Well -- it looks more like talc than** |
| 11:05:19 3 | **actinolite, you're saying?** |
| 11:05:20 4 | Q.   Yeah. |
| 11:05:21 5 | **A.   I'd have to think about that.  It's** |
| 11:05:23 6 | **possible.  Yeah, it's possible.** |
| 11:05:25 7 | Q.   Okay.  And what would you be looking for? |
| 11:05:27 8 | **A.   Well, depending upon how much iron was in** |
| 11:05:33 9 | **there.  You know, you can have fibrous talc that** |
| 11:05:35 10 | **would have, you know, some iron with it, that kind of** |
| 11:05:39 11 | **thing.  So it would just depend on the -- it would** |
| 11:05:41 12 | **depend on the form and look at the diffraction** |
| 11:05:43 13 | **pattern.** |
| 11:05:43 14 | Q.   Is there an EDXA in isolation that you |
| 11:05:47 15 | would say that's definitely talc, it is not |
| 11:05:50 16 | actinolite? |
| 11:05:50 17 | **A.   Yeah, I mean, again, if the iron -- if it** |
| 11:05:56 18 | **practically has no iron and you're looking at the** |
| 11:05:58 19 | **form of it and it's a plate, you go, well, yeah,** |
| 11:06:01 20 | **that's most likely talc; you do the diffraction on** |
| 11:06:05 21 | **it, it's most likely talc.** |
| 11:06:05 22 | Q.   So you brought in form, you brought in |
| 11:06:07 23 | diffraction -- |
| 11:06:08 24 | **A.   Right.** |
| 11:06:08 25 | Q.   -- so I'm saying let's put those aside. |

96

| | |
|---|---|
| 11:06:10 1 | Just in isolation, just looking at the EDXA, is there |
| 11:06:13 2 | an EDXA that in isolation you can say that's |
| 11:06:15 3 | definitely talc, it's not actinolite? |
| 11:06:17 4 | MS. O'DELL:  Object to the form. |
| 11:06:18 5 | THE WITNESS:  Again, if it had no iron -- |
| 11:06:24 6 | I mean, you're looking at the thing.  It's not |
| 11:06:26 7 | like you're not looking at it.  It's on the |
| 11:06:28 8 | screen in front of you, so you can't divorce |
| 11:06:30 9 | that from it.  So if I'm looking at the form of |
| 11:06:32 10 | it, I can tell whether it's platy or whether |
| 11:06:33 11 | it's fibrous. |
| 11:06:35 12 | Q.   (By Mr. Chachnes)  Okay.  Is there an |
| 11:06:38 13 | instance -- there's an EDXA in isolation that you |
| 11:06:42 14 | know is definitely tremolite and not actinolite? |
| 11:06:45 15 | MS. O'DELL:  Object to the form. |
| 11:06:47 16 | THE WITNESS:  No.  No, not in isolation. |
| 11:06:49 17 | Q.   (By Mr. Chachnes)  Okay.  Do your analysts |
| 11:07:02 18 | record peak heights? |
| 11:07:03 19 | **A.   Do they record peak heights?** |
| 11:07:06 20 | Q.   Yes. |
| 11:07:06 21 | **A.   I don't think so.** |
| 11:07:07 22 | Q.   Okay.  Do they record peak areas? |
| 11:07:10 23 | **A.   Again, the software does that.** |
| 11:07:12 24 | Q.   The judgment that your analysts make when |
| 11:07:17 25 | they're typing in the top of the EDXA of this |

97

```
11:07:19   1   mineral --
11:07:20   2        A.    Yes.
11:07:20   3        Q.    -- as far as the EDXA printout goes, it's
11:07:22   4   qualitative, not quantitative?
11:07:24   5        A.    Well, yeah, it's a qualitative analysis
11:07:28   6   as they're looking at this.
11:07:29   7        Q.    And do you understand, when I say
11:07:31   8   qualitative, it's not based on precise numbers, it's
11:07:34   9   based on kind of their eyeball look at it?
11:07:36  10        MS. O'DELL:  Object to the form.
11:07:37  11        THE WITNESS:  That's the way most, I would
11:07:40  12   say, laboratories do this.
11:07:41  13        Q.    (By Mr. Chachkes)  So you include a lot of
11:07:48  14   SAED patterns for -- in your report; right?
11:07:52  15        A.    Yes.
11:07:52  16        Q.    Okay.  What is SAED?
11:07:53  17        A.    Selected area electron diffraction.
11:07:55  18        Q.    Can you just at a high level tell me how
11:07:58  19   that works?
11:08:00  20        A.    Tell you how it works?
11:08:01  21        Q.    Yeah, just -- you know, you've got -- it's
11:08:03  22   in the TEM, what do you do?
11:08:04  23        A.    Yep.  We talked about it a little bit
11:08:07  24   before.  You essentially set the microscope up to
11:08:13  25   isolate the beam on the area of interest, and then
```

98

```
11:08:17   1   it's very much like -- the sample is much like a
11:08:23   2   prism.
11:08:24   3        You know how you hold a prism up in the
11:08:26   4   light and it breaks it all up into colors.  All
11:08:28   5   right.  So the reason that's happening is because the
11:08:30   6   electrons or, in this case, the wavelength of light,
11:08:33   7   is slowed so that you get the different colors.
11:08:38   8        In this case, the electron beam goes
11:08:40   9   through the specimen and it strikes the lattice
11:08:44  10   planes.  These are the planes that make up the
11:08:46  11   crystal and they reflect off and they give you all of
11:08:48  12   these spots, patterns.  And they're specific for the
11:08:51  13   kind of material that you're looking at.
11:08:52  14        Q.    Okay.  Can you identify a particle as
11:08:55  15   asbestos with SAED alone?
11:08:58  16        MS. O'DELL:  Object to the form.
11:08:59  17        THE WITNESS:  You can get to an
11:09:06  18   understanding of whether this is an amphibole,
11:09:11  19   and then from there you need the other
11:09:12  20   information to help make the conclusion.
11:09:15  21        Q.    (By Mr. Chachkes)  And can you understand
11:09:20  22   if a particle is an amphibole based on an SAED
11:09:25  23   with -- in isolation that's only done with one axis?
11:09:27  24        A.    Yes, you can could that.
11:09:29  25        Q.    Okay.  So you can see an SAED that's only
```

99

```
11:09:32   1   done in one axis, pick it up and say I am sure that's
11:09:36   2   an amphibole?
11:09:36   3        A.    Yeah, if you measure it out, if you do the
11:09:40   4   verification, you know, you do the measurements on
11:09:42   5   it, it will give you the lattice parameters of an
11:09:46   6   amphibole of some type or, you know, maybe a
11:09:49   7   serpentine of some type if it's chrysotile.  And then
11:09:52   8   you can go, yeah, this is a -- it possibly is at this
11:09:56   9   point.
11:09:56  10        Q.    Okay.  I'm not asking if it possibly is.
11:09:58  11   I'm saying is there a one-axis diffraction pattern
11:10:01  12   that is uniquely -- strike that.
11:10:07  13        A.    Yeah.
11:10:07  14        Q.    If I had a one-axis diffraction pattern
11:10:12  15   for a phyllosilicate, there's no way you're going to
11:10:15  16   confuse that with an amphibole?
11:10:17  17        A.    Probably not.
11:10:19  18        Q.    Why not?
11:10:20  19        A.    They're stacked layers versus what is in
11:10:28  20   an amphibole where you have essentially -- I don't
11:10:34  21   know how to describe it.  They're like railroad iron,
11:10:41  22   what do you call it, like railroad tracks.  That's
11:10:44  23   how they're stacked up in an amphibole; whereas in a
11:10:47  24   phyllosilicate, you've got flat planes mostly.
11:10:50  25        Q.    Okay.  If I were to hand you a one-axis
```

100

```
11:10:51   1   SAED right now, you could tell me whether it was an
11:10:54   2   amphibole versus a phyllosilicate?
11:10:56   3        A.    Probably.  I don't know if I could tell
11:10:59   4   you as I sit here right now, but, you know, based on
11:11:01   5   the knowledge of the planes, measuring the crystal
11:11:08   6   planes, it's a good possibility you could say, yeah,
11:11:10   7   it's probably an amphibole.
11:11:11   8        Q.    Okay.  Within a reasonable degree of
11:11:13   9   scientific certainty?
11:11:13  10        A.    Yeah, I think you could say that, but
11:11:17  11   you'd want more data on it to be able to call the
11:11:20  12   class.
11:11:20  13        Q.    Did you do a comprehensive review of
11:11:23  14   crystalline material to determine whether there are
11:11:28  15   SAED patterns in one axis that look like amphiboles?
11:11:35  16        MS. O'DELL:  Object to the form.
11:11:36  17        THE WITNESS:  Well, I think the answer to
11:11:37  18   that is there are a number of them, and
11:11:42  19   depending upon the plane, the axis of the plane,
11:11:52  20   you know, you've got to do the measurements on
11:11:54  21   those.
11:11:54  22        So the answer to that is there are a
11:11:57  23   number of different planes; but in any one
11:12:00  24   sitting, again, if you get a good diffraction
11:12:04  25   pattern, you can still measure that pattern and
```

101

11:12:08  1    come up with whether it is an amphibole.

11:12:10  2        Q.    (By Mr. Chachnes)  The original question

11:12:12  3    is whether you did a comprehensive review of minerals

11:12:14  4    other than amphiboles, other than serpentine, to

11:12:17  5    determine whether there are one-axis SAED diffraction

11:12:21  6    patterns that you can't without more axes determine

11:12:25  7    whether it's an amphibole or another class.  Did you

11:12:29  8    do that?

11:12:29  9        MS. O'DELL:  Object to -- excuse me.

11:12:30  10       MR. CHACHNES:  Let me finish my question.

11:12:31  11       Q.    (By Mr. Chachnes)  Did you do such a

11:12:32  12   comprehensive review?

11:12:34  13       MS. O'DELL:  Objection to form.  That

11:12:35  14   wasn't the previous question.  Object to the

11:12:37  15   form.

11:12:37  16       THE WITNESS:  Well, I didn't do a

11:12:39  17   comprehensive review.

11:12:40  18       (By Mr. Chachnes)  Okay.  Did anybody do a

11:12:41  19   comprehensive review?

11:12:42  20   **A.    Well --**

11:12:45  21       MS. O'DELL:  Object to the form.

11:12:46  22       THE WITNESS:  -- understand -- once again,

11:12:48  23   understand that there's a huge body of

11:12:53  24   literature and standard methodologies that are

11:12:55  25   used for identifying these classes of minerals.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

102

11:13:00  1    It's well known.

11:13:01  2        You don't have to have -- I mean, you have

11:13:04  3    to have an awareness of that there that there

11:13:07  4    could be others, but focused in on these types

11:13:10  5    of minerals, you know, there's plenty of data to

11:13:15  6    be able to make a decision based on looking at

11:13:18  7    one plane.

11:13:20  8        For instance, chrysotile is a good

11:13:22  9    example.  You can look at the diffraction

11:13:24  10   pattern and see that it's streaked and right

11:13:27  11   away know that I possibly have this kind of, you

11:13:32  12   know, asbestiform mineral, let me look at the

11:13:36  13   morphology, oh, it's rolled up like a scroll.

11:13:39  14   That's chrysotile.  Oh, when I do the EDS, I've

11:13:42  15   got practically a 1-to-1 mag-silicon ratio.

11:13:47  16   Wow.  You know, 99 percent sure that this is

11:13:49  17   chrysotile.

11:13:49  18       Q.    (By Mr. Chachnes)  The original question

11:13:51  19   was did anybody at MAS --

11:13:52  20   **A.    I answered that.**

11:13:53  21       Q.    Okay.  Let me ask --

11:13:54  22   **A.    Not to cut you off --**

        23       Q.    You just did cut me off.

11:13:54  24   **A.    -- but I already answered that.**

11:13:55  25       Q.    Let me ask again.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

103

11:13:56  1        Did anybody at -- it's a yes or no

11:13:59  2    question.

11:13:59  3        Did anybody at MAS do a comprehensive

11:14:01  4    review to determine what I've asked?

11:14:05  5        MS. O'DELL:  Object --

11:14:05  6        THE WITNESS:  You'd have to ask Bill

11:14:07  7    Longo.

11:14:07  8        MS. O'DELL:  Excuse me.

11:14:08  9        THE WITNESS:  You'd have to ask Dr. Longo.

11:14:08  10       Q.    (By Mr. Chachnes)  Okay.  Sitting here

11:14:09  11   today you don't know?

11:14:09  12       MS. O'DELL:  Object to form.

11:14:18  13       THE WITNESS:  He could give you that

11:14:19  14   answer.

11:14:22  15       Q.    (By Mr. Chachnes)  Okay.  What about

11:14:22  16   you --

11:14:22  17       THE REPORTER:  Wait, wait.  You're talking

11:14:22  18   at the same time.

11:14:22  19       THE WITNESS:  Dr. Longo.  Sorry.

11:14:22  20   Dr. Longo.

11:14:22  21       Q.    (By Mr. Chachnes)  Okay.  But you can't

11:14:22  22   give me the answer?  I have to ask Dr. Longo?

11:14:26  23   **A.    I don't know.  That's my answer.  Ask**

11:14:29  24   **Dr. Longo.**

11:14:29  25       Q.    Is there a -- so there are SAED axes;

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

104

        1    correct?

11:14:38  2    **A.    Yes.**

11:14:38  3        Q.    And you can take an SAED image or pattern

11:14:44  4    on an axis or off an axis; right?

11:14:47  5    **A.    Uh-huh, yes.**

11:14:47  6        Q.    All right.  Is there an off-axis single

11:14:53  7    SAED diffraction pattern that is signature-only

11:14:57  8    amphiboles?

11:14:57  9    **A.    I would have to review that, but typically**

11:15:07  10   **the answer is if you get -- if you verify the**

11:15:15  11   **spacing, the atomic spacings, at the variance for**

11:15:19  12   **each one of the minerals, one of the -- you know,**

11:15:23  13   **asbestiform minerals -- you know, they're in a group,**

11:15:26  14   **there's a range for actually that spacing too, so --**

11:15:30  15   **but if you come within that spacing, then you most**

11:15:32  16   **likely have an amphibole.**

11:15:33  17       Q.    I wasn't asking you about most likely.

11:15:35  18   I'm asking about conclusive, 100 percent, you know

11:15:38  19   that's an amphibole.

11:15:39  20       MS. O'DELL:  Object to the form.

11:15:40  21       THE WITNESS:  I just told you.

11:15:41  22       Q.    (By Mr. Chachnes)  Okay.  You used the

11:15:44  23   word most likely.  Let me ask you a different way.

11:15:47  24   **A.    What -- I try to answer -- you keep**

11:15:49  25   **breaking these technologies up that we're using to**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**105**

11:15:54  1    verify this, which includes morphology, the shape and

11:15:57  2    form, which includes the chemistry, the EDS, and the

11:16:01  3    SAED required in the standard methods, all right.

11:16:04  4    These are the things. Each one of them by

11:16:08  5    themselves, no.

11:16:09  6        Q.    Okay. I'm only asking questions. I'm not

11:16:12  7    telling you what your report is consisting of. I'm

11:16:14  8    not telling you anything. I'm just asking questions.

11:16:16  9    So if you could just focus on the question --

11:16:19  10       A.    I'm trying to focus on it, but you keep

11:16:21  11   bringing up things that don't go together. All

11:16:24  12   right. They don't go together for the analysis.

11:16:25  13       Q.    Okay. If I were to tell you that a career

11:16:36  14   academic mineralogist looked at one of your single

11:16:40  15   axis identifications of an asbestos and said that

11:16:47  16   SAED diffraction pattern can correspond to many

11:16:52  17   different minerals, would you have reason to dispute

11:16:55  18   that?

11:16:55  19       A.    No.

11:16:56  20       MS. O'DELL: Object to the form.

11:16:57  21       Q.    (By Mr. Chachkes) Okay. If I brought in

11:16:58  22   that same mineralogist who said this single axis

11:17:02  23   diffraction pattern that you have can correspond to

11:17:07  24   some nonamphibole minerals, do you have -- sitting

11:17:11  25   here today do you have a reason to dispute that?

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

**106**

11:17:13  1        A.    Yes.

11:17:14  2        Q.    Okay. What is that reason?

11:17:14  3        A.    Well, I would have to see what the -- what

11:17:18  4    they were disputing. I'd have to see the data first.

11:17:20  5    And then I would like to know the qualifications of

11:17:23  6    this expert and I would like to see what their

11:17:25  7    quality control is in order to be able to say this

11:17:29  8    person -- especially in academia, because academia

11:17:32  9    most of the time doesn't have any kind of quality

11:17:34  10   control.

11:17:34  11       So I look a little bit less on their --

11:17:40  12   you know, they may have been a professor in this for

11:17:42  13   who knows how long. How long have they worked in the

11:17:45  14   laboratory? What's their quality control? What have

11:17:48  15   they done? This is what I want to know.

11:17:50  16       Q.    Do you --

11:17:51  17       A.    The analysts that we have -- so let me

11:17:53  18   answer the question.

11:17:54  19       The analysts we have essentially go

11:17:57  20   through a process where they are tested by NIST

11:18:02  21   NVLAP. Think are tested on a quarterly basis on

11:18:05  22   unknowns that NIST sends to us that we have to

11:18:08  23   identify, okay.

11:18:08  24       So what academic professor does that?

11:18:10  25   None that I know of.

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

**107**

11:18:13  1        Q.    Okay.

11:18:14  2        A.    So you can bring up all the academic

11:18:17  3    professors, and I will dispute, you know, a lot of

11:18:19  4    what they do.

11:18:20  5        Q.    Okay. If a supremely complicated --

11:18:27  6    strike that.

11:18:27  7        If a supremely qualified mineralogist and

11:18:31  8    SAED expert were to tell you that one of your single

11:18:34  9    axis diffraction patterns that you identified as

11:18:37  10   asbestos can correspond to a nonamphibole -- on a

11:18:43  11   theoretical basis based on the structure of the

11:18:45  12   nonamphibole, sitting here today, do you have a

11:18:46  13   reason to dispute that?

11:18:47  14       MS. O'DELL: Object to the form.

11:18:49  15       THE WITNESS: Yes.

11:18:49  16       Q.    (By Mr. Chachkes) Okay. What is that?

11:18:50  17       A.    I just told you. I'm not going to go

11:18:51  18   through the answer all over again.

11:18:54  19       Q.    Okay. That was all practical. I'm now

11:18:56  20   talking about theoretical.

11:18:56  21       A.    Same for that one, too. Same answer.

11:18:57  22       Q.    SAED patterns correspond to the lattice of

11:19:02  23   a mineral; correct?

11:19:03  24       A.    Correct.

11:19:03  25       Q.    Is there a nonamphibole that has a lattice

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

**108**

11:19:09  1    that could possibly give you a single axis

11:19:13  2    diffraction pattern that looks like an amphibole?

11:19:17  3        A.    I don't know the answer to that because

11:19:20  4    most of them are -- they have diffraction data for

11:19:24  5    all these minerals, and there will be slight

11:19:27  6    differences between them. So, you know, I would have

11:19:29  7    to look at the data.

11:19:29  8        Q.    Okay. Can you identify -- okay, I think I

11:19:33  9    already asked -- did I already ask you if you can

11:19:35  10   identify a particle with SAED alone?

11:19:35  11       A.    Yeah.

11:19:36  12       Q.    Okay. I'm not going to --

11:19:37  13       A.    Yep.

11:19:38  14       Q.    -- again.

11:19:39  15       Did I ask whether you can distinguish

11:19:41  16   anthophyllite from talc --

11:19:42  17       A.    Yes.

11:19:42  18       Q.    -- SAED alone?

11:19:43  19       A.    Yes.

11:19:44  20       Q.    Okay. Sorry if I'm --

11:19:46  21       A.    That's okay.

11:19:46  22       Q.    Oh, I know where I am.

11:19:48  23       Can you distinguish anthophyllite from

11:19:50  24   cummingtonite with SAED alone?

11:19:53  25       A.    Let's see. The answer to that is

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

109

11:20:00 1 possibly.

11:20:02 2 Q. When you say possibly, can you be

11:20:03 3 specific?

11:20:04 4 A. Again, you'd have to do -- you'd have to

11:20:08 5 do zone axis in a couple of different zones to tell,

11:20:11 6 and then you probably can say it's most likely. But

11:20:14 7 again, you'd want to do -- you'd want to do the EDS

11:20:17 8 and you'd, of course, look at the form of it, too.

11:20:19 9 Q. So how many zone axes would you need if

11:20:22 10 you only had SAED to rely on to determine whether you

11:20:25 11 were looking at anthophyllite or cummingtonite?

11:20:28 12 MS. O'DELL: Object to the form.

11:20:29 13 THE WITNESS: You could do -- you could

11:20:31 14 use one. It depends on the pattern that you

11:20:34 15 see. If it was more of an orthorhombic pattern,

11:20:39 16 you know, most likely anthophyllite; if it was

11:20:40 17 more a monoclinic pattern, most likely

11:20:45 18 cummingtonite.

11:20:45 19 Q. (By Mr. Chachkes) Okay. Let me just show

11:20:45 20 you what was marked yesterday as Exhibit 15.

11:20:55 21 Do you have 15? No. Here it is, I'm

11:20:58 22 sorry. Okay.

11:21:01 23 I'll represent to you what was -- what's

11:21:05 24 in Exhibit 15 is pulled from a textbook. Do you

11:21:08 25 recognize that as an SAED pattern in three axes?

110

11:21:10 1 A. Yes.

11:21:11 2 Q. And is there any reason to believe this is

11:21:12 3 an incorrect three-axes SAED pattern for tremolite?

11:21:16 4 MS. O'DELL: Object to form.

11:21:17 5 THE WITNESS: I have no idea on that.

11:21:18 6 What was this published in; do you know?

11:21:20 7 Q. (By Mr. Chachkes) It's not coming to my

11:21:21 8 mind right now but --

11:21:22 9 A. I need to know that.

11:21:22 10 Q. Okay.

11:21:23 11 A. Yep. I can't make any decisions on that

11:21:26 12 unless I know the surrounding stuff here.

11:21:27 13 Q. That's fine.

11:21:28 14 A. Yeah.

11:21:28 15 Q. Sitting here today, any reason to believe

11:21:30 16 this is incorrect?

11:21:31 17 MS. O'DELL: Object to the form.

11:21:33 18 THE WITNESS: Again --

11:21:34 19 MS. O'DELL: He's answered your question.

11:21:36 20 THE WITNESS: Yep. It's hard to tell

11:21:38 21 without, you know, knowing where this is from.

11:21:42 22 Q. (By Mr. Chachkes) Okay. Is it your

11:21:44 23 understanding that tremolite can have different SAED

11:21:48 24 patterns in the three different axes?

11:21:52 25 A. Again, it could. But once again, when you

111

11:21:57 1 measured that, when you measure out for each one of

11:21:57 2 the sets or wherever it would be, there are

11:21:59 3 parameters -- lattice parameters in each one of those

11:22:03 4 zones, and that would still be tremolite.

11:22:05 5 Q. Okay. If --

11:22:06 6 A. It would still be tremolite.

11:22:07 7 Q. Okay.

11:22:08 8 A. Okay.

11:22:08 9 Q. Are you done?

11:22:09 10 A. Yeah.

11:22:09 11 Q. Okay. If you had an SAED pattern for a

11:22:11 12 mineral in three separate axes and each one was

11:22:14 13 exactly the same, could it possibly be tremolite?

11:22:17 14 MS. O'DELL: Object to the form.

11:22:18 15 THE WITNESS: I don't know.

11:22:18 16 Q. (By Mr. Chachkes) Wouldn't that mean it

11:22:20 17 was a symmetric lattice and that tremolite doesn't

11:22:24 18 have a symmetric lattice?

11:22:27 19 A. Again, I don't know how to answer that

11:22:28 20 question.

