# EXHIBIT B36

Michael Birrer, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

---

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                            Case No. 16-2738
THIS DOCUMENT RELATES TO        (FLW)  (LHG)
ALL CASES

MDL Docket No. 2738

---

Friday, March 29, 2019

- - - - -


            The video deposition of MICHAEL BIRRER, M.D.,

        Ph.D., taken pursuant to notice, was held at

        the law offices of Butler Snow, LLP, One Federal

        Place, Suite 1000, 1819 Fifth Avenue North,

        Birmingham, Alabama, commencing at approximately

        9:03 a.m., on the above date, before Lois Anne

        Robinson, Registered Diplomate Reporter,

        Certified Realtime Reporter, and

        Notary Public for the State of Alabama.

Michael Birrer, M.D., Ph.D.

## Page 2

A P P E A R A N C E S

COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:

BEASLEY ALLEN LAW FIRM
218 Commerce Street
Montgomery, Alabama  36104
BY:  Margaret M. Thompson,
M.D., J.D., MPAFF
Margaret.thompson@beasleyallen.com
Sydney Everett, Esquire
Sydney.everett@beasleyallen.com

ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, California  92660
BY:  Cynthia L. Garber, Esquire
Cgarber@robinsonfirm.com

RESTAINO LAW, LLC
130 Forest Street
Denver, Colorado 80220
BY: John M. Restaino, JR., DPM, ESQ.
Jrestaino@restainollc.com

NAPOLI SHKOLNIK PLLC
400 Broadway Road, Suite 305
Melville, New York  11747
BY:  ALASTAIR J. M. FINDEIS, ESQUIRE
Afindeis@napolilaw.com

FOR THE DEFENDANT, JOHNSON & JOHNSON:

NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
BY:  Dawn M. Curry, ESQUIRE
Dawn@nutter.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
4 Times Square
New York, New York  10036
BY:  Benjamin Halperin, Esquire
Benjamin.halperin@skadden.com

## Page 3

A P P E A R A N C E S - (continued)

COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Atlanta, Georgia  30309
BY:  Eric Barton, ESQUIRE
Ebarton@seyfarth.com

COUNSEL FOR PTI:
TUCKER ELLIS, LLP
233 S. Wacker Drive, Suite 6950
Chicago, Illinois  60606-9997
BY:  JAMES W. MIZGALA, ESQUIRE
James.mizgala@tuckerellis.com

VIDEOGRAPHER:
Devyn Mulholland

LOIS ANNE ROBINSON, RPR, RDR, CRR
COURT REPORTER

## Page 4

I N D E X

| EXAMINATION | PAGE |
|---|---|
| By Ms. Thompson | 10 |
| By Ms. Curry | 424 |

* * * * * *

EXHIBITS

| | | PAGE |
|---|---|---|
| 1 | Expert report of Michael Birrer, M.D., Ph.D. | 20 |
| 2 | Curriculum vitae of Michael Birrer, M.D., Ph.D. | 21 |
| 3 | Defendants' Response to Plaintiff's Document Requests contained in Notice | 21 |
| 4 | Health Canada - Draft Screening Assessment - Talc | 48 |
| 5 | FDA letter to Samuel Epstein regarding Citizen Petitions | 49 |
| 6 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans | 50 |
| 7 | "Weight of Evidence:  General Principles and Current Applications at Health Canada" | 53 |

## Page 5

I N D E X - (continued)

| 8 | List of Co-Authors | 81 |
|---|---|---|
| 9 | List of 62 statements | 113 |
| 10 | "Hallmarks of Cancer: The Next Generation" | 149 |
| 11 | "Inflammation and cancer:  Back to Virchow?" (Fran Balkwill, Alberto Mantovani) | 153 |
| 12 | Free Radical Biology & Medicine, Review Article "Oxidative stress, inflammation, and cancer:  How are they linked?"  (Simone Reuter, Gupta, et al.) | 162 |
| 13 | "Epithelial ovarian cancer" (Stephanie Lheureux, C. Gourley, et al.) | 166 |
| 14 | Federal Register/ Vol. 81, No. 243/ Monday, December 19, 2016 | 199 |
| 15 | "The relationship between perineal cosmetic talc usage and ovarian talc particle burden"  (Debra Heller, et al.) | 205 |

## Michael Birrer, M.D., Ph.D.

Page 6

I N D E X - (Continued)

16  Ultrastructural Pathology - "Correlative       209
    polarizing light and scanning electron microscopy for
    the assessment of talc in pelvic region lymph nodes"
    (Sandra McDonald, et al.)

17  American Cancer Society - "Talcum Powder and    234
    Cancer What is talcum powder?

18  "Ovarian Cancers: Evolving Paradigms in Research 246
    and Care"  (The National Academies of
    Sciences-Engineering-Medicine)

19  Practice Issues - "What is New in Ovarian        253
    Cancer?" (Jason D. Wright, M.D.)

20  "Asbestos (Chrysotile, Amosite, Crocidolite,     264
    Tremolite, Actinolite, and Anthophyllite)"

21  American Journal of Industrial Medicine -        268
    "Asbestos Exposure and Ovarian Fiber Burden"  (Heller, et
    al.)

Page 8

I N D E X - (Continued)

27  Curriculum vitae of Ghassan M. Saed, Ph.D.       311

28  "Molecular Basis Supporting the Association of   320
    Talcum Powder Use With Increased Risk of Ovarian Cancer"
    (Fletcher, et al.)

29  GYN-188-1020: Final Decision - 9/19/18 - To      328
    Ghassan Saed from Robert Bristow, Editor, Gynecologic
    Oncology

30  "FWD:  Reproductive Sciences - Decision of       329
    Manuscript ID RSCI-18-671"

31  Tables from Saed manuscript with handwritten     366
    chart

32  Gynecologic Oncology - Review Article - "Updates 393
    of the role of oxidative stress in the pathogenesis
    of ovarian cancer"  (Saed, et al)

33  "Alterations in Gene Expression in Human Mesothelial 400
    Cells Correlate with Mineral Pathogenicity"  (Shukla)

Page 7

I N D E X - (continued)

22  "The Analysis of Johnson & Johnson's Historical  281
    Baby Powder & Shower to Shower Products from the
    1960's for Amphibole Asbestos"   (Longo, Rigler)
    November 14, 2018

23  "The Analysis of Johnson & Johnson's Historical  282
    Product Containers and Imerys' Historical Railroad
    Car Samples from the 1960's to the Early 2000's for
    Amphibole Asbestos" (Longo, Rigler) January 15, 2019

24  BMJ: "Johnson & Johnson knew for decades talcum  287
    powder contained asbestos, reports allege" (Owen Dyer)

25  "Correspondence - Erratum: Smooth reference      294
    equations for slow vital capacity and flow-volume
    curve indexes"

26  Toxicology and Applied Pharmacology - "Mechanistic 301
    in vitro studies:  What they have told us about
    carcinogenic properties of elongated mineral particles
    (EMPs)"  (Brooke Mossman)

Page 9

I N D E X - (Continued)

34  "Pycnogenol reduces Talc-induced Neoplastic      406
    Transformation in Human Ovarian Cell Cultures"
    (Buz'Zard)

35  Toxicology in Vitro - "The primary role of       409
    iron-mediated lipid peroxidation in the differential
    cytotoxicity caused by two varieties of talc nanoparticles
    on A549 cells and lipid peroxidation inhibitory effect
    exerted by ascorbic acid"  (Akhtar, et al.)

36  "Cytotoxicity and Apoptosis Induction by         415
    Nanoscale Talc Particles from Two Different Geographical
    Regions in Human Lung Epithelial Cells"  (Akhtar, et al.)

Michael Birrer, M.D., Ph.D.

Page 10

1    VIDEOGRAPHER:
2        We are now on the record.  My name is
3    Devyn Mulholland.  I'm a videographer for Golkow
4    Litigation Services.  Today's date is March 29th,
5    2019.  The time is 9:03 a.m.
6        This video deposition is being held in
7    Birmingham, Alabama, in the matter of Talcum
8    Powder Litigation, MDL Number 2738.  The deponent
9    is Michael Birrer, M.D., Ph.D.
10        Counsel will be noted on the
11    stenographic record.  The court reporter is Lois
12    Robinson and will now swear in the witness.
13        MICHAEL BIRRER, M.D., PH.D.,
14        the witness, after having first been
15    duly sworn to tell the truth, the whole truth,
16    and nothing but the truth, was examined and
17    testified as follows:
18        EXAMINATION
19    BY MS. THOMPSON:
20    Q    Dr. Birrer, I'm Margaret Thompson, and
21    I'll be taking your deposition today.
22        You've had your deposition taken
23    before; right?
24    A    Correct.

Page 11

1    Q    Including in the talcum powder
2    litigation; correct?
3    A    Yes.
4    Q    Have you had your deposition taken in
5    any other situation?
6    A    I gave testimony in a case, but that
7    wasn't a deposition, I don't think.  No.
8    Q    And when was that?
9    A    That was prior to the talc.  It's --
10    probably goes back, I want to say, 2015, 2012,
11    somewhere --
12    Q    And what -- sorry.
13    A    Yeah.
14    Q    What was the nature of that matter?
15    A    I was in Massachusetts at the time.  It
16    was a delayed diagnosis case.
17    Q    A medical malpractice case?
18    A    Medical malpractice, yes.
19    Q    Were you testifying for the plaintiff
20    or for the defendant?
21    A    Defendant.
22    Q    Was it a physician or a doc- -- a
23    hospital?
24    A    It was both.  And it was in Maine.

Page 12

1    It -- it eventually went to -- to court.  They
2    have a panel up there of three judges, which sort
3    of prescreens it.
4    Q    And you've also submitted a previous
5    report in this case; correct?
6    MS. CURRY:
7        Object to the form.
8    A    Correct.
9    MS. THOMPSON:
10    Q    That was in the Swan case?  Does that
11    sound familiar?
12    A    Yes.
13    Q    Have any of your opinions -- and that
14    was in May 2017.  Does that sound right?
15    A    That sounds right.
16    Q    Have any of your opinions in this case
17    changed since May 2017?
18    A    No.
19    Q    Have any of your opinions changed since
20    you were deposed in September of 2018?
21    A    No.
22    Q    I guess that would be a "no" if they
23    hadn't changed since 2017.
24    A    It's consistent.

Page 13

1    Q    And you're aware that the purpose of
2    today is for me to gain a thorough understanding
3    of what opinions you plan to give at a hearing or
4    trial?
5    A    Yes.
6    Q    And the basis for those opinions;
7    right?
8    A    Yes.
9    Q    And your report states that your
10    opinions are given to a reasonable degree of
11    scientific and medical certainty.
12        What does that mean to you?
13    A    It means that, basically, more often
14    than not, they're correct.
15    Q    And you are a medical doctor as well as
16    a Ph.D. researcher; correct?
17    A    Correct.
18    Q    Do you currently see patients?
19    A    I do.
20    Q    Do you currently diagnose ovarian
21    cancer in women?
22    A    Yes.
23    Q    How -- do you treat women with ovarian
24    cancer?

4 (Pages 10 to 13)

Michael Birrer, M.D., Ph.D.

Page 14

1    A    Yes.
2    Q    And would that primarily involve the
3  medical aspects, including chemotherapy
4  administration?
5    A    Yes.
6    Q    Do you perform any surgical procedures?
7    A    No.
8    Q    What --
9    A    I'm a medical oncologist.
10    Q    What --
11    A    I could perform it, but it wouldn't
12  come out very well.
13    Q    I understand.
14        What percentage of your time involves
15  patient care versus research?
16    A    So --
17  MS. CURRY:
18        Object to the form.
19    A    -- right now I have a half-a-day clinic
20  a week, and then the research component, I have a
21  fully funded lab, probably two days a week. I'm
22  the director of the cancer center, which also
23  takes a fair amount of administrative
24  responsibility.

Page 15

1  MS. THOMPSON:
2    Q    So administrative time --
3    A    Yeah.
4    Q    -- as well included in that?
5        And how would you describe the focus of
6  your laboratory search -- research currently?
7    A    Almost entirely on ovarian cancer and
8  exploring detailing the genomics, the molecular
9  basis for ovarian cancer and trying to translate
10  that into better early detection, diagnosis and
11  treatment.
12    Q    Are you doing in vitro as well as in
13  vivo research?
14    A    Correct.
15    Q    And have published in both animal
16  studies as well as cellular studies?
17    A    Yes.
18    Q    Have you published with immortalized
19  cells?
20    A    Yes.
21    Q    Have you published research with human
22  tissue?
23    A    Yes.
24    Q    Have you published human trials?

Page 16

1    A    Yes.
2    Q    And does that pretty much cover the
3  types of research that you would be doing in your
4  lab --
5  MS. CURRY:
6        Object to the form.
7  MS. THOMPSON:
8    Q    -- or in a general sense?
9    A    I'm just trying to think if there was
10  anything else. We obviously do a lot of
11  review-type papers and articles. You know, I
12  think that's pretty broad. I think it does,
13  actually.
14    Q    When you do a review article, is that
15  usually invited by the journal, or is that a
16  topic that you have interest in that you submit
17  as a publication?
18    A    Could be both. A lot of them are
19  invited. But we have occasionally thought of
20  areas that we thought were interesting and
21  important and suggested it.
22    Q    And are authors or review articles
23  generally intended to be experts in the field?
24  MS. CURRY:

Page 17

1        Object to the form.
2    A    More often than not, yes. But
3  frequently on my reviews, I'll have some junior
4  people.
5  MS. THOMPSON:
6    Q    With -- with a senior author
7  usually --
8    A    (Nods affirmatively.)
9    Q    -- correct?
10    A    Correct.
11    Q    And that would be, I would think,
12  because readers of a journal want to know that
13  it's an expert in the field that's providing the
14  information in a review article; right?
15  MS. CURRY:
16        Object to the form.
17    A    I think so, yeah.
18  MS. THOMPSON:
19    Q    Would you agree with me that it would
20  be unethical at this point in time to design a
21  prospective study in which women were exposed to
22  talcum powder in the genital area and follow over
23  time?
24  MS. CURRY:

5 (Pages 14 to 17)

Michael Birrer, M.D., Ph.D.

| Page 18 | Page 20 |
|---|---|

**Page 18**

1  Object to the form.
2  A    Prospectively and randomized and --
3  could you just --
4  MS. THOMPSON:
5  Q    Let's start with just prospectively.
6  A    I -- I think it would be a --
7  interesting question.  I don't think it would be
8  valuable.
9  Q    How about a randomized trial?  Would it
10  be ethical?
11  A    No.  I don't think it would be valuable
12  at all.
13  Q    But I didn't ask about valuable.
14  What about ethical?
15  A    Well, val- -- if it's not valuable, it
16  should -- it wouldn't be of great concern to do
17  that.  I'm not sure what you're asking.
18  Q    Well, I'm asking if you -- if you have
19  a carcinogen, even a possible carcinogen, you
20  could not design and get a trial through IRB
21  using that product and a control group; correct?
22  MR. MIZGALA:
23  Object to form.
24  A    I guess -- I -- I see what -- now I see

**Page 19**

1  what you're asking.
2  So my position on that is that talc
3  is -- I don't believe talc is a carcinogen.
4  MS. THOMPSON:
5  Q    I understand.  But there are others
6  that do.
7  And, so, is it your opinion that an IRB
8  would let a study through using what has been
9  designated as a possible carcinogen, say, for
10  example, IARC?
11  MS. CURRY:
12  Object to the form.
13  A    I have no idea.
14  MS. THOMPSON:
15  Q    All right.  So the ground rules are
16  we'll try not to interrupt each other.  Let me
17  know if I ask a bad question or one that you
18  don't understand, and I'll expect you to answer
19  honestly.  Fair enough?
20  A    Yes.
21  Q    If you need a break, let me know.
22  What did you bring with you today?
23  A    I have my expert report right here.
24  Q    And is that all you brought with you?

**Page 20**

1  A    And this is -- this is a -- let me get
2  my glasses -- supplemental materials received by
3  me after this was done.
4  Q    Okay.
5  A    Okay?
6  Q    And, so, "received by" you meant the
7  lawyers for Johnson & Johnson provided those
8  supplemental materials to you?
9  A    It was a little bit of both.  I mean,
10  some of this I wasn't privy to, so I got it
11  provided to me, and some of these were additional
12  articles that I was -- I pulled out.
13  Q    Okay.  And I've marked as Exhibit 1
14  your expert report.
15  (DEPOSITION EXHIBIT NUMBER 1
16  WAS MARKED FOR IDENTIFICATION.)
17  MS. THOMPSON:
18  Q    Do you --
19  Do you have a copy?  You're good on
20  that?
21  A    And mine's -- mine's thicker than
22  yours, so -- it's got my CV in there.
23  Q    I separated out your CV.  So -- well,
24  good.  But that's a good observation.

**Page 21**

1  And -- and I marked as Exhibit 2 your
2  CV.
3  A    Okay.
4  (DEPOSITION EXHIBIT NUMBER 2
5  WAS MARKED FOR IDENTIFICATION.)
6  MS. THOMPSON:
7  Q    And that should --
8  And you're good on that, too?
9  MS. CURRY:
10  Thank you.
11  MS. THOMPSON:
12  Q    That should -- those combined should be
13  the same thickness of what you've brought.
14  And I also brought the Notice of
15  Deposition, which I'm going to hand you.
16  (DEPOSITION EXHIBIT NUMBER 3
17  WAS MARKED FOR IDENTIFICATION.)
18  MS. THOMPSON:
19  Q    And this is the one with objections.
20  Have you seen this before, Dr. Birrer?
21  A    Yes.
22  Q    And did you look at the request on
23  the -- on this document?
24  A    Yes.

6 (Pages 18 to 21)

Michael Birrer, M.D., Ph.D.

Page 22

1  Q      Is there -- and there's nothing that
2  was responsive to any of these requests?
3  MS. CURRY:
4          Objection.  Subject to the objections
5  that were made by counsel.
6  MS. THOMPSON:
7  Q      Subject --
8  MS. THOMPSON:
9          Sorry.
10  Q      Subject to the objections.
11  A      Yeah.
12  Q      So where would you keep your file for
13  the litigation?
14  MS. CURRY:
15          And I'm sorry.  Just to clarify for the
16  record, there is a small production at the back
17  that incorporates the --
18  MS. THOMPSON:
19          Yes.
20  MS. CURRY:
21          -- invoice as well as the supplemental
22  fee schedule and the supplemental list of
23  materials.
24  MS. THOMPSON:

Page 23

1          Right.
2  Q      So the supplemental material list that
3  you brought with you today, Dr. Birrer, is
4  attached to the back of this notice with
5  objections; correct?
6  A      That's the same as this.  Yes.
7  Q      Yes.
8  A      Yeah.  Uh-huh.
9  Q      And also attached to this -- this
10  notice with objections are your fees; correct?
11  A      Correct.
12  Q      And are -- are those all the invoices
13  that you have submitted thus far?
14  A      Yes.
15  Q      And how much -- and from -- this
16  invoice that's attached to Exhibit 3 goes through
17  March 17th.
18          How much time would you say you have
19  spent since March 17th preparing for the case?
20  A      I'd say probably put another 15 hours,
21  And I haven't invoiced that yet.
22  Q      Okay.  And you have testified in other
23  cases for the defendants in --
24  A      Correct.

Page 24

1  Q      -- this litigation?
2          And be careful not to interrupt just
3  because it makes our court reporter's job a
4  little more difficult.
5          How much money have you been paid total
6  by Johnson & Johnson in talcum powder litigation?
7  A      To date, nothing.
8  Q      You haven't been paid for any of the
9  other cases that you've testified in?
10  A      Correct.
11  Q      Why is that?
12  A      I'm a lousy businessman.  I haven't
13  invoiced for Swan yet and I haven't invoiced for
14  Brower.  But I can -- I can estimate the hours.
15  Q      Go ahead and estimate.
16  A      Swan I think is around 80 hours --
17  Q      Okay.
18  A      -- because it was the initial case.  It
19  was a bundled -- bundled five cases, so involved
20  a lot of review.  And the deposition alone was
21  quite long.  I remember like it was yesterday.
22          And, then, Brower was probably about 40
23  hours.
24  Q      Okay.

Page 25

1  A      And those invoices are being
2  constructed.
3  Q      And you're charging those at the same
4  rate as in your fee schedule --
5  A      That's right.
6  Q      -- attached to this document?
7  A      That's right.
8  Q      Okay.  When were you first approached
9  by Johnson & Johnson as -- about serving as an
10  expert in talcum powder litigation?
11  A      So that was before the -- that was the
12  Blaes or Swan case.  I believe it was in
13  December, around November, December of 2016.
14  Q      '16?
15  A      Thank you.  Time flies.
16  Q      Only because I know that the report was
17  submitted in May, so --
18  A      (Nods affirmatively.)
19  Q      -- I'm assuming that you didn't work 18
20  months on that --
21  A      No.
22  Q      -- case.
23          And you were asked in -- for this
24  report that you just submitted, to address the

7 (Pages 22 to 25)

Michael Birrer, M.D., Ph.D.

## Page 26

1  biological plausibility of the plaintiffs' theory
2  that cosmetic talcum powder can cause ovarian
3  cancer. Right?
4  A      Correct.
5  Q      And that would be the stand- -- from
6  the standpoint of the genomics and molecular
7  biology that is your expertise; correct?
8  MS. CURRY:
9          Object to the form.
10  A      So I think they were asking me in the
11  big picture the biologic plausibility of talc
12  being involved in the -- causing ovarian cancer
13  and then my scientific experience, even clinical
14  experience, would factor into -- to -- to that
15  expert opinion.
16  MS. THOMPSON:
17  Q      Was that a different opinion than what
18  you were asked to provide in the previous cases
19  that you testified in?
20  MS. CURRY:
21          Object to the form.
22  A      Previously -- the answer, I believe, is
23  no. But I was asked for general causation
24  before. This was a more -- somewhat more narrow

## Page 27

1  expert opinion.
2  MS. THOMPSON:
3  Q      So in this case, you're not providing
4  general causation opinions. You're providing the
5  biological mechanism, plausibility opinions;
6  correct?
7  A      Well, the title --
8  MS. CURRY:
9          Object to the form.
10  A      The title on the expert report is for
11  General Causation For the Daubert Hearing. But
12  my understanding was -- was to focus extensively,
13  if you will, on the biologic plausibility.
14  MS. THOMPSON:
15  Q      And because biological plausibility is
16  part of general causation; correct?
17  A      Correct.
18  Q      But it's not the whole of general
19  causation. Is that your understanding?
20  A      Correct.
21  Q      So I want to make sure that I
22  understand your opinions.
23          Is it your opinion that the perineal
24  use of talcum powder products is not associated

## Page 28

1  with an increased risk of epithelial ovarian
2  cancer?
3  A      Correct.
4  Q      Is it your opinion that the genital use
5  of talcum powder is not a risk factor for
6  epithelial ovarian cancer?
7  A      Correct.
8  Q      Is it your opinion that genital use of
9  talcum powder products does not cause ovarian
10  cancer?
11  A      Correct.
12  Q      Is it your opinion that the genital use
13  of talcum powder products does not cause ovarian
14  cancer in some women?
15  MS. CURRY:
16          Object to the form.
17  A      Correct.
18  MS. THOMPSON:
19  Q      And that would be ever.
20  MS. CURRY:
21          Object -- object to the form.
22  A      No data to support that.
23  MS. THOMPSON:
24  Q      Is it your opinion that the genital use

## Page 29

1  of talcum powder does not contribute to the
2  development of epithelial ovarian cancer?
3  A      Yes.
4  Q      And do you say that there's no data to
5  support that as well?
6  A      Correct.
7  Q      Is it your opinion that genital use of
8  talcum powder does not contribute to the
9  development of ovarian cancer in some women?
10  MS. CURRY:
11          Object to the form.
12  A      There's no data to support that either.
13  MS. THOMPSON:
14  Q      So the answer is yes?
15  A      Yes.
16  Q      Is it your opinion that any proposed
17  biologic mechanism for how the genital use of
18  talcum powder products could cause epithelial
19  ovarian cancer is not plausible?
20  MS. CURRY:
21          Object to the form.
22  A      I would agree with that statement.
23  It's not biologically plausible.
24  MS. THOMPSON:

8 (Pages 26 to 29)

Michael Birrer, M.D., Ph.D.

Page 30

1  Q      Is it your opinion that any proposed
2  biologic mechanism for how the genital use of
3  talcum powder products might contribute to the
4  development of ovarian cancer is not plausible?
5  MS. CURRY:
6        Object to the form.
7  A      There's no data for that either.
8  MS. THOMPSON:
9  Q      So the answer would be yes?
10  A      Yes.
11  Q      Do you intend to give opinions on
12  whether talc particles can reach the ovaries?
13  A      I believe on my expert report and in --
14  and I'm more than happy to talk about it --
15  reviews the migration theories.
16  Q      Do you consider yourself to be an
17  expert in that area?
18  A      I think that those studies are
19  relatively straightforward and, based upon my
20  experience that, I would be relatively easy to
21  interpret those.
22  Q      Do you feel like you would be in a
23  better position than a gynecologist or
24  gynecologic oncologist?

Page 31

1  A      Yes.
2  Q      Have you found any new expertise in the
3  migration or transport of particles in the female
4  reproductive system since 2017?
5  MS. CURRY:
6        Object to the form.
7  A      I'm not sure what you mean by "found
8  any new expertise." In the literature or my own
9  experience?
10  MS. THOMPSON:
11  Q      Do you believe that you have more
12  expertise in that subject than you did in 2017?
13  A      I think that it's comparable.
14  Q      So that would be no additional
15  expertise since 2017, when you testified
16  previously?
17  MS. CURRY:
18        Object to the form.
19  A      Not that I can identify as -- as we're
20  discussing this.
21  MS. THOMPSON:
22  Q      And same for 2018, when you gave a
23  deposition in -- in a talcum powder case?
24  MS. CURRY:

Page 32

1        Object to the form.
2  A      Correct.
3  MS. THOMPSON:
4  Q      Are all the opinions contained in your
5  report that you will be providing in this case?
6  A      That's a tough question to ask because
7  I don't know what you're gonna ask me.
8  Q      Fair enough.
9        Can you think of any areas, sitting
10  here today, that you intend to testify in other
11  than the migration and transport of particles and
12  the molecular and genomics of cellular tissue
13  response to talc?
14  MS. CURRY:
15        Object to the form.
16  A      Well, that's the bulk of my expert
17  report. I'm -- again, it depends on what you ask
18  me within the construct of general causation.
19  I'm willing to talk about some of that.
20  MS. THOMPSON:
21  Q      Okay. I understand.
22  A      Uh-huh.
23  Q      And you are not an epidemiologist;
24  correct?

Page 33

1  A      I don't have a degree in epidemiology.
2  But I have training.
3  Q      So would you agree that your
4  understanding of epidemiology is general in
5  nature?
6  MS. CURRY:
7        Object to the form.
8  A      So in order to be a, you know,
9  laboratory-based scientist in this field and a
10  clinician to treat patients, you certainly need
11  to have an understanding of epidemiologic
12  studies, so I have that understanding. And I
13  think that it gives me the ability to assess
14  epidemiologic studies and to draw conclusions
15  from them.
16  MS. THOMPSON:
17  Q      But if you're looking for more nuanced
18  or more comprehensive epidemiological experience,
19  you would look to an actual epidemiologist;
20  correct?
21  MS. CURRY:
22        Object to the form.
23  A      Well, I think it would depend on the
24  question that's being asked.

9 (Pages 30 to 33)

Michael Birrer, M.D., Ph.D.

Page 34

1  MS. THOMPSON:
2  Q      Well, for example, in the consortium
3  that you publish with, there are specific
4  epidemiologists that publish with the group;
5  correct?
6  A      Which consortium are you referring to?
7  Q      There are several?
8  A      Yes.
9  Q      Take -- take the Ovarian Cancer
10 Association Consortium.
11 A      The GOS?
12 Q      No.  OCAC or --
13 A      Okay.
14 Q      There are specific epidemiologists that
15 I assume are recruited to -- to provide the
16 epidemiology experience in that consortium;
17 correct?
18 A      There are epidemiologists in that
19 consortium.  I will point out there are lots of
20 other people and scientists.
21 Q      And -- and -- and you would be sought
22 out for that type of consortium because of your
23 molecular experience; correct?
24 MS. CURRY:

Page 35

1          Object to the form.
2  A      Well, I would add to that that I think
3  from a -- sort of a clinical standpoint we
4  provide some reality testing in terms of
5  whether -- what they're observing is actually
6  meaningful.
7  MS. THOMPSON:
8  Q      Yes.  So it would be for your
9  experience as a clinician in genomics and
10 molecular researcher; right?
11 A      Yes.
12 Q      That makes sense.
13         You're not a gynecologist or
14 gynecologic oncologist; correct?
15 A      Correct.
16 Q      Were you asked to offer criticism of
17 plaintiff experts and their opinions?
18 MS. CURRY:
19         Object to the form.
20 A      So in my expert report, I really
21 reviewed the primary literature, and with -- with
22 then integrating that into the arguments made by
23 plaintiffs' expert witnesses.  So you see in a
24 section there I began to look at individuals'

Page 36

1  comments, and they're all listed in terms of
2  biologic plausibility.  And then, of course, I
3  spent a lot of time on Dr. Saed.
4  MS. THOMPSON:
5  Q      My question, though, is which of the
6  plaintiff experts were you asked to offer
7  criticism of?
8  MS. CURRY:
9          Object to the form.
10 A      So I reviewed the entire list, and
11 that's listed in the materials.  I think it's on
12 page --
13 MS. THOMPSON:
14 Q      28?
15 A      -- 28 and 29.
16 Q      Okay.  Let's go ahead and go -- do --
17 did you read all of these experts -- expert
18 reports?
19 A      I looked through them, yes.
20 Q      And each one?
21 A      Correct.
22 Q      All right.  Let's go through each one
23 and have you tell me what you gleaned from each
24 expert report.

Page 37

1  MS. CURRY:
2          Object to the form.
3  MS. THOMPSON:
4  Q      Ann McTiernan, do you know Ann
5  McTiernan?
6  A      I don't know her personally.
7  Q      What's her field of expertise?
8  A      I would have to check that.
9  Q      So you don't remember here today
10 what --
11 A      Well, you're reviewing, I think --
12 let's be honest, 300 pages.  I'm not going to be
13 able to go through those systematically.
14 Q      Well --
15 A      But if you look at my report, it very
16 specifically addressed some of the flaws in the
17 experts' opinions regarding migration of talc.
18 Q      I -- I understand.  But my question is
19 do you know what Dr. McTiernan's area of
20 expertise is?  And it's fine if you don't.
21 A      I'd have to look it up.
22 Q      Okay.  Do you know Dr. Carson's area of
23 expertise?
24 A      I have never met him, and I don't know

Michael Birrer, M.D., Ph.D.

Page 38

1  him.
2  Q    Have you met Dr. McTiernan?
3  A    No.
4  Q    What is Dr. Clarke-Pearson's area of
5  expertise?
6  A    Clarke-Pearson is a gynecological
7  oncologist, former department chair at UNC. Now
8  he's stepped down.
9  Q    And do you know Dr. Clarke-Pearson?
10 A    I've met him.
11 Q    And what about Dr. Kessler?
12 A    I've never met Dr. Kessler.
13 Q    What's his area of expertise?
14 A    I can't quote you that.
15 Q    What's Dr. Smith's area of expertise?
16 A    I think Dr. Smith's pretty -- actually,
17 I can't tell you.
18 Q    And Dr. Saed, I think we know.
19       What about Dr. Siemiatycki?
20 A    Uh-uh. No.
21 Q    Dr. Wolf?
22 A    I've met Judith. She's a gynecologic
23 oncologist.
24 Q    And do you know Dr. Zelikoff's area of

Page 39

1  expertise?
2  A    I don't know her.
3  Q    Nor her area of expertise?
4  A    Correct.
5  Q    What about Dr. Plunkett? Do you know
6  her area of expertise?
7  A    I don't.
8  Q    Dr. Moorman, do you know her area of
9  expertise?
10 A    Don't know her. No.
11 Q    Dr. Smith-Bindman, do you know her area
12 of expertise?
13 A    No.
14 Q    Do you know the area of expertise of
15 Dr. Kane?
16 A    Nope.
17 Q    Dr. Levy?
18 A    No.
19 Q    Dr. Singh?
20 A    No.
21 Q    Were you asked by Johnson & Johnson to
22 perform any experiments?
23 A    No.
24 Q    Did you offer to perform any

Page 40

1  experiments?
2  A    No. Laboratory-based?
3  Q    Laboratory, yes.
4  A    No.
5  Q    What did you know about talcum powder
6  and a possible link to ovarian cancer before you
7  were approached to serve as an expert in 2017?
8  A    So it was not something that we dealt
9  with clinically. We never counseled patients.
10 Scientifically, it never really was part of my
11 laboratory effort. I didn't know really -- I
12 didn't know anybody working with it in the lab.
13 And -- and, you know, to be fair, I would say
14 that I was aware of the sort of concept that some
15 people -- some epidemiologic studies were being
16 done trying to determine relationship of talc
17 exposure to ovarian cancer. And that's about it.
18 Q    Were you -- were you aware of the
19 issues raised by Dr. Woodruff and others in the
20 '70s about possible contamination with asbestos?
21 MS. CURRY:
22       Object to the form.
23 A    No.
24 MS. THOMPSON:

Page 41

1  Q    Did you have any opinions about whether
2  talcum powder could cause ovarian cancer before
3  you were approached to serve as an expert?
4  A    Well, my sense was that it wasn't a
5  factor.
6  Q    And what was --
7  A    Because we -- again, we weren't -- we
8  weren't using it in the clinic. We weren't
9  talking about it. There were essentially no
10 presentations in the biologic plausibility within
11 any of the scientific meetings that I would go
12 to.
13 Q    And at that time, that's what your
14 impression, at least, would have been based on?
15 MS. CURRY:
16       Object to the form.
17 A    Yeah.
18 MS. THOMPSON:
19 Q    Did you write your report?
20 A    Yes.
21 Q    Every word?
22 A    Yes.
23 Q    Did you choose the literature to cite?
24 A    So I pulled out most of that myself,

11 (Pages 38 to 41)

Michael Birrer, M.D., Ph.D.

Page 42

```
 1   went back and did a reference list and then
 2   pulled more.  As I said before, the expert
 3   reports would have been provided from counsel.
 4           There may have been some papers that I
 5   said, hey, I don't have this.  Can you pull this
 6   out?  And then they would -- they would provide
 7   it to me.
 8   Q       And there are -- just so I understand
 9   the literature --
10   A       Uh-huh.
11   Q       -- there's literature that you actually
12   cite in the report in footnotes; right?
13   A       Correct.
14   Q       And then there's another list at the
15   end of the report that's considered -- that's
16   titled "Materials Reviewed and Considered by Dr.
17   Birrer"; right?
18   A       That's right.
19   Q       And can I assume that the literature
20   that are actually cited in the footnotes is
21   literature that you felt was particularly
22   significant?
23   MS. CURRY:
24           Object to the form.
```

Page 43

```
 1   A       Yeah.  So the idea here was to try to
 2   provide some guidance as to where that reference
 3   was relevant within the document.  That's why
 4   it's on each page.  At the end is a sort of sum
 5   total.
 6   MS. THOMPSON:
 7   Q       Okay.
 8   A       Yeah.
 9   Q       Did you choose any quotes that are
10   included in your expert report yourself?
11   MS. CURRY:
12           Object to the form.
13   MS. THOMPSON:
14   Q       It was a bad question.
15           Did you choose the quotes that are
16   included in your expert report?
17   A       Correct.
18   Q       Did you choose the language that you
19   used to criticize the plaintiffs' experts?
20   A       Correct.
21   Q       Did you perform any searches?
22   MS. CURRY:
23           Object to the form.
24   A       In order to generate the original body
```

Page 44

```
 1   of information, I did that by searching.
 2   MS. THOMPSON:
 3   Q       And what search engines did you use?
 4   A       It was mostly PubMed, which is
 5   something we use all the time.
 6   Q       And did you -- what search terms did
 7   you use?
 8   A       Ovary, ovarian cancer, talc.  So the
 9   ones you -- you'd predict.  And that doesn't
10   necessarily generate the entire list.  Right?  I
11   mean, you get the list and then you look at the
12   papers, go back to the references in those
13   papers, and then you see if you -- you're missing
14   out.  Then you pull out more.  And as you go
15   through this iteration, you begin to find out
16   that you're identifying the same patient -- the
17   same papers.  So then you begin to get an idea
18   that you have the sum total of what you need.
19   Q       And have you saved those papers
20   anywhere?
21   A       So those were -- the way that worked
22   was they came in, mostly computer-based, and then
23   I would look at those, extract what I wanted, and
24   then construct the report.  And that was all done
```

Page 45

```
 1   in the computer.
 2   Q       But what happened to the articles?
 3   MS. CURRY:
 4           Object to the form.
 5   A       Well, they'd be computer-based, or
 6   there's backup, I believe, some backup copies
 7   here on everything.
 8   MS. THOMPSON:
 9   Q       So -- so everything that you looked at
10   would be in your materials considered list and
11   the supplemental materials considered list?
12   A       Correct.  Yep.
13   Q       Did you look at plaintiff expert
14   depositions?
15   A       Correct.
16   Q       Which ones?
17   A       So I looked at the deposition of
18   Dr. Saenz.  I think that's listed on supplemental
19   deposition.
20   MS. CURRY:
21           I believe she asked about plaintiff
22   expert deposition.
23   MS. THOMPSON:
24   Q       Plaintiff.
```

12 (Pages 42 to 45)

Michael Birrer, M.D., Ph.D.

Page 46

1    A    I'm sorry. I'm on the wrong one. So
2    that would be Dr. Saed.
3    Q    Uh-huh.
4    A    And I think -- let's go back and look.
5    I think -- yeah. It was 23 and 24 are -- were
6    both the Saed depositions.
7    Q    In the file -- the backup file that you
8    mentioned that's here, is that on a thumb drive
9    or what's --
10   MS. CURRY:
11        Object to the form. They're actually
12   my -- the lawyer's files. I just brought a copy
13   of the references in case we needed to refer to
14   everything. But it's not -- actually not
15   Dr. Birrer's file.
16   MS. THOMPSON:
17   Q    So there's no electronic file that you
18   possess?
19   A    Yeah.
20   Q    Did you make any notes or highlights on
21   any of the articles that --
22   A    (Shakes head negatively.)
23   Q    And in addition to Dr. Saed's
24   deposition, you have listed two drafts of his

Page 47

1    manuscript that was recently published; correct?
2    A    I believe I saw the pre-print and then
3    the copy of the actual published paper. And, of
4    course, his expert report.
5    Q    When did you first see Dr. Saed's
6    manuscript?
7    MS. CURRY:
8        Object to the form.
9    A    Preprint or published?
10   MS. THOMPSON:
11   Q    Either.
12   A    So I think the preprint came first,
13   obviously. The expert report was available
14   first, and then the preprint, and then just
15   within, I think, a month and a half I got the
16   paper. It was pretty recent.
17   Q    Is Dr. Saenz's published manuscript on
18   your supplemental materials list?
19   MS. CURRY:
20        It's attached to the objections, which
21   is Exhibit 3.
22   MS. THOMPSON:
23        Yeah. I -- I couldn't find my notice
24   with objections.

Page 48

1    MS. CURRY:
2        Here you go.
3    A    This supplemental list with objections
4    or the extra paper?
5    MS. THOMPSON:
6    Q    And you reviewed some reports from
7    governmental and regulatory agencies; correct?
8    A    Correct.
9    Q    I'll go ahead and mark those. We're
10   gonna discuss them more later.
11        (DEPOSITION EXHIBIT NUMBER 4
12        WAS MARKED FOR IDENTIFICATION.)
13   MS. THOMPSON:
14   Q    You've looked at the Health Canada's
15   recent draft assessment; correct?
16   A    Yes.
17   Q    When did you first see that?
18   A    It was in a deposition of Dr. Saenz's.
19   Q    And do you know when that was first
20   published?
21   A    The Health Canada?
22   Q    Yes.
23   A    Fairly recently. Can't quote you the
24   date.

Page 49

1    Q    If it was December, would that surprise
2    you?
3    MS. CURRY:
4        Object to the form.
5    A    December of --
6    MS. THOMPSON:
7    Q    Of '18?
8    A    That's pretty recent.
9    Q    Were you not aware that this had been
10   put online by Health Canada prior to Dr. Saenz's
11   deposition?
12   A    I was not.
13   Q    Did you review that 2014 letter from
14   FDA in response to a public citizen complaint?
15   A    I am familiar with that.
16        (DEPOSITION EXHIBIT NUMBER 5
17        WAS MARKED FOR IDENTIFICATION.)
18   MS. THOMPSON:
19   Q    And I'll mark that 2014 public citizen
20   response letter from the FDA as Exhibit Number 5.
21        Does that look like the letter that you
22   reviewed, Dr. Birrer?
23   A    (Nods affirmatively.) I've seen that,
24   yeah.

13 (Pages 46 to 49)

Michael Birrer, M.D., Ph.D.

Page 50

1    Q      And did you review the IARC Monograph
2  on Nonasbestiform Talc from 2010?
3    A    I did.
4    Q      And that will be Exhibit Number 6.
5        (DEPOSITION EXHIBIT NUMBER 6
6            WAS MARKED IDENTIFICATION.)
7  MS. THOMPSON:
8    Q      Does that look like the document that
9  you reviewed?
10   A     Yes.  Yeah.  I've seen that.  Yep.
11 MS. THOMPSON:
12       Dawn, if you want more copies, I'm
13 happy to give --
14 MS. CURRY:
15       I'm okay.  I don't know if other
16 counsel need a copy to review.
17 MR. MIZGALA:
18       No.
19 MS. THOMPSON:
20       I think for most everything I have
21 another copy, so if there's anything you'd like
22 to see and not have to take home with you, I'm
23 happy to provide it.
24 MS. THOMPSON:

Page 51

1    Q      Did you know that the Health Canada
2  assessment was made pub- -- made available to the
3  public?
4    A     Yes.
5  MS. CURRY:
6        Object to the form.
7  MS. THOMPSON:
8    Q      Do you believe that the Health Canada
9  risk assessment is relevant to the topic today?
10 MS. CURRY:
11       Object to the form.
12   A     It doesn't change my opinion about
13 biologic plausibility.  It's a -- obviously, an
14 opinion that's based upon a lot of data that I
15 believe is reviewed by Taher, which is
16 information data that I already was aware of, so
17 it doesn't really sway me one way or the other.
18 MS. THOMPSON:
19   Q      But my question was, did you deem it
20 relevant?
21 MS. CURRY:
22       Object to the form.
23   A     Relevant to review.
24 MS. THOMPSON:

Page 52

1    Q      Okay.  That's my question.
2    A     Yes.
3    Q      But it was published in December, and
4  you didn't look at it until you saw it in
5  Dr. Saenz's deposition as an exhibit; right?
6    A     Correct.
7    Q      Did you deem it important?
8  MS. CURRY:
9        Object to the form.
10   A     Well, since it was quoted and my
11 impression was that there were people who thought
12 this was important, that necessitated me to take
13 a look at it.
14 MS. THOMPSON:
15   Q      Did you think it was important?
16 MS. CURRY:
17       Object to the form.
18   A     Well, after I read it, again, my sense
19 was it doesn't really sway me one more -- one way
20 or the other because they're -- they're
21 essentially re-reviewing all the data that we
22 know and coming to a different conclusion.  I
23 just think they got it wrong, unfortunately.
24 MS. THOMPSON:

Page 53

1    Q      But you will agree that it did provide
2  an extensive review on the subject?
3  MS. CURRY:
4        Object to the form.
5    A     It was, I thought, would be described
6  as extensive.
7  MS. THOMPSON:
8    Q      Did you review the statement of the
9  methodology that accompanied the risk assessment?
10   A     I went -- I looked through it.
11   Q      I'll mark that as Exhibit 7.
12       (DEPOSITION EXHIBIT NUMBER 7
13           WAS MARKED IDENTIFICATION.)
14 MS. THOMPSON:
15   Q      Is that what you saw?
16   A     I didn't see it printed like this with
17 the color on it.  Yeah.
18   Q      And let's just look at page 2 of the
19 document titled "Weight of Evidence, General
20 Principles and Current Applications in Health
21 Canada."
22       Does number 3, Role in Risk
23 Assessments, generally outline the methodology
24 that Health Canada applied to this risk

14 (Pages 50 to 53)

Michael Birrer, M.D., Ph.D.

Page 54

1   assessment?
2   MS. CURRY:
3       Object to the form.
4   A      Yeah.  I think it's a summary of
5   what -- of how they approached it.  That's my
6   sense.  Yep.
7   MS. THOMPSON:
8   Q       And for the risk assessment, Health
9   Canada assumed talc or talcum products to be
10  nonasbestiform.
11      Is that your understanding?
12  A      Yeah.  I believe that's what they
13  focused on.
14  Q       What does nonasbestiform mean?
15  A      I'm not going to go down the line of
16  being an expert in asbestos.
17  Q       So do you not know what it means when
18  the talc is considered nonasbestiform?
19  MS. CURRY:
20      Object to the form.
21  A      I'm assuming they're addressing sort of
22  mineral characterization of these substances.
23  But again, I -- that's not my area of expertise.
24  I'm not a geologist and it -- it in many ways is

Page 55

1   sort of irrelevant to looking at many of the
2   studies which are just looking at talcum powder.
3   MS. THOMPSON:
4   Q       Does it not matter to you whether that
5   talc is in a particle or fiber -- fiber form?
6   MS. CURRY:
7       Object to the form.
8   A      Well, I looked at, again, extensively
9   all the data that was addressing whether talcum
10  powder is a risk factor or plays a role in
11  developing ovarian cancer.  It is irrelevant in
12  that setting whether there are components in
13  there that go from asbestiform to heavy metals to
14  fragrance.  That data would be clear from those
15  experiments, and they're not.
16  MS. THOMPSON:
17  Q       So is the answer that -- is it
18  irrelevant whether the particles are in a
19  particulate form or in a fiber form?
20  MS. CURRY:
21      Object to the form.
22  A      Again, I -- that -- that experiment has
23  not been done in the -- the -- in the -- in the
24  data that I looked at.

Page 56

1   MS. THOMPSON:
2   Q       So you're agreeing it's irrelevant what
3   form the particles are in when --
4   A      I'm saying we don't have any data.
5   MS. CURRY:
6       Object to the form.
7       You have to let her get her --
8   THE WITNESS:
9       Okay.
10  MS. CURRY:
11      -- entire question out before you
12  answer so that the court reporter can get
13  everything down.
14  MS. THOMPSON:
15  Q       No data isn't the same as irrelevant,
16  and that's my question.
17  MS. CURRY:
18      Object to the form.
19  A      You know, again, I don't think I can
20  answer that "yes" or "no."
21  MS. THOMPSON:
22  Q       Is it important whether the substance
23  in Johnson's baby powder and Shower to Shower is
24  in a particulate form or in a fiber form?

Page 57

1   MS. CURRY:
2       Object to the form.
3   A      I don't know.
4   MS. THOMPSON:
5   Q       You don't know if it's important?
6   A      I don't know if it's important.
7   Q       Okay.  And is part of the reason is
8   because you're not an expert in asbestos?
9   MS. CURRY:
10      Object to the form.
11  A      Again, I wasn't asked to evaluate the
12  role of asbestos in ovarian cancer.  I have an
13  opinion on that based upon some of the
14  epidemiologic studies.
15      But in terms of the compositional
16  analysis of talcum powder, that is not within the
17  area of my expertise, and the various forms of
18  asbestos in talc in terms of mineralogy is not
19  something that I've spent time on.
20      But, as I pointed out before, the
21  experiments that have been conducted address that
22  issue, which is they're using talcum powder.  If
23  it's got a variety of substances in it, any one
24  of which match and play a role in ovarian cancer,

15 (Pages 54 to 57)

Michael Birrer, M.D., Ph.D.

Page 58

1  it would have been obvious from the data and it's
2  not.
3  MS. THOMPSON:
4      Q     Is it your opinion that baby powder and
5  Shower to Shower -- and you understand those are
6  the two products that we're here to talk about
7  today; right?
8      A     Yes.  J & J products?
9      Q     Yes.
10         Is it your opinion that those products
11  have been proven safe?
12  MS. CURRY:
13         Object to the form.
14      A     So there's no data that I know of that
15  says they're not safe.
16  MS. THOMPSON:
17      Q     That's different.  Have they been
18  proven safe?
19  MS. CURRY:
20         Object to the form.
21      A     Yes.
22  MS. THOMPSON:
23      Q     And what data do you have as the basis
24  for that, that they have been proven safe?

Page 59

1      A     Again, years and years of usage with
2  these experiments and biologic systems,
3  epidemiologic data is basically not exposing or
4  uncovering any definitive data that that they're
5  unsafe.
6      Q     So you believe the epidemiological data
7  proves the product safe?
8      A     I don't think it -- it proves that it's
9  a risk factor.
10      Q     Is that --
11      A     You're asking -- you're asking me to
12  prove a negative.  I can't do that.
13      Q     So you're not -- you're unable to prove
14  that it's safe because you can't prove a
15  negative?
16  MS. CURRY:
17         Object to the form.
18  MS. THOMPSON:
19      Q     Is that what you're saying?
20      A     I get -- yeah.  I think -- I think the
21  issue in front of us is:  Is it unsafe?  And the
22  answer to that is there's no data for it.
23      Q     Well, the issue is what I asked you.
24  And my question was has it been proven safe, not

Page 60

1  has it been proven unsafe, so --
2  MR. MIZGALA:
3         Object to the form.
4  MS. THOMPSON:
5      Q     -- I'll ask the question again.
6         Have these products been proven safe in
7  your mind?
8  MS. CURRY:
9         Object to the form.
10      A     Again, it is -- it is an issue about
11  trying to prove a negative.  The data is there
12  are decades of use of this, this material,
13  perineal dusting, with no evidence, no convincing
14  evidence that it's unsafe.  I conclude that it's
15  a safe product.
16  MS. THOMPSON:
17      Q     Do you believe that the molecular data
18  proves the product safe?
19  MS. CURRY:
20         Object to the form.
21      A     Can you define "molecular data"?
22  MS. THOMPSON:
23      Q     The -- the studies that have been
24  performed on talcum powder, do you believe they

Page 61

1  prove that the products are safe?
2  MS. CURRY:
3         Object to the form.
4      A     Just repeat that once more, please.
5  MS. THOMPSON:
6      Q     The molecular studies that have been
7  done on talcum powder, is it your opinion that
8  they prove that the products are safe?
9  MS. CURRY:
10         Object to the form.
11      A     So I refine that a bit because I don't
12  really consider them molecular studies.  They're
13  biologic studies, and there's a difference.
14         The biologic studies which I reviewed,
15  which I think is the sum total that's out there,
16  are completely unconvincing, unconvincing that
17  talcum powder is a -- plays a role in the
18  development of ovarian cancer.
19  MS. THOMPSON:
20      Q     But my question was is it your belief
21  that the biologic studies confirm that the
22  product is safe?
23  MS. CURRY:
24         Object to the form.

16  (Pages 58 to 61)

Michael Birrer, M.D., Ph.D.

Page 62

1    A      Again, we're back sort of to that
2  negative.  I -- I think if -- I don't think they
3  convince me at all that it's -- it's a risk or
4  that it has any biologic activity on the target
5  organ, which is the ovary.  And then in the
6  context of decades of use, then I would conclude
7  that it's a safe product.
8  MS. THOMPSON:
9    Q      And it's fine to say you can't
10  answer -- you can't answer the question.  But I
11  need -- but I want to have an answer.
12         And that is:  Is it your opinion that
13  the biologic studies show that the products are
14  safe?
15  MS. CURRY:
16         Object to the form.
17    A      Yeah.  I -- I think -- I think
18  certainly that -- I think we can say that the
19  biologic studies do not reveal any untoward
20  effects.  It's not reliable.  The experiments are
21  not reliable.  And so in that context, it's a
22  safe product.
23         I mean, again, you're asking me for a
24  biologic experiment that proves something is

Page 63

1  safe.  I don't even know how to conduct an
2  experiment like that.
3  MS. THOMPSON:
4    Q      Okay.  And again, you know, I can't
5  answer that -- your question --
6    A      It's okay?
7    Q      -- is a fine answer.  Yeah.
8  MS. CURRY:
9         Object to the form.
10  MS. THOMPSON:
11    Q      Back to the weight of the evidence
12  document, it's your understanding that this is
13  the evaluation that Health Canada applied to --
14    A      That's this one?
15    Q      Yeah.
16         -- to answering the -- the question of
17  whether talcum powder was a risk for the public
18  in Canada; correct?
19  MS. CURRY:
20         Object to the form.
21    A      Correct.
22  MS. THOMPSON:
23    Q      And they also applied a Bradford Hill
24  analysis?  Is that your understanding from

Page 64

1  reviewing the assessment?
2    A      I believe so, but let me just --
3  MS. CURRY:
4         Do you have the marked Exhibit 4 there?
5         I don't think the witness actually has
6  the --
7         Oh, I think it's in front of you here.
8         I'm just gonna grab these marked
9  exhibits for him.  Thank you.
10  MS. THOMPSON:
11         I think his is the marked exhibit,
12  unless I --
13  MS. CURRY:
14         Right.  It was just in front of you.
15  MS. THOMPSON:
16         Oh, I -- yeah.
17  MS. CURRY:
18         He didn't have it.  That's all.
19  MS. THOMPSON:
20         Sorry.
21    A      Yeah, this -- okay.
22         Yeah.  So they -- they essentially went
23  through it in that kind of algorithm.
24  MS. THOMPSON:

Page 65

1    Q      I did not see any discussion in your
2  report of a methodology similar to this.  Is that
3  right?
4    A      Correct.
5    Q      Did you perform a weight of the
6  evidence of the data in this case?
7    A      So I approached the expert report based
8  upon my experience, both scientifically and
9  clinical.  We do this -- we do this a lot,
10  actually, where we'll do a complete review of the
11  literature and then extract the information,
12  dissect it in terms of paper by paper.
13         As a scientist, we don't really weigh
14  studies in a quantitative way.  We don't -- it's
15  really not like a meta-analysis where we're
16  saying, okay, this is -- this is this weight
17  versus that weight.
18         But -- but the gestalt is, if you will,
19  at the end of the day, we look at these studies
20  and say do we believe -- do we think that the
21  data and results are believable; do they -- do
22  they support the conclusions.  And we do that
23  individually through all the studies.
24         And my expert report, I think, outlines

17 (Pages 62 to 65)

Michael Birrer, M.D., Ph.D.

| Page 66 |
| --- |

1    that very clearly.
2         So I guess the answer to your question
3    is at the end of the day, the conclusion is that
4    we don't think -- I don't think the data supports
5    a biologic plausibility for talc versus -- talc
6    and the -- as a role in the development of
7    ovarian cancer. That's the sum total of all that
8    analysis.
9    Q    Did you perform a Bradford Hill
10   analysis, per se?
11   A    Not in the expert report. It's really
12   focused on biologic plausibility. I'm aware of
13   Bradford Hill. Prior depositions, we talked
14   about the elements, and I feel like I -- I
15   certainly understand those criteria.
16   Q    But at least in this report, you didn't
17   apply the criteria to this subject?
18   MS. CURRY:
19        Object to the form.
20   A    It's really focused on biologic
21   plausibility, which, as you know, is one
22   component of it.
23   MS. THOMPSON:
24   Q    Correct.

| Page 67 |
| --- |

1         And you reviewed that IARC 2010
2    document that we've marked as an exhibit; right.
3    A    This is when it was labeled as 2B;
4    right?
5    Q    Yes.
6         And -- and this -- well, this monograph
7    was published in 2010; right?
8    A    Correct.
9    Q    Is it your understanding that it
10   considered literature up to 2006? Correct?
11   A    Sounds about right, yes.
12   Q    What is IARC?
13   A    Well, it's an international agency for
14   research on cancer. Part of what they -- their
15   responsibility is is to look at environmental
16   risks for -- and -- and to sort of attempt to
17   quantify them, identify them and quantify them
18   for the development of cancer.
19   Q    Is it generally thought to be a
20   reputable scientific organization?
21   MS. CURRY:
22        Object to the form.
23   A    How do you define "reputable"?
24   MS. THOMPSON

| Page 68 |
| --- |

1    Q    Is it a credible scientific
2    organization?
3    MS. CURRY:
4         Object to the form.
5    A    I -- I think, to be fair, they -- they
6    recognize this as a group that is careful and is
7    invested in this. I would say, though, that
8    they're not, as an organization, completely free
9    of -- because of the way they're structured with
10   WHO, completely free of outside influence or
11   politics. That's my sense.
12   MS. THOMPSON:
13   Q    And by outside influence and politics,
14   where would that be coming from?
15   A    From World Health Organization, which
16   is their sort of supervising body.
17   Q    And is it your belief that the World
18   Health Organization is politically biased or
19   subject to influence from outside?
20   A    Well, I think it's an organization
21   that, by its nature, is, you know, a compendium
22   of countries and societies. And, so, it's --
23   let's just say it's not necessarily as sort of
24   independent as the Academy, National Academy.

| Page 69 |
| --- |

1    Q    And by that you mean the National
2    Academy of Science and Medicine Engineering, now
3    titled?
4    A    Yes.
5    Q    Okay. And I believe we talked about
6    before this --
7    A    Uh-huh.
8    Q    -- this monograph applies to talc not
9    containing asbestiform fibers, but that is not
10   your area of expertise; correct?
11   MS. CURRY:
12        Object to the form.
13   A    Correct.
14   MS. THOMPSON:
15   Q    And you are aware that there's a
16   different IARC monograph published in 2012 that
17   would cover talc containing asbestos or talc
18   containing asbestiform fibers; correct?
19   A    I don't think I've seen that.
20   Q    That would be 2012, the 100C. I
21   believe it's on your --
22   A    Is it?
23   Q    -- reliance list.
24   A    Do you have a copy?

18 (Pages 66 to 69)

Michael Birrer, M.D., Ph.D.

Page 70

1    Q      Yeah.  It's number 77.
2    A      77.
3    Q      Arsenic, Metals, Fibers and Dust?
4    A      Oh, I think I -- I'm sorry.  That's
5    coming back to me.  It was a small -- yeah.
6    Q      And did you -- did you review that IARC
7    monograph?
8    A      Yeah.  There was a -- what -- what
9    I looked at was a subset of the entire document.
10   Yeah.
11   Q      Did you look at the section with
12   asbestos?
13   MS. CURRY:
14          Object to the form.
15   A      I believe so, yeah.
16   MS. THOMPSON:
17   Q      Did you look at the section with heavy
18   metals?
19   A      No.
20   Q      Are you aware that that document, 2012,
21   100C, includes all forms of asbestos and talc
22   containing asbestiform fibers?
23   A      That sounds correct.
24   Q      But you're not sure about that today?

Page 71

1    MS. CURRY:
2           Object to the form.
3    A      Well, as I said, I'm not a asbestos
4    expert.  But that -- that IARC volume is focused
5    on fibers, so that makes sense.
6    MS. THOMPSON:
7    Q      And have you reviewed the preamble to
8    the IARC monographs?  It's included in --
9    A      Yeah.
10   Q      -- in exhibit --
11   A      I looked through it.
12   Q      Okay.
13   A      It's voluminous.
14   Q      And does that describe the -- the
15   methodology that IARC applies when it's looking
16   to determine whether a substance is carcinogenic
17   or not?
18   A      Yes.  It's a list of all the
19   participants, the general principles, the
20   methodology.
21   Q      And you would agree, similar to Health
22   Canada, that that methodology is extensive as
23   well?
24   MS. CURRY:

Page 72

1    Q      Object to the form.
2    A      It's detailed.
3    MS. THOMPSON:
4    Q      Going to the FDA response letter, at
5    least by volume, would you agree that this FDA
6    letter is a less extensive review?
7    MS. CURRY:
8           Object to the form.
9    A      Less pages.
10   MS. THOMPSON:
11   Q      That's kind of what I was getting at.
12          How about references?
13   A      Yeah.
14   Q      So, essentially, the FDA response
15   letter in 2014 does not include a description of
16   the methodology or an extensive reference list.
17   Is a that fair --
18   MS. CURRY:
19          Object to the form.
20   MS. THOMPSON:
21   Q      -- statement?
22   A      Well, I -- again, I think a little bit
23   you're comparing apples and oranges in the sense
24   that the purpose for these documents is somewhat

Page 73

1    different in that this is a letter from the FDA
2    in response to a -- I think it was a citizen's
3    petition.  They're not gonna give -- they're not
4    gonna send this back to a citizen's petition
5    because I think the citizen's petition would be
6    insulted because they're not going to be able to
7    read it.  It's more of a letter than the -- what
8    their opinion is.
9           Oh.  Sorry.
10   Q      And you're referring to that IARC --
11   A      Yeah.
12   Q      -- 2010 monograph.  Yeah.
13   A      Yeah.
14   Q      Fair enough.
15          However, you would consider the FDA a
16   credible source?
17   A      Yes.
18   Q      Let's look at your CV.  And you have
19   been a prolific researcher.  Would you agree?
20   A      I survive.
21   Q      I -- I think there are approximately
22   400 published papers.  Is that close?
23   A      Correct.
24   Q      You have a lot of coauthors on these

19 (Pages 70 to 73)

Michael Birrer, M.D., Ph.D.

Page 74

1  papers.  Am I right?
2  A      Correct.
3  Q      On some, you're the lead author;
4  correct?
5  A      Correct.
6  Q      What does the role of lead author
7  usually entail?
8  MS. CURRY:
9          Object to the form.
10  A      So let me -- let me step back and
11  define that.  I would say anchor positions.
12  MS. THOMPSON:
13  Q      Okay.
14  A      So first author is usually the person
15  who has done most of the work.  And, it
16  actually -- my first authorship positions have
17  sort of faded with time because I take the other
18  anchor position, which is the senior author,
19  where you're providing guidance, mentorship, and
20  then you -- you ultimately are responsible for
21  the quality of the paper.
22  Q      And -- and that --
23  A      Yeah.
24  Q      -- that person is -- is often listed

Page 75

1  last.  Is that right?
2  A      That's right.
3  Q      Okay.  And can I assume that the
4  authors in the middle have varying roles but all
5  participate in the preparation of the manuscript
6  in some sense?
7  A      Right.  I mean, it becomes -- you
8  probably can guess -- somewhat problematic when
9  you look at GY studies when there are almost more
10  authors than specimens.  So the idea there is
11  that the individuals in -- in between are still
12  contributing to the paper.  They're -- they may
13  be providing specimens.
14  Q      And I believe in GWAS, the -- the
15  recruitment for GWAS are researchers that can
16  provide tissue specimens for the group that's
17  analyzing them.  Is that a fair --
18  A      It's a big point.  It's -- it's a big
19  part of it.  Yeah.
20  Q      And you'd agree that that's different
21  from the consortium that we discussed earlier,
22  that OCAC consortium; right?
23  MS. CURRY:
24          Object to the form.

Page 76

1  A      No.  I think OCAC is a lot like that.
2  MS. THOMPSON:
3  Q      They're providing tissue samples or are
4  they providing expertise?
5  A      Well, OCAC is the consortium, so
6  it's -- it's composed of all of those
7  institutions.  And those institutions are
8  providing specimens.  And then the authors from
9  those institutions end up on the paper.
10  Q      How are the authors of the consortium's
11  publications selected?
12  MS. CURRY:
13          Object to the form.
14  A      Specific in GWAS or in general?
15  MS. THOMPSON:
16  Q      In OCAC.
17  A      OCAC.  Well, I'm not sure I can quote
18  you OCAC rules, but the general guidelines would
19  be that from every institution that participated,
20  there'd be a primary author.  If -- if there was
21  somebody else at the institution who specifically
22  did something important for that paper, they
23  might take two authors.  But usually there's a
24  limit because you just -- OCAC, I believe, has --

Page 77

1  I'm guessing -- 50 to maybe even 100
2  institutions.  So if you were to allow unlimited
3  authors, it would be unmanageable.
4  Q      Would the authors typically be
5  considered to have expertise in the particular
6  area that they're publishing in?
7  A      Yes.
8  Q      Would they typically have previous
9  scholarly work or publications?
10  MS. CURRY:
11          Object to the form.
12  A      Usually.
13  MS. THOMPSON:
14  Q      Would they typically have a -- a good
15  reputation in the scientific or medical
16  community?
17  MS. CURRY:
18          Object to the form.
19  A      I hope so.
20  MS. THOMPSON:
21  Q      Would they typically be knowledgeable
22  in that respective field that they're called upon
23  to contribute to the --
24  MS. CURRY:

20  (Pages 74 to 77)

Michael Birrer, M.D., Ph.D.

Page 78

1        Object to the form.
2    A      Yeah.  I mean, I think it would be
3    very -- again, these GWAS studies -- I'm sorry --
4    the GWAS studies are in some ways really unique
5    in that there's so many authors.  There may be
6    individuals in that list who -- who while they're
7    ovarian cancer researchers, they could be fairly
8    junior, and they may have just provided some
9    specimens.  Yeah.
10   MS. THOMPSON:
11   Q      Yeah.  And I'm not as interested in the
12   GWAS because they do have, you know, a whole
13   number.
14   A      Yeah.
15   Q      But I'm thinking more of the Australian
16   consortium, the OCAC, the -- other ones where
17   it looks, at least by appearance, that you're --
18   the authors are chosen because they're experts
19   in -- in a particular area.  For example,
20   epidemiology.  Would you agree with that
21   statement?
22   MS. CURRY:
23        Object to the form.
24   A      I think that's true -- I think that's

Page 79

1    true as a -- as general guideline, yeah.
2    MS. THOMPSON:
3    Q      And would the same be true for a paper
4    that you're publishing?  Would you look for
5    coauthors -- either as an anchor or a senior,
6    would you look for coauthors that are credible?
7    A      Well, you know, when you do these
8    experiments, you're not really out looking for
9    authors.  You're doing the experiments, and the
10   people who do them, help you design a project,
11   deserve authorship.  Those are the guidelines.
12        And if you're asking would I put
13   somebody who I thought was not credible on an
14   author list, I'd be very bothered by that.  But
15   you'd have to define what "credible" means.
16   Q      Yeah.  So I guess rather than choosing
17   someone as a coauthor, I should have rephrased
18   that.  Choosing someone to work on a project that
19   would later be published, you can assume that
20   person would be credible; correct?
21   MS. CURRY:
22        Object to the form.
23   A      Yeah.  I choose my collaborators, like
24   others, other scientists, with a certain amount

Page 80

1    of careful thought.
2    MS. THOMPSON:
3    Q      And -- and I'd assume they'd be
4    qualified in their area of expertise for the same
5    reason, or else you wouldn't choose them.  Right?
6    A      It would be hard for them to contribute
7    in a meaningful way if they don't know what
8    they're doing.
9    Q      Okay.  Looking at your CV, are there
10   any coauthors that you can identify that you
11   would not regard as qualified in their respective
12   fields?
13   A      I'm not gonna be able to answer that.
14   I've got 400 publications and probably several
15   thousand authors.
16   Q      So do you think there would be some
17   that you could identify as not being credible?
18   A      Not that I know of.
19   MS. CURRY:
20        Object to the form.
21   A      Again, this is realtime, so if we go
22   back to my Ph.D., which was on the measles virus
23   back when I was a young lad, I don't know that
24   field anymore, and I don't know what those

Page 81

1    individuals have done.
2        It's a realtime process.  Sometimes
3    individuals who seem to be very, very good
4    scientists later on in life will get involved in
5    scientific misconduct.  That may not have been at
6    all relevant for when you put that person on your
7    paper.
8        (DEPOSITION EXHIBIT NUMBER 8
9         WAS MARKED IDENTIFICATION.)
10   MS. THOMPSON:
11   Q      I'm gonna just give you a list of some
12   coauthors that I pulled off your CV.  And would
13   you look at that list?
14   A      Uh-huh.
15   Q      I narrowed it down from a couple
16   thousand to a more manageable number.  Are there
17   any names on that list that you could identify as
18   not being credible?
19   MS. CURRY:
20        Object to the form.
21   MS. THOMPSON:
22   Q      And that list is marked as Exhibit --
23   Dr. Birrer, can you --
24   A      8.

21 (Pages 78 to 81)

Michael Birrer, M.D., Ph.D.

Page 82

```
1    Q      -- 8.
2    A      So I would say of this list,
3  probably -- I'm estimating -- about 20 percent of
4  these people, I'm -- I'm not sure I quite
5  remember what paper they're on.  But the rest of
6  them I know because they're high profile.  I
7  don't see anybody here that I would say is not a
8  good scientist.
9    Q      And qualified in their respective
10 areas?
11   A      Yes.
12 MS. CURRY:
13        Object to the form.
14 MS. THOMPSON:
15   Q      And some -- at least some on the list
16 you published with multiple times.  Is that fair
17 to say?
18   A      Yeah.
19   Q      Dr. Birrer, throughout your report you,
20 at least at times, used the term "talc."  What
21 are you referring to when you say talc?
22   A      So there's two levels of relevance
23 here.  One is for epidemiologic studies or
24 studies that were -- that were conducted.  A
```

Page 83

```
1  subset of the -- of the studies that were
2  conducted in the lab were actually dealing with
3  talcum powder.
4        But there are experiments in particular
5  where individuals are using sigma-produced talc.
6  So it's -- it's -- it's a bit of a mixture.  But
7  I think, in particular in the epi studies, a lot
8  of them are just okay to use powder.
9    Q      So to -- to the extent both of us can,
10 we can try to say whether we're referring to
11 talcum powder or talc, as you described, so
12 let's -- let's both try to do that, to the extent
13 possible, because it can get confusing.
14   A      I completely concur.
15   Q      Okay.  Okay.  I'm glad we agree on
16 that.
17        Do you know what Johnson & Johnson's
18 market share of the talcum powder product has
19 been over the years?
20   A      I don't.
21   Q      If I told you it was 60 to 70 percent,
22 would you have any basis to disagree with that
23 number?
24   A      I actually wouldn't, because I -- my
```

Page 84

```
1  sense is they command the market.  But I'm not --
2  I'm not in the supermarket a lot.
3    Q      And not in the baby powder section?
4    A      No.
5    Q      And what is contained in the
6  Johnson's -- in Johnson's baby powder, to your
7  understanding?
8  MS. CURRY:
9        Object to the form.
10   A      Talc.  And I know that's an issue
11 that's come up in terms of are there other
12 things.  I mean, clearly there are other things
13 that -- the product smells nice, so there must be
14 some fragrance.
15 MS. THOMPSON:
16   Q      Okay.
17   A      But I don't know of any -- first of
18 all, I don't -- that's not my area of expertise.
19 I've certainly never conducted any experiments
20 and tried to figure out what's in it and -- and
21 wouldn't consider myself an expert in the whole
22 mineralogy issue.
23   Q      So that would be talc, the mineral.  Do
24 you have an opinion as to whether there is a such
```

Page 85

```
1  thing as pure talc?
2  MS. CURRY:
3        Object to the form.
4    A      You know, my -- you know, my sense is
5  in that some of the experiments where this
6  product is actually bought not cosmetically, but
7  I've seen references to sigma-produced talc, that
8  that's a -- that's a purified form of it.
9  MS. THOMPSON:
10   Q      And, so, by pure -- purified form, you
11 would mean that it does not con- -- contain
12 impurities; correct?
13   A      It would not contain something else.
14   Q      Would you consider it pure if it
15 contained talc fibers?
16 MS. CURRY:
17        Object to the form.
18   A      I don't -- I don't think I can answer
19 that.
20 MS. THOMPSON:
21   Q      So no opinion on -- on that issue.
22   A      Yeah.
23   Q      Are you familiar with the various
24 grades of talc?
```

22 (Pages 82 to 85)

Michael Birrer, M.D., Ph.D.

Page 86

1    A    No.
2    Q    Do you have any knowledge regarding the
3  particle size of Johnson's baby powder or Shower
4  to Shower?
5    A    Again, that's a little bit outside my
6  area of expertise. My understanding is, you
7  know, talc ranges from 10 microns to larger
8  sizes. But it's not something I systematically
9  explored. Even the expert reports here that
10  focused on the mineralogy, I looked at it but not
11  in any great detail.
12    Q    And if you were told that there are
13  also smaller particles than 10 microns, that
14  wouldn't surprise you?
15    A    I think there's a range.
16    Q    Fair enough.
17    A    I don't know how -- you know, again, I
18  know there's references to ultrafine, et cetera,
19  et cetera. I don't have definitive knowledge or
20  data that that is true.
21    Q    Okay. But, as far as you know, the
22  particle size is -- is mixed?
23    A    Uh-huh.
24    Q    It's not a standard size like you might

Page 87

1  see, for example, in a pleurodesis talc?
2  MS. CURRY:
3        Object to the form.
4    A    I don't -- I can't say that.
5  MS. THOMPSON:
6    Q    Okay.
7    A    But based on my rudimentary
8  understanding of mineralogy here, that there's a
9  range.
10    Q    Have you ever looked at the label on a
11  bottle of baby powder?
12    A    I don't recall that.
13    Q    So you don't know what would be listed
14  on the label?
15    A    No.
16    Q    But you're assuming it has some kind of
17  fragrances in it?
18    A    I think that's a safe assumption. I
19  have smelled it.
20    Q    Haven't we all.
21        Did you read Dr. Crowley's report?
22        Do you remember Dr. Crowley's report?
23    A    That's not coming to mind. Can -- do
24  you have it?

Page 88

1    Q    It was the -- it was a report that
2  addressed the fragrance chemicals in talcum
3  powder. Do you remember seeing that? I don't
4  remember whether it's on your list. Oh.
5    A    Is that plaintiff?
6    Q    You don't have Dr. Crowley's report.
7    A    Yeah.
8    Q    Did you know if there was a -- an
9  expert report that specifically addressed the
10  fragrance -- fragrance chemical presence in baby
11  powder?
12    A    Not that I know of.
13    Q    So I -- I can assume that you don't
14  know why you weren't provided Dr. Crowley's
15  report?
16  MS. CURRY:
17        Object to the form.
18    A    It's not on my list.
19  MS. THOMPSON:
20    Q    Did you ask if anyone had looked at the
21  actual chemicals in baby powder?
22    A    I didn't specifically go through that,
23  no.
24    Q    It -- is it important for you to know

Page 89

1  the quality of talcum powder?
2  MS. CURRY:
3        Object to the form.
4    A    And how do you define "quality"?
5  MS. THOMPSON:
6    Q    I -- I define "quality" as the absence
7  of the amount and types of impurities.
8  MS. CURRY:
9        Object to the form.
10    A    How do you define "impurities"?
11  MS. THOMPSON:
12    Q    Something that's not pure talc.
13    A    Okay. Again, I -- I'll come back to
14  this theme. I think -- I didn't go down that
15  road. It's not my area of expertise. But, more
16  importantly, I was asked to sort of review the
17  total data that suggested there might be a role
18  for talc in ovarian cancer, regard- -- talcum
19  powder, regardless of what's in it.
20        So in that context, impurities,
21  fragrance, heavy metals, it doesn't matter. We
22  would see the data. So I felt pretty comfortable
23  that that's the -- that's the important theme for
24  my job.

23 (Pages 86 to 89)

Michael Birrer, M.D., Ph.D.

Page 90

```
 1   Q     Is it important for you to know the
 2   min- -- mineral content of a talcum powder
 3   product if you are intending to assess its
 4   potential health effects?
 5   MS. CURRY:
 6        Object to the form.
 7   A     Would you just repeat that, please?
 8   MS. THOMPSON:
 9   Q     Is it important to know the mineral
10   content of a talcum powder product if you are
11   intending to assess its potential health effects?
12   MS. CURRY:
13        Object to the form.
14   A     You know, again, I think in terms of
15   reviewing the literature, no.  I mean, it's
16   talcum and it's talcum powder.  It's a
17   representative of what's on the market.
18        So regardless of what's there or not,
19   even from a mineral standpoint, we can make a
20   judgment as to whether that's providing data that
21   supports whether it's a risk factor or biologic
22   plausibility for a role in development of ovarian
23   cancer.
24   MS. THOMPSON:
```

Page 91

```
 1   Q     So even in your determination of
 2   whether a biologic mechanism is plausible or not,
 3   it doesn't matter what the mineral content of the
 4   baby powder is?
 5   MS. CURRY:
 6        Object to the form.
 7   A     As long as that baby powder's been
 8   tested in that experiment, it doesn't matter.
 9   MS. THOMPSON:
10   Q     And that goes for whether the baby
11   powder contains asbestos?
12   A     Well, again, I -- I think if it
13   contained asbestos, that would show a signal in
14   those experiments.  Now, we would see it.  We may
15   not know it's related to asbestos, fragrance or
16   whatever, but the experiments would be
17   reproducible and dispositive.  And in my
18   experience, they're not.
19   Q     But the question is, does that -- would
20   that explain a mechanism if there's asbestos in
21   the baby powder?
22   MS. CURRY:
23        Object to the form.
24   A     Mechanism for what?
```

Page 92

```
 1   MS. THOMPSON:
 2   Q     For a potential health effect.
 3   MS. CURRY:
 4        Object to the form.
 5   A     There's no data for that.  I can't
 6   develop a mechanism when, in fact, there's no
 7   biologic plausibility for talcum powder in a role
 8   of ovarian cancer.
 9   MS. THOMPSON:
10   Q     Well, it sounds like what you're saying
11   is if you decide that talcum powder doesn't cause
12   ovarian cancer, then there's no reason to even
13   look at whether there's a plausible mechanism or
14   not.
15   MS. CURRY:
16        Object to the form.
17   MS. THOMPSON:
18   Q     Is that --
19   A     Well, I'm not sure what mechanism we're
20   looking at.  We're looking at a mechanism that an
21   agent doesn't cause cancer?  That does -- makes
22   no sense to me.
23   Q     We're looking at what a mechanism could
24   be if it could cause cancer, as a hypothetical.
```

Page 93

```
 1   MS. CURRY:
 2        Object to the form.
 3   A     No.  I -- a mechanism for a
 4   hypothetical.  I -- you know, again, that -- we
 5   don't need the hypothetical.  We've tested talcum
 6   in those experiments.  There's no data to support
 7   biologic plausibility.  So why are -- why would
 8   we be trying to think about a hypothetical
 9   component to produce a mechanism for a biologic
10   activity that we haven't seen?
11   MS. THOMPSON:
12   Q     What experiments are you referring to?
13   A     I would say primarily the ones that are
14   in my expert report.  That really is a sum- --
15   Q     Which experiments in your report?  We
16   can go through your report if you want.
17   A     I'm -- yeah.
18   Q     I'm looking for the experiments that
19   show that there's no biologic effect.
20   A     So Buz'Zard is one that frequently --
21   Q     And is it your opinion that Buz'Zard
22   shows no biologic effect?
23   A     There's nothing in that paper that's
24   reliable in terms of showing biologic
```

Michael Birrer, M.D., Ph.D.

| Page 94 | Page 96 |
|---|---|

Page 94

1  plausibility.
2  Q      And we'll get to the others.
3       So you're referring to --
4  A      Yes.
5  Q      -- Buz'Zard, Shukla?
6  A      Shukla.  Just hang on.  Yeah.
7  Buz'Zard, Shukla and Hamilton.
8  Q      And I'm going to assume you include
9  Dr. Saed in that?
10  A      Correct.
11  Q      Although we're going to get into more
12  detail in that later.
13  A      Exactly.
14  Q      And you're aware of the other animal
15  studies that show inflammatory effects; right?
16  MS. CURRY:
17       Object to the form.
18  A      You have to go through those and define
19  that.
20  MS. THOMPSON:
21  Q      Okay.
22  A      Because it's pretty broad literature.
23       You're assuming -- you're referring to
24  Keskin?

Page 95

1  Q      There are studies going back to the
2  '40s and '50s with intraperitoneal inflammatory
3  effects with -- in the presence of talc.
4       You're aware of those?
5  MS. CURRY:
6       Object to the form.
7  A      There is a big literature.
8  MS. THOMPSON:
9  Q      And understanding that there are
10  different histologic subtypes of epithelial
11  ovarian cancer, can we agree that if one of us
12  refers to ovarian cancer in a general sense, that
13  we're referring to epithelial ovarian cancer?
14  A      I would not include germ -- you know,
15  germ cell tumors in this.
16  Q      Stromal -- we're excluding stromal --
17  A      And stromal, yeah.  It's epithelial,
18  correct.
19  Q      Okay.  So we're on the same page there?
20  A      With -- with the caveat being, and we
21  do discuss this in the report about -- even
22  within the epithelial component, we now realize
23  there are different types of tumors.
24  Q      Understood.

Page 96

1       What is your understanding of how these
2  products are used by women?
3  MS. CURRY:
4       Object to the form.
5  A      Baby powder?
6  MS. THOMPSON:
7  Q      And -- and we're talking about, at
8  least for these cases, in the perineal area.
9  A      Yeah.
10  Q      Do you have any knowledge from
11  conversations with women or literature or any
12  other source as to how it's applied, whether it's
13  standing, lying down, in the underwear, on a
14  sanitary napkin, shaken into hands?  Did you have
15  any understanding of -- of those issues?
16  MS. CURRY:
17       Object to the form.
18  A      I would say not a systematic, shall we
19  say, meta-analysis of baby powder use.  I
20  certainly, over years in the clinic, am familiar
21  with women who use baby powder.  You know, my
22  sense is that most dust the perineum usually
23  standing up.  I -- but again, I can't say that's
24  a scientific evaluation.  I have some experience

Page 97

1  with my wife.  So I -- I -- it's a certain --
2  some general concept of how it's done, yeah.
3  MS. THOMPSON:
4  Q      Would you agree, at least, that, for
5  most women, it would be applied in a -- in a
6  habitual manner?
7  MS. CURRY:
8       Object to the form.
9  A      Yeah, I think it's important to define
10  that.  It would certainly be repetitive.  Is it
11  something -- you know, habitual sounds to me
12  like -- almost like an addict.  And I don't -- I
13  don't think that's the case.
14  MS. THOMPSON:
15  Q      No.  I didn't mean it -- mean in that
16  term.
17       I meant that it's -- and this has been
18  reported in the literature, I believe you're
19  aware --
20  A      Uh-huh.
21  Q      -- that most women do it the same way
22  every day or whatever schedule they're on.
23  MS. CURRY:
24       Object to the form.

25 (Pages 94 to 97)

Michael Birrer, M.D., Ph.D.

Page 98

```
1     A      I would think that there'd be some
2  consistency on that.  I -- I will say this
3  parenthetically, you may get to it later on, but
4  I do think, based on what we're just discussing,
5  it's very hard to -- it's very hard to quantify
6  amount of use.  I really do.
7  MS. THOMPSON:
8     Q      And I think we will get to that.
9     A      Okay.
10    Q      But -- but -- so it's hard to quantify
11 how much a woman is using on any given
12 application; correct?
13    A      (Nods affirmatively.)
14    Q      And it's hard --
15 MS. CURRY:
16           You have to say "yes" or "no" versus
17 head shakes because the court reporter will not
18 be able to get that down.
19    A      It says "nods affirmatively."
20           Yes.
21 MS. CURRY:
22           She was able to in that instance.  I
23 stand corrected, but for --
24 THE WITNESS:
```

Page 99

```
1           She's very good.
2  MS. THOMPSON:
3     Q      And -- and if there were talc that
4  reached the vagina or the upper genital tract, it
5  would be hard to quantify how much that would be;
6  right?
7     A      Yes.
8     Q      But you'll have to agree, but -- that
9  not being able to quantify it isn't a reason not
10 to study the issue.  Right?
11 MS. CURRY:
12           Object to the form.
13    A      I think that's a fair statement in
14 that, you know, if it's important, you need to do
15 it.  I just think that, for the reasons you just
16 said, quantifying it is -- is difficult, not only
17 in individual applications, how much actually
18 would get where, but this longitudinal issue.
19 While I think there's some consistency, do women
20 use it for a while and then stop using it and how
21 often do they change?  I think there's a whole
22 issue on that, too.
23 MS. THOMPSON:
24    Q      And wouldn't you agree that that would
```

Page 100

```
1  be true for a number of environmental
2  exposures --
3  MS. CURRY:
4           Object to the form.
5  MS. THOMPSON:
6     Q      -- that difficulty in quantifying how
7  much a particular individual is exposed to?
8     A      Well, you'd have to give me some
9  examples on that.  I mean, I think for cigarette
10 smoke, it actually is quite quantifiable.
11    Q      Cigarette smoke, I agree.
12           How about a household or domestic
13 exposure to asbestos, for example?
14    A      I guess you could quantify the amount
15 of asbestos-containing material in the house,
16 but --
17    Q      How about a spouse coming home from
18 occupational exposure?
19    A      Yeah.  It would be a challenge.
20    Q      How about chemicals in water source?
21    A      That should be measurable.
22    Q      Over time?
23    A      Multiple samples.
24    Q      How about --
```

Page 101

```
1     A      And -- and potentially even the
2  patient.
3     Q      How about exposure to a pesticide?
4     A      Yeah.  That would be more of a
5  challenge.  Yeah.
6     Q      So there's certainly other --
7     A      Some variability.
8     Q      -- other situations where it's
9  challenging to quantify the exposure to an
10 individual over time.
11 MS. CURRY:
12           Object to the form.
13    A      Yes.
14 MS. THOMPSON:
15    Q      Other than a literature or document
16 review, you -- I think I asked you this before
17 but I'm gonna just ask it again since it's in my
18 outline here.
19           Other than a literature and document
20 review, have you done any research on talcum
21 powder and ovarian cancer?
22    A      No.
23    Q      And that would include in vitro
24 research and in vivo; correct?
```

26 (Pages 98 to 101)

Michael Birrer, M.D., Ph.D.

| | Page 102 |
|---|---|

```
 1    A       Correct.
 2    Q       And you've never published an article
 3    on talcum powder and ovarian cancer.  Is that
 4    correct?
 5    A       No.
 6    Q       Have you ever given a talk on talcum
 7    powder and ovarian cancer?
 8    A       No.
 9    Q       Have you discussed your opinions in
10    this case with anyone?
11    A       No, other than counsel.
12    Q       No colleagues?
13    A       No.
14    Q       Did you attend the recent SGO
15    conference in Hawaii?
16    A       Hawaii's a nice place.  I did.
17    Q       Did you discuss talcum powder with any
18    of your colleagues at the meeting?
19    A       I'd never been there before.
20            I did not.
21    Q       Do you know Liz Swisher?
22    A       I do know Liz, yes.
23    Q       Do you know her from professional
24    meetings and other interactions?
```

| | Page 104 |
|---|---|

```
 1    Q       Do you know why she's no longer an
 2    expert?
 3    A       I don't.
 4    Q       Do you know Dr. Huh?
 5    A       I do know Dr. Huh.  Warner.  Uh-huh.
 6    Q       Do you know why Dr. Huh is not serving
 7    as an expert for the defendants in the MDL?
 8    A       No.
 9    Q       Does University of Alabama know that
10    you are serving as a paid expert for
11    Johnson & Johnson --
12    A       Yes.
13    Q       -- in this case?
14            Do you know how much money
15    Johnson & Johnson has contributed to the
16    University of Alabama and your lab?
17    MS. CURRY:
18            Object to the form.
19    A       I --
20    MS. THOMPSON:
21            Let me rephrase that question because I
22    don't like being "contributed."
23            Do you know how much money
24    Johnson & Johnson has paid to University of
```

| | Page 103 |
|---|---|

```
 1    A       I know her professionally and we're on
 2    several papers together.
 3    Q       Yes, you are.
 4    A       Yeah.
 5    Q       Have you discussed the case with
 6    Dr. Swisher?
 7    A       Not that I can recall.
 8    Q       Were you aware that she was originally
 9    disclosed as an expert for the defendants?
10    MS. CURRY:
11            Object to the form.
12    A       I think her name did -- was sort of
13    mentioned to me, but --
14    MS. CURRY:
15            And please don't reveal any discussions
16    or --
17    THE WITNESS:
18            Okay.
19    MS. CURRY:
20            -- communications that you've had with
21    lawyers.
22    THE WITNESS:
23            Yes, counsel.
24    MS. THOMPSON:
```

| | Page 105 |
|---|---|

```
 1    Alabama?
 2    A       No.
 3    Q       Do you know how much money
 4    Johnson & Johnson has paid to support your lab?
 5    MS. CURRY:
 6            Object to the form.
 7    A       None.
 8    MS. CURRY:
 9            We've been going over an hour and a
10    half.  Whenever it's a good breaking point for
11    you.
12    MS. THOMPSON:
13            I think maybe less than five minutes --
14    MS. CURRY:
15            No problem.
16    MS. THOMPSON:
17            -- and it's a great break time.
18    A       I may be in kidney failure soon.
19    MS. THOMPSON:
20    Q       Can you make five minutes?
21    A       Yeah, I can.  Yeah.
22    Q       We'll -- we'll --
23    A       Sure.
24    Q       -- be in the same boat there, so we
```

27 (Pages 102 to 105)

Michael Birrer, M.D., Ph.D.

Page 106

1    can --
2    A    Boat's not a good choice.
3    Q    Yeah.  I should have used a different
4    word there.
5         We talked about the methodology that
6    you applied, but -- but it's not included, per
7    se, in the report.
8         Can you refer to me -- me to any
9    published article, textbook chapter, anything
10   that actually describes Dr. Birrer's methodology?
11   MS. CURRY:
12       Object to the form.
13   A    No.  Again, I -- I think this relates
14   to what a lot of us in the field on my level do
15   routinely, and so it's not really defined.  But
16   when we review literature, a topic, I wouldn't
17   want to -- I don't want to call it a
18   meta-analysis because that's a formal process.
19   But we -- we -- we do the right -- we do the same
20   thing.  If we do it right, then it's
21   comprehensive and then we make opinions on those
22   papers.  That's the methodology.
23   MS. THOMPSON:
24   Q    Okay.

Page 107

1    A    It's more of a scientific lab-based
2    approach.
3    Q    Okay.  And did you apply the same
4    standards for this report that you would use if
5    you were publishing a paper, for example, a
6    review article like we discussed before?
7    A    I think so, yes.
8    Q    Would you be willing to have the
9    opinions that you've provided in this report
10   peer-reviewed if that were appropriate?
11   A    Essentially, yes.  Yeah.  Yeah.
12   Q    And I think we've discussed this, but
13   does -- in your opinion, you performed a
14   comprehensive literature review on the subject of
15   talc and ovarian cancer; correct?
16   A    Correct.
17   Q    But am I correct to say that you did
18   not perform the same comprehensive literature
19   review for asbestos and ovarian cancer?
20   A    Correct.
21   Q    Fibrous talc in ovarian cancer?
22   MS. CURRY:
23       Object to the form.
24   A    Didn't use that term.

Page 108

1    MS. THOMPSON:
2    Q    How about what is sometimes used in the
3    literature, elongated mineral fibers?  Does that
4    sound familiar?
5    A    It sounds consistent with some of the
6    things I read, but I certainly did not pursue
7    that sort of mineralogy review.
8    Q    So no comprehensive review on what's
9    called EMP sometimes.
10   MS. CURRY:
11       Object to the form.
12   A    No.
13   MS. THOMPSON:
14   Q    And I can assume that you didn't do a
15   comprehensive review on heavy metals --
16   A    Correct.
17   Q    -- and ovarian cancer?
18   A    Yes.
19   Q    Or fragrance chemicals and ovarian
20   cancer?
21   A    Correct.
22   Q    Do you agree that scientists can look
23   at the same body of literature and reach
24   different conclusions, in a general sense?

Page 109

1    A    You know, again, I think if the body
2    of -- of data and literature is substantive and
3    clear, I think that a reasonable scientist, a
4    competent scientist will come to the same
5    conclusion.
6    Q    So is it your opinion that a scientist
7    who looks at the baby powder literature or talcum
8    powder literature and concludes something
9    different from you is unreasonable and
10   incompetent?
11   MS. CURRY:
12       Object to the form.
13   A    I -- I would say they got it wrong.
14   MS. THOMPSON:
15   Q    They got it wrong.  But what about
16   unreasonable?
17   MS. CURRY:
18       Object to the form.
19   A    I don't -- I wouldn't use that term.  I
20   would say that they looked at the data and
21   misinterpreted it.
22   MS. THOMPSON:
23   Q    And would you say the same about their
24   competence?

28 (Pages 106 to 109)

Michael Birrer, M.D., Ph.D.

| Page 110 | Page 112 |
|---|---|

**Page 110**

1  MS. CURRY:
2      Object to the form.
3      A      I think -- you know, labeling that as
4  incompetent is not appropriate.
5  MS. THOMPSON:
6      Q      Well, you said, I think that a
7  reasonable scientist, competent scientist will
8  come to the same conclusion.  Wouldn't that imply
9  that if they come to a different inclusion --
10  conclusion, that they're unreasonable or
11  incompetent?
12      A      Well, I think I prefaced that with if
13  the body of science we're looking at is -- is --
14  it's convincing and strong and reproducible, that
15  reasonable scientists will come to the same
16  conclusion.
17          When the data is really unconvincing,
18  which is what we're dealing with here -- this
19  data is not convincing -- there's no data for
20  talc being involved in ovarian cancer, then you
21  get this disparate opinions.  And -- and they've
22  got it wrong.  And I made the --
23      Q      They've got it -- sorry.
24      A      And I've made the argument why I got it

**Page 111**

1  right.
2      Q      Okay.  They've got it wrong?
3      A      Uh-huh.
4      Q      You have it right.
5      A      Uh-huh.
6      Q      But I'm trying to find -- figure out
7  how you think they got it wrong.  Were they
8  misinformed?
9  MS. CURRY:
10          Object to the form.
11      A      They misinterpreted the data.
12  MS. THOMPSON:
13      Q      They misinterpreted the data.
14      A      Yeah.
15      Q      And you would say they misinterpreted
16  the data even though they interpreted the data in
17  the same way that the authors presenting the data
18  pre- -- interpreted it?
19  MS. CURRY:
20          Object to the form.
21      A      We'd have to go through the actual
22  paper you're referring to.
23  MS. THOMPSON:
24      Q      Okay.  We may go through some of those.

**Page 112**

1      A      Okay.
2  MS. CURRY:
3          Can we take a break?
4      A      It looks like you're coming to an end.
5  MS. THOMPSON:
6      Q      We are.  Well, not the end of the day.
7  The end of the section.
8      A      Hope springs eternal.
9      Q      Wishful thinking.
10          One -- one more question, then we're
11  done.
12      A      Sure.
13      Q      What does "proof" mean to you?
14  MS. CURRY:
15          Object to the form.
16  MS. THOMPSON:
17      Q      In a scientific sense.
18      A      That would be evidence to support the
19  conclusion.
20      Q      To convincingly support the conclusion?
21  MS. CURRY:
22          Object to the form.
23      A      I'm not sure I need that adjective
24  there.

**Page 113**

1  MS. THOMPSON:
2      Q      Well, support -- support equals proof?
3      A      Support couldn't equal proof.  Proof is
4  a general term.  So it's gonna be a spectrum.
5      Q      100 percent?
6      A      Are you -- you know, definitive proof
7  would be definitive.
8      Q      Okay.  Let's take a break.
9  VIDEOGRAPHER:
10          Off the record at 10:44 a.m.
11          (OFF THE RECORD.)
12  VIDEOGRAPHER:
13          We're back on the record at 11 a.m.
14  MS. THOMPSON:
15      Q      Dr. Birrer, I want to give you a series
16  of statements and have you agree or disagree or,
17  if you don't know or don't have an opinion,
18  that's fine, too.  And -- and if you do have a
19  comment or explanation, you're welcome to provide
20  that, too, after you -- do you have a pen?  You
21  can mark on this exhibit as we go through.  This
22  is Exhibit 9.
23          (DEPOSITION EXHIBIT NUMBER 9
24          WAS MARKED FOR IDENTIFICATION.)

29 (Pages 110 to 113)

Michael Birrer, M.D., Ph.D.

Page 114

1    MS. CURRY:
2         Can I just state an objection on the
3    record to the creation of this exhibit without
4    knowing the background of where the statements
5    are coming from.
6    MS. GARBER:
7         I don't think we're going to have
8    speaking objections here today, Miss Curry.  The
9    proper objection is "Objection.  Form."  Do not
10   coach the witness, please.
11   MS. CURRY:
12        Miss Garber, I'm not coaching the
13   witness.
14   MS. GARBER:
15        You are coaching the witness.  You know
16   you're coaching the witness.
17   MS. THOMPSON:
18        I'm asking a statement.  It doesn't
19   matter where it's coming from.  It's from my
20   head.
21   MR. MIZGALA:
22        Do you have extra copies of this?
23   MS. THOMPSON:
24        I did bring extra copies.

Page 115

1    MR. MIZGALA:
2         Thank you.
3    MS. THOMPSON:
4    Q     So, Dr. Birrer, statement number 1,
5    "Given the number of hazard ratios reported in
6    the literature between 1.1 and" -- that should be
7    an -- "1.4 in both case-control and cohort
8    studies, it is disingenuous to state that there
9    is no evidence that talc is associated with
10   ovarian cancer."
11        Do you agree or disagree with that
12   statement?
13   MS. CURRY:
14        Object to the form.
15   A     Now, you want me to write an answer
16   here?
17   MS. THOMPSON:
18   Q     Yes, please.  And then -- and when you
19   tell me, I'm going to put it on here, too.
20   A     Yeah.  Okay.  In these -- the hazard
21   ratios, these are in a case-controlled cohort
22   studies.
23   Q     It says in both case-controlled and
24   cohort studies.

Page 116

1    A     Yeah.  I would disagree with that
2    statement.
3    Q     Number 2, "If 40 percent of women use
4    talc and the relative risk is 1.2, then 7 percent
5    of ovarian cancer cases would be attributable to
6    talc use or 1,577 cases a year in the USA.  This
7    is not a trivial number and should not be
8    dismissed."
9         Would you agree or disagree?
10   MS. CURRY:
11        Object to the form.
12   A     Disagree.
13   MS. THOMPSON:
14   Q     Number 3, "Genital powder use is a
15   modifiable exposure associated with small to
16   moderate increases in risk of most histologic
17   subtypes of epithelial ovarian cancer."
18        Would you agree or disagree?
19   MS. CURRY:
20        Object to the form.
21   A     Disagree.
22        I'm sorry.  Go ahead.  Got it?
23        Disagree.
24   MS. THOMPSON:

Page 117

1    Q     Number 4, "Perineal use of talc-based,
2    not asbestiform, body powder is possibly
3    carcinogenic to humans, group 2B."
4    A     Disagree.
5    MS. CURRY:
6         Object to the form.
7    MS. THOMPSON:
8    Q     Number 5, "The use of perineal talcum
9    powder has been associated with a 20 to 30
10   percent increased risk of ovarian cancer,
11   although it also has been shown to vary by
12   histologic subtype."
13   MS. CURRY:
14        Object to the form.
15   MS. THOMPSON:
16   Q     Agree or disagree?
17   A     And this is -- like, histologic --
18   clear cell and endometrioid?  Is that what's
19   being implied here?
20   Q     Yes.
21   A     Disagree.
22   Q     Number 6, "A lot of work has been done
23   to clarify the risk reduction of various
24   lifestyle approaches, such as alcohol, obesity,

Michael Birrer, M.D., Ph.D.

Page 118

1    cigarette smoking and talc use.  Some of these
2    are subtype specific, such as endometriosis,
3    cigarette smoking, while others are general risk
4    factors.  Use of talc in the genital area has
5    consistently been shown to increase the risk of
6    OC and therefore is not recommended."
7    MS. CURRY:
8         Object to the form.
9    A    Disagree.
10   MS. THOMPSON:
11   Q    Number 7, "Inflammatory risk factors
12   for EOC are perineal talc exposure, endometriosis
13   and pelvic inflammatory disease."
14        Agree or disagree?
15   MS. CURRY:
16        Object to the form.
17   A    So this is inclusive of all three;
18   right?  Endometriosis and --
19   MS. THOMPSON:
20   Q    Yes.
21   A    Okay.
22   Q    But if you want to disagree and
23   explain, that -- that's fine.
24   A    I would -- that's a tough one to

Page 119

1    answer.  I think endometriosis is a -- I don't
2    call it inflammatory.  So, yeah, I would -- I
3    don't call it inflammatory, so, yeah, I would
4    disagree on this.  It's too general.
5    MS. THOMPSON:
6    Q    "Risk factors to be considered:
7    Parity, oral contraceptive use, breastfeeding,
8    tubal ligation, painful periods or endometriosis,
9    obesity or polycystic ovarian syndrome, and talc
10   use.  These risk factors are concordant with
11   published epidemiologic data related to
12   reproductive factors, use of talc, tubal
13   ligation, endometriosis and polycystic ovarian
14   syndrome or obesity."
15   MS. CURRY:
16        Object to the form.
17   A    So parity, oral contraceptive,
18   breastfeeding, tubal ligation, endometriosis but
19   not painful periods or obesity or talc use.  Is
20   that a --
21   MS. THOMPSON:
22   Q    Okay.
23   A    -- no or --
24   Q    So -- so you would disagree with the

Page 120

1    statement as a whole --
2    A    Yeah.
3    Q    -- but would --
4    A    Caveat.
5    Q    -- and that will be on the record that
6    you --
7    A    Okay.  Parsed it.
8    Q    The ones that -- yeah.
9         Number 9, "Talc powder use is highly
10   prevalent in the African-American community and
11   has been found to be associated with increased
12   risk of ovarian cancer, period."
13   MS. CURRY:
14        Object to the form.
15   A    So I do believe the first part, that
16   it's prevalent in the African-American community.
17   The second part is not convincing to me.
18        Is that -- can we put that on the
19   record?  Disagree with the caveat, yeah.
20   MS. THOMPSON:
21   Q    Yeah.  "Most women report using
22   Johnson's baby powder or Shower to Shower."
23   A    I don't know.
24   Q    "The average age women begin using talc

Page 121

1    is 20."
2    A    Don't know that.
3    Q    "In the interest of public health, I
4    believe we should caution women against using
5    genital talcum powder," number 12.
6    MS. CURRY:
7         Object to the form.
8    MS. THOMPSON:
9    Q    Agree or disagree?
10   A    I disagree.
11   Q    Number 13, "Genital powder use is a
12   lifestyle risk factor for all serous,
13   endometrioid, and clear cell histologic subtypes
14   of ovarian cancer."
15   MS. CURRY:
16        Object to the form.
17   A    I disagree.
18   MS. THOMPSON:
19   Q    Number 14, "Overall, there is an
20   association between genital talc use and EOC and
21   a significant trend with increasing" -- in
22   quotations -- "'talc years of use.'"
23   MS. CURRY:
24        Object to the form.

31 (Pages 118 to 121)

Michael Birrer, M.D., Ph.D.

Page 122

1    MS. THOMPSON:
2    Q       Agree or disagree?
3    A       I'm thinking.  Disagree.
4    Q       Number 15, "Talc-containing powders are
5    hypothesized to promote cancer development by
6    ascending the female genital tract and
7    interacting directly with the ovarian surface
8    epithelium, leading to local inflammation
9    characterized by increased rates of cell
10   division, DNA repair, oxidative stress, and
11   elevated inflammatory cytokines."
12   MS. CURRY:
13   Object to the form.
14   A       This is a hypothesis; right?
15   MS. THOMPSON:
16   Q       Yes.
17   A       I agree.
18   Q       "Following" -- number 16.
19   A       Uh-huh.
20   Q       "Following perineal application, talc
21   particles can migrate from the vagina to the
22   peritoneal cavity and ovaries."
23   MS. CURRY:
24   Object to the form.

Page 123

1    A       Disagree on that.
2    MS. THOMPSON:
3    Q       Number 17, "A majority of women
4    experience retrograde menstruation.  This
5    suggests a mechanism by which talc particles can
6    travel through the female reproductive tract to
7    the peritoneal cavity and ovaries."
8    MS. CURRY:
9    Object to the form.
10   MS. THOMPSON:
11   Q       Agree or disagree?
12   A       Disagree.
13   Q       Number 18, "It is possible that the
14   passage of talc is aided by retrograde menses and
15   that talc use during menses poses a special
16   risk."
17   Agree or disagree?
18   MS. CURRY:
19   Object to the form.
20   A       Disagree.
21   MS. THOMPSON:
22   Q       19, "Biologic credibility of the
23   Talc/EOC association is enhanced by persuasive
24   evidence that inert particles the size of talc,

Page 124

1    present in the vagina, can migrate to the upper
2    genital tract."
3    MS. CURRY:
4    Object to the form.
5    MS. THOMPSON:
6    Q       Agree or disagree?
7    MS. THOMPSON:
8    A       You want to -- do you want to define
9    "biologic credibility"?
10   THE COURT REPORTER:
11   Say again?
12   THE WITNESS:
13   Define "biologic credibility."
14   Sorry.  I'm mumbling.
15   THE COURT REPORTER:
16   Uh-huh.
17   MS. THOMPSON:
18   Q       Let's define it as evidence of a
19   credible biologic mechanism.
20   A       I would disagree.
21   MS. CURRY:
22   Object to the form.
23   MS. THOMPSON:
24   Q       Number 20, "The vagina serves as a

Page 125

1    portal to the internal reproductive tract.
2    MS. CURRY:
3    Object to the form.
4    A       Agree.
5    MS. THOMPSON:
6    Q       21, "The vagina is a musculoepithelial
7    tube extending from the level of the external
8    genitals to the cervical portion of the uterus.
9    It is a reproductive conduit in all respects,
10   connecting the external environment to the
11   internal genitalia."
12   MS. CURRY:
13   Object to the form.
14   A       I'm not sure I understand that
15   statement.
16   What's the internal genitalia?
17   MS. THOMPSON:
18   Q       The ovaries.
19   A       The ovaries.  I'm putting that in here.
20   Q       And tubes.  Let's say tubes and
21   ovaries.
22   A       Okay.  External.
23   Yeah, I would agree on that.
24   Q       And, actually, I think the --

32 (Pages 122 to 125)

Michael Birrer, M.D., Ph.D.

Page 126

```
1     A       Cervix.
2     Q       I think the uterus is an internal
3   genitalia, too.
4     A       Okay.
5     Q       But I agree that's somewhat --
6     A       Yeah.  It's a little -- I mean, yeah.
7   Genitalia is usually external.
8     Q       Yeah.
9             22, "A review of the literature
10  suggests that it is biologically plausible for
11  talc particles to migrate from the vagina to the
12  peritoneal cavity and ovaries following perineal
13  application."
14    MS. CURRY:
15            Object to the form.
16    MS. THOMPSON:
17    Q       Agree or disagree?
18    A       Disagree.
19    Q       "Talc" -- 23.  "Talc placed on the
20  perineum may enter the vagina and ascend to the
21  upper genital tract."
22            Agree or disagree?
23    MS. CURRY:
24            Object to the form.
```

Page 127

```
1     A       Disagree.
2     MS. THOMPSON:
3     Q       24, "The potential for particulates to
4   migrate from the perineum and vagina to the
5   peritoneal cavity is indisputable."
6     MS. CURRY:
7             Object to the form.
8     A       Disagree.
9     MS. THOMPSON:
10    Q       "The Sjösten study" --
11            Do you know the Sjösten study?
12    A       I do.
13    Q       -- "offers compelling evidence in
14  support of the migration hypothesis."
15    MS. CURRY:
16            Object to the form.
17    A       Disagree.
18    MS. THOMPSON:
19    Q       26, "Talc particulates from perineal
20  application have been shown to migrate to the
21  ovaries."
22            Agree or disagree?
23    MS. CURRY:
24            Object to the form.
```

Page 128

```
1     A       Disagree.
2     MS. THOMPSON:
3     Q       27, "Talc is able to migrate through
4   the genital tract and gain access to the ovaries
5   because talc fibers have been detected in benign
6   and malignant ovarian tissues."
7             Agree or disagree?
8     MS. CURRY:
9             Object to the form.
10    A       Disagree.
11    MS. THOMPSON:
12    Q       28, "There are inherent limitations
13  quantifying a dose-response due to a lack of
14  metrics for how much talc is in an application,
15  how much enters the vagina, and how much reaches
16  the upper genital tract where, presumably, any
17  deleterious effect is mediated.  This may account
18  for the failure to identify a dose-response in
19  many papers on talc and ovarian cancer."
20    MS. CURRY:
21            Object to the form.
22    A       It's a big statement.  Give me a
23  second.  I disagree with that.
24    MS. THOMPSON:
```

Page 129

```
1     Q       29, "Tubal ligation is a strong
2   protective factor.  One possibility for the
3   mechanism is blocking the transience of potential
4   materials that could impact the health of the
5   fimbria."
6     MS. CURRY:
7             Object to the form.
8     A       Disagree.
9     MS. THOMPSON:
10    Q       Number 30, "Any material -- whether it
11  be talc, heavy metals, asbestos, whatever -- can
12  migrate from the perineum to the ovaries through
13  the reproductive tract.  There's an anatomical
14  conduit, so it's not blocked.  Theoretically, it
15  could happen."
16            Agree or disagree?
17    MS. CURRY:
18            Object to the form.
19    A       Disagree.
20    MS. THOMPSON:
21    Q       31, "There is an anatomic conduit from
22  the perineum through to the ovary, vagina,
23  cervical os, endometrium, and the fallopian tube
24  that is, in most women, an open conduit -- that
```

33 (Pages 126 to 129)

Michael Birrer, M.D., Ph.D.

Page 130

1  is in most women an open conduit. On a theoretic
2  level, things can transit."
3  A      I would agree with that.
4  MS. CURRY:
5        Object to the form. Sorry.
6  THE WITNESS:
7        I'm sorry.
8  MS. THOMPSON:
9  Q      32, "Genital powder use was associated
10  with ovarian cancer risk in African-American
11  women and are consistent with localized chronic
12  inflammation in the ovary due to particulates
13  that travel through a direct transvaginal route."
14  MS. CURRY:
15       Object to the form.
16  A      Disagree.
17  MS. THOMPSON:
18  Q      33, "Biologic credibility for an
19  association would be strengthened by an animal
20  model, but an experiment capturing all of the
21  potential factors in the 'human' model would be
22  very difficult. These elements include
23  chronicity of the exposure, anatomic and
24  physiologic uniqueness of women, effects of

Page 131

1  pregnancy and potential spread through coitus."
2        Agree or disagree?
3  MS. CURRY:
4        Object to the form.
5  A      This is in relationship to talc?
6  MS. THOMPSON:
7  Q      Yes.
8  A      Okay.
9  Q      Talc and ovarian cancer.
10  A      Yeah, yeah. Okay.
11       It's a two-part issue, unfortunately.
12  I mean, I think it would be strengthened by an
13  animal model.
14  Q      And if you -- if you'd -- if you'd like
15  to divide that up into two sections, that would
16  be -- that's fine.
17  A      Okay. Well, I -- okay. That's --
18  yeah. I think -- I think it would be
19  strengthened by an animal model.
20  Q      Okay. So --
21  A      "Experiment capturing all the potential
22  would be difficult."
23       I don't agree with that, the second
24  part. Can I do that and split it a little bit?

Page 132

1  Oh, sorry.
2        So the animal model, yes. The rest of
3  it, no.
4  Q      Animal model --
5  A      Would be strengthened.
6  Q      Okay. We've got in the human model --
7  A      Yeah.
8  Q      -- agree.
9  A      Okay.
10  Q      Okay. And the rest, disagree.
11  A      Yeah.
12  Q      Okay. I think that's clear, especially
13  with explanation.
14       34, "It is plausible that perineal
15  talc, and other particulate, in parens, that
16  reaches the endometrial cavity, fallopian tubes,
17  ovaries and peritoneum, may elicit a foreign
18  body-type reaction and inflammatory response
19  that, in some exposed women, may progress to
20  epithelial cancers."
21  MS. CURRY:
22       Object to the form.
23  A      I disagree with that.
24  MS. THOMPSON:

Page 133

1  Q      35, "Epidemiologic evidence implicates
2  chronic inflammation as a central mechanism in
3  the pathogenesis of ovarian cancer, the most
4  lethal gynecologic cancer among women in the
5  United States."
6  MS. CURRY:
7        Object to the form.
8  MS. THOMPSON:
9  Q      And I'll assume that you don't agree
10  with the last --
11  A      Right. Most lethal?
12  Q      -- part of that? But the first part?
13  A      I would disagree with this. Yeah.
14  Q      36, "Findings on talc and endometriosis
15  are consistent with previous findings and are
16  compatible with a hypothesis that these factors
17  increase the risk of ovarian cancer and that
18  inflammation -- and that inflammation may be a
19  common pathway."
20  MS. CURRY:
21       Object to the form.
22  A      Disagree.
23  MS. THOMPSON:
24  Q      37, "Chron-" --

34 (Pages 130 to 133)

Michael Birrer, M.D., Ph.D.

Page 134

```
 1    A    37. Right.
 2    Q    "Chronic inflammation has been proposed
 3  as the possible causal mechanism that explains
 4  the observed association between certain risk
 5  factors, such as use of talcum powder (talc) in
 6  the pelvic region and epithelial ovarian cancer."
 7    MS. CURRY:
 8        Object to the form.
 9    A    That's been proposed; right?  I would
10  agree.
11    MS. THOMPSON:
12    Q    And you would disagree that that is a
13  possible cause of mechanism, I assume.
14    A    Correct.
15    Q    38, "Talc particles can induce an
16  inflammatory response in vivo, which may be
17  important in ovarian cancer risk.  Normal ovarian
18  cells treated with talc are more likely to
19  undergo cell proliferation and neoplastic
20  transformation, and cellular generation of
21  reactive oxygen species increases with increasing
22  exposure to talc."
23    MS. CURRY:
24        Object to the form.
```

Page 135

```
 1    A    I disagree with that.
 2    MS. THOMPSON:
 3    Q    39, "A growing body of epidemiologic
 4  evidence suggests that factors causing epithelial
 5  inflammation are involved in ovarian
 6  carcinogenesis.  Such factors include asbestos
 7  and talc exposures, endometriosis and pelvic
 8  inflammatory disease (PID)."
 9    MS. CURRY:
10        Object to the form.
11    A    Disagree with that.
12    MS. THOMPSON:
13    Q    40, "Direct induction of inflammation
14  as a result of endometriosis, talc, and asbestos
15  exposure, and PID, as well as ovulation itself,
16  may act to promote ovarian tumorigenesis."
17        Agree or disagree?
18    MS. CURRY:
19        Object to the form.
20    A    Disagree.
21    MS. THOMPSON:
22    Q    41, regarding Inflammation.  "Studies
23  of the inflammatory marker C-reactive protein
24  suggests a possible association between
```

Page 136

```
 1  inflammation and an increased risk of ovarian
 2  cancer.  Other specific inflammatory factors have
 3  also been associated with ovarian cancer."
 4    MS. CURRY:
 5        Object to the form.
 6    A    I agree on that.
 7    MS. THOMPSON:
 8    Q    42, "The patency of the female tract
 9  and the nature of ovarian cancer as a surface
10  epithelial (mesothelial lesion) make the ovary a
11  target for foreign body carcinogenesis."
12    MS. CURRY:
13        Object to the form.
14    MS. THOMPSON:
15    Q    Agree or disagree?
16    A    Disagree.
17    Q    43, "Inflammation has been suggested to
18  be a major factor leading to epithelial ovarian
19  cancer.  For example, epidemiologic data have
20  shown that asbestos and talc exposure increased
21  ovarian cancer risk."
22    MS. CURRY:
23        Object to the form.
24    A    Disagree.
```

Page 137

```
 1    MS. THOMPSON:
 2    Q    44, "Studies have found" -- "also found
 3  that endometrio-" --
 4        Let's leave out the "also," since I
 5  don't know what that refers to.
 6        "Studies have found that endometriosis,
 7  pelvic inflammatory disease, and mumps viral
 8  infection are positively associated with ovarian
 9  cancer risk.  In contrast, tubal ligations and
10  hysterectomies, which are thought to reduce the
11  exposure of the OSE to environmental inflammation
12  initiators have been shown to reduce the risk of
13  ovarian cancer."
14    MS. CURRY:
15        Object to the form.
16    A    I agree on that.
17    MS. THOMPSON:
18    Q    45, "It has been noted that the
19  ovulatory process itself resembles an
20  inflammatory reaction, with leukocytic
21  infiltration, the release of nitric oxide and
22  inflammatory cytokines, basal dilation, DNA
23  repair and tissue remodeling."
24    MS. CURRY:
```

35 (Pages 134 to 137)

Michael Birrer, M.D., Ph.D.

Page 138

1    Object to the form.
2  MS THOMPSON:
3    Q    Agree or disagree?
4    A    I would agree on that.
5    Q    46, "The latency period of more
6  advanced, malignant epithelial ovarian cancer
7  could be estimated to be approximately 30 to 40
8  years."
9  MS. CURRY:
10    Form.
11    A    I don't know that.  Sorry.  I don't
12  know.
13  MS. THOMPSON:
14    Q    "If the magnitude of the association is
15  to be estimated with precision, it is important
16  that consortia are developed and expanded in
17  order to generate the appropriate sample size."
18    And this is in regard to talcum powder
19  in association with ovarian cancer.
20  MS. CURRY:
21    Object to the form.
22    A    Don't know.
23  MS. THOMPSON:
24    Q    48, "Neither prospective study" --

Page 139

1  meaning Gertig or Houghton -- "confirmed the
2  association of talc use and ovarian cancer raised
3  by the case-control studies, but neither study
4  was powered to detect a risk of 1.2 and
5  therefore, we cannot exclude the possibility."
6    Agree or disagree?
7  MS. CURRY:
8    Object to the form.
9    A    Disagree.
10  MS. THOMPSON:
11    Q    49, "An odds ratio of 1.2 or 1.3 has no
12  meaningful clinical impact on a patient."
13  MS. CURRY:
14    Object to the form.
15    A    Don't know.
16  MS. THOMPSON:
17    Q    "There are design studies with" --
18  sorry.
19    50, "There are design issues with every
20  study, both case-controls and cohort studies."
21  MS. CURRY:
22    Object to the form.
23    A    I would agree with that.
24  MS. THOMPSON:

Page 140

1    Q    51, "For baby powder users, it is habit
2  that developed at one point and stays regularly."
3  MS. CURRY:
4    Object to the form.
5    A    Don't know.
6  MS. THOMPSON:
7    Q    52, "In order to achieve statistical
8  significance in a prospective study, we need a
9  much larger cohort.  For example, we will need to
10  study upwards of 200,000 women for ten years."
11  MS. CURRY:
12    Object to the form.
13    A    I disagree.
14  MS. THOMPSON:
15    Q    You disagree.
16    53, "Given inherent limitation of
17  cohort studies, it is not surprising that we have
18  not been able to confirm the case-control studies
19  with prospective studies, but this does not mean
20  that the case-control studies were wrong."
21  MS. CURRY:
22    Object to the form.
23    A    Disagree.
24  MS. THOMPSON:

Page 141

1    Q    Agree or disagree?
2    A    Disagree.
3    Q    54, "It is unlikely that the
4  association between talc and ovarian cancer is
5  due to confounding, and so it is fair to say that
6  if there is a statistically robust relationship
7  between talc use and ovarian cancer" -- sorry.
8  I'm gonna start all over.
9    "It is unlikely that the association
10  between talc and ovarian cancer is due to
11  confounding, and so it is fair to say that if
12  there is a statistically robust relationship
13  between talc use and ovarian cancer, it is likely
14  to be causal (albeit with intermediate factors
15  such as inflammation)."
16    Agree or disagree?
17  MS. CURRY:
18    Object to the form.
19    A    Disagree.
20  MS. THOMPSON:
21    Q    55, "Among many epidemiologic
22  variables, no confounders for the association --
23  for the association were identified."
24  MS. CURRY:

36 (Pages 138 to 141)

Michael Birrer, M.D., Ph.D.

Page 142

1        Object to the form.
2    A    No opinion.
3    MS. THOMPSON:
4    Q    56, "There is a consistent association
5    between talc and ovarian cancer that appears
6    unlikely to be explained by recall or
7    confounding."
8        Agree or disagree?
9    MS. CURRY:
10       Object to the form.
11   A    Disagree.
12   MS. THOMPSON:
13   Q    57, "The meta-analyses of the available
14   human studies in the peer-reviewed literature
15   indicate a consistent and statistically
16   significant positive association between perineal
17   exposure to talc and ovarian cancer."
18   MS. CURRY:
19       Object to the form.
20   A    Disagree.
21   MS. THOMPSON:
22   Q    You disagree.
23       58, "In studies where the exposure is
24   simple (e.g., never versus ever use), recall bias

Page 143

1    is unlikely to be an important source of bias."
2        Agree or disagree?
3    MS. CURRY:
4        Object to the form.
5    A    No opinion.
6    MS. THOMPSON:
7    Q    Is that an issue that you would be
8    inclined to -- to ask an epidemiologist?
9    MS. CURRY:
10       Object to the form.
11   A    I'd like to see the -- I'd like to see
12   the study that it's based on.
13   MS. THOMPSON:
14   Q    Okay.  59, "Available data are
15   indicative of a causal effect."  And again,
16   referring to talc and ovarian cancer.
17   MS. CURRY:
18       Object to the form.
19   A    Disagree.
20   MS. THOMPSON:
21   Q    60, "The data supporting the
22   association of talc to the development of ovarian
23   cancer is completely inconclusive."
24   MS. CURRY:

Page 144

1        Object to the form.
2    A    I agree on that.
3    MS. THOMPSON:
4    Q    61, "The gold standard for translating
5    epidemiologic case-controlled or cohort
6    observational studies into a clinical meaningful
7    data relies on laboratory-derived experiments in
8    vitro or in vivo."
9    MS. CURRY:
10       Object to the form.
11   A    I disagree with that.
12   MS. THOMPSON:
13   Q    On what basis?
14   A    The -- it depends upon the
15   epidemiologic date that we're talking about.
16   Q    In other words, if the epidemiologic
17   data isn't strong enough, in your opinion, then
18   doing in vitro or in vivo studies don't provide
19   clinically meaningful data?  Is that --
20   MS. CURRY:
21       Object to the form.
22   A    It's actually -- it's actually the
23   other way around.  So I think if it's a weak
24   association, then the laboratory data becomes

Page 145

1    that much more important for biologic
2    plausibility.
3        If it has -- you know, if it's chimney
4    sweeps or lung cancer with smoking, then that's
5    clinically meaningful.  Those effects are huge.
6    That's what I'm -- I'm not associating this just
7    with the talc statement.  Is it a talc statement?
8    MS. THOMPSON:
9    Q    Uh-huh.  I just want to make -- just
10   want to make sure that I understand the -- the
11   reason for your disagreement.  But if you feel
12   like it's explained, I'm good.
13   A    And again, I -- it's sort of the broad
14   view that if -- if the -- if the epidemiologic
15   case control and cohort studies are so powerful
16   with a huge effect, then the biologic experiments
17   and lab become less important.
18       The other way around, which is really
19   what we're dealing with talc where the
20   epidemiologic data I think is not compelling, the
21   biologic plausibility becomes more important.
22   And it sort of gets back into the Bradford Hill.
23   Q    Okay.  So it's sort of inversely
24   proportional in terms of the --

37 (Pages 142 to 145)

Michael Birrer, M.D., Ph.D.

Page 146

1   A      In terms of value.
2   Q      -- the importance of it?
3   A      Yeah.
4   Q      Okay.  Got it.
5          62, "Mineral talc occurs naturally in a
6   platy, flat form, but may also occur as
7   asbestiform fibers, which describes its physical
8   form and does not imply the presence of asbestos.
9   The purer forms, approximately 90 percent mineral
10  talc, are used for" -- oops -- "are used for
11  cosmetic and hygiene products, including baby
12  powders and feminine hygiene products."
13  MS. CURRY:
14         Object to the form.
15  MS. THOMPSON:
16  Q      Agree or disagree or no opinion?
17  A      No opinion.
18  Q      That's it.  I'll think of some new
19  questions.
20  A      I feel like I just took my boards.
21  Q      Dr. Birrer, how do you define a
22  carcinogen?
23  A      That's an agent or substance which
24  causes or induces cancer.

Page 147

1   Q      Do you include effect on the promotion
2   and progression of cancer as well in a -- when
3   you're considering carcinogenicity?
4   MS. CURRY:
5          Object to the form.
6   A      So historically -- and there's been a
7   lot of work on this for decades -- carcinogens
8   have been -- usually been associated with
9   initiation.  So this is a substance -- just to
10  you an example.  Paint it on to a mouse skin, and
11  you develop tumors above -- statistically
12  significantly above background.
13         Tumor promoters don't do that.  But
14  when you combine the tumor promoter with the
15  carcinogen, instead of getting the 10 tumors, now
16  you get a hundred.  So promotion is a little bit
17  different.  That's the historic perspective.
18         You know, we've come a long way since
19  then, and I think it's gotten even more complex,
20  that there are tumor promoters that work by
21  transcriptional factors.  So that's not genetic
22  changes in the tumor, in the cells.  Carcinogens
23  usually work that way, where you're getting a
24  permanent genetic change.

Page 148

1   Q      Are you familiar with the term -- and I
2   believe this is more in the toxicological
3   literature -- of a complete carcinogen?
4   A      I would --
5   Q      Does that have a meaning to you?
6   A      Yeah.  I've seen that described.
7   Frankly, I can only -- I can only sort of guess
8   what they mean by that.  My guess is a complete
9   carcinogen, putting out there for the discussion
10  between you and me is what I'm describing as the
11  classic initiation molecule.
12  Q      IARC describes -- do I have it?  Would
13  you look at Exhibit 6, which is the IARC?  I just
14  wanted to look at their definition of
15  carcinogenesis and see whether you would agree
16  with it or not.
17  A      Is it in the preamble?
18  Q      It's in the preamble.  And if I can't
19  find it, we may come back to that later.
20         Because I can't remember where it is.
21  Let's come back to that.
22  A      It's a big preamble.
23  Q      Lots of methodology.
24         Are you familiar with the Hanahan paper

Page 149

1   from 2011 "Hallmarks of Cancer"?
2   A      It's a global sort of review.  Yes.
3   Q      A big review --
4   A      Big.
5   Q      -- article?
6   A      Is it --
7   Q      Do you know -- do you know Dr. Hanahan
8   or know of Dr. Hanahan?
9   A      I know of him.
10  Q      And it's Hanahan and Weinberg --
11  A      Weinberg, yeah.  Yeah.
12  Q      Let me go ahead and mark that.
13  A      Okay.
14         (DEPOSITION EXHIBIT NUMBER 10
15         WAS MARKED FOR IDENTIFICATION.)
16  MS. THOMPSON:
17         Make sure those don't have my markings
18  on it.
19  A      It would be easier for me if the
20  markings were there.
21  MS. THOMPSON:
22  Q      Exhibit 10.  And you agree that this
23  article describes the hallmarks of cancer in a
24  general sense; right?

38 (Pages 146 to 149)

Michael Birrer, M.D., Ph.D.

|  | Page 150 |
|---|---|

1   A      Correct.
2   Q      And it's a review article in Cell.  Are
3   you familiar with that journal?
4   A      I am.
5   Q      Have you published in that journal?
6   Probably.
7   A      I wished I had published more in that
8   journal.  Yeah.
9   Q      And it's -- the title of the article is
10  "The Hallmarks of Cancer: The Next Generation."
11  But in the top right hand, it says, "Leading edge
12  review."  So that would be a review article for a
13  general audience.  Would you agree?
14  A      Yes.  General audience of scientists,
15  yeah.  Because it's pretty sophisticated.
16  Q      Agree.
17         And it describes the hallmarks of
18  cancer generally.  These do not specifically
19  apply to ovarian cancer in -- in the
20  introduction.  I'm starting on the third
21  sentence.  "They include sustaining proliferative
22  signaling, evading growth suppressors, resisting
23  cell death, enabling replicative" --
24  A      Third line of -- you're in the abstract

|  | Page 151 |
|---|---|

1   or in the introduction?
2   Q      I'm in the -- sorry.  I'm in the
3   abstract.
4   A      Okay.
5   Q      It sort of seemed more like an
6   introduction than an abstract to me.  So starting
7   again.  Talking about the hallmarks described in
8   this paper, "They include sustaining
9   proliferative signalling, evading growth
10  suppressors, resisting cell death, enabling
11  replicative immortality, enduing angiogenesis,
12  and activating invasin and metathesis.
13         "Underlining these hallmarks are genome
14  instability which generates the genetic diversity
15  that expedites their acquisition and
16  inflammation, which fosters multiple hallmark
17  functions."
18         Would you agree with that statement
19  from this article?
20  A      I think as a general statement, yes.
21  Q      And the article, as you described, is
22  quite technical and -- and goes on for a while.
23  I'm looking at the Figure 3 on page 658.  And the
24  heading is "Emerging Hallmarks and Enabling

|  | Page 152 |
|---|---|

1   Characteristics."
2          And it says, the first sentence, "An
3   increasing body of research suggests that two
4   additional hallmarks of cancer are involved in
5   the pathogenesis of some and perhaps all
6   cancers."
7          I'm gonna skip down to the -- to the
8   last sentence in that description.
9   "Inflammation" --
10  A      You're in the figure legend?
11  Q      In the figure legend.
12         "Inflammation by innate immune cells
13  designed to fight infections and heal wounds can
14  instead result in their inadvertent support of
15  multiple hallmark capabilities, thereby
16  manifesting the now widely appreciated tumor
17  promoting consequences of inflammatory
18  responses."
19         Would you agree with that statement, in
20  a general sense?
21  A      Yes.
22  MS. CURRY:
23         Object to the form.
24  A      Sorry.

|  | Page 153 |
|---|---|

1   MS. THOMPSON:
2   Q      Are you familiar with Dr. Balkwill?
3   A      We're done with this?
4   Q      We're done with that.
5   A      Fran?  Fran Balkwill?  Yes.
6   Q      And I believe you published with
7   Dr. Balkwill?
8   A      I believe we're on two.  I can't
9   remember.
10  Q      And she is a well-renowned cancer
11  biologist.  Would you agree?
12  A      I would agree.
13  MS. CURRY:
14         Object to the form.
15         (DEPOSITION EXHIBIT NUMBER 11
16         WAS MARKED FOR IDENTIFICATION.)
17  MS. THOMPSON:
18  Q      I'm gonna mark as Exhibit 11 an article
19  written by Dr. Balkwill.
20         Have you seen this article, Dr. Birrer?
21  A      I'm actually not familiar with this.
22  But I know Fran's work pretty well.
23  Q      Okay.  Well, let's just --
24  A      Yeah.

Michael Birrer, M.D., Ph.D.

Page 154

1    Q      -- look through it.  And this is also a
2    review article.
3    A      Uh-huh.
4    Q      And -- and this article is in -- is in
5    The Lancet.  Correct?
6    A      Correct.
7    Q      And is -- we've already mentioned that
8    Dr. Balkwill is well regarded.
9           Is The Lancet a well-regarded journal?
10   A      Yes.
11   MS. CURRY:
12          Object to the form.
13   MS. THOMPSON:
14   Q      Is it one of the most respected
15   journals, would you say?
16   MS. CURRY:
17          Object to the form.
18   A      It's not as good as Cell.
19   MS. THOMPSON:
20   Q      Oh.  I won't tell them you said that.
21          But, generally -- generally speaking --
22   A      Yes.
23   Q      -- physicians and scientists would
24   recognize The Lancet?

Page 155

1    A      It's well read -- it's well read and
2    it's -- it has a substantial impact factor.
3    Q      And we don't know in this situation
4    whether Dr. Balkwill -- do you know
5    Dr. Mantovani, the second author on this paper?
6    A      No.  I don't recognize him.
7    Q      We don't know whether this article was
8    invited or submitted, but, regardless, certainly
9    the readers of Lancet would look to Dr. Balkwill
10   as being an expert to discuss inflammation in
11   cancer; correct?
12   MS. CURRY:
13          Object to the form.
14   A      Correct.
15   MS. THOMPSON:
16   Q      So reading in -- in the abstract, which
17   looks like an introduction to me again, but
18   reading the abstract, "This article reviews" --
19   second line -- "This article reviews the links
20   between cancer and inflammation and discusses the
21   implications of these links for cancer prevention
22   and treatment.  We suggest that the inflammatory
23   cells and cytokines found in tumors are more
24   likely to contribute to tumor growth,

Page 156

1    progression, and immunosuppression than they are
2    to mount an effective host antitumor response.
3    Moreover cancer suscep- -- susceptibility and
4    severity may be associated with functional
5    polymorphisms of inflammatory cytokine genes, and
6    deletion or inhibition of inflammatory cytokines,
7    inhibits development of experimental cancer.
8           "If genetic damage is the 'match that
9    lights the fire' of cancer, some types of
10   inflammation may provide the 'fuel that feeds the
11   flames.'"
12          That was a long passage, but do you
13   generally agree with the statement by
14   Dr. Balkwill?
15   MS. CURRY:
16          Object to the form.
17   A      I do.
18   MS. THOMPSON:
19   Q      And then look down on that same page to
20   panel 1.
21   A      Uh-huh.
22   Q      And the title of that panel, for lack
23   of better word, is "Some Associations Between
24   Inflammation and Cancer Risk."  Right?

Page 157

1    A      901.  Got it.
2    Q      And under "Malignancy," it lists
3    various types of cancer in which there's
4    association between inflammation and cancer risk.
5    Correct?
6    A      Correct.
7    Q      And one of them -- one of them is
8    ovarian; right?
9    A      I see it.
10   Q      And in the -- under the inflammatory
11   stimulus/condition, it lists pelvic inflammatory
12   disease, talc, tissue remodeling.
13          Do you agree that Dr. Balkwill, at
14   least in 2001, believed that talc was an
15   inflammatory stimulus and condition for the
16   association with ovarian cancer?
17   MS. CURRY:
18          Object to the form.
19   A      Yeah.  So, again, this is a -- a bit of
20   a recurring theme in the sense that I don't know
21   if Fran -- I haven't talked to her about this
22   review.  I don't know if Fran believed that and
23   got it wrong or, more likely, this is a review
24   article.  So you include everything, even though

40 (Pages 154 to 157)

Michael Birrer, M.D., Ph.D.

Page 158

1  she may not feel really strongly about that. So
2  it's a little hard to tell.
3  MS. THOMPSON:
4  Q      But you would agree that both -- both
5  Dr. Balkwill and The Lancet would not include
6  something in a review article for which there was
7  no evidence?
8  MS. CURRY:
9        Object to the form.
10  A      Again, it depends on how they're
11  proposing it; that there has been -- there has --
12  there have been reports associating PID, talc --
13  I don't know what tissue remodeling is, although
14  that is probably the most reasonable -- but PID
15  and talc as associated with a risk for ovarian
16  cancer. That's a true statement. I don't -- and
17  the reason we're here today is because I reviewed
18  that literature and I don't believe the
19  conclusion.
20        But you could put it into review.
21  That's -- that's the nature of a review article.
22  We all put things in that we feel the reader
23  needs to see to get a full understanding of
24  science, but we don't necessarily -- we're not

Page 159

1  convinced.
2  MS. THOMPSON:
3  Q      Well, but -- but back to my question,
4  which I think was Dr. Balkwill and The Lancet
5  would not have put this in with no evidence.
6  MS. CURRY:
7        Object to the form.
8  A      I don't agree with that.
9  MS. THOMPSON:
10  Q      You think they would put something in
11  that they did not believe there was any evidence
12  to support?
13  MS. CURRY:
14        Object to the form.
15  A      Again, it depends on how you define
16  that. So when you say "no evidence," you mean no
17  epidemiologic studies that have ever shown an
18  association. We know that's not true. There
19  have been some. So there is some evidence. It's
20  the totality of the evidence that I don't
21  believe.
22  MS. THOMPSON:
23  Q      Okay.
24  A      But it would not be unreasonable for

Page 160

1  them to say, okay, this has been studied
2  epidemiologically and in other situations. So I
3  think -- I think that's what you're grappling
4  with. It's a review article. So these things
5  show up.
6  Q      Okay. So -- so there are two
7  possibilities --
8  A      Uh-huh.
9  Q      -- it sounds like. Either Dr. Balkwill
10  got it wrong --
11  A      Uh-huh.
12  Q      -- or because this was a review
13  article, she was reporting evidence that was in
14  the literature that she felt that readers of this
15  article should be aware of.
16  A      Correct. Don't tell her I said the
17  former.
18  MS. CURRY:
19        Object to the form of the question.
20  MS. THOMPSON:
21  Q      Okay. I -- I -- I will do that for
22  you, Dr. Birrer.
23  A      Uh-huh.
24  Q      And -- and this paper is not recent,

Page 161

1  you will agree?
2  A      2010?
3  Q      2001.
4  A      2001. Uh-huh. Yeah. Okay.
5  Q      Are you aware of anything that
6  Johnson & Johnson did in 2001 to address this
7  idea of Dr. Balkwill and others, including
8  Dr. Ness, that talc may be causing ovarian cancer
9  through an inflammatory process?
10  MS. CURRY:
11        Object to the form.
12  A      In 2000 -- in 2001?
13  MS. THOMPSON:
14  Q      Right.
15        Did Johnson & Johnson respond to what
16  at least is reported as being in the literature
17  in Lancet?
18  MS. CURRY:
19        Object to the form.
20  A      I'm not aware of that.
21  MS. THOMPSON:
22  Q      I'm gonna mark as Exhibit 13 --
23  MS. EVERETT:
24        12.

41 (Pages 158 to 161)

Michael Birrer, M.D., Ph.D.

Page 162

1    MS. THOMPSON:
2    Q      Oh, there it is.
3           (DEPOSITION EXHIBIT NUMBER 12
4           WAS MARKED FOR IDENTIFICATION.)
5    MS. THOMPSON:
6    Q      Exhibit 12 is going to be another
7    article -- another review article by Dr. Reuter
8    and authors.  Oh, we need to -- sorry.  Make sure
9    that's not my copy.
10   A      This is mine?
11   Q      That's yours, yeah.
12          Are you familiar with the journal of
13   Free Radical Biology in Medicine?
14   A      I am familiar.  Not something I publish
15   in much.
16   Q      And probably doesn't have quite the
17   reputation of The Lancet or Cell?
18   A      I don't think so.
19   Q      But regardless, it's peer-reviewed.
20   A      Uh-huh.
21   Q      Are you familiar with any of these
22   authors?
23   A      Not firsthand.  Aggarwal I may have
24   heard about, but not, firsthand, no.

Page 163

1    Q      And reading -- and the title of this
2    review article is "Oxidative stress,
3    inflammation, and cancer.  How are they linked?"
4           Right?
5    A      Correct.
6    Q      Reading in the abstract, the last
7    couple of sentences starting with "How oxidative
8    stress activates inflammatory pathways leading to
9    a transformation of a normal cell to tumor cell,
10   tumor cell survival, proliferation,
11   chemoresistance, radioresistance, invasion,
12   angiogenesis, and stem cell survival is the focus
13   of this review.  Overall, observations to date
14   suggest that oxidative stress, chronic
15   inflammation, and cancer are closely linked."
16          Would you agree with that statement?
17   MS. CURRY:
18          Object to the form.
19   A      Yes.
20   MS. THOMPSON:
21   Q      In a general sense, in a review
22   article?
23   A      Correct.
24   Q      And --

Page 164

1    A      Where are you now?
2    Q      I'm turning to page 2, 1604 in the
3    introduction section.
4    A      Uh-huh.
5    Q      The second paragraph reads "Under a
6    sustained environmental stress, ROS -- R-O-S --
7    are produced over a long time, and thus
8    significant damage may occur to cell structure
9    and functions and may induce somatic mutations
10   and neoplastic transformation.
11          "Indeed, cancer initiation and
12   progression have been linked to oxidative stress
13   by increasing DNA mutations or inducing DNA
14   damage, genome instability, and cell
15   proliferation."
16          Would you agree with that sentence in a
17   general sense?
18   MS. CURRY:
19          Object to the form.
20   A      I'm just looking at the references.
21   MS. THOMPSON:
22   Q      And take a moment if you need to do
23   that.
24   A      Sure.

Page 165

1           I think as a general statement, I
2    wouldn't -- I would not disagree with that.  I
3    think that's -- yeah.
4    Q      Sorry.
5    A      Go ahead.
6    Q      And this article was published in 2010;
7    correct?
8    A      Correct.
9    Q      And looking at Table 2, a partial list
10   of cancers that have been linked to reactive
11   oxygen species, and under that list is ovarian
12   cancer.
13          Would you agree that in 2010 ovarian
14   cancer had been linked to reactive oxygen
15   species?
16   MS. CURRY:
17          Object to the form.
18   A      Yeah.  This was a little more
19   complicated in the sense I'm not sure why every
20   case was not listed because reactive oxygen
21   species are present in essentially every cell in
22   the body.  So it's a -- it's an odd table in that
23   it's a subset and then -- it's sort of implying
24   reactive oxygen species are not important in

42 (Pages 162 to 165)

Michael Birrer, M.D., Ph.D.

Page 166

1    other cancers.
2         And, then, too, what they reference is
3    51, which is a really odd reference. "Loss of
4    Mkp3 mediated by oxidative stress enhances tumor
5    genicity and chemoresistance of ovarian cancer
6    cells."
7         Hardly a paper -- I mean, I'm
8    extrapolating the title. Hardly a paper that
9    would say that reactive oxygen species is
10   critical to the development of ovarian cancer.
11   That's chemoresistance. That's -- that's at the
12   end of natural history, so...
13   MS. THOMPSON:
14   Q     But at least the authors in this
15   peer-reviewed review article thought appropriate
16   to list ovarian cancer under one of the cancers
17   that have been linked to reactive oxygen species;
18   right?
19   A     It's there.
20        (DEPOSITION EXHIBIT NUMBER 13
21         WAS MARKED FOR IDENTIFICATION.)
22   MS. THOMPSON:
23   Q     I'm marking as Exhibit 13 another
24   review article from Lancet. This one, a little

Page 167

1    more current.
2         Have you seen this article, Dr. Birrer?
3    A     I know the -- I know the authors, but I
4    haven't actually --
5    Q     Oh. Did I give you a highlighted --
6    A     I -- I don't think so.
7    Q     Okay.
8    A     It would be helpful if it was
9    highlighted.
10   Q     It would be helpful to me also.
11        That's okay.
12        And, in fact, these -- I think three of
13   the four authors you have published with. Does
14   that sound right?
15   A     Ignace, Charlie, Amit, I know all of
16   them. I don't know Stephanie.
17   Q     I think that was the one that I did not
18   see on -- on your CV as one of your coauthors.
19        And this review article -- and you
20   would assume that -- well, we don't have to
21   assume -- are Dr. Gourley, Dr. Vergote and
22   Dr. Oza considered experts in the field of
23   epithelial ovarian cancer?
24   MS. CURRY:

Page 168

1         Object to the form.
2    A     Oza and Vergote are -- Vergote is a
3    surgeon and very much clinical. I don't think he
4    does any work in the lab. Oza is developmental
5    therapeutics clinical. Charlie is the scientist
6    here.
7    MS. THOMPSON:
8    Q     Okay. And I think --
9    A     Yeah.
10   Q     -- at least with this review article,
11   it was meant to address --
12   A     Everything.
13   Q     -- all -- all aspects --
14   A     Right.
15   Q     -- from my reading of it.
16   A     And I think Stephanie works for Amit, I
17   think.
18   Q     So these are well-regarded --
19   A     Uh-huh.
20   Q     -- scientists and experts in ovarian
21   cancer. You would agree?
22   MS. CURRY:
23        Object to the form.
24   A     Yes.

Page 169

1    MS. THOMPSON:
2    Q     And this is a review article, as we
3    said, just published in Lancet within -- March
4    23rd, so within the last week.
5         Have you seen this article?
6    A     This one?
7    Q     Yes.
8    A     No. Just the last week.
9    Q     Let's look in the first section,
10   Epidemiology and Risk Factors. And the last
11   sentence, "Risk factors for EOC include the
12   number of lifetime of ovulations (absence of
13   pregnancy), early age of menarche and late age at
14   menopause, family history of EOC, smoking, benign
15   gynecological conditions, including
16   endometriosis -- endometriosis, polycystic ovary
17   disease and pelvic inflammatory disease, and
18   potentially use of talcum powder."
19        Would you agree that at least the
20   authors thought that the use of talcum powder is
21   potentially a risk factor for EOC?
22   MS. CURRY:
23        Object to the form.
24   A     And, again, this is a review. So I

Michael Birrer, M.D., Ph.D.

Page 170

1    think they're trying to be inclusive.  And I
2    don't actually know that any of them believe
3    that.
4    MS. THOMPSON:
5        Q      So would -- would they -- would they
6    have -- would it be the two options again, either
7    they're wrong --
8        A      (Nods affirmatively.)
9        Q      -- or that they're just reporting on
10   what the literature states?
11       A      (Nods affirmatively.)
12   MS. CURRY:
13           Object to the form.
14       A      Yeah.  I think it extends beyond
15   talcum, too, to be honest with you.  I don't -- I
16   don't consider smoking to be a strong risk for
17   ovarian cancer.  And PID, I don't either.
18           So -- and I don't know of many of my --
19   I mean, we don't -- we don't want our patients
20   smoking.  But I don't know of many of the
21   gynecologic oncologists I work with who -- that's
22   on their -- that's on their risk list.
23   MS. THOMPSON:
24       Q      Even for mucinous?

Page 171

1        A      Well, now you're gonna get complicated
2    on me because, you know, there are people that
3    don't think -- there are mucinous tumors of the
4    ovary.  Bob Kirkman is one of them, and that is
5    all GI.
6            So I think -- I don't think it's all
7    that relevant because it's such a rare tumor.
8        Q      And the citation for the reference
9    that --
10       A      8?
11       Q      -- a risk factor potentially would --
12   could be the use of talcum powder is the
13   Penninkilampi meta-analysis; right?
14       A      That's referenced in 8, yes.
15       Q      So at least the authors, the reviewers,
16   the editors of the journal felt that the most
17   authoritative source would be that Penninkilampi
18   meta-analysis.  Would you agree?
19   MS. CURRY:
20           Object to the form.
21       A      Say that again.  I'm sorry.
22   MS. THOMPSON:
23       Q      Yeah.
24       A      I could read it.

Page 172

1        Q      So the authors, if they were reporting
2    on the potential risk of talcum powder use in
3    ovarian cancer chose to cite Penninkilampi as a
4    source -- as the source for that information;
5    correct?
6        A      They reference it.
7        Q      And you would assume they would choose
8    the most authoritative article that was available
9    in the literature?
10   MS. CURRY:
11           Object to the form.
12   MS. THOMPSON:
13       Q      Wouldn't you?
14       A      I would not assume that.
15       Q      You would assume they'd pick something
16   that wasn't as authoritative?  There's something
17   else they could have picked?
18   MS. CURRY:
19           Object to the form.
20       A      They may have -- they may have picked
21   that because it was one of the more recent
22   meta-analyses, and so it was convenient.  And
23   it's flawed.  We can go over if you'd like.
24   MS. THOMPSON:

Page 173

1        Q      Well, I'm just saying these authors
2    picked that to -- to support the statement in
3    their review article in The Lancet that the use
4    of talcum powder is potentially a risk factor for
5    ovarian cancer.
6        A      Well, I would agree that they picked
7    that reference.  I disagree that that's because
8    they thought it was the most authoritative
9    article.  It is one of the more recent, and, so,
10   therefore, a lot of the other papers would be
11   included in it.  So it's a convenient place to
12   steer a reader.
13       Q      Do you think they'd pick it if they
14   thought it was flawed?
15   MS. CURRY:
16           Object to the form.
17       A      Probably if -- if it was seriously
18   flawed, I don't think they would have picked it.
19   Yeah.
20   MS. THOMPSON:
21       Q      And would you agree, also, that the
22   reviewers would not have included an article that
23   the reviewers felt was seriously flawed?
24   MS. CURRY:

44 (Pages 170 to 173)

Michael Birrer, M.D., Ph.D.

Page 174

1          Object to the form.
2     A     Again, it's a little bit -- having been
3  involved in these processes, to be perfectly
4  frank, you get a review article with a review of
5  147 references, you're not gonna go through them
6  all.  So I don't know I can say with any
7  authority that the reviewers looked at this and
8  said, gee, they picked the one talc paper that is
9  really spectacular.
10  MS. THOMPSON:
11     Q     Okay.  So there were -- but there --
12  there were no --
13     A     The review, and -- and it's true for
14  the editor too.
15     Q     Okay.  So at least there were no red
16  flags in front of the reviewers and the editor
17  when they saw the Penninkilampi article cited for
18  that reference?
19  MS. CURRY:
20          Object to the form.
21     A     I --
22  MS. THOMPSON:
23     Q     That would cause them to --
24     A     I don't know they noticed it.

Page 175

1     Q     Okay.  But the editors selected that
2  article; correct?
3  MS. CURRY:
4          Object to the form.
5  MS. THOMPSON:
6     Q     For whatever reason?
7     A     The --
8     Q     The authors.
9     A     The authors selected it.
10     Q     Sorry.
11     A     Not -- not the editors.  Correct.
12     Q     Thank you.  I meant to say authors.
13     A     And, again, I would just emphasize it
14  says "potentially use of talcum powder."
15     Q     That's right.
16     A     Okay.
17     Q     And at least in this statement, the
18  reference to talcum powder as potentially a risk
19  factor did not separate out the subtypes.  It's
20  referring to EOC; correct?
21     A     I -- that's the way I would read it,
22  right.
23  MS. THOMPSON:
24          Dawn, what are you thinking about

Page 176

1  lunch?
2  MS. CURRY:
3          We actually did order in lunch.  I'm
4  not sure if we -- if you want to take a quick
5  break, I can check on the estimated time of
6  arrival.
7  MS. THOMPSON:
8          Sure.  Or we can just keep going until
9  we get word.  Whatever --
10     A     Or we could just finish.
11  MR. MIZGALA:
12          I second that.
13  MS. GARBER:
14          You guys keep going.  I'll check.
15  MS. THOMPSON:
16          Are you telling me you're not having
17  fun?  I think he liked the test.
18  THE WITNESS:
19          Yeah.  It would have been nice to have
20  the little box -- the little circles you could
21  fill in.  You know.
22  MS. THOMPSON:
23          And then I could just put it in the
24  computer.

Page 177

1  THE WITNESS:
2          No mumbling?  Sorry.
3  MS. CURRY:
4          Okay.  So the lunch, I was just told,
5  is actually here.  So it's up to you when you're
6  in a good breaking point.
7  MS. THOMPSON:
8          Dr. Birrer, do you want to take a break
9  for lunch or do you want to go another 15 or 20
10  minutes?
11  THE WITNESS:
12          Going would be fine.
13  MS. THOMPSON:
14     Q     Okay.
15     A     Yeah.
16     Q     Let's -- let's look at the IARC 93, the
17  one that --
18     A     Uh-huh.
19     Q     -- addresses the nonasbestiform talc.
20  And turning to page 277 in the exposure data
21  introduction --
22     A     Uh-huh.  Do you want to use mine?
23     Q     Let's have a blank one to follow along.
24          Does this section define the

45 (Pages 174 to 177)

Michael Birrer, M.D., Ph.D.

Page 178

1  nonasbestiform talc?
2  MS. CURRY:
3       Object to the form.
4  MS. THOMPSON:
5  Q    Oh, there it is. And let's just read
6  along in that third paragraph.
7  A    Okay.
8  Q    "Asbestiform talc fibers are very long
9  and thin and occur in parallel bundles that are
10 easily separated from one another by hand
11 pressure." And asbestos -- no. Just strike
12 that.
13      You're -- you're not an expert in the
14 different types of asbestos or talc in its
15 different --
16 A    I'm learning --
17 Q    Are you?
18 A    I'm learning a lot.
19 Q    I -- well, I don't want to ask those
20 questions to you later because then you'll be an
21 expert.
22      Let's -- let's go to the conclusions of
23 IARC. We've already established that IARC used a
24 pretty extensive methodology in reaching their

Page 179

1  conclusions; right?
2  MS. CURRY:
3       Object to the form.
4  A    Yes.
5  MS. THOMPSON:
6  Q    And in your -- in your opinion, IARC
7  got -- got it wrong; right?
8  MS. CURRY:
9       Object to the form.
10 A    I think the net -- and I -- let me just
11 summarize. I agree that they did a thorough sort
12 of process here. In the end, what they
13 concluded, I think, was -- was wrong. If I
14 recall correctly, it's 2B.
15 MS. THOMPSON:
16 Q    That's right.
17 A    Was the classification.
18 Q    But 2B does not mean that it's not
19 carcinogenic, does it?
20 A    Means it's possible carcinogenic. I
21 think that's by definition.
22 Q    Right.
23      And -- and in this situation, the
24 reason for the classification was that there

Page 180

1  was -- well, that there was limited evidence in
2  humans for the carcinogenicity in peroneal use of
3  talcum powder body product. Is that what IARC
4  concluded?
5  A    That's in 6.1, the second one. Yes.
6  Q    Right.
7       And there is limited evidence in
8  experimental animals; right?
9  A    6.2. Yes.
10 Q    And in the rationale, the authors
11 state, third paragraph, "For peroneal use of
12 talcum-based body power, many case-control
13 studies of ovarian cancer found a modest but an
14 unusually consistent excessive risk, although the
15 impact of bias and potential confounding could
16 not be ruled out."
17      Is -- is that your understanding of the
18 conclusions?
19 A    That's what they concluded.
20 Q    And --
21 A    We're done with IARC?
22 Q    We're done with IARC.
23      And you also looked at the Health
24 Canada Assessment; right?

Page 181

1  A    Yes.
2  Q    And we agreed that the methodology that
3  Health Canada applied for -- for their
4  determination was also extensive; right?
5  MS. CURRY:
6       Object to the form.
7  A    They were systematic and thorough. I
8  think it was pretty complicated, yeah.
9  MS. THOMPSON:
10 Q    And what's your understanding of the
11 conclusions reached by the -- Health Canada?
12 MS. CURRY:
13      Object to the form.
14 MS. THOMPSON:
15 Q    Scientists.
16 A    Well, they concluded that there was a
17 low risk of harm to the environment from talc.
18 Q    Is that what you came away with?
19 A    Well, it was in the third paragraph.
20 So it was important to note that. But they did
21 conclude that talc meets one of the criteria.
22 That was Section 64. And so they concluded that
23 it potentially presented a health risk to
24 Canadians, if I got that right.

46 (Pages 178 to 181)

Michael Birrer, M.D., Ph.D.

Page 182

1    Q      And do you think it was just to
2  Canadians?
3    A      Well, that's the way they quoted it.
4    Q      And --
5    A      In fact, the statement is "may
6  constitute a danger in Canada to health" --
7  "human health" -- "human life or health."
8    Q      And they also made the -- well, let's
9  read beginning on page little -- little 3, i --
10 iii?
11   A      I'm sorry.  Where are you?
12   Q      Little -- little roman numeral 3.
13   A      Three?  Yeah.
14   Q      Is your understanding that the -- that
15 Health Canada found that the available data were
16 indicative of a causal effect?
17   A      Where are you reading?
18   Q      I was just asking you what your
19 understanding was.
20 MS. CURRY:
21        Object to the form.
22   A      I'm not sure that they actually found
23 causal effects.
24 MS. THOMPSON:

Page 183

1    Q      Okay.  Well, let's -- let's read
2  beginning -- the paragraph with "The
3  meta-analyses."
4    A      Where are you?  Oh, the -- yeah.
5    Q      "The meta-analyses of the available
6  human studies in the peer-reviewed literature" --
7    A      Yep.
8    Q      -- "indicate a statistically
9  significant positive association between perineal
10 exposure to talc and ovarian cancer.  Further,
11 available data are indicative of a causal
12 effect."
13   A      Uh-huh.
14   Q      So they did --
15   A      (Nods affirmatively.)
16   Q      -- determine that it was indicative of
17 a causal effect; right?
18 MS. CURRY:
19        Object to the form.
20   A      That's what they said, yes.  It's not
21 referenced, but --
22 MS. THOMPSON:
23   Q      Well, this is the --
24   A      Yeah.

Page 184

1    Q      -- executive summary.
2    A      Yeah.  Uh-huh.
3    Q      "Given that there is potential for
4  peroneal exposure to talc from the use of various
5  self-care products, for example, body powder,
6  baby powder, diaper and rash creams, gentle
7  antiperspirants and deodorants, body wipes, bath
8  bombs, a potential concern for human health has
9  been identified."
10        Correct?
11   A      I agree with that.
12   Q      And is it your opinion that Health
13 Canada got it wrong also?
14 MS. CURRY:
15        Object to the form.
16   A      So it's interesting.  When I reviewed
17 this was -- again, this is a very recent -- looks
18 like December 2018 -- decision by Health Canada
19 based upon a huge body of literature, which I had
20 reviewed and come to a different conclusion.
21        So there really was not very much new
22 data to draw this conclusion.  So, you know,
23 again, I think very much like IARC, I think they
24 got it wrong.

Page 185

1  MS. THOMPSON:
2    Q      And you don't think that this is a
3  situation where scientists can look at the same
4  data and -- and make different conclusions?
5    A      No.
6  MS. CURRY:
7        Object to the form.
8  MS. THOMPSON:
9    Q      Do you have any reason to believe that
10 the scientists who worked on this project were
11 unreasonable?
12 MS. CURRY:
13        Object to the form.
14   A      Other than the fact they drew the wrong
15 conclusion here, I know nothing else about them,
16 so...
17 MS. THOMPSON:
18   Q      You don't have any reason to believe
19 they were incompetent?
20 MS. CURRY:
21        Object to the form.
22   A      No.
23 MS. THOMPSON:
24   Q      Do you have any reason to believe that

Michael Birrer, M.D., Ph.D.

Page 186

```
 1    they weren't good scientists?
 2    MS. CURRY:
 3         Object to the form.
 4    A      I don't really have a lot of knowledge
 5    of them.  If I could actually find the list of
 6    individuals who made this decision -- I don't
 7    think it's published.
 8    MS. THOMPSON:
 9    Q      And did you -- this was done under the
10    auspices, I believe, of the Minister of Health.
11    A      Uh-huh.
12    Q      You don't know the Minister of Health
13    in Canada, do you?
14    A      I don't.
15    Q      Or know that he would -- or she would
16    not be competent?
17    MS. CURRY:
18         Object to the form.
19    A      I have no direct evidence for that.
20    MS. THOMPSON:
21    Q      Do you take any issue with the weight
22    of the evidence methodology that Health Canada
23    applied?
24    A      No.
```

Page 187

```
 1    Q      Only that they came up with the wrong
 2    conclusion; right?
 3    A      Correct.
 4    Q      And this assessment, like IARC, was
 5    based on talc -- cosmetic-grade talc and not on
 6    potential impurities such as asbestos.  Is that
 7    also your understanding?
 8    MS. CURRY:
 9         Object to the form.
10    A      That is my understanding.  So, you
11    know, again, it's -- it's the same epi data.  The
12    epi data is focused on talcum powder.  So that --
13    that applies here, too.
14    MS. THOMPSON:
15    Q      And is it your understanding that the
16    human health portion of the Health Canada
17    assessment went through a peer-review process?
18    MS. CURRY:
19         Object to the form.
20    MS. THOMPSON:
21    Q      With external reviewers.
22    A      I didn't see that described.
23    Q      So you don't know one way or the other
24    whether it went through a review process?
```

Page 188

```
 1    A      In terms of peer review, scientific
 2    peer review?
 3    Q      Correct.
 4    A      I can't say that definitively.
 5    Q      If you'll look at the -- and the copy
 6    that I'm looking at doesn't have page numbers, so
 7    that's why it's -- I'm --
 8    A      Roughly.
 9    Q      -- making it difficult.
10         But if you look at the big bold
11    introduction that comes right after the synopsis,
12    it should be about the -- it may be the little
13    numbers.
14    A      Introduction?
15    Q      Yeah.
16         And the very bottom of that page, I'm
17    reading "The human health portion of this
18    assessment has undergone external peer review
19    and/or consultation?"
20         Doesn't -- does the assessment, at
21    least, state that it underwent peer review and
22    consultation?
23    A      It states that.  I don't quite -- I
24    don't honestly know what that means.
```

Page 189

```
 1    Q      Okay.
 2    A      And the public comment period, of
 3    course, is just a governmental response.
 4    Q      Do you know if Johnson & Johnson has
 5    submitted comments to Health Canada?
 6    MS. CURRY:
 7         Object to the form.
 8    A      Not that I know of.
 9    MS. THOMPSON:
10    Q      Have you submitted comments to Health
11    Canada --
12    A      No.
13    Q      -- with your opinions?
14    A      No.
15    Q      Do you intend to submit any opinions to
16    Health Canada?
17    A      I doubt it.
18    Q      You are -- are you aware that talc used
19    as a dry powder lubricant on condoms was
20    substituted with cornstarch in the 1990s?
21    A      I believe I am familiar with that.
22    Q      Do you know why?
23    A      No.
24    Q      Do you know that dusting diaphragms,
```

48 (Pages 186 to 189)

Michael Birrer, M.D., Ph.D.

Page 190

1    the practice of dusting diaphragms with talcum
2    powder was abandoned approximately the same time?
3    MS. CURRY:
4         Object to the form.
5    A    Yes.
6    MS. THOMPSON:
7    Q    Do you know why?
8    A    No.
9    Q    Was it for concerns about inflammatory
10   and cancer effects?
11   MS. CURRY:
12        Object to the form.
13   A    Could have been. I don't -- can't
14   quote that.
15   MS. THOMPSON:
16   Q    Were you aware that FDA banned -- has
17   banned powder examination and surgical gloves?
18   A    Yes.
19   Q    Do you know why?
20   A    That was based upon the concern about
21   the generation of fibrosis.
22   Q    And other inflammatory processes in
23   the -- in the peritoneal cavity?
24   MS. CURRY:

Page 191

1         Object to the form.
2    A    I would define -- I would define that
3    as fibrosis, if not inflammatory.
4    MS. THOMPSON:
5    Q    Do you consider granulomas an
6    inflammatory response?
7    A    It's in the characterization of chronic
8    inflammation, yes.
9    Q    Are adhesions an inflammatory response?
10   A    Not necessarily.
11   Q    And they would be an acute response
12   if -- if they were caused by an inflammatory
13   reaction?
14   MS. CURRY:
15        Object to the form.
16   A    So adhesions are, you know, essentially
17   scar tissue and fibrosis. The etiology of it is
18   pretty broad. Some of it could be chronic
19   inflammation. Some of it could be acute
20   inflammation. And I would not even rule out the
21   possibility that general wound healing would give
22   rise to scar tissue. And that may not
23   necessarily fit the criteria of inflammation.
24   MS. THOMPSON:

Page 192

1    Q    Are you aware of the differences
2    between cornstarch and talc?
3    MS. CURRY:
4         Object to the form.
5    A    In terms of biochemical and physical
6    differences?
7    MS. THOMPSON:
8    Q    Sure. Let's start there.
9    A    Yeah. I don't think I can list them
10   all. But certainly cornstarch is a biologic
11   agent, it's a carbohydrate, and talc is a
12   mineral.
13        We've already talked a little bit about
14   the size of particles in talcum powder and it's
15   exceedingly variable. So it's a little hard to
16   compare those two particles. But I would think
17   that starch would be more homogeneous and of a
18   different size.
19        And then, you know, biochemical
20   differences are substantial. I mean, this is a
21   carbohydrate, which can be broken down by certain
22   enzymes, has, you know, a firm structure to it.
23        Talc, as a mineral, forms suspensions.
24   It is not soluble. Starch is more soluble. So

Page 193

1    there's differences.
2    Q    So, in general terms, cornstarch would
3    typically be absorbed or metabolized by the body?
4    MS. CURRY:
5         Object to the form.
6    MS. THOMPSON:
7    Q    Would you agree?
8    A    Absorbed or -- there's -- it would
9    certainly be more likely, I think, than a
10   mineral, yeah.
11   Q    Whereas the mineral, once it's there,
12   is expected to remain there; correct?
13   MS. CURRY:
14        Object to the form.
15   A    It's a little hard to tell because then
16   there are other mechanisms remove particulate
17   matters; right? So macrophages come along and
18   they phagocytize them. That macrophage then may
19   travel somewhere else and then essentially
20   deposit it in a way that the mineral -- the
21   mineral particle could be removed. So -- so it's
22   a little bit complex.
23   MS. THOMPSON:
24   Q    Can inhaled talc particles appear in

49 (Pages 190 to 193)

Michael Birrer, M.D., Ph.D.

Page 194

1    distant organs?
2    A    So there is some data, I believe, in
3    animal studies that high concentrations of talc,
4    either in the pleural cavity or in intratracheal
5    injections can end up in what --
6        And I think I put them in the expert
7    report; for instance, the spleen.
8    Q    And ovaries?  Can they occur in the
9    ovaries?
10   A    So if you look at the literature -- you
11   know, and I went through in pretty big detail --
12   nobody's looked.  So there's no reproductive
13   organs in any of those studies.  At least the
14   ones that I have looked at.  So I don't think we
15   know, and I don't think we could assume that.
16   Q    Can talc fibers enter the peritoneal
17   cavity?
18   MS. CURRY:
19        Object to the form.
20   A    Again, we're back to this mineral
21   structure, and I'm not going to be able to
22   comment on that.
23   MS. THOMPSON:
24   Q    And how about asbestos fibers?

Page 195

1    A    Well, asbestos exposure can, of course,
2    give rise to mesothelioma and can give rise to
3    peritoneal mesotheliomas.  So it's got to get
4    there from somewhere.
5    Q    Do you have an opinion as to whether
6    asbestos fibers can get to the peritoneal cavity
7    through peritoneal exposure and migration through
8    the genital tract?
9    MS. CURRY:
10        Object to the form.
11   A    I don't have any data on that.
12   MS. THOMPSON:
13   Q    So you have no opinion.
14   A    I would say analogous with the
15   migration data that there's not a lot of evidence
16   things are migrating retrograde.  So -- and I
17   think -- although I don't think those experiments
18   have been done with asbestos in mind -- and we
19   know that asbestos can travel with high
20   insulation [sic] -- you know, inhalation of
21   asbestos can get in the pleural cavity.  It gets
22   there from somewhere.  It's got to be inside the
23   lung.  It has to get out in the pleural cavity,
24   and then again, the peritoneal cavity.  So we

Page 196

1    know that.
2    Q    So you know -- you -- we know that
3    asbestos fibers can reach the peritoneal cavity;
4    correct?
5    A    Yes.
6    Q    And -- and let me just understand
7    you -- what you're opining today is that we just
8    don't know how they get there?
9    MS. CURRY:
10        Object to the form.
11   A    I don't know.  So -- so I think one of
12   the hypotheses that -- after asbestos -- again,
13   I'm not -- I wasn't asked to explore asbestos in
14   great detail.  This is more my medical training
15   speaking.
16        But as people inhaled asbestos, these
17   particles would work their way out into the
18   pleural cavity --
19   MS. THOMPSON:
20   Q    So --
21   A    -- which is where they would do their
22   badness.  And then, there is a hypothesis
23   connection between the pleural cavity and the
24   peritoneal cavity.

Page 197

1    Q    So direct penetration of the fiber
2    through the pleura?
3    A    The diaphragm's are pretty secure
4    structures, so it's a little bit -- I can't say,
5    hey, here's the pathway.  But that's the
6    supposition.
7    Q    Okay.
8    A    Okay.
9    Q    Do you -- are you aware of any
10   epidemiologic or other studies that have linked
11   the use of perineal cornstarch with ovarian
12   cancer?
13   MS. CURRY:
14        Object to the form.
15   A    Perineal cornstarch with ovarian
16   cancer?
17   MS. THOMPSON:
18   Q    Correct.  Let me phrase that
19   differently just so it's clear.
20   A    Okay.
21   Q    Are you aware of any studies that link
22   the perineal use of cornstarch products with
23   ovarian cancer?
24   MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 198

```
 1          Object to the form.
 2    A     Therapeutically or just accidentally?
 3    MS. THOMPSON:
 4    Q     Um -- as a substitute for talcum
 5    powder.  If a woman is using corn -- a
 6    cornstarch-based perineal dusting powder, are you
 7    aware of any studies that have linked that usage
 8    to ovarian cancer?
 9    A     Not that I -- no.
10    Q     Do you agree that -- I might go ahead
11    and go back to that -- that -- the FDA, mark it
12    as --
13    A     The letter?
14    Q     The letter.
15          I know.  But I don't have my stickers.
16    MS. THOMPSON:
17          My fault; not yours.
18    THE COURT REPORTER:
19          Okay.
20    MS. THOMPSON:
21          Shall we do another few just to get us
22    to lunch?
23    THE COURT REPORTER:
24          I forget what number we're on.
```

Page 199

```
 1    MS. THOMPSON:
 2          We're on --
 3    MS. EVERETT:
 4          14.
 5    MS. THOMPSON:
 6          14.
 7          (DEPOSITION NUMBER 14 WAS
 8          MARKED FOR IDENTIFICATION.)
 9    MS. THOMPSON:
10    Q     I'm going to go ahead and mark the FDA
11    announcement on the banning of -- of talcum
12    powder just so we can see what they actually did
13    say about the reasons.
14          And --
15    A     This is for gloves.  For gloves.
16    Surgical gloves.
17    Q     Examination and surgical gloves.
18    A     Yeah.
19    Q     And just in the bottom part of the
20    right-hand side of the first page, "Banned
21    Devices; Powdered Surgeon's Gloves, Powdered
22    Patient Examination Gloves, and Absorbable Powder
23    For Lubricating on a Surgeon's Glove."
24          And if you'll turn to the executive
```

Page 200

```
 1    summary on the following page, one, purpose and
 2    coverage of the final rule, and the last
 3    paragraph -- or the last sentence of the first
 4    paragraph says, "However, the use of powder on
 5    medical gloves presents numerous risks to
 6    patients and healthcare workers, including
 7    inflammation, granulomas and respiratory allergic
 8    reaction."
 9          Does that at least state what the FDA
10    considers the reasons for the removal of talcum
11    powder from surgical gloves?
12    A     Yes, it does.
13    Q     Are you aware that Health Canada
14    determined that the migration of talc particles
15    to the ovaries from perineal use was a plausible
16    or is a plausible mechanism for the detection of
17    talc in the ovaries?
18    MS. CURRY:
19          Object to the form.
20    A     I believe they did.  You're --
21    MS. THOMPSON:
22    Q     And you -- do you disagree with the
23    determination that Health Canada reached
24    regarding the -- the migration of talc particles
```

Page 201

```
 1    to the ovaries being a plausible mechanism for
 2    the detection of talc in ovaries?
 3    A     Yes, I do.
 4    Q     In your report, you state that the
 5    migration is contrary to basic anatomy and common
 6    sense, I believe.
 7          Do you still hold that opinion?
 8    A     Where are you reading?  Back to my
 9    report?
10    Q     I have to get your report out.
11    A     Yeah.  That's get that out there.
12    Q     His expert report.
13          And in the -- under "Migration" on page
14    5, "Supposed Presence of Talc in Ovaries."
15    A     Ah.  Okay.  Yep.
16    Q     And Health Canada's conclusion was that
17    the migration of talc particles to the ovaries
18    from perineal use is a plausible mechanism for
19    the detection of talc to the ovaries.
20          But at least your opinion is that the
21    presence of talc in the ovaries cannot be
22    explained by migration.  Is that right?
23    A     Well, the studies that I looked at here
24    mostly are the presence of talc in cancer of the
```

51 (Pages 198 to 201)

Michael Birrer, M.D., Ph.D.

Page 202

1    ovary, and there were some control patients, I
2    believe, with breast cancer where they looked at
3    the ovary.
4           And these -- these studies have been
5    around for a while. I've reviewed them multiple
6    times, and they're just seriously flawed, from my
7    perspective. So I don't know that you can
8    conclude that. But these are -- these are just
9    the studies that show the presence of talc in
10   specimens. It's not the next line of evidence,
11   which is actual variety of human -- human
12   experiments, if you will, which are also
13   seriously flawed.
14          So, you know, I essentially reviewed
15   all of that and came to the conclusion you can't
16   conclude anything. There's no convincing data.
17   Health Canada came to a different conclusion.
18   Q       And is that because Health Canada got
19   it wrong again, or is that because scientists can
20   come to different conclusions when reviewing the
21   same data?
22   MS. CURRY:
23          Object to the form.
24   A       Based on my review on this, they got it

Page 203

1    wrong.
2    MS. THOMPSON:
3    Q       Regarding the Heller paper --
4    A       Uh-huh.
5    Q       -- let's just go back to your report.
6           Do you know what the Heller authors
7    concluded from their study?
8    MS. CURRY:
9           Object to the form.
10   A       Do you --
11   MS. THOMPSON:
12   Q       This is the paper regarding the talc
13   presence in --
14   A       Right.
15   Q       -- ovaries from the Heller paper.
16   MS. CURRY:
17          Object to the form.
18   A       So just to summarize real quick --
19   MS. THOMPSON:
20   Q       No. Not asking that question.
21          Do you know what the Heller authors
22   concluded on the basis of their study?
23   MS. CURRY:
24          Object to the form.

Page 204

1    A       I think they were mystified and they
2    tried to argue that the reason why they found
3    talc in everybody --
4    MS. THOMPSON:
5    Q       Dr. Birrer, sorry.
6           My question was: Do you know what the
7    authors concluded?
8    A       I'm saying it.
9    Q       That's "yes" or "no."
10   A       Oh.
11   Q       Do you know what the authors concluded?
12   MS. CURRY:
13          Object to the form.
14   A       Yes.
15   MS. THOMPSON:
16   Q       What did the authors conclude?
17   A       So I think they were mystified. And
18   so --
19   Q       No. Did the authors -- where do you
20   see in the paper that the authors were mystified?
21   A       Because --
22   MS. CURRY:
23          Let him finish and don't cut him off.
24   MS. THOMPSON:

Page 205

1           Not when he's not answering my
2    question.
3    THE WITNESS:
4           Well, I --
5    MS. CURRY:
6           He's trying to answer it. You keep
7    cutting him off at every word.
8    MS. THOMPSON:
9           I asked where in the paper did the
10   authors say they were mystified, and he needs to
11   explain that.
12   MS. CURRY:
13          You haven't even marked the paper. You
14   are asking him based on his expert report, and
15   he's --
16   MS. THOMPSON:
17          I didn't ask him on the basis of his
18   expert report. I asked him on the basis of his
19   knowledge.
20          I'll mark the Heller paper 15.
21          (DEPOSITION EXHIBIT NUMBER 15 WAS
22          MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24   Q       Do you see anywhere in the paper that

52 (Pages 202 to 205)

Michael Birrer, M.D., Ph.D.

Page 206

1    the authors were mystified?  Yes or no?
2    A    I think they were confused by the lack
3    of association.
4    Q    Do you see where the authors were
5    mystified?
6    MS. CURRY:
7         Object to the form.
8    MS. THOMPSON:
9    Q    There's nowhere where the authors say
10   they were mystified, is there, Dr. Birrer?
11   MS. CURRY:
12        Object to the form.
13   MS. THOMPSON:
14   Q    I'll withdraw the question.
15   A    Okay.
16   Q    Let's just go to the conclusions.
17        "Conclusions:  The detection of talc in
18   all ovaries demonstrates that it can reach the
19   upper genital tract."
20        Is that what the authors of the Heller
21   paper conclude?
22   A    Yes.
23   Q    And yet you're critical of the
24   plaintiffs' experts because they conclude the

Page 207

1    same thing that the authors of the paper
2    conclude; right?
3    MS. CURRY:
4         Object to the form.
5    MS. THOMPSON:
6    Q    In fact, I -- well, go ahead and
7    answer.
8    A    Well, I'm critical of the paper and the
9    experts who agreed with it.
10   Q    And I -- I think there were no fewer
11   than 12 experts that you think were wrong on
12   this; right?
13   MS. CURRY:
14        Object to the form.
15   A    If that's the number of experts that
16   agreed to it, then, yeah.  I agree on that.
17   MS. THOMPSON:
18   Q    And it's not that scientists can come
19   to different conclusions.  It's that 12 experts
20   who state the same conclusions as the authors of
21   the paper are wrong and you're right?
22   MS. CURRY:
23        Object to the form.
24   MS. THOMPSON:

Page 208

1    Q    Is that your opinion?
2    A    Say that again.
3    Q    It's not that scientists can come to
4    different conclusions.  It's that the 12 experts
5    who state the same conclusions as the authors of
6    the paper are wrong and you're right?
7    MS. CURRY:
8         Object to the form.
9    MS. THOMPSON:
10   Q    Is that a correct statement?
11   A    Correct.
12   Q    One of your criticisms of the Cramer
13   paper from 2007 that detected talc in lymph nodes
14   was that it was a case report; correct?
15   A    Correct.
16   Q    And you've published with Dr. Cramer;
17   correct?
18   A    I don't think I'm on papers with
19   Dr. Cramer.
20   Q    And have you seen the paper that was
21   published recently of a series of cases in which
22   talc was detected in the lymph nodes?
23   MS. CURRY:
24        Object to the form.

Page 209

1    A    Do you have an author?
2    MS. THOMPSON:
3    Q    Same authors.
4    A    So Dr. Cramer --
5    Q    The lead author is McDonald, but from
6    Cramer's lab --
7    A    I have seen it.
8    Q    -- and Welch.  You've seen it?
9    A    Uh-huh.
10   Q    And is it your understanding that the
11   authors -- I'll mark the McDonald paper Exhibit
12   16.
13        (DEPOSITION EXHIBIT NUMBER 16 WAS
14        MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q    Is it your understanding that the
17   authors specifically controlled for any
18   possibility of contamination?
19   MS. CURRY:
20        Object to the form.
21   A    No.  That's not my understanding.
22   MS. THOMPSON:
23   Q    Well, it's in the abstract, if we can
24   get -- delve deeper if we need to.  The authors

Michael Birrer, M.D., Ph.D.

Page 210

1    said that since talc can be a surface contaminant
2    from tissue collection preparation, digestion
3    measurements may be influenced by contamination.
4    Instead, because they preserve anatomic landmarks
5    and permit identification of particles in cells
6    and tissues polarized light microscopy and in
7    situ SEM-EDX are recommended to assess talc in
8    lymph nodes.
9           And that's the methodology that the
10   authors, the researchers, performed to assure
11   themselves that this finding was not due to
12   contamination; right?
13   MS. CURRY:
14          Object to the form.
15   A     You are reading correctly.
16   MS. THOMPSON:
17   Q     I didn't even read that.
18   A     Oh.
19   Q     I came up with that --
20   A     Oh. I thought you were looking at the
21   paper.
22   Q     Well, I must be right, then.
23   A     I mean, they -- they observe -- I read
24   this -- I'll read it. "In conclusion, talc

Page 211

1    contamination in the surface of surgical
2    pathology specimens of is common."
3    Q     Except -- and I didn't have a question
4    on the table.
5    A     Okay.
6    Q     So I'll object to that as being
7    nonresponsive to a question.
8           Except the whole purpose of this study
9    was to, number one, expand on the case report
10   that was published earlier; right?
11   MS. CURRY:
12          Object to the form.
13   A     I don't see that. It's another study.
14   MS. THOMPSON:
15   Q     Okay.
16   A     Yeah.
17   Q     But this had a series of 22 cases;
18   right?
19   A     Twenty-two cases, correct.
20   Q     And -- and the authors concluded that
21   by -- by using the techniques that they used in
22   this pap- -- in this paper, they could confirm
23   that the -- talc in the lymph nodes was not
24   surface contamination. Right?

Page 212

1    MS. CURRY:
2           Object to the form.
3    A      So they -- they observe -- they observe
4    large amounts of contamination. They argue that
5    with their technology, they can tell whether some
6    is surface and some is internal, in lymph nodes.
7    MS. THOMPSON:
8    Q      And they determined that some was
9    internal; right?
10   A      I believe so.
11   Q      Probably have another, what, five
12   minutes and then lunch, or I can do it after we
13   come back.
14   MS. CURRY:
15          Is that okay with you?
16   A      That's okay.
17   MS. CURRY:
18          Is that okay with the court reporter?
19   THE COURT REPORTER:
20          That's fine. Yes.
21   THE WITNESS:
22          You all right? I'll stop mumbling.
23   MS. THOMPSON:
24   Q      Okay. I want to go over just a few of

Page 213

1    your criticisms of plaintiffs' experts. And
2    let's start with Dr. Clarke-Pearson. I believe
3    that you have met Dr. Clarke-Pearson and know him
4    by reputation, at least; correct?
5    A      I have.
6    Q      He's a past president, I believe, of
7    SGO; correct?
8    A      Correct.
9    Q      And department chair at University of
10   North Carolina, recently retired; correct?
11   A      Correct.
12   Q      And -- and you actually wrote the
13   criticism here of Dr. Clarke-Pearson?
14   A      Correct.
15   Q      And that's your language?
16   A      Uh-huh.
17   Q      Okay. Let's just read through that.
18   "Dr. Clarke-Pearson analogizes to the migration
19   of sperm" -- and this is considering the
20   migration of talc particles -- "into tubes after
21   coitus. It is rather surprising to hear this
22   from a gynecological oncologist."
23          Did you look at Dr. Clarke-Pearson's
24   references?

Michael Birrer, M.D., Ph.D.

Page 214

1  A    I looked at his expert report.
2  Q    Including his references?
3  A    I probably would have paged through it,
4  yeah. Yep.
5  Q    "The obvious difficulty with this line
6  of reasoning is the fact that spermatozoa are
7  motile and have evolved under millions of years
8  to be able to migrate under their own control to
9  increase the potential to fertilize the egg.
10  This mode of transport is not consistent with a
11  talc particle."
12       Did you look at Dr. Pearson's citation
13  that describes the movement of dead sperm and
14  talc particles through that upper genital tract?
15  MS. CURRY:
16       Object to the form.
17  A    Yeah. I didn't see the -- I didn't see
18  the reference on dead sperm. But --
19  MS. THOMPSON:
20  Q    If -- if there was a reference that
21  dead sperm moved through and moved through quite
22  easily, then your statement that it's not
23  analogous because spermatozoa are motile is
24  incorrect, isn't it?

Page 215

1  MS. CURRY:
2       Object to the form.
3  A    Well, I have to see the paper, and I
4  don't know the details.
5  MS. THOMPSON:
6  Q    Assume with me that there is evidence
7  published in the peer-reviewed literature that
8  dead sperm and sperm particles move through the
9  upper genital tract, then your statement that
10  it's not analogous because spermatozoa are motile
11  would be incorrect; right?
12  MS. CURRY:
13       Object to the form.
14  A    So these sperm would be put on the
15  perineum like a dusting?
16  MS. THOMPSON:
17  Q    No.
18  A    Okay.
19  Q    I'm just saying it's -- your statement
20  that that is the reason would be incorrect.
21  A    I -- so --
22  Q    Are -- are dead sperm motile?
23  A    I don't actually know. They --
24  Q    You're --

Page 216

1  A    Are they dead dead or --
2  Q    Do you think dead sperm may be motile?
3  Do you know any -- too much about reproductive
4  physiology?
5  MS. CURRY:
6       Object to the form.
7  A    A fair amount, yeah.
8  MS. THOMPSON:
9  Q    And you don't know whether dead sperm
10  would be motile or not?
11  A    So how are you defining that?
12  They're -- they're -- they've decayed? They're
13  broken down --
14  Q    Yes.
15  A    -- or the flagella is not moving?
16  Q    The flagella is not moving in a dead
17  sperm.
18  A    Okay.
19  Q    Is it?
20  A    I guess as you are specifically
21  defining --
22  Q    Are you arguing me -- with me?
23  A    Can I answer?
24  MS. CURRY:

Page 217

1       I'm sorry. You can each just take
2  turns. Just please let her get her question out.
3  MS. THOMPSON:
4  Q    Do you not know whether dead sperm
5  would be motile or not?
6  A    I would think most of the time they
7  would not be motile.
8  Q    Okay. And would you agree that a sperm
9  particle -- for example, if the flagellum is
10  broken off, would you agree that would not be
11  motile, a sperm particle?
12  MS. CURRY:
13       Object to the form.
14  A    Motile, moving under its own --
15  MS. THOMPSON:
16  Q    Moving on its own.
17  A    Yeah. I think it's unlikely.
18  Q    Do you know the size of the head of a
19  sperm?
20  A    No.
21  Q    If the reason that Dr. Clarke-Pearson
22  was incorrect referencing dead and -- dead sperm
23  and sperm particles moving through the upper
24  genital tract could be relevant to a talc

55 (Pages 214 to 217)

Michael Birrer, M.D., Ph.D.

Page 218

1  particle.  If your reason for saying that opinion
2  is incorrect is that sperm are motile, then that
3  reasoning is incorrect, isn't it?
4  MS. CURRY:
5        Object to the form.
6  A      Well, I think in the way it's expressed
7  here, that, obviously, it doesn't mean -- I mean,
8  it makes no sense to apply to spermatozoa, which
9  are mobile.  But if you're telling me there's a
10  reference for dead sperm, then the question
11  becomes what's in that reference?  So these --
12  MS. THOMPSON:
13  Q      Okay.
14  A      -- dead sperm were deposited into the
15  uterus after coitus and --
16  Q      We're just talking -- we're not talking
17  about coitus.
18        Is it plausible to you --
19  A      Okay.
20  Q      -- that a woman who has talcum on her
21  perineum --
22  A      Uh-huh.
23  Q      -- could have coitus and the talcum
24  powder on the perineum could be placed in the

Page 219

1  vagina forcefully?  Is that plausible?
2  A      I don't have any data on that.
3  Q      Do you have to have data to say whether
4  or not that's plausible?
5  A      I am a scientist.
6  Q      Well, maybe take off your scientist
7  hat.  Is it plausible that a woman who has talcum
8  powder on her perineum and has sex, that the
9  talcum powder could be forced into the vagina?
10  MS. CURRY:
11        Object to the form.
12  MS. THOMPSON:
13  Q      Is it plausible?
14  A      Sexual intercourse?
15  Q      Sexual intercourse, yes.
16  A      Yes.  Just getting specifics.
17        Yeah.  I mean, I -- I think the way
18  you're hypothesizing it, I suppose there's a
19  possibility.
20  Q      So if those things are possible and
21  plausible, then you really don't think
22  Dr. Clarke-Pearson's opinions are unreasonable
23  and -- and are contrary to basic anatomy, do you?
24  MS. CURRY:

Page 220

1        Object to the form.
2  A      Yeah, I don't know what --
3  MS. THOMPSON:
4  Q      Those are your words.  Are
5  Dr. Clarke-Pearson's opinions contrary to
6  knowledge of basic anatomy?
7  MS. CURRY:
8        Object to the form.
9  A      Where are you reading?
10  MS. THOMPSON:
11  Q      Well, for right now I was just in the
12  first paragraph of "Hypothesized migration of
13  talc to ovaries."
14  A      What page?  Is it on my report?
15  Q      Page 7.
16  A      Okay.
17        Oh.  So you're relating that statement
18  to Clarke-Pearson?
19  Q      Well, I believe you say that all the
20  experts have -- have a theory that's contrary to
21  basic anatomy and common sense.
22  A      No.  What that refers to, I think, is
23  the fact that you're putting -- you're dusting
24  the perineum many times, most of the times, in a

Page 221

1  woman who's vertical, and this concept is that
2  somehow that talc and dust essentially ascends
3  into the ovary.  And I think that more often than
4  not lacks common sense and basic anatomy because
5  of what I just said.
6        Now, if you want to go through each
7  individual study, I'm happy to do that because
8  there are methodologic flaws in them.  But that
9  statement does not relate directly to
10  Dr. Clarke-Pearson.  If it did, it would be under
11  his name.
12  Q      But you talk generally about
13  plaintiffs' experts, too.  And do you think that
14  you have a better understanding of female anatomy
15  than Dr. Clarke-Pearson?
16  MS. CURRY:
17        Object to the form.
18  A      Dr. Clarke-Pearson's pretty good with
19  female anatomy.
20  MS. THOMPSON:
21  Q      Do you think you have a better
22  understanding than Dr. Clarke-Pearson of female
23  reproductive physiology?
24  MS. CURRY:

56 (Pages 218 to 221)

Michael Birrer, M.D., Ph.D.

Page 222

1          Object to the form.
2     A     No.  I think he would be more versed in
3   that.
4   MS. THOMPSON:
5     Q     And -- and you've just testified that
6   we're not just talking about a woman standing up
7   and putting dusting powder and the ascension.  We
8   are talking about the possibility, in your words,
9   that powder could be on the perineum and
10  introduced in the vagina forcefully with sexual
11  intercourse; right?
12    A     Well, yes --
13  MS. CURRY:
14          Object to the form.
15    A     We just had that conversation.  I mean,
16  again, it's hypothetical.  Yeah.
17  MS. THOMPSON:
18    Q     Okay.  Agreed.  I mean, I agree that's
19  your opinion.
20          And how about a woman who applies
21  talcum powder to a sanitary napkin?  Is it
22  possible that the talcum powder would be
23  introduced in the vagina through menstrual flow?
24    A     Through menstrual --

Page 223

1   MS. CURRY:
2          Object to the form.
3     A     Not that I know of.  I don't have any
4   data for that.
5   MS. THOMPSON:
6     Q     Is that -- you don't think it's
7   possible?
8     A     Again, from -- from -- it's
9   interesting.  So if menstrual flow coming out of
10  the vagina with a sanitary napkin, the talc then
11  gets into the vagina up to the ovaries.  It
12  doesn't make a lot of sense to me.
13    Q     What percentage of women have
14  retrograde menstruation on a -- on a given
15  period?
16    A     I don't understand what you mean by
17  that.
18    Q     Do you think Dr. Clarke-Pearson
19  probably knows that percentage?
20  MS. CURRY:
21          Object to the form.
22    A     I'm sure he'd probably have an opinion
23  on it.
24  MS. THOMPSON:

Page 224

1     Q     Do you think he would know it, what's
2   published in literature?
3   MS. CURRY:
4          Object to the form.
5     A     He might.
6   MS. THOMPSON:
7     Q     So you're certainly not opining today
8   that you have a better understanding than
9   Dr. Clarke-Pearson of materials that can travel
10  retrograde through the upper genital tract, do
11  you?
12  MS. CURRY:
13          Object to the form.
14    A     Oh, I disagree with that.
15  MS. THOMPSON:
16    Q     You think you do have a better
17  understanding than Dr. Clarke-Pearson regarding
18  whether or not particles can travel through the
19  upper genital tract?
20  MS. CURRY:
21          Object to the form.
22    A     Based upon my analysis of these papers,
23  yes.
24  MS. THOMPSON:

Page 225

1     Q     Well, you certainly didn't know about
2   dead sperm and sperm particles, did you?
3   MS. CURRY:
4          Object to the form.
5     A     Well, it's one paper.
6   MS. THOMPSON:
7     Q     And you don't know about -- you don't
8   know how many -- what percentage of women have
9   retrograde menstruation, which is a classic paper
10  in gynecology -- gynecology?  You don't know that
11  percentage, do you?
12  MS. CURRY:
13          Object to the form.
14    A     I can't quote you that percentage.
15  MS. THOMPSON:
16    Q     Do you know that women oftentimes use
17  baby powder at bedtime?
18  MS. CURRY:
19          Object to the form.
20    A     I guess that's possible.
21  MS. THOMPSON:
22    Q     And that would not be in an upright
23  position, would it?
24  MS. CURRY:

57 (Pages 222 to 225)

Michael Birrer, M.D., Ph.D.

Page 226

1          Object to the form.
2     A     They may have put it on in an upright
3  position.
4  MS. THOMPSON:
5     Q     And do you agree that women could have
6  powder on the perineum and use a tampon?
7  MS. CURRY:
8          Object to the form.
9     A     I assume that's possible, yes.
10 MS. THOMPSON:
11    Q     And wouldn't it be possible that powder
12 on a tampon could be introduced into the vagina?
13 MS. CURRY:
14         Object to the form.
15    A     It's possible.
16 MS. THOMPSON:
17    Q     And what -- what did Dr. Kunz, K-U-N-Z,
18 describe in an article regarding how particles
19 and substances are transported to the upper
20 genital tract?
21    A     So that's the peristaltic pump.
22    Q     And describe that for me.
23    A     Yeah.  So they went and looked at the
24 contractions -- they, first of all, tried to

Page 227

1  measure the pressure in the uterus based on this
2  contraction, and they used actually ultrasound to
3  do it, which is an indirect measure, of course.
4  Don't know really what the pressure is.
5          Based upon finding that, then they went
6  on to, if I recall correctly, use micro- --
7  radiolabeled microspheres to do -- a word I can't
8  pronounce -- hysterosalpingoscintigraphy,
9  whatever.
10    Q     I can't either.
11    A     Yeah.  And the idea was -- if I recall
12 correctly, the idea of that whole study was
13 actually for -- I think fertility and pregnancy.
14 And the idea was that they then saw this
15 radioactivity up in the areas and drew the
16 conclusion that there is contraction to the
17 uterus and that they were hypothesizing that the
18 particles then were going up the tubes of the
19 ovaries.
20    Q     So it facilitates movement through
21 the --
22    A     Yeah.
23    Q     -- genital tract?
24 MS. CURRY:

Page 228

1          Object to the form.
2     A     Yeah.
3          The problem I have with that is I'm not
4  sure what direction the pressure is in, because
5  obviously if you give oxytocin at the time of
6  pregnancy after the delivery, expels the
7  placenta, so some of that pressure's going to
8  come down.
9          And, then, too, the radioactive studies
10 are really problematic because a lot of times the
11 label will come off of the microsphere.  So you
12 don't quite know where it's going.
13 MS. THOMPSON:
14    Q     At what points in a female's -- in a
15 woman's cycle are oxytocin levels the highest?
16    A     I can't quote you that.
17    Q     Would that be a question for
18 Dr. Clarke-Pearson?
19 MS. CURRY:
20         Object to the form.
21    A     He probably would know.
22 MS. THOMPSON:
23    Q     And are you aware of the studies
24 showing that not only sperm particles and dead

Page 229

1  sperm move through the upper genital tract but
2  even motile sperm move at a much faster rate than
3  would be predicted strictly based on their
4  self-generated motility?
5  MS. CURRY:
6          Object to the form.
7     A     Yeah.  I actually recall seeing that in
8  a study.
9  MS. THOMPSON:
10    Q     Are you aware that motile sperm
11 preferentially go to the side where ovulation has
12 occurred?
13    A     That, I'm not -- I can't quote you
14 that.  I don't know.
15    Q     So that would probably be another
16 question for one of the gynecologists or --
17 MS. CURRY:
18         Object to the form.
19 MS. THOMPSON:
20    Q     -- gynecologic oncologists?  Would you
21 agree?
22    A     They -- they would have that, and their
23 OB training would provide them with that
24 information.  Yeah.

58 (Pages 226 to 229)

Michael Birrer, M.D., Ph.D.

Page 230

1    Q      Let's break for lunch.
2    VIDEOGRAPHER:
3           Off the record at 12:55 p.m.
4           (Lunch recess.)
5    VIDEOGRAPHER:
6           We're back on the record at 2:02 p.m.
7    MS. THOMPSON:
8    Q      Dr. Birrer, I think we established this
9    morning that it is your opinion that the genital
10   use of talcum powder is not a risk factor for
11   ovarian cancer; right?
12   A      I'm sorry.  Say that -- say that again.
13   Q      It's your opinion that talcum powder is
14   not a risk factor for ovarian cancer; right?
15   A      The use of talcum powder?
16   Q      Yes.
17   A      Correct.
18   Q      Can you point me to any article -- can
19   you point me to an article that specifically
20   states genital talcum powder use is not a risk
21   factor for -- for ovarian cancer?
22   MS. CURRY:
23          Object to the form.
24   A      That genital talcum powder use is not a

Page 231

1    risk factor?  I mean, if you look at the -- a lot
2    of the case-control studies, about 40 percent of
3    them are negative and --
4    MS. THOMPSON:
5    Q      Well -- and by negative, you mean not
6    statistically significant; right?
7    A      (Nods affirmatively.)  Negative.  And
8    cohort studies aren't either.  And -- and,
9    actually, that -- and the cohort studies have
10   been sort of analyzed, reanalyzed in multiple
11   meta-analysis, and so they're all negative.
12   Q      But my question was:  Did any of those
13   studies conclude talcum powder is not a risk
14   factor for ovarian cancer?
15   MS. CURRY:
16          Object to the form.
17   A      So there are studies that don't show a
18   significant association between talcum use and --
19   MS. THOMPSON:
20   Q      But I'm looking for --
21   A      -- and ovarian cancer.
22   Q      -- the statement that genital use of
23   talcum is not a risk factor for ovarian cancer.
24          Do you remember seeing that in any

Page 232

1    study?
2    MS. CURRY:
3           Object to the form.
4    A      No.  I'd have to go through them.  Do
5    you have them?
6    MS. THOMPSON:
7    Q      We're not gonna go through the 40
8    studies, but --
9           At least sitting here today, you can't
10   think of one right offhand, can you?
11   A      I'm happy to go through the studies.
12   Q      Okay.  Is it your opinion that genital
13   talcum powder use has been proven to be a safe
14   practice?
15   MS. CURRY:
16          Object to the form.
17   A      We discussed that this morning.  There
18   is no data I know that it's an unsafe practice.
19   That's a review of the literature.  And, so,
20   it's -- I think in that context it's safe.
21   MS. THOMPSON:
22   Q      In your previous -- or did you look at
23   websites when you prepared your report this time
24   regarding talcum powder exposure and the risk for

Page 233

1    ovarian cancer?
2    MS. CURRY:
3           Object to the form.
4    A      Other than PubMed?
5    MS. THOMPSON:
6    Q      Right.
7           Like the American Cancer Society or NCI
8    or any websites.
9    A      Not for this one.
10   Q      Had you looked at them before?
11   MS. CURRY:
12          Object to the form.
13   A      I think in the previous depositions, I
14   reported looking at one or two of them.  I'd have
15   to go back and look at that.
16   MS. THOMPSON:
17   Q      Okay.
18   A      Yeah.
19   Q      And I think the American Cancer Society
20   website was one of those that you looked at.
21   Correct?
22   A      Could be.
23   Q      I'll mark 17, American Cancer Society,
24   Talcum Powder and Cancer.

59 (Pages 230 to 233)

Michael Birrer, M.D., Ph.D.

Page 234

1          (DEPOSITION EXHIBIT NUMBER 17
2          WAS MARKED FOR IDENTIFICATION.)
3    MS. THOMPSON:
4    Q     Does that look familiar?
5    A     That looks like American Cancer
6    Society's website.  Because I see the logo.
7    Q     And -- and would you use this statement
8    on the American Cancer Society website to be
9    support for your opinion that talcum powder use
10   is not a risk factor for ovarian cancer?
11   A     Is not a risk factor?  Is not?
12   Q     Is not.
13   A     I wouldn't refer to this, no.
14   Q     Do you think that's what this document
15   states?
16   A     I don't think this -- it doesn't seem
17   to me, based on what the ACS is saying -- they
18   report that their findings are mixed, with some
19   studies reporting a slightly increased risk and
20   some reporting no increase.
21   Q     So the American Cancer Society, on
22   their website, states that IARC has classified
23   talc that contains asbestos as carcinogenic to
24   humans; right?

Page 235

1    A     You're on page 3?
2    Q     Yeah.  30 -- yeah, 3 of 6.
3    A     Yeah.
4    Q     And then based on the lack of data from
5    human studies and unlimited data in lab animal
6    studies, IARC classified inhaled talc not
7    containing asbestos as not classifiable; right?
8    A     The second bullet.
9    Q     The second bullet.
10         And then the third bullet is the IARC
11   that states that the perineal genital use of talc
12   powder -- talc-based body powder is possibly
13   carcinic- -- carcinogenic to humans.  That's the
14   2B classification; right?
15   A     2B.
16   Q     And then it states that the US National
17   Toxicology Program, NTB, has not fully reviewed
18   talc with or without asbestos as a possible
19   carcinogen; right?  That's what it says.
20   A     Correct.
21   Q     And, then, as -- as you said, the ACS
22   states it's not clear if consumer products
23   containing talcum powder increase cancer risk.
24         They're certainly not saying that

Page 236

1    talcum powder does not increase risk, are they?
2    MS. CURRY:
3          Object to the form.
4    A     Say again.
5    MS. THOMPSON:
6    Q     They're not saying that talcum powder
7    use does not increase cancer risk, do they?
8    A     I don't see that stated.
9    Q     And -- and they say there is some
10   suggestion of a possible increase in ovarian
11   cancer risk; right?
12   A     Well, the statement I see is "It's not
13   clear if consumer products containing talcum
14   increase cancer risks."  That's pretty specific.
15   Q     They're saying it's not clear.  It's
16   not saying it's not a risk, is it?
17   MS. CURRY:
18         Object to the form.
19   A     They're saying they don't know.
20   MS. THOMPSON:
21   Q     Right.  And then the recommendation, by
22   the American Cancer Society, would be "Until more
23   information is available, people concerned about
24   using talcum powder may want to avoid or limit

Page 237

1    their use of consumer products that contain it."
2          But you think any recommendation of
3    that kind is not indicated; correct?
4    MS. CURRY:
5          Object to the form.
6    A     Well, it depends on how you read that.
7    I mean, I think what they're suggesting is that
8    people concerned about using talcum powder, for
9    whatever reason, may want to avoid or limit their
10   use of consumer products that contain it and
11   implies that it's the stress of knowing they're
12   using it because of what they've interpreted.  It
13   doesn't really make any conclusions about talcum
14   powder.
15   MS. THOMPSON:
16   Q     Are there any medical benefits that
17   you're aware of from the genital use of talcum
18   powder?
19   A     Well, I think it's generally used to
20   absorb -- absorb fluid.  It's -- a lot of women
21   like it.  It's a body image issue.  You know, so
22   I think those issues -- and again, I treat a lot
23   of women with ovarian cancer -- are important.
24   Q     That wasn't my question.

60 (Pages 234 to 237)

Michael Birrer, M.D., Ph.D.

Page 238

1      Are there any medical benefits to the
2 genital use of talcum powder?
3 MS. CURRY:
4      Object to the form.
5      A      That is a medical use?
6 MS. THOMPSON:
7      Q      Are there any benefits, is the
8 question.
9      A      Yeah.
10 MS. CURRY:
11      Object to the form.
12 MS. THOMPSON:
13      Q      Where are -- where are those benefits
14 reported?
15      A      That's quality of life.
16      Q      Where in the medical literature can you
17 show a report that describes medical benefits
18 from the genital use of talcum powder?
19      A      Well, it's not in -- and again, I
20 didn't review that for this expert report, so --
21 but you're asking me.
22      Q      When you -- if you're trying to make a
23 risk assessment, wouldn't you know if you're
24 weighing the benefits versus the potential risks?

Page 239

1      A      Well, I evaluated the risks, and there
2 are none.
3      Q      So you just evaluated the risk and
4 it -- it wouldn't matter to you whether there
5 were benefits or not.
6      A      Well, my benefit --
7 MS. CURRY:
8      Object to the form.
9      A      I'm sorry.  Go ahead.  I'm sorry.
10      Yeah.  My benefit would be based upon
11 my own experience.  It's not necessarily
12 published in medical literature.
13 MS. THOMPSON:
14      Q      Okay.  Well, that would certainly be
15 anecdotal, wouldn't it?
16 MS. CURRY:
17      Object to the form.
18      A      Well, you know, I've got a lot of
19 experience.
20 MS. THOMPSON:
21      Q      It's still anecdotal, isn't it,
22 Dr. Birrer?
23 MS. CURRY:
24      Object to the form.

Page 240

1      A      Again, you asked me the question about
2 do I think there's some medical benefit.  I --
3 the answer is yes.  I mean --
4 MS. THOMPSON:
5      Q      But that's never been published
6 anywhere that you're aware of, has it?
7 MS. CURRY:
8      Object to the form.
9      A      As I said before, I -- I can't quote
10 you that.
11 MS. THOMPSON:
12      Q      Is it -- have you seen in the medical
13 literature that there are no benefits, medical
14 benefits from the use of talcum powder in the
15 genital area?
16 MS. CURRY:
17      Object to the form.
18      A      I don't think I've actually seen that.
19 MS. THOMPSON:
20      Q      Would you be surprised if there are
21 references in numerous articles that say because
22 there are no medical benefits of talcum powder
23 use, it's not recommended?
24 MS. CURRY:

Page 241

1      Object to the form.
2      A      I'd be happy to -- I'd be happy to
3 review them.
4 MS. THOMPSON:
5      Q      Have you seen in the medical literature
6 that cornstarch products are recommended if women
7 choose to use a dusting powder over talcum
8 powder?
9      A      Can you repeat that?  I -- the cough.
10      Q      Have you seen in the medical literature
11 that -- where cornstarch products are recommended
12 if women choose to use a dusting powder over
13 talcum powder?
14      A      You know, I haven't seen the -- I
15 haven't seen the medical literature recommending
16 cornstarch over talcum.  But I have seen -- I've
17 seen discussions about women who use cornstarch.
18      Q      And again, there have never been any
19 risks that you're aware of into -- related to the
20 genital use of cornstarch products and the link
21 with ovarian cancer; right?
22      A      I don't know of any.
23      Q      You mentioned earlier this morning the
24 National Academy of Science, Engineering and

61 (Pages 238 to 241)

Michael Birrer, M.D., Ph.D.

Page 242

1    Medicine as a -- as a -- possibly the most
2    reputable source of credible information.
3           Would -- did I describe that sort of
4    correctly?
5    MS. CURRY:
6           Object to the form.
7    A      I don't recall saying it's the most,
8    but I used it in context of comparing IARC, if I
9    recall correctly, versus some other sort of pure
10   scientific professional organization, which I
11   would include the National Academy to be that.
12   MS. THOMPSON:
13   Q      Okay.  Fair enough.
14          And I'm sure you're familiar with the
15   treatise -- it's actually -- came out in book
16   form -- of the study by the Institute of
17   Medicine, I believe, at that time, on ovarian
18   cancer?
19   A      Yes.
20   Q      Did you participate at all in that
21   study?
22   A      They asked me to review it.
23   Q      You were one of the reviewers?
24   A      They asked me to review it.

Page 243

1    Q      Oh.
2    A      I declined.
3    Q      They asked you to review it and you did
4    not review it.  That explains it, because I
5    didn't see your name on the list.
6           And that was published in 2016?
7    A      Uh-huh.
8    Q      And what was your understanding of the
9    purpose of that study?
10   MS. CURRY:
11          Object to the form.
12   A      It -- I -- you know, I think it was --
13   this is -- it's just medicine undertakes this
14   periodically for large topics, and that was one
15   of them, to sort of summarize the state of the
16   science.
17   MS. THOMPSON:
18   Q      And the -- in fact, the committee that
19   did the study was a committee on the state of the
20   science in ovarian cancer research; is that
21   correct?  So you called --
22   A      This is the one by Beth Karlan?
23   Q      Yeah.
24   A      Yeah.

Page 244

1    Q      I'll give it to you in a minute.
2    A      Okay.
3    Q      I just want to ask you a few questions
4    first.
5           Why did you decline to review?
6    A      I was too busy.
7    Q      Okay.  Because it was a big book?
8    A      It's monstrous.
9    Q      However, several of the authors have
10   been coauthors with you on -- on papers.  Is one
11   of them Dr. Karlan?
12   A      I believe I've been on papers with
13   Beth.  And I think Anil Sood was on there, too.
14   THE COURT REPORTER:
15          Excuse me?
16   THE WITNESS:
17          Anil Sood, S-O-O-D.
18   MS. THOMPSON:
19   Q      And Ronald Alvarez -- Alvarez published
20   with you, I think?
21   A      I believe so.
22   Q      Dr. Karlan's published with you.
23   A      (Nods affirmatively.)
24   Q      Dr. Levine has published with you?

Page 245

1    A      Doug and I are on a couple of papers,
2    yeah.
3    Q      Doug Levine?
4    A      Yeah.
5    Q      Dr. Odunsi, Kunle Odunsi --
6    A      Kunle.  Kunle.
7    Q      -- has published with you.  And
8    Dr. Sood you mentioned; right?
9           And Dr. -- is it Tworoger or --
10   A      Two- -- Twergger?
11   Q      -- Two- -- Twoauger?
12   A      T-W-O-G-G-E-R [sic].
13   Q      Has published with you?
14   A      I think so, yes.  I'd have to check
15   that.
16   Q      So you were, I would say, well
17   represented on the --
18   MS. CURRY:
19          Object to the form.
20   A      Well, I know them.
21   MS. THOMPSON:
22   Q      -- on the author list?
23   MS. CURRY:
24          Object to the form.

Michael Birrer, M.D., Ph.D.

Page 246

1    MS. THOMPSON:
2    Q     And -- and I assume you would agree
3    with me that the committee to report on the state
4    of the science of ovarian cancer research was
5    selected because of their expertise in the area;
6    correct?
7    A     Yes.
8    MS. CURRY:
9         Object to the form.
10   MS. THOMPSON:
11   Q     And, as we mentioned, this study was
12   under the auspices of the National Academy of
13   Science, Medicine and Engineering, Institute of
14   Medicine, I believe, originally; correct?
15   A     Correct.
16   Q     And is it your understanding that this
17   study was also supported by the CDC?
18   A     That, I don't know.
19   Q     All right.  Let me just go ahead and
20   give it to you.
21   A     Yeah.
22        (DEPOSITION EXHIBIT NUMBER 18 WAS
23        MARKED FOR IDENTIFICATION.)
24   MS. THOMPSON:

Page 247

1    Q     Exhibit 18 I'm marking as Ovarian
2    Cancers, Evolving Paradigms in Research and Care.
3    And this is not the entire book, but it is the
4    entire chapter that we're going to look at, which
5    is "Prevention and Early Detection," Chapter 3.
6         And if you look on page little ix, page
7    9, preface --
8    A     9?  9?
9    Q     Little nine.
10   A     Yeah.
11   Q     Yeah.  The -- first sentence, "This
12   congressionally mandated report sponsored by the
13   Centers For Disease Control and Prevention
14   assesses the state of research on ovarian cancers
15   from multiple perspectives and by multiple
16   disciplines."
17        So do you agree that the Center For
18   Disease Control sponsored the study?
19   A     Correct.
20   Q     If you'll turn to page -- I don't have
21   pages on my copy.  Page 110.  Under the section
22   heading "Inflammation."  And this is in a larger
23   section titled "Behavioral and Inflammatory Risk
24   Factors"; correct?

Page 248

1    A     Correct.
2    Q     The State of the Science authors state,
3    under "Inflammation," "Studies of the
4    inflammatory marker C-reactive protein suggest a
5    possible association between inflammation and
6    increased risk of ovarian cancer," citing OC and
7    Poole.
8         "Other specific inflammatory factors
9    have also been associated with ovarian cancer."
10        Do you agree that the authors of this
11   treatise reported that there's a possible
12   association between inflammation and increased
13   risk for ovarian cancer?
14   A     Well, on these -- on these two
15   sentences, I think they accurately stated,
16   "suggests association."  And then they refer -- I
17   don't -- these two papers, I can't directly quote
18   you.  I mean --
19   Q     And I -- and I'm not --
20   A     Yeah.
21   Q     -- suggesting that they do anything
22   other than suggest the possible association.
23   A     Right.
24   Q     I'm not trying to read more into it.

Page 249

1    A     Okay.
2    Q     And then they describe "A meta-analysis
3    reported that exposure to asbestos was associated
4    with a 77 percent increased risk of ovarian
5    cancer mortality," citing Carmargo.
6         Are you familiar with that paper?
7    A     I am familiar with that.  That's the
8    occasional exposure, if I recall correctly.
9    Q     And "The International Agency For
10   Research on Cancer determined that there was
11   sufficient evidence to support a causal
12   relationship between asbestos exposure and
13   ovarian cancer."
14        So the authors of this treatise include
15   exposure to asbestos and its association with
16   ovarian cancer in the Inflammation section of --
17   of risk factors; right?
18   A     Say that again?  Sorry.  For asbestos?
19   Q     The authors of this treatise include
20   exposure to asbestos and its association with
21   ovarian cancer in the Inflammation section of
22   risk factors; right?
23   A     Correct.
24   Q     They go on to say, "This has led to

63 (Pages 246 to 249)

Michael Birrer, M.D., Ph.D.

Page 250

```
 1   studies of talc use which is chemically similar
 2   to asbestos and can cause an inflammatory
 3   response."
 4           Do you agree with that statement?
 5   A     I -- I actually hesitate a little on
 6   that because I'm not so sure that that's a
 7   temporal relationship, that it was the asbestos
 8   association that then led to the investigation of
 9   talc. I don't know, when Dan Cramer published
10   his first paper, that's what was driving him.
11   Q     Do you have any other disagreement with
12   the -- the statement other than whether it led to
13   the studies of talc use?
14   MS. CURRY:
15           Object to the form.
16   A     I don't know. Again, we've covered
17   this. I'm not a mineralogist, so I don't know
18   the similarity issues. And inflammatory response
19   is not defined. So other than that, it's fine.
20   MS. THOMPSON:
21   Q     Well, the authors -- let's take out the
22   asbestos and say "Talc can cause inflammatory
23   response." Do you agree or disagree with that?
24   A     Well, inflammation is a broad issue and
```

Page 251

```
 1   it's very relevant to this debate, which is are
 2   we talking granulomas, acute, chronic but
 3   nongranuloma? I think that's a big issue.
 4   Q     Well, these were the authors that were
 5   selected because of their expertise to do a State
 6   of the Science treatise at the behest of the
 7   National Academy of Science and CDC.
 8           I'm just asking you do you agree with
 9   the statement "Talc can cause an inflammatory
10   response"?
11   MS. CURRY:
12           Object to the form.
13   A     And -- and I'm -- I'm answering it.
14   MS. THOMPSON:
15   Q     And you say you don't know? You can't
16   agree or disagree? Is that what you're saying?
17   MS. CURRY:
18           Object to the form.
19   A     The inflammation is not defined. I
20   don't know if the similarity between asbestos and
21   talc. So other than that, I think it's fine.
22   But the -- the -- the implication that all of the
23   ovarian cancer experts are on this -- on this --
24   on this report and there are no one -- there's no
```

Page 252

```
 1   one else anywhere in the literature to question
 2   even this, I don't agree with.
 3   MS. THOMPSON:
 4   Q     Okay. So you -- so you disagree with
 5   the authors including that statement in -- in
 6   this treatise?
 7   A     I just think it's not defined. They
 8   defined it, then I would have felt a lot better.
 9   Can cause granulomas inflammatory response. That
10   would have been more accurate.
11   Q     I can understand that you think it
12   should have been defined better.
13   A     Yeah.
14   Q     But do you agree with the statement
15   that's in this treatise, or disagree?
16   MS. CURRY:
17           Object to the form.
18   A     No opinion.
19   MS. THOMPSON:
20   Q     But you'll agree that at least these
21   experts thought it was worthwhile putting the
22   statement in this State of the Science treatise
23   on ovarian cancer published in 2016; right?
24   MS. CURRY:
```

Page 253

```
 1           Object to the form.
 2   A     Yeah. Apparently.
 3   MS. THOMPSON:
 4   Q     Do you know Jason Wright?
 5   A     Division head at Columbia?
 6   Q     Yes.
 7   A     I do know Jason. Not -- I know him by
 8   reputation. I don't think I've ever actually met
 9   him.
10   Q     And what is his reputation?
11   A     I think he's got a good reputation
12   running his division, and he's a good surgeon.
13   Q     Have you ever published with Jason
14   Wright?
15   A     I don't believe so.
16   Q     You're right. That was a trick
17   question.
18           I'm gonna mark --
19   MS. CURRY:
20           I should have objected.
21           (DEPOSITION EXHIBIT NUMBER 19
22           WAS MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24           I'm gonna mark just a short article of
```

64 (Pages 250 to 253)

Michael Birrer, M.D., Ph.D.

Page 254

1    Jason Wright's as Exhibit Number 19.
2         Sorry.  I thought I gave you mine.
3    THE WITNESS:
4         We're done with IM?
5    MS. THOMPSON:
6    Q    Yeah, I think so.  And this was an
7    article published in -- not an article.  It's
8    a -- under a practice issue, which I think is an
9    ongoing column, basically, in The Green Journal.
10   What's The Green Journal?
11   A    OB-GYN, I think?
12   Q    And is that the journal that -- the
13   journal that's published under the ACOG auspices?
14   A    I believe so.
15   Q    Are you a member of ACOG?
16   A    No.
17   Q    And this was published in December of
18   2018, about six months ago.  And was titled "Best
19   Articles From the Past Year."  And the second
20   article listed out of four -- and these were
21   what's new in ovarian cancer -- is the
22   Penninkilampi article published in Epidemiology.
23   A    Uh-huh.
24   Q    And Dr. Wright concludes that, bottom

Page 255

1    line, "Perineal application of talc is associated
2    with a small increased risk of ovarian cancer."
3         Do you disagree with that conclusion by
4    Dr. Wright?
5    MS. CURRY:
6         Object to the form.
7    A    That's his -- I'm trying to figure out
8    where you're reading.  It's the bottom-line
9    statement?
10   MS. THOMPSON:
11   Q    Bottom line, yes.
12   A    Yeah, I would disagree with that.
13   Q    Do you disagree with it -- the
14   inclusion of the Penninkilampi meta-analysis as
15   one of the best articles from the past year?
16   MS. CURRY:
17        Object to the form.
18   A    You know, it's interesting.  I would,
19   actually.  I -- when -- when you compare it to
20   Aerial Three and the Carbon Inhibitors and the
21   hypothermic intraperineal chemotherapy, which was
22   a New England Journal paper --
23   MS. THOMPSON:
24        Can you slow down?

Page 256

1    THE WITNESS:
2         Oh, leaving you in the dust?  Sorry.
3         And then the use -- UKC talc studies,
4    it really pales in comparison because -- and I
5    looked at Penninkilampi pretty carefully.  It
6    kind of revisited all of the previous data.  I
7    think -- I -- I would assume that Jason doesn't
8    necessarily keep up with this literature, so when
9    it came out, he looked at it and said, ah, it's a
10   meta-analysis.  But it doesn't bring much to the
11   table, I think.
12   MS. THOMPSON:
13   Q    Well, you're obviously speculating as
14   to Dr. Wright's reasoning, because neither --
15   neither one of us knows.  But at least Dr. Wright
16   chose to include this as one of the four best
17   articles regarding ovarian cancer in the past
18   year published in 2018; right?
19   MS. CURRY:
20        Object to the form.
21   A    Well, I think he -- I think he -- I
22   think he exposed his reasoning a little bit by
23   the last sentence in the first paragraph.  "The
24   possible association with talcum and brain cancer

Page 257

1    has attracted media attention, resulting in a
2    number of lawsuits."
3         So I think that's part of the reason he
4    feels this is relevant.  Doesn't bring a lot of
5    science.
6    Q    Well, I don't think it was meant to
7    bring science.  He was choosing this article for
8    its -- its relevance for the readership of the
9    American College of OB-GYN journal; correct?
10   MS. CURRY:
11        Object to the form.
12   A    I would agree with that.
13   MS. THOMPSON:
14   Q    Do you have an opinion as to whether
15   talc, the mineral talc, is inert?
16   MS. CURRY:
17        Object to the form.
18   A    You have to define "inert."
19   MS. THOMPSON:
20   Q    Do you have an opinion as to whether
21   the mineral talc, if it occurs in pure form --
22   I'll add that as well -- is chemically inert?
23   MS. CURRY:

65 (Pages 254 to 257)

Michael Birrer, M.D., Ph.D.

Page 258

1           Object to the form.
2       A      Chemically inert, meaning -- again, I'm
3    struggling with this, that it -- it -- it can
4    enter into chemical reaction with other
5    substances.
6    MS. THOMPSON:
7       Q      I'd just seen that phrase used, so I
8    wanted to see if you had an understanding of what
9    it meant and -- and whether it's -- that
10   statement would be true.
11      A      I really would need -- if -- if you've
12   seen it said, do you have it so I can look at it?
13      Q      I've seen it by your -- your fellow
14   experts.
15      A      And -- and what was the context?  There
16   must have been a context.
17      Q      And the context was talc is chemically
18   inert.  Would you have an opinion on that?
19   MS. CURRY:
20          Object to the form.
21      A      I think I would say no opinion right
22   now.
23   MS. THOMPSON:
24      Q      Okay.  Is it biologically inert?

Page 259

1    MS. CURRY:
2          Object to the form.
3    MS. THOMPSON:
4       Q      Pure mineral talc.  If pure talc
5    existed.
6    MS. CURRY:
7          Object to the form.
8       A      Huh?
9          Okay.
10         That's another difficult one.  I mean,
11   I think that we know talc is used for
12   pleurodesis.  So that's -- is that a biologic
13   process?  I think it probably would qualify.  So
14   I wouldn't call it inert from that standpoint.
15   MS. THOMPSON:
16      Q      And you're not gonna get me to argue
17   with that.
18      A      I don't think so.
19      Q      Would that opinion apply to Johnson's
20   baby powder?
21   MS. CURRY:
22         Object to the form.
23   MS. THOMPSON:
24      Q      Or do you know?

Page 260

1    MS. CURRY:
2          Sorry.
3       A      That, I don't think I could say with
4    confidence.
5    MS. THOMPSON:
6       Q      So even though talc used for
7    pleurodesis is biologically -- is not
8    biologically inert, you wouldn't be able to say
9    whether baby powder was or not?
10      A      Well, we --
11   MS. CURRY:
12         Object to the form.
13      A      Well, we didn't put baby powder into
14   the pleural cavities of patients, so we really
15   haven't done that.
16   MS. THOMPSON:
17      Q      Would you have any reason to suspect
18   that baby powder would behave in a less
19   biologically active manner than the talc used in
20   pleurodesis?
21   MS. CURRY:
22         Object to the form.
23      A      Well, the talc -- you know, the talc
24   used in pleurodesis is -- and I'm putting

Page 261

1    quotations around this -- relatively pure, and
2    it's gonna be different than the baby powder.
3    But if you're asking me is talc in baby powder, I
4    think we can agree on that.  And, so, by analogy,
5    I would expect some biologic activity.
6    MS. THOMPSON:
7       Q      Okay.
8       A      Okay.
9       Q      And same for Shower to Shower?
10   MS. CURRY:
11         Object to the form.
12      A      Actually don't even know -- I've never
13   seen a Shower to Shower container, but it's the
14   product; right?
15   MS. THOMPSON:
16      Q      Do you know what's in Shower to Shower?
17      A      I'm assuming it's analogous to baby
18   powder.
19      Q      If -- well, would -- would that opinion
20   apply to fibrous talc?
21   MS. CURRY:
22         Object to the form.
23      A      You know, again, I'm not a mineralogy
24   expert, so I'm not going to make a comment on

66 (Pages 258 to 261)

Michael Birrer, M.D., Ph.D.

Page 262

1    that.
2    MS. THOMPSON:
3        Q    Do you know what fibrous talc is?
4        A    I'm not sure I can really define it.
5        Q    And it's your understanding that
6    fibrous talc or talc with asbestiform fibers is
7    specifically excluded from the IARC 2010
8    monograph?  Correct?
9        A    Say that again, please.
10       Q    Is it your -- let me rephrase it just a
11   little bit.  Is it your understanding that
12   fibrous talc or talc with asbestiform fibers is
13   specifically excluded from the IARC 2010
14   monograph?
15   MS. CURRY:
16       Object to the form.
17       A    So that's -- asbestiform fibers or
18   asbestos?
19   MS. THOMPSON:
20       Q    Asbestiform fibers.  Is there a
21   difference between fibrous talc and talc with
22   asbestiform fibers?
23   MS. CURRY:
24       Object to the form.

Page 263

1        A    Again, I -- I -- that's not in my area
2    of expertise.
3    MS. THOMPSON:
4        Q    So you don't know --
5        A    No.
6        Q    -- whether there's any difference or
7    not?
8        A    I have no opinion.
9        Q    And -- well, we can look at the 2010 --
10       A    Uh-huh.
11       Q    -- monograph to -- to clarify that.
12            So on page 277 --
13       A    Uh-huh.
14       Q    -- "Talc may also form" -- reading in
15   paragraph 3 --
16       A    Uh-huh.
17       Q    -- "Talc may also form as true mineral
18   fibers that are asbestiform.  Asbestiform
19   describes the pattern of growth of a mineral that
20   is referred to as a habit."
21            And you would agree that that is not
22   the same as talc with asbestos; right?
23   MS. CURRY:
24       Object to the form.

Page 264

1        A    It sounds like it, yes.  Habit.  It's a
2    different definition of habit than I'm used to.
3    MS. THOMPSON:
4        Q    And I think you probably recall when we
5    were discussing Health Canada, they were also
6    referring to talc, nonasbestiform talc; right?
7    MS. CURRY:
8        Object to the form.
9        A    I believe so.
10   MS. THOMPSON:
11       Q    And in the -- let's go ahead and mark
12   the 2012 IARC that relates to asbestos.
13            (DEPOSITION EXHIBIT NUMBER 20
14            WAS MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16       Q    That'd be Exhibit 20.  And on the first
17   page, 219, "The conclusions" -- reading in the
18   first paragraph -- "The conclusions reached in
19   this monograph about asbestos and its
20   carcinogenic risk apply to these six type of
21   fibers wherever they are found, and that includes
22   talc-containing asbestiform fibers."
23       A    Yes.
24       Q    Is that your understanding of this?

Page 265

1        A    I see that.  Yeah.
2    MS. CURRY:
3        Object to the form.
4    MS. THOMPSON:
5        Q    Would your opinions regarding the
6    biological activity of baby powder apply as well
7    to baby powder that contains asbestos?
8    MS. CURRY:
9        Object to the form.
10       A    Not asbestiform but asbestos?
11   MS. THOMPSON:
12       Q    Asbestiform, it -- talc with asbestos
13   is talc with asbestos.
14       A    Okay.
15       Q    Talc with --
16       A    So it wouldn't change -- it wouldn't
17   change my view.
18       Q    Okay.  And what about baby powder that
19   contains heavy metals like chromium, nickle, and
20   cobalt?
21   MS. CURRY:
22       Object to the form.
23       A    No.
24   MS. THOMPSON:

67 (Pages 262 to 265)

Michael Birrer, M.D., Ph.D.

Page 266

1    Q      And what about baby powder with
2  chemicals that are either possible or known
3  carcinogens, like styrene, coumarin, eugenol,
4  D'Limonine, p-Cresol, muscutone or benzophenone.
5  MS. CURRY:
6         Object to the form.
7  MS. THOMPSON:
8    Q      Would it change your opinion regarding
9  the biologic activity of baby powder?
10   A      Well, looking at the biologic activity
11 of baby powder, based upon what I reviewed, the
12 answer is no because it doesn't matter what's in
13 that. We looked at the biologic activity.
14   Q      So it doesn't matter to you whether
15 there are known carcinogens in baby powder?
16 MS. CURRY:
17        Object to the form.
18   A      Well, based upon the studies, then we
19 would have seen convincing evidence of biologic
20 causality. We didn't.
21 MS. THOMPSON:
22   Q      And you're referring to the
23 epidemiology studies?
24 MS. CURRY:

Page 267

1         Object to the form.
2    A     I'm referring to all of it.
3  MS. THOMPSON:
4    Q      Would the presence of known carcinogens
5  provide a plausible mechanism?
6  MS. CURRY:
7         Object to the form.
8    A      Mechanisms for -- for what?
9  MS. THOMPSON:
10   Q      For possible carcinogenesis.
11 MS. CURRY:
12        Object to the form.
13   A      But we didn't see carcinogenesis.
14 There's no plausible biologic association or --
15 so I'm not sure what we're designing a mechanism
16 for.
17 MS. THOMPSON:
18   Q      And are you familiar with the Heller
19 paper regarding the finding of asbestos in human
20 ovaries?
21   A      The Heller paper --
22   Q      1996?
23   A      The one we just reviewed or --
24   Q      I'm handing you a new one.

Page 268

1    A      Okay. Okay. Thank you.
2         (DEPOSITION EXHIBIT NUMBER 21 WAS
3         MARKED FOR IDENTIFICATION.)
4  MS. THOMPSON:
5    Q      This is Exhibit 21, "Asbestos Exposure
6  and Ovarian Fiber Burden."
7         Have you seen this paper, Dr. Birrer?
8    A      So I don't think -- let me -- I don't
9  think I reviewed this. Let me just check.
10        Well, it was on my list. I must have.
11   Q      And again, just going to the
12 conclusions of these authors, the last paragraph
13 in the abstract.
14   A      Uh-huh.
15   Q      "This study demonstrates that asbestos
16 can reach the ovary. Although the number of
17 subjects is small, asbestos appears to be present
18 in ovarian tissue more frequently and in higher
19 amounts in women with a documentable exposure
20 history."
21        Do you agree that was the conclusion of
22 the authors?
23   A      That's what they state.
24   Q      And on page 438, last paragraph, "The

Page 269

1  fact that exposure to a husband is more
2  significant than exposure to a father suggests a
3  possible role for sexual contact as the
4  transporting vector for asbestos fibers."
5         Would you agree that if sexual -- if
6  sexual contact was a transporting vector, that
7  the fibers would enter the peritoneal cavity and
8  ovaries through the vagina?
9  MS. CURRY:
10        Object to the form.
11   A      Just ask that once more, please.
12 MS. THOMPSON:
13   Q      That wasn't a very good question. The
14 problem is I don't know exactly how to make it
15 better.
16        If -- if the authors are proposing
17 sexual contact as a possible means for
18 transporting the asbestos fibers into -- into the
19 ovaries, would -- wouldn't you assume that that
20 would be via a vaginal route?
21   A      Yeah, I wouldn't assume that. I think
22 one of the challenges here is that there are more
23 differences between a wife and a daughter than
24 just sexual activity. Wives may be in close

Michael Birrer, M.D., Ph.D.

Page 270

1    contact with their husband in terms of --
2    Q      But that's not the question I'm asking.
3          I'm saying if sexual contact is a
4    transporting vector, wouldn't you assume that
5    that would be through a vaginal route, not
6    inhalation or some other way?
7    MS. CURRY:
8          Object to the form.
9    A      If -- if sexual activity was the
10   mechanism of transport, is that what you're
11   saying?
12   MS. THOMPSON:
13   Q      Right.
14   A      Yeah.
15         It's kind of a non sequitur.  I mean,
16   you're making the assumption sexual contact, and
17   then you're asking, well, if that's it -- if
18   that's the mode of transmission, is that the mode
19   of transmission.  Well, then, you've already
20   assumed it, so -- so I could --
21   Q      Okay.  I just wanted to make sure
22   you're assuming it because the authors don't
23   specifically say, you know, the -- the asbestos
24   comes from a perineal exposure --

Page 271

1    A      Well, they're making -- yeah.  They're
2    making that distinction between a daughter and --
3    Q      Yeah, they are.  I just wanted to make
4    sure we are understanding that.
5          And in the conclusions, "In our study,
6    the women with a positive exposure history had
7    asbestos detected in their ovaries more
8    frequently and in higher counts."
9          If that did indeed happen, that would
10   argue against any kind of laboratory
11   contamination, wouldn't it?
12   MS. CURRY:
13         Object to the form.
14   A      I'm just checking the numbers.  I'm
15   sorry.
16         9 of 13 household, 6 of 17 and about
17   one out of -- one out of 17.
18         So, you know, I think -- I think it's
19   fair to say that laboratory contamination should
20   be more equal in all groups.  It doesn't
21   completely eliminate it, but...
22   MS. THOMPSON:
23   Q      And these were exposed through
24   household contact, not occupational exposure.

Page 272

1    Correct?
2    A      So it's household contact with men who
3    had fairly high exposure.  So I think you can
4    probably assume it was a substantial amount of
5    exposure.
6    Q      What's your basis for assuming that
7    it's a substantial amount of exposure?
8    A      Well, these men, if they're working in
9    the asbestos area, are going to be covered with
10   it.  That's been shown, which is unfortunate,
11   but, yeah.
12   Q      Can you point me to any study that
13   compares how much exposure there would be in a
14   talc mine versus a woman using talcum powder on
15   her perineum daily or twice daily for -- for
16   decades?
17   MS. CURRY:
18         Object to the form.
19   A      Well, this is not talc.  This is not
20   talc; this is asbestos.
21   MS. THOMPSON:
22   Q      I know.  That's a separate question.
23   It's not in the article.
24   A      Okay.  Can you ask that again?

Page 273

1    Q      Can you point me to any study that
2    compares how much exposure there would be in a
3    talc mine versus a woman using talcum powder on
4    her perineum daily or twice daily for decades?
5    MS. CURRY:
6          Object to the form.
7    A      Yeah.  I don't think that's been asked
8    and qualified.  So it's difficult.
9    MS. THOMPSON:
10   Q      Is the fact that asbestos causes
11   pleural and peritoneal mesothelioma relevant to
12   whether or not talcum powder can cause ovarian
13   cancer?
14   MS. CURRY:
15         Object to the form.
16   A      Not to the data that I -- and the
17   studies that I reviewed.
18   MS. THOMPSON:
19   Q      And I don't think this was clear to me
20   this morning.
21         How does asbestos get to the
22   peritoneum, in your opinion?
23   MS. CURRY:
24         Object to the form.

69 (Pages 270 to 273)

Michael Birrer, M.D., Ph.D.

Page 274

1  MS. THOMPSON:
2  Q    Or do you not know?
3  A    Well, I -- I summarized my
4  understanding as not being necessarily an
5  asbestos expert, but my clinical experience,
6  which is asbestos, obviously, is a risk factor
7  for mesothelioma and for lung cancer.  If it's
8  inhaled, then it's -- it's transiting to the
9  pleural cavity, which is where, then, it's
10  inducing mesothelioma.
11        And then there are peritoneal
12  mesotheliomas.  And I don't honestly think we
13  know precisely how it gets there.  There is --
14  there is some evidence that pleural activities
15  can communicate with peritoneal activities.  And
16  the example I'd give you on that is if one has
17  malignant ascites, fluid in the peritoneal
18  cavity, it frequently ends up in the pleural
19  cavities.
20        So -- so -- but you've got diaphragm
21  there with parietal pleura covering it.  So
22  exactly how that happens, I don't know.
23  Q    Is migration or transport through the
24  genital tract of asbestos a plausible mechanism

Page 275

1  for asbestos getting into the peritoneal cavity?
2  MS. CURRY:
3        Object to the form.
4  A    Yeah, I don't -- I don't know the
5  answer to that.  The increased incidence of
6  ovarian cancer in asbestos-exposed women, I mean,
7  I think it's -- it's agreed upon that those women
8  had massive exposures.  So --
9  MS. THOMPSON:
10  Q    What -- what's your basis for saying
11  those women had massive exposures?
12  A    Well, my impression is that in gas mask
13  manufacturing --
14        And, of course, this is in the second
15  world war.
16        -- there wasn't really an appreciation
17  how bad asbestos is.  And, so, they got exposed
18  to certainly levels that, you know, average
19  people would not.  And even -- even in towns that
20  had cement factories and issues like that, those
21  studies were really not all that positive.  But
22  the gas masks are.
23  Q    Is it your opinion that the studies
24  that link asbestos with ovarian cancer are all in

Page 276

1  women who are massively exposed?
2  A    I think that's the epidemiologic data
3  I'm aware of.
4  Q    You're not aware of the epidemiology
5  that includes household or domestic exposure?
6  MS. CURRY:
7        Object to the form.
8  A    Secondary exposures?
9  MS. THOMPSON:
10  Q    Correct.
11  A    Yeah.  Yeah.  I know that.  I know that
12  a little bit less than the initial occupational
13  exposure.  Most -- most of that came from the
14  Army.
15  Q    And you'll agree that you don't have
16  any literature that compares what that exposure
17  would be compared to an exposure with someone
18  using talcum powder on their genitals for --
19  A    I agree.
20  Q    -- for an extended period of time?
21  A    Yes.
22  Q    So I want to understand.  You don't
23  know whether asbestos fibers can migrate or be
24  transported up the genital tract, but you're

Page 277

1  confident that talc cannot.  Is that right?
2  MS. CURRY:
3        Object to the form.
4  A    Well, that's part of the reason I don't
5  think asbestos -- we can't say that.  If I
6  remember, the question was can -- can the genital
7  tract be an explanation for the asbestos fibers.
8  In my opinion, no, we don't know that.  And the
9  data we have from talc suggests, no, that doesn't
10  happen.
11  MS. THOMPSON:
12  Q    Still not clear.
13        So asbestos, you don't know; but talc,
14  you know it doesn't.  Is that right?
15  MS. CURRY:
16        Object to the form.
17  A    Well, I would say, you know, if you --
18  if you want to pursue that, then I would say,
19  based upon the talc data, which has actually been
20  examined, that it's unlikely that asbestos is
21  going up through the genital tract.
22  MS. THOMPSON:
23  Q    So, in your opinion, that is not a
24  plausible mechanism for asbestos reaching the

Michael Birrer, M.D., Ph.D.

Page 278

1  ovaries?
2  A     Correct.
3  Q     And what is your explanation for
4  household members of asbestos working -- workers
5  having an increased risk of ovarian cancer and
6  mesothelioma?
7  MS. CURRY:
8         Object to the form.
9  A     Well, again, not being an asbestos
10  expert, but I would assume this is inhalation,
11  much like other exposures to asbestos, and then
12  absorption through the lung parenchyma and
13  ultimately through this pleural perineal process.
14  MS. THOMPSON:
15  Q     But it's your opinion that the transfer
16  or migration of the fibers through coitus is not
17  plausible?
18  MS. CURRY:
19         Object to the form.
20  A     I don't know the data for that.
21  MS. THOMPSON:
22  Q     Well, you don't know data for the other
23  routes either, do you?
24  MS. CURRY:

Page 279

1         Object to the form.
2  A     Well, there's a lot of literature for,
3  you know, shipyard builders where they got
4  exposed to asbestos. They get both pleural and
5  perineal mesothelioma.
6  MS. THOMPSON:
7  Q     We're talking about household exposure.
8  A     But again, that's data to tell us,
9  under the extreme conditions, where and how that
10  might migrate.
11  Q     Well, but you don't believe Heller, who
12  proposed that sexual transmission was a plausible
13  route for -- for the asbestos fibers in contacts
14  to have a higher incidence of ovarian cancer in
15  perineal mesothelioma; right?
16  MS. CURRY:
17         Object to the form.
18  A     Well, they didn't say that. They
19  didn't say that. They said it's possible.
20  MS. THOMPSON:
21  Q     Okay.
22  A     They're proposing a hypothesis and I
23  said, well, show me the data.
24  Q     Okay. Well, it seems like you need a

Page 280

1  lot more data for -- if it's something to do with
2  genital transport than you do for other -- other
3  methods, but --
4  A     Well, I am a scientist.
5  MS. CURRY:
6         Object to the form.
7  MS. THOMPSON:
8  Q     Well, it's selective science.
9  MS. CURRY:
10         Object to the form and argumentative.
11  MS. THOMPSON:
12  Q     If you are advising a patient, could
13  you reassure her that talcum powder containing
14  asbestos is safe to use on the perineum?
15  A     It's -- it's an irrelevant issue.
16  Q     Okay. Patient says, Dr. Birrer, is it
17  safe for me to continue using baby powder on the
18  per -- on my perineum. And your answer would
19  be?
20  A     Yes.
21  Q     And if -- assuming that baby powder
22  is -- is shown to contain asbestos, would your
23  advice be the same?
24  MS. CURRY:

Page 281

1         Object to the form.
2  MS. THOMPSON:
3  Q     Would your answer be the same?
4  A     So this is a hypothetical?
5  Q     Yeah.
6  A     Powder is the -- is -- is then
7  determined to have asbestos?
8  Q     Correct.
9  A     Again, so is the question am I
10  recommending a patient use asbestos?
11  Q     Yeah. That's the question.
12  A     Yeah. No, I wouldn't do that.
13  Q     Did you read Dr. Longo's report?
14  A     You know, that came up.
15         Can you -- do you have a copy of it to
16  refresh my memory?
17  Q     I do.
18         (DEPOSITION EXHIBIT NUMBER 22 WAS
19         MARKED FOR IDENTIFICATION.)
20  MS. THOMPSON:
21  Q     I'm gonna mark -- Exhibit 22 is
22  Dr. Longo's report in the MDL.
23         Exhibit 23 is Dr. Longo's supplemental
24  report in the MDL.

71 (Pages 278 to 281)

Michael Birrer, M.D., Ph.D.

Page 282

1              (DEPOSITION EXHIBIT NUMBER 23 WAS
2              MARKED FOR IDENTIFICATION.)
3   MS. THOMPSON:
4   Q     Do you remember seeing these reports?
5   MS. CURRY:
6         Do you have an extra copy?
7   MS. THOMPSON:
8         I do.
9   MS. CURRY:
10        Thank you.
11  A     It's not on my list.
12  MS. THOMPSON:
13  Q     Did you ask to see any testing on
14  Johnson's baby powder to see if it contained
15  asbestos?
16  A     No, I did not.  I think I came across
17  this, actually, previously, but not in this one.
18  Q     And understanding that you're -- well,
19  I assume that you're not an expert in asbestos
20  testing; right?
21  A     Correct.
22  Q     Assuming that -- and if you want to
23  read the report, we can go off the record.
24        But assuming that Dr. Longo found

Page 283

1   between 60 and 70 percent of bottles, historical
2   samples provided by Johnson & Johnson over
3   decades to contain asbestos, would that impact
4   how you would advise a patient who says,
5   Dr. Birrer, is it safe for me to use Johnson's
6   baby powder on my perineum?
7   MS. CURRY:
8         Object to the form.
9   A     So, again, this -- this gets to the
10  point of having reviewed all the literature in
11  terms of the product, Shower to Shower,
12  Johnson & Johnson's baby powder, as increasing
13  the risk for ovarian cancer showing biological
14  plausibility.
15        Careful review of that literature has
16  shown nothing.  So whether there's asbestos in
17  there or not, I don't know.
18  MS. THOMPSON:
19  Q     Would -- would it give you pause?
20  MS. CURRY:
21        Object to the form.
22  A     Pause.  I don't know what pause is.
23  MS. THOMPSON:
24  Q     Would you have some concern about

Page 284

1   telling a patient it was safe to use baby powder
2   on her genitals if it contained -- if two-thirds
3   of the bottles contained asbestos?
4   MS. CURRY:
5         Object to the form.
6   A     You know, again, I'm gonna emphasize
7   this.  My review of the data suggests that --
8   that those products are not a risk for ovarian
9   cancer.
10  MS. THOMPSON:
11  Q     I -- I'm clear --
12  A     Regardless of what the hypothetical is.
13  Q     I'm clear on that.
14  A     Okay.
15  Q     But -- but this is not really even a
16  hypothetical.  This is testing that has shown
17  two-thirds of the baby powder samples contain
18  asbestos.
19        Do -- would you still feel good about
20  advising a patient that it's safe?
21  MS. CURRY:
22        Object to the form.
23  A     I would -- I would tell them that based
24  on my review of the literature, extensive review

Page 285

1   of the literature, it is a safe product.
2   MS. THOMPSON:
3   Q     And what if they said, Dr. Birrer, is
4   that true even if it does contain asbestos?
5   MS. CURRY:
6         Object to the form.
7   MS. THOMPSON:
8   Q     Would your answer be the same?
9   A     I would -- I would -- you know, I would
10  say, again, it doesn't matter if that's the way
11  the product was used.  And it was careful
12  studies.
13  Q     Have you seen any studies from
14  Johnson & Johnson regarding their asbestos
15  testing?
16  A     I haven't seen that.
17  Q     Were you shown any testing results from
18  Johnson & Johnson?
19  A     No.
20  Q     Were you shown any testing results from
21  defense experts as to whether baby powder
22  contained asbestos?
23  MS. CURRY:
24        Object to the form.

72 (Pages 282 to 285)

Michael Birrer, M.D., Ph.D.

Page 286

1    A    Not that I recall, although, as I said
2  before, in the expert witness reports, the ones
3  that involved minerals in asbestos, I went
4  through them fairly rapidly.
5    MS. THOMPSON:
6    Q    Do you know if any defense experts even
7  performed any testing as to whether there was
8  asbestos in baby powder?
9    A    No.
10   Q    Do you know -- did you see that
11 Dr. Longo also tested for talc fibers, so-called
12 fibrous talc?
13   MS. CURRY:
14       Object to the form.
15   A    Fibrous talc.  I can't quote you that,
16 but I'll rely on you.
17   MS. THOMPSON:
18   Q    Dr. Longo found -- and, you know, feel
19 free to look to that summary -- virtually every
20 Johnson's baby powder and Shower to Shower sample
21 provided from historical samples contained talc
22 fibers.  The same answer as to asbestos; it
23 doesn't matter?
24   MS. CURRY:

Page 287

1       Object to the form.
2    A    There again, these products that he's
3  analyzing have been used for years.  We have the
4  epi data.  It's unconvincing.  We've got the
5  biologic data.  It's definitely unconvincing.
6  The inflammatory theory is inconsistent.  So to
7  say anything other than that this is a safe
8  product, I think, is inappropriate.
9    MS. THOMPSON:
10   Q    Are -- are you aware of news reports
11 over the past two or three months of the presence
12 of asbestos in baby powder and
13 Johnson & Johnson's knowledge of the asbestos in
14 baby powder?
15   MS. CURRY:
16       Object to the form.
17   A    I'm not.
18       (DEPOSITION EXHIBIT NUMBER 24
19       WAS MARKED FOR IDENTIFICATION.)
20   MS. THOMPSON:
21   Q    You haven't seen any news reports about
22 asbestos in baby powder?
23   MS. CURRY:
24       Object to the form.

Page 288

1    A    No, I didn't.  I see the litigation ad.
2  MS. THOMPSON:
3    Q    Okay.  I'm gonna give you -- I'm gonna
4  mark as Exhibit 24 a report -- call it an article
5  because it's titled "News" -- from BMJ.  And
6  what's BMJ?
7    A    I don't know.  I was gonna ask you.
8    Q    Oh.  British Medical Journal.  You've
9  heard of the British Medical Journal?
10   A    Yes.  I thought it was Birmingham.
11   Q    I -- that was another trick question.
12 I said it was a news report from a medical
13 journal.
14       And you can take a minute to look
15 through that --
16   A    Please.
17   Q    -- since you haven't seen the news
18 reports.
19       So you'll, I think, agree with me that
20 the editors didn't come to any conclusions as to
21 whether or not baby powder caused ovarian cancer;
22 right?
23   A    Correct.
24   Q    But they -- the editors of the journal

Page 289

1  at least thought it important to -- to report the
2  claims that baby powder may contain asbestos;
3  correct?
4    MS. CURRY:
5        Object to the form.
6    A    I think they thought this would be of
7  interest to the readership.
8    MS. THOMPSON:
9    Q    Agreed.
10       And you don't think the editors would
11 have published this news report if it wasn't
12 based on what they considered credible evidence,
13 would you?
14   MS. CURRY:
15       Object to the form.
16   A    I would -- I would not agree with that
17 statement.  I think they would -- they might not
18 agree with any of this or the role of talcum
19 powder or asbestos, but -- but they felt their
20 readership would be interested in this.
21   MS. THOMPSON:
22   Q    So BMJ has become the National Enquirer
23 of medical journals now?
24   MS. CURRY:

73 (Pages 286 to 289)

Page 290

```
 1          Object to the form.
 2     A    Medical journals are not above some
 3 editorial latitude.
 4 MS. THOMPSON:
 5     Q    And why would the readers be
 6 interested?
 7 MS. CURRY:
 8          Object to the form.
 9     A    Well, I think there -- there is major
10 litigation involved.  There are a number of court
11 cases.  The FDA has weighed in a little bit.  And
12 then there are, quote, internal documents.  All
13 of that is, for lack of a better word, you know,
14 scientists are looking for things to excite their
15 lives, so this is entertainment.
16 MS. THOMPSON:
17     Q    Might it be that BMJ thought their
18 doctors would want to tell patients about this
19 information?
20 MS. CURRY:
21          Object to the form.
22 MR. MIZGALA:
23          So now you're --
24 MS. THOMPSON:
```

Page 291

```
 1     Q    Just a hunch.  Just a hunch.
 2 MR. MIZGALA:
 3          Now you're asking him to speculate.
 4 You've been doing this the whole deposition.
 5 MS. GARBER:
 6          I don't think we're doing speaking
 7 objections.  So the objection is to form.
 8 MR. MIZGALA:
 9          Yeah.  But she's gone to task for
10 speculating earlier, and she's doing the same
11 thing.
12 MS. GARBER:
13          Okay.  The objection is to form.  You
14 know that.  Let's follow the rules.
15     A    Say again.
16 MS. THOMPSON:
17     Q    You're a physician that reads journals.
18     A    Uh-huh.
19     Q    As a physician, let's -- we're going to
20 take a hypothetical that you're not involved in
21 talcum powder litigation.  Okay?
22     A    Uh-huh.
23     Q    And you haven't done this thorough
24 review that you have done to come to your
```

Page 292

```
 1 conclusions.  You're a physician and you see this
 2 article.  Might it be something that you would be
 3 interested in so you could advise your patients
 4 accordingly?
 5 MS. CURRY:
 6          Object to the form.
 7     A    Definitely not.
 8 MS. THOMPSON:
 9     Q    And you would not give a medical
10 journal any credit that doctors might want to
11 advise their patients that baby powder contains
12 asbestos?
13 MS. CURRY:
14          Object to the form.
15     A    I think they do a reasonable job of
16 simply reporting what is happening.  And they
17 talk about -- they talk about internal documents.
18 Those are essentially impossible to assess.  They
19 talk about the New York Times.  Not a scientific
20 organization.  There is some hearsay from the
21 FDA.  And then they -- they out line the court
22 case.  I wouldn't -- I would not take this and
23 translate it into some recommendation for a
24 patient.
```

Page 293

```
 1 MS. THOMPSON:
 2     Q    So it wouldn't be any different from
 3 reading a story about the Kardashians in BMJ?
 4 MS. CURRY:
 5          Object to the form.
 6 MS. THOMPSON:
 7     Q    Is that what you're saying?
 8     A    You want an answer to that?
 9     Q    Sure.  It was a question.
10     A    Yeah, it's different.
11     Q    Okay.  Thanks.
12     A    It's about talc.
13     Q    Are you aware that concerns have been
14 raised about the safety of pleurodesis?
15 MS. CURRY:
16          Object to the form.
17     A    So, actually, my understanding of
18 pleurodesis, at least in the relationship of talc
19 in ovarian cancer, there's essentially no
20 evidence linking the two.  But let me -- let me
21 see what you're referring to.
22 MS. THOMPSON:
23     Q    Well, I was just -- let me ask
24 questions first.
```

Michael Birrer, M.D., Ph.D.

Page 294

1  A     Uh-huh.
2  Q     And that was:  Are you aware that
3  concerns have been raised about the safety of
4  pleurodesis?
5  MS. CURRY:
6       Object to the form.
7  A     No.
8  MS. THOMPSON:
9  Q     And have you been -- are you aware --
10  no, you're not aware of any concerns at all.
11       Let me go ahead and give you Exhibit
12  25.
13       (DEPOSITION EXHIBIT NUMBER 25
14       WAS MARKED FOR IDENTIFICATION.)
15  MS. THOMPSON:
16  Q     And this is a letter to the editor.
17  I --
18  A     Uh-huh.
19  Q     -- I understand that.  It's not a
20  formal study, per se.
21  MS. CURRY:
22       Do you have an extra copy?
23  MS. THOMPSON:
24       Yeah, I do.

Page 295

1  Q     Do you know Dr. -- I think it's Ghio.
2  I don't know how it's pronounced.  Do you know
3  Ghio and Dr. Roggli?
4  A     I don't know either of them.
5  Q     And I'll let you read through this.
6  Let's just read that -- I'm gonna read the last
7  paragraph and get your thoughts.
8  A     Okay.
9  Q     "The assertion that contemporary
10  purified preparations of talc do not contain
11  asbestos, therefore eliminating a risk of
12  mesothelioma, should be closely examined prior to
13  its acceptance for clinical application.  The
14  methodology used to confirm the lack of
15  asbestiform materials in a finished product,
16  (i.e., X-ray diffraction, optical microscopy, and
17  electron microcopy techniques) and its
18  sensitivity must be provided.  Even if the
19  product is "asbestos-free," the mechanism of
20  cancer induction by asbestos (i.e.,
21  metal-catalyzed radical generation) is similarly
22  pertinent to talc and the occurrence of fibrous
23  forms of the sheet silicate itself raises issues
24  about clearance and long-term safety.  Simply

Page 296

1  stating that talc is asbestos-free should not
2  release us from a responsibility to the patient,
3  especially when safe alternatives are available."
4       And the picture is of a talc fiber
5  found in a pleurodesis talc.
6       Does that cause you any concern?
7  MS. CURRY:
8       Object to the form.
9  A     It doesn't.  To be fair, the entire --
10  my -- my impression is, although I don't do -- I
11  do pleurodesis for cancer patients, in which
12  case, unfortunately, longevity makes this whole
13  issue moot.  But we've moved away from talc for
14  other reasons.  It's painful.  It doesn't work
15  all the time.  We have better agents.  So that
16  kind of makes this moot.
17       But, you know, again I think you
18  pointed out appropriately.  It's -- they're
19  entitled to their opinions.  It's a single
20  article -- it's a single letter, and the studies
21  addressing this are very limited.  So I think --
22  I think they're -- making fairly bold statements
23  on not a lot of data.
24  MS. THOMPSON:

Page 297

1  Q     But you'll agree that this was out of
2  the context of any litigation about baby powder;
3  correct?
4  MS. CURRY:
5       Object to the form.
6  A     I would agree on that.
7  MS. THOMPSON:
8  Q     What's your understanding of the
9  mechanism by which asbestos causes cancer?
10  MS. CURRY:
11       Object to the form.
12  A     Again, I'm not necessarily an expert on
13  this.  The association and the risk factor's very
14  clear.  I think the present theory -- and I would
15  put it as a theory -- is this is a substance that
16  essentially doesn't dissolve, stays there, or at
17  least is very long-lasting, and then, under those
18  circumstances, causes effectively the
19  transformation of cells that it is in close
20  contact with.  And that's -- it includes, of
21  course, lung cancer per se, but also mesothelioma
22  where these particles will sort of stay in the
23  pleural cavity.
24  MS. THOMPSON:

Michael Birrer, M.D., Ph.D.

Page 298

1    Q      Is there anything in that description
2    that you gave that would be different for talc?
3    MS. CURRY:
4           Object to the form.
5    A      Well --
6    MS. THOMPSON:
7    Q      And we're speaking in general terms.
8    MS. CURRY:
9           Object to the form.
10   A      Talc doesn't do this; right?
11   MS. THOMPSON:
12   Q      Well, no.  Let's go back.
13          You would agree that talc essentially
14   doesn't dissolve also; correct?
15   MS. CURRY:
16          Object to the form.
17   A      It's a mineral.
18   MS. THOMPSON:
19   Q      And it stays there; correct?
20   MS. CURRY:
21          Object to the form.
22   A      Well, I don't know if it stays there as
23   long as asbestos.  You know, if you look at the
24   pleurodesis patients, there's really essentially

Page 299

1    no increase in ovarian cancer.
2    MS. THOMPSON:
3    Q      Well, you've already told us that
4    pleurodesis patients have typically a life
5    expectancy of months, not years.
6    MS. CURRY:
7           Object to the form.
8    A      I said in the ones I treat.  But in
9    chronic heart failure, those patients have been
10   followed up to 40 years.
11   MS. THOMPSON:
12   Q      I would like to see that study, but
13   we'll do that another day.  How's that?
14   A      I don't know if I'd like another day.
15   Q      Let's say -- or -- your next comment,
16   or at least it's very long-lasting.  You would
17   agree that -- with that for talc; right?
18   A      Uh-huh.  Uh-huh.
19   Q      And, then, for asbestos, you say it
20   causes effectively the transformation of cells
21   that it's in close contact with.  But you don't
22   believe that happens for talc; correct?
23   A      Well, again, this may reflect my --
24   somewhat my ignorance about asbestos per se,

Page 300

1    because I wasn't asked to review that, and -- and
2    my experience is in lung cancer.
3           That process, I think, is still -- is
4    still questionable.  And -- and because of that,
5    that -- that process may be specifically
6    associated with asbestos.  So to extrapolate that
7    to some other molecule that, oh, by the way, it
8    hangs around for a while, is not acceptable.
9    Q      So I understand that you apparently
10   were not asked to consider asbestos.  You're a
11   scientist; right?
12   A      Yes.
13   Q      Did you not have any curiosity about
14   what effects the presence of asbestos in baby
15   powder would have?
16   MS. CURRY:
17          Object to the form.
18   A      To be honest, that wasn't the way I
19   approached it.  I approached it by looking
20   specifically from the talc standpoint.
21   MS. THOMPSON:
22   Q      Okay.
23   A      And -- and the studies and then looking
24   at that objectively.  And, again, we get back to

Page 301

1    this issue of really looking at epidemiologic
2    studies, just use powder, and then some of the
3    studies biologically used it -- use those -- used
4    those products.  It -- you know, if there are --
5    if there are substance X, Y, Z, A, B, and C that
6    are in there that are causing a problem and
7    carcinogenic, it would have shown up in the
8    studies.
9    Q      Do you know that initially in the
10   studies, asbestos, no one could prove that
11   asbestos was carcinogenic?
12   MS. CURRY:
13          Object to the form.
14   A      Well, no one could prove smoking was
15   carcinogenic either.  It takes time.
16   MS. THOMPSON:
17   Q      Well, there' s two examples then.
18          (DEPOSITION EXHIBIT NUMBER 26
19          WAS MARKED FOR IDENTIFICATION.)
20   MS. THOMPSON:
21   Q      I'm going to show you Exhibit 26, a
22   paper by Dr. Mossman.  Do you know Mossman?
23   A      I do know Dr. Mossman.  Not personally.
24   Q      You know her by reputation?

76 (Pages 298 to 301)

Michael Birrer, M.D., Ph.D.

Page 302

1    A      I think we shared classmates about 20
2    years ago.
3    Q      I -- I won't -- I won't go any further
4    with that one.
5          The title of this study is "Mechanistic
6    in vitro studies:  What they have told us about
7    carcinogenic properties of elongated mineral
8    particles."
9          I think we've already established that
10   that's not a term that you're particularly
11   familiar with.  But go ahead and take a minute to
12   look at --
13   A      26?
14   Q      -- that paper.
15         And I'm going to just read from the
16   abstract.  "In vitro studies using target and
17   effector cells of mineral-induced cancers have
18   been critical in determining the mechanisms of
19   pathogenesis as well as the properties" --
20   A      Where are you?
21   Q      The first sentence of the paper, in the
22   abstract.
23   A      Oh, okay.  Thank you.
24   Q      "In vitro studies" -- we'll start over.

Page 303

1          "In vitro studies using target and
2    effector cells of mineral-induced cancers have
3    been critical in determining the mechanisms of
4    pathogenesis as well as the properties of
5    elongated mineral particles, EMPs, important in
6    eliciting these responses."
7          Dr. Mossman is reporting that in vitro
8    studies have been helpful in -- in determining
9    this mechanism; right?
10   MS. CURRY:
11         Object to the form.
12   A      Yeah, I think that's what she's saying.
13   Yes.
14   MS. THOMPSON:
15   Q      Next sentence, "Historically, in vitro
16   models of mutagenesis and immortalized cell lines
17   were first used to test the theory that EMPs were
18   mutagenic to cells, and genotoxity, as defined
19   as damage to DNA, often culminating in cell
20   death, was observed in a dose-dependent fashion
21   as responses of many cell types to a number of
22   EMPs."
23         Does that sound reasonable?
24   MS. CURRY:

Page 304

1          Object to the form.
2    MS. THOMPSON:
3    Q      That in vitro studies could be used to
4    test that mechanism in EMPs?
5    A      And she's --
6    MS. CURRY:
7          Object to the form.
8    A      -- she's well respected in this area.
9    MS. THOMPSON:
10   Q      We're going to get to Saed's, Dr.
11   Saed's work in a minute.
12   A      Okay.
13   Q      But wouldn't you agree that that's what
14   Dr. Saed started testing in his in vitro studies?
15   MS. CURRY:
16         Object to the form.
17   A      I think the expert report and the paper
18   that I read is within this spectrum.
19   MS. THOMPSON:
20   Q      And, just moving down a little bit,
21   maybe two-thirds of the way down, "Comparative
22   studies using chemical carcinogens showed that
23   chemical agents interacted directly with DNA;
24   whereas, long EMPs appeared to be promoters of

Page 305

1    cancer via a number of mechanisms, such as
2    inflammation, generation of oxidants and
3    instigation of cell division.
4          "The multitude of these signaling
5    cascades and epigenetic mechanisms of both lung
6    cancers and mesotheliomas have been most recently
7    studied in normal or telomerase immortalized
8    human cells."
9          I believe she's saying -- and I'll ask
10   you if it's correct -- that particles,
11   particularly the elongated particles or fibers,
12   have a different mechanism than what is usually
13   thought of with chemical carcinogens.
14   MS. CURRY:
15         Object to the form.
16   MS. THOMPSON:
17   Q      Is that a --
18   A      I think that's --
19   Q      -- reasonable interpretation?
20   A      You know, again, we've been down this
21   road a little bit.  This is a review article, so
22   she's kind of looking at it globally.  But I
23   think that what you describe is one of the, sort
24   of, take-home messages she's implying.

Michael Birrer, M.D., Ph.D.

Page 306

1    Q       Thank you.  I'm honored --
2    A       Okay.  We're done?
3    Q       -- to have kind of gotten it right.
4    A       We're done?
5    Q       No.
6    A       No?
7    Q       But I'm gonna shave 10 minutes off for
8    that compliment.
9            And in the paragraph 2, "General
10   Concepts of Cancer Development," first
11   paragraph --
12   MS. CURRY:
13           I'm sorry.  The realtime is not --
14           (Off the record.)
15   A       I wouldn't -- we -- can we sort of edge
16   towards a break at some point?
17   MS. THOMPSON:
18   Q       Yeah.  Let's just go ahead and just
19   finish -- almost finished, and then we'll come
20   back.  That's a good -- good spot.
21           (Technical difficulties with realtime.)
22   MS. THOMPSON:
23   Q       Are we okay going forward for a couple
24   questions without the realtime?

Page 307

1    A       Yes.
2    Q       So in number 2, "General Concepts of
3    Cancer Development."
4    A       Uh-huh.
5    Q       "The development and use of in vitro
6    models over time has corresponded with the
7    evolution of research and knowledge on cancer
8    etiology in humans."
9            Would you agree with that statement?
10   A       I think so, yes.
11   Q       Next sentence, "While some scientists
12   have suggested that the relative contributions of
13   DNA replications and mutations are overwhelming
14   drivers of cancer risk, others argue that
15   experimental and evolutionary data point to
16   tissue microenvironment and epigenetic changes as
17   being key to tumorigenesis."
18           Would you agree with that statement?
19   MS. CURRY:
20           Object to the form.
21   A       I think it's a quantitative issue.  So
22   in some tumors, mutagenesis takes prominence; in
23   others, the microenvironment is important.  And
24   it's a spectrum.

Page 308

1    MS. THOMPSON:
2    Q       Would you agree that some scientists
3    tend to like one explanation or the other, and
4    the other scientists liking a different
5    explanation more than the first one?
6    MS. CURRY:
7            Object to the form.
8    A       I think that -- I think if you look at
9    the investigators in this field, they'll come at
10   it, as their expertise, from one direction or the
11   other.
12           But, you know -- you know, Brook is
13   somebody who sees the big picture.  I'd like to
14   think I do, too.  So there's some of us who look
15   at the whole thing.
16   MS. THOMPSON:
17   Q       Okay.  That's a good explanation.
18           But there are scientists doing credible
19   work that are kind of in both camps?
20   MS. CURRY:
21           Object to the form.
22   A       I think that's fair.
23   MS. THOMPSON:
24   Q       And then I'm going to that next page.

Page 309

1    I just have, I think, one more passage I'd like
2    to read from this paper and get -- get your
3    thoughts.
4            The first full paragraph on the second
5    page of the article, page 63, "The modern day
6    definition of epigenetic mechanisms has evolved
7    over time to encompass the fact that alterations
8    in the primary structure of DNA do not underlie
9    most changes in the development of tumors.
10   Accordingly, an epigenetic trait can be a stable
11   inheritable phenotype resulting from changes in a
12   chromosome without alteration in the DNA
13   sequence."
14           Do you agree with that statement?
15   MS. CURRY:
16           Object to the form.
17   A       It strikes me as a little overstated,
18   particularly the first part, "...epigenetic
19   mechanism evolved over time to encompass the fact
20   that alterations in the primary structure do not
21   underline most changes."  That, I -- I'm not sure
22   where that's coming from.
23           Now, it may be in a single tumor,
24   epigenetic is more important than mutation; but

Michael Birrer, M.D., Ph.D.

Page 310

1    in others, a mutation would be more important.
2            Again, when we treat patients, as you
3    know, we're sequencing everything, and that's not
4    looking at epigenetics. It's looking at
5    mutations. Tumors are riddled with these things.
6    In fact, the problem that we face is what's the
7    driver versus the passenger.
8    MS. THOMPSON:
9        Q    So in a particular tumor, either
10   mechanism -- well, it could be either mechanism
11   or both in various amount of contribution. Is
12   that a fair statement?
13   MS. CURRY:
14           Object to the form.
15       A    I think it's a fair statement.
16   MS. THOMPSON:
17           Let's take a break.
18   VIDEOGRAPHER:
19           Off the record at 3:26 p.m.
20           (OFF THE RECORD.)
21   VIDEOGRAPHER:
22           We're back on the record at 3:45 p.m.
23   MS. THOMPSON:
24       Q    Dr. Birrer, let's talk about Dr. Saed

Page 311

1    and his research. Okay?
2        A    Okay.
3        Q    Did you look at Dr. Saed's CV?
4        A    I did.
5        Q    I'll go ahead and mark that as exhibit
6    27.
7            (DEPOSITION EXHIBIT NUMBER 27 WAS
8            MARKED FOR IDENTIFICATION.)
9        A    Thank you.
10   MS. THOMPSON:
11       Q    And looking at his CV, would you agree
12   that the focus of his lab has been the study of
13   oxidative stress and its biological effects?
14   MS. CURRY:
15           Object to the form.
16       A    Let me refresh my -- refresh my memory
17   on this a little bit.
18           So I think, you know, looking at, if I
19   recall correctly -- I would say that he -- one of
20   his -- one of the components of what he looks at
21   is oxidative stress. If you look at his career,
22   he's been fairly broadly over a broad number of
23   topics. He's looked at, like, gene amplification
24   in certain tumors, mostly in GYN, I might add.

Page 312

1    So -- and then he did a fair amount of work on
2    adhesion, pure adhesion.
3    MS. THOMPSON:
4        Q    And his adhesion work involved
5    oxidative stress in adhesions, didn't it?
6        A    I think he would argue that. I
7    didn't -- it wasn't clear to me from my
8    perspective. But that's a component of what he
9    looked at. The unifying factor for me is that
10   it's gynecologic.
11       Q    Okay.
12       A    Okay.
13       Q    And he has 234 peer-reviewed
14   publications; correct? Oh, no. Take that back.
15       A    136, isn't it?
16       Q    136. I was looking --
17       A    136. Correct.
18       Q    What is oxidative stress?
19       A    Well, that's -- that's a biochemical
20   state, if you will, within -- we -- we consider
21   as biologists within cells. It exists in all
22   cells. And it's a balance between ox- -- you
23   know, oxidizing effects and antioxidants.
24           As a term, oxidative, of course, it's a

Page 313

1    chemistry definition. But this one, I think what
2    he means by oxidative stress is it's -- or what
3    you're implying is it's a biologic process.
4    Okay?
5        Q    And is it fair to say that at least
6    some scientists believe that oxidative stress
7    plays a role in the etiology of many types of
8    cancers?
9    MS. CURRY:
10           Object to the form.
11       A    I think it's safe to say oxidative
12   stress has been investigated and associated with
13   some cancers.
14   MS. THOMPSON:
15       Q    Okay. Do you have an opinion on the
16   role of oxidative stress in the initiation of
17   ovarian cancer?
18       A    I think that's unresolved at this
19   point. Most of the data that I know of for
20   oxidative stress, a lot of the data is in ovarian
21   tumors. They're already established.
22       Q    Are -- would you say there are
23   scientists on both sides of that issue?
24   MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 314

1          Object to the form.
2     A     Would you define that, please?
3     MS. THOMPSON:
4     Q     The importance of oxidative stress in
5     the pathogenesis of ovarian cancer.
6     MS. CURRY:
7          Object to the form.
8     A     I think it's an area of active
9     investigation.
10    MS. THOMPSON:
11    Q     Okay. So you would agree that
12    researchers who believe that oxidative stress
13    plays a role in the initiation or progression of
14    ovarian cancer are not unreasonable?
15    MS. CURRY:
16         Object to the form.
17    A     It's a generalization that I can't
18    comment on. Which researchers?
19    MS. THOMPSON:
20    Q     Okay. But they wouldn't automatically
21    be unreasonable?
22    MS. CURRY:
23         Object to the form.
24    A     Because they believe --

Page 315

1     MS. THOMPSON:
2     Q     Because they believe in the importance
3     of oxidative stress.
4     A     I don't think so.
5     Q     They wouldn't automatically be
6     credible -- not credible?
7     MS. CURRY:
8          Object to the form.
9     A     That would depend on the work they've
10    done --
11    MS. THOMPSON:
12    Q     Okay.
13    A     -- in their experiments.
14    Q     All right. And they wouldn't
15    automatically be uninformed. Would you agree
16    with that?
17    MS. CURRY:
18         Object to the form.
19    MS. THOMPSON:
20    Q     It would depend?
21    A     We need to look at their -- their
22    scientific investigation to determine if they're
23    uninformed.
24    Q     Okay.

Page 316

1     A     Yeah.
2     Q     Let's go to your report.
3     A     We're done with the CV?
4     Q     I think so.
5     A     Are you going to the report or the
6     paper?
7     Q     I'm going to your report first.
8     A     Yeah. Okay.
9     Q     And then the report, I'll probably go
10    to the -- this paper next.
11         So in your report, going to page --
12    actually, let's start on page 19.
13    A     Uh-huh.
14    Q     And you have the big heading, Section
15    4 --
16    A     Uh-huh.
17    Q     -- Dr. Saed's Plaintiff-Funded
18    Research.
19         Did you write that heading?
20    A     Yes.
21    Q     What is the basis for calling
22    Dr. Saed's research plaintiff-funded?
23    A     My understanding is after he submitted
24    his -- the preprint said -- revealed,

Page 317

1     essentially, nothing, and then the actual paper,
2     I believe, said that he was -- that he was a
3     consultant and an expert witness.
4     Q     Does that mean to you plaintiff-funded
5     research?
6     A     Well, I mean, that was a separate
7     issue, that there was money actually flowing into
8     his lab.
9     Q     What -- what is your basis for saying
10    there was money flowing into his lab?
11    A     I think that's what we -- I saw in
12    his -- let me see. Hang on -- his deposition.
13    Q     What did his deposition say about that?
14    A     I'd have to refresh my memory. Do you
15    have it?
16    Q     Do you recall that the funding for the
17    research came from his university lab funds and
18    that he was paid for his time as a consultant?
19    Does that sound right?
20    MS. CURRY:
21         Object to the form.
22    A     I think I remember that the exchange
23    was he was saying his departmental monies and
24    then he was asked, okay, where does that come

80 (Pages 314 to 317)

Michael Birrer, M.D., Ph.D.

| Page 318 | Page 320 |
|---|---|

**Page 318**

1  from, and he couldn't answer that and said, well,
2  I don't know.  And the problem is --
3  MS. THOMPSON:
4  Q   That's -- that's just not right.
5  A   Okay.  Can we look at it?
6  Q   And I don't have his deposition here.
7  But to put as your heading "Dr. Saed's
8  Plaintiff-Funded Research" without really knowing
9  the situation is -- doesn't sound like something
10  you would write in a paper.
11  MS. CURRY:
12       Object to the form.
13  A   No.
14  MS. THOMPSON:
15  Q   Does it?
16  A   In a peer-review paper?
17  Q   Right.
18  A   No.  But this is not a peer-review
19  paper.
20  Q   Well, did you not --
21  A   The fact that he has plaintiff-funded
22  research and hasn't really revealed it is a huge
23  issue.
24  Q   What -- what's your basis for saying he

**Page 319**

1  hasn't revealed it?
2  A   It's not on the manuscript.
3  Q   The manuscript that's published?
4  A   Yeah.
5  Q   Well, let's look at the manuscript.
6       So is your criticism that it's not on
7  the manuscript or that it's plaintiff-funded
8  research?
9  MS. CURRY:
10       Object to the form.
11  A   Well, it's two.  Yeah.
12  MS. THOMPSON:
13  Q   Because there's nothing in that heading
14  that says this research -- I just -- I just don't
15  understand the heading "Dr. Saed's
16  Plaintiff-Funded Research."
17  A   So I think there's two components
18  there.  One is I think it is an issue that --
19  that there's dollars flowing to do some of that
20  research.  I think that raises an issue of how
21  objective he is.
22       And then a second issue is at a minimum
23  it should be revealed.
24  Q   Now, this is --

**Page 320**

1  A   Yeah.
2  Q   -- the published manuscript.
3       (DEPOSITION EXHIBIT NUMBER 28
4       WAS MARKED FOR IDENTIFICATION.)
5  MS. THOMPSON:
6  Q   Have you seen that?
7  A   I have seen this, yes.
8  Q   And you're talking about the conflict
9  of interest statement; correct?
10  A   Yes.
11  Q   Doctor -- I'm sorry.  Exhibit 28 is his
12  manuscript.
13       And the declaration of conflicting
14  interests.
15  A   Uh-huh.
16  Q   "Dr. Saed has served as a paid
17  consultant and expert witness in the talcum
18  litigation."
19       Is -- is that a reason to make the
20  heading of your report "Dr. Saed's
21  Plaintiff-Funded Research"?
22  MS. CURRY:
23       Object to the form.
24  A   Well, I think -- so I guess the

**Page 321**

1  question is:  Is this accurate?  This was not on
2  the preprint.  This was not on the --
3  MS. THOMPSON:
4  Q   This is what's published; right?
5  A   That's not a preprint.
6  Q   Do you know what correspondence
7  Dr. Saed -- or what -- what are you speaking of?
8  The submission to --
9  A   The paper was submitted to GYN ONC and
10  rejected, and then the paper was submitted to --
11  this is Reproductive Sciences.  And those --
12  again, do we have a copy of that?  I got the
13  preprint which stated -- which said none of that.
14  Q   Okay.  We'll get to that in a minute.
15  A   This was only put on afterwards.
16  Q   Do you have any -- do you have any
17  knowledge of the conversations that Dr. Saed had
18  with the editors of either journal as to what
19  should go on his conflict of interest statement
20  with the situation that he was in?
21       Do you have any knowledge of that
22  whatsoever?
23  A   Verbal conversations.
24  Q   Written and verbal conversations.

Michael Birrer, M.D., Ph.D.

Page 322

1    A    So verbal conversations, I don't know.
2    I'm not there.  The written interactions between
3    the journals, we had copies of.
4    Q    And you think what you saw was
5    sufficient enough for you to state "Dr. Saed's
6    Plaintiff-Funded Research" in this report?
7    A    I think so, yeah.  It's a big issue.
8    Q    Wouldn't a scientist want to look at
9    the research before they call it plaintiff-funded
10   research?
11   MS. CURRY:
12       Object to the form.
13   MS. THOMPSON:
14   Q    Doesn't that automatically indicate
15   that you think the research is biased?
16   A    Well, again, I -- so as this document
17   evolved, I looked at the science and I -- I was
18   chagrinned.  That then put this into context.  I
19   think -- I think it's a concern.
20   Q    Well, couldn't you have just said
21   "Dr. Saed's Research" and then written your
22   comments without making the heading
23   "Plaintiff-Funded Research"?
24   MS. CURRY:

Page 323

1        Object to the form.
2    A    I could have.
3    MS. THOMPSON:
4    Q    Isn't there plenty of research being
5    done that's funded by various entities that's
6    quality research?
7    A    So there's a broad spectrum of --
8    Q    Answer my question.  Isn't there a lot
9    of research that's being done funded by various
10   entities that's quality research?
11   A    As a general statement?
12   Q    Uh-huh.
13   A    Yes.
14   Q    Yes.
15       And funding has to come from somewhere;
16   correct?
17   MS. CURRY:
18       Object to the form.
19   A    Can't work without money.
20   MS. THOMPSON:
21   Q    And, again, you may not remember this
22   from Dr. Saed's deposition, but his testimony
23   that there was no money coming from the
24   litigation into his lab funds which paid for the

Page 324

1    actual research in the lab, is that --
2    A    I can't quite --
3    MS. CURRY:
4        Object to the form.
5    A    I can't quite remember.
6    MS. THOMPSON:
7    Q    Okay.
8    A    But --
9    Q    So --
10   A    It was a big position.
11   Q    So do you think that heading is fair?
12   A    I think it is.
13   Q    Do you remember Dr. Saed's testimony
14   that he would have been -- that he would have
15   been happy to do the same research had
16   Johnson & Johnson approached him on the same
17   topic?
18   MS. CURRY:
19       Object to the form.
20   A    I can't remember.  Do you have the
21   deposition?
22   MS. THOMPSON:
23   Q    I don't.
24   A    Okay.

Page 325

1    Q    You don't remember that he said his
2    research would have been the same and he would
3    have been willing to do it for Johnson & Johnson?
4    MS. CURRY:
5        Object to the form.
6    A    I can't remember it.
7    MS. THOMPSON:
8    Q    To your knowledge, has
9    Johnson & Johnson approached any researcher about
10   doing studies that would help understand whether
11   talcum powder has any molecular effects?
12   MS. CURRY:
13       Object to the form.
14   A    He certainly didn't approach me.  But
15   I -- I think I recall in the past they've had a
16   J & J-funded study, I think, which was
17   acknowledged on the paper.
18   MS. THOMPSON:
19   Q    A molecular study?
20   A    I can't say that.
21   Q    If you had that, I would certainly like
22   to see it.  So, to your knowledge,
23   Johnson & Johnson hasn't asked -- has not asked
24   any researchers to look at the molecular effects

Michael Birrer, M.D., Ph.D.

Page 326

1    of talcum powder in cell culture?
2    A       Outside the company, right?
3    Q       How about inside the company?
4    A       I don't know.  I don't know what goes
5    on there.
6    Q       Did you ask the attorneys --
7    A       No.
8    Q       -- if Johnson & Johnson had done any
9    studies that you could look at and --
10   A       No.
11   Q       -- criticize in the same way you did
12   Dr. Saed?
13   MS. CURRY:
14           Object to the form.
15   A       Well, I wouldn't rely on those, the
16   internal documents.  I would have to know the
17   context.
18   MS. THOMPSON:
19   Q       Well, can't you --
20   A       But this is -- this is peer-reviewed.
21   Q       Can't you find the context of -- of
22   what studies have been done by the company?
23   A       I think that would be hard.
24   Q       So it would be of no interest to you

Page 327

1    one way or the other whether Johnson & Johnson
2    had done any molecular studies on talcum powder
3    and its effect on -- on tissue or cells?
4    A       Correct.
5    MS. CURRY:
6            Object to the form.
7    A       Correct.
8    MS. THOMPSON:
9    Q       When did you -- is the paper that we
10   just marked as exhibit --
11   A       28.
12   Q       -- 28, was that paper peer-reviewed?
13   A       This is a peer-review journal.
14   Q       And when did you first see the
15   unpublished manuscript?
16   A       I am gonna really -- I'm stretching on
17   this.  I think it was about -- let's say a month
18   or two before this.
19   Q       Okay.  So a couple months ago?
20   A       Yeah.
21   Q       Do you review papers for Gynecologic
22   Oncology?
23   A       I do.
24   Q       Were you asked to review this paper?

Page 328

1    A       No.
2    Q       Did you have any conversations by
3    email, text or phone with the editors or any
4    other representatives of the journal regarding
5    this paper?
6    A       No.
7    Q       Did you have any conversations with
8    Johnson & Johnson regarding the manuscript while
9    it was under review?
10   A       No.
11   Q       Did you have any conversations with any
12   of the reviewers on the paper?
13   A       I don't know who the reviewers were.
14   Q       Okay.
15   A       Yeah.
16   Q       But you have seen the reviewer comments
17   from GYN Oncology; correct?
18   A       I did.
19           Do we have a copy?
20   MS. CURRY:
21           I think she's --
22   MS. THOMPSON:
23           Yeah, I'm --
24           (DEPOSITION EXHIBIT NUMBER 29 WAS

Page 329

1            MARKED FOR IDENTIFICATION.)
2    MS. THOMPSON:
3    Q       I'm gonna go ahead and mark Exhibit 29.
4    29 will be the reviewer comments from the journal
5    Gynecologic Oncology.
6    A       Uh-huh.
7    Q       And again, that journal is the
8    journal -- or maybe we haven't discussed this --
9    it's the journal for SGO, the Society of
10   Gynecologic Oncologists; correct?
11   A       Correct.
12   Q       Did I give you a highlighted copy?
13   A       You did, actually.  It's very helpful.
14   Q       Let me switch that.  I'm sure it was.
15   Actually, it probably wasn't.
16   A       I've seen these before.
17           (DEPOSITION EXHIBIT NUMBER 30 WAS
18           MARKED FOR IDENTIFICATION.)
19   MS. THOMPSON:
20   Q       And then I'm gonna also, at the same
21   time, give you Exhibit 30, which is the reviewer
22   comments from Reproductive Sciences.
23   A       All right.
24   Q       Both are peer-reviewed journals, as you

83 (Pages 326 to 329)

Michael Birrer, M.D., Ph.D.

Page 330

1  mentioned; right?
2  A       Yes.  Difference in impact, but both
3  peer review.
4  Q       And they have a -- a different audience
5  readership, too, wouldn't you agree?
6  A       I would agree, yes.
7  MS. CURRY:
8          Do you have another copy of Exhibit 30?
9  MS. THOMPSON:
10         Yes.  I'm sorry.
11 MS. CURRY:
12         Thank you.
13 MS. THOMPSON:
14         That good?
15 MS. CURRY:
16         Yes.
17 MS. THOMPSON:
18 Q       In your report, you make the statement
19 "Unsurprisingly, this manuscript has serious
20 methodologic, experimental and analysis flaws."
21 A       I'm sorry.  Are you in the beginning of
22 this last paragraph of 19?
23 Q       No.
24 A       No?

Page 331

1  Q       It's in another spot.  Let me find it.
2  A       Maybe it's under the paper.
3  Q       Yeah.  Page 24.
4  A       Yep.  Yeah.
5  Q       "Unsurprisingly, this manuscript has
6  serious methodologic, experimental and analysis
7  flaws."
8  A       Uh-huh.
9  Q       Did you see any language to that effect
10 in the peer-reviewers' comments?
11 MS. CURRY:
12         Object to the form.
13 A       One second.
14 MS. THOMPSON:
15 Q       Well, let me just ask you.
16         Did those words appear in the reviewer
17 comments?
18 A       No, I don't think so.
19 Q       Okay.
20 A       Yeah.
21 Q       So let's -- I want to actually go
22 through the reviewer comments.  We'll start with
23 Gynecologic Oncology.
24 A       Yep.

Page 332

1  Q       Reading the letter to Dr. Saed:
2          "Your paper, referenced above, has now
3  been reviewed by at least two reviewers -- has
4  now been reviewed by at least two experts in the
5  field and the editors.  Based on the reviewer
6  comments, we must inform you that while your work
7  is not without merit, we are unable to accept
8  your manuscript for publication in Gynecologic
9  Oncology.  In the last year we have seen a
10 significant increase in the number of manuscripts
11 submitted to the journal, and, as a result, we
12 are now accepting less than 20 percent of the
13 manuscripts submitted to the Gynecologic
14 Oncology."
15         Certainly in that first paragraph there
16 were -- there was no language that resembles this
17 manuscript has serious methodologic, experimental
18 and analysis flaws, is there?
19 A       No.
20 Q       The second paragraph, "We have attached
21 the comments of the reviewers below in order for
22 you to understand the basis for our decision.  We
23 hope that their thoughtful comments will help you
24 in your future studies and possibly with

Page 333

1  submission to another journal.
2          "Please note that a revised version of
3  the current manuscript should not be submitted
4  for another review to Gynecologic Oncology."
5          There's certainly no language in that
6  paragraph that resembles serious methodologic,
7  experimental and analysis flaws, is there?
8  A       No.
9  Q       And the reviewers actually encouraged
10 Dr. Saed to submit the article to another
11 journal; correct?
12 A       Well, this isn't the reviewer.  This is
13 the editor.
14 Q       The editor?
15 A       Yeah.
16 Q       The editors?
17 A       Yeah.  And this is boilerplate.  You'd
18 always get this.  They're not --
19 Q       Well, I'm just asking you for the --
20 for what the -- what the letter says.
21 A       Yeah.  Yeah.
22 Q       "The critique of this letter in no way
23 implies a lack of interest in this area of
24 research and we invite you to submit your future

84 (Pages 330 to 333)

Michael Birrer, M.D., Ph.D.

Page 334

1  work to the journal."
2       Is that what the letter from
3  Dr. Bristow, the editor says?
4  A     Correct.
5  Q     And, in fact, Dr. Saed has published
6  several times in this journal previously.
7       Are you aware of that?
8  A     Yeah.  I believe so, yeah.
9  Q     So let's go ahead and go through the --
10 the reviewer comments.  Reviewer number 1 --
11      And, as you testified, you don't know
12 who these reviewers are; correct?
13 A     I don't.
14 Q     Reviewer 1, in his summary of
15 Dr. Saed's paper, says "The stated objective of
16 the study by Fletcher and colleagues is to
17 determine the effects of talc on expression of
18 key inflammatory and redox markers in ovarian
19 cancer and normal cell lines.  Normal ovarian and
20 EOC cells were treated with various doses of talc
21 for 48 hours.  Levels of CA-125 and selected key
22 redox enzymes were measured using realtime P --
23 RT-PCR and ELISA."
24      Is that an accurate statement of what

Page 335

1  the objective of the study was?
2  MS. CURRY:
3       Object to the form.
4  A     I think that's -- I think that's a
5  little terse, but it covers the bases.
6  MS. THOMPSON:
7  Q     And then beginning with the reviewer
8  comments, reviewer number 1 says "Overall, this
9  is a well-written manuscript and the conclusions
10 are supported by the results."
11      Do you disagree with that comment by
12 reviewer number 1?
13 A     That's very generous.  I don't agree
14 with it.  Particularly the latter part.
15 Q     But at least that's what the
16 reviewer --
17 A     Correct.
18 Q     -- who was -- you would think was
19 chosen because of their expertise in the field,
20 those are the reviewer comments regarding
21 Dr. Saed's paper; correct?
22 MS. CURRY:
23      Object to the form.
24 A     For reviewer 1.

Page 336

1  MS. THOMPSON:
2  Q     Right.
3  A     Yeah.
4  Q     "This is an important but controversial
5  topic in need of rigorous scientific inquiry."
6       Why is this a controversial topic, in
7  your mind?
8  MS. CURRY:
9       Object to the form.
10 MS. THOMPSON:
11 Q     Or is it a controversial topic to you?
12 A     I would assume they're referring to the
13 potential role of talc in ovarian cancer.  But
14 I'm -- again, it's speculative.
15 Q     Okay.
16 A     I'm guessing.
17 Q     So you wouldn't know why it would be
18 considered controversial?
19 MS. CURRY:
20      Object to the form.
21 A     No.  Not -- not in -- no, vis-à-vis
22 from what the reviewer's saying.
23 MS. THOMPSON:
24 Q     "The current in vitro study does" --

Page 337

1  reading on, "The current in vitro study does
2  provide novel information, but there are also
3  some important limitations described below."
4       Would you agree that it's common to
5  have a back-and-forth with a reviewer and author
6  before publication of a paper?
7  MS. CURRY:
8       Object to the form.
9  A     Some papers are accepted de novo, but
10 it's unusual.  Usually there are criticisms and,
11 then you'd have to revise.  Sometimes if it's
12 Cancer Cell, it goes back and forth for two
13 years.
14 MS. THOMPSON:
15 Q     The reviewer number 1 in -- in the
16 bullet point number 1, said "The significance of
17 the study would be greatly enhanced if a mouse
18 model corroborated the cell line findings."
19      I would -- I'm guessing you're gonna
20 agree with that statement?
21 A     I do.
22 Q     But you would also agree, I think, that
23 oftentimes you -- a researcher would start with
24 an in vitro study; correct?

Michael Birrer, M.D., Ph.D.

Page 338

1    A    Frequently.
2    MS. CURRY:
3        Object to the form.
4    MS. THOMPSON:
5    Q    And what would the reasons for that be?
6    A    It's usually easier.
7    Q    Less costly?
8    MS. CURRY:
9        Object to the form.
10   A    By definition.
11   MS. THOMPSON:
12   Q    And could be completed in less time?
13   MS. CURRY:
14       Object to the form.
15   A    Usually, yeah.
16   MS. THOMPSON:
17   Q    Do you -- do you have any idea or
18   knowledge of what experiments Dr. Saed is
19   currently doing in the -- in the area of talcum
20   powder and its biologic effects?
21   MS. CURRY:
22       Object to the form.
23   A    I don't.
24   MS. THOMPSON:

Page 339

1    Q    In this reviewer's opinion, "The cell
2    line studies alone and the increase in CA-125,
3    while intriguing, are not sufficiently
4    convincing."
5        Would you agree with that statement?
6    A    Absolutely.
7    Q    And so a mouse model corroboration of
8    the findings would be -- would enhance the
9    results; correct?
10   A    Not from my perspective.  And I'm not
11   so sure this reviewer's implying that.  I think
12   there's a real question anything can be
13   interpreted from the cell line studies, and any
14   increase in CA-125 is meaningless because CA-125
15   is a marker.
16       So I think --
17   Q    Well, wait a minute.
18       Did Dr. Saed say anything about
19   CA-125 --
20   MS. CURRY:
21       Are you done with your response?
22   MS. THOMPSON:
23   Q    -- being the significance with the
24   findings?

Page 340

1    A    I'm not done with my response.
2        So let me finish the first statement.
3    Q    Okay.
4    A    I think if you could show a phenom- --
5    if you could show the biologic effects in a mouse
6    model, then it's much stronger data, regardless
7    of the cell lines.
8        I don't -- I would agree I don't think
9    Dr. Saed said much about CA-125 being -- being
10   involved in ovarian cancer development, and
11   that's the point.  I don't understand, and I
12   think a lot of other of us who have looked at
13   this, don't understand what the value is of the
14   increase in CA-125.
15   Q    Do you know that when Dr. Saed
16   presented the initial data at the meeting, that
17   the attendees requested that he perform CA-125
18   and that's why he performed it?  Do you remember
19   seeing that in his deposition?
20   MS. CURRY:
21       Object to the form.
22   A    I didn't see that.  Which meeting was
23   this?  Do you know?
24   MS. THOMPSON:

Page 341

1    Q    SRI, 2018.
2    A    Okay.
3    Q    Society of Reproductive Investigators.
4    A    And did they indicate -- anybody
5    indicate what the purpose of that was?
6    Q    I can't tell you that.
7        But, listen, I'm -- I'm just reading
8    the reviewer's comments --
9    A    Yeah.
10   Q    -- without either one of us trying to
11   speculate on what he means.
12       But the statement is "The significance
13   of this study would be greatly enhanced if a
14   mouse model corroborated the cell line findings."
15       So there were cell line findings to be
16   corroborated; correct?
17   A    Correct.
18   Q    The reviewer number 1 also said "The
19   significance of SNP alterations" -- that's SNP,
20   all capitalized -- "should be further clarified."
21       And I think you would agree with that;
22   correct?
23   MS. CURRY:
24       Object to the form.

86 (Pages 338 to 341)

Michael Birrer, M.D., Ph.D.

Page 342

1    A    I strongly agree with that.
2    MS. THOMPSON:
3    Q    And the viewer -- reviewer commented,
4    "The first bulleted highlight, Oxidative Stress,
5    is a key mechanism to the initiation and
6    progression of ovarian cancer is not supported by
7    this investigation and should be omitted."
8        Does the reviewer comment on why that
9    should be -- that line should be omitted, other
10   than it wasn't supported by this investigation
11   with talcum powder?
12   A    No. It would be speculative. It's --
13   it's as you read it.
14   Q    Okay. Do you know that -- that
15   virtually that exact statement has been published
16   in this same journal in the past by Dr. Saed and
17   others?
18   MS. CURRY:
19       Object to the form.
20   A    As a stand-alone statement?
21   MS. THOMPSON:
22   Q    Yeah. Yes.
23   A    Yeah. I don't think that addresses
24   what the reviewer is saying.

Page 343

1    Q    Yeah.
2    A    The reviewer's saying it's not
3    supported by --
4    Q    And that's the point I was trying to
5    make.
6        So -- so you would agree that it
7    doesn't sound like it's the statement that's at
8    issue; it's whether the talcum powder studies are
9    supportive of that statement?
10   MS. CURRY:
11       Object to the form.
12   A    Well, the way it's phrased here -- the
13   way it's phrased here, I agree. Yeah.
14   MS. THOMPSON:
15   Q    Let's go to reviewer number 2.
16   A    Uh-huh.
17   Q    And reviewer number 2 gives a similar
18   summary, perhaps with a little more detail.
19   A    Yeah.
20   Q    But would you agree it's an accurate
21   description of what the objectives of the study
22   were?
23   A    It is.
24   MS. CURRY:

Page 344

1        Object to the form.
2    A    And it's -- and it's -- I don't know --
3    just one comment that it's more detailed, which
4    makes someone like me as a third party look at
5    and say, well, they actually read the paper. I'd
6    worry a little about if reviewer 1 didn't read it
7    carefully enough.
8    MS. THOMPSON:
9    Q    But you have no idea what he did?
10   A    I've been speculating all day.
11   Q    Okay. All right. And then the first
12   sentence of reviewer number 2, "While the authors
13   compellingly show changes in several key enzymes
14   recognizing redox potential in cells exposed to
15   talc, their data do not show, despite the
16   author's claim, any evidence that these cells are
17   transformed."
18       Do you agree with reviewer number 2 in
19   that statement?
20   A    I agree.
21   Q    Second sentence, "Specifically, no
22   experiments documenting changes in cell survival
23   proliferation are resistant to apoptosis have
24   been performed."

Page 345

1        And that's correct; right?
2    A    So he does show what he thinks is
3    proliferation, if I recall correctly. I believe
4    it's an MMT -- MTT assay.
5    Q    Well, those experiments were done
6    following reviewer number 2's recommendation. Is
7    that your understanding?
8    A    Well, I --
9    Q    In the --
10   A    Yeah.
11   Q    In the first manuscript. Do you
12   remember that?
13   A    You could be right. I don't have it
14   pre- -- I don't have that version in front of me.
15   Q    You may have to just take my word for
16   that.
17   MS. CURRY:
18       I have a copy of it if you need it.
19   MS. THOMPSON:
20       No. It's not too -- I don't think it's
21   too much --
22   A    But I can say, in particular, cell
23   survival resistant apoptosis, I don't think has
24   been effectively performed.

87 (Pages 342 to 345)

Michael Birrer, M.D., Ph.D.

Page 346

1    MS. THOMPSON:
2        Object.  That didn't answer a question.
3    Nonresponsive.
4    Q       Next sentence, "Consequently, neither
5    tumor initiation nor progression is documented in
6    this study as opposed to the statement in
7    highlight number 1 and elsewhere."
8        "While changes in redox potential play
9    an important role in tumor biology in general,
10   the present data are insufficient to back up the
11   claim that talc is central to the development of
12   ovarian cancer."
13       Did Dr. Saed make a claim that talcum
14   is central to the development of ovarian cancer,
15   that you recall?
16   A     I don't recall him saying that.
17   Q     I don't either.
18       "Other comments:  The introduction
19   should be better organized with shorter
20   description of the general features of ovarian
21   cancer, replaced by a brief overview of redox
22   proteins in cancer, followed by a discussion of
23   their role in ovarian cancer."
24       That's more a style issue.  Would you

Page 347

1    agree?
2    MS. CURRY:
3        Object to the form.
4    A     Make it -- make it more readable, yeah.
5    MS. THOMPSON:
6    Q     And, then, the -- finally, "The fact
7    that SNPs were changed following such short
8    exposure to talcum is surprising and makes one
9    wonder what the biological effects of such change
10   might be."
11       And those are the reviewer comments
12   from Gynecologic Oncology; correct?
13   A     Correct.
14   Q     Did the peer-reviewers raise concerns
15   about Dr. Saed's, in your words, unsubstantiated
16   assumptions?
17   A     Well, I -- I think it's implicit in
18   some of the comments.
19   Q     That there are unsubstantiated
20   assumptions?
21   A     So -- so I think if you read the second
22   paragraph of the second reviewer -- remember,
23   this paper basically says that talc transforms
24   ovarian cancer cells.

Page 348

1    Q     Where in -- where in Dr. Saed's paper
2    does it say this paper shows talcum powder
3    transforms ovarian cells?
4    A     Do we have the original?
5    Q     We're looking at the published
6    manuscript.
7    MS. CURRY:
8        But the comments are based on the --
9    A     This is the one published in -- and you
10   already told me he changed some of the
11   experiments.
12   MS. THOMPSON:
13   Q     Was -- shouldn't your critique be the
14   published paper?
15   A     Well, you're asking me to review this;
16   right?
17   Q     Okay.  We can pull out the -- we can
18   pull out the published manuscript.
19       But certainly in the published paper,
20   there are no claims that cells are transformed,
21   are there?
22   A     Well, let's take a look.
23   Q     It's certainly not in the abstract or
24   in the conclusion -- in the summary, is it?

Page 349

1    A     I'm just getting through the discussion
2    a little bit.  It may be -- may be buried in
3    there or may be an implication that the soft
4    argarose cloning is reflective of only the
5    changes.
6    Q     Dr. Saed's paper does not claim that
7    the cells were transformed, does it?
8    A     Let me look through it, then.
9    Q     Okay.  Let's go off the record.
10   VIDEOGRAPHER:
11       Off the record at 4:23 p.m.
12       (OFF THE RECORD.)
13   VIDEOGRAPHER:
14       We're back on the record at 4:24 p.m.
15   A     Page 7 on the bottom.  "In this study
16   we've shown that talc enhances cellular
17   proliferation, induces inhibition of apoptosis
18   and C-cells" --
19   MS. CURRY:
20       Gotta go slow for Lois.
21   THE WITNESS:
22       Oh.
23       -- "but, more importantly, in normal
24   cells, suggesting talc is a stimulus to the

88  (Pages 346 to 349)

Michael Birrer, M.D., Ph.D.

Page 350

1  development of an oncogenic phenotype."
2  MS. THOMPSON:
3      Q      That doesn't say the cells were
4  transformed, does it?
5      A      I think for those of us in the field
6  that implies transformation.
7      Q      Well, it certainly doesn't state --
8  state cells were transformed, as you stated
9  earlier.
10  MS. CURRY:
11          Object to the form.
12  MS. THOMPSON:
13      Q      Did the reviewers have -- raise any
14  concerns about serious flaws in methodology?
15      A      You know, the significance of SNP
16  alteration should be further clarified.  That's a
17  pleasant way of saying I don't understand what
18  you're doing.
19      Q      I'm asking did the peer-reviewers raise
20  concerns about serious flaws in methodology?
21  MS. CURRY:
22          Object to the form.
23      A      In those terms?
24  MS. THOMPSON:

Page 351

1      Q      Yes, in those terms.
2      A      No.
3      Q      Did the peer-reviewers raise concerns
4  about serious flaws in the experiments?
5      A      In those terms?
6      Q      Right.
7      A      No.
8      Q      Did the peer-reviewers raise serious
9  concerns about flaws in the analysis?
10      A      No.
11      Q      And, in fact, peer-reviewer number 1
12  explicitly stated that "The conclusions are
13  supported by the results."
14          Right?
15  MS. CURRY:
16          Object to the form.
17      A      They rejected the paper.
18  MS. THOMPSON:
19      Q      I -- that wasn't my question.
20          The question was -- I mean, my question
21  was that the reviewer number 1 specifically
22  states "The conclusions are supported by the
23  results."
24          Correct?

Page 352

1  MS. CURRY:
2          Object to the form.
3      A      Correct.
4  MS. THOMPSON:
5      Q      And wouldn't that be the flaws in the
6  analysis that you're referring to?
7      A      I don't know what that refers to in
8  vis-à-vis my statement.
9      Q      Did the reviewers state that any of the
10  cell line findings appeared to be inaccurate?
11      A      No.
12      Q      Did the reviewers state that the wrong
13  cell lines were used?
14      A      No.
15      Q      Did the reviewers state that the doses
16  were inappropriate?
17      A      No.
18      Q      Did the reviewers state that the CA-125
19  findings were irrelevant?
20  MS. CURRY:
21          Object to the form.
22      A      Increase in CA-125 while intriguing are
23  not sufficiently convincing to make it relevant
24  or not.

Page 353

1  MS. THOMPSON:
2      Q      But the reviewer certainly didn't say
3  they're irrelevant?
4      A      Didn't use those terms.
5      Q      And intriguing would at least mean that
6  the reviewer 1 thought they were of some
7  interest.  Wouldn't you agree?
8  MS. CURRY:
9          Object to the form.
10      A      Some interest.  Some interest.
11  MS. THOMPSON:
12      Q      The reviewer did ask for clarification
13  of the significance of SNPs.  Did the reviewer
14  state that the SNP findings were irrelevant?
15      A      Not in those terms.
16      Q      Did the reviewer state that the
17  methodology used to test for the SNPs was flawed?
18      A      You know, again, they're seeking
19  clarification.  That suggests to me that they
20  have a problem with the way it was done.
21  Wouldn't they --
22      Q      Did -- did the reviewer state the
23  methodology used to test the SNPs was flawed?
24  MS. CURRY:

89 (Pages 350 to 353)

Michael Birrer, M.D., Ph.D.

Page 354

1    Sorry.  You keep cutting off his answer
2    when he's not finished.
3    MS. THOMPSON:
4    Q    Were you finished?
5    A    Well, I'm just asking what are they
6    trying to clarify?
7    Q    I'm just asking you did -- was there a
8    comment that the methodology for testing the SNPs
9    was flawed?
10   MS. CURRY:
11       Object to the form.
12   A    They do not say that.
13   MS. THOMPSON:
14   Q    Okay.  Did the reviewers state that the
15   SNP data was in a accurate?
16   A    I don't think they know.  It has to be
17   clarified.
18   Q    And are you aware that the same SNP
19   data was submitted to SGO as an abstract and
20   recently presented at the annual meeting?
21   MS. CURRY:
22       Object to the form.
23   A    The one --
24   MS. THOMPSON:

Page 355

1    Q    As opposed to a presentation?
2    A    The one in Honolulu -- the one in
3    Honolulu --
4    Q    Yes.
5    A    -- Hawaii?  Yeah.  Yes.
6    Q    Did you see that poster?
7    A    No.
8    Q    Did you speak with the -- the authors
9    of the abstract and the paper?
10   A    No.
11   Q    Would that have been of interest to you
12   to -- to speak with the researchers?
13   MS. CURRY:
14       Object to the form.
15   A    Yeah.  So the poster section conflicted
16   with everything else I could do.  I didn't see
17   any posters.  But I think given my role on this,
18   I probably would not have gone, under any
19   circumstances.
20   MS. THOMPSON:
21   Q    Do you have any knowledge as to whether
22   either of these reviewers is a Johnson & Johnson
23   consultant or expert?
24   A    I have no -- no idea.

Page 356

1    Q    Did the reviewer --
2    A    I hope not.
3    Q    Did either reviewer state that the data
4    was poor?
5    MS. CURRY:
6        Object to the form.
7    A    Not in that specific term.
8    MS. THOMPSON:
9    Q    Let's look at the reviewer from
10   Reproductive Sciences.
11       Are you going to give me yours?
12   A    I've got this pretty much memorized.
13   MS. EVERETT:
14       Did we put it back in the folder?  Here
15   is one.
16   MS. THOMPSON:
17   Q    Okay.  And the paper was accepted at
18   Reproductive Sciences.  Is that your
19   understanding, since it was eventually published?
20   A    Yes.
21   Q    Did the reviewers at Reproductive
22   Sciences make any statements regarding flawed
23   methodology, experiments, or analysis?
24   MS. CURRY:

Page 357

1        Object to the form.
2    A    I'm sorry.  I only see one reviewer;
3    right?
4    MS. THOMPSON:
5    Q    We only have comments from one
6    reviewer.  That's correct.
7    A    Yeah.  And -- and they don't make that
8    comment.
9    Q    So I want to just go through Dr. Saed's
10   published paper --
11   A    Uh-huh.
12   Q    -- and discuss what was done in this --
13   just from the materials and methods.  We're not
14   in results yet.  Okay?
15       So Dr. Saed used the following cell
16   lines:  SKOV3, A2780, TOV11 -- or 112D.  And
17   those are all ovarian cancer cell lines; correct?
18   A    There is significant question about the
19   origin of 2780.
20   Q    Okay.
21   A    It may --
22   Q    But it is a cancerous cell line?
23   A    I would accept that.  Yeah.
24   Q    Okay.  And, then, there are also three

Michael Birrer, M.D., Ph.D.

Page 358

1    noncancerous cell lines.  Agree?  The human
2    primary normal ovarian epithelial cells from Cell
3    Biologics Chicago, the human ovarian epithelial
4    cells from Cell Biologics, and the human -- oops.
5    A      Immortal one.
6    Q      And the immortalized human fallopian
7    tube secretory epithelial cells, FT33, from
8    applied biologic materials.
9           Would you agree those are three
10   noncancerous cell lines?
11   A      And when you're defining
12   "noncancerous," you mean they were not isolated
13   from a tumor?
14   Q      Correct.
15   A      Agree on that.
16   Q      Again, just going through the
17   methodology, were the cells grown in media and
18   conditions following manufacturer protocol?
19   MS. CURRY:
20          Object to the form.
21   A      I'm not really sure what the
22   manufacturer suggested.  But I don't -- I think
23   that the way they were cultured appeared okay to
24   me.

Page 359

1    MS. THOMPSON:
2    Q      Appeared what?
3    A      Okay to me.
4    Q      Okay.  And you'll agree that the cells
5    were seeded and treated with zero, 5, 20, or 100
6    micrograms per mil of baby powder; correct?
7    A      This is in Treatment of Cells?
8    Q      Yes.
9    A      Correct.
10   Q      And the -- so the talcum powder was
11   dissolved in DMSO; correct?
12   A      I am looking for that.  Do you see
13   that?
14   Q      It's in Treatment of Cells also.
15   A      Oh, okay.
16   Q      I went out of order.
17   A      Thank you.
18   Q      And are you aware that these doses have
19   previously been reported in peer-reviewed
20   literature --
21   MS. CURRY:
22          Object to --
23   MS. THOMPSON:
24   Q      -- for the study of talc?

Page 360

1    MS. CURRY:
2           Object to the form.
3    A      I believe so.
4    MS. THOMPSON:
5    Q      And using the realtime PCR -- RT-PCR,
6    the -- the following assays were performed.  Beta
7    actin for normalization of samples; right?
8    A      Yes.
9    Q      CAT, SOD3?
10   A      Uh-huh.
11   Q      GSR, GPX1, NOS2.  Are those the tests
12   that were performed with PCR?
13   A      Seven -- seven genes.
14   Q      Yes.
15   A      Including beta actin.
16   Q      And --
17   A      Yes.
18   Q      And by ELISA, Dr. Saed in his lab
19   tested CAT, SOD, GSR, GPX, NPO, and the CA-125
20   that we've talked about before; correct?
21   A      Yes.
22   Q      And Dr. Saed -- and those have all been
23   peer-reviewed and published in other studies
24   using ELISA and testing those --

Page 361

1    MS. CURRY:
2           Object to the form.
3    A      Yes.
4    MS. THOMPSON:
5    Q      -- particular markers?
6           And Dr. Saed performed the TaqMan SNP
7    genotyping assay on all cell lines; correct?
8    A      It's listed there.  Yes.
9    Q      And those were performed by the Applied
10   Genomics Technology Center At Wayne State
11   University; correct?
12   A      Yes.
13   Q      And is it your understanding that this
14   is a core facility?
15   MS. CURRY:
16          Object to the form.
17   A      That, I don't know.  But it could be.
18   MS. THOMPSON:
19   Q      What is a core facility?
20   A      It's generally a facility that provides
21   standard assays, and everybody shares, and they
22   charge a fee.
23   Q      Is there some accreditation of core
24   facilities for quality control?

91 (Pages 358 to 361)

Michael Birrer, M.D., Ph.D.

Page 362

```
 1    A     Usually it's institutional.  In other
 2   words, it's not an external group.  But a
 3   institution won't fund the core unless it's doing
 4   decent work.
 5    Q     And Dr. Saed and his researchers then
 6   performed the cell proliferation and apoptosis
 7   studies using the TACS MTT self-proliferation
 8   assay; correct?
 9    A     Yes.
10    Q     And -- and cast pace 3 after treatment
11   of all the cell lines with the various doses;
12   correct?
13    A     Yes.
14    Q     And you'll agree that all of these
15   tests have been performed, peer-reviewed, and
16   published previously by Dr. Saed and others;
17   correct?
18   MS. CURRY:
19         Object to the form.
20    A     I don't know that.  But these are
21   reasonably standard.
22   MS. THOMPSON:
23    Q     These are standardized --
24    A     Yeah.
```

Page 363

```
 1    Q     -- testing methods.
 2          All right.  Let -- let me just ask that
 3   question again because we've got a -- these are
 4   standardized testing methods; correct?
 5   MS. CURRY:
 6          Object to the form.
 7    A     I don't know what you mean by
 8   "standardized."  These are assays that many labs
 9   use.  They're not being done in -- they're not
10   being done in a central CLIA-approved lab.
11   They're just being done by him and maybe a core
12   lab.
13   MS. THOMPSON:
14    Q     And I was just asking the question
15   because previously it got chopped into two pieces
16   on these are standardized -- yeah, testing
17   methods, all right.  So I was just trying to get
18   a single answer --
19    A     Yes.
20    Q     -- was the purpose of that question.
21          So these are standardized testing
22   methods; correct?
23   MS. CURRY:
24          Object to the form.
```

Page 364

```
 1    A     They're generally accepted.  I --
 2   "standardized" is a difficult word because it
 3   implies some sort of external review or
 4   standardization.  And that's not true.  These are
 5   kits that are -- are bought and then they're
 6   implemented in the lab.  You still don't know
 7   whether it's really being done right, but --
 8   MS. THOMPSON:
 9    Q     Okay.  Well it sounds like --
10    A     -- but -- but -- but they're -- we're
11   familiar with these --
12    Q     Okay.
13    A     -- and there's nothing too much out of
14   the box there.
15    Q     And before, you said these are
16   standardized, yeah, so I was just going back to
17   that.
18    A     Right.
19    Q     I think we got the answer.
20          I'm about to start a little bit
21   different area.
22   MS. THOMPSON:
23          Do we want to take a break now or do
24   you want to go for another 30 minutes or so?
```

Page 365

```
 1   MS. CURRY:
 2          How much time do we have left on the
 3   record?
 4   VIDEOGRAPHER:
 5          An hour and seven minutes.
 6   MS. CURRY:
 7          Do you want to take a final break now?
 8   MS. THOMPSON:
 9          Yeah.  I'll easily finish the rest, I
10   think, in an hour and seven minutes.
11   MS. CURRY:
12          Okay.
13   MS. THOMPSON:
14          Maybe even less.
15   VIDEOGRAPHER:
16          Off the record at 4:39 p.m.
17          (OFF THE RECORD.)
18   VIDEOGRAPHER:
19          We're back on the record at 4:50 p.m.
20   MS. THOMPSON:
21    Q     Dr. Birrer, I'd like to do another
22   chart with Dr. Saed's research so I can
23   understand what your opinions are regarding his
24   findings.  Okay?
```

92 (Pages 362 to 365)

Michael Birrer, M.D., Ph.D.

| Page 366 |
| --- |

1    A    Okay.
2    MS. CURRY:
3        And for the record, I object to the
4    creation of this chart.
5        (DEPOSITION EXHIBIT NUMBER 31 WAS
6        MARKED FOR IDENTIFICATION.)
7    MS. CURRY:
8        What's the exhibit number?
9    MS. THOMPSON:
10        And this would be Exhibit 31.
11    Q    And these are the tables taken from
12    Dr. Saed's manuscript.  Does that looks right?
13    If you want to compare, you can.
14    A    Let me just compare.
15    MS. CURRY:
16        This from the published manuscript?
17    MS. THOMPSON:
18    Q    This is from the published manuscript?
19    A    This is from Figure 1, right?
20    Q    And -- and you'll agree that these
21    charts are generated from the raw data; correct?
22    MS. CURRY:
23        Object to the form.
24    A    It appears so.

| Page 367 |
| --- |

1    MS. THOMPSON:
2    Q    And --
3    A    Although I would say --
4    MS. GARBER:
5        Do you have two?  Because your
6    co-counsel --
7    MS. THOMPSON:
8        No.  That's just one copy, one exhibit.
9    A    These are -- for instance, the PCR is
10    normalized.
11    MS. THOMPSON:
12    Q    Okay.  And this chart shows PCR and
13    ELISA for antioxidants; right?
14    MS. CURRY:
15        Object to the form.
16    MS. THOMPSON:
17    Q    The expression of antioxidants and the
18    activity of antioxidants CAT and SOV3; correct?
19    A    Correct.
20    Q    I want to go through this chart and
21    have you tell me "yes" or "no" for each of these
22    with each cell line.
23        Do you have an opinion as to whether
24    these results are accurate?

| Page 368 |
| --- |

1    MS. CURRY:
2        Object to the form.
3    A    I assume they are.  I mean, in terms of
4    they reflect the actual raw data, yeah.
5    MS. THOMPSON:
6    Q    Right.  So I'm going to put a Y --
7    A    Okay.
8    Q    -- for accurate.
9    A    Oh.  You're looking at all of them?
10    Q    Oh.  Do you have any --
11    MS. CURRY:
12        Do you have the published paper?
13    THE WITNESS:
14        I have it here.  Right here.
15    MS. CURRY:
16        What exhibit is that?
17    THE WITNESS:
18        Yeah.  Well, I'll have to say, that
19    does look different.
20    MS. THOMPSON:
21    Q    I can -- I'll represent that they were
22    cut and pasted from the manuscript.  So if they
23    are different, it's a --
24    MS. CURRY:

| Page 369 |
| --- |

1        Okay.  I'm sorry.  I'm having a hard
2    time following --
3    A    But this --
4    MS. CURRY:
5        -- this because the data represented on
6    the exhibit is not reflective of the bar graphs
7    that are in the published manuscript.
8        So if you can just point us to where in
9    the published manuscript you're pulling this
10    from.
11    MS. THOMPSON:
12        All right.
13    A    This is -- the entire ordinate has
14    changed.  This is 25.  This is 100.
15    MS. THOMPSON:
16    Q    This is -- this is, from the chart,
17    this is Figure 1.  The color came out a little
18    bit differently in the printing process,
19    but the --
20    MS. CURRY:
21        This is not Figure 1.
22    A    No.  Not even close.  This is, in fact,
23    Figure 3.
24    MS. THOMPSON:

Michael Birrer, M.D., Ph.D.

Page 370

1    Q       PCR, CAT, SOD3.  CAT activity and SOD
2    activity.
3    MS. THOMPSON:
4         Are y'all looking?  Mine are identical.
5    Can you be --
6    MS. CURRY:
7         On the published manuscript, this chart
8    does not represent --
9    MS. THOMPSON:
10        To Figure 1?
11   MS. CURRY:
12        -- to Figure 1.
13   MS. THOMPSON:
14        Let's go off the record.
15   VIDEOGRAPHER:
16        Going off the record at 4:55.
17        (OFF THE RECORD.)
18   VIDEOGRAPHER:
19        We're back on the record at 4:59 p.m.
20   MS. THOMPSON:
21   Q       Okay.  Now that we've got that
22   straightened out, so you'll agree that this is
23   the -- the chart that shows the expression of
24   antioxidant CAT and SKOV3 and the activity of the

Page 371

1    same; correct?
2    A       You're on Figure 1?
3    Q       I am on Figure 1, yes.
4    A       Yeah.  That's CAT and SKOV3?
5    Q       Yeah.
6    A       Yep.
7    Q       And we -- we are going through each
8    cell line.  The first column was Results
9    Accurate, and I think --
10   A       So let me -- let me revise that.
11   Q       Okay.
12   A       Because now I understand what we're
13   looking at.
14        So I think there's a serious problem in
15   the PCR, or at least I'd be concerned by that.
16   These PCR MRNA levels were normalized to beta
17   actin.  And I think most of us would accept that
18   using one housekeeping gene is not acceptable.  I
19   would expect at least two or three to make sure
20   that there isn't a change in the stability of
21   beta actin, which would throw off your
22   quantification levels of those genes.
23   Q       And do you think that would render
24   these results inaccurate?

Page 372

1    MS. CURRY:
2         Object to the form.
3    A       It could change them considerably,
4    yeah.
5    MS. THOMPSON:
6    Q       Do you want to change that to a
7    question mark, or do you want to change that to
8    no, they're not accurate?
9    MS. CURRY:
10        Object to the form.
11   A       Question mark will be fine.
12   MS. THOMPSON:
13   Q       And that would go for all cell lines?
14   A       Well, the technology -- the techniques
15   used was applied to all of them.
16   MS. CURRY:
17        Just so I know what we're doing here --
18   I'm sorry -- is when you're saying results
19   accurate in these four pictures, are -- are you
20   talking about -- like is that based on raw data
21   that's supposed to be in here?  I'm just not sure
22   what we're doing.
23   MS. THOMPSON:
24        These graphs are from the raw data.

Page 373

1    MS. CURRY:
2         But the raw data, we don't have.  That
3    hasn't --
4    MS. THOMPSON:
5         You've seen the raw data in the lab
6    notebooks and Dr. Saed has -- is this an
7    objection or is this --
8    MS. CURRY:
9         It's an object-- I'm just honestly --
10   I'm trying -- you're trying to have him create an
11   exhibit --
12   MS. THOMPSON:
13        That's a speaking objection.
14   MS. CURRY:
15        -- and I'm trying to find out --
16   MS. THOMPSON:
17        If he understands it, it doesn't really
18   matter whether you do or not, Dawn.  I mean --
19   MS. CURRY:
20        And that's fine if you don't want an
21   accurate record.  That's fine.
22   MS. THOMPSON:
23        And he hasn't expressed that he doesn't
24   understand.

94 (Pages 370 to 373)

Michael Birrer, M.D., Ph.D.

Page 374

1  MS. CURRY:
2       That's fine.
3  MS. THOMPSON:
4       Q    Dr. Birrer, do you understand what I'm
5  asking with this chart?  If not, I'll explain it.
6       A    Well, I -- I think -- it's a little bit
7  like the exercise this morning, which is we're
8  creating a document without all the information.
9  I don't have the raw data here.  I mean, yeah,
10 it's in the notebooks, I suppose, somewhere.
11      Q    And -- and you'll agree that these
12 charts are generated from raw data by a software
13 program.  Correct?
14           And Dr. Saed testified to that.
15 Correct?
16 MS. CURRY:
17           Object to the form.
18      A    Well, again, depending on what data's
19 put in --
20 MS. THOMPSON:
21      Q    Okay.
22      A    -- you could get completely different
23 results.
24      Q    I understand.  But we're gonna look at

Page 375

1  the data that was in the peer-reviewed published
2  paper.  Okay?
3           Are the results relevant?  And we can
4  go by each cell line.
5  MS. CURRY:
6           Object to the form.
7  MS. THOMPSON:
8       Q    And yes or no or you don't know.
9  MS. CURRY:
10           Object to the form.
11      A    Well, one of the challenges in this
12 paper is the purpose of the EL1 cell line.  I
13 don't think those results are relevant.
14 MS. THOMPSON:
15      Q    Okay.  The other lines?
16      A    The normal ovary, I would assume -- is
17 that primary cells?  Right?  We reviewed that?
18 Let me go back.
19           So I don't know if that's -- I don't
20 know if that's the HOS cell line or the -- the
21 ones from Cell Biologics.
22      Q    Is one relevant and one not?
23 MS. CURRY:
24           Object to the form.

Page 376

1       A    Well, I think the -- if you're gonna
2  call them normal, then the normal primary -- the
3  human primary normal ovarian cell lines would be
4  more relevant.
5  MS. THOMPSON:
6       Q    More relevant?  But either one would be
7  relevant.  Is that what you're saying?
8  MS. CURRY:
9           Object to form.
10      A    No.  I think the immortalized one is
11 not normal, so it wouldn't be relevant.
12 MS. THOMPSON:
13      Q    Okay.  So we'll make another column.
14           Well, we don't -- the immortalized and
15 the normal.
16           So the immortalized would be not
17 relevant?
18      A    Right.
19      Q    And the --
20      A    Yes.
21      Q    Maybe I should get a clean -- let's --
22 let's start over this chart.  That's okay.  I'll
23 make the next one neater.
24           Okay.  Let's start again.  And we're

Page 377

1  gonna distinguish between --
2       A    Uh-huh.
3       Q    -- the immortalized, which is IM on the
4  chart, and that's going to be not relevant;
5  right?
6       A    Correct.
7       Q    And the normal cells are relevant, in
8  your mind?
9       A    Uh-huh.
10      Q    How about the fallopian tube, the FT33?
11      A    Yeah.  So that's immortalized also, so
12 I don't think it's particularly relevant.
13      Q    Is it not relevant?
14 MS. CURRY:
15           Object to the form.
16      A    Uh-huh.
17 MS. THOMPSON:
18      Q    And that's because it's immortalized?
19      A    Uh-huh.
20      Q    Okay.  And 3, cancer cell lines?
21      A    So this is --
22 MS. CURRY:
23           Object to the form.
24      A    So this was a big -- this was a concern

Michael Birrer, M.D., Ph.D.

Page 378

1  in the paper, which is that, as you know, SKOV3
2  is a clear cell; we've got an endometrioid; and
3  we don't even know where 2780 comes from, so I
4  don't think they're relevant.
5  MS. THOMPSON:
6      Q      And that's because of lacking a clear
7  histologic relationship?
8  MS. CURRY:
9          Object to the form.
10  A      That's right.
11  MS. THOMPSON:
12      Q      Do those results show a biological
13  effect from talcum powder?
14  MS. CURRY:
15          Object to the form.
16  A      So I don't view that -- I don't -- I
17  guess the answer is -- biologic effects?
18  MS. THOMPSON:
19      Q      Does something happen when you put the
20  baby powder in the cell culture?
21  MS. CURRY:
22          Object to the form.
23  MS. THOMPSON:
24      Q      This is not related to whether you

Page 379

1  agree with how it was, the dosage, whether the
2  results are accurate or not.
3  MS. CURRY:
4          Object to the form.
5  A      Yeah.  It's really hard to interpret
6  this because, again, I believe he used a control
7  with DMSO.  DMSO has fairly dramatic effects and
8  he's not controlling for it.  So, you know, I
9  would say no.
10  MS. THOMPSON:
11      Q      No biologic effects?
12  A      No biologic effects.
13  Q      On any of the cell lines?
14  A      Correct.  Unless you call PCR effect --
15  you know, PCR quantification biologic.
16  Q      Do you have your exhibit there?
17  A      Exhibit --
18  Q      Oh, well.  We can -- we'll just use
19  mine.
20  A      This one?
21  Q      I wondered if you wanted to be filling
22  these in yourself.  But as long as you correct
23  my --
24  A      You go.

Page 380

1      Q      As long as you approve of my work, we
2  can -- we can switch the exhibit over to the one
3  I'm doing.
4  A      Uh-huh.
5      Q      If the results are accurate, do they
6  demonstrate a dose-dependent response?
7  MS. CURRY:
8          I object to the entirety of the
9  exercise --
10  MS. THOMPSON:
11          Okay.  You're --
12  MS. CURRY:
13          -- but I am following you in terms of
14  the accuracy of you putting his answers down on
15  the paper.
16  MS. THOMPSON:
17          Okay.  All right.  And we'll have the
18  record, too.
19  MS. THOMPSON:
20      Q      Do the answers show a dose-dependent
21  response?
22  MS. CURRY:
23          Object to the form.
24  A      So it depends on the cell line, I

Page 381

1  think.  Right?
2  MS. THOMPSON:
3      Q      Which cell line does not?  So --
4  MS. CURRY:
5          Object to the form.
6  A      If you look at the PCR, I don't know --
7  and you look at everything but EL1, I don't know
8  if those are statistically different.  If you --
9  if you pull it down, you can see it.
10  MS. THOMPSON:
11      Q      Oh, sorry.
12  A      Yeah.  See way on the top?
13  Q      If the paper says they were
14  statistically significant, does that matter?
15  MS. CURRY:
16          Object to the form.
17  A      Well, it doesn't look like it to me.
18  MS. THOMPSON:
19      Q      So are you gonna say no or you don't
20  know?
21  A      No.
22  MS. CURRY:
23          Object to the form.
24  MS. THOMPSON:

96 (Pages 378 to 381)

Michael Birrer, M.D., Ph.D.

Page 382

1  Q      On all cell lines?
2  A      No.  For EL1.  Normal ovary.
3         So, actually, for -- for -- what is
4  that?  That's B, SKOV3.  So for SKOV3, it looks
5  like nothing.  It's -- from the MRNA level, it's
6  all suppressed.  It's all very low.  I don't
7  see -- I don't see -- if there's a P-value there,
8  what is it between?  The control and the 5?  The
9  control and the 20?  The 20 and the 100?  I don't
10 know.
11        The ELISA looks like -- this is for
12 SKOV3; right?  The ELISA looks like there's no
13 effect until you get to 20 or 100.
14 Q      And you're eyeballing the statistical
15 significance of these charts?
16 A      Well, that's why they --
17 MS. CURRY:
18        Object to the form.
19 A      That's why they put arrow bars in
20 there.
21 MS. THOMPSON:
22 Q      So reading Dr. Saed's results in the
23 manuscript --
24 A      Uh-huh.

Page 383

1  Q      -- the CAT and SKOV -- this is Figure
2  1 -- "MRNA and protein levels were significantly
3  in a dose-dependent manner in talc-treated cells
4  compared to controls."
5         Do you disagree with Dr. Saed's
6  analysis?
7  A      I disagree with that statement.
8  Q      So you're going to say, regardless of
9  Dr. Saed's peer-reviewed conclusion, your
10 opinion, these do not show a dose-dependent
11 response --
12 MS. CURRY:
13        Object to the form.
14 MS. THOMPSON:
15 Q      -- based on your eyeballing of the
16 chart?
17 MS. CURRY:
18        Object to the form.  That's --
19 A      Well, that -- I disagree with that
20 statement.  That implies that these are all
21 statistically significant, and I can't imagine
22 that's true, given the arrow bars.  But it would
23 be very helpful to have the raw data.
24 MS. THOMPSON:

Page 384

1  Q      Well, you had the raw data to review,
2  didn't you?
3  MS. CURRY:
4         Object to the form.
5  MS. THOMPSON:
6  Q      It's on your materials considered list.
7  A      Well, his notebooks were very difficult
8  to interpret.
9  Q      All the raw data was in his notebooks.
10 If it -- if you are saying these results were not
11 accurate, could you have looked it up in the lab
12 notebooks?
13 MS. CURRY:
14        Object to the form.
15 A      Yeah, I don't know.  I'd have to go
16 back and look at it.  There were --
17 MS. THOMPSON:
18 Q      Did you do that?
19 MS. CURRY:
20        Object to the form.
21 A      I looked at his notebooks.  They were
22 extremely hard to follow.
23 MS. THOMPSON:
24 Q      Did you ask someone --

Page 385

1  MS. CURRY:
2         Object to the form.
3  MS. THOMPSON:
4  Q      -- to get information?  Because what's
5  your evidence that the data wasn't included in
6  the lab notebooks?
7  MS. CURRY:
8         Object to the form.
9  A      Well, I -- again, his notebooks were
10 very poorly organized.  There were things that
11 were whited out.  So it was hard to follow.
12 MS. THOMPSON:
13 Q      Okay.  What was whited out?  Seriously.
14 Was there any data whited out?
15 MS. CURRY:
16        Object to the form.
17 MS. THOMPSON:
18 Q      You're making --
19 A      Well, do you have them here?
20 MS. THOMPSON:
21 Q      I do.
22 MS. CURRY:
23        And the deposition transcript?
24 MS. THOMPSON:

Michael Birrer, M.D., Ph.D.

Page 386

1    I need the lab notebooks.  Let's just
2  answer this, and I think we're going to move on
3  to something else.
4    Q    In your opinion, are the results
5  dose-deponent?
6  MS. CURRY:
7    Object to the form.
8    A    So I -- I guess the way to handle that
9  would be for -- there looks like there's a dose
10  dependency for some of the cell lines in certain
11  conditions but not all of them.  Is that fair to
12  say?
13  MS. THOMPSON:
14    Q    Well, so you don't believe
15  Dr. Saed's --
16    A    Conclusions.
17    Q    -- conclusions?
18    A    I don't agree with that one statement.
19  His statement is that basically all of the time
20  points demonstrated a dose-dependant effect of
21  talc.  If that's true -- you can't see it here.
22  You see it in some.
23    Q    Did -- did any of the peer-reviewers
24  raise a question about that statement?

Page 387

1    A    No.
2    Q    And, in fact, the peer-reviewers said
3  his conclusions reflected the results; correct?
4  MS. CURRY:
5    Object to the form.
6  MS. THOMPSON:
7    Q    The peer-reviewer that commented on it?
8    A    The one reviewer.
9    Q    The only one that commented on it?
10    A    Yeah.
11    Q    So are these question marks or which --
12  which cell lines do you think are statistically
13  significant?
14    A    Yeah.  I think that's -- I think that's
15  probably reasonable, question marks.
16    Q    Question marks on everything?
17    A    Yeah.
18    Q    And there's plenty of discussion for us
19  to go back and figure out the reasoning for that.
20    We may come back to the chart, but
21  there's some other things I want to cover, so
22  we'll -- we'll leave that with you disagreeing
23  with Dr. Saed's analysis.
24    Did you look at Dr. Saed's previous

Page 388

1  publications using the same methodology and the
2  same assays?
3  MS. CURRY:
4    Object to the form.
5    A    I didn't -- I didn't go through all of
6  his papers, no.
7  MS. THOMPSON:
8    Q    Did you go through any of his previous
9  papers?
10  MS. CURRY:
11    Object to the form.
12    A    I can't recall going through papers
13  that used this technology.
14  MS. THOMPSON:
15    Q    But this technology has been
16  peer-reviewed and published --
17  MS. CURRY:
18    Object to the form.
19    A    Yes.
20  MS. THOMPSON:
21    Q    -- previously?
22    And you're aware that Dr. Saed has
23  presented four abstracts based on this research;
24  correct?

Page 389

1    A    I believe so.
2    Q    And abstracts are generally reviewed
3  prior to acceptance at a national meeting;
4  correct?
5  MS. CURRY:
6    Object to the form.
7    A    Usually there's a program committee
8  that will review them.
9  MS. THOMPSON:
10    Q    And would you agree that, generally,
11  four to six reviewers look at abstracts when
12  making the decision which to accept for a
13  meeting?
14  MS. CURRY:
15    Object to the form.
16    A    It depends on the organization.  But
17  there usually is -- it's certainly more than one
18  person.
19  MS. THOMPSON:
20    Q    If -- if I told you Society For
21  Reproductive Investigation typically has four to
22  six reviewers and SGO has four to five reviewers
23  for each abstract, does that sound reasonable?
24  MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 390

1          Object to the form.
2     A     You know, I think for the first
3 society, the former one, I'm not familiar with
4 them, but it sounds reasonable.
5          SGO, I've been on the program
6 committee.  Sometimes it's a little less than
7 that depending on how many abstracts you get.
8 MS. THOMPSON:
9     Q     At least for this year, there were four
10 to five reviewers, and the abstracts were scored
11 numerically.
12          Are you familiar with that system?
13 MS. CURRY:
14          Object to the form.
15     A     I am.
16 MS. THOMPSON:
17     Q     And the -- and the top scoring
18 abstracts were accepted for presentation?
19     A     Usually they'll put a cutoff on it,
20 yeah.
21     Q     And in the two criteria that SGO
22 reviewers looked at were, one, scientific
23 validity; and two, clinical relevance.
24          Does that sound right?

Page 391

1 MS. CURRY:
2          Object to the form.
3     A     That, I don't know.
4 MS. THOMPSON:
5     Q     And -- and you'll agree that the
6 mutation, the SNP data, was presented as a poster
7 at this year's SGO meeting; correct?
8 MS. CURRY:
9          Object to the form.
10     A     I didn't -- I didn't go to that poster,
11 so I don't know what was on it.  If it was a --
12 if it was similar to the paper, I would assume
13 so.
14 MS. THOMPSON:
15     Q     Okay.  So if you have the manuscript
16 that was reviewed by at least two reviewers and
17 the editors of Gynecologic Oncology, you have the
18 manuscript that was reviewed by at least one
19 editor -- one reviewer and editor for
20 Reproductive Sciences.  You have abstracts that
21 are each reviewed by four to five reviewers.  He
22 also has a book chapter that was reviewed,
23 peer-reviewed by editors which included this
24 data.

Page 392

1          You would agree with me that there have
2 been at least 20 to 30 eyes on this research;
3 correct?
4 MS. CURRY:
5          Object to the form.
6 MS. THOMPSON:
7     Q     In various levels of review.
8 MS. CURRY:
9          Object to the form.
10     A     20 to 30 sounds a little excessive but
11 probably --
12 MS. THOMPSON:
13     Q     Well, four abstracts, four to five
14 reviewers each --
15     A     Oh, you're saying all of it?
16     Q     Yeah.  Combined.
17 MS. CURRY:
18          Objection.
19 MS. THOMPSON:
20     Q     Would you agree that there have been at
21 least 25 eyes on this research?
22     A     Uh-huh.  Some could have overlapped.
23 MS. GARBER:
24          Or 50 eyes, since there's two.

Page 393

1 MS. THOMPSON:
2     Q     Fifty eyes.
3          Are you aware of any other reviewers
4 that raised any of the serious concerns that you seem to
5 have with Dr. Saed's paper --
6 MS. CURRY:
7          Object to the form.
8 MS. THOMPSON:
9     Q     -- and -- and research?
10     A     I don't know any of the reviewers for
11 the abstracts or the SGO.  That's all kept
12 confidential.  So none of them have -- I haven't
13 any firsthand knowledge that they said to me.
14 But the review process hasn't raised -- hasn't
15 necessarily raised the issues that I've raised.
16     Q     Okay.
17     A     But that doesn't change my opinion.
18     Q     I didn't ask you, actually.  If it did,
19 I didn't expect it to.
20          I want to go through -- oh.
21          (DEPOSITION EXHIBIT NUMBER 32 WAS
22           MARKED FOR IDENTIFICATION.)
23 MS. THOMPSON:
24     Q     And did you -- did you review

Michael Birrer, M.D., Ph.D.

Page 394

1  Dr. Saed's review article published in
2  Gynecologic Oncology in 2017?
3      A    I think I saw this.  Is this on
4  oxidative stress?
5      Q    Yes.
6      A    Yeah.  Yeah.
7      Q    And -- and do you know if this review
8  article was invited or submitted and
9  peer-reviewed in the process?
10     A    I don't know.
11     Q    But, as you've testified before, and
12  typically authors of review articles in reputable
13  journals are felt to be experts in the field;
14  correct?
15  MS. CURRY:
16         Object to the form.
17     A    They generally are.
18  MS. THOMPSON:
19     Q    And --
20  MS. CURRY:
21         Did you mark this as an exhibit?
22  MS. EVERETT:
23         It's Exhibit 32.
24  MS. THOMPSON:

Page 395

1         32.
2  MS. CURRY:
3         Okay.  Thank you.
4  MS. THOMPSON:
5      Q    And just looking at the abstract on --
6  well, first on the highlights -- this review
7  article updates the role of oxidative stress and
8  the pathogenesis of ovarian cancer.
9         The first highlight is "Oxidative
10  Stress Plays an Essential Role in the
11  Pathogenesis of Ovarian Cancer."
12     A    Where are you?  I'm sorry.
13     Q    The highlights at the top.
14     A    Oh.  The bullet points?
15     Q    Bullet point, highlights.
16     A    Okay.
17     Q    And you'll agree that -- that statement
18  is essentially the same as the one in the talcum
19  powder article that was asked to be removed
20  because of the data not supporting that
21  statement; correct?
22  MS. CURRY:
23         Object to the form.
24     A    You're going on submission?

Page 396

1  MS. THOMPSON:
2      Q    Yes.
3      A    It's not the same phrase.  Essential
4  role -- actually, the essential role here is
5  pretty narrow.  But it -- but, you know, I
6  wouldn't quibble about that.  It's in the same
7  range.
8      Q    It's a similar concept that's -- that
9  was published in the review article; correct?
10     A    Uh-huh.
11  MS. CURRY:
12         Object to the form.
13  MS. THOMPSON:
14     Q    Reading the abstract "Clinical and
15  epidemiological investigations have provided
16  evidence supporting the role of reactive oxygen
17  species, ROS, and reactive nitrogen species, RNS,
18  collectively known as oxidative stress in the
19  etiology of cancer."
20         Would you agree with that statement?
21  MS. CURRY:
22         Object to the form.
23     A    Yep.
24  MS. THOMPSON:

Page 397

1      Q    "Exogenous factors such as chronic
2  inflammation, infection and hypoxia are major
3  sources of cellular oxidative stress."
4         Would you agree with that statement?
5  MS. CURRY:
6         Object to the form.
7      A    Well, I would just refine it to say
8  they were sources.  I don't know if they're the
9  major sources.  In certain conditions there may
10  be other sources.  So it's a little bit of a
11  generality.
12  MS. THOMPSON:
13     Q    "Specifically oxidative stress plays an
14  important role in the pathogenesis,
15  neoangiogenesis and dissemination of local or
16  distant ovarian cancer, as it is known to induce
17  phenotypic modifications of tumor cells by
18  crosstalk between tumor cells and the surrounding
19  stroma."
20         Do you agree with that statement?
21     A    Well, that's a mouthful.  There's a lot
22  in there, and I'm not so sure I know exactly what
23  he's talking about.  Pathogenesis is pretty
24  general.  Blood vessel formation is a different

Michael Birrer, M.D., Ph.D.

Page 398

1  process.  So --
2  Q     But certainly the reviewers and the
3  editors of the journal, when they published the
4  review article --
5  A     Uh-huh.
6  Q     -- thought that was accurate
7  information; correct?
8  A     They did.
9  MS. THOMPSON:
10       Object to the form.
11  A     Yeah.
12  MS. THOMPSON:
13  Q     Going to Table 1 on page 598, that's a
14  "Summary of the Oxidant and Antioxidant
15  Expression and Sensitive and Chemoresistant
16  Ovarian Cancer."  You'll agree that these were
17  essentially the same markers that Dr. Saed
18  studied in the talcum powder experiments;
19  correct?
20  MS. CURRY:
21       Object to the form.
22  MS. THOMPSON:
23  Q     NPO, INOS?
24  A     I think so.  I think so.  I'm just

Page 399

1  checking all of them.  Did they --
2  Q     And generally speaking.
3  A     Certainly the lower list is all in
4  there, yeah.
5  Q     So -- so these -- these oxidants,
6  antioxidants that Dr. Saed studied with the
7  talcum powder, he had published before; correct?
8  MS. CURRY:
9       Object to the form.
10  A     Well, this is a review article.  He's
11  not publishing primary data right now.  He's just
12  noting it.
13  MS. THOMPSON:
14  Q     A review article noting the relevance
15  of those assays for oxidative stress in ovarian
16  cancer; correct?
17  MS. CURRY:
18       Object to the form.
19  A     Well, again, I'm refining that a little
20  bit because this table really looks for
21  expression comparing standard ovarian cancer to
22  chemoresistance.  That's really not what this
23  paper is about.  So it's kind of apples and
24  oranges.

Page 400

1  MS. THOMPSON:
2  Q     But the -- but the markers are the
3  same, essentially?
4  MS. CURRY:
5       Object to the form.
6  A     The markers are the same.
7  MS. THOMPSON:
8  Q     And they're published in this review
9  article, correct, in Gynecologic Oncology?
10  A     They're reported here and published.
11  Q     And you'll agree there have been some
12  other molecular studies relating to talcum powder
13  and cell culture; correct?
14  MS. CURRY:
15       Object to the form.
16  A     I believe so.
17  MS. THOMPSON:
18  Q     Are you familiar with a Shukla paper?
19  A     Yes, I am.
20  Q     I'll mark the Shukla paper Exhibit 33.
21       (DEPOSITION EXHIBIT NUMBER 33 WAS
22       MARKED FOR IDENTIFICATION.)
23  MS. THOMPSON:
24  Q     Okay.  And this paper was published in

Page 401

1  2008; correct?
2  MS. CURRY:
3       Object to the form.
4  MS. THOMPSON:
5  Q     Sorry.  Received in --
6  A     That was in '9.
7  Q     In formal form, 2008.
8  MS. CURRY:
9       Do you have a copy?
10  A     This is in 2009, I have it.
11  MS. THOMPSON:
12  Q     The title is "Alterations in Gene
13  Expression in Human Mesothelia Cells Correlate
14  with Mineral Pathogenicity."
15       Is that the title of this paper that
16  you have?
17  A     Yes.  Yes.
18  Q     Okay.  And it was published in --
19  A     I have it 2009.
20  Q     Oh.  No.  We're looking at -- I'm
21  looking at that received in final form, and
22  you're -- when it actually appeared.  You're
23  correct.  2009.
24       And this paper looked at cell culture

101 (Pages 398 to 401)

Michael Birrer, M.D., Ph.D.

Page 402

1    with asbestos applied; correct?
2    A      This looked at asbestos, nonfibrous
3    talc, and titanium dioxide.
4    Q      Correct.
5    A      Or glass beads.
6    Q      And if you'll turn to Table 2, it
7    reports on gene expression and mesothelial cells
8    at low and high doses at 8 and 24 hours for the
9    low dose and 8 hours for the high dose.  Correct?
10   A      This is genes that are affected by
11   asbestos.
12   Q      Correct.
13          And, then, if you'll look at table --
14   A      And this -- sorry.
15   Q      -- Table 3, which are the genes
16   upregulated by nonfibrous talc, you'll see that
17   testing was done at 8 hours at low and high dose.
18   And it appears that there was no testing done at
19   24 hours for talc.
20          Is that your understanding?
21   A      I believe so.
22   Q      And, yet, there --
23   A      I'm sorry.  Can I refine that?
24   MS. CURRY:

Page 403

1          Object to the form.  Sorry.
2    A      They were -- it was checked but the
3    changes were not observed.
4    MS. THOMPSON:
5    Q      Where do you see that?
6    A      Well, that may be -- hang on.  "These
7    are mesothelial cells..."  Yeah.  Right --
8    assuming I'm reading this right.
9          Right below the table it says "...were
10   initially -- were observed initially with talc at
11   8 hours.  However, these changes were not
12   observed at 24 hours.  Suggesting that the human
13   mesothelial cells adapt to this mineral."
14   Q      If you'll look at Table -- at Figure
15   4 --
16   A      Figure 4.
17   Q      -- you do see that there are
18   significant increases in both nonfibrous talc and
19   the crocidolite asbestos; correct?
20   MS. CURRY:
21          Object to the form.
22   A      So this is quantitative PCR of two
23   genes; right?  This is ATF3?
24   MS. THOMPSON:

Page 404

1    Q      Yeah, ATF.
2           And those are cancer genes; correct?
3    Or genes affiliated -- associated with cancer?
4    MS. CURRY:
5           Object to the form.
6    A      Well, a lot of genes are.
7           AFT3 --
8    MS. THOMPSON:
9    Q      ATF3 and interleukin 8 are often
10   studied in relationship to cancer association;
11   correct?
12   MS. CURRY:
13          Object to the form.
14   A      I'd say interleukin 8.  I don't -- I
15   know of less data for ATF3.  It's a transcription
16   factor, so I don't know the story there.
17          But your original question, these are
18   statistically significant increases at 8 hours
19   for talc; right?
20   MS. THOMPSON:
21   Q      And 24 hours for talc was not
22   performed; correct?
23   MS. CURRY:
24          Object to the form.

Page 405

1    A      It was performed but they didn't see
2    any changes.
3    MS. THOMPSON:
4    Q      Was it performed at the high dose?
5    A      Well, let's see.  I can't answer that.
6    It may be buried in here somewhere.  I do -- I do
7    note that in this paper they didn't detect a lot
8    of gene changes with talc.
9    Q      They did detect gene changes with talc,
10   did they not?
11   MS. CURRY:
12          Object to the form.
13   A      Well, they didn't detect a lot.  There
14   were some.
15   MS. THOMPSON:
16   Q      I didn't ask if there were a lot.
17   There were gene changes with talc?
18   A      Uh-huh.
19   Q      Would you consider that a biological
20   effect?
21   MS. CURRY:
22          Object to the form.
23   A      So, I -- yeah.  I don't consider it
24   biologic.  It may be transcriptional.

102 (Pages 402 to 405)

Michael Birrer, M.D., Ph.D.

Page 406

1    MS. THOMPSON:
2    Q      And you've looked at the Buz'Zard
3    paper; correct?  The Pycnogenol paper, does that
4    sound familiar?
5    A      Well, I don't recognize that name.
6    Yeah.  I did look at it.
7    Q      Okay.  I'm gonna mark that as Exhibit
8    34.
9        (DEPOSITION EXHIBIT NUMBER 34 WAS
10       MARKED FOR IDENTIFICATION.)
11   MS. THOMPSON:
12   Q      And you'll agree that this paper looked
13   at neoplastic transformation in humans' ovarian
14   cell cultures exposed to talc; correct?
15   A      Well, this gets back to what we
16   discussed before.  I think they -- they -- the
17   title says it and they -- and they argue that
18   what they've shown is transformation.  I don't --
19   I don't agree with that.
20   Q      Well, at least the authors say that, in
21   reading from the abstract, two-thirds of the way
22   down, "Talc increased proliferation, induced
23   neoplastic transformation and increased ROS
24   generation timed dependently in the ovarian cells

Page 407

1    and dosed dependently in the p.m."
2        And that's at least what the authors
3    conclude; right?
4    A      That's what they say in the abstract,
5    yes.
6    Q      And also conclude that "The data
7    suggests that talc may contribute to ovarian
8    neoplastic transformation" --
9    A      Where are you now?  I'm sorry.  The
10   next sentence?
11   Q      Next-to-last sentence.
12   A      Yep.
13   Q      "The data suggests that talc may
14   contribute to ovarian neoplastic transformation
15   and Pyc reduced the talc-induced transformation."
16       That's what the authors concluded;
17   correct?
18   A      That's what they say.
19   Q      Do either the Shukla paper or the
20   Buz'Zard paper refute Dr. Saed's research
21   findings?
22   MS. CURRY:
23       Object to the form.
24   A      I don't think Shukla does.  I'd have to

Page 408

1    think about Buz'Zard.  I'd have to cross-compare
2    that.
3    MS. THOMPSON:
4    Q      Well, I'm just asking you if it refutes
5    his findings.
6    MS. CURRY:
7        Object to the form.
8    A      No.  I -- I'm thinking about that.  I
9    think his ROS generation is a little bit
10   different, Buz'Zard.
11   MS. THOMPSON:
12   Q      The ROS generation may be a little bit
13   different, but it does show ROS generation in
14   that paper; correct?
15   MS. CURRY:
16       Object to the form.
17   A      Now, the Buz'Zard was -- was, for lack
18   of a better term, bizarre, because there were
19   differential effects in terms of production of
20   ROS depending on the concentration.  So I found
21   it very difficult.  And the interpretation that
22   they had was, I thought, misleading.
23   MS. THOMPSON:
24   Q      But the question was:  Did it in any

Page 409

1    way refute Dr. Saed's findings?
2    MS. CURRY:
3        Object to the form.
4    A      In -- in terms of comparing this to
5    that?
6    MS. THOMPSON:
7    Q      Yes.
8    A      I'd have to take a close look at that.
9    It's not something I thought about.
10   Q      Okay.  But there's nothing that's
11   obvious that refutes Dr. Saed's --
12   A      It's not leaping out to me.
13       (DEPOSITION EXHIBIT NUMBER 35 WAS
14       MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q      Okay.  I'm marking as Exhibit 35 a
17   paper by Akhtar from 2010.
18       Have you seen this paper?
19   A      This one, I don't think I reviewed.
20   Let me just see if it's on my list.  No.
21   Q      And are you aware from Dr. Saed's
22   deposition that he referred to the -- this paper
23   to establish his dosages for the talc experiments
24   that Dr. Saed performed?

103 (Pages 406 to 409)

Michael Birrer, M.D., Ph.D.

Page 410

1   A      In terms of what he did?
2   Q      Yes.
3   A      No, I didn't.  I'm not aware of that
4   from his deposition.
5   Q      Looking at the paper --
6   A      Yeah.
7   Q      -- does that look reasonable?
8   MS. CURRY:
9          Object to the form.
10  A      This is way out of my purview with iron
11  mediated lipid peroxidase in A459 cells, which
12  are lung cancer.  I don't know the relevance of
13  this to what we're addressing here.
14  MS. THOMPSON:
15  Q      Well, let's read what he says --
16  A      Sure.
17  Q      -- in the abstract.
18         "Talc particles, the basic ingredient
19  in different kinds of talc-based cosmetic and
20  pharmaceutical products pose a health risk to
21  pulmonary and ovarian systems due to domestic and
22  occupational exposures."
23         Is that what the authors say?
24  A      Correct.

Page 411

1   Q      So at least the authors thought that
2   this experiment had relevance to talc-based
3   cosmetic products; correct?
4   MS. CURRY:
5          Object to the form.
6   A      Yeah.  I think it's in that sentence.
7   MS. THOMPSON:
8   Q      And at least the authors thought that
9   these experiments had relevance to the ovarian
10  system; correct?
11  MS. CURRY:
12         Object to the form.
13  A      Well, they mentioned it.  And as a -- I
14  think as a premise to the experiment.  That
15  doesn't mean it's relevant.
16  MS. THOMPSON:
17  Q      Well, it's a -- you would assume that
18  if it's a premise to do the experiment, that they
19  thought the experiments would be relevant to the
20  question that they're asking; correct?
21  MS. CURRY:
22         Object to the form.
23  A      There's no question there.  That's a
24  statement.  It's in the --

Page 412

1   MS. THOMPSON:
2   Q      Well, it's the first statement of the
3   abstract.
4   A      Right.
5   Q      Do you think that's just an irrelevant
6   statement, that they put as the first -- the
7   introductory sentence to their paper?
8   MS. CURRY:
9          Object to the form.
10  A      Well, I think that's their supposition.
11  They make that statement.  I get it.  But that
12  doesn't mean that this experiment is relevant to
13  that.
14  MS. THOMPSON:
15  Q      I'm asking do the authors think it was
16  relevant?
17  MS. CURRY:
18         Object to the form.
19  A      You'd have to address it with them.  I
20  don't know.
21  MS. THOMPSON:
22  Q      "The talc particles, the basic
23  ingredient in different kinds of talc-based
24  cosmetic and pharmaceutical products pose a

Page 413

1   health risk to pulmonary and ovarian systems due
2   to domestic and occupational exposure."
3          And then they go on to why they're
4   studying talc particles.
5          Is -- is it your testimony that you
6   don't know whether the authors thought that was
7   relevant or not?
8   MS. CURRY:
9          Object to the form.
10  A      Well, it's speculation.  I don't know
11  what was in their mind.  I can read this.  I see
12  what they did.  And that opening statement is,
13  again, sort of setting the -- setting the plate.
14  But is this system relevant to that?  I don't
15  know.  Lipid peroxidation --
16  MS. THOMPSON:
17  Q      But -- but you would agree that the
18  peer-reviewers and the editors of this journal
19  accepted this paper with the introduction that
20  talc particles posed a risk to pulmonary and
21  ovarian systems and that the investigators at
22  least did the experiments and published the
23  paper; correct?
24  MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 414

1          Object to the form.
2     A     Did the work and published the paper.
3     Agree.
4     MS. THOMPSON:
5     Q     And in the conclusion, the authors
6     state "We have presented a preliminary data on
7     the toxicity response elicited by the two types
8     of talc nano particles depending on their
9     different geologic origin," and then go on to
10    conclude, the end, "Data clearly suggests that
11    exposure to talc, particularly nanopowder, should
12    be protected in humans at risk of occupational as
13    well as domestic exposure."
14          That's the conclusions of the authors
15    based on this research; correct?
16    A     That's the last sentence?  Is that the
17    last sentence?
18    Q     Yes.
19    A     Yeah.  That's what they say.
20    Q     That is in the conclusion?
21    A     That's what they say.
22    Q     And that is the "Conclusion" section of
23    the paper; correct?
24    A     Correct.

Page 415

1          (DEPOSITION EXHIBIT NUMBER 36 WAS
2          MARKED FOR IDENTIFICATION.)
3     MS. THOMPSON:
4     Q     I'm marking as Exhibit 36 another paper
5     by Akhtar and colleagues published in 2012.
6     Have you seen that paper, Dr. Birrer?
7     A     No.
8     Q     This paper is titled "Cytotoxicity and
9     Apoptosis" --
10    MS. CURRY:
11          Do you have a copy?  Sorry.
12    MS. THOMPSON:
13          I'm sorry.
14    MS. CURRY:
15          Thank you.
16    MS. THOMPSON:
17    Q     This paper is titled "Cytotoxicity and
18    Apoptosis Induction by Nano-Scale Talc Particles
19    From Two Different Geographical Regions in Human
20    Lung Epithelial Cells."
21          Is it your opinion that this paper is
22    irrelevant because it tested the biological
23    effects of talc in human lung epithelial cells?
24    MS. CURRY:

Page 416

1          Object to the form.
2     A     Well, I just saw it.  I haven't
3     reviewed it.  I would be concerned that they're
4     in a completely different cell system.  And, as
5     you know, there's just huge differences in tissue
6     responses.
7     MS. THOMPSON:
8     Q     Would that automatically make it
9     irrelevant, in your mind?
10    MS. CURRY:
11          Object to the form.
12    A     I would -- I'd like to read the paper.
13    But I'd be concerned.  I would start out with a
14    certain concern about that and then go through
15    the paper.
16    MS. THOMPSON:
17    Q     Okay.  We can go off the record, and
18    you -- you can look at the paper.
19    A     Okay.
20    VIDEOGRAPHER:
21          Off the record at 5:38 p.m.
22          (OFF THE RECORD.)
23    VIDEOGRAPHER:
24          We're back on the record at 5:40 p.m.

Page 417

1     MS. THOMPSON:
2     Q     Dr. Birrer, this article titled
3     "Cytotoxicity and Apoptosis Induction by
4     Nano-Scale Talc Particles from Two Different
5     Geographical Regions in Human Lung Epithelial
6     Cells" is by the same authors of the paper we
7     just discussed; right?
8     A     Correct.  I don't know if they're all
9     on here, but it's the same group.
10    Q     Same group.
11    A     Yeah.
12    Q     Going to the last sentence on the first
13    page in the introduction, the authors state:
14    "Epidemiologic evidence also suggest a possible
15    association between genital use of talcum powder
16    and risk of ovarian cancer.  Talc also appears to
17    induce reactive oxygen, ROS, generation,
18    oxidative stress, and inflammation."
19          Is that what the authors state
20    regarding the epidemiology of talcum powder and a
21    reason for studying the cellular response?
22    MS. CURRY:
23          Object to the form.
24    A     So the first statement is about

105 (Pages 414 to 417)

Michael Birrer, M.D., Ph.D.

Page 418

1    epidemiologic evidence. The second statement is
2    about reactive oxygen species. And they don't
3    say anything about why there's a reason to study.
4    They just make those statements.
5    MS. THOMPSON:
6        Q    Is it your testimony that they would
7    just put -- put that statement in randomly in the
8    introduction to their paper about cytoxicity and
9    apoptosis with talc particles?
10   MS. CURRY:
11           Object to the form.
12       A    It wouldn't be random. But, again, I
13   think it's just a piece of information that this
14   has been studied before in a different system.
15   MS. THOMPSON:
16       Q    And you would -- and they cite to
17   Buz'Zard, the paper we just reviewed; correct?
18       A    Uh-huh. Yes.
19       Q    And they start -- cite to Langseth;
20   correct?
21       A    Yes.
22       Q    And in previous testimony you have
23   testified that you think that Langseth is a -- is
24   a high-quality paper. Do you remember that?

Page 419

1    MS. CURRY:
2            Object to the form.
3        A    Yeah. I'd have to see that.
4    MS. THOMPSON:
5        Q    Okay.
6        A    But I'm more familiar with Buz'Zard.
7        Q    Okay. Well, we just looked at that
8    one; right?
9            But at least --
10       A    Yeah.
11       Q    -- that's what the authors state in
12   their introduction --
13       A    Yeah.
14       Q    -- regarding talc; correct?
15       A    Yes.
16       Q    And, then, we'll just go to the
17   conclusion.
18       A    Uh-huh.
19       Q    The last paragraph. "In conclusion,
20   both IN" -- which is Indian nano particles or
21   nano talc -- "and CN" -- which is commercial nano
22   talc particles, "significantly induce
23   cytotoxicity, oxidative stress and apoptosis in
24   human lung epithelial cells."

Page 420

1            Is that what the authors conclude from
2    the experiments that they did on nano talc
3    particles?
4        A    That's what they say right there, yeah.
5        Q    And we've established earlier that the
6    baby powder is a mixed particle-sized product;
7    correct?
8    MS. CURRY:
9            Object to the form.
10       A    Well, we talked about talc particles,
11   and I simply said my understanding is not as a
12   mineralogist, but my understanding is a different
13   spectrum. I don't --
14   MS. THOMPSON:
15       Q    And do you know one way or the other
16   whether some of the particles in baby powder
17   could be classified as nano particles?
18       A    No, I don't know that.
19       Q    Do either of the Akhtar papers that we
20   just looked at refute Dr. Saed's research?
21   MS. CURRY:
22           Object to the form.
23       A    The only comment I would make on that
24   is that this -- and again, I looked at this for

Page 421

1    literally five minutes, but I went through some
2    of the figures. This paper shows a lot of
3    cytotoxicity and apoptosis with the effect of
4    talc. That's -- and this is actually in a cancer
5    cell line; right? It's human lung epithelial
6    cells. I don't think they're -- they're at least
7    immortalized. So that strikes me as different
8    than the proliferative effect he's describing.
9    MS. THOMPSON:
10       Q    That wasn't my question.
11       A    Okay.
12       Q    My question: Do these results refute
13   Dr. Saed's work?
14   MS. CURRY:
15           Object to the form.
16       A    Well, this is in lung cancer, so it's
17   pretty much irrelevant.
18   MS. THOMPSON:
19       Q    And where -- where are you finding that
20   it's in lung cancer cells?
21       A    Human lung epithelial A549 cells. I
22   worked with them quite a bit. It's a lung cancer
23   cell line. It's an adenocarcinoma. Top of page
24   396.

106 (Pages 418 to 421)

Michael Birrer, M.D., Ph.D.

Page 422

1    Q     Human lung epithelial cells?
2    A     Uh-huh.
3    Q     Those are cancer cells?
4    A     A549, if it's the same A549 which I
5    know about, which I think it is, that's an
6    adenocarcinoma.
7    Q     Do you see anywhere in the paper where
8    it describes those as cancer cells?
9    A     Just let me look at the back.  I don't
10   see it, although I've rushed through this.  But I
11   don't see it.
12   Q     I know.  I don't see it either.
13   They're just described as human lung epithelial
14   cells, which doesn't sound like they were
15   considered to be cancer cells.
16         I'm not sure I got the answer to the
17   question "Is there anything in either of these
18   Akhtar papers that refutes Dr. Saed's findings?"
19   A     No.
20   MS. CURRY:
21         Object to the form.
22   MS. THOMPSON:
23   Q     Do both of these Akhtar papers
24   demonstrate biological effect from talc particles

Page 423

1    on cell culture --
2    MS. CURRY:
3          Object to --
4    MS. THOMPSON:
5    Q     -- lines?
6    MS. CURRY:
7          Object to the form.
8    A     I would say yes, that there is some
9    activity.
10   MS. THOMPSON:
11         If we can take just a short break, I
12   think I'm finished.
13   VIDEOGRAPHER:
14         Off the record at 5:48 p.m.
15         (OFF THE RECORD.)
16   VIDEOGRAPHER:
17         We're back on the record at 6:03 p.m.
18   MS. THOMPSON:
19         Dr. Birrer, I have no further
20   questions.  Thank you for your time today.
21   MS. CURRY:
22         I have just a few follow-up questions.
23   VIDEOGRAPHER:
24         Counsel, your microphone.

Page 424

1    MS. CURRY:
2          Oh.  I'm so sorry.  Thank you.
3                EXAMINATION
4    BY MS. CURRY:
5    Q     Dr. Birrer, you have reviewed
6    Dr. Clarke-Pearson's expert report; correct?
7    A     Yes.
8    Q     Do you think his opinions overall are
9    based on sound science?
10   A     No.
11   Q     Do you defer to him on any issue
12   presented in this case?
13   A     No.
14   Q     Do you defer to any of the plaintiffs'
15   experts on any issues presented in this case?
16   A     No.
17   MS. CURRY:
18         I have no further questions.
19         Thank you.
20   MS. THOMPSON:
21         I'm done.
22   VIDEOGRAPHER:
23         Okay.  This concludes this deposition.
24         The time is 6:04 p.m.  We're off the

Page 425

1    record.
2          (Deposition concluded at 6:04 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Michael Birrer, M.D., Ph.D.

| Page 426 | Page 428 |
|---|---|

**Page 426**

```
 1          C E R T I F I C A T E
 2   STATE OF ALABAMA)
 3   COUNTY OF MOBILE)
 4
 5         I do hereby certify that the above and
 6   foregoing transcript of proceedings in the matter
 7   aforementioned was taken down by me in machine
 8   shorthand, and the questions and answers thereto
 9   were reduced to writing under my personal
10   supervision, and that the foregoing represents a
11   true and correct transcript of the proceedings
12   given by said witness upon said hearing.
13         I further certify that I am neither of
14   counsel nor of kin to the parties to the action,
15   nor am I in anywise interested in the result of
16   said cause.
17         Signed this 22nd day of March, 2019.
18
19
             LOIS ANNE ROBINSON, RDR
20           COURT REPORTER, NOTARY PUBLIC
             STATE OF ALABAMA AT LARGE
21           ACCR# 352; EXPIRES 9/30/19
22
23
24
```

**Page 428**

```
 1            - - - - - -
                E R R A T A
 2            - - - - - -
 3
 4   PAGE LINE CHANGE
 5   ____ ____ _____
 6      REASON: _____
 7   ____ ____ _____
 8      REASON: _____
 9   ____ ____ _____
10      REASON: _____
11   ____ ____ _____
12      REASON: _____
13   ____ ____ _____
14      REASON: _____
15   ____ ____ _____
16      REASON: _____
17   ____ ____ _____
18      REASON: _____
19   ____ ____ _____
20      REASON: _____
21   ____ ____ _____
22      REASON: _____
23   ____ ____ _____
24      REASON: _____
```

**Page 427**

```
 1        INSTRUCTIONS TO WITNESS
 2
 3         Please read your deposition
 4   over carefully and make any necessary
 5   corrections.  You should state the reason
 6   in the appropriate space on the errata
 7   sheet for any corrections that are made.
 8         After doing so, please sign
 9   the errata sheet and date it.
10         You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14         It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24
```

**Page 429**

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
 4         I,_____, do
 5   hereby certify that I have read the
 6   foregoing pages, and that the same is
 7   a correct transcription of the answers
 8   given by me to the questions therein
 9   propounded, except for the corrections or
10   changes in form or substance, if any,
11   noted in the attached Errata Sheet.
12
13
14   _____
15   MICHAEL BIRRER, M.D., PH.D.    DATE
16
17
18   Subscribed and sworn
     to before me this
19   _____ day of _____, 20____.
20   My commission expires:_____
21
22   _____
     Notary Public
23
24
```

Michael Birrer, M.D., Ph.D.

Page 430

```
 1            LAWYER'S NOTES
 2     PAGE LINE
 3     ____ ____  _____
 4     ____ ____  _____
 5     ____ ____  _____
 6     ____ ____  _____
 7     ____ ____  _____
 8     ____ ____  _____
 9     ____ ____  _____
10     ____ ____  _____
11     ____ ____  _____
12     ____ ____  _____
13     ____ ____  _____
14     ____ ____  _____
15     ____ ____  _____
16     ____ ____  _____
17     ____ ____  _____
18     ____ ____  _____
19     ____ ____  _____
20     ____ ____  _____
21     ____ ____  _____
22     ____ ____  _____
23     ____ ____  _____
24     ____ ____  _____
```

109 (Page 430)