# EXHIBIT B44

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON          :
TALCUM POWDER PRODUCTS           :
MARKETING, SALES PRACTICES, AND  :
PRODUCTS LIABILITY LITIGATION    :
                                 :  NO. 16-2738
                                 :  (FLW) (LHG)
THIS DOCUMENT RELATES TO         :
ALL CASES                        :


- - -

APRIL 2, 2019

- - -

          Videotaped deposition of ROBERT KURMAN, M.D.

held in the offices of Duane Morris, LLP, 100 North City

Parkway, Suite 1560, Las Vegas, Nevada, commencing at

9:26 A.M., on the above date before Pamela Cotten, CSR,

RDR, Certified Realtime Reporter, Certificate No. 4497.

- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Robert Kurman, M.D.

---

## Page 2

1   A P P E A R A N C E S :
2
3   For the Plaintiffs:
4       BEASLEY ALLEN LAW FIRM
        BY:  DAVID DEARING, ESQ.
5       218 Commerce Street
        Montgomery, Alabama  36104
6       (334) 269-2343
        david.dearing@beasleyallen.com
7
8       ROBINSON CALCAGNIE, INC.
        BY:  CYNTHIA L. GARBER, ESQ.
9       19 Corporate Plaza Drive
        Newport Beach, California  92660
10      (949) 720-1288
        Fax - (949) 720-1292
11      cgarber@robinsonfirm.com
12      HAUSFELD
        BY:  STEVEN B. ROTMAN, ESQ.
12      One Marina Park Drive, Suite 1410
13      Boston, Massachusetts  02210
        (617) 207-0600
14      srotman@hausfeld.com
15
16   For the Defendants Johnson & Johnson Entities:
17      SHOOK, HARDY & BACON, LLP
        BY:  HUNTER AHERN, ESQ.
18      600 Travis Street, Suite 3400
        Houston, Texas  77002
19      (713) 227-8008
        hahern@shb.com
20
        DRINKER, BIDDLE & REATH, LLP
21      BY:  KATHERINE McBETH, ESQ.
        One Logan Square, Suite 2000
22      Philadelphia, Pennsylvania  19103-6996
        (215) 988-2706
23      katherine.mcbeth@dbr.com
24
25

---

## Page 3

1   A P P E A R A N C E S (Continued):
2
3   For the Defendant PTI Royston LLC and PTI Union LLC:
4       TUCKER ELLIS LLP
        BY:  MICHAEL C. ZELLERS, ESQ.
5       42nd Floor
        515 South Flower Street
6       Los Angeles, California  90071-2223
        (213) 430-3400
7       michael.zellers@tuckerellis.com
8       TUCKER ELLIS LLP
        BY:  MICHAEL ANDERTON, ESQ.
9       950 Main Avenue, Suite 1100
        Cleveland, Ohio  44113-7213
10      (216) 592-5000
        michael.anderton@tuckerellis.com
11
12   For Personal Care Products:
13      SEYFARTH SHAW LLP
        BY:  JAMES R. BILLINGS-KANG, ESQ.
14      975 F Street, N.W.
        Washington, D.C.  20004-1454
15      (202) 463-2400
        jbillingskang@seyfarth.com
16
17   ALSO PRESENT:
18      DARNELL BROWN, Videographer
19
20
21
22
23
24
25

---

## Page 4

1                   I N D E X
2
3   Witness:  ROBERT KURMAN, M.D.
4   Examination:                          Page
5     BY MR. DEARING    --------------------- 8, 325
6     BY MS. AHERN      ---------------------  322
7
8
9
10              E X H I B I T S
11  Deposition       Description        Page
12  Exhibit 1     Expert Report of Robert J.     10
                  Kurman, M.D., for General
13                Causation Daubert Hearing
14  Exhibit 2     Defendants' Response to        11
                  Plaintiffs' Document
15                Requests Contained in Notice
                  of Oral and Videotaped
16                Deposition of Robert
                  Kurman, M.D., and Duces
17                Tecum
18  Exhibit 3     IARC's Mission Statement       75
19  Exhibit 4     Document Titled "Special       78
                  Report: Policy, A Review of
20                Human Carcinogens - Part C:
                  Metals, Arsenic, Dusts, and
21                Fibres"
22  Exhibit 5     Excerpts from IARC Monograph  102
                  "Arsenics, Metal, Fibres,
23                and Dusts," Volume 100C
24
25

---

## Page 5

1                E X H I B I T S
                   (Continued)
2
3   Deposition       Description        Page
4   Exhibit 6     Article Titled "Correlative    190
                  Polarizing Light and
5                 Scanning Electron Microscopy
                  for the Assessment of Talc
6                 in Pelvic Region Lymph
                  Nodes" by Sandra A.
7                 McDonald, et al.
8   Exhibit 7     Photocopy of Chapter 27,       216
                  Epidemiology, Page 1301
9
    Exhibit 8     Article Titled                 241
10                "Histopathologic Review of
                  Granulomatous Inflammation"
11                by Kabeer K. Shah, et al.
12  Exhibit 9     Excerpts from Blaustein's      255
                  Pathology of the Female
13                Genital Tract, Fourth
                  Edition, Pages 376, 539,
14                540, 648, 1216, 127, & 1218
15  Exhibit 10    Letter to the Editor Titled    264
                  "Talc Should Not be Used for
16                Pleurodesis in Patients with
                  Nonmalignant Pleural
17                Effusions" by Andrew J.
                  Ghio, et al.
18
    Exhibit 11    Article Titled "Molecular      269
19                Bias Supporting the
                  Association of Talcum Powder
20                Use with Increased Risk of
                  Ovarian Cancer" by Nicole M.
21                Fletcher, PhD, et al.
22  Exhibit 12    Article Titled "On Talc        279
                  Translocation from the
23                Vagina to the Oviducts and
                  Beyond" by A.P. Wehner, et
24                al.
25

---

Robert Kurman, M.D.

Page 6

EXHIBITS
(Continued)

| Deposition | Description | Page |
|---|---|---|
| Exhibit 13 | Article Titled "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice" | 283 |
| Exhibit 14 | Article Titled "Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer" by Mohamed Kadry Taher, et al. | 321 |

Page 7

1    LAS VEGAS, NEVADA - TUESDAY, APRIL 2, 2019,
2              9:26 A.M.
3       VIDEO OPERATOR BROWN:  Good morning.  We are now on
4    the record.  My name is Darnell Brown, and I'm the
5    videographer with Golkow Litigation Services.  Today's
6    date is April 2nd, 2019, and the time is 9:26 A.M.
7        This video deposition is being held in
8    Las Vegas, Nevada, in the matter of In Re Talc for
9    United States District Court, Eastern District of New
10   Jersey.
11       The deponent is Dr. Robert Kurman.
12       Counsel, please identify yourselves for the
13   record.
14       MR. DEARING:  David Dearing from Beasley Allen for
15   the plaintiffs.
16       MS. GARBER:  Cynthia Garber, Robinson Calcagnie,
17   for the plaintiffs.
18       MR. ROTMAN:  Steve Rotman, Hausfeld, for the
19   plaintiffs.
20       MR. BILLINGS-KANG:  James Billings-Kang from
21   Seyfarth Shaw, Personal Care Products' counsel.
22       MR. ANDERTON:  Michael Anderton, Tucker Ellis, for
23   PTI Royston and PTI Union.
24       MS. McBETH:  Katherine McBeth, Drinker Biddle &
25   Reath, on behalf of the Johnson & Johnson defendants.

Page 8

1        MR. ZELLERS:  Michael Zellers on behalf of the
2    Johnson & Johnson defendants.
3        MS. AHERN:  Hunter Ahern on behalf of Johnson &
4    Johnson defendants.
5        VIDEO OPERATOR BROWN:  The court reporter is Pam
6    Cotten, who will now swear in the witness.
7
8              ROBERT KURMAN, M.D.,
9    called as a witness, and having been first duly sworn by
10   the Certified Shorthand Reporter, was examined and
11   testified as follows:
12
13              EXAMINATION
14   BY MR. DEARING:
15       Q   Good morning, Doctor.
16       A   Good morning.
17       Q   We've met at least twice, I think.  But I'm
18   David Dearing.  I represent the plaintiffs in this
19   litigation, and I'm going to be asking you some
20   questions.
21       You've been produced as an expert by Johnson &
22   Johnson in this case.  So, first of all, if you would,
23   state your name, please.
24       A   Robert Kurman.
25       Q   What did you do to prepare for this

Page 9

1    deposition?
2        A   Well, you have to go back into my career.  I
3    guess, in a way, I've been preparing for a long time,
4    so to speak.
5        I was a gynecologic pathologist for almost
6    40 years.  And during the course of my career -- which
7    involves teaching and research and clinical care,
8    attending meetings, reviewing articles submitted to
9    journals -- I would be constantly reading the
10   literature in gynecologic pathology, which, of course,
11   included ovarian cancer.
12       Q   Can I just cut you off.
13       What have you done in the last ten days to
14   prepare for this deposition?
15       A   I've read over the defense -- the plaintiffs'
16   gynecologic pathology expert and gone over papers that
17   she's referred to.  I've gone over my report and
18   perhaps googled a few things here and there.  Oh,
19   PubMed, too.
20       Q   Did you have meetings with Johnson & Johnson
21   lawyers in preparation for this deposition?
22       A   I did.
23       Q   How much time have you spent with the
24   Johnson & Johnson lawyers preparing for this
25   deposition?

Robert Kurman, M.D.

Page 10

1    A   I didn't keep track of the meetings per se --
2   the time spent on the meetings per se.
3    Q   Can you estimate.
4    A   I hesitate not to estimate, since I'm under
5   oath and I want to try to be as specific as possible.
6    Q   One of the advantages of being an expert is
7   you're allowed to estimate.  So can you give me a
8   ballpark?  Was it ten hours?
9    MS. AHERN:  Objection.  Form.
10    THE WITNESS:  Maybe 15.
11   BY MR. DEARING:
12    Q   Have you billed them for that time yet?
13    A   Some of it.
14    (The document referenced below was
15    marked Deposition Exhibit 1 for
16    identification and is appended hereto.)
17   BY MR. DEARING:
18    Q   I'm going to hand you a composite exhibit,
19   which I've marked as Exhibit Number 1.  And it is your
20   report, your CV, and your reference list and the
21   appendixes -- appendices with your report.  So feel
22   free to refer to that as much as you need to.
23    I have copies for other people if anybody else
24   wants a stack.  I made six copies of everything.  I
25   hope we have enough.

Page 11

1   BY MR. DEARING:
2    Q   So have you had a chance to just glance
3   through what I just handed you?
4    A   Yes.
5    Q   Okay.  And does that look like your report,
6   your CV, your reference list, that kind of thing?
7    A   Yes.
8    Q   And did you write this report?
9    A   I sure did.
10    (The document referenced below was
11    marked Deposition Exhibit 2 for
12    identification and is appended hereto.)
13   BY MR. DEARING:
14    Q   Yesterday, I was given another document that
15   I'm marking as Exhibit 2, and it's entitled
16   "Defendants' Response to Plaintiffs' Document Requests
17   Contained in Notice of Oral and Videotaped Deposition
18   of Robert Kurman, M.D., and Duces Tecum."
19    Have you ever seen this document before?
20    MS. AHERN:  Is that Exhibit 2?
21    MR. DEARING:  It's Exhibit 2, yes.
22    THE WITNESS:  This is what you showed me yesterday,
23   isn't it?  Is this what you showed me yesterday?
24    MS. AHERN:  Go ahead and take a look through it.
25   And if you recognize it, you can let him know.

Page 12

1   BY MR. DEARING:
2    Q   It's okay if you haven't seen it; I just don't
3   know.
4    MR. DEARING:  I'll just hand them to you, Cynthia,
5   and you give them to anybody who wants it.
6    MS. GARBER:  I'll be your paralegal today.
7    MR. DEARING:  Thank you.  Then we can trade if you
8   want.
9    THE WITNESS:  No, I didn't see this.
10   BY MR. DEARING:
11    Q   Okay.  One of the things in this document that
12   I just gave you, Exhibit 2, is a supplemental reference
13   list, and it's the last four -- last three pages.  It
14   actually starts with page number 1 in the back of the
15   document.
16    Do you see that?
17    A   Yes.
18    Q   And at the very top, there's a list of
19   reports.
20    Do you see that list?
21    A   Yes.
22    Q   Those are all defense witnesses in this case,
23   aren't they?
24    A   Yeah, it looks that way.
25    Q   Have you read all those reports?

Page 13

1    A   No, I have not.
2    Q   Any idea why they would be on your reference
3   list if you haven't read them?
4    A   They were offered to me, but I didn't read
5   them all.
6    Q   Have you read any of them?
7    A   I did.
8    Q   Which ones have you read?
9    A   Dr. Michael Birrer, Dr. Jeff Boyd, Dr. Gregory
10   Diette, Dr. Ie-Ming Shih, and Brooke Mossman.
11    Q   And I think you mentioned that you read the
12   report of Dr. Kane; right?
13    A   I did.
14    Q   A plaintiff expert?
15    A   Yes.
16    Q   Did you read any other report of plaintiff
17   experts?
18    A   No, I did not.
19    Q   Have you relied on any other materials that
20   aren't contained in your original reference list or
21   this new reference list that I got yesterday?
22    A   No, I have not.
23    Q   And for clarity, did you prepare this
24   reference list that was handed to me yesterday?
25    A   I did not prepare that list.

4 (Pages 10 to 13)

Robert Kurman, M.D.

Page 14

1    Q    Did you ask someone to prepare that list?
2    A    No, I didn't.
3    Q    And the first time you saw it was this
4   morning?
5    A    You asked me about this originally. I said I
6   didn't see it. Honestly, I didn't look at the last
7   three pages.
8    Q    Okay.
9    A    When you mention that, I did see that before,
10   the reference list.
11   Q    Okay. But you didn't prepare it?
12   A    But I did not prepare it, no.
13   Q    Have you reviewed any internal corporate
14   documents, emails, or testing data of Johnson & Johnson
15   and Imerys?
16   A    No, I haven't.
17   Q    As I understand it, you are now a retired
18   gynecologic pathologist; is that right?
19   A    That's correct.
20   Q    Congratulations.
21   A    Thank you.
22   Q    And I understand that your medical license has
23   lapsed as well; right?
24   A    I have a medical license in Nevada.
25   Q    Oh, you do?

Page 15

1    A    I do.
2    Q    Do you agree with me that gynecologic
3   pathology is not a recognized subspecialty of the
4   American Board of Pathology?
5    A    Gynecologic pathology is a -- an acknowledged
6   subspecialty that we have in virtually all major
7   institutions, but it is not a board specialty.
8    Q    So you can't become board-certified in
9   gynecologic pathology; correct?
10   A    Well, the point is that, in order to do expert
11   work in gynecologic pathology, you need to really train
12   in it, as your plaintiffs' expert did. But you don't
13   need specific board certification.
14        And, in fact, there was -- many years ago,
15   there was -- and I was at the meeting. My predecessor
16   at Hopkins, Dr. Don Woodruff, who was a gynecologist
17   but had done a lot of gynecologic pathology -- in fact,
18   he did the gynecologic pathology at Hopkins before I
19   was there -- went to a meeting of the International
20   Society of Gynecologic Pathologists and asked that it
21   be made a board specialty.
22        And the pathologists resisted. They didn't
23   want to do it. The reason being that they were
24   concerned that people like Dr. Woodruff -- with all
25   respect to him -- they didn't want gynecologists to be

Page 16

1   able to say they were board-certified. They wanted to
2   completely compete in -- excuse me -- completely
3   confine it to pathologists. So they didn't approve of
4   having a board specialty.
5    Q    But you can get board-certified in pathology;
6   right?
7    A    Oh, certainly.
8    Q    Now, you've been deposed several times in this
9   litigation; right?
10   A    A few times, yes.
11   Q    And you've actually testified in at least one
12   trial; right?
13   A    Yes. I think you were the person that --
14   Q    It was me.
15        Have you testified in any other trials?
16   A    No.
17   Q    And each time you testified, you took an oath
18   to tell the truth, the whole truth; right?
19   A    Yes.
20   Q    And did you do that?
21   A    I did.
22   Q    And do you still stand by the testimony you
23   gave previously in this litigation?
24   MS. AHERN: Objection. Form.
25   THE WITNESS: Well, I'd like to see what -- if

Page 17

1   you're referring to specifically, I'd like to see it.
2   But I told the truth then, and I'm telling the truth
3   now.
4   BY MR. DEARING:
5    Q    Do you believe your report is a fair and
6   balanced statement of the science on the issues that
7   you address?
8    A    I certainly do.
9    Q    When you wrote your report in this case, who
10   was your intended audience or your intended reader?
11   A    I was responding specifically to the report of
12   Dr. Kane, but I assumed that other individuals who were
13   involved with this litigation would probably be reading
14   it.
15   Q    Did you write it thinking that the judge would
16   read it?
17   A    I assumed that that would eventually occur.
18   Q    When you were first contacted by Johnson &
19   Johnson regarding this talcum powder litigation, isn't
20   it true that you had never researched the relationship
21   between genital talc use and ovarian cancer?
22   MS. AHERN: Objection. Form.
23   THE WITNESS: Are you referring to when I was
24   initially contacted or for this specific MDL?
25   ///

5 (Pages 14 to 17)

Robert Kurman, M.D.

## Page 18

1  BY MR. DEARING:
2  Q  No. Before the MDL --
3  A  Okay.
4  Q  -- when Johnson & Johnson first came to you,
5  at that time, you had not researched the issue of
6  genital talcum powder use and ovarian cancer; right?
7  MS. AHERN: Objection. Form.
8  THE WITNESS: That's correct, because amongst -- in
9  pathologists in the community and gynecologists, as far
10  as I know, there was never a question that talc was
11  involved with ovarian cancer, so there was no need for
12  me to really pursue it.
13  BY MR. DEARING:
14  Q  Well, when was that that Johnson & Johnson
15  approached you to be a witness for them for the first
16  time?
17  A  It was about 2015.
18  Q  So there was lots of literature out there and
19  studies about the association or purported association
20  between genital talc use and ovarian cancer; right?
21  MS. AHERN: Objection. Form.
22  THE WITNESS: They were epidemiology studies, which
23  I think never rose to the level of being of interest to
24  gynecologic pathologists -- gynecologic pathologists,
25  for sure.

## Page 19

1  BY MR. DEARING:
2  Q  All those scientists that wrote those studies
3  would be disappointed to hear you say that.
4      But there were also animal studies, weren't
5  there?
6  MS. AHERN: Objection. Form.
7  THE WITNESS: Maybe. I don't know.
8  BY MR. DEARING:
9  Q  There were also cell studies, looking at the
10  effects of talc on -- on cell structures and cells --
11  MS. AHERN: Object.
12  BY MR. DEARING:
13  Q  -- before Johnson & Johnson contacted you;
14  right?
15  MS. AHERN: Objection. Form.
16  THE WITNESS: As I said, I didn't -- as you -- I
17  didn't read the literature on it before, so I have
18  no -- no idea.
19  BY MR. DEARING:
20  Q  So when you -- I don't want to put words in
21  your mouth.
22      Did you say that, before Johnson & Johnson
23  contacted you, it wasn't important to you?
24      I don't remember what you said.
25  A  I --

## Page 20

1  MS. AHERN: Objection. Misstates.
2  THE WITNESS: I said before Johnson & Johnson
3  contacted me, there was, in the gynecologic pathology
4  community, never -- never a question of talc being
5  involved with ovarian cancer. So, therefore, I wasn't
6  doing research on talc and ovarian cancer.
7  BY MR. DEARING:
8  Q  Based on the research you've done since
9  Johnson & Johnson contacted you, you're aware that
10  there are gynecologic pathologists who have published
11  on this very topic, right, before Johnson & Johnson
12  contacted you; right?
13  MS. AHERN: Objection. Form. Mischaracterizing
14  the literature.
15  BY MR. DEARING:
16  Q  William Welch at Harvard, for example, has
17  published on this.
18      He's a gynecologic pathologist; right?
19  A  I know Bill Welch quite well and --
20  Q  I'm just using him as an example.
21  A  Yeah, right. Right. In his -- he's on the
22  paper, but I don't think he ever acknowledges that he
23  says he supports talc as being a cause of ovarian
24  cancer. I think he reviewed the pathology, and what
25  his -- to make sure that these were whatever the

## Page 21

1  authors were saying were ovarian cancers.
2  Q  My point is, before Johnson & Johnson
3  contacted you to be one of their experts, there was
4  some interest among some gynecologic pathologists about
5  this issue of talc and ovarian cancer, right --
6  MS. AHERN: Objection. Form.
7  BY MR. DEARING:
8  Q  -- as evidenced by the publications that they
9  put their name on?
10  MS. AHERN: Objection. Form.
11  THE WITNESS: As I said, Bill Welch, who I honestly
12  didn't speak to specifically about this topic, but I
13  can -- at meetings, he's never brought it up. So I
14  assumed -- assume.
15      I should say that, based on those
16  publications, I -- he reviewed those cases. He said
17  they were ovarian cancers, but I don't know if there's
18  any evidence that he indicated that he believed that
19  talc caused ovarian cancer.
20  BY MR. DEARING:
21  Q  And you understand I'm not talking about just
22  Dr. Welch.
23      I'm talking about other gynecologic
24  pathologists have contributed to papers, studies on the
25  issue of talc and ovarian cancer before Johnson &

Robert Kurman, M.D.

Page 22

1    Johnson came to you and hired you as an expert; right?
2        MS. AHERN:  Objection.  Form.
3    BY MR. DEARING:
4        Q    Are you aware of those papers?
5        A    You'll have to show them to me.
6        Q    Okay.
7        A    Please.
8        Q    Okay.  So none come to mind, as we sit here?
9        A    You'll have to show them to me.
10       Q    Okay.  And would you also agree that, before
11   Johnson & Johnson hired you, many other scientists in
12   other fields were quite interested in the issue of
13   genital talc use and ovarian cancer and were publishing
14   on it?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  As I said, since I did not research
17   the area of talc use and the possible talc exposure to
18   the development of ovarian cancer prior to the time
19   that Johnson & Johnson contacted me, I wasn't aware of
20   those studies.
21   BY MR. DEARING:
22       Q    All right.  But since then, since you've been
23   hired by Johnson & Johnson, you've done a lot of
24   research on it and you've seen that studies were
25   published long before Johnson & Johnson hired you, even

Page 23

1    as far back as the '70s, on this very topic; right?
2        A    I've seen, since my research on the subject,
3    yes, that there have been studies that were performed
4    before 2015.
5        Q    And you've never published on the topic of
6    talc and ovarian cancer; correct?
7        A    No, I have not.
8        Q    And you've never lectured on it?
9        A    I have never lectured on it.
10       Q    Have you ever studied talc, and specifically
11   Johnson & Johnson's baby powder or Shower to Shower
12   product, under a microscope?
13       MS. AHERN:  Objection.  Form.
14       THE WITNESS:  I have not specifically done a study
15   looking at talc exposure in tissues under the
16   microscope.
17   BY MR. DEARING:
18       Q    Have you even looked at just plain talc under
19   a microscope?
20       A    Not specifically, no, I have not.
21       Q    Have you looked at it nonspecifically?
22       What do you mean by that?
23       MS. AHERN:  Objection.  Form.
24   BY MR. DEARING:
25       Q    When you say "not specifically," what do you

Page 24

1    mean?
2        A    Well, there may -- if there was a study that
3    had -- if there was some kind of exposure to talc that
4    I was looking under the microscope, I would assume that
5    it would -- that it would create a foreign-body giant
6    cell granulomatous inflammation.  And I would,
7    therefore, have polarized it, perhaps looked at that
8    that way.  But it haven't seen that.
9        MR. DEARING:  Okay.  Move to strike as
10   nonresponsive.
11   BY MR. DEARING:
12       Q    My question is, have you looked at talc or
13   Johnson & Johnson body powder products under a
14   microscope?
15       A    I have not looked at talc, Johnson & Johnson
16   products, as far as I know, under the microscope.
17       Q    Have you ever studied gynecologic tissue --
18   I'm sorry.  Strike that.
19       Have you ever studied talc in gynecologic
20   tissue under a microscope, you specifically?
21       A    I thought I just answered that question.
22   Isn't that what you just asked me?
23       Q    No.  I asked if you looked at the powder.  Now
24   I'm asking you about tissue.
25       A    Oh.  So your first question was talc powder

Page 25

1    not being in tissue?
2        Q    Right.  My first question didn't mention
3    tissue at all.
4        Do you need me to ask it again?
5        A    Well, certainly.  I don't look at -- I look at
6    tissue.  I never look at things that are not tissue.
7        Q    Okay.  You don't think it's important to look
8    at the morphology and characteristics of talc by itself
9    in order to assist you in looking at talc in tissue?
10       A    No.  If I see it in tissue, I'd recognize it,
11   as I mentioned with polarization.  Seeing a
12   foreign-body giant cell reaction, polarizing it there,
13   seeing birefringent particles, might be talc.
14       Q    Have you studied talc in gynecologic tissue
15   under a microscope?
16       A    Okay.  So now we are talking about tissue.
17       Q    Yeah.
18       A    I have not.
19       Q    And you just said that you could look at talc
20   in tissue and recognize it by polarized light.
21       Isn't it true that you hardly ever do that?
22       MS. AHERN:  Objection.  Form.
23   BY MR. DEARING:
24       Q    In fact, I think those were your actual words,
25   that you hardly ever do that.

7  (Pages 22 to 25)

Robert Kurman, M.D.

Page 26

1      A   Well, let me describe the situation to you.  I
2   don't routinely look at tissue using polarized light.
3   There's got to be an indication.
4           The indication is, do I see a foreign-body
5   giant cell reaction?  Then I would say, "Ah, there may
6   be something here that's polarizable."  Then I would
7   polarize it.
8      Q   That doesn't happen very often, does it?
9      A   It does not happen very often.
10      Q   Have you ever participated in any lab study of
11   cellular reaction to talc exposure?
12      A   I haven't --
13      MS. AHERN:  Objection.  Form.
14      THE WITNESS:  I have not participated.  I'm not a
15   laboratory scientist.  I'm not a bench scientist.  I'm
16   a surgical pathologist.
17   BY MR. DEARING:
18      Q   And you're not qualified to perform analytical
19   scanning electron microscopy or transmission electron
20   microscopy or Raman spectroscopy, are you?
21      A   Those techniques are not those -- I don't use
22   those techniques.
23      Q   You've served on many peer review and
24   editorial committees for a variety of journals and
25   professional publications.

Page 27

1           Can you describe how that peer review process
2   typically works?
3      A   Sure.  Paper's submitted to a journal.  The
4   editor looks it over and determines, among the people
5   on the editorial board or people not necessarily on the
6   editorial board, who has the necessary expertise or
7   interest in the area to review the paper and provide a
8   commentary on it, pointing out whether the paper is
9   acceptable as submitted or are there problems with it
10   that need to be addressed by the authors.
11           So that reviewer then submits a report back to
12   the editor.  The editor reviews it, looks at it, one
13   reviewer's comments -- and invariably it is sent to
14   more than one reviewer -- and compares the review of
15   one reviewer to the review of another.
16           If they're concordant the editor, based on
17   that editor's judgment, would probably agree and say,
18   based on these reviewers' comments, I will either
19   accept the paper, I will reject it out of hand, or I
20   will resubmit it to the authors and say it's -- the
21   reviewers have deemed that your paper is acceptable
22   with the provision that you address certain specific
23   issues.  And those issues are listed for the -- for the
24   author to look at.
25           And the author reviews those comments and then

Page 28

1   decides how to respond to those comments.  And then
2   that's resubmitted to the -- to the editor.  And then
3   the editor, again, makes a decision.  Did these authors
4   provide enough explanation to now have successfully
5   addressed the concerns of the reviewers?  Or, hmm,
6   maybe not, in which case they might send it back to the
7   reviewers and ask them again to review the paper.
8           And it goes through the same process again of
9   the reviewers saying, well, yes, they have addressed
10   the questions, or, no, they haven't addressed the
11   questions and, therefore, again submit their
12   recommendation to the editor.
13      Q   And that's been your experience and your own
14   participation either by submitting general publications
15   for publication or serving on these review committees?
16      A   Yes.
17      Q   And would you agree that the primary purpose
18   of the peer review process is to validate proposed
19   scientific findings, methodologies, opinions, and
20   hypotheses so that bad science doesn't get published in
21   journals?
22      MS. AHERN:  Objection.  Form.
23      THE WITNESS:  The responsibility of the reviewers
24   is to perform a fair review of the science and
25   determine whether that science has been -- is

Page 29

1   appropriate -- is reliable, is valid, and, therefore,
2   agree or disagree, as I said earlier, to either reject
3   or accept the paper.
4   BY MR. DEARING:
5      Q   None of the opinions that you're offering
6   today regarding talc and ovarian cancer have ever been
7   published or have ever gone through any peer review
8   process, have they?
9      A   That's correct.
10      Q   Have you tried to publish your opinions about
11   talc and ovarian cancer?
12      A   No, I have not.
13      Q   When Johnson & Johnson first approached you
14   for serving as an expert witness in the MDL litigation
15   that we are here about today, what's your understanding
16   of what they wanted you to do?
17      A   Well, it was my impression from speaking with
18   them that the primary -- what my primary function was,
19   really, was to be an expert in gynecologic pathology,
20   which I am, I think, and go over the issues of ovarian
21   carcinogenesis from the standpoint of surgical
22   pathology and to review the data concerning talc
23   exposure and possible involvement in the development of
24   ovarian cancer in terms of ovarian carcinogenesis
25   causation and to review the plaintiffs' expert

8 (Pages 26 to 29)

Robert Kurman, M.D.

Page 30

1    gynecologic pathologist's report.
2        Q   And when you say "review the data," are you
3    talking about cell study data or are you talking about
4    epidemiology?  What are you referring to?
5        A   Well, specifically -- not epidemiologic data
6    because I testified to that before, but I'm not an
7    epidemiologist.  So it was -- really, the interest was
8    in my expertise in gynecologic pathology with the
9    focus, again, being on the -- my work as a gynecologic
10   pathologist.  As I said, I'm not a bench scientist.  I
11   can certainly review some of those papers, but my area
12   and expertise is surgical pathology.
13       Q   Is it fair to say that, if there are studies
14   out there pertaining to talc and ovarian cancer that
15   are not on your reference list, that you've not
16   reviewed them?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  I may have seen other papers that
19   I've looked at but didn't decide, for whatever reason,
20   to specifically -- there's a huge -- you know, there
21   are a lot of papers out there that I may have even
22   missed.  So there may be some things out there that I'm
23   not aware of that I didn't include.
24   BY MR. DEARING:
25       Q   Since epidemiology is not your specialty, is

Page 31

1    it fair to say that you've not considered the complete
2    body of literature in epidemiology on the issue of talc
3    and ovarian cancer?
4        A   No, no, I wouldn't say that at all.  I've
5    looked at those epidemiology papers, and even though
6    I'm not an epidemiologist, I can get a -- I can
7    understand them.  I'm not an expert in epidemiology,
8    but their papers are important, and I reviewed them.
9        Q   Right.  And if you reviewed them, are they
10   identified on your reference materials list, either the
11   first one or the one I got yesterday?
12       A   I imagine that some of them are.  I'd have to
13   look specifically.
14       Q   Okay.  Well, I didn't see any epidemiology
15   studies on the first list I was provided with your
16   original report.  You're welcome to look at it.  It's
17   right in front of you.  But does that sound right?  I'm
18   not going to spend a lot of time on it.
19       MS. AHERN:  Are you talking about his reference
20   list from his report?
21   BY MR. DEARING:
22       Q   Right.  I didn't recognize any epidemiology
23   studies --
24       A   Well, I'd have to go through the reference
25   list and look at them, actually.  Can I do that?

Page 32

1        Q   Sure.  There are several on the second one
2    that I got yesterday, but right now I'm asking you
3    about the first one.
4        A   Okay.  Well, for starters, Camargo, I believe,
5    may have been an epidemiologic study.
6        Q   Can you refer me to what page?
7        A   Oh, I'm looking at page 12 of the references,
8    Number 9, Camargo.
9        Q   Okay.
10       A   There are a couple of papers by Dan Cramer, 14
11   and 15, which are epidemiologic studies, one -- 15, in
12   fact, was published in an epidemiology journal.
13           Number 23, Falconer in "Ovarian Cancer Risk
14   After Salpingectomy:  A Nationwide Population-Based
15   Study."
16       Q   Let me ask a question in a different way, if I
17   can.
18       A   Okay.
19       Q   Certainly lots of these studies rely on
20   population data.
21           Did you rely on any of the population data or
22   findings of epidemiology studies in preparing your
23   report and the opinions within your report?
24       A   Well, as I've said, I've indicate I -- earlier
25   on in the litigation, I have reviewed -- I reviewed

Page 33

1    many of these studies, the epidemiologic studies.  I
2    briefly looked at them again -- over again and didn't
3    see any reason that they brought -- changed my
4    testimony from what I've done in the past.
5            So, yes, I have looked at them and I've taken
6    them into account.
7        Q   Do you think you have reviewed epidemiology
8    studies on this topic of talc and ovarian cancer that
9    aren't reflected in your reference list?
10       A   I may have, yes.
11       Q   Have you reviewed the Terry study?
12       A   Terry study, no, does not sound familiar.
13       Q   Have you reviewed the Taher study, T-a-h-e-r?
14       A   I'd have to see that one.  I might have.  Do
15   you have it?
16       Q   I do.  We're going to come back to it in a
17   little bit.  I'm just trying to get a --
18       A   At this point, I won't comment.  I'd like to
19   see it.  I may have.
20       Q   You may have?
21       A   Yeah.
22       Q   How about Penninkilampi?  Have you looked at
23   that study?
24       A   I looked at the abstract.
25       Q   On page 12 of your report -- and I think you

Robert Kurman, M.D.

Page 34

1   sort of just said this -- you say that "Although
2   Dr. Kane offers opinions in a host of areas outside of
3   her field, including epidemiology and cancer biology, I
4   will focus my report on the primary area of" --
5       A   Excuse me.  Could you tell me exactly where
6   you are reading from?
7       Q   Sure.  Page 12.
8       A   Yeah, I got that.
9       Q   At the top.  First paragraph.
10      A   Okay.
11      Q   Last sentence.
12      A   Okay.
13      Q   "Although Dr. Kane offers opinions
14          in a host of areas outside her field,
15          including epidemiology and cancer
16          biology, I will focus my report on my
17          primary area of expertise, gynecologic
18          pathology."
19          So I want to ask you about that statement.
20          Does that mean that you only intend to testify
21  about gynecologic pathology, and not epidemiology and
22  cancer biology?
23      MS. AHERN:  Objection.  Form.  Depends what you ask
24  him.
25      MR. DEARING:  He seems to be defining the

Page 35

1   parameters of his testimony.  So I want to know what
2   he's comfortable with testifying about.
3       MS. AHERN:  Understood.
4       THE WITNESS:  As I said, that is my primary focus.
5   An epidemiology study that may touch on it briefly, I
6   could mention, but it isn't what I'm focusing my
7   specific testimony on.
8       BY MR. DEARING:
9       Q   So, as you sit here today, it is not your
10  intention to dissect epidemiology studies?
11      A   That's correct.
12      Q   And it is not your intention to offer
13  testimony on cancer biology?
14      MS. AHERN:  Objection.  Form.
15      BY MR. DEARING:
16      Q   Right?
17      A   That's correct.
18      Q   Does your report contain a complete outline of
19  your opinions?
20      MS. AHERN:  Objection.  Form.
21      THE WITNESS:  What do you mean by a "complete
22  outline" of my opinions?
23      BY MR. DEARING:
24      Q   Does your report contain a complete statement
25  of your opinions regarding talc and ovarian cancer?

Page 36

1       MS. AHERN:  Objection.  Form.
2       THE WITNESS:  Pretty much so, yes.
3       BY MR. DEARING:
4       Q   Are you intending to offer any opinions that
5   are not contained in your report?
6       MS. AHERN:  Objection.  Form.
7       THE WITNESS:  I'd have to hear the question, but I
8   don't think I would.
9       BY MR. DEARING:
10      Q   Was it your idea to add the 16 defense experts
11  to your second reference list -- 16 expert reports?
12      A   No.
13      MS. AHERN:  David, can I just quickly -- it might
14  help a little bit.  We put together the reference list
15  which contains any materials we provided to him, should
16  he want to review them, and also includes articles I
17  think he found himself that he's reviewed.
18          So we tried to give you a complete list of
19  everything that he had to consider.  You'll have to ask
20  him if he actually reviewed it.
21      BY MR. DEARING:
22      Q   The only plaintiff expert report you reviewed
23  was Dr. Kane's; right?
24      A   Correct.
25      Q   Are the opinions of the other defense experts

Page 37

1   in this case relevant to your pathology opinions?
2       A   Well, I didn't read them.  So I can't comment
3   on them.
4       Q   But if you thought they were relevant, you
5   would have read them; right?
6       A   Since they weren't pathologists and my focus
7   was on the pathology, I -- I would think that's
8   correct.  I would focus on pathology.
9       Q   Certainly your pathology opinions are not
10  dependent on the opinions of the other defense experts;
11  right?
12      A   Well, again, I'd have to see -- if you're
13  referring to something specifically, I would like to
14  see what it is.  But, in general, they're not -- it's
15  not focused -- if they don't discuss pathology, it is
16  not relevant to my testimony.
17      Q   Since your report was written long before
18  yesterday when I received your supplemental reference
19  list, is it fair to say that none of the opinions in
20  your report are dependent upon anything that's on the
21  reference list that I was provided yesterday?
22      A   That's correct.
23      Q   Do any of the materials I was recently
24  provided on your second reference list influence or
25  affect or change any of the opinions that you've

Robert Kurman, M.D.

Page 38

1    already put in your report?
2        A   Let me look at that reference list again.
3        Well, I don't know if I mentioned it.  I did
4    read -- oh, I did mention it earlier.  I read
5    Dr. Shih's deposition, and it included a report of his,
6    a study he was doing.  I read that.  But I mentioned
7    that before.
8        Other than that, no.  I mean, obviously, the
9    Jeff Seidman study, I was an author.  I'm involved with
10   that paper on papillary tubal hyperplasia.  I wrote it,
11   so I know that.
12       I would say, yes, actually, looking at it,
13   there was an important paper that is listed on
14   page 2 -- important in my opinion -- by -- it is the
15   second one from the top.  Ducie, H. et al., which I
16   would -- it's not in my original report, but I would --
17   I might refer to that.
18       Q   I believe the question was did your review any
19   of the materials on the supplemental reference list
20   affect or change any opinions --
21       A   Oh.
22       Q   -- you've already written in your report?
23       A   No, it does not change my opinion.
24       Q   If you are not intending to offer epidemiology
25   opinions or discuss the underlying data of epidemiology

Page 39

1    studies, why did you add about 15 epidemiology studies
2    in your supplemental list for today's deposition?
3        MS. AHERN:  Objection.  Form.
4    BY MR. DEARING:
5        Q   Or was your testimony you didn't add those;
6    someone else did?
7        A   Yes.
8        Q   Okay.
9        A   They were provided to me.  If I was of
10   interest to read them, I could read them.  But I didn't
11   read them.
12       Q   Okay.
13       A   I did mention I did look at the abstract of
14   Penninkilampi.
15       Q   Do you think you read any of the epidemiology
16   studies that are in the supplemental list?
17       A   Let me take a look.
18       MS. AHERN:  You mean recently or previously?
19   BY MR. DEARING:
20       Q   They're in a reliance list.  So did you read
21   any anticipating you might review on them?
22       MS. AHERN:  Well, I would object to the
23   characterization this is a reliance list.  This is a
24   supplemental list of materials that we either provided
25   to him or he selected himself so that you had full

Page 40

1    disclosure of what he might have reviewed in
2    preparation for the deposition.  We were just
3    overinclusive.
4        MR. DEARING:  Thank you.
5    BY MR. DEARING:
6        Q   Did you read any of these studies that are on
7    the supplemental list?
8        A   Again, as I mentioned --
9        Q   You read one of them, but --
10       A   -- in the past when I did discuss epidemiology
11   in greater detail, I have read Gates, Gertig.
12   Gonzalez, I actually might have looked at more
13   recently.  Houghton, I've looked at in the past.  I
14   mentioned Penninkilampi.
15       Q   Are you prepared to discuss those studies
16   today?
17       A   Well, as I said, I looked in the past.  I
18   haven't really recently gone over them in depth.  If
19   there's some specific question you may want to ask, I
20   could look at it.  But the focus of my testimony is not
21   on the epidemiology, as we've discussed.
22       Q   I want to try today to keep you within your
23   field of expertise, and I don't want to drag you out in
24   any other area that you're not comfortable in or you
25   don't feel qualified in.  So if I do that, please tell

Page 41

1    me.  Okay?
2        A   Okay.
3        MS. AHERN:  Objection.
4    BY MR. DEARING:
5        Q   Based on your research that you've done in
6    your entire career, both before and after Johnson &
7    Johnson hired you as an expert in this case and in this
8    litigation, in general, years ago, would you agree with
9    me that there are about 30 or so epidemiology studies
10   on talc and ovarian cancer that are not on either of
11   your reference lists?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  I'd have to go over and look all
14   these 30 that you mentioned.  So I can't really
15   comment.
16   BY MR. DEARING:
17       Q   As you sit here now, would you agree that your
18   two reference lists do not include all of the
19   epidemiology studies, not even all the meta-analysis
20   studies, on talc and ovarian cancer?
21       A   That is correct.
22       Q   And that's because either you weren't aware of
23   them or you read them and didn't find them compelling
24   or the attorneys didn't put it on the list for you to
25   review; right?

Robert Kurman, M.D.

Page 42

1	MS. AHERN: Objection. Form.
2	THE WITNESS: Yeah, could you please --
3	MR. DEARING: Sure.
4	THE WITNESS: -- rephrase your question.
5	BY MR. DEARING:
6	Q	So there are quite a few epidemiology studies
7	and meta-analyses on talc and ovarian cancer that are
8	not on either of your reference lists.
9	A	That's correct.
10	Q	Ms. Ahern just said on the record that they
11	provided you the reference list.
12	MS. AHERN: Objection. Form. The supplemental
13	reference list is the one that we put together.
14	MR. DEARING: Okay.
15	BY MR. DEARING:
16	Q	If there are epidemiology studies that are not
17	on your original reference list -- let me ask you:  Did
18	you put together your original reference list?
19	A	Yes.
20	Q	Did the lawyers help you do that?
21	A	Not really.  It was me.
22	Q	Okay.  The original reference list has a
23	handful of epidemiology studies that we started to go
24	through.
25	A	Yes.  We were only up to like page 2.  There

Page 43

1	may have been more.
2	Q	Right.  But it's your list?
3	A	Yes.
4	Q	You wrote it.  You made it.
5	A	Yes.
6	Q	You know there are quite a few epi studies
7	that are not on that list; right?
8	MS. AHERN: Objection. Form.
9	THE WITNESS: That is correct.
10	BY MR. DEARING:
11	Q	And there are quite a few that aren't on the
12	list you made, and there are quite a few that still
13	aren't on the list that the lawyer made, the
14	supplemental list; right?
15	A	Please rephrase your question.
16	Q	Sure.
17	Whatever reason, your reference list does not
18	include quite a few epidemiology studies; right?
19	MS. AHERN: Objection. Form.
20	BY MR. DEARING:
21	Q	We've already established that.
22	A	We said that, right.
23	Q	The second list that I got yesterday also
24	excludes quite a few epidemiology studies, including
25	several meta-analysis studies.

Page 44

1	Do you agree with that?
2	MS. AHERN: Objection. Form.
3	THE WITNESS: That is correct.
4	BY MR. DEARING:
5	Q	Now, because you didn't prepare the second
6	list, the lawyers did, and the fact that some of those
7	large studies are not on this list, do you interpret
8	that to mean they didn't provide those to you or didn't
9	think you should look at those?
10	MS. AHERN: Objection. Form.
11	THE WITNESS: I don't know what the -- what the
12	reason was why they weren't included on that list.
13	BY MR. DEARING:
14	Q	Before we get too far into the pathology weeds
15	today, I want to ask you just some basic questions to
16	make sure we're communicating well, like some
17	definitions.
18	For example, if I use the term "biologic
19	plausibility," can you tell me what that means to you?
20	Or does it mean anything to you?
21	A	It means something to me.  I think it's a
22	factor that would be very important in establishing
23	causation.  So the way I interpret -- view it is that
24	it's -- biologic explanations often, really, base
25	cellular studies or extracellular studies that could be

Page 45

1	incorporated with the human population studies to seem
2	to go together in supporting a particular argument.
3	Q	Are you familiar with the nine Bradford Hill
4	considerations that are used to assess the strength of
5	proposed causal associations?
6	MS. AHERN: Objection to form.
7	THE WITNESS: I'm familiar with the Bradford Hill
8	criteria, yes.
9	BY MR. DEARING:
10	Q	Are you familiar with the biologic
11	plausibility consideration of the Bradford Hill
12	assessment?
13	A	That's what I just explained, I thought.
14	Q	Okay.  That's what I'm asking you.  I wanted
15	to know is that your interpretation of the Bradford
16	Hill criteria or assessment, or is that your,
17	Dr. Kurman's, definition of biologic plausibility?
18	MS. AHERN: Objection. Form.
19	THE WITNESS: That's my interpretation, which is
20	what I believe is the criterion spelled out by Bradford
21	Hill.
22	BY MR. DEARING:
23	Q	In the term "biologic plausibility," as you've
24	just described it, how do you define "plausibility"?
25	A	I thought I just described it.

12 (Pages 42 to 45)

Robert Kurman, M.D.

Page 46

1    Q   Well, tell me what you mean by plausibility.
2    MS. AHERN:  Objection.  Form.  Asked and answered.
3    THE WITNESS:  I -- that's -- "plausibility" is a
4  very general term.  Bradford Hill describes not
5  plausibility but biological plausibility, and that's
6  what I just said a minute ago is my definition, which I
7  thought was an interpretation of the way Bradford Hill
8  used it.
9    BY MR. DEARING:
10    Q   To you, is there a difference between biologic
11  plausibility and biologic probability?
12    MS. AHERN:  Objection.  Form.
13    THE WITNESS:  I don't know exactly what biologic
14  probability is.  I would stick with biologic
15  plausibility.
16    BY MR. DEARING:
17    Q   Does biologic plausibility have any
18  application to pathology?
19    A   I think pathology studies could be used for
20  evidence of biologic plausibility in the application of
21  the Bradford Hill points.
22    Q   Right.  Bradford Hill is a epidemiology
23  causation assessment tool; right?
24    A   Correct.
25    Q   Right.  And you've already said you're not

Page 47

1  here to talk about epidemiology specifically; right?
2    MS. AHERN:  Objection.  Form.
3    THE WITNESS:  I -- that's what I said.
4    BY MR. DEARING:
5    Q   Okay.  So I'm trying to determine whether the
6  term "biologic plausibility" has any application to you
7  outside the field of epidemiology.
8    MS. AHERN:  Objection.  Form.  Asked and answered.
9    THE WITNESS:  As I mentioned, this litigation is
10  about causation, does talc cause ovarian cancer.
11    And what virtually everyone agrees is, in
12  order to come to a conclusion that it does, is to apply
13  the Bradford Hill criteria, of which biologic
14  plausibility is one among several that could go along
15  to support causation.
16    So in that regard, that's the way I'm
17  interpreting and using "biologic plausibility."
18    BY MR. DEARING:
19    Q   Do you agree that, in order to establish
20  causation, you do not have to satisfy all nine of the
21  Bradford Hill considerations?
22    A   I think that's correct, yes.
23    Q   I want you for this question, if you would, to
24  step out of the world of epidemiology and Bradford Hill
25  and just tell me, from a pathologist standpoint, what

Page 48

1  does the word "plausible" mean to you?
2    MS. AHERN:  Objection.  Form.
3    THE WITNESS:  We never use the term "plausible" --
4    BY MR. DEARING:
5    Q   Okay.
6    A   -- in -- in pathology.
7    Q   Okay.
8    A   I've never --
9    Q   So anytime that word "plausible" or
10  "plausibility" comes up today, you're going to be
11  discussing it in terms of epidemiological definitions,
12  or are you going to use it some other way?
13    MS. AHERN:  Objection.  Form.
14    He's giving you his definition, which is not
15  an epidemiologic deposition per se.
16    MR. DEARING:  I object.  That's not true.  For one,
17  he keeps referring back to what is in the Bradford Hill
18  criteria.  I don't know what his definition is.
19    MS. AHERN:  You keep defining Bradford Hill
20  criteria as epidemiology.  It's not.  I think that's
21  the confusion here.
22    MR. DEARING:  Let's ask.  Let me ask him.  Okay.  I
23  don't need your commentary, but thank you.
24    BY MR. DEARING:
25    Q   I believe you just testified that the

Page 49

1  definition you were giving of "biologic plausibility"
2  was what's offered in the Bradford Hill assessment; is
3  that right?
4    A   That's correct.
5    Q   Okay.  Is that also your definition?
6    A   That's what I said.
7    Q   Okay.  And you don't have any other definition
8  of "plausibility" other than the way it is interpreted
9  and defined as part of the Bradford Hill assessment?
10    MS. AHERN:  Objection.  Form.
11    THE WITNESS:  Well, as I said, and I'll repeat it,
12  that -- in this litigation, we're attempting to
13  determine whether talc causes ovarian cancer.  The --
14  everyone seems to agree that the Bradford Hill criteria
15  is the way to establish that.  One of those criteria is
16  biologic plausibility.
17    My definition of "biologic plausibility" is
18  the biologic plausibility that Bradford Hill uses in
19  his several points.
20    BY MR. DEARING:
21    Q   And you've articulated that to the best of
22  your ability already?
23    A   Yes.
24    Q   As part of your methodology that you employed
25  in arriving at your expert opinions regarding talcum

13  (Pages 46 to 49)

Robert Kurman, M.D.

Page 50

```
 1    powder and ovarian cancer, did you assess whether it is
 2    biologically plausible for talcum powder to cause
 3    inflammation?
 4        A   Talcum powder can cause inflammation.
 5        Q   Did you consider biologic plausibility that
 6    talcum powder could cause inflammation that might be a
 7    precursor to cancer?
 8        A   For starters, I think it's very important to
 9    look at chronic inflammation.  I've noticed that people
10    tend to throw that around.  "Chronic inflammation" is a
11    very broad term.
12            In terms of the talc exposure, it really
13    refers to a very specific subtype of chronic
14    inflammation -- I alluded to it earlier -- namely
15    foreign-body giant cell granulomatous inflammation.
16    And that, in my opinion, has not been shown to be
17    associated with ovarian cancer.
18        Q   So are you saying the only type of chronic
19    inflammation that might contribute to causing ovarian
20    cancer is the giant cell granuloma-type inflammation?
21        A   No, no.
22        MS. AHERN:  Objection to form.
23        THE WITNESS:  That's not what I said.
24    BY MR. DEARING:
25        Q   Okay.  Can you repeat what you just --
```

Page 51

```
 1        A   Sure.
 2        Q   -- tried to explain.
 3        A   I said that chronic inflammation is a very
 4    broad term.  And in the context of this litigation,
 5    specifically does talc cause ovarian cancer, talc
 6    causes a very specific -- or I should say induces a
 7    very specific type of inflammation, which is referred
 8    to as foreign-body giant cell granulomatous
 9    inflammation.  And that type of inflammation is not
10    associated with ovarian cancer.
11        Q   How do you know that talc used in body powders
12    elicits that kind of inflammation that you just
13    described, giant cell granuloma inflammation?
14        A   Well, talc is what's -- what I'm referring to.
15    In the literature, talc has been used in a variety of
16    situations where it's caused foreign-body giant cell
17    granulomatous inflammation.
18        Q   What are some examples of those situations
19    where talc caused that?
20        A   Pleurodesis.
21        Q   Okay.
22        A   Contamination from gloves.
23        Q   Right.
24        A   That would be the -- well, sometimes it's been
25    seen in creating skin granulomas.  I remember one case
```

Page 52

```
 1    that I ran across that a woman used a -- an
 2    antiperspirant that contained talc, and she got a
 3    skin -- a granuloma in her axilla.  That would be about
 4    it.
 5        Q   Giant cell granulomatous inflammation is
 6    hardly -- is virtually never seen in gynecologic
 7    tissue; right?
 8        A   Very, very rare is it -- is it seen, that's
 9    correct.
10        Q   Is it your testimony that the giant cell
11    granulomatous inflammation is the only kind of
12    inflammation that might be a precursor for cancer?
13        MS. AHERN:  Objection.  Form.  Misstates his
14    testimony.
15        THE WITNESS:  I didn't say that at all.
16    BY MR. DEARING:
17        Q   Okay.  What other type of chronic inflammation
18    might be a precursor for cancer?
19        MS. AHERN:  Objection.  Form.
20        THE WITNESS:  In my opinion, inflammation very
21    rarely initiates cancer.  It can be seen certainly in
22    association with cancer, but it's usually -- it
23    typically occurs later in the whole process of
24    malignancy.
25    ///
```

Page 53

```
 1    BY MR. DEARING:
 2        Q   And in that statement, when you use the term
 3    "inflammation," are you talking giant cell
 4    granulomatous inflammation, chronic inflammation, or
 5    something else?
 6        A   I'm --
 7        MS. AHERN:  Objection.  Form.
 8        THE WITNESS:  I'm not talking about foreign-body
 9    giant cell granulomatous inflammation, which, as I said
10    earlier, I don't see any evidence of causing ovarian
11    cancer.
12            So when I was referring in a more general
13    statement to respond to your question about chronic
14    inflammation, I was referring to chronic inflammation
15    of a different type.
16    BY MR. DEARING:
17        Q   Okay.  You first said when we started talking
18    about inflammation, that it's very important to make
19    sure we're talking about the same kind of inflammation,
20    because they are different types; right?
21        A   That's correct.
22        Q   That's why I'm trying to be very specific
23    about this.
24            Are you aware of any other types of chronic
25    inflammation, other than giant cell or granulomatous
```

Robert Kurman, M.D.

Page 54

1  inflammation, that can cause cancer?
2      MS. AHERN: Objection. Form.
3      THE WITNESS: We're really talking about, again, my
4  testimony specifically concerned with ovarian cancer.
5  So I'm not talking about pancreatic cancer, lung
6  cancer, stomach cancer.
7      I mean, cancers are all different, and I'm not
8  going to stand up and tell you -- respond to that
9  question because it's a very general question.
10  BY MR. DEARING:
11      Q   I thought it was a very specific question.
12      There -- you discuss in your report
13  essentially two types of inflammation -- chronic
14  inflammation, infectious chronic inflammation and
15  noninfectious; right?
16      MS. AHERN: Objection. Form.
17      THE WITNESS: That's one type.
18  BY MR. DEARING:
19      Q   That's two types.
20      A   Well, two types.
21      Q   Okay. Are there any other types of chronic
22  inflammation?
23      A   Just general chronic inflammation not
24  associated -- well, infectious or noninfectious, right.
25      Q   Okay. So breaking inflammation down, there's

Page 55

1  two broad types, either infectious or noninfectious;
2  right?
3      MS. AHERN: Objection.
4      Are you talking about foreign body, or are you
5  talking about general inflammation?
6      THE WITNESS: Right. Foreign-body giant cell
7  reaction is a type of -- type of inflammation that can
8  be either infectious or noninfectious. But it's
9  different than other types of chronic inflammation,
10  which may be infectious or noninfectious.
11  BY MR. DEARING:
12      Q   What's your understanding of the plaintiffs'
13  experts' explanation for how talc causes chronic
14  inflammation which can cause ovarian cancer?
15      A   You're specifically referring to Dr. Kane?
16      Q   Well, it's not just Dr. Kane's position, is --
17  well, you probably haven't read all the other
18  plaintiffs' positions.
19      So as you understand it, based on whatever
20  you've looked at, what's your understanding of that
21  mechanistic process?
22      A   I believe it's unreliable and invalid.
23      Q   No, I don't want your commentary. I want what
24  do you understand that the plaintiffs' experts are
25  alleging.

Page 56

1      MS. AHERN: Objection. Form.
2      THE WITNESS: I haven't read the other experts, as
3  you yourself pointed out. I've read Dr. Kane's
4  explanation. And, as I said, her explanation, I
5  believe, is invalid and unreliable.
6  BY MR. DEARING:
7      Q   So as you sit here today, you have no idea how
8  the plaintiffs, through their experts, are alleging
9  talc causes ovarian cancer?
10      A   I didn't --
11      MS. AHERN: Objection. Form.
12      THE WITNESS: Excuse me. I've interrupted you.
13      I didn't read those expert reports. I don't
14  know what they said.
15  BY MR. DEARING:
16      Q   I know you haven't read the reports, but are
17  you saying that you don't know what the plaintiffs'
18  experts are alleging as a mechanistic process of how
19  talc causes ovarian cancer?
20      MS. AHERN: Objection. Form.
21      THE WITNESS: How would I know if I can't read the
22  reports? I don't know what they said.
23  BY MR. DEARING:
24      Q   What's your understanding of Dr. Kane's
25  opinion on how talc causes ovarian cancer?

Page 57

1      A   I just told you. I said I thought it's
2  invalid and unreliable.
3      Q   I'm not asking you for what you think of it.
4  I'm asking you what's your understanding of what she is
5  saying.
6      How does she describe the mechanism of how
7  talc causes ovarian cancer?
8      A   Well, why don't we go through her report, and
9  I can discuss those with you.
10      Q   You don't remember?
11      A   I want to go through them so we get them
12  absolutely right.
13      Q   I'll come back to it --
14      A   Okay.
15      Q   -- because that's a big part of this.
16      A   Okay.
17      Q   I just wanted to know what you remembered.
18      A   Okay.
19      Q   Is it your opinion that the notion that talc
20  can cause chronic inflammation, which can cause ovarian
21  cancer, is that process biologically plausible to you?
22      A   No.
23      Q   Not the slightest bit?
24      A   No.
25      Q   Why do you say that?

Robert Kurman, M.D.

Page 58

1    A   Because, as I -- based on my experience and my
2  reviewing of the literatures up to this point, talc
3  induces a specific type of chronic inflammation that
4  we're terming foreign-body granulomatous inflammation.
5       I have never seen that, in all my experience
6  in ovarian cancer, foreign-body giant cell reaction.
7  So, I mean, I've seen chronic inflammation in ovarian
8  cancer.  No one would dispute that.  But specifically
9  the kind of granuloma -- the kind of inflammation
10  induced by talc, I have not observed.
11    Q   Do you know whether you've treated patients or
12  performed surgical pathology on patient specimens of
13  women who used talcum powder for feminine hygiene
14  long-term?
15    A   I wouldn't know if they haven't used it, but I
16  haven't seen any evidence of it when I looked at tissue
17  specimens.
18    Q   So if you're looking at --
19    MS. AHERN:  David, when you get to a stopping
20  point, can we take a potty break.
21    MR. DEARING:  Sure.  Let me just wrap up this.
22    MS. AHERN:  Sure.
23  BY MR. DEARING:
24    Q   So what you're saying is you don't believe
25  that it's biologically plausible that talc can cause

Page 59

1  chronic inflammation that can cause ovarian cancer
2  because you've never seen it; right?
3    MS. AHERN:  Objection.  Form.
4    THE WITNESS:  We need to specifically say again the
5  kind of inflammation I'm talking about is foreign-body
6  giant cell inflammation, which is the type of
7  inflammation that's implicated with talc exposure.
8  Talc doesn't produce other types of chronic
9  inflammation.
10  BY MR. DEARING:
11    Q   Again, you said you've never seen, in your
12  career, a chronic inflammatory response to talc like
13  giant cell granulomas in gynecologic tissue; is that
14  what you are saying?
15    A   That's correct.
16    Q   So my question is, you're saying it's not
17  biologically plausible because you've never seen it;
18  right?
19    MS. AHERN:  Objection.  Form.
20    THE WITNESS:  Is that your question?
21       I've spent, as I said, 40 years looking at
22  gynecologic pathology specimens, including a large
23  number of ovarian cancers, and I have never seen a
24  foreign body -- I've seen a foreign-body giant cell
25  reaction in rare ovarian tumors, endometrial

Page 60

1  carcinomas, due to extrusion of keratin, which can
2  produce a foreign-body giant cell reaction.  That, I've
3  seen.
4       I've seen teratomas, nothing to do with the
5  litigation we're talking about now.  It's a completely
6  different kind of tumor.  It's a germ cell tumor.  And
7  I've seen, with extrusion of keratin in those
8  instances, a foreign-body giant cell reaction.
9       Apart from those instances and maybe suture
10  granulomas, which, again, are pretty obvious, I haven't
11  seen that type of reaction in association with ovarian
12  cancer during my entire career.
13  BY MR. DEARING:
14    Q   And are you saying you haven't seen that type
15  of inflammatory reaction in gynecologic tissue to any
16  foreign particle?
17    A   Well --
18    MS. AHERN:  Objection.  Form.
19    THE WITNESS:  -- as I just said --
20  BY MR. DEARING:
21    Q   Except for sutures?
22    A   Suture granulomas and the keratin that I
23  mentioned, which is --
24    Q   That's endogenous?
25    A   Yeah, but it -- yeah, okay.  Aside from that,

Page 61

1  I can't recall seeing anything, no.
2    Q   So aside from surgical sutures --
3    A   Uh-huh.
4    Q   -- you've never seen a giant cell
5  granulomatous foreign-body reaction in gynecologic
6  tissue?
7    A   Again, I mentioned the keratin --
8    Q   I'm sorry.  Responding to foreign material?
9    MS. AHERN:  Objection.  Form.
10    THE WITNESS:  That's correct.
11    MR. DEARING:  Want to take a break?
12    MS. AHERN:  Thank you.
13    VIDEO OPERATOR BROWN:  The time is now 10:31.
14  Going off the record.
15       (Recess taken.)
16    VIDEO OPERATOR BROWN:  Time is now 10:53.  Back on
17  the record.
18  BY MR. DEARING:
19    Q   Right before the break, Doctor, you made a
20  statement to the effect of "Talc doesn't produce other
21  types of chronic inflammation that can cause cancer."
22       Did you say something like that?
23    A   That's -- that's what I said.
24    Q   So what other types of inflammation do cause
25  cancer that you're referring to?

Robert Kurman, M.D.

Page 62

```
 1        A   Well, again, in the ovary, there's absolutely
 2   no evidence that inflammation causes cancer.  I want to
 3   be clear about that.  Now, there may be other tumors
 4   where it plays a role, but those are not things that
 5   I'm familiar with.
 6        Q   So are you saying that it's not biologically
 7   plausible that other types of inflammation can cause
 8   ovarian cancer?
 9        MS. AHERN: Objection.  Form.
10        THE WITNESS:  I said I haven't observed it and I
11   wasn't aware of anything in the literature that showed
12   chronic inflammation causing ovarian cancer.
13   BY MR. DEARING:
14        Q   So because you haven't observed it, is it your
15   opinion that it's not biologically plausible?
16        MS. AHERN: Objection.  Form.  Misstates his
17   testimony.
18        THE WITNESS:  Well, as I said, I haven't seen it
19   nor have I read any paper that has indicated that it
20   was a causative factor of ovarian cancer.
21   BY MR. DEARING:
22        Q   And the question is, is it biologically
23   plausible?
24        MS. AHERN: Objection.  Form.
25        THE WITNESS:  Insofar as what the literature has
```

Page 63

```
 1   described about the type of inflammation induced by
 2   talc, which has never shown any evidence of causing
 3   cancer, I would say it's not plausible.
 4   BY MR. DEARING:
 5        Q   And the type of inflammation caused by talc
 6   that you're referring to is talc typically left inside
 7   the body from a contaminated surgical tool, for
 8   example, surgical gloves maybe back in the day when
 9   they still had talc; right?
10        A   Yeah.
11        MS. AHERN: Objection.  Form.
12   BY MR. DEARING:
13        Q   So you're not suggesting that cosmetic-grade
14   baby powder talc is the type of talc that you're
15   referring to that you've seen these other inflammatory
16   responses to; right?
17        MS. AHERN: Objection.  Form.
18        THE WITNESS:  Please repeat -- rephrase that
19   question.
20        MR. DEARING: Sure.
21   BY MR. DEARING:
22        Q   You said you expect the inflammatory response
23   to talc to be giant cell granulomatous foreign-body
24   response; right?
25        A   Yes.
```

Page 64

```
 1        Q   And when I -- so my question is, the talc that
 2   you're referring to that elicits that type of response
 3   is talc left behind from either a surgical tool or a
 4   surgical glove or something like that; right?
 5        MS. AHERN: Objection.  Form.
 6        THE WITNESS:  That's correct.
 7   BY MR. DEARING:
 8        Q   And do you agree that the talc used
 9   industrially for surgical gloves back in the '70s and
10   before, and potentially contaminating a surgical tool,
11   is different than cosmetic talc in baby powder?
12        MS. AHERN: Objection.  Form.
13        THE WITNESS:  I'm not exactly sure of that.  This
14   is something that I don't have expertise in.  I would
15   defer to a mineralogist to describe the references
16   between what you describe as industrial and cosmetic
17   talc.
18   BY MR. DEARING:
19        Q   Just to close the circle, is it your opinion
20   that it's not biologically plausible that any type of
21   chronic inflammation can cause ovarian cancer?
22        A   As I said, I've seen no evidence of chronic
23   inflammation causing ovarian cancer.
24        Q   My question is, is it biologically plausible,
25   in your opinion, that some type of inflammation can
```

Page 65

```
 1   cause ovarian cancer?
 2        A   Well, as I haven't seen it --
 3        MS. AHERN: Objection.  Form.
 4        THE WITNESS:  -- and I haven't read about it, I --
 5   and it's been studied, I would say it's not
 6   biologically plausible.
 7   BY MR. DEARING:
 8        Q   What methodology do you use to reach
 9   conclusions about biologic plausibility?
10        A   Well, to begin with, as I said early on in the
11   deposition, I have spent 40 years looking at
12   gynecologic pathology, which ovarian cancer is one of
13   those.  I have read extensively and kept up with the
14   literature.  I've edited the third, fourth, fifth,
15   sixth, and in the process of the seventh edition, of
16   Blaustein's pathology textbook.
17        I was the lead author on the 2014 WHO
18   classification of ovarian cancer.
19        I participate in meetings, both domestically
20   and internationally.  I review papers, as we discussed
21   earlier.
22        So I think all of that together amounts to the
23   way I evaluate biological plausibility.
24        Q   Is that a complete description of your
25   methodology used to evaluate biologic plausibility?
```

17 (Pages 62 to 65)

Robert Kurman, M.D.

Page 66

1      A   Well, as I mentioned also, in this particular
2  case, I reviewed what Dr. Kane claimed or alleged that
3  were causative agents.  I review those papers
4  specifically.  So that in addition to everything else I
5  described.
6      Q   So your methodology for evaluating biologic
7  plausibility is your reliance on your experience, your
8  review of the literature, your publication literature,
9  I guess, and your review of other expert opinions on
10 it?
11     MS. AHERN:  Objection.  Form.
12 BY MR. DEARING:
13     Q   Did I leave anything out?
14     A   I think that pretty much covers it.
15     Q   And, of course, you haven't published on talc
16 and ovarian cancer?
17     A   That's correct.
18     Q   And you think that's a complete, sound,
19 reliable methodology for assessing plausible --
20 biologic plausibility?
21     A   Please repeat the question.
22     Q   Sure.
23        Do you think that that is a complete and
24 reliable methodology for assessing plausible --
25 biologic plausibility?

Page 67

1      A   I believe it is, yes.
2      Q   On page 13 of your report -- and I don't know
3  if you need to look this up.  You use the word "inert."
4  You suggest that talc is inert.
5         I just want to know, what does "inert" mean to
6  you?
7      A   Well, I relied upon -- and I think IARC used
8  that exact same terminology, in fact.  And I think in
9  contrast to an inflammatory agent, for example, which
10 elicits more of a systemic immune response, talc is
11 very localized and it induces the migration of
12 macrophages, which then become histiocytes in tissue
13 which surround it and engulf it but don't elicit an
14 immune kind of response.  So, in that respect, I think
15 it is, quote/unquote, inert.
16     Q   What do you mean by "immune kind of response"?
17     A   Well, where -- antigen-presenting cells,
18 lymphocytes.  Lymphocytes induce various types of
19 reactions in response to an infectious agent, for
20 example.  That's not -- that doesn't occur with talc.
21     Q   So you told me why you think talc is inert,
22 but what does it mean to be inert?  How do you define
23 "inert," just the word?
24     MS. AHERN:  Objection.  Form.
25     THE WITNESS:  Well, I can't do any better than I

Page 68

1  have.
2  BY MR. DEARING:
3      Q   Okay.  Do you agree that inert particles can
4  cause an inflammatory response that could trigger or be
5  a precursor to cancer?
6      MS. AHERN:  Objection.  Form.
7      THE WITNESS:  As I just said, again, I think we
8  specifically -- in this litigation referring to talc as
9  an inert substance that does not produce an
10 inflammatory reaction that can cause ovarian cancer.
11 BY MR. DEARING:
12     Q   I understand that about talc and that's your
13 opinion.
14        My question is just because a foreign particle
15 is inert doesn't mean that it can't cause a
16 foreign-body inflammatory reaction that could be a
17 precursor lesion to cancer; right?
18     MS. AHERN:  Objection.  Form.
19     THE WITNESS:  No, I disagree with that.
20 BY MR. DEARING:
21     Q   Well, you would agree that talc does elicit an
22 inflammatory response in tissue; right?
23     A   A specific type of inflammatory reaction, we
24 described foreign-body giant cell granulomatous
25 reaction, yes.

Page 69

1      Q   And so if a large talc particle in the
2  peritoneal cavity elicits an inflammatory giant cell
3  granulomatous response and that inflammation is
4  chronic, can't that chronic inflammatory response
5  evolve into a lesion or a precursor lesion for cancer?
6      MS. AHERN:  Objection.  Form.  Assumes facts.
7      THE WITNESS:  Could you break that?  It was a
8  complex question.
9  BY MR. DEARING:
10     Q   It was a slow question, but it's a simple
11 question.
12     A   Okay.
13     Q   If a large talc particle is left in the
14 peritoneal cavity and evokes the type of response that
15 you say it should, a inflammatory giant cell
16 granulomatous foreign-body response, and it becomes a
17 chronic condition, can't that be a precursor lesion to
18 cancer, some kind of peritoneal cancer?
19     MS. AHERN:  Objection.
20     THE WITNESS:  I don't believe that's true.  It's
21 been demonstrated, as you've alluded to before,
22 surgical gloves can introduce talc into the peritoneal
23 cavity.  And I'm not aware of any cancer that's been
24 associated or induced by that contamination of talc in
25 the peritoneal cavity.

18  (Pages 66 to 69)

Robert Kurman, M.D.

Page 70

1  BY MR. DEARING:
2     Q  Do you agree with me that inert particles can
3  evoke a chronic inflammatory response, foreign-body
4  response, in the body?
5     A  As I said, inert particles induce a
6  foreign-body giant cell reaction of the sort -- similar
7  to what talc does.
8     Q  Do you agree that talc causes inflammation in
9  epithelial ovarian cells?
10    A  No.
11    MS. AHERN: Objection. Form.
12    THE WITNESS: I don't.
13 BY MR. DEARING:
14    Q  Do you believe that talc can cause
15 inflammation in any kind of ovarian cells?
16    A  Talc produce -- what kind of ovarian cell are
17 we talking about, for starters?
18    Q  Well, any kind you want to identify. Any
19 kind -- let me ask it again.
20       Do you have any opinions about whether
21 exposure to talc could cause any type of reaction in
22 any type of ovarian cells?
23    A  I've never seen any evidence of that or read
24 any evidence of that.
25    Q  Does that mean you don't think that's

Page 71

1  biologically plausible because you have never seen it?
2     MS. AHERN: Objection. Form.
3     THE WITNESS: Let me -- when you're talking
4  about -- you know, the ovary is a complex organ.
5  Contains germ cells, contains stromal cells, contains
6  surface epithelial cells.
7        Which cells are you actually talking about?
8  BY MR. DEARING:
9     Q  I'm talking about any type of ovarian cell.
10 I'm leaving it up to you to use any cell you like. Are
11 you telling me that talc causes no reaction in any type
12 of ovarian cell that you know of?
13    A  Well, there have been in vitro studies which
14 have used ovarian cells and shown some reaction, if
15 that's what you mean. I've seen that.
16    Q  Have you seen any studies that suggest that
17 epithelial cells exposed to talc undergo neoplastic
18 changes?
19    MS. AHERN: Objection. Form.
20    THE WITNESS: I think it is important to point out,
21 before we get all hung up on ovarian epithelial cells,
22 that if we are talking about -- which, basically, we're
23 talking about causation -- is that ovarian cancer does
24 not start from ovarian epithelial cells; it starts from
25 fallopian tube cells.

Page 72

1     So the fact that it might show some reaction
2  in epithelial cells of the ovary, which some biologic
3  studies -- in vitro studies have shown, doesn't have
4  anything to do with causation of ovarian cancer.
5  BY MR. DEARING:
6     Q  I realize that's your opinion and you've
7  published that, even. But you agree with me that not
8  all gynecologic pathologists agree with you that
9  invasive ovarian carcinomas start in the fallopian
10 tube?
11    MS. AHERN: Objection. Form.
12    THE WITNESS: Could you define which kind of
13 carcinomas you're talking about?
14 BY MR. DEARING:
15    Q  Sure. Let's start with serous invasive
16 carcinomas. You believe that's those typically start
17 in the fallopian tubes; right?
18    A  Low-grade or high-grade?
19    Q  High-grade.
20    A  High-grade, I believe, start in the fallopian
21 tube.
22    Q  And you would agree with not all gynecologic
23 pathologists degree with you on that; right?
24    A  The consensus at this point in time, 2019, is
25 that a vast, vast majority of pathologists believe that

Page 73

1  ovarian -- high-grade serous carcinoma begins in
2  fallopian tube epithelium.
3     Q  Vast, vast majority of them believe that? Is
4  that what you are saying?
5     A  Well, including your plaintiffs' expert, Susan
6  Kane -- Sarah Kane.
7     Q  I understand.
8        We'll come back to that.
9        Is it your testimony that it's not
10 biologically plausible that talc could cause any type
11 of inflammatory reaction in any type of ovarian cell?
12    MS. AHERN: Objection. Form.
13    THE WITNESS: Well, as I've said, there are some
14 in vitro studies in which exposure to talc has resulted
15 in some proliferation and -- excuse me. I take that
16 back, proliferation -- expression of some markers that
17 are markers of inflammation. Those studies I won't get
18 into it because I'm not, as I said, a bench scientist.
19 BY MR. DEARING:
20    Q  So there is some evidence that some ovarian
21 cells will respond in an inflammatory way to talc
22 exposure?
23    MS. AHERN: Objection. Form.
24 BY MR. DEARING:
25    Q  Is that what you are saying? There are

19 (Pages 70 to 73)

Robert Kurman, M.D.

Page 74

1    studies.
2        A   That's what I said just now.
3        Q   Okay.  Just making sure I understand.
4            Do you agree that asbestos is a known human
5    carcinogen?
6        A   Yes, I --
7        MS. AHERN:  Objection.  Form.
8        THE WITNESS:  Yes, I agree that asbestos is a known
9    carcinogen.
10   BY MR. DEARING:
11       Q   And you're familiar with IARC, right, the
12   International Agency for Research on Cancer?
13       A   I -- well, I am, yes.
14       Q   And it's an international intergovernmental
15   agency created in 1965; right?
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  I don't know when it was created, but
18   I'm familiar with IARC.
19   BY MR. DEARING:
20       Q   And it forms part of the World Health
21   Organization, which is part of the United Nations;
22   right?
23       A   It's part of the World Health Organization.
24       Q   And there are 25 member nations, and it's made
25   up of probably a thousand or more scientists.

Page 75

1            Would you agree with that?
2        A   You'd have to show me the data for that.  I
3    don't know.
4        Q   Okay.  Well, would you agree it's made up of
5    at least hundreds of scientists?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  I want to see what you're talking
8    about.  I don't know how many are involved.
9            (The document referenced below was
10           marked Deposition Exhibit 3 for
11           identification and is appended hereto.)
12   BY MR. DEARING:
13       Q   I'm handing you Exhibit 3, which is taken from
14   the IARC website, and it identifies IARC's mission
15   statement.
16           Have you ever seen that before?
17       MS. AHERN:  Objection to the document.  Does it
18   have a date?
19       MR. DEARING:  Well, I printed it off yesterday, but
20   no.
21       MS. AHERN:  Okay.
22   BY MR. DEARING:
23       Q   Have you ever looked at IARC's mission
24   statement before?
25       A   I can't -- hmm.  I got twisted up here for a

Page 76

1    second.
2            I have -- no, I can't say that I have looked
3    at their mission statement.
4        Q   Okay.  Well, in the second paragraph, it says:
5            "The objective of the IARC is to
6    promote international collaboration in
7    cancer research.  The agency is
8    interdisciplinary, bringing together
9    skills in epidemiology, laboratory
10   sciences, and biostatistics to identify
11   the causes of cancer so that
12   preventative -- preventive measures may
13   be adopted and the burden of disease and
14   associated suffering reduced.  A
15   significant feature of the IARC is its
16   expertise in coordinating research
17   across countries and organizations.  Its
18   independent role as an international
19   organization facilitates this activity.
20   The agency has a particular interest in
21   conducting research in low- and
22   middle-income countries through
23   partnerships and collaborations with
24   researchers in these regions."
25           Is that your understanding of IARC's mission?

Page 77

1        A   Well --
2        MS. AHERN:  Objection.  Form.
3        THE WITNESS:  -- that's what it states.
4    BY MR. DEARING:
5        Q   Do you have any --
6        A   I have no reason --
7        Q   -- that that's not --
8        A   -- to argue with it.
9        Q   Okay.  Are you aware that in 2009 IARC issued
10   a monograph that stated that there is sufficient
11   evidence now available to show that asbestos causes
12   cancer of the ovary?
13       A   I am aware of it.  I would question their
14   methodology and who the individuals were on that
15   committee that came to that conclusion, because, in
16   looking at that, and I am familiar with it, I had
17   significant issues with the -- their methodology that
18   they used and the conclusions that they drew from that.
19       Q   Do you believe asbestos can cause ovarian
20   cancer?
21       A   At this point, I do not believe that's the
22   case.
23       Q   That same monograph states that "Studies
24   suggest that asbestos can accumulate in the ovaries of
25   women who are exposed to it."

Robert Kurman, M.D.

Page 78

1      Do you agree with that statement?
2      MS. AHERN: Objection. Form.
3      THE WITNESS: The -- as I recall, those studies
4  that they're citing were inhalation studies of very --
5  of occupational -- of people that were exposed
6  occupationally or environmentally to very high doses of
7  asbestos and which bear -- nothing to do with perineal
8  exposure.
9  BY MR. DEARING:
10     Q   The question is do you agree that studies
11  suggest that asbestos can accumulate in the ovaries of
12  women who are exposed to it?
13     A   I'd have to see the studies where it shows
14  that.
15     Q   So you don't have an opinion on that?
16     A   No. I said I'd like to see the studies. I
17  don't believe -- I'd like to see it.
18     Q   I don't have them.
19     A   Okay.
20     Q   So I'm asking do you have an opinion on that.
21     A   My opinion is, as I said earlier, asbestos
22  does not cause ovarian cancer.
23     (The document referenced below was
24  marked Deposition Exhibit 4 for
25  identification and is appended hereto.)

Page 79

1  BY MR. DEARING:
2     Q   This is Exhibit 4, and this is the monograph
3  I'm referring to.
4      If you look at -- have you seen this before,
5  this monograph? This is where those statements came
6  from.
7     A   I have seen the monograph, I don't
8  specifically recall this page.
9     Q   Okay. Well, look at the bottom of it, that
10  table. And do you see -- these are Group 1 agents, and
11  IARC defines Group 1 agents as known human carcinogens;
12  right?
13     A   Yes, correct.
14     Q   And it identifies, first of all, arsenic as a
15  known human carcinogen, and it identifies tumor sites
16  for which there is sufficient evidence of human
17  carcinogenicity as lungs, skin, urinary bladder.
18      Do you see that?
19     A   In the second column I see lungs, skin, yes,
20  urinary bladder. Uh-huh.
21     Q   And a little bit further down it identifies
22  chromium as a Group 1 carcinogenic.
23      Do you see that?
24     A   I do.
25     Q   And it identifies the lung as a potential

Page 80

1  tumor site for chromium cancer; right?
2     A   Yes.
3     Q   And then right below that is nickel, nickel
4  compounds, is identified as a Group 1 agent. And it
5  identifies tumor sites for which there is sufficient
6  evidence in humans as lungs, nasal cavity, and
7  paranasal sinuses.
8      Do you agree?
9     A   I see that.
10     Q   Do you agree that arsenic, chromium, and
11  nickel are known human carcinogens?
12     A   Well, according to IARC, they are.
13     Q   Do you agree that they are?
14     A   I agree with IARC on that.
15     Q   And then right below that, another Group 1
16  agent, it says asbestos. And then it identifies --
17  one, two, three, four -- six types of asbestos. And it
18  states the tumor sites for which there is sufficient
19  evidence in humans are lung, mesothelioma, larynx, and
20  ovary.
21      And are you saying now that you disagree that
22  the ovary -- that this is sufficient evidence that
23  asbestos can cause cancer in the ovaries?
24     A   I agree that the -- I agree with what I said
25  earlier, that the evidence upon which IARC came to the

Page 81

1  conclusion about ovarian cancer has significant issues
2  that I would argue with.
3     Q   That's not my question. My question is do you
4  agree that asbestos can cause cancer in the ovary, like
5  IARC says?
6      MS. AHERN: Objection. Form. Asked and answered.
7      THE WITNESS: I just said I don't agree that it
8  causes ovarian cancer.
9  BY MR. DEARING:
10     Q   Do you -- if you move over to the fourth
11  column under asbestos, it describes the established
12  mechanistic events that cause the cancer. And it says
13  the asbestos causes "impaired fiber clearance leading
14  to macrophage activation, inflammation, generation of
15  reactive oxygen and nitrogen species, tissue injury,
16  genotoxicity, aneuploidy and polyploidy epigenetic
17  alteration, activation of signaling pathways,
18  resistances to apoptosis."
19      So do you agree asbestos can cause lung
20  cancer?
21     A   Yes.
22     Q   Do you agree that that's the mechanism by
23  which asbestos can cause lung cancer?
24      MS. AHERN: Objection.
25      THE WITNESS: I should clarify what I just said a

21 (Pages 78 to 81)

Robert Kurman, M.D.

Page 82

1  moment ago using the term "cancer." And what I would
2  say is that asbestos is primary -- causes
3  mesotheliomas, which is a type of cancer but is very
4  different from adenocarcinoma or squamous cell
5  carcinoma of the lung, and which asbestos is -- plays
6  maybe a contributory role, but certainly not the major
7  role.
8  BY MR. DEARING:
9      Q   Okay. So my question is do you believe that
10  asbestos can cause mesothelioma or other lung cancers
11  by the mechanism that's described in this table?
12      MS. AHERN: Objection. Form.
13      THE WITNESS: Well, I'm not an expert on
14  mesothelioma and asbestosis. However, I would agree
15  that asbestos causes mesothelioma -- pleural
16  mesothelioma and potentially these mechanisms might
17  explain it, but I haven't studied it.
18  BY MR. DEARING:
19      Q   So you say that might be the mechanism, but
20  you just don't know?
21      A   Well, I haven't studied it. I don't
22  specialize in asbestosis.
23      Q   I'm not faulting you. I'm just saying you're
24  saying that could be, but you don't know. Does that
25  mean you don't have a concrete opinion on that, whether

Page 83

1  that's the mechanism that causes mesothelioma?
2      A   Well, these are the mechanisms that IARC
3  describes which, you know, may be reasonable. But,
4  again, I don't have direct personal experience with
5  that. So I can't confirm every one of these features.
6      Q   Okay. It also suggests that asbestos causes
7  cancer in the larynx.
8      Do you agree that -- that that's true?
9      MS. AHERN: Objection. Form.
10      THE WITNESS: I really don't know about the
11  laryngeal carcinoma.
12  BY MR. DEARING:
13      Q   It also says there are possibly other sites
14  where asbestos causes cancer -- the colorectum, the
15  pharynx, the stomach.
16      Do you have any opinion about whether asbestos
17  causes cancer in those organs?
18      A   Again, these are areas that I'm not -- I have
19  no involvement with. So I can't really comment.
20      Q   Are you aware of other cancers that are caused
21  by this mechanistic process that's described here by
22  IARC for asbestos?
23      MS. AHERN: Objection. Form.
24      THE WITNESS: Could you rephrase that question?
25      MR. DEARING: Sure.

Page 84

1  BY MR. DEARING:
2      Q   Are you aware of other cancers or do you have
3  knowledge to explain whether other cancers may be
4  caused by this mechanistic process described by IARC
5  pertaining to asbestos?
6      A   Again, I mean, with established mechanistic
7  events, things like resistance to apoptosis, activation
8  of signaling pathways, epigenetic alteration,
9  genotoxicity, these are general mechanisms that have
10  been implicated in the development of cancer in
11  general.
12      Q   So looking at this mechanism that's described
13  by IARC, it says, "Impaired fiber clearance leading to
14  macrophage activation."
15      Do you agree that macrophage activation is a
16  foreign-body response in the body?
17      MS. AHERN: Objection. Form.
18      THE WITNESS: Macrophages can be induced by a
19  variety of -- well, of course, you mentioned
20  foreign-body giant cell reaction, but other types of
21  inflammation can also induce the presence of
22  macrophages.
23  BY MR. DEARING:
24      Q   And giant cell granulomas are an agglomeration
25  of macrophages; right?

Page 85

1      A   Well, in the tissue, they're referred to
2  histiocytes, but they're basically macrophages.
3      Q   So a giant cell is a joined group of
4  macrophages; right?
5      A   Correct.
6      Q   So according to this mechanism described by
7  IARC, macrophage activation occurs, which appears to be
8  defined as inflammation.
9      Would you agree that that's what they mean
10  there by saying "inflammation"?
11      MS. AHERN: Objection. Form.
12      THE WITNESS: Well, as I said just a moment ago,
13  macrophage activation can occur with a variety of
14  inflammatory reactions, not just only foreign-body
15  giant cell.
16  BY MR. DEARING:
17      Q   Okay. Macrophage activation is a type of
18  inflammation; right? Is that a fair statement?
19      A   Not really. It's part of the inflammatory
20  reaction. There are other cells as well --
21  lymphocytes, plasma cells, eosinophils,
22  polymorphonuclear leukocytes. Macrophages are one type
23  of cell involved in inflammation.
24      Q   And then do you agree that inflammation can
25  lead to the generation of reactive oxygen and nitrogen

22 (Pages 82 to 85)

Robert Kurman, M.D.

|  | Page 86 |
|---|---|

1  species?
2      MS. AHERN: Objection. Form.
3  BY MR. DEARING:
4      Q   Is that outside your specialty?
5      A   Again, I mean, I've read enough about that to
6  know that, yes, macrophage activation could induce
7  reactive oxygen species.
8      Q   And reactive nitrogen species.
9      A   And reactive nitrogen species.
10     Q   And can reactive oxygen species and reactive
11 nitrogen species damage DNA?
12     A   Can it damage DNA?  Yes.
13     Q   And damaging, DNA, of course, can cause
14 uncontrolled proliferation of cells; correct?
15     MS. AHERN: Objection. Form.
16     THE WITNESS: Well --
17 BY MR. DEARING:
18     Q   I know there's some steps in between, but I'm
19 trying to speed this up.
20     MS. AHERN: Same objection.
21     THE WITNESS: Well, involvement -- interjection of
22 a certain agent into DNA can cause DNA damage, that's
23 true.
24 BY MR. DEARING:
25     Q   I'm not talking about certain agents.  I'm

|  | Page 88 |
|---|---|

1  BY MR. DEARING:
2      Q   So thank goodness you can have DNA damage
3  without cancer, but you can't have cancer without DNA
4  damage; right?
5      MS. AHERN: Objection. Form.
6      THE WITNESS: As far as I know, all cancers are
7  part of -- part of the development of cancer is
8  dependent on damage -- or I should say genotoxicity,
9  which means damage in DNA in some form.
10 BY MR. DEARING:
11     Q   And resistance to apoptosis can also be a
12 result of DNA damage; right?  That's part of the
13 problem with cancer is the cells don't -- they lose
14 their programmed ability to self-destruct; right?
15     MS. AHERN: Objection. Form.
16     THE WITNESS: That's one of the factors in
17 carcinogenesis, one of the factors.
18 BY MR. DEARING:
19     Q   But that resistance to apoptosis is a result
20 of DNA damage; right?
21     MS. AHERN: Objection. Form.
22     THE WITNESS: Generally speaking, it's an
23 activation of a suppressor gene called p53, maybe some
24 other genes as well.
25 ///

|  | Page 87 |
|---|---|

1  talking specifically about reactive oxygen species and
2  reactive nitrogen species.  Those agents can damage
3  DNA; right?
4      A   Yes, they can.
5      Q   And then cells with damaged DNA can become
6  cancer cells, can't they?
7      MS. AHERN: Objection. Form.
8      THE WITNESS: Not necessarily.  Not all of them do.
9  Some might.
10 BY MR. DEARING:
11     Q   Well, would you agree that all cancers are
12 borne out of some genetic disruption?
13     MS. AHERN: Objection. Form.
14     THE WITNESS: The issue is it plays a role in
15 carcinogenesis.  But DNA damage, in and of itself, does
16 not invariably lead to malignant transformation.
17 BY MR. DEARING:
18     Q   Right.  But I'm asking the inverse of that
19 question.
20         You can't have cancer without original DNA
21 damage; right?
22     A   That's --
23     MS. AHERN: Objection. Form.
24     THE WITNESS: DNA damage is part of the process of
25 development of a carcinoma.

|  | Page 89 |
|---|---|

1  BY MR. DEARING:
2      Q   So as I mentioned, this is from 2009; right?
3  Do you agree with me?
4      A   I think that's --
5      Q   The date is at the very bottom of the page.
6      A   Yeah.
7      Q   It's right under the table, actually.
8      A   I see it, 2009.
9      Q   Okay.  So in 2009 IARC said, "Epidemiological
10 evidence has increasingly shown an association" --
11     A   Where are we reading now?
12     Q   I'm sorry.  The top of page 454, so the other
13 page, very top.
14     A   Uh-huh.
15     Q   "Epidemiological evidence has
16 increasingly shown an association for
17 all forms of asbestos (chrysotile,
18 crocidolite, amosite, tremolite,
19 actinolite, and anthophyllite) with an
20 increased risk of lung cancer and
21 mesothelioma."
22         Do you agree with that statement?
23     A   Yes.
24     Q   It goes on to say:
25         "Although the potency differences

Robert Kurman, M.D.

Page 90

1   with respect to lung cancer or
2   mesothelioma for fibers of various types
3   and dimensions are debated, the
4   fundamental conclusion is that all forms
5   of asbestos are carcinogenic to humans."
6       Do you agree with that?
7   MS. AHERN: Objection. Form.
8   THE WITNESS: Well, again, I'm not an expert on the
9   different types of asbestos. I would leave -- I would
10  defer that to an mineralogist to agree as to whether
11  all types, as they state here, are associated with
12  cancer.
13  BY MR. DEARING:
14   Q  The next sentence says:
15       "Mineral substances, for example,
16   talc and vermiculite, that contain
17   asbestos should also be regarded as
18   carcinogenic to humans."
19       Do you agree with that statement?
20   A  Well, that's --
21  MS. AHERN: Objection. Form.
22  THE WITNESS: That's what IARC states. Again, I
23  don't agree with that, but that -- they state that, but
24  I don't agree with it.
25  ///

Page 91

1   BY MR. DEARING:
2    Q  If a mineral substance contains carcinogenic
3   asbestos, doesn't that make that mineral substance
4   carcinogenic?
5   MS. AHERN: Objection. Form.
6   THE WITNESS: We have no idea how much asbestos is
7   in there. It might be a totally minute amount, that
8   there's a contaminant that doesn't have any
9   relationship to the development of cancer.
10  BY MR. DEARING:
11   Q  Well, you would agree with me that the FDA has
12   determined that there's no safe level of asbestos
13   exposure; right?
14  MS. AHERN: Objection. Form.
15  THE WITNESS: As I said earlier, when it comes to
16   the specifics of the composition of asbestos or, for
17   that matter, talc, I would defer to a mineralogist.
18  BY MR. DEARING:
19   Q  Then the next sentence is what I read to you
20   already:
21       "Sufficient evidence is now
22   available in 2009 to show that asbestos
23   also causes cancer of the larynx and of
24   the ovary."
25       And you disagree with that statement, even as

Page 92

1   it applies in 2019?
2    A  Well, if you read further down the paragraph,
3   you'll see that it says -- let's see, one, two, three,
4   four, five, six, seven, eight -- ten lines, it says:
5       "Cohort studies of women were
6   heavily exposed to asbestos in the
7   workplace consistently report increased
8   risks of ovarian cancer, as in a study
9   of women in the UK who manufactured gas
10  masks during World War II."
11   Q  Right.
12   A  "Studies suggest asbestos can accumulate in
13   the ovaries of women who were exposed to it."
14       So you're talking about massive exposures of
15   asbestos in women who are occupationally exposed. The
16   numbers of cases, I looked at that, are very small
17   because most of people who worked in that industry were
18   men.
19       So, again, you're referring to small numbers
20   of cases, extremely heavy exposure to asbestos that
21   allows them to come to that conclusion, which is what I
22   dispute.
23       Furthermore, I think there's a significant
24   risk that cases called ovarian cancer -- you'll notice
25   that there's no pathologist in the -- in the group in

Page 93

1   this -- in that statement that we read earlier, no
2   pathologist in the IARC group. And I would dispute the
3   fact that these are all carcinomas of the ovary. They
4   may be mesotheliomas that were misclassified.
5    Q  Okay. Do you believe asbestos can cause
6   mesothelioma of the ovary?
7    A  Well, I'd have --
8   MS. AHERN: Objection. Form.
9   THE WITNESS: I'd have to, again, review the data.
10  I can tell you I hardly ever see, and there were hardly
11  any reports of, mesotheliomas involving the ovary.
12  BY MR. DEARING:
13   Q  The last sentence you just read, "Studies
14   suggest that asbestos can accumulate in the ovaries of
15   women who are exposed to it," do you agree or disagree
16   with that?
17    A  Well, let's look at the reference that they're
18   talking about.
19   Q  It's the Heller study.
20    A  Heller study.
21   Q  Drs. Heller, Gordon, Westhoff, Gerber.
22    A  Yeah, maybe we could look at that and see what
23   they say.
24   Q  Okay. Well, you know, in that study, they --
25   they used transmission electron microscopy to digest

Robert Kurman, M.D.

Page 94

1  tissue to measure the burden count of asbestos fibers
2  in the tissue.
3        Do you know that about that study?
4  MS. AHERN: Objection. Form.
5  THE WITNESS: I'd like to see the study.
6  BY MR. DEARING:
7    Q  Okay. So you have no opinion about that right
8  not without seeing the study that --
9    A  Well, it's been a long time --
10   Q  Let me finish the question, please.
11   A  Yeah, sorry.
12   Q  So you have no opinion about whether asbestos
13  can accumulate in the ovaries of women who are exposed
14  to it?
15   A  I said I'd like to see the study.
16   Q  That doesn't answer my question. You either
17  have an opinion or you don't.
18  MS. AHERN: Objection. Form.
19  THE WITNESS: My answer is I can't come to an
20  opinion until I've seen the study.
21  BY MR. DEARING:
22   Q  Okay. And you don't know whether you've seen
23  the study before?
24   A  I have seen the study, but I'd like to see it
25  again. It's been a while.

Page 95

1    Q  Okay. All right. Do you have any opinion
2  about whether Johnson & Johnson baby powder or Shower
3  to Shower product has any form of asbestos in it?
4    A  I'll repeat what I said earlier that I'm just
5  talking about the talc that I read. I don't know
6  what's in their -- what's in their bottles of baby
7  powder or Shower -- whatever. I would depend on -- I
8  would depend really -- because it's complex. It's
9  complex. It's debated. There are subtle differences
10  between how much, what the type of asbestos is.
11       So I would really have to defer to a
12  mineralogist to answer that question.
13   Q  Are you familiar with the term "asbestiform
14  fibrous talc"?
15  MS. AHERN: Objection. Form.
16  THE WITNESS: I've heard it mentioned.
17  BY MR. DEARING:
18   Q  Do you feel like you know enough about it to
19  discuss it?
20   A  No.
21   Q  Based on what you've read -- and maybe you
22  haven't read anything about this -- do you have an
23  opinion about whether Johnson & Johnson's baby powder
24  or Shower to Shower products have asbestiform fibrous
25  talc in them?

Page 96

1  MS. AHERN: Objection. Form. Asked and answered.
2  THE WITNESS: I'll just repeat what I said before.
3  All I'm referring to is what they say talc is in the
4  various studies. I don't know all the details of the
5  composition of the talcum powder that they use.
6  BY MR. DEARING:
7    Q  Since you have an opinion that talc cannot
8  cause any type of inflammatory reaction that could
9  cause ovarian cancer, don't you think it's important to
10  know something about whether that talc is platy talc or
11  asbestiform fibrous talc, or what type of talc it is?
12   A  No. It doesn't matter. Whatever it is hasn't
13  been shown to form ovarian cancer.
14   Q  Is it your opinion that asbestos exposed to
15  ovaries doesn't cause cancer either?
16   A  I'm not convinced of it at this point. I'd
17  like to see more studies.
18   Q  Okay. Is it biologically plausible that
19  asbestos could cause ovarian cancer?
20   A  Biologically plausible? Again, to me, it's --
21  it has to be seen. And I haven't seen that yet. I'd
22  like to see more studies, and then I could tell you
23  whether I think it's biologically plausible or not.
24   Q  So you don't know whether it's biologically
25  plausible, as you sit here right now?

Page 97

1    A  I'm saying I'd like to see more studies to be
2  more convinced that it might be biologically plausible.
3  At this point, I'm not convinced.
4    Q  That doesn't answer my question. I know you
5  would like to see more studies.
6        My question is, do you have an opinion one way
7  or the other whether asbestos exposure to ovaries -- do
8  you have an opinion one way or the other whether it's
9  biologically plausible that asbestos can cause ovarian
10  cancer? Just do you have an opinion?
11       If you don't have an opinion, that's fine. I
12  just want to know.
13   A  When I repeat it --
14  MS. AHERN: Objection. Form.
15  THE WITNESS: -- I'm repeating what I said earlier.
16  BY MR. DEARING:
17   Q  I know you want to see studies.
18       Does that mean you don't have an opinion?
19   A  At this point, I'm not convinced that it's
20  biologically plausible to cause ovarian cancer. I want
21  to see something that shows me evidence of that, and I
22  don't see it.
23   Q  Well, what would you want to see that would
24  show you evidence that it's biologically plausible that
25  ovarian -- that asbestos exposure can cause ovarian

25 (Pages 94 to 97)

Robert Kurman, M.D.

Page 98

1    cancer?
2        A    It would be nice to see asbestos in ovaries
3    causing a fibrous reaction, maybe seeing some
4    ferruginous bodies, which are very characteristic of
5    asbestos exposure in patients who have ovarian cancer.
6        Q    And while we're talking about this, what would
7    you expect to see or want to see regarding biologic
8    plausibility of talc causing ovarian cancer?
9        A    Well, we kind of --
10       Q    Same thing?
11       A    -- discussed that earlier that with -- I'd
12   like to see a chronic foreign-body giant cell
13   granulomatous reaction, something to indicate that it's
14   biologically active and not just sitting there, say, as
15   a contaminant.
16       Q    Okay.  That's all you would want to see?
17       A    I'd like to see ovarian cancer associated with
18   it, an ovarian cancer in which these -- this is
19   associated with what I just described.
20       Q    How would you make the connection between a
21   foreign-body response to talc in the ovary and cancer
22   of the ovary?  If you saw the foreign-body reaction
23   that you're saying you want to see, is that enough to
24   say, "Well, if that's there, it may be able to cause
25   cancer"?

Page 99

1        A    Not at all.
2        MS. AHERN:  Objection.  Form.
3        THE WITNESS:  No, not at all.
4        MR. DEARING:  Okay.
5        THE WITNESS:  And I'll give you a specific example
6    of something -- where that kind of information was very
7    misleading.
8        I was involved, and I have been involved for
9    the last 15 years, with HPV and cervical --
10   BY MR. DEARING:
11       Q    Excuse me, Doctor.  I don't mean to cut you
12   off.  I know about HPV virus.  I don't need to talk
13   about that.
14       MS. AHERN:  Let him answer, and then you can object
15   as nonresponsive.
16       MR. DEARING:  Well, he's clearly not, and I have a
17   limited amount of time.
18   BY MR. DEARING:
19       Q    What I'm saying is, what do you say about
20   talc?
21       A    I'm going to talk about why seeing the
22   presence of a substance in the ovary with the cancer
23   doesn't mean that it's causing the cancer.
24       And I was -- before you interrupted me, I was
25   going to say that, in the 1960s, '70s, and '80s, HSV-2,

Page 100

1    herpes simplex virus type 2, was thought to cause
2    cervical cancer.  There were electron micrographs
3    showing HSV-2 particles in cervical cancer.
4        There were zero epidemiologic studies
5    confirming that HSV caused cervical cancer with
6    relative risks like ten, much higher than you see with
7    talc, and it was all wrong.  As you said, it's -- you
8    know HPV causes it, not herpes.
9        So just the presence of that in the ovarian
10   tumor doesn't mean that it causes cancer.
11       MR. DEARING:  Right.  I move to strike as
12   nonresponsive.
13   BY MR. DEARING:
14       Q    My question is, what do you need to see
15   between the foreign-body response that you're
16   describing and the cancer to link the two?  That's the
17   question.
18       MS. AHERN:  Objection.  Form.
19   BY MR. DEARING:
20       Q    What do you need to see?
21       MS. AHERN:  Objection.  Form.
22       THE WITNESS:  I'd like to see fulfillment of the
23   various criteria that we've talked about before,
24   Bradford Hill, to really say that all the various
25   studies, not just biologic plausibility but strength of

Page 101

1    association from epidemiologic studies, dose response,
2    consistency, the various factors that Bradford Hill
3    requires to show causality.  That's what I want to see,
4    and I haven't seen that.
5    BY MR. DEARING:
6        Q    So there's nothing pathologically you want to
7    see?
8        A    Well, that might explain --
9        MS. AHERN:  Objection.  Form.
10       THE WITNESS:  That may be one factor that could be
11   considered.
12   BY MR. DEARING:
13       Q    So back to my question.
14       What pathologically you would expect to see in
15   tissue such that you would link the formation of
16   foreign-body response to the cancer?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  I would like to -- I haven't ever
19   seen it.  Okay.  So I don't know what I would expect.
20   It's a completely hypothetical question.  I'd have to
21   see what I see, and then I could tell you an answer.
22   BY MR. DEARING:
23       Q    Are you aware that IARC also classified
24   asbestiform talc fibers as carcinogenic?
25       A    Are you distinguishing that from just other

26 (Pages 98 to 101)

Robert Kurman, M.D.

Page 102

1    types of asbestos?
2       Q   Asbestiform talc fibers are not asbestos.
3       A   I'm sorry.  Repeat your question.
4       Q   Yes.  I am distinguishing those two.  And if
5    you don't know this and I'm outside of your wheelhouse,
6    just tell me and I'll move on.
7       A   Yeah.
8       Q   Asbestiform talc fibers --
9       A   Oh, okay.
10      Q   -- so not asbestos.
11          Are you aware that IARC has identified
12   asbestiform talc fibers as carcinogenic to humans?
13          MS. AHERN:  Objection.  Form.
14          THE WITNESS:  I'm not aware of that.
15          MR. DEARING:  Would that fact affect your opinion
16   about whether talc can cause ovarian cancers?
17          THE WITNESS:  No.
18          MS. AHERN:  Objection.  Form.
19   BY MR. DEARING:
20      Q   Have you read the 2012 IARC Monograph?
21      A   You'd have to show it to me.  I don't recall.
22      Q   Well, it's on your reference list.
23      A   Yeah.  Well, I'd have to see it again.
24      Q   Okay.
25   ///

Page 103

1           (The document referenced below was
2       marked Deposition Exhibit 5 for
3       identification and is appended hereto.)
4    BY MR. DEARING:
5       Q   Doctor, I'm marking as Exhibit 5 a portion of
6    the 2012 Monograph, and the reason is it's several
7    hundred pages long and I'm trying to save some trees.
8           But here is the portion that I want to talk to
9    you about.  First of all --
10          MS. AHERN:  I'm sorry, one second.  Could I get a
11   copy?  Thank you.
12   BY MR. DEARING:
13      Q   So obviously the cover there identifies this
14   as an IARC Monograph, and it's addressing arsenic,
15   metals, fibers, and dust.  And it's Volume 100C.
16          Do you see that?
17      A   Yes.
18      Q   And this is the one that you referenced in
19   your reference list; right?
20      A   Yes.
21      Q   And you think you have seen this before?
22   You've read this?
23      A   Yes.
24      Q   If you would, turn to page 230.
25          Do you see the section entitled "Talc

Page 104

1    Containing Asbestiform Fibres"?
2       A   Where am I?  230?
3       Q   I think you're on 231.
4       A   Oh, yeah.
5       Q   It says:
6           "Talc particles are normally
7       plate-like.  These particles, when
8       viewed on edge under the microscope, in
9       bulk samples or on air filters, may
10      appear to be fibers and have been
11      misidentified as such.  Talc may also
12      form true mineral fibers that are
13      asbestiform in habit.  In some talc
14      deposits, tremolite, anthophyllite, and
15      actinolite may occur.  Talc containing
16      asbestiform fibers is a term that has
17      been used inconsistently in the
18      literature.  In some contexts, it
19      applies to talc containing asbestiform
20      fibers of talc."
21          Do you feel like you have an understanding of
22   asbestiform talc fibers based on that explanation of
23   what they are to talk more about them, or are we still
24   outside of your expertise?
25      A   I like the term where it says "inconsistently

Page 105

1    in the literature."
2       Q   Right.
3       A   So if it's inconsistently in the literature,
4    I, as not a mineralogist, would have a lot of trouble
5    dissecting all that out.
6       Q   It's inconsistent in the literature because
7    some authors treat asbestiform talc as asbestos, and
8    there's some confusion in the name.  They should have
9    named it something else, but that's the confusion
10   they're talking about.
11          MS. AHERN:  Objection to the characterization.
12   BY MR. DEARING:
13      Q   Anyway, we'll move on to the human exposure
14   section, page 232.  The subheading is "Human Exposure."
15      A   Yes.
16      Q   And it says -- and this explains -- this is
17   the way IARC explains exposures and explains
18   carcinogenesis of the identified carcinogens is they
19   first talk about how humans get exposed to it.
20          And they say here that:
21          "Consumer products (cosmetics,
22      pharmaceuticals) are the primary source
23      of exposure to talc for the general
24      population.  Inhalation and dermal
25      contact, (i.e. through perineal

Robert Kurman, M.D.

Page 106

1    application of talcum powders) are the
2    primary routes of exposure."
3         Do you agree with that statement that
4    inhalation and dermal contact, such as through perineal
5    application of talcum powders, is the primary route of
6    exposure for talc for humans?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: As far as I know, inhalation and
9    perineal exposure are the main contacts.
10   BY MR. DEARING:
11        Q   Right. In -- when they describe that
12   exposure, IARC is describing exposure to the general
13   population; right? That's what it says right above
14   it --
15        A   Yeah.
16        Q   -- "exposure to the general population"?
17        A   That's what it says.
18        Q   Okay. That's all I'm going to ask you about
19   that.
20        Do you agree with the statement that "Patients
21   with chronic aspirin, nonsteroidal anti-inflammatory
22   drugs, or acetaminophen use have a reduced risk of
23   ovarian -- epithelial ovarian cancer"?
24   MS. AHERN: Objection.
25   MR. DEARING: That was terrible. Let me start all

Page 107

1    over. Good grief.
2    BY MR. DEARING:
3         Q   Do you agree that patients with chronic
4    aspirin, nonsteroidal anti-inflammatory drug, or
5    acetaminophen use have a reduced risk of epithelial
6    ovarian cancer?
7         A   So you're referring to the epidemiology
8    studies, I assume?
9         Q   There are several studies, yes.
10        A   Yeah. Well, from what I recall, and it's been
11   a while, they are inconsistent. Some show that they
12   decrease risk. And some, specifically the NSAIDs, as I
13   remember, did not show there was a reduced risk of
14   ovarian cancer.
15        Q   Do you have an opinion professionally?
16        A   Well --
17   MS. AHERN: Objection. Form.
18   THE WITNESS: -- as I said, I'm not an
19   epidemiologist, I'm not going to get into the
20   nitty-gritty of it, but just based on those studies, I
21   would say that it's not -- it's inconsistent.
22   BY MR. DEARING:
23        Q   Do you believe that talc can migrate from the
24   perineum through a woman's reproductive tract to the
25   ovaries?

Page 108

1         A   Absolutely not.
2         Q   What is retrograde menstruation?
3         A   Retrograde menstruation occurs in women when
4    they have, at the time of menses, instead of the
5    breakdown of the lining of the uterus, which is the
6    endometrium, passing through the cervix, the vagina,
7    and going as we normally -- as normally occurs in
8    menstruation, goes the other way and goes through the
9    fallopian tubes to the peritoneal cavity.
10        Q   And you agree that 90 percent of women with
11   healthy fallopian tubes experience retrograde
12   menstruation?
13   MS. AHERN: Objection. Form.
14   THE WITNESS: I don't know what the percentage is,
15   but I'm sure it's frequent.
16   BY MR. DEARING:
17        Q   In your report on page 9, you have a short
18   discussion here about endometriosis and endometrioid
19   carcinomas.
20        A   Let me get there. Okay. Page 9.
21        Q   Right. You say in the third sentence:
22        "The precise origin of
23   endometriosis has not been conclusively
24   established. Proposed mechanisms
25   include retrograde menstrual flow and in

Page 109

1    situ development in the peritoneum
2    through a process of metaplasia. Other
3    mechanisms, including development of
4    embryonic rests, have also been invoked.
5    Most cases are best accounted for by
6    retrograde menstruation, that's
7    endometrial tissue expelled at the time
8    of menstruation which passes through the
9    fallopian tubes and implants on the
10   ovary or other sites in the peritoneal
11   cavity."
12        Now, I assume, because you put this in your
13   report, that's what you believe causes endometriosis.
14   Is that right?
15   MS. AHERN: Objection form.
16   THE WITNESS: Yes, that's correct.
17   BY MR. DEARING:
18        Q   But you acknowledge that has not conclusively
19   established; right?
20        A   Generally -- it's generally thought to be the
21   case.
22        Q   Right. But you write, "The precise origin of
23   endometriosis has not been conclusively established."
24   Right?
25        A   True.

28 (Pages 106 to 109)

Robert Kurman, M.D.

Page 110

1    Q   Does that mean other gynecologic pathologists
2  disagree with you on that mechanism?
3    MS. AHERN: Objection to form. Which mechanism?
4  BY MR. DEARING:
5    Q   Is that what you mean by that?
6    A   Yeah.
7    Q   That endometriosis is caused by this process
8  that you just described.
9    A   In other words, that endometriosis can be
10 caused either by retrograde menstruation, metaplasia,
11 or from embryonic rest.  That covers it all.
12   Q   Okay.  I want to put a diagram up, just
13 because this makes it easier for me to talk about it.
14 I can hand you one if you prefer, if it is easier to
15 see, but -- I have lots of them.
16   MS. AHERN:  Thank you.
17   THE WITNESS:  Might as well take advantage of your
18 generosity.  Okay.
19 BY MR. DEARING:
20   Q   So now using this diagram to describe this
21 retrograde menstruation that you're talking about.
22   A   Uh-huh.
23   Q   So what you're saying is that the
24 endometrium -- the endometrial tissues expelled during
25 menstruation.  Can you show me on your diagram, and

Page 111

1  then I'll repeat it here, where that tissue is coming
2  from that's being expelled?
3    A   Yeah.  It's coming from this little -- where
4  it says "uterus."
5    Q   Right.
6    A   It's like a V.
7    Q   Uh-huh.
8    A   That's the lining of the uterine cavity,
9  endometrial tissue.
10   Q   Okay.
11   A   And that's what breaks down and is expelled.
12   Q   So this area that I'm circling -- and I know
13 this is not a three-dimensional diagram, but
14 essentially it's the lining of the uterus that's being
15 expelled; right?
16   A   That's correct.
17   Q   So you are saying during retrograde
18 menstruation, this lining is expelled in the
19 endometrium and then passes through the fallopian
20 tubes, out the fimbriated end of the fallopian tube, to
21 the ovary?
22   MS. AHERN:  Objection.  Form.
23 BY MR. DEARING:
24   Q   Am I stating that correctly?
25   A   That is -- yes.  And other parts of the

Page 112

1  peritoneal cavity as well.
2    Q   When that reverse flow transports that
3  endometrial tissue, does it pick up anything else when
4  it goes?
5    MS. AHERN:  Objection.  Form.
6  BY MR. DEARING:
7    Q   Anything else that might be in that cavity?
8  Any other cells?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  There are no other cells.  There's
11 just the endometrium.
12 BY MR. DEARING:
13   Q   What if there were bacterium in that area?
14 Would the retrograde menstruation pick up the bacterium
15 and deliver them to the ovaries with the tissue?
16   A   Well, certainly, women who have pelvic
17 inflammatory disease, sexually transmitted disease, it
18 involves the fallopian tubes.  So somehow or another,
19 the bacteria get there.  Now, whether they come by
20 lymphatics, I don't know.  It's usually thought to be
21 through lymphatics, not necessarily retrograde
22 menstruation.
23   Q   Okay.  My question is, if there were other
24 materials in that tissue that's being transported,
25 whether it's bacteria, whether it's foreign material,

Page 113

1  don't you think -- or don't you agree that it could
2  also be picked up and transported through the fallopian
3  tubes to the ovaries?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  It is complete speculation.  I have
6  no idea.
7  BY MR. DEARING:
8    Q   You also state in your report that --
9    A   Back to the report.  Specific page?
10   Q   Yes.  Well --
11   A   Tell me where we are.
12   Q   I don't remember where I read it, and we can
13 look for it in a minute, but let me just ask you the
14 question.
15     Do you agree that the epidemiological data
16 indicate a protective effect of tubal ligations against
17 ovarian cancer in general and an even stronger
18 protective effect for endometrioid and clear cell
19 carcinomas, which are sometimes associated with
20 endometriosis?
21   MS. AHERN:  Objection.
22   THE WITNESS:  It reduces the risk of those,
23 specifically endometrioid and clear cell, yes.
24 BY MR. DEARING:
25   Q   Doesn't the epidemiological data also evidence

Robert Kurman, M.D.

Page 114

```
 1    a protective effect of ovarian cancers in general, all
 2    histologic types of ovarian cancer, by tubal ligation?
 3        MS. AHERN: Objection. Form.
 4        THE WITNESS: I'm not sure -- there's data for
 5    high-grade serous carcinoma. I'm not aware of data for
 6    low-grade serous carcinoma. I'm not aware of data on
 7    mucinous. I'm not aware of that. But for other --
 8    certainly high-grade serous carcinoma.
 9    BY MR. DEARING:
10        Q   Would you agree that high-grade serous
11    carcinomas make up about 80 percent of the ovarian
12    cancers?
13        A   Yes. But I should add, as I put in my report,
14    that's not the only explanation. You're implying that
15    retrograde menstruation is what -- has reduced the risk
16    of high-grade serous carcinoma. I think there's
17    another statement in there that I made which indicates
18    that tubal ligation has been demonstrated in both
19    humans and animals to reduce or make that epithelium on
20    the fimbriated end of the tube more quiescent, meaning
21    less proliferation, less likelihood of mutations
22    occurring. And perhaps that's another mechanism that
23    reduces the risk of high-grade serous carcinoma.
24        Q   I don't remember seeing that in your report,
25    but you do say, "Also supportive of this" -- and I'm on
```

Page 115

```
 1    page 9, near the bottom of that paragraph.
 2        "Also supportive of this hypothesis
 3    are epidemiologic data that indicate the
 4    protective effect for tubal ligation is
 5    stronger for endometrioid and clear cell
 6    carcinoma than for high-grade serous
 7    carcinoma" --
 8        A   I'm sorry. Could you just tell me where you
 9    are reading again? I want to make sure you're right.
10        Q   Sure. It is middle of that page --
11        A   "This suggests"?
12        Q   -- bottom of the paragraph.
13        A   Is that --
14        Q   Below "this suggests."
15        A   Okay. "This suggests." Okay.
16        Q   "Also supportive" --
17        A   Okay. Got you.
18        Q   "Also supportive of this hypothesis" -- and
19    you're talking about this retrograde menstruation that
20    delivers endometrial tissue the ovary?
21        A   Right.
22        Q   "Also supportive of this hypothesis
23    are epidemiologic data that indicate the
24    protective effect for tubal ligation is
25    stronger for endometrioid and clear cell
```

Page 116

```
 1    carcinoma than for high-grade serous
 2    carcinoma, presumably because tubal
 3    ligation interrupts the retrograde
 4    passage of endometrial tissue from the
 5    uterus to the peritoneal cavity."
 6        A   Correct, but you have to keep reading.
 7        Q   "However, this mechanism does
 8    not fit well with the development of
 9    high-grade serous carcinoma, which is
10    now thought to derive from a precursor
11    lesion in the fimbriated end (the most
12    distal portion) of the fallopian tube,
13    which is in close contact with the
14    ovary."
15        I understand that, and I'm going to talk a lot
16    about --
17        A   Read the next sentence.
18        Q   Okay.
19        A   "Importantly, Tiourin, et al.,
20    demonstrated in humans and mouse models
21    'that tubal ligations induces quiescence
22    of distal fallopian tube epithelium' by
23    decreasing the number and proliferation
24    of progenitor cells in that region,
25    which can explain the slight reduction
```

Page 117

```
 1    in the risk of high-grade serous
 2    carcinoma associated with this
 3    procedure."
 4        Q   Okay. But you agree with me that
 5    epidemiologic data shows a protective effect for
 6    high-grade serous carcinoma in particular for women who
 7    have undergone tubal ligations?
 8        MS. AHERN: Objection. Form.
 9        THE WITNESS: Yes. Slightly less than it is for
10    endometrioid and clear cell carcinoma.
11    BY MR. DEARING:
12        Q   And for endometrial -- endometrioid and clear
13    cell carcinomas, it's a significant reduction in risk,
14    isn't it?
15        A   I don't --
16        Q   Tubal ligation.
17        A   Yes, it definitely plays a role.
18        Q   And it makes perfect sense because, if you
19    occlude the tubes, nothing can pass through them;
20    right?
21        MS. AHERN: Objection.
22        THE WITNESS: Right.
23        How we doing with our bladders?
24        MS. AHERN: Do you need to go?
25        THE WITNESS: I drank too much coffee.
```

30 (Pages 114 to 117)

Robert Kurman, M.D.

Page 118

1    MR. DEARING:  Want to take a break?
2    THE WITNESS:  Yeah.  Would that be okay?
3    MR. DEARING:  Absolutely.  Anytime.  Please tell
4  me.  I get carried away.
5    VIDEO OPERATOR BROWN:  Time is now 11:59.  Going
6  off the record.
7       (Lunch recess taken.)
8    VIDEO OPERATOR BROWN:  Okay.  Time is now 1:02.
9    Back on the record.
10  BY MR. DEARING:
11    Q   Doctor, you mentioned a few minutes ago -- a
12  while ago about your textbook that you edited.
13       It's called "Blaustein's" --
14    A  -- "Pathology of the Female Genital Tract."
15    Q   And you're the primary editor of that
16  textbook; is that right?
17    A   I was until the last edition.  I had two
18  junior people join me, and they're doing that with me
19  on this current edition that we're working on.
20    Q   What is the last edition that was published?
21    A   The sixth edition.
22    Q   And how many editions have you edited?
23    A   Third, fourth, and fifth by myself.  Sixth
24  with the two of them, and now the seventh with these
25  two people.

Page 119

1    Q   And in addition to editing the textbook, have
2  you also authored chapters within the textbook?
3    A   Yes, I have.
4    Q   And who is the intended audience for that
5  textbook?  Is it for medical students?  Doctors?  What?
6    A   Yes.
7    Q   Anybody that's interested?
8    A   Right.  Residents, fellows, gynecologists,
9  pathologists in practice, medical students.
10    Q   It's a pretty well-recognized and accepted
11  authority on gynecologic pathology; isn't it?
12    A   Well, it's one among many.
13    Q   Going back to the retrograde menstruation
14  process we were talking about at the break, what's the
15  biologic mechanism that causes this reverse upstream
16  menstrual flow?
17    A   I don't know that anyone knows.
18    Q   Well, have you ever observed that process
19  taking place?
20    A   Observed it?  You mean like with a laparoscope
21  and watched the blood flow?  No, I haven't.
22    Q   Have you observed any evidence of that process
23  taking place with the exception of the endometrial
24  tissue being implanted on the ovary?
25    A   Please clarify.  Rephrase that question.

Page 120

1    Q   Sure.
2       So you've never actually seen the flow take
3  place, obviously.  Have you seen any evidence that that
4  flow takes place that makes you think it exists?
5    A   Well, I've seen in microscopic slides of the
6  fallopian tube taken out at the time a woman is
7  menstruating, seen collections of blood and broken-down
8  endometrium within the tubal lumen.
9    Q   Okay.  So retrograde menstruation takes place
10  during a woman's regular menstrual cycle, or is it some
11  other time during that --
12    A   No, during the time of the menstrual cycle.
13    Q   So the menstrual fluid is flowing both ways at
14  the same time?
15    A   Well, conceivably, yes.  It's going out in the
16  normal pathway, but also collections of the same kind
17  of material can be seen in the lumen of the fallopian
18  tube.  Not often, but we've seen it.
19    Q   Is it your testimony that the only way that
20  those endometrial cells could get to the lumen of the
21  fallopian tube or to the ovaries is by this retrograde
22  menstruation?
23    MS. AHERN:  Objection to form.
24    THE WITNESS:  Yeah.  I can't imagine how they would
25  get there any other way.

Page 121

1  BY MR. DEARING:
2    Q   How does -- how do endometrial cells implanted
3  on the surface of the ovary cause endometrioid
4  carcinoma?
5    A   Well, there's some interesting studies showing
6  that, when you look at the endometrium of women with
7  endometriosis -- so I'm saying the endometrium, within
8  the lining of uterus -- and compare that to women who
9  don't have endometriosis, there are certain molecular
10  changes in the women with endometriosis -- in the
11  lining of the uterus, in the endomet- -- that are
12  different than the women who don't have endometriosis,
13  suggesting that there's something different about that
14  endometrium in women with endometriosis that leads to
15  the development of endometriosis compared to other
16  women who may also have retrograde menstruation but who
17  don't develop endometriosis.
18    Q   Right.  But what mechanism takes place to turn
19  a displaced endometrial cell on the surface of the
20  ovary in an endometrioid carcinoma?
21    A   Oh.  Well, there's certain molecular genetic
22  alterations that occur.
23    Q   Do they occur once they get to the ovary, or
24  do they occur on the way to the ovary, or do they occur
25  in the endometrium?

31 (Pages 118 to 121)

Case 3:16-md-02738-MAS-RLS   Document 9733-18   Filed 05/07/19   Page 33 of 85 PageID: 35685

Robert Kurman, M.D.

Page 122

1      Q   Well, that's what I was getting to just a
2   moment ago.  Some of those changes may already be
3   present in the endometrium.  So that would explain why
4   some women -- women -- two women have retrograde
5   menstruation; one gets endometriosis and the other one
6   doesn't, because of those changes already present.
7      Q   Have you witnessed any of those cell changes
8   in any kind of laboratory study or experiment?
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  Again, could you please rephrase what
11  you mean by that.
12  BY MR. DEARING:
13     Q   Well, let's say endometrial cells that don't
14  already have some carcinogenic process taking place --
15     A   Okay.
16     Q   -- get -- you know, get free from the
17  endometrium, go through the fallopian tubes, implant on
18  the ovary.
19         Are those cells capable of turning into
20  endometrioid carcinoma?
21     A   Well, the -- based on that study -- there are
22  a couple studies now -- it apparently doesn't occur.
23  Or that's the suggestion, that it only occurs in women
24  who have this genetic alteration to begin with.
25  Because, otherwise, as we said, women -- many -- not

Page 123

1   many -- more normal women can have retrograde
2   menstruation and don't get endometriosis.
3      Q   And using this diagram again, we were talking
4   about tubal ligation.
5      A   Uh-huh.
6      Q   Where do tubal ligations typically take place
7   surgically on the fallopian tube?  Just anatomically,
8   are they --
9      A   Yeah.
10     Q   -- on the distal end, or is it closer to
11  the -- close to the uterus or where -- where are they
12  usually ligated?
13     A   It can vary depending on when these are done,
14  for example, laparoscopically, where the surgeon finds
15  a good place to pick up with his forceps some fallopian
16  tube to tie it off.  So sometimes it's in the middle.
17  Sometimes it's more distally.  It's more often in the
18  middle.  That's what people aim for, rather than in the
19  proximal end, which would be the end closer to the
20  uterus.
21     Q   And the reason that tubal ligations reduce a
22  woman's risk of ovarian cancer is because, if you
23  ligate or close these tubes, endometrial material and
24  potential environmental carcinogens are blocked and
25  cannot pass through the fallopian tubes and reach the

Page 124

1   fimbriated ends of the tubes and the ovaries; is that a
2   fair statement?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  Well, I didn't say anything about
5   other than blood and endometrial products that are in
6   retrograde menstruation, and those are -- tend to be
7   associated to a greater extent with clear cell and
8   endometrioid carcinoma rather than high-grade serous
9   carcinoma.
10  BY MR. DEARING:
11     Q   Right.  Were you taking exception to something
12  I said in that statement?
13     A   Yes.
14     Q   Did I --
15     A   Well, do you want to repeat the statement --
16     Q   Sure.
17     A   -- and I'll point out where I'm differing.
18     Q   The statement is, if you ligate or close the
19  fallopian tubes, endometrial material and potential
20  environmental carcinogens are blocked.  They cannot --
21     A   Stop.  That's where I was disagreeing.  "And
22  potential environmental carcinogens," I didn't agree
23  with that.  I agreed with the blood but not with that
24  part.
25     Q   What about environmental carcinogen -- what

Page 125

1   about that statement do you disagree with?
2      A   Well, I don't know that environmental
3   carcinogens have ever been demonstrated to go in
4   retrograde menstruation.
5      Q   Is that one of those situations where it's not
6   biologically plausible to you that tubal ligations
7   would reduce potential for environmental carcinogens to
8   reach ovaries because you haven't seen it?
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  I think it's speculation because I
11  don't think there's been evidence produced to
12  demonstrate that there are other environmental
13  carcinogens or whatever that are coming into the
14  uterus.
15  BY MR. DEARING:
16     Q   Doctor, this is your sixth edition of
17  Blaustein's.
18     A   Ah, yes.
19     Q   You recognize it?
20     A   Yes.
21     Q   This is the most current edition; right?
22     A   Currently, that's right.
23     Q   I'm sorry.  I don't have six copies of this.
24  It's very heavy.  But I do want to ask you about
25  something.

32 (Pages 122 to 125)

Golkow Litigation Services - 877.370.DEPS

Robert Kurman, M.D.

**Page 126**

1    A   Okay.
2    Q   So I'm referring to Chapter 14 of this book.
3  And Chapter 14 is entitled "Surface Epithelial Tumors
4  of the Ovary."
5        You're familiar with this chapter; right?
6    A   Yes.
7    Q   And you're one of the authors of this chapter;
8  right?
9    A   Yes.
10    Q   On page 681 of this chapter, you're
11  discussing, for context, etiology and risk factors for
12  ovarian cancer; right?
13    A   Well, I'll have to see. I can't read it from
14  there.
15    Q   Well -- all right. So this is the title page,
16  "Surface Epithelial Tumors of the Ovary."
17        And you see the first section says
18  "Epidemiology"; right?
19    A   Well, I can't. Maybe you can magnify it
20  greater.
21    Q   Maybe.
22    A   I can see "Surface Epithelial," but I can't
23  see the subheadings.
24    MS. AHERN: I think part of it is the glare from
25  the lighting is making it a little hard to read.

**Page 127**

1    THE WITNESS: That's better.
2  BY MR. DEARING:
3    Q   Okay. It'll be easy for you to read along
4  with me, but...
5        So this is the chapter on surface epithelial
6  tumors of the ovary.
7    A   Correct.
8    Q   And then the first few pages discusses
9  epidemiology; right?
10    A   Yes, it does.
11    Q   Okay. And then over here, one of the first
12  sections it talks about is etiology and risk factors.
13        See that at the bottom there?
14    A   Yes.
15    Q   Okay. Then I'm going -- I'm only showing you
16  that to show you that that's the section that we're in.
17    A   Okay.
18    Q   I'm flipping over to the next page, which is
19  681. And at the bottom of 681, you see it says
20  "Reproductive Factors."
21        And then this is the part I want to read to
22  you. So we're talking about etiology and risk factors
23  and, within that heading, reproductive factors. And
24  you say:
25        "In addition, hysterectomy and

**Page 128**

1  tubal ligation prevent the introduction
2  of a variety of potential environmental
3  carcinogens from entering the peritoneal
4  cavity and thereby coming into contact
5  with tubal and ovarian tissue."
6        That's where I got that statement from.
7        So are you now saying you disagree with your
8  statements in this textbook with regard to
9  environmental carcinogens?
10    A   Well, you have to understand textbooks. You
11  basically cite what's out there. And what we're
12  stating there is what some people have allegedly
13  reported, so that we're trying to be complete.
14    Q   No, Doctor, that's not what somebody alleged
15  in a report. That's the predominant theory. That's
16  why that's in the textbook.
17        You're not saying this is what a few people
18  say. You're saying this because this is the
19  predominant theory; right?
20    A   I didn't say --
21    MS. AHERN: Objection. Argumentative.
22    THE WITNESS: I didn't.
23    MS. AHERN: Object to the form.
24    THE WITNESS: Sorry.
25        I didn't say anything about the predominance.

**Page 129**

1  I said it's a view that's out there and that's
2  reported. I didn't say anything about -- that it's the
3  predominant.
4  BY MR. DEARING:
5    Q   It wouldn't be in this textbook and written
6  that way if it wasn't biologically plausible, would it
7  be?
8    MS. AHERN: Objection. Form.
9    THE WITNESS: I'm not getting into biologically
10  plausible. We've already discussed that. It's been
11  described by some people. So in fairness to those
12  other reports, we've included it in the chapter.
13  BY MR. DEARING:
14    Q   But you didn't even cite to anybody else.
15  There's no cite there.
16    A   It's kind of a general statement.
17    Q   So it's your testimony that you put that
18  statement that tubal ligations and hysterectomies offer
19  protective effect against environmental carcinogens
20  because a few scientists have said that?
21    MS. AHERN: Objection. Form. Argumentative.
22    THE WITNESS: I didn't say "a few" or whatever. I
23  just said it's out there. So I -- we mentioned it. We
24  included it.
25  ///

Golkow Litigation Services - 877.370.DEPS

Robert Kurman, M.D.

Page 130

1  BY MR. DEARING:
2    Q  Do you agree with me that, with regard to this
3  statement and the protective effect of hysterectomies
4  and tubal ligations against the introduction of
5  environmental carcinogens, that there's no qualifying
6  language associated with this statement like "I don't
7  really believe this" or "This is an outlier-type
8  opinion"?  There's nothing like that in that statement,
9  is there?
10    A  That's true.
11    Q  And this textbook, which you just said is for
12  doctors, medical students, scientists, people that want
13  to know, if they wanted to know what's -- you know,
14  does hysterectomy and tubal ligation offer protective
15  effect against ovarian cancer, they would look to your
16  textbook.
17        And all it says is it does offer protective
18  effect against environmental -- potential environmental
19  carcinogens; right?
20    MS. AHERN:  Objection.  Form.
21    THE WITNESS:  It's --
22  BY MR. DEARING:
23    Q  In other words, there's no alternative view
24  stated there, is there?
25    MS. AHERN:  Objection.  Form.

Page 131

1    THE WITNESS:  What's stated there is what's stated
2  there, yes.
3  BY MR. DEARING:
4    Q  Okay.  While I have the book open, I asked you
5  a specific question about whether you agreed that
6  retrograde menstruation is a common physiologic process
7  that occurs in 90 percent of menstruating women with
8  normal unoccluded fallopian tubes, and you said you
9  think that it's a lot of women or it's a majority.
10    A  Yeah, it is pretty high.
11    Q  Well, would it surprise you that that
12  90 percent came from your textbook?
13    A  Well, I'd like to see it.
14    Q  Okay.  On page 642 where you're describing
15  endometriosis, see there, and usual sites?
16    A  I see that.
17    Q  The next column over where I have the blue
18  marker, it says:
19        "Retrograde menstruation through
20    the fallopian tubes is a common
21    physiologic process occurring in
22    90 percent of menstruating women with
23    patent tubes."
24        Do you agreed with that statement?
25    A  Well, can I -- I can't read that.  I want to

Page 132

1  see if you can make it --
2    Q  Sure.  There you go.
3    A  Yeah, that's what it says.
4    Q  Okay.  I wasn't trying to trick you.
5    A  Well, I just want to be sure if it's correctly
6  stated.
7        I have to make a minor equipment change here.
8  Okay.
9    Q  This textbook was published in 2011; right?
10    A  That's correct.
11    Q  So it was published before you were retained
12  as an expert by Johnson & Johnson; right?
13    A  Correct.
14    Q  Do you agree that if talc can reach the
15  uterus, then it could reach the ovaries?
16    A  I don't --
17    MS. AHERN:  Objection.  Form.
18    THE WITNESS:  I don't agree that talc can reach the
19  uterus.
20  BY MR. DEARING:
21    Q  Right.  I'm just asking you hypothetically, if
22  talc could reach the uterus, then do you think it could
23  also reach the ovaries, either through retrograde
24  menstruation or some other process?
25    MS. AHERN:  Objection.  Form.

Page 133

1    THE WITNESS:  Again, there's no data.  I have no --
2  no data, so I can't say that it could.
3  BY MR. DEARING:
4    Q  Well, I'm asking you as a 40-year experienced
5  gynecologic pathologist.  Okay.  Relying on all the
6  experience that you've -- relying on all of your
7  experience, do you have an opinion either way whether,
8  if talc could reach the uterus, then it could probably
9  reach the ovaries?
10    A  Pure speculation.  I can't comment on that.
11    Q  Well, you're an expert.  You are allowed to
12  speculate.
13    A  Doesn't matter if I'm an expert.  It's
14  speculation.
15    Q  Okay.  So you --
16    A  It's meaningless.
17    Q  So you don't have an opinion either way?
18    A  I told you I don't think it could reach the
19  uterus, and I don't -- and, therefore, I don't think it
20  can go any further.  It can't get to the uterus.
21    Q  If it was implanted in the uterus, do you
22  think could reach the ovaries?
23    MS. AHERN:  Objection.  Form.
24    THE WITNESS:  Again, show me a study where they've
25  done that, and then I can, you know, intelligently

34 (Pages 130 to 133)

Robert Kurman, M.D.

Page 134

1  discuss it.
2  BY MR. DEARING:
3      Q   So without seeing a study, you have no opinion
4  either way whether talc could move from the uterus to
5  the ovary?
6      A   That's not science.  It's just speculation.
7      Q   Okay.  Is retrograde menstruation one of those
8  biologically plausible ideas that you do believe exists
9  even though you haven't seen it take place?
10     MS. AHERN:  Objection.  Form.
11     THE WITNESS:  Wait.  I'm sorry.
12  BY MR. DEARING:
13     Q   You have testified you've never seen
14  retrograde menstruation take place, but you do say that
15  it's biologically plausible.
16     A   Well, I said, in fact, that I've seen, in
17  microscopic sections of the fallopian tube, parts of
18  endometrial tissue and blood in the lumen of the
19  fallopian tube.  So, yes, I think it can occur.
20     Q   I can't remember if you answered this.  If you
21  did, I apologize.
22         You've said retrograde menstruation occurs
23  during the regular menstrual cycle of a woman.  And I
24  said does that mean you're saying it flows both ways at
25  the same time, and you said yes.

Page 135

1         Do you know what specifically causes it to
2  flow upstream, you know, towards the fallopian tube?
3      A   I have no idea.  I don't think anyone has.
4      Q   In your report, on page 6, under the section
5  "Precursor Lesions" --
6      A   Yes.
7      Q   -- you state:
8         "Our understanding of the
9         pathogenesis of ovarian cancer has
10        advanced in the last few years with the
11        recognition that many high-grade serous
12        carcinomas developed from a precursor
13        lesion in the fallopian tube designated
14        serous tubal intraepithelial carcinomas
15        or STIC."
16        Did I read that right?
17     A   Yes, that's correctly stated as it's written,
18  yes.
19     Q   Do you believe that most high-grade serous
20  ovarian cancers derive from the fallopian tube?
21     A   I do.
22     Q   Can a trained pathologist tell if a cancer
23  derived from the fallopian tube by looking at it under
24  a microscope?
25     MS. AHERN:  Objection.  Form.

Page 136

1      THE WITNESS:  Well, I should say that, at times,
2  there can be a lesion that comes from another site that
3  mimics serous tubal intraepithelial carcinoma, so you
4  have to be very careful when you draw that conclusion.
5  BY MR. DEARING:
6      Q   Sir, that's not the question I'm asking.
7      A   Oh, okay.
8      Q   Can a trained pathologist tell by looking at a
9  tumor whether it came from the fallopian tube or
10  whether it originated at the ovaries?
11     A   Well, you can't do it simply on H&E analysis.
12  You really require molecular analysis to demonstrate
13  that it's cloned, that the same genetic alterations
14  that are present in the STIC are present in the -- in
15  the corresponding ovarian cancer.
16     Q   So a surgical pathologist, for example,
17  looking at a surgical specimen from an oophorectomy
18  that's been diagnosed, at least before surgery, as
19  ovarian cancer can't tell if that carcinoma originated
20  from the ovary or the fallopian tube by looking at the
21  tumor; right?
22     MS. AHERN:  Objection.  Form.
23     THE WITNESS:  Just looking at the H&E, based on the
24  studies that have been published, I think it would be
25  reasonable to suspect that that's where it came from.

Page 137

1  BY MR. DEARING:
2      Q   But there's no characteristic about the tumor
3  that tells you that; right?  There's nothing you can
4  see under a microscope where you could say, "Oh, that
5  came from the fallopian tube versus ovarian primary"?
6      MS. AHERN:  Object.
7      THE WITNESS:  That's correct.
8  BY MR. DEARING:
9      Q   And when you're using the term "precursor
10  lesion" in your report, what do you mean by that?  How
11  do you define "precursor lesion"?
12     A   Well, it's a lesion that precedes the
13  development of, in this case, invasive carcinoma.
14  Because a STIC is a cancer in situ, if you will, but
15  there are other lesions in the p53 signatures which are
16  benign that appear to precede the development of STICs.
17     Q   And you don't believe type 1 tumors originate
18  in the fallopian tube, do you?
19     A   Well, we think possibly that some low-grade
20  serous carcinomas, which are type 1 tumors, may well
21  arise from fallopian tube, but in a different
22  mechanism.
23     Q   Can you give me an example of a fallopian tube
24  precursor lesion that may be a precursor for any type
25  of ovarian cancer?

35 (Pages 134 to 137)

Robert Kurman, M.D.

Page 138

1    A  STIC, or p53 signature.
2    Q  So you're saying it is a -- that type 2 tumors
3  start out as serous tubal intraepithelial carcinomas in
4  the fallopian tube, and then somehow migrate from the
5  fallopian tube to the ovaries?
6    MS. AHERN:  Objection.  Form.
7    THE WITNESS:  Yes.  That's correct.
8  BY MR. DEARING:
9    Q  What mechanism propels it through the
10  fallopian tube to make it implant on the ovary?
11    A  Well, there may be a number of ways.  One way
12  is that these STIC cells have this cohesiveness, so
13  that they are breaking off and they can fall into the
14  fallopian tube and they could migrate up that way, or
15  they might even be -- even though they are noninvasive,
16  there may be a way, it has been suggested -- I'm not
17  sure it is well documented -- it somehow may get into
18  lymphatics and get into the ovary that way.
19    Q  What are some of the causes of fallopian tube
20  precursor lesions?
21    MS. AHERN:  Objection.  Form.
22    THE WITNESS:  We don't know what they are.
23  BY MR. DEARING:
24    Q  Could environmental carcinogens be a potential
25  cause of a tubal precursor lesion?

Page 139

1    A  Well, we haven't made that finding yet.
2    Q  If talc could reach the fallopian tubes, could
3  talc serve as a catalyst for a precursor lesion that
4  would create a STIC that might lead to an ovarian
5  cancer?
6    MS. AHERN:  Objection.  Form.
7    THE WITNESS:  Well, based on what we've seen with
8  talc in other locations, such as when it's used in
9  pleurodesis -- long-term studies has not shown the
10  development of carcinoma -- I don't think it would
11  cause ovarian cancer.
12  BY MR. DEARING:
13    Q  Well, if -- if foreign bodies aren't causing
14  tubal precursor lesions, can you give me an example of
15  anything that does?  Anything that's not bacterial.
16    MS. AHERN:  Objection.  Form.
17    THE WITNESS:  It's an area we just don't know.
18  Something causes a p53 mutation -- we don't know what
19  it does, what it is -- and that starts the ball
20  rolling.
21  BY MR. DEARING:
22    Q  And you think that's a biologically plausible
23  explanation for the carcinogenesis of some ovarian
24  cancers even though you've never seen it?
25    A  May I please --

Page 140

1    MS. AHERN:  Objection.
2    THE WITNESS:  Please rephrase the question.
3    MR. DEARING:  Sure.
4  BY MR. DEARING:
5    Q  You obviously think that this precursor tubal
6  lesion idea that is a precursor lesion for ovarian
7  cancers --
8    A  For high-grade serous ovarian cancers.
9    Q  And some low-grade, you said?
10    A  No, no.  It's a different mechanism.
11    Q  Let's stick with high-grade serous.  That's
12  the majority of cancers anyway, isn't it?
13    A  Yes.
14    Q  So are you saying that these tubal lesions
15  are -- are you saying it's biologically plausible that
16  these tubal lesions are precursor lesions to high-grade
17  serous carcinomas where they're starting in the tube
18  and implanting in the ovary?
19    A  That's the mechanism we think is at play, yes.
20    Q  And you believe that's a biologically
21  plausible explanation for that process even though you
22  don't know what's causing the tubal lesions; right?
23    MS. AHERN:  Objection.  Form.
24    THE WITNESS:  We're saying that we don't know the
25  cause of STIC, but we know that it has mutations and

Page 141

1  morphologic changes that are exactly the same as those
2  in high-grade serous carcinomas.  So we're able to make
3  that jump, but we don't know -- we'd love to know what
4  the cause of a STIC is.  Prevention is, to me, the only
5  way we're going to make headway and, really, an impact
6  on preventing the development of that.  But we have no
7  idea what it is that we need to prevent at this point.
8  BY MR. DEARING:
9    Q  Could tubal exposure to exogenous or
10  environmental materials cause tubal precursor lesions?
11    MS. AHERN:  Objection.  Form.
12    THE WITNESS:  We don't know.
13  BY MR. DEARING:
14    Q  Well, are these serous tubal intraepithelial
15  carcinomas -- do they derive from inflammation?  Or do
16  you not know that either?
17    A  No, I see -- I've looked at a lot of these,
18  and I've never seen inflammation of any type associated
19  with STICs.
20    Q  Are you aware of any reason why a potential
21  environmental carcinogen could not be a cause or a
22  precipitating exposure of a STIC?
23    MS. AHERN:  Objection.  Form.
24    THE WITNESS:  Please repeat the question.
25  ///

36 (Pages 138 to 141)

Robert Kurman, M.D.

Page 142

1    BY MR. DEARING:
2        Q   So you said you don't know, or we don't know,
3    whether environmental materials are causing these
4    STICs.
5        A   Right.
6        Q   Is there any particular reason why it could
7    not be an environmental material causing these STICs?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  It is a negative question.  I mean,
10   we don't know.  It doesn't tell me anything.  I still
11   can't really quite figure out what you're driving at.
12   BY MR. DEARING:
13       Q   Well, let me ask it in the positive form of
14   that question.  Is it possible that some of those
15   precursor lesions is caused by environmental
16   materials?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  We need to see the data.
19   BY MR. DEARING:
20       Q   So you can't say yes or no to that question?
21       A   That's right.  It's not known.
22       Q   Well, you would agree that it is well known
23   that tubal epithelial inflammation can stimulate
24   proliferation of the epithelium and instigate
25   pathogenesis of tubal hyperplasia; right?

Page 143

1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  That's correct.  That's in our paper.
3    BY MR. DEARING:
4        Q   So inflammation can play a role in the
5    development of some precursor lesions within the
6    fallopian tube.
7        MS. AHERN:  Objection.  Form.
8        THE WITNESS:  Proliferation isn't the precursor
9    lesion.  Proliferation can occur in completely benign
10   conditions.  It has nothing to do with cancer.
11   BY MR. DEARING:
12       Q   Right.  But it's the epithelial inflammation
13   that's creating the proliferation of the epithelium;
14   right?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  The epithelial -- the inflammation
17   that we describe in our paper on papillary tubal
18   hyperplasia, I think it's important to point out, is
19   due to pelvic inflammatory disease, not due to talc
20   exposure.
21   BY MR. DEARING:
22       Q   Tell me if you agree with this sentence:  "It
23   is well known that an inflammation may stimulate
24   proliferation of tubal epithelium; and, therefore, it
25   is plausible that chronic salpingitis may play a role

Page 144

1    in the pathogenesis of papillary tubal hyperplasia and
2    endosalpingiosis."
3        A   Sounds like it's taken out of my paper.
4        Q   It is.
5        A   Our paper.  But, again, we talked about it
6    earlier.  That refers specifically to serous borderline
7    tumors, which is a precursor, if you will, of low-grade
8    serous carcinoma, not high-grade serous carcinoma.
9    They're different.  They're totally different.
10       Q   Okay.  Well, let's talk about low-grade serous
11   carcinomas and borderline tumors.
12       A   Okay.
13       Q   Are you agreeing with me, then, with regard to
14   those tumors that an inflammatory process within the
15   fallopian tube is what stimulates the proliferation of
16   the tubal epithelium?
17       A   That's our hypothesis.  That is to say that
18   inflammation virtually -- basically meaning pelvic
19   inflammatory disease due to sexually transmitted
20   disease -- we haven't demonstrated that, but that's our
21   thinking.  So it's a hypothesis that we've put out
22   because inflammation of that sort can produce
23   proliferation of tubal epithelium.
24           Proliferation of tubal epithelium in and of
25   itself doesn't mean it's going to go on to the next

Page 145

1    step, a borderline tumor.  You may have tubal
2    proliferation; nothing else happens.
3        Q   Do you have any opinion as to what may be
4    causing inflammation that may stimulate proliferation
5    of tubal epithelium?
6        A   As I said, we're thinking maybe pelvic
7    inflammatory disease, chlamydia, gonorrhea, those kinds
8    of sexually transmitted diseases may account for that.
9        Q   So when you say in your report, "I have
10   participated in a number of studies assessing the
11   characteristics of" --
12       A   Where are we talking about now?
13       Q   I'm sorry.  Page 18.
14       A   Okay.  I'm at 18.
15       Q   It's near the top.
16       A   Okay.
17       Q   It's right in the middle of the first
18   paragraph.
19       A   Okay.  "I have participated."  Go ahead, yeah.
20       Q   "I have participated in a number
21   of studies assessing the characteristics
22   of serous tubal intraepithelial
23   carcinomas and have not found them to be
24   associated with inflammation."
25           That statement is not true if you substituted

Robert Kurman, M.D.

Page 146

1  STIC for low-grade serous carcinomas; right?
2      MS. AHERN:  Objection.  Form.
3      THE WITNESS:  STICs are precursors of high-grade
4  serous carcinoma --
5  BY MR. DEARING:
6      Q  I know.
7      A  -- not low-grade.
8      Q  Right.  But my point is, even though you say
9  you have not seen STICs associated with inflammation,
10 you have seen low-grade serous carcinomas associated
11 with inflammation; right?  That's what we were just
12 talking about.
13     A  We've seen --
14     MS. AHERN:  Objection.  Form.
15     THE WITNESS:  Sorry.
16     We have seen inflammation associated with
17 papillary tubal hyperplasia.  That's what that paper
18 shows.
19 BY MR. DEARING:
20     Q  Well, papillary tubal hyperplasia can be a
21 precursor lesion to ovarian cancer, can't it?
22     MS. AHERN:  Objection.  Form.
23     THE WITNESS:  Can be a precursor of borderline
24 tumors, which can then be a precursor -- not all of
25 them.  Very few of them progress to low-grade serous

Page 147

1  carcinoma.  So it could be, but many of them don't.
2  BY MR. DEARING:
3      Q  Well, and, of course, some borderline serous
4  tumors progress into invasive serous tumors, don't
5  they?
6      A  They progress to invasive low-grade serous
7  carcinomas, some of them.
8      Q  And they can also implant in other organs,
9  can't they?
10     A  Yes, they can.
11     Q  Incidentally, this paper that we're talking
12 about, the papillary tubal hyperplasia paper that you
13 wrote, it also includes some epidemiology information,
14 doesn't it?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  You'll have to tell me -- show me
17 exactly what you are talking about.
18     MR. DEARING:  Actually, you know what?  I'm not.
19 Let's move on with this.
20 BY MR. DEARING:
21     Q  Do you agree that ovarian cancer precursor
22 lesions are rarely seen or observed because ovarian
23 carcinomas typically present in advanced stage and
24 those precursor lesions are obliterated or rendered
25 unrecognizable by the cancer?

Page 148

1      MS. AHERN:  Objection.  Form.
2      THE WITNESS:  We're again talking about ovarian
3  high-grade serous carcinomas.
4  BY MR. DEARING:
5      Q  Yes.
6      A  Yes, I think that happens.
7      Q  Okay.  So one of the things you said
8  previously was you don't believe talc can cause ovarian
9  cancer because you've seen no evidence that talc causes
10 foreign-body granulomatous reactions in gynecologic
11 tissue; right?
12     MS. AHERN:  Objection.  Mischaracterizes testimony.
13 BY MR. DEARING:
14     Q  Does that mischaracterize your testimony?
15     A  Repeat what you just said.
16     Q  Sure.
17     You said you do not believe that talcum powder
18 exposure can cause ovarian cancer of any sort because
19 you have not seen evidence of a foreign-body reaction,
20 granulomatous reaction, to talc in gynecologic tissue?
21     MS. AHERN:  Same objection.  Mischaracterizes
22 testimony.
23 BY MR. DEARING:
24     Q  What did I get wrong?
25     A  Yes.  Okay.

Page 149

1      Q  Is that your testimony?
2      A  Yes.
3      Q  Your attorney doesn't think so.
4      MS. AHERN:  The record will reflect --
5  BY MR. DEARING:
6      Q  Did I say it right?
7      MS. AHERN:  -- what his testimony was earlier.
8      THE WITNESS:  You said the ovary.
9  BY MR. DEARING:
10     Q  In fact, you said, "I don't even think it's
11 biologically plausible because I've never seen it."
12 Right?  Remember that whole line of questions?
13     A  I've never seen talc, yeah, in association
14 with precursor lesions or high-grade ovarian carcinoma.
15     Q  Right.  What you said is you didn't believe
16 talc could cause ovarian cancer because you haven't
17 seen the foreign-body granulomatous response to talc
18 that you would expect to see --
19     MS. AHERN:  Objection.  Form.
20 BY MR. DEARING:
21     Q  -- from talc exposure; right?
22     MS. AHERN:  Mischaracterizing testimony.
23     THE WITNESS:  I think we need to be clear that,
24 even if we saw -- even if we saw talc in the case of
25 ovarian cancer, it doesn't mean that it caused it.

Robert Kurman, M.D.

Page 150

1    It's just like I said with the HSV, which all those
2    studies showed HSV and cervical cancer and it was
3    totally wrong. So the fact that you see it in there
4    doesn't mean it's causing them.
5         In fact, in order to have any kind of --
6    you've got to focus on early lesions. Those are the
7    precursors. That's where the cancer starts, not in the
8    end product, which is cancer. You can see
9    inflammation, of course, all over the place in a
10   cancer.
11   BY MR. DEARING:
12        Q   Right. I'm just trying to make sure that I
13   have this fine point of your testimony correct, and
14   that is, is it your opinion that talc cannot cause
15   ovarian cancer of any sort because you have seen no
16   evidence that talc elicits a foreign-body granulomatous
17   response in gynecologic tissue?
18        MS. AHERN: Objection. Mischaracterizes his
19   testimony.
20        THE WITNESS: We've seen talc does not cause
21   ovarian cancer. So one has nothing to do with the
22   other.
23   BY MR. DEARING:
24        Q   Have you observed any precancerous lesions in
25   ovarian tissue?

Page 151

1        A   In ovarian tissue, precancerous lesions? Very
2    interesting question. We -- and I say "we," the
3    pathology community -- spent 40 years looking for
4    precursors in ovarian tissue and never found it. So
5    that's why the STIC was such a finding, was such a
6    surprise, and was such a revelation in terms of
7    elucidating the early lesions that could go on to the
8    development of high-grade serous carcinoma.
9        Q   So have you seen precursor lesions in ovaries?
10       A   No.
11       MS. AHERN: Objection. Form.
12   BY MR. DEARING:
13       Q   Have you even precursor lesions that are
14   precancerous in fallopian tubes?
15       A   That's what we are talking about. STICs, we
16   think, are precursors of invasive cancer. P53
17   signatures in the fallopian tube are precursors, in
18   some instances, of STICs.
19       Q   And when you're observing the STICs, are you
20   observing them in the fallopian tube or in the ovary?
21       A   In the fallopian tube.
22       Q   So back to my statement. Do you agree that
23   ovarian cancer precursor lesions are rarely seen or
24   observed because ovarian carcinomas typically present
25   in advanced stage and those precursor lesions are

Page 152

1    obliterated or rendered unrecognizable by the cancer?
2        A   Can be.
3        MS. AHERN: Objection. Form.
4        THE WITNESS: Can be.
5    BY MR. DEARING:
6        Q   Can be what?
7        A   Can be obliterated. Not in all cases. Most
8    of the cases you see it -- or many of the cases you see
9    it. Some cases you don't, so we've come to the --
10   well, we've done a study to show that women who have
11   high-grade serous carcinoma, all stages, with STICs and
12   compare them to women, all -- this high-grade serous
13   carcinoma, all stages without STICs, we've analyzed the
14   molecular genetic features of those carcinomas. They
15   are no different between the ones with STICs and the
16   ones without STICs. Consequently, we think that some
17   of those cases in which you don't see evidence of the
18   STIC was due to overgrowth by the cancer. But a lot of
19   times, the STIC is evident.
20   BY MR. DEARING:
21       Q   Do you agree that those precursor lesions are
22   rarely seen or observed?
23       MS. AHERN: Objection. Form.
24   BY MR. DEARING:
25       Q   That's what the statement says, they are

Page 153

1    rarely seen or observed. Do you agree with that?
2        A   What statement is this?
3        Q   One I've read twice now. I can read it a
4    third time if you would like.
5        A   Read it again, please.
6        Q   Do you agree that ovarian cancer --
7        A   Can you show me where you reading from?
8        Q   Yes. Do you agree that ovarian --
9        A   No, I want to see it.
10       Q   Listen to it first.
11           Do you agree that ovarian cancer precursor
12   lesions are rarely seen or observed because ovarian
13   carcinomas typically present in advanced stage and
14   those precursor lesions are obliterated or rendered
15   unrecognizable by the cancer?
16       MS. AHERN: Objection. Form.
17       THE WITNESS: Okay. Not rarely. I would disagree
18   with "rarely."
19   BY MR. DEARING:
20       Q   Rarely. Okay.
21       A   Right. In other words, yeah, sometimes you
22   don't see them; many times you do see them.
23       Q   Okay. Turning to page 685 of the same
24   Blaustein textbook you looked at earlier, I'm still in
25   Chapter 14, of which you were an author.

39 (Pages 150 to 153)

Robert Kurman, M.D.

Page 154

1    MS. AHERN:  Page -- I'm sorry -- 285?
2    MR. DEARING:  685.
3    MS. AHERN:  685.  Thank you.
4    MR. DEARING:  I'll try to position this.
5    MS. AHERN:  What year is that edition?
6    THE WITNESS:  2011, I think.
7    MR. DEARING:  It's the most current.
8    THE WITNESS:  You can see that.
9    MS. AHERN:  Okay.  Thank you.
10   BY MR. DEARING:
11   Q   It's under the subheading "Putative
12   Histopathologic Precursor Lesions."  And you write:
13       "The study of precursors of ovarian
14       carcinoma is difficult because the
15       ovaries are not readily accessible for
16       screening and ovarian carcinomas
17       typically present in advanced stage,
18       obliterating or rendering unrecognizable
19       any precursor lesion that may be
20       present.  Furthermore, identification of
21       a putative precursor lesion is based on
22       microscopic examination of a complete
23       resection; and, therefore, the natural
24       history of the lesion cannot be
25       observed."

Page 155

1       So do you agree with that statement as it's
2    written in your textbook?
3    MS. AHERN:  Objection.  Form.
4    THE WITNESS:  Can I -- I couldn't really read it.
5    Let me just see it.  I'm sure you are right.
6       So you're talking about the underlined area.
7    Okay.  "The study of precursor" --
8       Well, you read it correctly.  That's what is
9    stated.  This edition was published in 2011.  A lot has
10   changed since then.  It is 2019 now.  More and more
11   data coming out.  And the study that I just mentioned
12   to you, which I think is very persuasive, is that in
13   some instances the precursor lesion is obliterated;
14   however, those cancers -- and that's proven by the fact
15   that those cancers in which we don't see a STIC are the
16   same on a molecular analysis as ovarian carcinomas in
17   which we do see a STIC, suggesting that, in some
18   instances, it's overgrown but not in all by any
19   instance.  You know, we've learned a lot since 2011.
20   BY MR. DEARING:
21   Q   Sure.  Well, no matter how advanced the
22   science has become in the last eight years, it doesn't
23   change the fact that most of the precursor lesions get
24   obliterated by the tumor, right, because, by the time
25   they're clinical, most of these poor women are in

Page 156

1    end-stage disease; right?
2    MS. AHERN:  Object to the form.
3    THE WITNESS:  You're said saying "most," and I
4    don't agree with "most."
5    BY MR. DEARING:
6    Q   You don't agree with "most"?
7    A   No.
8    Q   Okay.  Some?
9    A   Some, yeah.  Some might be obliterated.
10   Q   Can you put a percentage on how many ovarian
11   cancer cases you've looked at under a microscope where
12   you've observed precursor lesions?
13   MS. AHERN:  Objection.  Form.
14   THE WITNESS:  I can't give you a number.
15   BY MR. DEARING:
16   Q   Is it half?
17   A   I've seen a lot of them.  I can't give you --
18   over the years.  I can't give you a number.
19   Q   How about in the last ten years?
20   MS. AHERN:  Objection.  Form.
21   THE WITNESS:  Doesn't make any difference.  I would
22   see ovarian cancers -- I'd see maybe 30 cases in a week
23   or two weeks.  It's a large number of cases.  Do I
24   remember how many I've seen with STICs?  It's
25   impossible.

Page 157

1    BY MR. DEARING:
2    Q   I'm not asking for a number, but it seems if
3    you observed precursor lesions, that's something that
4    would stand out in your mind, wouldn't it?
5    MS. AHERN:  Objection.  Form.
6    THE WITNESS:  Well, not really.
7    BY MR. DEARING:
8    Q   Are you even looking for precursor lesions
9    when you're doing a surgical pathology evaluation?
10   A   Of course we look for them.
11   Q   So you look for them in every case?
12   A   Every case when the tissue is available, yeah.
13   Q   So you look for them in every case but you
14   have no idea how often you find them?
15   MS. AHERN:  Objection.  Form.
16   THE WITNESS:  I can't give you a number.
17   BY MR. DEARING:
18   Q   So what has specifically developed in the
19   science that changed from "rarely seen" to "often seen"
20   in the last nine -- last eight years?
21   MS. AHERN:  Objection.  Form.  Mischaracterizes
22   testimony.
23   THE WITNESS:  I didn't -- I'll repeat the same
24   thing again.  In some instances, you can see a STIC
25   lesion and a high-grade serous carcinoma.  In other

Robert Kurman, M.D.

Page 158

```
1    instances -- and I can't give you a percentage -- you
2    will not see a STIC lesion and a similar-looking
3    high-grade serous carcinoma, which we believe is due to
4    the fact that that STIC lesion has been overgrown by
5    the carcinoma.  That's all I can say.
6    BY MR. DEARING:
7       Q   I should have started with that statement.
8          So in some cases where you don't see a
9    precursor lesion, do you -- do you still attribute
10   precursor lesions to be the carcinogenesis of the
11   tumor?
12      MS. AHERN:  Objection.  Form.
13      THE WITNESS:  Well, based on that study that I
14   mentioned to you a few minutes ago, that's what we're
15   saying, yes.
16   BY MR. DEARING:
17      Q   Okay.  Let's talk about something else.
18         Do you believe that the introduction of
19   foreign material through the vagina and uterine cavity
20   can cause inflammation and play an important role in
21   ovarian carcinogenesis?
22      MS. AHERN:  Objection.  Form.
23      THE WITNESS:  Could you specifically tell me what
24   you're thinking about?  What -- what are you referring
25   to?
```

Page 159

```
1    BY MR. DEARING:
2       Q   Your textbook, Chapter 14, just past what we
3    read previously.
4       MS. AHERN:  Page?  Sorry.
5       MR. DEARING:  Let me find it.
6       MS. AHERN:  Okay.
7       MR. DEARING:  Oh.  I was looking right at it and
8    just didn't see it.
9    BY MR. DEARING:
10      Q   Under your section entitled "Inflammation."
11      MS. AHERN:  Page, I'm sorry.
12      MR. DEARING:  I'm sorry, page 682.
13      MS. AHERN:  Thank you.
14      MR. DEARING:  Chapter 14.
15         Let me see if I can blow this up so we can all
16   see it.
17   BY MR. DEARING:
18      Q   It says under "Inflammation" -- and, again,
19   we're in the chapter called "Serous Epithelial Tumors
20   of the Ovary."  And specifically, we're talking about
21   etiology and risk factors.
22         "Inflammation:  It has been
23      suggested that inflammation potentially
24      cited by ovulation-induced surface
25      damage by retrograde
```

Page 160

```
1    menstruation-induced salpingitis or by
2    the introduction of foreign material
3    through the vagina and uterine cavity
4    plays an important role in ovarian
5    carcinogenesis.  Evidence of a
6    pro-inflammatory microenvironment in
7    endometriosis supports this hypothesis
8    for type 1 tumors.  High-grade serous
9    carcinomas are associated with chronic
10   salpingitis in 53 percent of cases
11   significantly more often than 23 percent
12   seen in nonserous tumors, lending
13   circumstantial support to this
14   hypothesis."
15         So this hypothesis about inflammation, and
16   particularly the part about introduction of foreign
17   material through the vagina and uterine cavity, is that
18   a plausible mechanism for inflammation?
19      A   Let me -- I can see it, but --
20      Q   The entire section.
21      A   Yeah, yeah.  I just want to check this out.
22         I see these references.
23      Q   By the way, I'm not disagreeing with you --
24   with that statement.
25      A   I notice the first reference is from Ness,
```

Page 161

```
1    who's written on this subject.  And I don't say I
2    entirely agree with her.  In fact, I don't.
3          287 -- who has been an expert witness for
4    plaintiffs.
5          287...
6       Q   Did you believe her before she became an
7    expert witness for plaintiffs?
8       A   No.
9          287.  Gee, you know, I'm not sure that that
10   reference is correct.  I'd have to read the article
11   specifically because it's -- the title of the article
12   is "The Fallopian Tube:  Primary Site of Most Pelvic
13   High-Grade Serous Carcinomas."  It doesn't say anything
14   about retrograde menstruation, but anyway.  So it would
15   be nice to see that reference.
16         And then, finally, evidence of -- type 1
17   tumors.  Let's see, 95.  Okay.
18         So your question, yes, that's stated.  I said
19   that there's problems with the -- with the references.
20      Q   Right.  But the studies that pertain to that
21   topic that are referenced here, that is the proposition
22   of those studies, right, that those three things,
23   either the ovulation-induced surface damage or the
24   retrograde menstruation or the introduction of foreign
25   material through the vagina and uterine cavity, play an
```

Robert Kurman, M.D.

Page 162

```
 1    important role in ovarian carcinogenesis?
 2        A   I have to remind you that the inflammation
 3    that is described there is entirely different from the
 4    inflammation induced by talc, one being -- the latter
 5    being a foreign-body giant cell reaction and this being
 6    the usual type of chronic inflammation.
 7        Q   Well, you use the words "introduction of
 8    foreign material through the vagina and uterine
 9    cavity."  So it may not be talc, but you're talking
10    about a foreign material that would evoke the kind of
11    response you're talking -- the kind of foreign-body
12    reaction you're talking about; right?
13        MS. AHERN:  Objection.  Form.
14        THE WITNESS:  I'll have to say that it's in there.
15    It's quite speculative.
16    BY MR. DEARING:
17        Q   All right.  Did you believe that to be true in
18    2011 when you published this book?
19        A   Well, you know, again, what was in there was
20    what we felt at the time.
21        Q   By the way, the Ness study --
22        A   Yeah.
23        Q   -- that it cites --
24        A   Yeah.
25        Q   -- is a talc study, isn't it?
```

Page 163

```
 1        A   I'll have to read the article.
 2        Q   You would at least agree that the introduction
 3    of foreign material through the vagina and uterine
 4    cavity was biologically plausible to you when you wrote
 5    it, right, or you wouldn't put it in your textbook?
 6        MS. AHERN:  Objection.  Form.
 7        THE WITNESS:  Again, as I said, a textbook reflects
 8    the general consensus of what's out there.
 9    BY MR. DEARING:
10        Q   Okay.
11        A   It may not necessarily reflect my own personal
12    opinion about it because we have to be fair and
13    acknowledge what's out there.
14        Q   So the general consensus out there is that the
15    introduction of foreign material through the vagina --
16        A   I didn't say the general consensus.  I said --
17        Q   You did.  Those were your words.
18        A   Well, I misspoke.
19            I said that there -- those studies are out
20    there; people believe it, and that's what was reflected
21    in the textbook.
22        Q   There are also studies out there that --
23    presumably, that suggest that particles can't migrate
24    through the vagina.
25        A   That's true.
```

Page 164

```
 1        Q   So -- but you chose to cite the articles that
 2    do support that proposition, that these foreign
 3    particles can migrate through the female genital tract;
 4    right?
 5        A   That's what --
 6        MS. AHERN:  Objection.
 7        THE WITNESS:  -- was --
 8    BY MR. DEARING:
 9        Q   You don't even reference the ones that don't
10    suggest that, do you?
11        MS. AHERN:  Objection.  Form.  Misstates what the
12    actual text says and what his testimony has been.
13    BY MR. DEARING:
14        Q   You didn't offer the -- any alternative
15    suggestion in this short chapter on inflammation that
16    suggests foreign materials cannot pass through the
17    vagina and uterine cavity; right?
18        MS. AHERN:  Objection.  Form.  That's a section on
19    inflammation, not migration.
20        MR. DEARING:  I'm sorry.  I meant to say
21    "inflammation."
22        THE WITNESS:  Again, the inflammation is not the
23    type that we see with talc.
24    BY MR. DEARING:
25        Q   Do you agree, over time, that chronic
```

Page 165

```
 1    inflammation in gynecologic tissue can cause DNA damage
 2    and maybe cancer?
 3        MS. AHERN:  Objection.  Form.
 4        THE WITNESS:  Could you be more specific and repeat
 5    that question.
 6    BY MR. DEARING:
 7        Q   Do you believe that, over time, chronic
 8    inflammation in a particular part of gynecologic tissue
 9    can cause DNA damage and result in some type of
10    gynecologic cancer?
11        MS. AHERN:  Objection.  Form.
12        THE WITNESS:  Well, when we -- when we talk about
13    causation and initiation of cancer, it has to be viewed
14    at the earliest stage, at a nonlesion that, as a result
15    of, in this case, inflammation, undergoes neoplastic
16    change.
17            You can see inflammation in well-formed tumors
18    that can be associated with factors that -- cytokines
19    or chemokines, whatever -- that participate in the
20    progression of a tumor, but that's not initiation.
21    That's not causation.  And that's what we're really
22    talking about.
23    BY MR. DEARING:
24        Q   Do you believe that, with regard to peritoneal
25    malignancies, apart from asbestos, radiation, chronic
```

Golkow Litigation Services - 877.370.DEPS

Robert Kurman, M.D.

Page 166

1   inflammation, organic chemicals, and nonasbestos
2   mineral fibers may be etiologic agents in some cases?
3       MS. AHERN: Objection. Form.
4       THE WITNESS: Are you reading this from someplace?
5   BY MR. DEARING:
6       Q  I'm reading it right off my outline
7   regarding --
8       A  Yeah. But does your outline come from
9   something?
10      Q  It comes from several places, but let me ask
11  you the question again if you didn't get it.
12          I'm referring to peritoneal malignancies.
13  Okay. Aside from asbestos, radiation, chronic
14  inflammation, organic chemicals, and nonasbestos
15  mineral fibers may be etiologic agents in some cases.
16      MS. AHERN: Objection. Form.
17  BY MR. DEARING:
18      Q  Do you agree with that?
19      A  I'd like to see where you're quoting that
20  from.
21      Q  Do you agree with that statement or not?
22      A  I want to see what you're quoting. I'm not
23  going to just make a comment.
24      Q  You don't have an opinion about it?
25      MS. AHERN: Check the prompter because I think that

Page 167

1   your sentence is incomplete, which is what's confusing
2   him and me.
3          Can you go back up.
4       MR. DEARING: I can ask the question again.
5       MS. AHERN: Go back up and take a look at it in
6   writing. It might help.
7       MR. DEARING: Okay. Let me ask this question
8   again.
9   BY MR. DEARING:
10      Q  I think I asked it right the first time, so
11  I'm going to say it slowly.
12          With regard to peritoneal malignancies --
13  okay? Talking about peritoneal malignancies. Aside
14  from asbestos -- well, do you believe asbestos can
15  cause peritoneal malignancies?
16      MS. AHERN: Objection. Form.
17          Type?
18      THE WITNESS: That's controversial. It's not
19  clear.
20  BY MR. DEARING:
21      Q  Do you have an opinion either way whether --
22      A  I'm not -- it may or may not. I don't think
23  that the data is sufficiently robust to make a comment
24  like that -- a definitive comment like that.
25      Q  Well, do you believe chronic inflammation or

Page 168

1   nonasbestos mineral fibers may be an etiologic agent of
2   some peritoneal malignancies?
3       THE WITNESS: What --
4       MS. AHERN: Objection. Form.
5       THE WITNESS: I'm sorry.
6       MS. AHERN: Go ahead.
7       THE WITNESS: What peritoneal malignancies are you
8   talking about?
9   BY MR. DEARING:
10      Q  Any peritoneal malignancies. Think of any
11  kind you want.
12      A  The only peritoneal malignancy is malignant
13  mesothelioma. That's the only one there is.
14      Q  Well, maybe I'm coming at this the wrong way.
15          How do you define the phrase "etiologic
16  agent"?
17      MS. AHERN: Objection. Form.
18      THE WITNESS: How do you define it?
19  BY MR. DEARING:
20      Q  Well, let's find out.
21          I'm looking at Chapter 13 of your book, which
22  is written by Dr. Julie Irving and Dr. Philip Clement.
23          Did you edit this chapter?
24      A  Well, I edited the textbook.
25      Q  Did you edit this chapter?

Page 169

1       A  I may -- you know, there was three of us, as I
2   mentioned. I'm not sure if I edited that chapter or
3   one of my other co-editors edited it.
4       Q  In this chapter, under the subheading
5   "Malignant Mesothelioma" is described "clinical
6   features." And in the third paragraph of that section,
7   starting with "More than 80 percent," that's referring
8   to a study. Halfway through that paragraph, it says:
9           "Asbestos fibers, however, have
10          been identified with special techniques
11          in some of these women."
12          And they're talking about the malignant
13  mesothelioma patients.
14          "Aside from asbestos, radiation,
15          chronic inflammation, organic chemicals
16          and nonasbestos mineral fibers may be
17          etiologic agents in some cases."
18          So in that sentence, what do they mean by
19  "etiologic agents"?
20      A  Good question. I'm not sure what they mean.
21  I mean, do they mean they're just present there or do
22  they cause it? Not clear to me.
23      Q  If you were to use the term "etiologic agent,"
24  what would it mean to you?
25      A  Well, I've never -- I can't remember using it

43 (Pages 166 to 169)

Robert Kurman, M.D.

Page 170

1    in that context.  I don't use it.  It's not something I
2    use.
3        Q    Would you consider asbestos to be an etiologic
4    agent of mesothelioma?
5        A    In some instances, it might be, yes.  But in
6    some instances it's not been demonstrated.  It's been
7    much more clearly demonstrated in the pleura than it
8    has been in the peritoneum.
9        Q    Would you agree that the HPV virus is a
10   etiologic agent of gynecologic cancers -- of some
11   gynecologic cancers?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  Of cervical cancers and vulvar and
14   vaginal cancers, it is the causative agent.
15   BY MR. DEARING:
16       Q    So when a scientist or pathologist like
17   yourself uses the term "etiology," you're essentially
18   talking about a causative agent, aren't you?
19       MS. AHERN:  Objection.  Form.
20       THE WITNESS:  Well, as I just said a moment ago,
21   some may refer to it in that way.  I don't necessarily.
22   BY MR. DEARING:
23       Q    Would you -- how would you use the term
24   "etiology"?  What does it mean to you?
25       A    Why don't we just look it up, and we can all

Page 171

1    decide -- agree on it?
2        Q    Okay.  I don't want to impose a definition on
3    you.
4        A    Okay.
5        Q    But according to Google --
6        A    Google, huh?  That's definitive.
7        MR. ROTMAN:  According to the dictionary --
8    BY MR. DEARING:
9        Q    Well, let me ask you if you agree with this
10   definition.
11       Is the medical definition of etiological --
12   and it says, "causing or contributing to the
13   development of a disease or condition."  That's what it
14   meant to me.
15       Is that what it means to you?
16       A    Causing or what?
17       MS. AHERN:  Contributing.
18       THE WITNESS:  Contributing.
19   BY MR. DEARING:
20       Q    Causing or contributing to cause a medical
21   condition.
22       A    Causing or contributing?
23       Q    Yes.
24       A    Well, again, contributing isn't cause.
25       Q    I didn't ask you that.  I'm asking you what

Page 172

1    etiology means to you.
2        Do you agree with that definition?
3        A    That definition just said that.  It says
4    "causing or contributing."
5        Q    Okay.  So let's substitute that word in this
6    phrase.
7        Aside from asbestos, with regard to malignant
8    mesotheliomas, do you think that nonasbestos mineral
9    fibers may cause or contribute to cause malignant
10   mesotheliomas in some cases?
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  Interesting they don't reference that
13   point.
14   BY MR. DEARING:
15       Q    I'm reading it.
16       A    Yeah, I know.  I'm saying it's interesting
17   that that point wasn't referenced with a citation.
18       Q    Oh, I got you.  Okay.
19       Well, it's clearly the opinion of the two
20   authors of this chapter; right?
21       A    The two authors, yes.
22       Q    And this is a chapter you edited; right?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  Like I said, I'm not sure that I
25   edited it.

Page 173

1    BY MR. DEARING:
2        Q    Okay.  I'm sorry.  I missed that.
3        So when you talk about cause or contributing
4    to cause, what's the distinction between those two
5    ideas, in your mind?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  "Causation," to me, means that it's
8    an initiating factor in setting the process off.
9    "Contributing," to me, means that possibly the process
10   is in place and it contributes to its further
11   progression.
12   BY MR. DEARING:
13       Q    So contributing to cause, in your mind, is
14   something that assists the progression of something
15   that already exists?
16       MS. AHERN:  Objection.
17   BY MR. DEARING:
18       Q    Is that what you're saying?
19       A    I didn't say "contributing."  I separated
20   "cause" and "contribution."
21       Q    Okay.  I want to talk about "cause" and
22   "contributing to cause."
23       Is there any distinction between those two
24   terms?
25       MS. AHERN:  Objection.  Form.  Asked and answered.

44 (Pages 170 to 173)

Robert Kurman, M.D.

Page 174

1    THE WITNESS: Can I see that book again, please. I
2  still can't read that.
3  BY MR. DEARING:
4    Q  I'm not talking about that section now, but...
5    A  Oh, you're not?
6    Q  No. I'm just generally wanting to get your
7  opinion on --
8    A  Oh, I see.
9    Q  -- "causing" or "contributing to cause."
10    A  Oh, I thought you were referring to that
11  sentence. Oh, so we're not?
12    Q  No. That sentence uses the word "etiologic
13  agent."
14    A  Uh-huh.
15    MS. AHERN: Whatever you meant by that.
16  BY MR. DEARING:
17    Q  So in your mind, is there any distinction
18  between contributing to cause something and causing
19  something?
20    MS. AHERN: Objection. Form. Asked and answered
21  very clearly just two minutes ago.
22    THE WITNESS: Causation is one issue. Contributing
23  is another. They're not the same.
24  BY MR. DEARING:
25    Q  I don't mean contributing. I mean

Page 175

1  contributing to cause. Okay? You're only giving me
2  half of the phrase.
3    MS. AHERN: Objection.
4  BY MR. DEARING:
5    Q  Is there a distinction between contributing to
6  a disease and -- I'm sorry.
7    Is there a distinction between contributing to
8  cause a disease and causing a disease? Is there any
9  distinction there?
10    A  To me, yes.
11    MS. AHERN: Objection. Form.
12    THE WITNESS: To me, causation is much stronger.
13  Contributing may be involved; may not be. It's much
14  more wishy-washy.
15  BY MR. DEARING:
16    Q  Do you agree that almost all gynecologic
17  cancers are multifactorial in that they may have more
18  than one cause?
19    A  Yes, that's probably true.
20    Q  Do you believe in the cancer progression model
21  of initiation, promotion, proliferation?
22    MS. AHERN: Objection. Form.
23  BY MR. DEARING:
24    Q  Do you agree that that's a reasonable cancer
25  model?

Page 176

1    MS. AHERN: Objection. Form.
2    THE WITNESS: Well, I think you've got it twisted
3  around anyway.
4  BY MR. DEARING:
5    Q  Okay. Well, correct me.
6    A  It starts with initiation, and proliferation
7  may be the next step. And then another step may, after
8  that, be promotion and then progression.
9    Q  So when you use the term "cause" or
10  "contribute to cause," are you referring to the
11  initiation phase of that process or the promotion phase
12  or both?
13    MS. AHERN: Objection. Form. He's never said that
14  he uses those terms.
15    THE WITNESS: I don't use "contributing to cause"
16  how you understand it. I'm just saying "causation."
17  That, to me, is initiation, period.
18  BY MR. DEARING:
19    Q  If gynecologic cancers are multifactorial and
20  they may have more than one cause, do you agree that
21  there may be more than one thing contributing to cause
22  them?
23    MS. AHERN: Objection. Form.
24    THE WITNESS: There may be multiple causes for a
25  neoplasm to begin, to get an issue, maybe multiple

Page 177

1  causes.
2  BY MR. DEARING:
3    Q  So for the last time, breaking down that
4  sentence again, coming back full circle now, do you
5  agree that asbestos can be an etiologic agent of some
6  cancers --
7    MS. AHERN: Objection. Form.
8  BY MR. DEARING:
9    Q  -- of some mesotheliomas?
10    MS. AHERN: Objection. Form.
11    THE WITNESS: Yes, it may be.
12  BY MR. DEARING:
13    Q  And do you believe chronic inflammation can be
14  a cause of malignant mesotheliomas?
15    MS. AHERN: Objection. Form.
16    THE WITNESS: Again, I'd like to see the data for
17  that.
18  BY MR. DEARING:
19    Q  So you have no opinion on that without looking
20  at a --
21    A  Yeah, I don't -- I don't agree with that.
22    Q  Okay. And do you believe that nonasbestos
23  mineral fibers can be a etiologic agent or cause of
24  some malignant mesotheliomas?
25    MS. AHERN: Objection. Form.

45 (Pages 174 to 177)

Robert Kurman, M.D.

Page 178

1    THE WITNESS:  Same thing, I don't -- I'd like to
2  see the data that they're alluding to.
3  BY MR. DEARING:
4    Q   Well, you would at least agree with me that
5  the two authors of that chapter believe that, wouldn't
6  you?
7    MS. AHERN:  Objection.  Form.
8    THE WITNESS:  The two authors appear to believe
9  that.
10    MR. DEARING:  Mind if we take a break?
11    MS. AHERN:  Sure.
12    VIDEO OPERATOR BROWN:  Time is now 2:15.  Going off
13  the record.
14    (Recess taken.)
15    VIDEO OPERATOR BROWN:  The time is now 2:34.  Back
16  on the record.
17  BY MR. DEARING:
18    Q   Doctor, you said earlier that you expect that
19  talc exposure would elicit a foreign-body giant cell
20  granulomatous response within the body; right?
21    A   That's correct.
22    Q   Would asbestos fibers invoke that same type of
23  response?
24    A   I really am not an expert on asbestos --
25  asbestosis, but I'm not aware of it doing foreign

Page 179

1  body -- I really -- best thing not to get into that
2  because it's not something I deal with.
3    Q   Have you ever looked at pulmonary tissue of
4  someone suffering from mesothelioma?
5    A   No, I haven't.
6    Q   So you've never observed asbestos in tissue at
7  all?
8    A   That's right.
9    Q   Well, can you think of any reason why asbestos
10  wouldn't evoke the same kind of foreign-body reaction
11  that talc would?
12    MS. AHERN:  Objection.  Form.
13    THE WITNESS:  Different agents do different things.
14  BY MR. DEARING:
15    Q   Do you think that stroma contributes to the
16  development of ovarian cancer or tubal cancers?
17    MS. AHERN:  Objection.  Form.
18  BY MR. DEARING:
19    Q   Or STIC?
20    A   It might.
21    Q   How might the stroma contribute to the
22  development of tubal cancer or ovarian cancer?
23    A   Well, in many cancers, there's an interaction
24  between the epithelium and the stroma.  So it's
25  certainly possible.  I wouldn't rule it out, but I

Page 180

1  don't know.
2    Q   Would you expect the stromal tissue to react
3  the same way the epithelial tissue would react in
4  humans?
5    A   Well, they're different.  So I don't know how
6  it would react.
7    Q   If talc can cause p53 mutations in tubal
8  cells, would you expect that it could also cause
9  cancer?
10    MS. AHERN:  Objection.  Form.
11    THE WITNESS:  Are you speculating that, or has
12  it -- I haven't seen data to that effect.
13  BY MR. DEARING:
14    Q   Right.  I'm asking -- I'm asking
15  hypothetically right now.  If talc could evoke a p53
16  mutation in tubal cells, do you think that talc could
17  cause cancer in tubal cells?
18    A   Not necessarily.
19    Q   Same with ovarian cells?
20    MS. AHERN:  Objection.  Form.
21  BY MR. DEARING:
22    Q   If talc could evoke a p53 mutation in ovarian
23  cells, do you think it could cause cancer?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  Not necessarily.

Page 181

1  BY MR. DEARING:
2    Q   You answered both of those questions with "not
3  necessarily."
4    A   Correct.
5    Q   Does that mean you don't know, or does that
6  mean you don't think so, or it could?
7    MS. AHERN:  Objection.  Form.
8    THE WITNESS:  Well --
9  BY MR. DEARING:
10    Q   Let me ask the question again.
11    A   P53 signatures have p53 mutations.  They don't
12  all go to STIC.  STIC has p53 mutations.  They don't
13  all go on to invasive cancers.  Just having a p53
14  mutation doesn't mean it's inevitably going to become
15  cancer.
16    Q   Right.  I'm not saying it necessary would
17  become cancer, but if talc can evoke a p53 response in
18  tubal cells or ovarian cells, would that be evidence to
19  you that talc could cause cancer?
20    MS. AHERN:  Objection.  Form.
21    THE WITNESS:  No.
22  BY MR. DEARING:
23    Q   Do you agree that one example of inflammation
24  associated with foreign materials includes macrophages?
25    MS. AHERN:  Objection.  Form.

Robert Kurman, M.D.

Page 182

1   THE WITNESS: Well, macrophages in tissue become
2   histiocytes, and that's part of a foreign-body giant
3   cell granuloma.
4   BY MR. DEARING:
5   Q   A minute ago, when I asked you about talc
6   eliciting a p53 response and I asked you whether you
7   thought that would be evidence that talc could cause
8   cancer in those cells, why did you say no?
9   MS. AHERN: Objection. Form.
10   THE WITNESS: Because, as I said, having a p53
11   mutation, in and of itself, does not inevitably mean a
12   tissue is going to become malignant.
13   BY MR. DEARING:
14   Q   Is it suggestive that a tissue might become
15   malignant?
16   MS. AHERN: Objection. Form.
17   THE WITNESS: Not necessarily.
18   BY MR. DEARING:
19   Q   What does that mean, "not necessarily"?
20   A   As I said, you can have a p53 mutation and
21   have a perfectly benign lesion.
22   Q   You said a while ago that one reason you don't
23   believe talc causes ovarian cancer is because you
24   haven't seen talc elicit a foreign-body granulomatous
25   reaction in gynecologic tissue. Right? Isn't that

Page 183

1   correct?
2   A   No, that's not the reason I don't think it
3   causes cancer.
4   Q   Tell me why you think talc doesn't cause --
5   can't cause cancer.
6   A   Because there's been absolutely no evidence in
7   the literature that it does.
8   Q   Would you agree with me that foreign materials
9   don't always evoke granulomatous reactions in ovarian
10   tissue?
11   MS. AHERN: Objection. Form.
12   BY MR. DEARING:
13   Q   Or extraperitoneal tissue?
14   MS. AHERN: Objection. Form.
15   THE WITNESS: I haven't evaluated other foreign
16   bodies or agents.
17   BY MR. DEARING:
18   Q   So are you agreeing or disagreeing or do you
19   not know that foreign materials don't always evoke
20   granulomatous reaction on ovarian and extraovarian
21   peritoneal services?
22   MS. AHERN: Objection. Form. Asked and answered.
23   THE WITNESS: I'd like to see the data, and then I
24   could make a decision. I haven't seen it.
25   ///

Page 184

1   BY MR. DEARING:
2   Q   In your textbook in Chapter 12, written by
3   Dr. Irving and Dr. Clement, entitled "Nonneoplastic
4   Lesions of the Ovary," the subtitle "foreign-body
5   Granulomas," the statement is:
6   "A variety of foreign materials may
7   evoke a granulomatous reaction on the
8   ovarian and extraovarian peritoneal
9   surfaces, potentially mimicking
10   malignant tumor at operation."
11   So the authors here are a bit equivocal about
12   whether foreign materials will evoke a granulomatous
13   reaction; right? They're saying -- they use the word
14   "may" because it doesn't always happen; right?
15   MS. AHERN: Objection. Form.
16   THE WITNESS: "Variety of foreign materials may
17   evoke granulomatous reaction on" -- "may."
18   BY MR. DEARING:
19   Q   Right.
20   A   That's suggestive, but not definitive at all.
21   Q   So is it fair to say that sometimes they do
22   and sometimes they don't evoke a granulomatous
23   reaction?
24   MS. AHERN: Objection. Form.
25   THE WITNESS: I don't even think they say that.

Page 185

1   They just say it might.
2   BY MR. DEARING:
3   Q   Is it equally true that it might not?
4   MS. AHERN: Objection. Form.
5   THE WITNESS: Well, may not.
6   BY MR. DEARING:
7   Q   Do you agree that whether the body reacts to a
8   foreign particle by macrophage or granuloma depends in
9   part on the body's interpretation of that particle and
10   its size?
11   MS. AHERN: Objection. Form.
12   THE WITNESS: I don't know anything about the size
13   business. Size.
14   BY MR. DEARING:
15   Q   So you are saying that the size of a foreign
16   material is not -- in no way influences whether the
17   body tries to sequester that particle with macrophages
18   versus giant cell granulomas?
19   MS. AHERN: Object to the form.
20   THE WITNESS: It may. I mean, different sizes of
21   talc may have -- may induce the same thing. I'm not
22   sure the size is that relevant.
23   BY MR. DEARING:
24   Q   If a macrophage could engulf a talc particle,
25   you wouldn't expect to see a giant cell granulomatous

47 (Pages 182 to 185)

Robert Kurman, M.D.

Page 186

1   response, would you?
2       MS. AHERN: Objection. Form.
3   BY MR. DEARING:
4       Q   Because the macrophage handles it?
5       MS. AHERN: Same objections.
6       THE WITNESS: Well, generally speaking, from what
7   I've read about it, these particles are too large for a
8   single macrophage to envelope it, which results in
9   another macrophage coming along with it and membranes
10  fuse and they engulf the particle.
11  BY MR. DEARING:
12      Q   Are you referring to talc particles?
13      A   Yes.
14      Q   What's your basis for concluding that
15  macrophages cannot engulf a talc particle?
16      MS. AHERN: Objection. Form.
17      THE WITNESS: It's been -- I believe it's been
18  stated -- shown in the literature that the particle
19  might be too large. It's going -- it's going to elicit
20  histiocytic reaction for sure.
21  BY MR. DEARING:
22      Q   Well, do you agree with me that macrophages
23  may respond to very small particles whereas granulomas
24  may respond to larger particles or larger clusters of
25  particles?

Page 187

1       MS. AHERN: Objection.
2       THE WITNESS: I haven't seen data that divides it
3   up that way.
4   BY MR. DEARING:
5       Q   You remember who Dr. John Godleski is, don't
6   you?
7       A   I know the name. I know he's involved in this
8   litigation.
9       Q   Right. He testified in the same trial you
10  did.
11      A   Hmm.
12      Q   And he is a pathologist and a microscopist at
13  Harvard. Well, he's retired, but he spent his career
14  at Harvard.
15          Have you read any of his publications?
16      A   No.
17      Q   Have you read any of his opinions about talc
18  in tissue, particularly in the size of particles he
19  typically finds in tissue?
20      MS. AHERN: Objection. Form.
21      THE WITNESS: He's a pulmonary pathologist, as I
22  recall, knows nothing about gynecologic pathology.
23  Having said that, I don't recall specifically reading
24  his summation of his opinions regarding the size of
25  talc particles.

Page 188

1   BY MR. DEARING:
2       Q   Why do you think he knows nothing about
3   gynecologic pathology if you haven't read his stuff?
4       A   Because he's a pulmonary pathologist.
5   Pulmonary pathologists don't look at gynecologic
6   specimens.
7       Q   Well, he's also a general pathologist, a
8   surgical pathologist, and he has been a -- well --
9       A   Well, I'm not impugning his -- I'm just saying
10  he's not a gynecologic pathologist. Let's put it that
11  way.
12      Q   Okay. Are you aware that the publications
13  he's authored state that the talc particles he
14  typically finds in ovarian tissue, in pelvic lymph
15  nodes is in the 5-micron range, maybe 1 to 10 microns,
16  but average around 5 microns?
17      MS. AHERN: Objection. Form. Are you talking
18  about publications or litigation reports?
19      MR. DEARING: Publications.
20      THE WITNESS: I don't remember reading about the
21  size of the particles.
22  BY MR. DEARING:
23      Q   If a talc particle found its way into ovarian
24  tissue and it was about 5 to 10 microns in size, you
25  would expect that to be handled by a macrophage,

Page 189

1   wouldn't you, not a giant cell?
2       MS. AHERN: Objection. Form.
3       THE WITNESS: You're stating a big "if," namely
4   that it gets into ovarian tissue, which I think is --
5   BY MR. DEARING:
6       Q   I'm going to show you pictures of it in
7   ovarian tissue in just a minute.
8       A   I don't care if you show pictures of it. I
9   don't think it means it's even there. Biologically, it
10  can be a complete contaminant.
11      Q   So are you saying there's no possible way talc
12  can get into any ovarian tissue?
13      A   Well, it's been described. Let's put it that
14  way. It has been described.
15      Q   What does that mean, "it's been described"?
16  I've been describing it all day.
17      A   It's been described that talc is present in
18  ovarian tissue in users or nonusers, as I remember from
19  the Heller article.
20      Q   We can talk about Heller if you like, but the
21  fact of the matter is if a talc particle gets to
22  ovarian tissue and it's between 1 and 10 microns in
23  size, wouldn't you expect that would attract a
24  macrophage, not a giant cell?
25      MS. AHERN: Objection. Form.

48 (Pages 186 to 189)

Robert Kurman, M.D.

Page 190

1    THE WITNESS:  I don't -- as I said, I haven't read
2  anything about -- specifically about the size of
3  particles and whether it's engulfed by a single
4  macrophage or by a giant cell.
5  BY MR. DEARING:
6    Q   So if you don't know whether a macrophage
7  would respond to it or a giant cell respond to it, how
8  can you say that talc can't cause cancer because it
9  would evoke a giant cell granulomatous response?
10    MS. AHERN:  Objection.  That's not at all what he
11  said.
12    THE WITNESS:  We have to get back to precursor
13  lesions and finding evidence of carcinomatous stimulus
14  in those cells, and those are fallopian tube
15  epithelium, not ovarian cells.
16    (The document referenced below was
17    marked Deposition Exhibit 6 for
18    identification and is appended hereto.)
19  BY MR. DEARING:
20    Q   I'm handing you a study by Dr. Sandra McDonald
21  and others, including Dr. Godleski, entitled
22  "Correlative Polarizing Light and Scanning Electron
23  Microscopy for the Assessment of Talc in Pelvic Region
24  Lymph Nodes."
25    Have you ever seen that study?  It's fairly

Page 191

1  new.  I don't believe it's referenced in your
2  materials.
3    A   Yeah, I don't think I've seen this.
4    MS. AHERN:  Take your time if you want to read it.
5    THE WITNESS:  What's your question?
6  BY MR. DEARING:
7    Q   My question is, over on page 3 at the top,
8  Dr. McDonald describes the talc being visualized using
9  polarizing microscopy, and she says:
10    "Talc is readily visible under
11    polarizing light microscopy where it may
12    be found as both plates and fibrous form
13    and where the particles or fibers are
14    brightly birefringent and often in the
15    size range of 1 to 10 microns."
16    MS. AHERN:  I'm sorry.  Do you have a copy of that?
17    MR. DEARING:  I do.
18    MS. AHERN:  Thank you.  Page 3.
19    MR. DEARING:  Page 3.
20  BY MR. DEARING:
21    Q   What she's describing here are talc particles
22  that she's seen in ovarian tissue and pelvic lymph
23  nodes.  And she's saying that the size range that she
24  sees and that Dr. Godleski has seen repeatedly is in
25  the 1- to 10-micron range.

Page 192

1    Do you have any reason to disagree with that?
2    MS. AHERN:  Object to the form.
3    THE WITNESS:  I want to go back and sort of read
4  this Materials and Methods a little better.
5  BY MR. DEARING:
6    Q   If you want to take time and read the whole
7  study --
8    A   No, I'm just reading --
9    Q   -- we can go off the record and you can do
10  that.
11    A   I'm reading materials and methods.  I'm up to
12  your paragraph.
13    Q   Keep in mind the question is are these -- one,
14  two, three, four, five, six, seven, eight -- eight
15  scientists reporting finding talc particles in the 1-
16  to 10-micron range in pelvic lymph nodes and
17  gynecologic tissue?
18    A   Okay.  So they're finding talc particles in
19  lymph nodes, and do they say ovarian tissues here?
20  Probably.  It's mainly lymph nodes, it sounds like.
21  They're focused on the lymph nodes.
22    Q   They are.  You're right.
23    A   So they find it in lymph nodes, yes.  What's
24  your question?
25    Q   The size of the particles they're finding in

Page 193

1  pelvic lymph nodes are 1 to 10 microns, right, as they
2  report it?
3    A   Yes.
4    Q   And if you would turn over to page 9,
5  Figure 3, there's a photomicrograph.
6    A   Hold on one sec.
7    MS. AHERN:  Take your time.  If you need to go off
8  the record, we can.
9    THE WITNESS:  Okay.  What were you saying now?  I'm
10  sorry.
11  BY MR. DEARING:
12    Q   Okay.  Page 9.  There are three
13  photomicrographs.  And I just want to talk about one of
14  them.
15    Do you see the paragraph that starts
16  "Figure 3"?
17    A   I'm on Figure 4.
18    Q   Page 9.
19    A   I see page --
20    Q   Page 9.
21    A   Page 9.  Yes.  Okay.
22    Q   And the paragraph that starts with the word
23  "Figure 3."
24    A   Yes.
25    Q   Okay.  Figure 3 -- and that's the table above,

Robert Kurman, M.D.

Page 194

1    but Figure 3 shows "correlative polarizing light
2    microscopy, SEM, and EDX from Case 18 in the digestate
3    study."
4         Below is some photomicrographs.
5         "Going clockwise from upper left,
6    Panel A shows polarized light microscopy
7    showing numerous birefringent particles,
8    general size range 1 to 5 microns within
9    the macrophages of the left external
10   iliac lymph node."
11        Do you see that.
12   A   In Figure A?
13   Q   Do you see where I'm reading from?
14   A   "Going clockwise from upper left Panel A shows
15   polarized light microscopy, H&E" --
16        A is H&E?  It sure doesn't look like an H&E.
17        "-- shows" --
18   THE REPORTER:  Doctor, if you're reading, I'm not
19   picking it up.
20   THE WITNESS:  I'm sorry.
21        Figure 3 shows correlative polarizing light
22   microscopy, SEM, and EDX from Case 18 in the digestate
23   study (Table 1).  Going clockwise from upper left,
24   Panel A shows polarized light microscopy, H&E, showing
25   numerous birefringent particles, general size from 1 to

Page 195

1    5 micrograms -- microns within the macrophages of the
2    left external iliac lymph node.
3    BY MR. DEARING:
4    Q   Right.  That's what I want to point out to
5    you.
6    A   Yeah.
7    Q   Okay.  Do you agree that what the authors are
8    saying there is that the birefringent particles
9    observed in the 1- to 5-micron range are being
10   sequestered by macrophages?  Right?
11   A   Okay.
12   MS. AHERN:  Objection.  Form.
13   BY MR. DEARING:
14   Q   Do you agree with that?
15   A   Yeah.
16   Q   If you turn the page, there's another
17   photomicrograph on page 11.  And, again, they note in
18   the caption underneath it "Numerous birefringent
19   particles under polarized light microscopy" --
20   MS. AHERN:  Where are you?  I'm sorry.
21   MR. DEARING:  Page 11.
22   BY MR. DEARING:
23   Q   "Numerous birefringent particles
24   under polarized light microscopy within
25   the macrophages of a left external iliac

Page 196

1    lymph node."
2         So, again, there's another photomicrograph of
3    birefringent particles being sequestered by
4    macrophages; right?
5    MS. AHERN:  Objection.  Form.
6    BY MR. DEARING:
7    Q   At least according to those six, seven
8    authors?
9    A   So what -- I need -- could you read that -- I
10   couldn't follow.  I was looking at the pictures.  What
11   were you reading exactly?
12   Q   The caption underneath the photomicrograph.
13   A   Oh.  The caption --
14   MS. AHERN:  Just read it to yourself so she doesn't
15   have to write it down.
16   BY MR. DEARING:
17   Q   You can stop after A because that's all I'm
18   talking about.
19   A   Okay.
20   Q   So do you agree with me that that's another
21   photomicrograph showing birefringent particles being
22   engulfed by macrophages?
23   A   Well, honestly, I can't tell from this
24   black-and-white photo what they are.  I see polarized
25   light and I -- I see polarized, you know, particles,

Page 197

1    but I don't see what they are.
2    Q   Do you agree that the eight authors are
3    reporting those to be --
4    A   Well, maybe they are.  But they reported that.
5    I don't see it.  I can't convince myself on this
6    picture that --
7    Q   I'm not asking you to.  I'm asking you to
8    agree with me or not that the eight authors of this
9    paper identify these birefringent particles in this
10   photomicrograph as being engulfed by macrophages.
11   MS. AHERN:  Objection.  Form.
12   THE WITNESS:  Maybe that's what they say, but they
13   don't -- haven't convinced me in the picture.  If I
14   were a reviewer, I wouldn't accept that at all.
15   BY MR. DEARING:
16   Q   Well, of course not.  You would want to see
17   the photomicrograph that they looked at.
18   A   Yeah.  I mean, they're showing this picture,
19   but it's a gemish, black and white, some little white
20   particles.  I can't tell if it's a macrophage or not.
21   Q   If you will turn next to the discussion
22   section.  That's the next page.
23   A   Okay.
24   Q   The scientists write:
25        "The accurate identification of

50 (Pages 194 to 197)

Robert Kurman, M.D.

Page 198

1    talc in pelvic tissues is important
2    because it documents exposure by
3    demonstrating the presence of talc in
4    these tissues and provides evidence and
5    support of the role of talc in the
6    epidemiological association with ovarian
7    cancer in case-control studies."
8        A   Yes.
9        Q   Do you agree that the evidence of talc found
10   within the tissue being engulfed by macrophages is
11   evidence of talc exposure?
12       MS. AHERN:  Objection.  Form.  He just said he
13   couldn't tell they were being engulfed by macrophages.
14   BY MR. DEARING:
15       Q   Well, if you presume those talc particles are
16   being engulfed by macrophages and that these six
17   authors are correct in what they observed --
18       A   That doesn't --
19       Q   -- do you believe that that's evidence of
20   exposure?
21       A   It doesn't convince me.  I'm not convinced by
22   these photos, frankly.
23       Q   I'm not asking you to be convinced by the
24   photos.
25       A   Well, there were six authors.  Doesn't matter.

Page 199

1    They can be all wrong for all I know.
2        Q   Do you think they're all wrong?
3        A   I have -- I can't see it, and that's what
4    you're asking me.  Do I see it and believe it?  I don't
5    believe it.
6        Q   One of these authors, by the way, is William
7    Welch that we talked about earlier.
8        A   We talked about him earlier.
9        Q   Do you think he's wrong?
10       A   Well, I don't even know what Bill's role was
11   in this.  He may have just said, "Oh, yeah.  It was the
12   lymph nodes with something in them."
13       Q   Is it your testimony today that these six
14   authors looked at these photomicrographs and got it
15   wrong --
16       MS. AHERN:  Objection.
17   BY MR. DEARING:
18       Q   -- and then published it in a peer-reviewed
19   journal?
20       MS. AHERN:  Objection.  Form.  That's not his
21   testimony.  He's already given you an answer to this
22   question.
23       THE WITNESS:  They obviously believe it.  I -- if
24   you were -- in -- my opinion is they wrote it, but I
25   don't see it.

Page 200

1    BY MR. DEARING:
2        Q   Okay.  Well, presume for me, if you would,
3    that they're right, that they are looking at talc
4    particles in the 1- to 5-micron range being engulfed by
5    macrophages.
6        Do you agree with me, if they're correct, that
7    that's evidence of exposure to talc?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  You know, as -- this -- well, if
10   they've been exposed to talc, by seeing evidence of it
11   in the tissue, could essentially also mean superimposed
12   particles on top of the tissue that could be there as a
13   contaminant.  So I'm not convinced.
14   BY MR. DEARING:
15       Q   Okay.  How would it have gotten there as a
16   contaminant?
17       A   Because talc is all over the place.
18       Q   So you're talking about after it's removed
19   from the body?
20       A   Yeah.
21       Q   Okay.
22       A   When you look at a pathology laboratory, the
23   laboratory counters, the paper towels, the ceramics --
24       Q   Right.
25       A   -- it all contains talc.

Page 201

1        Q   Of course.
2        A   It could easily be introduced into the
3    specimen.
4        Q   Sure.  And is a macrophage going to engulf a
5    talc particle that's been taken out of the body and is
6    sitting on a lab or a paper towel?
7        A   As I said --
8        MS. AHERN:  Objection.
9        THE WITNESS:  -- I can't distinguish that this is
10   in a macrophage.  It may be talc particles sitting on
11   top of the macrophage.
12   BY MR. DEARING:
13       Q   Several times in response to my questions,
14   you've answered with "I'm not convinced."
15       Is that the burden that you're applying to
16   your opinions in this case is that if you're not
17   convinced, then it's not so?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  I can only say what I believe in
20   based on the scientific evidence.  In this case, I'm
21   not convinced that the talc particles or the
22   birefringent particles that are being shown in these
23   figures are actually within the tissue as a result of
24   them actually being engulfed or whether they are there
25   as a possible -- as a contaminant.

51 (Pages 198 to 201)

Robert Kurman, M.D.

Page 202

1  BY MR. DEARING:
2      Q   Is that the standard that you're using for
3  causation, that you're not convinced?
4      MS. AHERN: Objection. Form. Misstates and
5  mischaracterizes his testimony.
6      MR. DEARING: I don't know what his testimony is.
7  I'm asking him.
8      THE WITNESS: I told you earlier what I expected to
9  see in causation. And that was a fulfillment of all
10 those criteria that we discussed at multiple times.
11 BY MR. DEARING:
12     Q   Right. But the fulfillment of that criteria
13 has to rise to a level of a preponderance of the
14 evidence in court, and I want to know what standard
15 you're applying.
16         Is it until Dr. Kurman is convinced, or is it
17 a preponderance of the evidence or something else?
18     MS. AHERN: Objection. Form.
19     THE WITNESS: A preponderance of the evidence, of
20 course.
21 BY MR. DEARING:
22     Q   Okay. So are you suggesting that applying the
23 preponderance of the evidence to this study, that the
24 preponderance of the evidence suggests these six
25 authors got this wrong, that they're not observing talc

Page 203

1  particles being engulfed by macrophages?
2      MS. AHERN: Objection. Form. Argumentative.
3  Misstates his testimony. He's already answered this
4  question. This is the first time he's looking at this
5  study. He hasn't reviewed the entire thing.
6      MR. DEARING: He wasn't asked about preponderance
7  of the evidence.
8      MS. AHERN: He's told you what his basic opinion is
9  from looking at the study in the last few minutes.
10 That's his opinion.
11     THE WITNESS: I'm even wondering how they just
12 decide to look at this particular lymph node without
13 mentioning that they saw some kind of funny reaction
14 with the H&E slides that then led them to do
15 polarization. I didn't -- I can't find that.
16 BY MR. DEARING:
17     Q   It's explained in there.
18     A   Well, maybe you can point it out to me. This
19 is the first time I've seen the article.
20     Q   In the brief skimming through that that you
21 just did and the portions that you read, there was no
22 mention of granulomatous giant cell responses to talc
23 particles, was there?
24     MS. AHERN: Objection. Form.
25     THE WITNESS: In my brief skimming, that's what I'm

Page 204

1  saying. I wondered what led them to do polarization of
2  these lymph nodes if they saw nothing. You know, we
3  routinely don't polarize tissues in surgical pathology,
4  as even your expert acknowledged.
5          So what led them to do -- to do polarization
6  if there was no suspicion based on the H&E slides?
7  BY MR. DEARING:
8      Q   Right. Well, I'm not really asking you what
9  you're wondering about. I'm just asking you if you saw
10 any statements in there -- and I know you haven't read
11 it word for word, but you spent about 15 minutes
12 skimming over it.
13         No mention of granulomatous giant cell
14 response to talc particles, is there?
15     MS. AHERN: Objection. Form. He hasn't reviewed
16 the entire article.
17     THE WITNESS: From what I read in this 15 minutes,
18 I haven't seen that.
19 BY MR. DEARING:
20     Q   Okay. I looked through your CV and tried to
21 do a quick calculation. It looks like you've received
22 somewhere in the neighborhood of $6 million in funding
23 from pharmaceutical companies for research in your
24 career.
25         Does that sound about accurate to you?

Page 205

1      MS. AHERN: Objection. Form.
2      THE WITNESS: No. I would like to see that.
3  BY MR. DEARING:
4      Q   Okay.
5      A   Which pharmaceutical companies?
6      Q   Look at your CV, if you like. It's under the
7  title "Pharmaceutical Companies Supported." It looks
8  like the Upjohn Company --
9      A   Wait a minute. Wait a minute. Wait a minute.
10     MS. AHERN: I'm sorry. What page are you on,
11 David, in the CV?
12     THE WITNESS: I see it. It's page 58.
13     MS. AHERN: Thank you.
14 BY MR. DEARING:
15     Q   Okay. It looks like the Upjohn Company gave
16 you 1.3 million and change for research.
17     A   Wait a minute. You're looking at line 1,
18 right, Upjohn Company?
19     Q   I'm going through the whole thing.
20     A   I see 1993 to 1995. I see 314,540.
21     Q   Keep going. There are other entries for
22 Upjohn.
23     A   Clinical at Wyeth Ayerst, '93 to '98, 59,000.
24         Randomized clinical -- that's a -- an NCI
25 study.

Robert Kurman, M.D.

Page 206

1      Merck, human papillomavirus, '99 to '03,
2   274,000.
3      You know, in case you're not aware of it, this
4   money doesn't go directly to me.  It goes to the
5   university.
6   Q   I know.
7   A   Okay.  You know that.
8   Q   I'm just asking you --
9   A   Merck.
10  Q   -- you've received approximately $6 million of
11  funding for research in your career from pharmaceutical
12  companies?
13  A   Upjohn --
14  MS. AHERN:  Objection.
15  BY MR. DEARING:
16  Q   Upjohn, Merck, Watson, Wyeth, and Pfizer.
17  A   All going to Hopkins.  I don't get money.  I
18  don't get paid that amount.
19  Q   Does that number sound about right, though?
20  A   Well, I haven't added them all up, so I'd have
21  to sit here in -- with a calculator and add it all up.
22  Q   How much have you earned testifying for
23  Johnson & Johnson to date?
24  A   Since I was first approached?
25  Q   Yes.

Page 207

1   A   A little over $190,000 since 2015.
2   Q   Okay.  And you haven't billed for any of your
3   preparation work for this deposition; right?
4   MS. AHERN:  Objection.
5   THE WITNESS:  No.  That includes partial billing
6   for this.
7   BY MR. DEARING:
8   Q   Okay.
9   A   Not entirely, partial.
10  Q   And the next edition of Blaustein's that you
11  said is on the way --
12  A   In press, yeah.
13  Q   -- in press --
14  A   Almost in press.
15  Q   -- are you going to disclose in there
16  somewhere that you are a paid witness for Johnson &
17  Johnson in the talcum powder litigation?
18  A   I'll have to look at that.  We don't --
19  there's some comment about talc, just very similar to
20  what we said there.  I don't know that it influenced --
21  it influenced my -- again, it's a statement of what's
22  out there in the literature.
23  Q   Well, you are -- you've already said that you
24  don't necessarily agree with some of the statements in
25  this version, whether because you just don't agree with

Page 208

1   it anymore or they were someone else's opinions, the
2   other author's opinions.
3      Are you saying you just -- you don't think
4   it's necessary to inform the reader that you're --
5   A   Well, I'll have to think --
6   Q   -- a highly paid expert witness for Johnson &
7   Johnson?
8   MS. AHERN:  Objection.  Form.
9   THE WITNESS:  I'll have to think that out and make
10  a decision.
11  BY MR. DEARING:
12  Q   Okay.  Do you know whether the next
13  Blaustein's edition includes the epidemiology studies,
14  the 25 to 28 studies that show a statistically
15  significant increased risk of ovarian cancer in women
16  who use talc for feminine hygiene?
17  MS. AHERN:  Objection.  Misstates the literature.
18  THE WITNESS:  We don't go into that degree of
19  depth.  It'll be a comment very similar -- maybe a
20  little bit more elaborate than what we had in the 2011
21  edition, but it's not going to -- it's not an
22  epidemiological textbook.  It's not going to go into
23  all those details.
24  BY MR. DEARING:
25  Q   As I just mentioned and as you've testified,

Page 209

1   you don't necessarily agree with all of the statements
2   made by other authors in this textbook; right?
3   A   Right.  As I said, the book is intended to
4   give a general overview of what's out there.  I may not
5   necessarily specifically agree with something.  But we
6   felt, in fairness, it all needs to be discussed.
7   Q   Well, it's not all being discussed because
8   you're not discussing both sides of these issues on
9   everything; right?
10  A   What -- both sides of what issues?  I mean --
11  Q   Well, for example, when we were talking
12  earlier about -- I don't remember now.
13     Oh, we were talking about whether chronic
14  inflammation, nonasbestos mineral fibers may be
15  etiologic agents for malignant mesothelioma --
16  malignant -- perineal malignancies.
17     And you said, well, that's one position, but
18  you didn't offer the other position that those aren't
19  etiologic agents for peritoneal.
20     So would you agree with me that you've -- you
21  haven't explained both sides of some of these topics?
22  MS. AHERN:  Objection.  Form.
23  THE WITNESS:  Well, we've tried, to the best of our
24  ability, to do so.
25  ////

53 (Pages 206 to 209)

Robert Kurman, M.D.

Page 210

1  BY MR. DEARING:
2      Q   Would you agree that good scientists can have
3  differing opinions about cancer etiology?
4      MS. AHERN: Objection.  Form.
5      THE WITNESS:  That's a very, very general question.
6  But if I frame it within the talc litigation, I would
7  venture to say that a reasonable scientist viewing --
8  viewing all -- viewing the totality of this data, I
9  don't think anyone would agree to say that talc causes
10  ovarian cancer.
11  BY MR. DEARING:
12      Q   Are you saying that all of the plaintiffs'
13  experts, the 30 or so plaintiff experts, that you know
14  about, are not good scientists?
15      MS. AHERN: Objection.  Form.
16      THE WITNESS:  I didn't say that.
17  BY MR. DEARING:
18      Q   Okay.  Well, my question is, do you agree with
19  me that good scientists can have differing opinions
20  about cancer etiology?
21      MS. AHERN: Objection.  Form.
22      THE WITNESS:  It's neither good or bad.  I'm saying
23  that reasonable people looking at all this data, in my
24  opinion, would not disagree that this is -- that talc
25  causes ovarian cancer.

Page 211

1  BY MR. DEARING:
2      Q   Right.  I'm not asking you about this data.
3  I'm talking about cancer in general.
4          For example, there are good scientists,
5  reputable, knowledgeable scientists that disagree with
6  you about your STIC theory; right?
7      MS. AHERN: Objection.  Form.
8      THE WITNESS:  Not many.  Not this day and age.
9  Even your expert agrees with us.
10  BY MR. DEARING:
11      Q   I know.  I'm not saying that.  I'm saying
12  there are scientists that don't agree with you.
13          That doesn't make them bad scientists; right?
14      A   Didn't say they're bad scientists.
15      Q   Do you currently sit on any editorial boards
16  or peer review panels?
17      A   I've taken my -- I retired from those.
18      Q   So, no, you're not currently on any?
19      A   No.
20      Q   When was the last time you sat on one?
21      A   Well, I -- when I retired in June of 2017, I
22  withdrew from the various editorial boards that I was
23  on -- that I was currently on.
24      Q   If you were sitting on a board -- editorial
25  board or a peer review panel and you were given a study

Page 212

1  to review for publication that offered some type of
2  cancer causation analysis that you thought was just
3  biologically not plausible, implausible, would you
4  still recommend that publication -- that study for
5  publication?
6      MS. AHERN: Objection.  Form.  Incomplete
7  hypothetical.  Other problems.
8      THE WITNESS:  I would ask the author to present
9  more convincing evidence.
10  BY MR. DEARING:
11      Q   Sure.  So you wouldn't -- you wouldn't approve
12  or recommend for publication a study that wasn't
13  biologically plausible, right, in your mind?
14      A   I would like to see the data and the evidence
15  that you're referring to, if there's a specific case
16  for me to answer this very general question.
17      Q   I don't have a specific case.  I'm asking you
18  a general question.
19          The general question is, if you were reviewing
20  a study on some cause of cancer -- and I'm not even
21  using a specific, any cause of cancer -- a cause of
22  cancer that was being purported in a study and you felt
23  like it wasn't biologically plausible, you would not
24  recommend that paper for publication; right?
25      MS. AHERN: Objection.  Form.

Page 213

1      THE WITNESS:  I'd like to see the study that you're
2  talking about.
3  BY MR. DEARING:
4      Q   There is no study.  I'm making it up.
5      MS. AHERN: Objection.
6      THE WITNESS:  Well, I don't want to comment about
7  things that you make up.
8  BY MR. DEARING:
9      Q   Okay.  So you don't have an opinion either way
10  whether -- if you reviewed a study that was suggesting
11  something that wasn't biologically plausible in your
12  mind whether you'd approve it for publication?
13      MS. AHERN: Objection.  Form.
14      THE WITNESS:  You're making these hypothetical
15  questions that, to me, are -- I can't answer that.
16  BY MR. DEARING:
17      Q   You can't answer the simple question of
18  whether a paper was sent to you to review that you felt
19  offered some theory that was not biologically
20  plausible, in your mind, whether you would recommend it
21  for publication?  You can't answer that question?
22      MS. AHERN: Objection.  Form.  Asked and answered
23  several times.
24      THE WITNESS:  No comment.
25      ///

54 (Pages 210 to 213)

Robert Kurman, M.D.

Page 214

1    BY MR. DEARING:
2        Q    I thought that was an easy question.
3            All right.  The second half of your report is
4    a criticism of Dr. Kane.
5            Do you agree?
6        A    Yes.
7        Q    And were you hired by Johnson & Johnson to
8    offer criticisms of Dr. Kane?
9        MS. AHERN:  Object to the form.
10        THE WITNESS:  No.
11    BY MR. DEARING:
12        Q    Were you offered by Johnson & Johnson to offer
13    your opinions about Dr. Kane's opinions?
14        A    I was asked --
15        MS. AHERN:  Objection.  Form.
16        THE WITNESS:  -- to review Dr. Kane's report and
17    comment on it.
18    BY MR. DEARING:
19        Q    One of the first things you say in your
20    comments section about Dr. Kane -- on page 12, you
21    write, "Although Dr. Kane offers opinions in a host of
22    areas outside her field, including epidemiology and
23    cancer biology" --
24        A    I'm sorry.  Where -- let's be on the same
25    page.

Page 215

1            Right in the beginning.  Okay.  Go ahead.
2        Q    You suggest in the last sentence of the first
3    paragraph that Dr. Kane is offering opinions in a host
4    of areas outside her field, including epidemiology and
5    cancer biology; right?
6        A    Yes.
7        Q    You would agree with me, wouldn't you, that a
8    pathologist, a learned, skilled pathologist, has a
9    working knowledge of epidemiology; right?
10        A    Working knowledge --
11        MS. AHERN:  Objection.  Form.
12        THE WITNESS:  -- is different than expertise.
13    BY MR. DEARING:
14        Q    I don't think she claimed to be an expert in
15    epidemiology.
16        A    Well, Dr. Kane, in her report -- she's been
17    asked to present pathology of ovarian cancer, as I
18    understand it -- devotes exactly one paragraph to a
19    discussion of ovarian cancer, which is less than a
20    percent of her entire report, and spends nearly
21    50 percent discussing epidemiology.  Doesn't make sense
22    to me.
23        Q    Well, you know how to read epidemiology
24    studies, don't you?
25        A    Yeah.

Page 216

1        Q    In fact, your textbooks often lead with a
2    section on epidemiology in every chapter almost, don't
3    they?
4        A    I said that earlier.  I said sure, we do that,
5    but I'm not focusing in on an epidemiology review.
6        Q    Well, it's full of epidemiological data, isn't
7    it?
8        A    Yes, yes, yes.
9        Q    Okay.  And, in fact, in one of your previous
10    editions, in the fifth edition, you actually have an
11    entire chapter devoted to epidemiology, don't you?
12        MS. AHERN:  Objection.  Form.
13        THE WITNESS:  You'll notice we removed that.
14    BY MR. DEARING:
15        Q    Yeah.  But you felt like it was important for
16    pathologists to understand epidemiology, and that's why
17    you put a chapter in this textbook; isn't it?
18        MS. AHERN:  Objection.  Form.
19        THE WITNESS:  In the fifth edition.  And then we
20    included it in each section in the sixth edition.
21    BY MR. DEARING:
22        Q    Right.
23        A    Of course, epidemiology is important.
24            (The document referenced below was
25    marked Deposition Exhibit 7 for

Page 217

1        identification and is appended hereto.)
2    BY MR. DEARING:
3        Q    I'm going to show you what's marked as
4    Exhibit 7, which is that chapter on epidemiology.
5        MS. AHERN:  Or a page from that chapter?
6        MR. DEARING:  The front page.  That's the cover
7    page from that chapter.
8        MS. AHERN:  From the fifth edition?
9        MR. DEARING:  The fifth edition.
10        MS. AHERN:  Okay.  Exhibit 7.  Do you have an extra
11    copy?  Okay.  Thank you.
12    BY MR. DEARING:
13        Q    And, as you can see, it's written by Dr. Mark
14    Schiffman, and it's Chapter 27.
15        A    Yes.
16        Q    And then he leads that chapter -- hopefully,
17    you can read that.
18        A    Well, I'm looking at your handout.
19        Q    Okay.  Yeah, even this one's hard to read.
20    I'm sorry.  My daughter made that for me a couple days
21    ago.  It says:
22            "Most pathologists are part-time
23        epidemiologists as well.  Two medical
24        disciplines are more closely allied
25        than" -- "the two medical disciplines

55 (Pages 214 to 217)

Robert Kurman, M.D.

Page 218

1    are more closely allied than many people
2    realize. Epidemiologists study the
3    distribution and determinants of
4    diseases in human populations. In
5    current medical practices, diseases are
6    often defined by histopathologic
7    diagnoses or by clinical pathologic test
8    values."
9        Did I read that right?
10    A   You read that correct.
11    Q   And this is a chapter you actually edited;
12   right?
13    MS. AHERN: Objection. Form.
14    THE WITNESS: The fifth edition, yes.
15   BY MR. DEARING:
16    Q   Okay. So there's nothing necessarily
17   inappropriate about a skilled, learned pathologist from
18   discussing pathology -- I mean, epidemiology; right?
19    A   Of course. But the point is she's a
20   pathologist and she spends over half -- nearly half her
21   report on epidemiology and a paragraph on pathology.
22   It doesn't seem right, even though we're part-time
23   epidemiologists.
24    Q   You spent half of your report critiquing
25   Dr. Kane. So I could suggest that's not right.

Page 219

1    MS. AHERN: Objection.
2    THE WITNESS: Well, that was in order to point out
3   the shortcomings of her analysis. That's all that
4   referred to.
5   BY MR. DEARING:
6    Q   I just want to make sure it's crystal-clear
7   that you're not suggesting skilled, experienced
8   pathologists, like yourself and Dr. Kane, don't
9   understand epidemiology.
10    MS. AHERN: Objection. Form.
11    THE WITNESS: I never said that.
12   BY MR. DEARING:
13    Q   All right. And would you agree with me that
14   you can't explain cancer pathology and etiology without
15   some understanding and explanation of cancer biology?
16    MS. AHERN: Objection. Form.
17    THE WITNESS: Cancer biology and epidemiology all
18   come into play.
19   BY MR. DEARING:
20    Q   So skilled, experienced, learned pathologists
21   typically do know quite a bit about cancer biology if
22   they are studying cancer; right?
23    MS. AHERN: Objection. Form.
24    THE WITNESS: Well, again, there's a difference
25   between a pathologist that's a molecular biologist

Page 220

1    doing bench research and the pathologist who's doing
2    surgical pathology. So, yes, of course, a surgical
3    pathologist is going to be aware and understanding but
4    is not going to have expertise necessarily in cancer
5    biology.
6    BY MR. DEARING:
7    Q   Well, pathologists have had training in cancer
8    biology, haven't they?
9    A   Well, we read about it, we acquaint ourselves
10   with it, we go to lectures, we know something about it,
11   but we are not experts in it necessarily.
12    Q   And cancer pathology papers often discuss cell
13   biology, don't they?
14    A   Yes.
15    Q   You go on to state that your primary area of
16   expertise is gynecologic pathology.
17        So tell me, what is your -- well, you've
18   already explained to us what your methodology is. Do
19   you have any criticism of Dr. Kane's methodology as far
20   as her -- I know you disagree with some of her
21   opinions, but do you have any criticism of the
22   methodology she used to go about that?
23    A   Yes.
24    Q   Okay. Tell me what that criticism is.
25    A   Well, one of the main things to start with is

Page 221

1    something we've been discussing during the entire
2    course of this deposition, and that is that it's now
3    generally accepted that high-grade serous carcinoma of
4    the ovary begins in the fallopian tube with a precursor
5    p53 signature, p53 STICs, and not the surface
6    epithelium of the ovary. And she even admits that.
7    But yet all the data that she cites, various biology,
8    the cell cultures and studies that she refers, they're
9    all dealing with the epithelial ovarian tissue, the
10   surface epithelium of the ovary, which is not the
11   precursor of ovarian cancer. So those are not valid.
12    Q   It sounds like you are disagreeing with her
13   opinion as to the carcinogenesis of ovarian cancers if
14   her opinion is they're starting in epithelial cells on
15   the ovarian surface; right?
16    MS. AHERN: Objection. Form.
17   BY MR. DEARING:
18    Q   Is that what you're saying?
19    MS. AHERN: Objection. Form.
20    THE WITNESS: I'm disagreeing with the studies that
21   she cites to support her opinion that talc causes
22   ovarian cancer are based on studies in which she has
23   not looked at the true precursor of high-grade serous
24   carcinoma. That's what I'm saying.
25    ///

Robert Kurman, M.D.

Page 222

```
 1   BY MR. DEARING:
 2       Q   Sir, are you saying she's relying on faulty
 3   studies to reach her conclusions?
 4       A   In -- the studies may not be faulty, just the
 5   wrong study.  Well, as I've said, the precursors -- you
 6   need causation, initiation.  We talked about this all
 7   morning.  Should be looking at the precursor lesion in
 8   the organ where the lesion begins.
 9           She's looking at -- she's looking at the
10   ovarian surface epithelium, or at least citing studies
11   that evaluated the ovarian surface epithelium, which is
12   not where these cancers begin.  So, therefore, she has
13   selected studies that are inappropriate.
14       Q   Do you have any other criticism of her
15   methodology other than she's looked at --
16       A   Well, we can go through them if you want on
17   every -- you know, one at a time.
18       Q   Let's just talk just generally with regard to
19   methodology.  And we can talk -- we will go
20   individually.
21       A   Okay.
22       Q   But from just a general standpoint, you
23   suggested one problem with her methodology is that
24   she's looking at the wrong studies.
25       A   Right.
```

Page 223

```
 1       Q   Any other criticism of her methodology
 2   generally?
 3       A   Some of the studies themselves may have issues
 4   with them specifically.  But that, I think, is one of
 5   the main problems, if you're trying to present evidence
 6   for ovarian carcinogenesis and causation, to select the
 7   wrong tissues to be evaluated.  Everything else goes by
 8   the wayside.  If the first part doesn't make any sense
 9   biologically, then the rest is of no value.
10       Q   Okay.  Let's start breaking it down issue by
11   issue.
12           One of the first issues you identify -- that
13   you criticize is that Dr. Kane made observations
14   regarding similarities between talc and asbestos and
15   between high-grade serous carcinoma and mesothelioma.
16   We've already discussed the Bradford Hill causation
17   analysis to some extent.
18           Do you agree with me that this -- that that
19   analogy is also one of those nine considerations of
20   Bradford Hill; right?
21       A   Yes.  Analogy is, yes.
22       Q   So with regard to Dr. Kane looking at the
23   wrong studies and your criticism of her methodology, is
24   there anything else that comes to mind with regard to
25   her methodology that you think is inappropriate?
```

Page 224

```
 1       A   Well, you want to begin with analogy?  You
 2   just brought it up a minute ago.
 3       Q   Sure.
 4       A   Okay.  I can read from my report.
 5           "Dr. Kane overstates the
 6   significance of compositional
 7   similarities between talc and asbestos.
 8   Specifically, Dr. Kane relies on an
 9   observed 'chemical similarity' between
10   the two, but the two -- but the fact the
11   two materials have similar chemical
12   compositions does not mean they will
13   have similar effects on the body.  For
14   instance, the chemical composition of
15   water is almost identical to that of
16   hydrogen peroxide -- they differ by only
17   one oxygen atom -- but their biological
18   effects are vastly different.  Dr. Kane
19   fails to provide any support for her
20   suggestion that compositional
21   similarities between talc and asbestos
22   result in similar biologic effects.
23   While talc and asbestos are both
24   silicate minerals, talc is inert.  By
25   contrast, surface reactivity and the
```

Page 225

```
 1   ability to release free radicals
 2   contribute to the pathogenic effects of
 3   asbestos."
 4           Do you want me to go on?
 5       Q   Can you I stop you there?  No, I don't.  I
 6   just didn't want to cut you off midsentence.
 7       A   Okay.
 8       Q   I know what your report says.  I want to ask
 9   you some questions about it.
10       A   Okay.
11       Q   So your criticism of her application of
12   analogy --
13       A   Right.
14       Q   -- the one of nine Bradford Hill
15   considerations --
16       A   Right.
17       Q   -- you think that's a methodology flaw?
18       A   Yes.  And also, even -- you didn't want me to
19   go on, but the next is that the analogy between
20   malignant mesothelioma --
21       Q   I'll get to that.
22       A   -- and -- okay.
23       Q   You agree with me that Dr. Kane is not saying
24   that talc and asbestos are morphologically identical;
25   right?
```

57 (Pages 222 to 225)

Robert Kurman, M.D.

Page 226

1    A    She makes that comment at some point, but then
2    she says they're similar.
3    Q    She doesn't say they're identical, does she?
4    A    She may not, but she builds her whole case of
5    analogy on the fact that they're doing the same thing.
6    Q    I think you testified already, you haven't
7    look at talc fibers under a microscope, have you?
8    A    I have not.
9    Q    So you don't know whether asbestiform talc
10   fibers and asbestos fibers are similar; right?
11         MS. AHERN: Objection. Form.
12   BY MR. DEARING:
13   Q    Similar in morphology.
14         MS. AHERN: Objection. Form.
15         THE WITNESS: I'm referring to what is easily
16   available in the literature, even for a layman who's
17   not a mineralogist --
18   BY MR. DEARING:
19   Q    Okay.
20   A    -- that talc and asbestos are very different
21   from a structural standpoint. Structure is more
22   important, in fact, than chemistry in causing
23   biological effects.
24   Q    I'm not talking about chemistry. I'm talking
25   about morphology.

Page 227

1    A    Right.
2    Q    They're both needle-like fibers. So they're
3    similar.
4    A    No, they're not.
5    Q    They're not similar at all?
6    A    No.
7    Q    Okay. We already talked about the fact that
8    IARC treats asbestos fibers and asbestiform fibrous
9    talc the same with regard to the carcinogenicity
10   evaluation; right?
11        MS. AHERN: Objection. Form.
12        THE WITNESS: Again, there's a lot of confusion in
13   this terminology, and I don't want to get stuck into
14   that.
15   BY MR. DEARING:
16   Q    I'm not confused.
17   A    You're better than I am.
18   Q    Well, I don't want to confuse you. So let me
19   put it out there again. Maybe you just don't know, but
20   do you know whether IARC has classified fibrous talc,
21   specifically asbestiform fibrous talc, as carcinogenic
22   as it did asbestos fibers?
23        MS. AHERN: Objection. Asked and answered. And I
24   think this is supposed to be about Dr. Kane's report,
25   and she doesn't mention asbestiform talc when she's

Page 228

1    making this analogy comparison.
2         MS. GARBER: This is a speaking objection.
3         MR. DEARING: Thank you. You don't need to do
4    that.
5         MS. AHERN: Well, it was, I think, appropriate
6    under the circumstances. You are talking past each
7    other.
8         MS. GARBER: It's not appropriate under CMO 11.
9    You've been doing it all day. You should stop because
10   you're breaking the rules.
11   BY MR. DEARING:
12   Q    You don't discuss fibrous talc in your report?
13   A    That's right.
14   Q    Is that why you're looking at your report?
15   A    I'm looking at my report, yeah.
16   Q    Okay. So do you have an answer to that
17   question?
18   A    My answer is that talc, as the -- as is
19   reported in the literature, has been indicated in
20   virtually every study to be different than asbestos.
21   Q    It is different.
22   A    I'm not getting into asbestiform or any of
23   that stuff.
24   Q    Okay. I don't know if you know the answer to
25   this question, but when a scientist is using the

Page 229

1    Bradford Hill assessment to determine causal
2    association and that scientist is studying analogy, you
3    agree that analogy doesn't mean that the -- the agents
4    are identical, but what it means is that they are --
5    they have reasonable demonstrable similarities; right?
6    Do you know that or --
7    A    I'm aware of that, but I don't believe they
8    have reasonable demonstrable similarities.
9    Q    Fair enough.
10        Do you agree that both fibrous talc and
11   asbestos are both fibrous silicate minerals that cannot
12   be readily absorbed or dissolved by the body?
13        MS. AHERN: Objection. Form.
14        THE WITNESS: Talc cannot be easily absorbed and
15   degraded. Asbestos, on the other hand, can penetrate
16   tissues and stay in there for periods of time and get
17   into small areas that can lead to development of
18   mesothelioma.
19   BY MR. DEARING:
20   Q    And they both elicit a biomechanistic
21   foreign-body response in the body; right?
22        MS. AHERN: Objection. Form.
23        THE WITNESS: Again, I'm not aware of asbestos
24   producing a foreign-body giant cell granulomatous
25   reaction. It produces fibrosis.

58 (Pages 226 to 229)

Robert Kurman, M.D.

Page 230

1  BY MR. DEARING:
2    Q   You use the analogy of water and hydrogen
3  peroxide as two things that may look similar that are
4  very different.
5        Did you come up with that yourself?  Because
6  it's actually been used in two opening statements in
7  trials.
8    MS. AHERN:  Objection.  Form.
9    THE WITNESS:  Honestly, I have another suggest --
10  it was actually brought up by counsel, and I totally
11  agreed with it.  But I actually had other comparisons
12  that I could have mentioned, which I didn't.
13  BY MR. DEARING:
14    Q   You go on to say in your report that talc
15  particles are normally plate-like, unlike asbestos
16  fibers.  And I assume you read that somewhere; right?
17    A   Yeah, probably in the IARC monograph.
18    Q   But you make no mention of fibrous talc.  Do
19  you know that fibrous talc exists?
20    MS. AHERN:  Objection.  Form.
21    THE WITNESS:  I've already commented on the
22  business of fibrous talc.  I'm not going to get into
23  it.
24  BY MR. DEARING:
25    Q   I just want to know if you knew about it.

Page 231

1    A   Sure, sure.
2    Q   All I'm asking is if you know whether it
3  exist.
4    A   I've known it.  I've seen it mentioned.  Yeah,
5  sure.
6    Q   So you know about it; you just didn't feel the
7  need to mention it in your report?
8    MS. AHERN:  Objection.  Form.
9    THE WITNESS:  Well, I didn't want to go into all
10  those details because I didn't feel that it was
11  necessary.  I thought there was sufficient evidence to
12  indicate that talc, as described in the literature, is
13  different from asbestos described in the literature
14  insofar as the biological effects that the two produce.
15  BY MR. DEARING:
16    Q   In your report on page 14, you state "In any
17  event, although it is well established that" --
18    A   Wait, wait, wait.  I see Dr. Kane's claim.
19  Are we worried about that?  Where are we?
20    Q   Right.  It's about -- one, two, three, four --
21  five lines down from the top, starting "in any event."
22    A   Oh.  Top photograph.
23    Q   Right.
24    A   One, two, three four -- "in any event."  Okay.
25  Go ahead.

Page 232

1    Q   It says:
2        "In any event, although it is well
3  established that asbestos exposure can
4  cause pleural mesothelioma (and much
5  less commonly lung cancer), the data
6  implicating asbestos exposure and
7  ovarian cancer is significantly weaker."
8        When you make that statement about ovarian
9  cancer, you're referring to epidemiological data,
10  right, when you say "data"?
11    A   Pretty much so, yes.
12    Q   So you criticize Dr. Kane for discussing
13  epidemiology, and then you rely on an epidemiological
14  study for -- to support your criticism; right?
15    A   Well, in order to criticize her
16  epidemiological studies, I had to use epidemiological
17  studies.
18    Q   Okay.  But you agree that, as we've already
19  seen, the data implicating asbestos exposure and
20  ovarian cancer was strong enough for IARC to make that
21  connection; right?
22    MS. AHERN:  Objection.  Form.
23    THE WITNESS:  We've discussed this earlier, and I
24  mentioned the various -- what I felt are shortcomings
25  of that analysis, and it's summarized here.  Especially

Page 233

1  when you're comparing it to perineal exposure of talc,
2  we're talking about inhalation studies, we're talking
3  about very high occupational exposures or environmental
4  exposures which are very high.  The number of women in
5  these studies is very small, and there's a significant
6  chance that these tumors were not carcinomas but
7  mesotheliomas.
8  BY MR. DEARING:
9    Q   So several times you keep saying occupational
10  exposure and that exposure was very high.  But if you
11  don't believe asbestos can cause ovarian cancer, why
12  does it matter how high the exposure is?
13    A   Well, certain thresholds are required for
14  certain things.
15    Q   Do you think if there's enough ovarian
16  exposure to asbestos, that it might cause ovarian
17  cancer?
18    A   I'm saying that's maybe why they came to that
19  conclusion.  They're looking at huge exposures.  And,
20  yeah, that may be very significant as opposed to a very
21  minimal exposure.
22    Q   Of course, when Dr. Kane made the observation
23  that high-grade serous carcinoma and mesothelioma have
24  striking morphologic similarities, she also referred to
25  two studies that suggest the same thing; right?

59 (Pages 230 to 233)

Robert Kurman, M.D.

Page 234

1    A   I'd have to look at her report, what those two
2  studies are.
3    Q   I actually don't have her report.  I'm sorry.
4    A   I can't comment.
5    Q   Well, would you agree with me that high-grade
6  serous carcinoma and mesothelioma, although not
7  identical, they do have significant morphologic
8  similarities?
9    MS. AHERN: Objection. Form.
10    THE WITNESS: Lots of tumors have similar
11  morphologic similarities.
12  BY MR. DEARING:
13    Q   Well, those two are so close that pathologists
14  might have mistaken one for the other for years before
15  histopathologic stains were improved eight years ago.
16    A   I think, if you weren't an expert in
17  gynecologic pathology, that may have been -- that may
18  have been an issue.
19    Q   So are you agreeing me that they're
20  pathologically similar enough to where experienced
21  surgical pathologists may have been diagnosing ovarian
22  cancer when it was mesothelioma or vice versa?
23    A   No.  You said -- I said experienced
24  pathologists probably would not have that problem.
25  Inexperienced pathologists might have that problem.

Page 235

1    Q   Well, let's quote it exactly, on page 14.  You
2  state in the last sentence or so of the first paragraph
3  "Finally, from a pathology standpoint" --
4    A   Wait, wait.  I don't see -- where's "finally"?
5    Q   Last sentence, Doctor.  You're way below it.
6  First paragraph.
7    A   Oh, the first paragraph.
8    Q   Top paragraph.
9    A   "Finally."  I see it.
10    Q   Okay.
11    "Finally, from a pathology
12  standpoint, there is a significant
13  likelihood that some tumors observed in
14  these occupational studies, which are
15  quite dated, were misclassified due to
16  misreporting on death certificates and
17  lack of immunohistochemical analysis to
18  adequately distinguish peritoneal
19  mesothelioma from ovarian cancer (i.e.,
20  peritoneal mesotheliomas were
21  misdiagnosed as ovarian carcinomas)."
22    So by acknowledging that the pathologists may
23  have misdiagnosed those tumors but then saying but not
24  an experienced -- an experienced pathologist wouldn't
25  make that mistake, are you saying that all the

Page 236

1  pathologists that are referred to in these studies were
2  inexperienced?
3    A   One of the studies that they're describing,
4  they describe using the Danish Cancer Registry, and I
5  have, in fact, done studies with the Danish Cancer
6  Registry.  And they report a certain disagreement.  I
7  think I came up with 16 percent or something like that.
8  And I said, well, maybe it could even be as high as
9  20 percent.
10    Well, you have to understand how these
11  registry studies are done, at least in Denmark where I
12  have direct personal experience.  These -- the data
13  that comes in are from every hospital throughout the
14  country of Denmark, and it's based on pathology
15  records, for the most part.
16    When we did our studies of ovarian tumors,
17  borderline tumors, we requested that the slides be sent
18  in.  And they probably did something like that in one
19  of those studies.  And I can tell you that in our
20  studies, looking at those cases that had been
21  classified -- I'm talking about the borderline
22  studies -- there was significant disagreement because
23  those pathologists weren't that skilled.  They just
24  didn't see enough of these rather uncommon cases to
25  make the correct diagnosis.

Page 237

1    And I suspect a similar thing may have
2  happened with these mesotheliomas.  Mesotheliomas are
3  relatively uncommon.  Little hospitals throughout
4  Denmark may be seeing one mesothelioma, you know, every
5  five years.  So they don't have that much experience.
6  So they may have misclassified them.  They may be
7  higher than the 16 percent that they refer to.
8    That's what I was getting at.
9    Q   So the bottom line is you're speculating that
10  some of these pathologists may have misdiagnosed
11  mesotheliomas for ovarian carcinomas?
12    MS. AHERN: Objection. Form.
13    THE WITNESS: I'm basing it on my own experience.
14  Not with mesothelioma, but with the Danish tumor
15  registry, with cases seen by nonexpert pathologists
16  sending in to a central review that there is -- there
17  was misclassification, yes.
18  BY MR. DEARING:
19    Q   So this is a court proceeding, and in court
20  we're interested in evidence.  And do you have any
21  evidence that these pathologists in this study that
22  you're referring to likely misdiagnosed ovarian
23  carcinomas for mesotheliomas?
24    MS. AHERN: Objection. Form.
25    THE WITNESS: I said there's a significant

60 (Pages 234 to 237)

Robert Kurman, M.D.

Page 238

1    possibility.  I didn't say likelihood.
2    BY MR. DEARING:
3        Q    What are you basing that on other than -- you
4    said -- well, you're basing that on your experience
5    with Denmark?
6        A    Well, I can -- yes, my experience with Denmark
7    and the Danish tumor registry.
8        Q    Okay.  Would you agree with me that the fact
9    that skilled surgical pathologists might be confusing
10   ovarian cancers with mesothelial cancers or
11   mesotheliomas, it suggests that those cancers are
12   sufficiently similar to meet the analogy consideration
13   of Bradford Hill?
14       MS. AHERN:  Objection.  Form.
15       THE WITNESS:  As I said, a skilled gynecologic
16   pathologist, I don't think, would make that mistake.  I
17   think some of those misclassifications are due to
18   nonskilled pathologists who don't see that much.  And,
19   therefore, mesothelioma and -- malignant mesothelioma
20   and high-grade serous carcinoma can be distinguished
21   morphologically and aided also with immunized
22   chemistry.
23   BY MR. DEARING:
24       Q    Sure.  I'm not saying they can't be
25   distinguished.  They clearly can be.  My question is

Page 239

1    the fact that these surgeons were confusing them for
2    years, apparently, doesn't that rise to the level of
3    analogy for purposes of a Bradford Hill causal
4    association analysis?
5        MS. AHERN:  Objection.  Form.
6        THE WITNESS:  You mean pathologists, not surgeons.
7    Pathologists.
8    BY MR. DEARING:
9        Q    Pathologists, right.
10       A    I don't think it rises to the level necessary
11   to really prove that there's analogy.
12       Q    You also take exception to Dr. Kane's
13   recitation of the evidence that talc-induced chronic
14   inflammation can cause ovarian cancer; right?
15       A    Are we on a specific page of my report or her
16   report?
17       Q    Sure.  It's just the next section.
18   "Talc-induced chronic inflammation is a cause of
19   ovarian cancer."
20       A    Okay.  All right.  Okay.
21       Q    We've already had a lengthy conversation about
22   foreign-body granulomas and foreign-body responses.
23       A    Right.
24       Q    But for support -- well, first, you say
25   "foreign-body granuloma" -- I'm sorry.

Page 240

1        Q    Last sentence of the first paragraph.
2        A    Yes.
3        Q    Actually, that's not it.  Wait a minute.
4            On the next page, second sentence, page 16.
5    You say, "Foreign-body granulomas are what you would
6    expect to find in tissue exposed to noninfectious
7    material like talc and surgical gloves"; right?
8        A    Sutures.
9        Q    I'm sorry, surgical sutures.
10           And for support of that statement, you cite to
11   a study by Dr. Kabeer Shah in the Journal of Clinical
12   Tuberculosis and Other Mycobacterial Diseases; right?
13       A    Let me see.  That's 108.  That doesn't seem to
14   be the right reference.  Hmm.  Oh, 106.  Sorry.  No,
15   106 doesn't seem to be correct either.
16           Am I looking at the wrong part?
17           Shah here.  It should be 95, the reference.
18       MS. AHERN:  I think he's referring to your
19   footnote.
20       THE WITNESS:  Could you please repeat your question
21   and tell me what you're referring to exactly.
22   BY MR. DEARING:
23       Q    Sure.  With regard to your statement,
24   "Foreign-body granulomas are what you would expect to
25   find in tissue exposed to noninfectious material like

Page 241

1    talc and surgical sutures," and you say footnote 108 to
2    support that statement; right?
3        A    Shah, yes.
4        Q    Right.  You go down to footnote 108, that's
5    the Shah study?
6        A    Right.
7        Q    Okay.  I'm handing you the Shah study that I
8    believe you're referring to.
9        MR. DEARING:  Anybody else want a copy?
10           I'm going to mark it as Exhibit Number 8.
11       MS. AHERN:  Thank you.
12       MR. DEARING:  Will you give him the marked one so
13   we can be proper about this.
14       MS. AHERN:  Yeah.
15           (The document referenced below was
16           marked Deposition Exhibit 8 for
17           identification and is appended hereto.)
18   BY MR. DEARING:
19       Q    Is that the study that you relied on for that
20   statement?
21       A    Yes.
22       Q    And this study is entitled "Histopathologic
23   Review of Granulomatous Inflammation"; right?
24       A    Yes.
25       Q    And Dr. Shah does suggest granulomatous

Robert Kurman, M.D.

Page 242

1  inflammation might be associated with talc, surgical
2  sutures, and food material?
3      A   Are you reading something specifically that I
4  should be looking at?
5      Q   Well, sure.  On page 3 --
6      A   Okay.
7      Q   -- about a little over midway down the
8  left-hand column --
9      A   All right.
10     Q   -- it starts "Two broad forms."
11     A   Yes.
12     Q   And we talked about these already.
13     A   Right.
14     Q   "Two broad forms of well-defined granuloma
15  exist, defined by their etiology."  There's that word
16  again.
17         Do you know how he is using the word
18  "etiology" in that sentence?
19     A   Yeah.  He's dividing them into those that are
20  foreign-body giant cell granulomas and immune
21  granulomas.  That's all I can make out of it.
22     Q   So -- okay.  And he says, "Foreign-body giant
23  cells are histiocytic reactions to otherwise inert
24  material without an adaptive immune response, for
25  example, suture, talc, and food material"; right?

Page 243

1      A   Yep.
2      Q   "A collection of histiocytes
3  surround the foreign material and as
4  single histiocytes are unable to
5  phagocytize the foreign material alone.
6  The foreign material" -- I'm sorry.
7  "The foreign material can be visualized
8  by light microscopy and often exhibits
9  birefringence using polarized light."
10         So histiocytes are macrophages; right?
11     A   Right.
12     Q   Okay.  So what he's saying there is that these
13  giant cells form when macrophages alone cannot engulf
14  the particle; right?
15     A   Well, when a single, I think, macrophage
16  can't, so they join forces to encompass this larger
17  material.
18     Q   So when the material is too big for a single
19  macrophage to phagocytize -- which means to ingest --
20  right?
21     A   Right.
22     Q   So if the particle is too big for the
23  macrophage to ingest alone, more macrophages join in,
24  and then a giant cell granuloma is formed; right?
25     A   Correct.

Page 244

1          MS. AHERN:  Objection.  Form.
2   BY MR. DEARING:
3      Q   And in your years of experience, you've never
4   observed -- well, let me ask you, have you ever
5   observed a surgical suture in gynecologic --
6      A   Oh, yes.
7      Q   -- material?
8      A   Yeah.
9      Q   And did they form granulomatous reactions --
10     A   Yes.
11     Q   -- or granulomas?
12     A   Yes.
13     Q   You can actually see surgical sutures and
14  granulomas with the naked eye, can't you?
15     A   You can actually see them with the naked eye,
16  that's right.
17     Q   That's because surgical sutures are quite
18  large compared to talc particles, aren't they?
19         MS. AHERN:  Objection.  Form.
20  BY MR. DEARING:
21     Q   Well, let me ask you --
22         THE WITNESS:  I would think so, yes.
23  BY MR. DEARING:
24     Q   Based on Dr. McDonald's study we've already
25  looked at --

Page 245

1      A   Right.
2      Q   If the average size of a talc particle in
3   gynecologic tissue that they've studied is in the 5- to
4   10-micron range, a typical surgical suture is probably
5   a thousand times larger than that; right?
6      A   Sure, it's larger.  Sure.
7      Q   Not just larger, a thousand times larger?
8          MS. AHERN:  Objection.  Form.
9          THE WITNESS:  I don't know if it's a thousand or
10  500 or 200 or what.  Larger.
11  BY MR. DEARING:
12     Q   Well, by reference, would you agree that a
13  human hair is about 80 to 100 microns in diameter?
14     A   I honestly have never measured.  I don't know.
15     Q   Does that seem unreasonable?  I looked it up.
16     A   You looked it up.  I haven't looked it up, so
17  I don't --
18     Q   Okay.
19     A   Since I'm under oath, I don't want to say
20  something that may not be true.
21     Q   Okay.  Well, I'm just trying to add context to
22  what a micron is in size.
23         So we're talking about granulomatous responses
24  to surgical sutures that are -- if -- if talc particles
25  and tissue are 5 microns, surgical sutures are probably

62 (Pages 242 to 245)

Robert Kurman, M.D.

Page 246

1    a thousand times bigger than a talc particle; right?
2         MS. AHERN: Objection. Form.
3         THE WITNESS: We didn't agree on your -- the
4    decision that they're a thousand times -- but they're
5    larger. Let's put it that way.
6    BY MR. DEARING:
7         Q   Well, you can't see a 5-micron talc particle
8    with the naked eye, can you?
9         A   No.
10        Q   But you can see a surgical suture with the
11   naked eye?
12        A   Yeah. But I can't extrapolate from that that
13   it's a thousand times larger. That's all I'm saying.
14        Q   Right. It's probably bigger than that, but
15   the point is made.
16        So when Dr. Shah suggested talc might elicit a
17   granulomatous response, he's referring to very large
18   talc particles, not small 5-micron particles or large
19   clusters of particles; right?
20        MS. AHERN: Objection. Form.
21   BY MR. DEARING:
22        Q   Do you not have an answer to that?
23        A   Oh, I'm sorry. I missed it. What was your
24   question?
25        Q   So when Dr. Shah is suggesting that talc might

Page 247

1    elicit a granulomatous response, he's referring to very
2    large talc particles, like industrial grade, not
3    cosmetic-grade particles that are 5 microns?
4         MS. AHERN: Okay.
5    BY MR. DEARING:
6         Q   Or large clusters of particles, he might be
7    referring to those?
8         MS. AHERN: Objection. Form.
9         THE WITNESS: Yeah. I mean, I don't see why
10   cosmetic talc can't clump together and form larger
11   particles.
12   BY MR. DEARING:
13        Q   And, again, the statement that you're using
14   the study to support is that foreign-body granulomas
15   are what you would expect to find in tissue exposed to
16   noninfectious material like talc and surgical sutures.
17        You are talking about gynecologic tissue
18   exposed to talc, right --
19        A   Yeah.
20        Q   -- when you make that statement?
21        MS. AHERN: Objection. Form.
22        THE WITNESS: Sure.
23   BY MR. DEARING:
24        Q   Okay. Dr. Shah never once mentions talc and
25   granulomatous inflammation in ovarian tissue, does he,

Page 248

1    in this study?
2         MS. AHERN: Objection. Form.
3         THE WITNESS: As I recall --
4    BY MR. DEARING:
5         Q   Or any gynecologic tissue, for that matter?
6         A   Not specifically.
7         MS. AHERN: Objection. Form.
8    BY MR. DEARING:
9         Q   When he discusses reactions to talc, he's
10   referring to lung tissue that has trapped large talc
11   particles or clusters of particles by either inhalation
12   or surgical pleurodesis; right?
13        MS. AHERN: Objection. Where are you reading from?
14   In the Shah article?
15        MR. DEARING: Yeah.
16   BY MR. DEARING:
17        Q   In the beginning, he describes the organs that
18   he's considering.
19        MS. AHERN: I'm sorry. The abstract?
20        MR. DEARING: Maybe.
21   BY MR. DEARING:
22        Q   Yeah. "The pulmonary system is one of the
23   most commonly affected sites to encounter granulomatous
24   inflammation."
25        A   Okay.

Page 249

1         Q   Okay. But the point is he doesn't talk about
2    any gynecologic tissue in his response to talc in this
3    study; right?
4         A   I guess it's because it's so rare.
5         Q   Well, you're using a study to support the
6    statement that foreign-body granulomas will form in
7    gynecologic tissue if they're exposed to talc.
8         A   Right.
9         Q   And you're using a study that doesn't even
10   discuss gynecologic tissue; right?
11        A   There's no reason for me to think that there
12   would be a difference, but --
13        Q   Okay.
14        A   -- he didn't describe it, GYN.
15        Q   Okay. Look on page 5, if you would. And
16   that's a photomicrograph. And the way Dr. Shah
17   describes it is first he identifies a foreign-body
18   giant cell reaction within the lung alveoli, and then
19   he says, "with macrophages engulfing inhaled talc."
20        A   Okay.
21        Q   So what he's saying there is that it's
22   actually macrophages engulfing talc particles, right,
23   not --
24        A   We just said that before. Macrophages are
25   equivalent to histiocytes.

Robert Kurman, M.D.

Page 250

1    Q   Right.  But my point is he includes a
2  photomicrograph of that happening just like
3  Dr. McDonald, Godleski, Welch, that group did in that
4  study that we went over a little while ago; right?
5    MS. AHERN:  Objection.  Form.  Mischaracterizes the
6  paper.
7    THE WITNESS:  Perhaps so.
8  BY MR. DEARING:
9    Q   Can you tell from looking at this
10 photomicrograph whether talc particles are being
11 engulfed by macrophages?
12   A   On the H&E slide, I can see it, yes.
13   Q   So you believe that that's being accurately
14 described?
15   A   I can see it, yes.  I couldn't see it in that
16 other paper.
17   Q   Okay.  So on page 20 of your report, you
18 criticize Dr. Kane for discussing parts of the body
19 that is unrelated to ovarian carcinogenesis, yet --
20   A   What are you referring to now?  What
21 paragraph?
22   Q   Anyway -- and if I'm remembering this wrong,
23 feel free to correct me; it's your report.  But I seem
24 to recall that you were criticizing Dr. Kane for using
25 studies that didn't pertain to gynecologic tissue, they

Page 251

1  weren't gynecology studies, to support one of her
2  propositions.
3    Do you remember criticizing her for that?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  I know you're having a problem, but
6  I -- that came up different places, so I'd like to see
7  exactly where you're referring so that I can try to
8  respond.
9  BY MR. DEARING:
10   Q   Well, tell you what.  If I have time, I'll
11 come back to that.
12   A   Okay.
13   Q   It's not that important.
14   A   Okay.
15   Q   The fact is many pathologists who have studied
16 talc particles in tissue have recognized macrophages as
17 the foreign-body response in talc particles, not large
18 cell or giant cell granulomas; right?
19   MS. AHERN:  Objection.  Form.
20   THE WITNESS:  No.  The macrophages form giant
21 cell --
22 BY MR. DEARING:
23   Q   Right.
24   A   -- foreign-body giant cells.
25   Q   But as evidenced in these photomicrographs and

Page 252

1  presumably those of Dr. McDonald's study as well,
2  macrophages can adequately sequester smaller talc
3  particles; right?
4    A   Well, yeah.  And they present that in the
5  article.  These are foreign-body granulomas that you're
6  seeing here.  These collections of -- all of them
7  together form a foreign-body granuloma.
8    Q   But they're described as macrophages.
9    A   Yeah, but the macrophages form the granuloma.
10   Q   Only when they connect; right?
11   A   No, when they lump together.
12   Q   Right.
13   A   You can see it says "foreign-body giant cell
14 reaction within long alveoli with macrophages engulfing
15 inhaled talc."
16     So the macrophages inhale the talc or
17 phagocytize it.  And as they come together, they form a
18 foreign-body giant cell.
19   MS. GARBER:  I'm just going to object to Ms. Ahern
20 pointing out to the doctor where to look during his
21 testimony.  I request that she stop doing that.  It's
22 also violating the rules.
23   MS. AHERN:  Well, he's asking about that.  I just
24 simply pointed him to what he was asking him about.
25   MS. GARBER:  You pointed him to where he needed to

Page 253

1  look to answer the question, so please stop doing that.
2    MS. AHERN:  Well, the question was misleading.  I'm
3  trying to assume that macrophages are different from
4  foreign-body reaction.
5    MR. DEARING:  Okay.  Well, make an objection.
6  Don't coach the witness.  Okay.  Just make an
7  objection.  That's what you're supposed to do.
8    MS. AHERN:  Well, stop asking misleading questions.
9  BY MR. DEARING:
10   Q   The same pathologists that have reported
11 observing macrophages responding to talc particles in
12 tissue also suggest that the reason giant cell
13 granulomas are not formed is because the talc particles
14 are too small and the macrophages can adequately
15 sequester them.
16     Do you agree with that position?
17   MS. AHERN:  Objection.  Form.
18   THE WITNESS:  Please show me the reference that
19 you're making.
20 BY MR. DEARING:
21   Q   You haven't read any studies that you can
22 recall that say that?
23   A   No, not specifically.
24   Q   Okay.  While we're on the topic of
25 macrophages, would you agree with me that macrophages

64 (Pages 250 to 253)

Robert Kurman, M.D.

Page 254

1    can also release reactive oxygen species and reactive
2    nitrogen species when they deteriorate?
3        MS. AHERN: Objection. Form.
4        THE WITNESS: Yes, they can.
5    BY MR. DEARING:
6        Q   Have you taught medical students as part of
7    your career?
8        A   Yes.
9        Q   What did you teach medical students with
10   regard to whether size of foreign particles in any way
11   determines the type of foreign-body reaction to it?
12       MS. AHERN: Objection. Form.
13       THE WITNESS: I don't think I ever taught them
14   anything about that.
15   BY MR. DEARING:
16       Q   Well, you certainly taught them about
17   macrophages and giant cell granulomas; right?
18       MS. AHERN: Objection. Form.
19       THE WITNESS: Actually, I don't think I did.
20   BY MR. DEARING:
21       Q   Okay. Something else you wrote in Blaustein's
22   fourth edition --
23           Tell you what. Can we take about a
24   five-minute break?
25       THE WITNESS: Sure.

Page 255

1        VIDEO OPERATOR BROWN: Time is now 4:05. Going off
2    the record.
3        (Recess taken.)
4        VIDEO OPERATOR BROWN: Okay. Time is now 4:20.
5    Back on the record.
6        (The document referenced below was
7        marked Deposition Exhibit 9 for
8        identification and is appended hereto.)
9    BY MR. DEARING:
10       Q   Doctor, I'm showing you a portion of
11   Blaustein's Pathology of the Female Genital Tract,
12   Fourth Edition, marked as Exhibit Number 9.
13           Actually, I'm sorry. Can I see that one
14   again. Want to make sure I'm giving you the right one.
15   I'm not.
16       MS. AHERN: Thank you.
17   BY MR. DEARING:
18       Q   And, Doctor, this is an excerpt from
19   Chapter 14. It's entitled "Diseases of the Fallopian
20   Tube," and it looks like it was authored by you and
21   Dr. Mazur; is that right?
22       A   It looks that way, yes.
23       Q   Okay. What I want to point out is, on
24   page 376, at the bottom, there's a paragraph that --
25   well, almost at the bottom, there's a paragraph that

Page 256

1    starts "Rarely."
2            Do you see that?
3        A   Yeah. Uh-huh.
4        Q   It says:
5            "Rarely talc or another foreign
6    substance may elicit a foreign-body
7    reaction in the endometrium. Talc may
8    be introduced into the endometrial
9    cavity by instruments contaminated with
10   talc powder or by gloves during a pelvic
11   exam. Patients may be asymptomatic or
12   may have menorrhagia."
13           Did I pronounce that right?
14       A   Uh-huh.
15       Q   "Microscopically, the extent of
16   the granulomatous inflammatory reaction
17   depends on the quantity of the talc
18   inoculated. The infiltrate is
19   characterized by histiocytes and
20   foreign-body multinucleated giant cells
21   surrounding the talc crystals along with
22   lymphocytes and plasma cells. The
23   crystals appear as refractile,
24   birefringent, needle-like, or fan-shaped
25   splinters in polarizing light."

Page 257

1        So two things I want to draw out of that
2    paragraph.
3        The first is, you say, "Microscopically, the
4    extent of the granulomatous inflammatory reaction
5    depends on the quantity of the talc inoculated."
6        So what you're saying there, right, is that
7    the type of foreign-body reaction the body exerts
8    towards talc depends on how much talc is there or the
9    size of the particles; right?
10       MS. AHERN: Objection. Form.
11       THE WITNESS: Not the type, the extent.
12   BY MR. DEARING:
13       Q   By "extent," you mean?
14       A   Amount.
15       Q   Okay. So if there were just a few particles,
16   three or four isolated particles, you know, that
17   weren't right adjacent to each other that were in the
18   5-micron range or so, would you expect that a
19   macrophage could handle those?
20       A   I cannot -- you know, I can't get down into
21   the specifics of the size. It would be more --
22   basically, what that sentence means is the more of the
23   inoculum, the more of an infiltrate you'll get. I
24   can't break it down to, you know, three macrophages
25   versus ten, whatever.

65 (Pages 254 to 257)

Robert Kurman, M.D.

Page 258

1    Q   Okay.  But the extent of the granulomatous
2  response depends on the quantity of the talc present in
3  the tissue; right?
4    A   Right.
5    Q   The other thing I wanted to draw out of that
6  is that the -- when you say, "The crystals appear as
7  refractile, birefringent, needle-like, or fan-shaped
8  splinters in polarizing light," you're talking about
9  talc crystals; right?
10   A   Yes.
11   Q   So if they're needle-like, are you referring
12  to talc fibers?
13   MS. AHERN:  Objection.  Form.
14   THE WITNESS:  Talc.
15  BY MR. DEARING:
16   Q   So you're acknowledging that talc can have
17  needle-like morphology?
18   A   Yeah.
19   MS. AHERN:  Objection.  Form.
20   THE WITNESS:  Yes.
21  BY MR. DEARING:
22   Q   By the way, while we're on it, the fourth
23  edition of Blaustein's -- and I don't have the book,
24  but it actually identifies talc as a risk factor for
25  ovarian cancer; doesn't it?

Page 259

1    A   As a what, risk factor?
2    Q   For ovarian cancer.
3    MS. AHERN:  Objection.  Form.  Is there a question?
4    MR. DEARING:  Yes.
5    THE WITNESS:  Oh, you were asking me to comment on
6  that?
7    MR. DEARING:  Let me ask it again.
8    MS. AHERN:  Actually, let him ask you a question
9  first.
10   THE WITNESS:  Sorry.  Yeah, I thought you were
11  telling me.
12  BY MR. DEARING:
13   Q   I did, and then I put a question mark on the
14  end.
15      So do you agree with me that the fourth
16  edition identifies talc as a risk factor for ovarian
17  cancer?
18   A   Well, again, I don't have the book, but I'd
19  like to see what I said.
20   Q   You don't recall?
21   A   I don't remember.  The fourth edition goes
22  back a few years.
23   Q   Each of your Blaustein's has a chapter on risk
24  factors for ovarian cancer.
25      What are risk factors?

Page 260

1    A   Are you asking for the specific risk factors
2  of ovarian cancer or just in general?
3    Q   In general, what do you mean by "risk
4  factors," the term?
5    A   A factor that increases the risk of someone
6  developing cancer.
7    Q   What are the recognized risk factors for
8  ovarian cancer?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  Well, it's a little bit of a
11  complicated question in that different people have
12  different opinions as to does -- is there enough data
13  to suggest that this particular factor rises to the
14  level of a risk factor.  Some say, "Oh, yes, it does."
15  Others say, "Well, it isn't."
16      So there are these associations which some
17  like to consider risk factors and some that don't.
18  Some are much stronger than others.
19  BY MR. DEARING:
20   Q   Can you specifically identify what you think
21  are maybe the three strongest risk factors for ovarian
22  cancer?
23   A   Well, family history, I think, is a strong
24  one.  I think genetic history in terms of specifically
25  BRCA mutations is a very strong one.  And I think kind

Page 261

1  of a negative risk factor would be the use of birth
2  control pills.
3    Q   By "negative," you mean a protective factor?
4    A   Protective factor, right.
5    Q   One of the statements you make in your report
6  is that you mention talc pleurodesis, and I was just
7  looking to try to find it and I don't see it.  But I
8  think you will recognize the statement.  It said:
9      "Further, if the consequence of
10     talc and asbestos exposure were similar,
11     one would expect to find cancer arising
12     in patients who underwent talc
13     pleurodesis."
14     Remember, that was when you were criticizing
15  her use of analogy of talc and asbestos and high-grade
16  serous carcinoma and mesothelioma in the beginning.
17   A   Yes.
18   Q   My question is:  Would you agree with me that
19  talc pleurodesis is typically used to treat malignant
20  pleural effusion and, more often, it's used in
21  end-stage disease?
22   MS. AHERN:  Object to the form.
23   THE WITNESS:  Well, it's also treated in benign
24  disease.  It is also used in benign diseases.
25  ///

66 (Pages 258 to 261)

Robert Kurman, M.D.

Page 262

1    BY MR. DEARING:
2        Q   I understand.  But the overwhelming majority
3    of pleurodesis procedures are used in malignant
4    end-stage diseases?
5        MS. AHERN:  Objection.  Form.
6        THE WITNESS:  It is certainly used in malignant
7    conditions, but I don't know about the overwhelming
8    majority of them.
9    BY MR. DEARING:
10       Q   Would you agree that the pleurodesis patients
11   who are getting pleurodesis because of an end-stage
12   malignancy typically don't live long enough to study
13   the long-term effects of the talc pleurodesis on them?
14       A   That's probably true.
15       Q   And also the talc used in talc pleurodesis is
16   a different grade of purity than the talc used in body
17   powders; right?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  Again, I wasn't going to get into the
20   issue of how much is in there and what the purity is
21   and all that.  I defer to a mineralogist.
22   BY MR. DEARING:
23       Q   And, typically, a pleurodesis procedure is
24   a -- is a one-time administration of a heavy volume of
25   talc as opposed to a slow trickle of chronic exposure;

Page 263

1    right?
2        MS. AHERN:  Objection.  Form.
3        THE WITNESS:  Heavy volume, yes.  A lot it is put
4    in there.
5    BY MR. DEARING:
6        Q   It's actually talc slurry that's introduced
7    into the pleural cavity; right?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  Yes, that's correct.
10   BY MR. DEARING:
11       Q   Do you agree with me that there are scientists
12   and physicians that advise against using talc for
13   pleurodesis with patients with nonmalignant pleural
14   effusions?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  I've read that there's a controversy,
17   some saying it shouldn't be done and some say it's no
18   problem.
19   BY MR. DEARING:
20       Q   You think that the split is about 50-50, those
21   in favor and those who warn against it?
22       A   Can't tell.  I don't know what the split is.
23       Q   I brought one with me.  Since I brought it, I
24   might as well show it to you.  Right?  Actually, I
25   brought two with me.

Page 264

1        (The document referenced below was
2        marked Deposition Exhibit 10 for
3        identification and is appended hereto.)
4    BY MR. DEARING:
5        Q   This is publication in the ATS -- in the
6    American Journal of Respiratory and Critical Care
7    Medicine by Dr. Ghio and Victor Roggli.
8        Do you know Dr. Roggli?
9        A   No, I don't.
10       Q   Well, Dr. Roggli is a pathologist and
11   microscopist who has spent a career studying asbestos
12   and mesothelioma and particularly quantifying asbestos
13   burden in lung tissue.
14       Does that sound familiar?  You haven't heard
15   about him?
16       A   I don't know him, no.
17       Q   Okay.  Well, do you agree with me that the
18   next-to-the-last sentence -- I'm sorry, I -- mean the
19   last sentence of the first paragraph reads -- well, the
20   title -- the title of this paper is "Talc Should Not Be
21   Used for Pleurodesis in Patients with Nonmalignant
22   Pleural Effusions."  And Drs. Ghio and Roggli state
23   that:
24       "This dilemma results from a
25       possible increased risk of malignant

Page 265

1    mesothelioma in those patients treated
2    with talc.  Consequently, an alternative
3    agent should be employed in any
4    additional" -- I'm sorry -- "in any
5    individual without malignancy requiring
6    pleurodesis."
7        Then he also cites a reference of case reports
8    of malignant mesothelioma after occupational exposure
9    to talc would suggest a possible -- a potential
10   association.
11       So do you agree with me that, at least
12   according to this paper, Drs. Ghio and Dr. Roggli
13   advise against using talc for pleurodesis in patients
14   with nonmalignant plural effusions?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  Well, that's what they say.  They do
17   say that the dilemma is -- in this last two sentences
18   above the first paragraph, they say the dilemma about
19   using it for nonmalignant pleural effusions results
20   from a possible increased risk of malignant
21   mesothelioma in those patients treated with talc.
22   BY MR. DEARING:
23       Q   Right.  In other words --
24       A   Possible.
25       Q   Right.  So he is saying there's a possibility

Robert Kurman, M.D.

Page 266

1    that talc could cause lung cancers; right?
2        A   Mesotheliomas.  I'm sorry.  Malignant
3    mesothelioma.  We should distinguish carcinoma from
4    mesothelioma.
5        Q   All right.
6        A   He says that at the end.  And I do believe --
7    I think -- I'd have to double-check, but I think there
8    was a letter to the editor from someone who had written
9    extensively on pleurodesis who said -- oh, it's Light.
10   Yeah, Light.  References Number 2, Light, RW.
11           Do you see that one --
12       Q   Yes.
13       A   -- in his list of references?
14           Well, there's a letter to the editor by Light
15   who says I don't agree with that, that they shouldn't
16   be using talc for pleurodesis in patients with
17   malignant conditions -- nonmalignant conditions because
18   there's never been a reported case of mesothelioma in
19   patients with benign diseases treated with pleurodesis.
20       Q   Light --
21       A   And Light has written a lot of that as well.
22       Q   Right.  Doesn't his paper say talc should not
23   be used for pleurodesis in that cite?
24       A   No, I thought he --
25       Q   Look at Light cite Number 2.

Page 267

1        A   I think maybe it's an issue, but he -- and
2    very specifically -- did we -- I thought I put that in
3    there.  I'd have -- I'd have to look for the reference.
4        Q   Okay.
5        A   But I definitely remember a letter to the
6    editor responding to this saying I have never seen it;
7    it's never been reported in the literature; so I would
8    disagree with the fact that it shouldn't -- that
9    pleurodesis with talc should not be used.  I'll be able
10   to find it.
11       Q   You also have a section in your report about
12   precursor lesions.  Here it is, page 6.
13       A   Page 6 of my report.
14       Q   Right.  I'm sorry.  If would you turn to
15   page 12.
16       A   12.
17       Q   12.
18       A   Okay.
19       Q   In the first paragraph, second sentence, you
20   state, "Dr. Kane opines that genital talcum powder
21   exposure can cause ovarian cancer based on her
22   evaluation of epidemiological" --
23       A   Wait, wait, wait.  You said the second
24   paragraph.
25       Q   I'm sorry.  The first paragraph.

Page 268

1        A   First paragraph.  Okay.
2        Q   Second sentence.
3        A   Second sentence.  Okay.  "She has produced a
4    lengthy report"?
5        Q   I'm sorry.  Third sentence.  "Dr. Kane opines
6    that" --
7        A   "That" -- okay.
8        Q   -- "genital talcum powder exposure can cause
9    ovarian cancer based on her evaluation of
10   epidemiological, pathological, biological, and
11   mechanistic evidence."
12           Is it your testimony that there is no
13   pathological, biological, and mechanistic evidence to
14   support the assertion that talc exposure can cause
15   ovarian cancer?
16           MS. AHERN:  Objection.  Form.
17           THE WITNESS:  That's correct.  I haven't seen that
18   evidence.
19   BY MR. DEARING:
20       Q   Further down in the third paragraph, about
21   halfway, it says:
22           "Dr. Kane does not identify any
23       studies linking the use of talc-based
24       body powders to the known genetic
25       alterations associated with the various

Page 269

1    histologic subtypes of ovarian cancer.
2    And, indeed, I am aware of no such
3    studies."
4           Would you agree me that many of the
5    epidemiologic studies do assess or analyze the data or
6    divide the data based on exposure and different
7    histological subtypes of ovarian cancer?
8           MS. AHERN:  Objection.  Form.
9           THE WITNESS:  They do, and they're pretty
10   inconsistent, yes.
11   BY MR. DEARING:
12       Q   And when you say "I'm aware of no such
13   studies," are you referring to studies that demonstrate
14   genetic alterations of cells exposed to talc?
15           MS. AHERN:  Objection.  Form.
16           THE WITNESS:  I'm saying that there are certain
17   genetic alterations that are involved with the -- with
18   carcinogenesis of the different types -- high-grade
19   serous, low-grade and endometrial clear cell -- and I'm
20   not aware of any studies and she did not -- and
21   Dr. Kane didn't mention these either -- linking talc
22   powders to inducing those genetic alterations.
23           (The document referenced below was
24       marked Deposition Exhibit 11 for
25       identification and is appended hereto.)

Robert Kurman, M.D.

Page 270

1  BY MR. DEARING:
2     Q   I'm showing what is marked as Exhibit
3  Number 11, and this is a study by Drs. Fletcher,
4  Harper, Memaj, Fan, Morris, and Saed. I don't believe
5  this study was identified in either of your reference
6  lists.
7        Do you know if you've ever seen this study?
8     A   No, I don't remember seeing this study.
9     Q   Well, title of this study is "Molecular Basis
10  Supporting the Association of Talcum Powder Use with
11  Increased Risk of Ovarian Cancer."
12    A   Yes.
13    Q   If you would, take a minute and look at the
14  abstract. The last sentence of the abstract reads:
15        "These findings are the first to
16  confirm the cellular effect of talc and
17  provide a molecular mechanism to
18  previous reports linking genital talc
19  use to increased ovarian cancer risk."
20    A   I was sort of reading the rest of the
21  abstract. Let me go over it.
22        Okay. I'm sorry, what was your question?
23    Q   Well, having read the abstract, do you feel
24  like you have a good handle on the general topic of
25  this study?

Page 271

1     A   Not at all.
2     MS. AHERN: Objection. Form.
3  BY MR. DEARING:
4     Q   Not at all?
5     A   No. I'd like to see the materials and
6  methods. I'd like that see what they were actually
7  studying. I was looking for that. I couldn't see
8  that.
9     Q   You know, if you're not familiar with it,
10  let's move on.
11    A   I'm not.
12    Q   I want to ask you what you're familiar with.
13  I might come back to it if I have time for it.
14    A   Okay.
15    Q   Back to page 12.
16    A   Yes.
17    Q   Middle paragraph, last two sentences, you
18  state:
19        "Further, it is unlikely that
20  exposure to a single agent, i.e., talc,
21  could result in the development of such
22  distinctly different neoplasms."
23        My question is there are examples where a
24  single etiologic agent can cause more than one type of
25  cancer; right?

Page 272

1     MS. AHERN: Objection. Form.
2  BY MR. DEARING:
3     Q   For example, cigarette smoke can cause several
4  times of cancer; right?
5     MS. AHERN: Objection. Form.
6     THE WITNESS: Lung cancer, sure. Yeah. What else?
7  BY MR. DEARING:
8     Q   It can cause -- it has been linked to liver
9  cancer; right?
10    A   I'm not familiar with that.
11    Q   Well, asbestos can cause mesothelioma and it
12  can cause lung cancer; right?
13    A   It's usually not a significant cause of lung
14  cancer. It's a contributing factor to people who are
15  smokers.
16    Q   Asbestos is?
17    A   Yeah.
18    Q   Okay. Well, I know it usually causes
19  mesothelioma, but asbestos can cause lung cancer;
20  right?
21    MS. AHERN: Objection. Form. Asked and answered.
22    THE WITNESS: I think it's pretty rare. I think
23  it's mostly, as I said, predominantly lung cancer and
24  these -- they can add another factor to it, asbestos,
25  what I've read about it, because I'm not an expert in

Page 273

1  cigarette smoking and lung cancer.
2  BY MR. DEARING:
3     Q   On page 20 you have a subheading "Detection of
4  Talc in Ovarian Tissue."
5     A   I see it.
6     Q   And this appears to be a criticism of
7  Dr. Kane's recitation of the evidence that talc has
8  been observed in ovarian tissue and other gynecologic
9  tissue.
10        Is that an accurate summary?
11    A   Yes, uh-huh.
12    Q   Are you saying that that's just not true, that
13  talc has not been observed in gynecologic tissue?
14    A   No. I think in my second sentence, I say,
15  "She then acknowledges that the presence of talc
16  particles found in ovarian cancer tissue does not prove
17  that the talc played a causal role yet argues it is
18  'consistent with causation and provides additional
19  evidence in support after causal relationship,'" which
20  is -- the whole sentence doesn't make sense to me.
21    Q   Okay. I just want to be clear. You're not
22  taking exception to the fact that she's acknowledging
23  that scientists have observed talc particles in ovarian
24  tissue and other gynecologic tissue?
25    A   Well, in ovarian tissue, for sure.

69 (Pages 270 to 273)

Robert Kurman, M.D.

Page 274

1    Q   Are you saying the presence of talc in ovarian
2  tissue has no relevance to the issue of inflammation or
3  ovarian cancer?
4    A   I'm saying it's not evidence that it's causing
5  ovarian cancer.
6    Q   So you -- have you seen studies that identify
7  talc in ovarian tissue?
8    A   Yes.
9    Q   And in those same studies, did they identify a
10 granulomatous or giant cell response to the talc?
11   A   Actually, no. That's the Heller article where
12 she sees it, but she specifically says she doesn't see
13 foreign-body giant cell reaction.
14   Q   Can you reconcile that inconsistency if you
15 think that's how the body should respond to talc?
16   A   Well, I think -- reconcile it is that I don't
17 think the talc is there having any biologic function or
18 is really in the tissue. It's a contaminant, and
19 that's why it didn't produce a biologic reaction.
20   Q   Is it your opinion that all of the studies
21 that claim to recognize or identify talc in ovarian
22 tissue are what -- are really identifying
23 contamination?
24   A   I think it's a significant issue. I can't
25 tell you all of them or not.

Page 275

1    Q   The fact is there's not a single study that
2  identifies talc particles in ovarian tissue that
3  recognizes a granulomatous giant cell response to it;
4  right?
5    MS. AHERN: Objection. Form.
6    THE WITNESS: As far as I know, that's correct.
7  BY MR. DEARING:
8    Q   The next section of your report is entitled
9  "Migration of Talc to the Ovaries."
10   A   Okay.
11   Q   And I asked you earlier today if you thought
12 talc could migrate from the perineum to the ovaries and
13 you said absolutely not.
14       Is that still your position?
15   A   Yes. I don't think it can migrate from the
16 perineum.
17   Q   Specifically what you say is -- you say that
18 Dr. Kane's opinion that talcum powder applied to the
19 external perineum can migrate to the ovaries is
20 unsupported by and contrary to the current data and
21 understanding of ovarian cancer pathology.
22   A   Where were you reading that? I'm sorry. I
23 know I said that, but can you see that -- show me that
24 exactly.
25   Q   No, not without reading the whole thing. But

Page 276

1  I want to ask you a question about it. I know that's
2  your position.
3    A   Yeah.
4    Q   Are you aware that there are many studies that
5  conclude that talc particles can, in fact, migrate from
6  the perineum to the ovaries?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: From the perineum?
9    MR. DEARING: Yes.
10   THE WITNESS: No, I'm not aware of those.
11 BY MR. DEARING:
12   Q   Are you aware that the 2007 study by
13 Dr. Cramer states that the presence of talc in lymph
14 nodes provides evidence that talc used externally is
15 capable of migrating into the pelvis?
16   MS. AHERN: Objection. Form.
17   THE WITNESS: Could -- do you have that paper, by
18 the way?
19 BY MR. DEARING:
20   Q   I don't.
21   A   I'd like to see the paper because I think
22 there are issues in there that are important to point
23 out.
24   Q   Okay. The one paper I did bring that I
25 already showed you was McDonald's 2019 paper.

Page 277

1    A   Right.
2    Q   Remember?
3    A   This is a totally different one.
4    Q   Right. She said that -- said that the talc
5  migrated to pelvic lymph nodes from perineal
6  application.
7    A   Yeah. I don't see how she came to that
8  conclusion.
9        So, first of all, the 2007 study -- let me
10 make sure this is the correct. 2007.
11   Q   The one I'm referring to is the pelvic lymph
12 node study.
13   A   "Presence of talc in pelvic lymph nodes of a
14 woman with ovarian cancer and long-term genital
15 exposure to cosmetic talc."
16   Q   Okay.
17   A   Right. The first thing is that it's a case
18 report --
19   Q   Sure.
20   A   -- which doesn't really tell you a lot in
21 terms of scientific evidence. This is just any case,
22 any case report.
23   Q   A case where talc migrated to that lady's
24 ovaries from the perineum; right?
25   MS. AHERN: Objection. Form.

70 (Pages 274 to 277)

Robert Kurman, M.D.

Page 278

1    THE WITNESS: Where does it say anything about it
2  coming from the perineum? I didn't see that. It could
3  have come from inhalation. I mean, I can tell you,
4  coming from the peritoneum and going to a lymph node
5  sounds totally against any method of lymphatic
6  drainage.
7  BY MR. DEARING:
8    Q  Do you believe --
9    A  Makes no sense.
10    Q  Do you believe that inhalation of talc can
11  result in the deposition of talc particles on ovarian
12  tissue?
13    A  It hasn't been demonstrated that I'm aware of.
14  It has been talked about.
15    Q  You just said it could have come from
16  inhalation.
17    A  Yeah. And I'm saying maybe that's how it came
18  from, but there's no definite proof. But I don't think
19  it --
20    MS. AHERN: I think it is in your report. You
21  cited it; right?
22    THE WITNESS: Case report.
23  BY MR. DEARING:
24    Q  Well, let me ask you about the two cases that
25  you cite --

Page 279

1    A  Okay.
2    Q  -- to support your opinion.
3    A  Okay. Sure. I can't find it.
4    Q  One of them was the Wehner study. Do you
5  remember the title is "On Talc Translocation from the
6  Vagina to the Oviducts and Beyond," Alfred Wehner. I
7  have a copy of it here if you would like.
8    A  Yeah. It would be nice to see the paper so I
9  can --
10    Q  I thought you'd say that.
11      (The document referenced below was
12    marked Deposition Exhibit 12 for
13    identification and is appended hereto.)
14  BY MR. DEARING:
15    Q  This is Exhibit 12. This is a paper entitled
16  "On Talc Translocation from the Vagina to the Oviducts
17  and Beyond."
18    A  Okay.
19    Q  It is by Alfred Wehner and Dr. R.E. Weller;
20  right?
21    A  Okay.
22    MS. AHERN: I'm sorry. Do you have --
23    MR. DEARING: Oh, you need a copy.
24    MS. AHERN: Thank you.
25  ///

Page 280

1  BY MR. DEARING:
2    Q  And this is a paper that you cite for support
3  that talc cannot migrate from the perineum to the
4  ovaries; right?
5    A  I'd have to see my report where we say that.
6  I see that we -- we're referring to Venter and Egli and
7  then we go to Wehner. Yes.
8    Q  At the top of page --
9    A  Wehner and Boorman. This is Wehner and
10  Wehner.
11    Q  At the top of page 22, you say "notably
12  Dr. Kane omits" and you mention the Wehner 1985 and
13  Boorman 1995.
14    A  Right.
15    Q  "Wehner examined talc migration in
16    monkeys, receiving repeated
17    introductions of talc to the upper
18    vagina over a period of 45 days.
19    A  Right.
20    Q  Right?
21    A  "No talc particles were found in the uterus or
22  tubes."
23    Q  Right.
24    A  Yes. So they didn't find talc.
25    Q  So what's important I want to point out about

Page 281

1  the study is there were six monkeys studied over a
2  45-day period with only 30 applications of talc; right?
3  That's in the abstract. That's also in the body, but
4  it is easier to find in the abstract.
5    MS. AHERN: Objection. Form.
6    THE WITNESS: Six monkeys received 30 applications.
7  Yeah.
8  BY MR. DEARING:
9    Q  And each of those six monkeys were at
10  different menstrual cycle places; right?
11    MS. AHERN: Objection. Form.
12    THE WITNESS: Don't know that -- where it says
13  that.
14  BY MR. DEARING:
15    Q  The point is 30 applications over 45 days
16  doesn't replicate long-term human genital talc use,
17  does it?
18    A  No, not at all. So you're suggesting that
19  negative finding supports what?
20    Q  No. I'm suggesting that your citing this
21  study for the proposition that talc cannot migrate from
22  the perineum to the ovaries in a human is misplaced --
23    MS. AHERN: Objection. Form.
24  BY MR. DEARING:
25    Q  -- because they're not the same thing.

71 (Pages 278 to 281)

Robert Kurman, M.D.

Page 282

1      A   But the point is to try to demonstrate, from
2   your standpoint, that it does get there.  And there's
3   no study that shows that.  I mean, you're supporting a
4   negative, which, to me, is nothing -- is not really
5   relevant.  You want to support a positive.
6      Q   You would agree with me that the cynomolgus
7   monkeys don't menstruate the way humans do; right?
8      A   Oh, I don't know about that.
9      Q   They do menstruate, but it's a different
10  process.
11     A   I don't know why it's different.
12     MS. AHERN:  Objection.  Form.
13     THE WITNESS:  I don't know.
14  BY MR. DEARING:
15     Q   Do you know whether these cynomolgus monkeys
16  experience retrograde menstruation?
17     A   No idea.
18     Q   Right.  Also, did you know that, at the time
19  of this study, Alfred Wehner was a paid consultant for
20  Johnson & Johnson?
21     A   No.
22     Q   You also cite the Boorman study for the
23  proposition that talc cannot migrate from the perineum
24  to the ovaries in humans.
25         And, of course, this is a rat study; right?

Page 283

1      MS. AHERN:  Objection.  Form.
2   BY MR. DEARING:
3      Q   Rats and mice.  Yes?
4      MS. AHERN:  Same objection.
5      THE WITNESS:  That's right.
6         (The document referenced below was
7      marked Deposition Exhibit 13 for
8      identification and is appended hereto.)
9   BY MR. DEARING:
10     Q   In fact, it's a one-page rat study.  Here it
11  is, if you'd like to refer to it.
12         Is this the study you were referencing to
13  support your proposition that talc can't migrate from
14  the perineum to the ovaries in humans?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  Let me see.  Boorman, Seely.  Yes,
17  this looks like the study, 1995.  Yes.
18  BY MR. DEARING:
19     Q   Actually, you criticized Dr. Kane for not
20  mentioning the Boorman study; right?
21         You say, "Notably, Dr. Kane omits any mention
22  of Wehner of 1985 and Boorman 1991."
23     A   Right.
24     Q   And you think that this study, this Boorman
25  one-page rat study, supports the proposition that

Page 284

1   genital talc use cannot -- that talc cannot migrate
2   from the perineum to the ovaries?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  I think it's just supportive of the
5   studies that she quoted that says it does.
6   BY MR. DEARING:
7      Q   Well, you criticized her study.
8      A   Right.
9      Q   So if it was just supportive, that means it's
10  not supportive at all; right?
11     MS. AHERN:  Objection.  Form.
12     THE WITNESS:  So they're both not supportive.
13  BY MR. DEARING:
14     Q   Okay.  Fair enough.
15         In fact, the authors practically say that in
16  this study; right?
17         If you look at the last sentence of this
18  one-page report, it says, "In the extrapolation of
19  these data, one should consider limitations relative to
20  the marked anatomical and physiological differences
21  between rodents and humans; right?
22         Do you see that last sentence?
23     A   I'm sorry.  I was looking at something else.
24     Q   It's the last sentence of this paper.
25     A   This Boorman paper?

Page 285

1      Q   Uh-huh.
2      A   "In the extrapolation of these data, one
3   should consider limitations relative to the marked
4   anatomical and physiological differences between
5   rodents and humans."
6      Q   Right.  So the Boorman paper doesn't really
7   tell you much about whether talc can migrate to the
8   perineum -- from the perineum to the ovaries in humans;
9   right?
10     A   That's correct.  Interestingly, by the way, in
11  the earlier comment I made about the Cramer 2007 study,
12  I found the sentence -- I'd have to look it up in the
13  paper, but I say, "I note that Cramer 2007," which is
14  the study that we're talking about, "which Kane relies
15  on for a migration opinion, stated that 'there is no
16  proof that talc used externally reaches the pelvis.'"
17     Q   Right.  That's the -- that's the 2007 pelvic
18  lymph node study.
19     A   Yes.
20     Q   Right.
21     A   The one we were talking about just a few
22  minutes ago.
23     Q   Right.  And the one I showed you earlier by
24  Dr. McDonald is a follow-up to that study, right, the
25  one that's Exhibit 6?

Robert Kurman, M.D.

Page 286

1    A    The one that was just published in -- when was
2    it?
3    Q    This one was published this year.
4    A    2007, that was published.  Okay.
5    Q    This is the follow-up to that study; right?
6    MS. AHERN:  Objection.  Form.
7    BY MR. DEARING:
8    Q    Well, if you would, go back to Exhibit 6.
9    A    What's Exhibit 6?
10   Q    It's the follow-up to the lymph node study.
11   It's entitled "Correlative Polarizing Light and
12   Scanning" --
13   A    Sandra McDonald.
14   Q    Right.
15   A    Since I haven't read that study, I'd like to
16   read it more carefully, because they don't describe how
17   they -- how they -- what tissues they examined, how
18   these patients were possibly exposed to talc.
19   Q    They do explain all that.
20   A    Where is it?
21   Q    Well, I tell you what.  Let's go off the
22   record, and you can take all the time you want to read
23   it and we can talk about it.
24   A    Okay.
25   VIDEO OPERATOR BROWN:  The time is now 5:02.  Going

Page 287

1    off the record.
2        (Recess taken.)
3    VIDEO OPERATOR BROWN:  The time is now 5:22.  Back
4    on the record.
5    BY MR. DEARING:
6    Q    Doctor, have you now had an opportunity to
7    read this study entitled "Correlative Polarizing Light
8    and Scanning Electron Microscopy for the Assessment of
9    Talc in Pelvic Region Lymph Nodes"?
10   A    I have.
11   Q    In the abstract, it sets out sort of the
12   purpose and the methodology of this study.  And it says
13   that:
14       "Perineal talc use is associated
15       with ovarian carcinoma in many
16       case-controlled studies.  Such talc may
17       migrate to pelvic organs and regional
18       lymph nodes with both clinical and legal
19       significance.  Our goal was to
20       differentiate talc in pelvic lymph nodes
21       due to exposure versus contamination
22       with talc in the laboratory.  We studied
23       22 lymph nodes from ovarian tumor
24       patients, some of which had documented
25       talc exposure, to quantify talc using

Page 288

1        digestion of tissue taken from paraffin
2        blocks in scanning electron microscopy
3        with energy-dispersive x-ray analysis.
4        Talc particles correlated significantly
5        with surface contamination assessments
6        using polarized light microscopy.  After
7        adjusting for surface contamination,
8        talc burdens in nodes correlated
9        strongly with perineal talc use.
10       "In a" -- let me just -- "In a
11       separate group of lymph nodes,
12       birefringent particles within the same
13       plane of focus as the tissues in the
14       histological sections were highly
15       correlated with talc particles within
16       the tissue by in situ, SEM-EDX.  We
17       conclude that since talc can be a
18       surface contaminant from tissue
19       collection/preparation, digestion
20       measurements may be influenced by
21       contamination.  Instead, because they
22       preserve anatomic landmarks and permit
23       identification of particles and cells in
24       tissues, polarized light microscopy and
25       in situ SEM-EDX are recommended to

Page 289

1        assess talc in lymph nodes."
2        Do you agree that that's an accurate summary
3    of this study?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  Pretty much.
6    BY MR. DEARING:
7    Q    So one of the things we were talking about
8    before we went off the record so you could read this
9    study was that you said you weren't sure about the
10   exposure of the patients in this study.
11       And if you would turn to page 2 at the top, it
12   says:
13       "One exposure of great current
14       medical, public health, and medicolegal
15       importance is the association of ovarian
16       cancers with the use of talc cosmetic
17       products in the genital area.  Data
18       related to this association come from
19       epidemiologic studies which identified a
20       clear excess of women with ovarian
21       malignancy who had used talc in their
22       genital area prior to developing cancer
23       compared to control women."
24       Do you agree with that last sentence of these
25   six scientists that data related to this association

73 (Pages 286 to 289)

Robert Kurman, M.D.

Page 290

1    come from epidemiologic studies which identified a
2    clear excess of women with ovarian malignancy who had
3    used talc in their genital area prior to developing
4    cancer compared to the control women?
5        A   I'm not sure what they mean by "clear."
6        Q   So you don't know how to interpret that
7    sentence at all?
8        MS. AHERN: Objection. Form.
9        THE WITNESS: I mean, there have been epidemiologic
10   studies that have demonstrated an association between
11   talc usage and ovarian cancer. I don't argue that.
12   BY MR. DEARING:
13       Q   And then he goes on to cite an epidemiological
14   study two sentences farther down.
15          "The most recent summary of the epidemiologic
16   data in 2018" -- I guess at the time he was working --
17   they were working on this paper -- "found that genital
18   talc may increase the risk of ovarian carcinoma by
19   about 30 percent."
20          And then he's, of course, referring to the
21   Penninkilampi study.
22       A   That's a relative risk, about 1.3 or
23   something.
24       Q   Do you agree that the Penninkilampi shows a
25   relative risk of 30 percent?

Page 291

1        MS. AHERN: Objection to form.
2        THE WITNESS: Well, by 1.3, right. I just looked
3    at the abstract on that study, by the way.
4    BY MR. DEARING:
5        Q   Okay. He goes down to describe the Heller
6    study in that same column. And that's a study that we
7    briefly touched on earlier.
8        A   Uh-huh.
9        Q   But he says:
10          "A study by Heller was done with
11       digestion techniques followed by TEM" --
12       that's transmission electron
13       microscopy -- "on ovaries from 24 women
14       having hysterectomy, oophorectomy, for
15       reasons other than ovarian malignancy.
16       The study found talc in approximately
17       half the samples, with no obvious
18       correlation with the genital talc use
19       history, thereby suggesting to the
20       authors that talc exposure may be
21       relatively ubiquitous across the
22       population."
23          And then he talks about Dr. Cramer's and
24   Godleski's 2007 case report that we were talking about
25   prior to the break. He said:

Page 292

1        "A subset of authors from the
2    present study have previously described
3    a case report in which a woman with
4    serous carcinoma of the ovary had a
5    history of talc usage in her genital
6    area, was demonstrated to have talc in
7    three of four pelvic -- examined pelvic
8    lymph nodes."
9        So when we were talking about the exposure
10   history in the 2007 Cramer case and you said "I don't
11   know if she used perineal talc," you now do know that
12   that was a perineal talc exposure; right?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: Well, she claims to have perineal
15   talc exposure, and then these exposure -- and you find
16   talc in the lymph nodes, but that does not directly
17   prove that it got there through the female reproductive
18   tract.
19   BY MR. DEARING:
20       Q   But the only evidence of exposure in the 2007
21   Cramer study is the statement by the patient that she
22   used talc perineally; right?
23       MS. AHERN: Objection to form.
24   BY MR. DEARING:
25       Q   You're speculating about any other talc

Page 293

1    exposure; right?
2        MS. AHERN: Objection. Form.
3        THE WITNESS: Well, I can't -- yeah. I mean, it
4    doesn't prove necessarily that -- passage through the
5    female reproductive tract. It could have been inhaled.
6    BY MR. DEARING:
7        Q   Next, it says in the next paragraph:
8        "In the study reported here, we
9    assess talc in a sizeable set of lymph
10   nodes in the pelvic region representing
11   multiple patients; thus, we expanded on
12   the lymph node analysis in the previous
13   case report" -- talking about the Cramer
14   2007 report -- "as well as the study of
15   nonmalignant ovaries by Heller, et al.,
16   and we examined nodes in 22 patients
17   with various types of ovarian tumors."
18       So do you agree that this study is in part
19   a -- an expansion of Dr. Cramer's 2007 -- Dr. Cramer's
20   2007 case report and Dr. Heller's study?
21       A   It's a follow-up, yeah. Okay.
22       Q   Okay. And part of the study here is that they
23   assessed -- in the next column at the top, they assess
24   tissue surface contamination as a factor explaining the
25   high talc burden in some cases as opposed to talc that

74 (Pages 290 to 293)

Robert Kurman, M.D.

Page 294

1    migrated to the nodes from perineal exposure.
2        So, clearly, they are surmising or suggesting
3    that the talc found in the lymph nodes in this study
4    migrated to those lymph nodes from perineal exposure;
5    right?
6        MS. AHERN: Objection. Form.
7        THE WITNESS: Well, as I said, you can't -- you
8    can't -- that's a big jump. They don't show you -- I
9    mean, they're just saying she had perineal exposure.
10   Okay. And she has talc in these lymph nodes.
11       It doesn't mean that it went through the
12   vagina, the cervix, the uterus, the ovaries, and
13   somehow got into the lymph nodes.
14   BY MR. DEARING:
15       Q   Well, these eight authors concluded that
16   exposure, the perineal exposure, is what resulted in
17   the presence of talc in the lymph nodes; right?
18       MS. AHERN: Objection. Form.
19       THE WITNESS: They concluded that, but I don't see
20   why -- they didn't give the alternate explanation, that
21   it possibly got through inhalation. It makes more
22   sense to me than coming through the vagina or the
23   vulva -- from the vulva.
24   BY MR. DEARING:
25       Q   Inhalation of talc particles depositing on

Page 295

1    ovarian tissue or pelvic lymph nodes is more plausible
2    to you than perineal application?
3        A   Yes.
4        Q   Are you saying that inhalation of talc
5    particles depositing on ovarian -- on ovaries or in
6    pelvic lymph nodes is a biologically plausible
7    mechanism of exposure?
8        MS. AHERN: Objection. Form.
9        THE WITNESS: Repeat that, please.
10       MR. DEARING: Sure.
11   BY MR. DEARING:
12       Q   I believe you just said it was more likely, in
13   your opinion, that the talc particles observed in the
14   pelvic lymph nodes in this study got there through
15   inhalation and -- as opposed to perineal exposure and
16   migration.
17       My question is, by saying that, are you saying
18   that it's biologically plausible that you can -- that a
19   person can inhale talc and have those particles
20   deposited on ovarian tissue or pelvic lymph nodes?
21       MS. AHERN: Objection. Form.
22       THE WITNESS: I didn't say anything about
23   biologically plausible; I'm saying that I think it's
24   more likely -- it's hypothesis. And that needs to be
25   proven before it's accepted as being biologically

Page 296

1    plausible.
2    BY MR. DEARING:
3        Q   So something can be more likely, in your
4    mind --
5        A   Yeah.
6        Q   -- without being biologically plausible?
7        A   Right.
8        Q   And, of course, one of the advantages of using
9    SEM-EDX, according to these eight scientists, is that
10   it allows you to observe the talc particle in situ --
11   in other words, in the tissue -- not on the surface of
12   the tissue; right?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: Well, I'm not an electron
15   microscopist, so I can't really comment on their
16   technology of avoiding contamination, which they,
17   frankly, acknowledge could be a significant problem.
18       So I'd have to depend on someone who is an
19   electron microscopist to really go over their
20   methodology and say, oh, yes, this really is purified.
21   I mean, cutting the section off the surface, I don't
22   think that necessarily excludes contamination.
23       But, again, I'm not an electron microscopist.
24   I think that needs to be evaluated by someone who is.
25   ///

Page 297

1    BY MR. DEARING:
2        Q   Right. Well, at least three of these authors
3    are electron microscopists. So would you defer to them
4    when they say that SEM-EDX methodologies is the best
5    way to evaluate talc particles in situ or in tissue?
6        A   No.
7        MS. AHERN: Objection. Form.
8        THE WITNESS: I would not defer to them. I would
9    think you need an independent -- I mean, it's the same
10   idea. It would have to be -- now, I realize the study
11   got published, but I still would like to have someone
12   else who's an electron microscopist to help me to
13   review that paper and say, yes, that makes sense. I
14   can't do that.
15   BY MR. DEARING:
16       Q   If there are three of the eight authors of
17   this study who are electron microscopists saying that,
18   why do you need more?
19       MS. AHERN: Objection.
20       THE WITNESS: It does -- I mean, they're -- I'm not
21   saying necessarily biased, but they want to prove a
22   case. So they're going to say, oh, yeah, this shows
23   it.
24       I'd like an independent review by someone who
25   is an electron microscopist who says yes, that's a

75 (Pages 294 to 297)

Robert Kurman, M.D.

Page 298

1    reasonable way of doing it and avoids contamination.
2    As I said, I'm not in a position to do that.
3    BY MR. DEARING:
4        Q   Do you agree that the women studied in this
5    publication who are in this study all claimed that they
6    used talc for feminine hygiene?
7        A   No, I don't think they all did.  I think there
8    were some that said they were exposed, but I think
9    others said they weren't.
10       Q   On page 3 at the top, the beginning of the
11   first paragraph, it says "Talc is readily visible under
12   polarizing light microscopy."
13       A   Yes.
14       Q   You agree with that; right?
15       A   Well, that's what they say, yeah.
16       Q   Well, you've --
17       A   Oh, yeah, generally speaking, yes.  Yes.
18       Q   I mean, you understand how polarizing light
19   microscopes work and how they will illuminate particles
20   with birefringent properties?
21       A   I use it.
22       Q   And it also says that talc may be found as
23   both plates and fibrous forms.  And I believe you don't
24   have an opinion about the fibrous forms; right?
25       A   Right.

Page 299

1        Q   And where the particles of fibers are brightly
2    birefringent and often in the size range of 1 to 10
3    microns.  We've already discussed that?
4        A   Right.
5        Q   And then do you see at the bottom of page 3,
6    right-hand side, next-to-the-last sentence, it states
7    what the eight authors' position was with regard to
8    exposure.
9            It says "The birefringent particles present
10   within lymph nodes were taken to indicate clinically
11   significant talc that migrated there through the
12   lymphatic system"; right?
13       A   That's what they say.
14       MS. AHERN:  Objection to form.
15       THE WITNESS:  Yes.
16   BY MR. DEARING:
17       Q   So we talked about migration through the
18   genital tract.  Do you have an opinion about whether
19   perineal talc use can result in talc migration through
20   the lymphatics to lymph nodes?
21       A   Well, in order to get to the lymphatics, they
22   have to get into the peritoneal cavity.  So, as I said
23   before, I don't believe -- and this, to me -- and this
24   study doesn't prove it either, that talc particles on
25   the perineum can get through the labia majora -- which

Page 300

1    are closed under normal conditions -- get through the
2    vagina, get through the cervix -- which, most of the
3    time, is closed to passage of bacteria, sperm, except
4    at the time of the -- when women ovulate -- get through
5    the uterus, get through the fallopian tubes, and get
6    into the peritoneal cavity.  I don't think that's
7    possible.  Unlike the lungs and the mouth, there's an
8    open airway.  That, to me, is more likely than going
9    through that complicated route through the genital
10   tract.
11       Q   Do you also recall reading in this study that
12   these eight authors suggested, and might have proved,
13   that one of the flaws in the Heller study was that the
14   technique used for determining the fiber burden in the
15   ovarian tissue of the women was transmission, EM, in
16   which they digested the tissue and thereby brought in
17   the surface contaminants that Dr. Godleski and McDonald
18   and Cramer and Welch and everyone else says that you
19   have to be careful to avoid?
20       MS. AHERN:  Is there a question?  I'm sorry.
21       MR. DEARING:  Yeah.
22       THE WITNESS:  Yeah.
23       MS. AHERN:  Objection.  Sorry.
24       THE WITNESS:  No, no.  I think I'm getting --
25   please repeat the question.

Page 301

1        MR. DEARING:  Sure.
2    BY MR. DEARING:
3        Q   So one of the things this study addresses is
4    the Heller study.  And it's a continuation of the
5    Heller study.  And they're offering an explanation for
6    why the burden count for talc particles in the Heller
7    study seems to be inconsistent across the board with
8    women who acknowledge being exposed to talc and women
9    who either didn't know or -- or denied using talc.
10       A   Correct.
11       Q   Okay.  And what they say in this study is that
12   the problem with the Heller study was they digested the
13   tissue and then counted the fibers.  And by digesting
14   the tissue -- or particles, talc particles, by
15   digesting the tissue, you necessarily bring in surface
16   contaminants so that the particles that you're
17   calculating or quantifying are just as likely to be
18   surface contaminants as anything else; right?
19       MS. AHERN:  Objection.  Form.
20       THE WITNESS:  That's what they claim.
21   BY MR. DEARING:
22       Q   Do you have any disagreement with them, with
23   that analysis of the Heller methodology?
24       A   I think --
25       MS. AHERN:  Objection to form.

76 (Pages 298 to 301)

Robert Kurman, M.D.

Page 302

1  THE WITNESS: I think that that's -- could be
2  contamination, yes. That's what I said earlier.
3  BY MR. DEARING:
4  Q   On page 11, they start summarizing their
5  findings on the right-hand column --
6  A   Hold it. Hold it.
7  Q   I'm sorry. Page 13.
8  A   Okay.
9  Q   Right-hand column, three-quarters of the way
10  down, it says:
11      "In the long-studied and debated
12  association between talc exposure and
13  ovarian cancer, our study provides
14  additional evidence that talc may enter
15  pelvic tissues and ultimately be
16  detected and measured in regional lymph
17  nodes, and this relationship became
18  especially strong when clinical-use data
19  was considered and surface contamination
20  was corrected for statistically. This
21  adds perspective to the known migratory
22  capabilities and overall biological
23  role/impact of talc."
24      Do you agree with the statement that the
25  findings of this study provide additional evidence that

Page 303

1  talc may enter the pelvic tissues and ultimately be
2  detected and measured in lymph nodes?
3  MS. AHERN: Objection. Form.
4  THE WITNESS: As I said a few minutes ago, I do not
5  have the technical expertise in electron microscopy to
6  critically evaluate the techniques that they claim
7  avoided the contamination issue. So I cannot, at this
8  point, agree with that.
9  BY MR. DEARING:
10  Q   Dr. Cramer, who participated in this study, is
11  an OB/GYN; right?
12  A   Yes.
13  Q   So with regard to a practical application of
14  this study for an OB/GYN, the authors write:
15      "Our findings also suggest that in
16  patients with ovarian cancer, clinicians
17  may want to make broader inquiries into
18  the past and present use of talc by
19  their patients. Similarly, pathologists
20  may wish to pay greater attention to
21  sampled regional lymph nodes."
22      First of all, do you agree that, in light of
23  the studies, whether you agree with them or not, and in
24  light of the -- in light of the universe of studies
25  looking at talc and ovarian cancer, do you agree that

Page 304

1  clinicians should consider broader inquiries with their
2  patients about talc usage when they're suffering from
3  ovarian cancer?
4  MS. AHERN: Objection. Form.
5  THE WITNESS: I'm not here to make recommendations
6  for how patients should be advised.
7  BY MR. DEARING:
8  Q   Well, do you agree that, since there are
9  suggestions that pelvic lymph nodes may -- may gather
10  or store foreign particles that may have contributed to
11  cancer, to ovarian cancer, do you agree with the
12  statement here that pathologists may wish to consider
13  greater -- may wish to pay greater attention to sampled
14  regional lymph nodes?
15  MS. AHERN: Objection. Form.
16  THE WITNESS: There's no data in this study to say,
17  even if they were correct in saying that talc is in
18  lymph nodes, that it has any bearing on the development
19  of ovarian cancer. Nothing whatsoever. I've never
20  heard of development of ovarian cancer based on
21  material that's in lymph nodes.
22  BY MR. DEARING:
23  Q   If that's true --
24  A   It's biologically not plausible to me.
25  Q   If that's true, why do at least three of your

Page 305

1  textbooks identify talc as a risk factor for ovarian
2  cancer?
3  MS. AHERN: Objection. Form.
4  THE WITNESS: Well, a risk factor has nothing to do
5  with its presence in lymph nodes.
6  BY MR. DEARING:
7  Q   Well, risk factors have to do with a woman's
8  increased risk of getting ovarian cancer; right?
9  MS. AHERN: Objection. Form.
10  THE WITNESS: It doesn't tell you anything about
11  the mechanism, though.
12  MR. DEARING: I'm going to move to strike your last
13  answer as nonresponsive.
14  BY MR. DEARING:
15  Q   My question was, well, risk factors have to do
16  with a woman's increased risk of getting ovarian
17  cancer; right? That's the question.
18  MS. AHERN: Objection. Form.
19  THE WITNESS: I said, yes, increased risk. A truly
20  accepted risk factor means that there's a risk of
21  developing ovarian cancer. We discussed that issue of
22  risk factors earlier and that there are weaker risk
23  factors and stronger risk factors, and I would still
24  adhere to that statement.
25  ///

77 (Pages 302 to 305)

Robert Kurman, M.D.

Page 306

1  BY MR. DEARING:
2      Q   Do you know whether your new Blaustein's
3  edition is going to identify talc as a risk factor for
4  ovarian cancer, talc use?
5      A   It will be mentioned, but not in the kind of
6  detail that you asked me earlier.  Again, to represent
7  the broad, general notion of what's out there.
8      Q   In the next-to-the-last paragraph in the last
9  sentence, it says, "Our findings yield important
10  insights as to the ability of talc to migrate to
11  nodes."
12      A   Wait, wait, wait.  I'm not seeing it.
13      Q   I'm sorry.  Page 14.
14      A   Yeah.  Okay.  14.
15      Q   Last sentence, next-to-last --
16      A   "Our findings yield important" -- okay.
17      Q   "Our findings yield important
18      insights as to the ability of talc to
19      migrate to nodes and under what
20      conditions its identification to nodes
21      and tissues is clinically meaningful and
22      when not."
23          So do you disagree that this paper offers
24  important insights as to the ability of talc to migrate
25  to nodes?

Page 307

1      MS. AHERN:  Objection.  Form.
2      THE WITNESS:  Well, as I said earlier, I still am
3  not -- since I'm unable to truly evaluate their
4  procedure to prevent migration and to really pin down
5  if talc is in ovarian tissues, I can't comment on the
6  validity and my impression of this analysis.
7  BY MR. DEARING:
8      Q   So we spent a good bit of time talking about
9  your criticisms of Dr. Kane.  Let me just ask you, do
10  you have any criticism of her opinions that are not
11  contained in your report?
12      A   I think it's all there.
13      Q   And with regard to her methodology for
14  evaluating the issues of talc and ovarian cancer, you
15  testified you have a problem with her methodology in
16  that she relied on studies that you think should not
17  have been relied on.  Is that a fair statement?
18      MS. AHERN:  Objection.  Form.
19      THE WITNESS:  Yes.  Specifically, I said she relied
20  on studies utilizing ovarian epithelial cells, surface
21  ovarian epithelial cells, to bolster her argument that
22  the studies that she cited were indicative of causation
23  of ovarian cancer when I said that the private -- that
24  the -- that the precursor lesions really were in the
25  fallopian tube and that should have been the tissue

Page 308

1  that should have been used as -- to buttress our
2  arguments.
3  BY MR. DEARING:
4      Q   Do you have any other criticisms of her
5  methodology as far as how she reached the opinions she
6  reached?
7      A   Well, as I said, there's some specific issues
8  that I've listed in the paper.  We've addressed some of
9  them, like analogy.  There's others that I mentioned as
10  well.  But, again, since it fails right from the
11  beginning not identifying the appropriate tissue to
12  study in terms of a precursor, everything else after it
13  goes by the wayside.
14      Q   As far as you know, have you identified all of
15  methodological disagreements with her in your report?
16      MS. AHERN:  Objection.  Form.  Asked and answered.
17      THE WITNESS:  Well, in my report and what I've
18  stated here in the deposition.
19  BY MR. DEARING:
20      Q   Speaking of relying on the wrong studies, back
21  to the migration -- I forgot to ask you a question.
22          So you relied on the monkey study and the
23  mouse study, and I think you can see it may have little
24  or no relevance to the human transmigration.  But if
25  you're going to consider animal studies to either

Page 309

1  support or refute the idea of talc migrating from the
2  perineum to the ovaries or from the vagina to the
3  ovaries, you didn't mention the Phillips study.
4          Are you familiar with the Phillips study?
5  It's a rabbit study.
6      MS. AHERN:  Objection.  Form.  Mischaracterizing
7  testimony.
8      THE WITNESS:  I would have to see it.
9  BY MR. DEARING:
10      Q   You don't remember it?
11      A   No.
12      Q   It was a study where they injected talc into
13  the vagina of a rat and discovered that it did
14  migrate -- I mean of a rabbit, and discovered that it
15  did migrate to the tubes.
16          Does that not sound familiar to you at all?
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  If you had the paper, it may jog my
19  memory and I can comment.
20  BY MR. DEARING:
21      Q   I don't have it.  I'm just asking if you --
22      A   Okay.  Off the top of my head, I don't
23  remember that particular study.  I did evaluate a
24  number of them.
25          But, again, just as you said, they introduced

78 (Pages 306 to 309)

Robert Kurman, M.D.

Page 310

1    the talc -- was it talc that they used?
2    Q   Yes.
3    A   They introduced it into the vagina.  So that
4    immediately short-circuits one of the major barriers,
5    which is from the perineum to get to the vagina.  I
6    mean, it's closed.  The vulva is closed.  The labia
7    touch each other.  Without physically opening them,
8    something can't get into it.
9    Q   Well, if talc could get inside the vagina,
10   does that change your opinion at all about whether it
11   can migrate further?
12   MS. AHERN:  Objection.  Form.
13   THE WITNESS:  First of all, I would just repeat --
14   or say if it got into the vagina, and I'd say it can't
15   get into the vagina.
16   BY MR. DEARING:
17   Q   I know.
18   A   And then there was a study that I cited in
19   which they did -- let me see if I can find it.  They
20   put particles, not talc, into the -- where is
21   migration? -- into the -- into the vagina.  Let's see.
22   I should be able to find that.  Migration.
23   Okay.  Here.  On page 22, in the second
24   paragraph.  You highlighted it:
25   "It should be noted that even when

Page 311

1        particles are placed into the vagina,
2        passage to the ovaries is quite unusual.
3        For example, in another study it was
4        reported that when India ink was
5        introduction into the uterus, it was
6        detected in the fallopian tubes in 50
7        percent of women and, when introduced
8        into the cervix, it was detected in the
9        fallopian tubes of just 30 percent of
10       women.  When it was introduced into the
11       vagina, it was detected in only 1 of 37,
12       0.02 percent, patients.  In short, the
13       vulva is not an open conduit to the
14       vagina and, therefore, none of these
15       highly artificial studies can be used to
16       assert that talc applied to the external
17       perineum migrates to the fallopian tubes
18       and ovaries."
19   BY MR. DEARING:
20   Q   So your opinion is talc cannot get into the
21   vagina under any circumstance; right?
22   MS. AHERN:  Object to the form.
23   THE WITNESS:  I said that, yes.
24   BY MR. DEARING:
25   Q   So if a woman uses talc daily for feminine

Page 312

1    hygiene where she just pours talc in her panties, which
2    a lot of these plaintiffs have done, and then she has
3    intercourse that day, wouldn't that force some of the
4    talc particles presumably into the vagina?
5    MS. AHERN:  Objection.  Form.
6    THE WITNESS:  If it's still there, present at the
7    time of having intercourse, I don't know.
8    BY MR. DEARING:
9    Q   Well --
10   A   It depends how much is there.  I mean, it's
11   totally speculation.  I can't comment on that.
12   Q   Is it biologically plausible that talc can be
13   forced into the vagina if used externally --
14   A   No, I don't think that's --
15   Q   -- during intercourse?
16   A   -- biologically plausible.
17   Q   You don't?
18   A   No.
19   Q   This study that you're referring to actually
20   supports what I was suggesting early on that you
21   disagreed with me on, and that was that, if talc was
22   introduced into the uterus, you said you still didn't
23   think it would migrate to the tubes or to the ovaries.
24   But this dye did exactly that, didn't it?  It
25   was introduced into the uterus, and in 50 percent of

Page 313

1    the women it migrated to the fallopian tubes; right?
2    MS. AHERN:  Objection.  Form.
3    THE WITNESS:  Of course, these are part India ink,
4    not talc.  So it's not a great substitute.
5    BY MR. DEARING:
6    Q   Well, there are some materials, if introduced
7    into the uterus, that would migrate at least half the
8    time, according to this study, into the fallopian
9    tubes; right?
10   MS. AHERN:  Objection.  Form.
11   THE WITNESS:  India ink.
12   BY MR. DEARING:
13   Q   Same question with the cervix.  So there are
14   some materials that, if introduced in the cervix, could
15   migrate to the fallopian tube perhaps a third of the
16   time?
17   MS. AHERN:  Objection.  Form.
18   THE WITNESS:  Let's get down to the real -- real
19   reality.  When you get to the vagina, which is what
20   you're talking about, introducing it in the vagina all
21   the time, it occurred in 0.02 percent.  Furthermore,
22   that in and of itself is artificial, as I said.  We're
23   talking about perineal application, not introduction
24   into the vagina, into the cervix, or into the uterus.
25   ///

Robert Kurman, M.D.

Page 314

1    BY MR. DEARING:
2        Q   On your supplemental reference list -- I know
3    you didn't prepare this list, but there's a study on
4    this list entitled Sjosten. It's spelled
5    S-j-o-s-t-e-n. And it's entitled "Retrograde Migration
6    of Glove Powder in the Human Female Genital Tract."
7            In that study -- that study actually finds or
8    found that talc deposited in the vagina from glove
9    powder -- it was a starch powder -- migrated up the
10   female genital tract.
11           Do you recall that study? Do you know that
12   study?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: Well, it's listed, but I haven't read
15   that study. But, again, glove powder means it was
16   placed into the vagina on pelvic examination.
17   BY MR. DEARING:
18       Q   Right.
19       A   Not on the vulva. Oh, and by the way --
20       Q   It doesn't stay there. It didn't stay there
21   in this study. It migrated.
22       MS. AHERN: Objection. Form.
23       THE WITNESS: From the?
24   BY MR. DEARING:
25       Q   From the vagina.

Page 315

1        A   We talked about that already, the vagina
2    studies described earlier.
3            But I should also -- because you asked about
4    sexual intercourse. And I could also -- I remember
5    that -- it was an epidemiologic study. I can't, off
6    the top of my head, remember which one, but I know that
7    they evaluated talc in diaphragms, and that was not
8    associated with an increased risk of ovarian cancer
9    either.
10       MR. DEARING: Can we take just a quick break? I
11   think I'm almost finished.
12       VIDEO OPERATOR BROWN: Time is now 5:59. Going off
13   the record.
14           (Recess taken.)
15       VIDEO OPERATOR BROWN: Time is now 6:10. Back on
16   the record.
17   BY MR. DEARING:
18       Q   Doctor, in reviewing your report, I notice
19   that your methodology for weighing the evidence on
20   these issues that we've been discussing is not
21   described.
22           Can you describe for me what your methodology
23   is with regarding to weighing the evidence as it
24   pertains to the causation, migration, inflammation, the
25   issues we've been discussing?

Page 316

1        MS. AHERN: Objection. Form.
2        THE WITNESS: I thought I went over that
3    methodology right in the beginning.
4    BY MR. DEARING:
5        Q   Well, you talked about a general methodology
6    based on your experience, your research; but you
7    haven't explained how you actually weigh the evidence
8    of the things that you consider.
9        MS. AHERN: Objection. Form.
10       THE WITNESS: Well, I read over Dr. Kane's report.
11   I ran down her references. And, as I said earlier, the
12   papers that she relied on did not assess or did not
13   buttress her arguments about the causation of ovarian
14   cancer based on talc usage because they didn't examine
15   the right tissues. And I've said that before, and I
16   still say that.
17           Then all the rest of it, like a set of
18   dominoes, falls because, in order to establish
19   causation, you need to look not at cancers, which many
20   of the studies that she cited looked at because of
21   increased inflammation, it's irrelevant. What you have
22   to look at is the cell of origin of ovarian cancer,
23   which we now acknowledge comes from tubal epithelium,
24   and the studies that she looked at didn't analyze tubal
25   epithelium.

Page 317

1    BY MR. DEARING:
2        Q   Do you agree that, when a physician or
3    scientist is assessing or forming opinions on issues
4    like causation, inflammation, migration, that it's
5    important for that physician or scientist to consider
6    all of the relevant literature on those topics?
7        MS. AHERN: Objection. Form.
8        THE WITNESS: Well, I don't know if you can ever
9    say all of it. You try your best to read as much as
10   you possibly can of the relevant literature and come to
11   a conclusion.
12   BY MR. DEARING:
13       Q   You agree with me that you've not done a
14   comprehensive review of the literature on talc and
15   inflammation?
16       A   I'm sorry. Could you repeat that?
17       MS. AHERN: Objection. Form.
18   BY MR. DEARING:
19       Q   I said do you agree with me that you have not
20   done a comprehensive review of all of the relevant
21   literature on the issue of talc and inflammation?
22       MS. AHERN: Objection. Form.
23       THE WITNESS: Well, as I said, I've reviewed many,
24   many studies, and you can form an evaluation as these
25   studies play out one way or the other. But all, every

Golkow Litigation Services - 877.370.DEPS

Robert Kurman, M.D.

Page 318

1    conceivable study?  No, I didn't do that.
2    BY MR. DEARING:
3         Q   Well, the studies that you considered are
4    listed in your reference materials; right?  Your two
5    reference lists; right?
6         A   Yes.
7         MS. AHERN:  Objection.  Form.
8    BY MR. DEARING:
9         Q   In fact, some of the studies on the second
10   reference list you didn't consider because you didn't
11   even read; right?
12        A   Right.
13        Q   So if the studies aren't on your reference
14   list, you did not consider them in forming your
15   opinions that we've been discussing today; right?
16        MS. AHERN:  Objection.  Form.
17        THE WITNESS:  That is correct.
18   BY MR. DEARING:
19        Q   So is it fair to say that you did not do a
20   comprehensive review of the literature regarding talc
21   and its ability to migrate to the ovaries from the
22   perineum?
23        MS. AHERN:  Objection.  Form.
24        THE WITNESS:  No, I disagree.  I think I did.  In
25   fact, I reviewed her studies which she claims supported

Page 319

1    migration, and I added other studies.
2    BY MR. DEARING:
3         Q   With regard to the issue of inflammation, you
4    had not seen the Saed study that we started to go over.
5    You didn't recite the Ness 1999 study.  You just saw
6    the Godleski 2019 study for the first time today.
7         So there are significant studies that you did
8    not consider in forming your opinions today; correct?
9         MS. AHERN:  Objection.  Form.
10        THE WITNESS:  Well, I can tell you -- and I didn't
11   analyze the Saed study because a number of other
12   experts looked at it, and I did read their reports
13   prior to this deposition and they felt that the studies
14   were terrible, basically.  And so I didn't find it
15   necessary to review it.  I found other experts
16   reviewing it.
17        And right off the bat, he was looking at
18   ovarian cancer cells, and that's not what you're
19   supposed to be looking at when you're trying to
20   establish causation of ovarian cancer.  You don't look
21   at ovarian cancer; you look at precursor lesions.
22   BY MR. DEARING:
23        Q   Well, you've testified that epidemiology is
24   not one of your primary topics that you plan to testify
25   about.

Page 320

1         Would you agree with me that you haven't done
2    a comprehensive search of the epidemiologic studies out
3    there on talc and ovarian cancer; in fact, you only
4    named a few in your reference materials?
5         MS. AHERN:  Objection.  Form.
6         THE WITNESS:  Well, as I said at the beginning, in
7    previous depositions and in the trial, I had reviewed
8    many of the epidemiologic studies to, frankly, get up
9    to speed on them because I -- up until 2015, I hadn't
10   read all those studies, but at that time, I reviewed
11   all -- you know, there was many that I thought were
12   relevant.  So I did review them at that time.
13        I didn't review them this time because I felt,
14   well, I've done that in the past.  And my focus at this
15   deposition would be more on ovarian carcinogenesis from
16   the standpoint of the gynecologic pathology.
17   BY MR. DEARING:
18        Q   Are you aware that quite a few epidemiology
19   study and meta-analyses have actually been published
20   since 2015, since you testified?
21        A   There have been some.  And, like, I looked at
22   some of these abstracts.  Didn't look like it changed
23   much.
24        Q   Well, you haven't looked at the Taher study;
25   right?

Page 321

1         A   Can I see that?
2         MS. AHERN:  Object to the form.
3         (The document referenced below was
4         marked Deposition Exhibit 14 for
5         identification and is appended hereto.)
6    BY MR. DEARING:
7         Q   So this is the Taher study, and it's not on
8    your reference list.
9         Have you seen that study before today?
10        MS. AHERN:  You asked about published studies?  Is
11   that your question?
12        MR. DEARING:  Studies.
13        MS. AHERN:  The question was have there been other
14   published studies that you did not review?
15        THE WITNESS:  I have not seen this study.
16   BY MR. DEARING:
17        Q   Have you reviewed the Health Canada assessment
18   that was published on the issue of talc and ovarian
19   cancer?
20        MS. AHERN:  Objection.  Form.
21        THE WITNESS:  The only time I ever was aware of a
22   Health Canada study was in reading the deposition of
23   Dr. Kane.  And she basically said, "Well, the findings
24   in the Health Canada study agree with my findings."
25   ///

81 (Pages 318 to 321)

Robert Kurman, M.D.

Page 322

1    BY MR. DEARING:
2        Q   You haven't read the Health Canada findings,
3    have you?
4        A   No, I haven't.
5        Q   With regard to Dr. Saed's 2019 study, are you
6    aware that one of the things he looked at and studied
7    were fallopian tube cells?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  I said I didn't read his study.
10   BY MR. DEARING:
11       Q   So, no, you're not aware of the types of cells
12   that he studied?
13       A   No.
14       Q   I think that's it.
15       A   Okay.  Thank you.
16       MS. AHERN:  Okay.  I have just have a couple -- or
17   maybe one or two questions just for clarification.
18       THE WITNESS:  All right.
19       MS. AHERN:  Where is my note?  Could you do me a
20   favor and could you pull up time 15:14:19.
21       Hold on a minute.  There you go.
22
23            EXAMINATION
24   BY MS. AHERN:
25       Q   So, Doctor, you were asked repeatedly today

Page 323

1    about your opinions on ovarian cancer and talc and
2    whether or not you thought talc caused ovarian cancer.
3        Do you remember throughout the day?
4        A   Yes.
5        Q   Okay.  There are just a couple of question and
6    answers that I want to go over with you, and then I'm
7    going to ask you a question.  And I think -- because we
8    need some clarification on something.
9        You were asked the question:
10       "Would you agree that good
11   scientists can have differing opinions
12   about cancer etiology?"
13       And you responded:
14       "That's a very, very general
15   question.  But if I frame it with the
16   talc litigation, I would venture to say
17   that a reasonable scientist viewing --
18   viewing all, viewing the totality of
19   this data, I don't think anyone would
20   agree to say that talc causes ovarian
21   cancer."
22       Do you see that?
23       A   Yes.
24       Q   Is that consistent with your opinions on talc
25   and ovarian cancer?

Page 324

1        A   Yes.
2        Q   The next question you were asked by
3    Mr. Dearing is:
4        "Are you saying that all of the
5    plaintiffs' experts, the 30 or so
6    plaintiff experts that you know about,
7    are not good scientists."
8        And you said, "I didn't say that."
9        And then he asked you:
10       "Okay.  Well, my question is do you
11   agree with me that good scientists can
12   have differing opinions about cancer
13   etiology?"
14       You said:
15       "It's neither good or bad; I'm
16   saying that reasonable people, looking
17   at all this data, in my opinion, would
18   not disagree that this is -- that talc
19   causes ovarian cancer."
20       Is that consistent with your opinions on --
21   that you've given today on talc and ovarian cancer as
22   it's written --
23       A   That's a little bit of a confusing statement,
24   I agree.  It's kind of a double negative, "not
25   disagree."  So my view is -- I'm sorry.

Page 325

1        Q   Sorry.  And my next question was, in response
2    to that question, what did you intend to say?
3        A   What I had said earlier.  And you can go back
4    and cite the same thing again, that looking at the
5    totality of evidence and data that's presently
6    available, I don't think anyone would agree to say that
7    talc causes ovarian cancer.
8        MS. AHERN:  Okay.  That's all the questions I have.
9    Thank you.
10
11            FURTHER EXAMINATION
12   BY MR. DEARING:
13       Q   Doctor, you just testified that you have not
14   looked at the totality of all the evidence, that there
15   are some studies you have not seen and have not looked
16   at.
17       So do you agree with me that you have not
18   considered the totality of all the evidence?
19       A   Well, "totality," insofar as what is --
20   looking at available, but -- I didn't look at every
21   single study, but I think if you put it all into
22   perspective, as I mentioned when you asked me that
23   earlier, is that you read a number of studies and
24   things start to fall in place.  And another one study
25   isn't going to change it.

Robert Kurman, M.D.

## Page 326

1    MR. DEARING:  Okay.
2    MR. ZELLERS:  Thank you, everyone.
3    VIDEO OPERATOR BROWN:  The time is now 6:23.  This
4  concludes the deposition.  Going off the record.
5  (The deposition proceeding was concluded at 6:23 P.M.)
6
7            --ooOoo--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 328

1            INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully and
4  make any necessary corrections.  You should state the
5  reason in the appropriate space on the errata sheet for
6  any corrections that are made.
7            After doing so, please sign the errata sheet
8  and date it.
9            You are signing same subject to the changes you
10  have noted on the errata sheet, which will be attached
11  to your deposition.
12            It is imperative that you return the
13  original errata sheet to the deposing attorney within
14  thirty (30) days of receipt of the deposition transcript
15  by you.  If you fail to do so, the deposition transcript
16  may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

## Page 327

1
2
3            CERTIFICATE
4              OF
5      CERTIFIED SHORTHAND REPORTER
6
7      The undersigned Certified Shorthand Reporter of
   the State of California does hereby certify:
8      That the foregoing proceeding was taken before
   me at the time and place therein set forth, at which
9  time the witness was duly sworn by me;
      That the testimony of the witness and all
10  objections made at the time of the examination were
   recorded stenographically by me and were thereafter
11  transcribed, said transcript being a true and correct
   copy of my shorthand notes thereof;
12      That the dismantling of the original transcript
   will void the reporter's certificate.
13
14      In witness thereof, I have subscribed my name
15  this date:_____.
16
17
18  _____
19  PAMELA COTTEN, CSR, RDR
      Certificate No. 4497
20      Certified Realtime Reporter
21
22
23      (The foregoing certification of
   this transcript does not apply to any
24  reproduction of the same by any means,
   unless under the direct control and/or
25  supervision of the certifying reporter.)

## Page 329

1            ------
2            E R R A T A
3            ------
4  PAGE LINE  CHANGE
5  ___ ___  _____
6    REASON:  _____
7  ___ ___  _____
8    REASON:  _____
9  ___ ___  _____
10    REASON:  _____
11  ___ ___  _____
12    REASON:  _____
13  ___ ___  _____
14    REASON:  _____
15  ___ ___  _____
16    REASON:  _____
17  ___ ___  _____
18    REASON:  _____
19  ___ ___  _____
20    REASON:  _____
21  ___ ___  _____
22    REASON:  _____
23  ___ ___  _____
24    REASON:  _____
25

83 (Pages 326 to 329)

Robert Kurman, M.D.

Page 330

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
 3          I,_____, do hereby
 4      certify that I have read the foregoing pages, and that
 5      the same is a correct transcription of the answers given
 6      by me to the questions therein propounded, except for
 7      the corrections or changes in form or substance, if any,
 8      noted in the attached Errata Sheet.
 9
10
11      _____
12      ROBERT KURMAN, M.D.                 DATE
13
14      Subscribed and sworn to
        before me this
15
        _____day of_____,20____.
16
        My commission expires:_____
17
18      _____
        Notary Public
19
20
21
22
23
24
25
```

Golkow Litigation Services - 877.370.DEPS