# EXHIBIT B48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
IN RE:  JOHNSON & JOHNSON      )
TALCUM POWDER PRODUCTS         )
MARKETING SALES                )
PRACTICES, AND PRODUCTS        )  MDL NO.16-2738(FLW) (LHG)
LIABILITY LITIGATION           )
                               )
```

VIDEO-RECORDED DEPOSITION OF

WILLIAM E. LONGO, PH.D.

February 5, 2019

10:24 a.m.

Suite 100
11555 Medlock Bridge Road
Johns Creek, Georgia

Frances Buono, RPR, CCR-B-791

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

---

**2**

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

LEE CIRSCH, Esq.
The Lanier Law Firm
21550 Oxnard Street
3rd Floor
Woodland Hills, California  91367
Lee.cirsch@lanierlawfirm.com

P. LEIGH O'DELL, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, Alabama  36103-4160
Leigh.odell@beasleyallen.com

MICHELLE A. PARFITT, Esq.
JAMES GREEN, Esq.
Ashcraft & Gerel, LLP
1825 K. Street
Suite 700
Washington, D.C.  20036
Mparfitt@ashcraftlaw.com

DENNIS M. GEIER, Esq.
Cohen Placitella Roth, PC
127 Maple Avenue
Red Bank, New Jersey  07701
Dgeier@cprlaw.com

---

APPEARANCES OF COUNSEL (continued)

On behalf of the Defendant,
Johnson & Johnson and Johnson & Johnson Consumer Inc.:

ALEX V. CHACHKES, Esq.
NINA TROVATO, Esq.
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, New York  10019-1642
Achachkes@orrick.com
Ntrovato@orrick.com

JACK N. FROST, JR., Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932-1047
Jack.frost@dbr.com

On behalf of the Defendant,
Imerys Talc America, Inc.:

MARK K. SILVER, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Avenue
Morristown, New Jersey  07962
Msilver@coughlinduffy.com

MARK A. PROST, Esq.
Sandberg Phoenix & von Gontard, P.C.
600 Washington Avenue
15th Floor
St. Louis, Missouri  63101-1313
Mprost@sandbergphoenix.com

---

**4**

APPEARANCES OF COUNSEL (continued)

On behalf of the Defendant,
Imerys Talc America, Inc.:

ROBERT A. RICH, Esq.
Gordon & Rees Scully Mansukhani
1111 Broadway
Suite 1700
Oakland, California  94607
Rrich@grsm.com

On behalf of the Defendant,
PTI:

MICHAEL ANDERTON, Esq.
Tucker Ellis, LLP
950 Main Avenue
Suite 1100
Cleveland, Ohio  44113-7213
Michael.anderton@tuckerellis.com

On behalf of the Defendant,
PCPC:

REBECCA WOODS, Esq.
Seyfarth Shaw
1075 Peachtree Street, NE
Suite 2500
Atlanta, Georgia  30309
Rwoods@seyfarth.com

Also Present:

George Montiel, Videographer

**5**

INDEX TO EXAMINATIONS

| Examination | Page |
|---|---|
| Examination by Mr. Chachkes | 8 |
| Examination by Mr. Prost | 320 |
| Examination by Ms. O'Dell | 347 |
| Further Examination by Mr. Prost | 356 |
| Examination by Mr. Silver | 359 |

- - -

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

**7**

INDEX TO EXHIBITS

| Defendants' Exhibit | Description | Page |
|---|---|---|
| 11 | December 20, 2018 letter to Dr. Longo from J3 | 14 |
| 12 | An EDXA spectra | 74 |
| 13 | Geological Society of Connecticut article | 83 |
| 14 | Effect on Particle Size by Addison Davies Technique | 121 |
| 15 | Three-axis SAED for tremolite | 144 |
| 16 | Verification of 0-Degree Amphibole Diffraction Patterns | 146 |
| 17 | Verification of 0-Degree Amphibole Diffraction Patterns | 157 |
| 18 | An SAED | 179 |
| 19 | TEM Bulk Talc Structure Count Sheet | 200 |
| 20 | Handdrawn diagram | 209 |
| 21 | ISO 13794 standard | 221 |
| 22 | TEM photomicrographs | 247 |
| 23 | Photograph | 253 |
| 24 | PLM analysis bench sheet | 278 |
| 25 | Photographs | 285 |

(Original Exhibits 1 through 25 have been attached to the original transcript.)

- - -

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

**6**

INDEX TO EXHIBITS

| Defendants' Exhibit | Description | Page |
|---|---|---|
| 1 | Dr. Longo's CV | 10 |
| 2 | January 15, 2019 report titled The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos Supplemental Report | 10 |
| 3 | November 14, 2018 report titled The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos | 10 |
| 4 | ISO 22262-1 standard | 11 |
| 5 | ISO 22262-2 standard | 11 |
| 6 | ISO 22262-3 standard | 11 |
| 7 | February 1, 2019 report titled The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos, 2nd Supplemental Report | 11 |
| 8 | Quality Assurance Report, Johnson and Johnson's JBP and STS, Imerys Railcar and Asian Talc for Amphibole Asbestos, January 31, 2019 | 14 |
| 9 | Thumb drive containing three reports, November, January, and the March 2018 | 14 |
| 10 | December 12, 2018 letter to Dr. Longo from J3 | 14 |

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

**8**

|  |  |
|---|---|
|  | 1  (Reporter disclosure made pursuant to |
|  | 2  Article 10.B. of the Rules and Regulations of |
|  | 3  the Board of Court Reporting of the Judicial |
|  | 4  Council of Georgia.) |
|  | 5  (Identification statement by |
| 10:21:28 | 6  videographer.) |
| 10:21:28 | 7  WILLIAM E. LONGO, PH.D., |
|  | 8  having been first duly sworn, was examined and |
| 10:23:47 | 9  testified as follows: |
| 10:23:47 | 10  EXAMINATION |
| 10:23:51 | 11  BY MR. CHACHKES: |
| 10:23:51 | 12  Q.    Good morning, Dr. Longo. |
| 10:24:24 | 13  A.    **Good morning.** |
| 10:24:25 | 14  Q.    And my name is Alex Chachkes; I represent |
| 10:24:29 | 15  J&J.  We've met before; right? |
| 10:24:31 | 16  A.    **Yes, sir, we have.** |
| 10:24:31 | 17  MR. CHACHKES:  Okay.  I want to begin the |
| 10:24:34 | 18  depo with an objection to the late productions. |
| 10:24:35 | 19  On Saturday we received a new 92-page report and |
| 10:24:39 | 20  almost 7,000 pages of new back-up material.  On |
| 10:24:43 | 21  Sunday we received supplemental reports, two new |
| 10:24:46 | 22  reports from J3 and hundreds of other pages. |
| 10:24:50 | 23  So when we conclude today we are going to |
| 10:24:55 | 24  expressly keep the deposition open subject to |
| 10:24:57 | 25  our analysis of the new production; and if it |

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

**9**

10:24:58 1    turns out that it is material that if we had
10:25:00 2    gotten earlier we would have asked about today,
10:25:03 3    we are going to recall the witness.
10:25:06 4         MS. O'DELL:  Well, we would object to any
10:25:08 5    motion to hold the deposition open.  The
10:25:10 6    requests that were made for data that was
10:25:13 7    supplied on Saturday and earlier in the week
10:25:17 8    were late requests, actually only received five
10:25:22 9    or I think it was seven days beforehand, they
10:25:23 10   were timely produced, and you've had sufficient
10:25:26 11   time to review them.
10:25:27 12        The supplement that you're referring to
10:25:28 13   that was produced on Sunday corrected a couple
10:25:32 14   of typographical errors and clarified the
10:25:37 15   identification of a sample, none of which is
10:25:40 16   sufficient to hold the deposition open, so we
10:25:42 17   are going to oppose any such motion.  Today's
10:25:46 18   your opportunity to depose Dr. Longo on these
10:25:48 19   samples.
10:25:49 20        MR. CHACHKES:  Obviously, we disagree, and
10:25:51 21   we thought that material should have been
10:25:53 22   produced and we should not have to fight for it,
10:25:56 23   but it's a fight for another day.
10:25:58 24        So we've premarked some exhibits, some
10:26:00 25   things I'm sure we will be coming back to later.

**10**

10:26:02 1    What I want to do is maybe just go through those
10:26:04 2    quickly so they are on the record.
3         (Defendants' Exhibit 1 was marked for
4         identification.)
10:26:08 5    Q.    (By Mr. Chachkes)  Dr. Longo, you can
10:26:08 6    confirm what's been marked as Exhibit 1 is your CV;
7    is that correct?
10:26:15 8    A.    Yes, sir.
10:26:15 9    Q.    And are there any updates to this since we
10:26:17 10   received it?
10:26:18 11   A.    No, sir.
12        (Defendants' Exhibits 2 and 3 were marked
13   for identification.)
10:26:18 14   Q.    (By Mr. Chachkes)  Okay.  What's been
10:26:20 15   marked as Exhibit 2 is your January 16 expert report
10:26:30 16   extracted --
10:26:33 17        MS. O'DELL:  November 14.
10:26:33 18   Q.    (By Mr. Chachkes)  I'm sorry.  What has
10:26:34 19   been marked as Exhibit 2 is your November 14 expert
10:26:36 20   report in this matter minus the backup data.
10:26:39 21        Can you confirm that?
10:26:40 22   A.    **This is actually the January 15.**
10:26:43 23   Q.    So --
10:26:46 24   A.    **November 14 is Exhibit 3.**
10:26:48 25   Q.    All right.  Let's do that again.

**11**

10:26:49 1    So Exhibit 2 is your January 16 expert
10:26:54 2    report in this matter minus the backup data that was
10:26:57 3    attached to it when it was produced; is that correct?
10:27:00 4    A.    Yes, sir.
10:27:00 5    Q.    Okay.  And then Exhibit 3 is your
10:27:06 6    November 14 report in this matter which was, I
10:27:09 7    assume, superseded by Exhibit 2; correct?
10:27:12 8    A.    Correct.
9         (Defendants' Exhibits 4, 5, and 6 were
10:27:13 10   marked for identification.)
10:27:13 11   Q.    (By Mr. Chachkes)  Okay.  What's been
10:27:15 12   marked as Exhibits 4, 5 and 6, can you confirm that
10:27:19 13   these are ISO 22262-1, -2, and -3?
10:27:29 14   A.    Yes, sir.
10:27:30 15   Q.    So 1 will be 4, 2 will be 5, and 3 will be
10:27:37 16   6.
17        (Defendants' Exhibit 7 was marked for
18   identification.)
10:27:43 19   Q.    (By Mr. Chachkes)  And then what's been
10:27:45 20   marked as Exhibit 7 is your second supplemental
10:27:52 21   report minus the backup data that was attached to it
10:27:57 22   dated February 1, 2019; is that correct?
10:28:00 23   A.    Yes, sir.
10:28:00 24   Q.    And it's my understanding that this report
10:28:05 25   supersedes what's been marked as Exhibit 2; is that

**12**

10:28:12 1    correct?  So it supersedes the January report?
10:28:15 2    A.    Yes, sir.
10:28:17 3    Q.    And my understanding is that the only
10:28:19 4    difference between Exhibit 7 and Exhibit 2 is
10:28:21 5    Exhibit 7 corrects some typos.
10:28:25 6         MS. O'DELL:  Object to the form.
10:28:29 7         THE WITNESS:  The second supplement
10:28:30 8    report, essentially it was to clarification on
10:28:35 9    the Lee Poye J&J STS samples, 31F and 31G, and
10:28:43 10   it is J&J sample -- hold on, I want to get the
10:28:53 11   right numbers.  Throws me off on two-sided.  77.
10:28:28 12   Q.    (By Mr. Chachkes)  That's okay.  You've
10:29:30 13   given me the 31F and 31G.  So am I correct in my
10:29:34 14   understanding that Exhibit 7 does more than correct
10:29:38 15   typos?
10:29:39 16   A.    **Yes.  Exhibit 7 does not have any new**
**analytical data.  The two samples that Lee Poye**
10:29:45 17   **had -- and I will just give the numbers -- the 31F**
10:29:48 18   **and the 31G I misunderstood.  I thought that was**
10:29:52 19   **actually two samples from the same container.**
10:29:54 20   **It's actually one sample from two**
10:29:57 21   **different containers.  The STS in it looks like a**
10:30:00 22   **gift wrapped for the spice and the regular.  So**
10:30:03 23   **that's actually two containers for each sample.  So**
10:30:08 24   **the number of containers was increased.**
10:30:11 25

**13**

10:30:13 1     But the analytical data had been already
10:30:16 2     produced.  Nothing changed in the analytical data.
10:30:19 3     And then we had some typos that we endeavored to
10:30:24 4     correct.
10:30:24 5        Q.    Okay.  And those are typos you found or
10:30:26 6     that counsel found?
10:30:29 7        MR. CIRSCH:  Object to form.
10:30:31 8        THE WITNESS:  Well, one of them counsel
10:30:33 9     found, and that was the counsel for Johnson &
10:30:35 10    Johnson, at my previous deposition on MDL.
10:30:37 11    There were some positive samples on a chart that
10:30:40 12    were negative in the overall data, so I decided
10:30:43 13    to go through and make sure everything was
10:30:45 14    correct again.
10:30:47 15       Q.    (By Mr. Chachkes)  What about the other
10:30:48 16    typos, you found those or counsel?
10:30:52 17       MR. CIRSCH:  To the extent -- I would not
10:30:53 18    have you reveal, Dr. Longo, anything that's work
10:30:56 19    product is protected under Rule 26.  But if you
10:30:58 20    can answer aside from that, please do.
10:31:01 21       THE WITNESS:  No, counsel did not
10:31:02 22    participate in helping to find typos.
10:31:04 23       Q.    (By Mr. Chachkes)  Okay.  So you found
10:31:05 24    them personally?
10:31:06 25       A.    Personally and Dr. Rigler.

**14**

1     (Defendants' Exhibits 8, 9, 10, and 11
2     were marked for identification.)
10:31:08 3        Q.    (By Mr. Chachkes)  Okay.  And now
10:31:09 4     Exhibit 8, if you would like to that, if you could
10:31:12 5     confirm, is the January 31 quality control -- quality
10:31:19 6     assurance report that you created in this case?
10:31:22 7        A.    Yes, sir.
10:31:22 8        Q.    Okay.  And then Exhibit 9, which is more
10:31:28 9     for the record than you because you can't confirm it,
10:31:30 10    it is a USB with the three reports in this case, the
10:31:36 11    November 1, the January 1, and the recent -- sorry.
10:31:42 12    Okay.  So it is November, January, and the March 2018
10:31:46 13    report are all in full on Number 9.  It's just too
10:31:50 14    much paper so we put it on the USB.
10:31:52 15       Can you confirm that Exhibit Number 10 is
10:31:59 16    a letter to you from J3 dated December 12, 2018,
10:32:04 17    about the MAS split of 21 historic talc samples by
10:32:13 18    XRD?
10:32:14 19       MR. CIRSCH:  It's actually December 20.
20       MR. CHACHKES:  What did I say?
10:32:20 21       MR. CIRSCH:  December 12.
10:32:20 22       Q.    (By Mr. Chachkes)  I'm sorry.  So it's
23    December --
24       MS. TROVATO:  No, you're right.  You're
25    right.

**15**

10:32:20 1        MR. CHACHKES:  So which ones, then?
2        MS TROVATO:  December 12 is 10.
10:32:22 3        Q.    (By Mr. Chachkes)  Okay.  So December 12
10:32:24 4     is Exhibit 10; is that correct?
10:32:26 5        A.    Yes.
10:32:28 6        Q.    Okay.  You should probably look at your
10:32:30 7     own copies, not mine.
10:32:31 8        A.    Did I get a copy?
10:32:33 9        Q.    Yes, you did.
10:32:34 10       A.    Okay.  Sorry.
10:32:35 11       Yes, that's correct.
10:32:36 12       Q.    Okay.  And Exhibit Number 11, we
10:32:40 13    premarked, is another letter from J3 dated
10:32:44 14    December 20 to you; correct?
10:32:46 15       A.    Correct.
10:32:46 16       Q.    All right.
10:32:52 17       MR. CIRSCH:  I'm sorry again, but
10:32:55 18    Exhibit 10 I have says December 20 as well, so
10:32:57 19    maybe that's -- okay.  I just got two of them.
20    Never mind.
10:33:00 21       Q.    (By Mr. Chachkes)  You received your
10:33:06 22    doctor's in philosophy in materials science and
10:33:08 23    engineering; correct?
10:33:10 24       A.    Yes.
10:33:10 25       Q.    You're not a geologist?

**16**

10:33:12 1        A.    I am not a geologist.
10:33:13 2        Q.    You're not a mineralogist?
10:33:15 3        A.    I did not take any courses in mineralogy.
10:33:17 4        Q.    Do you consider yourself an expert in
10:33:19 5     mineralogy?
10:33:20 6        A.    Usually that's up to the courts.
7     Certainly I believe I have more knowledge than the
10:33:25 8     average layperson, but I do not hold myself out with
10:33:28 9     any degrees in mineralogy.
10:33:29 10       Q.    Okay.  You're not a certified industrial
10:33:31 11    hygienist?
10:33:31 12       A.    No, I'm not.
10:33:33 13       Q.    You've done exposure assessments, though;
14    correct?
10:33:37 15       A.    Yes.
10:33:37 16       Q.    All right.  You're an expert in exposure
10:33:41 17    assessments?
10:33:42 18       A.    Again, I'm not sure what that means.  I
10:33:45 19    certainly have done a number of studies in which we
10:33:48 20    have determined typical exposures from both
10:33:52 21    asbestos-added construction industrial products as
10:33:56 22    well as what I call hygiene exposure studies
10:33:59 23    involving Johnson & Johnson cosmetic talc samples.
10:34:04 24       Published on our exposure assessments in
10:34:06 25    the past.  We use all standard protocols that are

**17**

10:34:13  1  accepted by the community of scientists who do this
10:34:17  2  type of work.  Been qualified many times in court as
10:34:20  3  an industrial hygienist specifically to asbestos.
10:34:23  4       So again, I have probably more knowledge
10:34:26  5  than the average layperson on doing exposure
10:34:29  6  assessment type studies involving asbestos.
10:34:32  7       Q.   When a plaintiff has been exposed to
10:34:34  8  multiple different talc-based products, each of which
10:34:37  9  could possibly contain asbestos, is it best to
10:34:40  10  analyze the asbestos content of each product?
10:34:43  11       MR. CIRSCH:  Object to form.
10:34:46  12       THE WITNESS:  I'm not sure it's required
10:34:48  13  to analyze each product.  You will have to
10:34:51  14  clarify.  Do you mean each different
10:34:53  15  manufacturer or from different talc sources,
10:34:57  16  such as the Italian or the Vermont or Montana?
10:35:02  17       Q.   (By Mr. Chachkes)  Let's say different
10:35:03  18  manufacturers.  Let's say a plaintiff has been
10:35:06  19  exposed to talc-based products from three
10:35:08  20  manufacturers.  Is it best to analyze the asbestos
10:35:10  21  content from each of the three manufacturers?
10:35:13  22       MR. CIRSCH:  Object to form.
10:35:15  23       THE WITNESS:  Certainly we try to do that;
10:35:16  24  but if three manufacturers all have to use the
10:35:22  25  talcum powder source is Italy, Italian, I think

**18**

10:35:26  1  you can imply that if one manufacturer's Italian
10:35:30  2  talc has measurable levels or detectable levels
10:35:35  3  of amphibole asbestos, then the other
10:35:40  4  manufacturer more likely than not would have
10:35:41  5  similar types of concentrations, depending on
10:35:44  6  their processing flotation, et cetera.
10:35:46  7       If you have different manufacturers from
10:35:49  8  completely different mines and you haven't
10:35:51  9  analyzed anything from the particular talc mine,
10:35:54  10  which has happened to me in the past, I
10:35:56  11  typically say I don't have any opinions.
10:35:58  12       Q.   (By Mr. Chachkes)  Okay.  If you're trying
10:36:01  13  to determine which manufacturer's talc contributed
10:36:04  14  what level of exposure to asbestos, do you need to
10:36:09  15  analyze all the different manufacturers' products?
10:36:13  16       MR. CIRSCH:  Object to form.
10:36:15  17       THE WITNESS:  Again, it depends on who the
10:36:16  18  manufacturer is.  It's sort of an incomplete
10:36:19  19  hypothetical.
10:36:19  20       Q.   (By Mr. Chachkes)  Okay.  Let me complete
10:36:20  21  it, then.
10:36:22  22       So hypothetically, if there's three
10:36:23  23  manufacturers each from a different geological
10:36:26  24  location, if you're trying to determine the exposure
10:36:29  25  of a plaintiff, do you need to -- and what percentage

**19**

10:36:34  1  of the asbestos exposure came from which talc, would
10:36:37  2  you need to analyze all three?
10:36:39  3       MR. CIRSCH:  Object to form.
10:36:40  4       THE WITNESS:  Again, that's an incomplete
10:36:41  5  hypothetical.  If we had never analyzed any
10:36:44  6  manufacturer's source of talc from any
10:36:47  7  particular location, then as I stated earlier, I
10:36:51  8  would not have an opinion about that particular
10:36:53  9  manufacturer.
10:36:54  10       If they come from things like, again,
10:36:57  11  Vermont, Italy, say the Korean mines, then we
10:37:03  12  have a pretty good understanding of the levels
10:37:05  13  of amphibole asbestos that are typically found
10:37:09  14  in the products from those mines.
10:37:11  15       Q.   (By Mr. Chachkes)  Okay.  So you feel
10:37:12  16  confidant that you can testify to the amount of
10:37:16  17  amphiboles you expect in a bottle based solely on the
10:37:19  18  geography from which the bottle comes?
10:37:23  19       MR. CIRSCH:  Object to form.
10:37:24  20       THE WITNESS:  I didn't say that.
10:37:25  21       Q.   (By Mr. Chachkes)  Okay.
10:37:25  22       A.   What I would say is we have analyzed a
10:37:27  23  number of samples from other manufacturers, two
10:37:32  24  different manufacturers, three different
10:37:37  25  manufacturers, where, say, the source is Italy, so I

**20**

10:37:36  1  know that there will be significant concentrations in
10:37:39  2  some percentage of the samples.
10:37:40  3       Q.   Okay.  So let's say you have three bottles
10:37:43  4  from three geographical locations that you haven't
10:37:45  5  analyzed in the past.  Do you need to analyze each
10:37:48  6  bottle to determine the percentage of asbestos
10:37:51  7  exposure per manufacturer?
10:37:55  8       MR. CIRSCH:  Object to form.
10:37:56  9       THE WITNESS:  When you say each bottle, I
10:37:58  10  have five from each or two from each or ten from
10:38:01  11  each?
10:38:01  12       Q.   (By Mr. Chachkes)  So does it matter?
10:38:04  13       A.   I don't know.  I mean, it's a
10:38:07  14  hypothetical.  If we had not tested any samples from
10:38:10  15  any particular geological location, I would not
10:38:15  16  provide opinions on any -- the potential for
10:38:18  17  amphibole asbestos, regulated amphibole asbestos to
10:38:21  18  be in those containers.
10:38:21  19       Q.   Would you agree it's important to at least
10:38:28  20  determine a plaintiff's exposure to asbestos on a
10:38:31  21  comparative basis if there were multiple sources of
10:38:36  22  exposure?
10:38:38  23       MR. CHACHKES:  Object to form.
10:38:41  24       THE WITNESS:  Depends on the information.
10:38:43  25       If the particular plaintiff says I use

21

10:38:47  1  manufacturer X, manufacturer Y, manufacturer Z,
10:38:52  2  and I used them all 33.33 percent each and they
10:38:57  3  all come from the same geological formation of
10:39:01  4  where cosmetic talc is being used in those
10:39:04  5  containers, then my opinion would be if it is a
10:39:08  6  geological location that we have tested in the
10:39:11  7  past, that they would all have similar -- that
10:39:15  8  the manufacturers would have similar exposures.
10:39:17  9       If one of the manufacturers was, well,
10:39:20  10  I've got a gift -- for example, if I got a gift
10:39:22  11  bag once a year and I would use it and that's
10:39:26  12  all, then I would say that the primary exposure
10:39:28  13  is from the other manufacturers.
10:39:29  14       So it just depends on the circumstances.
10:39:31  15       Q.   (By Mr. Chachkes)  Okay.  You're not a
10:39:33  16  pathologist?
10:39:34  17       **A.   No, sir, I'm not.**
10:39:35  18       Q.   You have no medical training?
10:39:37  19       **A.   No, sir, I don't have any medical**
10:39:39  20  **training.**
10:39:39  21       Q.   Are you a statistician?
10:39:41  22       **A.   I'm not a statistician.**
10:39:42  23       Q.   Are you a geostatistician?
10:39:45  24       **A.   I'm not that kind of statistician either.**
10:39:48  25       Q.   Okay.  So in light of the reports that we

22

10:39:50  1  have in this case, are you here to testify in your
10:39:53  2  capacity as a microscopist; is that accurate?
10:39:57  3       MR. CIRSCH:  Object to form.
10:39:58  4       THE WITNESS:  I'm here to testify on the
10:40:01  5  qualifications I have and have been accepted in
10:40:03  6  the past.  I'm a material scientist; I'm an
10:40:07  7  industrial hygienist; I have many expertise in
10:40:10  8  the analysis of asbestos.
10:40:13  9       My testimony in the past has been that any
10:40:17  10  particular types of manufacturers where we have
10:40:21  11  analyzed the talc and we have analyzed the
10:40:24  12  source -- know the source, that more likely than
10:40:28  13  not there would have been a significant exposure
10:40:32  14  based on the percentages of the samples that are
10:40:34  15  positive.  That's as far as I go.
10:40:36  16       Q.   (By Mr. Chachkes)  You've testified in the
10:40:38  17  past the following:  In my opinion, if you want to
10:40:41  18  know if there's asbestos in talc, you would go to
10:40:44  19  either our lab or Lee Poye's lab and that's it.
10:40:47  20       Do you recall that testimony?
10:40:49  21       MR. CIRSCH:  Object to form.  Do you have
10:40:51  22  a copy of the testimony you can show the
10:40:53  23  witness?
10:40:53  24       Q.   (By Mr. Chachkes)  Do you recall that
10:40:53  25  testimony?

23

10:40:55  1       MR. CIRSCH:  Object to form.
10:40:56  2       THE WITNESS:  I don't recall the exact
10:40:57  3  words, no.
10:40:57  4       Q.   (By Mr. Chachkes)  Okay.  Do you agree
10:41:00  5  that if you want to know whether there's asbestos in
10:41:03  6  talc, you would go to either your lab or Lee Poye's
10:41:03  7  lab and that's it?
10:41:04  8       MR. CIRSCH:  Object to form.
10:41:06  9       THE WITNESS:  It depends on the
10:41:06  10  circumstances.  If you're going to understand
10:41:09  11  what's your best opportunity to see and get the
10:41:12  12  appropriate detection limits, I'm only aware of
10:41:16  13  Lee Poye and our lab that use routinely the
10:41:21  14  heavy liquid density separation method.
10:41:22  15       There may be other labs out there doing
10:41:24  16  it, but that's the only two I know at the
10:41:26  17  moment.
10:41:26  18       Q.   (By Mr. Chachkes)  Okay.  So you know of
10:41:27  19  no other labs besides yours and Lee Poye that can
10:41:32  20  accurately determine whether there's asbestos in
10:41:35  21  talc, at least using the concentration method?
10:41:38  22       MR. CIRSCH:  Object to form.
10:41:39  23       THE WITNESS:  Accurately determine?  It's
10:41:41  24  all about getting the best analytical
10:41:44  25  sensitivity.  So analytical sensitivities and

24

10:41:48  1  using the non-heavy liquid density separation
10:41:50  2  method for TEM is usually in the low to 10 to 12
10:41:59  3  million fibers per gram.
10:42:01  4       The heavy liquid density separation can
10:42:04  5  reduce that; at least in our lab we have gotten
10:42:06  6  as low as 3,000 fibers/bundles per gram.  I know
10:42:11  7  the R.J. Lee Group used the Blount heavy density
10:42:16  8  liquid separation method once for TEM.  There is
10:42:19  9  an ISO protocol for it, so there may be other
10:42:21  10  labs that I'm not aware of.
10:42:23  11       Q.   (By Mr. Chachkes)  So are you the only
10:42:25  12  lab -- you and Lee Poye -- who can detect 3,000
10:42:29  13  structures per gram?
10:42:32  14       MR. CIRSCH:  Object to form.
10:42:34  15       THE WITNESS:  I don't know.  Anybody
10:42:35  16  following the heavy liquid density measurement
10:42:37  17  technique should be able to achieve detection
10:42:39  18  limits --
10:42:39  19       Q.   (By Mr. Chachkes)  Okay.
10:42:39  20       **A.   -- as such.**
10:42:43  21       Q.   So your opinion about the high
10:42:43  22  qualifications of your lab and Lee Poye's lab, it's
10:42:45  23  not based on different methodologies; it's just based
10:42:48  24  on your opinion that you do it better?
10:42:53  25       MR. CIRSCH:  Object to form.

25

| | |
|---|---|
| 10:42:51 1 | THE WITNESS:  Well, it's not really doing |
| 10:42:52 2 | it better; it's just following the appropriate |
| 10:42:54 3 | protocol for the analytical sensitivities. |
| 10:42:57 4 | There may be other labs out there.  John |
| 10:43:00 5 | Fitzgerald's lab may be doing it now.  I don't |
| 10:43:01 6 | know. |
| 10:43:03 7 | Q.    (By Mr. Chachkes)  Okay. |
| 10:43:04 8 | A.    **That's the only two I'm aware of that are** |
| 10:43:06 9 | **routinely doing it now.** |
| 10:43:07 10 | MAS has been testing talc for asbestos by |
| 10:43:11 11 | TEM since 2017; is that correct? |
| 10:43:14 12 | MR. CIRSCH:  Object to form. |
| 10:43:16 13 | THE WITNESS:  We have been testing |
| 10:43:17 14 | cosmetic talc since early 2017.  We have tested |
| 10:43:21 15 | industrial talc all the way back to the 1990s, |
| 10:43:27 16 | early 2000s. |
| 10:43:28 17 | Q.    (By Mr. Chachkes)  MAS has been testing |
| 10:43:32 18 | talc for asbestos by PLM since about October of 2018; |
| 10:43:36 19 | is that correct? |
| 10:43:36 20 | MR. CIRSCH:  Object to form. |
| 10:43:41 21 | THE WITNESS:  I don't know when we got |
| 10:43:43 22 | started testing industrial talc for PLM. |
| 10:43:46 23 | Probably way back in the 1990s, early 2000s. |
| 10:43:51 24 | We've recently started analyzing cosmetic |
| 10:43:56 25 | talc using the ISO 22262-1 and the Blount PLM |

26

| | |
|---|---|
| 10:44:05 1 | method enhanced, not your typical analysis.  I |
| 10:44:11 2 | don't know when we got started last year. |
| 10:44:13 3 | Q.    (By Mr. Chachkes)  Okay.  Is it possible |
| 10:44:16 4 | you didn't start looking at cosmetic talc by PLM |
| 10:44:19 5 | until October of 2018? |
| 10:44:21 6 | MR. CIRSCH:  Object to form. |
| 10:44:23 7 | THE WITNESS:  Well, unless I can go and |
| 10:44:24 8 | look and verify, all I can say is I don't recall |
| 10:44:26 9 | when we started analyzing cosmetic talc by PLM. |
| 10:44:31 10 | Q.    (By Mr. Chachkes)  Have any academic |
| 10:44:33 11 | institutions endorsed MAS as one of the best labs in |
| 10:44:37 12 | the world to test talc? |
| 10:44:39 13 | A.    **If they have, they haven't let me know.** |
| 10:44:41 14 | Q.    Has MAS received any accolades from any |
| 10:44:44 15 | academic institutions for its talc testing? |
| 10:44:47 16 | A.    **Not that I'm aware of.** |
| 10:44:49 17 | Q.    Have any nationally or internationally |
| 10:44:51 18 | renowned TEM scientists identified MAS as one of the |
| 10:44:55 19 | best labs in the world for testing talc? |
| 10:44:58 20 | MR. CIRSCH:  Object to form. |
| 10:45:01 21 | THE WITNESS:  I don't know who these |
| 10:45:03 22 | internationally recognized experts are.  We're |
| 10:45:06 23 | just following a standard protocol to analyze |
| 10:45:09 24 | talc using the most appropriate sensitivities |
| 10:45:14 25 | for analytical sensitivities. |

27

| | |
|---|---|
| 10:45:17 1 | Q.    (By Mr. Chachkes)  So you're not aware of |
| 10:45:17 2 | any TEM scientists who's not taking plaintiff |
| 10:45:23 3 | lawyers' money who has recognized MAS as one of the |
| 10:45:26 4 | best labs in the world for testing talc? |
| 10:45:29 5 | MR. CIRSCH:  Object to form. |
| 10:45:31 6 | THE WITNESS:  I don't recall any TEM |
| 10:45:33 7 | analyst being paid by plaintiffs' attorneys or |
| 10:45:37 8 | any TEM analyst paid by defense attorneys that |
| 10:45:38 9 | are calling me and saying good job, Bill. |
| 10:45:41 10 | Q.    (By Mr. Chachkes)  Have any nationally or |
| 10:45:45 11 | internationally renowned PLM scientists identified |
| 10:45:47 12 | MAS as one of the best labs in the world for testing |
| 10:45:48 13 | talc? |
| 10:45:48 14 | MR. CIRSCH:  Object to form. |
| 10:45:50 15 | THE WITNESS:  I don't know who these |
| 10:45:52 16 | internationally renowned PLM labs are.  I do |
| 10:45:55 17 | believe we're -- because of how we've enhanced |
| 10:45:59 18 | the PLM method that we are one of the better |
| 10:46:04 19 | labs because of the time and effort we put into |
| 10:46:06 20 | the analysis.  Sort of along the lines of the |
| 10:46:10 21 | proposed PLM method by the FDA in 1973, I think |
| 10:46:14 22 | they said it was laborious. |
| 10:46:16 23 | Q.    (By Mr. Chachkes)  All right.  So this is |
| 10:46:17 24 | not a question about what you believe or what people |
| 10:46:19 25 | at MAS believe but a question about what third |

28

| | |
|---|---|
| 10:46:22 1 | parties believe. |
| 10:46:23 2 | Are there any nationally or |
| 10:46:25 3 | internationally renowned PLM scientists or any |
| 10:46:27 4 | scientists, for that matter, who have identified MAS |
| 10:46:30 5 | as one of the best labs in the world for testing talc |
| 10:46:33 6 | under PLM? |
| 10:46:34 7 | MR. CIRSCH:  Object to form. |
| 10:46:35 8 | THE WITNESS:  I don't know. |
| 10:46:35 9 | Q.    (By Mr. Chachkes)  Have you ever presented |
| 10:46:37 10 | at any conferences about testing talc by TEM? |
| 10:46:40 11 | A.    **Maybe.  Not cosmetic talcs, no.** |
| 10:46:48 12 | Q.    Okay.  When you say maybe, nothing comes |
| 10:46:51 13 | to mind? |
| 10:46:51 14 | A.    **Well, we have been analyzing industrial** |
| 10:46:54 15 | **talcs for some time.  We have given talks at Johnson** |
| 10:47:00 16 | **Conferences in the past; Mr. Hatfield has.  Any of** |
| 10:47:01 17 | **that data that may have happened, I just don't know.** |
| 10:47:05 18 | Q.    Okay.  But for conferences that relate to |
| 10:47:08 19 | testing talc with TEM, sitting here today, you can't |
| 10:47:11 20 | recall presenting at any such conference? |
| 10:47:15 21 | MR. CIRSCH:  Object to form. |
| 10:47:17 22 | THE WITNESS:  I don't recall. |
| 10:47:17 23 | Q.    (By Mr. Chachkes)  Have you ever presented |
| 10:47:18 24 | at any conference -- sorry, strike that. |
| 10:47:20 25 | Have you ever been invited to present at |

**29**

10:47:23   1    any conferences about testing talc with TEM or PLM?

10:47:26   2        A.    Yes, I was.

10:47:27   3        Q.    Okay.  What was that?

10:47:28   4        A.    **Bruce Bishop invited me to come debate**

10:47:34        **Dr. Sanchez at a DRI conference last year.**

10:47:37   6        Q.    Okay.  So did you actually go to that

10:47:38        conference?

10:47:38   8        A.    **No.**

10:47:39   9        Q.    And DRI conference, that's a defense bar

10:47:42  10    conference?

10:47:42  11        A.    **Yes, sir.  I have participated in those**

10:47:45  12    **for a number of times and typically debating one of**

10:47:49  13    **the defense experts.  And he sent an email, and I**

10:47:56  14    **couldn't arrange it in my schedule.**

10:47:57  15        Q.    The FDA had a conference in November '18

10:48:01  16    with Jeff San at the University of Maryland; are you

10:48:03  17    aware of that?

10:48:04  18        A.    **I am.**

10:48:05  19        Q.    Were you invited to participate?

10:48:06  20        A.    **No.**

10:48:06  21        Q.    Are you familiar with Forensic Analytical

10:48:10  22    Labs?

10:48:10  23        A.    **I am.**

10:48:11  24        Q.    Would you agree that they are an

10:48:13        independent laboratory?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**30**

10:48:14   1        MR. CIRSCH:  Object to form.

10:48:16   2        THE WITNESS:  I don't know what their

10:48:17   3    background is.

10:48:19   4        Q.    (By Mr. Chachkes)  Okay.  Have you relied

10:48:20   5    on their testing of talc for asbestos before?

10:48:24   6        A.    **I don't know.**

10:48:25   7        Q.    Sitting here today, is there any reason

10:48:29   8    why you believe you shouldn't be able to rely on

10:48:31   9    their work?

10:48:32  10        MR. CIRSCH:  Object to form.

10:48:33  11        THE WITNESS:  It depends on the work.  I

10:48:35  12    would have to review what work that

10:48:37  13    hypothetically you want me to rely on.

10:48:38  14        Q.    (By Mr. Chachkes)  Yeah.  So I'm just

10:48:40  15    talking about the laboratory, not necessarily the

10:48:42  16    nature of the science, which of course you'll always

10:48:46  17    review; right?

10:48:46  18        So the nature of the laboratory -- and

10:48:48  19    sitting here today, is there anything about the

10:48:50  20    Forensic Analytical Labs laboratory that makes you

10:48:54  21    suspicious of their work in any way?

10:48:56  22        A.    **I don't have an opinion one way or the**

10:48:58  23    **other.  Typically, for me to say something about any**

10:49:00  24    **particular lab, I would have to have some interaction**

10:49:04  25    **with that lab over the years.**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**31**

10:49:07   1        Q.    Now, you issued a supplemental report

10:49:10   2    January 15, 2019; correct?

10:49:11   3        A.    **Yes, sir.**

10:49:12   4        Q.    Why?  What did it add to or subtract from

10:49:17   5    the first report?

10:49:18   6        A.    **There was typos in the first report.**

10:49:21   7    **Also, we talked -- added somewhere, I believe, the**

10:49:25   8    **Blount PLM that we did on the -- or talked about it**

10:49:33   9    **on the 16 containers that Lee Poye tested.**

10:49:39  10        Q.    And those errors that you just referred

10:49:43  11    to, when did you identify them?  Was it after you

10:49:44  12    issued your January 15 report -- I'm sorry, after you

10:49:47  13    issued your November 14 report?

10:49:49  14        A.    **Yes.**

10:49:49  15        Q.    And how did you identify those errors?

10:49:53  16        A.    **Reading through it.  It was very obvious**

10:49:58  17    **to me that J3 was not P3, that I had missed it in a**

10:50:03  18    **couple of places.**

10:50:04  19        Q.    Okay.  So the errors that were identified

10:50:05  20    and fixed in the January 15 report, they were all

10:50:08  21    identified by you personally?

10:50:09  22        A.    **Either myself or Dr. Rigler.  I can't tell**

10:50:12  23    **you which one of us fixed the most.**

10:50:15  24        Q.    Okay.  And referring to these additional

10:50:19  25    data in the January 15 report, did that testing occur

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**32**

10:50:23   1    after November 14, 2018?

10:50:27   2        A.    **Yes.  I believe so.**

10:50:30   3        Q.    And then there's a second supplemental

10:50:32   4    report dated February 1, 2019; correct?

10:50:35   5        A.    **Correct.**

10:50:35   6        Q.    Okay.  And we discussed that before,

10:50:38   7    didn't we?

10:50:38   8        A.    **Yes, sir.**

10:50:39   9        Q.    Do you know why it was not produced until

10:50:47  10    February 2?

10:50:48  11        MR. CIRSCH:  Object to form.

10:50:52  12        THE WITNESS:  Why it wasn't produced until

10:50:54  13    February 2?

10:50:54  14        Q.    (By Mr. Chachkes)  Yeah.

10:50:55  15        A.    **Because that's when I sent it.**

10:50:56  16        Q.    Okay.  You also produced two reports from

10:51:04  17    Lee Poye at J3 Resources dated December 12 and

10:51:09  18    December 21; correct?

10:51:10  19        A.    **Correct.**

10:51:10  20        Q.    Can you describe what those reports are?

10:51:11  21        A.    **XRD of 17 MDL samples -- excuse me -- 19**

10:51:21  22    **MDL samples to finish off the MDL samples for XRD**

10:51:26  23    **that we were going to test.  We didn't test the**

10:51:30  24    **Windsor railroad car samples for XRD.**

10:51:33  25        Q.    And there's some PLM work in there as

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

33

1  well?

2      A.    I don't know.

3      Q.    That's okay.  We can get back to that.

4          Do these samples in Lee Poye's

5  supplemental reports relate to -- do they correspond

6  to samples in your report?

7      A.    Yes.

8      Q.    How did they -- how can somebody correlate

9  the two?

10     A.    Let me see.  There should have been a --

11  let me get some of this stuff out of the way.

12     Q.    Actually, you know, let's -- here.  Let's

13  go back to 10.

14         Exhibit 10 is the December 12 letter

15  from -- this is mine.  You've got one in your stack.

16     A.    Oh, do I?

17     Q.    Yes.

18     A.    Okay.

19     Q.    Just the coding system, let's just take

20  the first one.  M69722-001, do you see on the front

21  page?

22     A.    Yes.

23     Q.    Do you know what that refers to?  Does

24  that coding indicate something to you?

25     A.    It does.  I didn't -- we don't have the

34

1  key.

2          What I do is I make an additional number

3  so that the -- Lee Poye essentially gets blind

4  samples, and there's supposed to be a key produced

5  with that.

6      Q.    Okay.  You have a key?

7      A.    I don't have it with me.  I thought it was

8  attached to the report.

9          MR. CHACHKES:  We ask the plaintiffs to

10  produce that key.  I don't think we got it.

11         MS. O'DELL:  Okay.

12     Q.    (By Mr. Chachkes)  Okay.  So have you

13  produced all the J3 -- all the data J3 Resources

14  generated from the work for you in this case?

15     A.    Yes.

16     Q.    And did you ask them about what kind of

17  materials they generated?

18     A.    I mean, other than what they sent me, no.

19     Q.    Okay.  So you didn't ask them whether

20  there was additional material that they generated but

21  just did not provide to you?

22     A.    No, sir.  I have dealt with and had XRD

23  done by them before in other reports, and this is

24  what they provide.

25     Q.    Has anyone at MAS discussed the production

35

1  request in this case with anybody at J3 Resources?

2      A.    No.

3      Q.    What measures do you employ to ensure that

4  J3 Resources provides all the data it generated in

5  its work for you?

6          MR. CIRSCH:  Object to form.

7      Q.    (By Mr. Chachkes)  Actually, strike that.

8  I think we have already done that.

9          All right.  Your lab produced something

10  called global particles tables for a number of

11  samples.  Does that ring a bell?

12     A.    Yes.

13     Q.    Okay.  And what are those?

14     A.    That's the raw data for each of the

15  particles that were measured and counted.

16     Q.    Okay.  And so that's the data underlying

17  what you report in your expert reports?

18         MR. CIRSCH:  Object to form.

19         THE WITNESS:  Not in this expert report,

20  I'm not relying on it, but in past ones, yes.

21     Q.    (By Mr. Chachkes)  Okay.  Because those

22  are non-MDL samples?

23     A.    Well, they're non-MDL samples.  It's not

24  so much they're non-MDL samples, but I was under the

25  impression that these MDL samples weren't contested

36

1  for chain of custody.

2      Q.    Okay.  But what I'm asking, though, is the

3  global particle tables that you produced in this case

4  do not correspond to MDL samples; is that correct?

5      A.    That is correct.

6      Q.    Okay.  Are you able to generate a global

7  particle table for the MDL samples?

8      A.    We have not analyzed any MDL samples yet

9  that I'm aware of.

10     Q.    What about the samples in your reports in

11  this case?

12     A.    Well, they're not particle size analysis.

13  They're PLM and TEM analysis.  Those are specifically

14  designed for detection of amphibole asbestos, not

15  particle sizing.

16     Q.    Why did you produce the global particle

17  tables in this case?

18         MR. CIRSCH:  Object to form.

19         THE WITNESS:  I was asked for it, you

20  know, in other cases, so I thought I would just

21  produce it here, even though I'm not relying on

22  it.

23     Q.    (By Mr. Chachkes)  Okay.  Do you do talc

24  particle size analysis for the MDL?

25     A.    We did not.

37

| | |
|---|---|
| 10:55:55 | 1 |
| 10:56:07 | 2 |
| 10:56:12 | 3 |
| 10:56:15 | 4 |
| 10:56:22 | 5 |
| 10:56:24 | 6 |
| 10:56:27 | 7 |
| 10:56:30 | 8 |
| 10:56:33 | 9 |
| 10:56:35 | 10 |
| 10:56:36 | 11 |
| 10:56:38 | 12 |
| 10:56:40 | 13 |
| 10:56:44 | 14 |
| 10:56:46 | 15 |
| 10:56:47 | 16 |
| 10:56:49 | 17 |
| 10:56:50 | 18 |
| 10:56:52 | 19 |
| 10:56:59 | 20 |
| 10:57:03 | 21 |
| 10:57:14 | 22 |
| 10:57:16 | 23 |
| 10:57:19 | 24 |
| 10:57:23 | 25 |

1  Q.    All right.  But the data in the global
2  particle tables relates to talc particle size?
3     A.    Yes, sir.  All the particles for the talc
4  sizes that -- in the -- I guess it was in August 4,
5  2017, or 2018 report, I can't remember.
6     Q.    Sitting here today, are you aware of any
7  relevance that the global particle tables that you
8  produced have to the reports you issued in this case,
9  the MDL?
10     MR. CIRSCH:  Object to form.
11     THE WITNESS:  Again, as I'm stating, I'm
12  not relying on it.  We did not do any MDL
13  particle sizing.  May in the future, but we
14  haven't done it here, and I'm not relying on the
15  report that we issued --
16     Q.    (By Mr. Chachkes)  Okay.
17     A.    -- in August.
18     Q.    Did your analyst compare any of the
19  particles identified in your MDL report by PLM to
20  compare them with a known asbestos reference sample?
21     MR. CIRSCH:  Object to form.
22     THE WITNESS:  I don't know.  It's not
23  something that we typically require analysts to
24  do, especially the analyst doing this.  He's
25  worked for us for almost 30 years; he's a

Atlanta Reporters, Inc.866-344-0459   www.atlanta-reporters.com

38

| | |
|---|---|
| 10:57:26 | 1 |
| 10:57:30 | 2 |
| 10:57:33 | 3 |
| 10:57:38 | 4 |
| 10:57:43 | 5 |
| 10:57:45 | 6 |
| 10:57:46 | 7 |
| 10:57:47 | 8 |
| 10:57:48 | 9 |
| 10:57:50 | 10 |
| 10:57:52 | 11 |
| 10:57:54 | 12 |
| 10:57:54 | 13 |
| 10:57:56 | 14 |
| 10:58:01 | 15 |
| 10:58:02 | 16 |
| 10:58:05 | 17 |
| 10:58:08 | 18 |
| | 19 |
| 10:58:13 | 20 |
| 10:58:13 | 21 |
| 10:58:14 | 22 |
| 10:58:16 | 23 |
| 10:58:20 | 24 |
| 10:58:23 | 25 |

1  professional geologist; he's probably analyzed
2  tens and tens and tens of thousands of samples.
3  He does compare to the appropriate
4  information --
5     MR. CIRSCH:  Let him finish.
6     Q.    (By Mr. Chachkes)  Yeah.
7     A.    So did he pull out standard anthophyllite
8  tremolite?  I would have to check.
9     Q.    So when you say compared to the
10  appropriate information, you have no knowledge of
11  what that appropriate information is, do you?
12     A.    Sure I do.
13     MR. CIRSCH:  Object to form.
14     THE WITNESS:  The refractive indices, the
15  measurement of -- indices, the angle of
16  extinction, either oblique or parallel, depend
17  on cross polars, the dispersion staining on the
18  colors using the Su charts to determine the
19  refractive indices, the sign of elongation, or
20  the speed.
21     Q.    (By Mr. Chachkes)  So all these --
22     A.    All the standard mineralogical information
23  that a well-seasoned PLM analyst would do.
24     Q.    So I'm not talking about the data that he
25  pulls from looking at samples.  I'm talking about

Atlanta Reporters, Inc.866-344-0459   www.atlanta-reporters.com

39

| | |
|---|---|
| 10:58:26 | 1 |
| 10:58:30 | 2 |
| 10:58:33 | 3 |
| 10:58:34 | 4 |
| 10:58:36 | 5 |
| 10:58:38 | 6 |
| 10:58:41 | 7 |
| 10:58:47 | 8 |
| 10:58:51 | 9 |
| 10:58:53 | 10 |
| 10:58:56 | 11 |
| 10:58:59 | 12 |
| 10:59:01 | 13 |
| 10:59:05 | 14 |
| 10:59:05 | 15 |
| 10:59:07 | 16 |
| 10:59:09 | 17 |
| 10:59:13 | 18 |
| 10:59:18 | 19 |
| 10:59:23 | 20 |
| 10:59:27 | 21 |
| 10:59:31 | 22 |
| 10:59:35 | 23 |
| 10:59:36 | 24 |
| 10:59:38 | 25 |

1  comparing to a reference sample from some source
2  other than something generated by MAS, are you aware
3  of any of that?
4     MR. CIRSCH:  Object to form.
5     THE WITNESS:  They have all the references
6  for all the NIST standards that are routinely
7  looked at when we get -- when our lab is audited
8  by the NVLAP, they go around and make sure the
9  analysts can identify these types of materials.
10  So, yes, we have reference materials.  You
11  know, did they pull it out or not, as I'm
12  sitting right here specifically, but they do do
13  that periodically.  So that's all I can tell
14  you.
15     Q.    (By Mr. Chachkes)  Okay.  So you have NIST
16  samples, but you don't know whether your PLM
17  scientist actually compared the PLM work he did in
18  this case to those NIST samples in this case?
19     A.    Specifically for these MDL samples did he
20  pull out the standards or just use the standard
21  crystallographic information that's specific for the
22  identification of these types of amphiboles, I'd have
23  to check.
24     Q.    Okay.  So I was asking about the NIST
25  standard, and you threw in something else.  I just

Atlanta Reporters, Inc.866-344-0459   www.atlanta-reporters.com

40

| | |
|---|---|
| 10:59:41 | 1 |
| 10:59:43 | 2 |
| 10:59:44 | 3 |
| 10:59:47 | 4 |
| 10:59:52 | 5 |
| 10:59:55 | 6 |
| 10:59:56 | 7 |
| 10:59:57 | 8 |
| 11:00:01 | 9 |
| 11:00:02 | 10 |
| 11:00:05 | 11 |
| 11:00:07 | 12 |
| 11:00:12 | 13 |
| 11:00:15 | 14 |
| 11:00:18 | 15 |
| 11:00:18 | 16 |
| 11:00:24 | 17 |
| 11:00:25 | 18 |
| 11:00:26 | 19 |
| 11:00:27 | 20 |
| 11:00:29 | 21 |
| 11:00:31 | 22 |
| 11:00:32 | 23 |
| 11:00:38 | 24 |
| | 25 |

1  want to focus on the NIST standard.
2     Sitting here today you're not aware that
3  your PLM scientist compared his results on the PLM
4  for the samples in this case directly to the NIST
5  sample -- NIST standards; correct?
6     MR. CIRSCH:  Object to form.
7     THE WITNESS:  It's not being aware or not
8  aware.  It's just a question that I can clear up
9  and ask.
10     Q.    (By Mr. Chachkes)  Okay.  Did you ask him
11  at any point?
12     A.    No.  I typically don't ask 30-year
13  seasoned analysts/geologists on any particular
14  project.  But now that you've asked the question,
15  I'll ask.
16     Q.    Okay.  And so you have one analyst doing
17  all your PLM work for the MDL samples?
18     A.    Yes.
19     Q.    What's his name or her name?
20     A.    Paul Hess.
21     Q.    Spell the last name, please.
22     A.    H-e-s-s.
23     Q.    Your report doesn't state that there were
24  asbestos reference samples used in the PLM analysis;
25  correct?

Atlanta Reporters, Inc.866-344-0459   www.atlanta-reporters.com

**41**

11:00:43  1      A.    No, sir.  It's not the type of information
11:00:45  2  I would typically put in a report.
11:00:47  3      Q.    Do you know which set of NIST standards
11:00:53  4  exist at MAS right now?
11:00:56  5      A.    It is the 1875, I think it is.  I have to
11:01:02  6  check the numbers on it.  It's the standard NIST
11:01:05  7  samples that all asbestos labs have or should have.
11:01:09  8      Q.    Do you know when you obtained them?
11:01:11  9      A.    Not as I sit here today.
11:01:13  10      Did your analyst compare any of the
11:01:15  11  particles identified in this report by TEM with any
11:01:19  12  known asbestos reference samples?
11:01:21  13      A.    Well, we have analyzed both reference
11:01:30  14  tremolite series, anthophyllite series.  We have all
11:01:33  15  those reference standards, analytical data on the TEM
11:01:39  16  walls.  I don't think they pulled the reference and
11:01:43  17  put them in each and every time, but they routinely
11:01:47  18  check reference samples.
11:01:49  19      Okay.  So when you say they check
11:01:51  20  reference samples, are you saying you mean that they
11:01:53  21  check to whatever's on your reference wall?
11:01:56  22      MR. CIRSCH:  Object to form.
11:01:57  23      THE WITNESS:  Well, no.  The reference
11:01:58  24  wall is from the reference samples, and we have
11:02:01  25  analyzed reference samples in the past

**43**

11:03:09  1  I'd have to look at them and see what the validation
11:03:11  2  is.  We have cummingtonite standards now.  We have
11:03:17  3  grunerite standards.  We have -- I believe we have
11:03:21  4  winchite and richterite standards.  We have not
11:03:25  5  analyzed them yet to the degree where we can put the
11:03:28  6  results altogether.
11:03:28  7      Q.    So are these -- so I'm talking about
11:03:31  8  reference standards that you can look at those and
11:03:35  9  compare to what you're generating in this case.  So
11:03:39  10  you're saying that there are third-party
11:03:41  11  anthophyllite standards that you have that were
11:03:45  12  produced by something in Windsor County?
11:03:48  13      MR. CIRSCH:  Object to form.
11:03:49  14      THE WITNESS:  It wasn't produced by
11:03:50  15  Windsor County.  It was a mineral house that
11:03:57  16  sells them.  And I have not had an opportunity
11:04:01  17  to -- we haven't had an opportunity to look at
11:04:03  18  them yet.
11:04:03  19      Q.    (By Mr. Chachkes)  That's just the
11:04:05  20  mineral, though, right, the raw mineral?
11:04:07  21      MR. CIRSCH:  Object to form.
11:04:08  22      THE WITNESS:  Well, it's fibrous, it's raw
11:04:11  23  mineral anthophyllite, raw mineral
11:04:15  24  cummingtonite, raw mineral grunerite, raw
11:04:18  25  mineral winchite-richterite.

**42**

11:02:03  1  specifically for these J&J cases.  And the
11:02:08  2  analysts are well trained.
11:02:10  3      I don't know how often they need to pull
11:02:12  4  out a reference sample in order to identify
11:02:14  5  either the anthophyllite solid solution series
11:02:17  6  or the tremolite solid solution series.
11:02:21  7      Q.    (By Mr. Chachkes)  Let's ask two different
11:02:23  8  lines of questions here.
11:02:24  9      So you have internal MAS-generated
11:02:27  10  reference samples for TEM to identify asbestos; is
11:02:30  11  that correct?
11:02:30  12      A.    Yes.
11:02:31  13      Q.    Okay.  Did you produce them?
11:02:34  14      MR. CIRSCH:  Object to form.
11:02:35  15      THE WITNESS:  I didn't think it was asked.
11:02:37  16      MR. CHACHKES:  Okay.  I would ask the
11:02:38  17  plaintiffs produce that, please.
11:02:40  18      Q.    (By Mr. Chachkes)  What about reference
11:02:42  19  samples generated by third parties, do you have
11:02:47  20  those?
11:02:49  21      A.    Reference samples by third parties, you
11:02:51  22  will have to -- NIST is a third party.
11:02:53  23      Q.    Okay.  So anything else?
11:02:58  24      A.    We have accumulated reference samples now
11:03:01  25  from anthophyllite asbestos from Windsor County, and

**44**

11:04:22  1      Q.    (By Mr. Chachkes)  Okay.  For those
11:04:22  2  minerals that you just mentioned, did you obtain from
11:04:24  3  a third party a TEM photo of the mineral at issue
11:04:31  4  that you can use as a standard to compare what you
11:04:34  5  find under your TEM?
11:04:36  6      MR. CIRSCH:  Object to form.
11:04:38  7      THE WITNESS:  No.  Typically people don't
11:04:39  8  provide that -- or NIST should have -- a TEM lab
11:04:43  9  that's looking at standards should have the
11:04:46  10  qualifications and training to be able to
11:04:49  11  recognize the regulated asbestos types.
11:04:52  12      Q.    (By Mr. Chachkes)  Okay.  So, now, the
11:04:54  13  only third-party TEM photographs that you could use
11:04:54  14  as a standard for determining whether what you're
11:05:03  15  looking at under your TEM is asbestos, the only one
11:05:06  16  you've mentioned so far is NIST; correct?
11:05:09  17      A.    I'm sorry, I misunderstood.
11:05:10  18      NIST does not provide you TEM pictures or
11:05:12  19  EDS pictures or PLM pictures or any XRD pictures.
11:05:16  20  They assume you have the training and capability of
11:05:19  21  doing that.
11:05:19  22      I'm not aware of any third-party group
11:05:21  23  providing photograph standards along with the
11:05:25  24  samples.
11:05:25  25      Q.    Okay.  So to sum it all up, you do not

45

```
11:05:27   1   have any third-party TEM photos that you use as
11:05:33   2   standards to compare to what you're seeing under the
11:05:35   3   TEM?
11:05:36   4        MR. CIRSCH:  Object to form.
11:05:37   5        THE WITNESS:  That's correct.  No third
11:05:38   6   party has sent us TEMs along with their
11:05:41   7   standards and say here's a standard with a TEM
11:05:44   8   photo and this is what it all looks like.
11:05:46   9        Q.   (By Mr. Chachkes)  Your report also does
11:05:47  10   not state that the analyst used asbestos reference
11:05:52  11   standards in their TEM analysis; correct?
11:05:55  12        A.   That is correct.  None of our reports do.
11:05:57  13        Q.   How does your lab distribute samples to
11:05:59  14   individual analysts to test?  Is it random?  Is it
11:06:02  15   like some analysts get a certain kind of sample?
11:06:05  16        A.   It's random.
11:06:06  17        Q.   Is that the same for J3?  Did you give
11:06:08  18   them random samples?
11:06:11  19        MR. CIRSCH:  Object to form.
11:06:13  20        THE WITNESS:  Random samples.  For J3 I
11:06:15  21   specifically gave them the samples that we
11:06:17  22   wanted XRD done on them.
11:06:18  23        Q.   (By Mr. Chachkes)  Okay.  But for your
11:06:23  24   individual analyst, nobody's getting like more
11:06:25  25   Vermont and someone's getting more China, that kind
```

46

```
11:06:29   1   of thing?
11:06:29   2        A.   Not that I'm aware of.
11:06:30   3        Q.   You didn't give any particular analyst
11:06:32   4   like you're getting more bottles from the '50s and
11:06:36   5   '60s and someone else is getting something more from
11:06:38   6   a later era, that's not happening?
11:06:40   7        A.   It's fairly random.  The analysts don't
11:06:43   8   have any knowledge of anything more than the sample
11:06:47   9   number.  They don't know if it's China or Vermont
11:06:51  10   or -- we're not telling them anything other than they
11:06:54  11   just get a sample number.
11:06:55  12        Q.   Who decides which analyst gets which
11:06:58  13   bottles?
11:06:58  14        A.   That's a good question.  I guess Victoria
11:07:08  15   Panariello does.
11:07:08  16        Q.   Who is she?
11:07:09  17        A.   She is the head person in our TEM lab.
11:07:14  18        Q.   Head person meaning administrative?
11:07:18  19   Scientist?
11:07:18  20        A.   She's a scientist.
11:07:21  21        Q.   Does she do any analysis herself?
11:07:21  22        A.   Occasionally.
11:07:22  23        Q.   Under what instrument?
11:07:23  24        A.   She's -- she can do both polarized light
11:07:28  25   microscopy as well as transmission electron
```

47

```
11:07:30   1   microscopy.
11:07:30   2        Q.   Would you expect two analysts from your
11:07:34   3   laboratory, given splits from the same bottle, to
11:07:38   4   identify the same asbestos concentration?
11:07:40   5        A.   You'll never get an exact asbestos
11:07:50   6   concentration depending on what level of accessory
11:07:57   7   amphibole asbestos is in the sample, but I would not
11:08:00   8   expect the exact same.
11:08:01   9        Q.   What level of variation would you think is
11:08:05  10   so great that you would conclude something went
11:08:08  11   wrong?
11:08:10  12        A.   Don't know.  I've not seen that variation
11:08:12  13   yet for two different samples of the same bottle
11:08:15  14   that's been analyzed.
11:08:16  15        Q.   Okay.  Hypothetically, if you split a
11:08:19  16   bottle and one analyst found no detectable asbestos
11:08:22  17   and another found half a percent by concentration
11:08:27  18   asbestos, would you think that was within a
11:08:30  19   reasonable margin of error?
11:08:33  20        MR. CIRSCH:  Object to form.
11:08:34  21        THE WITNESS:  By TEM?
11:08:35  22        Q.   (By Mr. Chachkes)  Sure, by TEM.
11:08:37  23        A.   At a half a percent?
11:08:39  24        Q.   Yeah.
11:08:39  25        A.   No, that's not acceptable.
```

48

```
11:08:41   1        Q.   Okay.  What about one analyst finding no
11:08:46   2   detectable asbestos, another finding a quarter of a
11:08:50   3   percent?
11:08:50   4        MR. CIRSCH:  Object to form.
11:08:51   5        Q.   (By Mr. Chachkes)  Is that an acceptable
11:08:52   6   margin of error?
11:08:53   7        A.   .25 percent by weight?  A quarter percent?
11:08:59   8        Q.   No, no.  A quarter of a percent.
11:08:59   9        MR. CIRSCH:  Object to form.
11:09:03  10        THE WITNESS:  Isn't that .25?  Isn't that
11:09:05  11   a quarter of a percent?
11:09:09  12        Q.   (By Mr. Chachkes)  Yeah.
11:09:09  13        A.   Sometimes simple math gets the better of
11:09:13  14   me.
11:09:15  15             I would think that would be unacceptable;
11:09:16  16   something has gone wrong.
11:09:18  17        Q.   Just to save me from the trouble of doing
11:09:20  18   this all day, at what point would you say, you know,
11:09:23  19   that's acceptable, and maybe a little larger wouldn't
11:09:26  20   be acceptable?
11:09:26  21        MR. CIRSCH:  Object to form.
11:09:27  22        THE WITNESS:  I'd have to look at every
11:09:29  23   situation to see what that percentage is before
11:09:31  24   I could say what is acceptable and not
11:09:34  25   acceptable.
```

**49**

11:09:35 1    Q.    (By Mr. Chachkes) Okay. You have no
11:09:39 2 written or decided standard in your laboratory for
11:09:42 3 what kind of error between two analysts is acceptable
11:09:45 4 or not acceptable, do you?
11:09:47 5          MR. CIRSCH:  Object to form.
11:09:48 6          THE WITNESS:  Yeah, we do.  We have
11:09:49 7 measured where they have gone in and analyzed
11:09:52 8 the same sample.  See, when you were asking for
11:09:53 9 what's acceptable and not acceptable, it's not
11:09:56 10 so much on the analyst's side.  It could be the
11:09:58 11 preparation side.  It could be a number of
11:10:01 12 things.
11:10:02 13          So we have done error rates for the
11:10:06 14 analyst by TEM analysis where they go in and we
11:10:10 15 know that in these many grid openings there's
11:10:12 16 this many fibers, and then we can have them
11:10:15 17 analyze the same grid openings.
11:10:17 18          You're taking out the part about the
11:10:19 19 sample preparation, the filter preparation.  So
11:10:22 20 you have to look at it individually.  But for
11:10:24 21 error rates for the analyst, we have that.
11:10:27 22    Q.    (By Mr. Chachkes) Okay.  But just
11:10:29 23 comparing -- just visually comparing a grid, a single
11:10:32 24 grid; correct?
11:10:33 25          MR. CIRSCH:  Object to form.

**50**

11:10:35 1          THE WITNESS:  Grid openings --
11:10:35 2    Q.    (By Mr. Chachkes) Yeah.
11:10:36 3    A.    -- where each analyst is told to count the
11:10:39 4 same grid opening and, therefore, you can determine
11:10:43 5 what the analyst -- what the coefficient of variation
11:10:48 6 is.
11:10:49 7          If you have a sample where -- you take two
11:10:52 8 samples and one sample is -- they found one fiber in
11:10:54 9 a hundred grid openings and another sample they found
11:10:57 10 zero, that's within the -- that's within the margin
11:11:00 11 of error.  That's acceptable.
11:11:02 12          If you have a sample where one analyst
11:11:04 13 found 50 fibers and one analyst found none or one,
11:11:10 14 then something has happened, and you have to go back
11:11:12 15 and look and go, okay, are the grid openings you
11:11:14 16 looked at he looked at in the first one.  So there is
11:11:17 17 a process that we have to evaluate all data where we
11:11:22 18 have multiple samples of the same container.
11:11:24 19    Q.    Sample preparation is extremely important
11:11:27 20 because that affects the --
11:11:27 21          (Cell phone rings.)
11:11:__ 22    Q.    (By Mr. Chachkes) Okay.  Sample
11:11:__ 23 preparation is extremely important because that
11:11:50 24 affects the outcomes; correct?
11:11:53 25          MR. CIRSCH:  Object to form.

**51**

11:11:54 1          THE WITNESS:  All sample preparation is
11:11:55 2 important.
11:11:55 3    Q.    (By Mr. Chachkes) And do all your
11:11:56 4 analysts use the same sample preparation methods?
11:12:01 5    A.    All the people who -- the folks who
11:12:06 6 prepare the samples use the method that is
11:12:10 7 appropriate for the analysis that's going to be done.
11:12:13 8    Q.    If there is -- for all the samples that
11:12:18 9 were analyzed in your report, were they prepared --
11:12:22 10 the sample preparation, were they all done by the
11:12:25 11 same method?
11:12:26 12    A.    Yes.
11:12:26 13    Q.    Were they all done by the same person?
11:12:28 14    A.    I would have to look.  But yes.  Most
11:12:31 15 likely these samples were all done by the same
11:12:34 16 person.
11:12:34 17    Q.    Okay.  If you took a split from a single
11:12:41 18 bottle and you had two analysts look at it, would you
11:12:44 19 expect them to identify the same kinds of asbestos,
11:12:47 20 assuming there was asbestos spotted?
11:12:49 21          MR. CIRSCH:  Object to form.
11:12:52 22          THE WITNESS:  Not necessarily, no.
11:12:53 23    Q.    (By Mr. Chachkes) Okay.  So one could say
11:12:54 24 I see tremolite and another could say I see
11:12:57 25 anthophyllite and you don't think that is -- that

**52**

11:13:01 1 demonstrates a problem?
11:13:03 2          MR. CIRSCH:  Object to form.
11:13:04 3          THE WITNESS:  If the chemistry is right,
11:13:08 4 the -- and they have identified it correctly,
11:13:11 5 no.  Many of these samples have two types of
11:13:16 6 asbestos in it.
11:13:16 7    Q.    (By Mr. Chachkes) Okay.  Is there any
11:13:22 8 situation where you think an analyst has identified
11:13:26 9 an asbestos type that you believe maybe there's an error
11:13:30 10 there?
11:13:32 11          MR. CIRSCH:  Object to form.
11:13:32 12          THE WITNESS:  I haven't run across
11:13:33 13 anything like that, no.
11:13:35 14    Q.    (By Mr. Chachkes) And if one -- if there
11:13:36 15 was a split and one analyst said I found -- let's say
11:13:39 16 there was a split three ways, and one of your
11:13:42 17 analysts said I found anthophyllite, another analyst
11:13:45 18 said I found tremolite, and a third analyst said I
11:13:49 19 found nothing detectable, you would not say maybe
11:13:52 20 there's a problem here?
11:13:53 21          MR. CIRSCH:  Object to form.
11:13:54 22          THE WITNESS:  Unless I could review the
11:13:55 23 data and -- you know, it's an interesting
11:13:56 24 hypothetical.  I don't think we have run across
11:13:58 25 that interesting hypothetical.

53

| | |
|---|---|
| 11:13:59 | 1 But I would have to review the data to see |
| 11:14:02 | 2 what they're analyzing, what the chemistry is, |
| 11:14:05 | 3 how did they identify, and how many asbestos |
| 11:14:09 | 4 fibers the two that found it versus the one that |
| 11:14:12 | 5 didn't.  So it's -- |
| 11:14:14 | 6 Q.   (By Mr. Chachkes) Okay. |
| 11:14:14 | 7 A.   -- you just can't say is this a problem, |
| 11:14:18 | 8 this -- maybe, maybe not. |
| 11:14:20 | 9 Q.   Okay.  So there is a situation you would |
| 11:14:22 | 10 say there is not a problem where three analysts |
| 11:14:25 | 11 looking at the same bottle finding -- one found |
| 11:14:29 | 12 anthophyllite, one found tremolite, one found nothing |
| 11:14:31 | 13 detectable, there is a situation where that would not |
| 11:14:33 | 14 be a problem, you can imagine that? |
| 11:14:35 | 15 MR. CIRSCH:  Object to form. |
| 11:14:35 | 16 THE WITNESS:  I don't know if I can |
| 11:14:37 | 17 imagine any of this happening, but it's your |
| 11:14:40 | 18 hypothetical.  Unless I can look at the data and |
| 11:14:44 | 19 understand what each of the analysts were |
| 11:14:46 | 20 counting, how many structures, what is the |
| 11:14:48 | 21 chemistry, what is the diffraction patterns, is |
| 11:14:51 | 22 it the two analysts found one and one found |
| 11:14:54 | 23 zero, is this -- you know, what is the mine this |
| 11:14:58 | 24 is coming from, how does our other data look -- |
| 11:15:01 | 25 there's a lot involved there than just saying |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

54

| | |
|---|---|
| 11:15:03 | 1 off the cuff, oh, that's a problem or that's not |
| 11:15:05 | 2 a problem. |
| 11:15:06 | 3 Q.   (By Mr. Chachkes) Okay.  All right.  I've |
| 11:15:08 | 4 asked you whether you can imagine a situation where |
| 11:15:11 | 5 that's not a problem.  You have not provided that to |
| 11:15:13 | 6 me.  This is -- I'll just ask it one more time.  Can |
| 11:15:16 | 7 you provide that to me?  I can imagine that's not a |
| 11:15:18 | 8 problem. |
| 11:15:18 | 9 MR. CIRSCH:  Object to form.  I think he |
| 11:15:20 | 10 answered your question. |
| 11:15:21 | 11 THE WITNESS:  I can't give you any |
| 11:15:22 | 12 additional information about that because I |
| 11:15:25 | 13 don't -- as a scientist I just don't like to |
| 11:15:27 | 14 say, well, this is -- I can imagine a problem |
| 11:15:30 | 15 here, I can't imagine it's a problem, without |
| 11:15:32 | 16 looking at any data to see how many asbestos |
| 11:15:34 | 17 fibers each of the analysts counted, is it one, |
| 11:15:37 | 18 is it ten, is it five, what's the chemistry look |
| 11:15:40 | 19 like, the EDXA, the SAED.  I would have to |
| 11:15:47 | 20 review it to see if it's a problem or not. |
| 11:15:49 | 21 Q.   (By Mr. Chachkes) Is there sufficient |
| 11:15:50 | 22 subjectivity in the system such that it could be |
| 11:15:52 | 23 correct that one analyst could find in a bottle |
| 11:15:55 | 24 tremolite and another analyst could find in the |
| 11:15:57 | 25 bottle anthophyllite? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

55

| | |
|---|---|
| 11:15:58 | 1 MR. CIRSCH:  Object to form. |
| 11:16:00 | 2 THE WITNESS:  I don't think it's |
| 11:16:01 | 3 subjectivity.  I just think it's wherever the |
| 11:16:05 | 4 cosmetic talc source was in any particular mine, |
| 11:16:09 | 5 what's there.  We have many samples that have |
| 11:16:12 | 6 both types of asbestos in it. |
| 11:16:14 | 7 So you can't say, well, you found this and |
| 11:16:18 | 8 the other one found that, when the source, the |
| 11:16:21 | 9 accessory -- amphibole asbestos accessory |
| 11:16:23 | 10 mineral in these mines have both types. |
| 11:16:26 | 11 Q.   (By Mr. Chachkes) If one of your |
| 11:16:27 | 12 scientists looked at a J&J bottle of talc and found a |
| 11:16:32 | 13 particular concentration of a particular kind of |
| 11:16:36 | 14 asbestos, would you -- do you believe to within a |
| 11:16:42 | 15 scientific -- a degree of scientific -- reasonable |
| 11:16:45 | 16 scientific degree of certainty that a second |
| 11:16:50 | 17 scientist following proper procedures would find the |
| 11:16:52 | 18 same? |
| 11:16:52 | 19 MR. CIRSCH:  Object to form. |
| 11:16:53 | 20 THE WITNESS:  I think we already talked |
| 11:16:54 | 21 about this.  I would never expect a second |
| 11:16:56 | 22 scientist or a second analyst going in with a |
| 11:16:59 | 23 separate prep sample finding the exact amount. |
| 11:17:00 | 24 And again, it depends on how many is there. |
| 11:17:03 | 25 We did discuss this once.  If it's one or |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

56

| | |
|---|---|
| 11:17:05 | 1 two and the second analyst found none, that's in |
| 11:17:08 | 2 the margin of error, or it's looking for the |
| 11:17:12 | 3 needle in the haystack sort of analogy. |
| 11:17:15 | 4 If one analyst found 50 and the other |
| 11:17:18 | 5 found zero, yes, that's a problem, like we |
| 11:17:19 | 6 already discussed.  Again, I would have to look |
| 11:17:21 | 7 at the data to determine if it's a problem or |
| 11:17:23 | 8 not. |
| 11:17:24 | 9 Q.   (By Mr. Chachkes) Do you believe it's |
| 11:17:26 | 10 appropriate, given this margin of error, to run |
| 11:17:30 | 11 multiple tests on a single bottle and then average |
| 11:17:33 | 12 the results to get what would be the correct answer? |
| 11:17:37 | 13 MR. CIRSCH:  Object to form. |
| 11:17:38 | 14 THE WITNESS:  I don't think that's |
| 11:17:39 | 15 necessary.  I think the -- we can accept what |
| 11:17:42 | 16 the analysis is.  It comes from a sample in a |
| 11:17:45 | 17 bottle.  The more you run, you may go from |
| 11:17:50 | 18 nondetect initially to detect in the second or |
| 11:17:54 | 19 third.  But I don't think that is necessary to |
| 11:17:56 | 20 do for the types of analysis we're doing. |
| 11:17:59 | 21 Q.   (By Mr. Chachkes) For two of your |
| 11:18:02 | 22 analysts analyzing the same bottle, what degree of |
| 11:18:06 | 23 difference in the detected percentage of fibers |
| 11:18:10 | 24 versus detected percentage of bundles would you |
| 11:18:17 | 25 expect normally? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

---

**57**

11:18:19  1   MR. CIRSCH:  Object to form.

11:18:20  2   THE WITNESS:  I don't have any

11:18:21  3   expectations.  The analyst is ultimately making

11:18:24  4   the decision if it is a single fiber or a

11:18:28  5   bundle.  Because he's looking in the microscope,

11:18:31  6   he's the one who can -- you're looking through

11:18:34  7   the fiber, he's the one doing the -- he can

11:18:38  8   change the focal plane, he can change from dark

11:18:42  9   field to bright field, so ultimately he's making

11:18:44  10  the decision on it.

11:18:46  11  Q.   (By Mr. Chachkes)  I am asking really what

11:18:49  12  is the margin of error in detecting fiber versus

11:18:53  13  bundle percentage, acceptable margin of error.  Have

11:18:57  14  you ever figured that out?

11:18:58  15  A.   We haven't done that; it's really not

11:19:00  16  necessary.  It's more important for coefficients of

11:19:04  17  variation.  I've reviewed all the photographs of

11:19:07  18  fibers and bundles.  I would say 95, 98 percent of

11:19:14  19  them I agree with.  There's a couple percent in there

11:19:18  20  that you have to leave it up to the analyst to make

11:19:21  21  that decision.

11:19:22  22  Q.   Would you expect an analyst in your lab

11:19:25  23  and an analyst in Lee Poye's lab to get the same

11:19:29  24  results for a particular bottle?  Is it the same

11:19:32  25  answer as I've been getting with two analysts in your

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

**58**

11:19:34  1   lab?

11:19:34  2   MR. CIRSCH:  Object to form.

11:19:36  3   THE WITNESS:  Yes.  I would expect,

11:19:38  4   depending on what the count is or how many

11:19:41  5   fibers, if it's not in the margin of error, that

11:19:44  6   we would verify that it's same bottle as

11:19:47  7   positive.  But other than that, I would have to

11:19:51  8   see the data to see.

11:19:52  9   Q.   (By Mr. Chachkes)  When you say -- when

11:19:55  10  you say it's not within the margin of error, what's

11:19:58  11  the quantification of that margin of error?

11:20:00  12  A.   I think our labs have a margin of

11:20:02  13  error on coefficient of variation somewhere in the 6

11:20:03  14  to 7 percent range.  So one lab finding one fiber or

11:20:07  15  maybe two fibers, another lab finding zero or finding

11:20:10  16  four, I don't have any issue with that.

11:20:14  17  Q.   Would you expect the samples, the various

11:20:23  18  bottles from a single mine, like all the bottles from

11:20:26  19  J&J talc from Vermont, cosmetic talc from the Vermont

11:20:31  20  mine, to have roughly the same EDS spectra?

11:20:36  21  MR. CIRSCH:  Object to form.

11:20:38  22  THE WITNESS:  Depending on the type of

11:20:39  23  asbestos, yes.

11:20:39  24  Q.   (By Mr. Chachkes)  Okay.  By the way, I've

11:20:43  25  seen EDXA; I've seen EDS.  Do you use those

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

**59**

11:20:48  1   synonymously in your report?

11:20:50  2   A.   I think all ours say EDXA.  EDS is old

11:20:54  3   school.  They're both the same technique: energy

11:20:56  4   dispersive spectroscopy or energy dispersive x-ray

11:21:00  5   spectroscopy.

11:21:00  6   Q.   Do you expect all the samples from a

11:21:01  7   single mine, for example, the cosmetic talc from

11:21:08  8   J&J's Vermont mine, to have similar SAED patterns?

11:21:15  9   A.   Depending on the orientation of the

11:21:17  10  crystal and depending on what the material is.

11:21:22  11  Tremolite, winchite, richterite,

11:21:27  12  actinolite typically have similar, but the

11:21:30  13  anthophyllite solid solution series, especially from

11:21:34  14  Vermont where you can have no iron, iron-rich,

11:21:38  15  cummingtonite, high-iron cummingtonite, and actually

11:21:43  16  going to grunerite, those will have different

11:21:46  17  reflections because you're going from orthorhombic to

11:21:49  18  monoclinic.

11:21:50  19  Q.   So would you expect all the samples from a

11:21:53  20  single mine to have the same concentration of

11:21:57  21  asbestos?

11:21:58  22  A.   No.

11:21:59  23  Q.   Why not?

11:22:00  24  A.   Because you're dealing with accessory

11:22:02  25  minerals.  It just depends on where it's being dug

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

**60**

11:22:07  1   out of the mine.

11:22:07  2   Q.   Would you expect all the samples from a

11:22:10  3   single mine to have the same fiber versus bundle

11:22:14  4   ratio?

11:22:15  5   A.   Not necessarily.  All these materials are

11:22:18  6   milled, and you're dealing with an asbestos type

11:22:21  7   tremolite-anthophyllite that's brittle.  So I don't

11:22:26  8   know if I would expect to see the same bundles to

11:22:30  9   fibers.

11:22:30  10  And of course you're also dealing with the

11:22:33  11  microscopist who has to make that final decision, the

11:22:36  12  TEM microscopist, if it's a single fiber or bundle.

11:22:40  13  What we try to make sure happens is that

11:22:44  14  every asbestos fiber or bundle we identify meets the

11:22:49  15  counting criteria for a regulated asbestos fiber or

11:22:53  16  bundle as per the TEM methods, both ISO, ASTM.

11:22:59  17  That's the most important thing.

11:23:01  18  And then we try to also get some

11:23:03  19  consistency on whether it's bundles or fibers.  But

11:23:08  20  that's what we strive for, is following the protocol,

11:23:12  21  following the standard counting rules, and

11:23:15  22  identification.

11:23:16  23  Q.   Hypothetically, if one of your researchers

11:23:21  24  analyzed 150 different samples from a single mine and

11:23:25  25  another researcher analyzed those same 150 samples,

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

61

11:23:29  1   would you expect the averages for both the
11:23:31  2   researchers to be the same?
11:23:33  3        MR. CIRSCH:  Object to form.
11:23:34  4        THE WITNESS:  I don't know.  I'd have
11:23:35  5   to -- I mean, again, you have to look at the
11:23:37  6   data, and determine what that percentage is for
11:23:41  7   those exact same samples and what they found
11:23:43  8   versus the other.
11:23:45  9        I wouldn't be surprised if they're in the
11:23:47  10  range of an average or in the range of high to
11:23:49  11  low.  If it's not in that range, then I would
11:23:52  12  have to look at it to see if it's a problem or
11:23:54  13  not.
11:24:03  14        Can we go off the record for a second?
11:24:07  15        MR. CIRSCH:  Sure.
11:24:11  16        (Recess from 11:24 a.m. to 11:39 a.m.)
11:39:52  17   Q.   (By Mr. Chachkes)  Dr. Longo, there are
11:40:50  18  bottles of J&J talc, cosmetic talc, where you've not
11:40:56  19  detected asbestos; correct?
11:40:58  20   A.   That's correct.
11:40:58  21   Q.   So for example, there are some bottles of
11:41:02  22  Vermont sourced J&J talc where you've not detected
11:41:06  23  asbestos; correct?
11:41:07  24   A.   That is correct.  The better way to say
11:41:09  25  that is the asbestos, if present, is below our

62

11:41:12  1   detection limit.
11:41:13  2    Q.   Okay.  Do you have any opinion as to
11:41:21  3   whether, if one of those bottles were retested,
11:41:23  4   whether you would get the same result?
11:41:25  5        MR. CIRSCH:  Object to form.
11:41:27  6        THE WITNESS:  And again, this is -- the
11:41:29  7   same result is either zero or nondetect below
11:41:33  8   our detection limit, and possibly one right at the
11:41:36  9   detection limit, and I think we've had samples
11:41:38  10  like that before.
11:41:40  11        I think I can think of either Krystal
11:41:45  12  Kim's two samples and Joanne Anderson's two
11:41:50  13  samples, I believe one was positive and one was
11:41:53  14  negative, but they were two different bottles.
11:41:57  15        Where we have tested the two samples from
11:42:01  16  the same bottle would be the 1978 historical,
11:42:05  17  and we found them in both.
11:42:07  18    Q.   (By Mr. Chachkes)  Okay.  I'm not asking
11:42:08  19  about specific bottles.  So listen to the question
11:42:11  20  I'm asking.
11:42:12  21        If you had a nondetect on a bottle of J&J
11:42:16  22  cosmetic talc for asbestos, would you expect,
11:42:21  23  generally speaking, that if you ran the same test
11:42:23  24  again, you would get the same result, the non-deduct?
11:42:28  25        MR. CIRSCH:  Object to form.

63

11:42:29  1        THE WITNESS:  I don't have any
11:42:30  2   expectations one way or the other, and I think
11:42:32  3   we've gone over this.  This is the hypothetical
11:42:34  4   if we analyzed it again, are we going to find
11:42:36  5   the same thing.  It depends on, again, how many
11:42:39  6   asbestos fibers or bundles were detected the
11:42:41  7   first time.
11:42:41  8        If we detect one or two the first time and
11:42:44  9   do it again and it's zero, that's within the
11:42:46  10  error rate that you would expect.  Or if we
11:42:49  11  tested again and we find that it's even more,
11:42:53  12  say three fibers or four fibers.
11:42:56  13        So you have to look at specifically on
11:42:58  14  what the first test is, and we're assuming the
11:43:02  15  first test now is a nondetect, below our
11:43:05  16  detection limit.  And if the second test shows
11:43:07  17  that there is one or two regulated asbestos
11:43:10  18  fibers, that wouldn't surprise me.
11:43:12  19    Q.   (By Mr. Chachkes)  Okay.  So let me ask
11:43:15  20  the question again because you really answered a
11:43:16  21  different question.
11:43:17  22        The question is, if you had a bottle of
11:43:19  23  J&J talc where you had a nondetect.  I'm not asking
11:43:23  24  what your experience is.  I'm not asking about a
11:43:25  25  specific bottle.  I'm asking just generally speaking,

64

11:43:29  1   would you expect to have another nondetect if you
11:43:32  2   were to test it again -- nondetect in the first
11:43:36  3   instance?
11:43:37  4        MR. CIRSCH:  Object to form.
11:43:38  5        THE WITNESS:  I don't have an expectation
11:43:39  6   one way or the other.  The results are what they
11:43:41  7   are.
11:43:41  8    Q.   (By Mr. Chachkes)  Can you make any
11:43:42  9   assumptions about a bottle of J&J cosmetic talc from
11:43:47  10  Vermont about the asbestos content without analyzing
11:43:49  11  the bottle?
11:43:50  12    A.   I don't believe you can predict just how
11:43:57  13  much asbestos is in any particular bottle without
11:44:00  14  analyzing it.
11:44:02  15    Q.   What about the possibility that there's no
11:44:05  16  asbestos, can you -- if you haven't analyzed a bottle
11:44:10  17  of J&J talc sourced from Vermont, is it possible that
11:44:15  18  there's no detectable asbestos?
11:44:18  19        MR. CIRSCH:  Object to form.
11:44:19  20        THE WITNESS:  Again, I don't have
11:44:21  21  expectations one way or the other.  It's either
11:44:25  22  going to be above, at, or below our detection
11:44:28  23  limit, depending on the amount of regulated
11:44:30  24  asbestos that's in that bottle.
11:44:31  25    Q.   (By Mr. Chachkes)  You're not assuming

**65**

11:44:32 1  that a nondetect of a J&J bottle of cosmetic talc is

11:44:38 2  an incorrect result; correct?

11:44:40 3     A.  **I'm sorry, could you repeat that?**

11:44:41 4     Q.  Yeah, I didn't do you a favor there, did

11:44:44 5  I?

11:44:47 6     You don't believe that a nondetect for

11:44:49 7  asbestos on a J&J bottle of cosmetic talc means

11:44:53 8  you've made an error?

11:44:55 9     MR. CIRSCH:  Object to form.

11:44:56 10     THE WITNESS:  No.  It only means that if

11:44:59 11  there is regulated asbestos present in that

11:45:01 12  bottle, it's below our analytical detection

11:45:06 13  limit.

11:45:07 14     Q.  (By Mr. Chachkes)  Your report includes

11:45:10 15  EDXA spectra for several particles; correct?

11:45:13 16     A.  **For --**

11:45:14 17     MR. CIRSCH:  Object to form.

11:45:15 18     THE WITNESS:  For several regulated

11:45:17 19  asbestos fibers and bundles, yes.

11:45:19 20     Q.  (By Mr. Chachkes)  Describe how your

11:45:20 21  analysts calibrate your EDXA system.

11:45:25 22     A.  **It's calibrated in the QA/QC, I believe,**

11:45:28 23  **every couple of months where a standard is run and**

11:45:30 24  **then they make a determination on its count rates.**

11:45:34 25  **So whatever we have to do for the National Voluntary**

**66**

11:45:42 1  **Laboratory Accreditation Program.**

11:45:42 2     Q.  Do you keep that data and results on your

11:45:46 3  QA/QC?

11:45:47 4     A.  **Yes.**

11:45:48 5     Q.  Have you ever produced it?

11:45:49 6     A.  **No.**

11:45:52 7     Q.  How often do they calibrate -- strike

11:45:57 8  that.

11:45:57 9     Do your analysts compare their EDXA

11:46:04 10  spectra to known reference samples, known reference

11:46:11 11  spectra?

11:46:11 12     A.  **Yes.**

11:46:12 13     Q.  And are those spectra from outside MAS or

11:46:16 14  generated within MAS?

11:46:19 15     MR. CIRSCH:  Object to form.

11:46:21 16     THE WITNESS:  The reference spectras have

11:46:24 17  been generated by MAS.

11:46:25 18     Q.  (By Mr. Chachkes)  And do your analysts

11:46:27 19  compare their EDXA spectra to any third-party

11:46:34 20  reference spectra?

11:46:42 21     A.  **Possibly.  I mean, there's plenty of**

11:46:47 22  **publications or book chapters in the past on things**

11:46:51 23  **like tremolite, richterite, winchite.  Not so much on**

11:46:58 24  **richterite and winchite because it's a mineral that**

11:47:03 25  **nobody seems to have.  We believe we have some now,**

**67**

11:47:05 1  **but we'll have to check it just to determine the**

11:47:08 2  **sodium concentrations versus the potassium**

11:47:12 3  **concentrations.**

11:47:13 4     Q.  Okay.  So sitting here today, you don't

11:47:14 5  know whether your analysts compare their EDXA spectra

11:47:17 6  to third-party standards?

11:47:19 7     A.  **No, I didn't say that.**

11:47:20 8     MR. CIRSCH:  Object to form.

11:47:21 9     THE WITNESS:  We have our own standards,

11:47:23 10  we have the NIST standards.  And quite frankly,

11:47:25 11  a TEM analyst identifying tremolite and

11:47:28 12  anthophyllite or iron-rich anthophyllite is

11:47:33 13  almost elementary compared to for people with

11:47:37 14  analysts with a lot of experience.  We have the

11:47:40 15  references.

11:47:43 16     If you have any particular issue with any

11:47:45 17  particular EDXA spectra that you think has been

11:47:50 18  misidentified as one of the regulatory asbestos

11:47:52 19  types in these reports, I would be happy to look

11:47:54 20  at it and we can discuss it.

11:47:56 21     Q.  (By Mr. Chachkes)  I would like you to

11:47:58 22  listen carefully to the question.

11:47:58 23     The question is:  For the EDXA spectra in

11:48:04 24  your report, the conclusions made about which mineral

11:48:06 25  that is based on the EDX -- which crystal that is

**68**

11:48:10 1  based on the EDXA spectra, was that done comparing

11:48:14 2  the spectra to a third-party standard?

11:48:16 3     MR. CIRSCH:  Object to form.

11:48:17 4     THE WITNESS:  Are you asking a third-party

11:48:19 5  standard spectra or a third-party standard

11:48:23 6  mineral like NIST?

11:48:26 7     Q.  (By Mr. Chachkes)  Okay.  How about a

11:48:29 8  third-party standard, any third-party standard,

11:48:32 9  somebody else other than your lab generated this

11:48:34 10  spectra, you used that as a standard?

11:48:36 11     A.  **I don't know if we've looked at any other**

11:48:39 12  **third-party spectra other than what has been -- I**

11:48:45 13  **think Jim Millette has published in the past.  I know**

11:48:48 14  **we have his stuff.  I believe McCrone has also.  I**

11:48:53 15  **have to look in the particle analysis if they've done**

11:48:56 16  **that.  But typically we rely on the actual minerals**

11:48:59 17  **and the spectras that we've generated in the past**

11:49:01 18  **from the standards.**

11:49:02 19     Q.  So the question isn't about whether

11:49:04 20  third-party standards exist.  I'm talking about the

11:49:07 21  functional day-to-day your analysts doing an EDXA

11:49:11 22  spectra.  Sitting there, does he look over at some

11:49:15 23  third-party document, or does he look at an MAS

11:49:19 24  internal document to determine this is what I'm

11:49:21 25  looking at?

69

11:49:22 1    MR. CIRSCH:  Object to form.

11:49:23 2    THE WITNESS:  I doubt he's looking at when

11:49:25 3    he takes a spectra of either tremolite series or

11:49:28 4    anthophyllite series that he's turning over and

11:49:31 5    looking at a known reference.  These analysts

11:49:34 6    have been doing this for years and years and

11:49:37 7    years.

11:49:37 8    We have references, but I can't imagine

11:49:43 9    every time he takes an EDX spectra that looks

11:49:47 10   the same time after time after time that he's

11:49:49 11   looking at a third-party reference at that

11:49:51 12   particular point in time.

11:49:52 13   Q.    (By Mr. Chachkes)  Okay.  How many

11:49:56 14   different analysts do you have doing EDXA spectra?

11:49:59 15   A.    Four.

11:49:59 16   Q.    Does NIST have an EDXA reference spectra

11:50:06 17   for the various asbestos?

11:50:11 18   MR. CIRSCH:  Object to form.

11:50:12 19   THE WITNESS:  I think you already asked

11:50:14 20   that.  And besides not having a -- providing a

11:50:16 21   TEM photo, they do not provide an actual

11:50:22 22   spectra.  But I think most -- I think there's a

11:50:26 23   number of third-party references I believe just

11:50:28 24   give you the ratios of what you would see in

11:50:31 25   EDXA for the magnesium, the silicon, the

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

70

11:50:37 1    calcium, potentially some iron, tremolite, or

11:50:41 2    actinolite.

11:50:43 3    Q.    (By Mr. Chachkes)  Why is EDXA useful?

11:50:47 4    A.    Provides the inorganic, and depending on

11:50:52 5    your detector, organic chemistry of any particular

11:50:56 6    elongated particulate.

11:50:58 7    Q.    When you look at an EDXA spectra, do you

11:51:03 8    assume it's a regulated particle and then look to

11:51:07 9    which regulated particles have the metal-to-silicon

11:51:11 10   ratio that correspond?

11:51:14 11   MR. CIRSCH:  Object to form.

11:51:15 12   THE WITNESS:  Well, we typically don't do

11:51:18 13   an EDX spectra unless it meets the definition of

11:51:22 14   a regulated -- it has the potential for a

11:51:27 15   regulated asbestos fiber or bundle.

11:51:29 16   So it's got to be at least .5 micrometers

11:51:33 17   in length or greater, it's got to have an equal

11:51:36 18   to -- greater than or equal to 5-to-1 aspect

11:51:41 19   ratio, and parallel sides.  Then the analyst --

11:51:46 20   first thing I would assume is do EDXA and check

11:51:50 21   the chemistry.  And then SAED.

11:51:55 22   Q.    (By Mr. Chachkes)  If your analyst sees

11:51:58 23   something that's, what did you say, greater than .55

11:52:04 24   millimeters --

11:52:05 25   A.    Microns.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

71

11:52:06 1    Q.    Microns, I'm sorry.

11:52:06 2    A.    Micrometers.

11:52:06 3    Q.    Okay.  So strike that.

11:52:08 4    If your analyst sees something that's

11:52:11 5    greater than .5 micrometers and has an aspect ratio

11:52:14 6    of at least 5-to-1, then he might do EDXA?

11:52:18 7    A.    If it has parallel sides, yes.  And he may

11:52:25 8    do SAED.  It doesn't matter which one.  But then he

11:52:29 9    would have to go through the sequence of determining

11:52:31 10   if it meets the definition for the regulated asbestos

11:52:35 11   chemistry and the crystalline structure.

11:52:37 12   Q.    Are there minerals that exist in the world

11:52:40 13   other than regulated particles, regulated asbestos

11:52:44 14   particles, that are greater than .5 micrometers and

11:52:50 15   can have an aspect ratio of greater than 5-to-1?

11:52:53 16   MR. CIRSCH:  Object to form.

11:52:54 17   Q.    (By Mr. Chachkes)  And with parallel

11:52:56 18   sides?

11:52:56 19   A.    Yes.

11:52:56 20   Q.    Potentially dozens if not hundreds; right?

11:53:01 21   A.    I haven't counted them all up.  But what

11:53:04 22   we potentially see is asbestiform talc bundles or

11:53:08 23   fibers all the time.  So, yeah, you have to

11:53:12 24   distinguish between a talc fiber or bundle and an

11:53:17 25   anthophyllite fiber or bundle.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

72

11:53:18 1    Q.    The question really is about minerals, so

11:53:20 2    let's focus on what I've just asked, which is:  There

11:53:25 3    are potentially dozens if not hundreds of minerals

11:53:29 4    that can have parallel sides, that can have -- be

11:53:34 5    bigger than .5 micrometers, and have aspect ratios

11:53:37 6    that are 5-to-1 or greater?

11:53:39 7    MR. CIRSCH:  Object to form.

11:53:40 8    THE WITNESS:  I apologize, but I just

11:53:42 9    stated I haven't counted them up.  And really,

11:53:46 10   we're not interested in the hundreds or whatever

11:53:47 11   it is around the world.

11:53:49 12   It's primarily what do we find in the talc

11:53:55 13   deposits that are asbestiform or fibrous and

11:54:00 14   meet those definitions.  And typically the only

11:54:04 15   thing we routinely see is fibrous talc.  Every

11:54:10 16   now and then an antigorite fiber may show up.

11:54:16 17   But I don't -- to answer your question you

11:54:19 18   asked, I haven't counted how many are out there.

11:54:21 19   Q.    (By Mr. Chachkes)  Does MAS conduct

11:54:24 20   qualitative EDS analysis or quantitative EDS

11:54:27 21   analysis?

11:54:28 22   A.    I believe every spectra in here is

11:54:31 23   quantitative EDS analysis.

11:54:33 24   Q.    So you actually calculate the peak sizes

11:54:36 25   and do the math?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

73

11:54:37  1    A.    We can, but we take the raw data, so that
11:54:41  2  has to have at least 300 seconds of collection.  But
11:54:46  3  it's easy to do.  You can actually calculate the
11:54:51  4  concentration of the oxides under the peaks.  We
11:54:54  5  don't normally do that unless it's necessary.
11:54:58  6    Q.    So when you -- just to summarize, when you
11:55:07  7  do identification of mineral by EDXA, you are
11:55:13  8  assuming that it's not any of the potentially dozens
11:55:17  9  or hundreds of other minerals that aren't regulated;
11:55:22 10  correct?
11:55:22 11            MR. CIRSCH:  Object to form.
11:55:23 12            THE WITNESS:  That's not what I said.  I
11:55:24 13  said I didn't know them all.  But there's no
11:55:27 14  minerals out there that has all the
11:55:29 15  characteristics of a specific type of a
11:55:32 16  regulated asbestos fiber, and that's why you go
11:55:36 17  through the analytical process.
11:55:39 18            You can get other fibrous materials, but
11:55:42 19  they'll have aluminum or the
11:55:47 20  magnesium-to-silicon ratios are off.  But you
11:55:50 21  just don't see that many of these other than
11:55:53 22  fibrous talc.
11:55:54 23            So of course we don't make an assumption
11:55:56 24  what it is.  That's why you do the chemistry and
11:55:59 25  the selected area electron diffraction.

74

11:56:04  1    Q.    (By Mr. Chachkes)  How many minerals have
11:56:06  2  the same constituent elements as regulated asbestos?
11:56:13  3            MR. CIRSCH:  Object to form.
11:56:14  4            THE WITNESS:  Don't know.
11:56:14  5    Q.    (By Mr. Chachkes)  It could be hundreds?
11:56:16  6            MR. CIRSCH:  Object to form.
11:56:17  7            THE WITNESS:  It's not a matter if it has
11:56:19  8  the same constituents --
11:56:21  9    Q.    (By Mr. Chachkes)  My question was --
11:56:22 10            MR. CIRSCH:  Hold on.  Let him answer the
11:56:24 11  question, please.
11:56:25 12            THE WITNESS:  I haven't -- again, I
11:56:26 13  haven't tried to sit down and go through all the
11:56:28 14  minerals in the world that may have magnesium,
11:56:31 15  silicon, or magnesium, silicon, and calcium.
11:56:37 16  What's important is the ratio to the standards
11:56:40 17  to the chemistry to the selected area electron
11:56:44 18  diffraction.
11:56:44 19            MR. CHACHKES:  Okay.  Let's mark as
11:56:45 20  Exhibit 12.
         21            (Defendants' Exhibit 12 was marked for
11:56:58 22  identification.)
11:56:58 23    Q.    (By Mr. Chachkes)  This is an extracted
11:57:00 24  page from page 132 of your report.  Do you recognize
11:57:05 25  this as one of your EDXA spectra?

75

11:57:08  1    A.    I do recognize it.
11:57:10  2    Q.    Okay.  Now, up at the top it says -- do
11:57:13  3  you see where it says tremolite?
11:57:14  4    A.    Yes.
11:57:14  5    Q.    You typed that in, right, or your lab
11:57:17  6  typed that in?
11:57:19  7    A.    After they identified it, yes.
11:57:21  8    Q.    Okay.  What's the name of the software you
11:57:28  9  use to generate this spectra?
11:57:30 10    A.    You got me there.  I don't know the name
11:57:33 11  of the software.  It's whatever the EDS system is on
11:57:37 12  this particular one.  It's not a light element
11:57:39 13  detector.  It comes with the EDXA system.  I don't
11:57:44 14  know what they call their software.
11:57:46 15    Q.    Do you run the EDXA yourself?
11:57:49 16    A.    Not anymore, no.
11:57:50 17    Q.    Did you run any EDXA for any of the
11:57:53 18  samples in the MDL?
11:58:00 19    A.    No, sir.
11:58:00 20    Q.    And walk me through how you determine the
11:58:03 21  chemical composition of a -- what you're looking at
11:58:07 22  from the spectra.
11:58:10 23            MR. CIRSCH:  Object to form.
11:58:11 24            THE WITNESS:  How far back do you want me
11:58:14 25  to start?

76

11:58:14  1    Q.    (By Mr. Chachkes)  Well, let me ask you
11:58:15  2  this.
11:58:16  3    A.    Electrons hit the solid -- electron beam
11:58:20  4  hits the solid with enough energy to eject elements
11:58:23  5  out of their orbital.
         6    Q.    We're not --
11:58:26  7    A.    You don't want me to go back that far?
11:58:27  8    Q.    No.
         9    A.    Okay.
11:58:27 10    Q.    So you look at the areas of the peaks;
         11  right?
11:58:30 12    A.    No, what we -- we look at the peak ratios,
11:58:34 13  the areas -- you can't look at the areas, but the
11:58:37 14  peak ratios is what's important here.  This is a
11:58:42 15  typical tremolite with a small amount of iron, so
11:58:44 16  this would not be enough iron to get into the
11:58:46 17  actinolite range.  There's no potassium.  I don't see
11:58:52 18  much of a sodium peak, so I would call this just
11:58:57 19  tremolite.
11:58:57 20            So the electron beam is put on a spot size
11:59:01 21  onto the bundle or fiber, and the system essentially
11:59:04 22  is turned on and starts collecting x-rays from the
11:59:08 23  different energy levels that are consistent with the
11:59:12 24  different elements.
11:59:12 25    Q.    Okay.  Let's just focus on you said you

77

| | |
|---|---|
| 11:59:15 | 1 look at the ratios of the peaks; right? |
| 11:59:18 | 2 MR. CIRSCH: Object to form. |
| 11:59:19 | 3 Q. (By Mr. Chachkes) Am I misstating your |
| 11:59:21 | 4 testimony? |
| 11:59:21 | 5 A. No. I guess I'm trying to understand what |
| 11:59:24 | 6 you're asking. Maybe you should repeat the question. |
| 11:59:26 | 7 Q. Okay. You've got a -- I'm not asking how |
| 11:59:30 | 8 the machine works. I'm asking you how you take this |
| 11:59:33 | 9 result in Exhibit 12 and turn that into a conclusion. |
| 11:59:38 | 10 So I'm asking do you look at the ratio of |
| 11:59:43 | 11 the peak heights -- is that one of the things you |
| 11:59:47 | 12 look at? |
| 11:59:48 | 13 A. Yes. |
| 11:59:48 | 14 Q. Okay. What's the ratio you look at |
| 11:59:49 | 15 specifically? |
| 11:59:51 | 16 MR. CIRSCH: Object to form. |
| 11:59:52 | 17 THE WITNESS: You have a magnesium and |
| 11:59:54 | 18 calcium peak that are pretty close. Typically |
| 11:59:57 | 19 the calcium peak can be a little lower. |
| 11:59:59 | 20 If it's a light element detector, the |
| 12:00:01 | 21 magnesium can be a little higher, the silicon |
| 12:00:05 | 22 will be your primary peak, somewhere in the 25 |
| 12:00:09 | 23 to 30 percent of the magnesium for a non-light |
| 12:00:10 | 24 element detector. And the calcium peaks and the |
| 12:00:15 | 25 magnesium peaks are usually very similar in |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

78

| | |
|---|---|
| 12:00:17 | 1 size. |
| 12:00:17 | 2 And then we look at the amount of iron to |
| 12:00:20 | 3 see if we're going to call it actinolite versus |
| 12:00:23 | 4 tremolite. And not aware of any other minerals |
| 12:00:27 | 5 out there that have those ratios, so that's how |
| 12:00:34 | 6 I call it tremolite. |
| 12:00:35 | 7 Q. (By Mr. Chachkes) When you say ratio, |
| 12:00:38 | 8 what are you doing? You're adding, what, the height |
| 12:00:38 | 9 of the metals to -- for the numerator and then on the |
| 12:00:43 | 10 denominator is the height of the silicon peak? |
| 12:00:47 | 11 A. We're looking at the silicon peak versus |
| 12:00:49 | 12 the magnesium and the calcium peak, and we're looking |
| 12:00:53 | 13 at the magnesium and the calcium peak to determine |
| 12:00:56 | 14 if -- how much they line up together. It could be a |
| 12:01:00 | 15 little higher, it could be lower, but I would call it |
| 12:01:04 | 16 typical tremolite peak. |
| 12:01:05 | 17 Q. And if I -- |
| 12:01:06 | 18 A. Tremolite chemistry. |
| 12:01:08 | 19 Q. If I want to go to a third-party source |
| 12:01:11 | 20 that confirms that this is the appropriate way to |
| 12:01:13 | 21 analyze EDXA chemistry, what would you point me to? |
| 12:01:16 | 22 MR. CIRSCH: Object to form. |
| 12:01:17 | 23 THE WITNESS: I'd have to look through the |
| 12:01:21 | 24 protocols, but I believe they give you all the |
| 12:01:24 | 25 ratios and say the AHERA, the ISO. They don't |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

79

| | |
|---|---|
| 12:01:28 | 1 give you a peak, but they'll write out what the |
| 12:01:31 | 2 ratio ranges are. |
| 12:01:33 | 3 Q. (By Mr. Chachkes) Okay. And those ratios |
| 12:01:35 | 4 are -- are they simply the peak height, or do they |
| 12:01:39 | 5 take into account the peak area? |
| 12:01:39 | 6 A. Well, the peak height and the peak area |
| 12:01:43 | 7 are consistent. I mean, the peak area is going to -- |
| 12:01:50 | 8 the peak height is going to depend on the area, |
| 12:01:52 | 9 because as the area of the peak builds up, that's |
| 12:01:56 | 10 just more counts. |
| 12:01:57 | 11 If you change the chemistry, |
| 12:01:57 | 12 hypothetically, of, say, tremolite, you have added |
| 12:02:03 | 13 more magnesium elements to it, you're going to have |
| 12:02:07 | 14 higher peaks, so they're interrelated. |
| 12:02:10 | 15 Q. Do the standards that you're referring to |
| 12:02:12 | 16 refer to simply peak height or they refer to peak |
| 12:02:14 | 17 area? |
| 12:02:14 | 18 MR. CIRSCH: Object to form. |
| 12:02:15 | 19 THE WITNESS: All the standards in the TEM |
| 12:02:17 | 20 protocols usually typically just give you |
| 12:02:20 | 21 ratios. So I don't -- and if you look in the |
| 12:02:22 | 22 identification, usually they will spell it out, |
| 12:02:23 | 23 like this is the ratio for tremolite, this is |
| 12:02:29 | 24 the ratio for chrysotile, and so on. |
| 12:02:29 | 25 Q. (By Mr. Chachkes) My question is the |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

80

| | |
|---|---|
| 12:02:31 | 1 ratio of what? Is it ratio of just simply height, or |
| 12:02:35 | 2 is it ratio of peak area? |
| 12:02:38 | 3 A. Peak area and peak height are |
| 12:02:40 | 4 interchangeable. It's not -- the peak area, if |
| 12:02:44 | 5 you're going to calculate the oxides -- the peak |
| 12:02:51 | 6 area -- it's not the peak area. |
| 12:02:53 | 7 Let's make it simple. It's not the peak |
| 12:02:55 | 8 area. It's the peak height. |
| 12:02:57 | 9 Q. Okay. And that's what the standards say, |
| 12:02:59 | 10 peak height? |
| 12:03:00 | 11 MR. CIRSCH: Object to form. |
| 12:03:01 | 12 THE WITNESS: I believe so. |
| 12:03:01 | 13 Q. (By Mr. Chachkes) Okay. And one measures |
| 12:03:03 | 14 that simply -- you just take a ruler and place it |
| 12:03:06 | 15 vertically and you could get a peak height? |
| 12:03:09 | 16 A. Yeah, you could, if you wanted to. |
| 12:03:11 | 17 Q. Okay. Do you actually do that |
| 12:03:12 | 18 quantitatively with numbers, or you just kind of |
| 12:03:15 | 19 eyeball it? |
| 12:03:17 | 20 MR. CIRSCH: Object to form. |
| 12:03:18 | 21 THE WITNESS: All the analysts would -- |
| 12:03:21 | 22 could probably draw that. You know, it's years |
| 12:03:24 | 23 and years' experience. You don't have to take |
| 12:03:25 | 24 the ratios. And if you look at the standards, |
| 12:03:29 | 25 they will look pretty much identical to that. |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**81**

12:03:31 1 But again, you have to be careful if
12:03:33 2 you're looking at a windowless detector, which
12:03:38 3 is more sensitive for the different elements.
12:03:39 4 Q. (By Mr. Chachkes) My question is about
12:03:41 5 what your analysts actually do. Do they actually
12:03:43 6 quantify the heights and run the numbers, or are they
12:03:46 7 eyeballing it?
12:03:49 8 MR. CIRSCH: Object to form.
12:03:49 9 THE WITNESS: I think at this stage of
12:03:51 10 their careers they're just visually confirming
12:03:54 11 the proper elements and the prayer ratios.
12:03:56 12 Q. (By Mr. Chachkes) And the software can
12:04:01 13 generate those numbers; right?
12:04:04 14 A. The software generates the height? The
12:04:07 15 ratios?
12:04:08 16 Q. Yes.
12:04:08 17 A. I don't know.
12:04:09 18 Q. So look at the bottom of Exhibit 12 in the
12:04:12 19 bottom left. Do you see how it says magnesium,
12:04:19 20 silicon, calcium, iron, down there on the bottom
12:04:21 21 left; do you see that?
12:04:23 22 A. Yes.
12:04:24 23 Q. You can print out some -- there's data
12:04:26 24 that goes there that the software can generate;
25 correct?

**82**

12:04:29 1 A. That's correct.
12:04:29 2 Q. Why don't you generate it? Why don't you
12:04:31 3 generate it?
12:04:32 4 MR. CIRSCH: Object to form.
12:04:33 5 THE WITNESS: There's no need to. It's
12:04:35 6 not required for this type of analysis to
12:04:38 7 identify tremolite.
12:04:39 8 Q. (By Mr. Chachkes) Do you have that data
12:04:41 9 somewhere still saved in a machine somewhere?
12:04:44 10 A. That, I don't know.
12:04:45 11 Q. Okay. We are going to request that to be
12:04:48 12 produced. I know your machine generates it. So if
12:04:51 13 you could see whether you could produce that, we'd
12:04:54 14 appreciate it.
12:04:55 15 MS. O'DELL: We'll consider your request.
12:04:58 16 We're making no commitment we're going to do
12:05:00 17 that.
12:05:00 18 MR. CHACHKES: Okay.
12:05:00 19 Q. (By Mr. Chachkes) You don't deliberately
12:05:01 20 delete that data, do you?
12:05:03 21 MR. CIRSCH: Object to form.
12:05:04 22 THE WITNESS: No, sir, I have not
12:05:05 23 deliberately deleted that data.
12:05:07 24 Q. (By Mr. Chachkes) You don't instruct your
12:05:08 25 researchers to delete that data, do you?

**83**

12:05:10 1 MR. CIRSCH: Object to form.
12:05:11 2 THE WITNESS: No. It's just not -- that
12:05:14 3 data is just not something I'm relying on for my
12:05:16 4 opinions in this case.
12:05:17 5 Q. (By Mr. Chachkes) And that data being the
12:05:19 6 specific numerical representation of the peak
12:05:23 7 heights?
12:05:23 8 MR. CIRSCH: Object to form.
12:05:24 9 THE WITNESS: I believe what that gives
12:05:25 10 you is the percentage of one element to the
12:05:27 11 other, not peak heights.
12:05:29 12 Q. (By Mr. Chachkes) You're sure of that?
12:05:31 13 MR. CIRSCH: Object to form.
12:05:31 14 THE WITNESS: Pretty sure.
12:05:33 15 Q. (By Mr. Chachkes) Okay. But anyway, you
12:05:37 16 didn't produce that data in your report, did you?
12:05:39 17 MR. CIRSCH: Object to form.
12:05:39 18 THE WITNESS: No, sir. It's not something
12:05:41 19 that's required to render my opinions in this
12:05:43 20 case --
12:05:44 21 Q. (By Mr. Chachkes) Okay.
12:05:45 22 A. -- in this MDL.
12:05:56 23 MR. CHACHKES: Let's just mark this as
12:05:57 24 Exhibit 13.
12:05:58 25 (Defendants' Exhibit 13 was marked for

**84**

12:06:15 1 identification.)
12:06:16 2 Q. (By Mr. Chachkes) All right. Look on the
12:06:19 3 last page of Exhibit 13. There appears to be an EDXA
12:06:23 4 spectra; do you see that?
12:06:24 5 A. I do.
12:06:25 6 Q. And it appears to be generated by the same
12:06:29 7 software as you're using. All the fonts are the
12:06:31 8 same; everything appears to be the same. Do you have
12:06:34 9 any opinion on that?
12:06:34 10 MR. CIRSCH: Object to form.
12:06:35 11 THE WITNESS: No.
12:06:35 12 Q. (By Mr. Chachkes) All that information on
12:06:38 13 the lower left-hand corner in the Exhibit 13, you
12:06:42 14 could generate that information; right?
12:06:44 15 MR. CIRSCH: Object to form.
12:06:45 16 THE WITNESS: I don't know if we have the
12:06:47 17 same software, same software upgrades, so I
12:06:50 18 can't comment on that.
12:06:51 19 Q. (By Mr. Chachkes) Can you generate that
12:06:52 20 information that's down there in the lower left-hand
12:06:55 21 corner --
12:06:56 22 MR. CIRSCH: Object to form.
12:06:56 23 Q. (By Mr. Chachkes) -- on Exhibit 13, last
12:06:57 24 page?
12:06:57 25 A. And I don't mean to be disrespectful, but

**85**

12:07:00 1     I don't know. I don't know if we have the same
12:07:02 2     updated software, et cetera, so I can't say one way
12:07:05 3     or the other.
12:07:05 4     Q.   Do you know whether the data you have from
12:07:13 5     your EDXA runs allows you to calculate numerical
12:07:20 6     values for the weight percentage of the elements?
12:07:23 7     A.   I believe I've just already stated I'm
12:07:27 8     not -- I don't know what software system we have and
12:07:31 9     can it do that or not.
12:07:32 10     Q.   Okay. And same question, so whether you
12:07:35 11     can generate the standard definitions or atomic
12:07:39 12     percentages or all those other ones, you just don't
12:07:43 13     know one way or the other whether you can calculate
12:07:46 14     those numbers using your EDXA apparatus?
12:07:50 15         MR. CIRSCH: Object to form.
12:07:51 16         THE WITNESS: It may be possible and we
12:07:52 17     may be able to. I just don't know until I ask.
12:08:01 18     Q.   (By Mr. Chachkes) Do you know of any
12:08:06 19     third-party published source that approves of
12:08:11 20     eyeballing EDXA spectra to determine what the
12:08:14 21     composition of the material you're looking at?
12:08:17 22         MR. CIRSCH: Object to form.
12:08:17 23         THE WITNESS: Yes.
12:08:18 24     Q.   (By Mr. Chachkes) What?
12:08:18 25     A.   All the assessors that ever walked in our

**86**

12:08:25 1     lab with the National Voluntary Laboratory
12:08:26 2     Accreditation Program do not require anybody to
12:08:28 3     measure peak heights and look at ratios for tremolite
12:08:32 4     or any of these.
12:08:35 5         You may want to make a green analyst who
12:08:38 6     hasn't been doing this for a while do that if he has
12:08:41 7     some issues, but it's not something that I've ever
12:08:44 8     seen the auditors say that is necessary.
12:08:46 9     Q.   Is there any --
12:08:47 10         MR. CIRSCH: Did you finish your answer?
12:08:49 11         THE WITNESS: Yes.
12:08:49 12     Q.   (By Mr. Chachkes) Is there any
12:08:50 13     peer-reviewed literature that approves of eyeballing
12:08:54 14     EDXA patterns to determine the chemical composition
12:08:57 15     you're looking at?
12:08:58 16         MR. CIRSCH: Object to form.
12:08:59 17     Q.   (By Mr. Chachkes) Peer-reviewed
12:09:00 18     literature.
12:09:00 19     A.   I don't know of any peer-reviewed
12:09:02 20     literature that says that comparing the spectras or
12:09:07 21     looking at the spectras and comparing them should not
12:09:10 22     be done, that you have to use a ruler for every one
12:09:13 23     of them. I'm not aware of any literature that states
12:09:15 24     that, peer-reviewed literature.
12:09:16 25     Q.   Not my question. Any peer-reviewed

**87**

12:09:19 1     literature that says eyeballing it is okay?
12:09:22 2         MR. CIRSCH: Object to form.
12:09:23 3         THE WITNESS: I wouldn't put it eyeballing
12:09:26 4     comparing it to the standards and looking at the
12:09:28 5     ratios.
12:09:29 6         I'm not aware of any peer-reviewed
12:09:32 7     literature that makes that affirmative or
12:09:34 8     negative statement one way or the other.
12:09:36 9     Q.   (By Mr. Chachkes) But you are aware of
12:09:37 10     peer-reviewed literature that uses actual
12:09:39 11     quantitative numbers and calculates the kind of
12:09:43 12     information we see in Exhibit 13 which is like weight
12:09:47 13     percentages; you're aware of that; right?
12:09:48 14         MR. CIRSCH: Object to form.
12:09:50 15         THE WITNESS: For this type of analysis
12:09:52 16     where you're just confirming, I'm not aware of
12:09:56 17     any. Maybe there is. Show some if you have
12:10:01 18     one.
12:10:01 19     Q.   (By Mr. Chachkes) So when you say just
12:10:03 20     confirming, you're not using EDXA to determine in a
12:10:08 21     vacuum what I'm looking at. You've already made some
12:10:10 22     assumptions about what you may be looking at?
12:10:12 23     A.   No, we never make assumptions. We do the
12:10:15 24     chemistry, and the chemistry is unique. If you go
12:10:18 25     through here -- I was just looking at some. You

**88**

12:10:19 1     know, hornblende. Well, there's no aluminum in
12:10:23 2     tremolite. It's fairly straightforward.
12:10:26 3     Q.   Okay. You don't redact the information
12:10:38 4     that's in the lower left-hand corner of what's been
12:10:41 5     marked as Exhibit 12; right?
12:10:44 6     A.   No.
12:10:44 7         MR. CIRSCH: Object to form.
12:10:45 8     Q.   (By Mr. Chachkes) And you've never
12:10:46 9     redacted that information, have you?
12:10:48 10         MR. CIRSCH: Object to form.
12:10:49 11         THE WITNESS: No.
12:10:49 12     Q.   (By Mr. Chachkes) Were they trained not
12:10:56 13     to fill in the lower left-hand corner, your analysts?
12:11:00 14         MR. CIRSCH: Object to form.
12:11:01 15         THE WITNESS: They weren't trained one way
12:11:02 16     or the other. It's not required for our
12:11:04 17     certifications. NVLAP does not require you to
12:11:09 18     run weight percentages, oxides, or any of that.
12:11:11 19     You have to demonstrate your ability to identify
12:11:16 20     regulated asbestos.
12:11:16 21         We've never had it be suggested that we
12:11:22 22     are misidentifying tremolite in any
12:11:26 23     circumstance.
12:11:27 24     Q.   (By Mr. Chachkes) All right. So the
12:11:38 25     first step in analyzing an EDXA, though, is to

89

12:11:41 1   determine the ratio of the metals to silicon; right?

12:11:45 2       **A.**   **The first step?**

12:11:46 3       **Q.**   Yeah.

12:11:47 4       **A.**   **The first step -- the first step is to**

12:11:50 5   **take the spectra and to verify that it is one of the**

12:11:56 6   **regulated asbestos minerals -- regulated asbestos**

12:12:02 7   **types that is of issue, or any issue, for any of**

12:12:06 8   **them.**

12:12:06 9       **Q.**   Do you conclude you're looking at a

12:12:09 10   regulated asbestos prior to doing the ratio analysis?

12:12:14 11       **A.**   **No.**

12:12:15 12       **Q.**   Okay.  So prior to determining there's --

12:12:19 13   what you're looking at, what kind of mineral you're

12:12:21 14   looking at, you determine the ratio of the metals to

12:12:26 15   silicon; is that correct?

12:12:28 16       **A.**   **Before anything is done, we take the**

12:12:30 17   **microchemistry of an individual fiber and look at the**

12:12:34 18   **typical elements that you would expect.**

12:12:38 19       **Q.**   You seem to not want to answer about the

12:12:40 20   EDXA.

12:12:41 21       MR. CIRSCH:  I don't think he was finished

12:12:43 22   answering it.

12:12:43 23       (By Mr. Chachkes)  All right.  I'm talking

12:12:44 24   about the EDXA.

12:12:45 25       **A.**   **That's what I'm saying.**

90

12:12:46 1       **Q.**   So you've got the EDXA result in your

12:12:50 2   hands.  This result, 12, before you've determined

12:12:54 3   what it is, is the first step determining the ratio

12:12:57 4   of metals to silicon --

12:12:59 5       MR. CIRSCH:  Object to form.

12:13:00 6       (By Mr. Chachkes)  -- to interpret this

12:13:01 7   EDXA?

12:13:02 8       **A.**   **The first step would be to look at this**

12:13:04 9   **EDXA -- and I'm just speaking for me -- and I would**

12:13:07 10   **see that the ratios are consistent with what I would**

12:13:12 11   **expect for tremolite from the standards.  That would**

12:13:15 12   **be my first step.**

12:13:17 13       **Q.**   But you don't know whether those ratios

12:13:20 14   are consistent with other minerals as well that are

12:13:22 15   non-regulated?

12:13:25 16       MR. CIRSCH:  Object to form.

12:13:26 17       THE WITNESS:  I'm not aware of any ratios

12:13:28 18   like that for any other non-regulated fibrous

12:13:31 19   minerals.

12:13:33 20       **Q.**   (By Mr. Chachkes)  Are you excluding the

12:13:34 21   possibility that they exist, or you're saying you're

12:13:36 22   just not aware?

12:13:37 23       **A.**   **We've never seen them, so I guess I'm**

12:13:41 24   **excluding the possibility that they exist.**

12:13:44 25       **Q.**   Okay.

91

12:13:45 1       **A.**   **It's hard to prove a negative, but it is**

12:13:48 2   **not one of the look-alikes of that type of ratio**

12:13:52 3   **that's fibrous.  And of course we're leaving out the**

12:13:55 4   **SAED to make sure it has an amphibole type**

12:13:59 5   **diffraction pattern.**

12:14:00 6       **Q.**   Prior to any EDXA, you've already

12:14:04 7   determined it's an amphibole?

12:14:05 8       **A.**   **No.  Nothing is determined about this**

12:14:07 9   **particular structure other than it's fibrous, it**

12:14:15 10   **meets the counting criteria for what would be a**

12:14:19 11   **regulated asbestos fiber if in fact the chemistry in**

12:14:23 12   **the crystalline structure are consistent with the**

12:14:27 13   **appropriate mineral.**

12:14:29 14       **Q.**   Okay.  You would agree that two different

12:14:34 15   minerals can have similar EDXA readouts; correct?

12:14:38 16       MR. CIRSCH:  Object to form.

12:14:39 17       THE WITNESS:  It depends on what you mean

12:14:40 18   by similar.  I can't answer that hypothetical.

12:14:46 19       **Q.**   (By Mr. Chachkes)  Okay.  So, for example,

12:14:52 20   anthophyllite and cummingtonite have similar EDXA

12:14:56 21   spectra; correct?

12:14:57 22       **A.**   **That's correct.  Anthophyllite, depending**

12:15:01 23   **on the iron content, anthophyllite, cummingtonite,**

12:15:07 24   **two regulated asbestos types, yes, they can have**

12:15:10 25   **similar EDS.**

92

12:15:11 1       **Q.**   Okay.  When you say EDS, you mean the same

12:15:16 2   thing as EDXA?

12:15:18 3       **A.**   **Correct.  I'm sorry.  I'm old, and that's**

12:15:20 4   **what we learned back in graduate school, it was EDS.**

12:15:24 5   **It's hard for me to go to EDXA.**

12:15:26 6       **Q.**   All right.  So you discussed your first

12:15:27 7   step is to make some conclusions about what you're

12:15:30 8   looking at just by eyeballing it.

12:15:30 9       The next step, do you determine the ratios

12:15:33 10   of the metals to the silicon?

12:15:35 11       MR. CIRSCH:  Object to form.

12:15:36 12       THE WITNESS:  Well, let's back up here.  I

12:15:38 13   don't make any conclusions by eyeballing it.

12:15:41 14       The first thing we do is look at it and

12:15:44 15   say this could match the counting rules for a

12:15:48 16   regulated elongated particle.

12:15:48 17       It's at least greater than .5 micrometers

12:15:51 18   in length.  These are measurements.  These are

12:15:53 19   not eyeballing.  It has parallel sides and has

12:15:56 20   at least a 5-to-1 aspect ratio or greater.

12:16:00 21       Then the EDXA for me is taken to see if it

12:16:07 22   is consistent with the ratios and patterns I

12:16:11 23   would expect for some -- for the types of

12:16:13 24   regulated asbestos fibers we're looking at.

12:16:15 25       And we're not saying, okay, we're going to

93

12:16:18  1  eliminate this type or that type. It's
12:16:21  2  whatever's present.
12:16:22  3       Then the SAED -- so it has a typical
12:16:25  4  amphibole diffraction pattern. If it's
12:16:27  5  anthophyllite, potentially, we'll rotate the
12:16:30  6  stage 10 to 20 degrees to eliminate the
12:16:33  7  once-in-a-blue-moon reflection of a fibrous talc
12:16:37  8  that some people claim that's close to
12:16:39  9  anthophyllite.
12:16:40 10       And after all that, then we would -- I
12:16:43 11  would say that is a regulated asbestos fiber
12:16:46 12  type. It meets all the criteria.
12:16:49 13       You keep saying eyeballing. That's not
12:16:52 14  really much of a term --
12:16:54 15       Q.  (By Mr. Chachkes) My questions are all
12:16:55 16  about --
12:16:58 17       MR. CIRSCH: Wait, he's not finished.
12:16:59 18       THE WITNESS: I'm not done.
         19       MR. CIRSCH: You cut him off.
         20       THE REPORTER: Wait. Wait. Wait.
         21       THE WITNESS: What we're doing is we're
12:17:01 22  looking at a set criteria. No decisions are
12:17:02 23  made ahead of time. Nothing is -- well, I
12:17:07 24  believe it's that type of thing. That doesn't
12:17:08 25  happen.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

94

12:17:08  1       Q.  (By Mr. Chachkes) Let's start again. I'm
12:17:10  2  only asking questions about EDXA.
12:17:12  3       Can you agree with me not to answer about
12:17:14  4  TEM or SAED to the following sets of questions? I
12:17:19  5  just want to know how you do EDXA. Can you do that?
12:17:24  6       MR. CIRSCH: Object to form.
12:17:25  7       THE WITNESS: I've already explained that
12:17:26  8  to you.
12:17:26  9       Q.  (By Mr. Chachkes) Okay. But can you
12:17:27 10  answer these following questions only referring to
12:17:28 11  EDXA? Can you do me that favor?
12:17:30 12       A.  **No.**
12:17:31 13       Okay.
12:17:31 14       A.  **If I feel that the question needs more**
12:17:33 15  **explanation, an answer needs more explanation, I**
12:17:36 16  **believe that's my right.**
12:17:37 17       Q.  Okay. You get the EDXA printout. At what
12:17:40 18  point, if at all, do you calculate the ratio of
12:17:44 19  metals to silicon for the EDXA?
12:17:48 20       MR. CIRSCH: Object to form.
12:17:49 21       THE WITNESS: I've already gone over that.
12:17:50 22  I can't say anything more.
12:17:53 23       If I'm sitting at the TEM, I'm looking at
12:17:56 24  the monitor and I'm determining -- and the
12:17:59 25  ratios come up fairly quick. We have them

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

95

12:18:02  1  tagged for silicon, magnesium, calcium, iron, or
12:18:07  2  whatever it happens to be, and the ratios are
12:18:09  3  fairly distinct compared to any other mineral
12:18:11  4  that I know out there, unless it's winchite or
12:18:15  5  richterite, and then we're looking at a little
12:18:17  6  bit of potassium or sodium.
12:18:21  7       Q.  (By Mr. Chachkes) Okay. When you say the
12:18:21  8  ratios come up quick, do you mean a precise number
12:18:23  9  comes up on some screen?
12:18:24 10       A.  **This ratio -- magnesium, silicon, calcium,**
12:18:30 11  **and iron -- is almost instantaneous. The only thing**
12:18:33 12  **that changes as you count, they all simultaneously**
12:18:39 13  **get higher. There is nothing else to it. You look**
12:18:41 14  **at that, you compare it to the regulated standards, and**
12:18:46 15  **they all match.**
12:18:47 16       Q.  Okay. Looking at Exhibit 12, tell me what
12:18:50 17  the ratios are there.
12:18:54 18       MR. CIRSCH: Object to form.
12:18:55 19       THE WITNESS: Say silicon is 10.
12:18:59 20  Magnesium and calcium is approximately 3. The
12:19:05 21  iron there would be less than 1.
12:19:08 22       Q.  (By Mr. Chachkes) Okay. And that's how
12:19:10 23  you kind of do it in the real world when you're
12:19:13 24  analyzing EDXA spectra?
12:19:16 25       MR. CIRSCH: Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

96

12:19:16  1       THE WITNESS: In the real world we have
12:19:17  2  standards, and after doing it thousands and
12:19:20  3  thousands of times, that's how it's done.
12:19:24  4       Q.  (By Mr. Chachkes) Okay. Basically the
12:19:25  5  way you just did it, I'm putting aside that you may
12:19:28  6  have an encyclopedic knowledge of what to compare the
12:19:31  7  ratios to. You generate ratios the way you've just
12:19:36  8  done it, you look at it and you just read it and you
12:19:39  9  come up with the ratios?
12:19:41 10       MR. CIRSCH: Object to form.
12:19:42 11       THE WITNESS: I'm not generating ratios.
12:19:44 12  The tremolite fiber or bundle is generating the
12:19:47 13  ratios by the x-rays that are being generated
12:19:51 14  from the electron beam that are being counted at
12:19:54 15  specific energies. Those ratios are fairly
12:19:57 16  standard.
12:19:58 17       What I do is interpret the overall pattern
12:20:02 18  and determine how well it matches with the
12:20:04 19  tremolite standards that are in each of the TEM
12:20:07 20  rooms.
12:20:07 21       Q.  (By Mr. Chachkes) That step in the EDXA
12:20:11 22  analysis where you determine the ratios, do you do it
12:20:15 23  in the real world like we just saw now, you look at
12:20:22 24  the spectra and you say, okay, silicon 10, magnesium,
12:20:24 25  calcium 3, iron 1-ish, is that how you do it in the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

97

12:20:26 1 real world?

12:20:27 2         MR. CIRSCH:  Object to form.

12:20:28 3         THE WITNESS:  In the real world I don't --

12:20:31 4 I look at the overall pattern, and the overall

12:20:35 5 pattern is unique with the -- then it's an

12:20:39 6 amphibole asbestos.  And that's how every

12:20:43 7 asbestos TEM lab in the country does it.

12:20:45 8         Q.    (By Mr. Chachnes)  Okay.  So does the

12:20:51 9 ratios of metal to silicon in the EDXA analysis have

12:20:57 10 a material impact on your conclusions about what

12:21:00 11 you're looking at?

12:21:02 12        MR. CIRSCH:  Object to form.

12:21:03 13        THE WITNESS:  The elemental spectras

12:21:06 14 always have a material impact on what I'm

12:21:08 15 looking at in the EDXA.

12:21:10 16        Q.    (By Mr. Chachnes)  I didn't ask about

12:21:11 17 that.  I asked about the specific ratio of metals to

12:21:15 18 silicon.

12:21:16 19        Does that particular numerical ratio have

12:21:20 20 a material impact on how you conclude what you're

12:21:21 21 looking at under the EDXA?

12:21:25 22        MR. CIRSCH:  Object to form.

12:21:26 23        THE WITNESS:  I don't understand the

12:21:27 24 question.  I think I've answered it over and

12:21:29 25 over.  I'll answer it one more time.

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

98

12:21:32 1         Q.    (By Mr. Chachnes)  No, no.  I want to make

12:21:33 2 sure you understand it.

12:21:34 3         Do you understand what I mean by the ratio

12:21:36 4 of metals to silicon; do you understand that?

12:21:39 5         A.    **Yes, sir.**

12:21:40 6         Q.    Okay.  Do you calculate that number in

12:21:45 7 your head, write it down, print it out?  Do you

12:21:48 8 calculate that number?

12:21:50 9         MR. CIRSCH:  Object to form.

12:21:51 10        THE WITNESS:  I don't know how I do it.

12:21:56 11 Tremolite, the ratios to magnesium, silicon, and

12:22:00 12 calcium are fairly unique.  Not aware of any

12:22:03 13 other fibrous materials that will have those

12:22:06 14 specific ratios without some other additional

12:22:08 15 elements such as aluminum and an amphibole

12:22:12 16 diffraction pattern.

12:22:13 17        Q.    (By Mr. Chachnes)  Okay.  You keep

12:22:15 18 answering a different question, but what I heard is

12:22:16 19 that you don't calculate the ratio.  You actually run

12:22:20 20 the numbers and calculate the ratios of metal to

12:22:23 21 silicon; is that correct?  You don't run that number?

12:22:25 22        MR. CIRSCH:  Object to form.

12:22:26 23        THE WITNESS:  I look at -- when I'm doing

12:22:28 24 this, I look at every pattern and compare it to

12:22:32 25 the standard patterns for those three elements,

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

99

12:22:39 1 and then the iron depends on if we're going to

12:22:40 2 call it actinolite or tremolite.  That's how I

12:22:42 3 do it.

12:22:43 4         Q.    (By Mr. Chachnes)  Okay.  Do you calculate

12:22:44 5 the ratio of metals to silicon?  Do you do that?

12:22:47 6         MR. CIRSCH:  Object to form.

12:22:49 7         THE WITNESS:  I think I've told you at

12:22:53 8 least a half hour ago that I don't get a ruler

12:22:56 9 out and measure each of the primary elements

12:22:58 10 we're dealing with here, magnesium, silicon and

12:23:03 11 calcium.  I look at these distinct patterns,

12:23:06 12 EDXA patterns, and can look at that and tell you

12:23:10 13 that that is what matches for regulated

12:23:13 14 tremolite asbestos.

12:23:14 15        Q.    (By Mr. Chachnes)  Okay.  Putting aside

12:23:15 16 that you don't get a ruler out, do you kind of sort

12:23:20 17 of estimate that ratio of metals to silicon in your

12:23:24 18 head when you do this analysis?

12:23:25 19        MR. CIRSCH:  Alex, he's answered this

12:23:27 20 question a number of times.

12:23:28 21        MR. CHACHKES:  No, he said he doesn't take

12:23:30 22 out a ruler.

12:23:31 23        MR. CIRSCH:  A number of different times

12:23:32 24 he's testified as to how he does the process.

12:23:34 25 I'll let him answer it one more time and then

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

100

1 I'm going to instruct him not to answer --

12:23:37 2        MR. CHACHKES:  You're at perfect liberty

12:23:38 3 to shut the questions down at any point.

12:23:40 4        MR. CIRSCH:  I know.  I'm going to let him

12:23:41 5 do it one more time.

12:23:42 6        MR. CHACHKES:  Okay.

12:23:42 7         Q.    (By Mr. Chachnes)  Do you estimate --

12:23:42 8 putting aside whether you use a ruler or not to make

12:23:45 9 it exact, do you estimate the ratio of metal to

12:23:48 10 silicon in the EDXA spectra?

12:23:50 11        A.    **For at least the tenth time, and my last**

12:23:53 12 **time, when I generate a spectra of -- and I'll just**

12:23:59 13 **call it right now suspected regulated tremolite, I**

12:24:03 14 **look at the overall pattern for magnesium, silicon,**

12:24:07 15 **and calcium and determine that it is consistent with**

12:24:11 16 **the standards, and that's how I make that**

12:24:14 17 **determination.**

12:24:14 18        Q.    And is that overall pattern that you say

12:24:16 19 you look at, is that the ratio of metals to silicon?

12:24:20 20        A.    **I am not answering this question anymore.**

12:24:24 21        MR. CIRSCH:  Object to form.  That's it.

12:24:25 22        Q.    (By Mr. Chachnes)  All right.  So you will

12:24:26 23 not answer that question?

12:24:28 24        A.    **I've answered the question I'm estimating**

12:24:31 25 **at least ten times.**

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**101**

12:24:33  1   Q.   Okay.  And you won't come back at some
12:24:36  2   point and say, yes, indeed, I calculate a number that
12:24:41  3   is the ratio of metals to silicon.  You won't come
12:24:43  4   back and say that, will you?
12:24:43  5        MR. CIRSCH:  Object to form.
12:24:44  6        Don't answer the question, Dr. Longo.
12:24:45  7        Move on, please, Counsel.
12:24:47  8   Q.   (By Mr. Chachkes)  Okay.  Is the ratio of
12:24:52  9   metals to silicon for tremolite the same for every
12:24:55 10   EDXA printout?
12:25:00 11   A.   I think I've already gone over it a couple
12:25:04 12   of times that depending on your detector, your EDXA
12:25:08 13   detector, if it is a silicon drifted, lithium drifted
12:25:13 14   window or windowless detector, these ratios will
12:25:17 15   change because it's more sensitive.
12:25:19 16        For example, for chrysotile, even though
12:25:21 17   there is more magnesium in the formula than silicon,
12:25:28 18   regular -- with a silicon window you will see less
12:25:32 19   magnesium.  So it just depends on the EDS system.
12:25:38 20        We have both types.  So you could see a
12:25:40 21   tremolite spectra from the windowless detector that
12:25:45 22   will look different than the other one as you're
12:25:47 23   getting ready to pull out.
12:25:48 24   Q.   Are you aware that anthophyllite has a
12:25:51 25   ratio in the books published to be 7 to 8 for metals

**102**

12:25:56  1   to silicon?  Are you aware of that?
12:25:58  2        MR. CIRSCH:  Object to form.
12:25:58  3        THE WITNESS:  I don't know.  I would have
12:25:59  4   to look at it.
12:26:00  5   Q.   (By Mr. Chachkes)  Okay.  And you're not
12:26:02  6   looking to see whether there's a ratio of 7 to 8
12:26:05  7   metals to silicon, are you?
12:26:07  8        MR. CIRSCH:  Object to form.
12:26:08  9        THE WITNESS:  For anthophyllite, we look
12:26:10 10   at the EDXA standards, typically the NIST
12:26:16 11   standards, for that pattern -- I've already told
12:26:18 12   you I don't get out a ruler and measure these --
12:26:22 13   that the spectra has to be consistent, and it
12:26:25 14   has to be for the type of EDXA detector you're
12:26:29 15   using.
12:26:29 16   Q.   (By Mr. Chachkes)  It's a very simple
12:26:31 17   question.  Do you look for a 7 to 8 ratio metals to
12:26:35 18   silicon --
12:26:35 19        MR. CIRSCH:  Object to form.
12:26:36 20        THE WITNESS:  And it's a very simple
12:26:38 21   answer.  We look at the standard NIST type
12:26:40 22   spectras that give you the patterns for
12:26:42 23   potentially anthophyllite or potentially fibrous
12:26:46 24   talc.
12:26:48 25   Q.   (By Mr. Chachkes)  Are you aware that

**103**

12:26:49  1   tremolite has a published ratio for EDXA metals to
12:26:52  2   silicon of 5-to-8?
12:26:55  3        MR. CIRSCH:  Object to form.
12:26:55  4        THE WITNESS:  Published where?
12:26:57  5        MR. CIRSCH:  Yeah, will you show him the
12:26:58  6   document if your --
12:26:59  7   Q.   (By Mr. Chachkes)  Are you aware of any
12:27:00  8   publication that has that?
12:27:01  9   A.   I don't know.  Show me the publication and
12:27:03 10   I'll take a look at it, and I'll have to look at what
12:27:07 11   conditions this ratio is for what type of detector.
12:27:11 12   Q.   Okay.  So sitting here today, you can't
12:27:13 13   point me to a peer-reviewed publication that has
12:27:17 14   anything other than a 5-to-8 ratio for tremolite?
12:27:19 15        MR. CIRSCH:  Object to form.  You're
12:27:21 16   holding something in your hand.  Why don't you
12:27:23 17   show --
12:27:26 18        THE WITNESS:  I don't know.  I'd have to
12:27:28 19   look at the publication.  We look at the NIST
12:27:31 20   standards for determining if we have tremolite,
12:27:34 21   anthophyllite, anthophyllite solid solution
12:27:37 22   series, the tremolite solid solution series.
12:27:39 23   Q.   (By Mr. Chachkes)  Do the NIST standards
12:27:41 24   have ratios of metals to silicon?
12:27:43 25   A.   The NIST -- as I think we already talked

**104**

12:27:45  1   about, I don't believe the NIST standards sends you
12:27:47  2   any information other than this is tremolite or this
12:27:49  3   is anthophyllite or this is actinolite or this is
12:27:53  4   crocidolite or this is amosite.
12:27:54  5   Q.   Okay.
12:27:54  6        MR. CIRSCH:  As soon as you get to a good
12:27:56  7   place, Alex, maybe we can take a lunch break.
12:27:59  8        MR. CHACHKES:  Okay.
12:27:59  9   Q.   (By Mr. Chachkes)  Do you know what the
12:27:59 10   International Mineralogical Association is, the IMA?
12:28:04 11   A.   I don't know.
12:28:06 12   Q.   Okay.  Are you aware -- so I guess you
12:28:10 13   wouldn't be aware they contain a comprehensive list
12:28:14 14   of minerals in their chemical formulas?
12:28:16 15        MR. CIRSCH:  Object to form.
12:28:17 16        THE WITNESS:  I'm sure they do.
12:28:18 17   Q.   (By Mr. Chachkes)  Have you ever looked at
12:28:20 18   that?
12:28:20 19   A.   I don't know.
12:28:29 20   Q.   Okay.  So would you agree with the
12:28:31 21   statement that talc and anthophyllite have materially
12:28:35 22   similar chemistries so it can be difficult to
12:28:38 23   distinguish them on EDXA?
12:28:41 24        MR. CIRSCH:  Object to form.
12:28:42 25        THE WITNESS:  Yes and maybe.

**105**

12:28:45 1    Q.    (By Mr. Chachkes)  Okay.  What part is
12:28:46 2    yes?
12:28:47 3        A.    Yes, they have similar chemical makeup.
12:28:50 4        Q.    And maybe they can be difficult to
12:28:52 5    distinguish on EDXA?
12:28:53 6        A.    Maybe, depending on the chemistry.  But we
12:29:00 7    don't distinguish fibrous talc from anthophyllite by
12:29:05 8    just EDXA.
12:29:06 9        Q.    Okay.  Am I correct that it can be
12:29:09 10   difficult under EDXA to distinguish anthophyllite
12:29:14 11   from talc?
12:29:16 12        MR. CIRSCH:  Object to form.
12:29:17 13        THE WITNESS:  I don't know about how
12:29:18 14   difficult or not difficult.  It's not something
12:29:20 15   we do to distinguish anthophyllite from talc
12:29:22 16   just on the EDXA other than, okay, it has the
12:29:25 17   appropriate chemistry.
12:29:28 18        MR. CHACHKES:  Okay.  We can take a break
12:29:32 19   here.  Lunchtime.
12:29:33 20        (Lunch recess from 12:29 p.m. to 1:35 p.m.)
13:36:03 21        Q.    (By Mr. Chachkes)  Dr. Longo, you had
13:37:02 22   mentioned before that you had looked at industrial
13:37:05 23   talc for asbestos; is that correct?
13:37:06 24        A.    Yes.
13:37:07 25        Q.    And for whom did you do that work?

**106**

13:37:10 1        A.    For whom?  Which plaintiffs' attorney?
13:37:13 2        Q.    Sure.
13:37:14 3        A.    I don't recall.
13:37:18 4        Q.    For what client, company, did you do that
13:37:20 5    work?
13:37:21 6        A.    I haven't done any work for any client
13:37:29 7    companies that I'm at liberty to talk about for
13:37:38 8    industrial talc.
13:37:45 9        Q.    Okay.  I'm just asking you yes or no, do
13:37:48 10   you remember the names of the companies or company?
13:37:50 11        A.    I can't talk about any potential work we
13:37:53 12   may or may not have done for an industrial talc
13:37:56 13   company.
13:37:56 14        Q.    No, this is just a yes or no.  Do you
13:37:58 15   remember the name?  I'm not asking for the name, just
13:38:01 16   do you remember the name?
13:38:03 17        A.    Again, I'm not saying I have or I haven't.
13:38:06 18   I'm just not at liberty if I have and if no report
13:38:10 19   has been issued, at liberty to talk about it.
13:38:13 20        Q.    Okay.  You mentioned that you might have
13:38:15 21   looked at industrial talc for plaintiff lawyers.  Was
13:38:18 22   that recent?
13:38:19 23        A.    I think the most recent one was back in
13:38:21 24   2017 for the Kazan firm.
13:38:24 25        Q.    Okay.  And you just don't know whether

**107**

13:38:26 1    that was associated with a particular company?
13:38:30 2        A.    Oh, the company, it was Nytal Vanderbilt
13:38:35 3    talc.
13:38:35 4        Q.    Okay.  But this is plaintiffs' side?
13:38:39 5        A.    Yes, sir.
13:38:39 6        Q.    What about the first time you ever looked
13:38:43 7    at industrial talc for asbestos, when was that?
13:38:45 8        A.    As I testified earlier, sometime in the
13:38:47 9    1990s or early 2000s.
13:38:50 10        Q.    Was that one engagement?  Multiple
13:38:56 11   engagements?
13:38:57 12        A.    I don't recall.
13:38:58 13        Q.    It could be one engagement; you just don't
13:39:00 14   remember?
13:39:01 15        A.    I'm sure it's more, but I just don't
13:39:02 16   recall.
13:39:03 17        Q.    Greater than five?  Less than five?
13:39:05 18        A.    I don't know what size bread box it is.
13:39:09 19        Q.    Okay.  So you've established probably more
13:39:12 20   than one, but after that you can't say?
13:39:14 21        A.    I just don't recall.
13:39:15 22        Q.    Okay.  What about more than one; you can
13:39:17 23   say it's more than one?
13:39:19 24        MR. CIRSCH:  Object to form.
13:39:20 25        THE WITNESS:  I believe so.

**108**

13:39:21 1        Q.    (By Mr. Chachkes)  Okay.  And did you
13:39:22 2    personally do the TEM work on that?
13:39:23 3        A.    Back in those days, probably.
13:39:27 4        Q.    Did you do any -- personally do any PLM
13:39:30 5    work?
13:39:30 6        A.    No.
13:39:30 7        Q.    Personally do any XRD work?
13:39:32 8        A.    No.
13:39:32 9        Q.    Personally do any EDXA work?
13:39:35 10        A.    Well, when I do TEM for this type of work,
13:39:38 11   I would have done EDXA.
13:39:40 12        Q.    Okay.  Can you estimate in that engagement
13:39:44 13   or engagements in the 1990s, early 2000s range, how
13:39:49 14   many hours you would have spent?
13:39:51 15        A.    No.
13:39:52 16        Q.    Could be under ten; could be over ten?
13:39:55 17        A.    I don't recall.
13:39:56 18        Q.    You know who McCrone is; right?
13:39:59 19        A.    I do.
13:40:00 20        Q.    You know they have people there who teach
13:40:02 21   graduate courses related to detecting asbestos?
13:40:05 22        MR. CIRSCH:  Object to form.
13:40:06 23        THE WITNESS:  I know they have continuing
13:40:10 24   education courses, yes.
13:40:11 25        Q.    (By Mr. Chachkes)  Have you ever taught at

109

```
13:40:12   1    a graduate school?
13:40:14   2         A.    Not in this type of work, no.
13:40:16   3         Q.    Okay.  In what type of work?
13:40:19   4         A.    Well, I was visiting assistant professor,
13:40:21   5    so it would have been materials science.
13:40:23   6         Q.    Okay.  Nothing to do with detecting
13:40:24   7    asbestos?
13:40:25   8         A.    No.
13:40:25   9         Q.    Do you know McCrone's Particle Atlas?
13:40:28  10         A.    Yes.
13:40:28  11         Q.    And that's something folks other than
13:40:31  12    McCrone use as a standard in this field?
13:40:36  13         A.    Yes.
13:40:36  14         Q.    Have you ever published anything that
13:40:39  15    other people outside of your lab use as a standard?
13:40:43  16         MR. CIRSCH:  Object to form.
13:40:45  17         THE WITNESS:  Not in a book, no.
13:40:47  18         Q.    (By Mr. Chachkes)  About otherwise?
13:40:50  19         A.    Yes, if you go to Federal Mogul's and
13:40:54  20    search for wollastonite detection, one of our
13:40:58  21    protocols was published by them for the determination
13:41:02  22    of tremolite asbestos in wollastonite for Federal
13:41:07  23    Mogul involving their manufacture of OEM brakes.
13:41:11  24         Q.    What is Federal Mogul?  I'm not familiar
13:41:15  25    with that.
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

110

```
13:41:12   1         A.    It's a company that owns a bunch of
13:41:14   2    companies.
13:41:14   3         Q.    Okay.  So you published -- I'm sorry, say
13:41:20   4    it again.  What does it stand for?
13:41:22   5         A.    Well, I didn't publish it.  We wrote a
13:41:25   6    protocol for determining a problem they were having
13:41:29   7    with the supplier of a mineral called wollastonite,
13:41:29   8    which is a substitute fibrous material, and the
13:41:31   9    particular source that they were using stated that it
13:41:36  10    had a small amount of tremolite contamination in it.
13:41:38  11         Q.    Okay.  Did you ever published a standard
13:41:40  12    for finding asbestos that was for the general
13:41:44  13    scientific community, not for just one specific
13:41:49  14    client?
13:41:49  15         MR. CIRSCH:  Object to form.
13:41:50  16         THE WITNESS:  I was in charge of the ASTM
13:41:52  17    and the D2205 committee for the analysis of --
13:41:57  18    number count analysis of asbestos in settled
13:42:01  19    dust.  It's the D5755, I believe it is.
13:42:05  20         Q.    (By Mr. Chachkes)  Okay.  And that has
13:42:08  21    your name on it?
13:42:09  22         A.    No.  ASTM standards have ASTM on it.
13:42:13  23         Q.    Okay.  And that was -- that standard --
13:42:16  24    the contributors were many more people than you;
          25    right?
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

111

```
13:42:19   1         A.    Yes.  Some people contributed, but I was
13:42:22   2    in charge of -- it was our method that we had given
13:42:25   3    to the EPA.  Then it was fighting over the
13:42:30   4    definitions.
13:42:31   5         Q.    Have you or MAS published any standard for
13:42:35   6    finding asbestos in any material or any mineral or
13:42:39   7    anywhere that is attributable exclusively to you or
13:42:43   8    MAS?
13:42:43   9         A.    No.
13:42:44  10         Q.    Have you published a methodology for
13:42:55  11    finding asbestos in talc?
13:42:57  12         A.    Have not.
13:42:59  13         Q.    You're aware that McCrone has done that;
13:43:01  14    right?
13:43:01  15         MR. CIRSCH:  Object to form.
13:43:02  16         THE WITNESS:  Jim Millette, yes, I'm
13:43:05  17    aware, 1990 and 2015, I believe, are the two
13:43:09  18    papers in Microscopy.
13:43:10  19         Q.    (By Mr. Chachkes)  You're aware that
13:43:11  20    McCrone has testing and training classes related to
13:43:14  21    finding asbestos; correct?
13:43:15  22         MR. CIRSCH:  Object to form.
13:43:16  23         THE WITNESS:  They teach a -- used to,
          24    anyway, the McCrone Institute.  May still do it.
13:43:25  25         Q.    (By Mr. Chachkes)  Have you ever taught or
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

112

```
13:43:30   1    trained -- sponsored teaching or training classes for
13:43:34   2    finding asbestos for people outside of MAS?
13:43:36   3         A.    I've given a couple lectures and taught an
13:43:39   4    all-day two-day seminar at the American Industrial
13:43:44   5    Hygiene Association to help train, to give certified
13:43:48   6    industrial hygienists or industrial hygienists how to
13:43:51   7    perform TEM analysis for asbestos.
13:43:55   8         Q.    Okay.  Other than that, any?
13:43:57   9         A.    At Georgia Tech in their continuing
13:44:00  10    education program involving asbestos, seminar up at
13:44:08  11    Southern University of New York, I have taught there
13:44:13  12    for a week.  Again, it was TEM analysis for asbestos.
13:44:13  13         Q.    Okay.  Was it for finding talc, asbestos
13:44:24  14    in talc?
13:44:25  15         A.    No, it was just general finding asbestos
13:44:28  16    in whatever you wanted to look in.
13:44:30  17         Q.    Have you or MAS given any training or
13:44:36  18    classes relating to finding asbestos in talc?
13:44:39  19         A.    No.
13:44:39  20         Q.    Has any School of Public Health asked you
13:44:43  21    to assist them in finding asbestos in talc?
13:44:46  22         A.    No.
13:44:47  23         Q.    You're aware that a number of governmental
13:44:51  24    bodies are out there, not just in the U.S. but
13:44:54  25    elsewhere, looking into the question of whether
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**113**

13:44:58  1    asbestos is in cosmetic talc; correct?

13:45:01  2    MR. CIRSCH:  Object to form.

13:45:02  3    THE WITNESS:  I'm aware of Canada and

13:45:06  4    maybe India, maybe.  I've seen some articles.

13:45:07  5    Q.    (By Mr. Chachkes)  Okay.  Have any of

13:45:07  6    those -- any governmental body, U.S. or otherwise,

13:45:10  7    asked you to assist in determining whether cosmetic

13:45:13  8    talc has asbestos?

13:45:15  9    MR. CIRSCH:  Object to form.

13:45:16  10   THE WITNESS:  No.

13:45:18  11   Q.    (By Mr. Chachkes)  Has any federal court

13:45:20  12   ever said that your methodology for finding talc

13:45:13  13   in -- asbestos in talc passes Daubert standards?

13:45:30  14   A.    I'm not sure I've had a Daubert standard

13:45:32  15   in federal court yet.  As for state court, I think

13:45:36  16   there's been seven, six or seven challenges.

13:45:39  17   Q.    So my question is about federal court.

13:45:41  18   Has any federal court certified you under Daubert

13:45:43  19   standards for finding asbestos in talc?

13:45:45  20   MR. CIRSCH:  Object to form.

13:45:46  21   THE WITNESS:  As I just stated, I don't

13:45:48  22   believe I've been in federal court yet other

13:45:50  23   than this one for -- where any Daubert

13:45:56  24   challenges would arise.

13:45:57  25   Q.    (By Mr. Chachkes)  Has your methodology

**114**

13:45:59  1    for finding asbestos in talc ever been published in a

13:46:04  2    peer-review journal or literature otherwise?

13:46:05  3    MR. CIRSCH:  Object to form.

13:46:06  4    THE WITNESS:  Well, it's not my method,

13:46:08  5    and the Blount method by PLM has been published

13:46:13  6    and the ISO 22262-2 is an international

13:46:16  7    standard.  So it's not my method; it's standard

13:46:20  8    protocols for doing the method.

13:46:21  9    Q.    (By Mr. Chachkes)  Is all your analysis

13:46:23  10   for -- all your analysis of cosmetic talc for

13:46:27  11   asbestos been for and sponsored by plaintiffs'

13:46:30  12   lawyers?

13:46:31  13   A.    Yes.

13:46:31  14   Q.    You mentioned the NVLA.  What is that?

13:46:36  15   A.    National Voluntary Laboratory

13:46:41  16   Accreditation Program for the determination of

13:46:42  17   asbestos in air samples by TEM and bulk analysis.

13:46:47  18   Q.    Does the NVLA have an accreditation for

13:46:52  19   finding asbestos in talc?

13:46:54  20   A.    It's hard to say because they don't really

13:47:01  21   dictate what the matrix is.

13:47:04  22   Q.    When you say matrix, what do you mean by

13:47:06  23   that?

13:47:06  24   A.    Well, it's just asbestos in materials.

13:47:09  25   I'm not sure they have a specific one for talc or a

**115**

13:47:17  1    specific one for joint compound or a specific one for

13:47:17  2    thermal insulation.  It's just a matter of being able

13:47:23  3    to determine and detect and to record what is

13:47:27  4    present.

13:47:28  5    Q.    Okay.  Does the NVLA have an accreditation

13:47:33  6    standard for finding talc in something other than

13:47:36  7    air, like in -- I'm sorry, strike that.

13:47:37  8    Does the NVLA have an accreditation

13:47:41  9    standard for finding asbestos in something other than

13:47:43  10   air, like in talc?

13:47:44  11   MR. CIRSCH:  Object to form.

13:47:45  12   THE WITNESS:  Well, they accredited to the

13:47:48  13   EPA 600/R-93 PLM method.  That's not specific

13:47:53  14   for talc.  It's building materials.

13:47:56  15   Q.    (By Mr. Chachkes)  And do they accredit

13:47:58  16   you for methodology or something else?

13:48:01  17   A.    To be able to perform the analysis.

13:48:04  18   Q.    Meaning what?

13:48:06  19   A.    Meaning if you -- we have round-robins

13:48:10  20   that you can adequately identify products that have a

13:48:14  21   certain concentration of asbestos in it that you

13:48:16  22   would routinely see for building products.

13:48:18  23   Q.    Has NVLA ever accredited you specifically

13:48:24  24   for finding talc in asbestos?

13:48:24  25   A.    I think, as I've already stated, they

**116**

13:48:26  1    don't have a previous matrix, meaning what is the

13:48:29  2    asbestos in.  They go by the EPA 600/R-93 method for

13:48:36  3    analysis of bulk samples, typically building material

13:48:40  4    bulk samples for asbestos.

13:48:41  5    Q.    So the NVLA, did they actually have

13:48:44  6    someone come to your lab and do this accreditation?

13:48:46  7    A.    Yes.

13:48:46  8    Q.    Okay.  When that person came to your lab

13:48:47  9    for the accreditation, did they ask to see your

13:48:51  10   techniques and methodologies for finding asbestos in

13:48:53  11   talc?

13:48:54  12   MR. CIRSCH:  Object to form.

13:48:55  13   THE WITNESS:  Again, they don't say talc

13:48:57  14   and they don't say any particular thing.  It's

13:48:58  15   just your overall methodology for performing the

13:49:01  16   analysis.  And usually the auditor will bring

13:49:07  17   samples and have the analyst be able to

13:49:10  18   determine the type and the estimated weight

13:49:14  19   percent of what's in the sample.

13:49:15  20   Q.    (By Mr. Chachkes)  Okay.  So the samples

13:49:18  21   that the NVLA brought for you to analyze for your

13:49:22  22   accreditation were not talc samples; correct?

13:49:25  23   A.    I don't believe so, no.

13:49:25  24   Q.    They were just straight-up samples of

13:49:28  25   different kinds of asbestos; right?

117

| | |
|---|---|
| 13:49:30 1 | A. **In some building material.** |
| 13:49:32 2 | Q. Okay. Is the NVLA accreditation standard |
| 13:49:38 3 | public? |
| 13:49:39 4 | A. **When you -- I don't understand what you** |
| 13:49:40 5 | **mean.** |
| 13:49:40 6 | Q. Obviously, they must have some standard |
| 13:49:42 7 | that they're comparing you to. Is that written down, |
| 13:49:44 8 | or is it just in the minds of the NVLA? |
| 13:49:49 9 | MR. CIRSCH: Form. |
| 13:49:50 10 | THE WITNESS: I mean, there is a set this |
| 13:49:50 11 | is what you have to do and be able to do, plus |
| 13:49:54 12 | the PAT rounds that's sent out by the Research |
| 13:50:02 13 | Triangle Institute where they send samples out, |
| 13:50:05 14 | your analysts have to analyze them and send them |
| 13:50:08 15 | in, and they compare to see if you pass or fail. |
| 13:50:10 16 | Q. (By Mr. Chachkes) Okay. My question was |
| 13:50:14 17 | do they have published standards? |
| 13:50:16 18 | MR. CIRSCH: Object to form. |
| 13:50:17 19 | Q. (By Mr. Chachkes) Something written down |
| 13:50:17 20 | where I can look at it and read on the page, ah, this |
| 13:50:20 21 | is how they accredit me? |
| 13:50:22 22 | MR. CIRSCH: Object to form. |
| 13:50:23 23 | THE WITNESS: I think you can go to the |
| 13:50:24 24 | NIST website for this type of -- and download |
| 13:50:29 25 | it. I'm sure it's public. |

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

118

| | |
|---|---|
| 13:50:32 1 | Q. (By Mr. Chachkes) Now, you've run NIST |
| 13:50:36 2 | standards for EDSA; correct? |
| 13:50:39 3 | A. **Correct.** |
| 13:50:39 4 | Q. How often do you run those? |
| 13:50:43 5 | A. **I think you asked me earlier. I don't** |
| 13:50:45 6 | **recall. I brought some here because since we were** |
| 13:50:48 7 | **looking at the EDXA or talking about EDXA of** |
| 13:50:53 8 | **tremolite, it's in my reliance documents where we** |
| 13:50:56 9 | **measured the EDXA on 200 tremolite fibers and bundles** |
| 13:51:02 10 | **showing you the, quote, pattern.** |
| 13:51:06 11 | Q. I'm sorry, you're talking about the NIST |
| 13:51:08 12 | standard right now? |
| 13:51:08 13 | A. **Yes.** |
| 13:51:09 14 | Q. Okay. So you analyzed 200 NIST standards? |
| 13:51:11 15 | A. **Well, 200 particles in a NIST standard.** |
| 13:51:13 16 | Q. Okay. So you've at least done one NIST |
| 13:51:16 17 | standard. Have you done more than one NIST standard? |
| 13:51:19 18 | A. **We have analyzed all the NIST standards to** |
| 13:51:26 19 | **generate standards of EDXA.** |
| 13:51:29 20 | Q. Same for SAED? |
| 13:51:31 21 | A. **Yes.** |
| 13:51:32 22 | Q. Same for TEM? |
| 13:51:35 23 | A. **Well, TEM would be EDXA and SAED.** |
| 13:51:39 24 | Q. Okay. And do you keep those materials, |
| 13:51:45 25 | the standards you run? |

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

119

| | |
|---|---|
| 13:51:46 1 | A. **I believe so.** |
| 13:51:47 2 | Q. Okay. And you said you brought something. |
| 13:51:49 3 | What did you bring? |
| 13:51:50 4 | A. **Well, I brought the EDXA on 200 tremolite** |
| 13:51:55 5 | **fibers and bundles that was done, the 1867.** |
| 13:52:01 6 | Q. Oh, I'm sorry, so this is something you've |
| 13:52:04 7 | already produced; you just brought it -- also brought |
| 13:52:05 8 | it? |
| 13:52:06 9 | A. **Yes.** |
| 13:52:06 10 | Q. Okay. |
| 13:52:06 11 | A. **I mean, it's in my reliance documents, and** |
| 13:52:08 12 | **it can give you a -- if you look at the ratios,** |
| 13:52:14 13 | **they're pretty much identical to what you were** |
| 13:52:16 14 | **showing me here.** |
| 13:52:17 15 | Q. Okay. And did you bring any other |
| 13:52:25 16 | documents that haven't been produced? |
| 13:52:27 17 | Did you bring any documents that haven't |
| 13:52:28 18 | been produced? |
| 13:52:29 19 | A. **Well, these have been produced.** |
| 13:52:31 20 | Q. Right. So I'm asking separate and apart |
| 13:52:33 21 | from that. |
| 13:52:34 22 | A. **Oh.** |
| 13:52:34 23 | Q. Did you bring any documents today that |
| 13:52:35 24 | haven't been produced? |
| 13:52:36 25 | A. **No.** |

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

120

| | |
|---|---|
| 13:52:36 1 | Q. Okay. So those are your NIST samples for |
| 13:52:45 2 | EDXA; right? |
| 13:52:47 3 | A. **Right. We were looking at the** |
| 13:52:48 4 | **Addison-Davies method to see if boiling the acid --** |
| 13:52:52 5 | **boiling the tremolite in sulfuric acid for an hour** |
| 13:52:56 6 | **and then boiling it in sodium hydroxide for an hour,** |
| 13:53:00 7 | **did it change any chemical component or size** |
| 13:53:03 8 | **distribution of the NIST standard.** |
| 13:53:05 9 | Q. Did you produce your NIST standard |
| 13:53:07 10 | analysis for TEM? |
| 13:53:11 11 | A. **That is TEM.** |
| 13:53:11 12 | Q. Okay. All right. For what about PLM, did |
| 13:53:15 13 | you produce those? |
| 13:53:16 14 | A. **No.** |
| 13:53:16 15 | MR. CIRSCH: Object to form. |
| 13:53:18 16 | THE WITNESS: You typically -- since it's |
| 13:53:18 17 | almost 100 percent tremolite, it's not usually a |
| 13:53:23 18 | standard that you develop for PLM. You can look |
| 13:53:25 19 | at it and check your refractive indices and make |
| 13:53:30 20 | sure -- the oblique extinction, et cetera, but |
| 13:53:34 21 | you don't usually just run those. |
| 13:53:36 22 | Q. (By Mr. Chachkes) Okay. So when you say |
| 13:53:37 23 | you don't usually, you did not run NIST standards for |
| 13:53:40 24 | PLM; is that what I'm hearing? |
| 13:53:42 25 | A. **I don't know if we have. I don't believe** |

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

121

13:53:44 1    so.

13:53:44 2         Q.    Okay.  If you did, would you have kept the
13:53:47 3    material?

13:53:48 4         MR. CIRSCH:  Object to form.

13:53:49 5         THE WITNESS:  I don't know.

13:53:50 6         Q.    (By Mr. Chachkes)  Okay.  We would ask any
13:53:51 7    of that material be produced.

13:53:54 8         Any other NIST standards that you ran
13:53:57 9    under any other instruments that we haven't talked
13:53:59 10   about?

13:53:59 11        A.    No.

13:54:14 12        MS. TROVATO:  I'm sorry, I have Exhibit 10
13:54:15 13   to this deposition --

13:54:16 14        MR. CIRSCH:  That's been marked at a
13:54:18 15   previous deposition.

13:54:18 16        THE WITNESS:  That was marked on 3/21.

17        MS. TROVATO:  I want to mark it here.

13:54:21 18   PM      MR. CHACHKES:  Okay.  Can we mark this as
13:54:22 19   Exhibit 14.

13:54:24 20        (Defendants' Exhibit 14 was marked for
13:54:33 21   identification.)

13:54:33 22        Q.    (By Mr. Chachkes)  Okay.  So Exhibit 14 is
13:54:34 23   what you were just referring to as the -- you ran a
13:54:37 24   NIST standard and the Addison-Davies technique,
13:54:39 25   that's 14; right?

122

13:54:40 1         A.    Yes, sir.

13:54:40 2         Q.    Okay.  Looking back at -- can you go back
13:54:46 3    to Exhibit 12, which is the EDXA spectrum.

13:54:54 4         If I handed this to a very experienced
13:55:00 5    EDXA scientist, as experienced as you want, and I
13:55:06 6    gave him no context where it came from, you know,
13:55:12 7    anything other than just this printout, would they
13:55:16 8    identify this as tremolite and only tremolite?

13:55:17 9         MR. CIRSCH:  Object to form.

13:55:18 10        THE WITNESS:  I can't opine about what
13:55:20 11   other people would do.  If I looked at this, my
13:55:24 12   reaction would be that looks like tremolite.

13:55:27 13        Q.    (By Mr. Chachkes)  Okay.  I'm not talking
13:55:32 14   about you.  Again, this is about the question of what
13:55:37 15   a third-party would and how they would interpret
13:55:37 16   this.

13:55:37 17        Would somebody who is a very experienced
13:55:39 18   EDXA scientist look at this spectra and say I know
13:55:47 19   what this is, this is tremolite?  Or are there other
13:55:50 20   minerals that are consistent with this?

13:55:54 21        MR. CIRSCH:  Object to form.

13:55:54 22        THE WITNESS:  I can't speculate on what
13:55:55 23   other experienced TEM folks would do.  I can
13:55:58 24   just tell you, since I'm sitting here, that I
13:56:02 25   would say that's probably tremolite.

123

13:56:05 1         Q.    (By Mr. Chachkes)  Okay.  Again, I know
13:56:05 2    what you think.  So these questions aren't about what
13:56:08 3    you think.

13:56:09 4         Do you think a third-party scientist
13:56:11 5    looking at Exhibit 12, without knowing context, just
13:56:15 6    looking at what's in Exhibit 12, this EDSA spectrum,
13:56:18 7    might say that also corresponds to minerals that
13:56:23 8    aren't tremolite?

13:56:25 9         MR. CIRSCH:  Object to form.  He's already
13:56:26 10   answered the question.  It calls for
13:56:28 11   speculation.

13:56:28 12        THE WITNESS:  I can't speculate what other
13:56:30 13   experienced microscopists would say that is.

13:56:34 14        Q.    (By Mr. Chachkes)  Okay.  And so you can't
13:56:36 15   testify to a reasonable degree of scientific
13:56:39 16   certainty that this EDSA pattern in a vacuum can only
13:56:46 17   correspond to a single mineral and only that mineral
13:56:50 18   tremolite?

13:56:50 19        MR. CIRSCH:  Object to form.

13:56:52 20        THE WITNESS:  Within a reasonable degree
13:56:56 21   of scientific certainty, if I looked at this
13:56:57 22   mineral, I would say that looks like tremolite.

13:56:57 23        Q.    (By Mr. Chachkes)  So I'm not asking about
13:57:00 24   you.  I'm asking -- this is a question about
13:57:02 25   reproducibility, that if some other scientist looked

124

13:57:06 1    at this, not you, okay, that are you testifying that
13:57:11 2    within a reasonable degree of scientific certainty
13:57:15 3    that this pattern can only correspond to tremolite?

13:57:20 4         MR. CIRSCH:  Object to form.

13:57:21 5         THE WITNESS:  I can't speculate what other
13:57:22 6    scientists -- and they wouldn't be much of a
13:57:25 7    scientist if they were going to look at this in
13:57:28 8    a vacuum and then make some judgment on it
13:57:31 9    without sitting at the TEM.

13:57:32 10        If another very experienced scientist was
13:57:34 11   sitting at a TEM looking at the counting rules
13:57:39 12   and it's a regulated asbestos, he would most
13:57:42 13   likely have some information about where it came
13:57:45 14   from --

13:57:45 15        Q.    (By Mr. Chachkes)  Okay.  So the counting
13:57:46 16   rules, how do they apply to Exhibit 12, the EDSA?

13:57:49 17        A.    Well, again, you cut me off.  What I'm
13:57:53 18   saying is I don't believe it would be a very -- that
13:57:56 19   it's very scientific to sit in a vacuum and not know
13:58:00 20   anything about anything and look at this, and how am
13:58:04 21   I supposed to know what some other experienced
13:58:06 22   scientist is going to say or do?

13:58:07 23        Q.    Okay.  I'll represent to you I've shown
13:58:10 24   this, what's in Exhibit 12, to a very experienced
13:58:15 25   mineralogist who also does EDXA work, and that

125

1 person's confirmed that this is not a unique pattern
2 for tremolite, that there are other minerals that
3 correspond.
4       Sitting here today, do you have anything
5 to provide me that disputes that?
6       MR. CIRSCH: Object to form. I mean, how
7 can he possibly testify to that?
8       MR. CHACHKES: I mean, limit the speaking
9 objections, please.
10       THE WITNESS: It's EDXA. This came off a
11 tremolite fiber bundle that we verified, that in
12 the matrix that this came out of, it's well
13 established that those type of amphiboles are
14 formed.
15       What some other expert or experienced
16 microscopist is saying that it's going to be
17 confused with some other minerals, I can't
18 comment on it. If you'd like to tell me what
19 those minerals are, I could certainly look and
20 see if there's -- (cell phone rings.)
21       Is that me? I'm sorry. It's not supposed
22 to be on. I apologize.
23       Q.   (By Mr. Chachkes) What work have you done
24 to survey the world of minerals to determine what
25 other minerals other than regulated asbestos could

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

126

1 have EDSA patterns that correspond to what I'm
2 looking at in Exhibit 12?
3       MR. CIRSCH: Object to form.
4       THE WITNESS: I've looked at all the
5 potential look-alikes, and again, you just can't
6 do an EDS pattern without looking at the
7 structure. Some -- and I've looked at every one
8 that Sanchez says that could be look-alikes, and
9 a number of them are not fibrous and a lot of
10 them have aluminum in it. So I'm not concerned
11 that this is anything but tremolite asbestos.
12       Q.   (By Mr. Chachkes) Did you look at any
13 databases to compare this spectra to what the
14 databases say are the things that have similar EDSA
15 patterns?
16       MR. CIRSCH: Object to form.
17       THE WITNESS: No, I didn't look at any
18 databases. This was done in regards to the
19 typical TEM protocols for identifying asbestos.
20 I'm not aware of any other minerals with all the
21 characteristics of both being fibrous, meaning
22 the counting definition, the amphibole
23 diffraction pattern for the d-spacings. This is
24 not misidentified.
25       Q.   (By Mr. Chachkes) Okay. Did you look

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

127

1 at -- and I'm just talking about the EDSA now, I'm
2 not talking about counting or things that aren't the
3 EDSA -- I'm sorry. EDXA. Let me start that again.
4       I'm talking about just the EDXA now, not
5 talking about other methods of identifying what
6 you're looking at. Did you look at any textbook or
7 peer-reviewed literature to see what this pattern
8 could also -- in Exhibit 12 -- could also correspond
9 to?
10       MR. CIRSCH: Object to form.
11       THE WITNESS: It doesn't correspond -- and
12 you're --
13       Q.   (By Mr. Chachkes) The question is what
14 you looked at.
15       A.   Please don't interrupt.
16       MR. CIRSCH: Let him answer the question,
17 please.
18       THE WITNESS: You're trying to do this in
19 a vacuum. Here's just an EDS pattern, I'm not
20 going to give you any other information, I'm not
21 going to let you look at what kind of -- it's a
22 fibrous structure or it's a particulate. Not
23 going to let you look at the SAED patterns.
24       It's not following the procedure we've
25 used here for all these samples. So I can't

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

128

1 comment on something that I wouldn't do as an
2 expert coming in here just looking at an EDS
3 pattern with -- EDXA pattern without any other
4 information.
5       Q.   (By Mr. Chachkes) Okay. So am I correct
6 that your answer is no, you did not look at a
7 textbook or peer-reviewed literature to determine
8 what this EDSA pattern could also correspond to other
9 than what you believe to be tremolite?
10       MR. CIRSCH: Object to form.
11       THE WITNESS: No. I wouldn't just take an
12 EDS pattern by itself and then run it to see
13 what other possible minerals in the world have
14 the same elements.
15       I would only be testifying here that this
16 is tremolite -- regulated tremolite asbestos
17 based on the entirety of the analysis that's
18 done for each of these fibers or bundles.
19       Q.   (By Mr. Chachkes) Okay. Let's talk about
20 SAED for a moment. You did SAED pattern analysis?
21       A.   Yes.
22       Okay. Would you agree that the more
23 complete the SAED pattern an analyst obtains, the
24 more likely the analyst is to make an accurate
25 determination of the crystal structure?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**129**

14:02:56 1      MR. CIRSCH:  Object to form.

14:02:58 2      THE WITNESS:  No.

14:02:59 3    Q.  (By Mr. Chachnes)  Why not?

14:02:59 4    A.  **For tremolite you just need the**

14:03:03 5 **d-spacings.  For anthophyllite, you just need to --**

14:03:07 6 **if it has anything close to the reflection or the**

14:03:09 7 **crystal orientation of fibrous talc, you just need to**

14:03:12 8 **turn it to make sure that the amphibole pattern comes**

14:03:16 9 **up.  You don't need to do anything more to adequately**

14:03:20 10 **identify if it's anthophyllite versus fibrous talc or**

14:03:25 11 **anthophyllite solid solution series.**

14:03:28 12    Q.  Okay.  Is streaking in your SAED pattern

14:03:32 13 something that can get in the way of an accurate

14:03:35 14 determination?

14:03:35 15    A.  **It depends on what type of asbestos it is.**

14:03:38 16 **If you're seeing streaking and you have the right**

14:03:41 17 **chemistry and it's tubular, then it's chrysotile.**

14:03:44 18 **But we don't see the streaking that's getting -- that**

14:03:47 19 **you say is getting in the way to adequately look at**

14:03:50 20 **these diffraction patterns.**

14:03:51 21    Q.  If the dots on an SAED pattern are out of

14:03:56 22 focus, does that affect the accuracy in your

14:03:59 23 determining the crystal structure?

14:03:59 24    A.  **Depends what you mean by out of focus.  As**

14:04:01 25 **long as you have the particular planes of dots, how**

**130**

14:04:04 1 **focused or out of focus it is sometimes doesn't**

14:04:07 2 **matter.  If it's way out of focus, yes, it would.**

14:04:09 3    Q.  Would you agree that it's important to --

14:04:12 4 strike that.

14:04:13 5    Would you agree that the further out you

14:04:21 6 have complete dots in the pattern and the more

14:04:23 7 focused the image it is, the easier it is for the

14:04:26 8 analyst to study the crystal structure?

14:04:28 9      MR. CIRSCH:  Object to form.

14:04:29 10      THE WITNESS:  It depends.

14:04:32 11    Q.  (By Mr. Chachnes)  What does it depend on?

14:04:34 12    A.  **Well, I have to get some examples and I**

14:04:37 13 **can show you.  You know, the patterns we have taken**

14:04:41 14 **have been adequate for the analyst, plus the EDXA**

14:04:45 15 **plus the fibrous nature to identify appropriately if**

14:04:49 16 **it's -- typically what we're seeing is either the**

14:04:52 17 **tremolite solid solution series, more tremolite than**

14:04:56 18 **winchite or richterite or actinolyte, and**

14:04:59 19 **anthophyllite solid solution series.  We don't take**

14:05:02 20 **it any further than that.**

14:05:02 21    Q.  So you testified that to determine whether

14:05:04 22 something is tremolite, you just need to know the

14:05:07 23 d-spacing; correct?

14:05:08 24      MR. CIRSCH:  Object to form.

14:05:09 25      THE WITNESS:  And the EDXA as well as

**131**

14:05:11 1 the -- if it is fibrous or not.  That's all you

14:05:16 2 need.

14:05:16 3    Q.  (By Mr. Chachnes)  Okay.

14:05:17 4    A.  **And that's all NVLAP requires.**

14:05:21 5    Q.  Okay.  And that's expressly written in the

14:05:25 6 NVLA standard?

14:05:25 7    A.  **I don't know if it's expressly written,**

14:05:30 8 **but it's not required for any of the audits that we**

14:05:33 9 **have, zone axis patterns for tremolite or any**

14:05:37 10 **regulated asbestos.**

14:05:37 11    Q.  Okay.  So your opinion is that good

14:05:39 12 science is determined by whether something passes

14:05:42 13 NVLA accreditation?

14:05:42 14      MR. CIRSCH:  Object to form.

14:05:44 15      THE WITNESS:  It is good science.  I don't

14:05:48 16 know what good science mean.  I mean, versus bad

14:05:50 17 science?

14:05:50 18    NVLAP is coming in to determine that if

14:05:55 19 somebody sends you an air sample that you can

14:05:57 20 adequately identify, or bulk sample, identify

14:06:01 21 the asbestos to the degree that you're not

14:06:02 22 letting people walk into an environment where

14:06:04 23 they're getting exposed to asbestos.

14:06:07 24    We go to the -- so that we perform the

14:06:11 25 necessary analytical techniques for each of

**132**

14:06:14 1 these methods to positively affirm or deny that

14:06:19 2 there's any detectable asbestos present.

14:06:21 3    Q.  (By Mr. Chachnes)  Does the NVLA have in

14:06:23 4 it an example of d-spacing that corresponds to

14:06:27 5 tremolite?

14:06:29 6      MR. CIRSCH:  Object to the form.

14:06:30 7      THE WITNESS:  I believe so.

14:06:31 8    Q.  (By Mr. Chachnes)  Okay.  And we'd find

14:06:34 9 that on their website?

14:06:35 10      MR. CIRSCH:  Object to form.

14:06:36 11      THE WITNESS:  I think so.

14:06:37 12    Q.  (By Mr. Chachnes)  Okay.  And then you

14:06:38 13 said for anthophyllite, what do you need, again?

14:06:40 14    A.  **For us, anthophyllite, we just make sure**

14:06:44 15 **it's not fibrous talc, since we're looking at talc**

14:06:50 16 **samples.  And that the anthophyllite chemistry, the**

14:06:55 17 **anthophyllite solid solution chemistry is**

14:06:57 18 **appropriate, what we typically see is, because we're**

14:07:00 19 **using heavy density liquid primarily, I think, all**

14:07:03 20 **here, all with what I call iron-rich.**

14:07:07 21    Q.  My question is what SAED pattern

14:07:10 22 corresponds to anthophyllite?

14:07:12 23      MR. CIRSCH:  Object to form.

14:07:13 24      THE WITNESS:  Which one?  There's 277 zone

14:07:16 25 axes.  We look for a typical d-spacing of a

133

| | |
|---|---|
| 14:07:19 | 1 different orientation for the two selected area |
| 14:07:23 | 2 electron diffraction patterns we take. |
| 14:07:26 | 3 Q. (By Mr. Chachnes) Okay. So you determine |
| 14:07:28 | 4 whether it's anthophyllite based on d-spacing when |
| 14:07:30 | 5 you're talking about SAED only? |
| 14:07:33 | 6 MR. CIRSCH: Object to form. |
| 14:07:33 | 7 THE WITNESS: D-spacing and a second |
| 14:07:36 | 8 pattern from a different crystalline orientation |
| 14:07:42 | 9 so that you can rule out fibrous talc. |
| 14:07:45 | 10 Q. (By Mr. Chachnes) Okay. So for |
| 14:07:48 | 11 tremolite, do you use two axes or just one? |
| 14:07:52 | 12 A. Just one. It's not required for tremolite |
| 14:07:56 | 13 since fibrous talc does not have any calcium in it. |
| 14:08:01 | 14 And what you're looking for in an EDS pattern is make |
| 14:08:05 | 15 sure there's no aluminum. |
| 14:08:07 | 16 Q. Okay. And for anthophyllite, you use -- |
| 14:08:10 | 17 you need two axes is what you're saying? |
| 14:08:13 | 18 A. Two axes unless -- I think there's one in |
| 14:08:16 | 19 the entire bunch where we only did one. |
| 14:08:19 | 20 One axis if it doesn't have that |
| 14:08:22 | 21 pseudohexagonal pattern of talc. There's one |
| 14:08:26 | 22 reflection in talc -- I can't remember if it's the |
| 14:08:30 | 23 020 -- that some people say are similar. Doesn't |
| 14:08:34 | 24 look similar to me. But we just do two anyway for |
| 14:08:38 | 25 all these anthophyllite fibers and bundles. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

134

| | |
|---|---|
| 14:08:40 | 1 Q. Okay. For talc you use two axes to |
| 14:08:43 | 2 determine whether the SAED pattern corresponds to |
| 14:08:46 | 3 talc? |
| 14:08:47 | 4 A. No, we use two for anthophyllite solid |
| 14:08:51 | 5 solution series. |
| 14:08:52 | 6 Q. What about talc, how do you determine |
| 14:08:54 | 7 something under SAED is talc? |
| 14:08:56 | 8 A. Chemistry and one SAED pattern that has |
| 14:09:01 | 9 the hexagonal dot pattern. |
| 14:09:06 | 10 Q. Okay. So you use -- for the SAED portion |
| 14:09:10 | 11 of identifying something as talc, you use only one |
| 14:09:13 | 12 pattern; is that correct? |
| 14:09:15 | 13 A. That's correct. |
| 14:09:15 | 14 Q. Okay. If I took that one pattern that you |
| 14:09:21 | 15 use to identify talc under SAED, can that pattern |
| 14:09:25 | 16 only correspond to talc? |
| 14:09:29 | 17 MR. CIRSCH: Object to form. |
| 14:09:30 | 18 THE WITNESS: It can only correspond to |
| 14:09:32 | 19 talc as long as you have the chemistry to go |
| 14:09:35 | 20 along with it. Again, nothing here is done in a |
| 14:09:37 | 21 vacuum of just one and nothing else. |
| 14:09:39 | 22 Q. (By Mr. Chachnes) Okay. My question |
| 14:09:41 | 23 really isn't a vacuum. And I understand your |
| 14:09:43 | 24 qualification you think it's completely unfair, but I |
| 14:09:46 | 25 do want to hear what you have to say about this. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

135

| | |
|---|---|
| 14:09:48 | 1 If I have an isolated SAED pattern for |
| 14:09:53 | 2 talc in one axis and only that, no other information, |
| 14:10:00 | 3 does that uniquely identify talc? |
| 14:10:02 | 4 MR. CIRSCH: Object to form. |
| 14:10:03 | 5 THE WITNESS: I would not call it. I |
| 14:10:04 | 6 don't know what somebody else would do. I would |
| 14:10:07 | 7 want to see what we're looking at. Certainly if |
| 14:10:09 | 8 it's a talc plate versus chemistry -- but we're |
| 14:10:13 | 9 primarily interested in the fibrous talc. |
| 14:10:15 | 10 If you're an experienced TEM analyst, you |
| 14:10:20 | 11 wouldn't just do it -- to me, my opinion, you |
| 14:10:23 | 12 just wouldn't try in a vacuum without any |
| 14:10:25 | 13 information to look at a talc SAED and say |
| 14:10:30 | 14 that's talc. |
| 14:10:30 | 15 Q. (By Mr. Chachnes) Okay. So recall that |
| 14:10:31 | 16 when I asked you my question, I'm saying looking at |
| 14:10:34 | 17 SAED in a vacuum and then you went on to talk about a |
| 14:10:37 | 18 number of things that aren't SAED, like chemistry, |
| 14:10:41 | 19 fibers, plates. So this is a very specific question |
| 14:10:45 | 20 and yes or no. Does a one-axis SAED pattern for talc |
| 14:10:54 | 21 uniquely identify this as talc? |
| 14:10:58 | 22 MR. CIRSCH: Object to form. He's already |
| 14:10:59 | 23 answered the question. |
| 14:10:59 | 24 THE WITNESS: I would not call it talc |
| 14:11:01 | 25 just based on a one hexagonal pattern with no |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

136

| | |
|---|---|
| 14:11:06 | 1 other information. |
| 14:11:06 | 2 Q. (By Mr. Chachnes) Okay. |
| 14:11:06 | 3 A. I would want to do -- and have the rest of |
| 14:11:08 | 4 the information that we talked about. |
| 14:11:10 | 5 I wouldn't do it. Maybe somebody else |
| 14:11:12 | 6 would. I can't comment on what other people might or |
| 14:11:14 | 7 might not do. |
| 14:11:15 | 8 Q. Okay. So for tremolite, you are saying |
| 14:11:18 | 9 you look at one axis as well; correct? |
| 14:11:20 | 10 A. Correct. |
| 14:11:21 | 11 Q. So same question. In a vacuum, all you |
| 14:11:25 | 12 have is the SAED pattern for one axis for something |
| 14:11:32 | 13 you otherwise would call tremolite. Does that |
| 14:11:34 | 14 uniquely and only identify tremolite? |
| 14:11:37 | 15 MR. CIRSCH: Object to form. |
| 14:11:38 | 16 THE WITNESS: If you were going to do |
| 14:11:42 | 17 that, and you were -- for whatever reason that |
| 14:11:46 | 18 here is an SAED pattern, there is nothing else, |
| 14:11:52 | 19 if it was a zone axis, then you'd have to get |
| 14:11:55 | 20 two zone axes, and now you're dealing with like |
| 14:11:58 | 21 no chemistry, no idea where the tremolite fiber |
| 14:12:01 | 22 came -- if it is tremolite. |
| 14:12:03 | 23 So I would not do it. I can't talk about |
| 14:12:05 | 24 what other people would do. |
| 14:12:06 | 25 Q. (By Mr. Chachnes) Okay. And indeed, a |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**137**

14:12:11  1    single axis SAED pattern for something that in your
14:12:18  2    report corresponds to tremolite can also correspond
14:12:23  3    to many other crystalline structures as well;
14:12:26  4    correct?
14:12:26  5         MR. CIRSCH:  Object to form.
14:12:27  6         Q.   (By Mr. Chachnes)  Just in a vacuum.
14:12:29  7    Again, with all the qualifications that you don't
14:12:32  8    want to do it in a vacuum, but my question is in a
14:12:35  9    vacuum.
14:12:35  10        MR. CIRSCH:  Object to form.
14:12:36  11        THE WITNESS:  It would be a typical
14:12:37  12   amphibole diffraction pattern.  You could say
14:12:39  13   it's an amphibole, but how far you're willing to
14:12:41  14   go on that on just that without any other
14:12:44  15   information, no chemistry, no structure
14:12:48  16   interface, no morphology, I would not call it
14:12:51  17   tremolite.
14:12:51  18        Q.   (By Mr. Chachnes)  Okay.  So for
14:12:54  19   anthophyllite, where you have two axes and so like
14:13:00  20   two SAED patterns, in a vacuum, do those two patterns
14:13:06  21   sitting in front of you, no other information,
14:13:08  22   uniquely identify what you're looking at as
14:13:11  23   anthophyllite?
14:13:11  24        MR. CIRSCH:  Object to form.
14:13:12  25        THE WITNESS:  I don't know.  Certainly

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**138**

14:13:13  1    would rule out talc with the two patterns.
14:13:16  2         If I wasn't told that this came out of a
14:13:18  3    cosmetic talc bulk sample and wasn't allowed to
14:13:21  4    look at any chemistry, if I wasn't allowed to do
14:13:24  5    any EDXA and morphology, I probably would not
14:13:31  6    spend the time contemplating what that was.
14:13:33  7         Q.   (By Mr. Chachnes)  Okay.  You agree that
14:13:36  8    the same particle can have different SAED patterns at
14:13:42  9    different orientations; right?
14:13:43  10        A.   Yes.
14:13:43  11        Q.   And an SAED analyst can take measurements
14:13:49  12   of the crystals on various axes; correct?
14:13:53  13        A.   Yes.  You can get zone axis, and depending
14:13:56  14   on the orientation of the fiber or bundle, you may
14:13:59  15   get two -- tough to get three because of your limited
14:14:04  16   mobility of tilting the fiber; you have to double
14:14:08  17   tilt it.  You could probably get three if one wanted.
14:14:11  18        Q.   Okay.  Are you an expert in SAED pattern
14:14:17  19   analysis?
14:14:18  20        A.   I probably know more than the average
14:14:20  21   layperson.
14:14:21  22        Q.   Okay.  But are you an expert?  Are you
14:14:24  23   somebody, for example, who maybe published any
14:14:27  24   articles on SAED pattern analysis?
14:14:30  25        MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**139**

14:14:31  1         THE WITNESS:  I have not published any,
14:14:32  2    no.
14:14:32  3         Q.   (By Mr. Chachnes)  Have you taught SAED
14:14:34  4    pattern analysis?
14:14:35  5         A.   Been a while, but yes.
14:14:37  6         Q.   To whom?
14:14:38  7         A.   Graduate students back in the day when I
14:14:41  8    was visiting assistant professor.
14:14:42  9         Q.   How many orientations do you need to
14:14:47  10   uniquely identify a mineral with SAED and only SAED?
14:14:52  11        A.   A minimum of two, maybe three.
14:14:54  12        Q.   Measurements on an SAED are taken in
14:15:01  13   angstroms; correct?
14:15:02  14        A.   Yes, sir, an angle, angle between -- you
14:15:07  15   identify, say, the 002, then you have to get to
14:15:10  16   another orientation, say, the 010 or the minus 020,
14:15:17  17   and then take the angles and do the measurements or
14:15:20  18   use CrystalMaker.
14:15:21  19        Q.   Okay.  CrystalMaker software that helps
14:15:24  20   you analyze?
14:15:24  21        A.   Well, as long as it has the appropriate
14:15:26  22   standards in it, you could.
14:15:28  23        Q.   Do you use CrystalMaker?
14:15:30  24        A.   We have CrystalMaker.  But, no, it's not
14:15:32  25   required for what we do.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**140**

14:15:33  1         Q.   Okay.  If you put what you otherwise
14:15:40  2    identified as an SAED pattern for tremolite into
14:15:44  3    CrystalMaker without the other end pop, the
14:15:47  4    identification, this is tremolite?
14:15:49  5         MR. CIRSCH:  Object to form.
14:15:50  6         THE WITNESS:  If you had the appropriate
14:15:51  7    zone axis and nothing else, it might.
14:15:54  8         Q.   (By Mr. Chachnes)  You don't know one way
14:15:55  9    or the other?  Have you ever done that?
14:15:57  10        A.   Have we used CrystalMaker?  We have used
14:15:59  11   it in the past, but we don't use it for this
14:16:02  12   analysis.
14:16:02  13        Q.   So have you done CrystalMaker on a single
14:16:06  14   axis?  Have you used CrystalMaker for a single axis
14:16:16  15   SAED pattern?
14:16:16  16        MR. CIRSCH:  Object to form.
14:16:16  17        THE WITNESS:  I don't recall doing that.
14:16:18  18        Q.   (By Mr. Chachnes)  Okay.  When I talked
14:16:20  19   about measurements being taken in angstroms, that's
14:16:22  20   the measurement between the dots; right?
14:16:23  21        A.   Yes.
14:16:24  22        Q.   And that's what we're calling d-space?
14:16:27  23        A.   D-space is between the planes.  That's the
14:16:28  24   measurement we do now.
14:16:30  25        Q.   What's the difference between what I said

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

141

14:16:32  1   and what you said?

14:16:33  2        A.    Well, you can get to the different planes,

14:16:35  3   but you can also get to -- the d-spacing is the

14:16:38  4   layers of atoms on top of each other.

14:16:40  5        Q.    Okay.  Can you describe how your analyst

14:16:50  6   calibrates the SAED apparatus?

14:16:55  7        A.    They do.

14:16:55  8        Q.    No, I'm sorry, can you describe how they

14:16:57  9   do it?

14:16:57 10        A.    Well, they get the working distance, and

14:16:59 11   typically they're using a gold standard for the rings

14:17:02 12   and the working distance so they can do that

14:17:05 13   calibration.

14:17:05 14        Q.    When you say a gold standard, what do you

14:17:07 15   mean by that?

14:17:07 16        A.    Well, you take something that's fibrous

14:17:11 17   and you put a gold film on the top so that you get

14:17:14 18   the outer rings of the gold, which is a standard

14:17:16 19   measurement, and then the working distance so you can

14:17:18 20   calibrate.

14:17:19 21        Q.    Literally a standard made of gold; is that

14:17:22 22   what you're saying?

14:17:23 23        A.    Yes.  Well, it's a very small piece of

14:17:24 24   gold wire --

         25        Q.    Okay.

142

14:17:26  1        A.    -- that you sputter, so you're not using a

14:17:28  2   lot.

14:17:29  3        Q.    How often do your analysts calibrate the

14:17:33  4   SAED apparatus?

14:17:35  5        A.    Whatever is required for our NVLAP

14:17:37  6   accreditation.

14:17:38  7        Q.    Do you have any -- sitting here today, do

14:17:40  8   you know what that is?

14:17:40  9        A.    No.

14:17:41 10        Q.    Is that in your report?

14:17:43 11        A.    No, sir.

14:17:44 12        Q.    Okay.  So do your analysts tilt the stage

14:17:56 13   on the TEM to direct the electrons at a certain face

14:18:00 14   of the crystal?

14:18:01 15        MR. CIRSCH:  Object to form.

14:18:02 16        THE WITNESS:  The only fibrous material

14:18:06 17   that we tilt the stage is when we suspect the

14:18:10 18   anthophyllite solid solution series, where we

14:18:13 19   rotate it to make sure that the hexagonal

14:18:19 20   plane -- it's not even the hexagonal plane.

14:18:23 21   It's a -- I always forget.  It's either an 020

14:18:26 22   or an 002 reflection off the talc, fibrous talc

14:18:31 23   orientation.

14:18:37 24        Q.    (By Mr. Chachkes)  Okay.  Can you point me

14:18:37 25   to published peer-reviewed literature where that's an

143

14:18:37  1   appropriate way to identify that mineral?

14:18:39  2        MR. CIRSCH:  Object to form.

14:18:40  3        THE WITNESS:  I can't.  I mean, as I sit

14:18:46  4   here, I don't recall.

14:18:47  5        Q.    (By Mr. Chachkes)  Okay.  Are the TEMs in

14:18:51  6   your lab equipped with -- I'm going to butcher the --

14:18:56  7   is it goniometer?

14:18:57  8        A.    Goniometer.

14:18:58  9        Q.    Okay.  Are the TEMs in your lab equipped

14:19:00 10   with goniometers to rotate particles?

14:19:03 11        A.    Yes.  We have a double-tilt holder that we

14:19:05 12   use if we're going to do zone axis.  And we have a

14:19:08 13   goniometer that can rotate the sample I think up to

14:19:15 14   30 degrees, so it's usually at zero tilt.

14:19:21 15        Q.    Okay.  In your report I don't see any SAED

14:19:25 16   patterns done for a single subject crystal in three

14:19:29 17   different axes.  That's correct; right?

14:19:31 18        A.    That is correct, you will not find that.

14:19:31 19        Q.    And you didn't do that?

14:19:33 20        A.    No.

14:19:34 21        Q.    Okay.  Did your analyst document every

14:19:40 22   instance in the report where they used multiple SAED

14:19:44 23   patterns?

14:19:45 24        A.    I hope so.

14:19:52 25        MR. CHACHKES:  Maybe we should -- let's go

144

14:19:54  1   to this one.

14:20:30  2        (Defendants' Exhibit 15 was marked for

14:20:32  3        identification.)

14:20:32  4        Q.    (By Mr. Chachkes)  Okay.  Marked as

14:20:34  5   Exhibit 15, you recognize this as a three-axis SAED

14:20:38  6   for tremolite; right?

14:20:39  7        A.    I know that's what it states.

14:20:40  8        Q.    In your opinion, is that different?  Is

14:20:43  9   this not a three-axis?

14:20:46 10        A.    Well, it says it's -- you know the 100,

14:20:49 11   the 010, and the 001, that would be three crystal

14:20:53 12   orientations by the Miller indices.  Now, if that's

14:20:56 13   what we're looking at here or not, I would have to go

14:20:59 14   measure it, get the camera constant, et cetera.

14:21:15 15        So I'm not here to dispute it, but I can't

14:21:06 16   validate that's what it is.

14:21:08 17        Q.    Is there anything -- looking at this right

14:21:09 18   now, is there any reason you have to dispute that

14:21:11 19   indeed this is an accurate three-axis SAED for

14:21:16 20   tremolite?

14:21:17 21        MR. CIRSCH:  Object to form.

14:21:18 22        THE WITNESS:  I have no reason to dispute

14:21:19 23   it.  I have no reason to accept it.

         24        Q.    (By Mr. Chachkes)  Okay.

14:21:20 25        A.    If that's what you're saying it is, then

145

14:21:22 1  that's what you're saying.

14:21:23 2      Q.   Okay.  You see that the pattern is

14:21:26 3  different for each of the three axes?

14:21:27 4      A.   Well, you have three different crystal

14:21:29 5  orientations.

14:21:30 6      Q.   Okay.

14:21:31 7      A.   Of course it's going to be different.

14:21:32 8      Q.   Okay.  So you predicted my next question,

14:21:36 9  which is in your experience, three different crystal

14:21:39 10 orientations for SAED for the same crystal may or

14:21:42 11 probably will produce three different patterns;

12 correct?

14:21:43 13     A.   That is correct.

14:21:44 14     Q.   Okay.  For tremolite it certainly will

14:21:48 15 produce three different patterns?

14:21:50 16     A.   For most of your fibrous crystals where

14:21:54 17 you can rotate it, yes.

14:21:56 18     Q.   Including anthophyllite and fibrous talc?

14:22:01 19          MR. CIRSCH:  Object to form.

14:22:02 20          THE WITNESS:  Including -- no.  Fibrous

14:22:02 21     talc, not.  You can rotate it.  You're only

14:22:05 22     going to get one pattern.  That's why if you do

14:22:09 23     see the reflection that some people will argue

14:22:12 24     looks a little bit like what anthophyllite can

14:22:15 25     do, you rotate it, and that never changes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

146

14:22:51 1          MR. CHACHKES:  Okay.  Let's mark as 16.

14:22:53 2          (Defendants' Exhibit 16 was marked for

14:23:07 3     identification.)

14:23:07 4      Q.   (By Mr. Chachkes)  Okay.  So do you

14:23:09 5  recognize what's been marked as Exhibit 16?

14:23:10 6      A.   Yes, Verification of 0-Degree Amphibole

14:23:13 7  Diffraction Patterns, these are our documents.

14:23:16 8      Q.   Okay.  This was produced to us, I think,

14:23:20 9  Saturday.  Do you recall giving this to plaintiffs'

14:23:23 10 counsel recently --

14:23:24 11     A.   I do.

14:23:24 12     Q.   -- to produce?

14:23:27 13          Okay.  What is it?  Can you just -- on a

14:23:28 14 high level, what am I looking at?

14:23:31 15     A.   High level, we're looking at the

14:23:32 16 d-spacings of, most likely, tremolite and

14:23:40 17 anthophyllite.

14:23:40 18     Q.   And this corresponds to a number of

14:23:49 19 samples that appear in your report; correct?

14:23:51 20     A.   It does.

14:23:51 21     Q.   Okay.  And to figure out which page

14:23:56 22 relates to which diffraction pattern, I can look on

14:24:01 23 that page and it's written in there somewhere; right?

14:24:06 24     A.   You'll have to -- I'm sorry.

14:24:07 25     Q.   I think I might have messed that up

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

147

14:24:12 1  linguistically.  I'm going to do that again.

14:24:13 2      A.   That's fine.

14:24:13 3      Q.   If I want to figure out which sample a

14:24:17 4  particular verification page refers to, that sample

14:24:20 5  is written on the page; correct?

14:24:21 6      A.   Yeah, each sample number is on here.

14:24:21 7      Q.   Okay.

14:24:24 8      A.   You know, M68503-001.  So you would look

14:24:28 9  for '60, '70s, '80s, wherever it is, and then the

14:24:36 10 second number, -001, would be the number 1 or the

14:24:38 11 first asbestos structure or bundle that is the

14:24:42 12 diffraction pattern is being taken.

14:24:44 13     Q.   Sorry.  And you went a little quick for

14:24:47 14 me, and I apologize --

14:24:49 15     A.   That's all right.  So you see the number

14:24:50 16 there, M68503 --

14:24:51 17     Q.   Okay.  So I see that as MAS job number.

14:24:53 18 That's where you're pointing?

14:24:54 19     A.   Right.

14:24:55 20     Q.   And can you actually, just so we're on the

14:24:55 21 same page, literally, can you go to the first

14:25:00 22 verification?

14:25:00 23          Okay.  So you've got the MAS job number,

14:25:02 24 and I'm looking at the number that begins M68

14:25:05 25 something, something, something.  Okay.  How does

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

148

14:25:06 1  that tell me what sample that refers to?

14:25:09 2      A.   Well, our job number would be M68503.  If

14:25:14 3  you go to the various '60s, '70s, and '80s, you'll

14:25:17 4  see that number.

14:25:18 5      Q.   Sorry.  Let's pause.  '60s, '70s, and

14:25:21 6  '80s, you're referring to year --

14:25:22 7      A.   The decades.

14:25:22 8      Q.   Okay.

14:25:23 9      A.   And so then you look for -- if it has

14:25:26 10 M68503 on there, you look for the first dash, 001.

14:25:31 11     Q.   And what's the first dash refer to?

14:25:33 12     A.   Right.  That will tell you that that is

14:25:35 13 the actual sample number.  Then you can go -- it will

14:25:39 14 tell you what tab to look under.

14:25:41 15          And then the second sample number is 001,

14:25:44 16 means that is the first asbestos, in this case,

14:25:49 17 anthophyllite solid solution series.  It's the very

14:25:53 18 first structure up.  So you can go then to the data

14:25:56 19 there and find that very first diffraction pattern.

14:25:59 20     Q.   Okay.  But when you say the data there, is

14:26:02 21 that data you're referring to in Exhibit 16?

14:26:04 22     A.   No, the data that is in the actual data

14:26:07 23 notebooks.

14:26:07 24     Q.   Got it.  And your ability to identify

14:26:12 25 '60s, '70s, '80s decades, is that something inherent

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**149**

14:26:17  1    in the job number?  Is that like coded in there?  How

14:26:19  2    did you --

14:26:19  3          A.    That's why I used all of them.

14:26:20  4          Q.    Oh, okay.

14:26:21  5          A.    If you'll give me one, I can -- you know,

14:26:22  6    I can probably find it.  I didn't bring those along.

14:26:24  7    They're getting too big.

14:26:26  8          Q.    Okay.  I see on this page, date verified

14:26:31  9    11/19/18; do you see that?

14:26:33  10         A.    Yes.

14:26:35  11         Q.    What does that mean?  What was verified?

14:26:37  12         A.    That means that's the date that the data

14:26:39  13   was run for this particular program that did this

14:26:44  14   analysis.

14:26:45  15         Q.    Is that the date of the SAED as well?

14:26:48  16         A.    No.  If you go over to the right-hand

14:26:51  17   side, it says date of photo --

14:26:53  18         Q.    Okay.

14:26:54  19         A.    -- 10/29/2018, and the SAED pattern should

14:26:57  20   have that date on it.

14:26:58  21         Q.    Got it.  And when you say the data was run

14:27:02  22   on November 19, 2018, was it put into some computer

14:27:07  23   program, or someone did a hand d-spacing?  How was

14:27:11  24   that --

14:27:12  25         A.    No.  The information is put in, it's all

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**150**

14:27:14  1    digital, and it does the calculation.  When you put

14:27:17  2    in the, you know, the distance, the camera constant,

14:27:22  3    and then it will calculate the d-spacing.

14:27:24  4          Q.    I'm sorry, when you say it, there's a

14:27:26  5    software that you're using?

14:27:28  6          A.    Yes.

14:27:28  7          Q.    And does the software kind of just read

14:27:30  8    the image?  You don't have to actually calculate the

14:27:32  9    d-spacing by hand?

14:27:33  10         A.    Well, you have to put in the information

14:27:35  11   on the camera constant, but then it will read the

14:27:39  12   pattern and calculate what the d-spacing is.

14:27:42  13         Q.    Got it.  And do you know the name of that

14:27:44  14   software?

14:27:45  15         A.    I do not.

14:27:46  16         Q.    Is that on your computer?

14:27:48  17         A.    It's on the TEM computers.

14:27:52  18         Q.    Okay.  The numbers that it generates for

14:27:57  19   d-spacing, is that fully disclosed here on this page?

14:28:03  20         A.    Yes.

14:28:04  21         Q.    Okay.

14:28:05  22         A.    Over here on the calculated spacing of

14:28:07  23   5.23, and if you go to anthophyllite, the d-spacing

14:28:11  24   is in that range of 5.02 to 5.54 on the range, plus

14:28:17  25   or minus 5 percent.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**151**

14:28:19  1          Q.    And is the reason that zone axis

14:28:22  2    information on the lower left is not put in there is

14:28:24  3    because you really only ran one?

14:28:26  4          A.    Well, you can get a zone axis -- if you

14:28:28  5    happen to hit a zone axis, it will -- you can

14:28:34  6    calculate through that.  The second anthophyllite

14:28:36  7    pattern for this one fiber on the next page has a

14:28:41  8    zone axis that said it was near the 101.

14:28:43  9          Q.    Got it.  So you're saying is that the

14:28:48  10   first verification page that I'm looking at is one

14:28:51  11   zone axis, and the second page is another zone axis

14:28:54  12   for the same anthophyllite particle?

14:28:55  13         A.    No.  Not quite.

14:28:57  14         Q.    Okay.

14:28:57  15         A.    The first one is just d-spacing, the

14:28:59  16   second one is just d-spacing.  In this particular

14:29:02  17   case when they went to the second orientation, they

14:29:05  18   got very close to the 101 zone axis.

14:29:08  19         Q.    Okay.  So there's two orientations on

14:29:11  20   these page 1 and page 2, one is one orientation, the

14:29:14  21   second is another orientation?

14:29:16  22         A.    Correct, for the same fiber/bundle.

14:29:18  23         Q.    Got it.  We've looked through this, and

14:29:22  24   we've totaled 35 samples, which is less than the 72

14:29:28  25   samples in your report.  Is that consistent with what

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**152**

14:29:31  1    you believe this to be?

14:29:34  2          MR. CIRSCH:  Object to form.

14:29:35  3          THE WITNESS:  Well, a number of samples

14:29:38  4    were negative.  There would be no zone axis

14:29:42  5    pattern.

14:29:42  6          A number of the samples would not have

14:29:45  7    been run through because we were doing

14:29:46  8    verification of Lee Poye's samples, and there's

14:29:51  9    a lot of different samples.  I believe we have

14:29:53  10   produced all the ones that we have taken.

14:29:55  11         Q.    (By Mr. Chachkes)  Okay.  There were 50

14:29:57  12   positives amongst the 72 samples you looked at, and

14:30:00  13   yet only 35 samples for which we have the diffraction

14:30:08  14   verifications.  Am I incorrect there?

14:30:11  15         MR. CIRSCH:  Object to form.

14:30:13  16         THE WITNESS:  Well, a number of positive

14:30:15  17   samples there was no TEM because it was

14:30:19  18   negative.  The Lee Poye verification on his, he

14:30:25  19   had six negatives where we found it positive by

14:30:29  20   PLM.  And then an extra sample.  I'll have to

14:30:35  21   add it all up now.  I believe you have

14:30:38  22   everything if we went through and did the math.

14:30:40  23         Q.    (By Mr. Chachkes)  Okay.  You had

14:30:41  24   personally in your lab, MAS, 50 positives; right?

14:30:46  25         MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

153

14:30:47  1    Q.    (By Mr. Chachkes)  Let's strike that.  All
14:30:57  2    right.
14:30:57  3          So the top of your own supplemental report
14:31:00  4    reads that -- I'm going to read a sentence from your
14:31:05  5    report,  This new information changed the total number
14:31:07  6    of containers/samples analyzed from 71 to 72 and the
14:31:11  7    total positive samples from 49 to 50.
14:31:14  8          That's accurate; right?
14:31:15  9    A.    Yes.
14:31:15 10    Q.    Okay.  If there are 50 positives -- let's
14:31:19 11    only talk about the positives.  If there are 50
14:31:21 12    positive, why only have verifications for 35?
14:31:24 13    A.    Well, off the top of my head, five of the
14:31:29 14    positives out of six is from Lee Poye's analysis.  We
14:31:34 15    did not verify his negative samples.  Those became
14:31:38 16    positive because of the Blount PLM and the ISO PLM.
14:31:43 17    Also, the two samples in Lee Poye where we could not
14:31:47 18    verify the nine out of 11, they became positive by
14:31:52 19    PLM.  So now we're up to seven.
14:31:55 20    Q.    Of the 15 we're missing; right?
14:31:58 21    A.    Not missing any.
14:31:59 22    Q.    Okay.
14:31:59 23    A.    Now there's a number of samples through
14:32:02 24    here where the PLM and/or ISO was positive and the
14:32:05 25    TEM was not.  If the TEM is negative, there's no

154

14:32:09  1    SAED.  I think that will get you to your number.
14:32:13  2    Q.    Got it.
14:32:15  3          So if there was a positive under TEM in
14:32:19  4    the MAS laboratory, I've got the verification here in
14:32:23  5    Exhibit 16?
14:32:26  6    A.    You are supposed to.
14:32:31  7          MS. O'DELL:  Let me just insert an
14:32:31  8    objection.  There were a number of I think six
14:32:33  9    files that were produced very similar to
14:32:35 10    Exhibit 16, so they're not all contained in that
14:32:37 11    exhibit and --
         12          MR. CHACHKES:  And I agree --
14:32:44 13          MS. O'DELL:  The record shouldn't reflect
14:32:45 14    that they are.  There are five more documents
14:32:48 15    that are very similar to Exhibit 16 --
         16          MR. CHACHKES:  Yeah.
14:32:51 17    Q.    (By Mr. Chachkes)  And I apologize.
14:32:51 18    Everything I said was correct, except you have to
14:32:54 19    take the six files that you gave me, put them
14:32:57 20    together, and we only have 35.
14:32:58 21    A.    I understood that.
14:32:59 22          MR. CHACHKES:  Okay.  So as long as the
14:33:01 23    witness understood, I think we're good.
14:33:03 24          MS. O'DELL:  That's not true, but I'm glad
14:33:06 25    we clarified.

155

14:33:08  1          MR. CHACHKES:  Well, I interpret "I
14:33:09  2    understood" differently than you do.
14:33:11  3    Q.    (By Mr. Chachkes)  Was a diffraction --
14:33:12  4    okay.  Skip that.
14:33:14  5          Now, what are these ranges up here at the
14:33:20  6    top?  I see like a table.  What's that?  The same
14:33:25  7    table appears to be reproduced in every single
14:33:27  8    verification page; am I right?
14:33:28  9    A.    Right.  That gives you the amphibole
14:33:30 10    types, the page number it's on, card number for the
14:33:33 11    mineral pallet diffraction file, and it gives the
14:33:37 12    calculated spacings in the range.
14:33:39 13          So these d-spacings are all tied back to a
14:33:49 14    standard that every lab should have for these
14:33:50 15    particular type of regulated asbestos structures.
14:33:53 16    Q.    Okay.  The page number refers to a page of
14:33:57 17    what, in the table?
14:33:59 18    A.    Page of the Mineral Powder Diffraction
14:34:02 19    File Data for that particular mineral.
14:34:03 20          So grunerite will be found on page 449.
14:34:07 21    It will be card number 31-631.  And on that card
14:34:11 22    number it will give you the calculated d-spacings for
14:34:15 23    that particular mineral.
14:34:16 24    Q.    Okay.  So it's a page within the Mineral
14:34:21 25    Powder Diffraction File, and then in that page is

156

14:34:23  1    something called a card.  I imagine that's like a
14:34:25  2    little box?
14:34:26  3    A.    Correct.  And it will give you all the
14:34:30  4    d-spacing information that's published here.
14:34:32  5    Q.    Okay.  And the range, I see in the last
14:34:37  6    column on the right, that's the margin of error?
14:34:41  7    A.    Correct.
14:34:42  8    Q.    Now, if I'm reading this correctly, U4, on
14:34:47  9    this first page of the verification, you calculated a
14:34:50 10    spacing of 5.23; correct?
14:34:53 11    A.    Correct.
14:34:54 12    Q.    And that falls within every single
14:34:57 13    amphibole types range in that chart?
14:35:01 14    A.    That's correct.
14:35:01 15    Q.    How is it you identified this as
14:35:08 16    anthophyllite when it falls within five different
14:35:13 17    d-spacing ranges?
14:35:15 18    A.    Do I get to use the other data that's
14:35:17 19    generated, or is this one of those in a vacuum type
14:35:19 20    questions?
14:35:20 21    Q.    Let's say in a vacuum.  In a vacuum.
14:35:22 22          MR. CIRSCH:  Object to form.
14:35:23 23          THE WITNESS:  I wouldn't -- if I just had
14:35:25 24    the d-spacing without any information, I
14:35:28 25    wouldn't make that call.  I wouldn't say that it

157

14:35:30 1  was anthophyllite.  I would say it is consistent
14:35:32 2  with the typical amphibole d-spacing.
14:35:34 3      Q.    (By Mr. Chachkes)  Okay.  What other
14:35:36 4  amphibole in the Mineral Powder Diffraction File have
14:35:44 5  d-spacing ranges that span 5.23?
14:35:48 6      A.    Most of your amphibole minerals, both
14:35:52 7  monoclinic and orthorhombic, will have d-spacings in
14:35:56 8  this range.
14:35:57 9      Q.    What about nonamphiboles, are there
14:36:01 10 nonamphibole crystals that have d-spacings that the
14:36:03 11 range covers 5.23?
14:36:05 12     A.    I don't believe so.
14:36:06 13     Q.    The --
14:36:31 14     Q.    Are we done with this one?
14:36:32 15     For now, yes.
14:36:34 16           Let's go to another exhibit.  That's going
14:36:37 17 to be -- let her mark it up.
        18     A.    Oh.  Sorry.
14:36:41 19           MR. CHACHKES:  That's going to be 17.
14:36:43 20           (Defendants' Exhibit 17 was marked for
        21     identification.)
14:36:59 22     Q.    (By Mr. Chachkes)  Is this the same sort
14:37:02 23 of document as 16?  Is this one of the --
14:37:04 24     A.    Yes.
14:37:04 25     Q.    Okay.  At the top, I see that for your

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

158

14:37:23 1  SAED analysis you have an equation to determine
14:37:27 2  spacing; do you see that?
14:37:28 3      A.    We have the camera constant divided by the
14:37:34 4  measured distance, yes.
14:37:35 5      Q.    Okay.  And in your -- your methodology
14:37:43 6  determined the spacing by dividing the camera
14:37:45 7  constant by the measured distance; is that correct?
14:37:48 8      A.    Correct.
14:37:49 9      Q.    And why does MAS use this formula?
14:37:52 10     A.    That's the standard formula.  You can --
14:37:57 11 the pixels is part of the computer program where you
14:38:01 12 could -- in the old days you'd actually measure it.
14:38:03 13     Q.    Can you provide a reference in the
14:38:05 14 scientific literature that reflects this equation?
14:38:08 15     A.    CrystalMaker has it.
14:38:12 16     Q.    CrystalMaker software; right?
14:38:15 17     A.    Software.  Yes, somewhere I can find it
14:38:17 18 from the old days the formula for this.
14:38:20 19     Q.    Okay.  You didn't cite anything in your
14:38:22 20 paper, correct, in your reports; correct?
14:38:25 21     A.    No, because it's a standard method that
14:38:27 22 all TEM labs do that do this, so.
14:38:30 23     Q.    The manual -- I'm sorry, the measured
14:38:34 24 distance than the denominator, that's manually
14:38:38 25 measured, or is that measured automatically by

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

159

14:38:39 1  software?
14:38:39 2      A.    It's measured off the image that's been
14:38:43 3  calibrated.
14:38:43 4      Q.    Okay.  It's measured off the image --
14:38:45 5      A.    Of the diffraction -- diffraction pattern
14:38:48 6  when you run the program, yes.
14:38:48 7      Q.    Okay.  So it's measured by the program,
14:38:50 8  not somebody -- a human being with a ruler?
14:38:51 9      A.    Not anymore.
14:38:53 10     Q.    Okay.  Used to be manual?
14:38:54 11     A.    Old days, yes.
        12     Q.    Okay.
14:38:56 13     A.    When you actually took a negative and
14:38:58 14 every TEM lab had a dark room.  And thank goodness
14:39:03 15 those days are over.
14:39:04 16     Q.    Can you provide me a reference in the
14:39:07 17 scientific literature that permits the identification
14:39:16 18 of an asbestos type strictly by an EDS -- sorry --
14:39:25 19 SAED pattern?  Strike that.  Let me ask that better.
14:39:28 20           Can you provide me a reference in the
14:39:29 21 published literature -- in the scientific literature
14:39:31 22 that sanctions identifying an asbestos simply by a
14:39:39 23 single axis SAED pattern?
14:39:42 24     A.    I think we already talked about that.  I'm
14:39:44 25 not sure any scientific literature would say if

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

160

14:39:47 1  you're only handed the information from one zone axis
14:39:51 2  diffraction pattern without the rest of the
14:39:55 3  information -- if you have a good zone axis and it
14:40:01 4  matches, you may be able to do the calculation.
14:40:06 5           So one zone axis -- you might be able to
14:40:11 6  do that if you're looking at between two different
14:40:14 7  minerals, say, a monoclinic versus an orthorhombic.
14:40:19 8      If you have no information whatsoever, I
14:40:25 9  don't know.  I don't know if you could do it with
14:40:27 10 just one.  I'd have to see.
14:40:28 11     Q.    Okay.  The Mineral Powder Diffraction File
14:40:32 12 Data, is that a book I can go out in the library and
14:40:36 13 get?
14:40:37 14           MR. CIRSCH:  Object to form.
14:40:38 15           THE WITNESS:  I imagine, if it's only an
14:40:39 16     engineering library or a library at a
14:40:42 17     university.  You can order it online.
14:40:44 18     Q.    (By Mr. Chachkes)  Okay.  It's generated
14:40:46 19 by somebody outside of MAS?
14:40:48 20     A.    No, this is not an MAS book.  This is the
14:40:54 21 Mineral Powder Diffraction File Data Book.  There's
14:40:55 22 an international standard for these types of cards
14:40:59 23 for the crystalline structure information.
14:41:01 24     Q.    Okay.  What's the d-spacing for talc?
14:41:15 25     A.    I don't know.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

161

```
14:41:17   1      Q.    Is the d-spacing for talc within the
14:41:22   2   ranges we see here for -- in your chart for regulated
14:41:26   3   asbestos?
14:41:26   4      A.    It's been a while since I've calculated
14:41:30   5   it, so I'd have to look that up.
14:41:33   6      Q.    Why do you only have amphiboles in your
14:41:41   7   reference chart?
14:41:46   8            MR. CIRSCH:  Object to form.
14:41:47   9            THE WITNESS:  Because this is the 0-degree
14:41:50  10   amphibole diffraction pattern table.
14:41:53  11      Q.    (By Mr. Chachkes)  So are you assuming
14:41:56  12   going into looking at the SAED pattern that you're
14:41:59  13   looking at an amphibole, or you're saying the
14:42:02  14   amphibole patterns that you're looking at could
14:42:04  15   only -- the patterns you're looking at could only be
14:42:06  16   amphiboles?
14:42:07  17      A.    There's no serpentine materials in here.
14:42:12  18   We've never measured chrysotile -- ever detected
14:42:15  19   chrysotile asbestos in any of the TEM analysis
14:42:17  20   because of the heavy liquid density separation.
14:42:21  21            And we don't go in blind or in a vacuum
14:42:24  22   when we do this.  The chrysotile diffraction patterns
14:42:29  23   are very unique; the morphology is very unique.  So
14:42:33  24   when we have amphiboles, we have a different chart.
14:42:36  25      Q.    And again -- strike that.
```

162

```
14:42:44   1            I think I already asked this question, I
14:42:48   2   apologize if I'm asking it twice, but there are
14:42:51   3   nonamphiboles that have d-spacing within the ranges
14:42:53   4   we see in this chart, that is, crystals that are
14:43:00   5   nonamphiboles?
14:43:00   6      A.    Most amphiboles will have d-spacings in
14:43:03   7   this range.
14:43:04   8      Q.    My question is are there crystals that
14:43:08   9   aren't amphiboles and aren't serpentine that have
14:43:11  10   d-spacings in this range?
14:43:13  11            MR. CIRSCH:  Object to form.
14:43:14  12            THE WITNESS:  Nonamphiboles, not that I'm
14:43:16  13   aware of.
14:43:16  14      Q.    (By Mr. Chachkes)  For example, are there
14:43:17  15   any phyllosilicates that have d-spacing in these
14:43:21  16   ranges?
14:43:21  17      A.    I don't believe so.
14:43:22  18      Q.    Okay.  You're stating to within a degree
14:43:25  19   of scientific certainty there aren't any --
14:43:28  20            MR. CIRSCH:  Object --
14:43:28  21            THE WITNESS:  When I say I don't believe
14:43:29  22   so, I don't think I hold that within a
14:43:32  23   reasonable degree of scientific certainty.
14:43:33  24            Again, I'm not looking at this in a
14:43:36  25   vacuum.  If you have the amphibole d-spacing,
```

163

```
14:43:39   1   you have the appropriate chemistry.  In these
14:43:41   2   cases they did zone axis for these particular
14:43:41   3   samples, for these two samples, so zone axis for
14:43:52   4   1 and 2.
14:43:55   5            So, you know, I don't know how many
14:43:58   6   nonamphiboles are out there, but there's nothing
14:44:02   7   that I'm aware of if you're looking at all the
14:44:04   8   appropriate information and not looking at this
14:44:07   9   in a vacuum.  None of this has ever -- you've
14:44:10  10   got to understand, none of this is ever done in
14:44:12  11   a vacuum.  It's coupled with the chemistry,
14:44:14  12   coupled with the morphology, and also we have a
14:44:16  13   pretty good idea of what kind of matrix it's in.
14:44:20  14      Q.    (By Mr. Chachkes)  Okay.
14:44:21  15      A.    It's cosmetic talc.
14:44:22  16      Q.    So, I'm sorry, the methods you use to
14:44:26  17   identify asbestos are -- there's TEM, there's XRD,
14:44:34  18   and there's PLM.  Are those the three, the big three?
14:44:38  19      A.    Those are the -- really the only ones
14:44:41  20   is -- yeah, XRD is used, but the big two are TEM and
14:44:47  21   PLM.
14:44:47  22      Q.    Okay.  So is there anything in the
14:44:52  23   published scientific literature, peer-reviewed, that
14:44:55  24   says you can take an analysis under each of TEM, XRD,
14:45:00  25   and PLM, none of which conclusively point to a
```

164

```
14:45:04   1   regulated asbestos, but together you can determine
14:45:07   2   that it's a regulated asbestos?
14:45:09   3            MR. CIRSCH:  Object to form.
14:45:10   4            THE WITNESS:  Well, you're wrong about
14:45:18   5   this.  XRD cannot point to anything.  Can't tell
14:45:21   6   you if it's fibrous or not.
14:45:24   7            Polarized light microscopy by itself can
14:45:26   8   tell you if you have regulated asbestos.
14:45:29   9   Transmission electron microscopy itself can tell
14:45:31  10   you if it's regulated asbestos.
14:45:34  11            Both techniques have their strengths and
14:45:38  12   their weaknesses.  This type of analysis, in my
14:45:41  13   opinion, needs the suite of techniques: the PLM,
14:45:48  14   the Blount PLM, and TEM.
14:45:51  15            For Vermont and Italian talc, I don't
14:45:54  16   think XRD serves any useful purpose.
14:45:56  17      Q.    (By Mr. Chachkes)  Okay.  Let's just ask
14:45:58  18   the question again.
14:46:00  19            Now, the assumption of the hypothetical is
14:46:02  20   that your TEM result independently does not
14:46:07  21   conclusively point to a regulated asbestos, that your
14:46:11  22   XRD independently, that is, independent of the other
14:46:14  23   analyses, does not conclusively point to a regulated
14:46:17  24   asbestos, and that your PLM, similarly, independently
14:46:20  25   does not point to a regulated asbestos.
```

165

14:46:22 1    Can those three together conclusively
14:46:28 2    point to a regulated asbestos --
14:46:31 3         MR. CIRSCH:  Object to form.
14:46:32 4    Q.    (By Mr. Chachkes)  -- each one making up
14:46:33 5    for the other's defects, in a way?
14:46:36 6         MR. CIRSCH:  Object to form.
14:46:36 7         THE WITNESS:  Well, there's no defects
14:46:38 8    like you state.  I can't answer a question where
14:46:40 9    you're saying if all three are negative or
14:46:42 10   nondetects, because it's either nondetect or you
14:46:45 11   have identified the regulated asbestos.
14:46:47 12        So if you're telling me I have three
14:46:49 13   nondetects, then, no, I can't point to any
14:46:52 14   regulated asbestos in three nondetects.
14:46:54 15   Q.    (By Mr. Chachkes)  Okay.
14:46:55 16   A.    **Before you start, we've been going over an**
14:46:57 17   **hour.  Can we go off the record?**
14:46:59 18   Q.    Can I maybe ask a couple more questions on
14:47:01 19   the same line, and I'll finish it up, if that's okay?
14:47:03 20   A.    **If you insist.**
14:47:04 21   Q.    I don't do this that often but --
14:47:06 22   A.    **That's fine.**
14:47:07 23        It's fascinating science.
14:47:09 24        Okay.  So we agreed that the single zone
14:47:16 25   axis SAED pattern in a vacuum didn't point to

166

14:47:18 1    asbestos, right, even though you're saying it's
14:47:20 2    asbestos; right?
14:47:22 3         MR. CIRSCH:  Object to form.
14:47:23 4         THE WITNESS:  I don't think we agreed to
14:47:24 5    that.  It depends on the zone that you get.  If
14:47:28 6    you were to sit down and just look at that by
14:47:32 7    itself, a 302, you could probably eliminate a
14:47:36 8    lot.
14:47:37 9         But based with all the other information,
14:47:39 10   if the zone axis -- if you're getting a zone
14:47:42 11   axis, that means you have something that you got
14:47:44 12   a zone axis off of.
14:47:     13   Q.    (By Mr. Chachkes)  Right.
14:47:45 14   A.    **But you're asking this hypothetical in a**
14:47:47 15   **vacuum.  That's not what we do.  I can't -- I've not**
14:47:52 16   **sat down and tried since graduate school where they**
14:47:54 17   **give you a mineral and just give you XRD pattern and**
14:47:57 18   **say go identify it.  It's not something that we would**
14:48:01 19   **ever do for any of these analyses without the**
14:48:03 20   **morphology and without the chemistry.**
14:48:07 21   Q.    Okay.  Last question.  I'll ask it one
14:48:11 22   more time because I don't think I've gotten the
14:48:13 23   answer.  If you want to give the same answer, it's
14:48:16 24   fine, but I'm giving you the opportunity to answer
14:48:18 25   this.

167

14:48:19 1    If I had a single crystal, I had a TEM
14:48:21 2    analysis that in a vacuum could point to many things,
14:48:25 3    not just asbestos, an XRD that could point to many
14:48:29 4    things, not just asbestos, and in a vacuum PLM that
14:48:32 5    could point to many things, not just asbestos, is
14:48:35 6    there any published peer-reviewed literature that I
14:48:41 7    can look at that says that's a situation where you
14:48:   8    can combine the three and say that indeed is
14:48:43 9    asbestos?
14:48:44 10        MR. CIRSCH:  Object to form.
14:48:45 11        THE WITNESS:  I can't answer a
14:48:46 12   hypothetical that would never happen in a
14:48:49 13   working real lab that does this analysis.  You
14:48:51 14   wouldn't sit there and go, I've run these three
14:48:53 15   and I have no clue what it is, now I'm going to
14:48:57 16   combine it all together and say, gee, that's
14:48:58 17   going to tell me.
14:48:59 18        I can't answer that hypothetical.
14:49:03 19   Somebody else will have to wade through that
14:49:05 20   one.
14:49:06 21        MR. CHACHKES:  Okay.  Let's take a break.
14:49:08 22        THE WITNESS:  Thank you.
14:49:08 23        (Recess from 2:49 p.m. to 3:07 p.m.)
15:07:57 24   Q.    (By Mr. Chachkes)  So Dr. Longo, in your
15:09:18 25   diffraction verification documents, sometimes the

168

15:09:25 1    bottom -- that's not a good example.
15:09:30 2         Let's look at Exhibit 16, and let's look
15:09:38 3    at the first verification page.  Sometimes in the
15:09:41 4    lower left, as we discussed, the zone axis
15:09:44 5    information is just not -- there's nothing filled in
15:09:47 6    there; right?
15:09:47 7    A.    **Correct.**
15:09:47 8    Q.    If it's blank, does that mean that this
15:09:54 9    particular image was not taken at a zone axis?
15:09:57 10   A.    **That is correct.**
15:09:58 11   Q.    Does MAS maintain nonasbestiform reference
15:10:06 12   samples for tremolite?
15:10:08 13   A.    **Well, yes and no.  Most -- tremolite**
15:10:15 14   **standard has both.  If you go to the one I brought --**
15:10:26 15   **and when we say nonasbestiform, we're saying it's not**
15:10:31 16   **meeting the 5-to-1 aspect ratio.  That's less.  It**
15:10:36 17   **certainly still could be asbestiform since it's**
15:10:39 18   **fibrous, but those we do not count in our analysis**
15:10:46 19   **using the TEM protocols, which are the standard**
15:10:50 20   **methods for scientists to identify asbestos.  And you**
15:10:52 21   **can understand, these protocols are all heavily**
15:10:54 22   **vetted and peer-reviewed.**
15:10:55 23        **For example, my ASTM D5755 method took six**
15:11:03 24   **years to get it through the 125 scientists.  And all**
15:11:07 25   **these methods have been published in the**

169

15:11:10  1    peer-reviewed literature since any time anybody
15:11:14  2    publishes anything on the measurement of asbestos,
15:11:16  3    they will reference one of these protocols.
15:11:19  4         Q.    Do you remember what my original question
15:11:22  5    was?  So the question was do you have -- so let's
15:11:24  6    make it easier.
15:11:25  7         Do you have a bottle of nonasbestiform
15:11:27  8    tremolite at MAS?
15:11:29  9         MR. CIRSCH:  Object to form.
15:11:30  10        THE WITNESS:  I'm not sure a bottle of
15:11:32  11   nonasbestiform tremolite actually exists.  You
15:11:34  12   typically find both.  Somebody may call it
15:11:37  13   nonasbestiform; but when you go look through it,
15:11:40  14   or they say it's asbestos, you'll find
15:11:42  15   structures that are less than the 5-to-1 aspect
15:11:47  16   ratio.  We don't count those.
15:11:49  17        Q.    (By Mr. Chachkes)  Do you have a bottle at
15:11:52  18   MAS of nonasbestos -- of tremolite where, on average,
15:11:56  19   its aspect ratio is below 5-to-1?
15:11:59  20        MR. CIRSCH:  Object to form.
15:12:00  21        THE WITNESS:  I'm not sure any such thing
15:12:02  22   exists.  We don't have what doesn't exist.
15:12:05  23        Q.    (By Mr. Chachkes)  Okay.  Do you have a
15:12:06  24   bottle in your office of anthophyllite where the
15:12:11  25   aspect ratio of the anthophyllite is all underneath

170

15:12:14  1    5-to-1?
15:12:15  2         MR. CIRSCH:  Object to form.
15:12:16  3         THE WITNESS:  No.  You have them that have
15:12:19  4    a range of aspect ratios, less than 5-to-1,
15:12:23  5    greater than 5-to-1.  The average is typically
15:12:25  6    above 5-to-1.
15:12:26  7         Q.    (By Mr. Chachkes)  Okay.  So you don't
15:12:27  8    have a bottle in your office of an amphibole that has
15:12:37  9    aspect ratios averaging under 5-to-1?
15:12:41  10        MR. CIRSCH:  Object to form.
15:12:42  11        THE WITNESS:  No.  All the bottles with
15:12:44  12   standards we have are actual asbestos, but they
15:12:46  13   do have a portion that are below 5-to-1.
15:12:48  14        Q.    (By Mr. Chachkes)  And that's because it's
15:12:50  15   a big bell curve and some of that bell curve is over
15:12:53  16   on the less than 5-to-1 and some of it is on the
15:12:55  17   right?
15:12:55  18        A.    That's correct.  The NIST standard for
15:12:58  19   tremolite, I think the average -- even with the less
15:13:00  20   than 5-to-1, greater than 5-to-1, is around 10.
15:13:04  21        Q.    Is your opinion that there's literature
15:13:13  22   supporting your position that you always find both
15:13:16  23   asbestiform and nonasbestiform amphiboles together?
15:13:19  24        A.    I believe so.
15:13:20  25        Q.    Can you tell me --

171

15:13:22  1         A.    I can't tell you right now.  I mean,
15:13:24  2    sometimes I anticipate cross-exam -- you know,
15:13:26  3    discovery depositions, but I'm not aware of any that
15:13:32  4    somebody states this is all, quote, nonasbestiform or
15:13:35  5    all cleavage fragments.
15:13:36  6         Q.    Okay.
15:13:38  7         A.    What I see -- and I'll have to dig it
15:13:40  8    up -- is that if you have one, you have the other.
15:13:42  9         Q.    And you don't cite any such literature in
15:13:45  10   your expert report, do you?
15:13:47  11        A.    No, sir, I'm not making the claim that --
15:13:52  12   what I'm doing in my expert report is saying here's
15:13:55  13   what we measured using the standard TEM, well-vetted
15:14:00  14   protocols for the identification of regulated
15:14:02  15   asbestos.
15:14:02  16        Q.    Do you remember the question was about
15:14:03  17   whether --
15:14:04  18        MR. CIRSCH:  I don't know if he finished
15:14:05  19   the answer yet.
15:14:06  20        Q.    (By Mr. Chachkes)  Yeah.  Do you remember
15:14:08  21   the question?
15:14:   22        MR. CIRSCH:  I --
15:14:   23        THE WITNESS:  I remember --
15:14:12  24        THE REPORTER:  One at a time.
15:14:12  25        THE WITNESS:  I remember the question, but

172

15:14:14  1    the answer is it's not something that I was
15:14:16  2    relying on for my identification of regulated
15:14:18  3    asbestos.  I'm relying on the peer-reviewed
15:14:22  4    publications for the standard TEM methods and
15:14:24  5    standard PLM methods.
15:14:27  6         Q.    (By Mr. Chachkes)  Do you have a standard
15:14:28  7    in your lab of an SAED readout for an amphibole with
15:14:35  8    ratios of less than 5-to-1 aspect ratios?
15:14:39  9         MR. CIRSCH:  Object to form.
15:14:46  10        Q.    (By Mr. Chachkes)  So I'm not asking
15:14:47  11   whether you have incidentally such a thing but a
15:14:49  12   standard that you use to compare against?
15:14:52  13        A.    Well, no, there's nothing to compare.  The
15:14:56  14   less than 5-to-1 aspect ratio versus greater than
15:14:59  15   5-to-1 aspect ratio will have the identical
15:15:02  16   d-spacings and identical diffraction patterns.
15:15:05  17   There's no difference in a, quote, less than 5-to-1
15:15:08  18   and greater than 5-to-1.  You just will have the
15:15:12  19   exact same type of patterns for d-spacing, and if you
15:15:14  20   were to do a zone axis, you'll have the same zone
15:15:18  21   axis.
15:15:18  22        Q.    Okay.  So it's your opinion that for SAED,
15:15:20  23   a single nonasbestiform tremolite crystal and a
15:15:24  24   single asbestiform tremolite crystal will have the
15:15:28  25   same SAED patterns?

173

```
15:15:31    1         MR. CIRSCH:  Object to form.
15:15:32    2         THE WITNESS:  Yes.
15:15:32    3    Q.   (By Mr. Chachkes)  Okay.  Is the same true
15:15:33    4   for EDXA?
15:15:34    5    A.   It is.
15:15:34    6    Q.   Is the same true that the PLM will look
15:15:38    7   the same for an asbestiform fragment and a
15:15:41    8   nonasbestiform fragment of tremolite?
15:15:44    9    A.   Well, let's be clear.  I'm not calling it
15:15:47   10   asbestiform and nonasbestiform.  I'm calling it --
15:15:49   11   for the 22262-1, it's materials that are less than
15:15:54   12   3-to-1 aspect ratio.  They'll have the same
15:16:00   13   refractive indices, same information.
15:16:03   14         There's no difference in the crystalline
15:16:04   15   structure between what's less than 5-to-1 or less
15:16:08   16   than whatever the aspect ratio is for a particular
15:16:11   17   method that you're using.  There's no difference.
15:16:14   18         That's how you either count greater than
15:16:17   19   or equal to 5-to-1 aspect ratio for TEM.  Or in the
15:16:22   20   PLM we're looking at bundles that typically are -- I
15:16:26   21   think all of them were -- the individual fibers and
15:16:28   22   the bundles were greater than 20-to-1.
15:16:31   23         Where we draw the line is in the method
15:16:34   24   when it says anything less than 3-to-1 is not
15:16:36   25   counted.  And that's what we do.  We call them
```

174

```
15:16:38    1   cleavage fragments.
15:16:39    2    Q.   Have you ever heard anyone distinguishing
15:16:41    3   asbestiform and nonasbestiform tremolite by virtue of
15:16:44    4   whether it has parallel fibers?
15:16:48    5         MR. CIRSCH:  Object to form.
15:16:49    6         THE WITNESS:  Yes.  If it is a bundle, by
15:16:52    7   definition, it is asbestiform.  Both Ann Wylie
15:16:56    8   and both the 22262-1 and the R-93 as well as --
15:17:02    9   and TEM's different.  You take the overall
15:17:05   10   aspect ratio of a bundle width to length.
15:17:09   11   That's how we distinguish between a regulated
15:17:13   12   asbestos fiber and not.  But even in TEM, if it
15:17:15   13   is a bundle, hence it is asbestiform.
15:17:17   14    Q.   (By Mr. Chachkes)  Okay.  Would the SAED
15:17:19   15   pattern for tremolite with parallel fibers and
15:17:22   16   tremolite that does not exhibit parallel fibers be
15:17:26   17   the same?
15:17:27   18    A.   Yes.
15:17:28   19    Q.   Okay.  Same --
15:17:29   20    A.   For the right orientation, same
15:17:31   21   orientation, yeah.  Yes.
15:17:32   22    Q.   What about on all three orientations?
15:17:35   23    A.   I haven't done it on all three
15:17:37   24   orientations because we don't count those if it has
15:17:40   25   less than the counting aspects, and we typically only
```

175

```
15:17:43    1   do d-spacings following the peer-reviewed published
15:17:46    2   protocols.
15:17:47    3    Q.   Okay.  Do you have any opinion on whether
15:17:50    4   a tremolite with parallel fibers and a tremolite that
15:17:53    5   does not have parallel fibers would indeed have
15:17:56    6   identical d-spacings on all three axes for SAED?
15:18:03    7    A.   We haven't done three-axis SAEDs for
15:18:08    8   something that is not counted as a regulated asbestos
15:18:11    9   fiber.  Single individual fibers will have the same
15:18:16   10   d-spacing range, will have the same selected area
15:18:20   11   electron diffraction zone axis if you go to the
15:18:23   12   particular orientation.
15:18:25   13    Q.   So I'm going to ask again because my
15:18:29   14   question's only about -- it's not about what you've
15:18:30   15   done, it's about what something looks like.
15:18:37   16         Does the SAED for tremolite that has
15:18:39   17   parallel fibers look exactly the same on three axes
15:18:44   18   as a tremolite that does not have parallel fibers?
15:18:48   19         MR. CIRSCH:  Object to form.
15:18:49   20    Q.   (By Mr. Chachkes)  Putting aside whether
15:18:51   21   you've done it or not, as a matter of science, are
15:18:54   22   they the same?  You can say you don't know, but I
15:18:56   23   need that question answered.
15:18:57   24         MR. CIRSCH:  Object to form.
15:18:58   25         THE WITNESS:  It should be the same.  But
```

176

```
15:18:59    1   it's not something that we do, because it's not
15:19:01    2   part of the peer-reviewed published standard
15:19:04    3   protocols.  When it is -- when it is not
15:19:10    4   parallel sides or it doesn't meet the 5-to-1
15:19:12    5   aspect ratio, it is not recorded.
15:19:15    6    Q.   (By Mr. Chachkes)  Do you know of any
15:19:17    7   published literature that confirms that they should
15:19:20    8   be the same?
15:19:21    9    A.   It's not -- I believe so, yes.
15:19:35   10    Q.   What?
15:19:35   11    A.   Again, it has to do with surface charts.
15:19:41   12   I don't recall the citation.
15:19:43   13    Q.   Okay.  Sitting here today you can't give
15:19:44   14   me a citation for that?
15:19:45   15    A.   No, sir, I did not anticipate that we were
15:19:48   16   going to be debating non -- debating asbestos
15:19:54   17   minerals that we don't count or don't put into our
15:19:58   18   report.
15:19:58   19    Q.   Okay.  What about under PLM, does a
15:20:03   20   tremolite that has parallel fibers look the same
15:20:07   21   under PLM as a tremolite that does not have parallel
15:20:11   22   fibers?
15:20:11   23    A.   No.
15:20:12   24    Q.   What about TEM when you're looking at just
15:20:15   25   morphology, do the two look the same?
```

**177**

15:20:18 1      A.   If it's not parallel, it's not going to
15:20:20 2 look the same. If it's PLM and you can't see the
15:20:22 3 individual fibers in the bundles, it's not going to
15:20:25 4 look the same.
15:20:25 5      Q.   Okay. Do you have a standard reference
15:20:28 6 standard for PLM for tremolite that does not have
15:20:35 7 parallel fibers?
15:20:36 8      A.   And again, I guess we're going back to a
15:20:39 9 bottle of cleavage fragments. No. But we do
15:20:42 10 routinely see tremolite/actinolite cleavage fragments
15:20:48 11 that are less than 3-to-1 aspect ratio that is
15:20:51 12 recorded in -- and they have the same properties that
15:20:55 13 give us the refractive indices and identification.
15:20:57 14 Otherwise, you wouldn't be able to identify it.
15:20:59 15      Q.   Do you have a standard TEM photograph
15:21:03 16 showing morphology that is for tremolite that does
15:21:08 17 not exhibit parallel fibers?
15:21:12 18      A.   I don't know if we have recorded typical
15:21:17 19 nonparallel sides on a TEM structure that has the
15:21:22 20 same chemistry, but we do not record any of our
15:21:26 21 analyses as per the peer-reviewed published
15:21:30 22 protocols.
15:21:31 23      Q.   Okay. Would your answers be the same for
15:21:36 24 anthophyllite?
15:21:36 25      A.   It would be the same.

**178**

15:21:38 1      Q.   Okay. For all those questions whether you
15:21:40 2 keep the separate standard?
15:21:42 3      MS. O'DELL: Object to the form.
15:21:44 4      THE WITNESS: If -- we don't keep a
15:21:45 5 separate standard because we do not record
15:21:49 6 amphibole structures that have the same
15:21:51 7 chemistry, same diffraction pattern types, that
15:21:55 8 are not part of the counting protocols for these
15:21:58 9 peer-reviewed protocols for the analysis.
15:22:01 10      Q.   (By Mr. Chachkes) Taking you back to your
15:22:05 11 November reports, your November 14 reports, it's my
15:22:09 12 understanding that in it you confirmed that -- that
15:22:28 13 in it you confirm that the SAED confirmed regulated
15:22:33 14 asbestos; is that correct?
15:22:35 15      MR. CIRSCH: Object to form.
15:22:36 16      THE WITNESS: We confirmed that the -- I
15:22:42 17 don't believe we said it like that. What we
15:22:44 18 confirmed is following the peer-reviewed
15:22:48 19 published protocols, either for TEM or polarized
15:22:53 20 light microscopy using the methodology that
15:22:56 21 takes you through the steps to determine if it's
15:22:59 22 regulated asbestos, primarily the counting rule,
15:23:02 23 the chemistry, and the crystalline structure.
15:23:05 24 That's why they have all three. None of this is
15:23:08 25 done in a vacuum. That's what we did.

**179**

15:23:11 1      Q.   (By Mr. Chachkes) Let me just ask you the
15:23:15 2 straight question. Did your November report confirm
15:23:17 3 that SAED patterns confirmed regulated asbestos in
15:23:21 4 J&J bottles of talc?
15:23:25 5      MR. CIRSCH: Object to form.
15:23:25 6      THE WITNESS: I'd have to see the context
15:23:27 7 because it has to be all the information that's
15:23:30 8 done. Regulated asbestos goes with the counting
15:23:34 9 rules, that's the first -- counting rules on the
15:23:36 10 structure, parallel sides, the diffraction
15:23:40 11 pattern, and the chemistry. That's how the
15:23:43 12 protocol says to do this. Not just an SAED by
15:23:48 13 itself, not an EDS by itself, and not the
15:23:52 14 morphology by itself. You have to use all three
15:23:55 15 for TEM analysis. That's how the protocol goes.
15:24:03 16      MR. CHACHKES: Okay. Let me ask you in
15:24:04 17 this way. Let's mark this next exhibit.
15:24:23 18      (Defendants' Exhibit 18 was marked for
15:24:23 19 identification.)
15:24:23 20      Q.   (By Mr. Chachkes) So can you confirm that
15:24:25 21 Exhibit 18 is one of your SAEDs?
15:24:29 22      MR. CIRSCH: On the back of here I see
15:24:30 23 some -- okay.
24      MS. TROVATO: On the back -- sorry.
25      MR. CHACHKES: Here. Take mine.

**180**

15:24:32 1      MR. CIRSCH: I wanted to make sure that
15:24:32 2 you --
15:24:38 3      Q.   (By Mr. Chachkes) So can you confirm
15:24:41 4 Exhibit 18 is of your SAED patterns?
15:24:46 5      MS. O'DELL: Would you direct us? Is
15:24:47 6 there a specific page in his November report
15:24:48 7 that you're referring to?
15:24:50 8      THE WITNESS: I see it right here. It's
15:24:51 9 the M68233-001-001, which matches the M number
15:25:00 10 and fiber number. It says that we -- date of
15:25:04 11 photo was 2/14/2018. So that is one of our
15:25:09 12 diffraction patterns.
15:25:10 13      Q.   (By Mr. Chachkes) Okay. Does this
15:25:14 14 confirm that there is anthophyllite in J&J talc,
15:25:21 15 Exhibit 18 alone?
15:25:23 16      A.   You keep saying alone, and you keep saying
15:25:26 17 in a vacuum. That's not how it's done. The
15:25:30 18 methodology doesn't say take the SAED alone. We have
15:25:34 19 the chemistry that goes with it and the morphology.
15:25:36 20 There's a reason it takes you through those steps.
15:25:39 21      Q.   Okay. So the question is does Exhibit 18
15:25:45 22 alone confirm anthophyllite?
15:25:49 23      MR. CIRSCH: Object.
24      Q.   (By Mr. Chachkes) It's just yes or no.
15:25:50 25      MR. CIRSCH: It's not yes or no.

**181**

15:25:51 1    THE WITNESS: It's not yes or no. It's --
15:25:54 2  again, my answer is you do not look at these
15:25:57 3  patterns alone. You're using a peer-reviewed
15:26:01 4  published protocol that walks you through
15:26:04 5  morphology, EDXA, and a diffraction pattern.
15:26:09 6  That's how the protocol goes.
15:26:11 7    It's not my protocol. These are the
15:26:13 8  protocols for the ISO methods, for the AHERA
15:26:16 9  methods, the ASTM -- TEM methods. There is a
15:26:19 10  reason you do all of them.
15:26:21 11    Q.    (By Mr. Chachkes)  Right. So it's my
15:26:23 12  understanding that this is an answerable question.
15:26:25 13  If you say it's completely unanswerable, tell me.
15:26:30 14  And I understand you don't like it when I've asked
15:26:32 15  you about something in a vacuum, but the question
15:26:34 16  stands. In a vacuum, Exhibit 18, is that a uniquely
15:26:37 17  anthophyllite pattern?
15:26:37 18    MR. CIRSCH:  Object to form. That's been
15:26:39 19  asked and answered.
15:26:40 20    THE WITNESS:  And my answer stands.
15:26:41 21    Q.    (By Mr. Chachkes)  Okay. And that
15:26:43 22  answer's what? If you're not going to answer, just
15:26:48 23  tell me.
15:26:48 24    MS. O'DELL:  He's already answered.
15:26:48 25    MR. CIRSCH:  He's already answered the

**182**

15:26:51 1  question.
15:26:51 2    THE WITNESS:  My answer stands. The
15:26:53 3  previous answer.
15:26:53 4    Q.    (By Mr. Chachkes)  Okay. Now, I'm looking
15:26:54 5  at Exhibit 17, which I believe corresponds to this;
15:26:54 6  right?
15:26:58 7    A.    Yes.
15:26:59 8    Q.    Okay. Page 1 of the -- the first
15:27:03 9  verification, it shows date verified as 2/14. Do you
15:27:07 10  see that?
15:27:07 11    A.    Correct.
15:27:08 12    Q.    That means on the same day of the photo
15:27:12 13  you actually put this picture into the software to
15:27:14 14  determine the d-spacing; correct?
15:27:16 15    A.    That's correct.
15:27:17 16    Q.    Okay. For many of the SAED patterns that
15:27:21 17  have been produced in this case, the verification
15:27:24 18  came after your November report; correct?
15:27:27 19    A.    That's correct.
15:27:27 20    Q.    Some of them came after -- came as late as
15:27:33 21  January; right?
15:27:33 22    A.    That may be possible.
15:27:34 23    Q.    Okay. So you were using, for the purposes
15:27:36 24  of at least the November report, some of the EDSA
15:27:41 25  patterns you had not run d-spacing on?

**183**

15:27:44 1    MR. CIRSCH:  Object to form.
15:27:45 2    THE WITNESS:  That's correct. Well, we
15:27:46 3  had taken the data, and the photograph was
15:27:50 4  taken. You know, when the verification came
15:27:52 5  through, it may have been done later.
15:27:54 6    Q.    (By Mr. Chachkes)  Yeah, and I might have
15:27:56 7  misspoke.
15:27:56 8    So what I'm saying is that for some of the
15:27:58 9  samples in the November report, you had not run the
15:28:01 10  d-spacing for the SAED; is that correct?
15:28:04 11    A.    That's possible.
15:28:05 12    Q.    Okay. Is the d-spacing important to
15:28:08 13  determining whether SAED is pointing towards a
15:28:11 14  regulated asbestos?
15:28:13 15    MR. CIRSCH:  Object to form.
15:28:14 16    THE WITNESS:  It's all important. If you
15:28:16 17  do this long enough, you can look at it and say
15:28:18 18  that's an amphibole diffraction pattern. But
15:28:20 19  the verification just solidifies it.
15:28:23 20    Q.    (By Mr. Chachkes)  Okay. Why did you run
15:28:30 21  verifications after your first report and as late as
15:28:36 22  January for SAED verifications?
15:28:41 23    MR. CIRSCH:  Object to form.
15:28:42 24    THE WITNESS:  Because they've all been
15:28:44 25  taken, just getting to them. Certainly if it

**184**

15:28:46 1  didn't verify it, then we'd have something else
15:28:49 2  to talk about today.
15:28:50 3    Q.    (By Mr. Chachkes)  How many particles did
15:29:02 4  your analyst conduct zone axis determinations on?
15:29:05 5    MR. CIRSCH:  Object to form.
15:29:06 6    THE WITNESS:  How many fibrous structures?
15:29:08 7    Q.    (By Mr. Chachkes)  Yes.
15:29:09 8    A.    I haven't counted them up.
15:29:10 9    Q.    Could it be about a dozen?
15:29:12 10    MR. CIRSCH:  Object to form.
15:29:13 11    THE WITNESS:  Again, I haven't counted
15:29:14 12  them up.
15:29:15 13    Q.    (By Mr. Chachkes)  Okay. And earlier we
15:29:18 14  talked about how it's difficult to distinguish talc
15:29:24 15  and anthophyllite with EDXA; right?
15:29:30 16    MR. CIRSCH:  Object to form.
15:29:31 17    THE WITNESS:  I didn't say it was
15:29:32 18  difficult. What I said was you would not
15:29:35 19  identify it by just EDXA. You would use the
15:29:38 20  procedures in place, all the procedures, to make
15:29:41 21  that determination if you have fibrous talc
15:29:44 22  versus anthophyllite.
15:29:44 23    Q.    (By Mr. Chachkes)  And when you say all
15:29:45 24  the procedures, you mean procedures above and beyond
15:29:47 25  EDXA?

**185**

```
15:29:48   1        A.     Procedures that are stated in the
15:29:52   2   peer-reviewed protocols that we use.
15:29:54   3        Q.     That are above and beyond EDXA?
15:29:57   4        MR. CIRSCH:  Object to form.
15:29:59   5        THE WITNESS:  Well, they're all above and
15:30:02   6   beyond EDXA.  None of this is done in a vacuum.
15:30:05   7   No analyst is just looking at the EDXA and not
15:30:06   8   following the protocols as published in the
15:30:07   9   peer-reviewed literature for making these
15:30:09  10   determinations.
15:30:10  11        Q.     (By Mr. Chachkes) You were saying that a
15:30:11  12   way to tell the difference between talc and
15:30:15  13   anthophyllite in SAED is to tilt the goniometer --
15:30:27  14        A.     Goniometer.
15:30:28  15        Q.     -- goniometer; is that right?
15:30:30  16        A.     That's correct.
15:30:31  17        Q.     Okay.  In every instance -- are there
15:30:41  18   instances where you looked at a particle for a J&J
15:30:47  19   sample in the MDL and tilted the gon --
15:30:56  20        A.     Goniometer.
15:30:56  21        Q.     -- goniometer and determined, oh, well,
15:30:58  22   that's talc?
15:30:59  23        A.     That's certainly possible.
15:31:06  24        Q.     Okay.  Is it that you don't know because
15:31:09  25   your analyst would have done it and not reported that
```

**186**

```
15:31:11   1   to you?
15:31:12   2        MR. CIRSCH:  Object to form.
15:31:12   3        THE WITNESS:  Well, we were only taking a
15:31:14   4   random talc verification of some of these for
15:31:17   5   one fiber, it's at the end of the -- each of the
15:31:21   6   analyses where there was fibrous talc present in
15:31:24   7   the TEM, there is an SAED, EDS, and a picture
15:31:30   8   showing the morphology.
15:31:31   9        These particular ones are not talc.  These
15:31:36  10   are zone axis.  This happens to be the
15:31:41  11   historical 1978 that was produced through
15:31:47  12   Lanier, and these zone axis orientations are not
15:31:52  13   what the so-called look-alike zone axis for the
15:31:57  14   talc fiber.
15:31:59  15        Q.     (By Mr. Chachkes) I'm sorry, you're
15:32:00  16   saying that what's in Exhibit 17 are non-MDL samples?
15:32:06  17        A.     No, it is an MDL sample.  I said it is an
15:32:08  18   MDL sample.
15:32:09  19        Q.     Oh, okay.  When you said produced through
15:32:11  20   Lanier, I didn't understand what you meant there.
15:32:14  21        A.     Well, it went to Lanier and went to us.
15:32:18  22        Q.     Okay.
15:32:18  23        A.     The 1978 --
15:32:21  24        Q.     Got it.
15:32:25  25        A.     -- two samples for one container.  I think
```

**187**

```
15:32:25   1   it's JBP-084.
15:32:31   2        Q.     Earlier we talked about how cummingtonite
15:32:39   3   and anthophyllite have the same chemistry; do you
15:32:42   4   remember that?
15:32:42   5        A.     Yes.
15:32:42   6        Q.     One way to tell them apart is to determine
15:32:45   7   the crystal system of the particle?
15:32:47   8        A.     Correct.  You could go in and do zone axis
15:32:50   9   and get a monoclinic versus the orthorhombic.
15:32:53  10        Q.     Okay.  So anthophyllite is orthorhombic,
15:32:56  11   and cummingtonite is monoclinic?
15:32:59  12        A.     That is correct.
15:32:59  13        Q.     Okay.  Did you do the analysis to
15:33:03  14   determine whether what you were looking at and
15:33:07  15   thought might be anthophyllite to see whether it was
15:33:10  16   monoclinic and thus cummingtonite?
15:33:12  17        A.     No, we don't do that.  We just call it the
15:33:15  18   anthophyllite solid solution series since both
15:33:18  19   anthophyllite, cummingtonite, and grunerite are
15:33:22  20   regulated asbestos.
          21        Q.     Okay.
15:33:23  22        A.     There's no -- unless you want to do that
15:33:26  23   for some reason, there's no need to go any further.
15:33:28  24        Q.     Okay.  So everything in your expert report
15:33:31  25   that you identify as anthophyllite could very well be
```

**188**

```
15:33:36   1   cummingtonite, but your position it doesn't matter?
15:33:39   2        MR. CIRSCH:  Object to form.
15:33:40   3        THE WITNESS:  Well, everything could be
15:33:42   4   anthophyllite and it still doesn't matter.  You
15:33:45   5   know, if you use the analogy, well, I found the
15:33:48   6   weed and it's a particular weed that is a
15:33:50   7   problem and we need to get rid of it, now I want
15:33:53   8   to go look and see what color roots it has
15:33:55   9   because the weed itself all looks the same.
15:33:58  10        This particular one, these zone axes are
15:34:00  11   anthophyllite for, I believe, in these two --
15:34:05  12   this was the one that Dr. Sanchez says was
15:34:08  13   cummingtonite, and so we went back and did zone
15:34:11  14   axis just some time ago.  And actually, these
15:34:14  15   two structures are in fact anthophyllite.
15:34:17  16        Q.     (By Mr. Chachkes) You mean you do zone
15:34:19  17   axis to determine whether it was orthorhombic or
15:34:22  18   monoclinic?
15:34:22  19        A.     Well, we did zone axis to make sure that
15:34:25  20   it was orthorhombic and had the reflections, that it
15:34:28  21   had the crystalline orientation specific for
15:34:30  22   orthorhombic anthophyllite.
15:34:32  23        Q.     Did you produce the material that shows
15:34:33  24   that sample to be orthorhombic?
15:34:36  25        A.     Number 17.
```

189

| | |
|---|---|
| 15:34:37 | 1    Q.    That's number 17?  Okay. |
| 15:34:40 | 2    A.    **The first one, especially.  I know for the** |
| 15:34:42 | 3    **301.** |
| 15:34:44 | 4    Q.    And for the other -- it's fair to say that |
| 15:34:50 | 5    most of the particles in this case that you've |
| 15:34:52 | 6    identified as anthophyllite could very well be |
| 15:34:55 | 7    cummingtonite, but you didn't make the distinction? |
| 15:34:59 | 8         MR. CIRSCH:  Object to form. |
| 15:34:59 | 9    Q.    (By Mr. Chachkes)  Putting aside whether |
| 15:35:01 | 10   it matters or not. |
| 15:35:02 | 11        MR. CIRSCH:  Object to form. |
| 15:35:03 | 12        THE WITNESS:  Well, most of these |
| 15:35:06 | 13   elongated particles, these asbestiform bundles, |
| 15:35:10 | 14   could be anthophyllite -- |
| 15:35:11 | 15   Q.    (By Mr. Chachkes)  The ones -- |
| 15:35:12 | 16        MR. CIRSCH:  Hold on. |
| 15:35:13 | 17        THE WITNESS:  -- versus cummingtonite. |
| 15:35:15 | 18   But it's a difference without any consequence. |
| 15:35:18 | 19   They're both regulated asbestos. |
| 15:35:19 | 20   Q.    (By Mr. Chachkes)  Right.  Putting aside |
| 15:35:21 | 21   the difference, okay -- this is just a question that |
| 15:35:25 | 22   should be very simple -- most of the part -- except |
| 15:35:28 | 23   for the one you went back and verified whether it was |
| 15:35:31 | 24   orthorhombic, most of the particles you identify in |
| 15:35:34 | 25   your report could either be -- that you identify as |

191

| | |
|---|---|
| 15:36:42 | 1    Q.    That's okay.  That's fine.  We'll just |
| 15:36:44 | 2    leave it as is. |
| 15:36:45 | 3    A.    **I belive it's -- let me just make sure** |
| 15:36:46 | 4    **it's in here.** |
| 15:36:55 | 5         **It's reference 23, Manual of Mineralogy,** |
| 15:36:58 | 6    **21st Edition, Revised, Cornelis Klein and** |
| 15:37:04 | 7    **Cornelius S. Hurlbut, Jr., from John Wiley & Sons,** |
| 15:37:07 | 8    **and it's on page about 256, if I remember correctly.** |
| 15:37:11 | 9    Q.    Okay.  What other mono -- okay. |
| 15:37:15 | 10        If your EDS doesn't tell you whether -- if |
| 15:37:19 | 11   you haven't determined whether what you're looking at |
| 15:37:21 | 12   is orthorhombic or monoclinic, are there any other |
| 15:37:24 | 13   minerals that they could be that are indeed also |
| 15:37:28 | 14   monoclinic? |
| 15:37:29 | 15   A.    **No.  Not after we do the full suite of** |
| 15:37:31 | 16   **analyses.  It's one of these regulated asbestos types** |
| 15:37:34 | 17   **for the anthophyllite solid solution series.** |
| 15:37:37 | 18   Q.    Okay. |
| 15:37:37 | 19   A.    **These have been identified to the degree** |
| 15:37:40 | 20   **necessary to make that statement.** |
| 15:37:43 | 21   Q.    Okay.  Just -- and we're going to ask a |
| 15:37:47 | 22   question in a vacuum, and I understand all your |
| 15:37:48 | 23   objections to answering questions about science in a |
| 15:37:50 | 24   vacuum, but it's important to us. |
| 15:37:53 | 25        If you have an SAED pattern where you |

190

| | |
|---|---|
| 15:35:37 | 1    anthophyllite could either be anthophyllite or |
| 15:35:39 | 2    cummingtonite, putting aside whether it even matters; |
| 15:35:42 | 3    is that a correct statement? |
| 15:35:43 | 4         MR. CIRSCH:  Object to form. |
| 15:35:44 | 5         THE WITNESS:  No.  You don't know if most |
| 15:35:46 | 6    of the particles could.  It could be this, it |
| 15:35:48 | 7    could be that.  It could be mostly all |
| 15:35:50 | 8    anthophyllite. |
| 15:35:52 | 9         You know, you think it's all |
| 15:35:54 | 10   cummingtonite.  But you're right, it doesn't |
| 15:35:55 | 11   matter because I identified them as the |
| 15:36:01 | 12   anthophyllite solid solution series. |
| 15:36:02 | 13   Q.    (By Mr. Chachkes)  Okay.  Is there |
| 15:36:03 | 14   literature calling cummingtonite part of the |
| 15:36:05 | 15   anthophyllite solid solution series? |
| 15:36:05 | 16   A.    **Lots of it.** |
| 15:36:05 | 17   Q.    Okay.  Can you cite one for me?  Let's |
| 15:36:10 | 18   start with this.  Any cited in your report? |
| 15:36:11 | 19   A.    **Yes.** |
| 15:36:12 | 20   Q.    Okay.  Can you -- |
| 15:36:14 | 21   A.    **Can I show it to you?** |
| 15:36:16 | 22   Q.    Yes, show it to me. |
| 15:36:18 | 23   A.    **And I produced it in other J&J.** |
| 15:36:37 | 24        **It's easier for me just to look through** |
| 15:36:41 | 25   **the references and find it for you.** |

192

| | |
|---|---|
| 15:37:56 | 1    didn't determine whether it's orthorhombic or not, |
| 15:38:00 | 2    just looking at that pattern, in a vacuum, without |
| 15:38:03 | 3    your other information, is it possible -- can you |
| 15:38:08 | 4    exclude -- is it possible that correlates to any |
| 15:38:12 | 5    other monoclinic minerals? |
| 15:38:14 | 6         MR. CIRSCH:  Object to form. |
| 15:38:15 | 7         THE WITNESS:  I've already answered this |
| 15:38:16 | 8    question. |
| 15:38:16 | 9         We don't look at it in a vacuum.  You're |
| 15:38:18 | 10   asking me to look at things in a vacuum that are |
| 15:38:21 | 11   not part of the peer-reviewed published |
| 15:38:25 | 12   identification protocols for asbestos. |
| 15:38:29 | 13        That's what we do.  We look at and follow |
| 15:38:29 | 14   the procedures that are in the protocols.  So |
| 15:38:33 | 15   when we do this analysis, especially for |
| 15:38:36 | 16   anthophyllite, we're looking at morphology, |
| 15:38:38 | 17   we're looking at chemistry, and we're looking at |
| 15:38:40 | 18   selected area electron diffraction. |
| 15:38:43 | 19   Q.    (By Mr. Chachkes)  So -- |
| 15:38:43 | 20        MR. CIRSCH:  Hold on. |
| 15:38:44 | 21        THE WITNESS:  And that's my answer. |
| 15:38:45 | 22   Q.    (By Mr. Chachkes)  So you understand I'm |
| 15:38:46 | 23   allowed to ask questions that aren't specifically |
| 15:38:49 | 24   correlating to something in a regulation; right?  I |
| 15:38:51 | 25   can ask about general science.  You understand that; |

193

15:38:53 1   right?

15:38:54 2           MR. CIRSCH:  Object to form.  He can give

15:38:56 3   you an answer --

4       Q.   (By Mr. Chachnes)  Yes or no?

15:38:57 5           MR. CIRSCH:  -- he thinks is appropriate.

15:38:59 6       Q.   (By Mr. Chachnes)  It's a yes or no

15:39:01 7   question.

15:39:01 8       A.   **Well, yes, you can ask any question you**

15:39:04 9   **want.  But, no, I don't think it's appropriate to ask**

15:39:07 10  **questions that is not part of how we identify and ask**

15:39:12 11  **in a vacuum.  So my answer stands.**

15:39:13 12      Q.   Okay.  So I'll ask you again, and if you

15:39:13 13  don't want to answer, you can give me the same

15:39:16 14  circular answer, but I'm going to ask you again.

15:39:19 15          MR. CIRSCH:  Object to the commentary on

15:39:21 16  the record, Alex.  There's a lot of it.

15:39:17 17      Q.   (By Mr. Chachnes)  If the -- looking at --

15:39:26 18  if you haven't determined whether something is

15:39:29 19  orthorhombic or not, looking at the SAED pattern in a

15:39:36 20  vacuum, could it correspond to other minerals besides

15:39:40 21  cummingtonite and anthophyllite?

15:39:43 22          MR. CIRSCH:  Object to form.

15:39:45 23          THE WITNESS:  That's not how we have done

15:39:46 24  this analysis for every one of these samples

15:39:49 25  that we're dealing with in TEM, for the 100,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

194

15:39:52 1   almost 200 fibers and bundles that we've

15:39:55 2   identified.  We have used the peer-reviewed

15:39:59 3   standard published protocol specifically to

15:40:02 4   identify regulated asbestos.  We didn't look at

15:40:05 5   anything in a vacuum.  We don't do that.

15:40:07 6       Q.   (By Mr. Chachnes)  Okay.  Putting that

15:40:09 7   aside, this is just a matter of EDSA science.  EDSA

15:40:14 8   science tells me that Exhibit 18 looked at in

15:40:19 9   isolation could correspond to many minerals; right?

15:40:25 10          MS. O'DELL:  Objection.

15:40:25 11      Q.   (By Mr. Chachnes)  Just EDSA science?

15:40:28 12      A.   **Again, we're not dealing with many**

15:40:30 13  **minerals.  We're dealing with regulated asbestos in a**

15:40:33 14  **talc deposit that has the ability to form these**

15:40:37 15  **billions of years ago under temperature and pressure.**

15:40:40 16  **We're using protocols that are specifically designed**

15:40:42 17  **to identify regulated asbestos.  And that's what we**

15:40:45 18  **do.**

19      Q.   Okay.

15:40:47 20      A.   **Asking things in a vacuum or hypotheticals**

15:40:49 21  **is not what we did.**

15:40:51 22          MR. CHACHNES:  Okay.  How much time do we

15:40:55 23  have left on the tape?

15:40:59 24          THE VIDEOGRAPHER:  17.

15:41:00 25          MR. CHACHNES:  Why don't we just swap out

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

195

15:41:02 1   the tape and we don't have to take a break.

15:41:13 2           (Recess from 3:41 p.m. to 4:01 p.m.)

16:02:00 3       Q.   (By Mr. Chachnes)  Dr. Longo, the court

16:03:00 4   reporter informed me that a couple of times I

16:03:01 5   mispronounced EDXA as EDSA.  Did you understand when

16:03:08 6   I said EDSA to mean EDXA?

16:03:09 7       A.   **Yes.  Energy dispersive spectroscopy**

16:03:12 8   **analysis is also well known.**

16:03:14 9       Q.   Okay.

16:03:15 10      A.   **People have different acronyms for it, so**

16:03:18 11  **it's fine.  I think I was repeating what you were**

16:03:20 12  **saying.**

16:03:20 13      Q.   Okay.  So is it your position that

16:03:24 14  reporting analytical sensitivity by weight percent

16:03:27 15  does not provide any useful information for

16:03:30 16  determining potential airborne exposure to asbestos

16:03:32 17  structures?

16:03:32 18      A.   **Yes.**

16:03:33 19      Q.   Is it your position that structures per

16:03:37 20  gram data is the most useful for potential airborne

16:03:40 21  exposure?

16:03:40 22      A.   **Yes.**

16:03:41 23      Q.   And in your report, in support of that

16:03:44 24  proposition, you cite ISO 10312; correct?

16:03:50 25      A.   **Correct.  And it's in both of the ISO**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

196

16:03:51 1   **methods.**

16:03:51 2       Q.   Okay.  ISO 10312 is a method for detecting

16:03:57 3   asbestos in ambient air; correct?

16:03:58 4       A.   **Correct.**

16:03:59 5       Q.   Have you ever conducted air testing

16:04:02 6   pursuant to the ISO 10312 method?

16:04:08 7       A.   **In the past, yes.**

16:04:10 8       Q.   Okay.  How many times?

16:04:14 9       A.   **I don't know.**

16:04:15 10      Q.   Over ten?

16:04:16 11      A.   **I don't know.**

16:04:18 12      Q.   Over one?

16:04:23 13      A.   **Most likely over one, but how big the**

16:04:23 14  **bread box is, I don't know.**

16:04:25 15      Q.   Okay.  Did you test anything under the

16:04:30 16  ISO 10312 method for this case, the MDL?

16:04:36 17      A.   **Well, if you look at our report, we have**

16:04:38 18  **referenced a number of TEM methods for the counting**

16:04:43 19  **rules, including the two ISO methods, the ASTM**

16:04:46 20  **method, the AHERA method.  They all have the same**

16:04:48 21  **counting rules for the determination of a regulated**

16:04:51 22  **asbestos fiber.  The ISO methods are referred back to**

16:04:56 23  **in both the 22262-1 and -2 as the counting criteria**

16:05:01 24  **for fibers and bundles.**

16:05:03 25      Q.   Did you do an ISO 10312 ambient air test

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

197

16:05:07 1 for the purposes of this MDL?

16:05:09 2 **A.** **No.**

16:05:09 3 **Q.** And this ISO method involves collecting

16:05:14 4 air samples and testing for fibers; correct?

16:05:17 5 **A.** **Correct.**

16:05:17 6 **Q.** And you're not testing ambient air fibers

16:05:19 7 in this case, in this expert report?

16:05:22 8 **A.** **No, we're not testing ambient air. But**

16:05:25 9 **you have to understand once the asbestos gets on the**

16:05:27 10 **filter, the -- and I know it sounds silly, but the**

16:05:32 11 **asbestos fibers don't know if it came out of ambient**

16:05:34 12 **air, if it came out of a water sample, came out of a**

16:05:37 13 **dust sample, or it came out of a bulk sample like**

16:05:40 14 **cosmetic talc. What's most important is the counting**

16:05:43 15 **rules that are the same for all these different**

16:05:47 16 **methods, as in the ISO 22262-2 for the TEM analysis**

16:05:52 17 **of talc.**

16:05:53 18 **Q.** You did not conduct an exposure assessment

16:05:55 19 for this case, did you?

16:05:56 20 **A.** **I haven't conducted an exposure assessment**

16:06:01 21 **with any MDL samples.**

16:06:04 22 **Q.** You did employ ISO 22262; correct?

16:06:08 23 **A.** **Yes.**

16:06:08 24 **Q.** That does not include a formula for

16:06:12 25 reporting of data as structures per gram; correct?

198

16:06:15 1 **A.** **That's correct.**

16:06:15 2 **Q.** The --

16:06:18 3 **A.** **Well, that's not quite true. If you go to**

16:06:20 4 **the ISO TEM method that it references, it shows you**

16:06:25 5 **how to report it in fibers or bundles per gram. So**

16:06:30 6 **again, you have to look at the methodology that it**

16:06:33 7 **references.**

16:06:34 8 **Q.** Okay. So let me -- which ISO, 1, 2, 3 --

16:06:39 9 can you tell me -- are you referring to?

16:06:40 10 **A.** **It's the 137 --**

16:06:43 11 **Q.** ISO -- so it's part 1; correct?

16:06:47 12 **A.** **Well, it's in both. It's in part 1 and**

16:06:50 13 **part 2.**

16:06:50 14 **Q.** Okay. So can you point to me in part 2

16:06:54 15 where -- and that's Exhibit 3 -- where it says --

16:06:57 16 that proper reporting is done in structures per gram?

16:07:02 17 **A.** **Did you mark that as an exhibit?**

16:07:08 18 **Q.** Exhibit 3, yeah. It's going to be down

16:07:11 19 from the beginning.

16:07:13 20 **A.** **It's 1. Give me a second. I will in a**

16:07:27 21 **second. I'm sure it's in this pile.**

16:07:27 22 MR. CIRSCH: It might be there.

16:07:36 23 THE WITNESS: There it is.

16:07:40 24 **Q.** (By Mr. Chachkes) It should be Exhibit 3.

16:07:41 25 Okay.

199

16:07:44 1 **A.** **So if you go to 16 --**

16:07:51 2 MR. CIRSCH: You're calling it Exhibit 3,

16:07:53 3 but it says on here Exhibit 5. I just want to

16:07:56 4 make sure that --

16:07:57 5 MR. CHACHKES: So Exhibit 3 should be

16:08:01 6 ISO-2?

16:08:02 7 MR. CIRSCH: It's got Exhibit 5 on it.

16:08:03 8 **Q.** (By Mr. Chachkes) I'm sorry, I'm reading

16:08:05 9 my number wrong -- strike that. My 3 looked like --

16:08:08 10 totally my fault.

16:08:10 11 All right. Before you is Exhibit 5, which

16:08:14 12 is part 2 of the ISO 22262 standard. Can you point

16:08:17 13 to me where it requires reporting in structures per

16:08:17 14 gram?

16:08:24 15 **A.** **If you go to 16.3, last paragraph before**

16:08:33 16 **you get to 17, it says, If it is required to include**

16:08:37 17 **all fiber sizes in the measurement, determination of**

16:08:40 18 **mass fraction by TEM using 14.2.4 is the optimum**

16:08:46 19 **analytical procedure.**

16:08:47 20 **If you go to 14.2.4 -- 14.2.4.4,**

16:09:12 21 **Preparation of specimens for SEM or TEM observation,**

16:09:17 22 **then it references back to the ISO 13794.**

16:09:22 23 **Q.** Okay. So you -- it's your understanding

16:09:25 24 that the ISO 22262 -- so first of all, the ISO 22262

16:09:31 25 -2, putting aside cross-references, itself doesn't

200

16:09:36 1 have a formula for reporting data as structures per

16:09:39 2 gram; correct?

16:09:40 3 **A.** **That is correct.**

16:09:41 4 **Q.** Okay.

16:09:41 5 **A.** **And it doesn't have the formula for**

16:09:43 6 **calculating weight percent. It points you back to**

16:09:48 7 **the ISO TEM protocols.**

16:09:51 8 **Q.** And then the reference to 14.2.4,

16:09:55 9 that section is entitled, Determination of asbestos

16:10:00 10 weight mass fraction from fiber measurement made by

16:10:03 11 PLM, SEM, or TEM.

16:10:04 12 That's the title; right?

16:10:06 13 **A.** **Correct.**

16:10:06 14 **Q.** Okay. I just want to do a little walk

16:10:11 15 through one of the calculations you made so I can

16:10:13 16 figure it out.

16:10:14 17 Can I have the exhibits? Mark this as

16:10:17 18 Exhibit 19.

16:10:17 19 (Defendants' Exhibit 19 was marked for

16:10:17 20 identification.)

16:10:48 21 **Q.** (By Mr. Chachkes) Okay. Can you tell me

16:10:51 22 just on a high level what this spreadsheet,

16:10:52 23 Exhibit 19, is meant to represent?

16:10:53 24 **A.** **This represents the weight of the sample**

16:10:54 25 **that was used, it represents the weight of the sample**

**201**

16:10:59 1 analyzed per grid opening, it tells you what the
16:11:04 2 filter size was, it tells you how many regulated
16:11:06 3 asbestos structures, and then it gives you the
16:11:08 4 calculation of how many asbestos structures per gram,
16:11:15 5 which if you're doing weight percent, you have to do
16:11:18 6 all the same -- get all the same information, but
16:11:22 7 instead of stopping at the number of structures per
16:11:26 8 gram, then you go through the calculation to
16:11:29 9 determine the weight of each of the structures and
16:11:33 10 then calculate a mass weight percent.
16:11:35 11 Q.   Okay.  So in Exhibit 19, I guess, on the
16:11:40 12 upper left I see a .03135.  That's the initial weight
16:11:46 13 prior to concentration method, or is that after
16:11:51 14 concentration?
16:11:52 15 A.   That is the weight prior to the
16:11:54 16 concentration method.
16:11:55 17 Q.   Okay.  So that's basically the
16:12:00 18 unconcentrated weight that you are trying to
16:12:02 19 determine how many structures are in there?
16:12:05 20 A.   Correct.
16:12:07 21 Q.   And you use a Sartorius scale; right?
16:12:14 22 A.   That's correct.
16:12:14 23 Q.   Does it have that many significant digits?
16:12:16 24 A.   It does.
16:12:17 25 Q.   Okay.  Does it have more than that, or is

**202**

16:12:19 1 that it?
16:12:20 2 A.   Let's see.  One, two, three, four, five.
16:12:24 3 I think it has six.
16:12:26 4 Q.   Okay.  But you only report five
16:12:29 5 significant digits; correct?
16:12:31 6 A.   Correct.
16:12:31 7 Q.   And then your analysts conduct heavy
16:12:38 8 liquid density separation; right?
16:12:40 9 A.   Correct.
16:12:40 10 Q.   After separation you have basically an
16:12:42 11 amphibole sludge and with much of the talc removed?
16:12:48 12 A.   Correct.
16:12:48 13 Q.   And what is the percentage of talc from
16:12:53 14 amphibole separation your analysts achieve in this
16:12:56 15 analysis?
16:12:57 16 A.   We haven't measured that.
16:12:58 17 Q.   Do you have the data and just didn't put
16:13:04 18 it on the sheet, or you just -- you don't even have
16:13:05 19 the data?
16:13:05 20 A.   We don't measure the amount that we
16:13:07 21 removed.
16:13:08 22 Q.   Okay.  Is there a way to calculate it?
16:13:12 23 MR. CIRSCH:  Object to form.
16:13:13 24 THE WITNESS:  Not without making the
16:13:15 25 measurement, no.

**203**

16:13:15 1 Q.   (By Mr. Chachkes)  If you're analyzing two
16:13:17 2 samples and sample A contains more amphiboles than
16:13:21 3 sample B, would you expect that following the
16:13:25 4 concentration there would be more products separated
16:13:27 5 out from A than B?
16:13:29 6 A.   I don't know if you can measure that.  If
16:13:32 7 it contains more amphibole fibers in the final
16:13:37 8 supernate, then you would have more fibers that you
16:13:41 9 counted.
16:13:42 10 Q.   And by supernate, that's kind of a synonym
16:13:47 11 for amphibole sludge --
16:13:49 12 A.   Well, it's the pellet.  Whatever has gone
16:13:52 13 down to the bottom of the centrifuge tube, any
16:13:56 14 potential amphiboles, some talc particles, you always
16:14:00 15 see talc particles, so it's not 100 percent
16:14:03 16 efficient.
16:14:03 17 Q.   The supernate's the solids that are left
16:14:06 18 over after the concentration?
16:14:07 19 A.   Correct.
16:14:08 20 Q.   So you can't say that if one sample has
16:14:10 21 more amphiboles than another that there will be more
16:14:13 22 supernate in the former than the latter?
16:14:17 23 A.   You would expect -- if it has more in
16:14:19 24 there you would expect more, but it's pretty tough to
16:14:22 25 make that determination before you measure it.

**204**

16:14:24 1 Q.   Yeah, I'm not asking you for a
16:14:26 2 calculation.  I'm just saying just seems like common
16:14:29 3 sense if you've got more to concentrate out, you'll
16:14:33 4 get more concentrate.
16:14:34 5 MR. CIRSCH:  Object to form.
16:14:35 6 THE WITNESS:  All things being equal,
16:14:37 7 that's correct.
16:14:38 8 Q.   (By Mr. Chachkes)  Okay.  After separation
16:14:38 9 you did not weigh the centrifuge that remained -- you
16:14:42 10 did not weigh the supernate that remained after
16:14:48 11 desiccation; correct?
16:14:49 12 A.   That's correct.
16:14:50 13 Q.   And I see a number, weight of sample
16:14:56 14 analyzed; do you see that there?
16:14:58 15 A.   Correct.
16:14:58 16 Q.   That's more significant digits than in the
16:15:02 17 initial weight; correct?
16:15:06 18 A.   That's correct.  You take the amount that
16:15:07 19 has theoretically gone down onto the filter, what you
16:15:12 20 start with, so that if you have 31.35, then you
16:15:18 21 calculate what's on the overall filter, and then you
16:15:20 22 calculate how many grid openings you look at, then
16:15:23 23 it's just the math.
16:15:24 24 Q.   Yeah, now my question is just about
16:15:25 25 significant digits.  You understand why significant

205

16:15:28 1 digits are important; right?

16:15:29 2 **A.   Yeah, but that's a mathematical**

16:15:33 3 **determination of significant digits.**

16:15:34 4 Q.   Right.  Significant digits are important

16:15:37 5 because if I have a number with three significant

16:15:40 6 digits multiplied times a number with four

16:15:45 7 significant digits, the result should be reflecting

16:15:51 8 the least number of significant digits that went into

16:15:53 9 the equation; correct?

16:15:55 10 MR. CIRSCH:  Object to form.

16:15:56 11 THE WITNESS:  You can do it that way if

16:15:57 12 you like, or you can put it out to the

16:15:59 13 significant digits and then round it.

16:16:01 14 Q.   (By Mr. Chachkes)  Okay.  Shouldn't you

16:16:04 15 have rounded the weight of the sample analyzed

16:16:06 16 because you've got more significant digits -- you've

16:16:08 17 got more digits than there are significant digits?

16:16:10 18 **A.   No.  It's a mathematical -- it's a**

16:16:13 19 **mathematical equation or just simply dividing it on**

16:16:18 20 **how much of the original sample would cover the**

16:16:21 21 **filter.**

16:16:22 22 Q.   Okay.  You've got a -- I'm going to phrase

16:16:25 23 this a different way.

16:16:26 24 You've got a greater precision in your

16:16:29 25 weight of sample analyzed than you do with the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

206

16:16:31 1 precision of the numbers that went into it?

16:16:35 2 MR. CIRSCH:  Object to form.

16:16:36 3 THE WITNESS:  I don't think it's any more

16:16:38 4 precision.  It's taking the weight and dividing

16:16:40 5 it onto the filter, and then from the filter

16:16:43 6 you're looking at a number of area by 100 grid

16:16:45 7 openings, so you're calculating what the weight

16:16:48 8 would be if you put the whole -- to go back to

16:16:52 9 the sample to determine the amount of fibers.

16:16:55 10 That's just the way it's done.

16:16:56 11 Q.   (By Mr. Chachkes)  Does your Sartorius

16:16:59 12 scale have the capability of measuring a sample down

16:17:01 13 to .00017187 grams?

16:17:05 14 **A.   Not the Sartorius, but we do have a**

16:17:08 15 **microbalance, but that's not how this is done.**

16:17:11 16 Q.   So the -- this is just a yes or no.  The

16:17:18 17 weight of sample analyzed is a number that is a

16:17:24 18 calculation; right?

16:17:26 19 MR. CIRSCH:  Object to form.

16:17:26 20 THE WITNESS:  Yes.

16:17:28 21 Q.   (By Mr. Chachkes)  Okay.  And the

16:17:29 22 structures per gram of sample, that's also a number

16:17:31 23 that's calculated; right?

16:17:34 24 **A.   That's correct.**

16:17:34 25 Q.   And what's the equation to get me the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

207

16:17:42 1 weight of sample analyzed?

16:17:44 2 **A.   Well, you go back to the individual**

16:17:46 3 **structures and you multiply the length by the width**

16:17:52 4 **squared times the density of the particular type of**

16:17:56 5 **amphibole times pi.  And then all those are added up,**

16:17:59 6 **and then you then go from the adding that up to what**

16:18:03 7 **the overall weight would be on the filter.**

16:18:05 8 Q.   Okay.  And the weight of sample analyzed

16:18:10 9 is for one grid opening, ten grid openings, 100 grid

16:18:10 10 openings?  What is it?

16:18:17 11 **A.   That's, as I believe, that's one grid**

16:18:19 12 **opening.**

16:18:19 13 Q.   Okay.  So if you wanted to extrapolate,

16:18:25 14 putting aside --

16:18:26 15 **A.   I may be wrong on that.  I have to check**

16:18:29 16 **that.  I think it's all 100.**

16:18:30 17 Q.   Okay, if that's all 100.  Now, that's what

16:18:35 18 percentage of the total supernate?

16:18:38 19 **A.   We haven't measured the total supernate.**

16:18:41 20 **We measure what we start with because the**

16:18:43 21 **calculations go back to what you start with.  We**

16:18:46 22 **don't measure the supernate.**

16:18:48 23 Q.   What percentage of what you started with

16:18:50 24 is it?

16:18:51 25 **A.   We started with 31 milligrams, and that is**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

208

16:19:03 1 0.17.  Well, we started with 0.3135 grams, and that

16:19:10 2 is .00017187 grams.  So just divide the two.

16:19:15 3 Q.   So is there any need to extrapolate here,

16:19:22 4 or is 100 percent of the supernate being looked at?

16:19:26 5 **A.   You're putting 100 percent of the**

16:19:31 6 **supernate down onto the filter.**

16:19:32 7 Q.   And that's 100 grid openings?

16:19:34 8 **A.   Well, the filter is 201 millimeters**

16:19:38 9 **squared.  That's the filter where the material is put**

16:19:41 10 **through the filter to collect it.**

16:19:43 11 **And then you're looking at 100 grid**

16:19:45 12 **openings.  So 100 grid openings is 1.1 millimeter.**

16:19:50 13 **So 1.1 millimeter of the 201 millimeters will now**

16:19:54 14 **give you the percentage of what you're looking at on**

16:19:56 15 **that filter.**

16:19:57 16 Q.   Why are you calculating that percentage?

16:20:02 17 Isn't 100 percent of what comes through the filter in

16:20:05 18 the grid openings -- in the 100 grid openings?

16:20:07 19 MR. CIRSCH:  Object to form.

16:20:08 20 THE WITNESS:  No.

16:20:08 21 Q.   (By Mr. Chachkes)  Okay.

16:20:09 22 **A.   Can I draw on something?**

16:20:11 23 Q.   Yeah.

16:20:13 24 **A.   The filter is much bigger than 100 grid**

16:20:15 25 **openings.**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

209

| | |
|---|---|
| 16:20:16 | 1 |
| 16:20:18 | 2 |
| 16:20:22 | 3 |
| 16:20:22 | 4 |

Q.    Let me just -- here --

MR. CIRSCH:  Here you go.

MR. CHACHKES:  That would be great.  Thank you.

THE WITNESS:  So if you have a filter that's this big -- that's not bad -- and then your grids are 3 millimeters.  So -- shall I make a happy face here?

Q.    (By Mr. Chachkes)  Please don't.

A.    So each one of these grid openings -- and I'm blowing it up.

So you're taking 7 millimeter plugs and then each grid opening has 100 grids that are 100 by 100 microns, typically.  So the material is going on this whole filter, and then you're just taking sections of the filter out for your TEM grids.

MR. CHACHKES:  I see.

So can we just mark this as an exhibit, Exhibit 20, please.

(Defendants' Exhibit 20 was marked for identification.)

THE WITNESS:  I didn't know you were going to mark it.

Q.    (By Mr. Chachkes)  You did know I was going to mark it.

210

A.    That's true.

Q.    So what you've drawn in Exhibit 20 -- so I just want to get my vocabulary correct -- that the filter size is the big white circle in which you've got the three dots, that's the -- thank you for marking that.

A.    Filter, which is 201 millimeters squared.

Q.    Got it.

A.    And that's the filtration area so you're always -- because it's in a device that holds it, it's not the whole size of the filter, but it's actually the area where filtrate is going down through it.

Q.    Right.  Okay.

MR. CIRSCH:  You're pulling those numbers from Exhibit 19; correct?

THE WITNESS:  Yes.  It's the same size for every one.

MR. CHACHKES:  And if you would not comment.

Q.    (By Mr. Chachkes)  And the black dots that you have there, those are the grid openings?

A.    Those are the grids.

Q.    Okay.

A.    So a grid -- and this has been blown up --

211

is approximately 3 millimeters in diameter.  Now, on this grid are openings.

Q.    Okay.

A.    And each one of these openings looks like this, and they are 100 micrometers in width in two directions.  So when you look at a grid opening, you're looking in this area.

Q.    Okay.  And I apologize for repeating it a little bit, but the -- just want to make sure the transcript's clear to correspond with the picture.

You've got drawn, it looks like a circle with three black dots, that's the filter, and in the filter there are -- those black dots are grids; correct?  So far correct?

A.    So far correct.

Q.    Okay.  And how many grids -- I know your picture only has three, but how many grids are actually in your filter in the lab?

A.    We make three grids.

Q.    Oh, so there are three grids?

A.    Correct.

Q.    And then you've drawn a couple arrows to emphasize what the grid is, and the grid has got basically a bunch of grid openings and that's 100 grid openings?

212

A.    Correct.

Q.    Okay.  And each grid opening is, you said, 10 micrometers?

A.    100 micrometers.

Q.    100 micrometers.  Got it.

A.    100 micrometers, essentially a square, 100 micrometers for each XY dimension.

Q.    Okay.  And when you extrapolate filters -- if the fibers you find in the filters back to the original weight of the sample, can you just walk me through that in conceptual terms?

A.    In conceptual terms, you know the area you've analyzed by the grid openings.  You know the area of your filter, and you take the -- you determine the ratio of the amount of material on the filter and then go to the amount of material that would be on each grid opening, and then you take the number of fibers you have and then you back-calculate.

So if I have three fibers in a known amount, and that amount is some percentage of the overall amount that I know that in the overall amount on the filter, this is how many fibers and bundles would be there because you have to assume a homogenous distribution on the filter.

213

16:24:58   1      Q.     And do you look at the -- for your fiber
16:25:05   2   count, do you look at each of the three grids?
16:25:08   3      A.     We keep one for archive; we look at two
16:25:11   4   grids and 50 openings on each grid.
16:25:13   5      Q.     Okay.  And why only 50 openings on each
16:25:18   6   grid?
16:25:18   7      A.     Well, typically the standard protocols,
16:25:23   8   the peer-reviewed protocols, usually state two grid
16:25:28   9   openings -- two grids, and so we put 50 on one and 50
16:25:33  10   on the other.
16:25:34  11      Q.     Why not 100 on one and 100 on the other?
16:25:37  12      A.     Well, that would take twice as much time.
16:25:40  13   And you could do that, or you could look at 300.  It
16:25:45  14   doesn't change anything other than reduce your --
16:25:48  15   increase your analytical sensitivity.
16:25:50  16      Q.     Okay.  Does the ISO 22262-2 lay out this
16:26:00  17   math for extrapolating from looking at a grid?
16:26:05  18      A.     No.  It referenced the protocols.  All TEM
16:26:11  19   analyses -- air sample, water sample, bulk sample --
16:26:15  20   is done in this manner.  All analytical chemistry is
16:26:19  21   done in this manner.
16:26:20  22             If you take a gallon of water out of Lake
16:26:24  23   Michigan and you want to determine the amount of lead
16:26:26  24   in there, for example, hypothetical, you don't
16:26:28  25   measure the whole gallon, you measure, typically, a

214

16:26:32   1   couple of milliliters of the material and then you
16:26:34   2   extrapolate back on the overall concentration that
16:26:37   3   would be there.
16:26:38   4             The ISO TEM air sample method is the same
16:26:40   5   way.  You're analyzing it and you find 4 or 5 fibers
16:26:46   6   in the grid opening, you're extrapolating back to
16:26:49   7   what is in the air samples.
16:26:51   8      Q.     Okay.  Now, when you said the
16:26:57   9   peer-reviewed literature suggests looking at two of
16:27:00  10   the grids, can you give me an example of some such
16:27:05  11   literature?
16:27:05  12      A.     Well, there's lots of peer-reviewed
16:27:07  13   literature that used the standard protocols.  If you
16:27:09  14   look at the AHERA, you look at ISO, you look at the
16:27:12  15   NIOSH 7402, you look at the PCM, anything that has to
16:27:18  16   do with TEM, you have two grid openings.  The 7402
16:27:23  17   says 40 openings among two grids.
16:27:28  18             If you have a high number of fibers, then
16:27:31  19   you may stop on your second opening on one grid and
16:27:34  20   then go to the second grid.  So the protocols
16:27:38  21   themselves state that.
16:27:39  22      Q.     Okay.  Your analysts employed ISO 22262-2
16:27:44  23   to test for asbestos by TEM; is that correct?
16:27:46  24      A.     Yes.
16:27:47  25      Q.     And they use TEM to identify the particles

215

16:27:55   1   morphologically as asbestos; is that correct?
16:27:58   2      MR. CIRSCH:  Object to form.
16:27:59   3      THE WITNESS:  They use TEM to identify
16:28:01   4   regulated asbestos using morphology, EDXA and
16:28:08   5   SAED.
16:28:09   6      Q.     (By Mr. Chachkes)  Okay.  So is there a
16:28:10   7   phrase that I can use that's not confusing to refer
16:28:12   8   to the visual aspect of TEM that's not, you know,
16:28:16   9   SAED or the other more different techniques?
16:28:19  10      A.     Well, if you say all the counting rules
16:28:21  11   for all the standard TEM methods that is not the
16:28:26  12   occupational exposure counting rules, they will all
16:28:30  13   state the same thing.
16:28:31  14      Q.     No, I'm looking for a -- I want to
16:28:33  15   make sure we're speaking a common language, the
16:28:36  16   visual --
16:28:37  17      A.     How about just counting rules?
16:28:38  18      Q.     Well, we disagree as to what the counting
16:28:40  19   rules require.
16:28:41  20             So if I say the visual aspect of TEM as
16:28:46  21   opposed to the SAED and -- what do you call it when
16:28:52  22   you take a picture with the TEM?
16:28:57  23      MR. CIRSCH:  Object to form.
16:29:00  24      THE WITNESS:  Photomicrograph.
16:29:01  25      Q.     (By Mr. Chachkes)  Okay.  So they use

216

16:29:02   1   photomicrographs to determine -- from the TEM to
16:29:05   2   determine morphology?
16:29:06   3      A.     No.  They use the counting rules to
16:29:08   4   determine morphology, that it has parallel sides,
16:29:12   5   it's greater than .5 micrometers in length, it has at
16:29:15   6   least a 5-to-1 aspect ratio, and the chemistry in
16:29:20   7   SAED determines it to be a regulated asbestos, then
16:29:23   8   it's a regulated asbestos fiber.
16:29:25   9      Q.     I didn't ask what you look at to determine
16:29:28  10   whether it's asbestos or not.
16:29:29  11             What do you -- what physically are you
16:29:33  12   looking at to determine morphology?  It's the
16:29:35  13   photomicrograph; right?
16:29:37  14      MR. CIRSCH:  Object to form.
16:29:37  15      THE WITNESS:  No.  We're visually looking
16:29:40  16   through the microscope.  And I'll use an
16:29:42  17   example.  I'm looking at a magnification of
16:29:46  18   approximately 20,000 times, and in my field of
16:29:49  19   view a structure looking like this pen shows up.
16:29:55  20             The first thing I do is look at it and say
16:29:57  21   does it have parallel sides?  The answer is yes.
16:30:00  22   We have calibration standards and go is it
16:30:03  23   greater than .5 micrometers in length?  Yes.
16:30:08  24   Does it have an aspect ratio of greater than
16:30:11  25   5-to-1?  I can visually see that, but we take a

217

| | |
|---|---|
| 16:30:14 | 1 photomicrograph -- it's close -- to make sure. |
| 16:30:16 | 2   Q.   (By Mr. Chachkes)  So you use visual |
| 16:30:18 | 3 inspection through the TEM to determine morphology? |
| 16:30:22 | 4   MR. CIRSCH:  Object to form. |
| 16:30:23 | 5   THE WITNESS:  With the counting rules, |
| 16:30:26 | 6 that is correct. |
| 16:30:27 | 7   Q.   (By Mr. Chachkes)  Okay.  Well, it doesn't |
| 16:30:29 | 8 matter what the counting rules are.  If you want to |
| 16:30:32 | 9 look at -- if you want to just see the morphology, |
| 16:30:34 | 10 you use visual inspection? |
| 16:30:36 | 11   MR. CIRSCH:  Object to form. |
| 16:30:36 | 12   THE WITNESS:  The first thing we do is |
| 16:30:38 | 13 look at it and if it has parallel sides and does |
| 16:30:42 | 14 it meet the counting rules where this is an |
| 16:30:47 | 15 elongated particle, that deserves further |
| 16:30:51 | 16 examination. |
| 16:30:51 | 17   Q.   (By Mr. Chachkes)  Can you tell me where |
| 16:30:53 | 18 in ISO 22262 it provides -- directs you to look at |
| 16:31:01 | 19 morphology under TEM? |
| 16:31:01 | 20   **A.   I did.  I gave you the ISO standard for** |
| 16:31:06 | 21 **TEM and indirect prep, and in order to determine what** |
| 16:31:11 | 22 **your weight percent is, you have to determine if it** |
| 16:31:14 | 23 **is parallel sides, greater than .5 micrometers in** |
| 16:31:17 | 24 **length, and so on and so forth.** |
| 16:31:19 | 25   **Not all methods replicate previous** |

218

| | |
|---|---|
| 16:31:22 | 1 **methods.  ISO 22262-2 does not put the entire** |
| 16:31:28 | 2 **counting protocol in there.  It directs you to the** |
| 16:31:30 | 3 **TEM method where you have all these methodology to do** |
| 16:31:36 | 4 **that.** |
| 16:31:36 | 5   Q.   Okay.  So it's not, per se, in 22262, but |
| 16:31:40 | 6 you're saying there's a reference to another ISO |
| 16:31:44 | 7 standard which you say requires visual inspection |
| 16:31:49 | 8 under TEM to determine morphology? |
| 16:31:52 | 9   MR. CIRSCH:  Object to form. |
| 16:31:53 | 10   THE WITNESS:  Well, per se it doesn't |
| 16:31:55 | 11 replicate the entire procedure.  That's how |
| 16:31:57 | 12 these standards work. |
| 16:31:59 | 13   Once it has a document, in this case, |
| 16:32:03 | 14 another ISO document that lays out all the |
| 16:32:06 | 15 procedures and practices for how to identify |
| 16:32:09 | 16 regulated asbestos, it just goes back to that. |
| 16:32:13 | 17   Q.   (By Mr. Chachkes)  So -- |
| 16:32:14 | 18   **A.   ASTM is the same way, and the definition** |
| 16:32:17 | 19 **of asbestos fibers in ASTM has another document that** |
| 16:32:20 | 20 **tells you all the different definitions.  One builds** |
| 16:32:25 | 21 **on the other.** |
| 16:32:26 | 22   Q.   Okay.  Just looking at 22262, there is a |
| 16:32:28 | 23 section in there under part 1 that is labeled |
| 16:32:33 | 24 Morphology; right? |
| 16:32:47 | 25   Exhibit 4 is the one that's part 1? |

219

| | |
|---|---|
| 16:32:51 | 1   A.   Oh, part 1, I'm sorry. |
| 16:32:51 | 2   Q.   Yeah.  I'll just direct your attention to |
| 16:33:05 | 3 7.2. -- on page 22. |
| 16:33:22 | 4   So there's a section on page 22 which has |
| 16:33:26 | 5 the heading Morphology; correct? |
| 16:33:28 | 6   **A.   That is correct.  7.2.3.7.1.  I'm** |
| 16:33:32 | 7 **surprised you didn't know that.** |
| 16:33:34 | 8   Q.   I did, actually. |
| 16:33:36 | 9   And the only heading, as far as you know, |
| 16:33:41 | 10 in the ISO 22262 parts that actually says morphology |
| 16:33:47 | 11 is this one?  Or do you not know?  I don't want to |
| 16:33:51 | 12 spend all day on that one. |
| 16:33:52 | 13   MR. CIRSCH:  Form. |
| 16:33:53 | 14   THE WITNESS:  Well, this is a PLM |
| 16:33:54 | 15 analysis.  This is not TEM analysis.  And ISO |
| 16:33:56 | 16 has their PLM analysis setup, and these are the |
| 16:34:01 | 17 counting rules of what you do when you're |
| 16:34:03 | 18 analyzing under a polarized light microscope |
| 16:34:05 | 19 versus a transmission electron microscope. |
| 16:34:07 | 20   Q.   (By Mr. Chachkes)  Did you use PLM to |
| 16:34:12 | 21 identify the morphology of the fibers you found in |
| 16:34:15 | 22 the MDL? |
| 16:34:16 | 23   MR. CIRSCH:  Object to form. |
| 16:34:19 | 24   THE WITNESS:  Well, that's worded -- and I |
| 16:34:20 | 25 apologize.  That's worded poorly. |

220

| | |
|---|---|
| 16:34:22 | 1   For our ISO 22262-1 PLM analysis, yes.  We |
| 16:34:28 | 2 went through, and each of these regulated |
| 16:34:32 | 3 asbestos fibers that we have in there in |
| 16:34:34 | 4 pictures follow this morphology. |
| 16:34:37 | 5   Q.   (By Mr. Chachkes)  Okay.  In your reports |
| 16:34:43 | 6 you write on page 12, Amphibole fibers or bundles |
| 16:34:49 | 7 with substantially parallel sides and an aspect ratio |
| 16:34:53 | 8 of 5-to-1 or greater and at least half a micrometer |
| 16:34:56 | 9 in length were counted as regulated asbestos fibers |
| 16:35:00 | 10 and bundles per the standard TEM counting rules |
| 16:35:03 | 11 described by -- and then you cite six methods.  Are |
| 16:35:07 | 12 you with me so far? |
| 16:35:08 | 13   **A.   I am.** |
| 16:35:08 | 14   Q.   Which is the method you actually use? |
| 16:35:12 | 15   **A.   Well, can't really point to any one method** |
| 16:35:15 | 16 **because they all have the same counting rules.** |
| 16:35:17 | 17   Q.   Okay. |
| 16:35:27 | 18   **A.   What page was that?** |
| 16:35:27 | 19   Q.   I was just talking about page 12 of your |
| 16:35:31 | 20 January 15. |
| 16:35:32 | 21   **A.   I think it states that.** |
| 16:35:35 | 22   **This is for, again, TEM.  And every one of** |
| 16:35:45 | 23 **those TEM methods have those counting rules, so I** |
| 16:35:48 | 24 **referenced them all.** |
| 16:35:50 | 25   MR. CHACHKES:  So I'm going to mark as the |

221

16:35:51 1    next exhibit ISO 13794. We are on Exhibit 21.

16:36:02 2        (Defendants' Exhibit 21 was marked for

16:36:25 3    identification.)

16:36:25 4    Q.    (By Mr. Chachkes) So we spoke a little

16:36:26 5    bit before about what's been marked as Exhibit 21;

16:36:31 6    right?

16:36:31 7    A.    Yes, sir, we have.

16:36:32 8    Q.    Okay. And going to the seventh page in

16:36:41 9    section 1, Scope. Section -- we're here.

16:36:55 10   A.    What page? 7? Did you say 7?

16:36:59 11   Q.    Actually, strike that.

16:37:00 12       I'm sorry. So it was the seventh page of

16:37:05 13   the PDF, so let's strike that and start again.

16:37:09 14       Going to what's numbered in the exhibit as

16:37:11 15   page 1, going to the heading 1, this is Scope; right?

16:37:17 16   It's the scope of the ISO standard?

16:37:19 17   A.    Correct.

16:37:20 18   Q.    Okay. Subsection 1.1, which is substance

16:37:24 19   determined; do you see that?

16:37:25 20   A.    I do.

16:37:26 21   Q.    And then you see at the last sentence, The

16:37:30 22   method cannot discriminate between individual fibers

16:37:33 23   of asbestos and nonasbestos analogs of the same

16:37:35 24   amphibole mineral.

16:37:36 25       Do you see that?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

222

16:37:37 1    A.    I do.

16:37:37 2    Q.    Do you agree with ISO 13794 that this

16:37:43 3    method cannot discriminate between individual fibers

16:37:46 4    of the asbestos and nonasbestos analogs of the same

16:37:50 5    amphibole material?

16:37:50 6    A.    Yes and no. If you're analyzing samples

16:37:56 7    over and over from the same source and you're seeing

16:38:01 8    both what people will clearly say is asbestiform

16:38:08 9    bundles and you have some individual fibers in there,

16:38:11 10   in my opinion you can discriminate against that.

16:38:12 11       If I was looking at one fiber and I didn't

16:38:15 12   have any information about it and hadn't analyzed

16:38:18 13   sample after sample, I would say that one fiber, it's

16:38:24 14   asbestos, it's asbestiform because it's formed like

16:38:28 15   asbestos, but, no, it does not meet the geological

16:38:31 16   definition for asbestos, high tensile strength,

16:38:36 17   flexible, and so on and so forth.

16:38:39 18       But to me, asbestiform means that it is

16:38:42 19   fibrous like asbestos; I would call it asbestiform.

16:38:45 20   Q.    So it's your understanding when -- in this

16:38:49 21   exhibit, in this ISO standard, when it says it can't

16:38:52 22   discriminate between asbestos and nonasbestos

16:38:54 23   analogs, it's referring to geological definitions and

16:39:00 24   not regulatory definitions; is that your testimony?

16:39:02 25   MR. CIRSCH: Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

223

16:39:03 1    THE WITNESS: Well, it is regulatory. If

16:39:05 2    it -- even though it cannot discriminate, you

16:39:07 3    have to count it, and it is a regulated asbestos

16:39:10 4    fiber if you decide it's asbestiform or not. It

16:39:14 5    does not allow you to discriminate between the

16:39:16 6    two as long as it meets the counting rules. It

16:39:18 7    is regulated.

16:39:18 8    Q.    (By Mr. Chachkes) Okay.

16:39:19 9    A.    Now, we can argue over back and forth if

16:39:21 10   it is asbestiform or not. But make no mistake, it is

16:39:24 11   a regulated asbestos fiber if it meets the counting

16:39:27 12   rules.

16:39:28 13   Q.    Okay. So you're saying that something can

16:39:31 14   meet the counting rules, be regulated, but it might

16:39:34 15   be the non -- you might be counting nonasbestos

16:39:37 16   analogs?

16:39:38 17   MR. CIRSCH: Object to form.

16:39:39 18   THE WITNESS: It's not nonasbestos.

16:39:42 19   It's --

16:39:42 20   Q.    (By Mr. Chachkes) I'm using the phrase

16:39:44 21   in --

16:39:44 22   A.    It is not nonasbestos. If it meets all

16:39:46 23   the counting rules, it's a regulated asbestos fiber.

16:39:49 24   That's my position on that.

16:39:50 25   Q.    Okay. In this last sentence of 1.1, it

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

224

16:39:55 1    makes a distinction between asbestos and nonasbestos

16:39:57 2    analogs; do you see that?

16:39:58 3    A.    I see that.

16:39:59 4    Q.    That's black and white; right?

16:40:00 5    MR. CIRSCH: Object.

16:40:01 6    THE WITNESS: That's what it states.

16:40:02 7    Q.    (By Mr. Chachkes) Okay. So tell me what

16:40:06 8    asbestos versus nonasbestos analogs mean in

16:40:09 9    ISO 13794.

16:40:09 10   MR. CIRSCH: Object to form.

16:40:10 11   THE WITNESS: They don't really define it

16:40:13 12   other than to say it may not.

16:40:13 13   In my opinion, if it is fibrous,

16:40:16 14   asbestiform, fibrous like asbestos-form, it is

16:40:20 15   asbestiform.

16:40:21 16   Q.    (By Mr. Chachkes) Yeah, but what I want

16:40:23 17   is can you make any -- reading -- looking at that

16:40:27 18   sentence, there's a clear distinction between

16:40:30 19   asbestos and nonasbestos analogs. What's the

16:40:32 20   difference?

16:40:33 21   It doesn't matter what you think. What is

16:40:40 22   the ISO -- what distinction are they making? Or you

16:40:37 23   just can't say?

16:40:38 24   MR. CIRSCH: Object to form.

16:40:38 25   THE WITNESS: It's not that they don't

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

225

16:40:40 1 say. They don't tell you how to determine
16:40:41 2 between, quote, this nonasbestos -- this
16:40:44 3 nonasbestiform versus asbestiform. There is no
16:40:50 4 method for doing that.
16:40:52 5 Q. (By Mr. Chachkes) Okay. Is it your
16:40:53 6 opinion because they don't give a definition of the
16:40:56 7 distinction, they really didn't mean that
16:40:59 8 distinction?
16:40:59 9 A. I can't say what the --
16:41:01 10 MR. CIRSCH: Object to form.
16:41:02 11 THE WITNESS: -- what Eric Chatfield had
16:41:05 12 in mind when he said that.
16:41:05 13 Q. (By Mr. Chachkes) Okay.
16:41:07 14 But in the protocol, what I look at as a
16:41:09 15 scientist, and we look at these protocols, what does
16:41:13 16 it say to make the determination between the two? It
16:41:17 17 doesn't give you any information. Same thing with
16:41:19 18 the whole asbestiform, high tensile strength,
16:41:23 19 et cetera.
16:41:24 20 But we have the ability now, we have
16:41:26 21 analyzed so many samples and have analyzed so many
16:41:30 22 regulated asbestos fibers and bundles that we have
16:41:34 23 enough information if that is really at issue that
16:41:37 24 these are all asbestiform.
16:41:40 25 But no matter if you want to argue that

226

16:41:42 1 it's not, it is, for single fibers, it's all
16:41:45 2 regulated asbestos fibers per these protocols.
16:41:47 3 Q. Yeah, you've already said that a number of
16:41:49 4 times, and I'm not going to take issue with your
16:41:51 5 opinion in that regard.
16:41:52 6 What I want to know is the phrase
16:41:56 7 nonasbestos analog appears in ISO 13794. What does
16:42:00 8 it mean? And if you have no idea, that's fine.
16:42:03 9 MR. CIRSCH: Object to form.
16:42:04 10 THE WITNESS: It's not that I don't have
16:42:05 11 any idea. I have an opinion about it. And it's
16:42:08 12 not my opinion that they're regulated asbestos
16:42:10 13 or not and you count them. The protocol tells
16:42:13 14 you to count them, that this is a regulated
16:42:16 15 asbestos fiber, you will record it on a count
16:42:19 16 sheet. All these protocols do that.
16:42:21 17 It doesn't give you the information to
16:42:22 18 make the determination. Just like it doesn't
16:42:24 19 give you the information to determine if you
16:42:26 20 have high tensile strength. It does not give
16:42:30 21 you the information to make the determination
16:42:31 22 what a population is. It does not give you the
16:42:34 23 information to make a determination if it's
16:42:37 24 flexible or not.
16:42:37 25 Q. (By Mr. Chachkes) Putting aside what gets

227

16:42:39 1 counted and what doesn't get counted, what does
16:42:41 2 nonasbestos analogs in this sentence mean? What does
16:42:45 3 that phrase mean?
16:42:46 4 MR. CIRSCH: Object to form. And this is
16:42:48 5 the last time he's going to answer this
16:42:51 6 question.
16:42:51 7 THE WITNESS: I don't know what they're
16:42:52 8 saying what it means because they don't give you
16:42:54 9 any information to make that determination.
16:42:56 10 I look at just simply what does
16:42:58 11 asbestiform mean. It means formed like
16:43:01 12 asbestos.
16:43:02 13 So you may not like my opinion, but that's
16:43:04 14 my opinion.
16:43:06 15 Q. (By Mr. Chachkes) You know that under 2.6
16:43:13 16 on page 2 it says, Asbestiform is a specific type of
16:43:17 17 mineral fibrosity in which fibers and fibrils possess
16:43:21 18 high tensile strength and flexibility.
16:43:24 19 You see that; right?
16:43:25 20 A. What is it? 2.6?
16:43:27 21 Q. 2.6. Do you see that?
16:43:27 22 A. Yes, I do.
16:43:27 23 Q. Would it be reasonable to conclude
16:43:29 24 nonasbestiform is something that is an analog to
16:43:33 25 something that is asbestiform under 2.6?

228

16:43:35 1 A. No.
16:43:35 2 MR. CIRSCH: Object to form.
16:43:36 3 THE WITNESS: The protocol doesn't tell
16:43:38 4 you what any of that means. High tensile
16:43:41 5 strength. What tensile strength? How do you
16:43:45 6 measure that?
16:43:46 7 That's just a general geological
16:43:48 8 definition for somebody who may be interested in
16:43:51 9 digging asbestos out of the ground, and is it
16:43:53 10 going to be fibrous enough to be profitable?
16:43:56 11 That has no meaning in the protocol.
16:43:57 12 Otherwise, in a protocol for how to do the
16:44:00 13 analysis, how do you determine it's high tensile
16:44:03 14 strength? What does high tensile strength mean?
16:44:06 15 Is it 10,000 high, is it 2,000 high has no
16:44:11 16 bearing on the actual analysis in the protocol.
16:44:13 17 Q. (By Mr. Chachkes) Okay.
16:44:13 18 A. This is nothing more than a standard
16:44:16 19 geological definition for a high fibrous mine of
16:44:20 20 asbestos.
16:44:20 21 Q. In your opinion, is the sentence that this
16:44:24 22 method -- this ISO method can't discriminate between
16:44:28 23 individual fibers of asbestos and nonasbestiform
16:44:31 24 analogs, is it related to those definitions in 2.6,
16:44:35 25 2.7?

229

16:44:36  1      A.    No, because those definitions aren't

16:44:39  2   defined anywhere in the protocol for the analysis.

16:44:42  3      Q.    Okay.  And so when ISO uses the word

16:44:45  4   asbestos on page 1, it's not related to how ISO

16:44:49  5   defines asbestos on page 2?

16:44:52  6      MR. CIRSCH:  Object to form.

16:44:53  7      THE WITNESS:  On page 2, if you go to

16:45:02  8   page 3, they define what a fiber is.

16:45:08  9      Is it page 3 or page 4?  Give me a second.

16:45:17 10      ISO defines a fiber -- for the purpose of

16:45:20 11   this International Standard, a fiber is defined

16:45:23 12   to have an aspect ratio equal or greater than

16:45:26 13   5-to-1 and a minimum length of 5.0.

16:45:29 14      Fiber bundle, structure composed of

16:45:31 15   parallel smaller diameter fibers attached to

16:45:35 16   longer lengths.

16:45:36 17      Fibrous structure.

16:45:38 18      And then you go, okay, once I've

16:45:40 19   defined it as a fiber, in the method tells you

16:45:43 20   to -- how to identify it if it is asbestos fiber

16:45:46 21   or not.

16:45:48 22      Nothing else in there tells you anything

16:45:49 23   about how to determine tensile strength, how to

16:45:52 24   determine flexibility, how to determine the

16:45:56 25   pop -- this one doesn't say population, but some

230

16:45:59  1   do.

16:45:59  2      Q.    (By Mr. Chachnes)  It's a simple -- very

16:46:01  3   simple question.  Page 1, the word asbestos is used.

16:46:04  4   On page 2 I see a definition of asbestos.  Is it your

16:46:07  5   testimony that the two are unrelated, or are they

16:46:10  6   related?

        7      MR. CIRSCH:  Object to form.

16:46:11  8      Q.    (By Mr. Chachnes)  It's a yes or no.  Are

16:46:13  9   they related?

16:46:14 10      MR. CIRSCH:  Object to form.

16:46:14 11      THE WITNESS:  This is not a yes and no

16:46:16 12   question.  You have to take the whole protocol

16:46:18 13   into consideration to answer this question.

16:46:21 14      The whole protocol determines what is a

16:46:24 15   regulated asbestos, and then the asbestiform and

16:46:27 16   high tensile strength is just a general

16:46:30 17   definition.  That's what it means.

16:46:32 18      Q.    (By Mr. Chachnes)  Okay.  So if I want to

16:46:36 19   figure out what nonasbestos analog means in 1.1, I

16:46:41 20   could not use definitions like 2.6, 2.7, 2.8 to help

16:46:46 21   me determine that?

16:46:48 22      MR. CIRSCH:  Object to form.

16:46:49 23      THE WITNESS:  Well, those definitions tell

16:46:51 24   you what is a regulated asbestos fiber.  There

16:46:55 25   is nothing in the protocol that tells you how to

231

16:46:58  1   make the determination other than the counting

16:47:00  2   rules.

16:47:01  3      Certainly, if it doesn't have parallel

16:47:04  4   sides, if it is a piece of a chunk of rock,

16:47:08  5   yeah, that's nonasbestiform.  But when it has

16:47:10  6   the definition and meets the regulatory fiber

16:47:14  7   definition for asbestos, it is asbestos.

16:47:17  8      Q.    (By Mr. Chachnes)  Okay.  But you agree

16:47:19  9   with the sentence in -- all right.  Strike that.

16:47:36 10      You personally can distinguish between

16:47:40 11   asbestos and nonasbestos analogs with TEM; is that

16:47:44 12   correct?

16:47:44 13      MR. CIRSCH:  Object to form.

16:47:45 14      THE WITNESS:  Yes, I can.

16:47:49 15      Q.    (By Mr. Chachnes)  Using the ISO 13794

16:47:54 16   method; correct?

16:47:56 17      A.    Yes, I can.  If it doesn't meet the

16:47:57 18   counting rules, it doesn't have parallel sides, it

16:48:01 19   doesn't have the aspect ratio, I don't record that as

16:48:05 20   an asbestos -- as an asbestos -- regulated asbestos

16:48:09 21   fiber.

16:48:11 22      Outside those counting rules, there's

16:48:12 23   nothing else in there.  If it has parallel sides --

16:48:18 24   and what we're arguing is a small number of fibers.

16:48:22 25   I think in the MDL we had almost 90-something percent

232

16:48:25  1   bundles.

16:48:25  2      So then we're dealing with some single

16:48:29  3   fibers.  And because we have this -- and I'll call

16:48:34  4   it -- since a population is more than one, for these

16:48:37  5   two mine sources we're dealing with, we have a large

16:48:40  6   number of asbestiform bundles and a much smaller

16:48:44  7   number of individual fibers.

16:48:45  8      Q.    Would you agree that there are two types

16:48:47  9   of tremolite --

16:48:48 10      MR. CIRSCH:  Did you finish your answer,

16:48:49 11   Dr. Longo?

16:48:49 12      THE WITNESS:  I think so.

16:48:50 13      Q.    (By Mr. Chachnes)  Would you agree that

16:48:51 14   there's two kinds of tremolite: asbestiform and

16:48:54 15   nonasbestiform?

16:48:55 16      A.    I agree there's tremolite asbestos; and

16:48:57 17   then there's tremolite asbestos, regulated tremolite

16:49:01 18   asbestos.  Then there is what we don't count as a

16:49:04 19   regulated asbestos fiber because of various reasons.

16:49:07 20      Q.    Is there such a thing as nonasbestiform

16:49:11 21   tremolite?

16:49:12 22      A.    There is cleavage fragment type small

16:49:16 23   particulates of tremolite that we do not count.  You

16:49:18 24   can call it nonasbestiform; you can call it a

16:49:20 25   cleavage fragment.  But I would agree with that.

233

1 Anything below 5-to-1 aspect ratio we don't count.
2 And you can call it whatever you like, but it's not a
3 regulated asbestos fiber/bundle.
4    Q.   Okay.  Do you ever -- do you feel like you
5 have the ability to talk about a mineralogical --
6 what you called a mineralogical definition of
7 asbestos?  Or is that outside of your expertise?
8    A.   You mean a geological definition?
9    Q.   Or a geological.
10    A.   Sure.
11    Q.   Okay.  Geologically, what's a
12 nonasbestiform asbestos?
13    A.   Rocks.
14    Q.   That's it?  Everything that's rock is
15 nonasbestiform asbestos?
16       MR. CIRSCH:  Object to form.
17       THE WITNESS:  If it doesn't have a fibrous
18 habit, it's nonasbestos.
19    Q.   (By Mr. Chachkes)  Okay.
20    A.   Or habit -- excuse me -- not habitat.  I
21 think that's where animals live.  I apologize.
22 Strike that.
23       If the crystalline habit is not fibrous,
24 then it's not something that is mined or used as a
25 regulated -- and it's not determined to be a

234

1 regulated asbestos.
2    Q.   All right.  You remember the original
3 question was not about regulations; it was about the
4 geological definitions; right?
5       MR. CIRSCH:  Object to form.
6       THE WITNESS:  I believe I have enough
7 expertise to discuss the geological definitions,
8 to discuss this high tensile strength, to
9 discuss what the value of a mine is that has
10 very matted, very fibrous asbestos, like
11 chrysotile, versus what a ton of the same
12 asbestos where it's 7M and it's almost two
13 orders of magnitude difference.  It's about the
14 viability of a particular asbestos mine.
15    Q.   (By Mr. Chachkes)  Okay.  Tremolite alone
16 does not mean it's asbestos; would you agree with
17 that statement --
18       MS. O'DELL:  Object to form.
19    Q.   (By Mr. Chachkes)  -- saying something's
20 tremolite?
21       MS. O'DELL:  Object to form.
22       THE WITNESS:  It depends on what you're
23 talking about.  If you're talking about, say,
24 XRD 20, 30, 40 years ago, said tremolite in a
25 particular mine and over time that particular

235

1 mine has shown that the tremolite in there is
2 primarily asbestiform, then, yeah, you can take
3 all the data specifically and say, well, this
4 whole data with XRD shows that there was
5 tremolite present, but no, it doesn't -- XRD
6 does not give you fibrous.  But after a while,
7 if you analyze enough samples out of the mine
8 and you're seeing regulated asbestos fibers and
9 bundles, then more likely than not those initial
10 XRD analysis was asbestos.
11    Q.   (By Mr. Chachkes)  Without referring to
12 the -- so you understand that I can look at a tree in
13 many different ways.  I can look at it through a
14 microscope, I can look at it through a telescope, I
15 can look at it with my own eyes.  So far you're with
16 me?
17    A.   So far.
18    Q.   Okay.  Do you understand that the way I
19 look at it doesn't change the definition of whether
20 it's a tree or not; right?
21       MR. CIRSCH:  Object to form.
22    Q.   (By Mr. Chachkes)  Is that true or not?
23       MR. CIRSCH:  Object to form.
24    Q.   (By Mr. Chachkes)  I'm only asking about
25 the tree now.

236

1    A.   I don't think you would be able to tell by
2 a telescope.  But if you're looking at a tree, it's a
3 tree.
4    Q.   Right.  It doesn't matter how I'm looking
5 at it.  A tree is a tree; is that correct?
6       MS. O'DELL:  Object to form.
7       THE WITNESS:  Your tree analogy for a
8 tree, that's correct.
9    Q.   (By Mr. Chachkes)  Okay.  So are you
10 saying it's different for asbestos?  I call something
11 asbestos or nonasbestiform depending on how I look at
12 it?
13       MR. CIRSCH:  Object to form.
14       THE WITNESS:  No.  It's sort of a
15 misleading kind of analogy.
16       What I'm talking about is back 50 years
17 ago, when you're looking at a tree, you said it
18 was a tree.  Somebody asked later that -- people
19 went in who actually knew what trees were and
20 said, well, 95 percent of these are oak trees 40
21 years later.  Then you go, well, what was I
22 actually looking at 50 years ago for these same
23 trees?  Well, oak trees.
24    Q.   (By Mr. Chachkes)  I'm just talking
25 about -- okay.  Stick with me here.  Don't talk about

237

16:53:16 1 history.  Don't talk about the way I'm looking at
16:53:18 2 things.  Don't talk about regulations.
16:53:20 3        Just strictly objectively, what is
16:53:24 4 nonasbestiform versus asbestiform?
16:53:27 5        MR. CIRSCH:  Object to form.
16:53:28 6    Q.    (By Mr. Chachkes)  And if you can do that
16:53:30 7 without telling me -- without -- can you do that
16:53:33 8 without talking about the device I'm looking at it
16:53:34 9 with?  Is that possible?
16:53:37 10       MR. CIRSCH:  Object to form.
16:53:38 11       THE WITNESS:  No --
16:53:40 12    Q.    (By Mr. Chachkes)  Okay.  What --
13    A.    -- because --
16:53:43 14       MR. CIRSCH:  Let him answer.
16:53:43 15       THE WITNESS:  What we're doing here is
16:53:44 16 we're using sophisticated devices to make the
16:53:49 17 determination if these are regulated asbestos or
16:53:50 18 not.
16:53:50 19       I understand that maybe for whatever
16:53:52 20 reason you want to just pick little pieces here
16:53:55 21 and there, but this is not what we do with this
16:53:56 22 analysis.
16:53:57 23       We're using standard peer-reviewed
16:54:02 24 published protocols for the determination of
16:54:05 25 regulated asbestos fibers and bundles.

238

16:54:08 1    Q.    (By Mr. Chachkes)  Tremolite -- just
16:54:10 2 saying something is tremolite does not mean it's
16:54:12 3 asbestos in certain contexts; is that true?
16:54:15 4        MS. O'DELL:  Object to the form.
16:54:16 5        THE WITNESS:  Again, when we do these
16:54:18 6 analyses, anything that doesn't meet the
16:54:20 7 regulated asbestos counting rules we do not
16:54:23 8 count.  You can call it whatever you like, but
16:54:25 9 it doesn't meet the counting rules.
16:54:27 10       Everything that we have published and
16:54:29 11 provided here is regulated asbestos fibers and
16:54:32 12 bundles.
16:54:33 13    Q.    (By Mr. Chachkes)  Okay.  What is a
16:54:34 14 cleavage fragment?
16:54:35 15    A.    **Cleavage fragment, typically for**
16:54:38 16 **tremolite, is particulates that have an aspect ratio**
16:54:41 17 **of somewhere between 1-to-1 to 1-to-2, but they will**
16:54:44 18 **have the same chemistry and the same crystalline**
16:54:47 19 **pattern.**
16:54:48 20    Q.    Do you agree with ISO 13794 when it
16:54:53 21 defines cleavage fragment as a fragment of a crystal
16:54:57 22 that is bounded by cleavage faces?
16:55:00 23    A.    **Yes.**
16:55:00 24    Q.    Would you agree with this statement:
16:55:03 25 Crushing of nonasbestiform amphiboles can -- I'm

239

16:55:09 1 sorry.  Strike that.  Start again.
16:55:12 2        Do you agree with this statement:
16:55:21 3 Crushing of nonasbestiform amphibole can lead to
16:55:24 4 elongate fragments that conform to the definition of
16:55:27 5 a fiber?
16:55:30 6    A.    **I've not seen those with these counting**
16:55:35 7 **rules.  Certainly we have seen lots of these**
16:55:38 8 **fragments that are below 5-to-1 aspect ratio.**
16:55:45 9        **I'm not ruling it out, but we typically**
16:55:47 10 **don't see that.  When we did a size distribution**
16:55:51 11 **of --**
16:55:52 12    Q.    I'm not talking about what you can't
16:55:54 13 see --
16:55:55 14       MR. CIRSCH:  Hold on.
16:55:56 15       THE WITNESS:  Hold on, hold on.
16:55:57 16       We don't typically see that but your
16:55:59 17 hypothetical, if it does have parallel sides, if
16:56:02 18 it does meet all the definitions of the counting
16:56:04 19 rules, you can call it what you like, but it's
16:56:07 20 regulated asbestos per the standard counting
16:56:10 21 rules for every one of these TEM methods that I
16:56:13 22 have referenced in my report.
16:56:15 23    Q.    (By Mr. Chachkes)  I kind of lost track
16:56:17 24 there.
16:56:17 25       Do you agree with the statement:  Crushing

240

16:56:20 1 of asbestiform amphibole can lead to elongate
16:56:23 2 fragments that conform to the definition of a fiber?
16:56:26 3        MR. CIRSCH:  Object to form.
16:56:27 4        THE WITNESS:  I've not seen one, so maybe
16:56:29 5 somebody else has.
16:56:30 6    Q.    (By Mr. Chachkes)  Okay.  Do you agree
16:56:32 7 with the statement:  Crushed nonasbestiform
16:56:34 8 amphiboles rarely have aspect ratios exceeding
16:56:37 9 30-to-1?
16:56:38 10    A.    **I've not seen crushed -- I'm sorry, would**
16:56:42 11 **you repeat that?**
16:56:43 12    Q.    Crushed nonasbestiform amphiboles rarely
16:56:46 13 have aspect ratios exceeding 30-to-1.
16:56:49 14    A.    **I've rarely seen anything greater than**
16:56:53 15 **1-to-1, 2-to-1, 3-to-1.**
16:57:00 16    Q.    The question is do you agree with that
16:57:02 17 statement, yes or no?
16:57:03 18    A.    **That's too broad.  I mean, I would say**
16:57:06 19 **crushed particles of nonregulated asbestos fibers and**
16:57:11 20 **bundles, the aspect ratio very rarely exceeds 3-to-1,**
16:57:18 21 **4-to-1.**
16:57:19 22    Q.    Okay.  ISO -- strike that.
16:57:23 23       What is the average width of a tremolite
16:57:28 24 fiber under the TEM?
16:57:31 25       MR. CIRSCH:  Object to form.

241

16:57:31  1    THE WITNESS:  An individual fiber
16:57:32  2    typically can run anywhere from about .2 to .4,
16:57:39  3    seen some as high as .5 for an individual fiber.
16:57:42  4    Q.    (By Mr. Chachkes)  Okay.  Do you have a
16:57:54  5    peer-reviewed reference to support that?
16:58:50  6    MS. O'DELL:  Your original question was
16:57:52  7    what he had seen.
16:57:54  8    MR. CHACHKES:  Actually, no.  The original
16:57:55  9    question was what is the average fiber.
16:57:56 10    THE WITNESS:  I think if you look at Wylie
16:57:58 11    and others, they say that single tremolite or
16:58:01 12    single amphibole fibers very rarely exceed .5,
16:58:04 13    .6.  So there's a number of references out
16:58:07 14    there.  I can't remember all the citations, but
16:58:09 15    there's a number of references on that.
16:58:11 16    Q.    (By Mr. Chachkes)  The question is do you
16:58:17 17    have a peer-reviewed reference to cite to to support
16:58:15 18    your testimony that the average width of a tremolite
16:58:18 19    fiber is usually between .2 and .4?
16:58:21 20    MR. CIRSCH:  Object to form.
16:58:22 21    THE WITNESS:  I've seen as high as .5.
16:58:25 22    There's a range.  And it's been published
16:58:28 23    before, but no, I don't have the citation on me.
16:58:30 24    Q.    (By Mr. Chachkes)  What's the average
16:58:31 25    width of an anthophyllite fiber under TEM?

242

16:58:37  1    MR. CIRSCH:  Object to form.
16:58:37  2    THE WITNESS:  Typically in the same range
16:58:40  3    as tremolite.
16:58:41  4    Q.    (By Mr. Chachkes)  And do you have a
16:58:44  5    citation for a peer-reviewed paper to support that?
16:58:47  6    A.    **Not that I can rattle off the top of my**
16:58:51  7    **head, no, sir.**
16:58:52  8    Q.    What's the largest width an anthophyllite
16:58:54  9    particle can have and still be characterized as a
16:58:57 10    fiber under TEM?
16:59:00 11    MR. CIRSCH:  Object to form.
16:59:01 12    MS. O'DELL:  Would you repeat that,
16:59:03 13    please?
16:59:03 14    Q.    (By Mr. Chachkes)  What is the largest
16:59:04 15    width of an anthophyllite particle -- strike that.
16:59:08 16    What is the largest width anthophyllite
16:59:10 17    particle can have and still be characterized as a
16:59:12 18    fiber under TEM?
16:59:14 19    A.    **Whatever width that will exceed equal to**
16:59:22 20    **5-to-1 aspect ratio.  So it doesn't have a cutoff on**
16:59:26 21    **the width for a single fiber.  As long as it**
16:59:32 22    **exceeds -- greater than or equal to 5 -- aspect ratio**
16:59:35 23    **of 5.**
16:59:36 24    Q.    So the width doesn't matter; it's the
16:59:38 25    aspect ratio that matters?

243

16:59:40  1    A.    **Correct.**
16:59:40  2    Q.    Okay.  Do you have a reference,
16:59:43  3    peer-reviewed reference, to cite for that?
16:59:45  4    A.    **Every one of the counting protocols do not**
16:59:48  5    **have a maximum on the width.  They all have the same**
16:59:52  6    **counting protocol for the aspect ratios for the**
16:59:56  7    **length, for greater than .5 micrometers.  So they're**
17:00:00  8    **all the same.**
17:00:01  9    **I'm not aware of any of these**
17:00:05 10    **peer-reviewed publications, protocols, stating that**
17:00:08 11    **there is a maximum width.**
17:00:11 12    MR. CIRSCH:  We've been going about an
17:00:12 13    hour, so when you get to the next spot, can we
17:00:15 14    take a break?
17:00:16 15    MR. CHACHKES:  Sure.  Give me maybe like 5
17:00:17 16    more minutes; is that okay?
17:00:18 17    MR. CIRSCH:  It's up to the doctor.
17:00:18 18    THE WITNESS:  I would like to take a break
17:00:20 19    now.
17:00:20 20    Q.    (By Mr. Chachkes)  Okay.  Can I just
17:00:22 21    ask -- let me ask one more --
17:00:    22    A.    **Okay.**
17:00:24 23    Q.    -- because it's just basically the same
17:00:25 24    one, tremolite.
17:00:26 25    What is the largest width a tremolite

244

17:00:28  1    particle can have and still be characterized as a
17:00:30  2    fiber under TEM?  Is it same answer?
17:00:32  3    A.    **It's the same answer.  Now, we don't see**
17:00:34  4    **any single fibers with widths that exceed or that are**
17:00:39  5    **any width.  I mean, it's in that range that I've**
17:00:42  6    **talked about.**
17:00:43  7    **Typically, when it gets larger, it is a**
17:00:45  8    **bundle, and you can have -- we've had bundles as wide**
17:00:49  9    **as 1 to 2 micrometers in diameter, but that's made up**
17:00:53 10    **of -- something that big is made up tens to hundreds**
17:00:57 11    **of individual fibers.**
17:00:57 12    Q.    But hypothetically, you see a tremolite
17:00:59 13    particle with a width of 1, you would still
17:01:01 14    characterize that as a fiber if the aspect ratio was
17:01:06 15    in the right range?
17:01:08 16    MR. CIRSCH:  Object to form.
17:01:09 17    THE WITNESS:  Hypothetically, because I
17:01:11 18    don't believe we've ever seen one in any of
17:01:13 19    these protocol -- any of these analyses.  But if
17:01:14 20    it has -- if it meets the peer-reviewed counting
17:01:18 21    rules for regulated asbestos, yes, it would be
17:01:21 22    counted, hypothetically.
17:01:23 23    MR. CHACHKES:  Okay.  Let's take a break.
17:01:25 24    (Recess from 5:01 p.m. to 5:20 p.m.)
17:21:00 25    Q.    (By Mr. Chachkes)  Going back to

245

17:21:07 1 Exhibit 21, which is ISO 13794, now, 2.7, that's a

17:21:16 2 definition of asbestos; correct?

17:21:20 3 A. 2.7?

17:21:21 4 Q. Yes. On page 2.

17:21:23 5 A. Oh.

17:21:42 6 Q. Is that a definition of asbestos?

17:21:45 7 A. That's their definition, yes, sir.

17:21:47 8 Q. Okay. Now, I've heard you use the phrase,

17:21:50 9 the distinction, geological and regulatory

17:21:54 10 definitions as if they were different. Which one is

17:21:57 11 this?

17:21:58 12 A. It's just a general definition.

17:22:04 13 Q. Okay. It's not a geological definition,

17:22:07 14 it's not a regulatory definition, it's just a

17:22:09 15 definition?

17:22:10 16 A. Let's see. Crystallized in asbestiform

17:22:14 17 habit. That's for both. Long, thin, flexible,

17:22:18 18 strong fibers when crushed or processed. They don't

17:22:20 19 define what strong is, but that's just a general

17:22:23 20 definition.

17:22:23 21 Q. Okay. Is it your opinion that there's no

17:22:28 22 such thing as a cleavage fragment for something that

17:22:31 23 has a greater than 5-to-1 aspect ratio?

17:22:33 24 A. I never said that.

17:22:34 25 Q. Okay. Is there such a thing as a cleavage

246

17:22:40 1 fragment for something that has a greater than 5-to-1

17:22:41 2 aspect ratio?

17:22:41 3 A. With parallel sides we've not seen one,

17:22:44 4 but I guess hypothetically it's possible.

17:22:46 5 Q. Okay. Is there anything in the published

17:22:55 6 literature that you've seen that suggests that there

17:22:58 7 are cleavage fragments with a greater than 5-to-1

17:23:02 8 aspect ratio?

17:23:02 9 A. There's been a number of published

17:23:05 10 articles that state things like that, yes.

17:23:08 11 Q. Are there any published articles that

17:23:11 12 state that there are cleavage fragments that have

17:23:13 13 greater than 3-to-1 aspect ratio?

17:23:15 14 A. Yes, there is publications that state

17:23:19 15 that.

17:23:19 16 Q. Okay. If I pulled a hand-sized amphibole

17:23:27 17 rock out that had a greater than 5-to-1 aspect ratio,

17:23:32 18 would you call that a fiber?

17:23:34 19 MR. CIRSCH: Object to form.

17:23:34 20 THE WITNESS: If it is a rock and doesn't

17:23:36 21 have any parallel sides that define a fiber, no.

17:23:40 22 Q. (By Mr. Chachkes) Does MAS have a

17:23:42 23 protocol in place for describing the dimensions of

17:23:44 24 fibers under the visual inspection under TEM?

17:23:47 25 A. Yes.

247

17:23:48 1 Q. Is it written down?

17:23:51 2 A. Yes.

17:23:51 3 Q. Have you produced it?

17:23:53 4 A. No.

17:23:54 5 MR. CHACHKES: Okay. We'd like that

17:23:56 6 produced.

17:23:56 7 MS. O'DELL: We'll consider it.

17:23:57 8 Q. (By Mr. Chachkes) Okay. Does MAS have a

17:23:58 9 protocol in place for describing the dimensions of

17:24:01 10 fibers -- sorry.

17:24:10 11 What do you call that protocol? Is there

17:24:12 12 a name for it?

17:24:13 13 A. Well, the protocol is the method we have

17:24:16 14 here. It tells you how to make those measurements.

17:24:18 15 It has -- the microscopes have calibrated concentric

17:24:24 16 circles that allow you to make the measurements for

17:24:28 17 greater than .5 micrometers. It is -- parallel sides

17:24:33 18 is a visual determination.

17:24:37 19 MR. CHACHKES: Let's look at that. Let's

17:24:39 20 look at some TEM photomicrographs. Can we mark

17:24:43 21 this Exhibit 22? Can we just put the sticker

17:24:52 22 here so it doesn't obstruct anything?

17:24:54 23 (Defendants' Exhibit 22 was marked for

17:25:15 24 identification.)

17:25:15 25 Q. (By Mr. Chachkes) All right. Look at

248

17:25:16 1 Exhibit 22. Can you tell me what -- that very top

17:25:22 2 row of three, is that asbestiform fibers, if you knew

17:25:28 3 you were looking at an amphibole?

17:25:30 4 A. Top row, this one?

17:25:32 5 Q. Yeah.

17:25:34 6 A. Just looking at the photograph, I would

17:25:38 7 state that that is a regulated asbestos size --

17:25:41 8 asbestiform or not for these different photographs.

17:25:45 9 Q. All right.

17:25:48 10 A. Certainly one, I would say two. I'd have

17:25:52 11 to be looking at that under a TEM to make that

17:25:55 12 determination if it's asbestiform or not. It

17:25:57 13 certainly has the aspect ratio; it has parallel

17:26:01 14 sides. That would be a regulated asbestos, at least

17:26:02 15 in TEM. It's unclear. This may be -- this may be

17:26:10 16 optical microscopy.

17:26:13 17 Q. That third one on the very top row, what

17:26:17 18 could you see under TEM or do under TEM that would

17:26:20 19 make you say, oh, that's not regulated asbestos,

17:26:25 20 assuming it's an amphibole?

17:26:26 21 A. Well I would have to be looking at it

17:26:28 22 under the TEM so -- you're looking at an optical

17:26:32 23 microscopy picture.

17:26:33 24 Q. But what is it you would be -- what is it

17:26:36 25 that you could see under a TEM that would make you

249

17:26:38 1 think that's not -- because the aspect ratio
17:26:40 2 obviously is greater than 5-to-1; right?
17:26:41 3 A. Well, I would take a look at it and see
17:26:43 4 parallel sides, is that multiple fibers. I don't
17:26:48 5 know what magnification this is at.
17:26:50 6 So again, I would prefer to be looking at
17:26:51 7 something under a TEM than just play
17:26:54 8 guess-what-this-is.
17:26:54 9 Q. Okay. So it's possible what you're
17:26:56 10 looking at there which has an aspect ratio of -- it's
17:27:00 11 greater than 5-to-1; right?
17:27:01 12 A. That's correct.
17:27:02 13 Q. Okay. It's possible that that's not --
17:27:04 14 that's nonasbestiform if it doesn't have parallel
17:27:08 15 sides; is that true?
17:27:09 16 A. Again, this is an optical microscopy
17:27:11 17 picture. So unless I was looking at this under the
17:27:14 18 TEM, but certainly has parallel sides. I know
17:27:17 19 the width. I can't really make out the micron bar, I
17:27:21 20 don't know the magnification.
17:27:22 21 So you'll have to get some other expert to
17:27:25 22 take a look at it, if he's willing to opine what that
17:27:29 23 is versus the counting rules in the TEM.
17:27:32 24 Q. In the second row, assuming that
17:27:36 25 everything in the second row is amphibole, would you

250

17:27:40 1 call those asbestiform or not?
17:27:44 2 A. Again, I'm looking at an optical
17:27:51 3 microscopy picture. We've got a bundle that -- I
17:27:58 4 mean, I can't look at the micron bar. Possibly just
17:28:01 5 the one in the middle because you can see individual
17:28:03 6 fibrils.
17:28:04 7 Q. Okay. If you saw that under your TEM,
17:28:07 8 would you label that as asbestos?
17:28:08 9 A. Well, I'm not looking at it under TEM. So
17:28:13 10 if it's under an optical microscopy method and it
17:28:16 11 meets the definition, it's got parallel sides, it
17:28:20 12 looks like it has multiple fibers in the bundle, that
17:28:23 13 by definition is asbestiform.
17:28:25 14 Q. And why do you say it looks like it has
17:28:28 15 multiple fibers in the bundle?
17:28:29 16 A. Because I can see them.
17:28:30 17 Q. Okay. You're referring to the lines that
17:28:34 18 go from the northwest towards the southeast starting
17:28:36 19 in the top?
17:28:37 20 A. Yes, sir.
17:28:37 21 Q. Okay. In the third row, assuming those
17:28:40 22 are amphiboles, do you have enough information to
17:28:44 23 determine whether they're asbestiform?
17:28:46 24 A. I can't really see what we have here under
17:28:50 25 these. And I'm assuming the fourth and five row --

251

17:28:56 1 Q. Well, let's not get ahead of ourselves.
17:29:00 2 Now, in the third row, do you have enough
17:29:04 3 information from these pictures to see whether
17:29:07 4 they're bundles or fibers?
17:29:09 5 A. No. It's too out of focus.
17:29:12 6 Q. Okay.
17:29:12 7 A. I would -- looks like you have dark field
17:29:15 8 here. I would have to see this in the TEM.
17:29:17 9 Q. Okay. In the second row, far left, do you
17:29:21 10 have enough -- does it appear to you whether there
17:29:24 11 are bundles or fibers?
17:29:25 12 A. No, you can't make out. Most of these are
17:29:27 13 just particles. And I would have to be looking at
17:29:31 14 this one that has parallel sides. But I would have
17:29:36 15 to be determining if I could see individual fibers in
17:29:38 16 it or not.
17:29:39 17 Q. In the fourth row, second from the bottom,
17:29:48 18 are these asbestiform?
17:29:48 19 A. Maybe.
17:29:50 20 Q. What additional information would you need
17:29:53 21 to determine that?
17:29:53 22 A. I need to be looking at it in the TEM
17:29:58 23 or -- so that I can make a determination. The size,
17:30:02 24 the magnification.
17:30:08 25 Q. Do you have enough information in the

252

17:30:10 1 second -- in that second-to-last row, those three
17:30:13 2 pictures, to determine whether that's asbestiform?
17:30:15 3 A. I wouldn't make that call either way
17:30:19 4 unless I could be looking at it under the TEM. It
17:30:22 5 looks like very little magnification. And I
17:30:25 6 apologize, but they're fairly poor photographs.
17:30:28 7 Q. Okay. In the last row, same question. In
17:30:31 8 those three pictures at the very bottom of
17:30:34 9 Exhibit 22, are those -- see the single fibers -- the
17:30:37 10 single item in the middle, would you call that
17:30:40 11 asbestiform?
17:30:41 12 A. It has parallel sides. I can't see
17:30:48 13 individual fibers. But I would call that a regulated
17:30:52 14 asbestos fiber or bundle, maybe.
17:30:55 15 Again, I would need to be looking at the
17:30:57 16 TEM analysis of these or at least better photographs.
17:31:01 17 Q. Okay. So the bottom six are all TEM
17:31:08 18 photomicrographs from you? You realize that; right?
17:31:12 19 MR. CIRSCH: Object to form.
17:31:13 20 THE WITNESS: And that's fine. If you
17:31:14 21 tell me which ones they are, at least I can get
17:31:17 22 better images.
17:31:17 23 Q. (By Mr. Chachkes) These are the images
17:31:20 24 you provided to us; right?
17:31:22 25 A. Well, when we provide the book, we provide

253

17:31:25 1  a large photograph that has better resolution,
17:31:30 2  et cetera.
17:31:33 3      Q.    Okay.  Yeah, let's go look at -- let's
17:31:34 4  look in the book, the upper left.  So from the
17:31:38 5  bottom -- what?
17:31:44 6      MS. TROVATO:  I'll let you know which one
17:31:45 7  I have marked.
17:31:47 8      MR. CHACHKES:  Okay.  I'm going to grab
17:31:48 9  one for you from the book.  Just tear it out.
17:31:54 10  Okay.  Let's mark it as Exhibit 23.
17:31:59 11     (Defendants' Exhibit 23 was marked for
      12     identification.)
17:32:21 13     (Off the record.)
17:32:21 14     Q.    (By Mr. Chachkes)  Okay.  So around
17:32:23 15  page 985.  Okay.  So this one corresponds to second-
17:32:28 16  to-the-last row, far right; correct?
17:32:34 17     A.    Yes.
17:32:34 18     Q.    Okay.  Are you looking at something that's
17:32:36 19  asbestiform there?
17:32:37 20     A.    **I'm looking at a regulated asbestos**
17:32:43 21  **structure.  We have talc underneath it.  But I would**
17:32:46 22  **see individual fibers -- you know, I'm not on the**
17:32:51 23  **TEM.  This is only 1/2 micrometer in width, but it**
17:32:54 24  **looks like we have individual fibers in here.  So**
17:32:56 25  **yes.**

254

17:32:56 1      Q.    Okay.  Is this -- so for those of us who
17:33:03 2  are trying to determine whether you made the right
17:33:05 3  call, is this photomicrograph enough to determine the
17:33:08 4  morphology of what we're looking at?
17:33:13 5      A.    Yes.
17:33:14 6      Q.    Okay.  In your old reports, the reports
17:33:33 7  that were the non-MDL samples, would you agree that
17:33:36 8  you characterized the majority of the particles
17:33:38 9  identified as fibrous, not bundles?
17:33:41 10     MR. CIRSCH:  Object to form.
17:33:42 11     THE WITNESS:  I don't think I ever counted
17:33:45 12  them up.
17:33:45 13     Q.    (By Mr. Chachkes)  Okay.  In your MDL --
17:33:50 14  but the majority, the large majority is fiber, not
17:33:53 15  bundles in the old MDL reports?
17:33:56 16     MS. O'DELL:  Object to form.
      17     THE WITNESS:  I'm not sure I agree with
17:33:58 18  that.
17:33:58 19     Q.    (By Mr. Chachkes)  I'm sorry, the old
17:33:59 20  non-MDL reports.
17:34:00 21     **I'd have to look at them to see if I agree**
17:34:03 22  **with that or not.**
17:34:03 23     Q.    Okay.  In your new -- the MDL reports,
17:34:07 24  about 96 percent of the particles your analysts
17:34:11 25  identify are bundles; correct?

255

17:34:12 1      A.    Correct.
17:34:12 2      Q.    If there's a stark difference between the
17:34:18 3  ratio of fibers to bundle found as compared between
17:34:21 4  the MDL sample analysis and the non-MDL sample
17:34:25 5  analysis, what would explain that?
17:34:26 6      MR. CIRSCH:  Object to form.
17:34:27 7      THE WITNESS:  That there was more bundles
17:34:29 8  than fibers.
17:34:30 9      Q.    (By Mr. Chachkes)  Aren't they supposed to
17:34:31 10  be the same thing, representative sample of J&J talc?
17:34:35 11     MR. CIRSCH:  Object to form.
17:34:35 12     THE WITNESS:  Not necessarily.
17:34:36 13     Q.    (By Mr. Chachkes)  Why not?
17:34:37 14     A.    **It's just a matter of where -- the area in**
17:34:40 15  **the mine and what was dug out, if that was correct,**
17:34:42 16  **then we should say that all J&J talc has these**
17:34:46 17  **concentrations of asbestos.  So that doesn't bother**
17:34:50 18  **me.**
17:34:50 19     Q.    You think it might be random chance that
17:34:55 20  the same mine samples in your old reports you report
17:35:00 21  majority of fibers, and in your new reports you
17:35:02 22  report as almost exclusively bundles?
17:35:06 23     MR. CIRSCH:  Object to form.
17:35:08 24     THE WITNESS:  We just call them as we see
17:35:09 25  them.

256

17:35:10 1      Q.    (By Mr. Chachkes)  But is it random
17:35:11 2  chance?  That's what I'm asking.
17:35:12 3      A.    **I don't know if it's random chance or not.**
17:35:16 4  **These are what we distinguish as fibers and bundles.**
17:35:20 5      Q.    Okay.  One would expect a random sample of
17:35:23 6  bottles from a Vermont mine over time to have the
17:35:27 7  same ratio whether you are looking last year or this
17:35:30 8  year; right?
17:35:31 9      MR. CIRSCH:  Object to form.
17:35:32 10     THE WITNESS:  I'm only aware of in the old
17:35:36 11  samples that there was two that could be said
17:35:39 12  came from Vermont.  So we're looking at a much
17:35:42 13  bigger population of Vermont samples than we
17:35:45 14  were of the originals.  And one of those was a
17:35:50 15  MDL sample.  So you're comparing apples and
17:35:54 16  oranges.
17:35:55 17     Q.    (By Mr. Chachkes)  What about the Italian?
17:35:56 18     A.    **The Italian, I'd have to look at it and**
17:36:01 19  **count them up because there wasn't that many fibers**
17:36:04 20  **as compared to the others, so we have a bigger pool**
17:36:06 21  **of fibers and bundles.**
17:36:07 22     Q.    If you did the entire set of MDL samples
17:36:10 23  over again, would you expect to find the same ratio
17:36:13 24  of bundles to fibers?
17:36:17 25     MR. CIRSCH:  Object to form.

257

17:36:17 1       THE WITNESS:  I don't have any expectation
17:36:19 2   of what we're going to find or what we expect.
17:36:21 3   We just count using the protocols and make the
17:36:25 4   decision on what morphology it is.
17:36:27 5       Q.   (By Mr. Chachkes)  Okay.  Have you
17:36:28 6   testified that the modified Blount TEM method you
17:36:31 7   employed in your March 2018 report is materially
17:36:35 8   identical to the ISO 22262?
17:36:37 9       A.   I don't think I -- it's not identical.
17:36:43 10  The old Blount report uses a different heavy density
17:36:47 11  liquid separation.  But the ISO, we can use the same
17:36:52 12  spin rate, same time for rpm and spin rate.
17:36:59 13       But the difference is the -- even the old
17:37:03 14  Blount is the same.  And that's -- what's interesting
17:37:06 15  about the ISO 22262-2, it gives you the leeway to use
17:37:11 16  whatever you need to use.  And the only thing it
17:37:16 17  really specifies is the density of the heavy liquid.
17:37:21 18       Q.   You used the Blount TEM method in your
17:37:23 19  March 2018 report; correct?
17:37:24 20       A.   Correct.
17:37:24 21       Q.   Was it materially identical to what's
17:37:28 22  mandated in ISO 22262?
17:37:32 23       A.   ISO 22262 doesn't mandate any particular
17:37:35 24  conditions.  So you can use whatever procedures you
17:37:41 25  feel work the best.  And that's because the spin

258

17:37:45 1   rates and rpm does not really affect the overall
17:37:48 2   concentrations, and it happened to be the same
17:37:51 3   density, liquid density.
17:37:53 4       Q.   You've testified that the same four
17:37:56 5   associates at MAS have conducted all of MAS's
17:37:58 6   analysis of Johnson's Baby Powder in your reports
17:38:01 7   going all the way back to 2017; is that correct?
17:38:03 8       MR. CIRSCH:  Object to form.
17:38:04 9       THE WITNESS:  We have some of the same
17:38:08 10  people, yes.
17:38:09 11       Q.   (By Mr. Chachkes)  Okay.  What about are
17:38:11 12  they the same?  Is it the same people who were
17:38:13 13  doing -- analyzing Johnson Baby Powder in early 2017
17:38:19 14  as are doing it now?
17:38:22 15       A.   You'll have to clarify that question.
17:38:25 16       Q.   Well, there were four people doing
17:38:28 17  analysis in the MDL report; right?
17:38:30 18       A.   Correct.
17:38:30 19       Q.   There are four people doing analysis in
17:38:33 20  the reports that rely on research all the way back
17:38:39 21  to -- analysis all the way back to 2017; correct?
17:38:42 22       A.   I'd have to look at that.
17:38:43 23       Q.   Okay.  I'm asking is it the same four
17:38:46 24  people?  You don't know?
17:38:48 25       MR. CIRSCH:  Object to the form.

259

17:38:49 1       THE WITNESS:  I'd have to look and see who
17:38:51 2   the four people are because there are some folks
17:38:53 3   who started doing, you know, analysis now may
17:38:57 4   not have been doing analysis then, and there's
17:38:59 5   some folks doing analysis then that are not
17:39:02 6   doing analysis now.  It's just easy to look in
17:39:05 7   the count sheets and see if they're the same or
17:39:08 8   not.
17:39:08 9       Q.   (By Mr. Chachkes)  Is there additional
17:39:12 10  data concerning the samples upon which you reported
17:39:15 11  for TEM that is in a file somewhere in your
17:39:20 12  laboratory but not printed out and not produced?
17:39:22 13       A.   All the data for these particular samples
17:39:24 14  are here.
17:39:25 15       Q.   Okay.  Was there any data generated in
17:39:28 16  connection with the TEM analysis in this case that
17:39:30 17  was thrown away or deleted?
17:39:32 18       A.   No, not that I'm aware of.
17:39:34 19       Q.   You personally have not conducted any of
17:39:37 20  the PLM testing included in your MDL report; correct?
17:39:40 21       A.   That is correct.
17:39:40 22       Q.   Did you sit with your analysts as they did
17:39:42 23  the PLM testing?
17:39:45 24       A.   I have probably looked in that optical
17:39:47 25  microscope 50 times in the last two months.

260

17:39:50 1       Q.   So when you say you've looked in it,
17:39:52 2   you've looked in it while your analysts were testing
17:39:58 3   MDL samples for the purposes of your current report?
17:40:00 4       A.   Well, you can't -- both of you can't look
17:40:02 5   in the microscope at the same time.  A lot of times
17:40:05 6   it's on the monitor that we use so that we can
17:40:09 7   increase the sensitivity.  But, no, I don't
17:40:12 8   personally do the PLM analysis.
17:40:14 9       Q.   Yeah, but I'm trying to get the sense of
17:40:16 10  were you actively involved looking through the
17:40:20 11  microscope or looking along with the other person
17:40:23 12  into the microscope for the PLM that's reported on in
17:40:25 13  the MDL?
17:40:27 14       A.   I have been active with the PLM
17:40:29 15  microscopists looking at structures, looking at
17:40:34 16  different aspects of it, but ultimately he makes the
17:40:38 17  decision.
17:40:38 18       Q.   Okay.  So the decisions -- the opinions in
17:40:43 19  your report about whether the PLM was a positive for
17:40:46 20  asbestos, those are the opinions of your analysts?
17:40:50 21       A.   It's not an opinion.
17:40:51 22       MS. O'DELL:  Form.
17:40:52 23       THE WITNESS:  It meets the definition.  It
17:40:54 24  has the right crystalline information.  It meets
17:40:58 25  all the different definitions.  To me, that is

261

17:41:00  1   not an opinion.

17:41:01  2   Q.   (By Mr. Chachkes)  Okay.  Those are the

17:41:03  3   conclusions of your analysts?

17:41:05  4   A.   Yes.

17:41:06  5   Q.   Okay.  You have personally never tested a

17:41:08  6   talc sample for asbestos from start to finish

17:41:10  7   yourself?

17:41:11  8   A.   That is correct.

17:41:11  9   Q.   You're not trained in using PLM for the

17:41:14  10  purposes of testing talc for asbestos?

17:41:17  11       MR. CIRSCH:  Object to form.

17:41:18  12       THE WITNESS:  I have not taken a PLM

17:41:20  13  course for asbestos.

17:41:20  14  Q.   (By Mr. Chachkes)  You've not published

17:41:25  15  any PLM methodologies?

17:41:27  16  A.   No, sir.  We're not using our

17:41:29  17  methodologies.  We're using the standard protocol

17:41:33  18  methodologies.  So if we were to publish -- when we

17:41:36  19  publish this, we would be publishing that this is the

17:41:39  20  method we used.  That's like everybody else.

17:41:42  21  Q.   Have you published any PLM work testing

17:41:44  22  for asbestos in any context?

17:41:47  23  A.   Yes.

17:41:51  24  Q.   What is it?

17:41:52  25  A.   Our gasket study, our vermiculite studies,

262

17:41:59  1   our -- that have been published.  A number of papers

17:42:03  2   are published where it's going to be a study on

17:42:05  3   exposure.  You usually have to determine what the

17:42:08  4   concentration of asbestos is in the materials before

17:42:11  5   you publish that.

17:42:12  6   Q.   Those are published in peer-reviewed

17:42:14  7   literature?

17:42:14  8   A.   Yes, sir.

17:42:15  9   Q.   Okay.  But those are not finding asbestos

17:42:17  10  in talc; right?

17:42:21  11  A.   No, sir.  These are all construction

17:42:25  12  products.

17:42:26  13  Q.   Are you an expert in PLM?

17:42:30  14  A.   I think I know more than the average

17:42:32  15  layperson.

17:42:32  16  Q.   Are you an expert in PLM?

17:42:36  17       MR. CIRSCH:  Object to form.

17:42:37  18       THE WITNESS:  Again, that's up to a judge

17:42:38  19  to be an expert.

17:42:39  20       I know how the analysis is done, I could

17:42:42  21  do an analysis if I -- it would take me a lot

17:42:46  22  longer than what people typically do.

17:42:47  23  Q.   (By Mr. Chachkes)  One of the

17:42:48  24  disadvantages of PLM that you cite is that it cannot

17:42:51  25  resolve particles less than 1/2 micrometer; is that

263

17:42:56  1   correct?

17:42:56  2   A.   Individual fibers, unless they have a

17:42:58  3   number of fibers in a bundle.  But we don't see

17:43:00  4   individual fibers.  In fact, we haven't seen any

17:43:04  5   individual fiber in any of these analyses that we've

17:43:07  6   done.  They've all been very large bundles.

17:43:09  7   Q.   Is it unambiguously true that asbestos

17:43:19  8   particles must be at least 1/2 micrometer in the

17:43:21  9   smallest dimension to be visible under PLM?

17:43:23  10  A.   That's what's stated.  We never see

17:43:25  11  individual fibers of any size.  Everything that we

17:43:30  12  have run across is these very large bundles that have

17:43:33  13  multiple fibers in them.

17:43:35  14  Q.   But I'm talking about not what you're

17:43:37  15  actually seeing, but this is a matter of the

17:43:41  16  resolution.

17:43:42  17       Must asbestos particles be at least 1/2

17:43:45  18  micrometer in the smallest dimension to be visible

17:43:49  19  under PLM?

17:43:49  20  A.   It may be visible, but it's hard to go

17:43:53  21  through the dispersion staining and everything

17:43:55  22  associated to make a positive identification.

17:43:57  23       So maybe theoretically that's possible,

17:44:01  24  but it's not something that's routinely seen, that I

17:44:04  25  know of.

264

17:44:04  1   Q.   Do you have the ability to detect asbestos

17:44:08  2   fibers with a width of approximately .3 micrometers

17:44:13  3   by PLM?

17:44:14  4   A.   Again, it may be theoretically possible,

17:44:19  5   but I'm not aware that it's routinely done.  We've

17:44:23  6   never seen any in the cosmetic talc.

17:44:25  7   Q.   Shouldn't the particle distribution be on

17:44:33  8   a bell curve so that you would expect that some

17:44:37  9   exist?

17:44:37  10       MR. CIRSCH:  Object to form.

17:44:38  11       THE WITNESS:  I'm sure there is -- it is

17:44:41  12  in there because a lot of these we have positive

17:44:43  13  TEMs.  But these two techniques have different

17:44:47  14  size distributions that they can see or they can

17:44:49  15  resolve or not resolve to be able to absolutely

17:44:52  16  determine if it is regulated asbestos or not.

17:44:56  17  Q.   (By Mr. Chachkes)  Is it your position

17:45:01  18  that particles below 1/2 micrometer are not

17:45:04  19  resolvable because your analysts have never observed

17:45:08  20  particles of that width or smaller?

17:45:09  21  A.   It's my position that these are fibers,

17:45:12  22  and single fibers are not being resolved in this

17:45:15  23  matrix or seen by the PLM.

17:45:20  24  Q.   Is that because your analysts haven't

17:45:22  25  observed it, or is it just because of the nature of

265

17:45:24 1  the devices?  Do you have some higher level
17:45:27 2  understanding of the nature of the devices?
17:45:29 3      MR. CIRSCH:  Object to form.
17:45:30 4      Q.   (By Mr. Chachkes)  It is empirical or is
17:45:32 5  it something different?
17:45:32 6      MR. CIRSCH:  Object to form.
17:45:33 7      THE WITNESS:  I don't know if it's
17:45:36 8  empirical or not.
17:45:37 9      I mean, we haven't answered all the
17:45:40 10 questions about the PLM analysis of cosmetic
17:45:43 11 talc.  But we do know that to do a PLM analysis
17:45:48 12 properly, you have to spend the time necessary.
17:45:51 13 You have to look at the sample in dispersion
17:45:56 14 staining.  You need a high definition camera as
17:45:58 15 well as a monitor so that you can resolve and
17:46:02 16 get the focal plane necessary to see individual
17:46:04 17 fibers.
17:46:06 18     But we haven't run across individual
17:46:08 19 fibers.  I know every protocol says, well, you
17:46:10 20 can see down to .5, you can see down to .3.
17:46:14 21 There's one thing about seeing them.  There's
17:46:16 22 another thing going through the process of being
17:46:18 23 able to see the colors in the dispersion
17:46:21 24 staining, the extinction angle.
17:46:24 25     I just don't know if that's really

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

266

17:46:26 1  possible because this type of matrix that we're
17:46:30 2  looking at is so different than what PLM
17:46:32 3  analysts are typically dealing with.
17:46:35 4      Q.   (By Mr. Chachkes)  Did MAS test any talcum
17:46:41 5  powder samples with the ISO 22262 method prior to the
17:46:44 6  analysis included in your reports in this case?
17:46:47 7      MR. CIRSCH:  Object to form.
17:46:48 8      THE WITNESS:  No.  I mean, we may have --
17:46:51 9  you know, we're slowly trying to work through
17:46:54 10 the old non-MDLs so that we can compare apples
17:46:58 11 to oranges.  But when we get done with that,
17:47:03 12 we'll issue another report.
17:47:03 13     Q.   (By Mr. Chachkes)  Have you analyzed the
17:47:05 14 old talcum powder samples under ISO 22262 recently?
17:47:12 15     A.   **I don't know.  I haven't been focused in**
17:47:15 16 **on that.  There may be some done.**
17:47:17 17     Q.   Is it possible -- strike that.
17:47:22 18     ISO 22262 method is promulgated by the
17:47:28 19 International Organization for Standardization; is
17:47:28 20 that correct?
17:47:29 21     A.   **Yes, sir.**
17:47:22 22     Q.   Are you currently a member of any of the
17:47:29 23 ISO national standards bodies?
17:47:33 24     A.   **I am not.**
17:47:34 25     Q.   Did you vote on any of the ISO standards?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

267

17:47:37 1      A.   **I did not.**
17:47:39 2      Q.   Did you participate in the drafting of any
17:47:42 3  ISO standards?
17:47:43 4      A.   **I did not.**
17:47:44 5      Q.   Have you spoken with any of the authors of
17:47:46 6  any of the ISO standards that we talked about today?
17:47:50 7      A.   **Not in some time, but not specifically**
17:47:53 8  **about the 22262-1 and 2.**
17:47:55 9      Q.   What about 3?
17:47:57 10     A.   **No, sir, I haven't spoken to anybody about**
17:48:00 11 **3 -- any of the authors of 3.**
17:48:01 12     Q.   Which of the three parts of the ISO 22262
17:48:06 13 did your analysts employ in the analysis of the ISO
17:48:11 14 PLM portion of your report?
17:48:15 15     MR. CIRSCH:  Object to form.
17:48:16 16     THE WITNESS:  All the counting rules, all
17:48:18 17 the -- what's defined as asbestiform, what's the
17:48:22 18 20-to-1.  Everything that's used in there.
17:48:26 19     Q.   (By Mr. Chachkes)  So you're saying it
17:48:28 20 didn't matter, it's the same in all of 1 -- part 1,
17:48:31 21 part 2, and part 3?
17:48:32 22     A.   **Well, I misunderstood the question.**
17:48:34 23     Q.   Yeah, let me ask it again a little better.
17:48:36 24     Which of part 1, part 2, or part 3 did
17:48:41 25 your analysts use when they analyzed the MDL samples

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

268

17:48:48 1  under PLM?
17:48:49 2      A.   **Part 1.**
17:48:49 3      Q.   Do you know when those methods in part 1
17:48:55 4  were promulgated?
17:48:55 5      A.   **Looks like 2012/07/01.**
17:49:06 6      Q.   What do you mean by 2012/07/01?
17:49:12 7      A.   **I'm just looking at when it says it was**
17:49:14 8  **issued.  ISO -- so it has 2012, first edition, and I**
17:49:22 9  **don't know if they're using 07 as the day and 01 as**
17:49:26 10 **the month or the other way around.**
17:49:27 11     Q.   So part 1 was promulgated in 2012?
17:49:31 12     A.   **Yes, sir.**
17:49:31 13     Q.   Okay.  Are you aware of any other talc
17:49:34 14 testing methods published in the scientific
17:49:36 15 literature from 1991 to 2014 that include a
17:49:41 16 concentration method?
17:49:43 17     A.   **Let's see.  When was --**
17:49:46 18     Q.   You should use yours.
17:49:49 19     A.   **I'm just looking at the date.**
17:49:51 20     **This one was 2014.**
17:49:53 21     Q.   You say this one's part 2; correct?
17:49:55 22     A.   **Part 2.**
17:49:55 23     Q.   Yeah.  So I'm saying between 1991 and
17:49:58 24 2014, are you aware of any testing -- talc testing
17:50:01 25 methods in the published scientific literature that

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

269

17:50:03 1 include a concentration method?

17:50:16 2     A.     The 1989 and 1990 papers published by
17:50:19 3 Blount. She's analyzing talc. She's using the
17:50:23 4 concentration method.

17:50:25 5     Q.     Are you aware of any other?

17:50:27 6     A.     That specifically say talc, no.

17:50:30 7     Q.     Are you aware of any other talc testing
17:50:33 8 methods published in the scientific literature prior
17:50:36 9 to 1991 that include a concentration method?

17:50:39 10     A.     Not in the published literature, no.

17:50:44 11     Q.     One strength of PLM is that it can provide
17:50:48 12 a qualitative estimate of the weight percentage of
17:50:52 13 asbestos; true?

17:50:53 14     A.     That is a strength, yes.

17:50:55 15     Q.     What does the word qualitative mean in
17:50:58 16 that answer?

17:50:59 17     A.     That it's an estimate based on
17:51:01 18 petrographic standards for how much material is --
17:51:09 19 that you're estimating on.

17:51:11 20     Q.     Your analysts conducted a visual
17:51:14 21 estimation of the concentration of asbestos fibers in
17:51:16 22 the talc samples?

17:51:17 23     A.     Asbestos bundles, yes, sir.

17:51:19 24     Q.     Okay. Your report also references
17:51:25 25 generated weight percentage standards; correct?

270

17:51:29 1     A.     Yes.

17:51:29 2     Q.     How were your lab's weight percentage
17:51:33 3 standards generated?

17:51:35 4     A.     You mean the spike samples?

17:51:37 5     Q.     Yes.

17:51:37 6     A.     Taking that one JBP, I think it's number
17:51:51 7 13, and then you mix the appropriate materials
17:51:53 8 together so that you get a weight percent -- a
17:51:58 9 weighted percent, where you put -- say,
17:52:02 10 hypothetically, you know, 5 grams of tremolite and
17:52:05 11 then you then dilute the sample with additional talc
17:52:08 12 to make it .1 or .2 or .3. Standard method.

17:52:13 13     Q.     Okay. Did you produce those generated
17:52:16 14 calculations?

17:52:17 15     A.     No.

17:52:18 16     Q.     Okay. We request that you produce those.

17:52:20 17         In your report you write that for positive
17:52:25 18 samples a visual estimation of the quantity of
17:52:28 19 asbestos observed was based on eye calibration
17:52:33 20 through review of lab-generated weight percentage
17:52:36 21 standards.

17:52:36 22         Does that ring a bell?

17:52:38 23     A.     Yes.

17:52:38 24     Q.     What is eye calibration?

17:52:39 25     A.     It's a petrographic term for when you're

271

17:52:41 1 looking at the area that is covered by the asbestos
17:52:45 2 versus the area that you're looking at. So there's
17:52:48 3 calibrated petrographic materials to help optical
17:52:54 4 microscopists to make these qualitative estimates.

17:52:58 5     Q.     How often do you update your lab's weight
17:53:02 6 percentage standards?

17:53:03 7     A.     I think we updated them the last time we
17:53:08 8 sent stuff to Lee Poye.

17:53:10 9     Q.     And what regularity -- with what
17:53:14 10 regularity do you update those?

17:53:17 11     A.     We don't have a regulatory. We make new
17:53:19 12 standards and send them off; and if we need
17:53:22 13 additional standards, we make them again.

17:53:24 14     Q.     Who generated those standards?

17:53:25 15     A.     Victoria Panariello.

17:53:28 16     Q.     Okay. Did you monitor her when she did
17:53:31 17 that?

17:53:32 18     A.     Did I sit here and -- stand there and
17:53:34 19 watch her? No.

17:53:35 20     Q.     Did you monitor her in any other way?

17:53:37 21     A.     No.

17:53:37 22     Q.     Are you aware your method includes a
17:53:41 23 qualification that visual estimations of asbestos
17:53:43 24 concentrations pursuant to this method have been
17:53:45 25 demonstrated to consistently yield an overestimate of

272

17:53:49 1 the proportion of asbestos?

17:53:53 2         MS. O'DELL: Object to the form.

17:53:54 3         THE WITNESS: I'm sorry, where is this
17:53:55 4 stated?

17:53:56 5     Q.     (By Mr. Chachkes) In one of the ISO
17:53:57 6 documents that you're referring to, does it say that
17:54:00 7 this method that we're talking about consistently
17:54:04 8 yields an overestimate of the proportion of asbestos?
17:54:08 9 Are you aware of that?

17:54:09 10     A.     I don't recall that.

17:54:10 11     Q.     Okay. Do you believe that this
17:54:16 12 methodology we're talking about consistently yields
17:54:18 13 an overestimate of the proportion of asbestos?

17:54:20 14     A.     No.

17:54:20 15     Q.     Did your analyst use a point counting
17:54:45 16 method?

17:54:46 17     A.     No.

17:54:46 18     Q.     ISO 22262-2 includes a method for point
17:54:51 19 counting by PLM; correct?

17:54:53 20     A.     It does.

17:54:54 21     Q.     So instead of following the point counting
17:55:01 22 method in ISO 22262-2, you used an estimation based
17:55:07 23 on eyeball?

17:55:10 24         MR. CIRSCH: Form.

17:55:11 25         THE WITNESS: Estimation-based typical PLM

273

```
17:55:12  1   analysis, that's also in the 22262-1.  They give
17:55:16  2   you both, the ability to do either one.
17:55:19  3       Q.   (By Mr. Chachkes)  I'm talking about
17:55:21  4   22262-2, is there the eyeballing method in 22262-2?
17:55:27  5       MR. CIRSCH:  Object to form.
17:55:27  6       THE WITNESS:  We only do the section 16,
17:55:30  7   section 14 in the counting rules for TEM in the
17:55:35  8   ISO 22262-2.
17:55:37  9       Q.   (By Mr. Chachkes)  So is it your opinion
17:55:38 10   that the ISO 22262-2 point counting method is not
17:55:44 11   required; it's just merely optional?
17:55:48 12       A.   22262, if you are going to do PLM, it goes
17:55:52 13   back to the 1, and it provides you the ability to do
17:55:55 14   either/or.
17:55:56 15       Okay.  So it's your opinion that point
17:55:59 16   counting in 22262-2 is optional?
17:56:03 17       MR. CIRSCH:  Object to form.
17:56:03 18       THE WITNESS:  You're going to have to show
17:56:05 19   me where the point counting is in 22262-2.
17:56:09 20       Q.   (By Mr. Chachkes)  Okay.  Sitting here
17:56:10 21   today, rather than burning the time on that, do you
17:56:16 22   have any reason to believe it's not optional, that it
17:56:18 23   was required, you just didn't do it?
17:56:20 24       MS. O'DELL:  Object to the form.
17:56:21 25       THE WITNESS:  No, I don't believe that.
```

274

```
17:56:23  1       Q.   (By Mr. Chachkes)  Okay.  Do you have any
17:56:23  2   reason to believe it's optional and so you had the
17:56:28  3   option of not going it?
17:56:29  4       MS. O'DELL:  Object to form.
17:56:30  5       MR. CIRSCH:  Object to form.
17:56:30  6       THE WITNESS:  We follow the 22262-1 PLM
17:56:34  7   method.  It provides the ability to do both
17:56:37  8   types of estimation.  And point counting is
17:56:41  9   another type of estimation.
17:56:43 10       Q.   (By Mr. Chachkes)  For those particles
17:56:44 11   that you determined were asbestiform in your report,
17:56:48 12   for each one, is it your opinion that these are
17:56:51 13   minerals with a fibrosity in which the fibers and
17:56:57 14   fibrils possess a high tensile strength and
17:57:00 15   flexibility?
17:57:01 16       MR. CIRSCH:  Object to form.
17:57:01 17       MS. O'DELL:  Would you repeat that,
17:57:02 18   please?
17:57:03 19       MR. CHACHKES:  Can you read that back?
17:57:24 20       (The record was read by the reporter.)
17:57:24 21       MR. CIRSCH:  Object to form.
17:57:25 22       THE WITNESS:  Again -- I guess we could
17:57:27 23   rehash this -- that is a general definition.
17:57:29 24   The protocol does not provide you any
17:57:31 25   methodology to determine high tensile strength
```

275

```
17:57:35  1   or any tensile strength.
17:57:38  2       It does not define what high is.  It does
17:57:40  3   not define how you determine flexibility on a
17:57:43  4   microscopic scale.
17:57:45  5       I guess that is just an opinion of
17:57:48  6   somebody taking a look at it.  But it's not
17:57:51  7   required for this analysis.
17:57:53  8       Q.   (By Mr. Chachkes)  I'm not asking a
17:57:55  9   question at all about what's required.  I'm asking
17:57:57 10   about what your opinion is.  Do the fibers you
17:58:02 11   identified as asbestiform in your report possess high
17:58:06 12   tensile strength and flexibility?
17:58:08 13       MR. CIRSCH:  Object to form.
17:58:09 14       Q.   (By Mr. Chachkes)  Did you determine that?
17:58:10 15       A.   You can't determine it.  The protocol
17:58:12 16   doesn't tell you how to determine it.  It doesn't
17:58:14 17   provide any guidance on how to determine it.  It
17:58:16 18   doesn't tell you what, quote, high tensile strength
17:58:20 19   is.
17:58:20 20       High tensile strength to me, personally,
17:58:21 21   probably 100 psi.  I don't think that's what they
17:58:25 22   mean, but at least there should be some guidance of
17:58:28 23   some sort to say, okay, somehow you have to put an
17:58:30 24   Instron inside your optical microscope and grab a
17:58:35 25   microscopic bundle and put it in the Instron and then
```

276

```
17:58:37  1   measure the tensile strength, and it has to be over
17:58:41  2   5,000 psi.  None of that exists.
17:58:43  3       A methodology is supposed to -- for a
17:58:46  4   person using a methodology is step A, step B, step C,
17:58:51  5   step D.  There is no methodology for determining
17:58:55  6   tensile strength, much less an undefined high tensile
17:58:58  7   strength.
17:58:59  8       Q.   Is there anything in the published
17:59:00  9   literature that allows a scientist to determine the
17:59:03 10   tensile strength and flexibility of a putative
17:59:07 11   asbestos fiber?
17:59:07 12       A.   Not individual fibers, no.  There's plenty
17:59:10 13   of literature that geologists walking around in a
17:59:15 14   mine can make a grab sample, usually 10 to
17:59:18 15   15 centimeters long, they'll tape it to paper, it's
17:59:21 16   very flexible at that, and then they'll put it in an
17:59:24 17   Instron and pull it, and then they can determine the
17:59:27 18   tensile strength.
17:59:28 19       Q.   Have you ever heard of -- sorry.
17:59:28 20       A.   Go ahead.  I'm sorry.
17:59:30 21       Q.   Did you ever hear of a PLM scientist
17:59:33 22   looking at a sample and pushing it down and if it
17:59:36 23   breaks versus whether it bends, that relates to
17:59:40 24   tensile strength?  Have you ever heard of that?
17:59:41 25       MR. CIRSCH:  Object to form.
```

277

17:59:42 1  THE WITNESS:  No.  There's no protocol for
17:59:45 2  that.
17:59:45 3  MR. CIRSCH:  Alex, we probably should
17:59:47 4  break any time in the next few minutes, if we
17:59:50 5  can.
6  MR. CHACHKES:  Yeah, we can take a break,
18:01:21 7  that's fine.
18:01:21 8  (Recess from 6:01 p.m. to 6:53 p.m.)
19:15:25 9  Q.  (By Mr. Chachkes)  Dr. Longo, your
19:15:52 10  analysts reported identifying cleavage fragments in
19:15:56 11  many of the samples by ISO PLM; correct?
19:15:58 12  A.  Yes.
19:15:58 13  Q.  How many anthophyllite cleavage fragments
19:16:01 14  did your analysts detect?
19:16:03 15  A.  I don't recall them detecting any.
19:16:04 16  Q.  How many tremolite cleavage fragments did
19:16:08 17  your analysts detect?
19:16:08 18  A.  We just determined -- we didn't do a count
19:16:11 19  of how many cleavage fragments, only that they were
19:16:13 20  present.
19:16:14 21  Q.  Did you produce the data regarding the
19:16:16 22  cleavage fragment particles in these samples?
19:16:20 23  A.  I produced all the data we have.  Some of
19:16:22 24  the photographs you can see some of the cleavage
19:16:26 25  fragments, others you can't.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

278

19:16:27 1  Q.  Did you quantify identified cleavage
19:16:32 2  fragments the way you quantified identified
19:16:35 3  asbestiform fibers and bundles?
19:16:36 4  A.  No.
19:16:37 5  Q.  And you don't report on cleavage fragments
19:16:41 6  in your report; correct?  I'm sorry, strike that.
19:16:45 7  You don't report on the concentration of
19:16:47 8  cleavage fragments in your report; correct?
19:16:49 9  A.  I do not.
19:16:50 10  Q.  Okay.  And you did not take that data?
19:16:54 11  A.  Other than to note that they were present.
19:16:57 12  Q.  And you cannot state to a
19:17:00 13  reasonable degree of scientific certainty what the
19:17:02 14  concentration of cleavage fragments in any of these
19:17:04 15  samples were; correct?
19:17:05 16  A.  We did not quantify the numbers of
19:17:09 17  cleavage fragments that were observed other than that
19:17:12 18  they were present.
19:17:13 19  MR. CHACHKES:  Okay.  Let's look at this
19:17:15 20  one.
19:17:19 21  All right.  We're going to look at a
19:17:21 22  sample where the analyst reported both cleavage
19:17:24 23  fragments and asbestos by PLM.  Let's mark 24.
24  (Defendants' Exhibit 24 was marked for
19:17:43 25  identification.)

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

279

19:17:43 1  Q.  (By Mr. Chachkes)  So you see at the
19:17:44 2  bottom, this is a -- actually, what do you call this
19:17:50 3  count sheet here, this sheet, Exhibit 24?
19:17:53 4  A.  It's the PLM analysis bench sheet.
19:17:56 5  Q.  Okay.  So this Exhibit 24, which is your
19:17:58 6  PLM analysis bench sheet for a particular sample, you
19:18:01 7  see at the bottom that both cleavage fragments and
19:18:07 8  asbestos particles were observed?
19:18:09 9  A.  Yes.
19:18:10 10  Q.  Okay.  I see it says -- is it both
19:18:15 11  actinolite and tremolite cleavage fragments were
19:18:18 12  observed?  Am I reading that right?
19:18:19 13  A.  Yes.
19:18:19 14  Q.  And let's go to -- and this is from your
19:18:24 15  report, pages 120 to 128 from your January report,
19:18:28 16  the analysis for bottle M68503-010-BL1; do you see
19:18:37 17  that?
19:18:37 18  A.  Yes.
19:18:38 19  Q.  Okay.  So let's turn to the picture -- the
19:18:47 20  first picture we get to, which is I guess on page 2
19:18:50 21  of this document.
19:18:51 22  Which are cleavage fragments and which are
19:18:53 23  asbestiform, or can you not tell?
19:18:56 24  A.  Well the one that we see here that's
19:18:58 25  measured as 69 micrometers, that is asbestiform.  We

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

280

19:19:03 1  have many talc particles, and --
19:19:06 2  Q.  How do you know which are the talc
19:19:10 3  particles?
19:19:10 4  A.  I'm looking at them.  Because under
19:19:13 5  dispersion staining they're usually anywhere from --
19:19:17 6  depending on the thickness of bluish to a brighter
19:19:20 7  yellow.
19:19:21 8  And potentially, one other asbestiform
19:19:28 9  down in the lower left-hand -- next to a fairly good
19:19:35 10  size talc particle.
19:19:36 11  Q.  It looks like the top of a T --
12  A.  Yes --
19:19:37 13  Q.  -- on its side?
19:19:39 14  A.  -- that's a good description.
19:19:41 15  And as for cleavage fragments -- and I
19:19:44 16  would have to be looking in the microscope, but I
19:19:47 17  would say potentially one.
19:19:49 18  Q.  Where?
19:19:49 19  A.  There (indicating).
19:19:53 20  Q.  So you're pointing to it looks like a
19:19:56 21  yellow kernel of corn somewhere center left, and
19:19:59 22  there's a very small kind of orangish stain right to
19:20:03 23  the right of it; is that what you're looking at?
19:20:05 24  A.  That's what I'm saying, potentially one.
19:20:08 25  Q.  Okay.  What about the next page?  Do you

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

281

19:20:14  1   see any asbestiform particles, any cleavage
19:20:17  2   fragments?
19:20:18  3       A.   Well, we're looking at the exact same
19:20:25  4   material.  Now we're in perpendicular dispersion,
19:20:29  5   which you have this color change, so there's no new
19:20:33  6   information here.
19:20:35  7       Q.   Okay.  And so what you identified in the
19:20:37  8   previous page as a potential cleavage fragment, is
19:20:40  9   that what I see, it's kind of like center, down about
19:20:43 10   halfway, above what looks like a yellow delta.
19:20:53 11       A.   Yes.
19:20:57 12       Q.   Okay.  Looking at the purple page.  Tell
19:21:15 13   me when you're there.  There's something an arrow is
19:21:18 14   pointing at.
19:21:19 15       A.   That's the same structure we've been
19:21:16 16   looking at.  It's at a higher magnification, 200
19:21:17 17   times.
19:21:25 18       Q.   Okay.
19:21:25 19       A.   So that's the actinolite/tremolite
19:21:30 20   asbestos bundle, and the resolution on the elongation
19:21:35 21   with the gypsum filter, if it's 530 nanometers,
19:21:42 22   you're not resolving any of these very small
19:21:45 23   particulates.
19:21:45 24       Q.   So you called it a bundle.  Where are the
19:21:47 25   fibers?

282

19:21:48  1       A.   Well, you can't see it there, but you can
19:21:51  2   see the fibers in the dispersion staining on both the
19:22:03  3   perpendicular and the parallel orientations.
19:22:06  4       Q.   Those are the first two pages we looked
19:22:09  5   at?
19:22:09  6       A.   Yes.
19:22:09  7       Q.   Okay.  Explain how you selected the
19:22:17  8   refractive index liquid when you conducted -- when
19:22:21  9   you're conducting analysis.
19:22:23 10       A.   The 1.605 is a common refractive indices
19:22:27 11   liquid that you can use.  You can use 1.605, you can
19:22:31 12   use a 1.63 or a 1.64; but that's, in my opinion, the
19:22:38 13   most common refractive indices liquid for amphiboles.
19:22:43 14       Q.   When you call it the most common, is
19:22:46 15   that -- can I find that in the peer-reviewed
19:22:48 16   literature?
19:22:48 17       A.   Let's see.  Would it say the most common?
19:22:58 18   I don't know.  But -- you know, I won't waste time,
19:23:02 19   but in the one they'll talk about the different
19:23:09 20   refractive indices liquids.  You can use others.
19:23:11 21       Q.   And you're looking at Exhibit 4, which is
19:23:12 22   the 22262 part 1?
19:23:14 23       A.   Yes.
19:23:14 24       Q.   I'm looking at page 15 where it says,
19:23:31 25   under 7.1.4.1, RI liquids in the range of 1.605 to

283

19:23:39  1   1.660 are required at intervals of 0005.
19:23:43  2       Do you see that?
19:23:45  3       A.   Yes.
19:23:50  4       Q.   Okay.  Is it what's in 7.1.4.1 that led
19:23:57  5   you to 1.605 as the RI liquid?
19:24:01  6       A.   Yes and no.  Yes, it states that 1.605.
19:24:07  7   But, no, it's the common refractive indices liquid
19:24:11  8   that we use that's in the R-93, so it's one of the
19:24:14  9   common refractive indices liquids for this type of
19:24:17 10   analysis.
19:24:18 11       Q.   Okay.  Did you use liquids at intervals of
19:24:23 12   005?
19:24:24 13       A.   No.  We just use 1.605.
19:24:32 14       Q.   Can RI liquid 1.605 determine whether a
19:24:38 15   particle is anthophyllite?
19:24:39 16       A.   Yes.
19:24:40 17       Q.   Can it be used to determine whether a
19:24:43 18   particle is talc?
19:24:44 19       A.   Yes.  You can determine the difference
19:24:49 20   between the talc and the anthophyllite and the
19:24:53 21   tremolite in 1.605.
19:24:55 22       You can use 1.55 if you want further
19:24:59 23   identification.
19:25:00 24       Q.   What color would anthophyllite appear as
19:25:03 25   using the RI liquid 1.605?

284

19:25:06  1       A.   Under dispersion staining it's typically a
19:25:10  2   lightish gold versus a darker, yellowish gold on the
19:25:17  3   tremolite, as I recall correctly.
19:25:19  4       Q.   What about talc, what color does that show
19:25:22  5   up?
19:25:22  6       A.   Anywhere from very bright, like as can be
19:25:30  7   seen in this, to, depending on the thickness, to a
19:25:34  8   bluish kind of grayish color.
19:25:37  9       Q.   Okay.  If the talc folds up on itself,
19:25:40 10   will it appear as a different color, that part that's
19:25:43 11   folded up on itself?
19:25:46 12       A.   We've never seen that, but I don't believe
19:25:46 13   so, no.
19:25:47 14       Q.   Okay.  Does the peer-reviewed literature
19:25:53 15   tell you what the colors will be for RI 1.605 for
19:25:57 16   anthophyllite talc and tremolite?
19:25:59 17       A.   Yes.  Depending on what type of microscope
19:26:04 18   you have, if it's got an angular condenser lens and
19:26:09 19   what the temperature is, you can go through the
19:26:11 20   wavelengths of light and colors and pick out the
19:26:15 21   refractive indices for these particular types of
19:26:18 22   amphiboles.
19:26:18 23       Q.   Okay.  Would you expect sometimes using RI
19:26:30 24   liquid 1.605 for anthophyllite to turn up as a color
19:26:32 25   that's completely different from lightish gold?

285

19:26:35 1    A.    Sometimes that happens, depending on the
19:26:39 2 thickness of the bundle, because of the way it's
19:26:43 3 transmitted through the light, so then you have to
19:26:46 4 look more around the edges of the bundle to get the
19:26:48 5 appropriate colors.
19:26:49 6          But I've seen it go from everything from a
19:26:51 7 goldish yellow to a reddish to a blue when you get
19:26:54 8 these really thick, multifiber bundles.
19:26:57 9          And where can I find in the peer-reviewed
19:27:01 10 literature this range of colors and what they
19:27:03 11 correspond to under RI 1.605?
19:27:06 12    A.    The Su article.  Or any article that tells
19:27:12 13 you how to do polarized light microscopy.  You can go
19:27:16 14 back to the early McCrone particle analysis.
19:27:31 15          MR. CHACHKES:  Okay.  Let's mark as the
19:27:32 16 next Exhibit 25.
17          (Defendants' Exhibit 25 was marked for
19:27:59 18 identification.)
19:27:59 19    Q.    (By Mr. Chachkes)  Okay.  In your expert
19:28:03 20 opinion, is -- this is a talc particle and an
19:28:06 21 anthophyllite particle?
19:28:08 22    A.    Well, you have one -- two talc particles
19:28:11 23 that you can see for sure.  This is out of focus.
19:28:15 24 And then you have the anthophyllite asbestos bundle.
19:28:20 25    Q.    So the -- I'm focusing on the talc

286

19:28:25 1 particle in the center.  It's your opinion that what
19:28:28 2 happened is there's an anthophyllite fiber that has
19:28:32 3 the exact length and is perfectly flush with the talc
19:28:37 4 particle that happened to match perfectly that edge?
19:28:41 5          MR. CIRSCH:  Object to form.
19:28:42 6          THE WITNESS:  Yes.
19:28:48 7    Q.    (By Mr. Chachkes)  Okay.  And is there a
19:28:49 8 chance that that actually is just the rolled up edge
19:28:51 9 of a talc?
19:28:52 10    A.    No.
19:28:52 11    Q.    And why do you say no?
19:28:53 12    A.    Because you have some rolling here a
19:28:56 13 little bit.  But it doesn't matter if it rolls up;
19:29:00 14 you're not going to get the same color like that.
19:29:02 15    Q.    And you said that you can get a range of
19:29:10 16 colors for anthophyllite, including red and blue.
19:29:13 17 Does the same apply for talc?
19:29:15 18    A.    No, that's not what I said.  I said if you
19:29:18 19 have a very thick bundle, you're going to have the
19:29:20 20 range of colors.  And it happens with the
19:29:22 21 actinolite/tremolite also, but you do get the primary
19:29:25 22 colors.  Once it gets to a certain thickness,
19:29:29 23 transmitting through the light is different.  So we
19:29:33 24 have some examples of those somewhere where you can
19:29:35 25 get the appropriate colors.  That's not rolled up

287

19:29:37 1 talc.
19:29:38 2    Q.    Okay.  And do you have a reference in
19:29:44 3 mind, peer-reviewed reference, that shows you what a
19:29:47 4 rolled up talc looks like in a PLM?
19:29:49 5    A.    I've never seen a peer-reviewed reference
19:29:53 6 that shows what that looks like.  You know, I'll
19:29:56 7 quote from Walter McCrone himself that he's never
19:30:01 8 seen a rolled up talc particle.
19:30:03 9    Q.    And you're citing what paper?
19:30:05 10    A.    It's in my report, the reference to it,
19:30:09 11 where he says exactly that he had -- for whatever
19:30:12 12 reason, that I have never seen a rolled up talc
19:30:15 13 particle.
19:30:16 14    Q.    Do you know what refractive index liquid
19:30:20 15 it takes to make the distinction between
19:30:22 16 anthophyllite and talc?
19:30:24 17    A.    You can use -- this is in 1.605.
19:30:30 18    Q.    Okay.  Go ahead.
19:30:32 19    A.    You can use that.  But if you're going to
19:30:35 20 look just at the talc alone, you use the 1.5 fiber
19:30:40 21 refractive indices liquid.
19:30:42 22    Q.    Okay.
19:30:43 23    A.    But you can't kind of mix and match here.
19:30:47 24 If you're going to -- and we do that sometimes when
19:30:48 25 there's no -- if there's no asbestiform bundles in

288

19:30:52 1 it, you'll see in some of our count sheets in there
19:30:56 2 that it will have 1.55.
19:30:57 3    Q.    But it is your opinion that you can use
19:31:00 4 1.605 to distinguish anthophyllite and talc?
19:31:04 5    A.    Correct.
19:31:05 6    Q.    Okay.  Is there additional data concerning
19:31:22 7 the samples upon which you reported ISO PLM, as in a
19:31:26 8 file somewhere in your laboratory but not printed out
19:31:28 9 or produced?
19:31:29 10    A.    I don't believe so.  I tried to produce
19:31:31 11 everything that we took.
19:31:32 12    Q.    Okay.  Was there any data generated in
19:31:34 13 connection with ISO PLM analysis in this case that
19:31:36 14 was either thrown away or deleted?
19:31:39 15    A.    No.
19:31:39 16    Q.    What are the differences, if any, between
19:31:45 17 how your analysts employed the Blount method and how
19:31:50 18 it is actually written in the 1991 article?
19:31:54 19    A.    The only difference is it's unable to
19:31:59 20 really interpret how she counts the particulates or
19:32:03 21 if she is counting the fibers per milligram of
19:32:06 22 material.  We've looked at that.
19:32:09 23          So she gives it in numbers of fibers or
19:32:14 24 numbers of bundles per milligram, a number count,
19:32:15 25 which is the same thing we do, of course, in the TEM,

289

19:32:19 1 where we just follow the procedure here for the ISO

19:32:21 2 22262-1 for an estimated weight percent.

19:32:26 3 Q. Okay. But otherwise, you followed the

19:32:28 4 1991 Blount method to the letter?

19:32:31 5 A. Pretty much.

19:32:32 6 Q. Following the Blount concentration, your

19:32:37 7 analysts conducted PLM pursuant to ISO 22262-1 PLM

19:32:41 8 method; right?

19:32:43 9 A. That's correct.

19:32:43 10 Q. Blount did not use that 22262-1 PLM;

11 correct?

19:32:49 12 A. No, she used a fiber count method so that

19:32:53 13 if you look at her data, I think she has anywhere for

19:32:57 14 that sample I, which is the Johnson & Johnson Vermont

19:33:02 15 sample, 1989-1990, she finds in the range of about

19:33:05 16 100 to almost 235 milligrams -- fiber/bundles per

19:33:11 17 milligram. So if you multiply that by 1,000 she's

19:33:14 18 finding the ranges of concentrations at the higher

19:33:18 19 end that we are.

19:33:18 20 Q. And --

19:33:20 21 A. So we followed the counting rules for

19:33:23 22 estimating weight percent. She did what we do into

19:33:27 23 the TEM and did a number count per milligram of talc.

19:33:32 24 Q. Dr. Blount's paper includes a particle

19:33:35 25 size distribution analysis; correct?

290

19:33:39 1 A. Particle size distribution analysis for

19:33:41 2 the length and size of the asbestos -- tremolite

19:33:45 3 asbestos she was finding in the PLM, yes.

19:33:47 4 Q. And she plotted the aspect ratios of the

19:33:50 5 particles she viewed by PLM?

19:33:53 6 A. The fibrous asbestos, yes, she did.

19:33:55 7 Q. She did this because asbestos has a

19:33:57 8 characteristic distribution?

19:34:00 9 A. Milled tremolite has a characteristic

19:34:04 10 distribution, yes.

19:34:04 11 Q. Okay. And the nonasbestiform version of

19:34:09 12 the same amphibole has a different characteristic

19:34:13 13 distribution?

19:34:13 14 A. Yes, it does.

19:34:14 15 Q. And you did not generate a particle size

19:34:17 16 distribution chart like the one in Blount's paper --

19:34:22 17 the ones in Blount's paper in your report?

19:34:23 18 A. Not for the MDL samples, no. We did for

19:34:26 19 the original analysis so that we could compare it to

19:34:29 20 the NIST tremolite asbestos standard, to Blount's

19:34:34 21 particle size, as well as the Campbell particle size.

19:34:39 22 Q. You included a table with average particle

19:34:43 23 size that your analysts recorded by TEM, however,

19:34:46 24 though; right?

19:34:46 25 A. Correct.

291

19:34:47 1 Q. Dr. Blount included particles in her

19:34:50 2 particle size distribution that were below the 3-to-1

19:34:53 3 aspect ratio; correct?

19:34:54 4 A. That's correct.

19:34:54 5 Q. Do you have any other opinions regarding

19:34:57 6 Dr. Blount's 1990 or 1991 papers in this case beyond

19:35:01 7 those expressed in your report and that we just

19:35:03 8 discussed?

19:35:03 9 A. No.

19:35:04 10 Q. Is additional data concerning the samples

19:35:08 11 upon which you reported for Blount PLM in a file

19:35:11 12 somewhere in your laboratory but not printed out and

19:35:13 13 produced?

19:35:14 14 A. No. We've produced everything that we

19:35:15 15 generated for the MDL.

19:35:05 16 Q. Okay. And all data and material

19:35:22 17 information generated about your work for the Blount

19:35:25 18 PLM was produced?

19:35:27 19 MS. O'DELL: Object to the form.

19:35:28 20 THE WITNESS: As far as I know, everything

19:35:29 21 was produced for all the data we collected for

19:35:34 22 the MDL samples.

19:35:34 23 Q. (By Mr. Chachkes) Okay. And I think I

19:35:35 24 already know the answer, but I'm going to ask it.

19:35:37 25 And any of the data you generated for your Blount PLM

292

19:35:40 1 analysis, was any of it thrown away or deleted?

19:35:43 2 A. No. We have many negatives, we have many

19:35:47 3 positives, so we just reported what we saw.

19:35:50 4 Q. In your report at page 8 you state that

19:35:53 5 you found fibrous talc in 98 percent of the Italian

19:35:56 6 and Vermont talc samples by ISO 22262-1; correct?

19:36:00 7 A. That's correct.

19:36:00 8 Q. What's your definition of fibrous talc?

19:36:03 9 A. Has greater than .5 micrometers in length,

19:36:08 10 has parallel sides, and it has at least 5-to-1 aspect

19:36:12 11 ratio.

19:36:12 12 Q. Is there a scientific consensus that there

19:36:17 13 is such a thing as fibrous talc?

19:36:21 14 MR. CIRSCH: Object to form.

19:36:22 15 THE WITNESS: I don't believe so.

19:36:22 16 Q. (By Mr. Chachkes) Are you aware of any

19:36:23 17 epidemiologist or doctor who has studied the health

19:36:26 18 effects of fibrous talc?

19:36:28 19 A. I don't testify about health effects of

19:36:30 20 fibrous talc or regulated asbestos, so I don't have

19:36:33 21 any opinions about that one way or the other if

19:36:35 22 anybody has studied it. That's not my area.

19:36:37 23 Q. You were disclosed for health and

19:36:39 24 regulatory definitions of talc; correct?

19:36:41 25 MS. O'DELL: Object to the form.

293

| | |
|---|---|
| 19:36:42 | 1 |
THE WITNESS:  I don't believe so.

19:36:43  2      Q.     (By Mr. Chachkes)  Okay.  And you're not

19:36:45  3  here to testify about health and regulatory

19:36:48  4  definitions of talc?

19:36:49  5      A.     **I'm not testifying that fibrous talc has**

19:36:52  6  **any impact on the human body whatsoever.**

19:36:55  7      Q.     Are you aware of any regulatory

19:36:57  8  definitions of fibrous talc?

19:37:00  9      A.     **Fibrous talc for the protocols that we**

19:37:05  10  **follow is not deemed a regulated asbestos fiber.  We**

19:37:10  11  **just follow the same counting rules that we do for**

19:37:13  12  **asbestos to characterize what we're looking at.**

19:37:18  13      Q.     So ISO 22262, parts 1 through 3, they

19:37:22  14  don't define fibrous talc; correct?

19:37:25  15      A.     **They define anything that is an elongated**

19:37:28  16  **structure and fibrous that if you care to write down**

19:37:31  17  **your findings you could put it in.**

19:37:35  18      Q.     So they define fibrous talc in that way?

19:37:37  19      A.     **They define elongated fiber materials that**

19:37:42  20  **you're going to -- if you wish to count into the TEM,**

19:37:46  21  **any elongated structure.**

19:37:48  22      Q.     Okay.  And so it's your testimony that ISO

19:37:55  23  22262 was meant as a method to count fibrous talc?

19:38:01  24      MR. CIRSCH:  Object to form.

19:38:01  25      THE WITNESS:  I didn't say that.

294

19:38:02  1      Q.     (By Mr. Chachkes)  Is it a method to count

19:38:03  2  fibrous talc?  Is it meant as such as method?

19:38:06  3      MR. CIRSCH:  Object to form.

19:38:07  4      THE WITNESS:  I don't know what it was

19:38:08  5  meant for, but it gives you the tools if you

19:38:10  6  wish to do that.  They don't restrict what you

19:38:13  7  can or can't count.  Nowhere in the method does

19:38:16  8  it say don't count the fibrous talc.

19:38:19  9      Q.     (By Mr. Chachkes)  And can you identify

19:38:26  10  anywhere where there's a method and a peer-reviewed

19:38:30  11  literature or peer-reviewed publication where it

19:38:34  12  expressly refers to fibrous talc and a method to

19:38:36  13  count fibrous talc?

19:38:38  14      A.     **All the methods allow you to do that.**

19:38:42  15      Q.     Yeah, I'm not asking about what methods

19:38:44  16  allow you --

19:38:45  17      A.     **You interrupted me.**

18      Q.     Okay.

19:38:46  19      A.     **It's late.**

19:38:47  20      **All the methods give you the tools to do**

19:38:49  21  **that if you wish.  No method out there says do not**

19:38:52  22  **count this particular type of structure.  Just like**

19:38:55  23  **in Blount, where she counted the particulates and**

19:38:58  24  **tried to get a ratio of how many amphibole asbestos**

19:39:01  25  **was for every number of particulates.  The**

295

19:39:04  1  **information doesn't change because somebody doesn't**

19:39:07  2  **say one way or the other if you should do it.**

19:39:10  3      Q.     It's a simple question, if you would

19:39:12  4  answer the question I'm actually asking, which is is

19:39:15  5  there a published or peer-reviewed document that you

19:39:17  6  can point me to that expressly talks about a way to

19:39:21  7  count fibrous talc?

19:39:22  8      MR. CIRSCH:  Object to form.

19:39:23  9      Q.     (By Mr. Chachkes)  Putting aside whether

19:39:26  10  you can use some other method that doesn't say the

19:39:28  11  phrase fibrous talc -- to count fibrous talc, is

19:39:30  12  there something that expressly refers to fibrous talc

19:39:32  13  and a method to count it?

19:39:34  14      MR. CIRSCH:  Object to form.

19:39:35  15      THE WITNESS:  I'd have to go back and

19:39:37  16  relook.  None of the methods say do not count

19:39:39  17  fibrous talc.

19:39:41  18      Q.     (By Mr. Chachkes)  Sitting here -- okay.

19:39:43  19      MR. CIRSCH:  Let him finish.

19:39:44  20      THE WITNESS:  None of the methods say do

19:39:46  21  not count fibrous talc.

19:39:47  22      Q.     (By Mr. Chachkes)  Yes, you said that many

19:39:49  23  times.  I'm --

19:39:49  24      MR. CIRSCH:  You're interrupting him

19:39:51  25  again.  Stop.  Stop.

296

19:39:52  1      THE WITNESS:  Let me start over.  I lost

19:39:54  2  my train of thought.

19:39:55  3      None of the methods say do not count

19:39:57  4  fibrous talc.  The 7402 -- NIOSH 7402

19:40:01  5  specifically says if it's fibrous talc, count

19:40:05  6  it, in TEM.  That's one.  And I'll have to --

19:40:08  7      Q.     (By Mr. Chachkes)  So --

19:40:10  8      MR. CIRSCH:  You keep interrupting him.

19:40:12  9      MR. CHACHKES:  I'm asking just to save --

19:40:12  10      MS. O'DELL:  No, you're interrupting him.

19:40:14  11      MR. CIRSCH:  You keep doing it, Alex.

19:40:16  12      THE WITNESS:  So that's one.

19:40:17  13      Q.     (By Mr. Chachkes)  NIOSH?

19:40:18  14      A.     **NIOSH 7402 TEM method, where you're**

19:40:20  15  **determining the percentage of asbestos -- regulated**

19:40:24  16  **asbestos defined by the counting rules versus other**

19:40:27  17  **things, and it actually has talc in there.**

19:40:30  18      Q.     Okay.  So in there I can look, and it will

19:40:32  19  say here's how you count fibrous talc?

19:40:35  20      A.     **I don't think they put it that simply.**

19:40:38  21  **But if you have knowledge about the protocols and**

19:40:41  22  **read through it, you would understand.**

19:40:43  23      Q.     Okay.  Putting aside whether there are

19:40:46  24  documents that don't expressly say you can't use them

19:40:48  25  for this purpose, is there a document that says this

**297**

| | |
|---|---|
| 19:40:53 | 1 is how you count fibrous talc, using the phrase |
| 19:40:56 | 2 fibrous talc? |
| 19:40:57 | 3    A.    They all say it because they say this is |
| 19:40:59 | 4 how you define a fiber.  Then how you identify what |
| 19:41:03 | 5 that fiber is, you can make that decision.  But every |
| 19:41:06 | 6 one of these TEM protocols say this is the definition |
| 19:41:09 | 7 of a fiber. |
| 19:41:10 | 8    Q.    Putting aside protocols and publications |
| 19:41:16 | 9 that talk about fibers generally, and putting aside |
| 19:41:18 | 10 your continued insistence on talking about things |
| 19:41:21 | 11 that don't say something, is there something that |
| 19:41:23 | 12 actually says this is how you count fibrous talc, |
| 19:41:27 | 13 using the phrase fibrous talc? |
| 19:41:29 | 14    MR. CIRSCH:  Object to form. |
| 19:41:33 | 15    THE WITNESS:  It is my opinion that they |
| 19:41:34 | 16 all give you the tools to count fibrous talc. |
| 19:41:37 | 17 Do they actually say what every mineral -- |
| 19:41:39 | 18 elongated particle mineral is that you should or |
| 19:41:42 | 19 should not count?  I'd have to go back and |
| 19:41:44 | 20 check. |
| 19:41:45 | 21    I'm going to give you the same answer for |
| 19:41:47 | 22 the same question.  They all provide you the |
| 19:41:49 | 23 tools or the counting procedures to count |
| 19:41:53 | 24 whatever elongated particle you want and |
| 19:41:56 | 25 identify it. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**298**

| | |
|---|---|
| 19:41:56 | 1    Q.    (By Mr. Chachkes)  So sitting here today, |
| 19:41:57 | 2 you can't tell me a counting protocol that expressly |
| 19:42:01 | 3 mentions this is how you count, mentioning the phrase |
| 19:42:04 | 4 fibrous talc? |
| 19:42:06 | 5    MR. CIRSCH:  Object to form.  He's |
| 19:42:07 | 6 answered the question.  I instruct him not to |
| 19:42:09 | 7 answer any further. |
| 19:42:11 | 8    MR. CHACHKES:  You're instructing him not |
| 19:42:12 | 9 to answer? |
| 19:42:13 | 10    MR. CIRSCH:  He answered the question.  I |
| 19:42:13 | 11 mean, you're badgering him now with the same |
| 19:42:15 | 12 question over and over again. |
| | 13    MR. CHACHKES:  I'm asking a different |
| 19:42:17 | 14 question. |
| 19:42:17 | 15    MS. O'DELL:  Alex, I'm sure you're |
| 19:42:19 | 16 aware -- |
| 19:42:20 | 17    MR. CHACHKES:  Who's objecting here? |
| 19:42:21 | 18    MS. O'DELL:  I'm objecting right here, and |
| | 19 I'm sure you're aware -- |
| 19:42:22 | 20    MR. CHACHKES:  Okay.  Can we just keep it |
| 19:42:24 | 21 to one person?  It's a much more controlled |
| 19:42:25 | 22 environment when we do that. |
| 19:42:25 | 23    MS. O'DELL:  Let me -- don't interrupt me. |
| | 24    MR. CHACHKES:  Okay.  Wait.  Which Lee is |
| 19:42:26 | 25 objecting? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**299**

| | |
|---|---|
| 19:42:29 | 1    MS. O'DELL:  CMO 11, as you know, Alex, |
| 19:42:32 | 2 requires you to -- |
| 19:42:34 | 3    MR. CHACHKES:  I'm sorry, are you |
| 19:42:35 | 4 testifying about a document? |
| 19:42:36 | 5    MS. O'DELL:  I'm telling you what the |
| 19:42:37 | 6 order says. |
| | 7    MR. CHACHKES:  Oh, okay.  I'm sorry. |
| 19:42:38 | 8    MS. O'DELL:  You may not be aware of the |
| 19:42:39 | 9 order since you've not appeared in the MDL, but |
| 19:42:42 | 10 it says to -- |
| | 11    MR. CHACHKES:  Actually -- |
| 19:42:42 | 12    MS. O'DELL:  -- treat the witness with |
| 19:42:44 | 13 civility and respect. |
| 19:42:46 | 14    He's answered your question, and you |
| 19:42:47 | 15 should stop badgering him. |
| 19:42:49 | 16    MR. CHACHKES:  Okay.  Your objection's |
| 19:42:51 | 17 been made. |
| 19:42:52 | 18    Q.    (By Mr. Chachkes)  Are fibrous talc and |
| 19:42:53 | 19 asbestiform talc different? |
| 19:42:55 | 20    A.    No. |
| 19:42:59 | 21    Q.    In your report at page 30 you write that |
| 19:43:03 | 22 others have reported that fibrous talc is a |
| 19:43:06 | 23 geological metamorphic transformation of |
| 19:43:09 | 24 anthophyllite to fibrous talc? |
| 19:43:11 | 25    A.    Yes. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**300**

| | |
|---|---|
| 19:43:12 | 1    Q.    Okay.  And then you cite a couple of |
| 19:43:15 | 2 things.  There's an MVA report -- two MVA reports, |
| 19:43:19 | 3 right?  You can go to page 30, footnotes 42, 43. |
| 19:43:28 | 4    A.    It should be reference 30, Virta, The |
| 19:43:44 | 5 Phase Relationship of Talc and Amphiboles in a |
| 19:43:47 | 6 Fibrous Talc Sample, Bureau of Mines report is one. |
| 19:43:50 | 7    Veblen, 29, New Bio -- it's late -- I |
| 19:43:56 | 8 can't even pronounce it -- Biopyriboles, Chester, |
| 19:44:00 | 9 Vermont, talks about the polymorph transformation. |
| 19:44:06 | 10 That's how fibrous talc is generated -- |
| | 11    Q.    Okay. |
| 19:44:08 | 12    A.    -- is the -- during way back when, during |
| 19:44:11 | 13 pressure and temperature, when you had the liquid |
| 19:44:12 | 14 rock and -- depending on the minerals.  Those are two |
| 19:44:16 | 15 references and there's others.  I didn't put all of |
| 19:44:19 | 16 them in there. |
| 19:44:19 | 17    Q.    Okay.  Let's talk about two references you |
| 19:44:21 | 18 did put in.  You put in two references to MVA |
| 19:44:24 | 19 reports, footnotes 42 and 43; correct? |
| 19:44:55 | 20    Am I correct that 42 and 43 -- |
| 19:44:58 | 21    A.    You are correct. |
| 19:44:58 | 22    Q.    Okay.  And those are reports prepared for |
| 19:45:01 | 23 plaintiffs in talc litigation? |
| 19:45:05 | 24    MR. CIRSCH:  Object to form. |
| 19:45:06 | 25    THE WITNESS:  That's my understanding. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**301**

19:45:06  1   Q.   (By Mr. Chachkes)  Okay.  In your footnote
19:45:09  2   42, you have the date of the MVA report as 2018, but
19:45:14  3   it was actually from 2017; correct?
19:45:18  4   A.   That's correct.
19:45:18  5   Q.   These MVA reports you cite in footnotes 42
19:45:22  6   and 43, those were not published; correct?
19:45:24  7   A.   No, sir.
19:45:25  8   Q.   And they're not peer-reviewed?
19:45:27  9   A.   As far as I know, they haven't been
19:45:30  10  published.
19:45:30  11  Q.   And they're not peer-reviewed, are they?
19:45:33  12  A.   Well, if you're talking about
19:45:34  13  peer-reviewed in a publication, no.
19:45:36  14  Q.   Okay.  Is there another form of peer
19:45:41  15  review you're aware of?
19:45:42  16  A.   Well, any time anybody looks over a report
19:45:46  17  and writes comments about it, it's peer-reviewed.
19:45:49  18  Q.   So would you call your expert report in
19:45:51  19  this case peer-reviewed?
19:45:53  20  A.   No, sir.
19:45:55  21  Q.   Didn't Rigler look over it?
19:45:58  22  A.   I'm talking about peer review where people
19:46:00  23  are looking for the scientific validity of it.  It's
19:46:05  24  not -- as far as I know, the MVA talc analysis has
19:46:09  25  not been published.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**302**

19:46:10  1   Q.   Okay.  And as far as you know, you don't
19:46:13  2   have any information that it's been peer-reviewed?
19:46:15  3   MR. CIRSCH:  Object to form.
19:46:16  4   THE WITNESS:  You know, I'll give you
19:46:17  5   that.  That's correct.
19:46:17  6   Q.   (By Mr. Chachkes)  What is MVA?  What does
19:46:21  7   it stand for?
19:46:22  8   A.   Millette, Vander Wood & Associates.
19:46:24  9   Q.   And both of these reports were authored by
19:46:27  10  Dr. Steve Compton?
19:46:28  11  A.   Yes, sir.
19:46:28  12  Q.   And you've testified in cases with
19:46:30  13  Dr. Compton before; correct?
19:46:31  14  A.   I understand he's been in the same cases
19:46:33  15  as me.
19:46:34  16  Q.   On plaintiffs' side?
19:46:35  17  MR. CIRSCH:  Object to form.
19:46:36  18  THE WITNESS:  Yes, sir.
19:46:36  19  Q.   (By Mr. Chachkes)  Okay.  He's also an
19:46:38  20  expert for plaintiffs' attorneys in asbestos
19:46:40  21  litigation?
19:46:41  22  A.   He has.
19:46:41  23  Q.   Describe how your analysts utilized
19:46:49  24  process blanks in their analysis.
19:46:51  25  A.   Every set of samples that are prepared, a

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**303**

19:46:56  1   process blank is prepared along with it so that
19:46:59  2   everything is done exactly the same except no talc.
19:47:03  3   And then those samples are run through the whole
19:47:07  4   preparation process, and then they are analyzed in
19:47:09  5   the same manner as the talc samples.
19:47:13  6   Q.   Do your analysts run a process blank with
19:47:16  7   every single individual sample?
19:47:17  8   A.   No.  Every set of samples that are all
19:47:20  9   prepared at the same time.
19:47:21  10  Q.   Okay.  And so for the MDL samples, what
19:47:24  11  would constitute a set in that context?
19:47:28  12  A.   Let me look, because Rigler can talk about
19:47:48  13  it more tomorrow.
19:48:02  14  So we have a number of blanks, and
19:48:06  15  typically we have a chart that shows which process
19:48:12  16  blanks go to which set of samples.
19:48:22  17  I'll see if Rigler can bring that
19:48:23  18  tomorrow.
19:48:30  19  I don't have that information.  Typically
19:48:32  20  we give that.
19:48:32  21  Q.   Why do you say Rigler can bring it
19:48:35  22  tomorrow?  Was he involved in that process?
19:48:38  23  A.   Well, he was involved putting this report
19:48:40  24  together.  And since he's coming tomorrow, maybe he
19:48:43  25  can get in early enough to say which set of samples

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**304**

19:48:46  1   were analyzed for each process blank.
19:48:49  2   Q.   Sitting here today, even with the report
19:48:51  3   before you, you can't tell me that?
19:48:53  4   A.   No, I don't see the chart that we have
19:49:01  5   prepared in the past.
19:49:03  6   Q.   Do your analysts run a process blank with
19:49:06  7   every sample analyzed by PLM?
19:49:08  8   A.   Well, you don't have anything that you're
19:49:12  9   generating.  A process blank would literally be
19:49:17  10  putting the glass slide on the polarized light
19:49:20  11  microscope and looking at it because you're not
19:49:20  12  filtering anything, you're not using reagents, so
19:49:24  13  there's no such thing as a process blank in polarized
19:49:27  14  light microscopy.
19:49:27  15  Q.   Okay.  Does the ISO method provide a
19:49:35  16  process blank protocol?
19:49:38  17  A.   I don't think so.
19:49:39  18  Q.   Do you follow a process blank procedure
19:49:42  19  pursuant to your lab's standard protocols?
19:49:44  20  A.   Yes.
19:49:44  21  Q.   Is that written down somewhere?
19:49:48  22  A.   I believe so.
19:49:49  23  Q.   All right.  We would request that be
19:49:52  24  produced.
19:49:52  25  Turning back to your TEM process blanks,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

305

19:49:55 1 in your January 2019 report you write that, The
19:49:58 2 process laboratory blanks were prepared in the exact
19:50:02 3 manner as the talc samples but without any talc
19:50:04 4 material.
19:50:05 5      Does that sound familiar?
19:50:06 6      A. **It does.**
19:50:06 7      Q. Okay.
19:50:07 8      A. **I wrote it.**
19:50:08 9      Q. Was the first step in your process blank
19:50:10 10 protocol centrifuging a centrifuge tube with just
19:50:15 11 heavy liquid and no talc in it?
19:50:17 12      A. **Correct.**
19:50:17 13      Q. The first step of your process blank
19:50:19 14 protocol test tests both -- does it test both the
19:50:25 15 centrifuge tube and the heavy liquid for
19:50:27 16 contamination?
19:50:28 17      A. **Well, since it's in the centrifuge tube,**
19:50:31 18 **whatever it's touched would be -- you would be**
19:50:33 19 **measuring that potential for contamination.**
19:50:36 20      Q. It follows that your process blank
19:50:39 21 protocol did not include the portion of your method
19:50:41 22 before centrifugation where you transferred the
19:50:44 23 samples to a balance to be weighed?
19:50:46 24      A. **Since we're putting no talc in it, that's**
19:50:50 25 **correct.**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

306

19:50:49 1      Q. If there was a contamination on the scale,
19:50:52 2 that would not be accounted for in the process blank
19:50:54 3 protocol; correct?
19:51:00 4      A. **If. Well, there's no evidence that**
19:51:04 5 **there's an if in the scale. It's not just taken out**
19:51:09 6 **and poured onto the scale. You use weigh paper.**
19:51:13 7 **They're very careful about that.**
19:51:16 8      **But there is -- so there's no**
19:51:19 9 **contamination from the scale.**
19:51:20 10      Q. But it's fair to say the process blank
19:51:23 11 protocol does not account for potential contamination
19:51:25 12 on the scale, putting aside whether there's
19:51:27 13 contamination or not?
19:51:28 14      A. **The process blank is everything that is**
19:51:30 15 **touched: the liquid, the filtration, the filter, the**
19:51:37 16 **centrifuge tube, the additional material, the**
19:51:46 17 **apparatus that holds the filter, all that is checked.**
19:51:50 18      Q. My question's about what wasn't checked.
19:51:53 19 Was the scale checked with the process blank
19:51:55 20 protocol?
19:51:56 21      A. **You can't check the scale.**
19:51:57 22      Q. Okay. When you ran your process blanks,
19:52:00 23 that process did not involve scraping samples out of
19:52:03 24 the MCT tubes; right?
19:52:09 25      A. **Scraping samples out of the MC tube -- the**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

307

19:52:19 1 tube is cut with a guillotine. The centrifuge tube
19:52:24 2 is cut with a guillotine. There's no scraping for
19:52:26 3 the TEM.
19:52:27 4      Q. When you ran your process blanks, the
19:52:30 5 process did not involve taking material out of the
19:52:33 6 MCT tubes; right?
19:52:35 7      A. **Sure, it did. It's the same way we take**
19:52:38 8 **the material out when we do the TEM analysis for the**
19:52:41 9 **process blanks. The end of the tube is cut where the**
19:52:45 10 **heavy materials -- the heavy minerals are, and then**
19:52:49 11 **it's run the exact same way.**
19:52:51 12      Q. Okay. So the process blank protocol did
19:52:52 13 include the portion of your method where you scraped
19:52:54 14 the centrifuge from the tube which is --
19:52:56 15      A. **It's not scraped.**
19:52:57 16      MR. CIRSCH: Object to form.
19:52:58 17      THE WITNESS: There's no scraping.
18      Q. (By Mr. Chachkes) Okay.
19:53:00 19      A. **The tip is cut with a guillotine after**
19:53:02 20 **it's been flash frozen in liquid nitrogen, and then**
19:53:07 21 **that whole tip is put into a solution and then**
19:53:08 22 **washed. There's no scraping.**
19:53:09 23      Q. I'll pick a more palatable verb.
19:53:13 24      It follows that -- so you're saying your
19:53:14 25 process blank protocol included the portion of your

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

308

19:53:15 1 method where you removed from the centrifuge the
19:53:22 2 material with a spatula?
19:53:27 3      A. **There's no removing from the centrifuge**
19:53:29 4 **tube after the spin-down with a spatula.**
19:53:34 5      Q. Do you just leave the material in the
19:53:36 6 centrifuge?
19:53:36 7      A. **We cut the tip of -- the very bottom of**
19:53:38 8 **the centrifuge tube off for TEM analysis, and then**
19:53:41 9 **that whole tip is transferred inside and outside into**
19:53:44 10 **the solution that is then going to be filtered where**
19:53:47 11 **you dilute the heavy liquid density material, as we**
19:53:50 12 **do with the TEM analysis.**
19:53:53 13      Q. What percentage of MAS's work is testing
19:53:55 14 talc for asbestos?
19:53:56 15      A. **A lot.**
19:54:02 16      Q. Over 80 percent?
19:54:03 17      A. **I would say right now that our revenue is**
19:54:06 18 **approximately 70 percent of talc analysis and**
19:54:09 19 **everything associated with it.**
19:54:10 20      Q. Is the remaining --
19:54:12 21      MR. CIRSCH: I don't know if he was --
19:54:13 22      were you done?
19:54:13 23      THE WITNESS: Yeah.
19:54:13 24      Q. (By Mr. Chachkes) Is the remaining
19:54:15 25 percentage primarily testing asbestos?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**309**

19:54:19 1    A.    Very small percentage of that.  Other

19:54:24 2  stuff that we do.

19:54:24 3    Q.    I'm sorry.

19:54:26 4    A.    Other nonlitigation projects that we do.

19:54:29 5    Q.    Of the 30 percent of your work that isn't

19:54:33 6  testing talc for asbestos, is that -- what's that

19:54:37 7  30 percent?  What are you testing for?

19:54:38 8    A.    Well, we do -- like today, I mean, the

19:54:46 9  analysts have around 100 regular, everyday PLM.  It's

19:54:49 10  testing for asbestos but not litigation related.

19:54:51 11    Q.    Okay.  My question didn't really relate to

19:54:54 12  litigation related or not.

19:54:56 13         Of the percentage of your work that's not

19:54:57 14  related to testing talc for asbestos, which is in the

19:55:01 15  range of 30 percent, is it primarily testing other

19:55:03 16  things for asbestos?  Strike that.  That was a

19:55:08 17  terrible question.

19:55:08 18         For the 30 percent of MAS's work that is

19:55:13 19  not testing talc for asbestos, is that remainder

19:55:17 20  primarily testing for asbestos in other materials or

19:55:21 21  testing asbestos itself?

19:55:22 22    A.    Well, let me back up.  All our litigation

19:55:24 23  work is approximately 70 percent.  I would say talc

19:55:29 24  is approximately, of that 70 percent, maybe 35,

19:55:31 25  40 percent.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**310**

19:55:35 1         And then the other portion of that

19:55:38 2  70 percent would be other litigation, other asbestos

19:55:41 3  testing, non-talc work.  And then we have 30 or

19:55:45 4  35 percent nonasbestos work.

19:55:48 5         Can we go off the record for a minute?

19:55:50 6    MR. CHACHKES:  Sure.

19:55:50 7         (Off the record.)

19:56:09 8         (Recess from 7:56 p.m. to 7:58 p.m.)

19:58:45 9    Q.    (By Mr. Chachkes)  What was the

19:59:03 10  approximate dates when MAS tested the samples that

19:59:05 11  are discussed in your January 2019 report, from

19:59:09 12  approximately what date to what date?

19:59:11 13    A.    You can look through the chain of

19:59:12 14  custodies or look through the -- but I think it was

19:59:17 15  like November, December, October, maybe.

19:59:21 16         And I want to circle back for a second

19:59:26 17  just to clarify.  I misspoke earlier.  The 70 percent

19:59:29 18  is not talc litigation or talc testing.  It's

19:59:33 19  approximately 30, 35 percent of what we do.  The

19:59:36 20  remaining 30 percent is nonlitigation work.  So I

19:59:41 21  know I misspoke earlier.

19:59:42 22    Q.    Okay.  Just to make sure the record's

19:59:46 23  clear, so you're saying about 70 percent of your work

19:59:48 24  is litigation related, about 30 is not?

19:59:50 25    A.    Correct.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**311**

19:59:51 1    Q.    Okay.  And of the 70 percent, roughly half

19:59:54 2  of that is talc related, the other half is roughly

19:59:57 3  asbestos litigation related?

19:59:59 4    A.    Correct.

19:59:59 5    Q.    Okay.  And of the 30 percent that's not

20:00:02 6  litigation related, what percentage of that is

20:00:06 7  related to testing for asbestos in any context?

20:00:09 8    A.    Well, that would be encompassed in the

20:00:11 9  70 percent.  So I haven't broken that out, but the

20:00:15 10  other 30 percent is things like VOC testing for

20:00:18 11  consumer reports or just materials analysis or

20:00:23 12  projects.

20:00:25 13    Q.    Just -- what's VOC?

14    A.    Hmm?

20:00:28 15    Q.    I don't know what VOC is.

20:00:30 16    A.    Oh.  Volatile organic compounds.  It's

20:00:34 17  green labeling, furniture testing, pharmaceutical

20:00:38 18  work for our FDA certification -- not certification

20:00:41 19  but our FDA lab number.

20:00:44 20    Q.    So --

20:00:46 21    MR. CIRSCH:  Were you done, Bill?

20:00:47 22    THE WITNESS:  Yes.

20:00:48 23    Q.    (By Mr. Chachkes)  I recall that I had

20:00:49 24  asked you a question about when you did the testing

20:00:51 25  for the samples in your report, and you said

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**312**

20:00:54 1  November, October, December?

20:00:56 2    A.    It's all in the reports.  You can go

20:00:58 3  through the chain of custodies, you can see the dates

20:01:01 4  on the analysis.

20:01:01 5    Q.    And what year?  2018?

20:01:03 6    A.    Yes, sir.

20:01:03 7    Q.    And during that time frame were you

20:01:10 8  testing other samples of talc for asbestos?

20:01:16 9    A.    Yes.

20:01:16 10    Q.    And during that time frame were you

20:01:18 11  testing other materials, not talc, for asbestos?

20:01:23 12    A.    Yes.

20:01:23 13    Q.    In that time frame were you testing

20:01:25 14  asbestos?

20:01:27 15    A.    Well, we were doing regular PLM for

20:01:32 16  products for added -- that have asbestos added to it,

20:01:36 17  such as chrysotile, typically see chrysotile most of

20:01:39 18  the time, some amosite.

20:01:41 19    Q.    Okay.  Any products that you were testing

20:01:43 20  that have either tremolite or anthophyllite in them?

20:01:46 21    A.    Other than cosmetic talc, no.

20:01:49 22    Q.    How many TEMs does your lab have?

20:01:51 23    A.    Four.

20:01:52 24    Q.    Do you use all four at the same time?

20:01:57 25    A.    If four analysts are busy, yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

313

20:01:59  1    Q.    Are they all in the same room?

20:02:01  2    A.    No.

20:02:01  3    Q.    Are they each -- do they each have their

20:02:06  own TEM room?

20:02:07  5    A.    Yes.

20:02:07  6          So in a given TEM room is it just the TEM

20:02:11  7    there that's for testing?

20:02:13  8    A.    Correct.

20:02:14  9    Q.    There's no PLM or XRD in the TEM room?

20:02:21  10   A.    No.

20:02:21  11   Q.    Do you use the same PLMs for

20:02:27  12   asbestos-containing material as you use for testing

20:02:29  13   talc?

20:02:30  14   A.    No.  We have a specific PLM scope that has

20:02:35  15   been modified to enhance sensitivity.

20:02:39  16   Q.    So that PLM is only used for talc?

20:02:41  17   A.    Yes.

20:02:41  18   Q.    Are your talc samples handled in the same

20:02:46  19   room as asbestos samples?

20:02:47  20   A.    No.

20:02:47  21   Q.    Does MAS have a clean room?

20:02:49  22   A.    We don't have a Class 100 clean room.  We

20:02:54  23   have a specific room set up just for cosmetic talc.

20:02:58  24   Q.    And what steps -- why haven't you

20:03:03  25   constructed a clean room?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

314

20:03:06  1          MR. CIRSCH:  Object to form.

20:03:06  2          THE WITNESS:  Because there's no need to.

20:03:08  3    If there's any work that is done on any of these

20:03:11  4    materials, they're done in a biological hood so

20:03:17  5    that if there's any escape of material, it can

20:03:22  6    be filtered.  We don't do a clean room.

20:03:24  7    Q.    (By Mr. Chachkes)  Okay.

20:03:24  8    A.    It's a clean hood but not a clean room.

20:03:27  9          Okay.  So your aliquot of a particular

20:03:32  10   bottle for the purpose of doing a TEM test or whether

20:03:35  11   it's a PLM test, that aliquot's taken out in a hood?

20:03:38  12   A.    Yes.  Your experts have been to our lab

20:03:41  13   and one will be there tomorrow.  You can ask him what

20:03:44  14   they see when they get there to get their aliquots.

20:03:47  15   Q.    Does MAS test -- strike that.

20:03:49  16         Does the same analysts who test

20:03:54  17   asbestos-containing material in your lab, do they

20:03:56  18   also test for -- test talc for asbestos?

20:03:59  19   A.    No.  The same analysts for PLM?  I mean, I

20:04:05  20   guess I need clarification of that question.

20:04:07  21   Q.    How about for TEM?

20:04:08  22   A.    TEM, if we have other samples that are

20:04:11  23   being run, the same analyst will do that sample, too,

20:04:14  24   in the TEM.

20:04:15  25   Q.    Do your analysts wear any sort of special

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

315

20:04:18  1    clothing when testing talcum powder samples for

20:04:21  2    asbestos?

20:04:21  3    A.    No.  They use special hoods.  There is no

20:04:28  4    danger of being exposed to asbestos in the talcum

20:04:33  5    powder when you're pulling out TEM grids.  It's

20:04:37  6    trapped onto the TEM grids.

20:04:39  7          There's never been, that I've heard of, of

20:04:41  8    somebody getting exposed there.  Everything is done

20:04:43  9    in safety hoods.  So none of our analysts are being

20:04:46  10   exposed.

20:04:46  11   Q.    What was -- is it Dr. Rigler?

20:04:50  12   A.    Yes, it is.

20:04:51  13   Q.    What is Dr. Rigler's contribution to your

20:04:55  14   expert report in this case?

20:04:56  15   A.    His contribution was to review it, to

20:05:00  16   review all the data, to look at the data, make sure

20:05:04  17   it's matched in the appropriate places.  And he did

20:05:09  18   the QA/QC report, so you can ask him tomorrow why he

20:05:13  19   didn't put that one chart in.  That's primarily it

20:05:16  20   for this report.

20:05:17  21   Q.    When you say review the data, does that

20:05:20  22   mean he reviewed it in the same substantive way that

20:05:24  23   you did to make sure the analysts did their job?

20:05:26  24   A.    No.  But he would review it that the data

20:05:29  25   is there for the appropriate materials.  But he

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

316

20:05:34  1    doesn't review it like I do.

20:05:36  2          When I review the data, I review every

20:05:39  3    sheet, every micrograph, every diffraction pattern so

20:05:44  4    that I concur with the analysts' findings for the

20:05:48  5    various tests that we've done.

20:05:50  6    Q.    So is it fair to say that his review is

20:05:55  7    more sort of, let's say, a typo level and consistency

20:06:02  8    level as opposed to substantive level?

20:06:05  9    A.    You'll have to ask him how much

20:06:07  10   substantive level.  But he was a TEM microscopist.

20:06:11  11   He knows what the EDS pattern -- EDXA patterns look

20:06:17  12   like and what they should be.  He looks for the

20:06:20  13   identification.  But his -- but mine's more in depth

20:06:25  14   on the data than his is.

20:06:27  15   Q.    Okay.  Is he qualified to testify about

20:06:32  16   how EDXA is -- EDSA -- EDXA is run?

20:06:37  17   A.    Sure.

20:06:37  18   Q.    Okay.  And he's qualified to testify how

20:06:40  19   PLM is run?

20:06:40  20   A.    He's not a PLM analyst.  I don't know how

20:06:45  21   much knowledge he has or if he could -- like I could,

20:06:49  22   take me a while to sit down and actually analyze a

20:06:53  23   PLM sample.

20:06:53  24   Q.    What about XRD, is he an expert in XRD?

20:07:06  25   A.    I don't believe so.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**317**

20:07:07 1    Q.    Okay. What about SAED?

20:07:11 2    A.    Could he index a diffraction pattern by

20:07:16 3 hand? You'll have to ask him.

20:07:18 4    Q.    Okay. Did he do any sort of substantive

20:07:20 5 review of the SAED patterns?

20:07:23 6    A.    He knows the differences between talc

20:07:27 7 patterns and anthophyllite type patterns, but that

20:07:30 8 really was all my responsibility.

20:07:32 9    Q.    Okay. Does he have any responsibility for

20:07:36 10 reviewing EDXA readouts?

20:07:40 11    A.    He did review them. He knows EDS spectras

20:07:45 12 and the classic ratios of elements, silica to metals,

20:07:51 13 that you would expect for these types of regulated

20:07:56 14 asbestos fibers and bundles.

20:07:58 15    Q.    Is he qualified to testify to the same

20:08:05 16 degree and substance as you regarding your January

20:08:08 17 report?

20:08:09 18    A.    I don't know. I don't believe -- I don't

20:08:11 19 believe he is as in-depth as I am on this January

20:08:15 20 report with the data. I believe what his

20:08:19 21 responsibility is, he can recognize the appropriate

20:08:22 22 EDS patterns for the appropriate regulated asbestos.

20:08:26 23 He's not a PLM analyst. He has reviewed -- he looks

20:08:31 24 over, makes sure the materials are present, the

20:08:36 25 QA/QC, the chains of custody, that sort of thing.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**318**

20:08:38 1    Q.    Could he substitute for you as an expert

20:08:51 2 in the case presenting this report?

20:08:54 3    MR. CIRSCH: Object to form.

20:08:55 4    THE WITNESS: I don't know.

20:08:57 5    Q.    (By Mr. Chachkes) That would be a

20:08:58 6 question for him?

20:08:59 7    A.    You know, if I leave here and get hit by a

20:09:02 8 bus, I guess we'll find out.

20:09:05 9    Q.    Would that be a question for him?

20:09:07 10    A.    Hoping that Dr. Longo get hits by a bus so

20:09:11 11 he can step in and take my place?

20:09:12 12    Q.    Let's take the latter first.

20:09:14 13    A.    You'll have to ask him.

20:09:15 14    Q.    Okay. Why did you involve him?

20:09:21 15    A.    Because he's one of our senior scientists,

20:09:23 16 and I involved him very early on. Dr. Rigler and I

20:09:27 17 spent a lot of time collaborating together when we

20:09:32 18 initially took on this project.

20:09:34 19    And the main thing was we didn't feel it

20:09:36 20 was the right thing to do to do the TEM long -- what

20:09:40 21 I call the TEM long method, where to get some

20:09:44 22 reasonable detection limits, you have to look at

20:09:46 23 500,000 grid openings. That ties up a TEM too long,

20:09:52 24 and I just didn't think it was very efficient.

20:09:54 25    We talked about the heavy liquid density

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**319**

20:09:56 1 separation early on, that that was the way to go, the

20:09:59 2 problems associated with it because of the density of

20:10:03 3 anthophyllite without iron versus iron.

20:10:06 4    Chrysotile issue, I'm sure we'll figure

20:10:09 5 out together on how to extract chrysotile using the

20:10:13 6 old Windsor method with citric acid. He's a very

20:10:18 7 bright scientist.

20:10:19 8    Q.    You've issued reports on other bottles of

20:10:22 9 J&J talc not in the MDL where he wasn't a coauthor of

20:10:26 10 the report; correct?

20:10:26 11    A.    Is that right?

20:10:27 12    Q.    I'm asking.

20:10:28 13    A.    I think he's been on every report.

20:10:30 14    MR. CHACHKES: Okay.

20:10:33 15    I think I have no further questions, but

20:10:36 16 there are other people, and I'm just going to

20:10:38 17 maintain the objection I stated at the

20:10:39 18 beginning, which is we'll have to review the

20:10:43 19 enormous amount of data that was belatedly

20:10:45 20 produced and determine whether to re-call the

20:10:46 21 witness.

20:10:46 22    MR. PROST: I'm happy to go now. I don't

20:10:50 23 have much.

20:13:19 24    (Off the record.)

20:13:19 25    MR. CHACHKES: Just to amend what I said

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**320**

20:13:21 1 before, I'm going to reserve time after the

20:13:23 2 other defendant or defendants ask their

20:13:27 3 questions, which will give me time to review my

20:13:33 4 notes to see if I'm actually done.

20:13:35 5    EXAMINATION

20:13:35 6 BY MR. PROST:

20:13:38 7    Q.    Hi, Dr. Longo.

20:13:38 8    A.    Good evening.

20:13:39 9    Q.    With respect to Dr. Rigler, did he subject

20:13:41 10 any substantive changes?

20:13:43 11    A.    He might have.

20:13:44 12    Q.    You don't recall any as you sit here?

20:13:47 13    A.    No. I mean, we all have our own editing

20:13:51 14 style. Sometimes he'd say this doesn't make any

20:13:52 15 sense, which is not uncommon with my struggle with

20:13:56 16 the English language.

20:13:57 17    Q.    Okay. You mentioned that you do not store

20:14:01 18 talc and asbestos samples in the same room at MAS?

20:14:04 19    A.    Correct.

20:14:04 20    Q.    Do you store all of your talc samples in

20:14:08 21 the same room regardless of the manufacturer or

20:14:12 22 supplier?

20:14:13 23    A.    They are stored in the same room in

20:14:17 24 separate containers, separate sealed bags, and

20:14:21 25 separate locked cabinets.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

321

20:14:22 1    Q.    Are there other talc samples provided by
20:14:24 2 other manufacturers or suppliers other than Johnson &
20:14:27 3 Johnson?
20:14:27 4    A.    Yes.
20:14:28 5    Q.    How many others?
20:14:29 6    A.    A number.
20:14:32 7    Q.    More than five?
20:14:35 8    A.    I don't know.
20:14:37 9    Q.    And these samples span decades from these
20:14:41 10 other manufacturers as to Johnson & Johnson?
20:14:44 11    A.    Typically.
20:14:44 12    Q.    With respect to fibrous talc, I think I
20:14:49 13 heard you say this, but fibrous talc is not asbestos;
20:14:52 14 right?
20:14:53 15        MS. O'DELL:  Object to form.
20:14:54 16        THE WITNESS:  It's not one of the
20:14:55 17    regulated asbestos types.
20:14:56 18    Q.    (By Mr. Prost)  And so no matter the shape
20:14:57 19 or size or aspect ratio, if it's chemically talc,
20:15:01 20 it's not asbestos?
20:15:02 21    A.    It is not one of the regulated asbestos
20:15:07 22 types that we would report as asbestos.
20:15:09 23    Q.    You attempted to quantify the fibrous talc
20:15:13 24 in your most recent January 15, 2019, report; is that
20:15:19 25 right?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

322

20:15:19 1    A.    Yes.
20:15:19 2    Q.    And just describe briefly how you did
20:15:21 3 that.
20:15:21 4    A.    It's very qualitative.  The analyst for
20:15:25 5 each of these samples going all the way back, they
20:15:28 6 make an estimate of the number of particles they're
20:15:33 7 seeing in the grid openings as they go through their
20:15:36 8 100 grid openings.
20:15:37 9        At the end of that analysis, they'll state
20:15:39 10 that I was typically seeing one or two or three, and
20:15:43 11 then they'll record one of the typical asbestos talc
20:15:49 12 fibers, diffraction pattern, EDS.
20:15:52 13        So it's a qualitative estimate.
20:15:54 14    Q.    In your March 2018 report, did you attempt
20:15:59 15 to quantify the fibrous talc?
20:16:01 16    A.    We collected the data, as I recall, but I
20:16:05 17 didn't go through the exercise of just doing the
20:16:07 18 math.
20:16:08 19    Q.    Why did you change your methodology in the
20:16:11 20 quantification of fibrous talc between your
20:16:14 21 March 2018 report and in your most recent report?
20:16:16 22        MR. CIRSCH:  Object to form.
20:16:17 23        THE WITNESS:  I became curious on how much
20:16:20 24    fibrous talc is in the samples where we're
20:16:22 25    seeing fibrous talc.  Some samples we see it,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

323

20:16:25 1 some we don't, especially by TEM.  PLM, it's
20:16:29 2 just about in every sample.
20:16:32 3        With the heavy liquid density separation,
20:16:35 4 you know, theoretically, you should be removing
20:16:37 5 all the fibrous talc along with the platy talc,
20:16:40 6 but there is some fibers in there.
20:16:42 7        A true quantitative analysis where -- is
20:16:45 8 to take any of these samples that have fibrous
20:16:48 9 talc in and do a regular no heavy liquid density
20:16:53 10 separation and see how many orders of magnitude
20:16:56 11 the fibrous talc is compared to what we're
20:16:59 12 seeing in TEM with the heavy density liquid
20:17:02 13 separation.
20:17:02 14    Q.    (By Mr. Prost)  On page 13 of your
20:17:04 15 January 2019 report, you quantify it as abundant,
20:17:10 16 common, or trace; is that right?
20:17:11 17    A.    Yes.
20:17:12 18    Q.    And is there any published or
20:17:16 19 peer-reviewed literature that guided those
20:17:19 20 categories, or is that something that you or MAS came
20:17:21 21 up with?
20:17:22 22    A.    It was our collective -- what would you
20:17:26 23 say is trace, how do we kind of give some information
20:17:28 24 about it, because that's what we were doing for a
20:17:31 25 while.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

324

20:17:33 1        Now we're just using the trace as it's one
20:17:37 2 to three, on average, per opening.  And to do the
20:17:41 3 analysis or do the semiquantitative estimation of the
20:17:45 4 number of fibrous talc structures per gram, we just
20:17:49 5 use one per grid opening.
20:17:51 6    Q.    So there is no established standard for
20:17:54 7 those three categories that you relied upon?
20:17:59 8        MS. O'DELL:  Object to form.
20:18:00 9        THE WITNESS:  I don't think I've seen a
20:18:02 10    document that says if you see fibrous talc, if
20:18:04 11    you only have one or two particles, that it's
20:18:06 12    trace.  And it's not -- it's trace compared to
20:18:08 13    what you're seeing there so that you can give
20:18:10 14    some qualitative estimate.
20:18:14 15        And we were using this before I got the
20:18:17 16    idea of actually doing a qualitative count based
20:18:21 17    on one fibrous talc structure per opening.
20:18:27 18    Q.    (By Mr. Prost)  Have you done any quality
20:18:29 19 assurance reports for fibrous talc?
20:18:32 20    A.    No, sir.
20:18:33 21    Q.    And how long have you been analyzing
20:18:43 22 materials for asbestos content?  When is the first
20:18:46 23 time you did that?  How many years ago?
20:18:48 24    A.    The first TEM grids that I ever analyzed
20:18:53 25 are in a -- stuck on a petri dish and I have it on

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

325

| | |
|---|---|
| 20:18:58 | 1 |

**Page 325**

20:18:58 1 the wall. I think it was about approximately 1985 or

20:19:02 2 1986.

20:19:03 3     Q. Is the first time that you ever documented

20:19:05 4 fibrous talc 2018?

20:19:07 5     A. No. I used to do a lot of product ID in

20:19:17 6 the property damage cases, and one of the

20:19:20 7 fingerprints for U.S. Gypsum Audicote Acoustical

20:19:26 8 Plaster was that it had approximately 10 percent

20:19:29 9 International Talc in it. And International Talc,

20:19:34 10 obviously, eventually is Vanderbilt Talc when they

20:19:37 11 bought that. And it was a fibrous talc component, so

20:19:40 12 we were constantly analyzing for fibrous talc.

20:19:43 13     Because U.S. Gypsum Audicote was the only

20:19:47 14 acoustical plaster out there that had a combination

20:19:49 15 of 10 percent perlite -- excuse me -- 10 percent

20:19:53 16 chrysotile, 60 percent perlite, approximately

20:19:57 17 10 percent fibrous talc, and the rest of it was

20:20:02 18 bentonite clay, Wyoming type, and then a few

20:20:06 19 percentages, 2 or 3 percent of calcium carbonate.

20:20:09 20     That fibrous talc was the fingerprint for

20:20:12 21 that product. So we spent a lot of time in these

20:20:15 22 types of situations debating fibrous talc.

20:20:20 23     And I must have done that -- and that was

20:20:22 24 when I was doing all the TEM analysis on the product

20:20:25 25 ID. I bet I analyzed hundreds and hundreds and

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**Page 326**

20:20:28 1 hundreds of samples specifically, besides looking for

20:20:31 2 the other primary ingredients, is looking at and

20:20:34 3 making sure if it was U.S. Gypsum Audicote versus

20:20:38 4 National Gypsum spray -- God, I've forgotten the

20:20:44 5 name -- or one of the other without the fibrous talc.

20:20:47 6     Q. That was all industrial talc?

20:20:50 7     A. Yes.

20:20:50 8     Q. So the first time you would have

20:20:53 9 documented the presence of fibrous talc in cosmetic

20:20:56 10 talc, would that have been 2018?

20:20:58 11     A. Whenever we first started doing these

20:21:00 12 analyses. I think that was November, December,

20:21:05 13 January, or so, in early 2018.

20:21:08 14     Q. I know you're not giving any medical

20:21:11 15 causation opinions with respect to disease or ovarian

20:21:?? 16 cancer, am I also correct you're not going to offer

20:21:18 17 any opinions as to the root of exposure, whether it

20:21:19 18 be the female reproductive tract versus inhalation;

20:21:23 19 is that correct?

20:21:23 20     A. That is correct. I will not be giving

20:21:26 21 those types of opinions.

20:21:27 22     Q. You've never been to a talc mine?

20:21:30 23     A. I still haven't.

20:21:30 24     Q. You've not studied the geology of the

20:21:34 25 mines in Vermont or China, have you?

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**Page 327**

20:21:37 1     MR. CIRSCH: Object to form.

20:21:38 2     THE WITNESS: I am not a geologist. My

20:21:40 3 role is what's in the bottle.

20:21:41 4     Q. (By Mr. Prost) Do you agree that the

20:21:44 5 geologic process that controls the formation of any

20:21:47 6 given talc deposits are unique?

20:21:49 7     MS. O'DELL: Object to the form.

20:21:50 8     THE WITNESS: I'm not a geologist. I

20:21:52 9 don't know how unique, especially for the

20:21:56 10 Vermont and Italian mines. We see from those

20:22:01 11 time periods that they have asbestos.

20:22:02 12     So I'll let other geologists say how

20:22:05 13 unique or not unique they are. That's not my

20:22:07 14 area.

20:22:07 15     Q. (By Mr. Prost) You would expect the

20:22:09 16 accessory minerals in any given talc deposit to be

20:22:12 17 different from one continent to another, wouldn't

20:22:15 18 you?

20:22:15 19     MR. CIRSCH: Object to form.

20:22:16 20     THE WITNESS: I don't have an expectation

20:22:18 21 one way or the other.

20:22:18 22     Q. (By Mr. Prost) You can't name for me the

20:22:21 23 mines in Vermont that would have been sourced for J&J

20:22:24 24 baby powder, can you?

20:22:26 25     A. Besides Hammondsville, Argonaut, and

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**Page 328**

20:22:30 1 what's the other one? I'm missing one.

20:22:32 2     Q. You're not able to break down the samples

20:22:36 3 that you've tested in your reports pertaining to any

20:22:40 4 specific mine in Vermont or a year, are you?

20:22:42 5     A. Without going through all the documents

20:22:44 6 showing that when you switched from Hammonds -- or

20:22:49 7 Argonaut, there's specific years in discovery, but I

20:22:50 8 haven't bothered doing -- I haven't done that, if

20:22:54 9 it's important.

20:22:54 10     Q. All right. Do you know when Imerys began

20:22:57 11 supplying talc for Johnson & Johnson Baby Powder?

20:23:00 12     A. It's always unclear to me. Of course,

20:23:07 13 it's the -- in 1980 we have some -- maybe with the

20:23:12 14 Vermont and the later '80s.

20:23:17 15     I haven't memorized -- and because we've

20:23:21 16 been going so long, I'm tired. I've had that

20:23:24 17 information at the tip of my tongue before, but I

20:23:26 18 would have to look it back up what Imerys says in

20:23:30 19 their sworn interrogatories when they started doing

20:23:32 20 that, as well as Johnson & Johnson when they say they

20:23:34 21 started buying it versus when it was their own mine

20:23:37 22 and that sort of thing.

20:23:38 23     Q. Are you familiar or knowledgeable

20:23:40 24 regarding the selective mining processes that Imerys

20:23:44 25 would have used?

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

329

20:23:45  1    A.    Is that like the video where they were
20:23:47  2  blowing it up?
20:23:50  3        I'm not here to talk about selective
20:23:52  4  mining processes or not.  My role is just an analysis
20:23:57  5  of what's in these particular containers.
20:24:01  6    Q.    You're not familiar or knowledgeable
20:24:03  7  regarding the flotation process that Imerys used over
20:24:06  8  the years, are you?
20:24:07  9    A.    I've read a lot about it.  In fact, we're
20:24:09 10  going to use one, I believe, with the citric acid to
20:24:13 11  try to concentrate the chrysotile if present.
20:24:17 12        So without looking at it and going through
20:24:13 13  the processes that have been stated in a lot of the
20:24:25 14  documents I've read, other than that, no.
20:24:27 15    Q.    Are you aware of any published literature
20:24:31 16  stating that any of the mines used to source
20:24:35 17  Johnson & Johnson Baby Powder were contaminated with
20:24:38 18  asbestos or amphibole asbestos?
20:24:40 19    A.    Published literature versus in-house
20:24:44 20  testing and company's own stuff?
20:24:47 21    Q.    Say peer-reviewed literature.
20:24:49 22    A.    I'm sorry, could you repeat that?
20:24:52 23    Q.    Are you aware of any peer-reviewed
20:24:54 24  literature stating that any of the mines used to
20:24:56 25  source Johnson & Johnson's Baby Powder or Shower to

330

20:24:59  1  Shower were contaminated with amphibole asbestos or
20:25:02  2  chrysotile?
20:25:03  3        MS. O'DELL:  Object to the form.
20:25:04  4        THE WITNESS:  I mean, the geological
20:25:06  5  reports that go back and -- and Alice Blount can
20:25:10  6  pick on -- Alice Blount didn't say that this
20:25:13  7  came from Vermont.  I assume she knows where, as
20:25:15  8  a geologist, as a consultant, that talc
20:25:18  9  came for that 1989 or that 1990 bottle of
20:25:22 10  Johnson's Baby Powder that she tested to show
20:25:25 11  tremolite asbestos.
20:25:25 12        But an actual peer-reviewed publication
20:25:30 13  stating that the accessory minerals are asbestos
20:25:33 14  type or regulated asbestos as counted by these
20:25:41 15  standard peer-reviewed protocols, I can't think
20:25:45 16  of any.
20:25:46 17    Q.    (By Mr. Prost)  Have you read Alice
20:25:48 18  Blount's deposition transcript from the Ingham case?
20:25:50 19    A.    I have.
20:25:51 20    Q.    And is it your belief from reading that
20:25:55 21  testimony that she's saying that sample I from her
20:25:59 22  1990 report was a bottle of Johnson & Johnson Baby
20:26:03 23  Powder?
20:26:03 24    A.    She says it is.
20:26:03 25    Q.    Did you read where she said she bought

331

20:26:06  1  that bottle in 1996?
20:26:10  2        MR. CIRSCH:  Object to form.
20:26:11  3        THE WITNESS:  Well, that would have been
20:26:12  4  hard to go back in time with it.  I think she
20:26:14  5  also testified that she bought a number of
20:26:16  6  bottles over the years.
20:26:17  7    Q.    (By Mr. Prost)  You would agree she was a
20:26:19  8  bit confused in her deposition?
20:26:21  9        MR. CIRSCH:  Object to form.
20:26:21 10        THE WITNESS:  No, sir, I don't make that
20:26:23 11  judgment about anybody.
20:26:24 12    Q.    (By Mr. Prost)  I've heard it read and
20:26:30 13  think you've probably been asked this before, but
20:26:32 14  would you agree that less than 1 percent of the
20:26:35 15  amphiboles in the world are asbestiform?
20:26:39 16        MR. CIRSCH:  Object to form.
20:26:40 17        THE WITNESS:  You know, I just don't know
20:26:51 18  what 1 percent of probably, I don't know, how
20:26:54 19  many zero tons of amphibole's out there.
20:26:57 20  Sometimes people seem to suggest that 1 percent
20:27:00 21  isn't very much.  1 percent of something really
20:27:02 22  big tends to be a lot.
20:27:04 23    Q.    (By Mr. Prost)  You're familiar with
20:27:05 24  peer-reviewed studies, though, that have said that;
25  right?

332

20:27:09  1    A.    Yes, sir.
20:27:09  2    Q.    And you don't have reason to disagree with
20:27:11  3  that, do you?
20:27:13  4    A.    No, sir.  I'm just curious on if you were
20:27:15  5  to take every amphibole mineral in the world and then
20:27:18  6  say only 1 percent of that is asbestos.  There
20:27:22  7  certainly seems to be enough amphibole asbestos in
20:27:25  8  the world to supply a very large contingent of
20:27:29  9  products over the years until it got all banned or no
20:27:33 10  longer made for amphiboles.
20:27:34 11        So I don't have any -- I can't give you a
20:27:36 12  relationship what 1 percent means.  It's not
20:27:40 13  1 percent of a pound.  It's 1 percent of -- I don't
20:27:43 14  know how many -- how you would weigh it all.
20:27:47 15    Q.    I know you might think it's still a lot,
20:27:50 16  but you have no reason to disagree with the
20:27:52 17  peer-reviewed literature that you've seen that has
20:27:54 18  said that less than 1 percent of the amphiboles in
20:28:00 19  the earth's crust is asbestiform?
20:28:04 20    A.    No, sir.  I just was curious how much of
20:28:06 21  the crust is made up of the percentage of what the
20:28:10 22  weight is.
20:28:11 23    Q.    I think I've seen you testify before --
20:28:13 24  and I want to see if you still agree -- if an
20:28:16 25  amphibole is crystallized in a nonasbestiform habit,

333

20:28:22 1 no matter how much you can grind it up, it can never
20:28:26 2 turn into asbestos or asbestiform?
20:28:29 3 MR. CIRSCH: Object to form.
20:28:30 4 THE WITNESS: It's unclear to me what an
20:28:33 5 nonasbestiform habit is other than you may have
20:28:36 6 massive, blocky. It's all a geological shape.
20:28:39 7 If you grind up a rock, you do not produce
20:28:44 8 asbestos. If you grind up tremolitic -- massive
20:28:50 9 tremolitic, you typically will get both, but you
20:28:53 10 will not get bundles.
20:28:55 11 What we do is count it as regulated
20:28:58 12 asbestos per the protocols.
20:29:01 13 Q. (By Mr. Prost) Right. So if it
20:29:03 14 crystallizes in a nonasbestiform habit, tremolite,
20:29:06 15 for example, and you grind it up and it falls under
20:29:09 16 the counting rules you use, you call it asbestiform,
20:29:12 17 regardless; right?
20:29:14 18 MR. CIRSCH: Object to form.
20:29:15 19 THE WITNESS: Well, everything we've
20:29:17 20 looked at has crystallized in a fibrous habit.
20:29:20 21 Asbestiform habit and fibrous habit are the same
20:29:23 22 thing because we're looking at fibers.
20:29:25 23 If you look at all the crystalline habits,
20:29:27 24 there's a wide range, and most of them are not
20:29:29 25 fibrous, only one where they would call fibrous.

334

20:29:33 1 But you're not going to get an asbestiform
20:29:36 2 bundle from grinding up cleavage fragments.
20:29:40 3 Q. (By Mr. Prost) I'm not talking about what
20:29:42 4 you've seen or looked at or issued in your report;
20:29:44 5 but just hypothetically, if you have nonasbestiform
20:29:47 6 tremolite or amphibole that's crystallized in a
20:29:50 7 nonasbestiform habit, no matter -- if someone were to
20:29:54 8 grind that up so that the shape came out to be, under
20:29:58 9 the counting rules that you go by, you would still
20:30:00 10 call that asbestiform?
20:30:03 11 MR. CIRSCH: Object to form.
20:30:04 12 THE WITNESS: Well, it's a hypothetical I
20:30:05 13 don't believe exists. If you grind up a rock or
20:30:08 14 something that's massive, you get little pieces,
20:30:10 15 irregular shapes. To get a perfectly parallel
20:30:15 16 side I think is rare.
20:30:17 17 And you have to look at what else we're
20:30:20 18 seeing here. Every bundle is asbestiform. And
20:30:25 19 you would think you would have the same type of
20:30:27 20 crystalline habit that is generating both
20:30:31 21 asbestiform as well as some cleavage fragments.
20:30:34 22 We do see cleavage fragments. But it's my
20:30:38 23 belief you get both. It's never one or the
20:30:40 24 other.
20:30:40 25 Q. (By Mr. Prost) If an amphibole is

335

20:30:42 1 fibrous, in your opinion, is it necessarily
20:30:44 2 asbestiform?
20:30:47 3 A. In my opinion, if it is fibrous, it is
20:30:49 4 asbestiform because it has a form like asbestos.
20:30:52 5 Q. Are you aware of any peer-reviewed studies
20:30:55 6 to support that?
20:30:59 7 A. Other than --
20:31:00 8 Q. I'm sorry, that if an amphibole is
20:31:02 9 fibrous, it necessarily has to be asbestiform?
20:31:06 10 A. You know, other than the geological
20:31:09 11 definition for a crystalline habit and that it is
20:31:12 12 fibrous and, you know, whatever the population is,
20:31:16 13 population is more than one.
20:31:18 14 But we're getting enough data now that
20:31:20 15 these populations -- and you just can't -- you know,
20:31:25 16 no longer look at from a sample from the same mine
20:31:30 17 that it's a unique thing.
20:31:31 18 All the samples from the mine that we're
20:31:33 19 seeing over and over again show asbestiform minerals
20:31:37 20 in it, specifically tremolite series and the
20:31:39 21 anthophyllite series.
20:31:42 22 It's just my opinion. I mean, others may
20:31:44 23 disagree, but that's my opinion.
20:31:45 24 Q. Is there a specific article or
20:31:48 25 peer-reviewed literature or study that says if you

336

20:31:50 1 have an amphibole and it's in a fibrous form, that it
20:31:53 2 is necessarily asbestos or asbestiform?
20:31:57 3 MR. CIRSCH: Object to form.
20:31:58 4 THE WITNESS: Every protocol that we're
20:31:59 5 using here has a definition of what you call a
20:32:01 6 regulated asbestos. Everything that I have
20:32:04 7 reported has followed the peer-reviewed
20:32:06 8 protocols and methods to say it is a regulated
20:32:09 9 asbestos that is fibrous to whatever degree they
20:32:12 10 use for their counting rules. In my opinion,
20:32:14 11 that makes it all asbestiform.
20:32:15 12 Q. (By Mr. Prost) So the counting rules and
20:32:16 13 the protocols that you used for your reports are what
20:32:22 14 you're talking about?
20:32:22 15 A. Yes, sir.
20:32:23 16 Q. No other articles or papers that you can
20:32:26 17 think of?
20:32:26 18 A. Not as I sit here this second, no.
20:32:28 19 Q. Are you aware of any peer-reviewed
20:32:30 20 articles or literature that say the opposite, that
20:32:32 21 you can have fibrous amphiboles that are not
20:32:35 22 asbestiform?
20:32:37 23 A. There's a couple.
20:32:38 24 MS. O'DELL: Object.
20:32:40 25 Q. (By Mr. Prost) And who would those be

337

1    from?

2        A.    Oh, I think Ann Wylie has published one or

3    two.  Just depends on who the authors are.

4        Q.    And you just disagree with that?

5        A.    Well, I don't agree with their opinions

6    that if it is a bundle.  But I disagree that if you

7    take an individual fiber that you can't tell one way

8    or the other because it has the same chemistry, it

9    has the same crystalline pattern, it has the same

10   surface charge, and it's called a regulated asbestos

11   fiber, if it meets all that counting criteria.  In my

12   opinion, if it is fibrous and it is asbestos, it is

13   asbestiform.

14       Q.    I know you think that or you testified

15   that high tensile strength and flexibility don't mean

16   much because they can't be measured, I think; is that

17   a fair way of describing what you've said or what

18   your opinion is?

19       A.    Well, it's not defined.  And both the

20   polarized light microscope as well as the

21   transmission electron microscope do not have any

22   ability to make those measurements.  It's just a

23   general description.

24       Q.    Wouldn't you agree that there's ways to

25   observe whether something has high tensile strength

338

1    and flexibility?

2        A.    Sure.  If you go to the mine and get a --

3    I think a 10 centimeter sample is the minimum, and

4    tape it to paper and go put it on an Instron, which

5    is a device that will measure tensile strength, I

6    wouldn't want to be standing around when you do it.

7    Because when they pop, they'll spread fibers

8    everywhere because you're just dealing with large

9    bundles.

10         With a transmission electron microscope,

11   with a polarized light microscope, or even XRD, it's

12   impossible.  There is no ability to make that

13   measurement.  And standard protocols for making

14   determinations or measurements lay out how you do

15   that.  They don't even define what high tensile

16   strength is.

17       Q.    Under PLM, is it your opinion that --

18   sounds like it is your opinion -- it is impossible to

19   make a determination whether a population of fibers

20   or a bundle has high tensile strength or flexibility?

21       A.    It is impossible.  And they don't provide

22   you any method for doing that.

23       Q.    In terms of curvature, splayed ends,

24   parallel sides, that sort of thing, you don't think

25   that gives any guidance on the observance of high

339

1    tensile strength and flexibility?

2        MR. CIRSCH:  Object to form.

3        THE WITNESS:  No.  You know, if you're

4    going to look at the published literature for

5    high tensile strength for chrysotile, amosite,

6    and crocidolite, you're running around 90,000 to

7    120,000 psi.

8        If you look at what the characteristics or

9    tensile strength is for tremolite anthophyllite,

10   it's about 4,000 psi, and it's brittle.  And

11   you're milling it.

12       So if you can see the bundles at times

13   that we get, you can see where it has been

14   milled and broken in half.  There's nothing

15   there to do that.

16       When we identify regulated asbestos in the

17   PLM method, it meets the criteria for what they

18   say is regulated.  It has -- those individual

19   fibers and those bundles are all greater,

20   typically, on average, greater than 20-to-1.

21       They can be broken down to smaller fibers

22   and bundles.  It's greater than -- the width of

23   the structure is greater than 5 micrometers.  It

24   meets the criteria for the ISO 22262-2.

25       Nowhere in any of that method does it tell

340

1    you, oh, you better measure the tensile

2    strength.

3        Q.    (By Mr. Prost)  The 34 or 35 samples from

4    your March 2018 report, you're still relying upon the

5    results of that report here in the MDL; is that

6    right?

7        A.    No, I'm not.  I'm relying on the MDL

8    report.  The only thing that the MDL does is verify

9    our earlier findings, but I'm not relying on it here.

10       Q.    Well, your MDL report includes the

11   findings of positive of what you're calling asbestos,

12   though, in those -- in terms of your computations of

13   the percentages?

14       A.    I'm sorry, could you repeat that?

15       Q.    Sorry, it was -- yeah, clumsy.

16       In your January 2019 MDL report, you're

17   including the findings of those original Johnson &

18   Johnson samples, those 35 in your overall

19   percentages, aren't you?

20       A.    No.  The only thing that's in there that

21   came from the original report is that MDL sample, the

22   1978 MDL sample.  That's the only sample.

23       Q.    You changed your methodology from the

24   March 2018 report until now.  Why did you do that?

25       MR. CIRSCH:  Object to form.

341

20:37:23  1      THE WITNESS:  Because we -- we didn't
20:37:27  2   really change it.  We just started using the
20:37:31  3   definitions and the ability for the ISO 22262-2
20:37:35  4   because it's an International Standard that has
20:37:37  5   been peer-reviewed by all the international
20:37:41  6   scientists that are on it or in the committees,
20:37:44  7   and it provides a standard method other than
20:37:47  8   just the Blount heavy density liquid separation
20:37:50  9   and TEM.
20:37:51  10     Q.    (By Mr. Prost)  Is the method you're doing
20:37:53  11  now more reliable than what you did last year?
20:37:55  12     A.    No.
20:37:56  13           MR. CIRSCH:  Object to form.
20:37:56  14           THE WITNESS:  They are both reliable.
20:37:59  15     Q.    (By Mr. Prost)  Is your concentration
20:38:02  16  preparation any different now than what you did in
20:38:07  17  early 2018, that first report?
20:38:10  18     A.    **No.  We are using the exact same method,**
20:38:16  19  **except the ISO 22262-2 says use heavy density liquid**
20:38:22  20  **of 2.85, if I remember, and Blount had said 2.81.**
20:38:30  21           **So now I have a method that specifically**
20:38:32  22  **uses 2.85 that we have been using under Blount.**
20:38:37  23     Q.    For the Johnson & Johnson MDL samples, I
20:38:43  24  think you testified that some of those containers had
20:38:48  25  been previously opened?

342

20:38:51  1      MS. O'DELL:  Object to the form.
20:38:53  2      THE WITNESS:  Well, they got previously
20:38:55  3   opened when they were split.  I don't have any
20:38:59  4   history on what Johnson & Johnson did with
20:39:03  5   those, but certainly when they got split up in
20:39:06  6   New Jersey for samples, they were opened in some
20:39:10  7   manner.
20:39:10  8      Q.    (By Mr. Prost)  The Imerys samples, the
20:39:12  9   railcar samples, I haven't seen any photographs of
20:39:16  10  those, and I think when we talked last time you said
20:39:19  11  you could produce those?
20:39:20  12     A.    **Oh, I forgot.  Yes.**
20:39:21  13     Q.    You do have photos of those somewhere that
20:39:23  14  you can produce them?
20:39:23  15     A.    **Yes.  It should -- I'll endeavor to get**
20:39:27  16  **those.**
20:39:27  17     Q.    All right.  I guess we'll ask that those
20:39:30  18  be produced.
20:39:30  19           You're not familiar with how Imerys stored
20:39:35  20  those samples before they were produced; right?
20:39:38  21     A.    **No.**
20:39:38  22     Q.    Or what specific mines they came out of?
20:39:42  23           MS. O'DELL:  Object to the form.
20:39:43  24           THE WITNESS:  Well, I guess it would be
20:39:45  25  easy to track down if there is information and

343

20:39:49  1   testimony about when different mines were
20:39:52  2   started and stopped.
20:39:53  3      Q.    (By Mr. Prost)  Your opinion on fibers per
20:40:09  4   gram and your extrapolation from what you found in
20:40:12  5   the samples, am I correct that you are assuming that
20:40:17  6   the asbestos contamination is consistent throughout
20:40:21  7   the entire sample?
20:40:23  8      A.    **The accessory mineral -- the findings of**
20:40:25  9   **the asbestos accessory minerals is consistent**
20:40:30  10  **throughout.  That's not me assuming it.  That's the**
20:40:33  11  **protocol.  Because all TEM analysis, air samples,**
20:40:37  12  **water samples, when you filter it or pull through a**
20:40:40  13  **filter, you make that assumption.**
20:40:41  14     Q.    Your calculations assume that the fibers
20:40:44  15  are present at the same levels and evenly distributed
20:40:48  16  throughout every milligram of the sample; is that
20:40:53  17  right?
20:40:53  18           MR. CIRSCH:  Object to form.
20:40:54  19           THE WITNESS:  That there will be -- this
20:40:58  20  is what the range is that we should find, as we
20:41:00  21  talked about ad nauseam -- I'm sorry -- we
20:41:04  22  talked about earlier.
20:41:05  23           If we found one and analyzed it again and
20:41:05  24  found zero, that would not be surprising because
20:41:10  25  we're right at the detection limit.  But if we

344

20:41:12  1   found a significant number, 10, 15, 25, I would
20:41:17  2   expect that we would find positive samples in
20:41:19  3   each and every -- if we were to do that and do
20:41:22  4   that for some time, that there is enough in
20:41:26  5   there that would make that where we would find
20:41:28  6   similar concentrations.
20:41:29  7      Q.    (By Mr. Prost)  So at the detection limit
20:41:34  8   level where you're only finding a couple of fibers,
20:41:38  9   you wouldn't be surprised to examine the same sample
20:41:42  10  and not have a nondetect; is that right?
20:41:44  11     A.    **That wouldn't surprise me, and it wouldn't**
20:41:46  12  **surprise me if we had found two fibers the first time**
20:41:49  13  **or two asbestos -- regulated asbestos structures the**
20:41:52  14  **first time and next time you find four.  So you will**
20:41:54  15  **have a range at those lower detection limits.**
20:41:58  16     Q.    Have you ever done a study to verify the
20:42:02  17  consistency of distribution throughout an entire
20:42:06  18  sample?
20:42:06  19     A.    **No.  On the distribution and consistency**
20:42:10  20  **we haven't done any additional analysis that anybody**
20:42:13  21  **else has ever done in the past for analyzing these**
20:42:17  22  **same type of samples other than we're using a more**
20:42:21  23  **sensitive method.**
20:42:21  24     Q.    You were shown an EDS -- EDXA spectra.  I
20:42:25  25  think it was Exhibit 12 maybe, if you could pull that

345

20:42:30 1  up.

20:42:41 2       MR. CIRSCH:  You can use this one for now.

20:42:43 3       THE WITNESS:  Oh, thank you.

20:42:44 4   Q.    (By Mr. Prost)  You were asked some

20:42:45 5  questions about how at the bottom there's references

20:42:47 6  to the different -- what do you call it -- not

20:42:51 7  minerals -- the components.  You see what I'm talking

20:42:55 8  about at the very bottom?

20:42:59 9   A.    **In the bottom left-hand corner?**

20:43:01 10  Q.    Correct.

20:43:02 11  A.    **Yes.**

20:43:02 12  Q.    Thanks.

20:43:03 13       And you said, I think, that you weren't

20:43:05 14  sure if the software automatically pulled up those

20:43:07 15  calculations or the ratios, the different numbers; is

20:43:10 16  that right?

20:43:12 17  A.    **That's correct.**

20:43:13 18  Q.    All right.

20:43:14 19  A.    **It's not so much the ratios; it's that you**

20:43:17 20  **can do it by elemental percentage or the oxides.**

20:43:20 21  Q.    If the software automatically pulled that

20:43:23 22  up, your analyst wouldn't delete it before they

20:43:25 23  printed that, would they?

      24       MR. CIRSCH:  Object to form.

20:43:28 25       THE WITNESS:  No.  If it is on there for

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

346

20:43:30 1   that particular software, it would be a toggle

20:43:33 2  switch they would either turn on or turn off.

20:43:35 3       What's more important is we're following

20:43:36 4  the ISO method for quantitative EDS where we

20:43:41 5  have collected the appropriate count times.

20:43:44 6   Q.    (By Mr. Prost)  So the analyst could flip

20:43:46 7  a switch, and it could produce those specific

20:43:49 8  calculations for us?

20:43:51 9   A.    **I don't know that.**

20:43:52 10       MR. CIRSCH:  Object.

20:43:53 11       THE WITNESS:  It was talked about at

20:43:55 12  length earlier.  It's not something we routinely

20:43:57 13  do or I'm relying on.

20:44:03 14  Q.    (By Mr. Prost)  Is there anything else

20:44:04 15  that you can think of where there's a switch that you

20:44:08 16  could turn off information that the software was to

20:44:10 17  automatically put on there?

20:44:12 18       MS. O'DELL:  Object to form.

20:44:13 19       MR. CIRSCH:  Objection.

20:44:13 20       THE WITNESS:  I never stated that the

20:44:16 21  software automatically wants to do it and the

20:44:18 22  analysts are fighting with the software where

20:44:21 23  the software is saying, no, no, I need to do

20:44:22 24  this.

20:44:22 25  Q.    (By Mr. Prost)  I'll rephrase the

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

347

20:44:23 1   question.

20:44:23 2       Are you aware of any other information

20:44:25 3  that is available on the software that is not on

20:44:29 4  there or that there's a switch that has turned it

20:44:32 5  off?

20:44:32 6   A.    **Again, as I discussed earlier some many**

20:44:35 7  **hours ago, that I would have to check, if my client**

20:44:40 8  **asks.  And if my client asks for me to check, I'll**

20:44:42 9  **certainly take it under serious consideration.**

20:44:45 10       MR. PROST:  That's all I have for now.

20:44:46 11       THE WITNESS:  Thank you.

20:44:47 12       MR. PROST:  Alex, do you have some more

20:44:49 13  questions?

20:44:49 14       MR. CHACHKES:  No.

20:45:00 15       (Recess from 8:45 p.m. to 8:55 p.m.)

20:56:20 16            EXAMINATION

20:56:25 17  BY MS. O'DELL:

20:56:25 18  Q.    Dr. Longo, it's been a very long day,

20:58:09 19  but --

20:58:10 20  A.    **Yes, ma'am, it has.**

20:58:11 21  Q.    It has, I know, for you.  I have a few

20:58:14 22  questions for you.

20:58:16 23       First, before we begin, would you please

20:58:19 24  describe your educational background, your background

20:58:24 25  and expertise.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

348

20:58:26 1   A.    **Yes.  My educational background is that I**

20:58:31 2  **graduated from the University of Florida with a**

20:58:32 3  **bachelor's of science in microbiology.  Went on to**

20:58:35 4  **graduate school in the materials science department**

20:58:38 5  **and graduated in 1983 with a Ph.D. in materials**

20:58:41 6  **science and engineering.**

20:58:42 7  **I started a small company, and we were one**

20:58:45 8  **of the first TEM labs in the country that specialized**

20:58:48 9  **in the analysis of asbestos by transmission electron**

20:58:53 10  **microscopy.  Went on to in 1988 open the doors of**

20:58:57 11  **Materials Analytical Services and have been there**

20:59:00 12  **ever since as president.**

20:59:01 13  **While I was at the University of Florida,**

20:59:03 14  **I stayed on while I started that first little company**

20:59:06 15  **and eventually became visiting assistant professor at**

20:59:10 16  **the University of Florida, which I gave up that**

20:59:12 17  **position in approximately 1986 or so.**

20:59:17 18  **Materials Analytical Services grew at some**

20:59:20 19  **point to almost 80 employees, where we specialized in**

20:59:24 20  **everything from analysis of asbestos to materials to**

20:59:29 21  **semiconductors, even doing work for the Department of**

20:59:33 22  **Defense on various types of contracts.**

20:59:37 23  **Since that time, we've probably analyzed**

20:59:41 24  **somewhere in the order of 300,000 or 400,000**

20:59:44 25  **individual asbestos samples.  We worked with various**

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

349

20:59:49 1 states and agencies in litigation for property damage
20:59:52 2 and developed techniques for reverse engineering
20:59:56 3 asbestos-containing products so you could identify
20:59:57 4 the manufacturer.
20:59:59 5 And I was the expert for the City of
21:00:02 6 New York, the State of New York, the State of Hawaii,
21:00:08 7 the State of Utah, the City of Chicago, plus the
21:00:13 8 entire school system and public buildings in the
21:00:18 9 State of Texas.
21:00:20 10 We were the referee lab for the
21:00:23 11 bankruptcies that involved both U.S. Gypsum,
21:00:25 12 W.R. Grace, U.S. Mineral as well -- additionally,
21:00:29 13 Turner & Newall's Limpet, as the referee lab where if
21:00:33 14 somebody had made a claim, it was up to us to
21:00:36 15 validate that the particular sample coming out of a
21:00:39 16 particular building was, in fact, that manufacturer's
21:00:44 17 product.
21:00:44 18 I have published in the peer-reviewed
21:00:47 19 literature on the types of testing that we've done
21:00:50 20 for both asbestos and nonasbestos type products.
21:00:55 21 I have taught at the American Industrial
21:01:01 22 Hygiene Association for teaching other industrial
21:01:04 23 hygienists the utility of transmission electron
21:01:06 24 microscopy specifically for asbestos as well as other
21:01:09 25 industrial hygiene applications for particle size

350

21:01:13 1 analysis, fugitive type particulates for air quality.
21:01:20 2 Our laboratory is one of the few in the
21:01:23 3 country that does VOC testing for all the green
21:01:27 4 labeling. We're certified to do that by the ISO
21:01:30 5 certification.
21:01:31 6 Our laboratory also has an FDA laboratory
21:01:34 7 number so that we do do pharmaceutical or UPS type
21:01:40 8 testing to verify, typically, different chemicals and
21:01:47 9 materials that may be emitted or inhaled or injected
21:01:52 10 or taken by mouth.
21:01:54 11 I've been doing this for almost 30 years,
21:01:57 12 and my specialty has been and my research over the
21:02:01 13 years has been asbestos-containing products and the
21:02:05 14 propensity or not to cause significant exposure
21:02:08 15 during the use of those products.
21:02:11 16 I was the primary author of the ASTM
21:02:15 17 Method for the Analysis of Asbestos Fibers and
21:02:18 18 Bundles in Settled Dust, the D2205 committee for ASTM
21:02:26 19 standard method, which is probably the most rigorous
21:02:30 20 peer-reviewed methodology outside of ISO.
21:02:33 21 To get your committee -- your
21:02:38 22 subcommittee, your committee, and eventually all
21:02:42 23 40,000 members have the ability for the final time
21:02:47 24 when it becomes a standard to vote negative on it.
21:02:52 25 One negative vote sends it back. I did that once. I

351

21:02:56 1 won't do it again.
21:02:57 2 And I'm a member of various organizations.
21:03:03 3 The American Industrial Hygiene Association, the
21:03:13 4 microscopy -- materials science microscopy, as well
21:03:16 5 as I'm a board certified forensic engineer, which is
21:03:19 6 not just pay your money; you actually have to qualify
21:03:22 7 from your experience and renew that. I finally
21:03:26 8 became a fellow in forensic engineering for what I
21:03:30 9 do.
21:03:31 10 I guess that's it.
21:03:32 11 Q. Have you been qualified as an expert in
21:03:37 12 asbestos testing and allowed to testify in federal
21:03:42 13 court?
21:03:42 14 A. Yes. I've been in federal court many
21:03:46 15 times on our asbestos type work, and in fact I've had
21:03:49 16 a handful of appellate opinions that the methodology
21:03:53 17 we use is sound science. I've been qualified as both
21:03:57 18 a materials scientist in the areas of microscopy, in
21:04:02 19 the areas of asbestos analysis, in the areas of
21:04:06 20 industrial hygiene specifically to do with asbestos.
21:04:09 21 And I'm still not a certified industrial hygienist.
21:04:12 22 Q. What were you asked to do in this case?
21:04:15 23 A. I was asked to determine, using standard
21:04:18 24 protocols, peer-reviewed protocols that are normally
21:04:22 25 used for the determination of asbestos in materials,

352

21:04:27 1 air, bulk samples, water samples, what have you, if
21:04:31 2 there was in fact regulated asbestos in these
21:04:35 3 containers of Johnson & Johnson Baby Powder, Shower
21:04:43 4 to Shower during the time that Johnson & Johnson was
21:04:47 5 manufacturing that before they sold it to Valeant,
21:04:51 6 Valeant Pharmaceuticals.
21:04:53 7 And using standard methodology to
21:04:56 8 determine if there was detectable amounts of
21:04:58 9 regulated asbestos in these containers, historical
21:05:02 10 containers as well as more contemporary containers.
21:05:08 11 For this particular case for the MDL we have not
21:05:13 12 gotten to the MDL China mines but to verify if it
21:05:16 13 was, in fact, present or not.
21:05:20 14 Q. Okay. Is the methodology that you used in
21:05:25 15 your work in this case supported by the peer-reviewed
21:05:32 16 literature?
21:05:32 17 A. Yes. We're using standard protocols that
21:05:34 18 other scientists in the field of asbestos testing
21:05:36 19 have used in the years.
21:05:38 20 If there's a publication involving
21:05:40 21 asbestos analysis of some sort or asbestos in some
21:05:44 22 product or asbestos release, the protocols that we
21:05:49 23 use are typically referenced in those peer-reviewed
21:05:51 24 publications as well as these are standards, standard
21:05:55 25 testing protocols that are accepted across the

353

```
21:05:59  1   country for these types of analysis and across the
21:06:02  2   world, especially the International Standards
21:06:05  3   organization protocols that we use.
21:06:07  4        Q.    And is that because of the methodology
21:06:08  5   that you use and because of the fact that it's
21:06:12  6   generally accepted in the scientific community, is
21:06:14  7   the process that you undertook here something that
21:06:18  8   could be replicated by another scientist or lab?
          9        MR. PROST:  Objection --
21:06:24 10        MR. SILVER:  Objection to form.
21:06:24 11        MR. CHACHKES:  Objection.  Leading.
21:06:26 12        MS. WOODS:  Join.
21:06:26 13        THE WITNESS:  Absolutely.  They just would
21:06:28 14   follow the methodology that we have laid out in
21:06:29 15   the reference protocols, and as long as they are
21:06:32 16   qualified that they can do this type of
21:06:34 17   analysis, they should all be able to be
21:06:37 18   replicated.
21:06:39 19        Q.    (By Ms. O'Dell)  Let's talk about your
21:06:40 20   results just very briefly.
21:06:45 21        What were your find -- let me back up and
21:06:48 22   ask this question.
21:06:49 23        What time period did the samples you
21:06:51 24   tested for your January 2019 report, what time period
21:06:56 25   does that cover?
```

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

354

```
21:06:58  1        A.    The 1960s, the 1970s, the 1980s, the
21:07:03  2   1990s, and the early 2000s.
21:07:05  3        Q.    What were the sources from which talc was
21:07:08  4   mined?
21:07:10  5        A.    The '60s up until about '67 or so would be
21:07:13  6   from Italy; from there to approximately 2002, 2003,
21:07:21  7   it would be from Vermont; and after that it's from
21:07:24  8   China.
21:07:25  9        Q.    What were your findings regarding
21:07:27 10   regulated asbestos fibers?
21:07:29 11        A.    Our results overall for 72 what I'll call
21:07:35 12   historical containers that includes 15 historical
21:07:38 13   railroad car samples from Imerys, and out of that 72
21:07:44 14   samples, 50 were positive for regulated asbestos, and
21:07:48 15   that gives you a percentage of approximately
21:07:50 16   66 percent or so.
21:07:52 17        If we break it down -- and, oh, that
21:07:54 18   includes seven MDL samples that came from the Korean
21:08:00 19   mine, or what we call the Asian talc.
21:08:04 20        If we break it down for the Johnson's Baby
21:08:08 21   Powder, we analyzed 34 historical samples with Asian.
21:08:13 22   Out of that 34, 24 were positive, or 71 percent.
21:08:18 23        We also analyzed 23 historical Shower to
21:08:21 24   Shower containers that were Johnson & Johnson, and 18
21:08:25 25   were positive, or 78 percent.
```

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

355

```
21:08:28  1        Of the 15 Imerys railroad car samples,
21:08:31  2   eight were positive, or 53 percent.
21:08:36  3        Excluding the seven Asian Johnson Baby
21:08:40  4   Powder containers would give us 65 Johnson Baby
21:08:43  5   Powder and STS and Imerys railroad car samples
21:08:47  6   analyzed; 44 were positive, or 68 percent, for
21:08:49  7   amphibole asbestos.
21:08:51  8        And then we have a break -- then, of
21:08:53  9   course, we have the breakdown of each of these
21:08:57 10   without the Asian.
21:08:58 11        Q.    What were the results for fibrous talc?
21:09:04 12        A.    The qualitative analysis of fibrous
21:09:10 13   talc -- let me just jump to the results section.
21:09:16 14        Q.    Page 9.
21:09:18 15        A.    Thank you.  Been a long day.
21:09:21 16        Q.    Sure.
21:09:22 17        A.    Using the ISO PLM method, found that of
21:09:32 18   the 56 Italian/Vermont/China source containers that
21:09:36 19   we analyzed, 55, or 98 percent, contained fibrous
21:09:41 20   talc.  The Blount PLM method showed of the 72, 20
21:09:45 21   contained fibrous talc.
21:09:47 22        The TEM analysis showed that -- and I have
21:09:51 23   that somewhere -- that there was similar
21:09:56 24   concentration by the heavy density liquid method by
21:10:01 25   TEM, which is biased against finding fibrous talc,
```

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

356

```
21:10:06  1   because unless it has iron in it, you'll have the
21:10:09  2   same density as platy talc.
21:10:12  3        So, really, the best predictor of fibrous
21:10:16  4   talc would be the ISO PLM that does not use heavy
21:10:20  5   density liquid, and most all the samples except for
21:10:23  6   one that we tested had it in there.
21:10:42  7        MS. O'DELL:  Nothing further, Doctor.
21:10:43  8   Thank you.
21:10:45  9        THE WITNESS:  Thank you.
21:10:47 10        MR. CHACHKES:  Nothing more here.
21:10:50 11        FURTHER EXAMINATION
21:10:52 12   BY MR. PROST:
21:10:52 13        Q.    Just one follow-up.
21:10:53 14        You're talking about the results,
21:10:54 15   Dr. Longo.  Turn to page 6 of your report.
21:10:58 16        You talk about how the analysis of 34
21:11:01 17   historical Johnson's Baby Powder containers you
21:11:06 18   determined were 71 percent positive.
21:11:09 19        And then number 2, you say the analysis of
21:11:11 20   22 historical Shower to Shower, or 77 percent,
21:11:16 21   positive; but the analysis of the Imerys 15 railroad
21:11:19 22   car samples were only 53 percent positive.
21:11:23 23        Do you have an explanation for the
21:11:28 24   25 percent difference there between the Imerys
21:11:31 25   railroad car samples and the finished product
```

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com

357

21:11:34  1   samples?

21:11:34  2   A.   Yes, sir.

21:11:36  3   Q.   What is that?

21:11:36  4   A.   Only eight were positive out of the 15.

21:11:40  5   Q.   Do you have an explanation for why there

21:11:43  6   would be such a discrepancy in the positive findings

21:11:46  7   using your methodology?

21:11:47  8        MS. O'DELL:  Object to the form.

21:11:48  9        THE WITNESS:  I don't look at it as a

21:11:49  10   discrepancy.  We call them like we see it.  So

21:11:52  11   if it's only eight out of the 15, that's all we

21:11:55  12   saw.

21:11:57  13   Q.   (By Mr. Prost)  And you expect that if the

21:11:58  14   raw talc supplied had a certain percentage of

21:12:02  15   asbestos, you would see the same percentage in the

21:12:04  16   finished product?

21:12:05  17        MS. O'DELL:  Object to form.

21:12:07  18        MR. WITNESS:  No, I wouldn't expect to see

21:12:09  19   the same percentage, usually, because you're --

21:12:11  20   flotation, you're using various methods.  And we

21:12:16  21   don't have a lot of data from the 1990s.  So

21:12:23  22   there may be, you know, a difference in the two.

21:12:26  23   But we don't have enough data to make that yet,

21:12:29  24   to make that jump on why one versus the other.

21:12:33  25   Q.   (By Mr. Prost)  So your opinion as to what

358

21:12:35  1   could explain the difference is that there's a

21:12:38  2   flotation method and it's a small sample size?

21:12:41  3        A.   No.  I never said that.  I said there is a

21:12:44  4   processing on it, but we don't have a lot of samples

21:12:46  5   from 1990 and 2000.  And, you know, we'll just have

21:12:51  6   to see as we go forward with additional testing.

21:12:55  7   Q.   So the smaller the sample size, the less

21:12:57  8   reliable the findings, you would agree?

21:13:00  9   A.   No --

21:13:00  10        MS. O'DELL:  Object to form.

21:13:00  11        THE WITNESS:  I don't agree that the

21:13:02  12   findings are not reliable at all.  They are

21:13:03  13   reliable.  Why there's 53 percent versus some of

21:13:06  14   the others, you know, hopefully we can answer

21:13:10  15   this question some day.  Or we get a larger

21:13:17  16   sample size and see if there is actually a

21:13:17  17   difference.

21:13:17  18        MR. PROST:  No further questions.

21:13:22  19        MR. SILVER:  Hold on.  Yes, we do.  We

21:13:23  20   have one more.  We can feed it to him or just

21   ask him.

22        THE WITNESS:  Why don't you just go ahead

21:13:27  23   and ask me.

24   ///

25   ///

359

21:13:27  1        EXAMINATION

21:13:27  2   BY MR. SILVER:

21:13:27  3   Q.   Dr. Longo, in your report you characterize

21:13:29  4   the Imerys samples as railcar samples.  Where did you

21:13:32  5   get that description from?

21:13:33  6   A.   It was on the -- I believe it was right on

21:13:36  7   the containers as well as from the MDL for the chain

21:13:40  8   of custodies that they sent.

21:13:42  9   Q.   And sitting here today, you believe that

21:13:43  10   all those samples were actually railcar samples?

21:13:47  11        MS. O'DELL:  Object to the form.

21:13:48  12        THE WITNESS:  I don't know if they all

21:13:49  13   were.  We'd have to look at the chain of

21:13:51  14   custodies.  But I think there were one or two

21:13:53  15   that said something different than railroad car

21:13:57  16   samples, but I just characterized them all as

21:14:00  17   railroad car samples.

21:14:01  18        MR. SILVER:  Thank you.  No further

21:14:03  19   questions.

21:14:09  20        (Deposition concluded at 9:14 p.m.)

21        (Pursuant to Rule 30(e) of the Federal

22   Rules of Civil Procedure and/or O.C.G.A. 9-11-30(e),

23   signature of the witness has been waived.)

24        (Original transcript sent to Mr. Frost.)

25

360

1        C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   COUNTY OF HALL:

5

6        I hereby certify that the foregoing

7   transcript was taken down, as stated in the

8   caption, and the questions and answers thereto

9   were reduced to typewriting under my direction;

10   that the foregoing pages 1 through 359 represent

11   a true, complete, and correct transcript of the

12   evidence given upon said hearing, and I further

13   certify that I am not of kin or counsel to the

14   parties in the case; am not in the regular

15   employ of counsel for any of said parties; nor

16   am I in anywise interested in the result of said

17   case.

18        This, the 7th day of February, 2019.

19

20   _____

21   FRANCES BUONO, B-791
     Georgia Certified Court Reporter

22

23

24

25

361

1                    COURT REPORTER DISCLOSURE

2
          Pursuant to Article 10.B. of the Rules and
3    Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia which states: "Each court
4    reporter shall tender a disclosure form at the time
     of the taking of the deposition stating the
5    arrangements made for the reporting services of the
     certified court reporter, by the certified court
6    reporter, the court reporter's employer, or the
     referral source for the deposition, with any party to
7    the litigation, counsel to the parties or other
     entity.  Such form shall be attached to the
8    deposition transcript," I make the following
     disclosure:
9
          I am a Georgia Certified Court Reporter.  I am
10   here as a representative of Atlanta Reporters, Inc.
     Atlanta Reporters was contacted to provide court
11   reporting services for the deposition.  Atlanta
     Reporters will not be taking this deposition under
12   any contract that is prohibited by O.C.G.A.
     15-14-37(a) and (b).
13
          Atlanta Reporters has no contract/agreement to
14   provide reporting services with any party to the
     case, any counsel in the case, or any reporter or
15   reporting agency from whom a referral might have been
     made to cover this deposition.  Atlanta Reporters
16   will charge its usual and customary rates to all
     parties in the case, and a financial discount will
17   not be given to any party to this litigation.

18

19

20

21                    _____
                      FRANCES BUONO, B-791
22                    Georgia Certified Court Reporter

23

24

25