# EXHIBIT B49

Defendant's Exhibit
*Atlanta Reporters 866-344-0459*
# 12 2-5-19 Longo