UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

**PROPOSED ORDER TO EXCLUDE THE OPINIONS
OF ROBERT KURMAN, M.D.**

**THIS MATTER**, having been opened to the Court by Plaintiffs for entry of an Order to exclude the opinions of Robert Kurman, M.D., and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this _____ day of _____, 2019,

**ORDERED** as follows:

1. The Plaintiff Steering Committee's Motion to Exclude the Opinions of Robert Kurman, M.D. is **GRANTED** in its entirety; and

2. Robert Kurman, M.D., expert for Defendants, shall be barred from offering his opinions.

_____
Hon. Freda L. Wolfson