11:22:29 21 Q. Are you aware of what the lattice of

11:22:30 22 tremolite looks like?

11:22:31 23 A. Yes. I am. It is monoclinic.

11:22:35 24 Q. Okay. Is it perfectly symmetrical in the

11:22:38 25 X, Y, and Z axes?

112

11:22:40 1 A. I don't know. I'd have to look at it.

11:22:42 2 Q. Okay. We can take a break now, if you

11:22:51 3 like.

11:22:51 4 A. Do you need a break?

11:22:52 5 Q. Yeah.

11:22:54 6 A. Sure.

11:22:54 7 (Recess from 11:22 a.m. to 11:42 a.m.)

11:42:33 8 Q. (By Mr. Chachkes) Would you agree with

11:42:52 9 the statement that the more complete the SAED pattern

11:42:56 10 an analyst obtains, the more likely the analyst is to

11:43:00 11 make an accurate determination of the crystal

11:43:02 12 structure?

11:43:04 13 A. I don't know what you mean by complete.

11:43:08 14 Aside from the definition of the SAED pattern,

11:43:16 15 sometimes they can be faint; they can be light. So

11:43:21 16 the more defined the pattern is, I would say that

11:43:24 17 helps.

11:43:24 18 Q. Okay. When you say defined, you mean the

11:43:26 19 kind of the -- when you say faint and light, that's

11:43:31 20 just a matter of how dark the dot is?

11:43:32 21 A. Yeah, well, the diffraction pattern

11:43:34 22 sometimes can be very -- it can be very faint, so,

11:43:38 23 you know, it just depends. So the more defined the

11:43:43 24 pattern is, the better.

11:43:43 25 Q. What about the more focused the pattern,

113

11:43:46 1 the better?

11:43:47 2 A. Again, the pattern is usually going to be

11:43:52 3 focused properly -- when the microscope is set up

11:43:55 4 properly, you're going to get a good defined pattern.

11:43:58 5 So it's mainly the ability to see all the spots there

11:44:04 6 associated with that particular zone.

11:44:06 7 Q. If you get a SAED pattern where the dots

11:44:09 8 are unfocused, can that hamper the ability to

11:44:14 9 identify the crystal?

11:44:15 10 MS. O'DELL: Object to the form.

11:44:16 11 THE WITNESS: The answer to that is no.

11:44:18 12 Sometimes we see patterns that are smeared or

11:44:21 13 diffuse. Again, chrysotile is a good example of

11:44:23 14 that.

11:44:24 15 But if you see a very diffuse pattern,

11:44:28 16 then you may have what's more like an amorphous,

11:44:31 17 not a very crystalline material, and you'll see

11:44:34 18 that in rings.

11:44:35 19 Q. (By Mr. Chachkes) Are there instances

11:44:36 20 where you are unable to obtain a clear SAED pattern

11:44:40 21 so your data in that scenario is inconclusive?

11:44:44 22 MS. O'DELL: Object to the form.

11:44:45 23 THE WITNESS: You will work to get the

11:44:51 24 best pattern that you can out of the structure

11:44:52 25 that you have, so the answer to that is you

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

114

11:44:54 1 won't use a pattern that's not acceptable.

11:44:57 2 Q. (By Mr. Chachkes) Right. The question

11:44:58 3 isn't about -- so the question is -- let me ask a

11:45:01 4 different question.

11:45:01 5 A. Okay.

11:45:02 6 Q. In doing the MDL samples, did you ever run

11:45:04 7 across a case where you were unable to obtain a clear

11:45:09 8 SAED pattern and so the SAED was inconclusive?

11:45:12 9 MS. O'DELL: Object to the form.

11:45:13 10 THE WITNESS: I don't know of any, no.

11:45:14 11 Q. (By Mr. Chachkes) Analysts can use the

11:45:18 12 information obtained from SAED to make distinctions

11:45:22 13 in the crystal system of the lattice, for example,

11:45:27 14 whether it's triclinic, monoclinic, cubic, or

11:45:30 15 orthorhombic?

11:45:33 16 A. Yes.

11:45:33 17 Q. Okay. Sorry.

11:45:37 18 A. I paused.

11:45:38 19 Q. Yes.

11:45:50 20 Describe how you or your analysts

11:45:53 21 calibrate the SAED apparatus.

11:45:56 22 A. The electron diffraction? Again, I'm not

11:45:59 23 an expert in that particular area, but what they

11:46:02 24 typically do is they'll do a sizing based on gold, a

11:46:08 25 film of gold, and from that they will make

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

115

11:46:12 1 calculations on what the gold lattice parameters are,

11:46:17 2 and then they will compare that to the unknown using

11:46:21 3 that particular configuration.

11:46:23 4 Q. Okay. Sometimes you say diffraction

11:46:27 5 pattern, and just to be clear --

11:46:29 6 A. Sure.

11:46:29 7 Q. -- diffraction pattern, you're being

11:46:32 8 synonymous with SAED?

11:46:34 9 A. Yes.

11:46:34 10 Q. And how do your analysts determine when

11:46:38 11 it's appropriate to take multiple axes for a single

11:46:42 12 sample under SAED?

11:46:43 13 A. That's a good question. Typically we'll

11:46:46 14 do that for anthophyllite to verify that it is

11:46:50 15 anthophyllite. We'll take multiples on that.

11:46:52 16 It's not required in the standard method

11:46:55 17 to do that because typically you can do it in one

11:46:58 18 zone for the amphiboles. But to show that it's not

11:47:04 19 fibrous talc versus anthophyllite, you're essentially

11:47:08 20 going to take another one to verify it.

11:47:10 21 Q. Okay. For tremolite, you take one axis?

11:47:12 22 A. Yes, you can.

11:47:13 23 Q. Okay. Not what -- I'm not asking about

11:47:15 24 what you can do. So let me put it --

11:47:17 25 A. Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

116

1 Q. Okay.

11:47:18 2 A. The answer's yes.

11:47:19 3 Q. Okay. There are no SAED patterns that you

11:47:23 4 created for the MDL samples that weren't produced;

5 correct?

11:47:25 6 A. Correct.

11:47:26 7 Q. And I'm seeing one SAED pattern for the

11:47:29 8 tremolite, meaning can I conclude that you've only

11:47:32 9 taken one SAED pattern for the tremolites?

11:47:34 10 A. I would say yes to that.

11:47:35 11 Q. Okay. And I'm seeing two SAED patterns

11:47:39 12 for anthophyllite. Is it okay for me to conclude

11:47:41 13 that you take only two patterns for anthophyllite?

11:47:45 14 A. Most likely yes, because again, we want to

11:47:48 15 be able to distinguish that from fibrous talc.

11:47:52 16 Q. Let's look at another exhibit. What

11:48:00 17 number is that? Is that like 16? Let's look at 16.

11:48:08 18 A. Okay.

11:48:08 19 Q. Do you recognize what's been marked as

11:48:10 20 Longo Exhibit 16?

11:48:15 21 A. Yes.

11:48:15 22 Q. What's a diffraction verification?

11:48:17 23 A. These are diffractions that have been done

11:48:21 24 on a sample that's already been analyzed, and what

11:48:24 25 the analyst does is they go back in and they verify

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

---

**117**

1 **the diffraction pattern. They verify that it is, in**
2 **fact, whatever it was called before.**
3 Q. Yeah, I see that -- do you see the date
4 verified down there in the lower left?
5 A. **Which one are we looking at? Page 1?**
6 Q. Let's look at the first page of that --
7 A. **Okay.**
8 Q. -- that you actually see a verification.
9 Most if not all of the verifications are after the
10 date of your first report; is that correct?
11 MS. O'DELL: At least on this page?
12 THE WITNESS: Yeah.
13 MR. CHACHKES: Well, it's a question.
14 THE WITNESS: I would think -- what's the
15 question again?
16 Q. (By Mr. Chachkes) The question is were
17 most if not all of your verifications for the MDL
18 samples done after the date of your first report,
19 which was October 14?
20 A. **I don't know. I'd have to look at these**
21 **and compare that to that date.**
22 Q. Okay. This verification, for example, was
23 done after the date of your first report; correct?
24 A. **Yes.**
25 Q. Okay. And you're --

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

---

**118**

1 A. **Are you talking about the November report?**
2 Q. November 14 --
3 A. **Yes.**
4 Q. -- I'm saying that's the first report.
5 A. **Sure.**
6 Q. So at the very least, you had already
7 determined by October 14 that this sample on the
8 first page corresponded to anthophyllite before you
9 had done the verification; correct?
10 A. **Well, the answer to that is yes, we**
11 **already had determined it was anthophyllite.**
12 Q. Okay. And so the verification's, what,
13 kind of a belt and suspenders?
14 A. **Sure.**
15 MS. O'DELL: Object to the form.
16 THE WITNESS: Well, I mean, it's a
17 follow-up.
18 Q. (By Mr. Chachkes) Okay. And I see that
19 there's a range in the table of amphibole types up
20 there at the top; do you see that?
21 A. **Yes.**
22 Q. What does the range column mean?
23 A. **That is the actual atomic spacing for that**
24 **lattice parameter. And, for instance, if you take**
25 **grunerite at the beginning there, you'll see it's**

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

---

**119**

1 4.94 to 5.46. So within that range, if your spacing
2 falls within that range, it could be grunerite.
3 Q. Now, for this verification page, you
4 calculated a d-spacing of 5.23; correct?
5 A. **Correct.**
6 Q. And that falls within the range of every
7 single amphibole on that list; right?
8 A. **Correct.**
9 Q. How was it that this verifies that this is
10 anthophyllite when it falls within the range of every
11 amphibole in your list?
12 A. **Well, again, this is not -- this is an**
13 **incomplete. We have to look at the EDS, and we also**
14 **have to look at the form again. So with that**
15 **standard methodology, then we can come to a**
16 **conclusion that it is anthophyllite.**
17 **So it's not done in a vacuum, if you will.**
18 **The only thing that's done in a vacuum is putting the**
19 **sample into the electron microscope.**
20 **But that is true, and you will see that**
21 **for these lattice parameters.**
22 Q. For this sample that we're looking
23 at, the d-spacing indeed corresponds to grunerite,
24 actinolite, tremolite, crocidolite, and
25 anthophyllite; correct?

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

---

**120**

1 MS. O'DELL: Object to the form.
2 THE WITNESS: Well, I mean, it's within
3 the range there. Again, this is why you can't
4 just use the one method to say, oh, I'm going to
5 use SAED and say that it is anthophyllite.
6 You've got to go look at the form of it;
7 you've got to go do the EDS to prove that it is.
8 So yeah.
9 Q. (By Mr. Chachkes) Yeah, you would not use
10 EDS d-spacing alone to determine the mineral you're
11 looking at because it falls under too many different
12 minerals; correct?
13 MS. O'DELL: Object to the form.
14 THE WITNESS: It tells you that it is an
15 amphibole, that it is in that range. And again,
16 we do -- let's see. There should be another one
17 here of the same one. Let's see.
18 Number 301 01. If you go to the next
19 page, you'll see this is the same structure
20 again, same structure again, the second
21 verification. Down here you'll see the zone, it
22 was a 101, and the d-spacing for that zone are
23 shown there for each one of the angles -- you
24 know, each one of the lattice parameters, and
25 this verifies it as anthophyllite if you were

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

---

**121**

11:52:34 1    looking at the table, the spacing table.  So

11:52:37 2    then we look at the EDS, the EDS confirms again

11:52:40 3    the chemistry.  So, you know, it's dead to right

11:52:45 4    anthophyllite.

11:52:46 5        Q.    (By Mr. Chachkes)  So you're just looking

11:52:47 6    at -- so I see the spacing here is 21.2?

11:52:50 7        A.    Right.  Now that's in -- this zone is 101

11:52:54 8    zone.

11:52:55 9        Q.    Okay.

11:52:56 10       A.    Okay.  That is what it would be in the 101

11:52:58 11   zone.

11:52:58 12       Q.    And you don't have ranges for the 101

11:53:01 13   zone, do you?

11:53:02 14       A.    Well, there are tables for the ranges in

11:53:03 15   the 101 zone.  We don't have one right here --

11:53:07 16       Q.    Okay.

11:53:07 17       A.    -- but there are table ranges for that.

11:53:09 18       Q.    When you say -- so for this table on the

11:53:12 19   second page of -- the second verification, are you

11:53:16 20   looking at the 5.05 down at the bottom?

11:53:19 21       A.    Yes.

11:53:19 22       Q.    Okay.  That 5.05 falls within every single

11:53:23 23   amphibole type in your table as well?

11:53:26 24       A.    No, no.  It's a combination of the HKO,

11:53:29 25   the HKL, the zone that you're in what the angle is.

**122**

11:53:32 1    There are tables for these.  You know what I'm

11:53:35 2    saying?  We had talked about that a little bit

11:53:37 3    before.  There are tables for these.  And in each one

11:53:41 4    of the zones there are spacings, spacing tables, and

11:53:45 5    these fit in the anthophyllite zone.

11:53:48 6        Q.    When you say these, do you mean the 101

11:53:51 7    spacing of 21.2?

11:53:52 8        A.    Well, yes.

11:53:53 9        Q.    Okay.  And that table's not reproduced in

11:53:55 10   this page; correct?

11:53:56 11       A.    No, it's not here.

11:53:57 12       Q.    So in the peer-reviewed literature I would

11:53:59 13   find that a 101 zone spacing of 21.2 will correspond

11:54:09 14   uniquely to anthophyllite?

11:54:09 15       A.    The answer to that is yes.

11:54:11 16       Q.    Okay.  Can you tell me what peer-reviewed

11:54:13 17   literature?

11:54:13 18       A.    Let's see.  There's a large body of card

11:54:19 19   data, diffraction card data, and again, there are

11:54:20 20   zone tables in that data, and that's where it comes

11:54:25 21   from.  That's why we do the -- that's why we do the

11:54:29 22   double verification on anthophyllite, you know,

11:54:30 23   because it doesn't fit with talc.

11:54:33 24       Q.    Can you tell me conclusively whether there

11:54:38 25   are other minerals that in the zone 101 have spacing

**123**

11:54:47 1    of 21.2 in that range?

11:54:49 2        A.    I can't tell you that as I sit here.

11:54:51 3        Q.    Okay.  Does the verification -- have you

11:55:04 4    ever done a verification and the spacing fell outside

11:55:07 5    the range of what you had already identified?

11:55:09 6        A.    I don't know the answer to that.

11:55:10 7        Q.    Did that happen for the MDL at all?  You

11:55:13 8    just don't know?

11:55:14 9        A.    I don't know.

11:55:15 10       MS. O'DELL:  Object to the form.

11:55:15 11       THE WITNESS:  Yeah, I don't know.

11:55:16 12       Q.    (By Mr. Chachkes)  If it happened, you

11:55:18 13   would have reported it; right?

11:55:19 14       A.    Well, yes.  I would think so, yes.

11:55:21 15       Q.    Did you do any of these d-spacing

11:55:30 16   verifications prior to the first draft, the

11:55:33 17   November 14 version of your report?

11:55:35 18       A.    I --

11:55:36 19       MS. O'DELL:  Feel free to look through it

11:55:37 20   if you need to.  Look at the dates.

11:55:39 21       THE WITNESS:  Let's see what we've got

11:55:40 22   here.  Yeah, it looks like a few.  Some of them

11:55:47 23   were here.  Get towards the back.  They were

11:55:49 24   done in October.

11:55:52 25       It looks like about half of them; half of

**124**

11:55:54 1    them were done before that first report.

11:55:56 2        Q.    (By Mr. Chachkes)  Can I conclude because

11:56:00 3    some were done after and some were done before the

11:56:02 4    first report, it wasn't material to your findings in

11:56:05 5    the first report?

11:56:07 6        MS. O'DELL:  Object to the form.

11:56:10 7        THE WITNESS:  Are you saying the ones that

11:56:12 8    are after that are not material?  What's the

11:56:14 9    question?

11:56:15 10       Q.    (By Mr. Chachkes)  No.

11:56:15 11       So clearly before -- at the time of your

11:56:18 12   first report there were MDL samples on which you had

11:56:23 13   not done a d-spacing verification; correct?

11:56:25 14       A.    No, we did the verification.  I mean, we

11:56:28 15   did -- I mean, you have to understand it was called

11:56:31 16   at the time based on the data that we had for that

11:56:38 17   pattern, that chemistry, that morphology.

11:56:40 18       So again, I would say that they all have

11:56:46 19   been verified prior to that.

11:56:47 20       Q.    Okay.  So I want to make sure we're clear

11:56:50 21   here.

11:56:50 22       A.    Sure.

11:56:51 23       Q.    So going back to the first verification, I

11:56:54 24   see -- it says date verified November 19; correct?

11:56:57 25       A.    Yes.

**125**

```
11:56:57   1      Q.    You're saying there was another
11:56:59   2   verification prior to November 14?
11:57:01   3      A.    Sure.
11:57:01   4      Q.    And you did --
11:57:01   5      A.    The actual analysis, when it was actually
11:57:03   6   done.
11:57:03   7            MR. CHACHKES:  Okay.  So we would actually
11:57:06   8   request that that other data be produced.
11:57:08   9            MS. O'DELL:  It's been produced.
11:57:09  10            THE WITNESS:  You already have it.  It's
11:57:10  11   all in the reports.
11:57:11  12      Q.    (By Mr. Chachkes)  Okay.
11:57:12  13      A.    Yeah.
11:57:12  14      Q.    So was there a -- why did you redo it on
11:57:16  15   11/19?
11:57:17  16      A.    It's just part of our quality control.  We
11:57:20  17   eventually have to do it as part of quality.
11:57:22  18      Q.    So every single d-spacing that you did,
11:57:25  19   you did twice?
11:57:26  20      A.    If it was anthophyllite, yeah.
11:57:28  21      Q.    Okay.  So the tremolites were all done --
11:57:34  22   so let me just -- I'm looking at a page for tremolite
11:57:37  23   where the verification is 11/19.
11:57:41  24      A.    Okay.  I mean, we've got anthophyllites
11:57:45  25   that were double-verified before that report also
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**126**

```
11:57:48   1   that was on 10/31/2018.
11:57:51   2      Q.    Right.
11:57:51   3      A.    There are a number of them here in the
11:57:53   4   report.
11:57:53   5      Q.    So --
11:57:54   6      A.    Numerous.
11:57:55   7      Q.    You're saying some of the tremolites were
11:57:57   8   double-verified?
11:57:58   9            MS. O'DELL:  Object to the form.
11:57:59  10            THE WITNESS:  No, I don't think the
11:58:00  11   tremolites were.  The anthophyllites are.
11:58:03  12      Q.    (By Mr. Chachkes)  Okay.
11:58:03  13      A.    Yes.
11:58:03  14      Q.    I can show you.  I just don't have the
11:58:04  15   page numbers.
11:58:05  16      A.    Okay.
11:58:05  17      Q.    If you look at that one --
11:58:07  18      A.    All right.
11:58:07  19      Q.    -- in the exhibit --
11:58:09  20            MS. O'DELL:  So let's be clear on the
11:58:10  21   record.  Is there a sample number --
11:58:12  22      Q.    (By Mr. Chachkes)  You say the sample
11:58:12  23   number.  What's the sample number for that one?
11:58:13  24      A.    M68503-020-002.
11:58:20  25      Q.    And that was the tremolite; correct?
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**127**

```
11:58:22   1      A.    That was a tremolite, yes.
11:58:24   2      Q.    And it was verified after the date of the
11:58:25   3   first report; correct?
11:58:26   4      A.    11/19/2018.  What is the date of the first
11:58:31   5   report?
11:58:33   6            MS. O'DELL:  11/14.
11:58:33   7      Q.    (By Mr. Chachkes)  11/14.
11:58:34   8      A.    14.  Okay.  Yeah.
11:58:34   9      Q.    So that was verified after the date of the
11:58:37  10   first report; correct?
11:58:38  11      A.    Uh-huh.
11:58:38  12      Q.    That means that as of the date of the
11:58:40  13   first report it had not been verified?
11:58:41  14            MS. O'DELL:  Objection to form.
11:58:43  15            MS. PARFITT:  Objection.
11:58:44  16            THE WITNESS:  Well, let's back up just a
11:58:45  17   second.  The actual date of the photo, okay, the
11:58:48  18   diffraction photo, was 10/26/2018, okay.  So it
11:58:52  19   actually was done before that.
11:58:54  20      Q.    (By Mr. Chachkes)  The photo was taken --
11:58:55  21      A.    The photo was taken, okay, and that's the
11:58:58  22   data.  The photo is the data.  So regardless of this
11:59:02  23   right here, all right, that is the pattern, and
11:59:06  24   that's what it was.
11:59:10  25      Q.    You know what I'm talking about; right?
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**128**

```
          1      A.    Yeah, I know what you mean.
          2      Q.    The actual --
          3      A.    I get that.
11:59:13   4            MS. O'DELL:  Let him finish.
11:59:13   5      Q.    (By Mr. Chachkes)  Let me just finish.
          6      A.    Okay.
11:59:14   7      Q.    Taking the photo and turning it into
11:59:16   8   useful data in a verification that gives you
11:59:17   9   d-spacing, you didn't do that until after the report?
11:59:19  10            MS. O'DELL:  Object to form.
11:59:21  11            THE WITNESS:  Well, again, I would have to
11:59:21  12   consult with the laboratory to see, you know,
11:59:25  13   what actually was done here.  But the data
11:59:27  14   existed before the report was done.
11:59:28  15      Q.    (By Mr. Chachkes)  That's not my question.
11:59:29  16      A.    I understand that.  But understand that it
11:59:33  17   was already verified prior to that or wouldn't have
11:59:35  18   ended up in the report as tremolite.
11:59:37  19      Q.    Was it verified with d-spacing prior to
11:59:39  20   the report at 11/14?
11:59:41  21      A.    I would have to check on that, but to my
11:59:43  22   knowledge, it would be, yeah.
11:59:44  23      Q.    Okay.  So this would be a second d-spacing
11:59:47  24   calculation that you did for the tremolite?
11:59:49  25            MS. O'DELL:  Object to the form.
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

129

| | |
|---|---|
| 11:59:50 1 | THE WITNESS: Yes. |
| 11:59:50 2 | Q. (By Mr. Chachkes) Okay. |
| 11:59:52 3 | A. **Yes.** |
| 11:59:52 4 | Q. When you did the first one -- strike that. |
| 11:59:58 5 | A. **Okay.** |
| 11:59:58 6 | Q. D-spacing's important to determining |
| 12:00:03 7 | whether you're accurately identifying a mineral using |
| 12:00:08 8 | diffraction patterns? |
| 12:00:11 9 | MS. O'DELL: Objection to form. |
| 12:00:12 10 | THE WITNESS: It's part of the standard |
| 12:00:13 11 | methodology. |
| 12:00:14 12 | Q. (By Mr. Chachkes) Is it an important |
| 12:00:15 13 | part? |
| 12:00:15 14 | MS. O'DELL: Objection to form. |
| 12:00:16 15 | THE WITNESS: Well, I would think that if |
| 12:00:17 16 | you wanted the answer that, again, is it part of |
| 12:00:22 17 | the methodology, a lot of standards use that, so |
| 12:00:25 18 | yes. |
| 12:00:26 19 | Q. (By Mr. Chachkes) Okay. Your methodology |
| 12:00:29 20 | of -- that you've described today for how you did |
| 12:00:33 21 | SAED -- strike that. |
| 12:00:37 22 | A. **Good.** |
| 12:00:37 23 | Q. Let's look at a specific section from your |
| 12:00:44 24 | report. And so you -- yes. |
| 12:00:53 25 | This is sample M68503-208 -- go slow |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

130

| | |
|---|---|
| 12:01:00 1 | here -- -028. Sorry. It's page 585 of the version |
| 12:01:07 2 | of the January 15 report that was produced to us. |
| 12:01:12 3 | And plaintiffs' counsel -- |
| 12:01:13 4 | MS. O'DELL: I didn't catch that number. |
| 12:01:15 5 | Excuse me. What was it? |
| 12:01:16 6 | MR. CHACHKES: It was M68503-028. |
| 12:01:23 7 | MS. O'DELL: What's the page of the |
| 12:01:27 8 | report? |
| 9 | MR. CHACHKES: 585 of the version produced |
| 12:01:27 10 | to us. And you brought us versions separated by |
| 12:01:27 11 | decades, so you can find it in the 1970s |
| 12:01:30 12 | notebook. Okay. |
| 12:01:36 13 | Q. (By Mr. Chachkes) And let's mark this as |
| 12:01:38 14 | a separate exhibit just so you can have it in front |
| 12:01:40 15 | of you without a huge binder. |
| 16 | MS. O'DELL: It's -- |
| 12:01:46 17 | MR. CHACHKES: You want to do it in the |
| 12:01:46 18 | binder? That's fine. If you can locate it, I |
| 12:01:50 19 | don't care. |
| 12:01:50 20 | MS. O'DELL: I just don't want -- if he |
| 12:01:51 21 | needs to look at any other data, I want it to be |
| 12:01:54 22 | available to him. You're welcome to hand him |
| 12:01:55 23 | the exhibit, but I want to find it as well. |
| 12:01:56 24 | MR. CHACHKES: If you're going to find it, |
| 12:01:57 25 | it's just easy enough to do it that way. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

131

| | |
|---|---|
| 12:02:05 1 | MS. O'DELL: And it's M68503-028? |
| 12:02:10 2 | MR. CHACHKES: -028, correct. |
| 12:02:17 3 | THE WITNESS: What's the decade? |
| 12:02:19 4 | Q. (By Mr. Chachkes) I'm told the '70s. |
| 12:02:38 5 | A. **Let's see what it says here -- 03 --** |
| 6 | MS. O'DELL: Is that it? |
| 12:02:39 7 | THE WITNESS: Should be section 8 -- you |
| 12:02:41 8 | said 028? It should be section -- well, it's |
| 12:02:44 9 | section 8 in ours. I'm not sure what it is in |
| 12:02:47 10 | here. |
| 12:02:50 11 | MS. O'DELL: Here we go. |
| 12:02:51 12 | THE WITNESS: Section 8. Okay. There we |
| 12:03:07 13 | go. |
| 12:03:08 14 | Q. (By Mr. Chachkes) Okay. Are you there? |
| 12:03:11 15 | A. **Yes.** |
| 12:03:11 16 | Q. Okay. So it's anthophyllite, so you would |
| 12:03:13 17 | expect two diffraction patterns; correct? Can you |
| 12:03:19 18 | see two diffraction patterns? |
| 12:03:21 19 | A. **In this, there may be just one here.** |
| 12:03:24 20 | **There may be two on the verification, but let's see** |
| 12:03:26 21 | **if there is. Let's see.** |
| 12:03:31 22 | **41391. Yes. There's two of them.** |
| 12:03:32 23 | Q. Why did you say there may be just one? |
| 12:03:34 24 | A. **Oh, well, I was thinking the -- I was** |
| 12:03:37 25 | **thinking anything else but anthophyllite. But** |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

132

| | |
|---|---|
| 12:03:40 1 | they're both here. |
| 12:03:41 2 | Q. So for anthophyllite you always expect two |
| 12:03:43 3 | patterns in your report; correct? |
| 12:03:45 4 | A. **There should be, yes.** |
| 12:03:45 5 | Q. Okay. Now, looking at these diffraction |
| 12:03:49 6 | patterns, is there -- for this single sample that |
| 12:03:54 7 | we're looking at, can you use just those diffraction |
| 12:03:58 8 | patterns to tell whether or not it's cummingtonite as |
| 12:04:05 9 | an option? |
| 12:04:06 10 | MS. O'DELL: Object to the form. |
| 12:04:21 11 | THE WITNESS: What's the question again? |
| 12:04:23 12 | Q. (By Mr. Chachkes) So can you tell from |
| 12:04:25 13 | the two diffraction patterns that you have for sample |
| 12:04:28 14 | M68503-028 whether this is anthophyllite versus |
| 12:04:35 15 | cummingtonite, just focusing on the diffraction |
| 12:04:37 16 | patterns? |
| 12:04:38 17 | A. **No.** |
| 12:04:38 18 | Q. And why not? |
| 12:04:39 19 | A. **Well, they can have a similar diffraction** |
| 12:04:42 20 | **pattern if this looks like -- this looks like an** |
| 12:04:47 21 | **orthorhombic pattern, just looking at it. So the** |
| 12:04:54 22 | **cummingtonite is going to have more of a monoclinic** |
| 12:04:56 23 | **pattern.** |
| 12:04:56 24 | Q. But you answered no. Why did you answer |
| 12:04:58 25 | no? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

133

1    A.    What --

2    Q.    You said no to my question.

3    A.    What was the question again?

4    Q.    Can you tell whether -- from just the EDS patterns whether this is cummingtonite or anthophyllite?

7    A.    Well, again, the answer is still no.

8    Q.    I'm sorry, let me ask the question again because I'm told by my associate that I misspoke.

10          Can you tell from the diffraction patterns alone for sample M68503-028 whether this is anthophyllite or cummingtonite?

13    A.    I think I just answered that twice.

14    Q.    Okay.  And the answer was no?

15    A.    Yeah.  I mean, it appears to be an orthorhombic pattern.

17    Q.    Okay.  What is the definition of asbestiform?

19    A.    Well, it actually means asbestos-like, that's what the word means, like asbestos.

21    Q.    So what is asbestos?

23    A.    Well, the classic definition of asbestiform would be a structure that is 1/2 a micron in size with substantially parallel sides.  Some literature adds the stipulations of tensile strength

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

134

1    and all of that kind of thing, and most of them,

2    those definitions, are sort of on a geological macro

3    scale.  That's what they're meant to describe.

4    Q.    Okay.  For your purposes, when you use the

5    word asbestos or asbestiform in your report, you're

6    saying -- are you saying anything more than 1/2 a

7    micron in size, substantially parallel sides?

8    A.    Yes.  I mean, it's a regulated definition.

9    Q.    Yeah, but what I'm asking is if -- is

10    there any other qualification in your definition when

11    you use the phrase -- the words asbestiform or

12    asbestos in your report?

13    A.    Well, we're going by the -- again, by the

14    classic definition of what I just described.  Then

15    you go in and you do the diffraction, the EDS, and

16    the form of it of course -- you know, and then you

17    make a decision on that.  But as far as, you know,

18    using that term, you know, it's mainly based on that

19    definition.

20    Q.    Substantially parallel sides, 1/2 a

21    micron?

22    A.    1/2 a micron, yeah, yeah.

23    Q.    Okay.  What about aspect ratio, is that

24    part of your definition?

25    A.    Well, again, it depends on the -- some of

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

135

1    the standards that you look at, the aspect ratio

2    is -- if you're talking OSHA, the aspect ratio is

3    3-to-1.  If you're talking AHERA, EPA, the aspect

4    ratio is 5-to-1.  If you're talking ISO, the ratio is

5    5-to-1.  If you're talking ASTM, the ratio is 5-to-1.

6    So we go by 5-to-1, yeah.

7    Q.    Am I correct in concluding that every time

8    in your expert report you use the word asbestos or

9    asbestiform, you're -- among the other qualifications

10    you said it's got at least a 5-to-1 ratio?

11    A.    It should, yes.

12    Q.    Okay.  What about at least a 3-to-1 ratio?

13    A.    And again, that's an OSHA.  We're looking

14    at 5-to-1.  OSHA will call it at that.  They will

15    call it asbestos at that ratio.

16          So but in all of our reporting we're at

17    5-to-1.  So we do see 3-to-1 structures, and as far

18    as the body's concerned, it's going to treat the

19    3-to-1 to 5-to-1 probably in the same manner.  So

20    I've always testified that way.  The structures that

21    it encounters, regardless of the aspect ratio, have

22    to be dealt with in the body.

23    Q.    For the purposes of your report, did you

24    count a 3-to-1 as a fiber, an asbestos fiber?

25    A.    Not that I'm aware of.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

136

1    Q.    Okay.  Let me show you some testimony from

2    Dr. Longo from -- oh.  Well, no, let's do this.

3          Can we mark this as the next exhibit.

4          (Defendants' Exhibit 2 was marked for

5          identification.)

6    Q.    (By Mr. Chachkes)  Okay.  Can you turn to

7    page 3021.  This is the deposition -- this is an

8    examination of Dr. Longo under oath.

9          Can you turn to page 3021?  It's the very

10    last sheet.  I'm going to read you a question and

11    answer.  You can following along.  It starts at

12    line 4.

13          Line 4, My question to you, Dr. Longo, is

14    that transmission electron microscopy cannot tell you

15    if you identify a single fiber whether or not that

16    particle is asbestiform or nonasbestiform; correct?

17          Answer:  That is correct.

18          Do you agree with that testimony?

19          MS. O'DELL:  Object to the form.

20          THE WITNESS:  I don't -- I haven't read

21    this, so I don't know what preceded the question

22    there.  I see what it says.  So I don't have an

23    opinion on that.

24    Q.    (By Mr. Chachkes)  Okay.  Putting aside

25    the transcript, I'm just going to ask you the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

137

12:10:40 1  question independent of whatever this means in the
12:10:42 2  transcript.
12:10:44 3      Do you, Dr. Rigler, believe that
12:10:49 4  transmission electron microscopy cannot tell you if
12:10:51 5  you identify a single fiber whether or not that
12:10:54 6  particle is asbestiform or nonasbestiform?
12:10:56 7      MS. O'DELL:  Object to form.
12:10:58 8      THE WITNESS:  Again, if they're including
12:11:05 9  things like tensile strength, flexibility, that
12:11:09 10 type of thing, you can't do that by TEM.  So as
12:11:15 11 far as the form goes, like asbestos, having a
12:11:18 12 form of asbestos which is fibrous, the
12:11:21 13 description of it, you definitely can.
12:11:23 14     So but again, I don't know what the
12:11:25 15 context of this is, so, you know, I don't have
12:11:30 16 an opinion on that in reference to this.
12:11:32 17   Q.   (By Mr. Chachkes)  Okay.  Have you ever
12:11:33 18 known Dr. Longo to use a geologic definition of
12:11:37 19 asbestos?
12:11:37 20   A.   No.
12:11:38 21   Q.   Okay.  And so when he testified that a TEM
12:11:42 22 cannot tell you if you identify a single fiber
12:11:45 23 whether or not that particle is asbestiform or
12:11:47 24 nonasbestiform, you understand that to mean his
12:11:50 25 regulatory definition; correct?

138

12:11:52 1      MS. O'DELL:  Excuse me.  Object to form.
12:11:53 2  Doesn't speak to the context.
12:11:56 3      You may answer.
12:11:57 4      THE WITNESS:  Can you restate?
12:12:00 5      MR. CHACHKES:  Do you mind reading it
12:12:02 6  back.
12:12:05 7      (The record was read by the reporter.)
12:12:44 8      THE WITNESS:  Well, I mean, it would be
12:12:47 9  based on the regulatory definition.  So, I mean,
12:12:52 10 that's all I can say about that.
12:12:55 11     Again, I don't know what the context was
12:12:57 12 in this.  I can't speak for Dr. Longo.  So
12:13:02 13 that's the best answer I can give.
12:13:04 14   Q.   (By Mr. Chachkes)  Is there any world in
12:13:05 15 which it's correct to say that under your regulatory
12:13:08 16 definition a TEM cannot tell you if you identify a
12:13:11 17 single fiber whether or not that particle is
12:13:14 18 asbestiform or nonasbestiform?
12:13:15 19     MS. O'DELL:  Object to the form.
12:13:17 20     THE WITNESS:  It's such a broad question
12:13:22 21 about that, I don't know quite how to answer it,
12:13:26 22 other than the way that I've already answered
12:13:28 23 it.  Because when you say in any world, I mean,
12:13:32 24 it's very broad.  Broad question.
12:13:34 25   Q.   (By Mr. Chachkes)  Is there any way that

139

12:13:36 1  could be correct?
12:13:36 2      A.   I don't know.
12:13:38 3      Q.   Is there any peer-reviewed literature or
12:13:41 4  regulatory material that says that TEM cannot tell
12:13:47 5  you if you identify a single fiber whether or not
12:13:49 6  that particle is asbestiform or nonasbestiform?
12:13:52 7      A.   I mean, I can't think of any as I sit
12:13:56 8  here.  I can't think of any.
12:13:57 9      Q.   Okay.  Is there any regulatory material or
12:14:00 10 peer-reviewed material that says the opposite, that
12:14:03 11 TEM can tell you that if you identify a single fiber,
12:14:07 12 whether or not that particle is asbestiform or
12:14:09 13 nonasbestiform?
12:14:11 14     MS. O'DELL:  Object to the form.
12:14:13 15     THE WITNESS:  You're saying that it is not
12:14:24 16 asbestiform?
12:14:25 17   Q.   (By Mr. Chachkes)  So what I'm saying is,
12:14:28 18 is there any peer-reviewed literature or regulatory
12:14:30 19 material that confirms that TEM can tell you if you
12:14:35 20 identify a single fiber whether or not that particle
12:14:38 21 is asbestiform or nonasbestiform?
12:14:42 22   A.   Well, there are -- yes.  I mean, there are
12:14:45 23 a number of regulatory documents that say that it
12:14:48 24 can.
12:14:48 25   Q.   Okay.  Is 22262 one of those documents?

140

12:14:52 1      A.   I would have to -- again, I would want to
12:14:55 2  review 22262 again to look at that before I make that
12:14:59 3  answer.
12:14:59 4      Q.   Well, you're using 22262 in this MDL case;
12:15:04 5  right?
12:15:04 6      A.   Yeah.  I just need to review it again.
12:15:06 7      Q.   And you use TEM to identify whether a
12:15:08 8  single fiber is or is not asbestiform in this case;
12:15:11 9  right?
12:15:11 10     MS. O'DELL:  Object to the form.
12:15:12 11     THE WITNESS:  Yes.
12:15:12 12   Q.   (By Mr. Chachkes)  And that was pursuant
12:15:13 13 to 22262; correct?
12:15:15 14   A.   Well, no, it was not just the 22262.
12:15:18 15 There were the other methods that were there, too.
12:15:21 16   Q.   Okay.
12:15:21 17   A.   Yeah.
12:15:21 18   Q.   Did you follow the 22262 protocol for TEM?
12:15:25 19   A.   To my knowledge, we did.  And that also
12:15:31 20 is -- is also the same type of protocol that is in
12:15:34 21 the ASTM and also the EPA methods.  So yeah.
12:15:39 22   Q.   Does 22262 expressly say you can use TEM
12:15:43 23 to identify whether or not a particle is asbestiform
12:15:47 24 or nonasbestiform?
12:15:49 25   A.   Again, I would like to review that just to

141

```
12:15:53   1   be able to verify that it says -- actually says that.
12:15:58   2       Q.   You were involved in many more reports
12:16:19   3   concerning J&J talc other than the MDL reports;
12:16:23   4   right?
12:16:24   5       MS. O'DELL:  Object to the form.
12:16:25   6       THE WITNESS:  Some other reports.
12:16:27   7       Q.   (By Mr. Chachkes)  So those were bottles
12:16:27   8   that were not -- those are different bottles, not the
12:16:29   9   MDL bottles?
12:16:30  10       MS. O'DELL:  Object to the form.
12:16:31  11       THE WITNESS:  They may have been, yes.
12:16:32  12       Q.   (By Mr. Chachkes)  You didn't issue any
12:16:34  13   other reports on the bottles at issue in this case,
12:16:37  14   have you?
12:16:38  15       MS. O'DELL:  Object to the form.
12:16:39  16       THE WITNESS:  Again, I don't recall.
12:16:42  17       Q.   (By Mr. Chachkes)  Are you aware that in
12:16:46  18   the old reports the majority of particles you
12:16:50  19   identified were fibers, and in this MDL the majority
12:16:53  20   of particles you identified were bundles; are you
12:16:56  21   aware of that?
12:16:57  22       A.   I'd have to look back at the reports to
12:16:59  23   make that conclusion.
12:17:01  24       Q.   Okay.  Given that the old reports and the
12:17:07  25   new reports are both on J&J bottles, would you expect
```

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

142

```
12:17:11   1   the same fiber-to-bundle ratio in the two separate
12:17:16   2   sets of reports?
12:17:17   3       MS. O'DELL:  Object to form.
12:17:18   4       THE WITNESS:  Not necessarily.
12:17:18   5       Q.   (By Mr. Chachkes)  Why not?
12:17:19   6       A.   You get variation depending upon where the
12:17:22   7   material was mined and combined.
12:17:25   8       Q.   For a -- if you isolate a single mine,
12:17:30   9   let's say, just Vermont --
12:17:31  10       A.   Okay.
12:17:31  11       Q.   -- would you expect the old reports, the
12:17:35  12   fiber-to-bundle ratio, to match the MDL report?
12:17:38  13       MS. O'DELL:  Object to the form.
12:17:39  14       THE WITNESS:  I would expect that they may
12:17:47  15   follow the same kinds of trends, you know, as
12:17:51  16   far as aspect ratio, that type of thing, yeah.
12:17:53  17       Q.   (By Mr. Chachkes)  But what about the
12:17:55  18   fiber-to-bundle ratio?
12:17:56  19       A.   Again, I'd have to look at it.  I can't
12:17:59  20   make a conclusion on that without looking at it.
12:18:01  21       Q.   Okay.  So sitting here today you can't
12:18:05  22   tell me if you would expect a certain degree of
12:18:08  23   reproducibility for the Vermont mine bottles from the
12:18:12  24   old reports as compared to the MDL bottles in this
12:18:14  25   report?
```

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

143

```
12:18:14   1       MS. O'DELL:  Object to the form.
12:18:16   2       THE WITNESS:  Could you just restate that?
12:18:27   3       MR. CHACHKES:  Do you mind reading that
12:18:29   4   back.
12:18:29   5       THE WITNESS:  I know she can read it back,
12:18:31   6   but can you restate it another way?
12:18:32   7       Q.   (By Mr. Chachkes)  It's going to be read
12:18:33   8   back.  Sorry.
12:18:34   9       MS. O'DELL:  And if you still need that
12:18:36  10   question rephrased, you may --
12:18:37  11       THE WITNESS:  That would be nice.
12:18:38  12       MS. O'DELL:  You may ask that.
12:18:40  13       THE WITNESS:  I'd like it to be rephrased.
12:18:42  14       MR. CHACHKES:  As long as we keep talking,
12:18:44  15   she keeps typing.
12:18:48  16       (The record was read by the reporter.)
12:19:12  17       MS. O'DELL:  Object to the form.
12:19:14  18       THE WITNESS:  Rephrase.
12:19:15  19       Q.   (By Mr. Chachkes)  Would you expect that
12:19:18  20   your fiber-to-bundle ratio for the Vermont samples
12:19:22  21   from your old reports would be reproducible in
12:19:29  22   analyzing another set of bottles like the set of
12:19:32  23   bottles in the MDL?
12:19:33  24       MS. O'DELL:  Object to the form.
12:19:36  25       Q.   (By Mr. Chachkes)  From the same mine?
```

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

144

```
12:19:37   1       MS. O'DELL:  Object to the form.
12:19:38   2       THE WITNESS:  You know, I'm not a
12:19:39   3   geologist.  But once again, the -- you would
12:19:45   4   have -- I would expect some variation.  I would
12:19:48   5   expect some variation.
12:19:49   6       Q.   (By Mr. Chachkes)  When you say some
12:19:50   7   variation, can you quantify?
12:19:51   8       A.   No.  No.  But I would expect because the
12:19:55   9   materials out of the ground are, you know --
12:19:59  10   depending upon the way they have been mixed, ground,
12:20:02  11   mined, all of that, you could have some variation in
12:20:06  12   that.  Whether they were using a specific kind of
12:20:09  13   flotation process at one time versus another, all of
12:20:12  14   that kind of thing, you could get some variation.
12:20:15  15       Q.   Okay.  Is it your position that the
12:20:19  16   modified Blount TEM method you employed in your
12:20:24  17   March 2018 report is materially identical to ISO
12:20:28  18   22262?
12:20:29  19       A.   It is substantially the same.
12:20:35  20       Q.   Is it materially the same?
12:20:36  21       A.   Substantially the same.  If you're saying
12:20:39  22   exactly the same, is that what you're asking?
12:20:41  23       Q.   Well, let's do that.  Is it exactly the
12:20:44  24   same?
12:20:44  25       A.   Okay.  I'd say substantially the same.
```

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

145

12:20:46 1     Q.    Okay.  What degree do they differ?
12:20:50 2 What ways do they differ?
12:20:50 3     A.    **There may be some variation, slight**
12:20:52 4 **variation in the densities, the heavy density liquid.**
12:20:55 5     Q.    Any other variation?
12:20:56 6     A.    **I can't think of any right off the bat.**
12:20:59 7     Q.    What's the average width of a tremolite
12:21:02 8 fiber under TEM?
12:21:03 9     A.    **That varies depending on the size.**
12:21:05 10     Q.    And when you say depending on the size,
12:21:09 11 what do you mean by that?
12:21:10 12     A.    **Well, I mean, it depends.  It varies.  It**
12:21:13 13 **can be 1/10 of a micron and up.**
12:21:14 14     Q.    So there's no -- in the published
12:21:21 15 literature there's no average width of a tremolite
12:21:21 16 fiber?
12:21:17 17     MS. O'DELL:  Object to the form.
12:21:24 18     THE WITNESS:  Oh, gosh.  I don't know.
12:21:32 19 There may be.  But as far as there being an
12:21:36 20 arrange width, again, it depends on how it's
12:21:38 21 been mined and milled and processed.
12:21:41 22     Q.    (By Mr. Chachkes)  Is there an average
12:21:42 23 width of an anthophyllite fiber under TEM?
12:21:44 24     A.    **Same answer.**
12:21:45 25     Q.    What's the largest width an anthophyllite

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

146

12:21:48 1 particle can have and still be characterized as a
12:21:51 2 fiber under a TEM?
12:21:52 3     A.    **As far -- as long as there are bundled**
12:21:59 4 **fibrils in there, you know, it could be pretty large.**
12:22:03 5     Q.    Well, the question's really what's the
12:22:05 6 largest width an anthophyllite particle can have and
12:22:08 7 still be characterized as a fiber?
12:22:10 8     A.    **Well, if it has the aspect ratio, it will**
12:22:13 9 **still be -- it can be pretty large.  It will still be**
12:22:15 10 **considered as a fiber by TEM.**
12:22:17 11     Q.    Okay.  And so you don't have an upper
12:22:19 12 boundary by which you'll no longer say that's an
12:22:23 13 anthophyllite fiber?
12:22:25 14     MS. O'DELL:  Object to the form.
12:22:26 15     Q.    (By Mr. Chachkes)  The width, I'm talking
12:22:27 16 about.
12:22:27 17     A.    **On a width.  Well, again, it's got to meet**
12:22:30 18 **the aspect ratio.**
12:22:31 19     Q.    But any time it meets the aspect ratio, it
12:22:34 20 doesn't matter how wide it is, you can still
12:22:37 21 characterize it as an anthophyllite particle?
12:22:38 22     A.    **Well, I mean, when you go from the TEM to**
12:22:41 23 **the PLM scale, you're going orders of magnitude in**
12:22:44 24 **size, and these are called fibrils.  So, you know,**
12:22:47 25 **they can be pretty darn large.**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

147

12:22:49 1     Q.    What's the largest width a tremolite
12:22:52 2 particle can have and still be characterized as a
12:22:56 3 fiber under TEM?  Same answer?
12:22:58 4     A.    **Yeah.**
12:22:58 5     Q.    Okay.  Are all of the fibers that you've
12:23:05 6 identified in your reports as asbestos or asbestiform
12:23:11 7 formed in the fibrous crystalline habit?
12:23:14 8     A.    **Originally, you know, looking at the**
12:23:18 9 **structures, we get into that question of them being**
12:23:22 10 **formed in a crystalline habit.  So that is a growth**
12:23:29 11 **mode for the production of the fibrils; but also, if**
12:23:34 12 **you -- how do you want to say it?**
12:23:41 13     **If massive tremolite, for instance, is**
12:23:46 14 **milled a certain way, it can break in cleavage planes**
12:23:51 15 **that will make it into the fibrils that are, you**
12:23:56 16 **know, regulated type fibrils.  Sure, you'll get**
12:23:59 17 **cleavage fragments, ones that appear triangular and,**
12:24:04 18 **you know, different kinds of shapes, but you will**
12:24:06 19 **produce these other kind of fibrils too that will**
12:24:09 20 **meet the definition.**
12:24:10 21     Q.    Okay.  So a mineral that has a
12:24:18 22 nonregulated and a regulated version can be connected
12:24:23 23 in the cleavage plane but can be broken up such that
12:24:27 24 it would become in your mind a regulated asbestos
12:24:29 25 fiber?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

148

12:24:30 1     MS. O'DELL:  Object to the form.
12:24:31 2     THE WITNESS:  Well, this does happen.
12:24:35 3 This does happen.  And there's a recent
12:24:40 4 publication for -- I think it's amosite,
12:24:45 5 grunerite, that shows this happens.
12:24:48 6     Q.    (By Mr. Chachkes)  Okay.  What's the
12:24:49 7 publication you're citing now?
12:24:50 8     A.    **It's a 2019.  It's a recent publication.**
12:24:54 9     Q.    Can you tell me the name of it?
12:24:55 10     A.    **It's by Germine and Puffer, I believe it**
12:24:59 11 **is.**
12:25:00 12     Q.    And you don't cite that in your report, do
12:25:02 13 you?
12:25:02 14     A.    **Excuse me?**
12:25:03 15     Q.    You don't cite that in your report --
12:25:04 16     A.    **No, no.  That's a recent publication.**
12:25:06 17     Q.    And who are Germain and Puffer?
12:25:09 18     A.    **They're a couple of researchers, I**
12:25:11 19 **believe, at UC Cal.**
12:25:12 20     Q.    Do you know who funded their research?
12:25:15 21     A.    **I think the university did.**
12:25:16 22     Q.    Okay.  So am I correct in understanding
12:25:20 23 your testimony that not everything you've identified
12:25:23 24 as asbestos and asbestiform in your report was formed
12:25:28 25 in the -- necessarily formed in the crystalline

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

149

| | |
|---|---|
| 12:25:31 | 1 | habit? |
| 12:25:31 | 2 |     MS. O'DELL:  Object to the form. |
| 12:25:33 | 3 |     THE WITNESS:  Well, again, it's not part |
| 12:25:34 | 4 | of the definition, that it be in the crystalline |
| 12:25:37 | 5 | habit.  The definition has the parameters that |
| 12:25:40 | 6 | we discussed already.  If it is in that form, |
| 12:25:45 | 7 | it's going to be classified like that. |
| 12:25:48 | 8 |     Q.    (By Mr. Chachkes)  If something is formed |
| 12:25:53 | 9 | in the crystalline habit and has an aspect ratio |
| 12:25:56 | 10 | under 5-to-1, would you call it regulated asbestos? |
| 12:25:59 | 11 |     A.    Well, if it's 3-to-1, OSHA would. |
| 12:26:02 | 12 |     Q.    If something was formed in the fibrous |
| 12:26:04 | 13 | crystalline habit and was in a 2-to-1 aspect ratio, |
| 12:26:08 | 14 | would you call it asbestos? |
| 12:26:10 | 15 |     A.    That wouldn't meet the definition. |
| 12:26:12 | 16 |     Q.    Okay.  Does MAS have a protocol in place |
| 12:26:17 | 17 | for describing the dimensions of fibers under a TEM? |
| 12:26:22 | 18 |     A.    Yes. |
| 12:26:22 | 19 |     Q.    Is it written? |
| 12:26:24 | 20 |     A.    Yes, it's in accordance with the standard |
| 12:26:26 | 21 | methods, all of these standard methods we've |
| 12:26:28 | 22 | discussed. |
| 12:26:29 | 23 |     Q.    Okay.  So your written protocol for |
| 12:26:37 | 24 | identifying what's asbestos or not under a TEM is |
| 12:26:39 | 25 | just basically a repeat of the regulations? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

150

| | |
|---|---|
| 12:26:41 | 1 |     A.    Yes. |
| 12:26:42 | 2 |     Q.    Okay.  No change whatsoever -- |
| 12:26:44 | 3 |     A.    Well, I mean, it's -- it's in accordance |
| 12:26:49 | 4 | with the regulation. |
| 12:26:50 | 5 |     Q.    Okay.  What form is it in?  Is it like a |
| 12:26:55 | 6 | piece of paper on a wall so TEM scientists can look |
| 12:26:57 | 7 | at it?  Is it an email?  What is it? |
| 12:26:59 | 8 |     MS. O'DELL:  Object to the form. |
| 12:27:00 | 9 |     THE WITNESS:  It's a protocol.  We have a |
| 12:27:02 | 10 | protocol that the analysts have to abide by. |
| 12:27:05 | 11 |     Q.    (By Mr. Chachkes)  Just physically, is it |
| 12:27:07 | 12 | a piece of paper that analysts memorize -- |
| 12:27:10 | 13 |     A.    It's a document, yeah. |
| 12:27:11 | 14 |     Q.    Okay.  Do the analysts have it near |
| 12:27:13 | 15 | them -- |
| 12:27:14 | 16 |     A.    It's a standard operating procedure we |
| 12:27:16 | 17 | have. |
| 12:27:16 | 18 |     Q.    Okay.  So we would ask that that be |
| 12:27:18 | 19 | produced. |
| 12:27:19 | 20 |     Does MAS have a protocol in place for |
| 12:27:22 | 21 | describing the dimensions of fibers under TEM, or is |
| 12:27:26 | 22 | that the same answer? |
| 12:27:27 | 23 |     A.    Same answer. |
| 12:27:27 | 24 |     Q.    Same, okay. |
| 12:27:33 | 25 |     Is there additional data concerning the |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

151

| | |
|---|---|
| 12:27:35 | 1 | samples you've reported on for TEM that is somewhere |
| 12:27:39 | 2 | in your laboratory, like an electronic file that's |
| 12:27:41 | 3 | not been produced, not in paper form for us? |
| 12:27:44 | 4 |     A.    Not that I know of, no. |
| 12:27:45 | 5 |     Q.    Was there any data generated in connection |
| 12:27:48 | 6 | with the TEM analysis in this case that was thrown |
| 12:27:53 | 7 | away or deleted? |
| 12:27:54 | 8 |     A.    No. |
| 12:27:54 | 9 |     Q.    I'm moving on to a new topic.  It's |
| 12:27:59 | 10 | 12:30ish.  I'm happy to keep going.  It would be a |
| 12:28:02 | 11 | good breaking point but -- |
| 12:28:04 | 12 |     A.    I'm good to go.  We can go. |
| 12:28:06 | 13 |     Q.    Okay.  I mean, we're going to have a lunch |
| 12:28:08 | 14 | and we're going to come back, so it's not like we're |
| 12:28:11 | 15 | going to finish before lunch. |
| 12:28:13 | 16 |     A.    Oh.  Oh, well. |
| 12:28:13 | 17 |     MS. O'DELL:  It's up to you, Doctor.  If |
| 12:28:15 | 18 | you want to go a little longer -- |
| 12:28:16 | 19 |     THE WITNESS:  We can take a break if you |
| 12:28:16 | 20 | want to take a break. |
| 12:28:17 | 21 |     MS. PARFITT:  It's up to you. |
| 12:28:18 | 22 |     MS. O'DELL:  It's really up to you. |
| 12:28:21 | 23 |     THE WITNESS:  Okay.  That's good.  Break. |
| 12:28:22 | 24 |     (Lunch recess from 12:28 p.m. to 1:38 p.m.) |
| 13:38:49 | 25 |     Q.    (By Mr. Chachkes)  Good afternoon. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

152

| | |
|---|---|
| 13:39:27 | 1 |     A.    Good afternoon. |
| 13:39:27 | 2 |     Q.    Am I correct that you are not going to |
| 13:39:30 | 3 | testify about the PLM results in your report? |
| 13:39:34 | 4 |     A.    That's correct. |
| 13:39:34 | 5 |     Q.    Okay.  I'll skip PLM questioning because |
| 13:39:38 | 6 | of that. |
| 13:39:38 | 7 |     Am I correct that you are not going to |
| 13:39:40 | 8 | testify about J3 results in your report? |
| 13:39:43 | 9 |     A.    Dr. Longo will testify on that. |
| 13:39:45 | 10 |     Q.    Okay.  Not you; right? |
| 13:39:47 | 11 |     A.    Correct. |
| 13:39:47 | 12 |     Q.    Okay.  So I'm going to skip questions on |
| 13:39:50 | 13 | J3. |
| 13:39:51 | 14 |     Let me just ask one question, though.  Why |
| 13:39:54 | 15 | did MAS use J3? |
| 13:39:57 | 16 |     A.    MAS used J3 to do XRD analysis.  MAS |
| 13:40:03 | 17 | doesn't have XRD capabilities. |
| 13:40:05 | 18 |     Q.    But they did some other things beyond XRD; |
| 13:40:08 | 19 | right? |
| 13:40:09 | 20 |     A.    J3? |
| 13:40:09 | 21 |     Q.    Yeah. |
| 13:40:09 | 22 |     A.    Yes. |
| 13:40:10 | 23 |     Q.    Okay.  Why did they do those things? |
| 13:40:13 | 24 |     A.    To my knowledge, it was to help verify |
| 13:40:17 | 25 | results. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

153

13:40:18   1      Q.      Verify results of things that were
13:40:20   2   otherwise being duplicated by MAS?
13:40:23   3      A.      There may have been some of that, yes.
13:40:25   4   Again, if you would ask Dr. Longo about that, please.
13:40:27   5      Q.      Okay.  What's an example of silicate, some
13:40:32   6   silicate materials?
13:40:33   7      A.      Well, a whole group of phyllosilicates are
13:40:39   8   clay, clay minerals.  There's lots of silicates.  I
13:40:43   9   mean, the earth's crust is covered with silicates.
13:40:46   10     Q.      Is talc a silicate?
13:40:47   11     A.      Yes.
13:40:47   12     Q.      Are you aware that there's different
13:40:50   13   grades of talc?
13:40:50   14     A.      Yes.
13:40:51   15             What are those grades?
13:40:54   16     A.      Well, they vary by composition, color,
13:40:57   17   size, particle size, that type of thing.
13:40:59   18     Q.      Is talc an asbestiform mineral?
13:41:05   19     A.      Fibrous talc could be described as an
13:41:10   20   asbestiform, yes.
13:41:11   21     Q.      Are asbestiform minerals silicates?
13:41:15   22     A.      Yes.
13:41:16   23     Q.      Do you know how many amphibole mineral
13:41:23   24   species there are?
13:41:24   25     A.      Quite a few.

154

13:41:24   1      Q.      Do you have an estimate?
13:41:25   2      A.      Not right off the top of my head.  I bet
13:41:29   3   it's many.
13:41:30   4      Q.      Like more than 10?
13:41:31   5      A.      Yes.
13:41:31   6      Q.      More than 30?
13:41:33   7      A.      Yes.
13:41:33   8      Q.      When it comes time to give analysts in
13:41:40   9   your labs samples of J&J talc to analyze, do you
13:41:44   10   distribute them completely randomly?
13:41:47   11             MS. O'DELL:  Object to the form.
13:41:48   12             THE WITNESS:  Again, you would have to ask
13:41:51   13   Dr. Longo about that.  The TEM manager is the
13:41:54   14   one who distributes the samples once they come
13:41:57   15   in.
13:41:57   16     Q.      (By Mr. Chachkes)  Okay.  Would it be
13:41:59   17   better to distribute them randomly?
13:42:01   18             MS. O'DELL:  Object to the form.
13:42:03   19             THE WITNESS:  Well, I mean, we're going to
13:42:07   20   analyze the samples that we receive, so, you
13:42:11   21   know, random or not, it wouldn't make any
13:42:14   22   difference.
13:42:14   23     Q.      (By Mr. Chachkes)  Would you expect two
13:42:21   24   analysts to identify the same asbestos concentration
13:42:24   25   from the same bottle of J&J talc?

155

13:42:32   1      A.      The answer to that is yes, I would expect
13:42:35   2   that.
13:42:36   3      Q.      And is that empirically what you've been
13:42:40   4   seeing?
13:42:41   5             MS. O'DELL:  Object to the form.
13:42:42   6             THE WITNESS:  Again, I don't know which
13:42:44   7   ones you're referring to here.  But from a
13:42:49   8   quality standpoint, they do see the same things.
13:42:52   9      Q.      (By Mr. Chachkes)  Okay.  If one --
13:42:54   10   hypothetically, if one analyst looked at a bottle and
13:42:57   11   saw 10,000 fibers per gram and another analyst looked
13:43:00   12   at the same bottle and got a nondetect, would that be
13:43:03   13   within the margin of error?
13:43:06   14             MS. O'DELL:  Object to the form.
13:43:10   15             THE WITNESS:  That would depend on the
13:43:12   16   statistics that we were using, whether -- that
13:43:17   17   would depend.
13:43:19   18     Q.      (By Mr. Chachkes)  Depend on what?
13:43:20   19     A.      It would depend on the number of
13:43:23   20   structures that they saw.
13:43:23   21     Q.      Okay.  Well, you know how you determine
13:43:27   22   structures; correct?
13:43:28   23     A.      Yes.  Yes.
13:43:28   24     Q.      And you know the number of structures you
13:43:30   25   need to extrapolate to 10,000 per gram?

156

13:43:33   1      A.      Well, again, that varies.  That can vary,
13:43:39   2   as I say, depending on what the detection limit is.
13:43:42   3   So when you're saying a certain number per gram,
13:43:48   4   that's based on it being above a certain detection
13:43:51   5   limit.  So you may want to ask the question again to
13:43:55   6   clarify a little more.
13:43:55   7      Q.      Well, let's say one analyst analyzed an
13:44:02   8   aliquot from a bottle and saw 10 fibers and another
13:44:05   9   analyst analyzed an aliquot and didn't detect any
13:44:08   10   fibers.  Would that be within the margin of error?
13:44:11   11     A.      No.
13:44:11   12     Q.      Why not?
13:44:12   13     A.      That would be outside the margin of error.
13:44:14   14     Q.      Can you narrow for me what that margin of
13:44:17   15   error is?
13:44:18   16     A.      Well, in our laboratory the coefficient of
13:44:23   17   variation between analysts is around I think 5 or
13:44:27   18   7 percent, something like that.  So I would expect
13:44:35   19   the variation to be not much more than that.  Maybe
13:44:40   20   1 fiber difference, something like that, depending
13:44:42   21   upon how many fibers they found.
13:44:44   22     Q.      When you say coefficient of variation,
13:44:46   23   you're referring to the coefficient of variation
13:44:49   24   study that you all did?
13:44:49   25     A.      Yes.  Yes.

157

| | |
|---|---|
| 13:44:50 | 1    Q.    And were you part of that? |
| 13:44:51 | 2    A.    Yes. |
| 13:44:51 | 3    Q.    What about would the same coefficient of |
| 13:45:00 | 4 variation apply to the difference in type of asbestos |
| 13:45:06 | 5 that the analysts are finding? |
| 13:45:08 | 6    A.    It should.  Yes. |
| 13:45:10 | 7    Q.    Okay.  So you would expect that the ratio |
| 13:45:12 | 8 of tremolite to anthophyllite in a bottle should |
| 13:45:17 | 9 remain relatively constant amongst different analysts |
| 13:45:20 | 10 within 5 to 7 percent? |
| 13:45:21 | 11   A.    Yes. |
| 13:45:21 | 12   Q.    If the numbers were completely out of |
| 13:45:29 | 13 whack with that, let's say there was 30 percent |
| 13:45:32 | 14 difference, would you believe you need to rerun the |
| 13:45:35 | 15 results, or would you average the two?  What would be |
| 13:45:38 | 16 your reaction? |
| 13:45:39 | 17        MS. O'DELL:  Object to the form. |
| 13:45:40 | 18        THE WITNESS:  Well, if the analysts |
| 13:45:44 | 19    weren't seeing the same thing -- I mean, this is |
| 13:45:48 | 20    the way we run the QC.  For instance, if they |
| 13:45:52 | 21    haven't found -- if you put them in the same |
| 13:45:56 | 22    grid square and they haven't found the same |
| 13:45:59 | 23    number of structures there, then you |
| 13:46:03 | 24    typically -- we go back, we look at what was |
| 13:46:05 | 25    there, we sit down with the analyst and try to |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

158

| | |
|---|---|
| 13:46:08 | 1    understand why there is a difference like that, |
| 13:46:11 | 2    and then we resolve the difference at that |
| 13:46:14 | 3    point. |
| 13:46:14 | 4        Now, that's the way the process typically |
| 13:46:17 | 5    works. |
| 13:46:17 | 6    Q.    (By Mr. Chachkes)  Was your coefficient of |
| 13:46:19 | 7 variation study analysts looking at the same grid |
| 13:46:22 | 8 square? |
| 13:46:22 | 9    A.    Yes. |
| 13:46:22 | 10   Q.    Okay.  Let's do it in a completely |
| 13:46:25 | 11 different hypothetical. |
| 13:46:25 | 12   A.    All right. |
| 13:46:26 | 13   Q.    The two analysts in your lab take aliquots |
| 13:46:29 | 14 out of a bottle that are different, so they end up |
| 13:46:31 | 15 looking at different grid squares. |
| 13:46:33 | 16   A.    Yes. |
| 13:46:33 | 17   Q.    Would you expect the results to be the |
| 13:46:35 | 18 same? |
| 13:46:36 | 19        MS. O'DELL:  Object to the form. |
| 13:46:37 | 20        THE WITNESS:  If the sample was |
| 13:46:41 | 21    homogeneous, let's hypothetically say that it is |
| 13:46:46 | 22    completely homogeneous, then, yes, I would |
| 13:46:48 | 23    expect the same kinds of results. |
| 13:46:50 | 24   Q.    (By Mr. Chachkes)  Do you know whether or |
| 13:46:51 | 25 not bottles are homogeneous, samples are homogeneous? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

159

| | |
|---|---|
| 13:46:56 | 1    A.    They should be because they're mixed prior |
| 13:46:59 | 2 to the actual analysis, you know, they're mixed in |
| 13:47:02 | 3 preparation, the sample is. |
| 13:47:03 | 4    Q.    Wouldn't you expect greater variation when |
| 13:47:06 | 5 two analysts are looking at their own grids |
| 13:47:12 | 6 separately rather than comparing what they see under |
| 13:47:15 | 7 the same grid? |
| 13:47:16 | 8        MS. O'DELL:  Object to the form. |
| 13:47:17 | 9        THE WITNESS:  Yeah.  That's a good |
| 13:47:19 | 10    question.  We're not doing chemistry here. |
| 13:47:23 | 11    We're doing particle analysis.  So in chemistry |
| 13:47:26 | 12    where you have something that is in, for |
| 13:47:29 | 13    instance, in solution, it's mixed in solution, |
| 13:47:31 | 14    it's dispersed in that solution by Brownian |
| 13:47:37 | 15    motion forces that keep it very random and |
| 13:47:39 | 16    mixed. |
| 13:47:40 | 17        Wherein a particle solution, if you want |
| 13:47:44 | 18    to call it that, you can have variation based on |
| 13:47:46 | 19    the particle size and a number of factors, but |
| 13:47:50 | 20    the objective is to make the samples as |
| 13:47:53 | 21    homogeneous as possible. |
| 13:47:54 | 22        So you would expect them, if they took a |
| 13:47:56 | 23    sample from the same bottle and they're both |
| 13:47:58 | 24    homogeneous, you should get close to the same |
| 13:48:01 | 25    answer. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

160

| | |
|---|---|
| 13:48:01 | 1    Q.    (By Mr. Chachkes)  Okay.  In your |
| 13:48:04 | 2 experience do two of your analysts looking at the |
| 13:48:06 | 3 same exact grid identify the same bundle-to-fiber |
| 13:48:11 | 4 ratio? |
| 13:48:12 | 5    A.    I would say that most of the time they do. |
| 13:48:18 | 6 There may be some slight variations in the size of |
| 13:48:23 | 7 the structure.  It will be the same structure because |
| 13:48:25 | 8 you can see it in the images that they make, but they |
| 13:48:30 | 9 may have some slight variation in the size based on |
| 13:48:33 | 10 the microscope that's being used because a couple of |
| 13:48:37 | 11 the scopes we have have slightly different graticules |
| 13:48:42 | 12 in the scope so there may be a little difference in |
| 13:48:45 | 13 the length or the width, just a slight amount. |
| 13:48:47 | 14   Q.    But generally speaking, you would expect |
| 13:48:49 | 15 two analysts in your laboratory looking at the same |
| 13:48:51 | 16 grid pattern to roughly identify the same |
| 13:48:55 | 17 fiber-to-bundle ratio? |
| 13:48:56 | 18   A.    Yes. |
| 13:48:58 | 19   Q.    Roughly speaking, you would expect two |
| 13:49:00 | 20 analysts looking at the same grid opening to -- |
| 13:49:08 | 21 roughly speaking, you would expect two analysts |
| 13:49:10 | 22 looking at the same grid opening to identify the same |
| 13:49:14 | 23 asbestos type composition, like anthophyllite versus |
| 13:49:17 | 24 tremolite versus no detect? |
| 13:49:20 | 25   A.    Yes. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

161

13:49:20 1    Q.    Okay.  And that's based on the coefficient
13:49:22 2  of variation study?
13:49:23 3    A.    Yes, and also their training.  So they're
13:49:27 4  well versed in this.
13:49:28 5    Q.    Okay.  You wouldn't know whether Lee Poye
       6  would expect the same thing?
       7         THE REPORTER:  I'm sorry, you would or
       8  wouldn't?
13:49:39 9    Q.    (By Mr. Chachkes)  You would not expect --
13:49:40 10  you would not know whether Lee Poye would say the
13:49:41 11  same thing --
       12         MS. O'DELL:  Object to the form.
13:49:42 13    Q.    (By Mr. Chachkes)  -- is that outside of
13:49:43 14  your knowledge?
13:49:44 15         MS. O'DELL:  Excuse me, I didn't mean to
13:49:46 16  interrupt you.  Are you finished?
13:49:48 17         Object to the form.
13:49:49 18         THE WITNESS:  All right.  Well, as being a
13:49:54 19  certified laboratory and having earned
13:49:57 20  protocols, I would expect that their analysts
13:49:59 21  would find the same kinds of things.  There may
13:50:03 22  be some variation, but again, you know, there is
13:50:10 23  slight variation between laboratories.
13:50:12 24    Q.    (By Mr. Chachkes)  Okay.  Did you ever
13:50:15 25  quantify the slight variation between laboratories?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

162

13:50:16 1         MS. O'DELL:  Object to the form.
13:50:17 2         THE WITNESS:  In this case, no.  We did
13:50:20 3  see variation, and that's in the report.  But
13:50:25 4  again, it doesn't change what has been found.
13:50:30 5  There were, I believe, a couple by TEM that we
13:50:33 6  weren't able to verify, so, you know, it does
13:50:35 7  happen.
13:50:35 8    Q.    (By Mr. Chachkes)  Would you --
13:50:41 9    A.    But for the most part, we did agree.
13:50:44 10    Q.    Okay.  Let's compare -- let's talk about
13:50:48 11  on the one hand the non-MDL samples that you guys
13:50:52 12  have analyzed of J&J talc, and on the other hand MDL
13:50:56 13  samples of J&J talc.
13:50:57 14         Would you expect the results for, let's
13:51:01 15  say, 150 tests of the non-MDL samples to look roughly
13:51:08 16  like the 150 tests of the MDL samples?
13:51:13 17         MS. O'DELL:  Objection to form.  Without
13:51:15 18  limitation on time, et cetera?  Product?
13:51:19 19         THE WITNESS:  It's a hypothetical.  But if
13:51:23 20  there -- I mean, if they're the same product
13:51:26 21  from the same lot, I would expect similar
13:51:29 22  results.
13:51:29 23    Q.    (By Mr. Chachkes)  What about without that
13:51:33 24  qualification, let's say we know they're from the
13:51:36 25  same mine but you know nothing else, would you expect

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

163

13:51:42 1  the results from the non-MDL samples to look like the
13:51:46 2  MDL samples?
13:51:47 3    A.    I mean, if they're splits of the same
13:51:51 4  sample or -- oh, they're different.
13:51:51 5    Q.    They're different.  So you understand that
13:51:53 6  the non-MDL samples are literally different bottles
13:51:56 7  than the MDL samples?
13:51:58 8    A.    Yeah.  I don't have an opinion on that.  I
13:52:04 9  don't have an opinion.  I'd have to think about that.
13:52:06 10    Q.    Would you expect the type of asbestos
13:52:08 11  found to be roughly the same?
13:52:11 12    A.    Same answer.
13:52:13 13    Q.    Okay.  No opinion?
13:52:15 14    A.    Yeah, right.
13:52:16 15    Q.    If you had an analyst who told you he had
13:52:24 16  a nondetect for asbestos in a bottle, a sample from a
13:52:28 17  bottle --
13:52:28 18    A.    Yes.
13:52:29 19    Q.    -- would you expect another analyst
13:52:32 20  separately on a different day analyzing that same
13:52:35 21  bottle to get a nondetect?
13:52:38 22    A.    If the sample was prepared the same way
13:52:47 23  and the detection limit was the same, I would expect
13:52:52 24  similar results.
13:52:52 25    Q.    Okay.  That goes to the reproducibility of

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

164

13:52:58 1  your --
13:52:59 2    A.    Yeah.
13:52:59 3    Q.    Okay.  When you present -- what's more
13:53:05 4  accurate of a representation of what's in a bottle of
13:53:09 5  J&J talc, a single analysis or multiple analyses
13:53:16 6  separately averaged?
13:53:18 7         MS. O'DELL:  Object to the form.
13:53:19 8         THE WITNESS:  Let me put it in terms of
13:53:28 9  how FDA does their thing.  A laboratory runs a
13:53:35 10  study to validate a method.  That's the way it's
13:53:39 11  done.  They will validate the method based on
13:53:43 12  accuracy, precision, reproducibility, stability,
13:53:46 13  all these different factors.
13:53:48 14         And when they're done with that, when
13:53:51 15  they're done with that validation study, now
13:53:53 16  they have a method that they will use that is
13:53:56 17  allowed to use one sample from that to get a
13:54:00 18  result.  Because they validated their
13:54:06 19  methodology and are using a standard
13:54:07 20  methodology, that's what's allowed by FDA.
13:54:11 21         So I would expect one sample should be
13:54:12 22  fine.  You can do more, you can average more,
13:54:16 23  but the one sample should be representative
13:54:19 24  based on the methodology.
13:54:20 25    Q.    (By Mr. Chachkes)  So my question was not

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

165

13:54:22  1   about adequacy or what follows regulatory methods.
13:54:28  2   I'm just saying what would you personally believe to
13:54:30  3   be more reliable, a single analysis from a bottle or
13:54:36  4   multiple separate analyses from a bottle averaged?
13:54:39  5          MS. O'DELL:  Object to the form.
13:54:40  6          THE WITNESS:  I would say the single
13:54:42  7   sample based on the methodology that we use that
13:54:45  8   has been validated, published.  A single sample
13:54:50  9   should be fine.
13:54:51  10         Q.   (By Mr. Chachnes)  Do you expect that the
13:54:52  11  multiple samples' average would be precisely the
13:54:55  12  same?
13:54:56  13         A.   I don't know about --
13:54:57  14         MS. O'DELL:  Object to form.
13:54:58  15         THE WITNESS:  -- precisely the same, but
13:54:59  16  they should be very similar.
13:55:01  17         Q.   (By Mr. Chachnes)  But you're not going to
13:55:02  18  say that one's better in terms of a more accurate
13:55:05  19  representation of what's in the bottle?
13:55:07  20         MS. O'DELL:  Object to the form.
13:55:08  21         THE WITNESS:  Well, now you've got an
13:55:09  22  average.  So you got an average of multiples,
13:55:13  23  they should be very similar.
13:55:14  24         If you take a single, you should get a
13:55:17  25  representative that is close to the average, you

166

13:55:20  1   know, within one standard definition of the
13:55:22  2   average.  So that's what I would expect.
13:55:24  3          Q.   (By Mr. Chachnes)  Okay.
13:55:25  4          A.   And it's acceptable to have something
13:55:27  5   within two to three standard deviations.
13:55:30  6          Q.   I'm just asking a question about which
13:55:31  7   would be more representative of what objectively is
13:55:34  8   in the bottle, one analysis or multiple analyses
13:55:39  9   averaged, which would be more representative?
13:55:41  10         MS. O'DELL:  Object to the form.
13:55:42  11         THE WITNESS:  Well, the single can be
13:55:43  12  representative, absolutely.
13:55:44  13         Q.   (By Mr. Chachnes)  And --
13:55:45  14         A.   I know you're saying more, I get that.
13:55:46  15         Q.   Yeah.
13:55:47  16         A.   I understand that.
13:55:47  17         Q.   Can you answer the question?
13:55:48  18         A.   Sure.
13:55:48  19         Q.   Which is more representative?
13:55:49  20         A.   Which is more representative?
13:55:51  21         Q.   Yeah.
13:55:51  22         A.   Any of those three, if there were three of
13:55:54  23  them, would be representative.  Any of them.
13:55:55  24         Q.   Okay.  So if someone presented you a data
13:55:59  25  for one analysis of the asbestos concentration for a

167

13:56:04  1   bottle and someone else presented you, let's say, ten
13:56:07  2   different analyses, separate analyses averaged, you
13:56:10  3   would say those are equally representative, the
13:56:13  4   standard definitions, the margin of error, same for
13:56:16  5   both?
13:56:17  6          MS. O'DELL:  Object to the form.
13:56:18  7          THE WITNESS:  Well, the ten will give you
13:56:21  8   an average with a standard deviation, and if
13:56:23  9   that single one falls within that, it's still
13:56:27  10  adequate analysis of that and it's still
13:56:30  11  acceptable.
13:56:30  12         Q.   (By Mr. Chachnes)  The question is would
13:56:32  13  those two examples have the same standard deviations
13:56:35  14  and margins of error?
13:56:37  15         MS. O'DELL:  Object to the form.
13:56:38  16         THE WITNESS:  Well, they won't.  Of
13:56:39  17  course, you've got one that's got ten and one
13:56:41  18  has one.  But I'm going by a method that's been
13:56:44  19  validated as accepted as a standard method.  You
13:56:48  20  should be able to take one sample and it be
13:56:50  21  representative, yes.
13:56:50  22         Q.   (By Mr. Chachnes)  When you say they won't
13:56:53  23  have the same margin of error, the average of ten
13:56:54  24  would have a smaller margin of error; correct?
13:56:57  25         A.   Not --

168

13:56:57  1          MS. O'DELL:  Object to the form.
13:56:59  2          THE WITNESS:  -- necessarily.  It could.
13:57:00  3   It could.  Yep.
13:57:01  4          Q.   (By Mr. Chachnes)  Okay.  In what instance
13:57:01  5   would the ten done by the exact same procedure have a
13:57:04  6   larger margin of error when averaged than the one?
13:57:07  7          A.   Well, the one's not going to -- the one is
13:57:10  8   the one.  So what I'm saying is the one would fall
13:57:14  9   within the group of ten, so it would be
13:57:16  10  representative.
13:57:17  11         Q.   I'm not asking questions about
13:57:18  12  representative in any way whatsoever.
13:57:20  13         A.   I know.  I'm trying to answer from a
13:57:21  14  scientific point of view.
13:57:23  15         Q.   Yeah.  So if you want to be a scientist
13:57:25  16  about it, I would appreciate you under -- like,
13:57:27  17  listen to the words I'm saying, okay?  I'm talking
13:57:29  18  about the standard deviations, not what's
13:57:32  19  representative, just the math of standard deviations.
13:57:35  20         A.   Well, there's no --
13:57:36  21         MS. O'DELL:  Object --
13:57:36  22         THE WITNESS:  -- no standard deviation in
13:57:38  23  one.  So you're trying to compare ten to one and
13:57:41  24  say standard deviation, and it's not working.
13:57:45  25         Q.   (By Mr. Chachnes)  Okay.  How about

**169**

| | |
|---|---|
| 13:57:43 1 | comparing two averaged and 100 averaged -- |
| 13:57:46 2 | A.    Well, now all of a sudden now we're at two |
| 13:57:51 3 | and ten instead of one and ten. |
| 13:57:53 4 | Q.    100. |
| 13:57:54 5 | A.    Or 100.  Yeah, no, I'm talking about you |
| 13:57:55 6 | want to know about one, and I'm telling you one is |
| 13:57:57 7 | representative.  That's my opinion. |
| 13:57:58 8 | Q.    Just asking about standard deviations.  Is |
| 13:58:01 9 | it possible to talk about the math of standard |
| 10 | deviations without saying the word representative? |
| 11 | MS. O'DELL:  Object to the form. |
| 12 | THE REPORTER:  Wait.  I'm sorry, say it |
| 13 | again, please. |
| 13:58:07 14 | Q.    (By Mr. Chachkes)  Is it possible to talk |
| 13:58:08 15 | about the math of standard deviations without using |
| 13:58:11 16 | the word representative? |
| 13:58:12 17 | MS. O'DELL:  Object to the form. |
| 13:58:13 18 | THE WITNESS:  I'm not quite sure what |
| 13:58:18 19 | you're getting at. |
| 13:58:18 20 | Q.    (By Mr. Chachkes)  Okay.  Every time I ask |
| 13:58:21 21 | you about standard deviations, you say |
| 13:58:23 22 | representative.  I'm just talking about the math.  Do |
| 13:58:25 23 | you understand that? |
| 13:58:26 24 | A.    Yeah, but -- |
| 13:58:26 25 | MS. O'DELL:  Object to the form. |

**170**

| | |
|---|---|
| 13:58:27 1 | THE WITNESS:  -- I mean as far as -- I |
| 13:58:31 2 | mean, if you read back some of what I said, how |
| 13:58:34 3 | many times did I say representative with that? |
| 13:58:36 4 | Was it quite a few? |
| 13:58:37 5 | Q.    (By Mr. Chachkes)  It's a bit of a burden |
| 13:58:39 6 | to put on the reporter. |
| 13:58:40 7 | A.    I know, but I'm like I don't recall it |
| 13:58:41 8 | being so much a part of the standard deviation, you |
| 13:58:44 9 | know, answer. |
| 13:58:45 10 | Q.    Okay.  Let me see if you can answer this |
| 13:58:46 11 | question without using the words representative or |
| 13:58:49 12 | what's regulatory or -- just about a question about |
| 13:58:52 13 | standard deviation.  Listen to the question. |
| 13:58:54 14 | MS. O'DELL:  You may answer it any way you |
| 13:58:56 15 | choose. |
| 13:58:56 16 | THE WITNESS:  I know.  I mean, when I say |
| 13:58:59 17 | representative, I'm talking about that sample |
| 13:59:01 18 | being representative of the bottle. |
| 13:59:03 19 | Q.    (By Mr. Chachkes)  Okay. |
| 13:59:04 20 | A.    That's what I'm talking about |
| 13:59:05 21 | representative.  I didn't say it was representative |
| 13:59:07 22 | about standard deviation. |
| 23 | Q.    Okay. |
| 13:59:08 24 | A.    I said it's representative of what is in |
| 13:59:09 25 | the bottle. |

**171**

| | |
|---|---|
| 13:59:10 1 | Q.    This is a new, independent question. |
| 13:59:12 2 | A.    Okay. |
| 13:59:12 3 | Q.    And -- |
| 13:59:13 4 | A.    New question. |
| 13:59:14 5 | Q.    You've got two samples from one -- a |
| 13:59:17 6 | bottle? |
| 13:59:19 7 | A.    Yes. |
| 13:59:19 8 | Q.    Separately analyzed? |
| 13:59:21 9 | A.    Okay. |
| 13:59:21 10 | Q.    Average them on one hand? |
| 13:59:23 11 | A.    Yes. |
| 13:59:23 12 | Q.    You've got 100 samples from that same |
| 13:59:25 13 | bottle average -- and separately analyze those and |
| 13:59:28 14 | average them, which is going to have a higher |
| 13:59:31 15 | standard deviation? |
| 13:59:33 16 | MS. O'DELL:  Object to the form. |
| 13:59:33 17 | THE WITNESS:  I can't tell you that. |
| 13:59:35 18 | Q.    (By Mr. Chachkes)  Okay.  Why can't you |
| 13:59:36 19 | tell me that? |
| 13:59:36 20 | A.    Because I don't have the numbers.  I don't |
| 13:59:39 21 | have any numbers to work with. |
| 13:59:40 22 | Q.    In what world is this hypothetical such |
| 13:59:44 23 | that the standard deviation is smaller for the two on |
| 13:59:48 24 | average than the 100 on average? |
| 13:59:49 25 | MS. O'DELL:  Object to the form. |

**172**

| | |
|---|---|
| 13:59:50 1 | THE WITNESS:  It could be the same. |
| 13:59:53 2 | Standard deviation could be exactly the same. |
| 13:59:54 3 | Q.    (By Mr. Chachkes)  Okay.  Is there any |
| 13:59:55 4 | situation where the two is going to have a lower |
| 13:59:57 5 | deviation? |
| 13:59:57 6 | A.    A lower standard deviation? |
| 13:59:59 7 | Q.    Right. |
| 14:00:00 8 | A.    The two have a lower standard deviation? |
| 14:00:07 9 | Q.    Right. |
| 14:00:07 10 | A.    Possibly. |
| 11 | Q.    How? |
| 14:00:07 12 | A.    Well, it depends on how close the results |
| 14:00:09 13 | are.  The closer they are, the smaller the standard |
| 14:01:11 14 | deviation. |
| 14:01:11 15 | Q.    Okay.  That's your opinion of how standard |
| 14:01:13 16 | deviation is calculated? |
| 14:01:15 17 | MS. O'DELL:  Object to the form. |
| 14:01:15 18 | THE WITNESS:  We didn't talk about how |
| 14:01:17 19 | it's calculated.  There's a formula for that. |
| 20 | Q.    (By Mr. Chachkes)  Okay. |
| 14:00:19 21 | A.    Okay.  But the closer the values are to |
| 14:00:25 22 | each other, the smaller the standard deviation's |
| 14:00:29 23 | going to be. |
| 14:00:29 24 | Q.    Did your analysts use the point counting |
| 14:00:32 25 | method? |

173

14:00:32 1     A.    Are we back to PLM?

14:00:34 2     Q.    Well, there's a point counting method for

14:00:37 3  PLM and SEM.

14:00:38 4     A.    Yeah.

14:00:38 5     Q.    So you don't do SEM, right?

14:00:39 6     A.    No.

14:00:40 7     Q.    Okay.  All right.  I'm going to skip that.

14:00:42 8     A.    No.  No.  No.  Yep, okay.

14:00:43 9     Q.    I'll skip that, that's fine.

14:00:49 10          So let's talk about the coefficient of

14:00:50 11  variation study.  I'm just going to give it to you.

14:00:52 12    A.    Okay.

14:00:53 13    Q.    We will mark it as an exhibit.  What's the

14:00:56 14  next exhibit?  She has to mark it.

14:01:22 15    A.    Yep.

16          (Defendants' Exhibit 3 was marked for

14:01:22 17  identification.)

14:01:22 18    Q.    (By Mr. Chachkes)  All right.  So is this

14:01:26 19  the coefficient of variation study that you referred

14:01:29 20  to earlier?

14:01:30 21    A.    Yes.

14:01:42 22    Q.    And that's where you got that 5 to 7

14:01:45 23  percent deviation number from?

14:01:46 24    A.    Yes.

14:01:46 25    Q.    Is there a right answer and a wrong answer

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

174

14:01:51 1  as to whether someone you're looking at visually

14:01:54 2  under TEM is a fiber or bundle?

14:01:56 3          MS. O'DELL:  Object to the form.

14:01:57 4          THE WITNESS:  Is a fiber or a bundle a

14:02:02 5  right answer or a wrong answer?  I would say

14:02:04 6  yes.

14:02:05 7     Q.    (By Mr. Chachkes)  So is the coefficient

14:02:10 8  of variation also -- can we also refer to it as an

14:02:13 9  error rate?  Is that the same thing?

14:02:14 10    A.    Yes.

14:02:14 11    Q.    And for this coefficient of variation you

14:02:18 12  bought off-the-shelf J&J baby powder and added a

14:02:22 13  known tremolite asbestos and anthophyllite asbestos

14:02:24 14  standard reference material?

14:02:26 15    A.    Yes.

14:02:27 16    Q.    And you spiked the J&J baby powder with

14:02:31 17  enough asbestos to reach a concentration of about

14:02:33 18  .3 percent?

14:02:33 19    A.    Yes.

14:02:34 20    Q.    And the highest concentration of any

14:02:35 21  bottle that you've tested in this case is

14:02:38 22  .035 percent; correct?

14:02:42 23          MS. O'DELL:  Object to the form.

14:02:43 24          THE WITNESS:  I would have to check and

14:02:44 25  see.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

175

14:02:44 1     Q.    (By Mr. Chachkes)  Okay.  Do you have --

14:02:44 2  just sitting here today, without referring to the

14:02:46 3  report, do you have an idea of what the highest

14:02:48 4  concentration of any bottle of MDL samples that you

14:02:51 5  tested is?

14:02:52 6          MS. O'DELL:  Object to the form.

14:02:53 7          THE WITNESS:  Again, I can't remember off

14:02:54 8  the top of my head right now, yeah.

14:02:55 9     Q.    (By Mr. Chachkes)  That's fine.  It's not

14:02:57 10  a memory test.

14:02:58 11    A.    Yep.

14:02:58 12    Q.    For the coefficient of variation you

14:03:00 13  prepared 25 grid openings; correct?

14:03:02 14    A.    Yes.

14:03:03 15    Q.    And then you had four TEM analysts look at

14:03:06 16  the exact same grids and analyze them for tremolite

14:03:09 17  and anthophyllite asbestos; correct?

14:03:10 18    A.    Yes.  Yes.

14:03:11 19    Q.    And so those four analysts were looking at

14:03:13 20  the exact same thing?

14:03:14 21    A.    Yes.

14:03:14 22    Q.    And these are the analysts who did the

14:03:19 23  testing of the MDL samples?

14:03:21 24    A.    To my knowledge, yes.

14:03:22 25    Q.    Do you consider the error rate that is

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

176

14:03:28 1  your conclusion in the coefficient of variation study

14:03:31 2  to be a good one for a lab?

14:03:33 3     A.    Yes.

14:03:33 4     Q.    Looking specifically at the count sheets

14:03:37 5  for tremolite, two of the analysts found nine

14:03:42 6  structures in the sample and two found ten

14:03:44 7  structures; correct?

14:03:45 8     A.    Yes.

14:03:45 9     Q.    And that's the 6 percent error rate you

14:03:49 10  were talking about, the roughly 6 percent error rate?

14:03:51 11          MS. O'DELL:  Object to the form.

14:03:52 12          THE WITNESS:  That's part of the way it's

14:03:53 13  calculated, yes.

14:03:55 14    Q.    (By Mr. Chachkes)  Okay.  What other ways

14:03:58 15  was it calculated?

14:03:59 16    A.    That's the way it was calculated according

14:04:01 17  to the formula we used.

14:04:02 18    Q.    Okay.

14:04:03 19    A.    Yep.

14:04:03 20    Q.    Your analysts wrote down whether the

14:04:08 21  structure they found was a fiber or bundle; right?

14:04:10 22    A.    Yes.

14:04:11 23    Q.    This is a part of the study parameters;

24  right?

14:04:17 25    A.    Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**177**

14:04:17 1    Q.   Let me --

14:04:22 2    A.   I mean, the rate is based on the number of

14:04:24 3    structures that they counted.  Now, they may have

14:04:26 4    been a fiber or a bundle, but it's the total number

14:04:29 5    of structures they counted.  Yep.

14:04:31 6         MR. CHACHKES:  Let's mark as the next

14:04:32 7    exhibit, what are we on, 4?

14:04:?? 8         (Defendants' Exhibit 4 was marked for

14:04:52 9    identification.)

14:04:52 10   Q.   (By Mr. Chachkes)  So what we have marked

14:04:55 11   as Rigler 4 is a demonstrative we worked up so that

14:04:57 12   we can see -- compare the analysts' work against each

14:04:59 13   other.

14:05:00 14        Can you just confirm that -- let's look,

14:05:03 15   for example, at analyst 1, what they found for grid

14:05:10 16   opening A8-E2?

14:05:17 17   A.   Which analysis is this?  Which sample is

14:05:17 18   this?

14:05:18 19        So this is -- you've gone to the appendix,

14:05:21 20   right, of Rigler 3.

14:05:26 21   A.   What?  Where are we --

14:05:29 22        So Rigler 3 is the coefficient of

14:05:32 23   variation study.

14:05:33 24   A.   Okay.

14:05:33 25   Q.   And if you go into -- there are sheets for

**178**

14:05:38 1    different analysts; right?

14:05:39 2    A.   Yeah, these are the count sheets, right.

14:05:41 3    Q.   Right.  So if you go to the first analyst

14:05:48 4    and you go to A8-E2 --

14:05:51 5    A.   Okay.

14:05:51 6    Q.   -- you see that the structure identified

14:05:53 7    was a bundle --

14:05:54 8    A.   Okay.

14:05:54 9         -- right?

14:05:55 10   A.   Yes.

14:05:56 11   Q.   Okay.  And then in my demonstrative you

14:05:58 12   see that's a bundle; right?

14:06:00 13   A.   Right.

14:06:00 14   Q.   And then you go to analyst number 2 -- is

14:06:06 15   that the second page?

14:06:07 16   A.   Yes.

14:06:07 17   Q.   Okay.  And it says in the upper left-hand

14:06:09 18   corner analyst 2?

14:06:10 19   A.   Yes.

14:06:10 20   Q.   Okay.  That for A8-E2 that analyst

14:06:16 21   identified a fiber?

14:06:17 22   A.   Okay.

14:06:17 23        Is that correct?

14:06:18 24   A.   Uh-huh.

14:06:19 25   Q.   Okay.  And that's reflected in the

**179**

14:06:22 1    demonstrative?

14:06:22 2    A.   Yep.

14:06:22 3    Q.   And analyst number 3, A8-E2, that analyst

14:06:27 4    detected a fiber?

14:06:29 5    A.   Yes.

14:06:29 6    Q.   Okay.  And then analyst number 4, A8-E2,

14:06:34 7    that analyst detected a bundle?

14:06:36 8    A.   Yes.  Yep.

14:06:37 9         MS. O'DELL:  Did you say A8-2 twice?

14:06:?? 10        THE WITNESS:  This one.

14:06:41 11        MR. CHACHKES:  A8-E2.

14:06:43 12        THE WITNESS:  Yeah.  Is that grid square?

14:06:44 13        MS. O'DELL:  Yeah.

14:06:?? 14        THE WITNESS:  Yeah.

14:06:45 15        MS. O'DELL:  Got it.  And then for --

14:06:49 16   Q.   (By Mr. Chachkes)  Okay.  So what we've

14:06:51 17   done is we've summarized these grid openings in this

14:06:55 18   demonstrative in that way --

14:06:?? 19   A.   Right.

14:06:56 20   Q.   -- do you follow me so far?

14:06:58 21   A.   Yes.

14:06:58 22   Q.   And your analysts are trained to

14:07:00 23   distinguish between a fiber and a bundle; right?

14:07:02 24   A.   Yes.

14:07:02 25   Q.   And you ran this experiment to detect how

**180**

14:07:06 1    good your analysts were at identifying the same

14:07:09 2    thing?

14:07:09 3         MS. O'DELL:  Object to the form.

14:07:10 4    Q.   (By Mr. Chachkes)  Is that a yes?

14:07:11 5    A.   That would be yes.

14:07:11 6    Q.   But out of the 11 grid openings, your

14:07:14 7    analysts only came to consensus on the type of

14:07:16 8    structure they found only once?

14:07:18 9         MS. O'DELL:  Object to the form.

14:07:19 10        THE WITNESS:  Every time they came to the

14:07:20 11   consensus that it was tremolite.

14:07:22 12   Q.   (By Mr. Chachkes)  This is not the

14:07:23 13   question.

14:07:23 14   A.   But that is the answer.  This is what

14:07:25 15   we're concerned about here, is it asbestos.

14:07:27 16   Q.   The question before you is:  Out of 11

14:07:30 17   grid openings your analysts only came to a consensus

14:07:33 18   on the type of structure they found only once?

14:07:36 19   A.   What's that?  Out of 11 grid openings?

14:07:39 20   Q.   Right.

14:07:40 21   A.   No.

14:07:40 22   Q.   Okay.  Look at the demonstrative.

14:07:?? 23   A.   Okay.

14:07:43 24   Q.   For A8-E2 your analysts did not find the

14:07:46 25   same structure; right?  Two found bundle, two found

181

```
1   fiber?
2      A.   Uh-huh.
3      Q.   For A8-E4 they all agree it's a fiber?
4      A.   Uh-huh.
5      Q.   For A8-E5 they did not agree whether it
6   was a bundle or fiber.
7      A.   Okay.
8           MS. O'DELL:  And feel free to check if you
9   need to check the data.  It's in the
10  demonstrative.
11     Q.   (By Mr. Chachkes)  Yeah.  I mean, if you
12  think we're putting a fraudulent --
13     A.   No --
14          -- in front of you --
15     A.   -- no.
16          MS. O'DELL:  I think mistakes can happen.
17          THE WITNESS:  I'm sure they can.
18          MS. O'DELL:  I think probably the others
19  happen, too, but I'm not suggesting that in this
20  situation.
21     Q.   (By Mr. Chachkes)  So you can see for the
22  11 grid openings on the demonstrative we put before
23  you, there was only one instance where the analysts
24  agreed on the fiber structure.
25     A.   Okay.
```

182

```
1      Q.   Right?
2      A.   Okay.
3      Q.   And did you -- did you determine an error
4   rate for your analysts' ability to determine
5   morphology?
6      A.   No.
7      Q.   If you did based on this, it would be a
8   pretty high error rate, wouldn't it?
9           MS. O'DELL:  Object to the form.
10          THE WITNESS:  Well, it's not an error as
11  to what the material is, is it?  It's all
12  tremolite.  It's all tremolite asbestos.  It all
13  meets the definition for tremolite asbestos,
14  bundle, fiber.
15     Q.   (By Mr. Chachkes)  I'll ask the question
16  again.
17     A.   Okay.
18     Q.   If you were to determine an error rate for
19  determining the morphology of what the analysts in
20  the coefficient of variation were looking at, it
21  would be a very high error rate, wouldn't it?
22          MS. O'DELL:  Object to the form.
23          THE WITNESS:  No.  No, it wouldn't.
24     Q.   (By Mr. Chachkes)  Even though they only
25  agreed once out of 11 times?
```

183

```
1           MS. O'DELL:  Object to the form.
2           THE WITNESS:  No.
3      Q.   (By Mr. Chachkes)  Why?
4      A.   It's not.
5      Q.   Why?
6      A.   Well, the max I can see here is it might
7   be -- it might be maybe 50 percent, maybe, if that's
8   what it is.
9      Q.   Okay.
10     A.   And I don't agree with it, okay, because
11  the objective here is is it asbestos?  Is it
12  asbestiform asbestos?  The answer is yes.
13     Q.   So a 50 percent error rate in your mind is
14  not high?
15          MS. O'DELL:  Object to the form.
16          THE WITNESS:  No, this is not --
17          MS. O'DELL:  Give me a moment.
18          Object to the form.
19          Go ahead.
20          THE WITNESS:  I mean, again, the objective
21  here is to determine if this is asbestos, is
22  this asbestiform.  And the answer to that is
23  yes.  You're going to have some variation based
24  on what they see in the microscope, all right,
25  and that is totally acceptable.
```

184

```
1      Q.   (By Mr. Chachkes)  Okay.  When you say
2   totally acceptable, what do you mean by that?
3      A.   Well, it's acceptable based on what the
4   asbestiform is, according to the definition.  All
5   right.  Fiber, bundle, .5 or greater, 5-to-1 aspect
6   ratio.  Every one of these fits that.
7      Q.   So -- well, that's not quite correct;
8   right?  A8-G4, three analysts found no detectable
9   asbestos and only one found asbestos; right?
10     A.   That happens.
11     Q.   Okay.
12     A.   That can happen.
13     Q.   And then A8-G5, three analysts found no
14  asbestos and one identified a bundle?
15     A.   Again, that can happen.
16     Q.   And you testified before that there's a
17  right answer and a wrong answer as to whether
18  something's a fiber or a bundle; right?
19     A.   Yes.
20     Q.   Do you know for grid opening A8-E4 which
21  analyst got it wrong and which analyst got it right?
22          MS. O'DELL:  Object to the form.
23          THE WITNESS:  They both got it right.
24  They all got it right.
25     Q.   (By Mr. Chachkes)  Okay.  And so if
```

**185**

```
14:11:08   1   there's objectively a right answer to whether it's a
14:11:11   2   fiber or bundle, how can something be both a fiber
14:11:14   3   and a bundle?
14:11:15   4        A.    As I say, the analyst, their job is to
14:11:22   5   figure out whether it meets the definition, all
14:11:24   6   right?  Fiber or bundle, it meets the specification
14:11:28   7   for whether it is asbestos, asbestiform asbestos.
14:11:33   8        Q.    Okay.  Putting --
14:11:34   9        A.    That's what we're concerned about here.
14:11:36  10        Q.    Putting aside whether there's -- what they
14:11:38  11   identified as asbestiform, I'm just talking about the
14:11:41  12   morphology.
14:11:43  13        A.    Sure.
14:11:42  14        Q.    For A8-E2, two analysts must have gotten
14:11:48  15   it wrong and two must have gotten it right.
14:11:48  16        MS. O'DELL:  Object to the form.
14:11:47  17        THE WITNESS:  No.  They all got it right.
14:11:50  18        Q.    (By Mr. Chachkes)  Okay.  So you don't
14:11:50  19   care whether an analyst correctly identifies
14:11:54  20   something as a bundle or fiber?
14:11:56  21        MS. O'DELL:  Object to the form.
14:11:56  22        MS. PARFITT:  Misstates his testimony.
14:11:59  23        THE WITNESS:  What I've said is it meets
14:12:00  24   the definition.  That's what is of concern to
14:12:03  25   me.  That's the most important part.
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**186**

```
14:12:04   1        Q.    (By Mr. Chachkes)  The question is do you
14:12:06   2   care whether one of your analysts misidentifies a
14:12:09   3   bundle as a fiber or a fiber as a bundle?
14:12:11   4        MS. O'DELL:  Object to the form.
14:12:13   5        Q.    (By Mr. Chachkes)  Do you care?
14:12:14   6        MS. O'DELL:  Object to the form.
14:12:15   7        THE WITNESS:  I care if they identify it
14:12:19   8   properly according to the regulations, and in
14:12:22   9   all cases they have.
14:12:23  10        Q.    (By Mr. Chachkes)  I'll ask the same
14:12:24  11   question again.
14:12:24  12        And I'll answer it the same way every
14:12:26  13   time.
14:12:26  14        Q.    We'll add this to the list of things we're
14:12:28  15   going to get the magistrate to --
          16        A.    Fine.
14:12:30  17        Q.    -- answer.
14:12:30  18        That's fine.
14:12:30  19        Q.    Do you care --
14:12:31  20        A.    I'm going to answer it the same way, so we
14:12:33  21   can move on.
14:12:34  22        Q.    I want a clear record.  If you don't want
14:12:36  23   to answer -- do you care --
14:12:37  24        A.    I've answered already.
14:12:37  25        MS. O'DELL:  Excuse me.  He's answered
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**187**

```
14:12:39   1   your question.
14:12:39   2        THE WITNESS:  Numerous times.
14:12:41   3        MS. O'DELL:  Excuse me.  Three or four
14:12:42   4   times.  If you want to waste your time, but
14:12:45   5   don't badger the witness.
14:12:46   6        MR. CHACHKES:  I'm not going to badger the
          7   witness --
14:12:50   8        MS. O'DELL:  You are badgering the
14:12:50   9   witness.
          10        MR. CHACHKES:  -- clear answer.
14:12:50  11        MS. O'DELL:  He's answered your question
14:12:51  12   very clearly.
14:12:52  13        MR. CHACHKES:  I'm going to ask the same
14:12:53  14   question again.  You can tell me I'm not allowed
14:12:56  15   to, and I'll move on.
          16        MS. O'DELL:  I'm telling you that the
          17   rules require that you not badger the witness.
          18   That's what I'm stating to you.
14:13:01  19        MR. CHACHKES:  I'm -- level voice.  It's a
14:13:02  20   calm question.  It's a serious question.  So.
14:13:04  21        MS. O'DELL:  That doesn't mean you're not
14:13:08  22   badgering the witness, as you are well aware.
14:13:09  23        MR. CHACHKES:  I believe I'm entitled to a
14:13:11  24   clear answer to a clear question.
14:13:13  25        MS. O'DELL:  You're not entitled to the
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**188**

```
           1   answer that you want.  You're entitled to an
14:13:13   2   answer, and he's answered your question.
           3        MR. CHACHKES:  Let's maybe -- I don't
           4   think this colloquy is productive.  I'm going to
14:13:19   5   ask the same question again.  If you want to say
14:13:19   6   don't ask it, you can order me not to ask it.
14:13:22   7   I'm going to ask it again.
14:13:23   8        Q.    (By Mr. Chachkes)  Do you care whether
14:13:25   9   your analysts misidentify a bundle as a fiber or a
14:13:28  10   fiber as a bundle?  Just the morphology I'm talking
14:13:30  11   about.
14:13:31  12        A.    Asked and answered.
14:13:32  13        MS. O'DELL:  Excuse me.  Object to the
          14   form.
14:13:34  15        Q.    (By Mr. Chachkes)  So you believe you've
14:13:37  16   already answered that?
14:13:37  17        A.    Yes.
14:13:38  18        Q.    Okay.  And if I were to say you don't care
14:13:41  19   about whether an analyst is misidentifying a
14:13:44  20   morphology, would I be wrong or right?
14:13:46  21        MS. O'DELL:  You would be misstating his
14:13:48  22   testimony.  Object to the question.
14:13:49  23        Q.    (By Mr. Chachkes)  If I said you do care
14:13:52  24   that an analyst misidentified the morphology of
14:13:56  25   asbestos, would I be wrong or right?
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

189

14:13:57 1    MS. O'DELL:  Object to the form.  He's
14:13:59 2 answered your question.
14:13:59 3    THE WITNESS:  I've already answered the
14:14:01 4 question.
14:14:01 5    MR. CHACHKES:  Okay.  We're going to add
14:14:03 6 that to the list of questions for the
14:14:04 7 magistrate.
14:14:09 8    Q.    (By Mr. Chachkes)  Does whether you
14:14:12 9 identify something as a bundle or a fiber affect the
14:14:15 10 concentration values in your report?
14:14:19 11    A.    No.
14:14:19 12    Q.    Not at all?
14:14:24 13    A.    No.
14:14:24 14    Q.    Does the Rigler 4 demonstrative which is
14:14:32 15 derived from your coefficient of variation study lead
14:14:36 16 you to believe that maybe the TEM is not the best
14:14:39 17 apparatus for resolving morphology?
14:14:41 18    A.    No.
14:14:42 19    MS. O'DELL:  Object to the form.
14:14:43 20    THE WITNESS:  It is the best.
14:14:45 21    Q.    (By Mr. Chachkes)  No evidence will shake
14:14:46 22 you from that opinion?
14:14:47 23    A.    No.
14:14:47 24    Q.    Okay.  Let's talk about asbestos.  Ready?
14:14:56 25    A.    **I thought that's what we've been talking**

190

14:14:58 1 about.
14:14:58 2    Q.    Completely different topic.
14:14:59 3    A.    **All right.**
14:15:00 4    Q.    You talk about the Blount paper in your
14:15:02 5 expert report; correct?
14:15:04 6    A.    **Yes.**
14:15:04 7    Q.    Okay.  In the Blount paper there's a
14:15:06 8 particle size distribution?
14:15:09 9    A.    **Yes.**
14:15:09 10    Q.    Okay.  And out in the published literature
14:15:16 11 there are publications that have particle sized
14:15:21 12 distributions that -- strike that.
14:15:25 13    That there's a characteristic -- there is
14:15:27 14 a characteristic particle size distribution for
14:15:30 15 asbestos; is that correct?
14:15:31 16    A.    **Well, depending on how that sample's been**
14:15:43 17 **processed, you're going to have different fiber**
14:15:45 18 **sizes, different -- they're going to be different.**
14:15:48 19 **You're going to have different aspect ratios and**
14:15:51 20 **different sizes.**
14:15:51 21    Q.    For any given sample that everyone agrees
14:15:56 22 is asbestos, it's going to have a characteristic
14:15:59 23 particle size distribution; right?
14:16:00 24    MS. O'DELL:  Object to the form.
14:16:01 25    THE WITNESS:  It can.

191

14:16:04 1    Q.    (By Mr. Chachkes)  Okay.  Meaning some
14:16:06 2 of -- strike that.
14:16:06 3    Does a -- you understand what a cleavage
14:16:10 4 fragment is?
14:16:11 5    A.    **Yes.**
14:16:11 6    Q.    Would you call a cleavage fragment
14:16:13 7 asbestos?
14:16:13 8    A.    **If it was of the size and shape that met**
14:16:16 9 **the regulatory definition, yes.**
14:16:18 10    Q.    Do cleavage fragments have a different
14:16:21 11 particle size distribution than asbestos?
14:16:26 12    MS. O'DELL:  Object on the form.
14:16:27 13    THE WITNESS:  They can.
14:16:29 14    Q.    (By Mr. Chachkes)  Okay.  Using -- when I
14:16:31 15 say geological definition, I've heard you guys talk
14:16:34 16 about --
14:16:34 17    A.    **Yes.**
14:16:37 18    Q.    -- I'm going to use your phrase geological
14:16:37 19 definition of asbestos.
14:16:39 20    A.    **All right.**
14:16:39 21    Q.    Using a geological definition of asbestos,
14:16:42 22 can you have a cleavage fragment that is greater than
14:16:46 23 5-to-1 aspect ratio?
14:16:48 24    MS. O'DELL:  Object to the form.
14:16:49 25    THE WITNESS:  In my opinion, the answer to

192

14:16:52 1 that is yes.
14:16:53 2    Q.    (By Mr. Chachkes)  Okay.  And using the
14:16:56 3 geological definition of asbestos as you have used
14:17:02 4 it, there can be an asbestiform particle that has an
14:17:06 5 aspect ratio of below 3-to-1?
14:17:08 6    MS. O'DELL:  Object to the form.
14:17:10 7    THE WITNESS:  Are you talking about what
14:17:13 8 kind of particle?
14:17:14 9    Q.    (By Mr. Chachkes)  Asbestiform particle.
14:17:15 10    A.    **Smaller than 3-to-1?**
14:17:17 11    Q.    Yeah.
14:17:17 12    A.    **I mean, from a regulatory standpoint, it**
14:17:22 13 **would be 3-to-1, 5-to-1.  So --**
14:17:27 14    Q.    Yeah.  I don't want to interrupt.
14:17:29 15    So for just a geological definition as
14:17:31 16 you've -- as --
14:17:34 17    A.    **Yeah.**
14:17:34 18    Q.    It's just a geological definition as you
14:17:39 19 have used that phrase, can there be, under the
14:17:42 20 geological definition, asbestos with an aspect ratio
14:17:45 21 below 3-to-1?
14:17:46 22    MS. O'DELL:  Object to the form.
14:17:47 23    THE WITNESS:  Well, the geological
14:17:51 24 definition that we've talked about has to do
14:17:54 25 with macro, large, very large that you can hold

193

14:17:58  1  in your hand kinds of particles. So in most
14:18:03  2  cases of that size, you know, you may see some
14:18:08  3  that are in that range, but you have to use the
14:18:09  4  PLM to see them, probably.
14:18:11  5       Q.   (By Mr. Chachkes) Okay. If I took, under
14:18:14  6  the geological definition, a tremolite particle that
14:18:17  7  had a 6-to-1 aspect ratio and I snapped it into two
14:18:21  8  3-to-1 aspect ratio particles, under the geological
14:18:24  9  definition those two particles would still be
14:18:27  10  asbestos; right?
14:18:28  11      A.   Yes. I mean, if they were -- yeah. They
14:18:32  12  were on a -- yes, they would be.
14:18:34  13      Q.   Let me ask it --
14:18:35  14      A.   If they were equally divided.
14:18:36  15      Q.   Yeah. Let me just ask a better question
14:18:38  16  to be fair.
14:18:39  17          If I had a tremolite particle that was --
14:18:42  18  that had a 6-to-1 aspect ratio and I snapped it into
14:18:46  19  three parts perfectly evenly so that each had a
14:18:50  20  2-to-1 aspect ratio, under the geological definition
14:18:53  21  each of those would still be asbestos; right?
14:18:54  22          MS. O'DELL: Object to the form.
14:18:56  23          THE WITNESS: On a microscopic scale they
14:18:58  24  wouldn't be. I mean, they wouldn't fit the
14:19:00  25  regulatory definition.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

194

14:19:00  1       Q.   (By Mr. Chachkes) I'm talking about the
14:19:01  2  geological.
14:19:02  3       A.   I mean --
14:19:08  4          MS. O'DELL: Object to the form.
14:19:09  5          THE WITNESS: Yeah, I don't -- I mean, I
14:19:11  6  think on a microscale versus, you know, what I
14:19:14  7  can see in my hand. See what I'm saying?
14:19:17  8       Q.   (By Mr. Chachkes) No.
14:19:18  9       A.   Yeah. Well, that's how I feel about the
14:19:22  10  question you just asked me. I'm not quite sure of
14:19:24  11  exactly -- I mean, I understand what the concept is,
14:19:28  12  but when you're saying on a geological scale, I mean,
14:19:32  13  if the aspect ratio is less than 3-to-1, it wouldn't
14:19:35  14  come under the regulatory definition.
14:19:37  15      Q.   Right. But I'm not asking about
14:19:38  16  regulatory.
14:19:39  17      A.   Well, that's where I am with it.
14:19:41  18      Q.   Right.
14:19:43  19      A.   I mean, if you're going to say it's
14:19:45  20  asbestiform, it's got to have that ratio. It's got
14:19:50  21  to have at least a 5-to-1 ratio.
14:19:52  22      Q.   So if I have a chunk of gold and I break
14:19:54  23  it in half, each half would still be gold; right?
14:19:57  24      A.   Yeah.
14:19:57  25      Q.   If I break those two halves again, each

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

195

14:20:00  1  part would still be gold?
14:20:01  2       A.   Correct.
14:20:01  3       Q.   And I can keep going doing that until I
14:20:05  4  had very small pieces and they still would be gold?
14:20:07  5       A.   Sure.
14:20:08  6       Q.   You're saying the same does not apply to
14:20:08  7  asbestos, that I could break asbestos and at a
14:20:10  8  certain point it's not asbestos?
14:20:11  9          MS. O'DELL: Object to the form.
14:20:12  10          THE WITNESS: Well, I mean, chemically it
14:20:15  11  still is. Yes.
14:20:17  12      Q.   (By Mr. Chachkes) Okay. You use -- so I
14:20:26  13  didn't see the phrase asbestiform talc in your
14:20:28  14  report; is that correct?
14:20:30  15      A.   I don't -- it might be in there, yeah, I
14:20:33  16  think it is. Yeah.
14:20:34  17      Q.   Okay. In your report at page 8 you talk
14:20:37  18  about fibrous talc, you found fibrous talc in
14:20:42  19  98 percent of the Italian and Vermont talc samples by
14:20:45  20  ISO 22262. Does that ring a bell?
14:20:48  21      A.   Yes.
14:20:48  22      Q.   What is your definition of fibrous talc?
14:20:50  23      A.   It would be talc that had that aspect
14:20:52  24  ratio of 5-to-1.
14:20:53  25      Q.   You would require parallel sides as well?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

196

14:20:56  1       A.   Yes.
14:20:56  2       Q.   Is there a scientific consensus that there
14:21:03  3  is such a thing as fibrous talc?
14:21:02  4       A.   Yes.
14:21:02  5       Q.   Are you aware of any epidemiologist or
14:21:07  6  doctor who has studied the health effects of fibrous
14:21:09  7  talc?
14:21:10  8          MS. O'DELL: Object to the form.
14:21:11  9          THE WITNESS: Well, if the talc -- if
14:21:18  10  there's fibrous talc in with -- let's just say
14:21:22  11  we called it talc, whether it's got a fibrous
14:21:24  12  component or not, platy, you know, mostly platy.
14:21:30  13  As far as IARC is concerned, they say that that
14:21:35  14  is -- that will be -- if it has asbestos in it,
14:21:38  15  it's going to be regulated and hazardous to
14:21:44  16  health.
14:21:44  17      Q.   (By Mr. Chachkes) The question was are
14:21:45  18  you aware of any epidemiologist or doctor who has
14:21:48  19  studied the health effects of fibrous talc?
14:21:51  20          MS. O'DELL: Object to the form.
14:21:53  21      Q.   (By Mr. Chachkes) It's a yes or no
14:21:54  22  question.
14:21:54  23      A.   Yes, there have been numerous studies on
14:21:59  24  fibrous talc, and I don't know if they're in some of
14:22:04  25  our reference material or not, but there have been

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

197

14:22:05  1   numerous studies that have been done.
14:22:07  2       Q.   Can you name a single doctor or
14:22:09  3   epidemiologist who has done a study on the health
14:22:11  4   effects of fibrous talc --
14:22:13  5           MS. O'DELL:  Object to the form --
14:22:14  6           THE WITNESS:  Are you talking about
14:22:15  7   medical doctors, Ph.D.s, what?  You said doctor.
14:22:18  8       Q.   (By Mr. Chachkes)  Let's say medical
14:22:20  9   doctor.
14:22:20 10       A.   Yeah, let's say doctors like you said
14:22:22 11   before, then yes, there are.
14:22:23 12       Q.   Okay.  Start with medical doctors.
14:22:25 13       A.   Okay.
14:22:30 14       Q.   Can you name a medical doctor who has
14:22:30 15   studied the health effects of fibrous talc?
14:22:30 16       A.   There are --
14:22:31 17           MS. O'DELL:  Object to the form.
14:22:31 18           THE WITNESS:  I can't name one right now
14:22:35 19   as I sit here, but there are that have done
14:22:36 20   those studies.
14:22:37 21       Q.   (By Mr. Chachkes)  Can you name an
14:22:38 22   epidemiologist?
14:22:39 23           MS. O'DELL:  Object to the form.
14:22:40 24           THE WITNESS:  There are ones that have.
14:22:41 25       Q.   (By Mr. Chachkes)  Can you name one?

198

14:22:42  1       A.   No, not as I sit here right here.
14:22:44  2       Q.   Can you name just a general doctor who has
14:22:46  3   studied the health effects of fibrous talc?
14:22:49  4           MS. O'DELL:  Object to the form.
14:22:49  5           THE WITNESS:  It's the same answer to the
14:22:51  6   question.  Doctor, doctor.
14:22:52  7       Q.   (By Mr. Chachkes)  Okay.  Well, there's
14:22:53  8   medical doctor and regular -- and other -- like
          9   you're a doctor --
         10       A.   Well --
         11           THE REPORTER:  Wait.  Wait.
14:22:58 12           THE WITNESS:  I know, but we said doctors.
14:23:02 13       Q.   (By Mr. Chachkes)  But sitting here today
14:23:03 14   you can't name just a Ph.D. who has studied -- just
14:23:06 15   by name -- a Ph.D. who has studied the health effects
14:23:09 16   of fibrous talc -- exposure to fibrous talc?
14:23:10 17           MS. O'DELL:  Object to form.
14:23:12 18           THE WITNESS:  As I sit right here, I can't
14:23:14 19   name them, but they do exist.  I have reference
14:23:17 20   material and I'd be happy to get that for you.
14:23:20 21       Q.   (By Mr. Chachkes)  Can you identify --
14:23:21 22       A.   Would you like to have that material?
14:23:23 23   Would you like to have that --
14:23:24 24       Q.   This deposition doesn't work if you ask
14:23:26 25   questions back to me.

199

14:23:27  1       A.   I understand.  I understand.
14:23:29  2       Q.   Can you identify any published authority
14:23:29  3   for your definition of fibrous talc?
14:23:31  4       A.   Sure.
14:23:31  5       Q.   What?
14:23:32  6       A.   I would want to say EPA right now.
14:23:46  7       Q.   Any other?
14:23:47  8       A.   I'd have to think about that.
14:23:50  9       Q.   Specifically what EPA document?
14:23:53 10       A.   I'll have to find that for you.  Be happy
14:23:58 11   to find that.
14:23:58 12       Q.   In the method in the 22262 method that you
14:24:04 13   used in your report, does it use the phrase fibrous
14:24:08 14   talc?
14:24:08 15       A.   I don't recall.  I'd have to look through
14:24:10 16   it.
14:24:11 17       Q.   Does it use the phrase asbestiform talc?
14:24:13 18       A.   Same answer.
14:24:14 19       Q.   Do you think those phrases are in there?
14:24:17 20       A.   I would have to look.
14:24:18 21       Q.   Are fibrous talc and asbestiform talc
14:24:24 22   different?
14:24:25 23       A.   Fibrous talc and asbestiform talc, if it
14:24:29 24   meets the definition, it would be considered
14:24:31 25   asbestiform talc, and you could still call it fibrous

200

14:24:34  1   talc.
14:24:35  2       Q.   Are they --
14:24:35  3       A.   So they could be one and the same.
14:24:37  4       Q.   Could they be one and the same --
14:24:39  5       A.   Let's say they are.  If they meet the
14:24:41  6   definition, then they are.
14:24:43  7       Q.   So the two phrases are synonymous?
14:24:46  8       A.   If they meet the specifications for the
14:24:48  9   regulated fiber, the definition, than they are.
14:24:50 10       Q.   Is there a situation where fibrous talc
14:24:53 11   and asbestiform talc aren't the same?
14:24:56 12           MS. O'DELL:  Object to the form.
14:24:57 13           THE WITNESS:  Again, if they don't meet
14:24:58 14   the aspect ratio, then they wouldn't be the
14:25:03 15   same.
14:25:03 16       Q.   (By Mr. Chachkes)  Well, then they
14:25:04 17   wouldn't be fibrous talc and asbestiform --
14:25:06 18       A.   Sure.  They could be --
14:25:06 19           MS. O'DELL:  Object to the form.
14:25:09 20           THE WITNESS:  -- fibrous at 4-to-1,
14:25:09 21   3-to-1, 2-to-1.  Sure.  They will have a fibrous
14:25:13 22   form.
14:25:13 23       Q.   (By Mr. Chachkes)  So you're saying that
14:25:14 24   if there's -- you could have fibrous talc at a 2-to-1
14:25:18 25   aspect ratio, but it would not be asbestiform talc?

201

14:25:21 1    A.    Correct.

14:25:21 2    Q.    Are there two kinds of tremolite,

14:25:34 3    asbestiform and nonasbestiform?

14:25:36 4    A.    Yes.

14:25:36 5    Q.    Just identifying something as tremolite

14:25:41 6    doesn't mean it's asbestiform?

14:25:43 7        MS. O'DELL: Object to the form.

14:25:44 8        THE WITNESS: It can be massive tremolite.

14:25:47 9    You know, if it's fibrous and it meets the

14:25:49 10   definition, then it's going to be asbestiform.

14:25:51 11   I mean, according to the definition.

14:25:53 12   Q.    (By Mr. Chachkes) The question is just

14:25:54 13   identifying something as tremolite does not mean it's

14:25:56 14   asbestiform; is that correct?

14:25:57 15       MS. O'DELL: Object to the form.

14:25:58 16       THE WITNESS: Once again, you would have

14:26:02 17   to look at the form.

14:26:03 18   Q.    (By Mr. Chachkes) To determine whether

14:26:04 19   it's asbestiform?

14:26:05 20   A.    Yes.

14:26:06 21       MS. O'DELL: Object to the form.

14:26:07 22   Q.    (By Mr. Chachkes) Just identifying

14:26:08 23   something as anthophyllite doesn't mean it's

14:26:10 24   asbestiform; correct?

14:26:11 25       MS. O'DELL: Object to the form.

202

14:26:12 1        THE WITNESS: Once again, if it meets the

14:26:15 2    definition than it would be.

14:26:17 3    Q.    (By Mr. Chachkes) Okay. And if it

14:26:19 4    doesn't meet the definition, it wouldn't be?

14:26:21 5        MS. O'DELL: Object to the form.

14:26:22 6        THE WITNESS: Well, it's still

14:26:23 7    anthophyllite. It may be, you know, below the

14:26:26 8    aspect ratio again. Causes the same health

14:26:30 9    effects.

14:26:30 10   Q.    (By Mr. Chachkes) What's a cleavage

14:26:36 11   fragment again?

14:26:36 12       MS. O'DELL: Asked and answered.

14:26:38 13       THE WITNESS: Yeah. Talked about that

14:26:39 14   already.

14:26:39 15   Q.    (By Mr. Chachkes) So what is it?

14:26:41 16   A.    It is a -- it's a form that would not have

14:26:45 17   parallel sides. Wouldn't have the aspect ratio.

14:26:49 18   It's going to be an odd shape.

14:26:50 19   Q.    Is something that had nonparallel sides

14:26:55 20   with an aspect ratio of 6-to-1, would that be a

14:26:59 21   cleavage fragment?

14:27:00 22       MS. O'DELL: Object to the form.

14:27:01 23       THE WITNESS: Most likely.

14:27:02 24   Q.    (By Mr. Chachkes) Do you agree with the

14:27:03 25   statement: Crushing of nonasbestiform amphibole can

203

14:27:09 1    lead to elongate fragments that conform to the

14:27:09 2    definition of an asbestiform fiber?

14:27:11 3        MS. O'DELL: Object to form.

14:27:12 4        THE WITNESS: Yes.

14:27:12 5    Q.    (By Mr. Chachkes) Do you agree with this

14:27:13 6    statement: Crushed nonasbestiform amphiboles rarely

14:27:17 7    have aspect ratios exceeding 30-to-1?

14:27:21 8    A.    I mean, that is -- that's been stated, but

14:27:29 9    it's as rarely -- so it's not 100 percent. So you

14:27:35 10   can have some.

14:27:35 11   Q.    But you agree with the statement?

14:27:38 12       MS. O'DELL: Object to the form. He just

14:27:40 13   said what he thought about the statement.

14:27:41 14       THE WITNESS: Yeah.

14:27:41 15   Q.    (By Mr. Chachkes) It's yes or no. Do

14:27:45 16   crushed -- do you agree with this statement, yes or

14:27:45 17   no: Crushed nonasbestiform amphiboles rarely have

14:27:48 18   aspect ratios exceeding 30-to-1?

14:27:50 19       MS. O'DELL: You may answer it any way

14:27:52 20   you'd like, Doctor. You're not restricted.

14:27:54 21       THE WITNESS: I mean, I've already

14:27:55 22   answered part of the question, and I would say

14:27:56 23   yes, you know.

14:28:00 24       MS. O'DELL: We have been going about an

14:28:01 25   hour. Why don't we take a quick break.

204

14:28:04 1        MR. CHACHKES: Sure.

14:28:43 2        (Recess from 2:28 p.m. to 2:52 p.m.)

14:52:45 3        (Defendants' Exhibit 1 was marked for

14:52:45 4    identification.)

14:52:54 5    Q.    (By Mr. Chachkes) Okay. Dr. Rigler, this

14:53:11 6    has already been marked as Rigler Exhibit 1. Can you

14:53:15 7    confirm that those are MAS invoices?

14:53:17 8    A.    Let's see. It has MAS on the letterhead.

14:53:26 9    They look like they are, yep.

14:53:29 10   Q.    Okay. It looks like the first page is an

14:53:31 11   April invoice. Am I right there?

14:53:33 12   A.    April 8 to April 11, 2018.

14:53:38 13   Q.    Okay. And it looks like the second one on

14:53:42 14   page 2 is a March invoice?

14:53:44 15   A.    Let's see. Yes.

14:53:46 16   Q.    And then page 3 looks like a single block

14:53:50 17   billing for, I'm guessing, the report, the

14:53:56 18   November 15 report?

14:53:56 19   A.    I don't know. I have no idea. First time

14:53:59 20   I've seen these.

14:53:59 21   Q.    Okay.

14:54:00 22   A.    Yeah, so I don't know.

14:54:01 23   Q.    Okay. So you wouldn't know whether

14:54:03 24   there's other billing --

14:54:04 25   A.    I have no idea.

205

14:54:05 1    Q.    And you don't know whether there's
14:54:07 2  underlying documents that support these?
14:54:09 3    A.    I don't know.
14:54:10 4    Q.    And you don't --
14:54:11 5    A.    Have to ask Dr. Longo.
14:54:12 6    Q.    Okay.  And you don't know what the block
14:54:14 7  billing is for on number 3?
14:54:15 8    A.    No.
14:54:16 9    Q.    The third page, that is?
14:54:17 10   A.    No, I don't.
14:54:18 11   Q.    Do you know why the number 14 appears on
14:54:22 12 the third page?
14:54:13 13   A.    That would be the department number.
14:54:26 14   Q.    It's your department?
14:54:27 15   A.    14, yes.
14:54:28 16   Q.    And what's that called?
14:54:31 17   A.    I think it's called legal.
14:54:33 18   Q.    Okay.  So you're in legal?
14:54:34 19   A.    Yes.
14:54:35 20   Q.    Are you in any other departments?
14:54:36 21   A.    No.
14:54:37 22   Q.    Is Dr. Longo in legal?
14:54:39 23   A.    Yes.
14:54:39 24   Q.    Is he in any other departments?
14:54:41 25   A.    Well, he is the departments.

206

1    Q.    Oh, okay.
14:54:44 2    A.    He's MAS.
14:54:44 3    Q.    Is he in every department, 1 through
14:54:47 4  whatever?
14:54:47 5    A.    I would say yes to that, but you need to
14:54:50 6  ask him about that.
14:54:50 7    Q.    What is the department called legal?  What
14:54:52 8  is it?
14:54:53 9    A.    14.  It just says 14.
14:54:54 10   Q.    No, I mean substantively, what does legal
14:54:58 11 do?  Why is there a group called legal?
14:55:01 12   A.    It's just called.  I don't know.  That's
14:55:02 13 what they've always called it.
14:55:03 14   Q.    Does it do all the work that is for
14:55:06 15 litigations?
14:55:07 16   A.    I don't --
14:55:09 17         MS. O'DELL:  Object to form.
18         THE WITNESS:  -- know.  You'd have to ask
14:55:11 19 Dr. Longo.  Because they came up with the
14:55:13 20 numbers and designations.
14:55:14 21   Q.    (By Mr. Chachkes)  When you do work that
14:55:16 22 is billable to, let's say, a company that's not
14:55:21 23 involved in litigation, does that go through unit 14?
14:55:24 24   A.    For me?
14:55:25 25   A.    Yes.

207

14:55:25 1    A.    I guess it does.
14:55:27 2    Q.    Okay.
14:55:27 3    A.    I just give them the hours.
14:55:29 4    Q.    Okay.  I'm done with that one.
14:55:34 5    A.    All right.
14:55:34 6         MR. CHACHKES:  I still have a request
14:55:35 7  pending for billing.
14:55:37 8         MS. O'DELL:  That's what I have in my
14:55:39 9  possession.
10         MR. CHACHKES:  Okay.
14:55:39 11         MS. O'DELL:  If we receive any others,
14:55:41 12 I'll let you know.
14:55:43 13   Q.    (By Mr. Chachkes)  Okay.  Can you pull up
14:55:50 14 Exhibit 5, which is, I think, if I've got it right,
14:56:04 15 22262-2.
14:56:14 16         MR. SILVER:  Alex, just for the record,
14:56:16 17 when you say exhibit numbers, these are exhibits
14:56:17 18 to the depo of Dr. Longo that happened on
14:56:21 19 February 5 of 2019?
14:56:23 20         MR. CHACHKES:  Correct.  And a good
14:56:24 21 clarification.
14:56:24 22   Q.    (By Mr. Chachkes)  So this is Exhibit 5 to
14:56:28 23 yesterday's Longo deposition, if you can --
14:56:29 24   A.    I don't have that.
14:56:30 25   Q.    It's probably in this stack.  I'll help

208

1  you find it.
14:56:32 2         MS. O'DELL:  Are you referring to 22262-2?
14:56:40 3         MR. CHACHKES:  Part 2, yes.
14:56:42 4         MS. O'DELL:  Part 2.
14:56:45 5         MR. CHACHKES:  Dash 2.  Okay.
14:56:51 6         MS. O'DELL:  I think I gave you mine.
7         MR. CHACHKES:  That one's his.  It's got
14:56:58 8  the stamp on it.
9         MS. O'DELL:  It does, but I think I gave
10 him mine earlier.
11         THE WITNESS:  Yeah, I think you did.  It's
12 in there.  She has it, hers.
14:56:59 13   Q.    (By Mr. Chachkes)  Okay.
14:56:59 14   A.    There we go.
14:57:02 15   Q.    Can you turn to page -- well, do you see
14:57:06 16 where there's a section 3, Terms and Definitions,
14:57:06 17 it's very near the front?
14:57:12 18   A.    Yes.
14:57:12 19   Q.    And there's a definition for asbestiform
14:57:14 20 that's 3.5?
14:57:21 21   A.    Yes.
14:57:23 22   Q.    And do you see where there's a definition
14:57:25 23 for asbestos, 3.6?
14:57:26 24   A.    Yes.
14:57:27 25   Q.    You didn't apply -- when you talk about

**209**

| | |
|---|---|
| 14:57:36 | 1 |
| 14:57:40 | 2 |
| 14:57:43 | 3 |
| 14:57:44 | 4 |
| 14:57:49 | 5 |
| 14:57:54 | 6 |
| 14:57:54 | 7 |
| 14:57:55 | 8 |
| 14:57:57 | 9 |
| 14:58:02 | 10 |
| 14:58:03 | 11 |
| 14:58:04 | 12 |
| 14:58:08 | 13 |
| 14:58:09 | 14 |
| 14:58:11 | 15 |
| 14:58:15 | 16 |
| 14:58:16 | 17 |
| 14:58:18 | 18 |
| 14:58:20 | 19 |
| | 20 |
| 14:58:21 | 21 |
| 14:58:22 | 22 |
| 14:58:22 | 23 |
| 14:58:24 | 24 |
| 14:58:26 | 25 |

1 asbestos in your report, it's not the definition of
2 asbestos that's in 3.6; correct?
3        MS. O'DELL:  Object to the form.
4        THE WITNESS:  Yeah.  The 3.6 definition is
5 the one that we say is -- this is a geological
6 definition.
7        Q.    (By Mr. Chachkes)  Right.  And so my
8 question is when I read the word asbestos in your
9 report, it's not the 3.6 definition in this
10 Exhibit 5; right?
11        MS. O'DELL:  Object to the form.
12        THE WITNESS:  It is based on the
13 regulatory definition.
14        Q.    (By Mr. Chachkes)  And the same question:
15 Is it the -- it's different from the definition in
16 3.6; correct?
17        A.    **The regulatory definition?**
18        Q.    The definition you're looking at right in
19 front of you --
20        A.    **Yes.**
21        Q.    -- that's 3.6?
22        A.    **Yes.**
23        Q.    So in your report when you use asbestos,
24 it's different than 3.6?
25        MS. O'DELL:  Object to the form.

**210**

1        Go ahead.
2        THE WITNESS:  The regulatory definition,
3 again, depending upon the document that you look
4 at, will include some of this language.  For
5 instance, the EPA includes some of this same
6 language that's in 3.6, so you'll have some
7 overlap there.
8        Q.    (By Mr. Chachkes)  I'm not asking about
9 overlap.
10        Can I assume that whenever you use the
11 phrase asbestos in your report you mean verbatim what
12 is in 3.6 that's right in front of you?
13        MS. O'DELL:  Object to the form.  That's
14 not what he said.
15        THE WITNESS:  I hear what you're saying.
16 Again, the regulatory definitions by standard
17 groups, such as EPA, ASTM, they have this
18 language in their definition, all right.  So
19 there's an overlap there.
20        If you want to say we don't do that, what
21 I would say is there is an overlap there, but
22 this is a geological definition, and we -- you
23 can't measure this flexibility and strength at
24 the level of the structures that we're looking
25 at.

**211**

1        Q.    (By Mr. Chachkes)  Okay.
2        A.    **So I hope I've answered your question.**
3        Q.    I thought it was a simple question, so I
4 guess I have to ask it again.
5        But, I mean, when you say there is
6 asbestos in your report in J&J's bottles of cosmetic
7 talc, do you mean to say that it contains a group of
8 silicate materials belonging to the serpentine and
9 amphibole groups which have crystallized in the
10 asbestiform habit, causing them to be easily
11 separated into long, thin, flexible, strong fibers
12 when crushed or processed?
13        A.    **If -- again, you know, we go by what's in
14 the definition, the regulatory definition.  And
15 again, that does overlap -- some of the wording in
16 those regulatory documents overlap what's in here
17 too.  So that would be applicable, if that helps
18 answer the question.**
19        Q.    I think you know what the question is.
20 It's a very simple one.
21        Is that your definition of asbestos in
22 your report?
23        MS. O'DELL:  Object to the form.
24        Q.    (By Mr. Chachkes)  Yes or no?
25        MS. O'DELL:  Object to the form --

**212**

1        THE WITNESS:  Part of it is.
2        MS. O'DELL:  -- ask --
3        Q.    (By Mr. Chachkes)  -- which part isn't?
4        THE REPORTER:  Wait.
5        MS. O'DELL:  Asked and answered.
6        THE WITNESS:  The strong fibers, the long,
7 flexible, strong fibers portion of it.
8        Q.    (By Mr. Chachkes)  Okay.  You have not
9 determined that J&J talc -- one way or the other,
10 whether it is or isn't, you haven't done a
11 determination of what you're calling asbestos in J&J
12 talc is easily separated into long, thin, flexible,
13 strong fibers when crushed or processed?
14        MS. O'DELL:  Object to form.
15        THE WITNESS:  I don't know how we would do
16 that.
17        Q.    (By Mr. Chachkes)  Okay.  And can you turn
18 to the next page, to cleavage fragment.  Is that the
19 definition of cleavage fragment in 3.12 that you use
20 in your report?
21        A.    **I don't believe we're -- ask the question
22 again.  Is that what we use in our report?**
23        Q.    Let me take a step back.
24        A.    **Is that the --**
25        Q.    Do you use the phrase cleavage fragment in

213

| | |
|---|---|
| 15:01:45 | 1 your report? |
| 15:01:46 | 2 MS. O'DELL: Object to form. |
| | 3 THE WITNESS: We have used cleavage in our |
| 15:01:48 | 4 report. |
| 15:01:48 | 5 Q. (By Mr. Chachkes) Okay. Cleavage |
| 15:01:49 | 6 fragment? |
| 15:01:49 | 7 A. **I want to say yes to that.** |
| | 8 Q. Okay. |
| 15:01:51 | 9 A. **I'd have to look, but I believe so, yes.** |
| 15:01:53 | 10 Q. When I read cleavage fragment in your |
| 15:01:55 | 11 report, is it the definition I'm reading in 3.12? |
| 15:01:59 | 12 A. **We would, again, refer to how it was --** |
| 15:02:06 | 13 **that it didn't meet the regulatory definition of** |
| 15:02:09 | 14 **parallel sides, less than 1/2 a micron, 5-to-1 aspect** |
| 15:02:13 | 15 **ratio.** |
| 15:02:14 | 16 Q. Okay. And you would say that in your |
| 15:02:18 | 17 report, something that is a fragment of a crystal |
| 15:02:23 | 18 that is bounded by cleavage faces is not a cleavage |
| 15:02:27 | 19 fragment if it has an aspect ratio of greater than |
| 15:02:29 | 20 5-to-1? |
| 15:02:30 | 21 MS. O'DELL: Object to form. |
| 15:02:31 | 22 THE WITNESS: Correct. If it had the |
| 15:02:33 | 23 defining characteristics of the regulatory |
| 15:02:34 | 24 definition. |
| 15:02:39 | 25 MR. CHACHKES: Okay. No further |

214

| | |
|---|---|
| 15:02:41 | 1 questions. |
| 15:02:42 | 2 Subject to the same objection and |
| 15:02:46 | 3 complaint we had yesterday about late produced |
| 15:02:49 | 4 documents, I'll pass the witness. |
| 15:02:52 | 5 MS. O'DELL: You know our position. We |
| 15:02:53 | 6 don't believe they're late produced. |
| 15:02:55 | 7 MR. CHACHKES: I thought you were agreeing |
| 15:02:56 | 8 it was late produced, no? |
| 15:02:56 | 9 MS. O'DELL: I just wanted to make sure |
| 15:02:58 | 10 you didn't think my silence was acquiescence. |
| 15:03:00 | 11 We're opposed. |
| 15:03:03 | 12 EXAMINATION |
| 15:03:03 | 13 BY MR. SILVER: |
| 15:03:05 | 14 Q. Good afternoon, Dr. Rigler. My name is |
| 15:03:05 | 15 Mark Silver. I am representing Imerys Talc America. |
| 15:03:06 | 16 I only have a couple of questions for you. |
| 15:03:09 | 17 With my questions, after I ask them, make |
| 15:03:10 | 18 sure that your attorneys have a chance to respond. |
| 15:03:13 | 19 There are some based on off-record conversations they |
| 15:03:16 | 20 may or may not instruct you to answer and/or you |
| 15:03:19 | 21 won't feel comfortable answering. |
| 15:03:21 | 22 We're going to do what's known as making a |
| 15:03:22 | 23 record so that we can have a collegial disagreement |
| 15:03:26 | 24 at some hopefully later date and not today, but we'll |
| 15:03:28 | 25 see how it goes. |

215

| | |
|---|---|
| 15:03:30 | 1 The first one is easy. I just want to |
| 15:03:30 | 2 make sure that I understand an answer you gave |
| 15:03:32 | 3 earlier. |
| 15:03:35 | 4 It was my understanding that you were |
| 15:03:36 | 5 asked by Mr. Chachkes about whether you were working |
| 15:03:39 | 6 on something that you intended to be published in |
| 15:03:43 | 7 peer-reviewed literature relating to talc, and you |
| 15:03:45 | 8 responded you could not confirm or deny. |
| 15:03:47 | 9 Is that an accurate summarization of your |
| 15:03:50 | 10 testimony? |
| 15:03:50 | 11 A. **That is what I said.** |
| 15:03:51 | 12 Q. Okay. And my understanding is you cannot |
| 15:03:53 | 13 confirm or deny because you and/or MAS believe that |
| 15:03:58 | 14 work, if it exists, would be proprietary; is that |
| 15:04:01 | 15 correct? |
| 15:04:01 | 16 A. **And it's our policy also.** |
| 15:04:03 | 17 Q. Okay. So that work -- |
| 15:04:06 | 18 A. **Yes.** |
| 15:04:06 | 19 Q. Is there a written policy on what MAS |
| 15:04:09 | 20 considers proprietary? |
| 15:04:09 | 21 A. **That's Dr. Longo's policy, so you'll have** |
| 15:04:11 | 22 **to discuss that with him.** |
| 15:04:12 | 23 Q. Okay. But have you ever seen a written |
| 15:04:14 | 24 policy on it? |
| 15:04:15 | 25 A. **I don't recall seeing one. But again,** |

216

| | |
|---|---|
| 15:04:19 | 1 talk to Dr. Longo. |
| 15:04:20 | 2 Q. Okay. But your understanding, because |
| 15:04:22 | 3 you're the one -- right now, your understanding is |
| 15:04:24 | 4 it's proprietary, and you got that understanding from |
| 15:04:26 | 5 a conversation with Dr. Longo? |
| 15:04:28 | 6 A. **It is proprietary --** |
| 15:04:29 | 7 MS. O'DELL: Object to form. |
| 15:04:31 | 8 THE WITNESS: -- and that's -- yeah, I |
| 15:04:31 | 9 have to abide by that. |
| 15:04:32 | 10 Q. (By Mr. Silver) But my question is you |
| 15:04:35 | 11 got that understanding because you had a conversation |
| 15:04:37 | 12 with Dr. Longo about it? |
| 15:04:38 | 13 A. **That's his policy. Yes.** |
| | 14 Q. Okay. |
| 15:04:40 | 15 A. **Yes.** |
| 15:04:41 | 16 Q. So I'm going to ask you something a little |
| 15:04:44 | 17 more discrete and let's see if we get -- if you give |
| 15:04:48 | 18 the same answer, you give the same answer. |
| 15:04:49 | 19 A. **All right.** |
| 15:04:50 | 20 Q. This work, whether you're doing it or not, |
| 15:04:53 | 21 that's intended to be published in peer-reviewed |
| 15:04:57 | 22 literature, does it have anything to do with any of |
| 15:04:59 | 23 the opinions contained in any of the MDL reports that |
| 15:05:02 | 24 have been produced in this case? |
| 15:05:03 | 25 MS. O'DELL: Object to the form. |

**217**

15:05:04 1 THE WITNESS: I can't answer that. I
15:05:08 2 don't have an answer for that.
15:05:09 3 Q. (By Mr. Silver) Okay. Same question,
15:05:11 4 does this work intending to be published in
15:05:15 5 peer-reviewed literature, if it's being done, have
15:05:16 6 anything to do with any of the samples that were
15:05:22 7 provided by Imerys in this litigation?
15:05:25 8 MS. O'DELL: Objection. Form.
15:05:26 9 THE WITNESS: Again, I can't -- I can't
15:05:28 10 answer that. You'll have to talk to Dr. Longo.
15:05:31 11 Q. (By Mr. Silver) All right. This work
15:05:32 12 that you're intending to be published in
15:05:35 13 peer-reviewed literature, whether or not it's being
15:05:37 14 done, is it being funded in any way directly or
15:05:40 15 indirectly by any of the plaintiffs' counsel?
15:05:43 16 A. I don't know.
15:05:43 17 Q. This work, whether it's being done or not,
15:05:47 18 with respect to being intended to be published in
15:05:50 19 peer-reviewed literature, are you working with any
15:05:54 20 other scientists or experts that are also working
15:06:04 21 on -- in this talc litigation?
15:06:05 22 MS. O'DELL: Object to the form.
15:06:06 23 THE WITNESS: I don't know what their --
15:06:09 24 how they're working, in what capacity that way.
15:06:12 25 I don't know.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**218**

15:06:13 1 Q. (By Mr. Silver) Okay. This work, whether
15:06:15 2 it's being done or not, is it being worked in
15:06:17 3 conjunction with scientists outside of MAS?
15:06:22 4 A. Yes. If it is, in fact.
15:06:25 5 Q. If it is, in fact, being done.
15:06:27 6 I apologize, I don't have realtime here.
15:06:37 7 With respect to the work, if it is being
15:06:41 8 done on Imerys samples, do you have an
15:06:47 9 understanding -- strike that. I'll just state it.
15:06:50 10 To the extent there is work being done,
15:06:53 11 Imerys is hereby giving MAS notice verbally and will
15:06:56 12 follow it up in writing that it does not have Imerys'
15:06:59 13 consent to use any of the samples that was produced
15:07:01 14 in this litigation. If work's being done and you're
15:07:03 15 using it, MAS is on notice. Imerys will send
15:07:07 16 followup in writing.
15:07:13 17 One more.
15:07:16 18 Any of the work that's being done, if it's
15:07:19 19 being done with an intent to publish in a peer
15:07:21 20 review, does it have anything to do with any of the
15:07:23 21 underlying data used in any of the MDL reports?
15:07:25 22 A. I don't know. I have no idea. I can't
15:07:29 23 make a comment on it.
15:07:34 24 MR. SILVER: No further questions.
15:07:35 25 THE WITNESS: Thank you.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**219**

15:07:41 1 MR. FROST: I don't have a mic.
15:07:48 2 MR. CHACHKES: Switch with me.
15:07:48 3 MS. O'DELL: So we've got second J&J
15:07:50 4 counsel?
15:07:51 5 MR. FROST: J&J is just joining in the
15:07:52 6 instruction that if there are any Johnson &
15:07:55 7 Johnson samples being used in the work that may
15:07:56 8 or may not be being done, you know, at this
15:08:01 9 point we do not consent to releasing any of the
15:08:01 10 confidentially on the samples that exist under
15:08:03 11 the MDL order.
15:08:08 12 MS. O'DELL: Any further questions
15:08:10 13 for Imerys?
15:08:13 14 Okay.
15:08:13 15 EXAMINATION
15:08:16 16 BY MS. O'DELL:
15:08:16 17 Q. Okay. Dr. Longo [sic], I've got just a
15:08:28 18 few questions for you.
15:08:30 19 Would you please describe for us your
15:08:34 20 educational background? Let's start there.
15:08:36 21 A. I have a Bachelor of Science degree in
15:08:43 22 biology from Villanova University. And as I stated
15:08:46 23 before, this was a premedical curriculum, so it was
15:08:53 24 heavy on chemistry, organic chemistry. Also I think
15:08:56 25 I had comparative anatomy, all the typical

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**220**

15:09:01 1 undergraduate courses you have. But the ones that I
15:09:03 2 selected beyond that were related to the medical
15:09:06 3 field.
15:09:08 4 And then I have a Ph.D. from the
15:09:13 5 University of Georgia in microbiology and a heavy
15:09:18 6 emphasis in that on pathogenic organisms, also using
15:09:24 7 electron microscopy techniques in the analysis of
15:09:28 8 different types of samples.
15:09:30 9 Also have postgraduate training at the
15:09:33 10 University of Georgia, also -- we did a lot of
15:09:37 11 research projects for my major professor at that
15:09:42 12 time.
15:09:43 13 Then I also taught a semester course at
15:09:49 14 Emory University in human anatomy.
15:09:52 15 So you want me to go on some more?
15:09:55 16 Q. You can stop when you're finished, when
15:09:58 17 you feel like you've described that. And if you --
15:10:01 18 well, let me break right here and just ask this
15:10:02 19 question.
15:10:03 20 Would you describe briefly your experience
15:10:09 21 in testing for the presence of asbestos?
15:10:12 22 A. Okay. I've been with MAS since the early
15:10:20 23 '90s. I think I came to work there in 1989. And
15:10:25 24 we -- one of the first projects that I worked on
15:10:27 25 while I was there was the analysis of these Kent

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

221

15:10:32 1 filter cigarettes that had crocidolite asbestos in
15:10:36 2 the filters, and that asbestos was in those filters
15:10:39 3 up to 10 percent by weight. 10 percent. They were
15:10:43 4 essentially solid crocidolite asbestos.
15:10:47 5         One of the things that the manufacturers
15:10:51 6 had touted was that they were -- how can I put it --
15:10:56 7 the best cigarettes for human health, essentially.
15:10:59 8 And if you talk to people that had smoked those, one
15:11:04 9 of the complaints they had was the filter worked so
15:11:06 10 well that all you got was hot air out of them, and we
15:11:09 11 can see why.
15:11:10 12         But nonetheless, we published a paper
15:11:13 13 based on our findings in manipulating the way that a
15:11:19 14 smoker would put those cigarettes to see if there
15:11:22 15 were asbestos shed from those filters.
15:11:26 16         Well, it turns out that we weren't the
15:11:28 17 first ones that found that information out, that at
15:11:31 18 the time there was a laboratory -- trying to remember
15:11:36 19 the name -- Ernest Fullam laboratory who actually did
15:11:40 20 work for the manufacturer, and they actually had
15:11:42 21 looked at that smokescreen for asbestos and found
15:11:47 22 that they had plenty of it coming out of there at the
15:11:50 23 time. So what we did was a study where we quantified
15:11:53 24 that amount.
15:11:54 25         And then that was published rapidly in the

222

15:11:57 1 Journal of Cancer so that it could get out and people
15:12:01 2 could know that if they had smoked these cigarettes
15:12:03 3 before, it was time to talk to a doctor.
15:12:05 4         So that was one of the first studies that
15:12:08 5 I worked on on the asbestos side.
15:12:11 6         The other, we developed a filter cassette
15:12:15 7 at the laboratory that we were in the process of
15:12:18 8 manufacturing, and so we were in that business for a
15:12:23 9 while so I helped with that technology.
15:12:25 10         But we also did things like testing
15:12:28 11 batteries. I know that you've heard the Sears
15:12:31 12 DieHard batteries. So we did tests on those
15:12:34 13 batteries because they were coming back -- people
15:12:37 14 were buying them and then the battery would die
15:12:39 15 within a very short period of time, and the
15:12:43 16 contention was that these batteries were defective.
15:12:46 17         Well, what was happening was they were
15:12:47 18 buying batteries from people, charging them up, and
15:12:50 19 putting them back on the shelf. So we essentially
15:12:53 20 proved that that was happening. And that was a large
15:12:55 21 study that we did in the early '90s also. So it was
15:12:58 22 a big materials analysis study.
15:13:01 23         But over the years I've participated in
15:13:03 24 hundreds of studies that have analyzed all kinds of
15:13:06 25 particulates using the technologies that we have at

223

15:13:08 1 our laboratories. So not just asbestos, but, you
15:13:12 2 know, other types of particulates.
15:13:13 3     Q.    Are the testing methodologies that are
15:13:18 4 employed at MAS methodologies that are generally
15:13:23 5 accepted?
15:13:23 6     A.    Yes.
15:13:25 7         MR. CHACHKES: Objection. Leading.
15:13:26 8         THE WITNESS: These are -- in cases where
15:13:31 9 we're doing analysis, we're using standard
15:13:33 10 methodologies. Whether it be mass
15:13:36 11 chromatography, ion chromatography, all these
15:13:43 12 are standard methods that we work, and we create
15:13:45 13 SOPs from the standard methods. So they are
15:13:45 14 incorporated into the actual methods that we
15:13:51 15 use.
15:13:51 16         And again, here in the asbestos analysis
15:13:54 17 area, we have multiple standard methodologies
15:13:57 18 that we use.
15:13:57 19     Q.    (By Ms. O'Dell) Have you employed those
15:13:59 20 standard methodologies in your work in preparing the
15:14:03 21 report for the MDL?
15:14:03 22         MR. CHACHKES: Objection. Leading.
15:14:06 23         THE WITNESS: Yes. Yes, we have. And
15:14:08 24 they are all listed in the report.
15:14:10 25     Q.    (By Ms. O'Dell) You've talked today about

224

15:14:12 1 a quality control program that you have at MAS.
15:14:16 2 Please describe that, you know, generally.
15:14:19 3     A.    Okay. The quality program for us to be
15:14:25 4 certified by NVLAP NIST, National Institute of
15:14:30 5 Standards and Technology, is essentially along the
15:14:33 6 lines of what's called ISO 17025, which is
15:14:37 7 methodologies for laboratories.
15:14:41 8         And they have an entire suite of quality
15:14:46 9 controls that you use for all of your
15:14:49 10 instrumentation, for your calibration methods, and
15:14:53 11 for the analysts, because in these cases, the
15:14:56 12 analysts are essentially the machines. They're not
15:15:00 13 like gas chromatographs; they are people, and the
15:15:03 14 people have to be certified for the methods.
15:15:05 15         So they are put through the rigors of
15:15:08 16 actually extensive training in the beginning when
15:15:12 17 they come to our laboratory, and then they have to
15:15:15 18 take periodic tests, if you will, from the American
15:15:19 19 Industrial Hygiene Institute, AIHA, and also NIST
15:15:25 20 NVLAP. They'll send us blind samples, and then what
15:15:29 21 we have to do is analyze them and identify them.
15:15:32 22         So -- and we do the same thing for other
15:15:34 23 programs. Like we do mold analysis, and we're part
15:15:37 24 of the AIHA, American Industrial Hygiene
15:15:41 25 Association's, certification for our laboratory.

**225**

| | |
|---|---|
| 15:15:43 1 | We also have what's called A2LA. That's |
| 15:15:47 2 | another certifying body. They're all based upon the |
| 15:15:52 3 | ISO 17025 for laboratories. So it's very extensive |
| 15:15:56 4 | quality control. |
| 15:15:56 5 | Q. For approximately how many years has MAS |
| 15:16:00 6 | had a quality control program like you described? |
| 15:16:03 7 | A. Since as long as I've been there. |
| 15:16:06 8 | Q. So more than 30 years? |
| 15:16:07 9 | A. Oh, yeah. Yeah. |
| 15:16:08 10 | Q. What's your responsibility in the quality |
| 15:16:10 11 | control process? |
| 15:16:12 12 | A. Well, we have a quality control officer, |
| 15:16:17 13 | and my responsibility is to see that quality of |
| 15:16:26 14 | program's followed for the work that we do. |
| 15:16:29 15 | Now, I mean, the program's followed |
| 15:16:33 16 | according to the certifying body, so we have to |
| 15:16:37 17 | follow their protocols and standards. And so we just |
| 15:16:43 18 | have to be sure that we've documented all of our |
| 15:16:46 19 | activities for quality in all these areas. |
| 15:16:49 20 | Q. Are the quality control standard |
| 15:16:55 21 | procedures that you've described applied both in -- |
| 15:16:59 22 | are they applied in nonlitigation matters, I'm |
| 15:17:02 23 | assuming? |
| 15:17:02 24 | A. Yes. |
| 15:17:02 25 | Q. Are they applied in litigation matters? |

**226**

| | |
|---|---|
| 15:17:04 1 | A. Yes. They're applied in all matters of |
| 15:17:06 2 | analysis. So we -- I mean, machine calibration, |
| 15:17:15 3 | analyst training calibration, if you will, that way, |
| 15:17:19 4 | all of that has to be followed. |
| 15:17:21 5 | Q. Is the methodology that you've used in |
| 15:17:51 6 | rendering your opinions in this case the same |
| 15:17:53 7 | methodology that you use in nonlitigation matters? |
| 15:17:55 8 | A. Yes. Same standard types of methods. |
| 15:17:59 9 | Yes. |
| 15:17:59 10 | Q. Is there anything -- strike that. Let me |
| 15:18:03 11 | ask this. |
| 15:18:03 12 | What was your responsibility in relation |
| 15:18:07 13 | to the MDL report? |
| 15:18:10 14 | A. As I stated earlier, it was report review, |
| 15:18:14 15 | documentation review. As far as data review, I had a |
| 15:18:20 16 | big portion of the data review. And then the quality |
| 15:18:23 17 | review. |
| 15:18:25 18 | Q. Okay. You've been asked a number of |
| 15:18:33 19 | questions about the policy at MAS regarding ongoing |
| 15:18:46 20 | research or ongoing discussions about research -- |
| 15:18:50 21 | A. Yes. |
| 15:18:50 22 | Q. -- and -- do you have an understanding as |
| 15:18:56 23 | to why it is the policy at MAS not to discuss studies |
| 15:19:00 24 | that have not been completed or still being |
| 15:19:03 25 | formulated? |

**227**

| | |
|---|---|
| 15:19:06 1 | MR. SILVER: Objection to form. |
| 15:19:08 2 | THE WITNESS: Well, of course, there's |
| 15:19:09 3 | client confidentiality, which we hold to the |
| 15:19:13 4 | highest in terms of any discussions of any work |
| 15:19:15 5 | that we're doing for anyone else. As you've |
| 15:19:19 6 | seen today, I haven't talked about any clients |
| 15:19:22 7 | that we work with, and can't do that. |
| 15:19:24 8 | As far as publications, that type of |
| 15:19:27 9 | thing, we don't -- again, that's just a policy. |
| 15:19:31 10 | We had a bad experience a number of years ago, |
| 15:19:35 11 | and since that time we've adopted that policy, |
| 15:19:38 12 | and it's part of the confidential documentation |
| 15:19:42 13 | that we keep. |
| 15:19:49 14 | MS. O'DELL: Nothing further. Thank you. |
| 15:19:53 15 | MR. CHACHKES: Nothing more here. |
| 15:20:02 16 | MR. FROST: I just want to make it clear, |
| 15:20:06 17 | until we can resolve this issue regarding the |
| 15:20:08 18 | publication or the potential publication of |
| 15:20:09 19 | these issues, we would like to and deem that |
| 15:20:12 20 | this deposition remains open. |
| 15:20:14 21 | MS. O'DELL: We oppose that, as I think |
| 15:20:16 22 | the rule is very clear in terms of discovery of |
| 15:20:20 23 | confidential proprietary matters, and Dr. Rigler |
| 15:20:23 24 | has testified these are proprietary matters, and |
| 15:20:27 25 | so we would oppose holding the deposition |

**228**

| | |
|---|---|
| 15:20:29 1 | open -- |
| 2 | MR. FROST: Sure. That's fine. |
| 15:20:31 3 | MS. O'DELL: -- and certainly discovery. |
| 15:20:34 4 | MR. FROST: Thank you. |
| 15:20:36 5 | (Deposition concluded at 3:20 p.m.) |
| 6 | (Pursuant to Rule 30(e) of the Federal |
| 7 | Rules of Civil Procedure and/or O.C.G.A. |
| 8 | 9-11-30(e), signature of the witness has been |
| 9 | reserved.) |
| 10 | (Original transcript sent to Jack Frost.) |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**229**

```
1              C E R T I F I C A T E
2
3    STATE OF GEORGIA:
4    COUNTY OF HALL:
5
6            I hereby certify that the foregoing
7    transcript was taken down, as stated in the
8    caption, and the questions and answers thereto
9    were reduced to typewriting under my direction;
10   that the foregoing pages 1 through 228 represent
11   a true, complete, and correct transcript of the
12   evidence given upon said hearing, and I further
13   certify that I am not of kin or counsel to the
14   parties in the case; am not in the regular
15   employ of counsel for any of said parties; nor
16   am I in anywise interested in the result of said
17   case.
18          This, the 8th day of February, 2019.
19

20          _____
21          FRANCES BUONO, B-791
            Georgia Certified Court Reporter
22
23
24
25
```

Atlanta Reporters, Inc.      866-344-0459      www.atlanta-reporters.com

**230**

```
1              COURT REPORTER DISCLOSURE
2
3            Pursuant to Article 10.B. of the Rules and
     Regulations of the Board of Court Reporting of the
4    Judicial Council of Georgia which states: "Each court
     reporter shall tender a disclosure form at the time
5    of the taking of the deposition stating the
     arrangements made for the reporting services of the
6    certified court reporter, by the certified court
     reporter, the court reporter's employer, or the
7    referral source for the deposition, with any party to
     the litigation, counsel to the parties or other
8    entity.  Such form shall be attached to the
     deposition transcript," I make the following
9    disclosure:

10           I am a Georgia Certified Court Reporter.  I am
     here as a representative of Atlanta Reporters, Inc.
11   Atlanta Reporters was contacted to provide court
     reporting services for the deposition.  Atlanta
12   Reporters will not be taking this deposition under
     any contract that is prohibited by O.C.G.A.
13   15-14-37(a) and (b).

14           Atlanta Reporters has no contract/agreement to
     provide reporting services with any party to the
15   case, any counsel in the case, or any reporter or
     reporting agency from whom a referral might have been
16   made to cover this deposition.  Atlanta Reporters
     will charge its usual and customary rates to all
17   parties in the case, and a financial discount will
     not be given to any party to this litigation.
18
19
20          _____
21          FRANCES BUONO, B-791
            Georgia Certified Court Reporter
22
23
24
25
```

Atlanta Reporters, Inc.      866-344-0459      www.atlanta-reporters.com

**231**

```
1    DEPOSITION OF MARK W. RIGLER, PH.D. /FCB
2            I do hereby certify that I have read all
3    questions propounded to me and all answers given by
     me on the 6th day of February, 2019, taken before
     Frances Buono, and that:
4    _____ 1) There are no changes noted.
5    _____ 2) The following changes are noted:
6            Pursuant to Rule 30(e) of the Federal Rules of
     Civil Procedure and/or the Official Code of Georgia
7    Annotated 9-11-30(e), both of which read in part:
     Any changes in form or substance which you desire to
8    make shall be entered upon the deposition...with a
     statement of the reasons given...for making them.
9    Accordingly, to assist you in effecting corrections,
     please use the form below:
10
11   Page No. ___ Line No. ___ should read:_____
         _____
12
     Page No. ___ Line No. ___ should read:_____
13       _____
14   Page No. ___ Line No. ___ should read:_____
         _____
15
     Page No. ___ Line No. ___ should read:_____
16       _____
17   Page No. ___ Line No. ___ should read:_____
18       _____
     Page No. ___ Line No. ___ should read:_____
19       _____
20   Page No. ___ Line No. ___ should read:_____
21       _____
     Page No. ___ Line No. ___ should read:_____
22       _____
23   Page No. ___ Line No. ___ should read:_____
24       _____
     Page No. ___ Line No. ___ should read:_____
25       _____
```

Atlanta Reporters, Inc.      866-344-0459      www.atlanta-reporters.com

**232**

```
1    DEPOSITION OF MARK W. RIGLER, PH.D. /FCB
2    Page No. _____ Line No. _____ should read:_____
3        _____
4    Page No. _____ Line No. _____ should read:_____
5        _____
     Page No. _____ Line No. _____ should read:_____
6        _____
7    Page No. _____ Line No. _____ should read:_____
8        _____
9    Page No. _____ Line No. _____ should read:_____
10       _____
11   Page No. _____ Line No. _____ should read:_____
12       _____
13   Page No. _____ Line No. _____ should read:_____
14       _____
15   If supplemental or additional pages are necessary,
     please furnish same in typewriting annexed to this
16   deposition.
17           MARK W. RIGLER, PH.D.
18   Sworn to and subscribed before me,
19   This the _____ day of _____, 20___.
20       _____
     Notary Public
21   My commission expires: _____
22
23
24
25
```

Atlanta Reporters, Inc.      866-344-0459      www.atlanta-reporters.com