# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

EXPERT REPORT OF ROBERT J. KURMAN, MD,
FOR GENERAL CAUSATION *DAUBERT* HEARING

Date: February 25, 2019

Robert J. Kurman, M.D.

## PROFESSIONAL BACKGROUND

I am currently the Emeritus Richard TeLinde Distinguished Professor of Gynecologic Pathology at the Johns Hopkins University School of Medicine, with appointments in the Departments of Pathology, Gynecology and Obstetrics and Oncology. Prior to my retirement in June 2017, I held senior academic positions at the University of Southern California, Georgetown University School of Medicine, and the Johns Hopkins University School of Medicine, Baltimore, Maryland, where I was since January 1989.

I graduated from the Upstate Medical Center at Syracuse in 1968 and did my pathology and obstetrics/gynecology residencies in Boston, at the Peter Bent Brigham, Boston Hospital for Women (now the Brigham and Women's Hospital) and Massachusetts General Hospital, as well as the University of Southern California in Los Angeles. I later served as the Assistant Chief of Breast and Gynecologic Pathology at the Armed Forces Institute of Pathology, Washington DC.

I edited the 3rd, 4th and 5th editions and co-edited the 6th and 7th editions (Senior Editor) of Blaustein's Pathology of the Female Genital Tract and served as co-editor (Senior Editor) of the World Health Organization Classification of Tumours of the Female Reproductive Organs (4th Ed.). As the co-author of 287 original papers, 154 review articles and book chapters and 15 books, I have made seminal contributions to our understanding of the pathology of tumors of the female reproductive organs, including gestational trophoblastic neoplasia, cervical, vulvar, vaginal, endometrial and ovarian cancer. These have led to several awards, including the Fred W. Stewart Award of the Memorial Sloan Kettering Cancer Center (2009) and the Maude Abbott Lectureship of the United States and Canadian Academy of Pathology (2012). I have served as President of the International Society of Gynecological Pathologists (2006-2008) and am an Honorary Fellow in the Royal College of Pathologists (2013) and the Austrian Society of Pathologists (2015).

I have served on the editorial boards of numerous journals and was Chairman of the Second Bethesda System Conference of the National Cancer Institute (NCI), Bethesda, 1991. I was Principal Investigator on several major NCI and Department of Defense funded research projects on cervical, vulvar and ovarian cancer. I have been invited as a visiting professor and given invited lectures, including multiple keynote lectures, numerous times in the United States and throughout the world. I have demonstrated my commitment to postgraduate training by the training of over 50 fellows. Additional information about my background, qualifications and publications can be ascertained from my CV, which is attached as Exhibit A.

The opinions expressed in this report are based on my education, training and experience, as well as my clinical/scientific research, knowledge of the literature, and the information available to me at this time. They are expressed to a reasonable degree of medical and scientific probability. I reserve the right to amend or supplement my opinions, should any additional information be made available to me or if I learn of additional scientific literature that is relevant to this case. I also reserve the right to amend or supplement these opinions in response to claims made by plaintiffs' experts. The footnotes and appended materials list contain many of the sources that I have considered in formulating my opinions, but given the size and scope of literature with which I am familiar, it is impossible to definitively list all sources considered.

I am being compensated at a rate of $500 per hour for consulting on this matter.

## I. PATHOLOGY OF EPITHELIAL OVARIAN CANCER

Much, but not all, of the data referred to in this section are based on studies performed by me, Dr. Ie-Ming Shih and our colleagues in the Division of Gynecologic Pathology at the Johns Hopkins Hospital. In this report, I will describe the morphologic, immunohistochemical and molecular genetic features that underscore the heterogeneity of epithelial ovarian cancer and demonstrate that this cancer is a family of related but distinct tumors with different genetic features, clinicopathologic characteristics and behaviors. A more detailed description of the molecular genetic features of the various subtypes of ovarian cancer is provided in Appendix 1. I have also included a glossary of selected pathology terms that appear in this report in Appendix 2.

Ovarian tumors can be divided into five main categories: epithelial ovarian cancer ("EOC"), germ cell tumors, gonadal stromal tumors, miscellaneous tumors and metastatic neoplasms.[1] EOCs are the most common ovarian malignancies and are the types of ovarian tumors relevant to this case. EOCs include several different histologic types, which can be grouped into two broad categories, type I and type II tumors.[2,3] This dualistic model of ovarian carcinogenesis was proposed by me and my colleague, Dr. Ie-Ming Shih, approximately 10 years ago and has been revisited and revised to incorporate the many additional molecular genetic and pathologic studies that have been conducted since then.[4] The dualistic model is widely accepted in the field, as evidenced by the fact that our paper was the most frequently cited paper in the American Journal of Pathology in the last year.

Type I tumors are comprised of three groups: (1) endometriosis-related tumors, which include endometrioid, clear cell and seromucinous carcinomas; (2) low-grade serous carcinomas; and (3) mucinous carcinomas and malignant Brenner tumors.[5] Type I tumors are generally slow growing, present in early stage (stage I, confined to the ovaries) and are characterized by mutations that target specific cell signaling pathways, including *KRAS, BRAF, ERBB2, CTNNB1, PTEN PIK3CA, ARID1A* and *PPP2R1A*; only rarely are mutations of *BRCA1, BRCA2* or *TP53* involved (exception is mucinous carcinoma, in which *TP53* mutations can occur relatively frequently).[6,7,8] Type I tumors are relatively genetically stable

---

[1]      Kuhn E, et al. Ovarian cancer is an imported disease: fact or fiction? *Curr. Obstet. Gynecol. Rep.* 2012; 1(1):1–9 (citing Seidman, JD, et al. Surface epithelial tumors of the ovary. In: Kurman, RJ.; Ellenson, LH.; Ronnett, BM., editors. Blaustein's Pathology of the Female Genital Tract. New York: Springer Verlag; 2011. pp. 679-784).

[2]      Kuhn E, et al. (2012) (citing Shih IM, Kurman RJ. Ovarian tumorigenesis: a proposed model based on morphological and molecular genetic analysis. *Am J Pathol.* 2004; 164;1511-1518).

[3]      Kurman RJ, Shih I-M. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer-- shifting the paradigm. *Hum. Pathol.* 2011;42(7):918-931.

[4]      Kurman RJ, Shih I-M. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded. *Am. J. Pathol.* 2016;186:733-747.

[5]      Kurman RJ, Shih I-M (2016).

[6]      Kuhn E, et al. (2012).

[7]      Kurman RJ, Shih I-M (2011).

[8]      Kurman RJ, Shih I-M (2016).

and develop in a stepwise progression from well-established precursor lesions, such as borderline (atypical proliferative) tumors and endometriosis.[9] They typically present as large, unilateral, cystic neoplasms. Except for clear cell carcinomas, which are not graded but are considered high-grade, type I tumors are low-grade. When confined to the ovary, they have an excellent prognosis. Type I tumors account for only 10% of the mortality of ovarian cancer.

Type II tumors are comprised of high-grade serous carcinomas, undifferentiated carcinomas, carcinosarcomas and primary peritoneal carcinomas.[10] Unlike type I tumors, type II tumors are aggressive, present in advanced stage in over 75% of cases, have a very high frequency of *TP53* mutations and show massive genetic instability; they rarely harbor the mutations detected in type I tumors.[11] In addition, type II tumors often have molecular alterations that perturb expression of *BRCA*, either by mutation of the gene or by promotor methylation. Genetic instability is a hallmark of these tumors. Many Type II carcinomas develop from an intraepithelial carcinoma in the fallopian tube and, as a result, disseminate as carcinomas that involve the ovary as well as extraovarian sites, which likely accounts for their clinically aggressive behavior. The volume of tumor in the ovaries (typically both are involved) is substantially less than that of type I tumors, but the volume of extraovarian disease is generally much greater—often with massive disease in the omentum and mesentery. Ascites (fluid in the abdominal/pelvic cavity) frequently accompanies type II tumors but is infrequent with type I tumors.[12] While aggressive surgery and chemotherapy have lengthened survival, type II tumors account for 90% of the mortality of ovarian cancer.[13]

In 2014, the World Health Organization updated the histopathologic classification of ovarian tumors.[14] The morphologic features of these neoplasms are illustrated in the WHO book and in textbooks of gynecologic pathology. For the purposes of this report, I will confine my comments to epithelial ovarian carcinomas (EOCs), which are the focus of the plaintiffs' claims in this litigation. As described herein, the various histological subtypes of EOCs differ in terms of their development (different precursor lesions and genetic mutations involved), clinical course, response to treatment, and pathological findings, as well as associated risk factors. It is hard to imagine that exposure to talcum powder could cause the development of all of these unique histological subtypes of EOC. In fact, even the epidemiology studies that report a weak statistically significant increased risk for talcum powder users have inconsistent results when broken down by histological subtype.

## A.  Low-Grade Serous Carcinoma

Low-grade serous carcinomas may be noninvasive (niLGSC) or invasive (LGSC). These tumors develop in a stepwise fashion, beginning with a benign proliferative tumor that displays a minimal degree of cytologic atypia (atypical proliferative serous tumor [APST],

---

[9]      Kuhn E, et al. (2012).

[10]     Kurman RJ, Shih I-M. (2016).

[11]     Kurman RJ, Shih I-M (2011).

[12]     Kurman RJ, Shih I-M. (2016).

[13]     Kurman RJ, Shih I-M. (2016).

[14]     Kurman RJ, et al. WHO classification of tumours of female reproductive organs. Vol. 6, 4th Ed: IARC, 2014.

3

also referred to as a serous borderline tumor [SBT]), which progresses to a noninvasive low-grade serous carcinoma (niLGSC) and then to an invasive low-grade serous carcinoma (LGSC). The niLGSC is distinguished from an atypical proliferative serous tumor (APST) or so-called serous borderline tumor (SBT) based on architecture, and more importantly on nuclear features. In contrast to APSTs, niLGSCs have nuclear atypia that is identical to invasive LGSC.[15] Parenthetically, the 2014 WHO Classification regards the term "serous borderline tumor" as synonymous with "atypical proliferative serous tumor," and the term "serous borderline tumor, micropapillary variant" as synonymous with "noninvasive low-grade serous carcinoma."[16] I prefer APST and niLGSC and use these terms in this report.

LGSCs evolve from APSTs in a step-wise fashion and are characterized by sequence mutations in the *KRAS, BRAF* and *ERBB2* oncogenes, which result in constitutive activation of the mitogen-activated protein kinase (MAPK) signal transduction pathway.[17,18,19] Recent studies have implicated a hyperplastic lesion in the fallopian tube designated "papillary tubal hyperplasia" as the precursor of APSTs.[20]

Unlike the other noninvasive tumors, niLGSCs often involve both ovaries and may be associated with extraovarian disease (noninvasive and invasive peritoneal implants) in up to 30% of cases.[21] The mechanisms underlying the development of peritoneal implants have bedeviled investigators for many years. Recently, we have shown that both types of implants have identical *BRAF* or *KRAS* mutation to the ovarian tumors, indicating that they are metastases.[22] Based on this and other findings, the 2014 WHO Classification considers invasive peritoneal implants to be metastatic LGSC.[23]

Following surgery, approximately 10% of APSTs recur as carcinoma, almost always LGSC.[24] Progression to high-grade serous carcinoma (HGSC) occurs very rarely.[25] LGSCs

---

[15]    Kurman RJ, Shih I-M. (2016).

[16]    Kurman RJ, et al. IARC (2014).

[17]    Singer G, et al. Mutations in BRAF and KRAS characterize the development of low-grade ovarian serous carcinoma. *J Natl Cancer Inst.* 2003, 95:484-486.

[18]    Kuo, KT et al. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. *Cancer Res.* 2009, 69(9):4036-4042.

[19]    Pohl G, et al. Inactivation of the mitogen-activated protein kinase pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. *Cancer Res.* 2005, 65(5):1994-2000.

[20]    Kurman RJ, et al. Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. *Am J Surg Pathol.* 2011, 35(11):1605-1614.

[21]    Kurman RJ, Shih I-M. (2016) (citing Seidman, JD, et al. (2011)).

[22]    Ardighieri L, et al. Mutational analysis of BRAF and KRAS in ovarian serous borderline (atypical proliferative) tumours and associated peritoneal implants. *J Pathol.* 2014, 232(1):16-22.

[23]    Kurman RJ, et al. IARC (2014).

[24]    Kurman RJ, Shih I-M. (2016) (citing Longacre, et al. Ovarian serous tumors of low malignant potential (borderline tumors): outcome-based study of 276 patients with long-term (≥5-year) follow-up. *Am J Surg Pathol*. 2005, 29(6):707-723).

tend to occur in younger women with a mean age of about 50 years. Their clinical course is somewhat variable. In most cases, LGSC are slow-growing tumors characterized by multiple recurrences, but with a survival as long as 20 years. A minority of LGSC behave aggressively, with women succumbing to their disease within a few years after diagnosis. Overall, the mortality of LGSC is 50%. Unlike HGSCs, which initially respond well to cytotoxic chemotherapy, LGSCs are relatively insensitive to this regimen. As a consequence, many gynecologic oncologists follow these women and intervene surgically when symptoms occur.

## B.  High-Grade Serous Carcinoma

HGSC is the most common and lethal type of ovarian cancer. Recent morphologic, molecular genetic and clinical studies provide evidence that HGSC is more heterogeneous than previously thought.[26,27,28] The Cancer Genome Atlas project (TCGA) analyzed genome-wide sequence mutation, messenger RNA expression, microRNA expression, promoter methylation and DNA copy number in a large number of HGSCs.[29] The results of the TCGA study were largely verified in another genome-wide report.[30] Among the various molecular findings, the most characteristic of HGSC are widespread DNA copy number or structural aberrations and *TP53* mutation. The TCGA project reported that more than 96% of HGSCs have *TP53* mutations; however, a subsequent study by our group demonstrated that, for all practical purposes, *TP53* mutations occur in virtually all HGSCs.[31] In addition to widespread copy number alterations, which reflect the history of genomic instability and ubiquitous *TP53* mutations, other common threads in HGSCs include *CCNE1* amplification, germline and somatic mutation of *BRCA1/2* and other aberrations in pathways regulating homologous recombination DNA damage repair pathways.[32] HGSCs showing *BRCA1/2* deficiency are characterized by more extensive DNA copy number alterations, and usually do not harbor *CCNE1* amplification.[33]

---

*(cont'd from previous page)*

[25]     Dehari R, et al. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma: a morphologic and molecular genetic analysis. *Am J Surg Pathol.* 2007, 31(7):1007-1012.

[26]     Soslow RA, et al. Morphologic patterns associated with BRCA1 and BRCA2 genotype in ovarian carcinoma. *Mod Pathol.* 2012, 25:625-636.

[27]     Howitt BE, et al. Evidence for a dualistic model of high-grade serous carcinoma: BRCA mutation status, histology, and tubal intraepithelial carcinoma. *Am J Surg Pathol.* 2015, 39:287-293.

[28]     Cancer Genome Atlas Research Network. Integrated genomic analyses of ovarian carcinoma. *Nature* 2011, 474(7353):609-615.

[29]     Cancer Genome Atlas Research Network (2011).

[30]     Patch AM, et al. Whole-genome characterization of chemoresistant ovarian cancer. *Nature* 2015, 521:489-494.

[31]     Vang R, et al. Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. *Int J Gyn Pathol.* 2016;35(1):48–55.

[32]     Patch AM, et al. (2015).

[33]     Patch AM, et al. (2015).

A gene expression analysis of more than 300 HGSCs identified four molecular subtypes,[34] which were subsequently validated in the TCGA study and termed "immunoreactive," "differentiated," "proliferative," and "mesenchymal" on the basis of gene expression in the clusters.[35] These molecular subtypes have been associated with distinct clinical outcomes.[36,37] In one study, it was shown that survival differed significantly between the subtypes and was best for the immunoreactive subtype,[38] a finding consistent with the histopathological observation that HGSCs with large numbers of tumor-infiltrating lymphocytes are associated with a better outcome. It is postulated that these subtypes may reflect distinct patterns of oncogene activation and that high-grade serous carcinogenesis is initiated by disruption of DNA repair followed by chromosomal instability, copy number change and segregation into molecular subtypes.

**Precursor Lesions: Morphologic and Molecular Features.** Our understanding of the pathogenesis of ovarian cancer has advanced in the last few years with the recognition that many HGSCs develop from a precursor lesion in the fallopian tube, designated "serous tubal intraepithelial carcinoma (STIC)." This finding was first described in women at high risk of developing ovarian cancer or who had *BRCA* germline mutations, when they underwent risk-reducing salpingo-oophorectomy (RRSO, resection of the ovaries and fallopian tubes).[39,40,41,42] Subsequently, STICs were detected in 50-60% of women with sporadic HGSC.[43] STICs are detected in the absence of an ovarian carcinoma in approximately 5% of women at high risk who are undergoing risk reducing salpingo-oophorectomy, as noted above. More recently, incidental STICs have been reported in women undergoing hysterectomy and bilateral salpingo-oophorectomy for non-prophylactic reasons, who were not known to have *BRCA* mutations in both selected[44,45] and unselected series.[46,47,48] Other data supporting STIC as the

---

[34]     Tothill RW, et al. Novel molecular subtypes of serous and endometrioid ovarian cancer linked to clinical outcome. *Clin Can Res.* 2008, 14:5198-5208.

[35]     Cancer Genome Atlas Research Network (2011).

[36]     Helland A, et al. Deregulation of MYCN, LIN28B and LET7 in a molecular subtype of aggressive high-grade serous ovarian cancers. *PloS one* 2011, 6:e18064.

[37]     Konecny GE, et al. Prognostic and therapeutic relevance of molecular subtypes in high-grade serous ovarian cancer. *J Natl Can Inst.* 2014; 106(10).

[38]     Konecny GE, et al. (2014).

[39]     Piek JM, et al. Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. *J Pathol.* 2001, 195(4):451-456.

[40]     Piek JM, et al. Tubal ligation and risk of ovarian cancer. *Lancet* 2001, 358(9284):844.

[41]     Piek JM, et al. BRCA1/2-related ovarian cancers are of tubal origin: a hypothesis. *Gynecol Oncol.* 2003, 90(2):491.

[42]     Finch A, et al. Salpingo-oophorectomy and the risk of ovarian, fallopian tube, and peritoneal cancers in women with a BRCA1 or BRCA2 Mutation. *JAMA* 2006, 296:185-192.

[43]     Kurman RJ, Shih I-M. (2016) (citing Kindelberger DW, et al. Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. *Am J Surg Pathol.* 2007, 31(2):161-169; Przybycin CG, et al. Are all pelvic (nonuterine) serous carcinomas of tubal origin? *Am J Surg Pathol.* 2010, 34(1):1407-1416).

[44]     Morrison JC, et al. Incidental serous tubal intraepithelial carcinoma and early invasive serous carcinoma in the nonprophylactic setting: analysis of a case series. *Am J Surg Pathol.* 2015, 39(4):442-453.

precursor lesion to HGSC include findings of identical *TP53* mutations in women with concomitant STIC and HGSC of the ovary, supporting the clonal relationship of the two lesions. Parenthetically, *TP53* mutation appears to be the earliest genetic alteration that occurs in the development of HGSC. Also, STIC, as compared to the concomitant ovarian tumor, have shorter telomeres, and shortened telomeres are one of the earliest molecular changes in ==carcinogenesis.== Finally, in molecularly engineered mouse models, inactivation of *BRCA*, *TP53* and *PTEN* leads to the development of STICs and ovarian HGSC.[49] When salpingectomy is performed at an early age, no cancers develop, whereas neither oophorectomy nor hysterectomy prevents the development of cancer.[50] A recent epidemiologic study showed that in women who had prior salpingectomy, the risk of developing HGSC was significantly decreased as compared to that of women with intact fallopian tubes, further supporting the tubal origin of HGSC.[51]

## C. Endometrioid Carcinoma

The great majority of endometrioid carcinomas are well differentiated, but occasionally, moderately and poorly differentiated carcinomas are observed. The frequent finding of well differentiated areas in the moderately and poorly differentiated neoplasms suggests that the latter "de-differentiated" from low-grade carcinomas. Activating mutations of *CTNNB1* occur in roughly 15-40% of ovarian endometrioid carcinomas, and mutation of this gene is associated with squamous differentiation, low tumor grade and favorable outcome.[52] In addition, inactivating mutations in *PTEN* have been reported in 15%-20% of

---

*(cont'd from previous page)*

[45]     Gilks CB, et al. Incidental nonuterine high-grade serous carcinomas arise in the fallopian tube in most cases: further evidence for the tubal origin of high-grade serous carcinomas. *Am J Surg Pathol*. 2015, 39:357-364.

[46]     Hirst JE, et al. High rates of occult fallopian tube cancer diagnosed at prophylactic bilateral salpingo-oophorectomy. *Int J Gyn Can*. 2009, 19(5):826-829.

[47]     Rabban JT, et al. Early detection of high-grade tubal serous carcinoma in women at low risk for hereditary breast and ovarian cancer syndrome by systematic examination of fallopian tubes incidentally removed during benign surgery. *Am J Surg Pathol*. 2014, 38(6):729-742.

[48]     Tang S, et al. Frequency of serous tubal intraepithelial carcinoma in various gynecologic malignancies: a study of 300 consecutive cases. *Int J Gyn Pathol*. 2012, 31(2):103-110.

[49]     Kurman RJ, Shih I-M. (2016).

[50]     Perets R, et al. Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. *Can Cell*. 2013, 24:751-765.

[51]     Kurman RJ, Shih I-M. (2016) (citing Falconer H, et al. Ovarian cancer risk after salpingectomy: a nationwide population-based study. *J Natl Can Inst*. 2015, 107(2); McAlpine JN, et al. Opportunistic salpingectomy: uptake, risks, and complications of a regional initiative for ovarian cancer prevention. *Am J Ob Gyn*, 2014, 210:471 e1-11).

[52]     Kurman RJ, Shih I-M. (2016) (citing Wu R, et al. Mouse model of human ovarian endometrioid adenocarcinoma based on somatic defects in the Wnt/beta-catenin and PI3K/Pten signaling pathways. *Cancer Cell*. 2007; 11:321-333; Saegusa M, et al. β-Catenin mutations and aberrant nuclear expression during endometrial tumorigenesis. *Br. J. Cancer*. 2001; 84:209-217).

endometrioid carcinomas and activating mutations of *PIK3CA* occur in 20% of these tumors.[53] These genes are rarely mutated in other types of ovarian cancer.

Morphologic and molecular studies provide cogent evidence that ovarian endometrioid carcinoma is derived from endometriosis and therefore endometriosis is regarded as a precursor lesion. Endometriosis is composed of ectopic endometrial tissue that resembles the endometrium lining the uterine cavity and simulates the normal endometrium by periodically bleeding (menstruating). The first study describing the association of endometriosis with ovarian carcinoma was published in 1927.[54] Over the years, this has become well accepted, being cited in numerous textbooks of gynecologic pathology, including the first edition of Blaustein's Pathology of the Female Genital tract published in 1977 and subsequent editions, as well as in the AFIP Fascicle on Tumors of the Ovary published in 1979[55] and most recently in the 7th edition of Blaustein's Pathology of the Female Genital Tract (in press) and the WHO Classification of Tumours of the Female Reproductive Organs, published in 2014. The older studies were based on clinical and histopathologic observations demonstrating a morphologic continuum from benign endometriosis to atypical endometriosis, which merged imperceptibly into endometrioid and clear cell carcinomas in many cases.[56,57] These findings have been confirmed by recent molecular genetic studies. Specifically, somatic mutations of *ARID1A*, a tumor suppressor gene involved in chromatin remodeling,[58] have recently been reported in a large proportion of endometrioid-related neoplasms, including 30% of ovarian endometrioid carcinomas[59] and 46-57% of ovarian clear cell carcinomas.[60] These mutations are rarely reported (< 10%) in other types of ovarian carcinomas.[61] Importantly, mutation and loss of expression of this gene have been found in the endometriotic epithelium in

---

[53]     Kurman RJ, Shih I-M. (2016) (citing Catasus L, Bussagalia, E, et al. Molecular genetic alterations in endometrioid carcinomas of the ovary: similar frequency of beta-catenin abnormalities but lower rate of microsatellite instability and PTEN alterations than in uterine endometrioid carcinomas. *Hum. Pathol.* 2004; 35:1360-1368; Nakayama K, et al. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. *Cancer Biol. Ther.* 2006;5:779-785).

[54]     Kuhn E, et al. (2012) (citing Sampson JA. Metastatic or embolic endometriosis, due to the menstrual dissemination of endometrial tissue into the venous circulation. *Am J Pathol.* 1927; 3(2):93-110.43).

[55]     Scully RE. Tumors of the Ovary and Maldeveloped Gonads. Atlas of Tumor Pathology, Second Series, Fascicle 16, Armed Forces Institute of Pathology, Washington D.C., 1979.

[56]     Fukunaga M, et al. Ovarian atypical endometriosis: its close association with malignant epithelial tumours. *Histopathol.* 1997; 30(3):249-255.

[57]     Russell P. The pathological assessment of ovarian neoplasms. I: Introduction to the common 'epithelial' tumours and analysis of benign 'epithelial' tumours. *Pathol.* 1979; 11(1):5-26.

[58]     Kuhn E, et al. (2012) (citing Guan B, et al. ARID1A, a factor that promotes formation of SWI/SNF-mediated chromatin remodeling, is a tumor suppressor in gynecologic cancers. *Cancer Res.* 2011; 71(21):6718-6727).

[59]     Kuhn E, et al. (2012) (citing Wiegand KC, et al. ARID1A mutations in endometriosis-associated ovarian carcinomas. *N. Engl. J. Med.* 2010; 363(16):1532-1543).

[60]     Kuhn E, et al. (2012) (citing Jones S, et al. Frequent mutations of chromatin remodeling gene ARID1A in ovarian clear cell carcinoma. *Science.* 2010; 330:228-231; Wiegand KC, et al. (2010)).

[61]     Kuhn E, et al. (2012) (citing Jones S, et al. Somatic mutations in the chromatin remodeling gene ARID1A occur in several tumor types. *Hum. Mutat.* 2011 Oct 18. Published in print: 2012;33(1):100-103).

endometriomas immediately adjacent to ovarian endometrioid carcinomas.[62] Somatic mutations of *PTEN* have also been demonstrated in endometrioid and clear cell carcinomas and in endometriotic cysts. These molecular genetic findings provide compelling evidence that endometriosis and endometriotic cysts are precursors of these neoplasms.[63]

Endometrioid carcinomas are frequently associated with endometriotic cysts, and approximately 40% are associated with endometriosis elsewhere in the pelvis.[64] Patients with endometriosis are approximately 2-4 times more likely to develop ovarian endometrioid carcinoma.[65] The precise origin of endometriosis has not been conclusively established; proposed mechanisms include retrograde menstrual flow and in situ development in the peritoneum through a process of metaplasia. Other mechanisms, including development from embryonic rests, have also been invoked. Most cases are best accounted for by retrograde menstruation (endometrial tissue expelled at the time of menstruation, which passes through the fallopian tubes and implants on the ovary and other sites in the peritoneal cavity). Of significance is the observation that eutopic endometrium (the endometrial tissue within the uterus) of women with endometriosis displays intrinsic molecular abnormalities, including activation of oncogenic pathways, that are not found in the eutopic endometrium of women without endometriosis.[66] This suggests that endometriosis develops from retrograde endometrial tissue, which has these molecular abnormalities, thereby permitting the endometrial tissue to implant and possibly undergo malignant transformation outside the uterus.[67] Also supportive of this hypothesis are epidemiologic data that indicate the protective effect for tubal ligation is stronger for endometrioid and clear cell carcinoma than for HGSC, presumably because tubal ligation interrupts the retrograde passage of endometrial tissue from the uterus to the peritoneal cavity.[68] However, this mechanism does not fit well with the development of HGSC, which is now thought to derive from a precursor lesion in the fimbriated end (the most distal portion) of the fallopian tube, which is in close contact with the ovary. Importantly, Tiourin, et al. demonstrated in humans and mouse models "that tubal ligation induces quiescence of distal fallopian tube epithelium" by decreasing the number and

---

[62]     Kurman RJ, Shih I-M. (2016) (citing Wiegand KC, et al. (2010)); Ayhan A, et al. Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endometrioid carcinoma. *Int J Gynecol Cancer.* 2012, 22:1310-1315).

[63]     Kurman RJ, Shih I-M (2016) (citing Sato N, et al. Loss of heterozygosity on 10q23.3 and mutation of the tumor suppressor gene PTEN in benign endometrial cyst of the ovary: possible sequence progression from benign endometrial cyst to endometrioid carcinoma and clear cell carcinoma of the ovary. *Cancer Res.* 2000, 60:7052-7056).

[64]     Kuhn E, et al. (2012) (citing Veras E, et al. Cystic and adenofibromatous clear cell carcinomas of the ovary: distinctive tumors that differ in their pathogenesis and behavior: a clinicopathologic analysis of 122 cases. *Am. J. Surg. Pathol.* 2009; 33:844-853).

[65]     Kuhn E, et al. (2012) (citing Kokcu A. Relationship between endometriosis and cancer from current perspective. *Arch. Gynecol. Obstet.* 2011; 284(6):1473-1479).

[66]     Kurman RJ, Shih I-M (2011) (citing Bulun SE. Endometriosis. *N. Engl. J. Med.* 2009; 360(3):268-279).

[67]     Kurman RJ, Shih I-M (2011) (citing Bulun SE. (2009)).

[68]     Rosenblatt KA, et al. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. The World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol. Biomarkers Prev.* 1996; 5(11):933-935.

proliferation of progenitor cells in that region, which can explain the slight reduction in the risk of HGSC associated with this procedure.[69]

Cancer is a genetic disease, driven by changes to DNA that alter normal cellular functions, and therefore the most powerful evidence relating to the histogenesis of cancer is based on molecular genetic findings. The shared molecular genetic findings between endometriosis and endometrioid carcinoma are particularly compelling in support of endometriosis as the precursor of endometrioid carcinoma. Accordingly, when endometriosis is found in the overall specimen, pathologists regard this as ample evidence of an origin from endometriosis, even in the absence of a demonstrable transition from endometriosis to the tumor.

### D.  Clear Cell Carcinoma

In contrast to the other type I tumors, clear cell carcinomas are not graded. They are generally regarded as high grade, unlike the other type I tumors. Occasionally, both endometrioid and clear cell carcinoma components coexist in an ovarian tumor. Somatic inactivating mutations of *ARID1A* occur in about 50% of clear cell carcinomas,[70] while activating mutations of *PIK3CA* occur in 20%,[71] *PTEN* in almost 10%[72,73] and roughly 3% in the catenin gene (*CTNNB1* encodes b-catenin).[74] These genes are rarely mutated in other types of ovarian cancer.[75] The precursor lesion for clear cell carcinoma, like endometrioid carcinoma, is endometriosis.

### E.  Seromucinous Carcinomas (Mixed Müllerian Carcinomas)

Most seromucinous carcinomas are noninvasive. They are generally papillary and resemble niLGSCs but, in fact, are composed of a mixture of epithelial cell types, including endometrioid and squamous cells and endocervical-type mucinous cells. Furthermore, their immunoprofile is characterized by frequent expression of estrogen receptor (ER) (100%), progesterone receptor (PR) (67%), and cancer antigen 125 (CA125; 92%); infrequent expression of WT1 (8%); and lack of expression of cytokeratin 20 (CK20) and caudal type homeobox 2 (CDX2). This immunostaining pattern is consistent with a Müllerian immunophenotype. Loss of ARID1A expression was reported in one-third of cases,[76] which is

---

[69]     Tiourin E, et al. Tubal ligation induces quiescence in the epithelia of the fallopian tube fimbria. *Reprod Sci.* 2015;22(10):1262-1271.

[70]     Kurman RJ, Shih I-M. (2016) (citing Jones S, et al. (2010); Wiegand, et al. (2010); Ayhan A, et al. (2012)).

[71]     Kurman RJ, Shih I-M. (2016) (citing Nakayama K, et al. (2006); Jones S, et al. (2010)).

[72]     Kurman RJ, Shih I-M. (2016).

[73]     Sato N, et al. (2000).

[74]     Kuo K-T, et al. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. *Am J Pathol.* 2009;174(5):1597-1601.

[75]     Kurman RJ, Shih I-M (2016).

[76]     Wu CH, et al. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and loss of expression of ARID1A. *Int J Gynecol Pathol* 2012;31(4):297-303.

similar to the frequency in endometrioid and clear cell tumors, providing compelling evidence to include them in the group of endometriosis-related neoplasms.

### F. Mucinous Carcinoma

Most mucinous carcinomas are well differentiated; moderate and poorly differentiated tumors are relatively uncommon. Typically, mucinous carcinomas are quite heterogeneous, containing areas of cystadenoma and atypical proliferative tumor intimately admixed with areas of carcinoma. A recent study that used next-generation sequencing found that *KRAS*-activating mutation is the most common single molecular genetic alteration in mucinous carcinomas, occurring in 65% of cases.[77] In contrast to other type I ovarian carcinomas, *TP53* mutation is frequent in mucinous carcinomas, being present in approximately one-half of cases.[78] It should be noted that, until recently, mucinous carcinoma was thought to be the second most frequent ovarian carcinoma. However, studies have now shown that the majority of mucinous carcinomas involving the ovary are, in fact, metastases from primary gastrointestinal tract tumors. In fact, Figure 6 on page 43 of the report of plaintiffs' expert Dr. Sarah Kane is an example of a primary mucinous carcinoma of the gastrointestinal tract that metastasized to the ovary. Based on my experience with these tumors, it most likely originated from the appendix.[79,80,81,82] In her report, Dr. Kane incorrectly identifies this tumor as a primary mucinous carcinoma of the ovary.

### G. Malignant Brenner Tumors

These tumors are composed of nests of transitional-type epithelium surrounded by a fibromatous stroma. Typically, the nests of transitional epithelium have a central cystic cavity lined by mucinous epithelium. Most Brenner tumors are benign, less commonly atypical proliferative, and rarely malignant; consequently, a comprehensive molecular analysis of malignant Brenner tumors has not been performed.

---

[77]   Mackenzie, R, et al. Targeted deep sequencing of mucinous ovarian tumors reveals multiple overlapping RAS-pathway activating mutations in borderline and cancerous neoplasms. *BMC Cancer*. 2015;15:415.

[78]   Mackenzie, R, et al. (2015).

[79]   Shappell H, et al. Diagnostic criteria and behavior of seromucinous (endocervical-type mucinous and mixed cell-type) tumors. *Am J Surg Pathol*. 2002:26(12):1529-1541.

[80]   Ronnett BM, et al. Patients with pseudomyxoma peritonei associated with disseminated peritoneal adenomucinosis have a significantly more favorable prognosis than patients with peritoneal mucinous carcinomatosis. *Cancer*. 2001;92(1):85-91.

[81]   Ronnett BM, et al. Pseudomyxoma peritonei in women: A clinicopathologic analysis of 30 cases with emphasis on site of origin, prognosis, and relationship to ovarian mucinous tumors of low malignant potential. *Hum Pathol*. 1995;26(5):509-524.

[82]   Seidman JD, et al. Primary and metastatic mucinous adenocarcinomas in the ovaries: incidence in routine practice with a new approach to improve intraoperative diagnosis. *Am J Surg Pathol*. 2003; 27(7):985-993.

## II.    DR. SARAH KANE'S EXPERT REPORT

Dr. Kane is the only pathologist designated on behalf of the plaintiffs. She has produced a lengthy report, but only a single paragraph addresses ovarian cancer pathology.[83] Dr. Kane opines that "genital talcum powder exposure can cause ovarian cancer" based on her evaluation of "epidemiological . . ., pathological, biological, and mechanistic evidence."[84] Although Dr. Kane offers opinions in a host of areas outside her field, including epidemiology and cancer biology, I will focus my report on my primary area of expertise: gynecologic pathology.

Based on my nearly 40 years of experience researching the pathogenesis of ovarian cancer, I have concluded that Dr. Kane's opinions reflect a misunderstanding of ovarian cancer pathology, are highly speculative and are contrary to sound science.

Like all cancers, ovarian carcinomas are driven by changes to DNA that alter normal cellular functions. These molecular genetic alterations are the most powerful evidence relating to ovarian cancer development. As described more fully in section I and Appendix I of my report, epithelial ovarian cancer comprises distinctly different carcinomas (i.e., high-grade serous, low-grade serous, endometrioid, clear cell, seromucinous, mucinous and malignant Brenner tumors), each with different precursor lesions, morphologies, clinical behaviors, pathogenesis, and molecular genetic alterations. Dr. Kane does not identify any studies linking the use of talc-based body powders to the known genetic alterations associated with the various histologic subtypes of ovarian cancer. And indeed, I am aware of no such studies. Further, it is unlikely that exposure to a single agent, i.e., talc, could result in the development of such distinctly different neoplasms. Finally, ovarian carcinomas differ dramatically from mesothelioma, and Dr. Kane's repeated efforts to analogize ovarian cancer to mesothelioma are both unscientific and misleading.

Below I focus on four opinions by Dr. Kane that are unsupported by, and contrary to, the current data and understanding of ovarian cancer pathology: (1) that "similarities" between talc and asbestos and between HGSC and mesothelioma support the conclusion that talc causes ovarian cancer; (2) that talc use causes ovarian cancer through inflammation; (3) that reported observations of talc in pathology samples are "consistent with causation"; and (4) that talcum powder applied to the external perineum can migrate to the ovaries.

### A.    "Similarities" Between Talc and Asbestos and Between HGSC and Mesothelioma

One of the major premises Dr. Kane relies on to support her causation opinion is the notion that because talc is supposedly chemically similar to asbestos (which causes mesothelioma) and because HGSC is similar to mesothelioma, there is support for her

---

[83]    It appears Dr. Kane may have initially prepared a report that included more expansive opinions on pathology that were removed or deleted during the drafting process. When I reviewed her deposition, I noted that she was asked to identify where in her report she addressed ovarian cancer pathogenesis and she stated that she "did the work," but could not "discuss it because of attorney work product issues." January 25, 2019 Deposition of Dr. Kane ("Kane Deposition"), pages 206-213.

[84]    November 15, 2018 Report of Dr. Kane ("Kane Report") at 37.

opinion that talc use causes ovarian cancer.[85] Dr. Kane attempts to support this argument by pointing to "the chemical similarity between asbestos and talc" and "morphologic and immunohistochemical similarities" between mesothelioma and HGSC.[86] Relatedly, Dr. Kane reports that she has seen evidence that talcum powder products contain asbestos and discusses epidemiological studies assessing asbestos exposure and ovarian cancer, which she claims further support her opinion that talc use causes ovarian cancer.[87] She also claims that the similarities she observes between talc and asbestos and between HGSC and mesothelioma support the "analogy" criterion of Bradford Hill.[88] Dr. Kane's analysis is methodologically flawed and lacks a sound scientific basis.

First, Dr. Kane overstates the significance of compositional similarities between talc and asbestos. Specifically, Dr. Kane relies on an observed "chemical similarity" between the two.[89] But the fact that two materials have similar chemical compositions does not mean they will have similar effects on the body. For instance, the chemical composition of water ($H_2O$) is almost identical to that of hydrogen peroxide ($H_2O_2$)—they differ by only one oxygen atom—but their biological effects are vastly different. Dr. Kane fails to provide any support for her suggestion that compositional similarities between talc and asbestos result in similar biologic effects. While talc and asbestos are both silicate minerals, talc is inert; by contrast, surface reactivity and the ability to release free radicals contribute to the pathogenic effects of asbestos.[90]

Second, Dr. Kane downplays the importance and extent of the structural differences between talc and asbestos, noting only that they are "*somewhat* morphologically distinct."[91] The structure of substances can be extremely important in their functional activity in the body. According to IARC, "talc particles are normally plate-like" and are stable and inert.[92] By contrast, asbestos occurs in bundles of flexible, needle-shaped fibers. The effects of asbestos on the body are determined by, among other things, the geometry and surface reactivity of the fibers.[93] Dr. Kane fails to acknowledge these critical structural differences in her attempt to analogize talc to asbestos.

Relatedly, Dr. Kane's assessment of studies examining the association between asbestos exposure and ovarian cancer is not analytically sound.[94] As an initial matter, because

---

[85]     Kane Report at 13-14.

[86]     Kane Report at 5, 14.

[87]     Kane Report at 29-33.

[88]     Kane Report at 37.

[89]     Kane Report at 5, 13.

[90]     International Agency for Research on Cancer. *IARC monographs on the evaluation of carcinogenic risks to humans, volume 100C. Arsenic, Metals, Fibres and Dusts*; 1.6, 4.3. Lyon, France: IARC; 2012 ("IARC Monograph").

[91]     Kane Report at 13.

[92]     IARC Monograph at 1.6.

[93]     IARC Monograph at 4.3.

[94]     Kane Report at 29-33.

talc and asbestos are distinct minerals, as explained above, Dr. Kane's discussion of these studies is not relevant to whether perineal talc use causes ovarian cancer. (As Dr. Kane does not provide any description or analysis of the "evidence" she has seen that talcum products contain asbestos[95] and testified that her opinion "is not dependent on asbestos being in the product,"[96] I will not evaluate that assertion here.) In any event, although it is well established that asbestos exposure can cause pleural mesothelioma (and much less commonly lung cancer), the data implicating asbestos exposure and ovarian cancer is significantly weaker. The studies Dr. Kane discusses – which reported only a handful of ovarian cancer cases – involved significant exposure to industrial asbestos sustained via inhalation by women who worked in occupations where they were regularly exposed to asbestos for hours every day (such as in factories producing gas masks). These studies of occupational asbestos exposures are not directly applicable to **perineal** application of cosmetic talcum powder, which is the exposure alleged in these cases. Dr. Kane fails to explain how perineal exposure to alleged contaminant levels of asbestos in cosmetic talc is similar to occupational exposures to inhaled industrial asbestos. Finally, from a pathology standpoint, there is a significant likelihood that some tumors observed in these occupational studies, which are quite dated, were misclassified due to misreporting on death certificates and lack of immunohistochemical analysis to adequately distinguish peritoneal mesothelioma from ovarian cancer (i.e., peritoneal mesotheliomas were misdiagnosed as ovarian carcinomas).[97,98]

Dr. Kane's claim that similarities between HGSC and mesothelioma support her conclusion that talc causes ovarian cancer also fails to account for decades of important research on ovarian cancer pathogenesis. For one thing, Dr. Kane grossly overstates the "striking morphologic similarities" between HGSC and mesothelioma. These "striking similarities" she claims to observe are supported by Figures 1 and 2 of her report, which are photomicrographs of tumors taken at a very high magnification. It is impossible to appreciate the differences between two tumors when they are viewed at such a high magnification. In practice, it is relatively straightforward for an experienced gynecologic pathologist to distinguish between HGSC and mesothelioma by morphology on routine microscopic analysis. While there is some overlap between the immunohistochemical markers expressed by mesotheliomas and HGSC,[99] this is true of many different tumors and does not support Dr. Kane's suggestion that mesothelioma and HGSC are similar diseases.. Moreover, Dr. Kane is mistaken when she claims that calretinin is a common marker expressed by HGSC and mesotheliomas. In fact, calretinin is rarely expressed by serous carcinomas, but is expressed in the majority of mesotheliomas; therefore, it is actually used to differentiate mesothelioma from serous carcinoma. Other immunohistochemical markers used to differentiate serous ovarian carcinomas from mesotheliomas include MOC31, PAX8, Claudin4, BER-EP4 and

---

[95]     Kane Report at 29.

[96]     Kane Deposition, page 227.

[97]     Reid, et al. Does Exposure to Asbestos Cause Ovarian Cancer: A Systemic Literature Review and Meta-Analysis. *Cancer Epidemiol Biomarkers Prev.* 2011; 20(7):1287-1295.

[98]     Camargo, et al. Occupational Exposure to Asbestos Ovarian Cancer: A Meta-Analysis. *Environ Health Perspect* 2011; 119(9): 1212-1217 (evaluates effect of misclassification by removing 20% of ovarian cancer cases from every study and repeating meta-analysis).

[99]     Kane Report at 14.

Estrogen Receptor.[100] There is substantial evidence now that HGSC derives from the Mullerian epithelium of the fallopian tube, and not from the modified mesothelium that lines the ovaries – another important distinction between these tumors.[101]

Finally, I note that the morphologic and molecular genetic differences between mesothelioma and the other types of epithelial ovarian carcinoma, specifically, low-grade serous, endometrioid, clear cell, and mucinous carcinomas and malignant Brenner tumors, is even more stark than those of HGSC. In particular, endometrioid and clear cell carcinoma develop from endometriosis (which is a precursor lesion to these cancers, as explained previously). Endometriosis is composed of endometrial type cells, which are also of Mullerian origin and resemble cells lining the uterine cavity – cells that are likewise significantly different from mesothelial cells.

In summary, Dr. Kane inappropriately overstates the similarities between talc and asbestos and HGSC and mesothelioma, and fails to appreciate the important differences between these minerals and diseases. When applied to the "analogy" criterion of her Bradford Hill analysis, these inaccuracies and overstatements undermine her conclusions.[102]

### B. Talc-Induced Chronic Inflammation as a Cause of Ovarian Cancer

Dr. Kane's report includes a lengthy discussion setting forth her view that perineal use of talc causes chronic inflammation that leads to cancer.[103] These speculative opinions are not supported by sound science. As explained further below, while it is true that talc can elicit an inflammatory response in tissue, the type of response associated with talc is what pathologists refer to as a "foreign body response" or "foreign body granuloma." Foreign body granulomas have only rarely been reported in gynecologic pathology samples and they have not been associated with the perineal use of talcum powder.

As a preliminary matter, it is important to clearly define "chronic inflammation" and differentiate between the different types of chronic inflammation. Generally, inflammation can be defined as "a protective response elicited by injury or destruction of tissues which serves to destroy, dilute or wall off the injurious agent and the injured tissue."[104] If the inflammatory reaction persists for an extended period, it is referred to as "chronic" inflammation.

The different types of chronic inflammation have different histologic appearances. The most common type is composed of a variety of inflammatory cells, including lymphocytes, plasma cells and histiocytes (macrophages).[105] A less frequently encountered

---

[100]     Husain AN, et al. Guidelines for Pathologic Diagnosis of Malignant Mesothelioma. *Arch Pathol Lab Med.* 2018; 142:89-108.

[101]     Kurman RJ, Shih I-M. (2016).

[102]     Kane Report at 37.

[103]     Kane Report at 9-13.

[104]     Dorland, W A. N., Dorland's Illustrated Medical Dictionary. Philadelphia, PA: Saunders.

[105]     Dr. Kane suggests that lymphocytes and plasma cells are a marker of carcinogenesis. Kane Deposition, pages 58, 63, 98-99, 108. This is not correct. Plasma cells and lymphocytes are not markers for cancer.

type of chronic inflammation – granulomatous inflammation – is characterized by focal lesions, called granulomas. Granulomas can be divided into two broad categories: (1) immune granulomas and (2) foreign body granulomas.[106, 107] Foreign-body granulomas are what you would expect to find in tissue exposed to noninfectious material, like talc and surgical sutures.[108] The reaction is characterized by an inflammatory infiltrate composed predominantly of histiocytes, which may fuse to form giant cells that surround and phagocytose material. Notably, I have examined a number of surgical pathology specimens from plaintiffs in talc litigation and have not observed foreign body granulomas or foreign body granulomatous inflammation associated with alleged talc use. Indeed, in the course of my 40 years of looking at microscopic slides of ovarian cancer, I have only seen foreign body granulomatous inflammation associated with ovarian tumors very rarely. The associated tumors have been predominantly teratomas (which are not epithelial carcinomas); less than a handful were endometrioid carcinomas. In all these cases, the granulomatous inflammation was in response to keratin produced by the tumor and had nothing to do with talc (no evidence of polarized crystals that may have been talc).

Dr. Kane was unable to identify the frequency with which she observed foreign body granulomatous inflammation, much less foreign body granulomas, in the gynecological specimens that she has examined throughout her career.[109] Of the granulomas she has observed, Dr. Kane was unable to testify that any were foreign body talc granulomas, because she does not routinely use polarized light microscopy to look for particulates in gynecologic tissue.[110] Dr. Kane attempts to compensate for the general lack of histologic evidence supporting biologic talc exposure by speculating about the latency period between the onset of inflammation and development of cancer.[111] However, the majority of women who use talc begin their use around age 20 and that use is habitual.[112] In other words, it appears that for most cases, the exposure and, therefore, the resulting inflammation, would not be remote but continuous.

Dr. Kane points to the association between endometriosis and the development of endometrioid and clear cell carcinoma as evidence that chronic inflammation causes ovarian cancer.[113] Her conclusions are based on speculation rather than data. Chronic inflammation has not been proven to be the mechanism by which endometriosis develops into endometrioid and clear cell carcinomas. In fact, endometriosis is often not accompanied by inflammation, and when it is, the inflammation is composed of lymphocytes and plasma cells, not foreign

---

[106]    Shah KK, et al. Histopathologic Review of Granulomatous Inflammation. *J Clin Tuberculosis Micobacterial Dis.* 2017;7:1-12.

[107]    deBrito T and Franco MF. Viewpoint: Granulomatous Inflammation. *Rev Inst Med trop Sao Paulo.* 1994;36(2):185-192.

[108]    Shah KK, et al. (2017).

[109]    Kane Deposition, pages 110, 115-16.

[110]    Kane Deposition, pages 108-09.

[111]    Kane Report at 12.

[112]    Cramer DW, et al. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiol.* 2016(3);27:334-346.

[113]    Kane Report at 10, 12.

body granulomatous reactions like those associated with talc exposure. Moreover, based on the fact that shared molecular genetic changes have been found in endometriosis and endometrioid and clear cell carcinoma, the scientific evidence strongly suggests that endometriosis is a precursor lesion to these cancers, not a source of inflammation that causes them. Significantly, in women with endometriosis, the eutopic endometrium (endometrium lining the uterine cavity) displays molecular changes that are not present in the eutopic endometrium of women without endometriosis, suggesting that the abnormalities found in the endometrium are predisposing to both the development of endometriosis and endometrioid carcinoma.[114]

Dr. Kane similarly cites pelvic inflammatory disease (PID) as evidence that chronic inflammation causes ovarian cancer.[115] However, the association between PID and ovarian cancer has been inconsistent. It appears to be limited to serous borderline tumors and possibly LGSC.[116] As described in Section I, LGSC and HGSC are very different diseases and develop along different molecular genetic pathways.

In another attempt to analogize talc to asbestos, Dr. Kane cites talc's use in pleurodesis – a procedure in which talc is injected into the pleural space to treat benign recurrent pneumothorax or pleural effusion – to suggest that the consequences of talc-induced inflammation are similar to those of asbestos-induced inflammation.[117] While both talc particles and asbestos fibers can cause chronic inflammation and fibrosis, inflammation and fibrosis are natural responses to a variety of stimuli and are not specific to talc, asbestos or even the cancer process. Further, if the consequences of talc and asbestos exposure were similar (e.g., if both caused cancer), one would expect to find cancer arising in patients who underwent talc pleurodesis. On the contrary, based on my review of the literature, talc pleurodesis has not been associated with the development of cancer, including mesothelioma, in patients followed for up to 40 years.[118,119] In fact, some studies of talc as a treatment for malignant pleural effusion suggest it may have anti-tumorigenic effects, promoting apoptosis (programmed cell death) in malignant mesothelioma cells[120] and inhibiting tumor progression by promoting angiostasis.[121] Defective apoptotic signaling pathways and inhibition of angiostasis play an important role in the initiation and progression of cancer and are related to tumor aggressiveness and survival.

---

[114]     Kurman RJ, Shih I-M (2011) (citing Bulun SE. (1999)).

[115]     Kane Report at 10, 12.

[116]     Rasmussen CB, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol*. 2017;185(1):8-20.

[117]     Kane Report at 13.

[118]     Hunt, et al. Is talc pleurodesis safe for young patients following primary spontaneous pneumothorax? *Interactive CardioVascular and Thoracic Surgery*. 2007; 6(1):117-120.

[119]     Light RW Letter to Editor in Ghio AJ, et al. *Am J Respir Crit Care Med*. 2001;164:1741.

[120]     Nasreen N, et al. Talc Induces Apoptosis in Human Malignant Mesothelioma Cells *In Vitro*. *Am J Respir Crit Care Med.* 2000;161:595-600.

[121]     Nasreen N, et al. Talc mediates angiostasis in malignant pleural effusions *via* endostatin production. *Eur Respir J*. 2007;29:761-769.

Further, if chronic inflammation plays a key role in the development of HGSC, the most common ovarian malignancy, one would expect to find evidence of inflammation associated with early precursor lesions. It is now widely accepted that STICs (serous tubal intraepithelial carcinoma) are confined to the tubal epithelium; in other words, they have not invaded normal tissue. STICs are considered the immediate precursor of invasive HGSC. I have participated in a number of studies assessing the characteristics of STICs and have not found them to be associated with inflammation. Others have reported similar observations.[122] Recent data suggest that an even earlier lesion, designated "p53 signature," which is characterized by normal appearing fallopian tube epithelium but harboring a *TP53* mutation, is the precursor of STICs. I have not seen inflammation associated with p53 signatures in the fallopian tube.

Finally, many of the studies that Dr. Kane cites to attempt to show how chronic inflammation can lead to the development of cancer are not relevant to talc-associated foreign body reactions. In particular, Dr. Kane's use of ulcerative colitis – a type of inflammatory bowel disease that is associated with an increased risk of colon cancer – as a surrogate for talc causing ovarian cancer[123] is highly misleading because it fails to distinguish the chronic inflammation associated with ulcerative colitis from the foreign body response association with talc exposure. The former is characterized by the presence of neutrophils, lymphocytes and plasma cells accompanied by features of mucosal injury and necrosis (cell death); these are not features of foreign body granulomatous inflammation.

Dr. Kane also inappropriately cites a number of studies in claiming that talc-induced inflammation causes specific biological responses that lead to ovarian cancer.[124] For example, Dr. Kane cites Buz'Zard 2007 in support of her claim that talc causes oxidative stress that can lead to the development of ovarian cancer.[125] But as Dr. Kane admitted, this study did not demonstrate increases in reactive oxygen species in ovarian cancer cells at 17 out of the 18 time points measured.[126] Moreover, this study is flawed in that it did not include negative controls, and it utilized immortalized ovarian surface epithelial and granulosa cell lines, which are not "normal." The only test of cell transformation used in the study was soft agarose growth and results of the talc studies were conflicting between the two cell lines used. In one cell line, a high dose suppressed soft agarose growth, but in the other cell line, it promoted soft agarose growth.

Similarly, Dr. Kane claims that Shukla 2009 demonstrates that "nonfibrous talc can induce an inflammatory response that alters expression of genes in cancer pathways" and "induces genotoxicity" in mesothelial cells.[127] Dr. Kane provides no analysis of the study to support these assertions, and the authors' statements directly contradict her characterization of the findings. Shukla et al. note that talc was used in this asbestos study as a nontoxic,

---

[122]   Malmberg K, et al. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. *Virchows Arch*. 2016; 468(6):707-713.

[123]   Kane Report at 10.

[124]   Kane Report at 10-12.

[125]   Kane Report at 10.

[126]   Kane Deposition, pages 333-34.

[127]   Kane Report at 10, 36.

negative control that "is regarded as noncarcinogenic in humans."[128] The authors confirmed that, in contrast to asbestos, which "caused membrane blebbing and other toxic manifestations in cells," "particles of nonfibrous talc…were nontoxic."[129] Also contrary to Dr. Kane's suggestion that Shukla supports an inflammatory and pro-carcinogenic role for talc, talc had very little overall effect on gene expression in mesothelial cells compared to asbestos, and talc had no effect on ovarian cells. Among the few genes whose expression was increased by talc are those that have anti-inflammatory and anti-oxidant activities (ATF3 and SOD).

In addition, Dr. Kane cites a number of studies in support of her claim that talc induces macrophage TNF-alpha expression, which promotes ovarian carcinogenesis.[130] Of these, only the Hagemann study involved the ovaries, and that study cannot be used to support causation in humans because it used experimental ovarian cancer cell lines, which do not demonstrate the same molecular profiles as shown in tissue samples of ovarian cancer.[131] The Cheng, Yan and Xie studies were performed on rabbits, mice and rats, respectively, and did not evaluate ovarian cells or ovarian tissue. The Xie study also evaluated the effects of asbestos, not talc, on rat tracheal epithelium. The Nasreen and Van den Heuvel studies examined human mesothelial cells or patients undergoing pleurodesis; neither used ovarian tissue. In summary, apart from Hagemann, the studies cited by Dr. Kane not only failed to use ovarian tissue, but involve in vitro or animal models that are of questionable value in understanding ovarian carcinogenesis in humans.

Dr. Kane's claim that "there are experimental studies in the literature that support a causal relationship between talc and ovarian cancer," and that studies "show increases in inflammatory markers following talc exposure" is entirely false.[132] None of the studies Dr.

---

[128]   Shukla A, et al. Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity. *Am J Respir Cell Mol Biol*. 2009; 41:114-123.

[129]   Shukla A, et al. (2009).

[130]   Kane Report at 12 (citing Cheng DS, Rogers J, Wheeler A, et al. The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF alpha) Fab fragments on pleurodesis in rabbits. *Lung*. 2000;178(1):19–29; Hagemann T, Wilson J, et al. Ovarian cancer cells polarize macrophages toward a tumor-associated phenotype. *J Immunol*. 2006;176(8):5023–5032; Yan B, et al. Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res*. 2006;66(24):11565–11570; Nasreen N, et al. Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells. *Am J Respir Crit Care Med*. 1998;158:971–978; van den Heuvel MM, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J*. 1998;12(6):1419–1423; Xie C, et al. TNF-alpha increases tracheal epithelial asbestos and fiberglass binding via a NF-kappaB-dependent mechanism. *Am J Physiol Lung Cell Mol Physiol*. 2000;279(3):L608–614).

[131]   Domcke, et al. compared copy-number changes, mutations and mRNA expression profiles of 47 commonly used experimental ovarian cancer cell lines from the Cancer Cell Line Encyclopedia with ovarian cancer tumor samples from the Cancer Genome Atlas and found "pronounced differences in molecular profiles." Domcke S, et al. Evaluating cell lines as tumor models by comparison of genomic profiles. *Nature Commun*. 2013;4:2126. Accordingly, studies that utilize experimental ovarian cancer cell lines must be interpreted with caution, as these experimental cell lines do not reflect the molecular genetic characteristics of ovarian cancer tissues.

[132]   Kane Report at 12 (citing Allaire GS, et al. Talc in liver tissue of intravenous drug abusers with chronic hepatitis. A comparative study. *Am J Clin Pathol*. 1989;92(5):583–588; Genofre EH, et al. Talc pleurodesis: evidence of systemic inflammatory response to small talc size particles. *Respir Med*. 2009;103(1):91–97; Arellano-Orden E, et al. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. *Respiration*. 2013;86(3):201–209).

Kane cites has anything to do with ovarian cancer. Specifically, Allaire 1989 is a study of talc in liver tissue from IV drug users and Genofre 2009 and Arellano-Orden 2013 are studies of pleurodesis, which, as noted above, is a beneficial procedure that has not been reported to cause cancer and involves a part of the body that is unrelated to ovarian carcinogenesis.

In summary, Dr. Kane's theory that talc-induced inflammation causes ovarian cancer both fails to distinguish between specific types of inflammation and is not supported by the evidence she cites.

### C. Detection of Talc in Ovarian Tissue

Dr. Kane's report includes a discussion of "talc in tissue."[133] Dr. Kane first describes certain microscopy and analytical techniques (polarized light microscopy, SEM and EDX) that she claims are used in surgical pathology. She then acknowledges that the presence of talc particles found in ovarian cancer tissue does not prove that the talc played a causal role, yet argues that it is "consistent with causation and provides additional evidence in support of a causal relationship."[134] This discussion is methodologically flawed for several reasons.

First, based on my experience as a surgical pathologist, ovarian cancer is never examined using the microscopy techniques Dr. Kane identifies. In fact, apart from the specific type of examination of breast tissues that Dr. Kane discusses, none of these techniques is used in general surgical pathology. Polarization is not routinely employed by surgical pathologists without some clear indication for doing so (e.g., confirmation of radiographic findings of breast calcifications or an observed foreign body reaction). Dr. Kane has admitted that polarized light microscopy is not routinely used to examine ovarian tumors.[135] Foreign body reactions and granulomas are easily detected by routine light microscopy.

Dr. Kane's reliance on Cramer 2007 is misplaced. Cramer 2007 is a case report of one patient, and therefore does not constitute meaningful scientific evidence supporting the allegation that talc causes ovarian cancer.[136] Indeed, the authors admit as much: "we are not claiming that a causal relationship between ovarian cancer and talc use is proven for this case or in general." They also acknowledge that "case reports cannot establish causality" and assert that "it is necessary to establish in a quantitative manner the likelihood of finding talc in lymph nodes of women with ovarian cancer and correlate this by whether they did or did not use talc." A similar study in ovarian tissue had already been done by Heller et al. in 1996, discussed below.

Second, as Dr. Kane concedes, the presence of talc particles in ovarian cancer tissue does not prove that the talc plays a causal role in the development of ovarian cancer. The development of the now well-established understanding that human papillomavirus (HPV) causes cervical cancer illustrates this principle. From the 1960s through the late 1980s, herpes

---

[133]   Kane Report at 14-15.

[134]   Kane Report at 15.

[135]   Kane Deposition, page 108.

[136]   Cramer DW, et al. Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-term Genital Exposure to Cosmetic Talc. *Obstet Gynecol.* 2007;110(2):498–501.

simplex virus (HSV) was thought to be the cause of cervical cancer. Electron microscopy revealed HSV particles in cervical cancer tissues,[137] and seroepidemiologic studies "confirming" that HSV was the causative agent showed that women with antibodies to HSV-2 were 10 times more likely to develop cervical cancer than women without antibodies to the virus.[138,139] Notably, the relative risks for HSV and cervical cancer reported in epidemiological studies far exceeded those that have been reported for talc and ovarian cancer. However, we now know that HPV, not HSV, causes cervical cancer; indeed, I have been involved with HPV vaccine clinical trials over the last 15 years and have seen a striking reduction in cervical cancer in countries where mandatory vaccination has been in place.[140] As this example illustrates, the fact that a particular agent has been observed in cancerous tissues, even combined with other apparently strong epidemiologic evidence, can lead to a flawed causal conclusion.

### D.  Migration of Talc to the Ovaries

Dr. Kane acknowledges that "for cosmetic talc applied to the perineum to reach the ovary or fallopian tube and exert a neoplastic effect, it needs to travel up through the vagina and uterus."[141] Without providing any analysis, Dr. Kane opines that: (1) it is "known" that "substances" can migrate through the genital tract to the ovaries; (2) studies have demonstrated talc in ovarian tissue; (3) a single case report of talc in pelvic lymph nodes supports inhalation and lymphatic transport as a "biologically plausible pathway"; and (4) the tubal origin of serous carcinoma is "not critical" to her opinions, because talc can migrate to both the fallopian tubes and ovaries. Elsewhere in her report, Dr. Kane opines that the protective effect associated with tubal ligation also supports her migration opinions.[142] Each of these claims lacks a scientifically valid basis.

First, Dr. Kane cites only two studies to support her opinion that migration through the genital tract to the ovaries is well established.[143] Neither of these studies replicated the type of exposure – external application to the vulva – reported by plaintiffs in this litigation, and neither study involved talc. Specifically, Venter 1979 introduced radioactive human albumin microspheres directly into the upper vagina of women undergoing elective gynecologic surgeries. Egli 1961 introduced carbon particles suspended in Dextran into the

---

[137]     Aurelian L, et al. Herpesvirus type 2 isolated from cervical tumor cells grown in tissue culture. *Science*. 1971; 74:704-707.

[138]     Nahmias AJ and Roizman B. Infection with herpes-simplex viruses 1 and 2. *N Engl J Med*. 289(14):667,719-725.

[139]     Kaufman RH and Rawls WE. Herpes Genitalis and its Relationship to Cervical Cancer. *CA Cancer J Clin*, 1974; 24(5):258-265.

[140]     McGregor S, et al. Decline in prevalence of human papillomavirus infection following vaccination among Australian Indigenous women, a population at higher risk of cervical cancer: The VIP-I study. *Vaccine*. 2018;36(29):4311-4316.

[141]     Kane Report at 14.

[142]     Kane Report at 19.

[143]     Kane Report at 14 (citing Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril*. 1961;12:151–155; Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries. *S Afr Med J*. 1979;55(23):917–919).

upper vagina of three anesthetized women undergoing elective hysterectomy, while simultaneously administering oxytocin to stimulate uterine contractions (hypothesized to facilitate transport to the ovaries). Notably, Dr. Kane omits any mention of Wehner 1985[144] and Boorman 1995.[145] Wehner examined talc migration in monkeys receiving repeated introductions of talc to the upper vagina over a period of 45 days. No talc particles were found in the uterus or tubes. Boorman analyzed ovaries from rats and mice exposed daily to aerosolized talc for two years. No talc particles were found in the animals' ovarian tissue, despite "ample opportunity for perineal as well as oral and respiratory exposure."[146] No ovarian tumors were found in exposed animals.

It should be noted that even when particles are placed into the vagina, passage to the ovaries is quite unusual. For example, in another study, it was reported that when India ink was introduced into the uterus, it was detected in the fallopian tubes in 50% of women and when introduced into the cervix, it was detected in the fallopian tubes of just 30% of women. When it was introduced into the vagina, it was detected in only one of 37 (0.02%) patients.[147] In short, the vulva is not an open conduit to the vagina and therefore none of these highly artificial studies can be used to assert that talc applied to the external perineum migrates to the fallopian tubes and ovaries. Finally, I note that Cramer 2007, which Dr. Kane relies on for her migration opinions, stated that "there is no proof that talc used externally reaches the pelvis."[148]

Second, the studies that Dr. Kane cites as finding talc in ovarian tissue do not support her contention that talc migrated there from the vulva through the reproductive tract.[149] The presence of talc in ovarian tissues can be easily explained as a contaminant. Talc is ubiquitous and is present in ceramic, paper, plastics, makeup, rubber and paint, all of which are present in pathology laboratories. Indeed, paper towels on which specimens are placed and cut to provide samples for microscopic analysis and lab counters are a very likely source of talc that can be introduced into tissues being processed for pathologic examination. Moreover, Heller, et al. attempted to correlate the observed talc content in benign ovaries with reported talc usage and found no difference between women who frequently applied talc and those who reported no use.[150] The results could be attributed to sample contamination, which is supported by the lack of any associated pathologic findings that

---

[144]    Wehner AP et al. On talc translocation from the vagina to the oviducts and beyond. *Food Chem Toxicol,* 1986;24:329-338.

[145]    Boorman GA, Seely JC. A Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice. *Reg Toxicol Pharmacol*. 1995;2:242-243.

[146]    Boorman GA, Seely JC (1995).

[147]    De Boer CH. Transport of particulate matter through the human female genital tract. *J Reprod Fertil.* 1972;28(2):295-297.

[148]    Cramer DW, et al. (2007).

[149]    Kane Report at 14 (citing Henderson WJ, et al. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw*. 1971;78(3):266–272; Henderson WJ, et al. Talc in normal and malignant ovarian tissue. *Lancet*. 1979;313(8114):499; Mostafa SA, et al. Foreign body granulomas in normal ovaries. *Obstet Gynecol*. 1985;66(5):701–702; 22; Heller DS, et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am. J. Obstet. Gynecol*. 1996;174(5):1507–1510).

[150]    Heller DS, et al. (1996).

would indicate actual biologic exposure. In fact, Heller noted that hematoxylin-eosin (H&E) examination of high-burden ovaries did not reveal any associated granulomas or foreign body giant cells.

Third, Dr. Kane's opinion that inhalation and lymphatic transport is "another biological pathway"[151] is speculative and not supported by evidence demonstrating that inhaled talc can reach the ovaries through the lymphatic system. If inhalation of talc were a significant route of exposure to ovarian tissue, one would expect to see evidence of talc-induced pulmonary diseases in women who use perineal talc. I am not aware of any such reports. The studies Dr. Kane relies on to support inhalation exposure to ovarian tissue are inapplicable: Cramer 2007 is only a case report of a single patient and provides no data to support inhalation as a route of exposure; Suzuki involved inhaled asbestos fibers in occupationally exposed men; Marchiori involved pulmonary complications of inhaled or injected talc; and Frank involved pulmonary talcosis as a result of inhaled talc.

Fourth, Dr. Kane is correct that there is evidence that "serous ovarian cancers are actually of fallopian tube origin," but Dr. Kane's opinion that this information is "not critical" to the question at hand is clearly wrong.[152] To the contrary, it is extremely important and significantly undermines the theory that talc use causes serous ovarian cancer, since cancer biologists agree that an understanding of carcinogenesis of a tumor begins with determining the genetic alterations that occur in the tissue (organ) of origin – not in the organs to which the primary tumor has spread. The evidence that serous ovarian cancer originates in the fallopian tubes invalidates many of Dr. Kane's more specific opinions, since the biologic evidence she presents often relates to events occurring on the ovarian surface epithelium, implying that ovarian cancer originates there, rather than in the fallopian tubes.[153] In fact, Dr. Kane does not cite any studies to support her biological plausibility opinions that involve the fallopian tube epithelium.

Relatedly, the fallopian tube origin of serous carcinoma also undermines Dr. Kane's argument that tubal ligation and hysterectomy decrease the risk of "talc-associated ovarian cancer" "by impeding the proximal migration of talc into the perineum to the ovaries and fallopian tubes."[154] Disruption of particle migration has been hypothesized to explain the observed reduction in risk of ovarian cancer associated with these procedures in the epidemiologic literature. However, there is strong evidence that these procedures are protective against ovarian cancer for reasons unrelated to this hypothesis. Specifically, hysterectomy and tubal ligation prevent retrograde menstruation, which is regarded as one of the major mechanisms for the development of endometriosis, thereby reducing the risk of

---

[151]   Kane Report at 14 (citing Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med*. 1991;19(6):701–704; Marchiori E, et al. Pulmonary talcosis: imaging findings. *Lung*. 2010;188(2):165–171; Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME*. 2011;4(3):109–111).

[152]   Kane Report at 14.

[153]   *E.g.*, Kane Report at 12 (citing Richards JS, et al. Ovulation: New dimensions and new regulators of the inflammatory-like response. *Annu Rev Physiol*. 2002;64:69–92 for the premise that ovulation causes an "inflammatory response to disruption of the ovarian epithelium").

[154]   Kane Report at 19, 36 (citing Green A, Purdie D, Bain C, et al. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer*. 1997;71:948–951.).

endometrioid and clear cell carcinoma.[155] It has also been demonstrated in humans and mouse models that tubal ligation is associated with "a reduced presence and decreased proliferation of progenitor cells in the distal fallopian tube epithelium," "compositional and functional changes [that] suggest that tubal ligation induces quiescence of distal fallopian tube epithelial cells."[156] This explains the reduction in risk of HGSC, which, as explained above, arises from the fallopian tube epithelium (and mainly at the distal end of the fallopian tube). Accordingly, these mechanisms alone reduce the risk of developing ovarian cancer without having to implicate the particle migration hypothesis Dr. Kane endorses.[157]

## CONCLUSION

Based on my extensive experience studying ovarian cancer pathology, I find that Dr. Kane's opinion that talc use causes ovarian cancer is not scientifically justified. Moreover, Dr. Kane's opinions are inconsistent with the consensus view of the scientific community regarding what is currently known about ovarian cancer pathology.

First, ovarian cancer is a diverse group of neoplasms (high-grade serous, low-grade serous, endometrioid, clear cell, seromucinous, and mucinous carcinomas and malignant Brenner tumors) with different morphology, pathogenesis, molecular genetic features and behavior that are distinct from mesothelioma. It is highly unlikely that one agent, i.e., talc, is a cause of these different tumors, and there are no studies linking talc exposure to the specific genetic alterations associated with the development of these tumors. Second, carcinomas arise from molecular genetic alterations in specific organ sites. Mesothelium, the site of origin of mesotheliomas, is distinct in morphology and molecular genetic features from tubal epithelium and endometrial tissue, the respective sites of origin of HGSC and endometrioid and clear cell carcinomas. Third, the studies that are cited to support chronic inflammation as a cause of cancer are not relevant to talc-associated inflammation, because the type of inflammation cited is not the type of foreign body granulomatous inflammation associated with talc exposure. Fourth, observations of talc in ovarian tissue do not support a conclusion of causation. Fifth, there are no animal or histologic data supporting the genital migration of talc applied externally to the vulva. Finally, talc has been used for many years as a treatment ("pleurodesis") for benign recurrent pneumothorax and pleural effusions, which severely restrict the patient's ability to breathe. Talc pleurodesis involves the installation of large amounts of talc directly into the pleural space to cause a marked foreign body granulomatous response and fibrosis that compress the pleural cavity, alleviating the difficulty in breathing. If talc exposure caused cancer, one would expect that some of the patients treated for benign conditions would develop cancer in the future. Long-term studies have not demonstrated this to be the case.

---

[155]    Rosenblatt KA, et al. (1996).

[156]    Tiourin E, et al. (2015).

[157]    Of note, Green 1997 showed only a slightly increased risk of ovarian cancer (RR 1.3, CI 1.1-1.6) among women with patent fallopian tubes who used talc in the perineal region compared to women who did not use talc. The study also described that women who reported heavy or painful menses were also found to have a higher risk of ovarian cancer, and that reduction in risk of disease after hysterectomy was greatest among women who had heavy periods. This suggests that retrograde menstruation or endometriosis may have been a confounding variable in this study, reminiscent of HSV and cervical cancer, as discussed above.

## APPENDIX 1

The following provides additional detail regarding the molecular genetic features of the various subtypes of non-high-grade serous epithelial ovarian cancer. Most of this information can be found in Kurman RJ, Shih I-M (2016) and has been adapted for brevity and convenience here.

### Molecular genetic features of low-grade serous carcinoma

The MAPK pathway plays a critical role in the transmission of growth signals into the nucleus and ultimately contributes to neoplastic transformation. *KRAS* mutations at codons 12 and 13 occur in one-third of APSTs and LGSCs, and *BRAF* mutations at codon 600 occur in another one-third of APSTs, but less commonly in LGSCs.[158] Mutations of *ERBB2* occur in less than 5% of these tumors; *NRAS* mutations are also detected in a small percentage of LGSCs.[159] Mutations in *KRAS, BRAF* and *ERBB2* are mutually exclusive and consequently are detected in about two-thirds of APSTs and LGSCs. They appear to occur early in the development of these tumors, as evidenced by the finding of *KRAS* and *BRAF* mutations in the benign cystadenoma epithelium adjacent to APSTs.[160] Pure serous cystadenomas do not harbor these mutations, supporting the interpretation that these mutations are critical in initiating the LGSC pathway. It has been speculated that *BRAF* and *KRAS* mutations are responsible for tumor initiation, which results in oxidative stress leading to DNA double strand breaks. *BRAF* mutation in particular activates the p53/p16/p21 pathway, leading to arrest of cell growth. Most of these tumors do not progress to LGSC, but some do. Progression from an APST to LGSC appears to result when additional molecular alterations abolish the checkpoint control. (For example, deletion of ch1p36, which contains a region with several candidate tumor suppressor genes that regulate cellular proliferation and apoptosis, may abolish the p53 checkpoint permitting tumor cells to proliferate and become aggressive.)

### Molecular genetic features of endometrioid carcinoma

Inactivating mutations of *PTEN* and activating mutations of *PIK3CA* can lead to activation of the PI3K signaling pathway, which has been implicated in malignant transformation. Less than 7% of endometrioid carcinomas have activating mutations in *KRAS* and *BRAF*.[161] Microsatellite instability has also been reported in up to 20% of endometrioid carcinomas, and is usually associated with loss of hMLH1, hMSH2, MSH6 and PSM2 expression. Mutation of the tumor suppressor gene, *ARID1A*, occurs in approximately 30% of

---

[158]    Kurman RJ, Shih I-M. (2016) (citing Singer G, et al. (2003); Jones S, et al. Low-grade serous carcinomas of the ovary contain very few point mutations. *J Pathol*. 2012, 226(3):413-420).

[159]    Kurman RJ, Shih I-M. (2016) (citing Jones S, et al. (2012); Emmanuel C, et al. Australian Ovarian Cancer Study (AOCS): Genomic classification of serous ovarian cancer with adjacent borderline differentiates RAS pathway and TP53-mutant tumors and identifies NRAS as an oncogenic driver. *Clin Cancer Res*. 2014, 20(24):6618-6630).

[160]    Kurman RJ, Shih I-M. (2016) (citing Ho, CL, et al. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. *Cancer Res*. 2004, 64(19):6915-6918).

[161]    Kurman RJ, Shih I-M. (2016) (citing Wu R, et al. (2007); Mayr D, et al. KRAS and BRAF mutations in ovarian tumors: A comprehensive study of invasive carcinomas, borderline tumors and extraovarian implants. *Gyn. Oncol*. 2006; 103(3):883-887).

endometrioid carcinomas. Notably, endometrioid carcinoma of the ovary, unlike high-grade serous carcinoma, is not associated with germline mutations of *BRCA1/2* but may be associated with Lynch syndrome, an inherited condition that also increases the risk of colorectal and uterine carcinoma and less frequently other malignancies.

### Molecular genetic features of clear cell carcinoma

Inactivating mutations of *PTEN* and activating mutations of *PIK3CA* can lead to activation of the phosphatidylinositol 3- kinase signaling pathway. The similar molecular genetic profiles of endometrioid and clear cell carcinomas highlight their close relation and origin from endometriosis. However, the morphology and behavior of endometrioid and clear cell carcinomas are different, so it is not surprising that, e.g., canonical Wnt signaling pathway defects and microsatellite instability have not been observed with significant frequency in clear cell tumors, unlike endometrioid tumors.[162] Studies that used genetically engineered mouse models found that deletion of *ARID1A*, mimicking its somatic inactivation, is insufficient to drive ovarian tumor formation; however, codeletion of *ARID1A* and *PTEN* results in ovarian endometrioid carcinoma,[163] whereas codeletion of *ARID1A* and *PIK3CA* leads to formation of clear cell-like ovarian neoplasms in mice.[164] In addition to these molecular genetic alterations, a recent genome-wide methylation study suggested that clear cell carcinomas have a unique methylation profile compared with the other histologic subtypes.[165] Pathway analyses indicate that there is an increase in promoter methylation for multiple genes in the ER pathway and loss of promoter methylation for multiple genes in the hepatocyte nuclear factor 1 (HNF1) pathway, thus explaining the characteristic immunohistochemical findings in clear cell carcinomas. *TP53* mutations were described in high-grade endometrioid carcinoma with expression profiles similar to those of HGSC, but these tumors may have been misclassified, as suggested by more recent studies reporting a subset of HGSCs that display a pseudoendometrioid pattern.[166]

### Molecular genetic features of mucinous carcinoma

Interestingly, mutations in *KRAS*, *BRAF* and/or *ERRB2* amplification are present in >90% of mucinous carcinomas, indicating frequent RAS/MEK pathway activation in this neoplasm. Another study identified mutations in a novel gene, *RNF43*.[167] By combining the

---

[162]    Kurman RJ, Shih I-M. (2016) (citing Willner J, et al. Alternate molecular genetic pathways in ovarian carcinomas of common histological types. *Hum Pathol*. 2007, 38(4): 607-613).

[163]    Kurman RJ, Shih I-M. (2016) (citing Guan B, et al. Roles of deletion of Arid1a, a tumor suppressor, in mouse ovarian tumorigenesis. *J Nat'l Cancer Inst*. 2014;106(7)).

[164]    Kurman RJ, Shih I-M. (2016) (citing Chandler RL, et al. Coexistent ARID1A-PIK3CA mutations promote ovarian clear-cell tumorigenesis through pro-tumorigenic inflammatory cytokine signalling. *Nat Commun*. 2015;6:6118).

[165]    Kurman RJ, Shih I-M. (2016) (citing Yamaguchi K, et al. Epigenetic determinants of ovarian clear cell carcinoma biology. *Int J Cancer*. 2014, 135(3): 585-597).

[166]    Kurman RJ, Shih I-M. (2016) (citing Soslow RA, et al. (2012)).

[167]    Kurman RJ, Shih I-M. (2016) (citing Ryland GL, et al. RNF43 is a tumour suppressor gene mutated in mucinous tumours of the ovary. *J Pathol*. 2013;229:469-476).

discovery and validation sets, 6 of 29 mucinous carcinomas (21%) were found to harbor the inactivating mutations of *RNF43*, a zinc finger-dependent E3 ubiquitin protein ligase, suggesting that *RNF43* inactivation may characterize a proportion of mucinous cancers.[168]

### Molecular genetic features of malignant Brenner tumor

There have only been a few immunohistochemical and molecular genetic studies of benign and atypical proliferative Brenner tumors. p16 immunostaining was shown to be positive in the epithelial component of 12 of 13 benign Brenner tumors (92%) but completely negative in 7 atypical proliferative Brenner tumors. Fluorescence in situ hybridization identified homozygous deletion of *CDKN2A*, the gene encoding p16, in the epithelial component of all atypical proliferative tumors, but it was retained in all benign tumors. Two *PIK3CA* mutations were found in the stromal component in 2 of 20 benign Brenner tumors (5%) but not in the epithelial component. However, one *KRAS* mutation and two *PIK3CA* mutations were detected in the epithelial component of two atypical proliferative tumors (29%).[169] These findings suggest that loss of *CDKN2A* may play a role in progression of benign to atypical proliferative Brenner tumors.

---

[168]     Kurman RJ, Shih I-M. (2016) (citing Ryland GL, et al. (2013)).

[169]     Kurman RJ, Shih I-M. (2016) (citing Kuhn E, et al. Molecular characterization of undifferentiated carcinoma associated with endometrioid carcinoma. *Am J Surg Pathol.* 2014, 38(5):660-665).

## APPENDIX 2

### Glossary of Selected Pathology Terms

**Ascites:** Fluid in the abdomen. This can be malignant when associated with a carcinoma. It is often present in ovarian cancer. It can also be benign, particularly when it is associated with liver disease, such as cirrhosis.

**Atypia:** The degree to which the nuclei in the cells of a tumor differ from the normal appearance. The higher the grade, the more aggressive the tumor is. Usually expressed as well, moderately or poorly differentiated. Alternatively, a numbering system is used. Grade 1,2,3.

**Clone:** One or a group of genetically identical cells

**Foreign body giant cell:** A multinuclear cell resulting from the fusion of macrophages that is elicited in response to a foreign body, such as a suture or, in the case of this litigation, talc.

**Germline mutation:** A mutation occurring in the cells of the zygote (fertilized ovum) and therefore occurring in all the cells of the body. As these mutations are present in oocytes and sperm, they can be passed on to the progeny.

**Granuloma:** A nodular aggregation of mononuclear inflammatory cells, generally macrophages reassembling epithelial cells (epithelioid cells), usually surrounded by a rim of lymphocytes, often with multinucleated giant cells.

**Hyperplasia:** Cellular growth that is beyond what is normally seen in a particular tissue. The significance of this feature is that besides growing more rapidly, highly proliferating cells have a greater chance of undergoing a mutation leading to malignant behavior.

**Ovarian Cancer:** There are five major subtypes: epithelial, germ cell, gonadal stromal, nonspecific and metastatic.

**Epithelial ovarian carcinomas:**

Serous [low-grade and high-grade] – These tumors bear a resemblance to fallopian tube epithelium and are derived from the fallopian tube.

Endometrioid – These tumors bear a resemblance to the endometrium (lining of the uterine cavity) and arise from endometriosis or an endometriotic cyst.

Clear cell – These tumors are related to endometrioid carcinoma, but the cells contain clear cytoplasm and also arise from endometriosis.

Seromucinous – These tumors are composed of a variety of different cell types including serous, mucinous and endometrioid cells. They are also derived from endometriosis.

Mucinous – These tumors contain abundant mucin in the cytoplasm and superficially resemble tumors from the gastrointestinal tract.

Malignant Brenner tumor – These tumors are composed of transitional epithelium

resembling the tissue that lines the urinary bladder.

Carcinosarcoma – A highly malignant tumor that has the appearance of both a carcinoma and a sarcoma. Recent immunohistochemical and molecular genetic studies indicate that these are essentially carcinomas that have a component that simulates a sarcoma.

**Germ cell tumors:** Several different tumor types derived from the primitive germ cells of the embryonic gonad. The different types are listed below, but are not described in detail because they are not the subject of this litigation.

Dysgerminoma

Embryonal carcinoma

Yolk sac tumor

Choriocarcinoma

Teratomas

**Sex cord stromal tumors:** Several tumor types derived from the stomal component of the ovary, which is responsible for the production of steroid hormones. Accordingly, several of these tumors may secrete estrogens or androgens. The different types are listed below, but are not described in detail because they are not the subject of this litigation.

Granulosa tumors

Thecoma

Sclerosing stromal tumor

Microcystic stromal tumor

Signet stroma tumor

Sertoli Leydig tumor

Stromal luteoma

**Nonspecific tumors:** There are 30 different tumor types in this category. As with the germ cell and sex cord stromal tumors, they are not described in detail because they are not the subject of this litigation.

**Metastatic tumors:** Many tumors from other sites of the body can spread to the ovary, but for all practical purposes only about 20 are the most common, such as tumors from the gastrointestinal tract and breast. As with the germ cell and sex cord stromal tumors, they are not described in detail because they are not the subject of this litigation.

**Neutrophils, lymphocytes, plasma cells, histiocytes (macrophages):** These are mononuclear cells involved in the immune response, both cellular and humoral (production of antibodies,

particularly by plasma cells).

**Omentum:** A fold of peritoneum, composed mostly of fat, extending, like an apron, from the stomach to adjacent organs in the abdominal cavity.

**Papillary:** A growth pattern characterized by finger-like extensions from the tumor mass. This descriptive term can be applied to either the gross or microscopic features of a tumor.

**Somatic mutation:** Mutations occurring in different cells in the body. These occur after birth; in other words, the individual was not born with these mutations, in contrast to germline mutations.

**Stage:** The extent to which a tumor has spread at the time of diagnosis. This is determined both by the findings at surgery and by the microscopic findings (pathologic diagnosis).

**Tumor grade:** This describes the aggressiveness of a tumor based on certain microscopic features, mainly nuclear (also referred to as cytologic) atypia.

# EXHIBIT A

**Curriculum Vitae**

Robert J. Kurman, M.D.

**Revised: 2/22/2019**

Johns Hopkins University
School of Medicine
Johns Hopkins Hospital
401 North Broadway, Weinberg 2270
Baltimore, Maryland 21231

**Date of Birth:**

November 20, 1943

College:

Queens College, B.A., New York, 1964

Medical School:

Upstate Medical Center,
Syracuse, New York, 1968

Internship:

Medicine and Pathology, Beth Israel Hospital, New York, 1969

Residency and Training:

Pathology, Peter Bent Brigham Hospital, Boston, 1969-70
Pathology, Children's Hospital and Boston Hospital for Women, Boston, 1970-71
Pathology, Massachusetts General Hospital, Boston, 1971-72
Obstetrics & Gynecology, Boston Hospital for Women, Boston, 1972-73
Obstetrics and Gynecology, Los Angeles County Hospital/University of Southern California,
Los Angeles, 1976-78

Academic and Hospital Appointments:

Clinical Fellow in Obstetrics and Gynecology, Harvard Medical School, Boston, 1972
Assistant Chief, Department of Gynecology and Breast
Pathology, Armed Forces Institute of Pathology, Washington, D.C., 1973-76
Assistant Professor, Pathology, University of Southern California, Los Angeles, 1976-78
Associate Professor, Pathology and Obstetrics and Gynecology, Georgetown University
School of Medicine, Washington, D.C., 1978-82
Associate Professor, with tenure, Pathology and Obstetrics and Gynecology, Georgetown
University School of Medicine, 1983-86
Professor, Pathology and Obstetrics and Gynecology, Georgetown University School of
Medicine, 1986-88
Richard W. TeLinde Professor of Gynecologic Pathology, Departments of Gynecology-
Obstetrics and Pathology, The Johns Hopkins University School of Medicine, 1989

Director of Gynecologic Pathology, The Johns Hopkins Hospital, 1989
Richard W. TeLinde Distinguished Professor of Gynecologic Pathology, 1998
Professor of Oncology, The Johns Hopkins University School of Medicine, 2003

Awards:

Phi Beta Kappa, 1964
Presidential Award for Best Scientific Presentation, Society of Gynecologic Oncology, 1985
Recognition Award, International Academy of Pathology, 1987
Presidential Award for the Best Paper, Society of Gynecology Oncology, 1988
National Faculty Award for Excellence in Resident Education in Obstetrics and Gynecology, 1994
Alpha Omega Alpha, 2004
The Fred W. Stewart Award of Memorial Sloan Kettering Cancer Center, 2009
Maude Abbott Lecturer, USCAP meeting, Vancouver, 2012
Honorary Fellow, Royal College of Pathologists, 2013
Distinguished Alumnus Award, Upstate Medical Center, State University of New York at Syracuse, 2013
Honorary Member, Austrian Society of Pathologists, 2014

Consultant:

Visiting Scientist – Armed Forces Institute of Pathology, 1982-1993, Review Panel Pathologist, Cancer and Steroid Hormone (CASH)CDC-NIH Grant, 1982-84
Consultant – Coordinating Pathologist – Westat – NCI
Contract – Epidemiologic Study of Black/White Differences in Cancer Patient Survival Experience, 1983-87
Integration Panel Member – Department of Defense Congressionally Directed Medical Research Program in Ovarian Cancer, 1997-00
Consultant – American Registry of Pathology, 1998
Consultant – Armed Forces Institute of Pathology, 2002

Scientific Advisory and Editorial Boards:

Editorial Board, International Journal of Gynecological Pathology, 1982
Editorial Board, Seminars in Diagnostic Pathology, 1983
Editorial Board, Modern Pathology, 1987-2005
Editorial Board, Surgical Pathology, 1988
Editorial Board, Journal of Gynecologic Surgery, 1989
Scientific Advisory Board, American Registry of Pathology, 1991
Editorial Board, Gynecologic Oncology, 1992
Editorial Board, Cancer Cytopathology, 1996
Editorial Board, International Journal of Surgical Pathology, 1993
Editorial Board, Human Pathology, 1999
Editorial Advisory Board, American Journal of Obstetrics and Gynecology, 2006
Scientific and Medical Advisory Board, Ovarian Cancer National Alliance, 2009

Reviewer:
Cancer
American Journal of Surgical Pathology
Obstetrics and Gynecology
Journal of Histochemistry and Cytochemistry

2

Journal of the National Cancer Institute
Archives of Pathology and Laboratory Medicine
Laboratory Investigation
Journal of the American Medical Association
American Journal of Obstetrics and Gynecology
Placenta
American Journal of Pathology
New England Journal of Medicine
Human Pathology
Proceedings of the National Academy of Sciences, USA
International Journal of Cancer

Diplomate and Fellow:

National Board of Medical Examiners, 1969
American Board of Pathology, 1972
American Board of Obstetrics and Gynecology, 1980
American College of Obstetrics and Gynecologists, 1981

Professional Societies:

Washington, D.C., Society of Pathologists, 1974 (President 1986-87)
International Academy of Pathology, 1975
American Society of Clinical Pathologists, 1975
International Society of Gynecologic Pathologists, 1978
        Secretary 1998-2003
        Vice President 2004-05
        President 2006-2008
Medical Society of the District of Columbia, 1979
Society of Gynecologic Oncologists, 1979
Arthur Purdy Stout Society of Surgical Pathologists, 1980
American Medical Association, 1980
New York Academy of Science, 1982
International Gynecologic Cancer Society, 1985
        Executive Council, Pathology Representative, 2008
        Senior Member. 2016
Western Society of Gynecologic Oncology (Honorary Member), 1986
American Society for Colposcopy and Cervical Pathology, Board of Directors, 1990
The Howard A. Kelly Gynecologic and Obstetric Society (Founding member), 1991

Licensure:

New York, #105345, 1969
Washington, D.C., #6781, 1973
Maryland, #D17627, 1975
California, #G35167, 1977
Nevada, #12727, 2008

National Committees:

Member, Pathology Committee, Gynecologic Oncology Group, 1978
Member, Endometrial Cancer Committee, Gynecologic Oncology Group, 1979
Member, Membership Committee, Gynecologic Oncology Group, 1980

3

Member, Cancer Task Force, American Society of Clinical Pathologists, 1981
Member, Program Committee, Society of Gynecologic Oncology, 1982, 1988
Member, Endometrial Cancer Nomenclature Committee, International Society of Gynecological Pathologists and WHO, 1983
Chairman, Trophoblastic Disease Nomenclature Committee, International Society of Gynecological Pathologists and WHO, 1983
Member, Executive Committee, Gynecologic Oncology Group, 1984
Member, Cervical Cancer Nomenclature Committee, International Society of Gynecological Pathologists, 1987
Member, Task Force on Hysterectomy, American College of Obstetrics and Gynecology, 1988
Member, Committee on Human Research, American College of Obstetrics and Gynecology, 1988-89
Member, Prolog Task Force, American College of Obstetrics and Gynecology, 1988-1990
Member, Working Group, The Bethesda System for classification of cervical and vaginal cytology, 1988
Chairman, The Second Bethesda System Conference, National Cancer Institute, Bethesda, 1991
Member, Editorial Committee, The Second Bethesda System, 1991
Chairman, Criteria Committee, The Second Bethesda System, 1991
Chairman, Committee for Development of Provisional Guidelines for the Management of Abnormal Pap Smears, NCI, Bethesda, 1992
Member, Detection & Treatment Advisory Group on Gynecological Cancer, American Cancer Society, 1993
Member, American Cancer Society Task Force on Gynecologic Cancer, 1993
Member, Detection & Treatment Advisory Group on Gynecological Cancer, American Cancer Society, 1994
Member, Prolog Task Force, American College of Obstetrics & Gynecology, 1994-1995
Member, Congressionally Directed Medical Research Program, Ovarian Cancer Integration Panel, 1997-present
Member, Nomenclature Committee, International Society for the Study of Gestational Trophoblastic Disease, 1999
Member, American Joint Committee on Cancer's Gynecologic Task Force, 2000
Member, Scientific and Medical Advisory Committee of the Ovarian Cancer and National Alliance, 2006
Member, International Federation of Gynecology and Obstetrics (FICO) Committee, 2006
Chairman Nomenclature Committee, International Society of Gynecological Pathologists, 2011

Hospital and Medical School Committees:

Executive Faculty Committee, Department of Gynecology and Obstetrics, 1989 - to present
Executive Faculty Committee, Department of Pathology, 1989-1993

Visiting Professorships and Endowed Lectures:

University of Virginia, Charlottesville – Thornton Symposium, Keynote Speaker - The 6th Annual John M. Nokes Lecture, 1984
University of Connecticut Health Center, Feature Speaker at Third Annual Ella T. Grasso Memorial Conference, 1984
Booth Memorial Hospital First Ancel Blaustein Memorial Lecture, New York, 1985
University of Rochester Medical Center, The Eighth Annual Dr. Jerome H. Rudolph Memorial Lecture, 1989
University of California, Irvine, The Shirley Nissen Lecture, 1989
Baptist Memorial Hospital, The Merlin L. Trumbull Lectureship in Pathology, Memphis, 1989
Brigham and Womens Hospital, 75th Anniversary Celebration, Distinguished Alumni Pathology Symposium, 1989
St. Johns Mercy Medical Center, The Fredrick Germuth Memorial Lecture, St. Louis, 1990
Jefferson Medical College, The Warren Lang Memorial Lecture, Philadelphia, 1990
University of Pittsburgh, Magee-Womens Hospital, The Second Annual Aron E. Szulman Lecture, Pittsburgh, Pennsylvania, 1990
University of Western Ontario, School of Medicine, The Paterson Memorial Lecture, London, Ontario, 1990
George Washington University, School of Medicine, The Alexander Breslow Memorial Lecture, Washington, D.C., 1991
University of Michigan, School of Medicine, The First John R.G. Gosling Lecture, Ann Arbor, 1991
University of Minnesota, School of Medicine, Robert O. Meyer, Lectureship in Gynecologic Pathology, 1991
Albert Einstein College of Medicine, The Fifth Annual Herbert G. Winston Lecture in Obstetrics and Gynecology of the Raymond and Beverly Sackler Foundation, New York, 1991
Pennsylvania Hospital, The Nineteenth Annual S. Leon Israel Memorial Lecture, Philadelphia, 1991
University of South Florida, Tampa, 1991
California Pacific Medical Center, San Francisco, Koret Visiting Professor, 1992
Tulane University School of Medicine, The Fifth William Sternberg Memorial Lecture, New Orleans, 1994
Emory University, Atlanta, Georgia, 1996
Stanford University, Stanford, California, 1996
Kaiser Permanente Hospital, San Francisco, California, 1996
The James Platt-White Memorial Lecture, Buffalo Gynecologic and Obstetric Society, Buffalo, New York, 1996
The University of Iowa, Iowa City, Iowa, 1996
The First Pasman Visiting Professor, Vrije Universiteit, Amsterdam, 1996
University of Graz, Graz, Austria, 1996
University of Vienna, Vienna, Austria, 1998
University of Tel-Aviv, Tel-Aviv, Israel, 1998
The John B. Holyoke Surgical Pathology Lecture, Denver, Colorado, 1998
Wilford Hall Airforce Hospital, San Antonio, Texas, 1999
Rush-Presbyterian – St. Luke's Medical Center, Chicago, Illinois, 2000

1st Dinh-Doherty-Hannigan Lecture in Gynecologic Pathology, Galveston, Texas, 2000
Alexander P. Papamarkou Lecture, Memorial Sloan-Ketting Cancer Center, NY, NY, 2001
Penrose Hospital, Colorado Springs, Colorado, 2001
Madigan Army Medical Center, Takoma, Washington, 2001
Armed Forces Institute of Pathology, Washington DC, 2002
Jefferson Medical College, The 14th Annual Warren Lang Memorial Lecture, 2002
The Seventh Annual Mathews Distinguished Visiting Professor of Pathology at Emory University, Atlanta, Georgia, 2002
University of Bologna, Department of Obstetrics and Gynecology, 2004
University of Rome, Department of Pathology, 2004
University of Michigan, Department of Pathology, 2004
University of Basel, 150th Anniversary of the Pathology Institute, Basel, Switzerland, 2005
Yale University School of Medicine, Department of Obstetrics and Gynecology, 2008
Warren Lang Lectureship, Jefferson University School of Medicine, 2008
Lauren Ackerman Memorial Lectureship, Washington University, St. Louis, 2008
Beth Israel and Deaconess Hospital, Harvard Medical School, Boston, Mass, 2009
Rush Presbyterian Medical Center, Chicago, Illinois, 2009
Marmara University, Istanbul, Turkey, 2009
Annual Dr. Marie-Claire Marroum lecture, Charlotte, North Carolina, 2010
University of Iowa, 2010
Distinguished Lecturer, Fox Chase Cancer Center, Philadelphia, PA, 2011
Key Note Speaker, 13th National Gyncecological Oncology Congress, Turkish Society of Gynecological Oncology, Antalya, Turkey, 2012
Key Note Speaker, 22nd Annual Meeitng of the Japanese Society of Gynecological Cancer Screening, Kumamoto, Japan, 2013
Visiting Ptofessor, First Annual Christl Burgess Memorial Lecture, Loyola University Medical Center, Chicago, 2014
Visiting Professor University of Florida College of Medicine, Gainesville, 2014
Keynote Speaker The 32 Annual Resident Research Symposium, Department of Pathology, University of Florida, Gainesville, 2014
Visiting Professor Montefiore Hospital and Albert Einstein Medical School, Bronx, New York, 2014
Visiting Professor Stanford University. The First Michael R. Hendrickson, MD Lecturship in Surgical Pathology, Palo Alto, CA, 2015
Visiting Professor Cleveland Clinic. Cleveland, 2015
2015 Eleanor Humphreys Visiting Professor in Surgical Pathology, University of Chicago, 2015
Visiting Professor, Emory University School of Medicine Atlanta, 2015
Visiting Professor, McGill University, School of Medicine, Finlayson Lecture, Montreal, 2016


Visiting Faculty – Postgraduate Courses:
Member, Gynecologic Pathology Course, Armed Forces Institute of Pathology, 1973-1994
Director, Workshop on Endocrine Pathology of the Female Genital Tract, American Society of Clinical Pathology, 1975-79
Member, Workshop on Diagnostic Problems in Gynecologic Pathology, American Society of Clinical Pathologists, 1976-77
Member, Gynecologic Pathology Specialty Conference, International Academy of Pathology, 1977
Member, Postgraduate Course in Obstetrics and Gynecology, University of Southern California,

Los Angeles, 1978

Member, Gynecologic and Obstetrics Pathology Course, Harvard Medical School, Boston, 1979-1990

Member, Preinvasive and Early Invasive Tumors of the Female Genitalia, University of Tennessee, Center for Health Sciences, Memphis, 1979

Moderator, Symposium on Recent Advances in Gynecologic Pathology, Joint Meeting, Washington, D.C. and Maryland Society of Pathologists, Bethesda, 1979

Member, Testicular Tumor Pathology Panel, Minneapolis, 1980

Member, Gynecologic Pathology Course, American College of Obstetricians and Gynecologists, Armed Forces District Meeting, Phoenix, 1981

Member, Gynecologic Oncology Course, Georgetown University School of Medicine, 1981-85

Director, Pathology of the Ovary, Short Course, Inter national Academy of Pathology, 1981-86

Member, J. Donald Woodruff Symposium on Gynecologic Oncology, Baltimore, 1982, 1983, 1988, 1989, 1990, 1991

Member, Obstetric and Gynecologic Pathology Course, American College of Obstetrics and Gynecology, 1982-86

Director, Advances in the Application of Immunocytochemistry in Surgical Pathology, Specialty Course, International Academy of Pathology, 1983, 1985, 1987

Moderator, Scientific Session, Society of Gynecologic Oncology Meeting, Scottsdale, 1983

Member, Problems in Surgical Pathology, National Institutes of Health, 1983-1991

Member, Selected Topics in Surgical Pathology, Short Course, American Society of Clinical Pathology, 1984-87

Member, Gynecologic and Obstetrics Pathology Course with Clinical Correlation, University of Alicante, Spain, 1984

Member, Controversies in Surgical Pathology, American Society of Clinical Pathology, New Orleans, 1984

Member, Laser Surgery in Gynecology and Hysteroscopy, Columbia Hospital for Women, Wash., D.C., 1984-1991

Member, Surgical Pathology Review Course, University of Texas, Dallas, 1985

Member, Johns Hopkins Review Course in Reproductive Endocrinology, General Gynecology, and Gynecologic Oncology, Hilton Head, 1985, 1989

Member, Update in Gynecologic Oncology, St. John's Hospital, Detroit, 1985

Member, International Society of Gyneoclogical Pathologists' Symposium on Immunocytochemistry in Gynecological Pathology, Sendai, Japan, 1986

Member, Kansai Obstetrical and Gynecological Pathology Symposium, Recent Advances in Gynecological Pathology, Osaka, Japan, 1986

Member, Advanced Gynecologic Oncology, Harvard Medical School, Director, Georgetown Obstetrics and Gynecology Review Course, 1987, 1988

Member, Comprehensive Update in Obstetrics and Gynecology, Perinatal Resources, New York, 1986, 1987

Member, Symposium-Recent Advances in Sexually Transmitted Diseases, 26th ICAAC Seminar, New Orleans, 1986.

Member, Obstetrics and Gynecology Review, American College of Obstetrics and Gynecology, Dublin, Ireland, 1986

Member, Risk Factors and Alternate Treatments in Gynecologic Oncology, Italian Society of Gynecologic Oncology, Santa Margherita Ligure, Italy, 1986

Member, Gynecological Pathology Review Course, American Society of Clinical Pathology, Williamsburg, 1987

Member, Laser Surgery and Hysteroscopy in Gynecology Course, Virginia Beach, 1987-1990

Member, Emil Novak Memorial Course, Gynecology, Endocrinology, and High Risk Obstetrics, Johns Hopkins University, School of Medicine, Baltimore, 1987- 2002

Member, Emerging Technology and Future Trends in Clinical Laboratory Molecular Analysis, Scripps Clinic and Research Foundation, San Diego, 1988

Director, Short Course, Interpretation of Endometrial Curettings and Biopsies, International Academy of Pathology, 1988-1992

Member, Update in Surgical Pathology 1988,

Current Topics in Gynecologic Pathology, Washington Hospital Center, 1988

Member, International Symposium - Surgery in the Treatment of Gynecologic Cancer, University of Antwerp, Antwerp, Belgium, 1988

Member, The Italian Society of Gynecological Oncology and the EORTC-Gynecological Cancer Cooperative Group – The Conservative Treatment of Gynecological Malignancies, Santa Margherita Ligure, Italy, 1988

Member, 8th Annual Update in Obstetrics and Gynecology, University of Maryland, Annapolis, 1989

Member, American Society for Colposcopy and Cervical Pathology, Update on HPV Infection of the Female Genital Tract Symposium, 1989

Member, Annual Postgraduate Review Course in Obstetrics and Gynecology, University of California, San Francisco, 1989, 1990

Member, Comprehensive Review Course in Obstetrics and Gynecology, Georgetown University School of Medicine, 1989-present

Member, International Academy of Pathology, Long Course, Pathology of Reproductive Failure, Boston, 1990

Member, American Association of Pathologists, Symposium on Molecular Carcinogenesis, Boston, 1990

Member, Fourth International Symposium on Papillomavirus Infection and Genital Neoplasia, Chicago, 1990

Member, Review Course in Gynecologic Pathology, Magee-Womens Hospital, Pittsburgh, 1990

Member, ACOG-Advances Colposcopy Review Course, Jackson Hole, 1991

Member, 31st Annual Postgraduate Course in A Clinical and Histopathologic Overview of Obstetrics and Gynecology, New York, 1991 to present

Member, 47th Obstetrical and Gynecological Assembly of Southern California, Los Angeles, 1992

Member, Robert Meyer Symposium, Berlin, Germany, 1992

Member, ACOG-Advanced Colposcopy Review Course, Tucson, 1992

Member, California Society of Pathologists, Annual Meeting, San Francisco, 1992

Member, Orange County Ob/Gyn Symposium, Irvine, 1993

Member, University of Texas, Southwestern Medical Center at Dallas, Current Issues in Surgical Pathology, XII, 1993

Member, Organizing Committee, 12th International Papillomavirus Conference, Baltimore, 1993

Member, University of Iowa, Second Annual Review Course in Surgical Pathology, 1993

Member, The 4th Annual Review Course on Gynecologic Oncology and Pathology Matsumoto, Japan, 1993

Member, The Stanford University Current Concepts in Surgical Pathology Course, Stanford, California, 1994

Member, New York Symposium on Gynecological Cancer, New York, 1996

Member, Panel - Pathology of Incipient Neoplasia and Pathology of the Ovary, XXI International Congress of the International Academy of Pathology, Budapest, 1996

Co-Chairman, Panel - The Pathology of Pregnancy Related Conditions, XXI International

Congress of the International Academy of Pathology, Budapest, 1996

Member, 17th Annual Nation's Capital Advanced Gynecologic Surgery, Washington, D.C., 1997

Member, Surgical Pathology Review Course, Johns Hopkins University School of Medicine, 1997 to present

Member, Johns Hopkins-Humboldt University Joint Course in Surgical Pathology,  Berlin, Germany, 1998

Director, Novak Memorial Course in Gynecological Pathology, Gynecology, Endocrinology and High Risk Obstetrics, Johns Hopkins University School of Medicine, Baltimore, Maryland 1993 – present

Director, Gynecologic Pathology Review Course, Johns Hopkins University School of Medicine, Baltimore, Maryland 1998 – present

Member, Pathology Education Course, Snowmass, Colorado, 1999

Moderator, International Society of Gynecological Pathologists Symposium on Endometrial Hyperplasia, New Orleans, 2000

Member, Surgical Pathology in the 21st Century, The University of Texas Southwestern Medical Center at Dallas, 2000

Co-Moderator – The Bethesda System for Reporting Cervical and Vaginal Cytology, Bethesda, Maryland 2001

Member, 3rd Joint International Workshop. Histologic and Cytologic Characterization of Human Tumors:Adjuncts in the Diagnosis, Prognosis and Clinical Monitoring Ischia, Italy, 2001

Member, Ovarian Cancer and High-Risk Women:Implications of Prevention, Screening and Early Detection, Magee-Womens Hospital, U of Pittsburg, 2002

Member, Fifth Annual UCSF and Stanford Current Issues in Anatomic Pathology, 2002, San Francisco, 2002

Member, Women's Cancer:Screening and Prevention, Inova Fairfax Hospital Cancer Center, Fairfax, 2002

Member, NCI Consensus Meeting on Ovarian Borderline Tumors, Bethesda, 2003

Member, Symposium on Ovarian Borderline Tumors, New Orleans, 2003

Member, California Society of Pathologists, 56th Annual Convention, San Francisco, 2003

Member, University Course – Gynecological Neoplasia and Cancer for Gynecologists, Pathologists, and Doctors in Training, Stavanger, Norway, 2004

President, Multidisciplinary International Conference on Gynecologic Cancer, Bologna, 2005

Moderator, International Society of Gynecologic Pathologists Symposium on Ovarian Borderline Tumors, Atlanta, 2006

Member, Surgical Pathology Evening Specialty Conference, USCAP meeting, Atlanta, 2006

Member, Course in Gynecologic Pathology of the Uterus, Aula Gemelli Instituti Biologici, Rome, 2006

Keynote speaker, 10th Panhellenic Congress of Obstetrics and Gynecology, Patras, Greece, 2006

Member, 1st International Ovarian Cancer Conference, Crete, Greece, 2006

Member, 11th Biennial International Gynecologic Cancer Society Meeting (IGCS): Satellite Symposium on Gynecological Tumor Pathology Honoring Professor Harold Fox, Loews Hotel, Santa Monica, CA, 2006

Moderator, International Society of Gynecologic Pathologists Symposium on Ovarian Cancer, San Diego, 2007

Moderator, Gynecologic Pathology Evening Speciality Conference, USCAP Meeting, 2008-11

Co-Director, Short Course Surface Epithelial Tumors of the Ovary, USCAP Meeting 2008-12

Co-Director, Ovarian Cancer Symposium. Elucidating Early Ovarian Carcinogenesis: Implications for Early Detection and Treatment. JHMI, Baltimore, MD, 2009

Course Faculty, 28th Annual Current Issues in Surgical Pathology, Dallas, Texas, 2009

Member, ASCP Gynecologic Pathology Course, Chicago, IL, 2009
Member, Symposium on Gynecologic Pathology, International Gynecologic Cancer Society, Prague, Czech Republic, 2010
Member, Evening Speciality Conference in Gynecology Pathology, USCAP, San Antonio, Texas, 2011
Member, Course in Gynecologic Pathology, Universita Cattolica del Sacro Cuore, Rome, Italy, 2011
Member, USCAP 2011 Diagnostic Pathology Update, Jackson Hole, WY, 2011
Member, Florida Society of Pathologists, 38th Annual Conference Anatomic Pathology, Orlando, 2012
Member, International Society of Gynecologic Pathologists USCAP Companion Meeting, Vancouver, March 2012
Member, Argentina Pathology Society Meeting, Buenos Aires, April 2012
Member, 6th Canadian Conference of Ovarian Cancer Research, Quebec City, Canada, 2012
Member, President's Symposium, The New York Pathological Society, New York, 2012
Member, Gynecological Pathology Symposium on Gestational Trophoblastic Disease, XXXIX Congress of the International Academy of Pathology, Cape Town, South Africa, 2012
Member, The 9th International Symposium on Advanced Ovarian Cancer: Optimal Therapy, Valencia, Spain, 2013
Course Director, 4th Annual Ovarian Cancer Symposium, Prevention and Early Detection of Ovarian Cancer, Memorial Sloane Kettering Hospital, May 2013
Member, Joint BAGP and ISGyP Meeting, Challenges in Gynaecological Pathology. June 27-28, London, 2013
Member, International Pathology Meeting: A Scientific and Scenis Tour of Sicily. Oct 6-13, 2013
Member, International Society of Gynecologic Pathology, Symposium Honoring Dr Robert E. Scully, San Diego, March 2014
Member, Endometriosis Foundation of America, 5th Annual Medical Congress, Politics, Ethics and Controversies: Endometriosis 2014, New York City, March 2014
Member, 5th Annual Ovarian Cancer Symposium. Prevention, Early Detection and Treatment, Toronto, September 2014


Invited Speaker:

State University of New York, Stony Brook Medical Center, Stony Brook, 1977
University of Chicago, Chicago, 1978
Pacific Coast Fertility Society, Scottsdale, 1978
Association of Clinical Scientists, Washington, D.C., 1978
International Society of Gynecologic Pathology, San Francisco, 1979
University of South Florida, Tampa, 1979
St. Louis Society of Pathologists, St. Louis, 1979
University of Utah, Salt Lake City, 1979
St. John's Mercy Medical Center, St. Louis, 1979
Walter Reed Army Medical Center, Washington, D. C., 1980
National Institutes of Health, Bethesda, 1980, 1984
Arthur Purdy Stout Society of Surgical Pathologists, New Orleans, 1980
Howard University School of Medicine, Washington, D.C., 1980
International Symposium on Human Testis Cancer, Mouse Teratocarcinoma and Oncofetal Proteins, Minneapolis, 1980
International Society of Gynecologic Pathology, Paris, 1980

George Washington University School of Medicine, Washington, D.C., 1981
Seattle Gynecological Society, Seattle, 1981
University of Pittsburgh, 1981
Madigan General Hospital, Tacoma, Washington, 1981
University of Washington, Seattle, 1981
Beth Israel Hospital, New York, 1982
Washington, D.C. Cytology Society, 1983
The Minnesota Obstetrical and Gynecological Society, Minneapolis, 1983
International Symposium of Gynecologic Pathology, Heidelberg, 1983
European Congress of Pathology, Hamburg, 1983
New York Pathology Society, 1984
International Society of Gynecological Pathologists, San Francisco, 1984
Tripler Army Hospital, Hawaii, 1984
American Academy of Dermatology, Washington, D.C., 1984
American Society of Microbiology, Symposium on Papillomaviruses, Las Vegas, 1985
UCLA Symposium on Molecular and Clinical Aspects, Plenary Speaker, Steamboat Springs, 1985
International Federation of Gynecologists and Obstetricians, West Berlin (FIGO), 1985
University of Cincinnati, 1985
Western Association of Gynecologic Oncologists, Keynote Speaker, Monterey, 1986
Colorado State Societies of Pathology and Obstetrics and Gynecology, Breckenridge, 1986
International Workshop on Papillomaviruses, Director of Workshop on Pathology for Molecular Biologists, Cold Spring Harbor, 1986
Interferon Therapy for Human Papillomaviruses Diseases Investigators Meeting, Research Triangle Park, 1986
Seventeenth Annual Seminar of the Nassau and Suffolk County Society of Pathologists, Special Guest Speaker, Gynecologic Pathology Slide Seminar, New York, 1986
ICAAC Symposium on Recent Advances in Sexually Transmitted Diseases, New Orleans, 1986
Yale University School of Medicine, New Haven, 1986
International Society of Gynecological Pathologists, Chicago, 1987
Texas A & M, 1987
Michael Reese Hospital, Chicago, 1987
Communitech, Cancer Progress II, New York, 1987
Veterans Administration Hospital, Washington, D.C., 1987
Felix Rutledge Society, Guest Speaker, Houston, 1987
University of California, San Francisco, Guest Speaker at Postgraduate Course, Current Issues in Anatomic Pathology, 1987
New York University Medical Center, Obstetrical and Gynecological Society, New York, 1987
Los Angeles Obstetrical and Gynecological Society, Los Angeles, 1987
The California Tumor Tissue Registry, 84th Semi-Annual Cancer Seminar on Gynecological Pathology, San Francisco, 1987
Society of Gynecologic Investigation, Baltimore, 1988
Downstate Medical Center, New York, 1988
University of Rochester, School of Medicine, 1988
University of Tennessee, School of Medicine, 1988
New Jersey Society of Pathologists, New Jersey, 1989
University of Maryland, 1989
Bringham and Women's Hospital, 75th Anniversary Celebration, Distinguished Alumni Pathology Symposium, 1989

Orange County Obstetrics and Gynecology Society, 1989
Long Beach Memorial Medical Center, 1989
The Memphis Society of Pathologists, 1989
St. Agnes Hospital, 1989
Maryland General Hospital, 1990
Franklin Square Hospital, 1990
National Taiwan University, Taiwan, 1990
Society of Gynecologic Investigation, St. Louis, 1990
Women's and Brigham Hospital, Boston, 1990
Memorial Sloan-Kettering Cancer Center, New York, 1990
Boston Obstetrical Society, Boston, 1991
International Society of Gynecological Pathologists, Chicago, 1991
American College of Obstetricians and Gynecologists, New Orleans, 1991
University of Pennsylvania, Philadelphia, 1991
German Society for Pathology, Friedrichshafen, Germany, 1991
University of Freiburg, Freiburg, Germany, 1991
Emory University, Atlanta, 1991
International Papillomavirus Meeting, Seattle, 1991, Plenary Speaker
Tampa Obstetrics and Gynecology Society, 1991
Washington Hospital Center, Washington, D.C., 1992
Greater Baltimore Medical Center, Baltimore, 1992
New York State Society of Pathologists, Tarrytown, New York, 1992
Freie University of Berlin, Germany, 1992
Washington Gynecological Society, Washington, D.C., 1992
San Francisco Gynecological Society, San Francisco, 1993
University of California, San Francisco, 1993
Stanford University, Palo Alto, 1993
American College of Obstetrics and Gynecology, Annual Meeting, Washington, D.C., 1993
American Society of Colposcopy and Cervical Pathology, Chicago, 1993
Yale University School of Medicine, New Haven, 1993
31st Annual Congress, Japanese Cancer Society for Cancer Treatment Meeting, Osaka, Japan, 1993
2nd Robert Meyer Memorial Symposium. International Society of Gynecological Pathologists and the German Division of The International Academy of Pathology. Recent Advances in the Pathology of Gynecologic Tumors made Possible by Molecular Biology. Weimar, Germany, 1994
Georgetown University, School of Medicine, Pathology, Grand Rounds, Washington, D.C., 1994
Connecticut Society of Pathologists, Farmington, Connecticut, 1995
Boston Obstetrical Society, Boston, Massachusetts, 1995
Tufts New England Medical Center, Boston, Massachusetts, 1995
New York Obstetrical Society, New York, New York, 1995
12th Annual Ella T. Grasso Symposium, New Haven, Conn., 1995
New Haven Obstetrical Society, New Haven, Conn., 1995
San Francisco Gynecological Society, San Francisco, California, 1996
Stanford University, Stanford, California, 1996
Georgetown University, Washington, D.C., 1996
Buffalo City Wide Ob/Gyn Grand Rounds, Buffalo, New York, 1996
Washington Society of Pathologists, Bethesda, Maryland, 1996
New York Pathological Society, Symposium on Gynecologic Cancer, 1996

Dept. Obstetrics & Gynecology, The Massachusetts General Hospital, Boston, Massachusetts, 1996

Symposium in Progress in Diagnosis and Treatment of Gynecological (Pre) malignancies, Vrije Universiteit Hospital, Amsterdam, 1996

Plenary Speaker, Austrian Society of Pathologists, Vienna, Austria, 1998

The South Bay Pathology Society, 47th Annual Spring Meeting, Monterey, California, 1998

University of Maryland Medical School, Baltimore, Maryland, 1998

12th Annual Symposium on the Long-Term Effects of Estrogen Deprivation, Los Cabos, Baja, California, 1998

IX World Congress on Gestational Trophoblastic Diseases, Jerusalem, Israel, 1998

American College of Obstetrics and Gynecology, Armed Forces District Meeting, San Antonio, Texas, 1999

XXVI International Symposium on Gynecologic Oncology, Barcelona, Spain, 1999

Yale University, School of Medicine, New Haven, 2000

Tri-State Pathology Society Meeting, New Orleans, Louisiana, 2000

Second Joint International Workshop. Histologic and Cytologic Characterization of Human Tumors: Borderline Neoplasia, Capri, Italy, 2000

The Austrian Society of Pathology, Vienna, Austria, 2000

University of South Florida, Tampa, 2000

Florida West Coast Association of Pathologists, Tampa, 2000

Michigan Society of Pathologists, Detroit, 2000

Michigan International Society of Gynecologic Pathologists, Atlanta, 2001

Australian Society of Colposcopy and Cervical Pathology, Perth, Australia, 2001

American Registry of Pathology, 25th Anniversary Scientific Symposium, Wash, D.C., 2001

Keynote Speaker, Pathological Society of Great Britain and Ireland, Liverpool, U.K., 2001

International Papillomavirus Conference, Florianopolis, Brazil, 2001

European Congress of Pathology, Berlin, Germany 2001

Dana-Farber/Harvard Cancer Center, Ovarian Cancer Symposium, Boston, 2001

Georgetown University School of Medicine, Wash DC, 2002

4th Biennial Ovarian Cancer Research Symposium, Swedish Medical Center, Seattle, 2002

Washington State Society of Pathologists, Skamania, Oregon, 2002

Phoenix Ob/Gyn Society, Phoenix 2003

Armed Forces Institute of Pathology, Washington DC, 2003

The National Cancer Institute "Regina Elena", Rome Italy, 2003

Australian Division of the International Academy of Pathology, 29th Annual Scientific Meeting, Sydney, Australia 2003

The San Antonio Society of Pathologists, 60th Annual Meeting, San Antonio 2004

The 9th Panhellenic Congess of Pathology, Kavala, Greece 2004

Los Angeles Society of Pathologists, George Kypridakis Memorial Lecture, 2004

Arthur Purdy Stout Society of Pathologist, San Antonio, 2005

The Fifth Panhellenic Congress on Gynecological Oncology, Athens, 2005

The Panhellenic Gynecologic Oncology Congress, Athens, 2005

The Croatian Society of Cytopathologists and Pathologists, Opatija, Croatia, 2005

Grand Rounds, Weil Medical College-Cornell University, New York, 2005

Grand Rounds, Georgetown University School of Medicine, Washington, D.C., 2006

Grand Rounds, New York University School of Medicine, New York, 2006

Keynote Speaker, Austrian Society for Pathology, Graz, Austria, 2006

South Bay Society of Pathologists, Slide Seminar, Monterey, California, 2007

Ob/Gyn Seminar sponsored by Quest Laboratories, Las Vegas, 2007

Keynote Speaker, Pacific Northwest Society of Pathologists, Portland, Oregon, 2007
Keynote Speaker, 4th Annual Meeting of the British Association of Gynaecological Pathologists, London, 2007
Colorado Society of Clinical Pathologists, Fourth Annual Stars in the Mountains Pathology Seminar, Vail, Colorado, 2007
Sacro Cuore-Don Calabria Hospital, Negrar-Verona, Italy, 2008
European Oncology Institute, Milan, Italy, 2008
St. Louis Society of Pathologists, 2008
American Society of Clinical Pathology, Baltimore, 2008
International Gynecologic Cancer Society, Bangkok, Thailand, 2008
7th Korea-Japan Gynecologic Cancer Joint Meeting, Seoul, Korea, 2008
American Association of Cancer Research, Symposium on Ovarian Cancer, Denver, 2009
The New England Pathology Society, Boston, 2009
The Shields Warren Lecture, 2009
The New England Pathology Society, 2009
Turkish Federation of Pathologists, Northern Republic of Cyprus, 2009
Helene Harris Memorial Trust 12th international Forum on Ovarian Cancer, Miami, Florida 2011
Keynote Speaker, Joint Annual Meeting, Swiss and Austrian Societies of Pathology, Feldkirch, Austria, 2010
Keynote Speaker, Wayne State University, Annual Gynecologic Oncology and Gynecologic Pathology Symposium, Detroit, 2011
University of Brescia, Brescia, Italy 2011
4th European Symposium on Ovarian Cancer, Reims, France, 2011
Keynote Speaker 61st New Jersey Society of Pathologists, Woodbridge, NJ, 2011
Los Angeles Society of Pathologists, Los Angeles, CA, 2013
Keynote Speaker, Pennsylvania Association of Pathologists, Harrisburg, PA 2013
Chicago Gynecological Society, Chicago, IL 2013
Session Chairperson and Speaker, Advances in Ovarian Cancer Research: From Concept to Clinic, American Association of Cancer Research, Miami, 2013
Keynote Speaker, 56th Meeting of the Gynecologic Oncology Society of Japan, Utsunamiya, Japan 2014
Joint Meeting of the German and Austrian Pathology Society, Graz, Austria, 2014
International Academy of Pathology, German Division, Bonn, Germany, 2016
European Division International Academy of Pathology, Cologne, Germany, 2016
Keynote Speaker,XXX1 International Congress of the IAP and the 28th Congress of the ESP, Cologne, Germany, 2016
Austrian Pathology Society, Velden, Austria, 2017
New York Medical College, Valhalla, New York 2017
Mount Sinai School of Medicine, New York, New York 2017

**Publications:**

**Original Reports:**

1. Ober WB, Sobrero AJ, **Kurman RJ** and Gold S: Endometrial morphology and polyethylene intrauterine devices.  A study of 200 endometrial biopsies.  Obstet Gynecol 1968; 32:7882-793.
2. **Kurman RJ**, Funk RL and Kirshenbaum AH: Spina bifida associated choristoma of mullerian origin.  J Pathol 1968; 99:324-327.
3. **Kurman RJ** and Craig JM: Endometrioid and clear-cell carcinoma of the ovary.  Cancer 1972; 29:1653-1664.
4. Herbst AL, **Kurman RJ** and Scully RE: Vaginal and cervical abnormalities after exposure stilbestrol in utero. Obstet Gynecol 1972; 40:287-298.
5. Herbst AL, **Kurman RJ**, Scully RE and Poskanzer DC: Clear cell adenocarcinoma of the genital tract in young females.  Registry report.  N Eng J Med 1972; 287(25):1259-1264.
6. **Kurman RJ** and Prabha AC: Thyroid and parathyroid glands in the vaginal wall.  Am J Clin Pathol 1973; 59:503-507.
7. **Kurman RJ** and Scully RE: The incidence and histogenesis of vaginal adenosis.  An autopsy study.  Human Pathol 1974; 5:265-276.
8. **Kurman RJ** and Scully RE: Clear cell carcinoma of the endometrium.  An analysis of 21 cases. Cancer 1976; 37:872-882.
9. **Kurman RJ** and Norris HJ: Mesenchymal tumors of the uterus.  VI Epithelioid smooth muscle tumors including leiomyoblastoma and clear cell leiomyoma.  A clinical and pathologic analysis of 26 cases.  Cancer 1976; 37:1853-1865.
10. Leman MH, Benson WL, **Kurman RJ** and Park RC: Microinvasive carcinoma of the cervix. Obstet Gynecol 1976; 48:571-578.
11. **Kurman RJ**, Scully RE and Norris HJ: Trophoblastic pseudotumor of the uterus.  An exaggerated form of "syncytial endometritis" simulating a malignant tumor.  Cancer 1976; 38:1214-1226.
12. **Kurman RJ** and Norris HJ: Endodermal sinus tumor of the ovary.  A clinical and pathologic analysis of 71 cases.  Cancer 1976; 38:2404-2419.
13. **Kurman RJ** and Norris HJ: Embryonal carcinoma of the ovary.  A clinicopathologic entity distinct from endodermal sinus tumor resembling embryonal carcinoma of the adult testis. Cancer 1976; 38:2420-2433.
14. **Kurman RJ** and Norris HJ: Malignant mixed germ cell tumors of the ovary.  A clinical and pathologic analysis of 30 cases.  Obstet Gynecol 1976; 48:579-589.
15. **Kurman RJ**, Scardino PT, McIntire KR, Waldmann TA and Javadpour N: Cellular localization of alpha-fetoprotein and human chorionic gonadotropin in germ cell tumors of the testis using an indirect immunoperoxidase technique.  A new approach to classification utilizing tumor markers.  Cancer 1977; 40:2135-2151.
16. Mack GR, Robey DB and **Kurman RJ**: Chondrosarcoma secreting chorionic gonadotropin. Report of a case.  J Bone and Joint Surg 1977; 59-A:1107-1111.
17. **Kurman RJ**, Andrade D, Goebelsmann U and Taylor CR: An immunohistological study of steroid localization in Sertoli-Leydig tumors of ovary and testis.  Cancer 1978; 42:1772-1783.
18. Taylor CR, **Kurman RJ** and Warner NE: The potential value of immunohistologic techniques in the classification of ovarian and testicular tumors.  Human Pathol 1978; 9:417-427.
19. **Kurman RJ**, Goebelsmann U and Taylor CR: Steroid localization in granulosa theca tumors of the ovary.  Cancer 1979; 43:2377-2384.
20. Baranetsky NJ, Zipser RD, Goebelsmann U, **Kurman RJ,** March CM, Morimoto I and Stanczyk RA: Adrenocorticotropin dependent virilizing paraovarian tumors in Nelson's syndrome. J Clin Endocrinol Metab 1979; 49:381-386.

21. Taylor CR, Cooper Cl, **Kurman RJ,** Goebelsmann U and Markland FS Jr.: Detection of estrogen receptors in breast and endometrial carcinoma by the immunoperoxidase technique. Cancer 1981; 47:2634-2640.

22. **Kurman RJ,** Shah KH, Lancaster WD, Jenson AB: Immunoperoxidase localization of papillomavirus antigens in cervical dysplasia and vulvar condylomas. Am J Obstet Gynecol 1981; 140:931.

23. **Kurman RJ** and Norris HJ: Evaluation of criteria for distinguishing atypical endometrial hyperplasia from well differentiated carcinoma.  Cancer 1982; 49:2547-2559.

24. **Kurman RJ**, Sanz LE, Jenson AB, Perry S, Lancaster WD: Papillomavirus infection of the cervix I.  Correlation of histology with viral structural antigens and DNA sequences.  Int J of Gynecol Pathol 1982; 1:17-28.

25. **Kurman RJ**, Jenson AB, Lancaster WD: Papillomavirus infection of the cervix II.  Relationship to intraepithelial neoplasia based on the presence of specific viral structural proteins.  Am J Surg Pathol 1983; 7:39-52.

26. Colgan TJ, Norris HJ, Foster W, **Kurman RJ**, Fox CH: Predicting the outcome of endometrial hyperplasia by quantitative analysis of nuclear features using a linear discriminant function.  Int J Gynecol Pathol 1983; 1:347-352.

27. Lancaster WD, **Kurman RJ**, Sanz LE, Perry S, Jenson AB: Human papillomavirus: Detection of viral DNA sequences and evidence for molecular heterogeneity in metaplasias and dysplasias of the uterine cervix.  Intervirology 1983; 20:202-121.

28. Goes JS Jr., Lemos LB, Jenson AB, Lancaster WD, **Kurman RJ**: Presence of papillomavirus antigens in premalignant lesions of the uterine cervix in Brazil.  Rev Brasil Ginec Obstetr 1983; 35:46.

29. Warhol JJ, Pincus GS, Rice RH, El-Tawil GH, Lancaster WD, Jenson AB, **Kurman RJ**: Papillomavirus infection of the cervix III.  Relationship of the presence of viral structural proteins to the expression of involucrin.  Int J Gynecol Pathol 1984; 3:71-81.

30. **Kurman RJ**, Young RH, Main CS, Lawrence WD, Norris HJ, Scully RE: Immunocytochemical localization of placental lactogen and chorionic gonadotrophin in the normal placenta and trophoblastic tumors with emphasis on intermediate trophoblast and the placental site trophoblastic tumor.  Int J Gynecol Pathol 1984; 3:101-121.

31. Huang S-C, Chen H-C, **Kurman RJ**, Yang Y-S, Wen H-K, Hsieh C-Y, Wei P-Y, How S-W, Chen T-Y, Ouyangs P-C: Secretion of human chorionic gonadotropin and alpha-fetoprotein by an ovarian germ cell tumor of apparent yolk sac origin.  Gynecol Oncol 1984; 18:240-246.

32. **Kurman RJ,** Main CS, Chen H-C: Intermediate trophoblast. A distinctive form of trophoblast with specific morphological, biochemical and functional features. Placenta 1984; 5(4):349-369.

33. **Kurman RJ,** Kaminski PF, Norris HJ: The behavior of endometrial hyperplasia. A long term study of "untreated hyperplasia in 170 patients.  Cancer 1985; 56:403-412.

34. Klappenbach RS, **Kurman RJ**, Sinclair CF, James LP: Composite carcinoma-carcinoid tumors of the gastrointestinal tract.  A morphologic, histochemical and immunocytochemical study.  Am J Clin Pathol 1985; 84(2):137-143.

35. Gorra J, Lancaster WD, **Kurman RJ**, Jenson AB: Bovine papillomavirus type I monoclonal antibodies.  JNCI 1985; 75:121-125.

36. Tracy SL, Askin FB, Reddick RL, Jackson B, and **Kurman RJ**: Progesterone secreting Sertoli cell tumor of the ovary.  Gynecol Oncol 1985; 22:85-96.

37. Lancaster WD, Castellano C, Santos C, Delgado G, **Kurman RJ**, Jenson AB: Human papillomavirus deoxyribonucleic acid in cervical cancer from primary and metastatic sites.  Am J Obstet Gynecol 1986; 154:115-119.

16

38. Rando RF, Sedlacek TV, Hunt J, Jenson AB, **Kurman RJ**, Lancaster WD: A verrucous carcinoma of the vulva associated with an unusual type 6 human papillomavirus. Obstet Gynecol 1986; 67:70S.

39. Lorincz AT, Temple GF, Patterson JA, Jenson AB, **Kurman RJ**, Lancaster WD: Correlation of cellular atypia and human papillomavirus DNA sequences in exfoliated cells of the uterine cervix. Obstet Gynecol 1986; 68:508-512.

40. Brescia RJ, **Kurman RJ**, Main C, Surti U, Szulman AE: The immunocytochemical localization of human chorionic gonadotropin, human placental lactogen, and placental alkaline phosphatase in complete and partial moles. Int J Gynecol Pathol 1987; 6:213-229.

41. Lorincz AT, Temple GF, **Kurman RJ**, Jenson AB, Lancaster WD: The oncogenic association of specific HPV types with cervical neoplasia. JNCI 1987; 79:671-677.

42. Schiffman MH, Haley NJ, Felton JS, Andrews AW, Kaslow RA, Lancaster WD, **Kurman RJ**, Brinton LA, Lannom LB, Hoffman D: Biochemical epidemiology of cervical neoplasia: Measuring cigarette smoke constituents in the cervix. Cancer Res 1987; 47:3886-3888.

43. Barnes WA, Delgado G, **Kurman RJ**, Petrilli E, Smith D, Ahmed S, Lorincz AT, Temple GF, Jenson AB, Lancaster WD: Possible prognostic significance of HPV type in cervical cancer. Gynecol Oncol 1988; 29:267-273.

44. **Kurman RJ**, Schiffman MH, Lancaster WD, Reid R, Jenson AB, Temple GF, Lorincz AT: Analysis of individual human papillomavirus types in cervical neoplasia. A possible role for type 18 in rapid progression. Am J Obstet Gynecol 1988; 159:293-296.

45. O'Connor DM, **Kurman RJ**: Intermediate trophoblast in uterine curettings in the diagnosis of ectopic pregnancy. Obstet Gynecol 1988; 72:665-670.

46. Willett GD, **Kurman RJ**, Reid R, Greenberg M, Jenson AB, Lorincz AT: Correlation of the histologic appearance of intraepithelial neoplasia of the cervix with human papillomavirus types: Emphasis on low grade lesions including so-called flat condyloma. Int J Gynecol Pathol 1989; 8:18-25.

47. Yeh I-T, O'Connor DM, **Kurman RJ**: Vacuolated cytotrophoblast: A sub-population of trophoblast in the chorion laeve. Placenta 1989; 10:429-438.

48. Morrow CP, Bundy BN, Homesley HD, Creasman WT, Hornback NB, **Kurman RJ**, Thigpen JT: Doxorubicin as an adjuvant following surgery and radiation therapy in patients with high-risk endometrial carcinoma, stage I and occult stage II: A gynecologic oncology group study. Gynecol Oncol 1990; 36:166-171.

49. Bitterman P, Chun B, **Kurman RJ**: The significance of epithelial differentiation in mixed mesodermal tumors of the uterus. A clinicopathologic and immunohistochemical study. Am J Surg Pathol 1990; 14:317-328.

50. Yeh I-T, O'Connor DM, **Kurman RJ**: Intermediate trophoblast: Further immunocytochemical characterization. Mod Pathol 1990; 3:282-287.

51. Young RH, **Kurman RJ**, Scully RE: Placental site nodules and plaques. Am J Surg Pathol 1990; 14:1001-1009.

52. Negrini BP, Schiffman MH, **Kurman RJ**, Barnes W, Lannom L, Malley Y, Brinton LA, Delgado G, Jones S, Tchabo J-G, Lancaster WD: Oral contraceptive use, human papillomavirus infection, and risk of early cytological abnormalities of the cervix. Cancer Res 1990; 50:4670-4675.

53. Potkul RK, Lancaster WD, **Kurman RJ**, Lewandowski G, Week PK, Delgado G: Vulvar condylomas and squamous vestibular micropapilloma. Differences in appearance and response to treatment. J Reprod Med 1990; 35:1019-1022.

54. Park JP, **Kurman RJ**, Kessis TD, Shah KV: Comparison of peroxidase-labeled DNA probes with radioactive RNA probes for detection of human papillomaviruses by in situ hybridization in paraffin sections. Mod Pathol 1991;4:81-85.

55. Tyler CW Jr, Lee NC, Robboy SJ, **Kurman RJ**, Paris AL, Wingo PA, Williamson GD: The diagnosis of ovarian cancer by pathologists: How often do diagnoses by contributing pathologists agree with a panel of gynecologic pathologists?  Am J Obstet Gynecol 1991; 164:65-70.

56. Park JS, Jones RW, McLean MR, Currie JL, Woodruff JD, Shah KV, **Kurman, RJ**: Possible etiologic heterogeneity of vulvar intraepithelial neoplasia.  A correlation of pathologic characteristics with human papillomavirus detection by in situ hybridization and polymerase chain reaction.  Cancer 1991; 67:1599-1607.

57. Toki T, **Kurman RJ**, Park JS, Kessis T, Daniel RW, Shah KV: Probable nonpapillomavirus etiology of squamous cell carcinoma of the vulva in older women: A clinicopathologic study using in situ hybridization and polymerase chain reaction.  Int J Gynec Pathol 1991; 10:107-125.

58. Jones CJ, Schiffman MH, **Kurman RJ**, Jacob P III, Benowitz NL: Elevated nicotine levels in cervical lavages from passive smokers.  Am J Public Health 1991; 81:378-79.

59. Morrow CP, Bundy BN, **Kurman RJ**, Creasman WT, Heller P, Homesley HD, Graham JE: Relationship between surgical-pathological risk factors and outcome in clinical stage I and II carcinoma of the endometrium.  A Gynecologic Oncology Group Study.  Gynecol Oncol 1991; 40:55-65.

60. Wu T-C, Mann RB, Epstein JI, MacMahon E, Lee WA, Charache P, Hayward SD, **Kurman RJ**, Hayward GS, Ambinder RF: Abundant expression of EBER 1 small nuclear RNA in nasopharyngeal carcinoma.  A morphologically distinctive target for detection of Epstein-Barr virus in formalin-fixed paraffin-embedded carcinoma specimens.  Am J Pathol 1991; 138:1461-1469.

61. Ambros RA, Park J-S, Shah KV, **Kurman RJ**: Evaluation of histologic, morphometric, and immunohistochemical criteria in the differential diagnosis of small cell carcinomas of the cervix with particular reference to human papillomavirus types 16 and 18.  Mod Pathol 1991; 4:586-593.

62. Zaino RJ, **Kurman RJ**, Herbold D, Gleidman J, Bundy BN, Voet R, Advani H: The significance of squamous differentiation in endometrial carcinoma.  Data from a Gynecologic Oncology Group Study.  Cancer 1991; 68:2293-2302.

63. Park JS, Rader JS, Wu TC, Laimins LA, Currie, JL, **Kurman RJ**, Shah, KV: HPV-16 viral transcripts in vulvar neoplasia: Preliminary studies.  Gynecol Oncol 1991;42:250-255.

64. Lorincz AT, Reid R, Jenson AB, Greenberg MD, Lancaster WD, **Kurman RJ**: Human papillomavirus infection of the cervix: Relative risk associations of 15 common anogenital types.  Obstet Gynecol 1992; 79:328-337.

65. Ambros RA, **Kurman RJ**: Combined assessment of vascular and myometrial invasion as a model to predict prognosis in Stage I endometrioid adenocarcinoma of the uterine corpus. Cancer 1992; 69:1424-1431.

66. Sturgeon SR, Brinton LA, Devesa SS, **Kurman RJ**: In situ and invasive vulvar cancer incidence trends (1973 to 1987).  Am J Obstet Gynecol 1992; 166(5):1482-1485.

67. Sherman ME, Bitterman P, Rosenshein NB, Delgado G, **Kurman RJ**: Uterine serous carcinoma.  A morphologically diverse neoplasm with unifying clincopathologic features.  Am J Surg Pathol 1992; 16:600-610.

68. Ambros A, **Kurman RJ**: Identification of patients with stage I uterine endometrial adenocarcinoma at high risk of recurrence by DNA ploidy, myometrial invasion, and vascular invasion.  Gynecol Oncol 1992; 45:235-239.

69. Chapman WB, Lorincz AT, Willett GD, Wright VC, **Kurman RJ**: Epidermal growth factor expression and the presence of human papillomavirus in cervical squamous intraepithelial lesions.  Int J Gynecol Pathol 1992; 11:221-226.

70. Sherman ME, Schiffman MH, Erozan YS, Wacholder S, **Kurman RJ**: The Bethesda System. A Proposal for Reporting Abnormal Cervical Smears Based on the Reproducibility of Cytopathologic Diagnoses.  Arch Pathol Lab Med 1992;116:1155-1158.

71. Jones MW, Silverberg SG, **Kurman RJ**: Well-differentiated villoglandular adenocarcinoma of the uterine cervix: A clinicopathological study of 24 cases.  Int J Gynecol Pathol 1993;12:1-7.

72. Chapman WB, Lorincz AT, Willett GD, Wright VC, **Kurman RJ**: Evaluation of two commercially available in situ hybridization kits for detection of human papillomavirus DNA in cervical biopsies: Comparison to Southern Blot hybridization.  Mod Pathol 6:73-79, 1993.

73. **Kurman RJ**, Toki T, Schiffman MH: Basaloid and warty carcinomas of the vulva:Distinctive types of squamous cell carcinoma frequently associated with human papillomaviruses.  Am J Surg Pathol 1993;17:133-145.

74. Laxman R, Currie JL, **Kurman RJ**, Dudzinski M, Griffin C: Cytogenetic profile of uterine sarcomas.  Cancer 1993;71:1283-1288.

75. Sherman ME, Weinstein M, Sughayer M, Cappellari JO, Orr JE, Erozan YS, Schiffman MH, **Kurman RJ**: The Bethesa System:Impact on reporting cervicovaginal specimens and reproducibility of criteria for assessing endocervical sampling.  Acta Ctyologica 1993; 37:55-60.

76. Sheth S, Hamper UM, **Kurman RJ**: Thickened endometrium in the postmenopausal woman: Sonographic-pathologic correlation.  Radiology 1993;187:135-139.

77. Schiffman MH, Bauer HM, Hoover RN, Glass AG, Cadell DM, Rush BB, Scott DR, Sherman ME, **Kurman RJ**, Wacholder S, Stanton CK, Manos MM: Epidemiologic evidence showing that human papillomavirus infection causes most cervical intraepithelial neoplasia.  J Natl Cancer Inst 1993; 85:958-964.

78. Hamper UM, Sheth S, Abbas FM, Rosenshein NB, Aronson D, **Kurman RJ**: Transvaginal color doppler sonography of adnexal masses: Differences in blood flow impedance in benign and malignant lesions.  AJR 1993;160:1225-1228.

79. Hunter CP, Redmond CK, Chen VW, Austin DF, Greenberg RS, Correa P, Muss HB, Forman MR, Wesley MN, Blacklow RS, **Kurman RJ**, Dignam JJ, Edwards BK, Shapiro S, et al: Breast cancer: Factors associated with stage at diagnosis in black and white women.  J Natl Cancer Inst 1993;85:1129-1137.

80. Ambros RA, **Kurman RJ**: Association of ulex europaeus agglutinin I binding with invasion in endometrial carcinoma.  Int J Gynec Path 1993;12:301-306.

81. Bauer HM, Hildesheim A, Schiffman MH, Glass AG, Rush BB, Scott D, Cadell DM, **Kurman RJ**, Manos MM: Determinants of genital human papillomavirus infection in low-risk women in Portland, Oregon.  Sexually Transmitted Diseases 1993;20:274-278

82. Hildesheim A, Gravitt P, Schiffman MH, **Kurman RJ**, Barnes W, Jones S, Tchabo J-G, Brinton LA, Copeland C, Epp J, Manoe MM: Determinants of genital human papillomavirus infection in low-income women in Washington, D.C.  Sexually Transmitted Diseases 1993;20:279-285.

83. Hildesheim A, Schiffman MH, Gravitt PE, Glass AG, Greer CE, Zhang T, Scott DR, Rush BB, Lawler P, Sherman ME, **Kurman RJ**, Manos MM: Persistence of type-specific human papillomavirus infection among cytologically normal women.  J Infect Diseases 1994; 169:235-240.

84. Chen VW, Correa P, **Kurman RJ**, Wu X-C, Eley JW, Austin D, Muss H, Hunter CP, Redmond C, Herman AA, Edwards BK: Histological characteristics of breast carcinoma in Blacks and Whites.  Cancer Epidemiology, Biomarkers & Prevention 1994;3:127-135.

85. Sherman ME, Schiffman MH, Lorincz AT, Manos MM, Scott DR, **Kurman RJ**, Kiviat NB, Stoler M, Glss AG, Rush BB: Toward objective quality assurance in cervical cytopathology.

19

Correlation of cytopathologic diagnoses with detection of high-risk human papillomavirus types.  Am J Clin Pathol 1994;102:182-187.

86. Zaino RJ, **Kurman RJ**, Diana KL, Morrow CP: The utility of the revised International Federation of Gynecology and Obstetrics histologic grading of endometrial adenocarcinoma using a defined nuclear grading system.  Cancer 1995;75:81-6.

87. Hameed A, Fox WM, **Kurman RJ**, Hruban RH, Podack ER: Perforin expression in endometrium during the menstrual cycle.  Int J Gynecol Pathol  1995;14:143-150.

88. Hameed A, Fox WM, **Kurman RJ**, Hruban RH, Podack ER: Perforin expression in human cell-mediated lutolysis.  Int J Gynecol Pathol 1995;14:151-157.

89. Cox JT, Lorincz AT, Schiffman MH, Sherman ME, Cullen A, **Kurman RJ**: Human papillomavirus testing by hybrid capture appears to be useful in triaging women with a cytologic diagnosis of atypical squamous cells of undetermined significance.  Am J Obstet Gynecol 1995;172:946-954.

90. Ronnett BM, **Kurman RJ**, Zahn CM, Shmookler BM, Jablonski KA, Kass ME, Sugarbaker PH: Pseudomyxoma peritonei in women: A clinicopathologic analysis of 30 cases with emphasis on site of origin, prognosis, and relationship to ovarian mucinous tumors of low malignant potential.  Hum Pathol 1995;26:509-524.

91. Sheth S, Hamper UM, McCollum ME, Caskey CI, Rosenshein NB, **Kurman RJ**: Endometrial blood flow analysis in postmenopausal women: Can it help differentiate benign from malignant causes of endometrial thickening?  Radiology 1995;195:661-665.

92. Bosch FX, Manos MM, Munoz N, Sherman M, Jansen AM, Peto J, Schiffman MH, Moreno V, **Kurman RJ**, Shah KV: Prevalence of human papillomavirus in cervical cancer: A worldwide perspective.  J Natl Cancer Inst 1995;87:796-802.

93. Wu T-C, Ling ZY, Kanayama MD, Huang ACY, **Kurman RJ**: Localization of Epstein-Barr Virus-Encoded small RNA-1 by in situ reverse transcription: Demonstration of cDNA generation in formalin-fixed paraffin-embedded tissue sections.  J Biomed Sci 1995;2:249-255.

94. Ambros RA, Sherman ME, Zahn CM, Bitterman P, **Kurman RJ**: Endometrial intraepithelial carcinoma: A distinctive lesion specifically associated with tumors displaying serous differentiation.  Hum Pathol 1995; 26:1260-1267.

95. Sherman ME, Bur ME, **Kurman RJ:** p53 in endometrial cancer and its putative precursors:evidence for diverse pathways of tumorigenesis. Hum Pathol 1995; 26:1268-1274.

96. Sherman ME, Sturgeon S, Brinton L, **Kurman RJ**.  Endometrial cancer chemoprevention:Implications of diverse pathways of carcinogenesis.  J Cell Biochem 1995; 23:160-164.

97. Ronnett BM, Zahn CM, **Kurman RJ**, Kass ME, Sugarbaker PH, Shmookler BM: Disseminated peritoneal adenomucinosis and peritoneal mucinous carcinomatosis.  Am J Surg Pathol 1995;19(12):1390-1408.

98. Barnhill DR, **Kurman RJ**, Brady MF, Omura Ga, Yordan E, Given FT, Kucera PR, Roman LD: Preliminary analysis of the behavior of Stage I ovarian serous tumors of low malignant potential: A Gynecologic Oncology Group Study.  J Clin Oncol 1995; 13(11):2752-2756.

99. Wideroff L, Schiffman MH, Nonnenmacher B, Hubbert N, Kirnbauer R, Greer CE, Lowy D, Lorincz AT, Manos MM, Glass AG, Scott DR, Sherman ME, **Kurman RJ,** Buckland J, Tarone RE, Schiller J.  Evaluation of Seroreactivity to human papillomavirus type 16 virus-like particles in an incident case: Control study of cervical neoplasia. J Infect Dis 1995; 172(6):1425-1430.

100. Trimble CL, Hildesheim A, Brinton LA, Shah KV, **Kurman RJ**: Heterogeneous etiology of squamous carcinoma of the vulva.  Obstet Gynecol 1996; 87:59-64.

101. Shih I-M, **Kurman RJ**: Expression of melanoma cell adhesion molecule in intermediate trophoblast.  Lab Invest 1996; 75:377-388.

**102.** Hall S, Lorincz A, Shah F, Sherman ME, Abbas F, Paull G, **Kurman RJ**, Shah KV: Human papillomavirus DNA detection in cervical specimens by hybrid capture: Correlation with cytologic and histologic diagnoses of squamous intraepithelial lesions of the cervix.  Gynecol Oncol 1996;62:353-359.

**103.** Burks RT, Sherman ME, **Kurman RJ**.  Micropapillary serous carcinoma of the ovary.  A distinctive low-grade carcinoma related to serous borderline tumors.  Am J Surg Pathol 1996; 20:1319-1330.

**104.** Seidman JD, **Kurman RJ**.  Subclassification of serous borderline tumors of the ovary into benign and malignant types.  A clinicopathologic study of 65 advanced stage cases.  Am J Surg Pathol 1996; 20:1331-1345.

**105.** Sun Y, Hildesheim A, Brinton LA, Nasca PC, Trimble CL, **Kurman RJ**, Viscidi RP, Shah KV.  Human papillomavirus-specific serologic response in vulvar neoplasia.  Gynecol Oncol 1996; 63:200-203.

**106.** Zaino RJ, **Kurman RJ,** Diana KL, Morrow CP.  Pathologic models to predict outcome for women with endometrial adenocarcinoma. Cancer 1996; 77:1115-1121.

**107.** Ronnett BM, Shmookler BM, Diener-West M, Sugarbaker PH, **Kurman RJ**.  Immunohistochemical evidence supporting the appendiceal origin of pseudomyxoma peritonei in women.  Int J Gynecol Pathol 1997; 16:1-9.

**108.** Pizer ES, **Kurman RJ**, Pasternack GR, Kuhajda FP.  Expression of fatty acid synthase is closely linked to proliferation and stromal decidualization in cycling endometrium.  Int J Gynecol Pathol 1997; 16:45-51.

**109.** Tashiro H, Isacson C, Levine R, **Kurman RJ**, Cho KR, Hedrick L.  p53 gene mutations are common in uterine serous carcinoma and occur early in their pathogenesis.  Am J Pathol 1997;150:177-185.

**110.** Cina SF, Richardson MS, Austin RM, **Kurman RJ**.  Immunohistochemical staining for Ki-67 antigen, carcinoembryonic antigen, and p53 in the differential diagnosis of glandular lesions of the cervix.  Mod Pathol 1997;10(3):176-180

**111.** Wu TC, Fuentes-Bernardo DA, Chan Y-J, Au W-C, Choiu C-J, Fox WM III, Hruban RH, Hayward GS, **Kurman RJ**.  Detection of the human cytomegalovirs 2.0-kb immediate early gene 1 transcrips in permissive and nonpermissive infections by RNA in situ hybridization.  J Biomed Sci 1997;4:19-27.

**112.** Sherman ME, Schiffman MH, Mango LJ, Kelly D, Acosta D, Cason Z, Elgert P, Zaleski S. Scott DR, **Kurman RJ**, Stoler M, Lorincz AT.  Evaluation of PAPNET testing as an ancillary tool to clarify the status of the "atypical" cervical smear.  Mod Pathol 1997;10(6):564-571.

**113.** Randall TC, **Kurman RJ**.  Progestin treatment of atypical hyperplasia and well-differentiated carcinoma of the endometrium in women under age 40.  Obstet Gynecol 1997;90:434-440.

**114.** Cope JU, Hildesheim A, Schiffman MH, Manos MM, Lorincz AT, Burk RD, Glass AG, Greer C, Buckland J, Helgesen K, Scott DR, Sherman ME, **Kurman RJ**, Kiaw K-L.  Comparison of the hybrid capture tube test and PCR for detection of human papillomavirus DNA in cervical specimnts.  J Clin Microbiol 1997; 35:2262-2265.

**115.** Hildesheim A, Han C-L, Brinton LA, **Kurman RJ**, Schiller JT.  Human papillomavirus Type 16 and risk of preinvasive and invasive vulvar cancer: Results from a seroepidemiological case-control study.  Obstet Gynecol 1997;90:748-54.

**116.** Sherman ME, Sturgeon, S, Brinton LA, Potischman N, **Kurman RJ**, Berman ML, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD.  Risk factors and hormone levels in patients with serous and endometrioid uterine carcinomas.  Mod Pathol 1997;10(10):963-968.

**117.** Shih I-M, Schnaar RL, Gearhart JD, **Kurman RJ**.  Distribution of cells bearing the HNK-1 epitope in the human placenta.  Placenta 1997; 18:667-674.

118. Ronnett BM, **Kurman RJ**, Shmookler BM, Sugarbaker PH, Young RH. The morphologic spectrum of ovarian metastases of appendiceal adenocarcinomas. A clinicopathologic and immunohistochemical analysis of tumors often misinterpreted as primary ovarian tumors or metastatic tumors from other gastrointestinal sites. Am J Surg Pathol 1997; 21:1144-1155.

119. Hildesheim A, Schiffman MK, Tsukui T, Swanson CA, Lucci J, Scott DR, Glass AG, Rush BB, Lorincz, AT, Corrigan A, Burk RD, Helgesen K, Houghten RA, Sherman ME, **Kurman RJ**, Berzofsky JA, Kramer TR. Immune activation in cervical neoplasia:cross-sectional association between plasma soluble interleukin 2 receptor levels and disease. Cancer Epidemiol Biomarkers Prev 1997; 10:807-13

120. Madeleine MM, Daling JR, Carter JJ, Wipf GC, Schwartz SM, McKnight B, **Kurman RJ**, Beckmann AM, Hagensee ME, Galloway DA. Cofactors with human papillomavirus in a population-based study of vulvar cancer. J Natl Cancer Inst 1997; 89:1516-23

121. Wu T-C, Hseih ST, Purow BW, **Kurman RJ**. Demonstration of human papillomavirus (HPV) genomic amplification and viral-like particles from CaSki cell line in SCID mice. J Virol Methods 1997; 65:287-98

122. Strickler HD, Schiffman MH, Eklund C, Glass AG, Scott DR, Sherman ME, Wacholder S, **Kurman RJ**, Manos MM, Schiller JT, Dillner J. Evidence for at least two distinct groups of humoral reactions to papillomavirus antigens in women with squamous intraepithelial lesions. Cancer Epidemiol Biomarkers Prev 1997; 6:183-8

123. Lax SF, **Kurman RJ.** A dualistic model for endometrial carcinogenesis based on immunohistochemical and molecular genetic analyses. Verhandlungen der Deutschen Gesellschaft fur Pathologie 1997; 81:228-232.

124. Riopel MA, Perlman EJ, Seidman JD, **Kurman RJ**, Sherman ME. Inhibin and epithelial membrane antigen immunohistochemistry assist in the diagnosis of sex cord stromal tumors and provide clues to the histogenesis of hypercalcemis small cell carcinomas. Int J Gynecol Pathol 1998; 17:46-53.

125. Katabuchi H, Tashiro H, Cho KR, **Kurman RJ**, Ellenson LH. Micropapillary serous carcinoma of the ovary: an immunohistochemical and mutational analysis of p53. Int J Gynecol Pathol 1998; 17:54-60.

126. Shih I-M, **Kurman RJ**. Ki-67 labeling index in the differential diagnosis of exaggerated placental site trophoblastic tumor, and choriocarcinoma. Hum Pathol 1998; 28:27-33.

127. Vu K, Greenspan DL, Wu T-C, Zacur HA, Kurman RJ. Cellular proliferation, estrogen receptor, progesterone receptor, and bcl-2 expression in GnRH agonist-treated uterine leiomyomas. Hum Pathol 1998; 29:359-363.

128. Lax SF, Pizer ES, Ronnett BM, **Kurman RJ**. Clear cell carcinoma of the endometrium is characterized by a distinctive profile of p53, Ki-67, estrogen, and progesterone receptor expression. Hum Pathol 1998; 29:551-558.

129. Zelmanowicz A, Hildesheim A, Sherman ME, Sturgeon SR, **Kurman RJ**, Barrett RJ, Berman ML, Mortel R, Twiggs LB, Wilbanks GD, Brinton LA. Evidence for a common etiology for endometrial carcinomas and malignant mixed mullerian tumors. Gynecol Oncol 1998; 69:253-257.

130. Pizer ES, Lax SF, Kuhjda FP, Pasternack GR, **Kurman RJ**. Fatty acid synthase expression in endometrial carcinoma. Correlation with cell proliferation and hormone receptors. Cancer 1998; 83:528-537.

131. Kendall BS, Ronnett BM, Isacson C, Cho KR, Hedrick L, Diener-West M, **Kurman RJ**. Reproducibility of the diagnosis of endometrial hyperplasia, atypical hyperplasia, and well-differentiated carcinoma. Am J Surg Pathol 1998; 22:1012-1019.

132. Levine RL, Cargile CB, Blazes MS, van Rees B, **Kurman RJ**, Ellenson LH. *PTEN* mutations and microsatellite instability in complex atypical hyperplasia, a precursor lesion to uterine endometrioid carcinoma. Ca Res 1998; 58:3254- 3258.

133. Shih I-M, Wang T-L, Wu T-C, **Kurman RJ**, Gearhart JD. Expression of Mel-CAM in implantation site intermediate trophoblastic cell line, IST-1, limits its migration on uterine smooth muscle cells. J Cell Sci 1998; 111:2655-2664.

134. Ji H, Chang EY, Lin K-Y, **Kurman RJ**, Pardoll DM, Wu T-C. Antigen-specific immunotherapy for murine lung metastatic tumors expressing human papillomavirus type 16 E7 oncoprotein. Int J Cancer 1998; 78:41-45.

135. Lax SF, Pizer ES, Ronnett BM, **Kurman RJ**. Comparison of estrogen and progesterone receptor, Ki-67, and p53 immunoreactivity in uterine endometrioid carcinoma and endometrioid carcinoma with squamous, mucinous, secretory, and ciliated cell differentiation. Hum Pathol 1998; 29:924-931.

136. Zaino RJ, **Kurman RJ**, Brunetto VL, Morrow CP, Bentley RC, Cappellari JO, Bitterman P. Villoglandular adenocarcinoma of the endometrium: A clinicopathologic study of 61 cases. Am J Surg Pathol 1998; 22:1379-1385.

137. Shih I-M, **Kurman RJ**. Epithelioid trophoblastic tumor: A neoplasm distinct from choriocarcinoma and placental site trophoblastic tumor simulating carcinoma. Am J Surg Pathol 1998; 22(11):1393-1403.

138. Shih I-M, Nesbit M, Herlyn M, **Kurman RJ**. A new Mel-CAM (CD146)-specific monoclonal antibody, MN-4, on paraffin-embedded tissue. Mod Pathol 1998; 11(11):1098-1106.

139. Huang C-C, Qiu JT, Kashima ML, **Kurman RJ**, Wu T-C. Generation of type-specific probes for the detection of single-copy Human papillomavirus by a novel *in situ* hybridization method. Mod Pathol 1998; 11 (10):971-977.

140. Hildesheim A, Schiffman M, Scott DR, Marti D, Kissner T, Sherman ME, Glass AG, Manos MM, Lorincz AT, Kurman RJ, Buckland J, Rush BB, Carrington M. Human leukocyte antigen class I/II alleles and development of human papillomavirus-related cervical neoplasia: Resulsts from a case-control study conducted in the US. Cancer Epidemiology, Biomarkers & Prevention 1998; 7:1035-1041.

141. Sherman ME, Tabbara SO, Scott DR, **Kurman RJ**, Glass AG, Manos MM, Burk RD, Rush BB, Schiffman M. "ASCUS, rule out HSIL":Cytologic features, histologic correlates, and Human Papillomavirus detection. Mod Pathol 1999; 12 (4):335-342.

142. Sherman ME, Lee JS, Burks RT, Struewing JP, **Kurman RJ**, Hartge P. Histopathologic features of ovaries at increased risk for carcinoma:A case-control analysis. Int J Gynecol Pathol 1999; 18:151-157.

143. Manos MM, Kinney WK, Hurley LB, Sherman ME, Shieh-Ngai J, **Kurman RJ**, Ransley JE, Fetterman BJ, Hartinger JS, MacIntosh KM,Pawlick GF, Hiatt RA. Identifying women with cervical neoplasia. Using Human Papillomavirus DNA testing for equivocal Papanicolaou results. JAMA 1999; 281 (17):1605-1610.

144. Huang C-C, Kashima ML, Chen H, Shih I-M, **Kurman RJ**, Wu T-C. HPV in situ hybridization with catalyzed signal amplification and polymerase chain reaction in establishing cerebellar metastasis of a cervical carcinoma. Hum Pathol 1999; 30(5):587-591.

145. Shih I-M, **Kurman RJ**. Immunohistochemical Localization of inhibin-I in the placenta and gestational trophoblastic lesions. Int J Gynecol Pathol 1999; 18(2):144-150.

146. Trimble CL, Diener-West M, Wilkinson EJ, Zaino RJ, **Kurman RJ**, Shah KV. Reproducibility of the histopathologic classification of vulvar squamous carcinoma and intraepithelial neoplasia. Journal of Lower Genital Tract Disease 1999; 3 (2):98-103.

**147.** Riopel MA, Ronnett BM, **Kurman RJ**.  Evaluation of diagnostic criteria and behavior of ovarian intestinal-type mucinous tumors: Atypical proliferative (borderline) tumors and intraepithelial, microinvasive, and metastatic carcinomas.  Am J Surg Pathol 1999; 23:617-635.

**148.** Shih I-M, Seidman JD, **Kurman RJ**.  Placental site nodule and characterization of distinctive types of intermediate trophoblast.  Hum Pathol 1999; 30:687-694.

**149.** Liaw K-L, Glass AG, Manos MM, Greer CE, Scott DR, Sherman M, Burk RD, **Kurman RJ**, Wacholder S, Rush BB, Cadell DM, Lawler P, Tabor D, Schiffman M.  Detection of Human Papillomavirus DNA in cytologically normal women and subsequent cervical squamous intraepithelial lesions.  J Natl Cancer Inst 1999; 91:954-960.

**150.** Ronnett BM, Manos MM, Ransley JE, Fetterman BJ, Kinney WK, Hurley LB, Ngai JS, **Kurman RJ**, Sherman ME.  Atypical glandular cells of undetermined significance (AGUS): Cytopathologic features, histopathologic results, and Human Papillomavirus DNA detection. Hum Pathol 1999; 30(7):816-825.

**151.** Ji H, Wang T-L, Chen C-H, Pai SI, Hung C-F, Lin K-Y, **Kurman RJ**, Pardoll DM, Wu T-C. Targeting human papillomavirus type 16 E7 to the endosomal/lysosomal vaccines against Murine human papillomavirus type 16 E7-expressing tumors.  Human Gene Therapy 1999; 10:2727-2740.

**152.** Kurtz AB, Tsimikas JV, Tempany CMC, Hamper UM, Arger PH, Bree RL, Wechesler RJ, Francis IR, Kuhlman JE, Siegelman ES, Mitchell DG, Silverman SG, Brown DL, Sheth S, Coleman BG, Ellis JH, **Kurman RJ,** Caudry DJ, McNeil BJ.  Diagnosis and staging of ovarian cancer: Comparative values of Doppler and conventional US, CT, and MR imaging correlated with surgery and histopathologic analysis• Report of the Radiology Diagnostic Oncology Group. Radiology 1999; 212:19-27.

**153.** Lacey JV Jr., Brinton LA, Barnes WA, Gravitt PE, Greenberg MD, Hadjimichael OC, McGowan L, Mortel R, Schwartz PE, **Kurman RJ**, Hildesheim A.  Use of hormone replacement therapy and adenocarcinomas and squamous cell carcinomas of the uterine cervix. Gynecol Oncol 2000; 77:149-154.

**154.** Chang EY, Chen C-H, Ji H, Wang T-L, Hung K, Lee BP, Huang AYC, **Kurman RJ**, Pardoll DM, Wu TC.  Antigen-specific cancer immunotherapy using a GM-CSF secreting allogeneic tumor cell-based vaccine.  Int J Cancer 2000; 86:725-730.

**155.** Wheeler DT, Bell KA, **Kurman RJ**, Sherman ME.  Minimal uterine serous carcinoma:Diagnosis and clinicopathologic correlation.  Am J Surg Pathol 2000; 24 (6):797-806.

**156.** Wang TL, Ling M, Shih I-M, Pham T, Pai SI, Lu Z, **Kurman RJ**, Pardoll DM.  Intramuscular administration of E7-transfected dendritic cells generates the most potent E7-specific anti-tumor immunity.  Gene Therapy 2000; 7:726-733.

**157.** Hinton EL, Bobo LD, Wu T-C, **Kurman RJ**, Viscidi RP.  Detection of chlamydia trachomatis deoxyribonucleic acid in archival paraffinized specimens from chronic salpingitis cases using the polymerase chain reaction.  Fert Steril 2000; 74:1-6.

**158.** **Kurman RJ**, Felix JC, Archer DF, Nanavati N, Arce J-C, Moyer DL.  Norethindrone acetate and estradiol-induced endometrial hyperplasia.  Obstet Gynecol 2000; 96:373-79.

**159.** Chew SH, Perlman EJ, Williams R, **Kurman RJ**, Ronnett BM.  Morphology and DNA content analysis in the evaluation of first trimester placentas for partial hydatidiform mole (PHM). Hum Pathol 2000; 31 (8):914-924.

**160.** Lax SF, **Kurman RJ**, Pizer ES, Wu L, Ronnett BM.  A binary architectural grading system for uterine endometrial carcinoma has superior reproducibility compared with FIGO grading and identifies subsets of advance-stage tumors with favorable and unfavorable prognosis.  Am J Surg Pathol 2000; 24 (9):1201-1208.

161. Bell KA, **Kurman, RJ**. A clinicopathologic analysis of atypical proliferative (Borderline) tumors and well-differentiated endometrioid adenocarcinoma of the ovary. Am J Surg Pathol 2000; 24 (11):1465-1479.

162. Raymond EG, Lovely LP, Chen-Mok M, Seppala M, **Kurman RJ**, Lessey BA. Effect of the Yuzpe regimen of emergency contraception on markers of endometrial receptivity. Hum Reprod 2000; 15:2351-5.

163. Bell KA, Smith Sehdev AE, **Kurman RJ**. Refined diagnostic criteria for implants associated with ovarian atypical proliferative serous tumors (borderline) with micropapillary serous carcinomas. Am J Surg Pathol 2001; 25 (4):419-432.

164. Moyer DL, Felix JC, **Kurman RJ**, Cuffie CA. Micronized progesterone reculation of endometrial glandular cycling pool. Int J Gynecol Pathol 2001; 20:374-379.

165. Ronnett BM, Yan H, **Kurman RJ**, Shmookler BM, Wu L, Sugarbaker PH. Patients with pseudomyxoma peritonei associated with disseminated peritoneal adenomucinosis have a significantly more favorable prognosis than patients with peritoneal mucinous carcinomatosis. Cancer 2001; 92:85-91.

166. Liaw K-L, Hildesheim A, Burk RD, Gravitt P, Wacholder S, Manos MM, Scott DR, Sherman ME, **Kurman RJ,** Glass AG, Anderson SM, Schiffman M. A perspective study of human papillomavirus (HPV) type 16 DNA detection by polymerase chain reaction and its association with acquisition and persistence of other HPV types. J Infect Dis 2001; 183:8-15.

167. Staebler A, Hesel-Meyer K, Bell K, Riopel M, Perlman E, Ried T, **Kurman RJ**. Micropapillary serous carcinoma of the ovary has distinct patterns of chromosomal imbalances by comparative genomic hybridization compared with atypical proliferative serous tumors and serous carcinomas. Hum Pathol 2002; 33:47-59.

168. Singer G, **Kurman RJ**, Chang H-W, Cho SKR, Shih IM. Diverse tumorigenic pathways in ovarian serous carcinoma. Am J Pathol 2002; 160:1223-1228.

169. Solomon D, Davey D, **Kurman R**, Moriarity A, O'Connor D, Prey M, Raab S, Sherman M, Wilbur D, Wright T, Young N. The 2001 Bethesda System. Terminology for reporting results of cervical cytology. JAMA 2002; 287:2114-2119.

170. Seidman JD, Sherman ME, Bell KA, Katabuchi H, **Kurman RJ**. Salpingitis, salpingoliths, and serous tumors of the ovary:Is there a connection? Int J Gynecol Pathol 2002; 21:101-107.

171. Singer G, **Kurman RJ**, McMaster MT, Shih I-M. HLA-G immunoreactivity is specific for intermediate trophoblast in gestational trophoblastic disease and can serve as a useful marker in differential diagnosis. Am J Surg Pathol 2002; 26:914-920.

172. Scott DR, Hagmar B, Maddox P, Hjerpe A, Dillner J, Cuzick J, Sherman ME, Stoler MH, **Kurman RJ,** Kiviat NB, Manos MM, Schiffman M. Use of human papillomavirus DNA testing to compare equivocal cervical cytologic interpretations in the United States, Scandinavia, and the United Kingdom. Cancer Cytopathology 2002; 96:14-20.

173. Montz FJ, Bristow RE, Bovicelli A, Tomacruz R, **Kurman RJ**. Intrauterine progesterone treatment of early endometrial cancer. Am J Obstet Gynecol 2002; 186:651-7.

174. Chang H-W, Ali SZ, Cho SKR, **Kurman RJ**, Shih I-M. Detection of allelic imbalance in asctic supernatant by digital single nucleotide polymorphism analysis. Clin Cancer Res 2002; 8:2580-2585.

175. Old RJ, **Kurman RJ**, Shih I-M. Molecular genetic analysis of placental site trophoblastic tumors and epithelioid trophoblastic tumors confirms their trophoblastic origin. Amer J Pathol 2002; 161:1033-1037.

176. Ji H, Isacson C, Seidman JD, **Kurman RJ,** Ronnett BM. Cytokeratins 7 and 20, Dpc4 and MUC5AC in the distinction of metastatic mucinous carcinomas in the ovary from primary ovarian mucinous tumors: Dpc4 assists in identifying metastatic pancreatic carcinomas. Int J Gynecol Pathol 2002; 21:391-400.

177. Shih I-M, Hsu M-Y, Oldt III RJ, Herlyn M, Gearhart JD, **Kurman RJ**. The role of E-cadherin in the motility and invasion of implantation site intermediate trophoblast. Placenta 2002; 23:706-715.

178. Chang H-W, Lee SM, Goodman SN, Singer G, Cho SKR, Sokoll LJ, Montz FJ, Roden R, Zhang Z, Chan DW, **Kurman RJ**, Shih I-M. Assessment of plasma DNA levels, allelic imbalance, and CA 125 as diagnostic tests for cancer. J Natl Cancer Inst 2002 ; 94:1697-1703.

179. Klaes R, Benner A, Friedrich T, Ridder R, Herrington S, Jenkins D, **Kurman RJ**, Schmidt D, Stoler M, von Knebel M. p16INK4A immunohistochemistry improves interobserver agreement in the diagnosis of cervical intraepithelial neoplasia. Am J Surg Pathol 2002; 26(11):1389-1399.

180. Movahedi-Lankarani S, **Kurman RJ**. Calretinin, a more sensitive but less specific marker than alpha-inhibin for ovarian sex cord-stromal neoplasms:An immunohistochemical study of 215 cases. Am J Surg Pathol 2002; 26:1477-1483.

181. Shappell H, Riopel MA, Smith Sedhev AE, Ronnett BM, **Kurman RJ**. Diagnostic criteria and behavior of seromucinous (endocervical-type mucinous and mixed cell-type) tumors. Atypical proliferative (borderline) tumors, intraepithelial, microinvasive, and invasive carcinomas. Am J Surg Pathol 2002; 26:1529-41.

182. Singer G, Shih I-M, Truskinovsky A, Umudum H, **Kurman RJ**. Mutational analysis of K-ras segregates ovarian serous carcinoma into two types:Invasive MPSC (low-grade serous tumor) and conventional serous carcoma (high-grade tumor). Int J Gynecol Pathol 2003; 22:37-41.

183. Smith Sehdev AE, Sehdev PS, **Kurman RJ**. Noninvasive and invasive micropapillary (low grade) serous carcinoma of the ovary:A clinicopathologic analysis of 135 cases. Am J Surg Pathol 2003; 27(6):725-36.

184. Srodon M, Klein WM, **Kurman RJ**. CD10 immunostaining does not distinguish endometrial carcinoma invading myometrium from carcinoma involving adenomyosis. Am J Surg Pathol 2003; 27(6):786-89.

185. Singer G, Oldt R III, Cohen Y, Wang B, Sidransky D, **Kurman RJ,** Shih I-M. Mutations in BRAF and KRAS charaterize the development of low-grade ovarian serous carcinoma. J Natl Cancer Inst 2003; 95:484-486.

186. Seidman JD, **Kurman RJ,** Ronnett BM. Primary and metastatic mucinous adenocarcinomas in the ovaries:incidence in routine practice with a new approach to improve intraoperative diagnosis. Am J Surg Pathol 2003; 27:985-993.

187. Klein WM, **Kurman RJ**. Lack of expression of c-kit protein (CD117) in mesenchymal tumors of the uterus and ovary. Int J Gynecol Pathol 2003; 22:181-184.

188. Singer G, Rebmann V, Chen Y-C, Liu H-T, Ali SZ, Reinsberg J, McMaster MT, Pfeiffer K, Chan DW, Wardelmann, Grosse-Wilde H, Cheng C-C, **Kurman RJ**, Shih I-M. HLA-G is a potential marker in malignant ascites. Clinical Cancer Research 2003; 9:4460-4464.

189. Burk RD, Terai M, Gravitt PE, Brinton LA, **Kurman RJ,** Barnes WA, Greenberg MD, Hadjimichael OC, Fu L, McGowan L, Mortel R, Schwartz PE, Hildesheim A. Distribution of human papillomavirus types 16 and 18 variants in squamous cell carcinomas and adenocarcinomas of the cervix. Cancer Research 2003; 63(21):7215-7220.

190. Shih IeM, **Kurman RJ**. Ovarian tumorigenesis: a proposed model based on morphological and molecular genetic analysis. Am J Pathol 2004;164 (5):1511-8.

191. Seidman JD, Horkayne-Szakaly I, Haiba M, Boice CR, **Kurman RJ,** Ronnett BM. The histologic type and stage distribution of ovarian carcinomas of surface epithelial origin. Int J Gynecol Pathol 2004; 23(1):41-44.

192. Cheng EJ, **Kurman RJ**, Wang M, Oldt III R, Wang BG, Berman DM, Shih Ie-M. Molecular genetic analysis of ovarian serous cystadenomas. Laboratory Investigation 2004; 84:778-784.

193. Shih I-M, **Kurman RJ**. P63 expression is useful in the distinction of epithelioid trophoblastic and placental site trophoblastic tumors by profiling trophoblastic subpopulations. Am J Surg Pathol 2004; September 28(9):1177-1183.

194. Hsu C-Y, Bristow R, Cha MS, Wang BG, Ho C-L, **Kurman RJ**, Wang T-L, Shih I-M. Characterization of active mitogen-activated protein kinase in ovarian serous carcinomas. Clin Cancer Res 10:6432-6436, 2004.

195. Ho CL, **Kurman RJ**, Dehari R, Wang TL, Shih IM. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. Cancer Research 64:6915-6918, 2004.

196. Davidson B, Elstrand MB, McMaster MT, Berner A, **Kurman RJ**, Riseberg B, Trope CG, Shih I-M. HLA-G expression in effusions is a possible marker of tumor susceptibility to chemotherapy in ovarian carcinoma. Gynecol Oncol 96:42-47, 2005.

197. Pohl G, Ho C-L, **Kurman RJ,** Bristow R, Wang T-L, Shih I-M. Inactivation of the mitogen-activated protein kinase pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. Cancer Res 65(5):1-7, 2005.

198. Singer G, Stohr R, Cope L, Dehari R, Hartmann A, Cao D-F, Wang T-L, **Kurman RJ**, Shih I-M. Patterns of p53 mutations separate ovarian serous borderline tumors and low- and high-grade serous carcinomas and provide support for a new model of ovarian carcinogenesis. A mutational analysis with immunohistochemical correlation. Am J Surg Pathol 29(2):218-224, 2005.

199. Elishaev E, Gilks B, Miller D, Srodon M, **Kurman RJ**, Ronnett BM. Synchronous and metachronous endocervical and ovarian neoplasms. Evidence supporting interpretation of the ovarian neoplasms as metastatic endocervical adenocarcinoma simulating primary ovarian surface epithelial epithelial neoplasms. Am J Surg Pathol 29:281-294,2005.

200. Parwani AV, Smith Sehdev AE, **Kurman RJ**, Ronnett BM. Cervical adenoid basal tumors comprised of adenoid basal epithelioma associated with various types of invasive carcinoma: Clinicopathologic features, human papillomavirus DNA detection, and P16 expression. Human Pathol 36:82-90, 2005.

201. Wheeler DT, **Kurman RJ.** The relationship of glands to thick-wall blood vessels as a marker of invasion in endocervical adenocarcinomas. Int J Gynecol Pathol 24(2):125-130, 2005.

202. Cao D, Srodon M, Montgomery EA, **Kurman RJ.** Lipomatous variant of angiomyofibroblastoma: Report of two cases and review of the literature. Int J Gynecol Pathol 24(2):196-200, 2005.

203. Villa LL, et al. (**Kurman RJ** among 28 co-authors) Prophylactic quadrivalent human papillomavirus (types 6, 11, 16, and 18) L1 virus-like particle vaccine in young women: a randomized double-blind placebo-controlled multicentre phase II efficacy trial. Lancet Oncol 6(5):271-278, 2005.

204. Shih I-M, Sheu JJ-C, Santillan A, Nakayama K, Yen MJ, Bristow RE, Vang R, Pamigiani G, **Kurman RJ**, Trope CG, Davidson B, and Wang T-L. Amplification of a chromatin remodeling gene, Rsf-1 HBXAP, in ovarian carcinoma. PNAS 102(39):14004-14009, 2005.

205. Hsu C-Y, **Kurman RJ**, Vang R, Wang T-L, Baak J, Shih I-M. Nuclear size distinguishes low-from high-grade ovarian serous carcinoma and predicts outcome. Hum Pathol 36:1049-54, 2005.

206. Vang R, Tuyethoa V, Burks RT, Barner R, **Kurman RJ**, Ronnett BM. J Gynecol Pathol 24:391-398, 2005

207. Diaz-Montes TP, Hongziu J, Sehdev AES, Zahurak ML, **Kurman RJ**, Armstrong DK, Bristow RE. Clinical significance of Her-2/neu overexpression in uterine serous carcinoma. Gynecologic Oncology 100:139-144, 2006.

208. Begum M, Tashiro H, Katabuchi H, Suzuki A, **Kurman RJ**, Okamura H. Neonatal estrogenic exposure suppresses PTEN-related endometrial carcinogenesis in recombinant mice. Laboratory Investigation 86:286-296, 2006.

209. Park JT, Li M, Nakayama K, Mao TL, Davidson B, Zhang Z, **Kurman RJ**, Eberhart CG, Shih IM, Wang TL. Notch-3 gene amplification in ovarian cancer. Cancer Res, 66:6312-6318, 2006.

210. Mao TL, Hsu CY, Yen MJ, Gilks B, Sheu JJC, Gabrielson E, Vang R, Cope L, **Kurman RJ**, Wang TL, Shih, IM. Expression of Rsf-1, a chromatin-remodeling gene, in ovarian and breast carcinoma. Hum Pathol 37:1169-1175, 2006.

211. Nakayama K, Nakayama N, Davidson B, Katabuchi H, **Kurman RJ**, Velculescu VE, Shih IM, Want TL. Homozygous deletion of MKK4 in ovarian serous carcinoma. Cancer Biology & Therapy 5(6):630-634, 2006.

212. Nakayama K, Nakayama N, **Kurman RJ**, Cope L, Pohl G, Samhuels Y, Velculescu VE, Wang TL, Shih IM. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. Cancer Biology & Therapy 5(7):780-785, 2006.

213. Mao TL, Seidman JD, **Kurman RJ**, Shih IM. Cyclin E and p16 immunoreactivity in epithelioid trophoblastic tumor• An aid in differential diagnosis. Am J Surg Pathol 30(9):1105-1110, 2006.

214. Srodon M, Stoler MH, Baber GB, **Kurman RJ.** The distribution of low and high-risk HPV types in vulvar and vaginal intraepithelial neoplasia (VIN and VaIN). Am J Surg Pathol 30(12):1513-1518, 2006.

215. Wang SS, Sherman ME, Silverberg SG, Carreon JD, Lacey JV, Jr., Zaino R, **Kurman RJ**, Hildesheim A. Pathological characteristics of cervical adenocarcinoma in a multi-center U.S.-based study. Gynecologic Oncology 103:541-546, 2006.

216. Nakayama K, Nakayama N, Davidson B, Sheu J J-C, Jnawath N, Santillan A, Salani R, Bristow RE, Morin PJ, **Kurman RJ**, Wang T-L, Shih Ie-M. A BPB/POZ protein, NAC-1, is related to tumor recurrence and is essential for tumor growth and survival. PNAS 103(49):18739-18744, 2006.

217. Salani R, Neuberger I, **Kurman RJ**, Bristow RE, Change HW, Wang, TL, Shih, IM. Expression of extracellular matrix proteins in ovarian serous tumors. Int J Gynecol Pathol 26(2):141-146, 2007.

218. Wheeler DT, Bristow RE, **Kurman RJ**. Histologic alterations in endometrial hyperplasia and well-differentiated carcinoma treated with progestins. Am J Surg Pathol 31:988-998, 2007

219. Dehari R, **Kurman RJ**, Logani S, Shih I-M. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma. A morphologic and molecular genetic analysis. Am J Surg Pathol 31:1007-1012, 2007

220. Malpica A, Deavers MT, Tornos C, **Kurman RJ**, Soslow R, Seidman JD, Munsell MF, Gaertner E, Frishberg D, Silva EG. Interobserver and intraobserver variability of a two-tier system for gradinig ovarian serous carcinoma. Am J Surg Pathol 31(8):1168-1174, 2007

221. Villa LL, Perez G, Kajaer SK, Paavonen J, Lehtinen M, Munoz N, Sigurdsson K, Hernandez-Avila M, Skjeldestad FE, Thoresen S, **Kurman RJ** et al. Quadrivalent vaccine against human papillomavirus to prevent angenital diseases. New England Journal of Medicine 356(19):1928-1943, 2007.

222. Cai B, Ronnett BM, Stoler K, Ferenczy A, **Kurman RJ**, Sadow D, Alvarez F, Pearson J, Sings H, Barr E, Liaw K-L. Longitudinal evaluation of interobserver and intraobserver agreement of cervical intraepithelial neoplasia diagnosis among an experiences panel of gynecologic pathologists. Am J Surg Pathol 31: 1-7, 2007

223. Salani R, **Kurman RJ**, Giuntoli R, Gardner G, Bristow R, Want T-L, Shih I-M. Assessment of TP53 mutation using purified tissue samples of ovarian serous carcinomas reveals a higher

mutation rate than previously reported and does not correlate with drug resistance. Int J Gynecol Cancer 18:487-491, 2008

224. Mao TL, **Kurman RJ,** Jeng YM, Huang W, Shih IM. HSD3B1 as a novel trophoblast-associated marker that assists in the differential diagnosis of trophoblastic tumors and tumorlike lesions. Am J Surg Pathol 32(2):236-242, 2008

225. Vang V, Shih IM, Salani R, Sugar E, Ayhan A, **Kurman RJ**. Subdividing ovarian and peritoneal serous carcinoma into moderately differentiated and poorly differentiated does not have biologic validity based on molecular genetic and in vitro drug resistance data. Am J Surg Pathol 32(11):1667-1674, 2008

226. Yemelyanova A, Mao, T-L, Nakayama N, Shih, I-M, **Kurman RJ**. Low-grade serous carcinoma of the ovary displaying a macropapillary pattern of invasion. Am J Surg Pathol 32(12):1800-1806, 2008

227. Ronnett BM, Yemelyanova AV, Vang R, Gilks CB, Miller D, Gravitt PE, **Kurman RJ.** Endocervical adenocarcinomas with ovarian metastases: Analysis of 29 cases with emphasis on minimally invasive cervical tumors and the ability of the metastases to simulate priary ovarian neoplasms. Am J Surg Pathol 32(12):1835-1853, 2008

228. Joura EA, Kjaer SK, Wheeler CM, Sigurdsson K, Iversen OE, Hernandez-Avila M, Perez G, Brown DR, Koutsky LA, Tay EH, Garcia P, Ault KA, Garland SM, Leodolter S, Olsson SE, Tang GWK, Ferris DG, Paavonen J, Lehtinen M, Steben M, Bosch X, Dillner J, **Kurman RJ,** Majewski S, Munoz N, Myers ER, Villa LL, Taddeo Fj, Roberts C. HPV antibody levels and clinical efficacy following administration of a prophylactic quadrivalent HPV vaccine. Vaccine 26 (52):6844-6851, 2008.

229. Moore RG, McMeekin DS, Brown AK, DiSilvestro P, Miller MC, Allard WJ, Gajewski W, **Kurman R,** Bast Jr. RC, Skates SJ. "A novel multiple marker bioassay utilizing HE4 and CA125 for the prediction of ovarian cancer in patients with a pelvic mass. Gynecologic Oncology 112:40-46, 2009.

230. Smith JS, BackesDM, Hoots BE, **Kurman RJ**, Pimenta JM. Human papillomavirus type-distribution in vulvar and vaginal cancers and their associated precursors. Obstet Gynecol 113:917-924, 2009.

231. Kuo K-T, Mao T-L, Jones S, Veras E, Ayhan A, Wang T-L, Glas R, Slamon D, Velculescu V, **Kurman RJ**, Shih I-M. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. AJP 174(5):1597-1601, 2009.

232. Veras E, Mao TL, Ayhan A, Ueda S, Lai H, Hayran M, Shih IeM, **Kurman RJ**. Cystic and adenofibromatous clear cell carcinomas of the ovary: Distinctive tumors that differ in their pathogenesis and behavior: A clinicopathologic analysis of 122 cases. Am J Surg Pathol 33(6):844-853, 2009.

233. Ayhan A, **Kurman RJ**, Yemelyanova A, Vang R, Logani S, Seidman JD, Shih IeM. Defining the cut point between low-grade and high-grade ovarian serous carcinoma: A clinicopathoogic and molecular genetic analysis. Am J Surg Pathol 33(8):1220-1224. 2009.

234. Kuo K-T, Guan B, Mao T-L, Chen X, Jinawath N, Wang Y, **Kurman RJ**, Shih I-M, Wang T-L. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. Cancer Res 69:4036-42, 2009.

235. Backes DM, **Kurman RJ**, Pimenta JM, Smith JS. Systematic review of human papillomavirus prevalence in invasive penile cancer. Cancer Causes Control 20:449-57, 2009.

236. Ueda SM, Mao T-L, Kuhajda FP, V C, Giuntoli RL, Bristow RE, **Kurman RJ**, Shih Ie-M. Trophoblastic neoplasms express fatty acid synthase, which may be a therapeutic target via its inhibitor C93. AJP 175(6):2619-2624, 2009.

237. Brown DR, Kjaer SK, Sgurdsson K, Iversen O-E, Hernandez-Avila M, Wheeler CM, Perez G, Koutsky LA, Tay EH, Garcia P, Ault KA, Garland SM, Leodolter S, Olsen S-E, Tang GWK,

29

Ferris DG, Paavonen J, Steben M, Bosch FX, Dillner J, Joura EA, **Kurman RJ,** Majewski S, Munoz N, Myers ER, Villa LL, Taddeo RJ, Roberts C, Tadesse A, Bryan J, Lupinacci LC, Giacoletti KED, Sings HL, James M, Hesley TM, Barr E. The impact of quadrivalent human papillomavirus (HPV; types 6, 11, 16, and 18) L1 virus-like particle vaccine on infection and disease due to oncogenic nonvaccine HPV types in generally HPV-naïve women aged 16026 years. J Infect Dis 2009; 199:926-935.

238. Witkiewicz AK, McConnell T, Potoczek M, Emmons RVB, **Kurman RJ**. Increased natural killer cells and decreased regulatory T cells are seen in complex atypical endometrial hyperplasia and well-differentiated carcinoma treated with progestins. Human Pathology 41:26-32, 2010.

239. Kuhn E, Meeker A, Wang TL, Sehdev AS, **Kurman RJ**, Shih Ie-M. Shortened telomeres in serous tubal intraepithelial carcinoma: An early event in ovarian high-grade serous carcinogenesis. Am J Surg Pathol 34:829-836, 2010.

240. Sehdev AS, **Kurman RJ**, Kuhn E, Shih Ie-M. Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinoma including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Modern Pathology 23:844-855, 2010.

241. Seidman JD, Yemyelyanova A, Zaino RJ, **Kurman RJ**. The fallopian tube-peritoneal junction: A potential site of carcinogenesis. Int J Gynecol Pathol 1:4-11, 2011

242. Shih I-M, Chen L, Wang CC, Gu J, Davidson B, Cope L, **Kurman RJ**, Xuan J, Wang T-L. Distinct DNA methylation profiles in ovarian serous neoplasms and their implications in ovarian carcinogenesis. Am J Obstet Gynecol 2010;203:584.e1-22

243. Moore RG, Jabre-Raughley M, Brown AK, Robison KM, Miller MC, Allard WJ, **Kurman RJ,** Bast RC, Skates SJ. Comparison of a novel multiple marker assay vs the risk of malignancy index for the prediction of epithelial ovrian cancer in patients with a pelvic mass. American Journal of Obstetrics and Gynecology 203 (3):228e1-228e6, 2010.

244. Przybycin CG, **Kurman RJ**, Ronnett BM, Shih IM, Vang R. Are all pelvic (nonuterne) serous carcinomas of tubal origin? American Journal of Surgical Pathology 34 (10):1407-1416, 2010.

245. Munoz N, Kjaer SK, Sigurdsson K, Iversen OE, Hernandez-Avila M, Wheeler CM, Perez G, Brown DR, Koutsky LA, Tay EH, Garcia PJ, Ault KA, Garland SM, Leodolter S, Olsson SE, Tang GWK, Ferris DG, Paavonen J, Steben M, Bosch FX, Dillner J, Huh WK, Joura EA, **Kurman RJ,** Majewski S, Myers ER, Villa LL, Taddeo FJ, Roberts C, Tadesse A, Bryan JT, Lupinacci LC, Giacoletti KED, Sings HL, James MK, Hesley TM, Barr E, Haupt RM. Impact of human papillomavirus (HPV)-6/11/16/18 vaccine on all PHV-associated genital diseases in young women. J National Cancer Institute 102:1-15, 2010.

246. Shih I-M, Panuganti PK, Kuo K-T, Mao T-L, Kuhn E, Jones S, Velculescu V, **Kurman RJ,** Wang T-L. Somatic mutations of PPP2Ria in ovarian and uterine carcinomas. Amer J Pathol 2011;178:1442-47

247. Guan B, Mao TL, Panuganti PK, Kuhn E, **Kurman RJ,** Maeda D, Chen E, Jeng YM, Wang TL, Shih IM. Mutation and loss of expression of ARID1A in uterine low-grade endometrioid carcinoma. Am J Surg Pathol. 2011 Mar 15. [Epub ahead of print] PMID:21412130

248. Yemelyanova A, Vang R, Kshirsagar M, Lu D, Marks MA, Shih IM, **Kurman RJ**. Immunohistochemical staining patterns of p53 can serve as a surrogate marker for TP53 mutations in ovarian carcinoma: an immunohistochemical and nucleotide sequencing analysis. Mod Pathol. 24(9):1248-1253, 2011 May 6. [Epub ahead of print]

249. **Kurman RJ,** Vang R, Junge J, Gerd Hanibal C, Kjaer SK, Shih I-E. Papillary tubal hyperplasia: The putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. Am J Surg Pathol 2011;35:1605–1614

250. Visvanathan K, Vang R, Shaw P, Gross A, Soslow, MD, Parkash V, Shih I-E, **Kurman RJ**. Diagnosis of serous tubal intraepithelial carcinoma based on morphologic and

immunohistochemical features: A reproducibility study. Am J Surg Pathol 2011; 35(12):1766-1775

251. Jones S, Wang T-L, **Kurman RJ**, Nakayama K, Velculesc VE, Vogelstein B, Kinzler KW, Papdopoulos N and Shih, IM. Low-grade serous carcinomas of the ovary contain very few point mutations. J Pathol 2012: 226-413-420.

252. Kuhn E, **Kurman RJ**, Vang R, Sehdev AS, Han G, Soslow R., Wang T-L, Shih IM. TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma• evidence supporting the clonal relationship of the two lesions. J Pathol 2012; 226:421-426.

253. Vang R, Gupta M, Wu LSF, Yemelyanova AV, **Kurman RJ**, Murphy KM, DeScipio C and Ronnett BM. Diagnostic reproducibility of hydatidiform moles: Ancillary techniques (p57 immunohistochemistry and molecular genotyping) improve morphologic diagnosis. Am J Surg Pathol 2012; 36(3):443-453

254. Seidman JD, Yemelyanova A, Cosin JA, Smith A, **Kurman RJ**. Survival rates for international federation of gynecology and obstetrics stage III ovarian carcinoma by cell type: A study of 262 unselected patients with uniform pathologic review.   Int J Gynecol Cancer 2012; 22:367-371

255. Wu CH, Mao T-L, Vang R, Ayhan A, Wang T-L, **Kurman RJ**, Shih I-M. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and loss of expression of ARID1A. Int J Gynecol Pathol 2012;31:297-303

256. Vang R, Visvanathan K, Gross A, Maambo E,Gupta M, Kuhn E, Fanghong Li R, Ronnett BM, Seidman JD, Yemelyanova A, Shih I-M, Shaw O, Soslow RA, **Kurman RJ**. Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gynecol Pathol 31:243-253, 2012

257. Ayhan A, Mao T-L, Seckin T, Wu C-H, Buan B, Ogawa H, Futagami M, Mizukami H, Yokoyama Y, **Kurman RJ**, and Shih, Ie-M. Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endometrioid carcinoma. Int J Gynecol Cancer 22:1310-1315, 2012.

258. Hannibal CG, Vang R, Junge J, Kjaerbye-Thygesen A, **Kurman RJ**, and Kjaer SK. A binary histologic grading systm for ovarian serous carcinoma is an independent prognostic factor: a population-based study of 4,317 women diagnosed in Denmark 1978-2006. NIH-PA Gynecol Oncol Author Manuscript, 2012.

259. Kuhn E, **Kurman RJ**, Sehdev AS, Shih Ie-M. Ki-67 Labeling index as an adjunct in the diagnosis of serous tubal intraepithelial carcinoma. Int J Gynecol Pathol, 31:416-422, 2012.

260. Kuhn E, **Kurman RJ**, Soslow RA, Han G, Sehdev AS, Morin PJ, Wang T-Li, Shih Ie-M. The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. Am J Surg Pahol 36(12):1826-1834, 2012.

261. Kuhn E, Wu RC, Guan B, Wu G, Zhang J, Wang Y, Song L, Yuan X, Wei L, Roden RBS, Kuo KT, Nakayama K, Clarke B, Shaw P, Olvera N, **Kurman RJ**, Levine DA, Wang, TL, Shih Ie-M. Identification of molecular pathway aberrations in uterine serous carcinoma by genome-wide analyses. J Natl Cancer Inst 104:1503-1513, 2012.

262. Kinde I, Bettegowda C, Wang Y, Wu J, Agrawal N, Shih Ie-M, **Kurman R**, Dao F, Levine DA, Giuntoli R, Roden R, Eshleman JR, Carvalho JP, Marie SKN, Papadopoulos N, Kinzler KW, Vogelstein B, Diaz Jr. LA. Evaluation of DNA from the Papanicolaou test to detect ovarian and endometrial cancers. Science Translational Medicine 5(167):1-10, 2013.

263. Kuhn E, Ayhan A, Shih I-E, Seidman JD, **Kurman RJ**. Ovarian Brenner tumour: A morphologic and immunohistochemical analysis suggesting an origin from fallopian tube epithelium. European J Cancer 49:3839-49, 2013

264. Gunderson CC, Dutta S, Fader AN, Maniar KP, Nasseri-Nik N, Bristow RE, Diaz-Montes TP, Palermo R, **Kurman RJ**. Pathologic features associated with resolution of complex atypical

hyperplasia and grade 1 endometrial adenocarcinoma after progestin therapy. Gynecologic Oncology 132:33-37, 2014.

265. Gurda GT, Baras AS, **Kurman RJ**. Ki-67 as an ancillary tool in the differential diagnosis of proliferative endometrial lesions with secretory change. Int J Gynecol Pathol 33:114-119, 2014

266. Kuhn E, Ayhan A, Shih I-M, Seidman JD, **Kurman RJ**. The pathogenesis of atypical proliferative Brenner tumor: an immunohistochemical and molecular genetic analysis. Mod Pathol 27:231-237, 2014

267. Maniar KP, Wang Y, Visvanathan K, Shih I-M, **Kurman RJ**. Evaluation of microinvasion and lymph node involvement in ovarian serous borderline/atypical proliferative serous tumors. Am J Surg Pathol 38:743-755, 2014

268. Hannibal CG, Vang R, Junge J, Frederiksen K, Kyaerbye-Thygesen A, Kaae Andersen K, Tabor A, **Kurman RJ,** Kjaer SK. A nationwide study of serous "borderline" ovarian tumors in Denmark 1978-2002: Centralized pathology review and overall survival compared to the general population. Gynecol Oncol 134:267-273,2014

269. Sherman-Baust CA[1], Kuhn E, Valle BL, Shih IeM, **Kurman RJ**, Wang TL, Amano T, Ko MS, Miyoshi I, Araki Y, Lehrmann E, Zhang Y, Becker KG, Morin PJ. A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol. 233:228-37,2014.

270. Ardighieri L, Lonardi S, Moratto D, Faccetti F, Shih I-M, Vermi W, **Kurman RJ**. Characterization of the immune cell repertoire in the normal fallopian tube. Int J Gynecol Pathol. 33:581-591, 2014

271. Ardighieri L, Zeppernick F, Hannibal CG, Vang R, Cope L, Junge J, Kjaer SK, **Kurman RJ,** Shih IeM. Mutational analysis of BRAF and KRAS in ovarian serous borderline (atypical proliferative) tumours and associated peritoneal implants. J Pathol. 2014;232:16-22.

272. Zeppernick F, Ardighieri L, Hannibal CG, Vang R, Junge J, Kjaer SK, Zhang R, **Kurman RJ,** Shih, Ie-M.  BRAF mutation is associated with a specific cell type with features suggestive of senescence in ovarian serous borderline (atypical proliferative) tumors. Am J Surg Pathol 38(12):1603-1611, 2014.

273. Banet N, **Kurman RJ.** Types of ovarian inclusion cysts. Proposed origina and possible role in ovarian serous carcinogenesis. Int J Gynecol Pathol 34:3-8, 2014.

274. Vang R, Gerd Hannibal C, Junge J, Frederiksen K, Kjaer, SK, **Kurman RJ**.The long term behavior of serous borderline tumors supports dividing them into atypical proliferative serous tumors and noninvasive low-grade serous sarcinomas: A clinicopathologic analysis of 942 cases: Am J Surg Pathol **2017;41:725-737**.

275. Wang Y,  Wu R-C, Lauren Ende Shwartz, LE, Haley L, Lin MT, Shih I-M, **Kurman RJ**. Clonality analysis of combined Brenner and mucinous tumours of the ovary reveals their monoclonal origin. J Pathol 2015; 237:146-151

276. Wang Y, Shwartz LE, Anderson D, Lin M-T, Haley L, Wu R-C, Shih I-M, **Kurman RJ**. Molecular analysis of ovarian mucinous carcinoma reveals different cell of origins. Oncotarget 2015;6(26):22949-58

277. Wang Y, Sundfeldt K, Mateoiu C, Shih I-M,  **Kurman RJ**, Schaeffer J, Silliman N, Kinde I, Simeon Springer, Michael Foote, Björg Kristjansdottir, Nathan James,  Kenneth W. Kinzler, Papadopoulos N, Diaz LA , Vogelstein B. Diagnostic potential of umor DNA from ovarian cyst fluid. eLife 2016:5:e15175

278. Vang R, Levine DA, Soslow RA, Zaloudek C, Shih IM, **Kurman RJ.** Molecular alterations of *TP53* are a defining feature of ovarian high-grade serous carcinoma: a re-review of cases lacking *TP53* mutations in The Cancer Genome Atlas Ovarian study. Int J Gynecol Pathol 2015;35:48-55.

**279.** Kuhn E, Wang T-L, Doberstein K, Bahadirli-Talbott A, Ayhan A, Smith Sedhev A, Drapkin R, **Kurman RJ**, Shih I-M. *CCNE1* amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma: further evidence supporting its role as a precursor ov ovarian high-grade serous carcinoma. Mod Pathol 2016; 29:1254-61

**280.** Veras E, **Kurman RJ**, Wang T-L, Shih I-M. PD-L1 expression in human placentas and gestational trophoblastic disease. Int J Gynnecol Pathol 2016; 36:146-153

**281.** Gerd Hannibal C, Vang R, Junge J, Frederiksen K, **Kurman RJ**, Kjaer SK. Risk of recurrence and progression to ovarian serous carcinoma and associated risk factors in a nationwide study of serous "borderline" ovarian tumors in Denmark 1978–2002. Gynecol Oncol (in press).

**282.** Blanco Jr L, Kuhn E, Morrison J, Bahadirli-Talbott A, Smith Sehdev A, and **Kurman RJ**. Steroid hormone synthesis by the ovarian stroma surrounding epithelial ovarian tumors. A potential mechanism in ovarian tumorigenesis. Mod Pathol 2017; 30:563-576

**283.** Labidi-Galy S, Papp E, Adleff V, Bhattacharya R, Niknafs N, Novak M, Jones S, Phallen J, Hruban C, Hirsch M, Lin D, Maire C, Bowden M, Scharpf R, Karchin R, Drapkin R, Tille J-C, Hallberg D, Noë M, **Kurman RJ**, Wang T=L, Shih I-M, Schwartz L, Ayhan A, Laura Wood L, Velculescu V. High grade serous ovarian carcinomas originate in the fallopian tube. Nature Communications 8, Article number 1093, 2017; doi:10.1038/s41467-017-00962-1

**284.** Ducie J, Dao F, Considine M, Olvera N, Shaw PA, **Kurman RJ,** Shih I-M, Soslow RA, Cope L, Levine DA. Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nature Communications DOI: 1038/s41467-01217-9

**285.** Tomasetti C, Kinzler KW, Vogelstein B, Fader AN, Gilbert L, Papadopoulos N, Wang Y, Li, L Douville C, Cohen JD, Yen T-T, Kinde I, Sundfelt K, Kjær SK, Hruban RH, Shih I-M,Wang T=L, **Kurman RJ,** Springer S, Ptak J, Popoli M, Schaefer J, Silliman N, Dobbyn L, Tanner EJ, Angarita A, Lycke M, Jochumsen K, Afsari B, Danilova L, DA, Jardon K, Zeng X, Arseneau J, Fu L,Diaz Jr.LA, Karchin R. Evaluation of liquid from Papanicolaou test and other liquid biopsies for the detection of endometrial and ovarian cancers. Sci Transl Med 2018;10eaap 8793

**286.** Xing, D, Jenson, EG, Christopher A, Zwick, CA, Fausto, MJ, Rodriguez, J, **Kurman RJ.** Atypical proliferative (borderline) serous ytumor in the brain. A case report. Int J Gynecol Pathol 2017;37:52-56

**287.** Wu R-C , Wang P, Lin S-F, Zhang M, Song Q, Chu T, Wang BG, **Kurman RJ**, Vang R, Kinzler K, Tomasetti C, Jiao Y, Shih I-M, Wang T-L. Genomic landscape and evolutionary trajectories of ovarian cancer precursor lesions. J Pathol;10:1-10, 2019

**Review Articles and Book Chapters:**

**1**. **Kurman RJ**, and Norris HJ: Malignant germ cell tumors of the ovary. Human Pathol 1977; 8:551-564.

**2.** **Kurman RJ**, and Norris HJ: Germ cell tumors of the ovary. Path Annual 1978; 13:291-325.

**3.** **Kurman RJ**, Scardino PT, McIntire KR, Waldmann TA, Javadpour N, and Norris HJ: Cellular localization of alpha-fetoprotein and human chorionic gonadotropin in germ cell tumors of the testis and ovary. Scand J Immunol 1978; Supp 8, Vol 8, 127-130.

**4.** **Kurman RJ**: Abnormalities of the genital tract following stilbestrol exposure in utero. In Recent Results in Cancer Research. C.H. Lingeman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1979; Vol 66, pp. 161-174.

**5**. **Kurman RJ**: The clinical consequences of stilbestrol exposure in utero. West J Med 1979; 131:526-532.

6.  **Kurman RJ**, Scardino PT, McIntire KR, Waldmann TA, Javadpour N, and Norris HJ: Malignant germ cell tumors of the ovary and testis.  An immunohistologic study of 69 cases. Ann Clin Lab Sci 1979; 9:462-466.

7.  **Kurman RJ**, and Norris HJ: The effect of in utero exposure to diethystilbestrol.  In Functional Morphologic Changes in Female Sex Organs Induced by Exogenous Hormones.  Dallenbach-Helwig (ed) Springer-Verlag, Berlin, Heidelberg, New York, 1980; pp. 7-16.

8.  **Kurman RJ** and Casey C: Immunoperoxidase techniques in surgical pathology.  Principles and practice.  In Manual of Clinical Immunology, 2nd ed., Noel Rose and Herman Friedman (eds). American Society of Microbiology, Wash., D.C., 1980; pp. 60-69.

9.  **Kurman RJ**, Goebelsmann U, and Taylor CR: Localization of steroid hormones in functional ovarian tumors.  In Masson Monographs in Diagnostic Pathology.  Diagnostic Immunocytochemistry A. DeLellis (ed) Masson, Inc., New York, 1981; pp. 137-148.

10. **Kurman RJ**, and Scardino PT: Alpha-fetoprotein and human chorionic gonadotropin in ovarian and testicular germ cell tumors.  In Masson Monograph in Diagnostic Pathology.  Diagnostic Immunocytochemistry  A. DeLellis (ed) Masson, Inc., New York, 1981; pp. 277-298.

11. Robboy SJ, Miller AW III Jr., **Kurman RJ**: The pathologic features and behavior of endometrial carcinoma associated with exogenous estrogen administration.  Path Res Pract 1982; 174:237-256.

12. **Kurman RJ**: Benign diseases of the endometrium.  In Pathology of the Female Genital Tract. 2nd ed. Ancel Blaustein (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1982; pp. 279-310.

13. **Kurman RJ** and Norris HJ: Endometrial neoplasia: Hyperplasia and carcinoma.  In Pathology of the Female Genital Tract.  2nd ed. Blaustein (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1982; pp. 311-351.

14. **Kurman RJ**, Petrilli ES: Germ cell tumors of the ovary.  Pathology, behavior and treatment.  In Cancer Research and Treatment.  Gynecologic Cancer.  C.T. Griffiths and A. Fuller (eds). Martinus Nijhoff, Boston, 1983; pp. 103-153.

15. **Kurman RJ**: Immunocytochemistry of testicular cancer.  In Testis Tumors.  J. Donohue (ed). Williams and Wilkins.  Baltimore, 1983; pp. 92-110.

16. Zaloudek CJ, **Kurman RJ**: Recent advances in the pathology of ovarian cancer.  In Clinics in Obstetrics and Gynecology.  Ovarian Cancer.  Vol. 10, No. 2, P.J. DiSaia (ed)., W.B. Saunders, London 1983; pp. 155-185.

17. Norris HJ, Tavassoli FA, **Kurman RJ**: Endometrial hyperplasia and carcinoma; Diagnostic considerations.  Am J Surg Pathol 1983; 7:839-847.

18. Kaufman R, Koss LG, **Kurman RJ**, Meisels A, Okagaki T, Patten SF, Reid R, Richart RM, Weid GL.  Statementof caution in the interpretation of papillomavirus-associated lesions of the epithelium of uterine cervix.  Int J Gynecol Pathol 2(1):100,1983.

19. **Kurman RJ**: Contributions of immunocytochemistry to gynecologic pathology.  In Clinics in Obstetrics and Gynecology, Vol. 11, No. 1, H. Fox (ed).  W.B. Saunders, London, 1984; pp. 5-23.

20. **Kurman RJ**, Ganjei P, Nadji M: Contributions of immunocytochemistry to the diagnosis and study of ovarian neoplasms.  Int J Gynecol Pathol 1984; 3:3-26.

21. **Kurman RJ**, Jenson AB, Sinclair CF, Lancaster WD: Detection of human papillomavirus by immunocytochemistry.  In Advances in Immunocytochemistry, 2nd edition, R.A. DeLellis (ed). Masson, Inc., New York, 1984; pp. 201-221.

22. Jenson AB, **Kurman RJ**, Lancaster WD: The human papillomaviruses.  In International Textbook of Human Virology, R. Belshe (ed), John Wright, PSG, Inc, 1984; pp. 951-968.

23. **Kurman RJ**, Jenson AB, Lancaster WD: The role of papillomavirus infection in squamous neoplasia of the cervix.  Path Res Practice 1984; 179:24-30.

24. **Kurman RJ**: Pathology considerations in clinical chemoprevention trials. In Chemoprevention Clinical Trials, Problems and Solutions. Proceedings of a Workshop. M.A. Sestili and J. G. Dell (eds), 1984, pp. 139-142.

25. **Kurman RJ**: Cervical dysplasia. Classification and natural history. In Interferon in the Prevention of Cervical Carcinoma. National Cancer Institute Workshop, 1984, pp. 4-24.

26. **Kurman RJ**, and Nadji M: Immunocytochemistry of ovarian neoplasms, In Tumors and Tumor Like Conditions of the Ovary. L.M. Roth and B. Czernobilsky (eds); Contemporary Issues in Surgical Pathology. Churchill Livingston Inc. New York, Edinburgh, London and Melbourne 1985 pp. 207-231.

27. **Kurman RJ**, Lancaster WD, Jenson AB: Papillomaviruses and cervical neoplasia. Reflections on the past, perceptions of the present, and speculations on the future. In UCLA Symposium on Molecular and Cellular Biology. New Series. P. Howley and T. Broker (eds), Alan R. Liss, Inc. 1985, pp. 3-18.

28. Jenson AB, **Kurman RJ**, Lancaster WD: Detection of papillomavirus common antigens in lesions of the skin and mucosa. Clinics in Dermatology 1985; 3:56-63.

29. Klappenbach RS, **Kurman RJ**: Immunohistochemistry of Testicular Tumors in Pathology of the Testis, A. Talerman and L.M. Roth (eds), Churchill Livingston Inc., New York, Edinburgh, London and Melbourne 1986, pp. 169-179.

30. Zaloudek C, Tavassoli F, **Kurman RJ**: Malignant Lesions of the Ovary. In Obstetrics and Gynecology. 5th ed., D.N. Danforth and J.R. Scott (eds), J.B. Lippincott Co., Philadelphia, 1986, pp. 1133-1155.

31. **Kurman RJ**, Norris HJ: Endometrium. In The Pathology of Incipient Neoplasia, D.E. Henson and J. Albores-Saavedra, (eds), W.B. Saunders Co., Philadelphia, 1986, pp. 265-277.

32. Jenson AB, Lancaster WD, Kurman RJ: Uterine Cervix. In The Pathology of Incipient Neoplasia, D.E. Henson and J. Albores-Saavedra, (eds), W.B. Saunders Co., Philadelphia, 1986, pp. 249-263.

33. Brescia RJ, Jenson AB, Lancaster WD, **Kurman RJ**: The role of human papillomavirus in the pathogenesis and histologic classification of precancerous lesions of the cervix. Humn Pathol 1986; 6:552-559.

34. Lancaster WD, **Kurman RJ**, Jenson AB: Papillomaviruses in anogenital neoplasms. In The Human Oncogenic Viruses, A. Luderer and H. Weetall (eds), Humana Press; Clifton, N.J. 1986, pp. 153-183.

35. Lorincz AT, Lancaster WD, **Kurman RJ**, Jenson AB, and Temple GF: Characterization of human papillomaviruses in cervical neoplasia and their detection in routine clinical screening. In Petro R., and zur Hausen H (eds.), Viral Origins of Cervical Cancer. Banbury Report 21. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York, 1986, pp. 225-237.

36. Norris HJ, Connor MP, **Kurman RJ**: Preinvasive lesions of the endometrium. In Clinical Obstetrics and Gynecology, Vol. 13, No. 3, W.Creasman (ed), W.B. Saunders, London, Philadelphia, Toronto, 1986; pp. 725-738.

37. Yeh I-T, **Kurman RJ**: Immunocytochemistry in obstetrics and gynecologic pathology. In Pathology Update Series, Vol. 2, Continuing Professional Educational Center, Inc., Princeton, New Jersey 1987, pp. 2-8.

38. Mazur MT, **Kurman RJ**: The pathology of gestational choriocarcinoma and placental site trophoblastic tumor In Gestational Trophoblastic Disease, A.E. Szulman and H. Buchsbaum (eds) Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 45-68.

39. Jenson AB, **Kurman RJ**, Lancaster WD: Tissue effects of and host responses to human papillomavirus infection. In Clinical Obstetrics and Gynecology, Vol. 14, No 2, R. Reid (ed), W.B. Saunders, London, Philadelphia, Toronto, 1987; pp. 397-406.

40. **Kurman RJ**, Mazur MT: Benign disease of the endometrium.  In Blaustein's Pathology of the Female Genital Tract.  3rd ed. R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 292-321.

41. **Kurman RJ**, Norris HJ: Endometrial hyperplasia and metaplasia.  In Blaustein's Pathology of the Female Genital Tract.  3rd ed. R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 322-337.

42. **Kurman RJ**, Norris HJ: Endometrial carcinoma.  In Blaustein's Pathology of the Female Genital Tract. 3rd ed., R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 338-372.

43. Mazur MT, **Kurman RJ**: Gestational trophoblastic disease.  In Blaustein's Pathology of the Female Genital Tract 3rd ed., R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 835-875.

44. Robboy SJ, Kraus FT, **Kurman RJ**: Gross description and processing of gynecologic and obstetric tissue.  In Blaustein's Pathology of the Female Genital Tract.  3rd ed.  R.J. Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 925-940.

45. Robboy SJ, Duggan MA, **Kurman RJ**: The female reproductive system.  In Pathology, E. Rubin and J. Farber (eds), J.B. Lippincott Co., Philadelphia, 1988, pp. 942-989.

46. Zaloudek C, **Kurman RJ**: Functioning tumors of the ovary.  In Diagnosis and Pathology of Endocrine Diseases, G. Mendelsohn (ed), Lippincott Co., Philadelphia, 1988, pp. 413-449.

47. Zaino RJ, **Kurman RJ**: Squamous differentiation in carcinoma of the endometrium: A critical appraisal of adenoacanthoma and adenosquamous carcinoma.  Sem Diag Pathol 1988; 5:154-177.

48. Young RH, **Kurman RJ**, Scully RE: Proliferations and tumors of intermediate trophoblast of the placental site.  Sem Diag Pathol 1988; 5:223-237.

49. Mazur MT, **Kurman RJ**: Trophoblastic Disease.  In Diagnosis In Surgical Pathology, Sternberg, Antonioli, Carter, Eggleston, Oberman, Mills (eds).  Raven Press, New York, 1989, pp1487-1502.

50. Yeh I-T, **Kurman RJ**: Editorial.  Functional and morphologic expressions of trophoblast.  Lab Invest 1989; 61:1-4.

51. Hesla JS, Kurman RJ, Rock JA: Histologic effects of oral contraceptives on the uterine corpus and cervix.  Sem Reprod Endocrinol 1989; 7:213-219.

52. Crum C, Fu Y-S, **Kurman RJ**, Okagaki T, Twiggs, LB, Silverberg, SG: Editorial Board Symposium.  Practical approach to cervical human papillomavirus-related intraepithelial lesions.  Int J Gynec Pathol 1989; 8:388-399.

53. Yeh, I-T, Zaloudek C, **Kurman RJ**: Functioning tumors and tumor-like conditions of the ovary.  In Principles and Practices of Endocrinology and Metabolism, K Becker et al (eds), J.B. Lippincott Co., Philadelphia 1990, pp 848-854.

54. Ambros, RA, **Kurman, RJ**: Current concepts in the relationship of HPV infection to the pathogenesis and classification of precancerous squamous lesions of the uterine cervix.  Sem Diag Pathol 1990;7:158-172.

55. Schiffman MH, **Kurman RJ**, Barnes W, Lancaster WD: HPV infection and early cytological abnormalities in 3175 Washington, D.C. women.  In Howley P, Broker T (eds) Papillomaviruses, Wiley-Liss Inc., 1990, p81-88.

56. Jenson AB, **Kurman RJ**, Lancaster WD: Tissue effects of and host response to human papillomavirus infection.  In Human Papillomavirus Infection, Dermatologic Clinics, M.T. Goldfarb and Richard Reid (eds), vol 9, W.B. Saunders Co., Philadelphia, 1991, p203-209.

57. **Kurman RJ**, Malkasian GD Jr, Sedlis A, Solomon D: From Papanicolaou to Bethesda: The rationale for a new cervical cytologic classification.  Obstet Gynecol 1991;77:779-782.

58. **Kurman, RJ**: The morphology, biology, and pathology of intermediate trophoblast: A look back to the present.  Human Pathol 1991;22:847-855.

59. **Kurman RJ**: Pathology of trophoblast.  In Pathology of Reproductive Failure, Kraus FT, Damjanov I, Kaufman N (eds), USCAP/Williams & Wilkins, Baltimore, 1991, 195-227.

60. Ambros RA, **Kurman RJ**: Tumors of the vulva.  In Pediatric and Adolescent Gynecology, SE Koehler Carpenter and JA Rock (eds), Raven Press, New York, 1992, 353-363.

61. Perez CA, **Kurman RJ**, Stehman FB, Thigpen JT: Uterine cervix.  In Principles and Practice of Gynecologic Oncology, WJ Hoskins, CA Perez, RC Young (eds), J.B. Lippincott Co, 1992, pp 591-662.

62. **Kurman RJ**, Trimble CL, Shah KV: Human papillomavirus and the pathogenesis of vulvar carcinoma.  Current Opinion in Obstetrics and Gynecology, 1992;4:582-585.

63. Kiviat NB, Critchlow CW, **Kurman RJ**: Reassessment of the morphological continuum of cervical intraepithelial lesions: does it reflect different stages in the progression to cervical carcinoma?  In The Epidemiology of Cervical Cancer and Human Papillomavirus, N Munoz, F Bosch, K Shah, H Mehens (eds), Lyon, International Agency for Research on Cancer, 1992, pp.59-66.

64. **Kurman RJ**, Norris HJ: Endometrium.  In Pathology of Incipient Neoplasia, DE Henson and J Albores-Saavedra (eds), W.B. Saunders Co., Philadelphia, 1993, pp268-282.

65. Trimble CL, Trimble EL, **Kurman RJ**: Human Papillomavirus - Related Lesions of the Female Genital Tract.  In Current Therapy in Oncology, JE Niederhuber (ed), Mosby-Year Book, Inc., St. Louis, Missouri, 1993, pp511-517.

66. **Kurman RJ**, Trimble CL: The behavior of serous tumors of low malignant potential: Are they ever malignant?  Int J Gynecol Pathol 1993;12:120-127.

67. **Kurman RJ**: Cervical Cytology: Evaluation and Management of Abnormalities.  ACOG Technical Bulletin, Number 183, August 1993 (replaces #81, October 1984).

68. Robboy SJ, Duggan MA, **Kurman RJ**: The Female Reproductive System.  In Pathology, E Rubin, JL Farber (eds), J.B. Lippincott Company, Philadelphia, Pa, 1994, pp908-971.

69. Jones MW, **Kurman RJ**: Endometrial Hyperplasia.  In Textbook of Gynecology, LJ Copeland (ed), W.B. Saunders Company, Philadelphia, Pa, 1993, pp889-895.

70. Mazur MT, **Kurman RJ**.  Gestational Trophoblastic Disease.  In Diagnostic Surgical Pathology, 2nd ed., S. Sternberg, D. Antonioli, D. Carter, S. Mills, H. Oberman, (eds).  Raven Press Ltd., New York 1994, pp. 1975-1992.

71. **Kurman RJ**, Henson DE, Herbst AL, Noller KL, Schiffman MH.  Interim Guidelines for Management of Abnormal Cervical Cytology.  JAMA 1994;271:1866-1869.

72. Zaino RJ, Robboy SJ, Bentley R, **Kurman RJ**: Diseases of the Vagina.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.131-184.

73. Wright TC, **Kurman RJ**, Ferenczy A: Precancerous lesions of the cervix.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994,pp.229-278.

74. Wright TC, Ferenczy A, **Kurman RJ**: Carcinoma and other tumors of the Cervix.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.279-326.

75. **Kurman RJ**, Mazur MT: Benign Diseases of the Endometrium.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.367-410.

76. **Kurman RJ**, Norris HJ: Endometrial Hyperplasia and Related Cellular Changes. In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.411-438.

77. **Kurman RJ**, Zaino RJ, Norris HJ: Endometrial Carcinoma.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.439-486.

78. Mazur MT, **Kurman RJ**: Gestational Trophoblastic Disease and Related Lesions.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.1049-1096.

79. Robboy SJ, Kraus FT, **Kurman RJ**: Gross Description, Processing, and Reporting of Gynecologic and Obstetric Specimens.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.1225-1246.

80. Wright TC Jr., **Kurman RJ**: A Critical Review of the Morphologic Classification Systems of Preinvasive Lesions of the Cervix: The Scientific Basis for Shifting the Paradigm. Papillomavirus Report 1994;5:175-182.

81. Robboy SJ, Duggan MA, **Kurman RJ**: The Female Reproductive System.  Essential Pathology, 2nd ed., J.B. Lippincott Company, Phila., Pa. 1995;507-538.

82. Isacson C, **Kurman RJ**: The Bethesda System: A new classification for managing Pap smears. Contemporary Ob/Gyn 1995:40:67-74.

83. Yeh I-T, Zaloudek KC, **Kurman RJ**: Functioning tumors and tumor-like conditions of the ovary.  In Principles and Practice of Endocrinology and Metabolism, 2nd ed., KL Becker (ed), J.B. Lippincott Co., Phila., Pa., 1995; 940-947.

84. Sherman ME, **Kurman RJ**.  The role of exfoliative cytology and histopathology in screening and triage.  In Human Papillomaviruses I, AT Lorincz and R Reid (eds).  Obstet Gynec Clin N Amer, W.B. Saunders Co., Philadelphia, Vol. 23, 1996; 641-655.

85. Silva EG, **Kurman RJ**, Russell P, Scully RE.  Symposium: Ovarian tumors of borderline malignancy.  Int J Gynecol Pathol 1996; 15:281-302.

86. Sugarbaker PH, Ronnett BM, Archer A, Averbach AM, Bland R, Chang D, Dalton RR, Ettinghausen SE, Jacquet P, Jelinek J, Kislowe P, **Kurman RJ**, Shmooker B, Stephens AD, Steves MA, Stuart OA, White, S, Zahn CM, Zoetmulder FAN.  Pseudomyxoma Peritonei Syndrome.  In: Advances in Surgery, JL Cameron et al (eds).  Vol 30.  Mosby, St Louis, 1996; 253-280.

87. Stehman FB, Perez CA, **Kurman RJ**, Thigpen JT.  Uterine Cervix.  In: Principles and Practice of Gynecologic Oncology, 2nd ed., Hoskins WJ, Perez CA, Young RC (eds), Lippincott-Raven Publishers, Philadelphia, Pa., 1997.

88. Wu T-C, **Kurman RJ**.  Analysis of cytokine profiles in patients with human papillomavirus-associated neoplasms.  J Natl Cancer Inst 1997; 89:185-187.

89. Seidman JD, Ronnett BM, **Kurman RJ**.  Why abandoning the borderline category of ovarian tumors is beneficial.  Contemp Ob/Gyn 1997:66-84.

90. Shih I-M, **Kurman RJ**.  New Concepts in trophoblastic growth and differentiation with medical application for the diagnosis of gestational trophoblastic disease.  Verh Dtsch path 1997; 266-272.

91. Randall TC, **Kurman RJ**.  Progestins are the treatment of choice for most patients with endometrial hyperplasia:A management scheme for endometrial hyperplasia based on age and desire for fertility.  J Gynecol Tech 1997; 3:173-176.

92. Ronnett BM, Shmooker BM, Sugarbaker PH, **Kurman RJ**.  Pseudomyxoma peritonei; new concepts in diagnosis, origin, nomenclature, and relationship to mucinous borderline  (Low malignant potential) tumors of the ovary.  Anatomic Pathology 1997 Vol 2, RE Fechner and PP Rosen (eds.), American Society of Clinical Pathologists, Chicago, Illinois, 1997; 197-226.

93. Sherman ME, **Kurman RJ**.  Evolving concepts in endometrial carcinogenesis: Importance of DNA repair and deregulated growth.  Hum Pathol 1998; 29:1035-1038.

94. Sherman ME, **Kurman RJ**.  Intraepithelial carcinoma of the cervix: Reflections on half a century of progress.  Cancer 1998; 83(11):2243-2246.

95. Robboy SJ, Duggan MA, **Kurman RJ**.  The female reproductive system.  In Pathology, E. Rubin and J. Farber (eds), Lippincott-Raven, Philadelphia, 1998, pp 963-1026.

96. Felix JC, **Kurman RJ**.  Progestogen therapy in malignant tumors of the uterus and ovary.  In Estrogens and Progestogens in Clinical Practice.  IS Frazer, RPS Jansen, MI Whitehead (eds.), Churchill Livingstone, London, 1998, pp. 727-735.

97. Seidman JD, **Kurman RJ**.  Tamoxifen and the endometrium.  Int J Gynecol Pathol 1999; 18 (4):293-296.

98. Ronnett BM, **Kurman RJ**.  Endometrial hyperplasia.  In Textbook of Gynecology, 2nd Edition, Copeland (ed.), WB Saunders Co., Philadelphia, PA, 2000, pp. 1289-1297.

99. Seidman JD, **Kurman RJ**.  Ovarian serous borderline tumors: A critical review of the literature with emphasis on prognostic indicators.  Hum Pathol 2000; 31:539-557.

100. Seidman JD, **Kurman RJ**.  Update on low malignant potential ovarian tumors.  Oncology 2000; 14 (6):910-911.

101. Stehman FB, Perez CA, **Kurman RJ**, Thigpen JT.  Uterine Cervix.  In Principles and Practice of Gynecologic Oncology, Third ed., WJ Hoskins, CA Perez and RC Young (eds).  Lippincott, Williams and Wilkins, Philadelphia, 2000, p 841-918.

102. Seidman JD, Ronnett BM, **Kurman RJ**.  Evolution of the concept and terminology of borderline ovarian tumors.  Curr Diagn Pathol 2000; 6:31-7.

103. Shih I-M, **Kurman RJ**.  The pathology of intermediate trophoblastic tumors and tumor-like lesions.  Int J Gynecol Pathol 2001; 20:31-47.

104. Ronnett BM, Sherman ME, **Kurman RJ**.  Endometrium.  In Pathology of Incipient Neoplasia, 3rd ed, DE Henson and J Albores-Saavedra (eds), Oxford University Press, N.Y., 2001, pp. 401-418.

105. Yeh I-T, Zaloudek C, **Kurman RJ**.  Functioning tumors and tumor-like conditions of the ovary.  In:Principles and Practice of Endocrinology and Metabolism 3rd ed. Becker KL (ed), Lippincott Williams and Wilkins, Philadelphia, 2001 p.1009-15.

106. Shih I-M, **Kurman RJ**.  Editorial.  Placental site trophoblastic tumor- Past as prologue.  Gynecol Oncol 2001; 82:413-14.

107. Goldstein RB,Bree RL, Benson CB, Benacerraf BR, Bloss JD, Carlos R, Fleischer AC, Goldstein SR, Hunt RB, **Kurman RJ**, Kurtz AB, Laing FC, Parsons AK, Smith-Bindman R, Walker J. Evaluation of the woman with postmenopausal bleeding: Society of Radiologists in Ultrasound-Sponsored Consensus Conference Statement.  J Ultrasound Med 2001; 20(1):1025-36.

108. Shih I-M, **Kurman RJ**.   Molecular basis of gestational trophoblastic diseases.  Curr Mol Med 2002; 2:1-12.

109. Zaino RJ, Robboy SJ, **Kurman RJ**.  Diseases of the vagina. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 151-206

110. Wright TC, **Kurman RJ**, Ferenczy A. Precancerous lesions of the cervix. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 253-324.

111. Wright TC, Ferenczy A, **Kurman RJ**. Carcinoma and other tumors of the cervix. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 325-382.

112. Sherman ME, Mazur MT, **Kurman RJ**. Benign diseases of the endometrium. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 421-466.

113. Ronnett BM, **Kurman RJ**. Precursor lesions of endometrial carcinoma. In Blaustein's Pathology of the Fermale Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 467-500.

114. Ronnet BM, Zaino RJ, Hedrick Ellenson L, **Kurman RJ**. Endometrial carcinoma. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 501-560

115. Seidman JD, Russell P, **Kurman RJ**. Surface epithelial tumors of the ovary. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 791-904.

116. Shih I-M, Mazur MT, **Kurman RJ**. Gestational trophoblastic disease and related lesions. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, 2002, pp 1193-1250.

117. Robboy SJ, Kraus FT, **Kurman RJ**. Gross description, processing, and reporting of gynecologic and obstetric specimens. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp1319-1346.

118. Seidman JD, **Kurman RJ.** Treatment of micropapillary serous ovarian carcinoma (the aggressive variant of serous borderline tumors). Cancer Aug 15, 2002; 95(4):675-6.

119. Seidman JD, Ronnett BM, **Kurman RJ**. Pathology of borderline (low malignant potential) ovarian tumors. Obstetrics and Gynaecology (Bailliere Tindall) 2002; 16(4):499-512.

120. Seidman JD, **Kurman RJ.** Pathology of ovarian carcinoma. In Current Concepts in Ovarian Cancer, ML Disis (ed) Hematology Oncology Clinics of North America 2003; 17:909-925.

121. Silvergberg S, Mutter G, Kurman R. Tumors of the uterine corpus: Epithelial tumors and related lesions. In FA T, MR s, eds: WHO Classification of Tumors: Pathology and Genetics of Tumors of the Breast and Female Genital Organs, ed. 1 Lyon, France, IARC Press, 2003, pp 221-232.

122. Silverberg SG, Bell DA, **Kurman RJ**, Seidman JD, Prat J, Ronnett BM, Copeland L, Silva E, Gorstein F and Young RH. Borderline ovarian tumors: Key points and workshop summary. Hum Pathol 2004; 35:910-917.

123. Bell DA, Longacre TA, Prat J, Kohn EC, Soslow RA, Ellenson LH, Malpica A, Stoler MH and **Kurman RJ**. Serous borderline (low malignant potential, atypical proliferative) ovarian tumors: Workshop perspectives. Hum Pathol 2004; 35:934-948.

124. **Kurman RJ,** Seidman JD, Shih,I-M. Serous borderline tumours of the ovary. Histopathology 2005; 47:310-318.

125. Shih I-M, **Kurman RJ.** Molecular pathogenesis of ovarian borderline tumors: New insights and old challenges. Clin Cancer Res 2005;11:7273-7279.

126. Lorincz AT, Lancaster WD, **Kurman RJ**, Jenson AB, Temple GF. Characterization of human papillomaviruses in cervical neoplasias and their detection in routine clin ical screening Banbury Report 21:225-237, 2007.

127. **Kurman RJ**, Shih IM. Pathogenesis of ovarian cancer: Lessons from morphology and molecular biology and their clinical implications. Intl J Gynecol Pathol 2008; 27:151-160.

128. **Kurman RJ,** Visvanathan K, Roden R, Wu TC, Shih I-M. Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis. Am J Obstet Gynecol 2008; 198(4):351-356.

129. Shih I-M, Mazur MT, **Kurman RJ.** Gestational trophoblastic disease. In Sternberg's Diagnostic Surgical Pathology 5th Edition, Milles SE (ed) Lippincott, Williams & Wilkins, 2009 pp. 2049-2070.

130. **Kurman RJ**, Shih I-M. The origin and pathogenesis of epithelial ovarian cancer: A proposed unifying theory. Am J Surg Pathol 2010; 34:433-443.

131. Gross AL, **Kurman RJ**, Vang R, Shih I-M, Visvanathan K. Precursor lesions of high-grade serous ovarian carcinoma: Morphlogical and molecular characteristics. Journal of Oncol 2010;2010: 12625 (online).

132. **Kurman RJ**, McConnell TG. Precursors of endometrial and ovarian carcinoma. Virchows Arch 456:1-12, 2010.

133. **Kurman RJ,** McConnell TG. Characterization and comparison of precursors of ovarian and endometrial carcinoma: Parts I and II. Int J Surg Pathol 18:1815-1895, 2010.

134. Zaino RJ, Nucci M, **Kurman RJ**.  Diseases of the vagina. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 105-154

135. Wright TC, Ronnett BM, **Kurman RJ**, Ferenczy A. Precancerous lesions of the cervix. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 193-252.

136. Witkiewicz AK, Wright TC, Ferenczy A, Ronnett BM, **Kurman RJ**. Carcinoma and other tumors of the cervix. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 253-304.

137. Hedrick Ellenson L, Ronnett BM, **Kurman RJ**. Precursor lesions of endometrial carcinoma. In Blaustein's Pathology of the Fermale Genital Tract, 6th ed, RJ Kurman , L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 359-392.

138. Hedrick Ellenson L, Ronnet BM, Soslow RA, Zaino RJ, **Kurman RJ**. Endometrial carcinoma. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 393-452

139. Seidman JD, Cho KR, Ronnett BM, **Kurman RJ**. Surface epithelial tumors of the ovary. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 679-784.

140. Shih I-M, Mazur MT, **Kurman RJ**. Gestational trophoblastic disease and related lesions. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett  (eds), Springer-Verlag, 2011, pp 1075-1136.

141. **Kurman RJ**, Shih I-M. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer – Shifting the paradigm. Human Pathol 2011;42:918-931

142. Banet N, Shih I-M**, Kurman RJ.** The origin and pathogenesis of epithelial ovarian cancer. In Textbook of Gynaecological Oncology, A Ayhan, N Reed, M Gultekin, P Dursun (eds) Gunes Publishing, Turkey, 2012, pp 422-431

143. Kuhn E, **Kurman RJ**, Shih I-M. Ovarian cancer is an imported disease: Fact or fiction. Curr Obstet Gynecol Rep, 2012;1:1-9

144. Maniar KP, Shih IM, **Kurman RJ**. Molecular pathology of ovarian cancer. In "Molecular Genetic Pathology• 2[nd] ed, Cheng L and Zhang D (eds), Hanna Press, October 2012.

145. Vang R, Shih IM, **Kurman RJ**. Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology, 2013, 62:44-58.

146. Maniar KP, Shih IM, **Kurman RJ**. Molecular pathology of ovarian cancer. In "Molelcular Surgical Pathology,• Cheng L and JN Eble (eds), Springer Science and Business Media, 2013; 129-149.

147. **Kurman RJ**, Bagby CM, Shih Ie-M.  Molecular diagnostics of gynecologic neoplasms. In "Principles of Molecular Diagnostics and Personalized Cancer Medicine,• Chan D and Lynch HT (eds), Lippincott Williams & Wilkins, 2013; 477-491.

148. **Kurman RJ.** Origin and molecular pathogenesis of ovarian high-grade serous carcinoma Annals of Oncology 2013;24:2-21.

149. Nik NN, Vang RV, Shih I-M, **Kurman RJ**. Origin and pathogenesis of pelvic (ovarian, tubal, and primary peritoneal) serous carcinoma. Annu Rev Pathol Mech Dis 2014,9:27-45

41

150. **Kurman RJ**, Shih I-M. Discovery of a cell: Reflections on the checkered history of intermediate trophoblast and update on its nature and pathologic manifestations. Int J Gynecol Pathol 2014;33:339-347

151. Kobel M, **Kurman RJ**, Seidman JD. New views of ovarian carcinoma types: How will this change practice? In "Controversies in the Management of Gynecological Cancers." J.A. Ledermann et al (eds), Springer-Verlag London 2014; 29-38.

152. Shih I-M, Mazur MT, **Kurman RJ**. Gestational trophoblastic disease In Sternberg's Surgical Pathology volume 2, 6th edition, SE Mills, JK Greenson, JL Hornick, TA Longacre, VE Reuter (eds) Wolters Kluwe, 2015, pp 2297-2319

153. **Kurman RJ**, Shih I-M. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded. Am J Pathol 2016;186:733-47

154. **Kurman RJ**, Shih I-M. Seromucinous tumors of the ovary. What's in a name? Int J Gynecol Pathol 2016;35:78-81

**Guest Journal Editor:**

1. International Journal of Gynecological Pathology, Symposium on Immunocytochemistry in Gynecological Pathology, 1984
2. Seminars in Diagnostic Pathology, Pathology of the Uterine Corpus, 1988

**Books:**

1. **Kurman RJ** (ed): Blaustein's Pathology of the Female Genital Tract. 3rd ed. Springer-Verlag, Berlin, Heidelberg, New York, 1987.
2. Silverberg SG, **Kurman RJ**: Atlas of Tumor Pathology. Tumors of the Uterine Corpus and Gestational Trophoblastic Disease, Third Series, Fascicle 3, Armed Forces Institute of Pathology, Washington, D.C., 1992.
3. **Kurman RJ**, Norris HJ, and Wilkinson E: Atlas of Tumor Pathology. Tumors of the Cervix, Vagina and Vulva, Third Series, Fascicle 4, Armed Forces Institute of Pathology, Washington, D.C., 1992.
4. **Kurman RJ**, Solomon D: The Bethesda System for Reporting Cervical/Vaginal Cytologic Diagnoses. Definitions, Criteria, and Explanatory Notes for Terminology and Specimen Adequacy. Springer-Verlag, New York, 1994.
5. Scully RE, Bonfiglio TA, **Kurman RJ**, Silverberg SG, Wilkinson EJ. World Health Organization International Histological Classification of Tumors. Histological Typing of Female Genital Tract Tumours, 2nd ed., Springer-Verlag, Berlin, 1994.
6. **Kurman RJ** (ed): Blaustein's Pathology of The Female Genital Tract. 4th ed., Springer-Verlag, New York, 1994.
7. Mazur MT, **Kurman RJ**. Diagnosis of Endometrial Biopsies and Curettings. A Practical Approach, Springer-Verlag, New York, 1995.
8. **Kurman RJ** (ed): Blaustein's Pathology of the Female Genital Tract. 5th ed, Springer-Verlag, New York, 2002.
9. Mazur MT, **Kurman RJ**. Diagnosis of Endometrial Biopsies and Curettings. A Practical Approach, Springer-Verlag, 2nd edition, New York, 2005
10. Giordano A, Bovicelli A, Kurman RJ. Molecular Pathology of Gynecologic Cancer. Humana Press, Totowa, New Jersey, 2007

11. **Kurman RJ**, Ronnett BM, Sherman ME and Wilkinson E: Atlas of Tumor Pathology. Tumors of the Cervix, Vagina and Vulva, Fourth Series, Fascicle 13, Armed Forces Institute of Pathology, Washington, D.C., 2010.

12. **Kurman RJ,** L Hedrick Ellenson, BM Ronnett (eds): Blaustein's Pathology of the Female Genital Tract. 6th ed, Springer-Verlag, New York, 2011.

13. **Kurman RJ**, Carcangiou ML, Herrington S, Young RH. World Health Organization Classification of Tumours, Tumours of Female Reproductive Organs, , 4th ed, IARC Press, Lyon, 2014

14. **Kurman RJ,** L Hedrick Ellenson, BM Ronnett (eds): Blaustein's Pathology of the Female Genital Tract. 7th ed, Springer-Verlag, New York (in press).

15. Murdock T, Veras E, **Kurman RJ,** Mazur MT. Diagnosis of Endometrial Biopsies and Curettings.  A Practical Approach, Springer-Verlag, 3nd edition, New York, 2019

# **FELLOWSHIP PROGRAM**

Brescia, Robert J. M.D.                                             1984-1985
    **Staff Pathologist**
     Quest Diagnostics, Inc.
     506 E. State Parkway
     Schaumburg, IL 60173
     Phone: 847-885-2010 x 5258
     Fax: 847-885-5588
     E-mail: Robert.J.Brescia@questdiagnostics.com

Willett, Gerald D., M.D.                                           1985-1986
    **Medical Officer**
    Div. of Reproductive and Urologic Drug Products
    CDER, FDA
    WILLETTG@cder.fda.gov
    Phone: 301-827-7520

O'Connor, Dennis M., M.D.                                          1986-1987
    **Clinical Associate Professor**
    Departments of Obstetrics and Gynecology, and Pathology
    University of Louisville School of Medicine
    **Staff Pathologist, Gynecologic Pathology**
    Clinical Pathology Associates, PSC
    4001 Dutchmans Lane, Suite LL-B
    Louisville, KY 40207
    Phone:(502) 893-1037
    Fax:(502) 894-3319
    dmopath@bellsouth.net

Yeh, I-Tien, M.D.                                                 1986-1988
    **Professor**
    University of Texas Health Science Center at San Antonio
    Department of Pathology
    7703 Floyd Curl Drive
    San Antonio, TX 78284-7750
    Phone: 210-567-6722
    Fax: 210-567-3153
    Email: yehi@uthscsa

Chapman, William B., M.D.                                         1988-1989
    **Associate Professor**,
    Dept. of Pathology
    Ontario Cancer Institute
    University Health Network - Princess Margaret Hospital
    610 University Ave.
    Toronto ON Canada M5G 2M9

Phone:416-946-2836 (secretary)
Phone: 416-946-4481 (direct)
Fax: 416-946-6579
E-mail:william.chapman@uhn.on.ca

Bitterman, Pincas, M.D.                                          1987-1989
**Professor of Pathology and Obstetrics & Gynecology**
Department of Pathology
Rush - Presbyterian
ST. Luke's Medical Center
1653 W. Congress Parkway
Chicago, IL 60612-3833
Phone:312-942-6789
FAX: 312-942-4228
E-mail: pbitterm@rush.edu

Jones, Mirka W., M.D.                                          1988-1990
**Professor of Pathology**
Magee-Womens Hospital
Dept. of Pathology
300 Halket Street
Pittsburgh, Pennsylvania
15213-2130
Telephone Number: 412-641-1909
Fax Number: 412-641-1675
E-mail:  mjones2@magee.edu

Kathleen R. Cho, M.D.                                          1988-1990
**Peter A. Ward Professor of Pathology and**
**Vice-Chair for Academic Affairs Pathology Department**
University of Michigan
4301 MSRB III
1150 West Medical Center Drive
Ann Arbor, Michigan 48109
Phone: 734-764-1549
Fax: 734-647-7979
Email:kathcho@umich.edu

Ambros, Robert A., M.D.                                          1989-1991
**Professor**
The Albany Medical College
Department of Pathology
43 New Scotland Avenue
Albany, New York 12208
Telephone Number: 518-262-5454
Fax Number: 518-262-3663

Hedrick-Ellenson, Lora, M.D.                                    1989-1991
    **Professor and Director, Gynecologic Pathology**
    New York Presbyterian Hospital
    Weill Medical College of Cornell University
    Department of Pathology and Laboratory Medicine
    525 East 68th Street, Room Starr 1043
    New York, New York 10065
    Phone: 212-746-6447
    Fax: 212-746-8192
    Email:  lora.ellenson@med.cornell.edu

Hameed, Arif, M.D.                                             1990-1992
    **NO INFORMATION**

Trimble, Cornelia, M.D.                                        1991-1993
    **Professor**
    Johns Hopkins Medical Institutions
    Harvey Building 319
    600 N. Wolfe Street
    Baltimore, MD 21287
    Phone: 5-2147 secretary (option #4)
    Direct line: 4-6098   FAX:5-1003
    Pager: 410-389-7528
    ctrimbl@welchlink.welch.jhu.edu

Zahn, Christopher M., LtCol,USAF,MC                            1992-1993
    Department of Ob/Gyn
    Brooke Army Medical Center
    3851 Roger Brooke Drive
    Fort Sam Houston
    Texas 78234-6200
    Phone - office: 210-916-2220
    Pager: 210-813-1743

T-C Wu, M.D., Ph.D.                                            1992-1994
    **Professor**
    Daniel Nathans Scholar
    Chief, Gynecologic Pathology
    Johns Hopkins University School of Medicine
    1550 East Orleans Street, CRB II Room 309
    Baltimore, Maryland 21287
    Phone: 410-614-3899
    Beeper: 410-283-3383
    Fax: 410-614-3548
    Email:  wutc@jhmi.edu

Burks, R. Tucker, M.D.                                          1992-1994
    **Pathologist**
    Carolina Pathology Group
    8720 Red Oak Blvd.
    Suite 301
    Charolotte, NC 28262
    Phone:  982-212-1204
    Fax:  980-212-1211
    Cell:  704-369-6938
    Email: Tucker.Burks@carolinas.org


Ronnett, Brigitte M., M.D.                                      1993-1995
    **Professor**,
    Department. of Pathology
    The Johns Hopkins University School of Medicine
    Weinberg Building, Room 2242
    401 North Broadway
    Baltimore, MD 21231
    Phone: 410-614-2971
    Fax: 410-614-1287
    Email:  bronnett@jhmi.edu

Isacson, Christina, M.D.                                        1994-1996
    CellNetix Pathology and Laboratories
    1124 Columbia Street, Suite 200
    Seattle, WA  98104
    Phone:  206-576-6504
    Fax:  206-215-5935
    Cell:  206-890-9655
    Email:  cisacson@cellnetix.com and Christina.isacson@gmail.com

Greenspan, David L., M.D.                                       1995-1996
    **Clinical Obstetrician-Gynecologist**
    Univ of Ariz Health Sci Ctr
    2601 East Rooselvelt Street
    Phoenix Arizona 85008
    Phone: 602-344-5444
    Fax: 602-344-5596
    Cell phone 602-618-0536
    E-mail: GreenspanDavid@hotmail.com

Lax, Sigurd F., M.D.                                            1995-1997
    **Ob/Gyn, Breast & Endocrine Pathology**
    University Hospital
    Dept of Pathology
    Auenbrugger Platz 25
    A-8036 Graz

**Austria**
Telephone Number: 43 316 380 4445
Fax Number: 43 316 384 329
Email Address:sigurd.lax@kfunlgraz.ac.at

Shih, Ie-Ming, M.D., Ph.D.                                      1997-1998
**Richard TeLinde Distinguished Professor**
**Of Gynecologic Pathology**
Departments of Gynecology and Obstetrics,
Pathology and Oncology and C0-Director Breast and
Ovarian Cancer Program Sidney Kimmel Comprehensive
Cancer Center
Johns Hopkins University School of Medicine
1550 Orleans Street, Room 305, CRB II
Baltimore,MD 21287
Phone:  410-502-7774
Fax:  410-502-7943
Email:  shihie@yahoo.com

Riopel, Maureen A., M.D.                                        1996-1998
**Staff Pathologist**
Clinical Pathology Laboratories, Inc.
9200 Wall Street
Austin, TX 78754
Phone: 512-339-1275 or 1-800-595-1275 - 512-324-1183
Fax: 512-324-1170
Email:  mannriopel@yahoo.com

Wheeler, Darren, M.D.                                           1998-1999
Associated Pathologists Chartered
Quest Diagnostics Incorporated
6812 Via Bella Luna Avenue
Los Vegas, Nevada  89131
Phone:  702-379-3209
E-mail:  darren.t.wheeler@questdiagnostics.com

Bell, Karen A., M.D.                                            1998-2000
**Staff Pathologist**
Abington Jefferson Health
Department of Pathology
1200 Old York Road
Abington, PA  19001
Phone:  215-481-2545
Fax: 215-481-4481
Cell:  215-260-2969
E-mail:  Karen.A.Bell@jefferson.edu

Staebler, Annette, M.D.                                    1999-2001
    **Professor**
    Institut für Pathologie
    Bereich Gynäkopathologie
    Universitätsklinikum Tübingen
    Liebermeisterstraße 8
    72076 Tübingen
    Germany
    Tel:  07071-2986115/ 2982990
    Fax:  07071-294670
    E-mail:  Annette.Staebler@med.uni-tuebingen.de


Smith Sehdev, Ann, M.D.                                    2000-2002
    **Pathologist and Director**
    Anatomic Pathology
    Legacy Laboratory Services and Cascade Pathology
    1015 NW 22nd Avenue
    Portland, OR  97210
    Phone:  503-413-8257
    Fax:  503-413-6411
    Pager:  503-938-7112
    E-mail:  asehdev@lhs.org

Alexander M. Truskinovsky, M.D.                            2001-2003
    **Associate Professor**
    Department of Lab oratory Medicine and Pathology
    Roswell Park Cancer Center

Hongxui Ji, M.D.                                           2002-2003
    Eastside Pathology Inc. P.S.
    1280 116th Avenue, NE - Suite 100
    Bellevue, WA 98004
    425-646-0922 - O
    443-527-1693 – C
    Email:  jih@epipath.com

Monica Srodon, M.D.                                        2002-2005
    Manchester Memorial Hospital
    Department of Pathology
    71 Haynes Street
    Manchester, CT  06040
    Phone: 860-647-6487
    Fax: 860-647-6447
    Cell:  860-682-5365
    Email:  srodon@yahoo.com

    9 Pheasant Crossing
    Glastonbury, CT 06033

Esther Elishaev, M.D.                                          2003-2004
  **Assistant Professor of Pathology**
  Magee Womens Hospital, Dept of Pathology
  300 Halket Street, Room 4422
  Pittsburgh, PA 15213
  Phone: 412-641-2592  Fax: 412-641-1675
  Email:  eelishaev@magee.edu

Saied Movahedi-Lankarani, M.D.                                2004-2006
  Hospital Pathology Associates
  2345 Rice Street, Suite 160
  St. Paul, MN 55113-3769
  Phone:  651-241-8767
  Pager:  612-654-6842
  Email:  Saeid.Movahedi-lankarani@allina.com

Anna Yemelyanova, M.D.                                        2005-2008
  **Associate Professor**
  Department of Pathology
  UT MD Anderson Cancer Center
  1515 Holcombe Blvd., Unit 085
  Houston, TX  77030
  Phone:  713-745-3464
  Pager:  713-404-5941
  Email:  ayemelyanova@mdanderson.org

Denfeng Cao, M.D.                                             2006-2007
  **Professor**
  Department of Pathology and Immunology
  Washington University School of Medicine
  660 S Euclid Avenue, Campus Box 8118
  St Louis, Missouri 63110
  Phone:  314-747-5007
  E-mail:  dcao@path.wustl.ed  and dengfeng99@yahoo.com

Kara Judson, M.D.                                            2006-2007
  Lenox Hill Hospital
  Department of Pathology
  100 East 77th St
  New York, New York 10121
  212-434-2363
  kjudson572@gmail.com

Emanuella Veras                                              2007-2008
  1233 York Avenue 19P
  New York, NY 10021
  Cell:  713-384-6834
  Fax:  434-924-8767
  Email:  emanuelafveras@gmail.com

Thomas McConnell, M.D.                                                          2007-2009
    Staff Physician
    Associated Pathologists
    658 Grassmere Park, Suite 101
    Nashville, TN 37211
    Email:  TMcConnell@pathgroup.com

Malti Kshirsagar, M.D.                                                          2008-2009
    303 Walden Court
    Wexford, PA  15090
    Phone: 517-672-1571
    Email:  maltikshirsagar@gmail.com

Christopher Przybycin                                                           2008-2009
    **Associate Staff**
    Cleveland Clinic
    9500 Euclid Avenue
    Mail Code L25
    Cleveland, OH 44195
    216.444.8421
    Email:  przybyc@ccf.org

Silvia Skripenova                                                              2009-2010
    Spectrum Medical Group
    324 Gannett Drive, Suite 200
    South Portland, ME 04106
    207-662-4025
    207-482-7800
    silvia.skripenova@gmail.com

Donald C. Swing, Jr.                                                           2009-2010
    Upstate Pathology PA
    1 Saint Francis Drive
    Greenville, SC 29601
    Phone:
    E-mail:  swing@bshsi.org

Mamta Gupta                                                                    2010-2011
    Assistant Professor
    Department of Pathology
    Beth Israel Deaconess Medical Center
    330 Brookline Avenue
    Boston, MA 02215
    617-667-4134
    Fax: 617-667-7120
    mamtaguptalko@yahoo.com

Fanghong (Rose) Li                                                             2010-2011

Department of Pathology
Nanjing, Jiangsu Province Hospital, JSPH
Janjing, Jiangsu Province
China
email:  ffi@njmu.edu.cn

Emily Maambo                                                    2010-2011
    Adjunct Professor
    Carolinas Pathology Group
    Carolinas Medical Center
    UNC-Chapel Hill
    1000 Blythe Boulevard
    Charlotte, NC  28203
    Phone:  704-355-3469
    Fax:  704-355-2156
    E-mail:  Emily.maambo@carolinashealthcare.org

Christina M. Bagby, D.O.                                        2011-2012
    **Assistant Professor**
    Gynecologic and Perinatal Pathology
    University Hospitals Cleveland Medical Center
    Case Western Reserve University School of Medicine
    11100 Euclid Avenue, Mailstop 5077
    Cleveland, OH 44106
    Phone: 216-844-8238
    Fax: 216-201-5354
    Cell: 216-315-0407
    Email:  Christina.bagby@uhhospitals.org and bagbycm@yahoo.com

Kruti P. Maniar                                                2011-2013
    **Assistant Professor**
    Department of Pathology
    Associate Residency Program Director
    Northwestern University Feinberg School of Medicine
    251 E Huron Street, Feinberg 7-332
    Chicago, IL 60611
    Phone:  312-926-9648
    Fax:  312-926-3127
    kruti.maniar@northwestern.edu. Or kpmaniar@gmail.com

Niloofar Nasseri-Nik                                           2011-2013
    Department of Pathology
    South Miami Hospital
    6200 73 Street, SW
    South Miami, FL  33143
    Phone:  786-662-8168
    Cell:  407-758-4007
    Email:  niloofar_nik@yahoo.com

    8483 SW 137th Street
    Pallmetto Bay, FL  33158

Natalie Banet, M.D.                                                       2012-2014
    Department of Pathology
    Swedish Medical Center
    501 E. Hampden Avenue
    Englewood, CO  80113
    Phone:  502-649-3267
    Email:  nataliebanet@gmail.com

    3531 S. Logan Street
    Suite D 155


Luis Blanco, M.D.                                                        2013-2014
    **Assistant Professor**
    Northwestern University
    Feinberg School of Medicine
    Department of Pathology
    251 East Huron Street
    Feinberg Pavillion 7-335
    Chicago, IL  60611
    Phone:  312-926-4436
    Cell:  309-714-2338
    Email:  luis.blanco@northwestern .edu

    474 North Lake Shore Drive
    Unit 5308
    luis.blanco.md2006@gmail.com


Jane Morrison, M.D.                                                      2013-2014
    Michigan Pathology Specialists
    Grand Rapids, MI
    Email:  jane.morrison@spectrumhealth.org and jane.morrison1@icloud.com

Lauren Schwartz, M.D.                                                    2013-2014
    Founders 6 Pathology Department
    3400 Spruce Street
    Philadelphia, PA  19104
    Email: Lauren.ende@gmail.com

Ricardo Lastra, M.D.                                                     2014 - 2015
    **Assistant Professor**
    The University of Chicago Medicine
    Department of Pathology
    Room E-607C, MC 6101
    5841 S. Maryland Avenue
    Chicago, IL  60637
    Email:  ricardo.lastra@uchospitals.edu

Mark Mentrikoski, M.D.                                          2014- 2015
        520 Madison Oak Drive
        San Antonio, TX  78258
        mentrikoski@gmail.com

John (Kenny) Schoolmeester, M.D.                               2014-2015
        Assistant Professor
        Department of Laboratory Medicine and Pathology
        Mayo Clinic
        Hilton 11
        200 First Street, SW
        Rochester, MN  55905
        Phone:  507-284-4429
        Schoolmeester.john@mayo.edu

Deyin Xing, M.D.                                               2015 – 2016
        **Assistant Professor**
        Gynecologic Pathology
        Johns Hopkins Medical Institutions
        401 N. Broadway, Weinberg Bld. 2242
        Baltimore, MD 21231
        Phone:  443-287-4996
        Fax:  410-614-1287
        Email:  dxing@jhmi.edu

Erik G. Jenson, M.D.                                          2015 – 2017
        **Staff Pathologist (Gyn Path Specialist)**
        Hospital Pathology Associates, P.A.
        2800 10th Avenue S.
        Suite 2200
        Minneapolis, MN 55407
        Phone:  612-767-8370
        Email:  erik.jenson@allina.com

        6129 Birchcrest Drive
        Edina, MN  55436
        Cell:  978-500-0196
        Email:  egjenson@gmail.com

Tricia Murdock, M.D.                                          2015 – 2017
        **Assistant Professor**
        Sibley Memorial Hospital
        5255 Loughboro Road, NW
        Washington, DC  20016
        Email:  tmurdock8@jhmi.edu

        1920 14th Street, NW
        Apartment 721
        Washington, DC 20009

Cell:  802-881-4835
Email:  tmurdock23@gmail.com

Johanna Savage, M.D.                                                          2015 – 2017
**Assistant Professor of Pathology**
University of Utah
Department of Pathology
15 North Medical Drive, East
Suite #1100
Salt Lake City, UT  84112

205 6th Avenue
Apartment #6
Salt Lake City, UT 84103
Cell:  651-587-6052
Email:  smj2821@outlook.com

Grant Support:

**Federally Supported:**

NCI Contract - #NO1-CN-17501; Principal Investigator
The Pathology Reference Center for Evaluating the Effects of topical Retinoids on Cervical Dysplasia.
May 4, 1981 - June 3, 1986; $669,649.

NCI Subcontract - CN-35042-46; Principal Investigator
Epidemiologic Study of Black/White Differences in Breast Cancer Patient Survival Experience.  June 15, 1984 - January 29, 1987; $137,395.

NCI Subcontract - Co-Investigator
A study of cervical fluid mutagenicity in relation to human papillomavirus infection, smoking and risk of cervical intraepithelial neoplasia.  May 1986-87; $10,000.

NCI - 1 RO1 CA57550-01; Co-Principal Investigator
Human papillomaviruses and the pathogenesis of vulvar carcinoma.
July 23, 1992 - July 30, 1995; $797,247.
Ciba-Geigy - CGS-27421 Protocol 04 entitled, A Trial of Long Term Safety of E2-Matrix, A Matrix Estradiol Patch, in A Postmenopausal Population.  February 1993 - December 1994 - $110,910.00.

NCI – Contract; Principal Investigator N01-CN-55159
Title: Randomized Trial on the Clinical Management of ASCUS and LSIL of the Uterine Cervix-Pathology Quality Control Group.
Period: 9/30/95-9/29/01
Direct Costs Awarded: $780,550
Indirect Costs Awarded: $159,245
Total Awarded: $939,795
Effort: 10%

Title: Pathogenesis of Ovarian Serous Carcinoma as the basis for Immunologic directed diagnosis and treatment
Period: 7/1/02-6/30/05
Direct Costs: $1,528,813
Indirect Costs: $970,799
Total: $2,499,612
Role/Effort: 5% Project 1 as co-investigator (Shih); 10% Core A as P.I.; total effort =15%

NCI – 1 RO1 CA116184-01A2; Principal Investigator
Title: Pathogenesis of Ovarian Serous Borderline Tumors
Period: 4/1/07-3/31/11
Direct Costs Awarded: $1,0008,288
Indirect Costs Awarded: $625,788
Total Awarded: $1,634,076
Effort: 20%

Department of Defense (DoD) -- W81XWH-11-2-0230; Principal Investigator
Title:  Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Changes
Period:  09/30/2011 – 09/29/2016
Direct Cost Awarded: $9,600,285/ 5 years

## Pharmaceutical Company Supported:

Upjohn Company - Protocol M5410/0293 entitled, The Effects of Postmenopausal Estrogen/PROVERA Hormone Replacement Therapy (HRT) on Endometrial Histology and Bone Mineral Density.   August 1993 - April 30, 1995 - $314,540.00.

Clinical Research and Development, Wyeth-Ayerst Research Co. - HRT Study entitled, Hormone Replacement Study - Slide Review.  September 1993 - August 31, 1998 - $59,825.

Randomized Trial on the Clinical Management of ASCUS and LSIL of the Uterine Cervix Pathology Quality Control - Contract #No1-CN-55159 - September 30, 1995 - September 29, 2001 - $939,795

Merck - Human Papilloma Virus (HPV) Pathology Panel.
Study of Pilot Manufacturing Lot of HPV 16 Virus-Like Particle (VLP)
Vaccine in the Prevention of HPV 16 Infection in 16- to 23-Year-Old Females
(Protocol 005).  5/17/99-5/16/03                10%   $ 274,360

Merck - Human Papilloma Virus Pathology Panel
Period: 5/17/99-5/16/03
Direct Costs Awarded: $226,743
Indirect Costs Awarded: $47,617
Total Awarded: $274,360
Role: P.I.
Effort: 10%

Watson Laboratories, Inc.
Title: Endometrial Biopsy Evaluations
Period:8/22/01-10/22/01
Direct Costs Awarded: $8,265
Indirect Costs Awarded: $1,735
Total Awarded: $10,000
Role: P.I.
Effort: 3%

Merck Protocol 013, sub-studies 011 and 012
Title: The F.U.T.U.R.E. I study (Females united to unilaterally reduce endo/ectocervical disease)
Period: 4/8/2004-2/28/2008
Effort: 20%
Role:  P.I.
Direct Costs awarded:  $1,108,511

Merck Protocol 015
Title: The F.U.T.U.R.E. II study
Period: 6/1/2004-12/31/2008
Effort: 20%
Role:  P.I.

Direct Costs awarded:  $686,895

MDS Pharma Services
Award Number: N/A
Title: Third Reviewer of Endometrial Biopsies on Pfizer Protocols 21810.02.03 and 04
Period: 7/1/01-12/31/06
Direct Costs Awarded: $20,593
Indirect Costs Awarded: $13,157
Total Awarded: $33,750
Role: P.I.
Effort: 2%

# EXHIBIT B

Robert J. Kurman, M.D.

## REFERENCES

1.   Allaire GS, et al. Talc in liver tissue of intravenous drug abusers with chronic hepatitis. A comparative study. *Am J Clin Pathol.* 1989;92(5):583–588.

2.   Ardighieri L, et al. Mutational analysis of BRAF and KRAS in ovarian serous borderline (atypical proliferative) tumours and associated peritoneal implants. *J Pathol.* 2014; 232(1):16–22.

3.   Arellano-Orden E, et al. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. *Respiration.* 2013;86(3):201–209.

4.   Aurelian L, et al. Herpesvirus type 2 isolated from cervical tumor cells grown in tissue culture. *Science.* 1971;174(4010):704–707.

5.   Ayhan A, et al.  Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endoinetrioid carcinoma. *Int J Gynecol Cancer* 2012, 22:1310-1315.

6.   Boorman GA, Seely JC. A Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice. *Reg Toxicol Pharmacol.* 1995;2:242–243.

7.   Bulun SE. Endometriosis. *N. Engl. J. Med.* 2009;360(3):268–279.

8.   Buz'Zard AR and Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res.* 2007;21(6):579–586.

9.   Camargo, et al. Occupational Exposure to Asbestos Ovarian Cancer: A Meta-analysis. *Environ Health Perspect.* 2011;119(9):1211–1217.

10.   Cancer Genome Atlas Research Network. Integrated genomic analyses of ovarian carcinoma. *Nature* 2011; 474(7353):609–615.

11.   Catasús L, Bussagalia, E, et al. Molecular genetic alterations in endometrioid carcinomas of the ovary: similar frequency of beta-catenin abnormalities but lower rate of microsatellite instability and PTEN alterations than in uterine endometrioid carcinomas. *Hum. Pathol.* 2004;35:1360–1368.

12.   Chandler, RL, et al. Coexistent ARID1-APIK3CA mutations promote ovarian clear-cell tumorigenesis through pro-tumorigenic inflammatory cytokine signalling. *Nat Commun.* 2015;6:6118.

13.   Cheng DS, Rogers J, Wheeler A, et al. The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF alpha) Fab fragments on pleurodesis in rabbits. *Lung.* 2000;178(1):19–29.

1

14.     Cramer DW, et al. Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-term Genital Exposure to Cosmetic Talc. *Obstet Gynecol*. 2007;110(2):498–501.

15.     Cramer DW, et al. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiol*. 2016(3);27:334–346.

16.     De Boer CH. Transport of particulate matter through the human female genital tract. *J Reprod Fertil*. 1972;28(2):295–297.

17.     deBrito T and Franco MF. Viewpoint. Granulomatous Inflammation. *Rev Inst Med trop Sao Paulo*. 1994;36(2):185–192.

18.     Dehari R, et al. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma: a morphologic and molecular genetic analysis. *Am J Surg Pathol*. 2007;31(7):1007–1012.

19.     Domcke S, et al. Evaluating cell lines as tumor models by comparison of genomic profiles. *Nature Commun*. 2013;4:2126.

20.     Dorland, W A. N., Dorland's Illustrated Medical Dictionary. Philadelphia, PA: Saunders.

21.     Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril*. 1961;12:151–155.

22.     Emmanuel C, et al. Australian Ovarian Cancer Study (AOCS): Genomic classification of serous ovarian cancer with adjacent borderline differentiates RAS pathway and TP53-mutant tumors and identifies NRAS as an oncogenic driver. *Clin Cancer Res*. 2014;20(24):6618–6630.

23.     Falconer H, et al. Ovarian cancer risk after salpingectomy: a nationwide population-based study. *J Natl Can Inst*. 2015;107(2).

24.     Finch A, et al. Salpingo-oophorectomy and the risk of ovarian, fallopian tube, and peritoneal cancers in women with a BRCA1 or BRCA2 Mutation. *JAMA*. 2006; 296:185–192.

25.     Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME*. 2011;4(3):109–111.

26.     Fukunaga M, et al. Ovarian atypical endometriosis: its close association with malignant epithelial tumours. *Histopathol*. 1997;30(3):249–255.

27.     Genofre EH, et al. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. *Respir Med*. 2009;103(1):91–97.

2

28. Gilks CB, et al. Incidental nonuterine high-grade serous carcinomas arise in the fallopian tube in most cases: further evidence for the tubal origin of high-grade serous carcinomas. *Am J Surg Pathol.* 2015;39:357–364.

29. Green A, Purdie D, Bain C, *et al.* Tubal sterilization, hysterectomy and decreased risk of ovarian cancer.  Survey of Women's Health Study Group.  *Int J Cancer.* 1997;71:948–951.

30. Guan B, et al. ARID1A, a factor that promotes formation of SWI/SNF-mediated chromatin remodeling, is a tumor suppressor in gynecologic cancers. *Cancer Res.* 2011;71(21):6718–6727.

31. Guan B, et al. Roles of deletion of Arid1a, a tumor suppressor, in mouse ovarian tumorigenesis. *J Nat'l Cancer Inst* 2014;106(7).

32. Hagemann T, Wilson J, et al. Ovarian cancer cells polarize macrophages toward a tumor-associated phenotype. *J Immunol.* 2006;176(8):5023–5032.

33. Helland A, et al. Deregulation of MYCN, LIN28B and LET7 in a molecular subtype of aggressive high-grade serous ovarian cancers. *PloS one* 2011;6(4):e18064.

34. Heller DS, et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am. J. Obstet. Gynecol.* 1996;174(5):1507–1510.

35. Henderson WJ, et al. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266–272.

36. Henderson WJ, et al. Talc in normal and malignant ovarian tissue. *Lancet.* 1979;313(8114):499.

37. Hirst JE, et al. High rates of occult fallopian tube cancer diagnosed at prophylactic bilateral salpingo-oophorectomy. *Int J Gyn Can.* 2009;19(5):826–829.

38. Ho, CL, et al. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. *Cancer Res.* 2004;64(19):6915–6918.

39. Howitt BE, et al. Evidence for a dualistic model of high-grade serous carcinoma: BRCA mutation status, histology, and tubal intraepithelial carcinoma. *Am J Surg Pathol.* 2015;39(3):287–293.

40. Hunt, et al. Is talc pleurodesis safe for young patients following primary spontaneous pneumothorax? *Interactive CardioVascular and Thoracic Surgery.* 2007;6(1):117–120.

41. Husain AN, et al. Guidelines for Pathologic Diagnosis of Malignant Mesothelioma. *Arch Pathol Lab Med.* 2018;142:89–108.

42.  International Agency for Research on Cancer. *IARC monographs on the evaluation of carcinogenic risks to humans, volume 100C. Arsenic, Metals, Fibres and Dusts*; 1.6, 4.3. Lyon, France: IARC; 2012.

43.  Jones S, et al. Frequent mutations of chromatin remodeling gene ARID1A in ovarian clear cell carcinoma. *Science*. 2010;330(6001):228–231.

44.  Jones S, et al. Low-grade serous carcinomas of the ovary contain very few point mutations. *J Pathol*. 2012; 226(3):413–420.

45.  Jones S, et al. Somatic mutations in the chromatin remodeling gene ARID1A occur in several tumor types. *Hum. Mutat.* 2011 Oct 18. Published in print: 2012;33(1):100–103.

46.  Kaufman RH and Rawls WE. Herpes Genitalis and its Relationship to Cervical Cancer. *CA Cancer J Clin*. 1974;24(5):258–265.

47.  Kindelberger DW, et al. Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. *Am J Surg Pathol*. 2007;31(2):161–169.

48.  Kokcu A. Relationship between endometriosis and cancer from current perspective. *Arch. Gynecol. Obstet.* 2011;284(6):1473–1479.

49.  Konecny GE, et al. Prognostic and therapeutic relevance of molecular subtypes in high-grade serous ovarian cancer. *J Natl Can Inst*. 2014;106(10).

50.  Kuhn E, et al. Ovarian cancer is an imported disease: fact or fiction? *Curr. Obstet. Gynecol. Rep.* 2012; 1(1):1–9.

51.  Kuhn E, et al., Molecular characterization of undifferentiated carcinoma associated with endometrioid carcinoma. *Am J Surg Pathol*. 2014, 38(5):660–665.

52.  Kuo K-T, et al. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. *Am J Pathol.* 2009;174(5):1597–1601.

53.  Kuo, KT et al. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. *Cancer Res*. 2009;69(9):4036–4042.

54.  Kurman RJ, et al. Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. *Am J Surg Pathol.* 2011;35(11):1605–1614.

55.  Kurman RJ, et al. WHO classification of tumours of female reproductive organs. Vol. 6, 4th Ed: IARC, 2014.

56.  Kurman RJ, Shih I-M. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. *Hum. Pathol.* 2011;42(7):918–931.

4

57.     Kurman RJ, Shih I-M. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded. *Am J Pathol.* 2016;186(4):733–747.

58.     Light RW Letter to Editor in Ghio AJ, et al. *Am J Respir Crit Care Med.* 2001;164:1741.

59.     Longacre T, et al. Ovarian serous tumors of low malignant potential (borderline tumors): outcome-based study of 276 patients with longterm (≥5-year) follow-up. *Am J Surg Pathol.* 2005;29(6):707–723.

60.     Mackenzie, R, et al. Targeted deep sequencing of mucinous ovarian tumors reveals multiple overlapping RAS-pathway activating mutations in borderline and cancerous neoplasms. *BMC Cancer.* 2015;15:415.

61.     Malmberg K, et al. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. *Virchows Arch.* 2016;468(6):707–713.

62.     Marchiori E, et al. Pulmonary talcosis: imaging findings. *Lung.* 2010;188(2):165–171.

63.     Mayr D, et al. KRAS and BRAF mutations in ovarian tumors: A comprehensive study of invasive carcinomas, borderline tumors and extraovarian implants. *Gyn. Oncol.* 2006; 103(3):883–887.

64.     McAlpine JN, et al. Opportunistic salpingectomy: uptake, risks, and complications of a regional initiative for ovarian cancer prevention. *Am J Ob Gyn.* 2014; 210:471 e1–11.

65.     McGregor S, et al. Decline in prevalence of human papillomavirus infection following vaccination among Australian Indigenous women, a population at higher risk of cervical cancer: The VIP-I study. *Vaccine.* 2018;36(29):4311–4316.

66.     Morrison JC, et al. Incidental serous tubal intraepithelial carcinoma and early invasive serous carcinoma in the nonprophylactic setting: analysis of a case series. *Am J Surg Pathol.* 2015;39(4):442–453.

67.     Mostafa SA, et al. Foreign body granulomas in normal ovaries. *Obstet Gynecol.* 1985;66(5):701–702.

68.     Nahmias AJ and Roizman B. Infection with herpes-simplex viruses 1 and 2. *N Engl J Med.* 289(14):719–725.

69.     Nakayama K, et al. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. *Cancer Biol. Ther.* 2006;5:779–785.

70.     Nasreen N, et al. Talc Induces Apoptosis in Human Malignant Mesothelioma Cells In Vitro. *Am J Respir Crit Care Med.* 2000;161:595–600.

71.     Nasreen N, et al. Talc mediates angiostasis in malignant pleural effusions via endostatin induction. *Eur Respir J.* 2007;29:761–769.

72. Nasreen N, et al. Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells. *Am J Respir Crit Care Med.* 1998;158:971–978.

73. Patch AM, et al. Whole-genome characterization of chemoresistant ovarian cancer. *Nature.* 2015;521:489–494.

74. Perets R, et al. Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. *Can Cell.* 2013;24:751–765.

75. Piek JM, et al. BRCA1/2-related ovarian cancers are of tubal origin: a hypothesis. *Gynecol Oncol.* 2003; 90(2):491.

76. Piek JM, et al. Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. *J Pathol.* 2001;195(4):451–456.

77. Piek JM, et al. Tubal ligation and risk of ovarian cancer. *Lancet.* 2001;358(9284):844.

78. Pohl G, et al. Inactivation of the mitogen-activated protein kinase pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. *Cancer Res* 2005;65(5):1994–2000.

79. Przybycin CG, et al. Are all pelvic (nonuterine) serous carcinomas of tubal origin? *Am J Surg Pathol.* 2010;34(10):1407–1416.

80. Rabban JT, et al. Early detection of high-grade tubal serous carcinoma in women at low risk for hereditary breast and ovarian cancer syndrome by systematic examination of fallopian tubes incidentally removed during benign surgery. *Am J Surg Pathol.* 2014; 38(6):729–742.

81. Rasmussen CB, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol.* 2017;185(1):8–20.

82. Reid, et al. Does Exposure to Asbestos Cause Ovarian Cancer: A Systemic Literature Review and Meta-Analysis. *Cancer Epidemiol Biomarkers Prev.* 2011;20(7):1287–1295.

83. Richards JS, et al. Ovulation: New dimensions and new regulators of the inflammatory-like response. *Annu Rev Physiol.* 2002;64:69–92

84. Ronnett BM, et al. Patients with pseudomyxoma peritonei associated with disseminated peritoneal adenomucinosis have a significantly more favorable prognosis than patients with peritoneal mucinous carcinomatosis. *Cancer.* 2001;92(1):85–91.

85. Ronnett BM, et al. Pseudomyxoma peritonei in women: A clinicopathologic analysis of 30 cases with emphasis on site of origin, prognosis, and relationship to ovarian mucinous tumors of low malignant potential. *Hum Pathol.* 1995;26(5):509–524.

86. Rosenblatt KA, et al. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. The World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol. Biomarkers Prev.* 1996;5(11):933–935.

87. Russell P. The pathological assessment of ovarian neoplasms. I: Introduction to the common 'epithelial' tumours and analysis of benign 'epithelial' tumours. *Pathol.* 1979;11(1):5–26.

88. Ryland GL, et al. Australian Ovarian Cancer Study Group, :RNF43 is a tumour suppressor gene mutated in mucinous tumours of the ovary. *J Pathol.* 2013;229(3):469–476.

89. Saegusa M, et al. β-Catenin mutations and aberrant nuclear expression during endometrial tumorigenesis. *Br. J. Cancer.* 2001; 84(2):209–217.

90. Sampson JA. Metastatic or embolic endometriosis, due to the menstrual dissemination of endometrial tissue into the venous circulation. *Am J Pathol.* 1927;3(2):93–110.43.

91. Sato N, et al. Loss of heterozygosity on 10q23.3 and mutation of the tumor suppressor gene PTEN in benign endometrial cyst of the ovary: possible sequence progression from benign endometrial cyst to endometrioid carcinoma and clear cell carcinoma of the ovary. *Cancer Res.* 2000, 60:7052–7056.

92. Scully RE. Tumors of the Ovary and Maldeveloped Gonads. Atlas of Tumor Pathology, Second Series, Fascicle 16, Armed Forces Institute of Pathology, Washington D.C., 1979.

93. Seidman JD, et al. Primary and metastatic mucinous adenocarcinomas in the ovaries: incidence in routine practice with a new approach to improve intraoperative diagnosis. *Am J Surg Pathol.* 2003;27(7):985–993.

94. Seidman, JD, et al. Surface epithelial tumors of the ovary. In: Kurman, RJ.; Ellenson, LH.; Ronnett, BM., (eds) Blaustein's Pathology of the Female Genital Tract. New York: Springer Verlag; 2011. p. 679–784.

95. Shah KK, et al. Histopathologic Review of Granulomatous Inflammation. *J Clin Tuberculosis Micobacterial Dis.* 2017;7:1–12.

96. Shappell H, et al. Diagnostic criteria and behavior of seromucinous (endocervical-type mucinous and mixed cell-type) tumors. *Am J Surg Pathol.* 2002:26(12):1529–1541.

97. Shih IM, Kurman RJ. Ovarian tumorigenesis: a proposed model based on morphological and molecular genetic analysis. *Am J Pathol.* 2004; 164;1511–1518.

98. Shukla A, et al. Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity. *Am J Respir Cell Mol Biol.* 2009; 41:114–123.

99. Singer G, et al. Mutations in BRAF and KRAS characterize the development of low-grade ovarian serous carcinoma. *J Natl Cancer Inst.* 2003;95(6):484–486.

100. Soslow RA, et al. Morphologic patterns associated with BRCA1 and BRCA2 genotype in ovarian carcinoma. *Mod Pathol.* 2012;25:625–636.

101. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med.* 1991;19(6):701–704.

102. Tang S, et al. Frequency of serous tubal intraepithelial carcinoma in various gynecologic malignancies: a study of 300 consecutive cases. *Int J Gyn Pathol*. 2012;31(2):103–110.

103. Tiourin E, et al. Tubal ligation induces quiescence in the epithelia of the fallopian tube fimbria. *Reprod Sci*. 2015;22(10):1262–1271.

104. Tothill RW, et al. Novel molecular subtypes of serous and endometrioid ovarian cancer linked to clinical outcome. *Clin Can Res.* 2008;14(16):5198–5208.

105. van den Heuvel MM, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J.* 1998;12(6):1419–1423.

106. Vang R, et al. Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. *Int J Gyn Pathol.* 2016;35(1):48–55.

107. Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries. *S Afr Med J.* 1979;55(23):917–919.

108. Veras E, et al. Cystic and adenofibromatous clear cell carcinomas of the ovary: distinctive tumors that differ in their pathogenesis and behavior: a clinicopathologic analysis of 122 cases. *Am. J. Surg. Pathol.* 2009;33:844–853.

109. Wehner AP, et al. On talc translocation for the vagina to the oviducts and beyond. *Food Chem Toxicol.* 1986;24:329–338.

110. Wiegand KC, et al. ARID1A mutations in endometriosis-associated ovarian carcinomas. *N. Engl. J. Med.* 2010;363(16):1532–1543.

111. Willner J, et al. Alternate molecular genetic pathways in ovarian carcinomas of common histological types. *Hum Pathol.* 2007;38(4):607–613.

112. Wu CH, et al. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and loss of expression of ARID1A. *Int J Gynecol Pathol.* 2012;31(4):297–303.

113. Wu R, et al. Mouse model of human ovarian endometrioid adenocarcinoma based on somatic defects in the Wnt/beta-catenin and PI3K/Pten signaling pathways. *Cancer Cell.* 2007;11(4):321–333.

114. Xie C, et al. TNF-alpha increases tracheal epithelial asbestos and fiberglass binding via a NF-kappaB-dependent mechanism. *Am J Physiol Lung Cell Mol Physiol.* 2000;279(3):L608–614.

115. Yamaguchi, K, et al. Epigenetic determinants of ovarian clear cell carcinoma biology. *Int J Cancer.* 2014;135(3):585–597.

116. Yan B, et al. Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res.* 2006;66(24):11565–11570.

117. November 15, 2018 Report of Sarah E. Kane, M.D.

118. January 25, 2019 Deposition of Sarah E. Kane, M.D., taken in *In re Johnson & Johnson Talcum Powder Prods. Mktg., Sales Practices and Prods. Liab. Litig.*, MDL No. 2738.

# **EXHIBIT C**

**Robert J. Kurman, M.D.**

<u>Past Deposition and Trial Testimony as Expert Witness (February 2015 – February 2019)</u>

*Elissa Powers, et al. v. Miami Beach Healthcare Group, LTD, d/b/a Aventura Hospital and Medical Center, et al.*, No. CACE-17-023085 (5), Florida Circuit Court, 17th Circuit Court, Broward County (October 31, 2018 – Deposition)

*Gail Lucille Ingham, et al. v. Johnson & Johnson, et al.*, No. 1522-CC10417-01, Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City (May 25, 2018 – Deposition)

*Savannah Crews, Individually and on Behalf of Angela Dawn Hershman, deceased, et al. v. Johnson & Johnson, et al.*, No. 1422-CC09326-01, Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City (June 16, 2017 – Deposition)

*Eva Echeverria v. Johnson & Johnson, et al.*, No. BC628228, Superior Court of the State of California, County of Los Angeles (May 12, 2017 – Deposition)

*Weidman J, et al. v. Hawaii Health Systems Corp.*, et al., No. 15-1-000166 KKS, Circuit Court of the Fifth Circuit, Hawaii (January 2017 – Deposition)

*Gloria Ristesund v. Johnson & Johnson, et al.*, No. 1422-CC-09012-01, Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City (March 21, 2016 – Deposition; April 25, 2016 – Trial)

Exhibit B

Robert Kurman, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON         :
TALCUM POWDER PRODUCTS          :
MARKETING, SALES PRACTICES, AND :
PRODUCTS LIABILITY LITIGATION   :
                                :  NO. 16-2738
                                :  (FLW)  (LHG)
THIS DOCUMENT RELATES TO        :
ALL CASES                       :

- - -

APRIL 2, 2019

- - -

Videotaped deposition of ROBERT KURMAN, M.D.
held in the offices of Duane Morris, LLP, 100 North City
Parkway, Suite 1560, Las Vegas, Nevada, commencing at
9:26 A.M., on the above date before Pamela Cotten, CSR,
RDR, Certified Realtime Reporter, Certificate No. 4497.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Robert Kurman, M.D.

---

## Page 2

1  A P P E A R A N C E S :
2
3  For the Plaintiffs:
4      BEASLEY ALLEN LAW FIRM
        BY:  DAVID DEARING, ESQ.
5      218 Commerce Street
        Montgomery, Alabama  36104
6      (334) 269-2343
        david.dearing@beasleyallen.com
7
8      ROBINSON CALCAGNIE, INC.
        BY:  CYNTHIA L. GARBER, ESQ.
9      19 Corporate Plaza Drive
        Newport Beach, California  92660
10     (949) 720-1288
        Fax - (949) 720-1292
11     cgarber@robinsonfirm.com
12     HAUSFELD
        BY:  STEVEN B. ROTMAN, ESQ.
13     One Marina Park Drive, Suite 1410
        Boston, Massachusetts  02210
14     (617) 207-0600
        srotman@hausfeld.com
15
16  For the Defendants Johnson & Johnson Entities:
17     SHOOK, HARDY & BACON, LLP
        BY:  HUNTER AHERN, ESQ.
18     600 Travis Street, Suite 3400
        Houston, Texas  77002
19     (713) 227-8008
        hahern@shb.com
20
        DRINKER, BIDDLE & REATH, LLP
21     BY:  KATHERINE McBETH, ESQ.
        One Logan Square, Suite 2000
22     Philadelphia, Pennsylvania  19103-6996
        (215) 988-2706
23     katherine.mcbeth@dbr.com
24
25

---

## Page 3

1  A P P E A R A N C E S  (Continued):
2
3   For the Defendant PTI Royston LLC and PTI Union LLC:
4      TUCKER ELLIS LLP
        BY:  MICHAEL C. ZELLERS, ESQ.
5      42nd Floor
        515 South Flower Street
6      Los Angeles, California  90071-2223
        (213) 430-3400
7      michael.zellers@tuckerellis.com
8      TUCKER ELLIS LLP
        BY:  MICHAEL ANDERTON, ESQ.
9      950 Main Avenue, Suite 1100
        Cleveland, Ohio  44113-7213
10     (216) 592-5000
        michael.anderton@tuckerellis.com
11
12  For Personal Care Products:
13     SEYFARTH SHAW LLP
        BY:  JAMES R. BILLINGS-KANG, ESQ.
14     975 F Street, N.W.
        Washington, D.C.  20004-1454
15     (202) 463-2400
        jbillingskang@seyfarth.com
16
17  ALSO PRESENT:
18     DARNELL BROWN, Videographer
19
20
21
22
23
24
25

---

## Page 4

1            I N D E X
2
3  Witness:  ROBERT KURMAN, M.D.
4  Examination:              Page
5    BY MR. DEARING    --------------------- 8, 325
6    BY MS. AHERN      ---------------------  322
7
8
9
10           E X H I B I T S
11  Deposition      Description        Page
12  Exhibit 1    Expert Report of Robert J.    10
                 Kurman, M.D., for General
13               Causation Daubert Hearing
14  Exhibit 2    Defendants' Response to       11
                 Plaintiffs' Document
15               Requests Contained in Notice
                 of Oral and Videotaped
16               Deposition of Robert
                 Kurman, M.D., and Duces
17               Tecum
18  Exhibit 3    IARC's Mission Statement      75
19  Exhibit 4    Document Titled "Special      78
                 Report: Policy, A Review of
20               Human Carcinogens - Part C:
                 Metals, Arsenic, Dusts, and
21               Fibres"
22  Exhibit 5    Excerpts from IARC Monograph  102
                 "Arsenics, Metal, Fibres,
23               and Dusts," Volume 100C
24
25

---

## Page 5

1           E X H I B I T S
              (Continued)
2
3  Deposition      Description        Page
4  Exhibit 6    Article Titled "Correlative   190
                 Polarizing Light and
5               Scanning Electron Microscopy
                 for the Assessment of Talc
6               in Pelvic Region Lymph
                 Nodes" by Sandra A.
7               McDonald, et al.
8  Exhibit 7    Photocopy of Chapter 27,      216
                 Epidemiology, Page 1301
9
   Exhibit 8    Article Titled                241
10               "Histopathologic Review of
                 Granulomatous Inflammation"
11               by Kabeer K. Shah, et al.
12  Exhibit 9    Excerpts from Blaustein's     255
                 Pathology of the Female
13               Genital Tract, Fourth
                 Edition, Pages 376, 539,
14               540, 648, 1216, 127, & 1218
15  Exhibit 10   Letter to the Editor Titled   264
                 "Talc Should Not be Used for
16               Pleurodesis in Patients with
                 Nonmalignant Pleural
17               Effusions" by Andrew J.
                 Ghio, et al.
18
   Exhibit 11   Article Titled "Molecular     269
19               Bias Supporting the
                 Association of Talcum Powder
20               Use with Increased Risk of
                 Ovarian Cancer" by Nicole M.
21               Fletcher, PhD, et al.
22  Exhibit 12   Article Titled "On Talc       279
                 Translocation from the
23               Vagina to the Oviducts and
                 Beyond" by A.P. Wehner, et
24               al.
25

Robert Kurman, M.D.

Page 6

1           E X H I B I T S
              (Continued)
2
3    Deposition    Description         Page
4    Exhibit 13    Article Titled "The Lack of    283
                   an Ovarian Effect of
5                  Lifetime Talc Exposure in
                   F344/N Rats and B6C3F1 Mice"
6
     Exhibit 14    Article Titled "Systematic    321
7                  Review and Meta-Analysis of
                   the Association Between
8                  Perineal Use of Talc and
                   Risk of Ovarian Cancer" by
9                  Mohamed Kadry Taher, et al.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1       LAS VEGAS, NEVADA - TUESDAY, APRIL 2, 2019,
2               9:26 A.M.
3       VIDEO OPERATOR BROWN:  Good morning.  We are now on
4    the record.  My name is Darnell Brown, and I'm the
5    videographer with Golkow Litigation Services.  Today's
6    date is April 2nd, 2019, and the time is 9:26 A.M.
7       This video deposition is being held in
8    Las Vegas, Nevada, in the matter of In Re Talc for
9    United States District Court, Eastern District of New
10   Jersey.
11      The deponent is Dr. Robert Kurman.
12      Counsel, please identify yourselves for the
13   record.
14      MR. DEARING:  David Dearing from Beasley Allen for
15   the plaintiffs.
16      MS. GARBER:  Cynthia Garber, Robinson Calcagnie,
17   for the plaintiffs.
18      MR. ROTMAN:  Steve Rotman, Hausfeld, for the
19   plaintiffs.
20      MR. BILLINGS-KANG:  James Billings-Kang from
21   Seyfarth Shaw, Personal Care Products' counsel.
22      MR. ANDERTON:  Michael Anderton, Tucker Ellis, for
23   PTI Royston and PTI Union.
24      MS. McBETH:  Katherine McBeth, Drinker Biddle &
25   Reath, on behalf of the Johnson & Johnson defendants.

Page 8

1       MR. ZELLERS:  Michael Zellers on behalf of the
2    Johnson & Johnson defendants.
3       MS. AHERN:  Hunter Ahern on behalf of Johnson &
4    Johnson defendants.
5       VIDEO OPERATOR BROWN:  The court reporter is Pam
6    Cotten, who will now swear in the witness.
7
8           ROBERT KURMAN, M.D.,
9    called as a witness, and having been first duly sworn by
10   the Certified Shorthand Reporter, was examined and
11   testified as follows:
12
13           EXAMINATION
14   BY MR. DEARING:
15      Q   Good morning, Doctor.
16      A   Good morning.
17      Q   We've met at least twice, I think.  But I'm
18   David Dearing.  I represent the plaintiffs in this
19   litigation, and I'm going to be asking you some
20   questions.
21      You've been produced as an expert by Johnson &
22   Johnson in this case.  So, first of all, if you would,
23   state your name, please.
24      A   Robert Kurman.
25      Q   What did you do to prepare for this

Page 9

1    deposition?
2       A   Well, you have to go back into my career.  I
3    guess, in a way, I've been preparing for a long time,
4    so to speak.
5       I was a gynecologic pathologist for almost
6    40 years.  And during the course of my career -- which
7    involves teaching and research and clinical care,
8    attending meetings, reviewing articles submitted to
9    journals -- I would be constantly reading the
10   literature in gynecologic pathology, which, of course,
11   included ovarian cancer.
12      Q   Can I just cut you off.
13      What have you done in the last ten days to
14   prepare for this deposition?
15      A   I've read over the defense -- the plaintiffs'
16   gynecologic pathology expert and gone over papers that
17   she's referred to.  I've gone over my report and
18   perhaps googled a few things here and there.  Oh,
19   PubMed, too.
20      Q   Did you have meetings with Johnson & Johnson
21   lawyers in preparation for this deposition?
22      A   I did.
23      Q   How much time have you spent with the
24   Johnson & Johnson lawyers preparing for this
25   deposition?

3 (Pages 6 to 9)

Robert Kurman, M.D.

Page 10

```
 1        A   I didn't keep track of the meetings per se --
 2   the time spent on the meetings per se.
 3        Q   Can you estimate.
 4        A   I hesitate not to estimate, since I'm under
 5   oath and I want to try to b[]as specific as possible.
 6        Q   One of the advantages of being an expert is
 7   you're allowed to estimate.  So can you give me a
 8   ballpark?  Was it ten hours?
 9        MS. AHERN:  Objection.  Form.
10        THE WITNESS:  Maybe 15.
11   BY MR. DEARING:
12        Q   Have you billed them for that time yet?
13        A   Some of it.
14         (The document referenced below was
15         marked Deposition Exhibit 1 for
16         identification and is appended hereto.)
17   BY MR. DEARING:
18        Q   I'm going to hand you a composite exhibit,
19   which I've marked as Exhibit Number 1.  And it is your
20   report, your CV, and your reference list and the
21   appendixes -- appendices with your report.  So feel
22   free to refer to that as much as you need to.
23         I have copies for other people if anybody else
24   wants a stack.  I made six copies of everything.  I
25   hope we have enough.
```

Page 11

```
 1   BY MR. DEARING:
 2        Q   So have you had a chance to just glance
 3   through what I just handed you?
 4        A   Yes.
 5        Q   Okay.  And does that look like your report,
 6   your CV, your reference list, that kind of thing?
 7        A   Yes.
 8        Q   And did you write this report?
 9        A   I sure did.
10         (The document referenced below was
11         marked Deposition Exhibit 2 for
12         identification and is appended hereto.)
13   BY MR. DEARING:
14        Q   Yesterday, I was given another document that
15   I'm marking as Exhibit 2, and it's entitled
16   "Defendants' Response to Plaintiffs' Document Requests
17   Contained in Notice of Oral and Videotaped Deposition
18   of Robert Kurman, M.D., and Duces Tecum."
19         Have you ever seen this document before?
20        MS. AHERN:  Is that Exhibit 2?
21        MR. DEARING:  It's Exhibit 2, yes.
22        THE WITNESS:  This is what you showed me yesterday,
23   isn't it?  Is this what you showed me yesterday?
24        MS. AHERN:  Go ahead and take a look through it.
25   And if you recognize it, you can let him know.
```

Page 12

```
 1   BY MR. DEARING:
 2        Q   It's okay if you haven't seen it; I just don't
 3   know.
 4        MR. DEARING:  I'll just hand them to you, Cynthia,
 5   and you give them to anybody who wants it.
 6        MS. GARBER:  I'll be your paralegal today.
 7        MR. DEARING:  Thank you.  Then we can trade if you
 8   want.
 9        THE WITNESS:  No, I didn't see this.
10   BY MR. DEARING:
11        Q   Okay.  One of the things in this document that
12   I just gave you, Exhibit 2, is a supplemental reference
13   list, and it's the last four -- last three pages.  It
14   actually starts with page number 1 in the back of the
15   document.
16         Do you see that?
17        A   Yes.
18        Q   And at the very top, there's a list of
19   reports.
20         Do you see that list?
21        A   Yes.
22        Q   Those are all defense witnesses in this case,
23   aren't they?
24        A   Yeah, it looks that way.
25        Q   Have you read all those reports?
```

Page 13

```
 1        A   No, I have not.
 2        Q   Any idea why they would be on your reference
 3   list if you haven't read them?
 4        A   They were offered to me, but I didn't read
 5   them all.
 6        Q   Have you read any of them?
 7        A   I did.
 8        Q   Which ones have you read?
 9        A   Dr. Michael Birrer, Dr. Jeff Boyd, Dr. Gregory
10   Diette, Dr. Ie-Ming Shih, and Brooke Mossman.
11        Q   And I think you mentioned that you read the
12   report of Dr. Kane; right?
13        A   I did.
14        Q   A plaintiff expert?
15        A   Yes.
16        Q   Did you read any other report of plaintiff
17   experts?
18        A   No, I did not.
19        Q   Have you relied on any other materials that
20   aren't contained in your original reference list or
21   this new reference list that I got yesterday?
22        A   No, I have not.
23        Q   And for clarity, did you prepare this
24   reference list that was handed to me yesterday?
25        A   I did not prepare that list.
```

4 (Pages 10 to 13)

Robert Kurman, M.D.

Page 14

1    Q   Did you ask someone to prepare that list?
2    A   No, I didn't.
3    Q   And the first time you saw it was this
4  morning?
5    A   You asked me about this originally.  I said I
6  didn't see it.  Honestly, I didn't look at the last
7  three pages.
8    Q   Okay.
9    A   When you mention that, I did see that before,
10  the reference list.
11    Q   Okay.  But you didn't prepare it?
12    A   But I did not prepare it, no.
13    Q   Have you reviewed any internal corporate
14  documents, emails, or testing data of Johnson & Johnson
15  and Imerys?
16    A   No, I haven't.
17    Q   As I understand it, you are now a retired
18  gynecologic pathologist; is that right?
19    A   That's correct.
20    Q   Congratulations.
21    A   Thank you.
22    Q   And I understand that your medical license has
23  lapsed as well; right?
24    A   I have a medical license in Nevada.
25    Q   Oh, you do?

Page 15

1    A   I do.
2    Q   Do you agree with me that gynecologic
3  pathology is not a recognized subspecialty of the
4  American Board of Pathology?
5    A   Gynecologic pathology is a -- an acknowledged
6  subspecialty that we have in virtually all major
7  institutions, but it is not a board specialty.
8    Q   So you can't become board-certified in
9  gynecologic pathology; correct?
10    A   Well, the point is that, in order to do expert
11  work in gynecologic pathology, you need to really train
12  in it, as your plaintiffs' expert did.  But you don't
13  need specific board certification.
14        And, in fact, there was -- many years ago,
15  there was -- and I was at the meeting.  My predecessor
16  at Hopkins, Dr. Don Woodruff, who was a gynecologist
17  but had done a lot of gynecologic pathology -- in fact,
18  he did the gynecologic pathology at Hopkins before I
19  was there -- went to a meeting of the International
20  Society of Gynecologic Pathologists and asked that it
21  be made a board specialty.
22        And the pathologists resisted.  They didn't
23  want to do it.  The reason being that they were
24  concerned that people like Dr. Woodruff -- with all
25  respect to him -- they didn't want gynecologists to be

Page 16

1  able to say they were board-certified.  They wanted to
2  completely compete it -- excuse me -- completely
3  confine it to pathologists.  So they didn't approve of
4  having a board specialty.
5    Q   But you can get board-certified in pathology;
6  right?
7    A   Oh, certainly.
8    Q   Now, you've been deposed several times in this
9  litigation; right?
10    A   A few times, yes.
11    Q   And you've actually testified in at least one
12  trial; right?
13    A   Yes.  I think you were the person that --
14    A   It was me.
15        Have you testified in any other trials?
16    A   No.
17    Q   And each time you testified, you took an oath
18  to tell the truth, the whole truth; right?
19    A   Yes.
20    Q   And did you do that?
21    A   I did.
22    Q   And do you still stand by the testimony you
23  gave previously in this litigation?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  Well, I'd like to see what -- if

Page 17

1  you're referring to specifically, I'd like to see it.
2  But I told the truth then, but I'm telling the truth
3  now.
4  BY MR. DEARING:
5    Q   Do you believe your report is a fair and
6  balanced statement of the science on the issues that
7  you address?
8    A   I certainly do.
9    Q   When you wrote your report in this case, who
10  was your intended audience or your intended reader?
11    A   I was responding specifically to the report of
12  Dr. Kane, but I assumed that other individuals who were
13  involved with this litigation would probably be reading
14  it.
15    Q   Did you write it thinking that the judge would
16  read it?
17    A   I assumed that that would eventually occur.
18    Q   When you were first contacted by Johnson &
19  Johnson regarding this talcum powder litigation, isn't
20  it true that you had never researched the relationship
21  between genital talc use and ovarian cancer?
22    MS. AHERN:  Objection.  Form.
23    THE WITNESS:  Are you referring to when I was
24  initially contacted or for this specific MDL?
25    ///

5  (Pages 14 to 17)

Robert Kurman, M.D.

Page 18

1  BY MR. DEARING:
2      Q   No.  Before the MDL --
3      A   Okay.
4      Q   -- when Johnson & Johnson first came to you,
5  at that time, you had not researched the issue of
6  genital talcum powder use and ovarian cancer; right?
7      MS. AHERN:  Objection.  Form.
8      THE WITNESS:  That's correct, because amongst -- in
9  pathologists in the community and gynecologists, as far
10  as I know, there was never a question that talc was
11  involved with ovarian cancer, so there was no need for
12  me to really pursue it.
13  BY MR. DEARING:
14      Q   Well, when was that that Johnson & Johnson
15  approached you to be a witness for them for the first
16  time?
17      A   It was about 2015.
18      Q   So there was lots of literature out there and
19  studies about the association or purported association
20  between genital talc use and ovarian cancer; right?
21      MS. AHERN:  Objection.  Form.
22      THE WITNESS:  They were epidemiology studies, which
23  I think never rose to the level of being of interest to
24  gynecologic pathologists -- gynecologic pathologists,
25  for sure.

Page 20

1      MS. AHERN:  Objection.  Misstates.
2      THE WITNESS:  I said before Johnson & Johnson
3  contacted me, there was, in the gynecologic pathology
4  community, never -- never a question of talc being
5  involved with ovarian cancer.  So, therefore, I wasn't
6  doing research on talc and ovarian cancer.
7  BY MR. DEARING:
8      Q   Based on the research you've done since
9  Johnson & Johnson contacted you, you're aware that
10  there are gynecologic pathologists who have published
11  on this very topic, right, before Johnson & Johnson
12  contacted you; right?
13      MS. AHERN:  Objection.  Form.  Mischaracterizing
14  the literature.
15  BY MR. DEARING:
16      Q   William Welch at Harvard, for example, has
17  published on this.
18      He's a gynecologic pathologist; right?
19      A   I know Bill Welch quite well and --
20      Q   I'm just using him as an example.
21      A   Yeah, right.  Right.  In his -- he's on the
22  paper, but I don't think he ever acknowledges that he
23  says he supports talc as being a cause of ovarian
24  cancer.  I think he reviewed the pathology, and what
25  his -- to make sure that these were whatever the

Page 19

1  BY MR. DEARING:
2      Q   All those scientists that wrote those studies
3  would be disappointed to hear you say that.
4      But there were also animal studies, weren't
5  there?
6      MS. AHERN:  Objection.  Form.
7      THE WITNESS:  Maybe.  I don't know.
8  BY MR. DEARING:
9      Q   There were also cell studies, looking at the
10  effects of talc on -- on cell structures and cells --
11      MS. AHERN:  Object.
12  BY MR. DEARING:
13      Q   -- before Johnson & Johnson contacted you;
14  right?
15      MS. AHERN:  Objection.  Form.
16      THE WITNESS:  As I said, I didn't -- as you -- I
17  didn't read the literature on it before, so I have
18  no -- no idea.
19  BY MR. DEARING:
20      Q   So when you -- I don't want to put words in
21  your mouth.
22      Did you say that, before Johnson & Johnson
23  contacted you, it wasn't important to you?
24      I don't remember what you said.
25      A   I --

Page 21

1  authors were saying were ovarian cancers.
2      Q   My point is, before Johnson & Johnson
3  contacted you to be one of their experts, there was
4  some interest among some gynecologic pathologists about
5  this issue of talc and ovarian cancer, right --
6      MS. AHERN:  Objection.  Form.
7  BY MR. DEARING:
8      Q   -- as evidenced by the publications that they
9  put their name on?
10      MS. AHERN:  Objection.  Form.
11      THE WITNESS:  As I said, Bill Welch, who I honestly
12  didn't speak to specifically about this topic, but I
13  can -- at meetings, he's never brought it up.  So I
14  assumed -- assume.
15      I should say that, based on those
16  publications, I -- he reviewed those cases.  He said
17  they were ovarian cancers, but I don't know if there's
18  any evidence that he indicated that he believed that
19  talc caused ovarian cancer.
20  BY MR. DEARING:
21      Q   And you understand I'm not talking about just
22  Dr. Welch.
23      I'm talking about other gynecologic
24  pathologists have contributed to papers, studies on the
25  issue of talc and ovarian cancer before Johnson &

6  (Pages 18 to 21)

Robert Kurman, M.D.

Page 22

1    Johnson came to you and hired you as an expert; right?
2         MS. AHERN:  Objection.  Form.
3    BY MR. DEARING:
4         Q   Are you aware of those papers?
5         A   You'll have to show them to me.
6         Q   Okay.
7         A   Please.
8         Q   Okay.  So none come to mind, as we sit here?
9         A   You'll have to show them to me.
10        Q   Okay.  And would you also agree that, before
11   Johnson & Johnson hired you, many other scientists in
12   other fields were quite interested in the issue of
13   genital talc use and ovarian cancer and were publishing
14   on it?
15        MS. AHERN:  Objection.  Form.
16        THE WITNESS:  As I said, since I did not research
17   the area of talc use and the possible talc exposure to
18   the development of ovarian cancer prior to the time
19   that Johnson & Johnson contacted me, I wasn't aware of
20   those studies.
21   BY MR. DEARING:
22        Q   All right.  But since then, since you've been
23   hired by Johnson & Johnson, you've done a lot of
24   research on it and you've seen that studies were
25   published long before Johnson & Johnson hired you, even

Page 23

1    as far back as the '70s, on this very topic; right?
2         A   I've seen, since my research on the subject,
3    yes, that there have been studies that were performed
4    before 2015.
5         Q   And you've never published on the topic of
6    talc and ovarian cancer; correct?
7         A   No, I have not.
8         Q   And you've never lectured on it?
9         A   I have never lectured on it.
10        Q   Have you ever studied talc, and specifically
11   Johnson & Johnson's baby powder or Shower to Shower
12   product, under a microscope?
13        MS. AHERN:  Objection.  Form.
14        THE WITNESS:  I have not specifically done a study
15   looking at talc exposure in tissues under the
16   microscope.
17   BY MR. DEARING:
18        Q   Have you even looked at just plain talc under
19   a microscope?
20        A   Not specifically, no, I have not.
21        Q   Have you looked at it nonspecifically?
22        What do you mean by that?
23        MS. AHERN:  Objection.  Form.
24   BY MR. DEARING:
25        Q   When you say "not specifically," what do you

Page 24

1    mean?
2         A   Well, there may -- if there was a study that
3    had -- if there was some kind of exposure to talc that
4    I was looking under the microscope, I would assume that
5    it would -- that it would create a foreign-body giant
6    cell granulomatous inflammation.  And I would,
7    therefore, have polarized it, perhaps looked at that
8    that way.  But it hasn't seen that.
9         MR. DEARING:  Okay.  Move to strike as
10   nonresponsive.
11   BY MR. DEARING:
12        Q   My question is, have you looked at talc or
13   Johnson & Johnson body powder products under a
14   microscope?
15        A   I have not looked at talc, Johnson & Johnson
16   products, as far as I know, under the microscope.
17        Q   Have you ever studied gynecologic tissue --
18   I'm sorry.  Strike that.
19        Have you ever studied talc in gynecologic
20   tissue under a microscope, you specifically?
21        A   I thought I just answered that question.
22   Isn't that what you just asked me?
23        Q   No.  I asked if you looked at the powder.  Now
24   I'm asking you about tissue.
25        A   Oh.  So your first question was talc powder

Page 25

1    not being in tissue?
2         Q   Right.  My first question didn't mention
3    tissue at all.
4         Do you need me to ask it again?
5         A   Well, certainly.  I don't look at -- I look at
6    tissue.  I never look at things that are not tissue.
7         Q   Okay.  You don't think it's important to look
8    at the morphology and characteristics of talc by itself
9    in order to assist you in looking at talc in tissue?
10        A   No.  If I see it in tissue, I'd recognize it,
11   as I mentioned with polarization.  Seeing a
12   foreign-body giant cell reaction, polarizing it there,
13   seeing birefringent particles, might be talc.
14        Q   Have you studied talc in gynecologic tissue
15   under a microscope?
16        A   Okay.  So now we are talking about tissue.
17        Q   Yeah.
18        A   I have not.
19        Q   And you just said that you could look at talc
20   in tissue and recognize it by polarized light.
21        Isn't it true that you hardly ever do that?
22        MS. AHERN:  Objection.  Form.
23   BY MR. DEARING:
24        Q   In fact, I think those were your actual words,
25   that you hardly ever do that.

7  (Pages 22 to 25)

Robert Kurman, M.D.

Page 26

1    A   Well, let me describe the situation to you.  I
2 don't routinely look at tissue using polarized light.
3 There's got to be an indication.
4        The indication is, do I see a foreign-body
5 giant cell reaction?  Then I would say, "Ah, there may
6 be something here that's polarizable."  Then I would
7 polarize it.
8    Q   That doesn't happen very often, does it?
9    A   It does not happen very often.
10   Q   Have you ever participated in any lab study of
11 cellular reaction to talc exposure?
12   A   I haven't --
13   MS. AHERN:  Objection.  Form.
14   THE WITNESS:  I have not participated.  I'm not a
15 laboratory scientist.  I'm not a bench scientist.  I'm
16 a surgical pathologist.
17 BY MR. DEARING:
18   Q   And you're not qualified to perform analytical
19 scanning electron microscopy or transmission electron
20 microscopy or Raman spectroscopy, are you?
21   A   Those techniques are not those -- I don't use
22 those techniques.
23   Q   You've served on many peer review and
24 editorial committees for a variety of journals and
25 professional publications.

Page 27

1        Can you describe how that peer review process
2 typically works?
3    A   Sure.  Paper's submitted to a journal.  The
4 editor looks it over and determines, among the people
5 on the editorial board or people not necessarily on the
6 editorial board, who has the necessary expertise or
7 interest in the area to review the paper and provide a
8 commentary on it, pointing out whether the paper is
9 acceptable as submitted or are there problems with it
10 that need to be addressed by the authors.
11       So that reviewer then submits a report back to
12 the editor.  The editor reviews it, looks at it, one
13 reviewer's comments -- and invariably it is sent to
14 more than one reviewer -- and compares the review of
15 one reviewer to the review of another.
16       If they're concordant the editor, based on
17 that editor's judgment, would probably agree and say,
18 based on these reviewers' comments, I will either
19 accept the paper, I will reject it out of hand, or I
20 will resubmit it to the authors and say it's -- the
21 reviewers have deemed that your paper is acceptable
22 with the provision that you address certain specific
23 issues.  And those issues are listed for the -- for the
24 author to look at.
25       And the author reviews those comments and then

Page 28

1 decides how to respond to those comments.  And then
2 that's resubmitted to the -- to the editor.  And then
3 the editor, again, makes a decision.  Did these authors
4 provide enough explanation to now have successfully
5 addressed the concerns of the reviewers?  Or, hmm,
6 maybe not, in which case they might send it back to the
7 reviewers and ask them again to review the paper.
8        And it goes through the same process again of
9 the reviewers saying, well, yes, they have addressed
10 the questions, or, no, they haven't addressed the
11 questions and, therefore, again submit their
12 recommendation to the editor.
13   Q   And that's been your experience and your own
14 participation either by submitting original publications
15 for publication or serving on these review committees?
16   A   Yes.
17   Q   And would you agree that the primary purpose
18 of the peer review process is to validate proposed
19 scientific findings, methodologies, opinions, and
20 hypotheses so that bad science doesn't get published in
21 journals?
22   MS. AHERN:  Objection.  Form.
23   THE WITNESS:  The responsibility of the reviewers
24 is to perform a fair review of the science and
25 determine whether that science has been -- is

Page 29

1 appropriate -- is reliable, is valid, and, therefore,
2 agree or disagree, as I said earlier, to either reject
3 or accept the paper.
4 BY MR. DEARING:
5    Q   None of the opinions that you're offering
6 today regarding talc and ovarian cancer have ever been
7 published or have ever gone through any peer review
8 process, have they?
9    A   That's correct.
10   Q   Have you tried to publish your opinions about
11 talc and ovarian cancer?
12   A   No, I have not.
13   Q   When Johnson & Johnson firs: approached you
14 for serving as an expert witness in the MDL litigation
15 that we are here about today, what's your understanding
16 of what they wanted you to do?
17   A   Well, it was my impression from speaking with
18 them that the primary -- what my primary function was,
19 really, was to be an expert in gynecologic pathology,
20 which I am, I think, and go over the issues of ovarian
21 carcinogenesis from the standpoint of surgical
22 pathology and to review the data concerning talc
23 exposure and possible involvement in the development of
24 ovarian cancer in terms of ovarian carcinogenesis
25 causation and to review the plaintiffs' expert

8 (Pages 26 to 29)

Robert Kurman, M.D.

Page 30

1  gynecologic pathologist's report.
2      Q   And when you say "review the data," are you
3  talking about cell study data or are you talking about
4  epidemiology?  What are you referring to?
5      A   Well, specifically -- not epidemiologic data
6  because I testified to that before, but I'm not an
7  epidemiologist.  So it was -- really, the interest was
8  in my expertise in gynecologic pathology with the
9  focus, again, being on the -- my work as a gynecologic
10  pathologist.  As I said, I'm not a bench scientist.  I
11  can certainly review some of those papers, but my area
12  and expertise is surgical pathology.
13      Q   Is it fair to say that, if there are studies
14  out there pertaining to talc and ovarian cancer that
15  are not on your reference list, that you've not
16  reviewed them?
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  I may have seen other papers that
19  I've looked at but didn't decide, for whatever reason,
20  to specifically -- there's a huge -- you know, there
21  are a lot of papers out there that I may have even
22  missed.  So there may be some things out there that I'm
23  not aware of that I didn't include.
24  BY MR. DEARING:
25      Q   Since epidemiology is not your specialty, is

Page 31

1  it fair to say that you've not considered the complete
2  body of literature in epidemiology on the issue of talc
3  and ovarian cancer?
4      A   No, no, I wouldn't say that at all.  I've
5  looked at those epidemiology papers, and even though
6  I'm not an epidemiologist, I can get a -- I can
7  understand them.  I'm not an expert in epidemiology,
8  but their papers are important, and I reviewed them.
9      Q   Right.  And if you reviewed them, are they
10  identified on your reference materials list, either the
11  first one or the one I got yesterday?
12      A   I imagine that some of them are.  I'd have to
13  look specifically.
14      Q   Okay.  Well, I didn't see any epidemiology
15  studies on the first list I was provided with your
16  original report.  You're welcome to look at it.  It's
17  right in front of you.  But does that sound right?  I'm
18  not going to spend a lot of time on it.
19      MS. AHERN:  Are you talking about his reference
20  list from his report?
21  BY MR. DEARING:
22      Q   Right.  I didn't recognize any epidemiology
23  studies --
24      A   Well, I'd have to go through the reference
25  list and look at them, actually.  Can I do that?

Page 32

1      Q   Sure.  There are several on the second one
2  that I got yesterday, but right now I'm asking you
3  about the first one.
4      A   Okay.  Well, for starters, Camargo, I believe,
5  may have been an epidemiologic study.
6      Q   Can you refer me to what page?
7      A   Oh, I'm looking at page 12 of the references,
8  Number 9, Camargo.
9      Q   Okay.
10      A   There are a couple of papers by Dan Cramer, 14
11  and 15, which are epidemiologic studies, one -- 15, in
12  fact, was published in an epidemiology journal.
13      Number 23, Falconer in "Ovarian Cancer Risk
14  After Salpingectomy:  A Nationwide Population-Based
15  Study."
16      Q   Let me ask a question in a different way, if I
17  can.
18      A   Okay.
19      Q   Certainly lots of these studies rely on
20  population data.
21      Did you rely on any of the population data or
22  findings of epidemiology studies in preparing your
23  report and the opinions within your report?
24      A   Well, as I've said, I've indicate I -- earlier
25  on in the litigation, I have reviewed -- I reviewed

Page 33

1  many of these studies, the epidemiologic studies.  I
2  briefly looked at them again -- over again and didn't
3  see any reason that they brought -- changed my
4  testimony from what I've done in the past.
5      So, yes, I have looked at them and I've taken
6  them into account.
7      Q   Do you think you have reviewed epidemiology
8  studies on this topic of talc and ovarian cancer that
9  aren't reflected in your reference list?
10      A   I may have, yes.
11      Q   Have you reviewed the Terry study?
12      A   Terry study, no, does not sound familiar.
13      Q   Have you reviewed the Taher study, T-a-h-e-r?
14      A   I'd have to see that one.  I might have.  Do
15  you have it?
16      Q   I do.  We're going to come back to it in a
17  little bit.  I'm just trying to get a --
18      A   At this point, I won't comment.  I'd like to
19  see it.  I may have.
20      Q   You may have?
21      A   Yeah.
22      Q   How about Penninkilampi?  Have you looked at
23  that study?
24      A   I looked at the abstract.
25      Q   On page 12 of your report -- and I think you

9 (Pages 30 to 33)

Robert Kurman, M.D.

Page 34

1    sort of just said this -- you say that "Although
2    Dr. Kane offers opinions in a host of areas outside of
3    her field, including epidemiology and cancer biology, I
4    will focus my report on the primary area of" --
5        A  Excuse me.  Could you tell me exactly where
6    you are reading from?
7        Q  Sure.  Page 12.
8        A  Yeah, I got that.
9        Q  At the top.  First paragraph.
10       A  Okay.
11       Q  Last sentence.
12       A  Okay.
13       Q  "Although Dr. Kane offers opinions
14          in a host of areas outside her field,
15          including epidemiology and cancer
16          biology, I will focus my report on my
17          primary area of expertise, gynecologic
18          pathology."
19          So I want to ask you about that statement.
20          Does that mean that you only intend to testify
21   about gynecologic pathology, and not epidemiology and
22   cancer biology?
23       MS. AHERN:  Objection.  Form.  Depends what you ask
24   him.
25       MR. DEARING:  He seems to be defining the

Page 35

1    parameters of his testimony.  So I want to know what
2    he's comfortable with testifying about.
3        MS. AHERN:  Understood.
4        THE WITNESS:  As I said, that is my primary focus.
5    An epidemiology study that may touch on it briefly, I
6    could mention, but it isn't what I'm focusing my
7    specific testimony on.
8        BY MR. DEARING:
9        Q  So, as you sit here today, it is not your
10   intention to dissect epidemiology studies?
11       A  That's correct.
12       Q  And it is not your intention to offer
13   testimony on cancer biology?
14       MS. AHERN:  Objection.  Form.
15       BY MR. DEARING:
16       Q  Right?
17       A  That's correct.
18       Q  Does your report contain a complete outline of
19   your opinions?
20       MS. AHERN:  Objection.  Form.
21       THE WITNESS:  What do you mean by a "complete
22   outline" of my opinions?
23       BY MR. DEARING:
24       Q  Does your report contain a complete statement
25   of your opinions regarding talc and ovarian cancer?

Page 36

1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  Pretty much so, yes.
3        BY MR. DEARING:
4        Q  Are you intending to offer any opinions that
5    are not contained in your report?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  I'd have to hear the question, but I
8    don't think I would.
9        BY MR. DEARING:
10       Q  Was it your idea to add the 16 defense experts
11   to your second reference list -- 16 expert reports?
12       A  No.
13       MS. AHERN:  David, can I just quickly -- it might
14   help a little bit.  We put together the reference list
15   which contains any materials we provided to him, should
16   he want to review them, and also includes articles I
17   think he found himself that he's reviewed.
18       So we tried to give you a complete list of
19   everything that he had to consider.  You'll have to ask
20   him if he actually reviewed it.
21       BY MR. DEARING:
22       Q  The only plaintiff expert report you reviewed
23   was Dr. Kane's; right?
24       A  Correct.
25       Q  Are the opinions of the other defense experts

Page 37

1    in this case relevant to your pathology opinions?
2        A  Well, I didn't read them.  So I can't comment
3    on them.
4        Q  But if you thought they were relevant, you
5    would have read them; right?
6        A  Since they weren't pathologists and my focus
7    was on the pathology, I -- I would think that's
8    correct.  I would focus on pathology.
9        Q  Certainly your pathology opinions are not
10   dependent on the opinions of the other defense experts;
11   right?
12       A  Well, again, I'd have to see -- if you're
13   referring to something specifically, I would like to
14   see what it is.  But, in general, they're not -- it's
15   not focused -- if they don't discuss pathology, it is
16   not relevant to my testimony.
17       Q  Since your report was written long before
18   yesterday when I received your supplemental reference
19   list, is it fair to say that none of the opinions in
20   your report are dependent upon anything that's on the
21   reference list that I was provided yesterday?
22       A  That's correct.
23       Q  Do any of the materials I was recently
24   provided on your second reference list influence or
25   affect or change any of the opinions that you've

10  (Pages 34 to 37)

Robert Kurman, M.D.

Page 38

1   already put in your report?
2       A   Let me look at that reference list again.
3       Well, I don't know if I mentioned it.  I did
4   read -- oh, I did mention it earlier.  I read
5   Dr. Shih's deposition, and it included a report of his,
6   a study he was doing.  I read that.  But I mentioned
7   that before.
8       Other than that, no.  I mean, obviously, the
9   Jeff Seidman study, I was an author.  I'm involved with
10  that paper on papillary tubal hyperplasia.  I wrote it,
11  so I know that.
12      I would say, yes, actually, looking at it,
13  there was an important paper that is listed on
14  page 2 -- important in my opinion -- by -- it is the
15  second one from the top.  Ducie, H. et al., which I
16  would -- it's not in my original report, but I would --
17  I might refer to that.
18      Q   I believe the question was did your review any
19  of the materials on the supplemental reference list
20  affect or change any opinions --
21      A   Oh.
22      Q   -- you've already written in your report?
23      A   No, it does not change my opinion.
24      Q   If you are not intending to offer epidemiology
25  opinions or discuss the underlying data of epidemiology

Page 39

1   studies, why did you add about 15 epidemiology studies
2   in your supplemental list for today's deposition?
3       MS. AHERN:  Objection.  Form.
4   BY MR. DEARING:
5       Q   Or was your testimony you didn't add those;
6   someone else did?
7       A   Yes.
8       Q   Okay.
9       A   They were provided to me.  If I was of
10  interest to read them, I could read them.  But I didn't
11  read them.
12      Q   Okay.
13      A   I did mention I did look at the abstract of
14  Penninkilampi.
15      Q   Do you think you read any of the epidemiology
16  studies that are in the supplemental list?
17      A   Let me take a look.
18      MS. AHERN:  You mean recently or previously?
19  BY MR. DEARING:
20      Q   They're in a reliance list.  So did you read
21  any anticipating you might review on them?
22      MS. AHERN:  Well, I would object to the
23  characterization this is a reliance list.  This is a
24  supplemental list of materials that we either provided
25  to him or he selected himself so that you had full

Page 40

1   disclosure of what he might have reviewed in
2   preparation for the deposition.  We were just
3   overinclusive.
4       MR. DEARING:  Thank you.
5   BY MR. DEARING:
6       Q   Did you read any of these studies that are on
7   the supplemental list?
8       A   Again, as I mentioned --
9       Q   You read one of them, but --
10      A   -- in the past when I did discuss epidemiology
11  in greater detail, I have read Gates, Gertig.
12  Gonzalez, I actually might have looked at more
13  recently.  Houghton, I've looked at in the past.  I
14  mentioned Penninkilampi.
15      Q   Are you prepared to discuss those studies
16  today?
17      A   Well, as I said, I looked in the past.  I
18  haven't really recently gone over them in depth.  If
19  there's some specific question you may want to ask, I
20  could look at it.  But the focus of my testimony is not
21  on the epidemiology, as we've discussed.
22      Q   I want to try today to keep you within your
23  field of expertise, and I don't want to drag you out in
24  any other area that you're not comfortable in or you
25  don't feel qualified in.  So if I do that, please tell

Page 41

1   me.  Okay?
2       A   Okay.
3       MS. AHERN:  Objection.
4   BY MR. DEARING:
5       Q   Based on your research that you've done in
6   your entire career, both before and after Johnson &
7   Johnson hired you as an expert in this case and in this
8   litigation, in general, years ago, would you agree with
9   me that there are about 30 or so epidemiology studies
10  on talc and ovarian cancer that are not on either of
11  your reference lists?
12      MS. AHERN:  Objection.  Form.
13      THE WITNESS:  I'd have to go over and look all
14  these 30 that you mentioned.  So I can't really
15  comment.
16  BY MR. DEARING:
17      Q   As you sit here now, would you agree that your
18  two reference lists do not include all of the
19  epidemiology studies, not even all the meta-analysis
20  studies, on talc and ovarian cancer?
21      A   That is correct.
22      Q   And that's because either you weren't aware of
23  them or you read them and didn't find them compelling
24  or the attorneys didn't put it on the list for you to
25  review; right?

Robert Kurman, M.D.

Page 42

1    MS. AHERN: Objection. Form.
2    THE WITNESS: Yeah, could you please --
3    MR. DEARING: Sure.
4    THE WITNESS: -- rephrase your question.
5    BY MR. DEARING:
6    Q   So there are quite a few epidemiology studies
7    and meta-analyses on talc and ovarian cancer that are
8    not on either of your reference lists.
9    A   That's correct.
10   Q   Ms. Ahern just said on the record that they
11   provided you the reference list.
12   MS. AHERN: Objection. Form. The supplemental
13   reference list is the one that we put together.
14   MR. DEARING: Okay.
15   BY MR. DEARING:
16   Q   If there are epidemiology studies that are not
17   on your original reference list -- let me ask you:  Did
18   you put together your original reference list?
19   A   Yes.
20   Q   Did the lawyers help you do that?
21   A   Not really.  It was me.
22   Q   Okay.  The original reference list has a
23   handful of epidemiology studies that we started to go
24   through.
25   A   Yes.  We were only up to like page 2.  There

Page 43

1    may have been more.
2    Q   Right.  But it's your list?
3    A   Yes.
4    Q   You wrote it.  You made it.
5    A   Yes.
6    Q   You know there are quite a few epi studies
7    that are not on that list; right?
8    MS. AHERN: Objection. Form.
9    THE WITNESS:  That is correct.
10   BY MR. DEARING:
11   Q   And there are quite a few that aren't on the
12   list you made, and there are quite a few that still
13   aren't on the list that the lawyer made, the
14   supplemental list; right?
15   A   Please rephrase your question.
16   Q   Sure.
17   Whatever reason, your reference list does not
18   include quite a few epidemiology studies; right?
19   MS. AHERN: Objection. Form.
20   Q   We've already established that.
21   A   We said that, right.
22   Q   The second list that I got yesterday also
23   excludes quite a few epidemiology studies, including
24   several meta-analysis studies.

Page 44

1    Do you agree with that?
2    MS. AHERN: Objection. Form.
3    THE WITNESS: That is correct.
4    BY MR. DEARING:
5    Q   Now, because you didn't prepare the second
6    list, the lawyers did, and the fact that some of those
7    large studies are not on this list, do you interpret
8    that to mean they didn't provide those to you or didn't
9    think you should look at those?
10   MS. AHERN: Objection. Form.
11   THE WITNESS: I don't know what the -- what the
12   reason was why they weren't included on that list.
13   BY MR. DEARING:
14   Q   Before we get too far into the pathology weeds
15   today, I want to ask you just some basic questions to
16   make sure we're communicating well, like some
17   definitions.
18   For example, if I use the term "biologic
19   plausibility," can you tell me what that means to you?
20   Or does it mean anything to you?
21   A   It means something to me.  I think it's a
22   factor that would be very important in establishing
23   causation.  So the way I interpret -- view it is that
24   it's -- biologic explanations often, really, base
25   cellular studies or extracellular studies that could be

Page 45

1    incorporated with the human population studies to seem
2    to go together in supporting a particular argument.
3    Q   Are you familiar with the nine Bradford Hill
4    considerations that are used to assess the strength of
5    proposed causal associations?
6    MS. AHERN: Objection to form.
7    THE WITNESS: I'm familiar with the Bradford Hill
8    criteria, yes.
9    BY MR. DEARING:
10   Q   Are you familiar with the biologic
11   plausibility consideration of the Bradford Hill
12   assessment?
13   A   That's what I just explained, I thought.
14   Q   Okay.  That's what I'm asking you.  I wanted
15   to know is that your interpretation of the Bradford
16   Hill criteria or assessment, or is that your,
17   Dr. Kurman's, definition of biologic plausibility?
18   MS. AHERN: Objection. Form.
19   THE WITNESS: That's my interpretation, which is
20   what I believe is the criterion spelled out by Bradford
21   Hill.
22   BY MR. DEARING:
23   Q   In the term "biologic plausibility," as you've
24   just described it, how do you define "plausibility"?
25   A   I thought I just described it.

12  (Pages 42 to 45)

Robert Kurman, M.D.

Page 46

1    Q   Well, tell me what you mean by plausibility.
2    MS. AHERN: Objection. Form. Asked and answered.
3    THE WITNESS: I -- that's -- "plausibility" is a
4  very general term. Bradford Hill describes not
5  plausibility but biological plausibility, and that's
6  what I just said a minute ago is my definition, which I
7  thought was an interpretation of the way Bradford Hill
8  used it.
9    BY MR. DEARING:
10   Q   To you, is there a difference between biologic
11 plausibility and biologic probability?
12   MS. AHERN: Objection. Form.
13   THE WITNESS: I don't know exactly what biologic
14 probability is. I would stick with biologic
15 plausibility.
16   BY MR. DEARING:
17   Q   Does biologic plausibility have any
18 application to pathology?
19   A   I think pathology studies could be used for
20 evidence of biologic plausibility in the application of
21 the Bradford Hill points.
22   Q   Right. Bradford Hill is a epidemiology
23 causation assessment tool; right?
24   A   Correct.
25   Q   Right. And you've already said you're not

Page 47

1  here to talk about epidemiology specifically; right?
2    MS. AHERN: Objection. Form.
3    THE WITNESS: I -- that's what I said.
4    BY MR. DEARING:
5    Q   Okay. So I'm trying to determine whether the
6  term "biologic plausibility" has any application to you
7  outside the field of epidemiology.
8    MS. AHERN: Objection. Form. Asked and answered.
9    THE WITNESS: As I mentioned, this litigation is
10 about causation, does talc cause ovarian cancer.
11       And what virtually everyone agrees is, in
12 order to come to a conclusion that it does, is to apply
13 the Bradford Hill criteria, of which biologic
14 plausibility is one among several that could go along
15 to support causation.
16       So in that regard, that's the way I'm
17 interpreting and using "biologic plausibility."
18   BY MR. DEARING:
19   Q   Do you agree that, in order to establish
20 causation, you do not have to satisfy all nine of the
21 Bradford Hill considerations?
22   A   I think that's correct, yes.
23   Q   I want you for this question, if you would, to
24 step out of the world of epidemiology and Bradford Hill
25 and just tell me, from a pathologist standpoint, what

Page 48

1  does the word "plausible" mean to you?
2    MS. AHERN: Objection. Form.
3    THE WITNESS: We never use the term "plausible" --
4    BY MR. DEARING:
5    Q   Okay.
6    A   -- in -- in pathology.
7    Q   Okay.
8    A   I've never --
9    Q   So anytime that word "plausible" or
10 "plausibility" comes up today, you're going to be
11 discussing it in terms of epidemiological definitions,
12 or are you going to use it some other way?
13   MS. AHERN: Objection. Form.
14       He's giving you his definition, which is not
15 an epidemiologic deposition per se.
16   MR. DEARING: I object. That's not true. For one,
17 he keeps referring back to what is in the Bradford Hill
18 criteria. I don't know what his definition is.
19   MS. AHERN: You keep defining Bradford Hill
20 criteria as epidemiology. It's not. I think that's
21 the confusion here.
22   MR. DEARING: Let's ask. Let me ask him. Okay. I
23 don't need your commentary, but thank you.
24   BY MR. DEARING:
25   Q   I believe you just testified that the

Page 49

1  definition you were giving of "biologic plausibility"
2  was what's offered in the Bradford Hill assessment; is
3  that right?
4    A   That's correct.
5    Q   Okay. Is that also your definition?
6    A   That's what I said.
7    Q   Okay. And you don't have any other definition
8  of "plausibility" other than the way it is interpreted
9  and defined as part of the Bradford Hill assessment?
10   MS. AHERN: Objection. Form.
11   THE WITNESS: Well, as I said, and I'll repeat it,
12 that -- in this litigation, we're attempting to
13 determine whether talc causes ovarian cancer. The --
14 everyone seems to agree that the Bradford Hill criteria
15 is the way to establish that. One of those criteria is
16 biologic plausibility.
17       My definition of "biologic plausibility" is
18 the biologic plausibility that Bradford Hill uses in
19 his several points.
20   BY MR. DEARING:
21   Q   And you've articulated that to the best of
22 your ability already?
23   A   Yes.
24   Q   As part of your methodology that you employed
25 in arriving at your expert opinions regarding talcum

13 (Pages 46 to 49)

Robert Kurman, M.D.

Page 50

```
 1    powder and ovarian cancer, did you assess whether it is
 2    biologically plausible for talcum powder to cause
 3    inflammation?
 4        A   Talcum powder can cause inflammation.
 5        Q   Did you consider biologic plausibility that
 6    talcum powder could cause inflammation that might be a
 7    precursor to cancer?
 8        A   For starters, I think it's very important to
 9    look at chronic inflammation.  I've noticed that people
10    tend to throw that around.  "Chronic inflammation" is a
11    very broad term.
12            In terms of the talc exposure, it really
13    refers to a very specific subtype of chronic
14    inflammation -- I alluded to it earlier -- namely
15    foreign-body giant cell granulomatous inflammation.
16    And that, in my opinion, has not been shown to be
17    associated with ovarian cancer.
18        Q   So are you saying the only type of chronic
19    inflammation that might contribute to causing ovarian
20    cancer is the giant cell granuloma-type inflammation?
21        A   No, no.
22        MS. AHERN:  Objection to form.
23        THE WITNESS:  That's not what I said.
24    BY MR. DEARING:
25        Q   Okay.  Can you repeat what you just --
```

Page 51

```
 1        A   Sure.
 2        Q   -- tried to explain.
 3        A   I said that chronic inflammation is a very
 4    broad term.  And in the context of this litigation,
 5    specifically does talc cause ovarian cancer, talc
 6    causes a very specific -- or I should say induces a
 7    very specific type of inflammation, which is referred
 8    to as foreign-body giant cell granulomatous
 9    inflammation.  And that type of inflammation is not
10    associated with ovarian cancer.
11        Q   How do you know that talc used in body powders
12    elicits that kind of inflammation that you just
13    described, giant cell granuloma inflammation?
14        A   Well, talc is what's -- what I'm referring to.
15    In the literature, talc has been used in a variety of
16    situations where it's caused foreign-body giant cell
17    granulomatous inflammation.
18        Q   What are some examples of those situations
19    where talc caused that?
20        A   Pleurodesis.
21        Q   Okay.
22        A   Contamination from gloves.
23        Q   Right.
24        A   That would be the -- well, sometimes it's been
25    seen in creating skin granulomas.  I remember one case
```

Page 52

```
 1    that I ran across that a woman used a -- an
 2    antiperspirant that contained talc, and she got a
 3    skin -- a granuloma in her axilla.  That would be about
 4    it.
 5        Q   Giant cell granulomatous inflammation is
 6    hardly -- is virtually never seen in gynecologic
 7    tissue; right?
 8        A   Very, very rare is it -- is it seen, that's
 9    correct.
10        Q   Is it your testimony that the giant cell
11    granulomatous inflammation is the only kind of
12    inflammation that might be a precursor for cancer?
13        MS. AHERN:  Objection.  Form.  Misstates his
14    testimony.
15        THE WITNESS:  I didn't say that at all.
16    BY MR. DEARING:
17        Q   Okay.  What other type of chronic inflammation
18    might be a precursor for cancer?
19        MS. AHERN:  Objection.  Form.
20        THE WITNESS:  In my opinion, inflammation very
21    rarely initiates cancer.  It can be seen certainly in
22    association with cancer, but it's usually -- it
23    typically occurs later in the whole process of
24    malignancy.
25    ///
```

Page 53

```
 1    BY MR. DEARING:
 2        Q   And in that statement, when you use the term
 3    "inflammation," are you talking giant cell
 4    granulomatous inflammation, chronic inflammation, or
 5    something else?
 6        A   I'm --
 7        MS. AHERN:  Objection.  Form.
 8        THE WITNESS:  I'm not talking about foreign-body
 9    giant cell granulomatous inflammation, which, as I said
10    earlier, I don't see any evidence of causing ovarian
11    cancer.
12            So when I was referring in a more general
13    statement to respond to your question about chronic
14    inflammation, I was referring to chronic inflammation
15    of a different type.
16    BY MR. DEARING:
17        Q   Okay.  You first said when we started talking
18    about inflammation, that it's very important to make
19    sure we're talking about the same kind of inflammation,
20    because they are different types; right?
21        A   That's correct.
22        Q   That's why I'm trying to be very specific
23    about this.
24            Are you aware of any other types of chronic
25    inflammation, other than giant cell or granulomatous
```

Robert Kurman, M.D.

Page 54

1  inflammation, that can cause cancer?
2  MS. AHERN: Objection. Form.
3  THE WITNESS: We're really talking about, again, my
4  testimony specifically concerned with ovarian cancer.
5  So I'm not talking about pancreatic cancer, lung
6  cancer, stomach cancer.
7  I mean, cancers are all different, and I'm not
8  going to stand up and tell you -- respond to that
9  question because it's a very general question.
10  BY MR. DEARING:
11  Q  I thought it was a very specific question.
12  There -- you discuss in your report
13  essentially two types of inflammation -- chronic
14  inflammation, infectious chronic inflammation and
15  noninfectious; right?
16  MS. AHERN: Objection. Form.
17  THE WITNESS: That's one type.
18  BY MR. DEARING:
19  Q  That's two types.
20  A  Well, two types.
21  Q  Okay. Are there any other types of chronic
22  inflammation?
23  A  Just general chronic inflammation not
24  associated -- well, infectious or noninfectious, right.
25  Q  Okay. So breaking inflammation down, there's

Page 55

1  two broad types, either infectious or noninfectious;
2  right?
3  MS. AHERN: Objection.
4  Are you talking about foreign body, or are you
5  talking about general inflammation?
6  THE WITNESS: Right. Foreign-body giant cell
7  reaction is a type of -- type of inflammation that can
8  be either infectious or noninfectious. But it's
9  different than other types of chronic inflammation,
10  which may be infectious or noninfectious.
11  BY MR. DEARING:
12  Q  What's your understanding of the plaintiffs'
13  experts' explanation for how talc causes chronic
14  inflammation which can cause ovarian cancer?
15  A  You're specifically referring to Dr. Kane?
16  Q  Well, it's not just Dr. Kane's position, is --
17  well, you probably haven't read all the other
18  plaintiffs' positions.
19  So as you understand it, based on whatever
20  you've looked at, what's your understanding of that
21  mechanistic process?
22  A  I believe it's unreliable and invalid.
23  Q  No, I don't want your commentary. I want what
24  do you understand that the plaintiffs' experts are
25  alleging.

Page 56

1  MS. AHERN: Objection. Form.
2  THE WITNESS: I haven't read the other experts, as
3  you yourself pointed out. I've read Dr. Kane's
4  explanation. And, as I said, her explanation, I
5  believe, is invalid and unreliable.
6  BY MR. DEARING:
7  Q  So as you sit here today, you have no idea how
8  the plaintiffs, through their experts, are alleging
9  talc causes ovarian cancer?
10  A  I didn't --
11  MS. AHERN: Objection. Form.
12  THE WITNESS: Excuse me. I've interrupted you.
13  I didn't read those expert reports. I don't
14  know what they said.
15  BY MR. DEARING:
16  Q  I know you haven't read the reports, but are
17  you saying that you don't know what the plaintiffs'
18  experts are alleging as a mechanistic process of how
19  talc causes ovarian cancer?
20  MS. AHERN: Objection. Form.
21  THE WITNESS: How would I know if I can't read the
22  reports? I don't know what they said.
23  BY MR. DEARING:
24  Q  What's your understanding of Dr. Kane's
25  opinion on how talc causes ovarian cancer?

Page 57

1  A  I just told you. I said I thought it's
2  invalid and unreliable.
3  Q  I'm not asking you for what you think of it.
4  I'm asking you what's your understanding of what she is
5  saying.
6  How does she describe the mechanism of how
7  talc causes ovarian cancer?
8  A  Well, why don't we go through her report, and
9  I can discuss those with you.
10  Q  You don't remember?
11  A  I want to go through them so we get them
12  absolutely right.
13  Q  I'll come back to it --
14  A  Okay.
15  Q  -- because that's a big part of this.
16  A  Okay.
17  Q  I just wanted to know what you remembered.
18  A  Okay.
19  Q  Is it your opinion that the notion that talc
20  can cause chronic inflammation, which can cause ovarian
21  cancer, is that process biologically plausible to you?
22  A  No.
23  Q  Not the slightest bit?
24  A  No.
25  Q  Why do you say that?

Robert Kurman, M.D.

| | Page 58 |
|---|---|

1   A   Because, as I -- based on my experience and my
2   reviewing of the literatures up to this point, talc
3   induces a specific type of chronic inflammation that
4   we're terming foreign-body granulomatous inflammation.
5   I have never seen that, in all my experience
6   in ovarian cancer, foreign-body giant cell reaction.
7   So, I mean, I've seen chronic inflammation in ovarian
8   cancer. No one would dispute that. But specifically
9   the kind of granuloma -- the kind of inflammation
10   induced by talc, I have not observed.
11   Q   Do you know whether you've treated patients or
12   performed surgical pathology on patient specimens of
13   women who used talcum powder for feminine hygiene
14   long-term?
15   A   I wouldn't know if they haven't used it, but I
16   haven't seen any evidence of it when I looked at tissue
17   specimens.
18   Q   So if you're looking at --
19   MS. AHERN:  David, when you get to a stopping
20   point, can we take a potty break.
21   MR. DEARING:  Sure.  Let me just wrap up this.
22   MS. AHERN:  Sure.
23   BY MR. DEARING:
24   Q   So what you're saying is you don't believe
25   that it's biologically plausible that talc can cause

| | Page 59 |
|---|---|

1   chronic inflammation that can cause ovarian cancer
2   because you've never seen it; right?
3   MS. AHERN:  Objection.  Form.
4   THE WITNESS:  We need to specifically say again the
5   kind of inflammation I'm talking about is foreign-body
6   giant cell inflammation, which is the type of
7   inflammation that's implicated with talc exposure.
8   Talc doesn't produce other types of chronic
9   inflammation.
10   BY MR. DEARING:
11   Q   Again, you said you've never seen, in your
12   career, a chronic inflammatory response to talc like
13   giant cell granulomas in gynecologic tissue; is that
14   what you are saying?
15   A   That's correct.
16   Q   So my question is, you're saying it's not
17   biologically plausible because you've never seen it;
18   right?
19   MS. AHERN:  Objection.  Form.
20   THE WITNESS:  Is that your question?
21   I've spent, as I said, 40 years looking at
22   gynecologic pathology specimens, including a large
23   number of ovarian cancers, and I have never seen a
24   foreign body -- I've seen a foreign-body giant cell
25   reaction in rare ovarian tumors, endometrial

| | Page 60 |
|---|---|

1   carcinomas, due to extrusion of keratin, which can
2   produce a foreign-body giant cell reaction.  That, I've
3   seen.
4   I've seen teratomas, nothing to do with the
5   litigation we're talking about now.  It's a completely
6   different kind of tumor.  It's a germ cell tumor.  And
7   I've seen, with extrusion of keratin in those
8   instances, a foreign-body giant cell reaction.
9   Apart from those instances and maybe suture
10   granulomas, which, again, are pretty obvious, I haven't
11   seen that type of reaction in association with ovarian
12   cancer during my entire career.
13   BY MR. DEARING:
14   Q   And are you saying you haven't seen that type
15   of inflammatory reaction in gynecologic tissue to any
16   foreign particle?
17   A   Well --
18   MS. AHERN:  Objection. Form.
19   THE WITNESS:  -- as I just said --
20   BY MR. DEARING:
21   Q   Except for sutures?
22   A   Suture granulomas and the keratin that I
23   mentioned, which is --
24   Q   That's endogenous?
25   A   Yeah, but it -- yeah, okay.  Aside from that,

| | Page 61 |
|---|---|

1   I can't recall seeing anything, no.
2   Q   So aside from surgical sutures --
3   A   Uh-huh.
4   Q   -- you've never seen a giant cell
5   granulomatous foreign-body reaction in gynecologic
6   tissue?
7   A   Again, I mentioned the keratin --
8   Q   I'm sorry.  Responding to foreign material?
9   MS. AHERN:  Objection. Form.
10   THE WITNESS:  That's correct.
11   MR. DEARING:  Want to take a break?
12   MS. AHERN:  Thank you.
13   VIDEO OPERATOR BROWN:  The time is now 10:31.
14   Going off the record.
15   (Recess taken.)
16   VIDEO OPERATOR BROWN:  Time is now 10:53.  Back on
17   the record.
18   BY MR. DEARING:
19   Q   Right before the break, Doctor, you made a
20   statement to the effect of "Talc doesn't produce other
21   types of chronic inflammation that can cause cancer."
22   Did you say something like that?
23   A   That's -- that's what I said.
24   Q   So what other types of inflammation do cause
25   cancer that you're referring to?

Robert Kurman, M.D.

Page 62

1    A   Well, again, in the ovary, there's absolutely
2    no evidence that inflammation causes cancer.  I want to
3    be clear about that.  Now, there may be other tumors
4    where it plays a role, but those are not things that
5    I'm familiar with.
6        Q   So are you saying that it's not biologically
7    plausible that other types of inflammation can cause
8    ovarian cancer?
9        MS. AHERN:  Objection.  Form.
10       THE WITNESS:  I said I haven't observed it and I
11   wasn't aware of anything in the literature that showed
12   chronic inflammation causing ovarian cancer.
13   BY MR. DEARING:
14       Q   So because you haven't observed it, is it your
15   opinion that it's not biologically plausible?
16       MS. AHERN:  Objection.  Form.  Misstates his
17   testimony.
18       THE WITNESS:  Well, as I said, I haven't seen it
19   nor have I read any paper that has indicated that it
20   was a causative factor of ovarian cancer.
21   BY MR. DEARING:
22       Q   And the question is, is it biologically
23   plausible?
24       MS. AHERN:  Objection.  Form.
25       THE WITNESS:  Insofar as what the literature has

Page 63

1    described about the type of inflammation induced by
2    talc, which has never shown any evidence of causing
3    cancer, I would say it's not plausible.
4    BY MR. DEARING:
5        Q   And the type of inflammation caused by talc
6    that you're referring to is talc typically left inside
7    the body from a contaminated surgical tool, for
8    example, surgical gloves maybe back in the day when
9    they still had talc; right?
10       A   Yeah.
11       MS. AHERN:  Objection.  Form.
12   BY MR. DEARING:
13       Q   So you're not suggesting that cosmetic-grade
14   baby powder talc is the type of talc that you're
15   referring to that you've seen these other inflammatory
16   responses to; right?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  Please repeat -- rephrase that
19   question.
20       MR. DEARING:  Sure.
21   BY MR. DEARING:
22       Q   You said you expect the inflammatory response
23   to talc to be giant cell granulomatous foreign-body
24   response; right?
25       A   Yes.

Page 64

1        Q   And when I -- so my question is, the talc that
2    you're referring to that elicits that type of response
3    is talc left behind from either a surgical tool or a
4    surgical glove or something like that; right?
5        MS. AHERN:  Objection.  Form.
6        THE WITNESS:  That's correct.
7    BY MR. DEARING:
8        Q   And do you agree that the talc used
9    industrially for surgical gloves back in the '70s and
10   before, and potentially contaminating a surgical tool,
11   is different than cosmetic talc in baby powder?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  I'm not exactly sure of that.  This
14   is something that I don't have expertise in.  I would
15   defer to a mineralogist to describe the references
16   between what you describe as industrial and cosmetic
17   talc.
18   BY MR. DEARING:
19       Q   Just to close the circle, is it your opinion
20   that it's not biologically plausible that any type of
21   chronic inflammation can cause ovarian cancer?
22       A   As I said, I've seen no evidence of chronic
23   inflammation causing ovarian cancer.
24       Q   My question is, is it biologically plausible,
25   in your opinion, that some type of inflammation can

Page 65

1    cause ovarian cancer?
2        A   Well, as I haven't seen it --
3        MS. AHERN:  Objection.  Form.
4        THE WITNESS:  -- and I haven't read about it, I --
5    and it's been studied, I would say it's not
6    biologically plausible.
7    BY MR. DEARING:
8        Q   What methodology do you use to reach
9    conclusions about biologic plausibility?
10       A   Well, to begin with, as I said early on in the
11   deposition, I have spent 40 years looking at
12   gynecologic pathology, which ovarian cancer is one of
13   those.  I have read extensively and kept up with the
14   literature.  I've edited the third, fourth, fifth,
15   sixth, and in the process of the seventh edition, of
16   Blaustein's pathology textbook.
17       I was the lead author on the 2014 WHO
18   classification of ovarian cancer.
19       I participate in meetings, both domestically
20   and internationally.  I review papers, as we discussed
21   earlier.
22       So I think all of that together amounts to the
23   way I evaluate biological plausibility.
24       Q   Is that a complete description of your
25   methodology used to evaluate biologic plausibility?

Robert Kurman, M.D.

Page 66

1    A   Well, as I mentioned also, in this particular
2    case, I reviewed what Dr. Kane claimed or alleged that
3    were causative agents.  I review those papers
4    specifically.  So that in addition to everything else I
5    described.
6        Q   So your methodology for evaluating biologic
7    plausibility is your reliance on your experience, your
8    review of the literature, your publication literature,
9    I guess, and your review of other expert opinions on
10   it?
11       MS. AHERN:  Objection.  Form.
12   BY MR. DEARING:
13       Q   Did I leave anything out?
14       A   I think that pretty much covers it.
15       Q   And, of course, you haven't published on talc
16   and ovarian cancer?
17       A   That's correct.
18       Q   And you think that's a complete, sound,
19   reliable methodology for assessing plausible --
20   biologic plausibility?
21       A   Please repeat the question.
22       Q   Sure.
23           Do you think that that is a complete and
24   reliable methodology for assessing plausible --
25   biologic plausibility?

Page 67

1    A   I believe it is, yes.
2    Q   On page 13 of your report -- and I don't know
3    if you need to look this up.  Ycu use the word "inert."
4    You suggest that talc is inert.
5           I just want to know, what does "inert" mean to
6    you?
7    A   Well, I relied upon -- and I think IARC used
8    that exact same terminology, in fact.  And I think in
9    contrast to an inflammatory agent, for example, which
10   elicits more of a systemic immune response, talc is
11   very localized and it induces the migration of
12   macrophages, which then become histiocytes in tissue
13   which surround it and engulf it but don't elicit an
14   immune kind of response.  So, in that respect, I think
15   it is, quote/unquote, inert.
16       Q   What do you mean by "immune kind of response"?
17       A   Well, where -- antigen-presenting cells,
18   lymphocytes.  Lymphocytes induce various types of
19   reactions in response to an infectious agent, for
20   example.  That's not -- that doesn't occur with talc.
21       Q   So you told me why you think talc is inert,
22   but what does it mean to be inert?  How do you define
23   "inert," just the word?
24       MS. AHERN:  Objection.  Form.
25       THE WITNESS:  Well, I can't do any better than I

Page 68

1    have.
2    BY MR. DEARING:
3        Q   Okay.  Do you agree that inert particles can
4    cause an inflammatory response that could trigger or be
5    a precursor to cancer?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  As I just said, again, I think we
8    specifically -- in this litigation referring to talc as
9    an inert substance that does not produce an
10   inflammatory reaction that can cause ovarian cancer.
11   BY MR. DEARING:
12       Q   I understand that about talc and that's your
13   opinion.
14           My question is just because a foreign particle
15   is inert doesn't mean that it can't cause a
16   foreign-body inflammatory reaction that could be a
17   precursor lesion to cancer; right?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  No, I disagree with that.
20   BY MR. DEARING:
21       Q   Well, you would agree that talc does elicit an
22   inflammatory response in tissue; right?
23       A   A specific type of inflammatory reaction, we
24   described foreign-body giant cell granulomatous
25   reaction, yes.

Page 69

1    Q   And so if a large talc particle in the
2    peritoneal cavity elicits an inflammatory giant cell
3    granulomatous response and that inflammation is
4    chronic, can't that chronic inflammatory response
5    evolve into a lesion or a precursor lesion for cancer?
6        MS. AHERN:  Objection.  Form.  Assumes facts.
7        THE WITNESS:  Could you break that?  It was a
8    complex question.
9    BY MR. DEARING:
10       Q   It was a slow question, but it's a simple
11   question.
12       A   Okay.
13       Q   If a large talc particle is left in the
14   peritoneal cavity and evokes the type of response that
15   you say it should, a inflammatory giant cell
16   granulomatous foreign-body response, and it becomes a
17   chronic condition, can't that be a precursor lesion to
18   cancer, some kind of peritoneal cancer?
19       MS. AHERN:  Objection.
20       THE WITNESS:  I don't believe that's true.  It's
21   been demonstrated, as you've alluded to before,
22   surgical gloves can introduce talc into the peritoneal
23   cavity.  And I'm not aware of any cancer that's been
24   associated or induced by that contamination of talc in
25   the peritoneal cavity.

18  (Pages 66 to 69)

Robert Kurman, M.D.

Page 70

1    BY MR. DEARING:
2        Q   Do you agree with me that inert particles can
3    evoke a chronic inflammatory response, foreign-body
4    response, in the body?
5        A   As I said, inert particles induce a
6    foreign-body giant cell reaction of the sort -- similar
7    to what talc does.
8        Q   Do you agree that talc causes inflammation in
9    epithelial ovarian cells?
10       A   No.
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  I don't.
13   BY MR. DEARING:
14       Q   Do you believe that talc can cause
15   inflammation in any kind of ovarian cells?
16       A   Talc produce -- what kind of ovarian cell are
17   we talking about, for starters?
18       Q   Well, any kind you want to identify.  Any
19   kind -- let me ask it again.
20           Do you have any opinions about whether
21   exposure to talc could cause any type of reaction in
22   any type of ovarian cells?
23       A   I've never seen any evidence of that or read
24   any evidence of that.
25       Q   Does that mean you don't think that's

Page 71

1    biologically plausible because you have never seen it?
2        MS. AHERN:  Objection.  Form.
3        THE WITNESS:  Let me -- when you're talking
4    about -- you know, the ovary is a complex organ.
5    Contains germ cells, contains stromal cells, contains
6    surface epithelial cells.
7            Which cells are you actually talking about?
8    BY MR. DEARING:
9        Q   I'm talking about any type of ovarian cell.
10   I'm leaving it up to you to use any cell you like.  Are
11   you telling me that talc causes no reaction in any type
12   of ovarian cell that you know of?
13       A   Well, there have been in vitro studies which
14   have used ovarian cells and shown some reaction, if
15   that's what you mean.  I've seen that.
16       Q   Have you seen any studies that suggest that
17   epithelial cells exposed to talc undergo neoplastic
18   changes?
19       MS. AHERN:  Objection.  Form.
20       THE WITNESS:  I think it is important to point out,
21   before we get all hung up on ovarian epithelial cells,
22   that if we are talking about -- which, basically, we're
23   talking about causation -- is that ovarian cancer does
24   not start from ovarian epithelial cells; it starts from
25   fallopian tube cells.

Page 72

1        So the fact that it might show some reaction
2    in epithelial cells of the ovary, which some biologic
3    studies -- in vitro studies have shown, doesn't have
4    anything to do with causation of ovarian cancer.
5    BY MR. DEARING:
6        Q   I realize that's your opinion and you've
7    published that, even.  But you agree with me that not
8    all gynecologic pathologists agree with you that
9    invasive ovarian carcinomas start in the fallopian
10   tube?
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  Could you define which kind of
13   carcinomas you're talking about?
14   BY MR. DEARING:
15       Q   Sure.  Let's start with serous invasive
16   carcinomas.  You believe that's those typically start
17   in the fallopian tubes; right?
18       A   Low-grade or high-grade?
19       Q   High-grade.
20       A   High-grade, I believe, start in the fallopian
21   tube.
22       Q   And you would agree with not all gynecologic
23   pathologists degree with you on that; right?
24       A   The consensus at this point in time, 2019, is
25   that a vast, vast majority of pathologists believe that

Page 73

1    ovarian -- high-grade serous carcinoma begins in
2    fallopian tube epithelium.
3        Q   Vast, vast majority of them believe that?  Is
4    that what you are saying?
5        A   Well, including your plaintiffs' expert, Susan
6    Kane -- Sarah Kane.
7        Q   I understand.
8            We'll come back to that.
9            Is it your testimony that it's not
10   biologically plausible that talc could cause any type
11   of inflammatory reaction in any type of ovarian cell?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  Well, as I've said, there are some
14   in vitro studies in which exposure to talc has resulted
15   in some proliferation and -- excuse me.  I take that
16   back, proliferation -- expression of some markers that
17   are markers of inflammation.  Those studies I won't get
18   into it because I'm not, as I said, a bench scientist.
19   BY MR. DEARING:
20       Q   So there is some evidence that some ovarian
21   cells will respond in an inflammatory way to talc
22   exposure?
23       MS. AHERN:  Objection.  Form.
24   BY MR. DEARING:
25       Q   Is that what you are saying?  There are

19 (Pages 70 to 73)

Robert Kurman, M.D.

Page 74

```
 1   studies.  That's what I said just now.
 2       A   That's what I said just now.
 3       Q   Okay.  Just making sure I understand.
 4           Do you agree that asbestos is a known human
 5   carcinogen?
 6       A   Yes, I --
 7       MS. AHERN:  Objection.  Form.
 8       THE WITNESS:  Yes, I agree that asbestos is a known
 9   carcinogen.
10   BY MR. DEARING:
11       Q   And you're familiar with IARC, right, the
12   International Agency for Research on Cancer?
13       A   I -- well, I am, yes.
14       Q   And it's an international intergovernmental
15   agency created in 1965; right?
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  I don't know when it was created, but
18   I'm familiar with IARC.
19   BY MR. DEARING:
20       Q   And it forms part of the World Health
21   Organization, which is part of the United Nations;
22   right?
23       A   It's part of the World Health Organization.
24       Q   And there are 25 member nations, and it's made
25   up of probably a thousand or more scientists.
```

Page 75

```
 1           Would you agree with that?
 2       A   You'd have to show me the data for that.  I
 3   don't know.
 4       Q   Okay.  Well, would you agree it's made up of
 5   at least hundreds of scientists?
 6       MS. AHERN:  Objection.  Form.
 7       THE WITNESS:  I want to see what you're talking
 8   about.  I don't know how many are involved.
 9           (The document referenced below was
10           marked Deposition Exhibit 3 for
11           identification and is appended hereto.)
12   BY MR. DEARING:
13       Q   I'm handing you Exhibit 3, which is taken from
14   the IARC website, and it identifies IARC's mission
15   statement.
16           Have you ever seen that before?
17       MS. AHERN:  Objection to the document.  Does it
18   have a date?
19       MR. DEARING:  Well, I printed it off yesterday, but
20   no.
21       MS. AHERN:  Okay.
22   BY MR. DEARING:
23       Q   Have you ever looked at IARC's mission
24   statement before?
25       A   I can't -- hmm.  I got twisted up here for a
```

Page 76

```
 1   second.
 2       I have -- no, I can't say that I have looked
 3   at their mission statement.
 4       Q   Okay.  Well, in the second paragraph, it says:
 5           "The objective of the IARC is to
 6   promote international collaboration in
 7   cancer research.  The agency is
 8   interdisciplinary, bringing together
 9   skills in epidemiology, laboratory
10   sciences, and biostatistics to identify
11   the causes of cancer so that
12   preventative -- preventive measures may
13   be adopted and the burden of disease and
14   associated suffering reduced.  A
15   significant feature of the IARC is its
16   expertise in coordinating research
17   across countries and organizations.  Its
18   independent role as an international
19   organization facilitates this activity.
20   The agency has a particular interest in
21   conducting research in low- and
22   middle-income countries through
23   partnerships and collaborations with
24   researchers in these regions."
25           Is that your understanding of IARC's mission?
```

Page 77

```
 1       A   Well --
 2       MS. AHERN:  Objection.  Form.
 3       THE WITNESS:  -- that's what it states.
 4   BY MR. DEARING:
 5       Q   Do you have any --
 6       A   I have no reason --
 7       Q   -- that that's not --
 8       A   -- to argue with it.
 9       Q   Okay.  Are you aware that in 2009 IARC issued
10   a monograph that stated that there is sufficient
11   evidence now available to show that asbestos causes
12   cancer of the ovary?
13       A   I am aware of it.  I would question their
14   methodology and who the individuals were on that
15   committee that came to that conclusion, because, in
16   looking at that, and I am familiar with it, I had
17   significant issues with the -- their methodology that
18   they used and the conclusions that they drew from that.
19       Q   Do you believe asbestos can cause ovarian
20   cancer?
21       A   At this point, I do not believe that's the
22   case.
23       Q   That same monograph states that "Studies
24   suggest that asbestos can accumulate in the ovaries of
25   women who are exposed to it."
```

20   (Pages 74 to 77)

Robert Kurman, M.D.

Page 78

1          Do you agree with that statement?
2     MS. AHERN: Objection. Form.
3     THE WITNESS: The -- as I recall, those studies
4  that they're citing were inhalation studies of very --
5  of occupational -- of people that were exposed
6  occupationally or environmentally to very high doses of
7  asbestos and which bear -- nothing to do with perineal
8  exposure.
9  BY MR. DEARING:
10    Q   The question is do you agree that studies
11 suggest that asbestos can accumulate in the ovaries of
12 women who are exposed to it?
13    A   I'd have to see the studies where it shows
14 that.
15    Q   So you don't have an opinion on that?
16    A   No. I said I'd like to see the studies. I
17 don't believe -- I'd like to see it.
18    Q   I don't have them.
19    A   Okay.
20    Q   So I'm asking do you have an opinion on that.
21    A   My opinion is, as I said earlier, asbestos
22 does not cause ovarian cancer.
23        (The document referenced below was
24        marked Deposition Exhibit 4 for
25        identification and is appended hereto.)

Page 79

1  BY MR. DEARING:
2     Q   This is Exhibit 4, and this is the monograph
3  I'm referring to.
4         If you look at -- have you seen this before,
5  this monograph? This is where those statements came
6  from.
7     A   I have seen the monograph, I don't
8  specifically recall this page.
9     Q   Okay. Well, look at the bottom of it, that
10 table. And do you see -- these are Group 1 agents, and
11 IARC defines Group 1 agents as known human carcinogens;
12 right?
13    A   Yes, correct.
14    Q   And it identifies, first of all, arsenic as a
15 known human carcinogen, and it identifies tumor sites
16 for which there is sufficient evidence of human
17 carcinogenicity as lungs, skin, urinary bladder.
18        Do you see that?
19    A   In the second column I see lungs, skin, yes,
20 urinary bladder. Uh-huh.
21    Q   And a little bit further down it identifies
22 chromium as a Group 1 carcinogenic.
23        Do you see that?
24    A   I do.
25    Q   And it identifies the lung as a potential

Page 80

1  tumor site for chromium cancer; right?
2     A   Yes.
3     Q   And then right below that is nickel, nickel
4  compounds, is identified as a Group 1 agent. And it
5  identifies tumor sites for which there is sufficient
6  evidence in humans as lungs, nasal cavity, and
7  paranasal sinuses.
8         Do you agree?
9     A   I see that.
10    Q   Do you agree that arsenic, chromium, and
11 nickel are known human carcinogens?
12    A   Well, according to IARC, they are.
13    Q   Do you agree that they are?
14    A   I agree with IARC on that.
15    Q   And then right below that, another Group 1
16 agent, it says asbestos. And then it identifies --
17 one, two, three, four -- six types of asbestos. And it
18 states the tumor sites for which there is sufficient
19 evidence in humans are lung, mesothelioma, larynx, and
20 ovary.
21        And are you saying now that you disagree that
22 the ovary -- that this is sufficient evidence that
23 asbestos can cause cancer in the ovaries?
24    A   I agree that the -- I agree with what I said
25 earlier, that the evidence upon which IARC came to the

Page 81

1  conclusion about ovarian cancer has significant issues
2  that I would argue with.
3     Q   That's not my question. My question is do you
4  agree that asbestos can cause cancer in the ovary, like
5  IARC says?
6     MS. AHERN: Objection. Form. Asked and answered.
7     THE WITNESS: I just said I don't agree that it
8  causes ovarian cancer.
9  BY MR. DEARING:
10    Q   Do you -- if you move over to the fourth
11 column under asbestos, it describes the established
12 mechanistic events that cause the cancer. And it says
13 the asbestos causes "impaired fiber clearance leading
14 to macrophage activation, inflammation, generation of
15 reactive oxygen and nitrogen species, tissue injury,
16 genotoxicity, aneuploidy and polyploidy epigenetic
17 alteration, activation of signaling pathways,
18 resistances to apoptosis."
19        So do you agree asbestos can cause lung
20 cancer?
21    A   Yes.
22    Q   Do you agree that that's the mechanism by
23 which asbestos can cause lung cancer?
24    MS. AHERN: Objection.
25    THE WITNESS: I should clarify what I just said a

21 (Pages 78 to 81)

Robert Kurman, M.D.

| Page 82 | Page 84 |
|---|---|

Page 82

1  moment ago using the term "cancer."  And what I would
2  say is that asbestos is primary -- causes
3  mesotheliomas, which is a type of cancer but is very
4  different from adenocarcinoma or squamous cell
5  carcinoma of the lung, and which asbestos is -- plays
6  maybe a contributory role, but certainly not the major
7  role.
8  BY MR. DEARING:
9      Q.  Okay.  So my question is do you believe that
10  asbestos can cause mesothelioma or other lung cancers
11  by the mechanism that's described in this table?
12      MS. AHERN:  Objection.  Form.
13      THE WITNESS:  Well, I'm not an expert on
14  mesothelioma and asbestosis.  However, I would agree
15  that asbestos causes mesothelioma -- pleural
16  mesothelioma and potentially these mechanisms might
17  explain it, but I haven't studied it.
18  BY MR. DEARING:
19      Q.  So you say that might be the mechanism, but
20  you just don't know?
21      A.  Well, I haven't studied it.  I don't
22  specialize in asbestos.
23      Q.  I'm not faulting you.  I'm just saying you're
24  saying that could be, but you don't know.  Does that
25  mean you don't have a concrete opinion on that, whether

Page 83

1  that's the mechanism that causes mesothelioma?
2      A.  Well, these are the mechanisms that IARC
3  describes which, you know, may be reasonable.  But,
4  again, I don't have direct personal experience with
5  that.  So I can't confirm every one of these features.
6      Q.  Okay.  It also suggests that asbestos causes
7  cancer in the larynx.
8          Do you agree that -- that that's true?
9      MS. AHERN:  Objection.  Form.
10      THE WITNESS:  I really don't know about the
11  laryngeal carcinoma.
12  BY MR. DEARING:
13      Q.  It also says there are possibly other sites
14  where asbestos causes cancer -- the colorectum, the
15  pharynx, the stomach.
16          Do you have any opinion about whether asbestos
17  causes cancer in those organs?
18      A.  Again, these are areas that I'm not -- I have
19  no involvement with.  So I can't really comment.
20      Q.  Are you aware of other cancers that are caused
21  by this mechanistic process that's described here by
22  IARC for asbestos?
23      MS. AHERN:  Objection.  Form.
24      THE WITNESS:  Could you rephrase that question?
25      MR. DEARING:  Sure.

Page 84

1  BY MR. DEARING:
2      Q.  Are you aware of other cancers or do you have
3  knowledge to explain whether other cancers may be
4  caused by this mechanistic process described by IARC
5  pertaining to asbestos?
6      A.  Again, I mean, with established mechanistic
7  events, things like resistance to apoptosis, activation
8  of signaling pathways, epigenetic alteration,
9  genotoxicity, these are general mechanisms that have
10  been implicated in the development of cancer in
11  general.
12      Q.  So looking at this mechanism that's described
13  by IARC, it says, "Impaired fiber clearance leading to
14  macrophage activation."
15          Do you agree that macrophage activation is a
16  foreign-body response in the body?
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  Macrophages can be induced by a
19  variety of -- well, of course, you mentioned
20  foreign-body giant cell reaction, but other types of
21  inflammation can also induce the presence of
22  macrophages.
23  BY MR. DEARING:
24      Q.  And giant cell granulomas are an agglomeration
25  of macrophages; right?

Page 85

1      A.  Well, in the tissue, they're referred to
2  histiocytes, but they're basically macrophages.
3      Q.  So a giant cell is a joined group of
4  macrophages; right?
5      A.  Correct.
6      Q.  So according to this mechanism described by
7  IARC, macrophage activation occurs, which appears to be
8  defined as inflammation.
9          Would you agree that that's what they mean
10  there by saying "inflammation"?
11      MS. AHERN:  Objection.  Form.
12      THE WITNESS:  Well, as I said just a moment ago,
13  macrophage activation can occur with a variety of
14  inflammatory reactions, not just only foreign-body
15  giant cell.
16  BY MR. DEARING:
17      Q.  Okay.  Macrophage activation is a type of
18  inflammation; right?  Is that a fair statement?
19      A.  Not really.  It's part of the inflammatory
20  reaction.  There are other cells as well --
21  lymphocytes, plasma cells, eosinophils,
22  polymorphonuclear leukocytes.  Macrophages are one type
23  of cell involved in inflammation.
24      Q.  And then do you agree that inflammation can
25  lead to the generation of reactive oxygen and nitrogen

Robert Kurman, M.D.

Page 86

1    species?
2        MS. AHERN:  Objection.  Form.
3    BY MR. DEARING:
4        Q   Is that outside your specialty?
5        A   Again, I mean, I've read enough about that to
6    know that, yes, macrophage activation could induce
7    reactive oxygen species.
8        Q   And reactive nitrogen species.
9        A   And reactive nitrogen species.
10       Q   And can reactive oxygen species and reactive
11   nitrogen species damage DNA?
12       A   Can it damage DNA?  Yes.
13       Q   And damaging, DNA, of course, can cause
14   uncontrolled proliferation of cells; correct?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  Well --
17   BY MR. DEARING:
18       Q   I know there's some steps in between, but I'm
19   trying to speed this up.
20       MS. AHERN:  Same objection.
21       THE WITNESS:  Well, involvement -- interjection of
22   a certain agent into DNA can cause DNA damage, that's
23   true.
24   BY MR. DEARING:
25       Q   I'm not talking about certain agents.  I'm

Page 87

1    talking specifically about reactive oxygen species and
2    reactive nitrogen species.  Those agents can damage
3    DNA; right?
4        A   Yes, they can.
5        Q   And then cells with damaged DNA can become
6    cancer cells, can't they?
7        MS. AHERN:  Objection.  Form.
8        THE WITNESS:  Not necessarily.  Not all of them do.
9    Some might.
10   BY MR. DEARING:
11       Q   Well, would you agree that all cancers are
12   borne out of some genetic disruption?
13       MS. AHERN:  Objection.  Form.
14       THE WITNESS:  The issue is it plays a role in
15   carcinogenesis.  But DNA damage, in and of itself, does
16   not invariably lead to malignant transformation.
17   BY MR. DEARING:
18       Q   Right.  But I'm asking the inverse of that
19   question.
20           You can't have cancer without original DNA
21   damage; right?
22       A   That's --
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  DNA damage is part of the process of
25   development of a carcinoma.

Page 88

1    BY MR. DEARING:
2        Q   So thank goodness you can have DNA damage
3    without cancer, but you can't have cancer without DNA
4    damage; right?
5        MS. AHERN:  Objection.  Form.
6        THE WITNESS:  As far as I know, all cancers are
7    part of -- part of the development of cancer is
8    dependent on damage -- or I should say genotoxicity,
9    which means damage in DNA in some form.
10   BY MR. DEARING:
11       Q   And resistance to apoptosis can also be a
12   result of DNA damage; right?  That's part of the
13   problem with cancer is the cells don't -- they lose
14   their programmed ability to self-destruct; right?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  That's one of the factors in
17   carcinogenesis, one of the factors.
18   BY MR. DEARING:
19       Q   But that resistance to apoptosis is a result
20   of DNA damage; right?
21       MS. AHERN:  Objection.  Form.
22       THE WITNESS:  Generally speaking, it's an
23   activation of a suppressor gene called p53, maybe some
24   other genes as well.
25   ///

Page 89

1    BY MR. DEARING:
2        Q   So as I mentioned, this is from 2009; right?
3    Do you agree with me?
4        A   I think that's --
5        Q   The date is at the very bottom of the page.
6        A   Yeah.
7        Q   It's right under the table, actually.
8        A   I see it, 2009.
9        Q   Okay.  So in 2009 IARC said, "Epidemiological
10   evidence has increasingly shown an association" --
11       A   Where are we reading now?
12       Q   I'm sorry.  The top of page 454, so the other
13   page, very top.
14       A   Uh-huh.
15       Q   "Epidemiological evidence has
16   increasingly shown an association for
17   all forms of asbestos (chrysotile,
18   crocidolite, amosite, tremolite,
19   actinolite, and anthophyllite) with an
20   increased risk of lung cancer and
21   mesothelioma."
22           Do you agree with that statement?
23       A   Yes.
24       Q   It goes on to say:
25           "Although the potency differences

23  (Pages 86 to 89)

Robert Kurman, M.D.

| Page 90 |
|---|

1  with respect to lung cancer or
2  mesothelioma for fibers of various types
3  and dimensions are debated, the
4  fundamental conclusion is that all forms
5  of asbestos are carcinogenic to humans."
6      Do you agree with that?
7  MS. AHERN: Objection. Form.
8  THE WITNESS: Well, again, I'm not an expert on the
9  different types of asbestos. I would leave -- I would
10 defer that to an mineralogist to agree as to whether
11 all types, as they state here, are associated with
12 cancer.
13 BY MR. DEARING:
14     Q   The next sentence says:
15         "Mineral substances, for example,
16 talc and vermiculite, that contain
17 asbestos should also be regarded as
18 carcinogenic to humans."
19     Do you agree with that statement?
20     A   Well, that's --
21 MS. AHERN: Objection. Form.
22 THE WITNESS: That's what IARC states. Again, I
23 don't agree with that, but that -- they state that, but
24 I don't agree with it.
25 ///

| Page 91 |
|---|

1  BY MR. DEARING:
2      Q   If a mineral substance contains carcinogenic
3  asbestos, doesn't that make that mineral substance
4  carcinogenic?
5  MS. AHERN: Objection. Form.
6  THE WITNESS: We have no idea how much asbestos is
7  in there. It might be a totally minute amount, that
8  there's a contaminant that doesn't have any
9  relationship to the development of cancer.
10 BY MR. DEARING:
11     Q   Well, you would agree with me that the FDA has
12 determined that there's no safe level of asbestos
13 exposure; right?
14 MS. AHERN: Objection. Form.
15 THE WITNESS: As I said earlier, when it comes to
16 the specifics of the composition of asbestos or, for
17 that matter, talc, I would defer to a mineralogist.
18 BY MR. DEARING:
19     Q   Then the next sentence is what I read to you
20 already:
21         "Sufficient evidence is now
22 available in 2009 to show that asbestos
23 also causes cancer of the larynx and of
24 the ovary."
25     And you disagree with that statement, even as

| Page 92 |
|---|

1  it applies in 2019?
2      A   Well, if you read further down the paragraph,
3  you'll see that it says -- let's see, one, two, three,
4  four, five, six, seven, eight -- ten lines, it says:
5         "Cohort studies of women who were
6  heavily exposed to asbestos in the
7  workplace consistently report increased
8  risks of ovarian cancer, as in a study
9  of women in the UK who manufactured gas
10 masks during World War II."
11     Q   Right.
12     A   "Studies suggest asbestos can accumulate in
13 the ovaries of women who were exposed to it."
14         So you're talking about massive exposures of
15 asbestos in women who are occupationally exposed. The
16 numbers of cases, I looked at that, are very small
17 because most of people who worked in that industry were
18 men.
19         So, again, you're referring to small numbers
20 of cases, extremely heavy exposure to asbestos that
21 allows them to come to that conclusion, which is what I
22 dispute.
23         Furthermore, I think there's a significant
24 risk that cases called ovarian cancer -- you'll notice
25 that there's no pathologist in the -- in the group in

| Page 93 |
|---|

1  this -- in that statement that we read earlier, no
2  pathologist in the IARC group. And I would dispute the
3  fact that these are all carcinomas of the ovary. They
4  may be mesotheliomas that were misclassified.
5      Q   Okay. Do you believe asbestos can cause
6  mesothelioma of the ovary?
7      A   Well, I'd have --
8  MS. AHERN: Objection. Form.
9  THE WITNESS: I'd have to, again, review the data.
10 I can tell you I hardly ever see, and there were hardly
11 any reports of, mesotheliomas involving the ovary.
12 BY MR. DEARING:
13     Q   The last sentence you just read, "Studies
14 suggest that asbestos can accumulate in the ovaries of
15 women who are exposed to it," do you agree or disagree
16 with that?
17     A   Well, let's look at the reference that they're
18 talking about.
19     Q   It's the Heller study.
20     A   Heller study.
21     Q   Drs. Heller, Gordon, Westhoff, Gerber.
22     A   Yeah, maybe we could look at that and see what
23 they say.
24     Q   Okay. Well, you know, in that study, they --
25 they used transmission electron microscopy to digest

24 (Pages 90 to 93)

Robert Kurman, M.D.

| Page 94 | Page 96 |
|---|---|

**Page 94**

1  tissue to measure the burden count of asbestos fibers
2  in the tissue.
3      Do you know that about that study?
4      MS. AHERN:  Objection.  Form.
5      THE WITNESS:  I'd like to see the study.
6  BY MR. DEARING:
7      Q  Okay.  So you have no opinion about that right
8  not without seeing the study that --
9      A  Well, it's been a long time --
10     Q  Let me finish the question, please.
11     A  Yeah, sorry.
12     Q  So you have no opinion about whether asbestos
13  can accumulate in the ovaries of women who are exposed
14  to it?
15     A  I said I'd like to see the study.
16     Q  That doesn't answer my question.  You either
17  have an opinion or you don't.
18     MS. AHERN:  Objection.  Form.
19     THE WITNESS:  My answer is I can't come to an
20  opinion until I've seen the study.
21  BY MR. DEARING:
22     Q  Okay.  And you don't know whether you've seen
23  the study before?
24     A  I have seen the study, but I'd like to see it
25  again.  It's been a while.

**Page 95**

1      Q  Okay.  All right.  Do you have any opinion
2  about whether Johnson & Johnson baby powder or Shower
3  to Shower product has any form of asbestos in it?
4      A  I'll repeat what I said earlier that I'm just
5  talking about the talc that I read.  I don't know
6  what's in their -- what's in their bottles of baby
7  powder or Shower -- whatever.  I would depend on -- I
8  would depend really -- because it's complex.  It's
9  complex.  It's debated.  There are subtle differences
10  between how much, what the type of asbestos is.
11     So I would really have to defer to a
12  mineralogist to answer that question.
13     Q  Are you familiar with the term "asbestiform
14  fibrous talc"?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  I've heard it mentioned.
17  BY MR. DEARING:
18     Q  Do you feel like you know enough about it to
19  discuss it?
20     A  No.
21     Q  Based on what you've read -- and maybe you
22  haven't read anything about this -- do you have an
23  opinion about whether Johnson & Johnson's baby powder
24  or Shower to Shower products have asbestiform fibrous
25  talc in them?

**Page 96**

1      MS. AHERN:  Objection.  Form.  Asked and answered.
2      THE WITNESS:  I'll just repeat what I said before.
3  All I'm referring to is what they say talc is in the
4  various studies.  I don't know all the details of the
5  composition of the talcum powder that they use.
6  BY MR. DEARING:
7      Q  Since you have an opinion that talc cannot
8  cause any type of inflammatory reaction that could
9  cause ovarian cancer, don't you think it's important to
10  know something about whether that talc is platy talc or
11  asbestiform fibrous talc, or what type of talc it is?
12     A  No.  It doesn't matter.  Whatever it is hasn't
13  been shown to form ovarian cancer.
14     Q  Is it your opinion that asbestos exposed to
15  ovaries doesn't cause cancer either?
16     A  I'm not convinced of it at this point.  I'd
17  like to see more studies.
18     Q  Okay.  Is it biologically plausible that
19  asbestos could cause ovarian cancer?
20     A  Biologically plausible?  Again, to me, it's --
21  it has to be seen.  And I haven't seen that yet.  I'd
22  like to see more studies, and then I could tell you
23  whether I think it's biologically plausible or not.
24     Q  So you don't know whether it's biologically
25  plausible, as you sit here right now?

**Page 97**

1      A  I'm saying I'd like to see more studies to be
2  more convinced that it might be biologically plausible.
3  At this point, I'm not convinced.
4      Q  That doesn't answer my question.  I know you
5  would like to see more studies.
6      My question is, do you have an opinion one way
7  or the other whether asbestos exposure to ovaries -- do
8  you have an opinion one way or the other whether it's
9  biologically plausible that asbestos can cause ovarian
10  cancer?  Just do you have an opinion?
11     If you don't have an opinion, that's fine.  I
12  just want to know.
13     A  When I repeat it --
14     MS. AHERN:  Objection.  Form.
15     THE WITNESS:  -- I'm repeating what I said earlier.
16  BY MR. DEARING:
17     Q  I know you want to see studies.
18     Does that mean you don't have an opinion?
19     A  At this point, I'm not convinced that it's
20  biologically plausible to cause ovarian cancer.  I want
21  to see something that shows me evidence of that, and I
22  don't see it.
23     Q  Well, what would you want to see that would
24  show you evidence that it's biologically plausible that
25  ovarian -- that asbestos exposure can cause ovarian

Robert Kurman, M.D.

Page 98

1   cancer?
2       A   It would be nice to see asbestos in ovaries
3   causing a fibrous reaction, maybe seeing some
4   ferruginous bodies, which are very characteristic of
5   asbestos exposure in patients who have ovarian cancer.
6       Q   And while we're talking about this, what would
7   you expect to see or want to see regarding biologic
8   plausibility of talc causing ovarian cancer?
9       A   Well, we kind of --
10      Q   Same thing?
11      A   -- discussed that earlier that with -- I'd
12  like to see a chronic foreign-body giant cell
13  granulomatous reaction, something to indicate that it's
14  biologically active and not just sitting there, say, as
15  a contaminant.
16      Q   Okay.  That's all you would want to see?
17      A   I'd like to see ovarian cancer associated with
18  it, an ovarian cancer in which these -- this is
19  associated with what I just described.
20      Q   How would you make the connection between a
21  foreign-body response to talc in the ovary and cancer
22  of the ovary?  If you saw the foreign-body reaction
23  that you're saying you want to see, is that enough to
24  say, "Well, if that's there, it may be able to cause
25  cancer"?

Page 99

1       A   Not at all.
2       MS. AHERN:  Objection.  Form.
3       THE WITNESS:  No, not at all.
4       MR. DEARING:  Okay.
5       THE WITNESS:  And I'll give you a specific example
6   of something -- where that kind of information was very
7   misleading.
8           I was involved, and I have been involved for
9   the last 15 years, with HPV and cervical --
10  BY MR. DEARING:
11      Q   Excuse me, Doctor.  I don't mean to cut you
12  off.  I know about HPV virus.  I don't need to talk
13  about that.
14      MS. AHERN:  Let him answer, and then you can object
15  as nonresponsive.
16      MR. DEARING:  Well, he's clearly not, and I have a
17  limited amount of time.
18  BY MR. DEARING:
19      Q   What I'm saying is, what do you say about
20  talc?
21      A   I'm going to talk about why seeing the
22  presence of a substance in the ovary with the cancer
23  doesn't mean that it's causing the cancer.
24          And I was -- before you interrupted me, I was
25  going to say that, in the 1960s, '70s, and '80s, HSV-2,

Page 100

1   herpes simplex virus type 2, was thought to cause
2   cervical cancer.  There were electron micrographs
3   showing HSV-2 particles in cervical cancer.
4           There were zero epidemiologic studies
5   confirming that HSV caused cervical cancer with
6   relative risks like ten, much higher than you see with
7   talc, and it was all wrong.  As you said, it's -- you
8   know HPV causes it, not herpes.
9           So just the presence of that in the ovarian
10  tumor doesn't mean that it causes cancer.
11      MR. DEARING:  Right.  I move to strike as
12  nonresponsive.
13  BY MR. DEARING:
14      Q   My question is, what do you need to see
15  between the foreign-body response that you're
16  describing and the cancer to link the two?  That's the
17  question.
18      MS. AHERN:  Objection.  Form.
19  BY MR. DEARING:
20      Q   What do you need to see?
21      MS. AHERN:  Objection.  Form.
22      THE WITNESS:  I'd like to see fulfillment of the
23  various criteria that we've talked about before,
24  Bradford Hill, to really say that all the various
25  studies, not just biologic plausibility but strength of

Page 101

1   association from epidemiologic studies, dose response,
2   consistency, the various factors that Bradford Hill
3   requires to show causality.  That's what I want to see,
4   and I haven't seen that.
5   BY MR. DEARING:
6       Q   So there's nothing pathologically you want to
7   see?
8       A   Well, that might explain --
9       MS. AHERN:  Objection.  Form.
10      THE WITNESS:  That may be one factor that could be
11  considered.
12  BY MR. DEARING:
13      Q   So back to my question.
14          What pathologically you would expect to see in
15  tissue such that you would link the formation of
16  foreign-body response to the cancer?
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  I would like to -- I haven't ever
19  seen it.  Okay.  So I don't know what I would expect.
20  It's a completely hypothetical question.  I'd have to
21  see what I see, and then I could tell you an answer.
22  BY MR. DEARING:
23      Q   Are you aware that IARC also classified
24  asbestiform talc fibers as carcinogenic?
25      A   Are you distinguishing that from just other

26  (Pages 98 to 101)

Robert Kurman, M.D.

Page 102

1   types of asbestos?
2       Q   Asbestiform talc fibers are not asbestos.
3       A   I'm sorry.  Repeat your question.
4       Q   Yes.  I am distinguishing those two.  And if
5   you don't know this and I'm outside of your wheelhouse,
6   just tell me and I'll move on.
7       A   Yeah.
8       Q   Asbestiform talc fibers --
9       A   Oh, okay.
10      Q   -- so not asbestos.
11          Are you aware that IARC has identified
12  asbestiform talc fibers as carcinogenic to humans?
13      MS. AHERN:  Objection.  Form.
14      THE WITNESS:  I'm not aware of that.
15      MR. DEARING:  Would that fact affect your opinion
16  about whether talc can cause ovarian cancers?
17      THE WITNESS:  No.
18      MS. AHERN:  Objection.  Form.
19  BY MR. DEARING:
20      Q   Have you read the 2012 IARC Monograph?
21      A   You'd have to show it to me.  I don't recall.
22      Q   Well, it's on your reference list.
23      A   Yeah.  Well, I'd have to see it again.
24      Q   Okay.
25  ///

Page 103

1           (The document referenced below was
2       marked Deposition Exhibit 5 for
3       identification and is appended hereto.)
4   BY MR. DEARING:
5       Q   Doctor, I'm marking as Exhibit 5 a portion of
6   the 2012 Monograph, and the reason is it's several
7   hundred pages long and I'm trying to save some trees.
8           But here is the portion that I want to talk to
9   you about.  First of all --
10      MS. AHERN:  I'm sorry, one second.  Could I get a
11  copy?  Thank you.
12  BY MR. DEARING:
13      Q   So obviously the cover there identifies this
14  as an IARC Monograph, and it's addressing arsenic,
15  metals, fibers, and dust.  And it's Volume 100C.
16          Do you see that?
17      A   Yes.
18      Q   And this is the one that you referenced in
19  your reference list; right?
20      A   Yes.
21      Q   And you think you have seen this before?
22  You've read this?
23      A   Yes.
24      Q   If you would, turn to page 230.
25          Do you see the section entitled "Talc

Page 104

1   Containing Asbestiform Fibres"?
2       A   Where am I?  230?
3       Q   I think you're on 231.
4       A   Oh, yeah.
5       Q   It says:
6           "Talc particles are normally
7       plate-like.  These particles, when
8       viewed on edge under the microscope, in
9       bulk samples or on air filters, may
10      appear to be fibers and have been
11      misidentified as such.  Talc may also
12      form true mineral fibers that are
13      asbestiform in habit.  In some talc
14      deposits, tremolite, anthophyllite, and
15      actinolite may occur.  Talc containing
16      asbestiform fibers is a term that has
17      been used inconsistently in the
18      literature.  In some contexts, it
19      applies to talc containing asbestiform
20      fibers of talc."
21          Do you feel like you have an understanding of
22  asbestiform talc fibers based on that explanation of
23  what they are to talk more about them, or are we still
24  outside of your expertise?
25      A   I like the term where it says "inconsistently

Page 105

1   in the literature."
2       Q   Right.
3       A   So if it's inconsistently in the literature,
4   I, as not a mineralogist, would have a lot of trouble
5   dissecting all that out.
6       Q   It's inconsistent in the literature because
7   some authors treat asbestiform talc as asbestos, and
8   there's some confusion in the name.  They should have
9   named it something else, but that's the confusion
10  they're talking about.
11      MS. AHERN:  Objection to the characterization.
12  BY MR. DEARING:
13      Q   Anyway, we'll move on to the human exposure
14  section, page 232.  The subheading is "Human Exposure."
15      A   Yes.
16      Q   And it says -- and this explains -- this is
17  the way IARC explains exposures and explains
18  carcinogenesis of the identified carcinogens is they
19  first talk about how humans get exposed to it.
20          And they say here that:
21          "Consumer products (cosmetics,
22      pharmaceuticals) are the primary source
23      of exposure to talc for the general
24      population.  Inhalation and dermal
25      contact, (i.e. through perineal

27 (Pages 102 to 105)

Robert Kurman, M.D.

Page 106

1    application of talcum powders) are the
2    primary routes of exposure."
3        Do you agree with that statement that
4    inhalation and dermal contact, such as through perineal
5    application of talcum powders, is the primary route of
6    exposure for talc for humans?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: As far as I know, inhalation and
9    perineal exposure are the main contacts.
10   BY MR. DEARING:
11   Q    Right. In -- when they describe that
12   exposure, IARC is describing exposure to the general
13   population; right? That's what it says right above
14   it --
15   A    Yeah.
16   Q    -- "exposure to the general population"?
17   A    That's what it says.
18   Q    Okay. That's all I'm going to ask you about
19   that.
20       Do you agree with the statement that "Patients
21   with chronic aspirin, nonsteroidal anti-inflammatory
22   drugs, or acetaminophen use have a reduced risk of
23   ovarian -- epithelial ovarian cancer"?
24   MS. AHERN: Objection.
25   MR. DEARING: That was terrible. Let me start all

Page 107

1    over. Good grief.
2    BY MR. DEARING:
3    Q    Do you agree that patients with chronic
4    aspirin, nonsteroidal anti-inflammatory drug, or
5    acetaminophen use have a reduced risk of epithelial
6    ovarian cancer?
7    A    So you're referring to the epidemiology
8    studies, I assume?
9    Q    There are several studies, yes.
10   A    Yeah. Well, from what I recall, and it's been
11   a while, they are inconsistent. Some show that they
12   decrease risk. And some, specifically the NSAIDs, as I
13   remember, did not show there was a reduced risk of
14   ovarian cancer.
15   Q    Do you have an opinion professionally?
16   A    Well --
17   MS. AHERN: Objection. Form.
18   THE WITNESS: -- as I said, I'm not an
19   epidemiologist, I'm not going to get into the
20   nitty-gritty of it, but just based on those studies, I
21   would say that it's not -- it's inconsistent.
22   BY MR. DEARING:
23   Q    Do you believe that talc can migrate from the
24   perineum through a woman's reproductive tract to the
25   ovaries?

Page 108

1    A    Absolutely not.
2    Q    What is retrograde menstruation?
3    A    Retrograde menstruation occurs in women when
4    they have, at the time of menses, instead of the
5    breakdown of the lining of the uterus, which is the
6    endometrium, passing through the cervix, the vagina,
7    and going as we normally -- as normally occurs in
8    menstruation, goes the other way and goes through the
9    fallopian tubes to the peritoneal cavity.
10   Q    And you agree that 90 percent of women with
11   healthy fallopian tubes experience retrograde
12   menstruation?
13   MS. AHERN: Objection. Form.
14   THE WITNESS: I don't know what the percentage is,
15   but I'm sure it's frequent.
16   BY MR. DEARING:
17   Q    In your report on page 9, you have a short
18   discussion here about endometriosis and endometrioid
19   carcinomas.
20   A    Let me get there. Okay. Page 9.
21   Q    Right. You say in the third sentence:
22       "The precise origin of
23   endometriosis has not been conclusively
24   established. Proposed mechanisms
25   include retrograde menstrual flow and in

Page 109

1    situ development in the peritoneum
2    through a process of metaplasia. Other
3    mechanisms, including development of
4    embryonic rests, have also been invoked.
5    Most cases are best accounted for by
6    retrograde menstruation, that's
7    endometrial tissue expelled at the time
8    of menstruation which passes through the
9    fallopian tubes and implants on the
10   ovary or other sites in the peritoneal
11   cavity."
12       Now, I assume, because you put this in your
13   report, that's what you believe causes endometriosis.
14   Is that right?
15   MS. AHERN: Objection form.
16   THE WITNESS: Yes, that's correct.
17   BY MR. DEARING:
18   Q    But you acknowledge that has not conclusively
19   established; right?
20   A    Generally -- it's generally thought to be the
21   case.
22   Q    Right. But you write, "The precise origin of
23   endometriosis has not been conclusively established."
24   Right?
25   A    True.

28 (Pages 106 to 109)

Robert Kurman, M.D.

Page 110

1      Q   Does that mean other gynecologic pathologists
2  disagree with you on that mechanism?
3      MS. AHERN: Objection to form. Which mechanism?
4  BY MR. DEARING:
5      Q   Is that what you mean by that?
6      A   Yeah.
7      Q   That endometriosis is caused by this process
8  that you just described.
9      A   In other words, that endometriosis can be
10  caused either by retrograde menstruation, metaplasia,
11  or from embryonic rest.  That covers it all.
12      Q   Okay.  I want to put a diagram up, just
13  because this makes it easier for me to talk about it.
14  I can hand you one if you prefer, if it is easier to
15  see, but -- I have lots of them.
16      MS. AHERN: Thank you.
17      THE WITNESS: Might as well take advantage of your
18  generosity.  Okay.
19  BY MR. DEARING:
20      Q   So now using this diagram to describe this
21  retrograde menstruation that you're talking about.
22      A   Uh-huh.
23      Q   So what you're saying is that the
24  endometrium -- the endometrial tissues expelled during
25  menstruation.  Can you show me on your diagram, and

Page 111

1  then I'll repeat it here, where that tissue is coming
2  from that's being expelled?
3      A   Yeah.  It's coming from this little -- where
4  it says "uterus."
5      Q   Right.
6      A   It's like a V.
7      Q   Uh-huh.
8      A   That's the lining of the uterine cavity,
9  endometrial tissue.
10      Q   Okay.
11      A   And that's what breaks down and is expelled.
12      Q   So this area that I'm circling -- and I know
13  this is not a three-dimensional diagram, but
14  essentially it's the lining of the uterus that's being
15  expelled; right?
16      A   That's correct.
17      Q   So you are saying during retrograde
18  menstruation, this lining is expelled in the
19  endometrium and then passes through the fallopian
20  tubes, out the fimbriated end of the fallopian tube, to
21  the ovary?
22      MS. AHERN: Objection.  Form.
23  BY MR. DEARING:
24      Q   Am I stating that correctly?
25      A   That is -- yes.  And other parts of the

Page 112

1  peritoneal cavity as well.
2      Q   When that reverse flow transports that
3  endometrial tissue, does it pick up anything else when
4  it goes?
5      MS. AHERN: Objection.  Form.
6  BY MR. DEARING:
7      Q   Anything else that might be in that cavity?
8  Any other cells?
9      MS. AHERN: Objection.  Form.
10      THE WITNESS: There are no other cells.  There's
11  just the endometrium.
12  BY MR. DEARING:
13      Q   What if there were bacterium in that area?
14  Would the retrograde menstruation pick up the bacterium
15  and deliver them to the ovaries with the tissue?
16      A   Well, certainly, women who have pelvic
17  inflammatory disease, sexually transmitted disease, it
18  involves the fallopian tubes.  So somehow or another,
19  the bacteria get there.  Now, whether they come by
20  lymphatics, I don't know.  It's usually thought to be
21  through lymphatics, not necessarily retrograde
22  menstruation.
23      Q   Okay.  My question is, if there were other
24  materials in that tissue that's being transported,
25  whether it's bacteria, whether it's foreign material,

Page 113

1  don't you think -- or don't you agree that it could
2  also be picked up and transported through the fallopian
3  tubes to the ovaries?
4      MS. AHERN: Objection.  Form.
5      THE WITNESS: It is complete speculation.  I have
6  no idea.
7  BY MR. DEARING:
8      Q   You also state in your report that --
9      A   Back to the report.  Specific page?
10      Q   Yes.  Well --
11      A   Tell me where we are.
12      Q   I don't remember where I read it, and we can
13  look for it in a minute, but let me just ask you the
14  question.
15      Do you agree that the epidemiological data
16  indicate a protective effect of tubal ligations against
17  ovarian cancer in general and an even stronger
18  protective effect for endometrioid and clear cell
19  carcinomas, which are sometimes associated with
20  endometriosis?
21      MS. AHERN: Objection.
22      THE WITNESS: It reduces the risk of those,
23  specifically endometrioid and clear cell, yes.
24  BY MR. DEARING:
25      Q   Doesn't the epidemiological data also evidence

29 (Pages 110 to 113)

Robert Kurman, M.D.

Page 114

1  a protective effect of ovarian cancers in general, all
2  histologic types of ovarian cancer, by tubal ligation?
3      MS. AHERN: Objection. Form.
4      THE WITNESS: I'm not sure -- there's data for
5  high-grade serous carcinoma. I'm not aware of data for
6  low-grade serous carcinoma. I'm not aware of data on
7  mucinous. I'm not aware of that. But for other --
8  certainly high-grade serous carcinoma.
9  BY MR. DEARING:
10     Q  Would you agree that high-grade serous
11 carcinomas make up about 80 percent of the ovarian
12 cancers?
13     A  Yes. But I should add, as I put in my report,
14 that's not the only explanation. You're implying that
15 retrograde menstruation is what -- has reduced the risk
16 of high-grade serous carcinoma. I think there's
17 another statement in there that I made which indicates
18 that tubal ligation has been demonstrated in both
19 humans and animals to reduce or make that epithelium on
20 the fimbriated end of the tube more quiescent, meaning
21 less proliferation, less likelihood of mutations
22 occurring. And perhaps that's another mechanism that
23 reduces the risk of high-grade serous carcinoma.
24     Q  I don't remember seeing that in your report,
25 but you do say, "Also supportive of this" -- and I'm on

Page 115

1  page 9, near the bottom of that paragraph.
2      "Also supportive of this hypothesis
3  are epidemiologic data that indicate the
4  protective effect for tubal ligation is
5  stronger for endometrioid and clear cell
6  carcinoma than for high-grade serous
7  carcinoma" --
8      A  I'm sorry. Could you just tell me where you
9  are reading again? I want to make sure you're right.
10     Q  Sure. It is middle of that page --
11     A  "This suggests"?
12     Q  -- bottom of the paragraph.
13     A  Is that --
14     Q  Below "this suggests."
15     A  Okay. "This suggests." Okay.
16     Q  "Also supportive" --
17     A  Okay. Got you.
18     Q  "Also supportive of this hypothesis" -- and
19 you're talking about this retrograde menstruation that
20 delivers endometrial tissue the ovary?
21     A  Right.
22     Q  "Also supportive of this hypothesis
23 are epidemiologic data that indicate the
24 protective effect for tubal ligation is
25 stronger for endometrioid and clear cell

Page 116

1  carcinoma than for high-grade serous
2  carcinoma, presumably because tubal
3  ligation interrupts the retrograde
4  passage of endometrial tissue from the
5  uterus to the peritoneal cavity."
6      A  Correct, but you have to keep reading.
7      Q  "However, this mechanism does
8  not fit well with the development of
9  high-grade serous carcinoma, which is
10 now thought to derive from a precursor
11 lesion in the fimbriated end (the most
12 distal portion) of the fallopian tube,
13 which is in close contact with the
14 ovary."
15     I understand that, and I'm going to talk a lot
16 about --
17     A  Read the next sentence.
18     Q  Okay.
19     A  "Importantly, Tiourin, et al.,
20 demonstrated in humans and mouse models
21 'that tubal ligations induces quiescence
22 of distal fallopian tube epithelium' by
23 decreasing the number and proliferation
24 of progenitor cells in that region,
25 which can explain the slight reduction

Page 117

1  in the risk of high-grade serous
2  carcinoma associated with this
3  procedure."
4      Q  Okay. But you agree with me that
5  epidemiologic data shows a protective effect for
6  high-grade serous carcinoma in particular for women who
7  have undergone tubal ligations?
8      MS. AHERN: Objection. Form.
9      THE WITNESS: Yes. Slightly less than it is for
10 endometrioid and clear cell carcinoma.
11 BY MR. DEARING:
12     Q  And for endometrial -- endometrioid and clear
13 cell carcinomas, it's a significant reduction in risk,
14 isn't it?
15     A  I don't --
16     Q  Tubal ligation.
17     A  Yes, it definitely plays a role.
18     Q  And it makes perfect sense because, if you
19 occlude the tubes, nothing can pass through them;
20 right?
21     MS. AHERN: Objection.
22     THE WITNESS: Right.
23     How we doing with our bladders?
24     MS. AHERN: Do you need to go?
25     THE WITNESS: I drank too much coffee.

30 (Pages 114 to 117)

Robert Kurman, M.D.

Page 118

1    MR. DEARING:  Want to take a break?
2    THE WITNESS:  Yeah.  Would that be okay?
3    MR. DEARING:  Absolutely.  Anytime.  Please tell
4  me.  I get carried away.
5    VIDEO OPERATOR BROWN:  Time is now 11:59.  Going
6  off the record.
7        (Lunch recess taken.)
8    VIDEO OPERATOR BROWN:  Okay.  Time is now 1:02.
9        Back on the record.
10  BY MR. DEARING:
11    Q   Doctor, you mentioned a few minutes ago -- a
12  while ago about your textbook that you edited.
13        It's called "Blaustein's" --
14    A   -- "Pathology of the Female Genital Tract."
15    Q   And you're the primary editor of that
16  textbook; is that right?
17    A   I was until the last edition.  I had two
18  junior people join me, and they're doing that with me
19  on this current edition that we're working on.
20    Q   What is the last edition that was published?
21    A   The sixth edition.
22    Q   And how many editions have you edited?
23    A   Third, fourth, and fifth by myself.  Sixth
24  with the two of them, and now the seventh with these
25  two people.

Page 119

1    Q   And in addition to editing the textbook, have
2  you also authored chapters within the textbook?
3    A   Yes, I have.
4    Q   And who is the intended audience for that
5  textbook?  Is it for medical students?  Doctors?  What?
6    A   Yes.
7    Q   Anybody that's interested?
8    A   Right.  Residents, fellows, gynecologists,
9  pathologists in practice, medical students.
10    Q   It's a pretty well-recognized and accepted
11  authority on gynecologic pathology; isn't it?
12    A   Well, it's one among many.
13    Q   Going back to the retrograde menstruation
14  process we were talking about at the break, what's the
15  biologic mechanism that causes this reverse upstream
16  menstrual flow?
17    A   I don't know that anyone knows.
18    Q   Well, have you ever observed that process
19  taking place?
20    A   Observed it?  You mean like with a laparoscope
21  and watched the blood flow?  No, I haven't.
22    Q   Have you observed any evidence of that process
23  taking place with the exception of the endometrial
24  tissue being implanted on the ovary?
25    A   Please clarify.  Rephrase that question.

Page 120

1    Q   Sure.
2        So you've never actually seen the flow take
3  place, obviously.  Have you seen any evidence that that
4  flow takes place that makes you think it exists?
5    A   Well, I've seen in microscopic slides of the
6  fallopian tube taken out at the time a woman is
7  menstruating, seen collections of blood and broken-down
8  endometrium within the tubal lumen.
9    Q   Okay.  So retrograde menstruation takes place
10  during a woman's regular menstrual cycle, or is it some
11  other time during that --
12    A   No, during the time of the menstrual cycle.
13    Q   So the menstrual fluid is flowing both ways at
14  the same time?
15    A   Well, conceivably, yes.  It's going out in the
16  normal pathway, but also collections of the same kind
17  of material can be seen in the lumen of the fallopian
18  tube.  Not often, but we've seen it.
19    Q   Is it your testimony that the only way that
20  those endometrial cells could get to the lumen of the
21  fallopian tube or to the ovaries is by this retrograde
22  menstruation?
23    MS. AHERN:  Objection to form.
24    THE WITNESS:  Yeah.  I can't imagine how they would
25  get there any other way.

Page 121

1  BY MR. DEARING:
2    Q   How does -- how do endometrial cells implanted
3  on the surface of the ovary cause endometrioid
4  carcinoma?
5    A   Well, there's some interesting studies showing
6  that, when you look at the endometrium of women with
7  endometriosis -- so I'm saying the endometrium, within
8  the lining of uterus -- and compare that to women who
9  don't have endometriosis, there are certain molecular
10  changes in the women with endometriosis -- in the
11  lining of the uterus, in the endomet- -- that are
12  different than the women who don't have endometriosis,
13  suggesting that there's something different about that
14  endometrium in women with endometriosis that leads to
15  the development of endometriosis compared to other
16  women who may also have retrograde menstruation but who
17  don't develop endometriosis.
18    Q   Right.  But what mechanism takes place to turn
19  a displaced endometrial cell on the surface of the
20  ovary in an endometrioid carcinoma?
21    A   Oh.  Well, there's certain molecular genetic
22  alterations that occur.
23    Q   Do they occur once they get to the ovary, or
24  do they occur on the way to the ovary, or do they occur
25  in the endometrium?

31 (Pages 118 to 121)

Robert Kurman, M.D.

## Page 122

1    A   Well, that's what I was getting to just a
2  moment ago.  Some of those changes may already be
3  present in the endometrium.  So that would explain why
4  some women -- women -- two women have retrograde
5  menstruation; one gets endometriosis and the other one
6  doesn't, because of those changes already present.
7    Q   Have you witnessed any of those cell changes
8  in any kind of laboratory study or experiment?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  Again, could you please rephrase what
11  you mean by that.
12  BY MR. DEARING:
13   Q   Well, let's say endometrial cells that don't
14  already have some carcinogenic process taking place --
15   A   Okay.
16   Q   -- get -- you know, get free from the
17  endometrium, go through the fallopian tubes, implant on
18  the ovary.
19     Are those cells capable of turning into
20  endometrioid carcinoma?
21   A   Well, the -- based on that study -- there are
22  a couple studies now -- it apparently doesn't occur.
23  Or that's the suggestion, that it only occurs in women
24  who have this genetic alteration to begin with.
25  Because, otherwise, as we said, women -- many -- not

## Page 123

1  many -- more normal women can have retrograde
2  menstruation and don't get endometriosis.
3    Q   And using this diagram again, we were talking
4  about tubal ligation.
5    A   Uh-huh.
6    Q   Where do tubal ligations typically take place
7  surgically on the fallopian tube?  Just anatomically,
8  are they --
9    A   Yeah.
10   Q   -- on the distal end, or is it closer to
11  the -- close to the uterus or where -- where are they
12  usually ligated?
13   A   It can vary depending on when these are done,
14  for example, laparoscopically, where the surgeon finds
15  a good place to pick up with his forceps some fallopian
16  tube to tie it off.  So sometimes it's in the middle.
17  Sometimes it's more distally.  It's more often in the
18  middle.  That's what people aim for, rather than in the
19  proximal end, which would be the end closer to the
20  uterus.
21   Q   And the reason that tubal ligations reduce a
22  woman's risk of ovarian cancer is because, if you
23  ligate or close these tubes, endometrial material and
24  potential environmental carcinogens are blocked and
25  cannot pass through the fallopian tubes and reach the

## Page 124

1  fimbriated ends of the tubes and the ovaries; is that a
2  fair statement?
3    MS. AHERN:  Objection.  Form.
4    THE WITNESS:  Well, I didn't say anything about
5  other than blood and endometrial products that are in
6  retrograde menstruation, and those are -- tend to be
7  associated to a greater extent with clear cell and
8  endometrioid carcinoma rather than high-grade serous
9  carcinoma.
10  BY MR. DEARING:
11   Q   Right.  Were you taking exception to something
12  I said in that statement?
13   A   Yes.
14   Q   Did I --
15   A   Well, do you want to repeat the statement --
16   Q   Sure.
17   A   -- and I'll point out where I'm differing.
18   Q   The statement is, if you ligate or close the
19  fallopian tubes, endometrial material and potential
20  environmental carcinogens are blocked.  They cannot --
21   A   Stop.  That's where I was disagreeing.  "And
22  potential environmental carcinogens," I didn't agree
23  with that.  I agreed with the blood but not with that
24  part.
25   Q   What about environmental carcinogen -- what

## Page 125

1  about that statement do you disagree with?
2    A   Well, I don't know that environmental
3  carcinogens have ever been demonstrated to go in
4  retrograde menstruation.
5    Q   Is that one of those situations where it's not
6  biologically plausible to you that tubal ligations
7  would reduce potential for environmental carcinogens to
8  reach ovaries because you haven't seen it?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  I think it's speculation because I
11  don't think there's been evidence produced to
12  demonstrate that there are other environmental
13  carcinogens or whatever that are coming into the
14  uterus.
15  BY MR. DEARING:
16   Q   Doctor, this is your sixth edition of
17  Blaustein's.
18   A   Ah, yes.
19   Q   You recognize it?
20   A   Yes.
21   Q   This is the most current edition; right?
22   A   Currently, that's right.
23   Q   I'm sorry.  I don't have six copies of this.
24  It's very heavy.  But I do want to ask you about
25  something.

Robert Kurman, M.D.

Page 126

1    A   Okay.
2    Q   So I'm referring to Chapter 14 of this book.
3  And Chapter 14 is entitled "Surface Epithelial Tumors
4  of the Ovary."
5        You're familiar with this chapter; right?
6    A   Yes.
7    Q   And you're one of the authors of this chapter;
8  right?
9    A   Yes.
10   Q   On page 681 of this chapter, you're
11 discussing, for context, etiology and risk factors for
12 ovarian cancer; right?
13   A   Well, I'll have to see.  I can't read it from
14 there.
15   Q   Well -- all right.  So this is the title page,
16 "Surface Epithelial Tumors of the Ovary."
17       And you see the first section says
18 "Epidemiology"; right?
19   A   Well, I can't.  Maybe you can magnify it
20 greater.
21   Q   Maybe.
22   A   I can see "Surface Epithelial," but I can't
23 see the subheadings.
24   MS. AHERN:  I think part of it is the glare from
25 the lighting is making it a little hard to read.

Page 127

1    THE WITNESS:  That's better.
2  BY MR. DEARING:
3    Q   Okay.  It'll be easy for you to read along
4  with me, but...
5        So this is the chapter on surface epithelial
6  tumors of the ovary.
7    A   Correct.
8    Q   And then the first few pages discusses
9  epidemiology; right?
10   A   Yes, it does.
11   Q   Okay.  And then over here, one of the first
12 sections it talks about is etiology and risk factors.
13       See that at the bottom there?
14   A   Yes.
15   Q   Okay.  Then I'm going -- I'm only showing you
16 that to show you that's the section that we're in.
17   A   Okay.
18   Q   I'm flipping over to the next page, which is
19 681.  And at the bottom of 681, you see it says
20 "Reproductive Factors."
21       And then this is the part I want to read to
22 you.  So we're talking about etiology and risk factors
23 and, within that heading, reproductive factors.  And
24 you say:
25       "In addition, hysterectomy and

Page 128

1  tubal ligation prevent the introduction
2  of a variety of potential environmental
3  carcinogens from entering the peritoneal
4  cavity and thereby coming into contact
5  with tubal and ovarian tissue."
6        That's where I got that statement from.
7        So are you now saying you disagree with your
8  statements in this textbook with regard to
9  environmental carcinogens?
10   A   Well, you have to understand textbooks.  You
11 basically cite what's out there.  And what we're
12 stating there is what some people have allegedly
13 reported, so that we're trying to be complete.
14   Q   No, Doctor, that's not what somebody alleged
15 in a report.  That's the predominant theory.  That's
16 why that's in the textbook.
17       You're not saying this is what a few people
18 say.  You're saying this because this is the
19 predominant theory; right?
20   A   I didn't say --
21   MS. AHERN:  Objection.  Argumentative.
22   THE WITNESS:  I didn't.
23   MS. AHERN:  Object to the form.
24   THE WITNESS:  Sorry.
25       I didn't say anything about the predominance.

Page 129

1  I said it's a view that's out there and that's
2  reported.  I didn't say anything about -- that it's the
3  predominant.
4  BY MR. DEARING:
5    Q   It wouldn't be in this textbook and written
6  that way if it wasn't biologically plausible, would it
7  be?
8    MS. AHERN:  Objection.  Form.
9    THE WITNESS:  I'm not getting into biologically
10 plausible.  We've already discussed that.  It's been
11 described by some people.  So in fairness to those
12 other reports, we've included it in the chapter.
13 BY MR. DEARING:
14   Q   But you didn't even cite to anybody else.
15 There's no cite there.
16   A   It's kind of a general statement.
17   Q   So it's your testimony that you put that
18 statement that tubal ligations and hysterectomies offer
19 protective effect against environmental carcinogens
20 because a few scientists have said that?
21   MS. AHERN:  Objection.  Form.  Argumentative.
22   THE WITNESS:  I didn't say "a few" or whatever.  I
23 just said it's out there.  So I -- we mentioned it.  We
24 included it.
25 ///

33  (Pages 126 to 129)

Robert Kurman, M.D.

Page 130

```
 1   BY MR. DEARING:
 2      Q   Do you agree with me that, with regard to this
 3   statement and the protective effect of hysterectomies
 4   and tubal ligations against the introduction of
 5   environmental carcinogens, that there's no qualifying
 6   language associated with this statement like "I don't
 7   really believe this" or "This is an outlier-type
 8   opinion"?  There's nothing like that in that statement,
 9   is there?
10      A   That's true.
11      Q   And this textbook, which you just said is for
12   doctors, medical students, scientists, people that want
13   to know, if they wanted to know what's -- you know,
14   does hysterectomy and tubal ligation offer protective
15   effect against ovarian cancer, they would look to your
16   textbook.
17          And all it says is it does offer protective
18   effect against environmental -- potential environmental
19   carcinogens; right?
20      MS. AHERN:  Objection.  Form.
21      THE WITNESS:  It's --
22   BY MR. DEARING:
23      Q   In other words, there's no alternative view
24   stated there, is there?
25      MS. AHERN:  Objection.  Form.
```

Page 131

```
 1      THE WITNESS:  What's stated there is what's stated
 2   there, yes.
 3   BY MR. DEARING:
 4      Q   Okay.  While I have the book open, I asked you
 5   a specific question about whether you agreed that
 6   retrograde menstruation is a common physiologic process
 7   that occurs in 90 percent of menstruating women with
 8   normal unoccluded fallopian tubes, and you said you
 9   think that it's a lot of women or it's a majority.
10      A   Yeah, it is pretty high.
11      Q   Well, would it surprise you that that
12   90 percent came from your textbook?
13      A   Well, I'd like to see it.
14      Q   Okay.  On page 642 where you're describing
15   endometriosis, see there, and usual sites?
16      A   I see that.
17      Q   The next column over where I have the blue
18   marker, it says:
19          "Retrograde menstruation through
20      the fallopian tubes is a common
21      physiologic process occurring in
22      90 percent of menstruating women with
23      patent tubes."
24          Do you agreed with that statement?
25      A   Well, can I -- I can't read that.  I want to
```

Page 132

```
 1   see if you can make it --
 2      A   Sure.  There you go.
 3      A   Yeah, that's what it says.
 4      Q   Okay.  I wasn't trying to trick you.
 5      A   Well, I just want to be sure if it's correctly
 6   stated.
 7          I have to make a minor equipment change here.
 8   Okay.
 9      Q   This textbook was published in 2011; right?
10      A   That's correct.
11      Q   So it was published before you were retained
12   as an expert by Johnson & Johnson; right?
13      A   Correct.
14      Q   Do you agree that if talc can reach the
15   uterus, then it could reach the ovaries?
16      A   I don't --
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  I don't agree that talc can reach the
19   uterus.
20   BY MR. DEARING:
21      Q   Right.  I'm just asking you hypothetically, if
22   talc could reach the uterus, then do you think it could
23   also reach the ovaries, either through retrograde
24   menstruation or some other process?
25      MS. AHERN:  Objection.  Form.
```

Page 133

```
 1      THE WITNESS:  Again, there's no data.  I have no --
 2   no data, so I can't say that it could.
 3   BY MR. DEARING:
 4      Q   Well, I'm asking you as a 40-year experienced
 5   gynecologic pathologist.  Okay.  Relying on all the
 6   experience that you've -- relying on all of your
 7   experience, do you have an opinion either way whether,
 8   if talc could reach the uterus, then it could probably
 9   reach the ovaries?
10      A   Pure speculation.  I can't comment on that.
11      Q   Well, you're an expert.  You are allowed to
12   speculate.
13      A   Doesn't matter if I'm an expert.  It's
14   speculation.
15      Q   Okay.  So you --
16      A   It's meaningless.
17      Q   So you don't have an opinion either way?
18      A   I told you I don't think it could reach the
19   uterus, and I don't -- and, therefore, I don't think it
20   can go any further.  It can't get to the uterus.
21      Q   If it was implanted in the uterus, do you
22   think could reach the ovaries?
23      MS. AHERN:  Objection.  Form.
24      THE WITNESS:  Again, show me a study where they've
25   done that, and then I can, you know, intelligently
```

34 (Pages 130 to 133)

Robert Kurman, M.D.

Page 134

1   discuss it.
2   BY MR. DEARING:
3       Q   So without seeing a study, you have no opinion
4   either way whether talc could move from the uterus to
5   the ovary?
6       A   That's not science. It's just speculation.
7       Q   Okay. Is retrograde menstruation one of those
8   biologically plausible ideas that you do believe exists
9   even though you haven't seen it take place?
10      MS. AHERN: Objection. Form.
11      THE WITNESS: Wait. I'm sorry.
12  BY MR. DEARING:
13      Q   You have testified you've never seen
14  retrograde menstruation take place, but you do say that
15  it's biologically plausible.
16      A   Well, I said, in fact, that I've seen, in
17  microscopic sections of the fallopian tube, parts of
18  endometrial tissue and blood in the lumen of the
19  fallopian tube. So, yes, I think it can occur.
20      Q   I can't remember if you answered this. If you
21  did, I apologize.
22          You've said retrograde menstruation occurs
23  during the regular menstrual cycle of a woman. And I
24  said does that mean you're saying it flows both ways at
25  the same time, and you said yes.

Page 135

1           Do you know what specifically causes it to
2   flow upstream, you know, towards the fallopian tube?
3       A   I have no idea. I don't think anyone has.
4       Q   In your report, on page 6, under the section
5   "Precursor Lesions" --
6       A   Yes.
7       Q   -- you state:
8           "Our understanding of the
9       pathogenesis of ovarian cancer has
10      advanced in the last few years with the
11      recognition that many high-grade serous
12      carcinomas developed from a precursor
13      lesion in the fallopian tube designated
14      serous tubal intraepithelial carcinomas
15      or STIC."
16          Did I read that right?
17      A   Yes, that's correctly stated as it's written,
18  yes.
19      Q   Do you believe that most high-grade serous
20  ovarian cancers derive from the fallopian tube?
21      A   I do.
22      Q   Can a trained pathologist tell if a cancer
23  derived from the fallopian tube by looking at it under
24  a microscope?
25      MS. AHERN: Objection. Form.

Page 136

1       THE WITNESS: Well, I should say that, at times,
2   there can be a lesion that comes from another site that
3   mimics serous tubal intraepithelial carcinoma, so you
4   have to be very careful when you draw that conclusion.
5   BY MR. DEARING:
6       Q   Sir, that's not the question I'm asking.
7       A   Oh, okay.
8       Q   Can a trained pathologist tell by looking at a
9   tumor whether it came from the fallopian tube or
10  whether it originated at the ovaries?
11      A   Well, you can't do it simply on H&E analysis.
12  You really require molecular analysis to demonstrate
13  that it's cloned, that the same genetic alterations
14  that are present in the STIC are present in the -- in
15  the corresponding ovarian cancer.
16      Q   So a surgical pathologist, for example,
17  looking at a surgical specimen from an oophorectomy
18  that's been diagnosed, at least before surgery, as
19  ovarian cancer can't tell if that carcinoma originated
20  from the ovary or the fallopian tube by looking at the
21  tumor; right?
22      MS. AHERN: Objection. Form.
23      THE WITNESS: Just looking at the H&E, based on the
24  studies that have been published, I think it would be
25  reasonable to suspect that that's where it came from.

Page 137

1   BY MR. DEARING:
2       Q   But there's no characteristic about the tumor
3   that tells you that; right? There's nothing you can
4   see under a microscope where you could say, "Oh, that
5   came from the fallopian tube versus ovarian primary"?
6       MS. AHERN: Object.
7       THE WITNESS: That's correct.
8   BY MR. DEARING:
9       Q   And when you're using the term "precursor
10  lesion" in your report, what do you mean by that? How
11  do you define "precursor lesion"?
12      A   Well, it's a lesion that precedes the
13  development of, in this case, invasive carcinoma.
14  Because a STIC is a cancer in situ, if you will, but
15  there are other lesions in the p53 signatures which are
16  benign that appear to precede the development of STICs.
17      Q   And you don't believe type 1 tumors originate
18  in the fallopian tube, do you?
19      A   Well, we think possibly that some low-grade
20  serous carcinomas, which are type 1 tumors, may well
21  arise from fallopian tube, but in a different
22  mechanism.
23      Q   Can you give me an example of a fallopian tube
24  precursor lesion that may be a precursor for any type
25  of ovarian cancer?

35 (Pages 134 to 137)

Robert Kurman, M.D.

Page 138

1    A   STIC, or p53 signature.
2    Q   So you're saying it is a -- that type 2 tumors
3  start out as serous tubal intraepithelial carcinomas in
4  the fallopian tube, and then somehow migrate from the
5  fallopian tube to the ovaries?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Yes.  That's correct.
8  BY MR. DEARING:
9    Q   What mechanism propels it through the
10 fallopian tube to make it implant on the ovary?
11   A   Well, there may be a number of ways.  One way
12 is that these STIC cells have this cohesiveness, so
13 that they are breaking off and they can fall into the
14 fallopian tube and they could migrate up that way, or
15 they might even be -- even though they are noninvasive,
16 there may be a way, it has been suggested -- I'm not
17 sure it is well documented -- it somehow may get into
18 lymphatics and get into the ovary that way.
19   Q   What are some of the causes of fallopian tube
20 precursor lesions?
21       MS. AHERN:  Objection.  Form.
22       THE WITNESS:  We don't know what they are.
23 BY MR. DEARING:
24   Q   Could environmental carcinogens be a potential
25 cause of a tubal precursor lesion?

Page 139

1    A   Well, we haven't made that finding yet.
2    Q   If talc could reach the fallopian tubes, could
3  talc serve as a catalyst for a precursor lesion that
4  would create a STIC that might lead to an ovarian
5  cancer?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Well, based on what we've seen with
8  talc in other locations, such as when it's used in
9  pleurodesis -- long-term studies have not shown the
10 development of carcinoma -- I don't think it would
11 cause ovarian cancer.
12 BY MR. DEARING:
13   Q   Well, if -- if foreign bodies aren't causing
14 tubal precursor lesions, can you give me an example of
15 anything that does?  Anything that's not bacterial.
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  It's an area we just don't know.
18 Something causes a p53 mutation -- we don't know what
19 it does, what it is -- and that starts the ball
20 rolling.
21 BY MR. DEARING:
22   Q   And you think that's a biologically plausible
23 explanation for the carcinogenesis of some ovarian
24 cancers even though you've never seen it?
25   A   May I please --

Page 140

1        MS. AHERN:  Objection.
2        THE WITNESS:  Please rephrase the question.
3        MR. DEARING:  Sure.
4  BY MR. DEARING:
5    Q   You obviously think that this precursor tubal
6  lesion idea that is a precursor lesion for ovarian
7  cancers --
8    A   For high-grade serous ovarian cancers.
9    Q   And some low-grade, you said?
10   A   No, no.  It's a different mechanism.
11   Q   Let's stick with high-grade serous.  That's
12 the majority of cancers anyway, isn't it?
13   A   Yes.
14   Q   So are you saying that these tubal lesions
15 are -- are you saying it's biologically plausible that
16 these tubal lesions are precursor lesions to high-grade
17 serous carcinomas where they're starting in the tube
18 and implanting in the ovary?
19   A   That's the mechanism we think is at play, yes.
20   Q   And you believe that's a biologically
21 plausible explanation for that process even though you
22 don't know what's causing the tubal lesions; right?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  We're saying that we don't know the
25 cause of STIC, but we know that it has mutations and

Page 141

1  morphologic changes that are exactly the same as those
2  in high-grade serous carcinomas.  So we're able to make
3  that jump, but we don't know -- we'd love to know what
4  the cause of a STIC is.  Prevention is, to me, the only
5  way we're going to make headway and, really, an impact
6  on preventing the development of that.  But we have no
7  idea what it is that we need to prevent at this point.
8  BY MR. DEARING:
9    Q   Could tubal exposure to exogenous or
10 environmental materials cause tubal precursor lesions?
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  We don't know.
13 BY MR. DEARING:
14   Q   Well, are these serous tubal intraepithelial
15 carcinomas -- do they derive from inflammation?  Or do
16 you not know that either?
17   A   No, I see -- I've looked at a lot of these,
18 and I've never seen inflammation of any type associated
19 with STICs.
20   Q   Are you aware of any reason why a potential
21 environmental carcinogen could not be a cause or a
22 precipitating exposure of a STIC?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  Please repeat the question.
25       ///

36 (Pages 138 to 141)

Robert Kurman, M.D.

Page 142

1  BY MR. DEARING:
2      Q   So you said you don't know, or we don't know,
3  whether environmental materials are causing these
4  STICs.
5      A   Right.
6      Q   Is there any particular reason why it could
7  not be an environmental material causing these STICs?
8      MS. AHERN:   Objection.  Form.
9      THE WITNESS:   It is a negative question.  I mean,
10  we don't know.  It doesn't tell me anything.  I still
11  can't really quite figure out what you're driving at.
12  BY MR. DEARING:
13      Q   Well, let me ask it in the positive form of
14  that question.  Is it possible that some of those
15  precursor lesions is caused by environmental
16  materials?
17      MS. AHERN:   Objection.  Form.
18      THE WITNESS:   We need to see the data.
19  BY MR. DEARING:
20      Q   So you can't say yes or no to that question?
21      A   That's right.  It's not known.
22      Q   Well, you would agree that it is well known
23  that tubal epithelial inflammation can stimulate
24  proliferation of the epithelium and instigate
25  pathogenesis of tubal hyperplasia; right?

Page 143

1      MS. AHERN:   Objection.  Form.
2      THE WITNESS:   That's correct.  That's in our paper.
3  BY MR. DEARING:
4      Q   So inflammation can play a role in the
5  development of some precursor lesions within the
6  fallopian tube.
7      MS. AHERN:   Objection.  Form.
8      THE WITNESS:   Proliferation isn't the precursor
9  lesion.  Proliferation can occur in completely benign
10  conditions.  It has nothing to do with cancer.
11  BY MR. DEARING:
12      Q   Right.  But it's the epithelial inflammation
13  that's creating the proliferation of the epithelium;
14  right?
15      MS. AHERN:   Objection.  Form.
16      THE WITNESS:   The epithelial -- the inflammation
17  that we describe in our paper on papillary tubal
18  hyperplasia, I think it's important to point out, is
19  due to pelvic inflammatory disease, not due to talc
20  exposure.
21  BY MR. DEARING:
22      Q   Tell me if you agree with this sentence:  "It
23  is well known that an inflammation may stimulate
24  proliferation of tubal epithelium; and, therefore, it
25  is plausible that chronic salpingitis may play a role

Page 144

1  in the pathogenesis of papillary tubal hyperplasia and
2  endosalpingiosis."
3      A   Sounds like it's taken out of my paper.
4      Q   It is.
5      A   Our paper.  But, again, we talked about it
6  earlier.  That refers specifically to serous borderline
7  tumors, which is a precursor, if you will, of low-grade
8  serous carcinoma, not high-grade serous carcinoma.
9  They're different.  They're totally different.
10      Q   Okay.  Well, let's talk about low-grade serous
11  carcinomas and borderline tumors.
12      A   Okay.
13      Q   Are you agreeing with me, then, with regard to
14  those tumors that an inflammatory process within the
15  fallopian tube is what stimulates the proliferation of
16  the tubal epithelium?
17      A   That's our hypothesis.  That is to say that
18  inflammation virtually -- basically meaning pelvic
19  inflammatory disease due to sexually transmitted
20  disease -- we haven't demonstrated that, but that's our
21  thinking.  So it's a hypothesis that we've put out
22  because inflammation of that sort can produce
23  proliferation of tubal epithelium.
24          Proliferation of tubal epithelium in and of
25  itself doesn't mean it's going to go on to the next

Page 145

1  step, a borderline tumor.  You may have tubal
2  proliferation; nothing else happens.
3      Q   Do you have any opinion as to what may be
4  causing inflammation that may stimulate proliferation
5  of tubal epithelium?
6      A   As I said, we're thinking maybe pelvic
7  inflammatory disease, chlamydia, gonorrhea, those kinds
8  of sexually transmitted diseases may account for that.
9      Q   So when you say in your report, "I have
10  participated in a number of studies assessing the
11  characteristics of" --
12      A   Where are we talking about now?
13      Q   I'm sorry.  Page 18.
14      A   Okay.  I'm at 18.
15      Q   It's near the top.
16      A   Okay.
17      Q   It's right in the middle of the first
18  paragraph.
19      A   Okay.  "I have participated."  Go ahead, yeah.
20      Q   "I have participated in a number
21  of studies assessing the characteristics
22  of serous tubal intraepithelial
23  carcinomas and have not found them to be
24  associated with inflammation."
25          That statement is not true if you substituted

Robert Kurman, M.D.

Page 146

1    STIC for low-grade serous carcinomas; right?
2        MS. AHERN: Objection. Form.
3        THE WITNESS: STICs are precursors of high-grade
4    serous carcinoma --
5    BY MR. DEARING:
6        Q  I know.
7        A  -- not low-grade.
8        Q  Right. But my point is, even though you say
9    you have not seen STICs associated with inflammation,
10   you have seen low-grade serous carcinomas associated
11   with inflammation; right? That's what we were just
12   talking about.
13       A  We've seen --
14       MS. AHERN: Objection. Form.
15       THE WITNESS: Sorry.
16           We have seen inflammation associated with
17   papillary tubal hyperplasia. That's what that paper
18   shows.
19   BY MR. DEARING:
20       Q  Well, papillary tubal hyperplasia can be a
21   precursor lesion to ovarian cancer, can't it?
22       MS. AHERN: Objection. Form.
23       THE WITNESS: Can be a precursor of borderline
24   tumors, which can then be a precursor -- not all of
25   them. Very few of them progress to low-grade serous

Page 147

1    carcinoma. So it could be, but many of them don't.
2    BY MR. DEARING:
3        Q  Well, and, of course, some borderline serous
4    tumors progress into invasive serous tumors, don't
5    they?
6        A  They progress to invasive low-grade serous
7    carcinomas, some of them.
8        Q  And they can also implant in other organs,
9    can't they?
10       A  Yes, they can.
11       Q  Incidentally, this paper that we're talking
12   about, the papillary tubal hyperplasia paper that you
13   wrote, it also includes some epidemiology information,
14   doesn't it?
15       MS. AHERN: Objection. Form.
16       THE WITNESS: You'll have to tell me -- show me
17   exactly what you are talking about.
18       MR. DEARING: Actually, you know what? I'm not.
19   Let's move on with this.
20   BY MR. DEARING:
21       Q  Do you agree that ovarian cancer precursor
22   lesions are rarely seen or observed because ovarian
23   carcinomas typically present in advanced stage and
24   those precursor lesions are obliterated or rendered
25   unrecognizable by the cancer?

Page 148

1        MS. AHERN: Objection. Form.
2        THE WITNESS: We're again talking about ovarian
3    high-grade serous carcinomas.
4    BY MR. DEARING:
5        Q  Yes.
6        A  Yes, I think that happens.
7        Q  Okay. So one of the things you said
8    previously was you don't believe talc can cause ovarian
9    cancer because you've seen no evidence that talc causes
10   foreign-body granulomatous reactions in gynecologic
11   tissue; right?
12       MS. AHERN: Objection. Mischaracterizes testimony.
13   BY MR. DEARING:
14       Q  Does that mischaracterize your testimony?
15       A  Repeat what you just said.
16       Q  Sure.
17           You said you do not believe that talcum powder
18   exposure can cause ovarian cancer of any sort because
19   you have not seen evidence of a foreign-body reaction,
20   granulomatous reaction, to talc in gynecologic tissue?
21       MS. AHERN: Same objection. Mischaracterizes
22   testimony.
23   BY MR. DEARING:
24       Q  What did I get wrong?
25       A  Yes. Okay.

Page 149

1        Q  Is that your testimony?
2        A  Yes.
3        Q  Your attorney doesn't think so.
4        MS. AHERN: The record will reflect --
5    BY MR. DEARING:
6        Q  Did I say it right?
7        MS. AHERN: -- what his testimony was earlier.
8        THE WITNESS: You said the ovary.
9    BY MR. DEARING:
10       Q  In fact, you said, "I don't even think it's
11   biologically plausible because I've never seen it."
12   Right? Remember that whole line of questions?
13       A  I've never seen talc, yeah, in association
14   with precursor lesions or high-grade ovarian carcinoma.
15       Q  Right. What you said is you didn't believe
16   talc could cause ovarian cancer because you haven't
17   seen the foreign-body granulomatous response to talc
18   that you would expect to see --
19       MS. AHERN: Objection. Form.
20   BY MR. DEARING:
21       Q  -- from talc exposure; right?
22       MS. AHERN: Mischaracterizing testimony.
23       THE WITNESS: I think we need to be clear that,
24   even if we saw -- even if we saw talc in the case of
25   ovarian cancer, it doesn't mean that it caused it.

38 (Pages 146 to 149)

Robert Kurman, M.D.

Page 150

1    It's just like I said with the HSV, which all those
2    studies showed HSV and cervical cancer and it was
3    totally wrong.  So the fact that you see it in there
4    doesn't mean it's causing them.
5         In fact, in order to have any kind of --
6    you've got to focus on early lesions.  Those are the
7    precursors.  That's where the cancer starts, not in the
8    end product, which is cancer.  You can see
9    inflammation, of course, all over the place in a
10   cancer.
11   BY MR. DEARING:
12       Q   Right.  I'm just trying to make sure that I
13   have this fine point of your testimony correct, and
14   that is, is it your opinion that talc cannot cause
15   ovarian cancer of any sort because you have seen no
16   evidence that talc elicits a foreign-body granulomatous
17   response in gynecologic tissue?
18       MS. AHERN:  Objection.  Mischaracterizes his
19   testimony.
20       THE WITNESS:  We've seen talc does not cause
21   ovarian cancer.  So one has nothing to do with the
22   other.
23   BY MR. DEARING:
24       Q   Have you observed any precancerous lesions in
25   ovarian tissue?

Page 151

1        A   In ovarian tissue, precancerous lesions?  Very
2    interesting question.  We -- and I say "we," the
3    pathology community -- spent 40 years looking for
4    precursors in ovarian tissue and never found it.  So
5    that's why the STIC was such a finding, was such a
6    surprise, and was such a revelation in terms of
7    elucidating the early lesions that could go on to the
8    development of high-grade serous carcinoma.
9        Q   So have you seen precursor lesions in ovaries?
10       A   No.
11       MS. AHERN:  Objection.  Form.
12   BY MR. DEARING:
13       Q   Have you even precursor lesions that are
14   precancerous in fallopian tubes?
15       A   That's what we are talking about.  STICs, we
16   think, are precursors of invasive cancer.  P53
17   signatures in the fallopian tube are precursors, in
18   some instances, of STICs.
19       Q   And when you're observing the STICs, are you
20   observing them in the fallopian tube or in the ovary?
21       A   In the fallopian tube.
22       Q   So back to my statement.  Do you agree that
23   ovarian cancer precursor lesions are rarely seen or
24   observed because ovarian carcinomas typically present
25   in advanced stage and those precursor lesions are

Page 152

1    obliterated or rendered unrecognizable by the cancer?
2        A   Can be.
3        MS. AHERN:  Objection.  Form.
4        THE WITNESS:  Can be.
5    BY MR. DEARING:
6        Q   Can be what?
7        A   Can be obliterated.  Not in all cases.  Most
8    of the cases you see it -- or many of the cases you see
9    it.  Some cases you don't, so we've come to the --
10   well, we've done a study to show that women who have
11   high-grade serous carcinoma, all stages, with STICs and
12   compare them to women, all -- this high-grade serous
13   carcinoma, all stages without STICs, we've analyzed the
14   molecular genetic features of those carcinomas.  They
15   are no different between the ones with STICs and the
16   ones without STICs.  Consequently, we think that some
17   of those cases in which you don't see evidence of the
18   STIC was due to overgrowth by the cancer.  But a lot of
19   times, the STIC is evident.
20   BY MR. DEARING:
21       Q   Do you agree that those precursor lesions are
22   rarely seen or observed?
23       MS. AHERN:  Objection.  Form.
24   BY MR. DEARING:
25       Q   That's what the statement says, they are

Page 153

1    rarely seen or observed.  Do you agree with that?
2        A   What statement is this?
3        Q   One I've read twice now.  I can read it a
4    third time if you would like.
5        A   Read it again, please.
6        Q   Do you agree that ovarian cancer --
7        A   Can you show me where you reading from?
8        Q   Yes.  Do you agree that ovarian --
9        A   No, I want to see it.
10       Q   Listen to it first.
11            Do you agree that ovarian cancer precursor
12   lesions are rarely seen or observed because ovarian
13   carcinomas typically present in advanced stage and
14   those precursor lesions are obliterated or rendered
15   unrecognizable by the cancer?
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  Okay.  Not rarely.  I would disagree
18   with "rarely."
19   BY MR. DEARING:
20       Q   Rarely.  Okay.
21       A   Right.  In other words, yeah, sometimes you
22   don't see them; many times you do see them.
23       Q   Okay.  Turning to page 685 of the same
24   Blaustein textbook you looked at earlier, I'm still in
25   Chapter 14, of which you were an author.

39 (Pages 150 to 153)

Robert Kurman, M.D.

Page 154

1      MS. AHERN:  Page -- I'm sorry -- 285?
2      MR. DEARING:  685.
3      MS. AHERN:  685.  Thank you.
4      MR. DEARING:  I'll try to position this.
5      MS. AHERN:  What year is that edition?
6      THE WITNESS:  2011, I think.
7      MR. DEARING:  It's the most current.
8      THE WITNESS:  You can see that.
9      MS. AHERN:  Okay.  Thank you.
10   BY MR. DEARING:
11      Q   It's under the subheading "Putative
12   Histopathologic Precursor Lesions."  And you write:
13         "The study of precursors of ovarian
14         carcinoma is difficult because the
15         ovaries are not readily accessible for
16         screening and ovarian carcinomas
17         typically present in advanced stage,
18         obliterating or rendering unrecognizable
19         any precursor lesion that may be
20         present.  Furthermore, identification of
21         a putative precursor lesion is based on
22         microscopic examination of a complete
23         resection; and, therefore, the natural
24         history of the lesion cannot be
25         observed."

Page 155

1         So do you agree with that statement as it's
2   written in your textbook?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  Can I -- I couldn't really read it.
5   Let me just see it.  I'm sure you are right.
6         So you're talking about the underlined area.
7   Okay.  "The study of precursor" --
8         Well, you read it correctly.  That's what is
9   stated.  This edition was published in 2011.  A lot has
10   changed since then.  It is 2019 now.  More and more
11   data coming out.  And the study that I just mentioned
12   to you, which I think is very persuasive, is that in
13   some instances the precursor lesion is obliterated;
14   however, those cancers -- and that's proven by the fact
15   that those cancers in which we don't see a STIC are the
16   same on a molecular analysis as ovarian carcinomas in
17   which we do see a STIC, suggesting that, in some
18   instances, it's overgrown but not in all by any
19   instance.  You know, we've learned a lot since 2011.
20   BY MR. DEARING:
21      Q   Sure.  Well, no matter how advanced the
22   science has become in the last eight years, it doesn't
23   change the fact that most of the precursor lesions get
24   obliterated by the tumor, right, because, by the time
25   they're clinical, most of these poor women are in

Page 156

1   end-stage disease; right?
2      MS. AHERN:  Object to the form.
3      THE WITNESS:  You're said saying "most," and I
4   don't agree with "most."
5   BY MR. DEARING:
6      Q   You don't agree with "most"?
7      A   No.
8      Q   Okay.  Some?
9      A   Some, yeah.  Some might be obliterated.
10      Q   Can you put a percentage on how many ovarian
11   cancer cases you've looked at under a microscope where
12   you've observed precursor lesions?
13      MS. AHERN:  Objection.  Form.
14      THE WITNESS:  I can't give you a number.
15   BY MR. DEARING:
16      Q   Is it half?
17      A   I've seen a lot of them.  I can't give you --
18   over the years.  I can't give you a number.
19      Q   How about in the last ten years?
20      MS. AHERN:  Objection.  Form.
21      THE WITNESS:  Doesn't make any difference.  I would
22   see ovarian cancers -- I'd see maybe 30 cases in a week
23   or two weeks.  It's a large number of cases.  Do I
24   remember how many I've seen with STICs?  It's
25   impossible.

Page 157

1   BY MR. DEARING:
2      Q   I'm not asking for a number, but it seems if
3   you observed precursor lesions, that's something that
4   would stand out in your mind, wouldn't it?
5      MS. AHERN:  Objection.  Form.
6      THE WITNESS:  Well, not really.
7   BY MR. DEARING:
8      Q   Are you even looking for precursor lesions
9   when you're doing a surgical pathology evaluation?
10      A   Of course we look for them.
11      Q   So you look for them in every case?
12      A   Every case when the tissue is available, yeah.
13      Q   So you look for them in every case but you
14   have no idea how often you find them?
15      MS. AHERN:  Objection.  Form.
16      THE WITNESS:  I can't give you a number.
17   BY MR. DEARING:
18      Q   So what has specifically developed in the
19   science that changed from "rarely seen" to "often seen"
20   in the last nine -- last eight years?
21      MS. AHERN:  Objection.  Form.  Mischaracterizes
22   testimony.
23      THE WITNESS:  I didn't -- I'll repeat the same
24   thing again.  In some instances, you can see a STIC
25   lesion and a high-grade serous carcinoma.  In other

Robert Kurman, M.D.

Page 158

1    instances -- and I can't give you a percentage -- you
2    will not see a STIC lesion and a similar-looking
3    high-grade serous carcinoma, which we believe is due to
4    the fact that that STIC lesion has been overgrown by
5    the carcinoma.  That's all I can say.
6    BY MR. DEARING:
7        Q   I should have started with that statement.
8            So in some cases where you don't see a
9    precursor lesion, do you -- do you still attribute
10   precursor lesions to be the carcinogenesis of the
11   tumor?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  Well, based on that study that I
14   mentioned to you a few minutes ago, that's what we're
15   saying, yes.
16   BY MR. DEARING:
17       Q   Okay.  Let's talk about something else.
18           Do you believe that the introduction of
19   foreign material through the vagina and uterine cavity
20   can cause inflammation and play an important role in
21   ovarian carcinogenesis?
22       MS. AHERN:  Objection.  Form.
23       THE WITNESS:  Could you specifically tell me what
24   you're thinking about?  What -- what are you referring
25   to?

Page 159

1    BY MR. DEARING:
2        Q   Your textbook, Chapter 14, just past what we
3    read previously.
4        MS. AHERN:  Page?  Sorry.
5        MR. DEARING:  Let me find it.
6        MS. AHERN:  Okay.
7        MR. DEARING:  Oh.  I was looking right at it and
8    just didn't see it.
9    BY MR. DEARING:
10       Q   Under your section entitled "Inflammation."
11       MS. AHERN:  Page, I'm sorry.
12       MR. DEARING:  I'm sorry, page 682.
13       MS. AHERN:  Thank you.
14       MR. DEARING:  Chapter 14.
15           Let me see if I can blow this up so we can all
16   see it.
17   BY MR. DEARING:
18       Q   It says under "Inflammation" -- and, again,
19   we're in the chapter called "Serous Epithelial Tumors
20   of the Ovary."  And specifically, we're talking about
21   etiology and risk factors.
22           "Inflammation:  It has been
23   suggested that inflammation potentially
24   cited by ovulation-induced surface
25   damage by retrograde

Page 160

1    menstruation-induced salpingitis or by
2    the introduction of foreign material
3    through the vagina and uterine cavity
4    plays an important role in ovarian
5    carcinogenesis.  Evidence of a
6    pro-inflammatory microenvironment in
7    endometriosis supports this hypothesis
8    for type 1 tumors.  High-grade serous
9    carcinomas are associated with chronic
10   salpingitis in 53 percent of cases
11   significantly more often than 23 percent
12   seen in nonserous tumors, lending
13   circumstantial support to this
14   hypothesis."
15           So this hypothesis about inflammation, and
16   particularly the part about introduction of foreign
17   material through the vagina and uterine cavity, is that
18   a plausible mechanism for inflammation?
19       A   Let me -- I can see it, but --
20       Q   The entire section.
21       A   Yeah, yeah.  I just want to check this out.
22           I see these references.
23       Q   By the way, I'm not disagreeing with you --
24   with that statement.
25       A   I notice the first reference is from Ness,

Page 161

1    who's written on this subject.  And I don't say I
2    entirely agree with her.  In fact, I don't.
3            287 -- who has been an expert witness for
4    plaintiffs.
5            287...
6        Q   Did you believe her before she became an
7    expert witness for plaintiffs?
8        A   No.
9            287.  Gee, you know, I'm not sure that that
10   reference is correct.  I'd have to read the article
11   specifically because it's -- the title of the article
12   is "The Fallopian Tube:  Primary Site of Most Pelvic
13   High-Grade Serous Carcinomas."  It doesn't say anything
14   about retrograde menstruation, but anyway.  So it would
15   be nice to see that reference.
16           And then, finally, evidence of -- type 1
17   tumors.  Let's see, 95.  Okay.
18           So your question, you state's stated.  I said
19   that there's problems with the -- with the references.
20       Q   Right.  But the studies that pertain to that
21   topic that are referenced here, that is the proposition
22   of those studies, right, that those three things,
23   either the ovulation-induced surface damage or the
24   retrograde menstruation or the introduction of foreign
25   material through the vagina and uterine cavity, play an

Robert Kurman, M.D.

Page 162

```
 1   important role in ovarian carcinogenesis?
 2       A   I have to remind you that the inflammation
 3   that is described there is entirely different from the
 4   inflammation induced by talc, one being -- the latter
 5   being a foreign-body giant cell reaction and this being
 6   the usual type of chronic inflammation.
 7       Q   Well, you use the words "introduction of
 8   foreign material through the vagina and uterine
 9   cavity." So it may not be talc, but you're talking
10   about a foreign material that would evoke the kind of
11   response you're talking -- the kind of foreign-body
12   reaction you're talking about; right?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: I'll have to say that it's in there.
15   It's quite speculative.
16   BY MR. DEARING:
17       Q   All right. Did you believe that to be true in
18   2011 when you published this book?
19       A   Well, you know, again, what was in there was
20   what we felt at the time.
21       Q   By the way, the Ness study --
22       A   Yeah.
23       Q   -- that it cites --
24       A   Yeah.
25       Q   -- is a talc study, isn't it?
```

Page 163

```
 1       A   I'll have to read the article.
 2       Q   You would at least agree that the introduction
 3   of foreign material through the vagina and uterine
 4   cavity was biologically plausible to you when you wrote
 5   it, right, or you wouldn't put it in your textbook?
 6       MS. AHERN: Objection. Form.
 7       THE WITNESS: Again, as I said, a textbook reflects
 8   the general consensus of what's out there.
 9   BY MR. DEARING:
10       Q   Okay.
11       A   It may not necessarily reflect my own personal
12   opinion about it because we have to be fair and
13   acknowledge what's out there.
14       Q   So the general consensus out there is that the
15   introduction of foreign material through the vagina --
16       A   I didn't say the general consensus. I said --
17       Q   You did. Those were your words.
18       A   Well, I misspoke.
19       I said that there -- those studies are out
20   there; people believe it, and that's what was reflected
21   in the textbook.
22       Q   There are also studies out there that --
23   presumably, that suggest that particles can't migrate
24   through the vagina.
25       A   That's true.
```

Page 164

```
 1       Q   So -- but you chose to cite the articles that
 2   do support that proposition, that these foreign
 3   particles can migrate through the female genital tract;
 4   right?
 5       A   That's what --
 6       MS. AHERN: Objection.
 7       THE WITNESS: -- was --
 8   BY MR. DEARING:
 9       Q   You don't even reference the ones that don't
10   suggest that, do you?
11       MS. AHERN: Objection. Form. Misstates what the
12   actual text says and what his testimony has been.
13   BY MR. DEARING:
14       Q   You didn't offer the -- any alternative
15   suggestion in this short chapter on inflammation that
16   suggests foreign materials cannot pass through the
17   vagina and uterine cavity; right?
18       MS. AHERN: Objection. Form. That's a section on
19   inflammation, not migration.
20       MR. DEARING: I'm sorry. I meant to say
21   "inflammation."
22       THE WITNESS: Again, the inflammation is not the
23   type that we see with talc.
24   BY MR. DEARING:
25       Q   Do you agree, over time, that chronic
```

Page 165

```
 1   inflammation in gynecologic tissue can cause DNA damage
 2   and maybe cancer?
 3       MS. AHERN: Objection. Form.
 4       THE WITNESS: Could you be more specific and repeat
 5   that question.
 6   BY MR. DEARING:
 7       Q   Do you believe that, over time, chronic
 8   inflammation in a particular part of gynecologic tissue
 9   can cause DNA damage and result in some type of
10   gynecologic cancer?
11       MS. AHERN: Objection. Form.
12       THE WITNESS: Well, when we -- when we talk about
13   causation and initiation of cancer, it has to be viewed
14   at the earliest stage, at a nonlesion that, as a result
15   of, in this case, inflammation, undergoes neoplastic
16   change.
17       You can see inflammation in well-formed tumors
18   that can be associated with factors that -- cytokines
19   or chemokines, whatever -- that participate in the
20   progression of a tumor, but that's not initiation.
21   That's not causation. And that's what we're really
22   talking about.
23   BY MR. DEARING:
24       Q   Do you believe that, with regard to peritoneal
25   malignancies, apart from asbestos, radiation, chronic
```

Robert Kurman, M.D.

Page 166

1  inflammation, organic chemicals, and nonasbestos
2  mineral fibers may be etiologic agents in some cases?
3      MS. AHERN: Objection. Form.
4      THE WITNESS: Are you reading this from someplace?
5  BY MR. DEARING:
6      Q  I'm reading it right off my outline
7  regarding --
8      A  Yeah. But does your outline come from
9  something?
10     Q  It comes from several places, but let me ask
11 you the question again if you didn't get it.
12         I'm referring to peritoneal malignancies.
13 Okay. Aside from asbestos, radiation, chronic
14 inflammation, organic chemicals, and nonasbestos
15 mineral fibers may be etiologic agents in some cases.
16     MS. AHERN: Objection. Form.
17 BY MR. DEARING:
18     Q  Do you agree with that?
19     A  I'd like to see where you're quoting that
20 from.
21     Q  Do you agree with that statement or not?
22     A  I want to see what you're quoting. I'm not
23 going to just make a comment.
24     Q  You don't have an opinion about it?
25     MS. AHERN: Check the prompter because I think that

Page 167

1  your sentence is incomplete, which is what's confusing
2  him and me.
3         Can you go back up.
4      MR. DEARING: I can ask the question again.
5      MS. AHERN: Go back up and take a look at it in
6  writing. It might help.
7      MR. DEARING: Okay. Let me ask this question
8  again.
9  BY MR. DEARING:
10     Q  I think I asked it right the first time, so
11 I'm going to say it slowly.
12         With regard to peritoneal malignancies --
13 okay? Talking about peritoneal malignancies. Aside
14 from asbestos -- well, do you believe asbestos can
15 cause peritoneal malignancies?
16     MS. AHERN: Objection. Form.
17         Type?
18     THE WITNESS: That's controversial. It's not
19 clear.
20 BY MR. DEARING:
21     Q  Do you have an opinion either way whether --
22     A  I'm not -- it may or may not. I don't think
23 that the data is sufficiently robust to make a comment
24 like that -- a definitive comment like that.
25     Q  Well, do you believe chronic inflammation or

Page 168

1  nonasbestos mineral fibers may be an etiologic agent of
2  some peritoneal malignancies?
3      THE WITNESS: What --
4      MS. AHERN: Objection. Form.
5      THE WITNESS: I'm sorry.
6      MS. AHERN: Go ahead.
7      THE WITNESS: What peritoneal malignancies are you
8  talking about?
9  BY MR. DEARING:
10     Q  Any peritoneal malignancies. Think of any
11 kind you want.
12     A  The only peritoneal malignancy is malignant
13 mesothelioma. That's the only one there is.
14     Q  Well, maybe I'm coming at this the wrong way.
15         How do you define the phrase "etiologic
16 agent"?
17     MS. AHERN: Objection. Form.
18     THE WITNESS: How do you define it?
19 BY MR. DEARING:
20     Q  Well, let's find out.
21         I'm looking at Chapter 13 of your book, which
22 is written by Dr. Julie Irving and Dr. Philip Clement.
23         Did you edit this chapter?
24     A  Well, I edited the textbook.
25     Q  Did you edit this chapter?

Page 169

1      A  I may -- you know, there was three of us, as I
2  mentioned. I'm not sure if I edited that chapter or
3  one of my other co-editors edited it.
4      Q  In this chapter, under the subheading
5  "Malignant Mesothelioma" is described "clinical
6  features." And in the third paragraph of that section,
7  starting with "More than 80 percent," that's referring
8  to a study. Halfway through that paragraph, it says:
9         "Asbestos fibers, however, have
10        been identified with special techniques
11        in some of these women."
12        And they're talking about the malignant
13 mesothelioma patients.
14        "Aside from asbestos, radiation,
15        chronic inflammation, organic chemicals
16        and nonasbestos mineral fibers may be
17        etiologic agents in some cases."
18        So in that sentence, what do they mean by
19 "etiologic agents"?
20     A  Good question. I'm not sure what they mean.
21 I mean, do they mean they're just present there or do
22 they cause it? Not clear to me.
23     Q  If you were to use the term "etiologic agent,"
24 what would it mean to you?
25     A  Well, I've never -- I can't remember using it

43 (Pages 166 to 169)

Robert Kurman, M.D.

Page 170

1    in that context.  I don't use it.  It's not something I
2    use.
3         Q    Would you consider asbestos to be an etiologic
4    agent of mesothelioma?
5         A    In some instances, it might be, yes.  But in
6    some instances it's not been demonstrated.  It's been
7    much more clearly demonstrated in the pleura than it
8    has been in the peritoneum.
9         Q    Would you agree that the HPV virus is a
10   etiologic agent of gynecologic cancers -- of some
11   gynecologic cancers?
12        MS. AHERN:  Objection.  Form.
13        THE WITNESS:  Of cervical cancers and vulvar and
14   vaginal cancers, it is the causative agent.
15   BY MR. DEARING:
16        Q    So when a scientist or pathologist like
17   yourself uses the term "etiology," you're essentially
18   talking about a causative agent, aren't you?
19        MS. AHERN:  Objection.  Form.
20        THE WITNESS:  Well, as I just said a moment ago,
21   some may refer to it in that way.  I don't necessarily.
22   BY MR. DEARING:
23        Q    Would you -- how would you use the term
24   "etiology"?  What does it mean to you?
25        A    Why don't we just look it up, and we can all

Page 171

1    decide -- agree on it?
2         Q    Okay.  I don't want to impose a definition on
3    you.
4         A    Okay.
5         Q    But according to Google --
6         A    Google, huh?  That's definitive.
7         MR. ROTMAN:  According to the dictionary --
8    BY MR. DEARING:
9         Q    Well, let me ask you if you agree with this
10   definition.
11        Is the medical definition of etiological --
12   and it says, "causing or contributing to the
13   development of a disease or condition."  That's what it
14   meant to me.
15        Is that what it means to you?
16        A    Causing or what?
17        MS. AHERN:  Contributing.
18        THE WITNESS:  Contributing.
19   BY MR. DEARING:
20        Q    Causing or contributing to cause a medical
21   condition.
22        A    Causing or contributing?
23        Q    Yes.
24        A    Well, again, contributing isn't cause.
25        Q    I didn't ask you that.  I'm asking you what

Page 172

1    etiology means to you.
2         Do you agree with that definition?
3         A    That definition just said that.  It says
4    "causing or contributing."
5         Q    Okay.  So let's substitute that word in this
6    phrase.
7         Aside from asbestos, with regard to malignant
8    mesotheliomas, do you think that nonasbestos mineral
9    fibers may cause or contribute to cause malignant
10   mesotheliomas in some cases?
11        MS. AHERN:  Objection.  Form.
12        THE WITNESS:  Interesting they don't reference that
13   point.
14   BY MR. DEARING:
15        Q    I'm reading it.
16        A    Yeah, I know.  I'm saying it's interesting
17   that that point wasn't referenced with a citation.
18        Q    Oh, I got you.  Okay.
19        Well, it's clearly the opinion of the two
20   authors of this chapter; right?
21        A    The two authors, yes.
22        Q    And this is a chapter you edited; right?
23        MS. AHERN:  Objection.  Form.
24        THE WITNESS:  Like I said, I'm not sure that I
25   edited it.

Page 173

1    BY MR. DEARING:
2         Q    Okay.  I'm sorry.  I missed that.
3         So when you talk about cause or contributing
4    to cause, what's the distinction between those two
5    ideas, in your mind?
6         MS. AHERN:  Objection.  Form.
7         THE WITNESS:  "Causation," to me, means that it's
8    an initiating factor in setting the process off.
9    "Contributing," to me, means that possibly the process
10   is in place and it contributes to its further
11   progression.
12   BY MR. DEARING:
13        Q    So contributing to cause, in your mind, is
14   something that assists the progression of something
15   that already exists?
16        MS. AHERN:  Objection.
17   BY MR. DEARING:
18        Q    Is that what you're saying?
19        A    I didn't say "contributing."  I separated
20   "cause" and "contribution."
21        Q    Okay.  I want to talk about "cause" and
22   "contributing to cause."
23        Is there any distinction between those two
24   terms?
25        MS. AHERN:  Objection.  Form.  Asked and answered.

44 (Pages 170 to 173)

Robert Kurman, M.D.

Page 174

```
1        THE WITNESS:  Can I see that book again, please. I
2   still can't read that.
3   BY MR. DEARING:
4        Q   I'm not talking about that section now, but...
5        A   Oh, you're not?
6        Q   No.  I'm just generally wanting to get your
7   opinion on --
8        A   Oh, I see.
9        Q   -- "causing" or "contributing to cause."
10       A   Oh, I thought you were referring to that
11  sentence.  Oh, so we're not?
12       Q   No.  That sentence uses the word "etiologic
13  agent."
14       A   Uh-huh.
15       MS. AHERN:  Whatever you meant by that.
16  BY MR. DEARING:
17       Q   So in your mind, is there any distinction
18  between contributing to cause something and causing
19  something?
20       MS. AHERN:  Objection.  Form.  Asked and answered
21  very clearly just two minutes ago.
22       THE WITNESS:  Causation is one issue.  Contributing
23  is another.  They're not the same.
24  BY MR. DEARING:
25       Q   I don't mean contributing.  I mean
```

Page 175

```
1   contributing to cause.  Okay?  You're only giving me
2   half of the phrase.
3        MS. AHERN:  Objection.
4   BY MR. DEARING:
5        Q   Is there a distinction between contributing to
6   a disease and -- I'm sorry.
7            Is there a distinction between contributing to
8   cause a disease and causing a disease?  Is there any
9   distinction there?
10       A   To me, yes.
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  To me, causation is much stronger.
13  Contributing may be involved; may not be.  It's much
14  more wishy-washy.
15  BY MR. DEARING:
16       Q   Do you agree that almost all gynecologic
17  cancers are multifactorial in that they may have more
18  than one cause?
19       A   Yes, that's probably true.
20       Q   Do you believe in the cancer progression model
21  of initiation, promotion, proliferation?
22       MS. AHERN:  Objection.  Form.
23  BY MR. DEARING:
24       Q   Do you agree that that's a reasonable cancer
25  model?
```

Page 176

```
1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  Well, I think you've got it twisted
3   around anyway.
4   BY MR. DEARING:
5        Q   Okay.  Well, correct me.
6        A   It starts with initiation, and proliferation
7   may be the next step.  And then another step may, after
8   that, be promotion and then progression.
9        Q   So when you use the term "cause" or
10  "contribute to cause," are you referring to the
11  initiation phase of that process or the promotion phase
12  or both?
13       MS. AHERN:  Objection.  Form.  He's never said that
14  he uses those terms.
15       THE WITNESS:  I don't use "contributing to cause"
16  how you understand it.  I'm just saying "causation."
17  That, to me, is initiation, period.
18  BY MR. DEARING:
19       Q   If gynecologic cancers are multifactorial and
20  they may have more than one cause, do you agree that
21  there may be more than one thing contributing to cause
22  them?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  There may be multiple causes for a
25  neoplasm to begin, to get an issue, maybe multiple
```

Page 177

```
1   causes.
2   BY MR. DEARING:
3        Q   So for the last time, breaking down that
4   sentence again, coming back full circle now, do you
5   agree that asbestos can be an etiologic agent of some
6   cancers --
7        MS. AHERN:  Objection.  Form.
8   BY MR. DEARING:
9        Q   -- of some mesotheliomas?
10       MS. AHERN:  Objection.  Form.
11       THE WITNESS:  Yes, it may be.
12  BY MR. DEARING:
13       Q   And do you believe chronic inflammation can be
14  a cause of malignant mesotheliomas?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  Again, I'd like to see the data for
17  that.
18  BY MR. DEARING:
19       Q   So you have no opinion on that without looking
20  at a --
21       A   Yeah, I don't -- I don't agree with that.
22       Q   Okay.  And do you believe that nonasbestos
23  mineral fibers can be a etiologic agent or cause of
24  some malignant mesotheliomas?
25       MS. AHERN:  Objection.  Form.
```

Robert Kurman, M.D.

Page 178

1    THE WITNESS: Same thing, I don't -- I'd like to
2  see the data that they're alluding to.
3  BY MR. DEARING:
4    Q  Well, you would at least agree with me that
5  the two authors of that chapter believe that, wouldn't
6  you?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: The two authors appear to believe
9  that.
10    MR. DEARING: Mind if we take a break?
11    MS. AHERN: Sure.
12    VIDEO OPERATOR BROWN: Time is now 2:15. Going off
13  the record.
14    (Recess taken.)
15    VIDEO OPERATOR BROWN: The time is now 2:34. Back
16  on the record.
17  BY MR. DEARING:
18    Q  Doctor, you said earlier that you expect that
19  talc exposure would elicit a foreign-body giant cell
20  granulomatous response within the body; right?
21    A  That's correct.
22    Q  Would asbestos fibers invoke that same type of
23  response?
24    A  I really am not an expert on asbestos --
25  asbestosis, but I'm not aware of it doing foreign

Page 179

1  body -- I really -- best thing not to get into that
2  because it's not something I deal with.
3    Q  Have you ever looked at pulmonary tissue of
4  someone suffering from mesothelioma?
5    A  No, I haven't.
6    Q  So you've never observed asbestos in tissue at
7  all?
8    A  That's right.
9    Q  Well, can you think of any reason why asbestos
10  wouldn't evoke the same kind of foreign-body reaction
11  that talc would?
12    MS. AHERN: Objection. Form.
13    THE WITNESS: Different agents do different things.
14  BY MR. DEARING:
15    Q  Do you think that stroma contributes to the
16  development of ovarian cancer or tubal cancers?
17    MS. AHERN: Objection. Form.
18  BY MR. DEARING:
19    Q  Or STIC?
20    A  It might.
21    Q  How might the stroma contribute to the
22  development of tubal cancer or ovarian cancer?
23    A  Well, in many cancers, there's an interaction
24  between the epithelium and the stroma. So it's
25  certainly possible. I wouldn't rule it out, but I

Page 180

1  don't know.
2    Q  Would you expect the stromal tissue to react
3  the same way the epithelial tissue would react in
4  humans?
5    A  Well, they're different. So I don't know how
6  it would react.
7    Q  If talc can cause p53 mutations in tubal
8  cells, would you expect that it could also cause
9  cancer?
10    MS. AHERN: Objection. Form.
11    THE WITNESS: Are you speculating that, or has
12  it -- I haven't seen data to that effect.
13  BY MR. DEARING:
14    Q  Right. I'm asking -- I'm asking
15  hypothetically right now. If talc could evoke a p53
16  mutation in tubal cells, do you think that talc could
17  cause cancer in tubal cells?
18    A  Not necessarily.
19    Q  Same with ovarian cells?
20    MS. AHERN: Objection. Form.
21  BY MR. DEARING:
22    Q  If talc could evoke a p53 mutation in ovarian
23  cells, do you think it could cause cancer?
24    MS. AHERN: Objection. Form.
25    THE WITNESS: Not necessarily.

Page 181

1  BY MR. DEARING:
2    Q  You answered both of those questions with "not
3  necessarily."
4    A  Correct.
5    Q  Does that mean you don't know, or does that
6  mean you don't think so, or it could?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: Well --
9  BY MR. DEARING:
10    Q  Let me ask the question again.
11    A  P53 signatures have p53 mutations. They don't
12  all go to STIC. STIC has p53 mutations. They don't
13  all go on to invasive cancers. Just having a p53
14  mutation doesn't mean it's inevitably going to become
15  cancer.
16    Q  Right. I'm not saying it necessary would
17  become cancer, but if talc can evoke a p53 response in
18  tubal cells or ovarian cells, would that be evidence to
19  you that talc could cause cancer?
20    MS. AHERN: Objection. Form.
21    THE WITNESS: No.
22  BY MR. DEARING:
23    Q  Do you agree that one example of inflammation
24  associated with foreign materials includes macrophages?
25    MS. AHERN: Objection. Form.

46 (Pages 178 to 181)

Robert Kurman, M.D.

Page 182

1  THE WITNESS:  Well, macrophages in tissue become
2  histiocytes, and that's part of a foreign-body giant
3  cell granuloma.
4  BY MR. DEARING:
5     Q   A minute ago, when I asked you about talc
6  eliciting a p53 response and I asked you whether you
7  thought that would be evidence that talc could cause
8  cancer in those cells, why did you say no?
9     MS. AHERN:  Objection.  Form.
10    THE WITNESS:  Because, as I said, having a p53
11 mutation, in and of itself, does not inevitably mean a
12 tissue is going to become malignant.
13 BY MR. DEARING:
14    Q   Is it suggestive that a tissue might become
15 malignant?
16    MS. AHERN:  Objection.  Form.
17    THE WITNESS:  Not necessarily.
18 BY MR. DEARING:
19    Q   What does that mean, "not necessarily"?
20    A   As I said, you can have a p53 mutation and
21 have a perfectly benign lesion.
22    Q   You said a while ago that one reason you don't
23 believe talc causes ovarian cancer is because you
24 haven't seen talc elicit a foreign-body granulomatous
25 reaction in gynecologic tissue.  Right?  Isn't that

Page 183

1  correct?
2     A   No, that's not the reason I don't think it
3  causes cancer.
4     Q   Tell me why you think talc doesn't cause --
5  can't cause cancer.
6     A   Because there's been absolutely no evidence in
7  the literature that it does.
8     Q   Would you agree with me that foreign materials
9  don't always evoke granulomatous reactions in ovarian
10 tissue?
11    MS. AHERN:  Objection.  Form.
12 BY MR. DEARING:
13    Q   Or extraperitoneal tissue?
14    MS. AHERN:  Objection.  Form.
15    THE WITNESS:  I haven't evaluated other foreign
16 bodies or agents.
17 BY MR. DEARING:
18    Q   So are you agreeing or disagreeing or do you
19 not know that foreign materials don't always evoke
20 granulomatous reaction on ovarian and extraovarian
21 peritoneal services?
22    MS. AHERN:  Objection.  Form.  Asked and answered.
23    THE WITNESS:  I'd like to see the data, and then I
24 could make a decision.  I haven't seen it.
25    ///

Page 184

1  BY MR. DEARING:
2     Q   In your textbook in Chapter 12, written by
3  Dr. Irving and Dr. Clement, entitled "Nonneoplastic
4  Lesions of the Ovary," the subtitle "foreign-body
5  Granulomas," the statement is:
6             "A variety of foreign materials may
7        evoke a granulomatous reaction on the
8        ovarian and extraovarian peritoneal
9        surfaces, potentially mimicking
10       malignant tumor at operation."
11       So the authors here are a bit equivocal about
12 whether foreign materials will evoke a granulomatous
13 reaction; right?  They're saying -- they use the word
14 "may" because it doesn't always happen; right?
15    MS. AHERN:  Objection.  Form.
16    THE WITNESS:  "Variety of foreign materials may
17 evoke granulomatous reaction on" -- "may."
18 BY MR. DEARING:
19    Q   Right.
20    A   That's suggestive, but not definitive at all.
21    Q   So is it fair to say that sometimes they do
22 and sometimes they don't evoke a granulomatous
23 reaction?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  I don't think they say that.

Page 185

1  They just say it might.
2  BY MR. DEARING:
3     Q   Is it equally true that it might not?
4     MS. AHERN:  Objection.  Form.
5     THE WITNESS:  Well, may not.
6  BY MR. DEARING:
7     Q   Do you agree that whether the body reacts to a
8  foreign particle by macrophage or granuloma depends in
9  part on the body's interpretation of that particle and
10 its size?
11    MS. AHERN:  Objection.  Form.
12    THE WITNESS:  I don't know anything about the size
13 business.  Size.
14 BY MR. DEARING:
15    Q   So you are saying that the size of a foreign
16 material is not -- in no way influences whether the
17 body tries to sequester that particle with macrophages
18 versus giant cell granulomas?
19    MS. AHERN:  Object to the form.
20    THE WITNESS:  It may.  I mean, different sizes of
21 talc may have -- may induce the same thing.  I'm not
22 sure the size is that relevant.
23 BY MR. DEARING:
24    Q   If a macrophage could engulf a talc particle,
25 you wouldn't expect to see a giant cell granulomatous

Robert Kurman, M.D.

Page 186

1   response, would you?
2       MS. AHERN: Objection. Form.
3   BY MR. DEARING:
4       Q   Because the macrophage handles it?
5       MS. AHERN: Same objections.
6       THE WITNESS: Well, generally speaking, from what
7   I've read about it, these particles are too large for a
8   single macrophage to envelope it, which results in
9   another macrophage coming along with it and membranes
10  fuse and they engulf the particle.
11  BY MR. DEARING:
12      Q   Are you referring to talc particles?
13      A   Yes.
14      Q   What's your basis for concluding that
15  macrophages cannot engulf a talc particle?
16      MS. AHERN: Objection. Form.
17      THE WITNESS: It's been -- I believe it's been
18  stated -- shown in the literature that the particle
19  might be too large. It's going -- it's going to elicit
20  histiocytic reaction for sure.
21  BY MR. DEARING:
22      Q   Well, do you agree with me that macrophages
23  may respond to very small particles whereas granulomas
24  may respond to larger particles or larger clusters of
25  particles?

Page 187

1       MS. AHERN: Objection.
2       THE WITNESS: I haven't seen data that divides it
3   up that way.
4   BY MR. DEARING:
5       Q   You remember who Dr. John Godleski is, don't
6   you?
7       A   I know the name. I know he's involved in this
8   litigation.
9       Q   Right. He testified in the same trial you
10  did.
11      A   Hmm.
12      Q   And he is a pathologist and a microscopist at
13  Harvard. Well, he's retired, but he spent his career
14  at Harvard.
15          Have you read any of his publications?
16      A   No.
17      Q   Have you read any of his opinions about talc
18  in tissue, particularly in the size of particles he
19  typically finds in tissue?
20      MS. AHERN: Objection. Form.
21      THE WITNESS: He's a pulmonary pathologist, as I
22  recall, knows nothing about gynecologic pathology.
23  Having said that, I don't recall specifically reading
24  his summation of his opinions regarding the size of
25  talc particles.

Page 188

1   BY MR. DEARING:
2       Q   Why do you think he knows nothing about
3   gynecologic pathology if you haven't read his stuff?
4       A   Because he's a pulmonary pathologist.
5   Pulmonary pathologists don't look at gynecologic
6   specimens.
7       Q   Well, he's also a general pathologist, a
8   surgical pathologist, and he has been a -- well --
9       A   Well, I'm not impugning his -- I'm just saying
10  he's not a gynecologic pathologist. Let's put it that
11  way.
12      Q   Okay. Are you aware that the publications
13  he's authored state that the talc particles he
14  typically finds in ovarian tissue, in pelvic lymph
15  nodes is in the 5-micron range, maybe 1 to 10 microns,
16  but average around 5 microns?
17      MS. AHERN: Objection. Form. Are you talking
18  about publications or litigation reports?
19      MR. DEARING: Publications.
20      THE WITNESS: I don't remember reading about the
21  size of the particles.
22  BY MR. DEARING:
23      Q   If a talc particle found its way into ovarian
24  tissue and it was about 5 to 10 microns in size, you
25  would expect that to be handled by a macrophage,

Page 189

1   wouldn't you, not a giant cell?
2       MS. AHERN: Objection. Form.
3       THE WITNESS: You're stating a big "if," namely
4   that it gets into ovarian tissue, which I think is --
5   BY MR. DEARING:
6       Q   I'm going to show you pictures of it in
7   ovarian tissue in just a minute.
8       A   I don't care if you show pictures of it. I
9   don't think it means it's even there. Biologically, it
10  can be a complete contaminant.
11      Q   So are you saying there's no possible way talc
12  can get into any ovarian tissue?
13      A   Well, it's been described. Let's put it that
14  way. It has been described.
15      Q   What does that mean, "it's been described"?
16  I've been describing it all day.
17      A   It's been described that talc is present in
18  ovarian tissue in users or nonusers, as I remember from
19  the Heller article.
20      Q   We can talk about Heller if you like, but the
21  fact of the matter is if a talc particle gets to
22  ovarian tissue and it's between 1 and 10 microns in
23  size, wouldn't you expect that would attract a
24  macrophage, not a giant cell?
25      MS. AHERN: Objection. Form.

Robert Kurman, M.D.

Page 190

1    THE WITNESS:  I don't -- as I said, I haven't read
2    anything about -- specifically about the size of
3    particles and whether it's engulfed by a single
4    macrophage or by a giant cell.
5    BY MR. DEARING:
6    Q   So if you don't know whether a macrophage
7    would respond to it or a giant cell respond to it, how
8    can you say that talc can't cause cancer because it
9    would evoke a giant cell granulomatous response?
10   MS. AHERN:  Objection.  That's not at all what he
11   said.
12   THE WITNESS:  We have to get back to precursor
13   lesions and finding evidence of carcinomatous stimulus
14   in those cells, and those are fallopian tube
15   epithelium, not ovarian cells.
16        (The document referenced below was
17        marked Deposition Exhibit 6 for
18        identification and is appended hereto.)
19   BY MR. DEARING:
20   Q   I'm handing you a study by Dr. Sandra McDonald
21   and others, including Dr. Godleski, entitled
22   "Correlative Polarizing Light and Scanning Electron
23   Microscopy for the Assessment of Talc in Pelvic Region
24   Lymph Nodes."
25        Have you ever seen that study?  It's fairly

Page 191

1    new.  I don't believe it's referenced in your
2    materials.
3    A   Yeah, I don't think I've seen this.
4    MS. AHERN:  Take your time if you want to read it.
5    THE WITNESS:  What's your question?
6    BY MR. DEARING:
7    Q   My question is, over on page 3 at the top,
8    Dr. McDonald describes the talc being visualized using
9    polarizing microscopy, and she says:
10        "Talc is readily visible under
11        polarizing light microscopy where it may
12        be found all both plates and fibrous form
13        and where the particles or fibers are
14        brightly birefringent and often in the
15        size range of 1 to 10 microns."
16   MS. AHERN:  I'm sorry.  Do you have a copy of that?
17   MR. DEARING:  I do.
18   MS. AHERN:  Thank you.  Page 3.
19   MR. DEARING:  Page 3.
20   BY MR. DEARING:
21   Q   What she's describing here are talc particles
22   that she's seen in ovarian tissue and pelvic lymph
23   nodes.  And she's saying that the size range that she
24   sees and that Dr. Godleski has seen repeatedly is in
25   the 1- to 10-micron range.

Page 192

1    Do you have any reason to disagree with that?
2    MS. AHERN:  Object to the form.
3    THE WITNESS:  I want to go back and sort of read
4    this Materials and Methods a little better.
5    BY MR. DEARING:
6    Q   If you want to take time and read the whole
7    study --
8    A   No, I'm just reading --
9    Q   -- we can go off the record and you can do
10   that.
11   A   I'm reading materials and methods.  I'm up to
12   your paragraph.
13   Q   Keep in mind the question is are these -- one,
14   two, three, four, five, six, seven, eight -- eight
15   scientists reporting finding talc particles in the 1-
16   to 10-micron range in pelvic lymph nodes and
17   gynecologic tissue?
18   A   Okay.  So they're finding talc particles in
19   lymph nodes, and do they say ovarian tissues here?
20   Probably.  It's mainly lymph nodes, it sounds like.
21   They're focused on the lymph nodes.
22   Q   They are.  You're right.
23   A   So they find it in lymph nodes, yes.  What's
24   your question?
25   Q   The size of the particles they're finding in

Page 193

1    pelvic lymph nodes are 1 to 10 microns, right, as they
2    report it?
3    A   Yes.
4    Q   And if you would turn over to page 9,
5    Figure 3, there's a photomicrograph.
6    A   Hold on one sec.
7    MS. AHERN:  Take your time.  If you need to go off
8    the record, we can.
9    THE WITNESS:  Okay.  What were you saying now?  I'm
10   sorry.
11   BY MR. DEARING:
12   Q   Okay.  Page 9.  There are three
13   photomicrographs.  And I just want to talk about one of
14   them.
15        Do you see the paragraph that starts
16   "Figure 3"?
17   A   I'm on Figure 4.
18   Q   Page 9.
19   A   I see page --
20   Q   Page 9.
21   A   Page 9.  Yes.  Okay.
22   Q   And the paragraph that starts with the word
23   "Figure 3."
24   A   Yes.
25   Q   Okay.  Figure 3 -- and that's the table above,

Robert Kurman, M.D.

Page 194

1  but Figure 3 shows "correlative polarizing light
2  microscopy, SEM, and EDX from Case 18 in the digestate
3  study."
4       Below is some photomicrographs.
5       "Going clockwise from upper left,
6  Panel A shows polarized light microscopy
7  showing numerous birefringent particles,
8  general size range 1 to 5 microns within
9  the macrophages of the left external
10  iliac lymph node."
11       Do you see that.
12  A   In Figure A?
13  Q   Do you see where I'm reading from?
14  A   "Going clockwise from upper left Panel A shows
15  polarized light microscopy, H&E" --
16       A is H&E?  It sure doesn't look like an H&E.
17       "-- shows" --
18  THE REPORTER:  Doctor, if you're reading, I'm not
19  picking it up.
20  THE WITNESS:  I'm sorry.
21       Figure 3 shows correlative polarizing light
22  microscopy, SEM, and EDX from Case 18 in the digestate
23  study (Table 1).  Going clockwise from upper left,
24  Panel A shows polarized light microscopy, H&E, showing
25  numerous birefringent particles, general size from 1 to

Page 195

1  5 micrograms -- microns within the macrophages of the
2  left external iliac lymph node.
3  BY MR. DEARING:
4  Q   Right.  That's what I want to point out to
5  you.
6  A   Yeah.
7  Q   Okay.  Do you agree that what the authors are
8  saying there is that the birefringent particles
9  observed in the 1- to 5-micron range are being
10  sequestered by macrophages?  Right?
11  A   Okay.
12  MS. AHERN:  Objection.  Form.
13  BY MR. DEARING:
14  Q   Do you agree with that?
15  A   Yeah.
16  Q   If you turn the page, there's another
17  photomicrograph on page 11.  And, again, they note in
18  the caption underneath it "Numerous birefringent
19  particles under polarized light microscopy" --
20  MS. AHERN:  Where are you?  I'm sorry.
21  MR. DEARING:  Page 11.
22  BY MR. DEARING:
23  Q   "Numerous birefringent particles
24  under polarized light microscopy within
25  the macrophages of a left external iliac

Page 196

1  lymph node."
2       So, again, there's another photomicrograph of
3  birefringent particles being sequestered by
4  macrophages; right?
5  MS. AHERN:  Objection.  Form.
6  BY MR. DEARING:
7  Q   At least according to those six, seven
8  authors?
9  A   So what -- I need -- could you read that -- I
10  couldn't follow.  I was looking at the pictures.  What
11  were you reading exactly?
12  Q   The caption underneath the photomicrograph.
13  A   Oh.  The caption --
14  MS. AHERN:  Just read it to yourself so she doesn't
15  have to write it down.
16  BY MR. DEARING:
17  Q   You can stop after A because that's all I'm
18  talking about.
19  A   Okay.
20  Q   So do you agree with me that that's another
21  photomicrograph showing birefringent particles being
22  engulfed by macrophages?
23  A   Well, honestly, I can't tell from this
24  black-and-white photo what they are.  I see polarized
25  light and I -- I see polarized, you know, particles,

Page 197

1  but I don't see what they are.
2  Q   Do you agree that the eight authors are
3  reporting those to be --
4  A   Well, maybe they are.  But they reported that.
5  I don't see it.  I can't convince myself on this
6  picture that --
7  Q   I'm not asking you to.  I'm asking you to
8  agree with me or not that the eight authors of this
9  paper identify these birefringent particles in this
10  photomicrograph as being engulfed by macrophages.
11  MS. AHERN:  Objection.  Form.
12  THE WITNESS:  Maybe that's what they say, but they
13  don't -- haven't convinced me in the picture.  If I
14  were a reviewer, I wouldn't accept that at all.
15  BY MR. DEARING:
16  Q   Well, of course not.  You would want to see
17  the photomicrograph that they looked at.
18  A   Yeah.  I mean, they're showing this picture,
19  but it's a gemish, black and white, some little white
20  particles.  I can't tell if it's a macrophage or not.
21  Q   If you will turn next to the discussion
22  section.  That's the next page.
23  A   Okay.
24  Q   The scientists write:
25       "The accurate identification of

50 (Pages 194 to 197)

Robert Kurman, M.D.

Page 198

1    talc in pelvic tissues is important
2    because it documents exposure by
3    demonstrating the presence of talc in
4    these tissues and provides evidence and
5    support of the role of talc in the
6    epidemiological association with ovarian
7    cancer in case-control studies."
8        A   Yes.
9        Q   Do you agree that the evidence of talc found
10   within the tissue being engulfed by macrophages is
11   evidence of talc exposure?
12       MS. AHERN: Objection. Form. He just said he
13   couldn't tell they were being engulfed by macrophages.
14   BY MR. DEARING:
15       Q   Well, if you presume those talc particles are
16   being engulfed by macrophages and that these six
17   authors are correct in what they observed --
18       A   That doesn't --
19       Q   -- do you believe that's evidence of
20   exposure?
21       A   It doesn't convince me. I'm not convinced by
22   these photos, frankly.
23       Q   I'm not asking you to be convinced by the
24   photos.
25       A   Well, there were six authors. Doesn't matter.

Page 199

1    They can be all wrong for all I know.
2        Q   Do you think they're all wrong?
3        A   I have -- I can't see it, and that's what
4    you're asking me. Do I see it and believe it? I don't
5    believe it.
6        Q   One of these authors, by the way, is William
7    Welch that we talked about earlier.
8        A   We talked about him earlier.
9        Q   Do you think he's wrong?
10       A   Well, I don't even know what Bill's role was
11   in this. He may have just said, "Oh, yeah. It was the
12   lymph nodes with something in them."
13       Q   Is it your testimony today that these six
14   authors looked at these photomicrographs and got it
15   wrong --
16       MS. AHERN: Objection.
17   BY MR. DEARING:
18       Q   -- and then published it in a peer-reviewed
19   journal?
20       MS. AHERN: Objection. Form. That's not his
21   testimony. He's already given you an answer to this
22   question.
23       THE WITNESS: They obviously believe it. I -- if
24   you were -- in -- my opinion is they wrote it, but I
25   don't see it.

Page 200

1    BY MR. DEARING:
2        Q   Okay. Well, presume for me, if you would,
3    that they're right, that they are looking at talc
4    particles in the 1- to 5-micron range being engulfed by
5    macrophages.
6        Do you agree with me, if they're correct, that
7    that's evidence of exposure to talc?
8        MS. AHERN: Objection. Form.
9        THE WITNESS: You know, as -- this -- well, if
10   they've been exposed to talc, by seeing evidence of it
11   in the tissue, could essentially also mean superimposed
12   particles on top of the tissue that could be there as a
13   contaminant. So I'm not convinced.
14   BY MR. DEARING:
15       Q   Okay. How would it have gotten there as a
16   contaminant?
17       A   Because talc is all over the place.
18       Q   So you're talking about after it's removed
19   from the body?
20       A   Yeah.
21       Q   Okay.
22       A   When you look at a pathology laboratory, the
23   laboratory counters, the paper towels, the ceramics --
24       Q   Right.
25       A   -- it all contains talc.

Page 201

1        Q   Of course.
2        A   It could easily be introduced into the
3    specimen.
4        Q   Sure. And is a macrophage going to engulf a
5    talc particle that's been taken out of the body and is
6    sitting on a lab or a paper towel?
7        A   As I said --
8        MS. AHERN: Objection.
9        THE WITNESS: I can't distinguish that this is
10   in a macrophage. It may be talc particles sitting on
11   top of the macrophage.
12   BY MR. DEARING:
13       Q   Several times in response to my questions,
14   you've answered with "I'm not convinced."
15       Is that the burden that you're applying to
16   your opinions in this case is that if you're not
17   convinced, then it's not so?
18       MS. AHERN: Objection. Form.
19       THE WITNESS: I can only say what I believe in
20   based on the scientific evidence. In this case, I'm
21   not convinced that the talc particles or the
22   birefringent particles that are being shown in these
23   figures are actually within the tissue as a result of
24   them actually being engulfed or whether they are there
25   as a possible -- as a contaminant.

51 (Pages 198 to 201)

Robert Kurman, M.D.

Page 202

1    BY MR. DEARING:
2        Q   Is that the standard that you're using for
3    causation, that you're not convinced?
4        MS. AHERN:  Objection.  Form.  Misstates and
5    mischaracterizes his testimony.
6        MR. DEARING:  I don't know what his testimony is.
7    I'm asking him.
8        THE WITNESS:  I told you earlier what I expected to
9    see in causation.  And that was a fulfillment of all
10   those criteria that we discussed at multiple times.
11   BY MR. DEARING:
12       Q   Right.  But the fulfillment of that criteria
13   has to rise to a level of a preponderance of the
14   evidence in court, and I want to know what standard
15   you're applying.
16       Is it until Dr. Kurman is convinced, or is it
17   a preponderance of the evidence or something else?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  A preponderance of the evidence, of
20   course.
21   BY MR. DEARING:
22       Q   Okay.  So are you suggesting that applying the
23   preponderance of the evidence to this study, that the
24   preponderance of the evidence suggests these six
25   authors got this wrong, that they're not observing talc

Page 203

1    particles being engulfed by macrophages?
2        MS. AHERN:  Objection.  Form.  Argumentative.
3    Misstates his testimony.  He's already answered this
4    question.  This is the first time he's looking at this
5    study.  He hasn't reviewed the entire thing.
6        MR. DEARING:  He wasn't asked about preponderance
7    of the evidence.
8        MS. AHERN:  He's told you what his basic opinion is
9    from looking at the study in the last few minutes.
10   That's his opinion.
11       THE WITNESS:  I'm even wondering how they just
12   decide to look at this particular lymph node without
13   mentioning that they saw some kind of funny reaction
14   with the H&E slides that then led them to do
15   polarization.  I didn't -- I can't find that.
16   BY MR. DEARING:
17       Q   It's explained in there.
18       A   Well, maybe you can point it out to me.  This
19   is the first time I've seen the article.
20       Q   In the brief skimming through that that you
21   just did and the portions that you read, there was no
22   mention of granulomatous giant cell responses to talc
23   particles, was there?
24       MS. AHERN:  Objection.  Form.
25       THE WITNESS:  In my brief skimming, that's what I'm

Page 204

1    saying.  I wondered what led them to do polarization of
2    these lymph nodes if they saw nothing.  You know, we
3    routinely don't polarize tissues in surgical pathology,
4    as even your expert acknowledged.
5        So what led them to do -- to do polarization
6    if there was no suspicion based on the H&E slides?
7    BY MR. DEARING:
8        Q   Right.  Well, I'm not really asking you what
9    you're wondering about.  I'm just asking you if you saw
10   any statements in there -- and I know you haven't read
11   it word for word, but you spent about 15 minutes
12   skimming over it.
13       No mention of granulomatous giant cell
14   response to talc particles, is there?
15       MS. AHERN:  Objection.  Form.  He hasn't reviewed
16   the entire article.
17       THE WITNESS:  From what I read in this 15 minutes,
18   I haven't seen that.
19   BY MR. DEARING:
20       Q   Okay.  I looked through your CV and tried to
21   do a quick calculation.  It looks like you've received
22   somewhere in the neighborhood of $6 million in funding
23   from pharmaceutical companies for research in your
24   career.
25       Does that sound about accurate to you?

Page 205

1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  No.  I would like to see that.
3    BY MR. DEARING:
4        Q   Okay.
5        A   Which pharmaceutical companies?
6        Q   Look at your CV, if you like.  It's under the
7    title "Pharmaceutical Companies Supported."  It looks
8    like the Upjohn Company --
9        A   Wait a minute.  Wait a minute.  Wait a minute.
10       MS. AHERN:  I'm sorry.  What page are you on,
11   David, in the CV?
12       THE WITNESS:  I see it.  It's page 58.
13       MS. AHERN:  Thank you.
14   BY MR. DEARING:
15       Q   Okay.  It looks like the Upjohn Company gave
16   you 1.3 million and change for research.
17       A   Wait a minute.  You're looking at line 1,
18   right, Upjohn Company?
19       Q   I'm going through the whole thing.
20       A   I see 1993 to 1995.  I see 314,540.
21       Q   Keep going.  There are other entries for
22   Upjohn.
23       A   Clinical at Wyeth Ayerst, '93 to '98, 59,000.
24       Randomized clinical -- that's a -- an NCI
25   study.

52  (Pages 202 to 205)

Robert Kurman, M.D.

Page 206

1    Merck, human papillomavirus, '99 to '03,
2  274,000.
3    You know, in case you're not aware of it, this
4  money doesn't go directly to me.  It goes to the
5  university.
6    Q    I know.
7    A    Okay.  You know that.
8    Q    I'm just asking you --
9    A    Merck.
10    Q    -- you've received approximately $6 million of
11  funding for research in your career from pharmaceutical
12  companies?
13    A    Upjohn --
14    MS. AHERN:  Objection.
15  BY MR. DEARING:
16    Q    Upjohn, Merck, Watson, Wyeth, and Pfizer.
17    A    All going to Hopkins.  I don't get money.  I
18  don't get paid that amount.
19    Q    Does that number sound about right, though?
20    A    Well, I haven't added them all up, so I'd have
21  to sit here in -- with a calculator and add it all up.
22    Q    How much have you earned testifying for
23  Johnson & Johnson to date?
24    A    Since I was first approached?
25    Q    Yes.

Page 207

1    A    A little over $190,000 since 2015.
2    Q    Okay.  And you haven't billed for any of your
3  preparation work for this deposition; right?
4    MS. AHERN:  Objection.
5    THE WITNESS:  No.  That includes partial billing
6  for this.
7  BY MR. DEARING:
8    Q    Okay.
9    A    Not entirely, partial.
10    Q    And the next edition of Blaustein's that you
11  said is on the way --
12    A    In press, yeah.
13    Q    -- in press --
14    A    Almost in press.
15    Q    -- are you going to disclose in there
16  somewhere that you are a paid witness for Johnson &
17  Johnson in the talcum powder litigation?
18    A    I'll have to look at that.  We don't --
19  there's some comment about talc, just very similar to
20  what we said there.  I don't know that it influenced --
21  it influenced my -- again, it's a statement of what's
22  out there in the literature.
23    Q    Well, you are -- you've already said that you
24  don't necessarily agree with some of the statements in
25  this version, whether because you just don't agree with

Page 208

1  it anymore or they were someone else's opinions, the
2  other author's opinions.
3    Are you saying you just -- you don't think
4  it's necessary to inform the reader that you're --
5    A    Well, I'll have to think --
6    Q    -- a highly paid expert witness for Johnson &
7  Johnson?
8    MS. AHERN:  Objection.  Form.
9    THE WITNESS:  I'll have to think that out and make
10  a decision.
11  BY MR. DEARING:
12    Q    Okay.  Do you know whether the next
13  Blaustein's edition includes the epidemiology studies,
14  the 25 to 28 studies that show a statistically
15  significant increased risk of ovarian cancer in women
16  who use talc for feminine hygiene?
17    MS. AHERN:  Objection.  Misstates the literature.
18    THE WITNESS:  We don't go into that degree of
19  depth.  It'll be a comment very similar -- maybe a
20  little bit more elaborate than what we had in the 2011
21  edition, but it's not going to -- it's not an
22  epidemiological textbook.  It's not going to go into
23  all those details.
24  BY MR. DEARING:
25    Q    As I just mentioned and as you've testified,

Page 209

1  you don't necessarily agree with all of the statements
2  made by other authors in this textbook; right?
3    A    Right.  As I said, the book is intended to
4  give a general overview of what's out there.  I may not
5  necessarily specifically agree with something.  But we
6  felt, in fairness, it all needs to be discussed.
7    Q    Well, it's not all being discussed because
8  you're not discussing both sides of these issues on
9  everything; right?
10    A    What -- both sides of what issues?  I mean --
11    Q    Well, for example, when we were talking
12  earlier about -- I don't remember now.
13    Oh, we were talking about whether chronic
14  inflammation, nonasbestos mineral fibers may be
15  etiologic agents for malignant mesothelioma --
16  malignant -- perineal malignancies.
17    And you said, well, that's one position, but
18  you didn't offer the other position that those aren't
19  etiologic agents for peritoneal.
20    So would you agree with me that you've -- you
21  haven't explained both sides of some of these topics?
22    MS. AHERN:  Objection.  Form.
23    THE WITNESS:  Well, we've tried, to the best of our
24  ability, to do so.
25    ////

53 (Pages 206 to 209)

Robert Kurman, M.D.

Page 210

1  BY MR. DEARING:
2      Q   Would you agree that good scientists can have
3  differing opinions about cancer etiology?
4      MS. AHERN:  Objection.  Form.
5      THE WITNESS:  That's a very, very general question.
6  But if I frame it within the talc litigation, I would
7  venture to say that a reasonable scientist viewing --
8  viewing all -- viewing the totality of this data, I
9  don't think anyone would agree to say that talc causes
10 ovarian cancer.
11 BY MR. DEARING:
12     Q   Are you saying that all of the plaintiffs'
13 experts, the 30 or so plaintiff experts, that you know
14 about, are not good scientists?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  I didn't say that.
17 BY MR. DEARING:
18     Q   Okay.  Well, my question is, do you agree with
19 me that good scientists can have differing opinions
20 about cancer etiology?
21     MS. AHERN:  Objection.  Form.
22     THE WITNESS:  It's neither good or bad.  I'm saying
23 that reasonable people looking at all this data, in my
24 opinion, would not disagree that this is -- that talc
25 causes ovarian cancer.

Page 211

1  BY MR. DEARING:
2      Q   Right.  I'm not asking you about this data.
3  I'm talking about cancer in general.
4          For example, there are good scientists,
5  reputable, knowledgeable scientists that disagree with
6  you about your STIC theory; right?
7      MS. AHERN:  Objection.  Form.
8      THE WITNESS:  Not many.  Not this day and age.
9  Even your expert agrees with us.
10 BY MR. DEARING:
11     Q   I know.  I'm not saying that.  I'm saying
12 there are scientists that don't agree with you.
13         That doesn't make them bad scientists; right?
14     A   Didn't say they're bad scientists.
15     Q   Do you currently sit on any editorial boards
16 or peer review panels?
17     A   I've taken my -- I retired from those.
18     Q   So, no, you're not currently on any?
19     A   No.
20     Q   When was the last time you sat on one?
21     A   Well, I -- when I retired in June of 2017, I
22 withdrew from the various editorial boards that I was
23 on -- that I was currently on.
24     Q   If you were sitting on a board -- editorial
25 board or a peer review panel and you were given a study

Page 212

1  to review for publication that offered some type of
2  cancer causation analysis that you thought was just
3  biologically not plausible, implausible, would you
4  still recommend that publication -- that study for
5  publication?
6      MS. AHERN:  Objection.  Form.  Incomplete
7  hypothetical.  Other problems.
8      THE WITNESS:  I would ask the author to present
9  more convincing evidence.
10 BY MR. DEARING:
11     Q   Sure.  So you wouldn't -- you wouldn't approve
12 or recommend for publication a study that wasn't
13 biologically plausible, right, in your mind?
14     A   I would like to see the data and the evidence
15 that you're referring to, if there's a specific case
16 for me to answer this very general question.
17     Q   I don't have a specific case.  I'm asking you
18 a general question.
19         The general question is, if you were reviewing
20 a study on some cause of cancer -- and I'm not even
21 using a specific, any cause of cancer -- a cause of
22 cancer that was being purported in a study and you felt
23 like it wasn't biologically plausible, you would not
24 recommend that paper for publication; right?
25     MS. AHERN:  Objection.  Form.

Page 213

1      THE WITNESS:  I'd like to see the study that you're
2  talking about.
3  BY MR. DEARING:
4      Q   There is no study.  I'm making it up.
5      MS. AHERN:  Objection.
6      THE WITNESS:  Well, I don't want to comment about
7  things that you make up.
8  BY MR. DEARING:
9      Q   Okay.  So you don't have an opinion either way
10 whether -- if you reviewed a study that was suggesting
11 something that wasn't biologically plausible in your
12 mind whether you'd approve it for publication?
13     MS. AHERN:  Objection.  Form.
14     THE WITNESS:  You're making these hypothetical
15 questions that, to me, are -- I can't answer that.
16 BY MR. DEARING:
17     Q   You can't answer the simple question of
18 whether a paper was sent to you to review that you felt
19 offered some theory that was not biologically
20 plausible, in your mind, whether you would recommend it
21 for publication?  You can't answer that question?
22     MS. AHERN:  Objection.  Form.  Asked and answered
23 several times.
24     THE WITNESS:  No comment.
25     ///

54 (Pages 210 to 213)

Robert Kurman, M.D.

Page 214

```
1    BY MR. DEARING:
2        Q   I thought that was an easy question.
3            All right.  The second half of your report is
4    a criticism of Dr. Kane.
5            Do you agree?
6        A   Yes.
7        Q   And were you hired by Johnson & Johnson to
8    offer criticisms of Dr. Kane?
9        MS. AHERN:  Object to the form.
10       THE WITNESS:  No.
11   BY MR. DEARING:
12       Q   Were you offered by Johnson & Johnson to offer
13   your opinions about Dr. Kane's opinions?
14       A   I was asked --
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  -- to review Dr. Kane's report and
17   comment on it.
18   BY MR. DEARING:
19       Q   One of the first things you say in your
20   comments section about Dr. Kane -- on page 12, you
21   write, "Although Dr. Kane offers opinions in a host of
22   areas outside her field, including epidemiology and
23   cancer biology" --
24       A   I'm sorry.  Where -- let's be on the same
25   page.
```

Page 215

```
1            Right in the beginning.  Okay.  Go ahead.
2        Q   You suggest in the last sentence of the first
3    paragraph that Dr. Kane is offering opinions in a host
4    of areas outside her field, including epidemiology and
5    cancer biology; right?
6        A   Yes.
7        Q   You would agree with me, wouldn't you, that a
8    pathologist, a learned, skilled pathologist, has a
9    working knowledge of epidemiology; right?
10       A   Working knowledge --
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  -- is different than expertise.
13   BY MR. DEARING:
14       Q   I don't think she claimed to be an expert in
15   epidemiology.
16       A   Well, Dr. Kane, in her report -- she's been
17   asked to present pathology of ovarian cancer, as I
18   understand it -- devotes exactly one paragraph to a
19   discussion of ovarian cancer, which is less than a
20   percent of her entire report, and spends nearly
21   50 percent discussing epidemiology.  Doesn't make sense
22   to me.
23       Q   Well, you know how to read epidemiology
24   studies, don't you?
25       A   Yeah.
```

Page 216

```
1        Q   In fact, your textbooks often lead with a
2    section on epidemiology in every chapter almost, don't
3    they?
4        A   I said that earlier.  I said sure, we do that,
5    but I'm not focusing in on an epidemiology review.
6        Q   Well, it's full of epidemiological data, isn't
7    it?
8        A   Yes, yes, yes.
9        Q   Okay.  And, in fact, in one of your previous
10   editions, in the fifth edition, you actually have an
11   entire chapter devoted to epidemiology, don't you?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  You'll notice we removed that.
14   BY MR. DEARING:
15       Q   Yeah.  But you felt like it was important for
16   pathologists to understand epidemiology, and that's why
17   you put a chapter in this textbook; isn't it?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  In the fifth edition.  And then we
20   included it in each section in the sixth edition.
21   BY MR. DEARING:
22       Q   Right.
23       A   Of course, epidemiology is important.
24           (The document referenced below was
25       marked Deposition Exhibit 7 for
```

Page 217

```
1        identification and is appended hereto.)
2    BY MR. DEARING:
3        Q   I'm going to show you what's marked as
4    Exhibit 7, which is that chapter on epidemiology.
5        MS. AHERN:  Or a page from that chapter?
6        MR. DEARING:  The front page.  That's the cover
7    page from that chapter.
8        MS. AHERN:  From the fifth edition?
9        MR. DEARING:  The fifth edition.
10       MS. AHERN:  Okay.  Exhibit 7.  Do you have an extra
11   copy?  Okay.  Thank you.
12   BY MR. DEARING:
13       Q   And, as you can see, it's written by Dr. Mark
14   Schiffman, and it's Chapter 27.
15       A   Yes.
16       Q   And then he leads that chapter -- hopefully,
17   you can read that.
18       A   Well, I'm looking at your handout.
19       Q   Okay.  Yeah, even this one's hard to read.
20   I'm sorry.  My daughter made that for me a couple days
21   ago.  It says:
22           "Most pathologists are part-time
23       epidemiologists as well.  Two medical
24       disciplines are more closely allied
25       than" -- "the two medical disciplines
```

Robert Kurman, M.D.

Page 218

1   are more closely allied than many people
2   realize. Epidemiologists study the
3   distribution and determinants of
4   diseases in human populations. In
5   current medical practices, diseases are
6   often defined by histopathologic
7   diagnoses or by clinical pathologic test
8   values."
9       Did I read that right?
10   A   You read that correct.
11   Q   And this is a chapter you actually edited;
12   right?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: The fifth edition, yes.
15   BY MR. DEARING:
16   Q   Okay. So there's nothing necessarily
17   inappropriate about a skilled, learned pathologist from
18   discussing pathology -- I mean, epidemiology; right?
19   A   Of course. But the point is she's a
20   pathologist and she spends over half -- nearly half her
21   report on epidemiology and a paragraph on pathology.
22   It doesn't seem right, even though we're part-time
23   epidemiologists.
24   Q   You spent half of your report critiquing
25   Dr. Kane. So I could suggest that's not right.

Page 219

1       MS. AHERN: Objection.
2       THE WITNESS: Well, that was in order to point out
3   the shortcomings of her analysis. That's all that
4   referred to.
5   BY MR. DEARING:
6   Q   I just want to make sure it's crystal-clear
7   that you're not suggesting skilled, experienced
8   pathologists, like yourself and Dr. Kane, don't
9   understand epidemiology.
10       MS. AHERN: Objection. Form.
11       THE WITNESS: I never said that.
12   BY MR. DEARING:
13   Q   All right. And would you agree with me that
14   you can't explain cancer pathology and etiology without
15   some understanding and explanation of cancer biology?
16       MS. AHERN: Objection. Form.
17       THE WITNESS: Cancer biology and epidemiology all
18   come into play.
19   BY MR. DEARING:
20   Q   So skilled, experienced, learned pathologists
21   typically do know quite a bit about cancer biology if
22   they are studying cancer; right?
23       MS. AHERN: Objection. Form.
24       THE WITNESS: Well, again, there's a difference
25   between a pathologist that's a molecular biologist

Page 220

1   doing bench research and the pathologist who's doing
2   surgical pathology. So, yes, of course, a surgical
3   pathologist is going to be aware and understanding but
4   is not going to have expertise necessarily in cancer
5   biology.
6   BY MR. DEARING:
7   Q   Well, pathologists have had training in cancer
8   biology, haven't they?
9   A   Well, we read about it, we acquaint ourselves
10   with it, we go to lectures, we know something about it,
11   but we are not experts in it necessarily.
12   Q   And cancer pathology papers often discuss cell
13   biology, don't they?
14   A   Yes.
15   Q   You go on to state that your primary area of
16   expertise is gynecologic pathology.
17       So tell me, what is your -- well, you've
18   already explained to us what your methodology is. Do
19   you have any criticism of Dr. Kane's methodology as far
20   as her -- I know you disagree with some of her
21   opinions, but do you have any criticism of the
22   methodology she used to go about that?
23   A   Yes.
24   Q   Okay. Tell me what that criticism is.
25   A   Well, one of the main things to start with is

Page 221

1   something we've been discussing during the entire
2   course of this deposition, and that is that it's now
3   generally accepted that high-grade serous carcinoma of
4   the ovary begins in the fallopian tube with a precursor
5   p53 signature, p53 STICs, and not the surface
6   epithelium of the ovary. And she even admits that.
7   But yet all the data that she cites, various biology,
8   the cell cultures and studies that she refers, they're
9   all dealing with the epithelial ovarian tissue, the
10   surface epithelium of the ovary, which is not the
11   precursor of ovarian cancer. So those are not valid.
12   Q   It sounds like you are disagreeing with her
13   opinion as to the carcinogenesis of ovarian cancers if
14   her opinion is they're starting in epithelial cells on
15   the ovarian surface; right?
16       MS. AHERN: Objection. Form.
17   BY MR. DEARING:
18   Q   Is that what you're saying?
19       MS. AHERN: Objection. Form.
20       THE WITNESS: I'm disagreeing with the studies that
21   she cites to support her opinion that talc causes
22   ovarian cancer are based on studies in which she has
23   not looked at the true precursor of high-grade serous
24   carcinoma. That's what I'm saying.
25   ///

Robert Kurman, M.D.

Page 222

1  BY MR. DEARING:
2      Q   Sir, are you saying she's relying on faulty
3  studies to reach her conclusions?
4      A   In -- the studies may not be faulty, just the
5  wrong study.  Well, as I've said, the precursors -- you
6  need causation, initiation.  We talked about this all
7  morning.  Should be looking at the precursor lesion in
8  the organ where the lesion begins.
9          She's looking at -- she's looking at the
10 ovarian surface epithelium, or at least citing studies
11 that evaluated the ovarian surface epithelium, which is
12 not where these cancers begin.  So, therefore, she has
13 selected studies that are inappropriate.
14     Q   Do you have any other criticism of her
15 methodology other than she's looked at --
16     A   Well, we can go through them if you want on
17 every -- you know, one at a time.
18     Q   Let's just talk just generally with regard to
19 methodology.  And we can talk -- we will go
20 individually.
21     A   Okay.
22     Q   But from just a general standpoint, you
23 suggested one problem with her methodology is that
24 she's looking at the wrong studies.
25     A   Right.

Page 223

1      Q   Any other criticism of her methodology
2  generally?
3      A   Some of the studies themselves may have issues
4  with them specifically.  But that, I think, is one of
5  the main problems, if you're trying to present evidence
6  for ovarian carcinogenesis and causation, to select the
7  wrong tissues to be evaluated.  Everything else goes by
8  the wayside.  If the first part doesn't make any sense
9  biologically, then the rest is of no value.
10     Q   Okay.  Let's start breaking it down issue by
11 issue.
12         One of the first issues you identify -- that
13 you criticize is that Dr. Kane made observations
14 regarding similarities between talc and asbestos and
15 between high-grade serous carcinoma and mesothelioma.
16 We've already discussed the Bradford Hill causation
17 analysis to some extent.
18         Do you agree with me that this -- that that
19 analogy is also one of those nine considerations of
20 Bradford Hill; right?
21     A   Yes.  Analogy is, yes.
22     Q   So with regard to Dr. Kane looking at the
23 wrong studies and your criticism of her methodology, is
24 there anything else that comes to mind with regard to
25 her methodology that you think is inappropriate?

Page 224

1      A   Well, you want to begin with analogy?  You
2  just brought it up a minute ago.
3      Q   Sure.
4      A   Okay.  I can read from my report.
5          "Dr. Kane overstates the
6  significance of compositional
7  similarities between talc and asbestos.
8  Specifically, Dr. Kane relies on an
9  observed 'chemical similarity' between
10 the two, but the two -- but the fact the
11 two materials have similar chemical
12 compositions does not mean they will
13 have similar effects on the body.  For
14 instance, the chemical composition of
15 water is almost identical to that of
16 hydrogen peroxide -- they differ by only
17 one oxygen atom -- but their biological
18 effects are vastly different.  Dr. Kane
19 fails to provide any support for her
20 suggestion that compositional
21 similarities between talc and asbestos
22 result in similar biologic effects.
23 While talc and asbestos are both
24 silicate minerals, talc is inert.  By
25 contrast, surface reactivity and the

Page 225

1  ability to release free radicals
2  contribute to the pathogenic effects of
3  asbestos."
4          Do you want me to go on?
5      Q   Can you I stop you there?  No, I don't.  I
6  just didn't want to cut you off midsentence.
7      A   Okay.
8      Q   I know what your report says.  I want to ask
9  you some questions about it.
10     A   Okay.
11     Q   So your criticism of her application of
12 analogy --
13     A   Right.
14     Q   -- the one of nine Bradford Hill
15 considerations --
16     A   Right.
17     Q   -- you think that's a methodology flaw?
18     A   Yes.  And also, even -- you didn't want me to
19 go on, but the next is that the analogy between
20 malignant mesothelioma --
21     Q   I'll get to that.
22     A   -- and -- okay.
23     Q   You agree with me that Dr. Kane is not saying
24 that talc and asbestos are morphologically identical;
25 right?

57 (Pages 222 to 225)

Robert Kurman, M.D.

Page 226

1    A    She makes that comment at some point, but then
2  she says they're similar.
3    Q    She doesn't say they're identical, does she?
4    A    She may not, but she builds her whole case of
5  analogy on the fact that they're doing the same thing.
6    Q    I think you testified already, you haven't
7  look at talc fibers under a microscope, have you?
8    A    I have not.
9    Q    So you don't know whether asbestiform talc
10 fibers and asbestos fibers are similar; right?
11   MS. AHERN:  Objection.  Form.
12 BY MR. DEARING:
13   Q    Similar in morphology.
14   MS. AHERN:  Objection.  Form.
15   THE WITNESS:  I'm referring to what is easily
16 available in the literature, even for a layman who's
17 not a mineralogist --
18 BY MR. DEARING:
19   Q    Okay.
20   A    -- that talc and asbestos are very different
21 from a structural standpoint.  Structure is more
22 important, in fact, than chemistry in causing
23 biological effects.
24   Q    I'm not talking about chemistry.  I'm talking
25 about morphology.

Page 227

1    A    Right.
2    Q    They're both needle-like fibers.  So they're
3  similar.
4    A    No, they're not.
5    Q    They're not similar at all?
6    A    No.
7    Q    Okay.  We already talked about the fact that
8  IARC treats asbestos fibers and asbestiform fibrous
9  talc the same with regard to the carcinogenicity
10 evaluation; right?
11   MS. AHERN:  Objection.  Form.
12   THE WITNESS:  Again, there's a lot of confusion in
13 this terminology, and I don't want to get stuck into
14 that.
15 BY MR. DEARING:
16   Q    I'm not confused.
17   A    You're better than I am.
18   Q    Well, I don't want to confuse you.  So let me
19 put it out there again.  Maybe you just don't know, but
20 do you know whether IARC has classified fibrous talc,
21 specifically asbestiform fibrous talc, as carcinogenic
22 as it did asbestos fibers?
23   MS. AHERN:  Objection.  Asked and answered.  And I
24 think this is supposed to be about Dr. Kane's report,
25 and she doesn't mention asbestiform talc when she's

Page 228

1  making this analogy comparison.
2    MS. GARBER:  This is a speaking objection.
3    MR. DEARING:  Thank you.  You don't need to do
4  that.
5    MS. AHERN:  Well, it was, I think, appropriate
6  under the circumstances.  You are talking past each
7  other.
8    MS. GARBER:  It's not appropriate under CMO 11.
9  You've been doing it all day.  You should stop because
10 you're breaking the rules.
11 BY MR. DEARING:
12   Q    You don't discuss fibrous talc in your report?
13   A    That's right.
14   Q    Is that why you're looking at your report?
15   A    I'm looking at my report, yeah.
16   Q    Okay.  So do you have an answer to that
17 question?
18   A    My answer is that talc, as the -- as is
19 reported in the literature, has been indicated in
20 virtually every study to be different than asbestos.
21   Q    It is different.
22   A    I'm not getting into asbestiform or any of
23 that stuff.
24   Q    Okay.  I don't know if you know the answer to
25 this question, but when a scientist is using the

Page 229

1  Bradford Hill assessment to determine causal
2  association and that scientist is studying analogy, you
3  agree that analogy doesn't mean that the -- the agents
4  are identical, but what it means is that they are --
5  they have reasonable demonstrable similarities; right?
6  Do you know that or --
7    A    I'm aware of that, but I don't believe they
8  have reasonable demonstrable similarities.
9    Q    Fair enough.
10   Do you agree that both fibrous talc and
11 asbestos are both fibrous silicate minerals that cannot
12 be readily absorbed or dissolved by the body?
13   MS. AHERN:  Objection.  Form.
14   THE WITNESS:  Talc cannot be easily absorbed and
15 degraded.  Asbestos, on the other hand, can penetrate
16 tissues and stay in there for periods of time and get
17 into small areas that can lead to development of
18 mesothelioma.
19 BY MR. DEARING:
20   Q    And they both elicit a biomechanistic
21 foreign-body response in the body; right?
22   MS. AHERN:  Objection.  Form.
23   THE WITNESS:  Again, I'm not aware of asbestos
24 producing a foreign-body giant cell granulomatous
25 reaction.  It produces fibrosis.

58 (Pages 226 to 229)

Robert Kurman, M.D.

Page 230

1  BY MR. DEARING:
2      Q   You use the analogy of water and hydrogen
3  peroxide as two things that may look similar that are
4  very different.
5          Did you come up with that yourself?  Because
6  it's actually been used in two opening statements in
7  trials.
8      MS. AHERN:  Objection.  Form.
9      THE WITNESS:  Honestly, I have another suggest --
10 it was actually brought up by counsel, and I totally
11 agreed with it.  But I actually had other comparisons
12 that I could have mentioned, which I didn't.
13 BY MR. DEARING:
14     Q   You go on to say in your report that talc
15 particles are normally plate-like, unlike asbestos
16 fibers.  And I assume you read that somewhere; right?
17     A   Yeah, probably in the IARC monograph.
18     Q   But you make no mention of fibrous talc.  Do
19 you know that fibrous talc exists?
20     MS. AHERN:  Objection.  Form.
21     THE WITNESS:  I've already commented on the
22 business of fibrous talc.  I'm not going to get into
23 it.
24 BY MR. DEARING:
25     Q   I just want to know if you knew about it.

Page 231

1      A   Sure, sure.
2      Q   All I'm asking is if you know whether it
3  exist.
4      A   I've known it.  I've seen it mentioned.  Yeah,
5  sure.
6      Q   So you know about it; you just didn't feel the
7  need to mention it in your report?
8      MS. AHERN:  Objection.  Form.
9      THE WITNESS:  Well, I didn't want to go into all
10 those details because I didn't feel that it was
11 necessary.  I thought there was sufficient evidence to
12 indicate that talc, as described in the literature, is
13 different from asbestos described in the literature
14 insofar as the biological effects that the two produce.
15 BY MR. DEARING:
16     Q   In your report on page 14, you state "In any
17 event, although it is well established that" --
18     A   Wait, wait, wait.  I see Dr. Kane's claim.
19 Are we worried about that?  Where are we?
20     Q   Right.  It's about -- one, two, three, four --
21 five lines down from the top, starting "in any event."
22     A   Oh.  Top photograph.
23     Q   Right.
24     A   One, two, three four -- "in any event."  Okay.
25 Go ahead.

Page 232

1      Q   It says:
2          "In any event, although it is well
3      established that asbestos exposure can
4      cause pleural mesothelioma (and much
5      less commonly lung cancer), the data
6      implicating asbestos exposure and
7      ovarian cancer is significantly weaker."
8          When you make that statement about ovarian
9  cancer, you're referring to epidemiological data,
10 right, when you say "data"?
11     A   Pretty much so, yes.
12     Q   So you criticize Dr. Kane for discussing
13 epidemiology, and then you rely on an epidemiological
14 study for -- to support your criticism; right?
15     A   Well, in order to criticize her
16 epidemiological studies, I had to use epidemiological
17 studies.
18     Q   Okay.  But you agree that, as we've already
19 seen, the data implicating asbestos exposure and
20 ovarian cancer was strong enough for IARC to make that
21 connection; right?
22     MS. AHERN:  Objection.  Form.
23     THE WITNESS:  We've discussed this earlier, and I
24 mentioned the various -- what I felt are shortcomings
25 of that analysis, and it's summarized here.  Especially

Page 233

1  when you're comparing it to perineal exposure of talc,
2  we're talking about inhalation studies, we're talking
3  about very high occupational exposures or environmental
4  exposures which are very high.  The number of women in
5  these studies is very small, and there's a significant
6  chance that these tumors were not carcinomas but
7  mesotheliomas.
8  BY MR. DEARING:
9      Q   So several times you keep saying occupational
10 exposure and that exposure was very high.  But if you
11 don't believe asbestos can cause ovarian cancer, why
12 does it matter how high the exposure is?
13     A   Well, certain thresholds are required for
14 certain things.
15     Q   Do you think if there's enough ovarian
16 exposure to asbestos, that it might cause ovarian
17 cancer?
18     A   I'm saying that's maybe why they came to that
19 conclusion.  They're looking at huge exposures.  And,
20 yeah, that may be very significant as opposed to a very
21 minimal exposure.
22     Q   Of course, when Dr. Kane made the observation
23 that high-grade serous carcinoma and mesothelioma have
24 striking morphologic similarities, she also referred to
25 two studies that suggest the same thing; right?

59 (Pages 230 to 233)

Robert Kurman, M.D.

Page 234

1    A   I'd have to look at her report, what those two
2  studies are.
3    Q   I actually don't have her report.  I'm sorry.
4    A   I can't comment.
5    Q   Well, would you agree with me that high-grade
6  serous carcinoma and mesothelioma, although not
7  identical, they do have significant morphologic
8  similarities?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  Lots of tumors have similar
11  morphologic similarities.
12  BY MR. DEARING:
13   Q   Well, those two are so close that pathologists
14  might have mistaken one for the other for years before
15  histopathologic stains were improved eight years ago.
16   A   I think, if you weren't an expert in
17  gynecologic pathology, that may have been -- that may
18  have been an issue.
19   Q   So are you agreeing me that they're
20  pathologically similar enough to where experienced
21  surgical pathologists may have been diagnosing ovarian
22  cancer when it was mesothelioma or vice versa?
23   A   No.  You said -- I said experienced
24  pathologists probably would not have that problem.
25  Inexperienced pathologists might have that problem.

Page 235

1    Q   Well, let's quote it exactly, on page 14.  You
2  state in the last sentence or so of the first paragraph
3  "Finally, from a pathology standpoint" --
4    A   Wait, wait.  I don't see -- where's "finally"?
5    Q   Last sentence, Doctor.  You're way below it.
6  First paragraph.
7    A   Oh, the first paragraph.
8    Q   Top paragraph.
9    A   "Finally." I see it.
10   Q   Okay.
11      "Finally, from a pathology
12  standpoint, there is a significant
13  likelihood that some tumors observed in
14  these occupational studies, which are
15  quite dated, were misclassified due to
16  misreporting on death certificates and
17  lack of immunohistochemical analysis to
18  adequately distinguish peritoneal
19  mesothelioma from ovarian cancer (i.e.,
20  peritoneal mesotheliomas were
21  misdiagnosed as ovarian carcinomas)."
22      So by acknowledging that the pathologists may
23  have misdiagnosed those tumors but then saying but not
24  an experienced -- an experienced pathologist wouldn't
25  make that mistake, are you saying that all the

Page 236

1  pathologists that are referred to in these studies were
2  inexperienced?
3    A   One of the studies that they're describing,
4  they describe using the Danish Cancer Registry, and I
5  have, in fact, done studies with the Danish Cancer
6  Registry.  And they report a certain disagreement.  I
7  think I came up with 16 percent or something like that.
8  And I said, well, maybe it could even be as high as
9  20 percent.
10      Well, you have to understand how these
11  registry studies are done, at least in Denmark where I
12  have direct personal experience.  These -- the data
13  that comes in are from every hospital throughout the
14  country of Denmark, and it's based on pathology
15  records, for the most part.
16      When we did our studies of ovarian tumors,
17  borderline tumors, we requested that the slides be sent
18  in.  And they probably did something like that in one
19  of those studies.  And I can tell you that in our
20  studies, looking at those cases that had been
21  classified -- I'm talking about the borderline
22  studies -- there was significant disagreement because
23  those pathologists weren't that skilled.  They just
24  didn't see enough of these rather uncommon cases to
25  make the correct diagnosis.

Page 237

1      And I suspect a similar thing may have
2  happened with these mesotheliomas.  Mesotheliomas are
3  relatively uncommon.  Little hospitals throughout
4  Denmark may be seeing one mesothelioma, you know, every
5  five years.  So they don't have that much experience.
6  So they may have misclassified them.  They may be
7  higher than the 16 percent that they refer to.
8      That's what I was getting at.
9    Q   So the bottom line is you're speculating that
10  some of these pathologists may have misdiagnosed
11  mesotheliomas for ovarian carcinomas?
12   MS. AHERN:  Objection.  Form.
13   THE WITNESS:  I'm basing it on my own experience.
14  Not with mesothelioma, but with the Danish tumor
15  registry, with cases seen by nonexpert pathologists
16  sending in to a central review that there is -- there
17  was misclassification, yes.
18  BY MR. DEARING:
19   Q   So this is a court proceeding, and in court
20  we're interested in evidence.  And do you have any
21  evidence that these pathologists in this study that
22  you're referring to likely misdiagnosed ovarian
23  carcinomas for mesotheliomas?
24   MS. AHERN:  Objection.  Form.
25   THE WITNESS:  I said there's a significant

60 (Pages 234 to 237)

Robert Kurman, M.D.

Page 238

1  possibility. I didn't say likelihood.
2  BY MR. DEARING:
3      Q   What are you basing that on other than -- you
4  said -- well, you're basing that on your experience
5  with Denmark?
6      A   Well, I can -- yes, my experience with Denmark
7  and the Danish tumor registry.
8      Q   Okay. Would you agree with me that the fact
9  that skilled surgical pathologists might be confusing
10 ovarian cancers with mesothelial cancers or
11 mesotheliomas, it suggests that those cancers are
12 sufficiently similar to meet the analogy consideration
13 of Bradford Hill?
14     MS. AHERN: Objection. Form.
15     THE WITNESS: As I said, a skilled gynecologic
16 pathologist, I don't think, would make that mistake. I
17 think some of those misclassifications are due to
18 nonskilled pathologists who don't see that much. And,
19 therefore, mesothelioma and -- malignant mesothelioma
20 and high-grade serous carcinoma can be distinguished
21 morphologically and aided also with immunized
22 chemistry.
23 BY MR. DEARING:
24     Q   Sure. I'm not saying they can't be
25 distinguished. They clearly can be. My question is

Page 239

1  the fact that these surgeons were confusing them for
2  years, apparently, doesn't that rise to the level of
3  analogy for purposes of a Bradford Hill causal
4  association analysis?
5      MS. AHERN: Objection. Form.
6      THE WITNESS: You mean pathologists, not surgeons.
7  Pathologists.
8  BY MR. DEARING:
9      Q   Pathologists, right.
10     A   I don't think it rises to the level necessary
11 to really prove that there's analogy.
12     Q   You also take exception to Dr. Kane's
13 recitation of the evidence that talc-induced chronic
14 inflammation can cause ovarian cancer; right?
15     A   Are we on a specific page of my report or her
16 report?
17     Q   Sure. It's just the next section.
18 "Talc-induced chronic inflammation is a cause of
19 ovarian cancer."
20     A   Okay. All right. Okay.
21     Q   We've already had a lengthy conversation about
22 foreign-body granulomas and foreign-body responses.
23     A   Right.
24     Q   But for support -- well, first, you say
25 "foreign-body granuloma" -- I'm sorry.

Page 240

1      Last sentence of the first paragraph.
2      A   Yes.
3      Q   Actually, that's not it. Wait a minute.
4      On the next page, second sentence, page 16.
5  You say, "Foreign-body granulomas are what you would
6  expect to find in tissue exposed to noninfectious
7  material like talc and surgical gloves"; right?
8      A   Sutures.
9      Q   I'm sorry, surgical sutures.
10     And for support of that statement, you cite to
11 a study by Dr. Kabeer Shah in the Journal of Clinical
12 Tuberculosis and Other Mycobacterial Diseases; right?
13     A   Let me see. That's 108. That doesn't seem to
14 be the right reference. Hmm. Oh, 106. Sorry. No,
15 106 doesn't seem to be correct either.
16     Am I looking at the wrong part?
17     Shah here. It should be 95, the reference.
18     MS. AHERN: I think he's referring to your
19 footnote.
20     THE WITNESS: Could you please repeat your question
21 and tell me what you're referring to exactly.
22 BY MR. DEARING:
23     Q   Sure. With regard to your statement,
24 "Foreign-body granulomas are what you would expect to
25 find in tissue exposed to noninfectious material like

Page 241

1  talc and surgical sutures," and you say footnote 108 to
2  support that statement; right?
3      A   Shah, yes.
4      Q   Right. You go down to footnote 108, that's
5  the Shah study?
6      A   Right.
7      Q   Okay. I'm handing you the Shah study that I
8  believe you're referring to.
9      MR. DEARING: Anybody else want a copy?
10     I'm going to mark it as Exhibit Number 8.
11     MS. AHERN: Thank you.
12     MR. DEARING: Will you give him the marked one so
13 we can be proper about this.
14     MS. AHERN: Yeah.
15     (The document referenced below was
16     marked Deposition Exhibit 8 for
17     identification and is appended hereto.)
18 BY MR. DEARING:
19     Q   Is that the study that you relied on for that
20 statement?
21     A   Yes.
22     Q   And this study is entitled "Histopathologic
23 Review of Granulomatous Inflammation"; right?
24     A   Yes.
25     Q   And Dr. Shah does suggest granulomatous

61 (Pages 238 to 241)

Robert Kurman, M.D.

Page 242

```
 1    inflammation might be associated with talc, surgical
 2    sutures, and food material?
 3        A   Are you reading something specifically that I
 4    should be looking at?
 5        Q   Well, sure.  On page 3 --
 6        A   Okay.
 7        Q   -- about a little over midway down the
 8    left-hand column --
 9        A   All right.
10        Q   -- it starts "Two broad forms."
11        A   Yes.
12        Q   And we talked about these already.
13        A   Right.
14        Q   "Two broad forms of well-defined granuloma
15    exist, defined by their etiology."  There's that word
16    again.
17            Do you know how he is using the word
18    "etiology" in that sentence?
19        A   Yeah.  He's dividing them into those that are
20    foreign-body giant cell granulomas and immune
21    granulomas.  That's all I can make out of it.
22        Q   So -- okay.  And he says, "Foreign-body giant
23    cells are histiocytic reactions to otherwise inert
24    material without an adaptive immune response, for
25    example, suture, talc, and food material"; right?
```

Page 243

```
 1        A   Yep.
 2        Q   "A collection of histiocytes
 3    surround the foreign material and as
 4    single histiocytes are unable to
 5    phagocytize the foreign material alone.
 6    The foreign material" -- I'm sorry.
 7    "The foreign material can be visualized
 8    by light microscopy and often exhibits
 9    birefringence using polarized light."
10            So histiocytes are macrophages; right?
11        A   Right.
12        Q   Okay.  So what he's saying there is that these
13    giant cells form when macrophages alone cannot engulf
14    the particle; right?
15        A   Well, when a single, I think, macrophage
16    can't, so they join forces to encompass this larger
17    material.
18        Q   So when the material is too big for a single
19    macrophage to phagocytize -- which means to ingest --
20    right?
21        A   Right.
22        Q   So if the particle is too big for the
23    macrophage to ingest alone, more macrophages join in,
24    and then a giant cell granuloma is formed; right?
25        A   Correct.
```

Page 244

```
 1        MS. AHERN:  Objection.  Form.
 2    BY MR. DEARING:
 3        Q   And in your years of experience, you've never
 4    observed -- well, let me ask you, have you ever
 5    observed a surgical suture in gynecologic --
 6        A   Oh, yes.
 7        Q   -- material?
 8        A   Yeah.
 9        Q   And did they form granulomatous reactions --
10        A   Yes.
11        Q   -- or granulomas?
12        A   Yes.
13        Q   You can actually see surgical sutures and
14    granulomas with the naked eye, can't you?
15        A   You can actually see them with the naked eye,
16    that's right.
17        Q   That's because surgical sutures are quite
18    large compared to talc particles, aren't they?
19        MS. AHERN:  Objection.  Form.
20    BY MR. DEARING:
21        Q   Well, let me ask you --
22        THE WITNESS:  I would think so, yes.
23    BY MR. DEARING:
24        Q   Based on Dr. McDonald's study we've already
25    looked at --
```

Page 245

```
 1        A   Right.
 2        Q   If the average size of a talc particle in
 3    gynecologic tissue that they've studied is in the 5- to
 4    10-micron range, a typical surgical suture is probably
 5    a thousand times larger than that; right?
 6        A   Sure, it's larger.  Sure.
 7        Q   Not just larger, a thousand times larger?
 8        MS. AHERN:  Objection.  Form.
 9        THE WITNESS:  I don't know if it's a thousand or
10    500 or 200 or what.  Larger.
11    BY MR. DEARING:
12        Q   Well, by reference, would you agree that a
13    human hair is about 80 to 100 microns in diameter?
14        A   I honestly have never measured.  I don't know.
15        Q   Does that seem unreasonable?  I looked it up.
16        A   You looked it up.  I haven't looked it up, so
17    I don't --
18        Q   Okay.
19        A   Since I'm under oath, I don't want to say
20    something that may not be true.
21        Q   Okay.  Well, I'm just trying to add context to
22    what a micron is in size.
23            So we're talking about granulomatous responses
24    to surgical sutures that are -- if -- if talc particles
25    and tissue are 5 microns, surgical sutures are probably
```

Robert Kurman, M.D.

Page 246

```
 1   a thousand times bigger than a talc particle; right?
 2        MS. AHERN:  Objection.  Form.
 3        THE WITNESS:  We didn't agree on your -- the
 4   decision that they're a thousand times -- but they're
 5   larger.  Let's put it that way.
 6   BY MR. DEARING:
 7        Q   Well, you can't see a 5-micron talc particle
 8   with the naked eye, can you?
 9        A   No.
10        Q   But you can see a surgical suture with the
11   naked eye?
12        A   Yeah.  But I can't extrapolate from that that
13   it's a thousand times larger.  That's all I'm saying.
14        Q   Right.  It's probably bigger than that, but
15   the point is made.
16           So when Dr. Shah suggested talc might elicit a
17   granulomatous response, he's referring to very large
18   talc particles, not small 5-micron particles or large
19   clusters of particles; right?
20        MS. AHERN:  Objection.  Form.
21   BY MR. DEARING:
22        Q   Do you not have an answer to that?
23        A   Oh, I'm sorry.  I missed it.  What was your
24   question?
25        Q   So when Dr. Shah is suggesting that talc might
```

Page 247

```
 1   elicit a granulomatous response, he's referring to very
 2   large talc particles, like industrial grade, not
 3   cosmetic-grade particles that are 5 microns?
 4        MS. AHERN:  Okay.
 5   BY MR. DEARING:
 6        Q   Or large clusters of particles, he might be
 7   referring to those?
 8        MS. AHERN:  Objection.  Form.
 9        THE WITNESS:  Yeah.  I mean, I don't see why
10   cosmetic talc can't clump together and form larger
11   particles.
12   BY MR. DEARING:
13        Q   And, again, the statement that you're using
14   the study to support is that foreign-body granulomas
15   are what you would expect to find in tissue exposed to
16   noninfectious material like talc and surgical sutures.
17           You are talking about gynecologic tissue
18   exposed to talc, right --
19        A   Yeah.
20        Q   -- when you make that statement?
21        MS. AHERN:  Objection.  Form.
22        THE WITNESS:  Sure.
23   BY MR. DEARING:
24        Q   Okay.  Dr. Shah never once mentions talc and
25   granulomatous inflammation in ovarian tissue, does he,
```

Page 248

```
 1   in this study?
 2        MS. AHERN:  Objection.  Form.
 3        THE WITNESS:  As I recall --
 4   BY MR. DEARING:
 5        Q   Or any gynecologic tissue, for that matter?
 6        A   Not specifically.
 7        MS. AHERN:  Objection.  Form.
 8   BY MR. DEARING:
 9        Q   When he discusses reactions to talc, he's
10   referring to lung tissue that has trapped large talc
11   particles or clusters of particles by either inhalation
12   or surgical pleurodesis; right?
13        MS. AHERN:  Objection.  Where are you reading from?
14   In the Shah article?
15        MR. DEARING:  Yeah.
16   BY MR. DEARING:
17        Q   In the beginning, he describes the organs that
18   he's considering.
19        MS. AHERN:  I'm sorry.  The abstract?
20        MR. DEARING:  Maybe.
21   BY MR. DEARING:
22        Q   Yeah.  "The pulmonary system is one of the
23   most commonly affected sites to encounter granulomatous
24   inflammation."
25        A   Okay.
```

Page 249

```
 1        Q   Okay.  But the point is he doesn't talk about
 2   any gynecologic tissue in his response to talc in this
 3   study; right?
 4        A   I guess it's because it's so rare.
 5        Q   Well, you're using a study to support the
 6   statement that foreign-body granulomas will form in
 7   gynecologic tissue if they're exposed to talc.
 8        A   Right.
 9        Q   And you're using a study that doesn't even
10   discuss gynecologic tissue; right?
11        A   There's no reason for me to think that there
12   would be a difference, but --
13        Q   Okay.
14        A   -- he didn't describe it, GYN.
15        Q   Okay.  Look on page 5, if you would.  And
16   that's a photomicrograph.  And the way Dr. Shah
17   describes it is first he identifies a foreign-body
18   giant cell reaction within the lung alveoli.  And then
19   he says, "with macrophages engulfing inhaled talc."
20        A   Okay.
21        Q   So what he's saying there is that it's
22   actually macrophages engulfing talc particles, right,
23   not --
24        A   We just said that before.  Macrophages are
25   equivalent to histiocytes.
```

Robert Kurman, M.D.

Page 250

1      Q   Right.  But my point is he includes a
2   photomicrograph of that happening just like
3   Dr. McDonald, Godleski, Welch, that group did in that
4   study that we went over a little while ago; right?
5      MS. AHERN:  Objection.  Form.  Mischaracterizes the
6   paper.
7      THE WITNESS:  Perhaps so.
8   BY MR. DEARING:
9      Q   Can you tell from looking at this
10  photomicrograph whether talc particles are being
11  engulfed by macrophages?
12     A   On the H&E slide, I can see it, yes.
13     Q   So you believe that that's being accurately
14  described?
15     A   I can see it, yes.  I couldn't see it in that
16  other paper.
17     Q   Okay.  So on page 20 of your report, you
18  criticize Dr. Kane for discussing parts of the body
19  that is unrelated to ovarian carcinogenesis, yet --
20     A   What are you referring to now?  What
21  paragraph?
22     Q   Anyway -- and if I'm remembering this wrong,
23  feel free to correct me; it's your report.  But I seem
24  to recall that you were criticizing Dr. Kane for using
25  studies that didn't pertain to gynecologic tissue, they

Page 251

1   weren't gynecology studies, to support one of her
2   propositions.
3      Do you remember criticizing her for that?
4      MS. AHERN:  Objection.  Form.
5      THE WITNESS:  I know you're having a problem, but
6   I -- that came up different places, so I'd like to see
7   exactly where you're referring so that I can try to
8   respond.
9   BY MR. DEARING:
10     Q   Well, tell you what.  If I have time, I'll
11  come back to that.
12     A   Okay.
13     Q   It's not that important.
14     A   Okay.
15     Q   The fact is many pathologists who have studied
16  talc particles in tissue have recognized macrophages as
17  the foreign-body response in talc particles, not large
18  cell or giant cell granulomas; right?
19     MS. AHERN:  Objection.  Form.
20     THE WITNESS:  No.  The macrophages form giant
21  cell --
22  BY MR. DEARING:
23     Q   Right.
24     A   -- foreign-body giant cells.
25     Q   But as evidenced in these photomicrographs and

Page 252

1   presumably those of Dr. McDonald's study as well,
2   macrophages can adequately sequester smaller talc
3   particles; right?
4      A   Well, yeah.  And they present that in the
5   article.  These are foreign-body granulomas that you're
6   seeing here.  These collections of -- all of them
7   together form a foreign-body granuloma.
8      Q   But they're described as macrophages.
9      A   Yeah, but the macrophages form the granuloma.
10     Q   Only when they connect; right?
11     A   No, when they lump together.
12     Q   Right.
13     A   You can see it says "foreign-body giant cell
14  reaction within long alveoli with macrophages engulfing
15  inhaled talc."
16        So the macrophages inhale the talc or
17  phagocytize it.  And as they come together, they form a
18  foreign-body giant cell.
19     MS. GARBER:  I'm just going to object to Ms. Ahern
20  pointing out to the doctor where to look during his
21  testimony.  I request that she stop doing that.  It's
22  also violating the rules.
23     MS. AHERN:  Well, he's asking about that.  I just
24  simply pointed him to what he was asking him about.
25     MS. GARBER:  You pointed him to where he needed to

Page 253

1   look to answer the question, so please stop doing that.
2      MS. AHERN:  Well, the question was misleading.  I'm
3   trying to assume that macrophages are different from
4   foreign-body reaction.
5      MR. DEARING:  Okay.  Well, make an objection.
6   Don't coach the witness.  Okay.  Just make an
7   objection.  That's what you're supposed to do.
8      MS. AHERN:  Well, stop asking misleading questions.
9   BY MR. DEARING:
10     Q   The same pathologists that have reported
11  observing macrophages responding to talc particles in
12  tissue also suggest that the reason giant cell
13  granulomas are not formed is because the talc particles
14  are too small and the macrophages can adequately
15  sequester them.
16        Do you agree with that position?
17     MS. AHERN:  Objection.  Form.
18     THE WITNESS:  Please show me the reference that
19  you're making.
20  BY MR. DEARING:
21     Q   You haven't read any studies that you can
22  recall that say that?
23     A   No, not specifically.
24     Q   Okay.  While we're on the topic of
25  macrophages, would you agree with me that macrophages

64 (Pages 250 to 253)

Robert Kurman, M.D.

Page 254

1    can also release reactive oxygen species and reactive
2    nitrogen species when they deteriorate?
3        MS. AHERN: Objection. Form.
4        THE WITNESS: Yes, they can.
5    BY MR. DEARING:
6        Q    Have you taught medical students as part of
7    your career?
8        A    Yes.
9        Q    What did you teach medical students with
10   regard to whether size of foreign particles in any way
11   determines the type of foreign-body reaction to it?
12       MS. AHERN: Objection. Form.
13       THE WITNESS: I don't think I ever taught them
14   anything about that.
15   BY MR. DEARING:
16       Q    Well, you certainly taught them about
17   macrophages and giant cell granulomas; right?
18       MS. AHERN: Objection. Form.
19       THE WITNESS: Actually, I don't think I did.
20   BY MR. DEARING:
21       Q    Okay. Something else you wrote in Blaustein's
22   fourth edition --
23       Tell you what. Can we take about a
24   five-minute break?
25       THE WITNESS: Sure.

Page 255

1        VIDEO OPERATOR BROWN: Time is now 4:05. Going off
2    the record.
3        (Recess taken.)
4        VIDEO OPERATOR BROWN: Okay. Time is now 4:20.
5    Back on the record.
6        (The document referenced below was
7        marked Deposition Exhibit 9 for
8        identification and is appended hereto.)
9    BY MR. DEARING:
10       Q    Doctor, I'm showing you a portion of
11   Blaustein's Pathology of the Female Genital Tract,
12   Fourth Edition, marked as Exhibit Number 9.
13       Actually, I'm sorry. Can I see that one
14   again. Want to make sure I'm giving you the right one.
15   I'm not.
16       MS. AHERN: Thank you.
17   BY MR. DEARING:
18       Q    And, Doctor, this is an excerpt from
19   Chapter 14. It's entitled "Diseases of the Fallopian
20   Tube," and it looks like it was authored by you and
21   Dr. Mazur; is that right?
22       A    It looks that way, yes.
23       Q    Okay. What I want to point out is, on
24   page 376, at the bottom, there's a paragraph that --
25   well, almost at the bottom, there's a paragraph that

Page 256

1    starts "Rarely."
2        Do you see that?
3        A    Yeah. Uh-huh.
4        Q    It says:
5        "Rarely talc or another foreign
6    substance may elicit a foreign-body
7    reaction in the endometrium. Talc may
8    be introduced into the endometrial
9    cavity by instruments contaminated with
10   talc powder or by gloves during a pelvic
11   exam. Patients may be asymptomatic or
12   may have menorrhagia."
13       Did I pronounce that right?
14       A    Uh-huh.
15       Q    "Microscopically, the extent of
16   the granulomatous inflammatory reaction
17   depends on the quantity of the talc
18   inoculated. The infiltrate is
19   characterized by histiocytes and
20   foreign-body multinucleated giant cells
21   surrounding the talc crystals along with
22   lymphocytes and plasma cells. The
23   crystals appear as refractile,
24   birefringent, needle-like, or fan-shaped
25   splinters in polarizing light."

Page 257

1        So two things I want to draw out of that
2    paragraph.
3        The first is, you say, "Microscopically, the
4    extent of the granulomatous inflammatory reaction
5    depends on the quantity of the talc inoculated."
6        So what you're saying there, right, is that
7    the type of foreign-body reaction the body exerts
8    towards talc depends on how much talc is there or the
9    size of the particles; right?
10       MS. AHERN: Objection. Form.
11       THE WITNESS: Not the type, the extent.
12   BY MR. DEARING:
13       Q    By "extent," you mean?
14       A    Amount.
15       Q    Okay. So if there were just a few particles,
16   three or four isolated particles, you know, that
17   weren't right adjacent to each other that were in the
18   5-micron range or so, would you expect that a
19   macrophage could handle those?
20       A    I cannot -- you know, I can't get down into
21   the specifics of the size. It would be more --
22   basically, what that sentence means is the more of the
23   inoculum, the more of an infiltrate you'll get. I
24   can't break it down to, you know, three macrophages
25   versus ten, whatever.

65 (Pages 254 to 257)

Robert Kurman, M.D.

Page 258

1      Q    Okay.  But the extent of the granulomatous
2   response depends on the quantity of the talc present in
3   the tissue; right?
4      A    Right.
5      Q    The other thing I wanted to draw out of that
6   is that the -- when you say, "The crystals appear as
7   refractile, birefringent, needle-like, or fan-shaped
8   splinters in polarizing light," you're talking about
9   talc crystals; right?
10     A    Yes.
11     Q    So if they're needle-like, are you referring
12  to talc fibers?
13     MS. AHERN:  Objection.  Form.
14     THE WITNESS:  Talc.
15  BY MR. DEARING:
16     Q    So you're acknowledging that talc can have
17  needle-like morphology?
18     A    Yeah.
19     MS. AHERN:  Objection.  Form.
20     THE WITNESS:  Yes.
21  BY MR. DEARING:
22     Q    By the way, while we're on it, the fourth
23  edition of Blaustein's -- and I don't have the book,
24  but it actually identifies talc as a risk factor for
25  ovarian cancer; doesn't it?

Page 259

1      A    As a what, risk factor?
2      Q    For ovarian cancer.
3      MS. AHERN:  Objection.  Form.  Is there a question?
4      MR. DEARING:  Yes.
5      THE WITNESS:  Oh, you were asking me to comment on
6   that?
7      MR. DEARING:  Let me ask it again.
8      MS. AHERN:  Actually, let him ask you a question
9   first.
10     THE WITNESS:  Sorry.  Yeah, I thought you were
11  telling me.
12  BY MR. DEARING:
13     Q    I did, and then I put a question mark on the
14  end.
15     So do you agree with me that the fourth
16  edition identifies talc as a risk factor for ovarian
17  cancer?
18     A    Well, again, I don't have the book, but I'd
19  like to see what I said.
20     Q    You don't recall?
21     A    I don't remember.  The fourth edition goes
22  back a few years.
23     Q    Each of your Blaustein's has a chapter on risk
24  factors for ovarian cancer.
25     What are risk factors?

Page 260

1      A    Are you asking for the specific risk factors
2   of ovarian cancer or just in general?
3      Q    In general, what do you mean by "risk
4   factors," the term?
5      A    A factor that increases the risk of someone
6   developing cancer.
7      Q    What are the recognized risk factors for
8   ovarian cancer?
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  Well, it's a little bit of a
11  complicated question in that different people have
12  different opinions as to does -- is there enough data
13  to suggest that this particular factor rises to the
14  level of a risk factor.  Some say, "Oh, yes, it does."
15  Others say, "Well, it isn't."
16     So there are these associations which some
17  like to consider risk factors and some that don't.
18  Some are much stronger than others.
19  BY MR. DEARING:
20     Q    Can you specifically identify what you think
21  are maybe the three strongest risk factors for ovarian
22  cancer?
23     A    Well, family history, I think, is a strong
24  one.  I think genetic history in terms of specifically
25  BRCA mutations is a very strong one.  And I think kind

Page 261

1   of a negative risk factor would be the use of birth
2   control pills.
3      Q    By "negative," you mean a protective factor?
4      A    Protective factor, right.
5      Q    One of the statements you make in your report
6   is that you mention talc pleurodesis, and I was just
7   looking to try to find it and I don't see it.  But I
8   think you will recognize the statement.  It said:
9         "Further, if the consequence of
10     talc and asbestos exposure were similar,
11     one would expect to find cancer arising
12     in patients who underwent talc
13     pleurodesis."
14     Remember, that was when you were criticizing
15  her use of analogy of talc and asbestos and high-grade
16  serous carcinoma and mesothelioma in the beginning.
17     A    Yes.
18     Q    My question is:  Would you agree with me that
19  talc pleurodesis is typically used to treat malignant
20  pleural effusion and, more often, it's used in
21  end-stage disease?
22     MS. AHERN:  Object to the form.
23     THE WITNESS:  Well, it's also treated in benign
24  disease.  It is also used in benign diseases.
25  ///

66 (Pages 258 to 261)

Robert Kurman, M.D.

Page 262

1  BY MR. DEARING:
2    Q   I understand. But the overwhelming majority
3  of pleurodesis procedures are used in malignant
4  end-stage diseases?
5    MS. AHERN: Objection. Form.
6    THE WITNESS: It is certainly used in malignant
7  conditions, but I don't know about the overwhelming
8  majority of them.
9  BY MR. DEARING:
10   Q   Would you agree that the pleurodesis patients
11  who are getting pleurodesis because of an end-stage
12  malignancy typically don't live long enough to study
13  the long-term effects of the talc pleurodesis on them?
14   A   That's probably true.
15   Q   And also the talc used in talc pleurodesis is
16  a different grade of purity than the talc used in body
17  powders; right?
18   MS. AHERN: Objection. Form.
19   THE WITNESS: Again, I wasn't going to get into the
20  issue of how much is in there and what the purity is
21  and all that. I defer to a mineralogist.
22  BY MR. DEARING:
23   Q   And, typically, a pleurodesis procedure is
24  a -- is a one-time administration of a heavy volume of
25  talc as opposed to a slow trickle of chronic exposure;

Page 263

1  right?
2    MS. AHERN: Objection. Form.
3    THE WITNESS: Heavy volume, yes. A lot it is put
4  in there.
5  BY MR. DEARING:
6    Q   It's actually talc slurry that's introduced
7  into the pleural cavity; right?
8    MS. AHERN: Objection. Form.
9    THE WITNESS: Yes, that's correct.
10  BY MR. DEARING:
11   Q   Do you agree with me that there are scientists
12  and physicians that advise against using talc for
13  pleurodesis with patients with nonmalignant pleural
14  effusions?
15   MS. AHERN: Objection. Form.
16   THE WITNESS: I've read that there's a controversy,
17  some saying it shouldn't be done and some say it's no
18  problem.
19  BY MR. DEARING:
20   Q   You think that the split is about 50-50, those
21  in favor and those who warn against it?
22   A   Can't tell. I don't know what the split is.
23   Q   I brought one with me. Since I brought it, I
24  might as well show it to you. Right? Actually, I
25  brought two with me.

Page 264

1    (The document referenced below was
2    marked Deposition Exhibit 10 for
3    identification and is appended hereto.)
4  BY MR. DEARING:
5    Q   This is publication in the ATS -- in the
6  American Journal of Respiratory and Critical Care
7  Medicine by Dr. Ghio and Victor Roggli.
8    Do you know Dr. Roggli?
9    A   No, I don't.
10   Q   Well, Dr. Roggli is a pathologist and
11  microscopist who has spent a career studying asbestos
12  and mesothelioma and particularly quantifying asbestos
13  burden in lung tissue.
14    Does that sound familiar? You haven't heard
15  about him?
16   A   I don't know him, no.
17   Q   Okay. Well, do you agree with me that the
18  next-to-the-last sentence -- I'm sorry, I -- mean the
19  last sentence of the first paragraph reads -- well, the
20  title -- the title of this paper is "Talc Should Not Be
21  Used for Pleurodesis in Patients with Nonmalignant
22  Pleural Effusions." And Drs. Ghio and Roggli state
23  that:
24    "This dilemma results from a
25    possible increased risk of malignant

Page 265

1  mesothelioma in those patients treated
2  with talc. Consequently, an alternative
3  agent should be employed in any
4  additional" -- I'm sorry -- "in any
5  individual without malignancy requiring
6  pleurodesis."
7    Then he also cites a reference of case reports
8  of malignant mesothelioma after occupational exposure
9  to talc would suggest a possible -- a potential
10  association.
11    So do you agree with me that, at least
12  according to this paper, Drs. Ghio and Dr. Roggli
13  advise against using talc for pleurodesis in patients
14  with nonmalignant plural effusions?
15   MS. AHERN: Objection. Form.
16   THE WITNESS: Well, that's what they say. They do
17  say that the dilemma is -- in this last two sentences
18  above the first paragraph, they say the dilemma about
19  using it for nonmalignant pleural effusions results
20  from a possible increased risk of malignant
21  mesothelioma in those patients treated with talc.
22  BY MR. DEARING:
23   Q   Right. In other words --
24   A   Possible.
25   Q   Right. So he is saying there's a possibility

67 (Pages 262 to 265)

Robert Kurman, M.D.

Page 266

1  that talc could cause lung cancers; right?
2      A   Mesotheliomas. I'm sorry. Malignant
3  mesothelioma. We should distinguish carcinoma from
4  mesothelioma.
5      Q   All right.
6      A   He says that at the end. And I do believe --
7  I think -- I'd have to double-check, but I think there
8  was a letter to the editor from someone who had written
9  extensively on pleurodesis who said -- oh, it's Light.
10  Yeah, Light. References Number 2, Light, RW.
11          Do you see that one --
12      Q   Yes.
13      A   -- in his list of references?
14          Well, there's a letter to the editor by Light
15  who says I don't agree with that, that they shouldn't
16  be using talc for pleurodesis in patients with
17  malignant conditions -- nonmalignant conditions because
18  there's never been a reported case of mesothelioma in
19  patients with benign diseases treated with pleurodesis.
20      Q   Light --
21      A   And Light has written a lot of that as well.
22      Q   Right. Doesn't his paper say talc should not
23  be used for pleurodesis in that cite?
24      A   No, I thought he --
25      Q   Look at Light cite Number 2.

Page 267

1      A   I think maybe it's an issue, but he -- and
2  very specifically -- did we -- I thought I put that in
3  there. I'd have -- I'd have to look for the reference.
4      Q   Okay.
5      A   But I definitely remember a letter to the
6  editor responding to this saying I have never seen it;
7  it's never been reported in the literature; so I would
8  disagree with the fact that it shouldn't -- that
9  pleurodesis with talc should not be used. I'll be able
10  to find it.
11      Q   You also have a section in your report about
12  precursor lesions. Here it is, page 6.
13      A   Page 6 of my report.
14      Q   Right. I'm sorry. If would you turn to
15  page 12.
16      A   12.
17      Q   12.
18      A   Okay.
19      Q   In the first paragraph, second sentence, you
20  state, "Dr. Kane opines that genital talcum powder
21  exposure can cause ovarian cancer based on her
22  evaluation of epidemiological" --
23      A   Wait, wait, wait. You said the second
24  paragraph.
25      Q   I'm sorry. The first paragraph.

Page 268

1      A   First paragraph. Okay.
2      Q   Second sentence.
3      A   Second sentence. Okay. "She has produced a
4  lengthy report"?
5      Q   I'm sorry. Third sentence. "Dr. Kane opines
6  that" --
7      A   "That" -- okay.
8      Q   -- "genital talcum powder exposure can cause
9  ovarian cancer based on her evaluation of
10  epidemiological, pathological, biological, and
11  mechanistic evidence."
12          Is it your testimony that there is no
13  pathological, biological, and mechanistic evidence to
14  support the assertion that talc exposure can cause
15  ovarian cancer?
16          MS. AHERN: Objection. Form.
17          THE WITNESS: That's correct. I haven't seen that
18  evidence.
19  BY MR. DEARING:
20      Q   Further down in the third paragraph, about
21  halfway, it says:
22          "Dr. Kane does not identify any
23      studies linking the use of talc-based
24      body powders to the known genetic
25      alterations associated with the various

Page 269

1  histologic subtypes of ovarian cancer.
2  And, indeed, I am aware of no such
3  studies."
4          Would you agree me that many of the
5  epidemiologic studies do assess or analyze the data or
6  divide the data based on exposure and different
7  histological subtypes of ovarian cancer?
8          MS. AHERN: Objection. Form.
9          THE WITNESS: They do, and they're pretty
10  inconsistent, yes.
11  BY MR. DEARING:
12      Q   And when you say "I'm aware of no such
13  studies," are you referring to studies that demonstrate
14  genetic alterations of cells exposed to talc?
15          MS. AHERN: Objection. Form.
16          THE WITNESS: I'm saying that there are certain
17  genetic alterations that are involved with the -- with
18  carcinogenesis of the different types -- high-grade
19  serous, low-grade and endometrial clear cell -- and I'm
20  not aware of any studies and she did not -- and
21  Dr. Kane didn't mention either -- linking talc
22  powders to inducing those genetic alterations.
23          (The document referenced below was
24      marked Deposition Exhibit 11 for
25      identification and is appended hereto.)

Robert Kurman, M.D.

Page 270

1  BY MR. DEARING:
2  Q   I'm showing what is marked as Exhibit
3  Number 11, and this is a study by Drs. Fletcher,
4  Harper, Memaj, Fan, Morris, and Saed. I don't believe
5  this study was identified in either of your reference
6  lists.
7      Do you know if you've ever seen this study?
8  A   No, I don't remember seeing this study.
9  Q   Well, title of this study is "Molecular Basis
10  Supporting the Association of Talcum Powder Use with
11  Increased Risk of Ovarian Cancer."
12  A   Yes.
13  Q   If you would, take a minute and look at the
14  abstract. The last sentence of the abstract reads:
15      "These findings are the first to
16  confirm the cellular effect of talc and
17  provide a molecular mechanism to
18  previous reports linking genital talc
19  use to increased ovarian cancer risk."
20  A   I was sort of reading the rest of the
21  abstract. Let me go over it.
22      Okay. I'm sorry, what was your question?
23  Q   Well, having read the abstract, do you feel
24  like you have a good handle on the general topic of
25  this study?

Page 271

1  A   Not at all.
2  MS. AHERN: Objection. Form.
3  BY MR. DEARING:
4  Q   Not at all?
5  A   No. I'd like to see the materials and
6  methods. I'd like that see what they were actually
7  studying. I was looking for that. I couldn't see
8  that.
9  Q   You know, if you're not familiar with it,
10  let's move on.
11  A   I'm not.
12  Q   I want to ask you what you're familiar with.
13  I might come back to it if I have time for it.
14  A   Okay.
15  Q   Back to page 12.
16  A   Yes.
17  Q   Middle paragraph, last two sentences, you
18  state:
19      "Further, it is unlikely that
20  exposure to a single agent, i.e., talc,
21  could result in the development of such
22  distinctly different neoplasms."
23      My question is there are examples where a
24  single etiologic agent can cause more than one type of
25  cancer; right?

Page 272

1  MS. AHERN: Objection. Form.
2  BY MR. DEARING:
3  Q   For example, cigarette smoke can cause several
4  times of cancer; right?
5  MS. AHERN: Objection. Form.
6  THE WITNESS: Lung cancer, sure. Yeah. What else?
7  BY MR. DEARING:
8  Q   It can cause -- it has been linked to liver
9  cancer; right?
10  A   I'm not familiar with that.
11  Q   Well, asbestos can cause mesothelioma and it
12  can cause lung cancer; right?
13  A   It's usually not a significant cause of lung
14  cancer. It's a contributing factor to people who are
15  smokers.
16  Q   Asbestos is?
17  A   Yeah.
18  Q   Okay. Well, I know it usually causes
19  mesothelioma, but asbestos can cause lung cancer;
20  right?
21  MS. AHERN: Objection. Form. Asked and answered.
22  THE WITNESS: I think it's pretty rare. I think
23  it's mostly, as I said, predominantly lung cancer and
24  these -- they can add another factor to it, asbestos,
25  what I've read about it, because I'm not an expert in

Page 273

1  cigarette smoking and lung cancer.
2  BY MR. DEARING:
3  Q   On page 20 you have a subheading "Detection of
4  Talc in Ovarian Tissue."
5  A   I see it.
6  Q   And this appears to be a criticism of
7  Dr. Kane's recitation of the evidence that talc has
8  been observed in ovarian tissue and other gynecologic
9  tissue.
10      Is that an accurate summary?
11  A   Yes, uh-huh.
12  Q   Are you saying that that's just not true, that
13  talc has not been observed in gynecologic tissue?
14  A   No. I think in my second sentence, I say,
15  "She then acknowledges that the presence of talc
16  particles found in ovarian cancer tissue does not prove
17  that the talc played a causal role yet argues it is
18  'consistent with causation and provides additional
19  evidence in support after causal relationship,'" which
20  is -- the whole sentence doesn't make sense to me.
21  Q   Okay. I just want to be clear. You're not
22  taking exception to the fact that she's acknowledging
23  that scientists have observed talc particles in ovarian
24  tissue and other gynecologic tissue?
25  A   Well, in ovarian tissue, for sure.

69 (Pages 270 to 273)

Robert Kurman, M.D.

Page 274

1    Q   Are you saying the presence of talc in ovarian
2  tissue has no relevance to the issue of inflammation or
3  ovarian cancer?
4    A   I'm saying it's not evidence that it's causing
5  ovarian cancer.
6    Q   So you -- have you seen studies that identify
7  talc in ovarian tissue?
8    A   Yes.
9    Q   And in those same studies, did they identify a
10  granulomatous or giant cell response to the talc?
11    A   Actually, no.  That's the Heller article where
12  she sees it, but she specifically says she doesn't see
13  foreign-body giant cell reaction.
14    Q   Can you reconcile that inconsistency if you
15  think that's how the body should respond to talc?
16    A   Well, I think -- reconcile it is that I don't
17  think the talc is there having a biologic function or
18  is really in the tissue.  It's a contaminant, and
19  that's why it didn't produce a biologic reaction.
20    Q   Is it your opinion that all of the studies
21  that claim to recognize or identify talc in ovarian
22  tissue are what -- are really identifying
23  contamination?
24    A   I think it's a significant issue.  I can't
25  tell you all of them or not.

Page 275

1    Q   The fact is there's not a single study that
2  identifies talc particles in ovarian tissue that
3  recognizes a granulomatous giant cell response to it;
4  right?
5    MS. AHERN:  Objection.  Form.
6    THE WITNESS:  As far as I know, that's correct.
7  BY MR. DEARING:
8    Q   The next section of your report is entitled
9  "Migration of Talc to the Ovaries."
10    A   Okay.
11    Q   And I asked you earlier today if you thought
12  talc could migrate from the perineum to the ovaries and
13  you said absolutely not.
14      Is that still your position?
15    A   Yes.  I don't think it can migrate from the
16  perineum.
17    Q   Specifically what you say is -- you say that
18  Dr. Kane's opinion that talcum powder applied to the
19  external perineum can migrate to the ovaries is
20  unsupported by and contrary to the current data and
21  understanding of ovarian cancer pathology.
22    A   Where were you reading that?  I'm sorry.  I
23  know I said that, but can you see that -- show me that
24  exactly.
25    Q   No, not without reading the whole thing.  But

Page 276

1  I want to ask you a question about it.  I know that's
2  your position.
3    A   Yeah.
4    Q   Are you aware that there are many studies that
5  conclude that talc particles can, in fact, migrate from
6  the perineum to the ovaries?
7    MS. AHERN:  Objection.  Form.
8    THE WITNESS:  From the perineum?
9    MR. DEARING:  Yes.
10    THE WITNESS:  No, I'm not aware of those.
11  BY MR. DEARING:
12    Q   Are you aware that the 2007 study by
13  Dr. Cramer states that the presence of talc in lymph
14  nodes provides evidence that talc used externally is
15  capable of migrating into the pelvis?
16    MS. AHERN:  Objection.  Form.
17    THE WITNESS:  Could -- do you have that paper, by
18  the way?
19  BY MR. DEARING:
20    Q   I don't.
21    A   I'd like to see the paper because I think
22  there are issues in there that are important to point
23  out.
24    Q   Okay.  The one paper I did bring that I
25  already showed you was McDonald's 2019 paper.

Page 277

1    A   Right.
2    Q   Remember?
3    A   This is a totally different one.
4    Q   Right.  She said that -- said that the talc
5  migrated to pelvic lymph nodes from perineal
6  application.
7    A   Yeah.  I don't see how she came to that
8  conclusion.
9      So, first of all, the 2007 study -- let me
10  make sure this is the correct.  2007.
11    Q   The one I'm referring to is the pelvic lymph
12  node study.
13    A   "Presence of talc in pelvic lymph nodes of a
14  woman with ovarian cancer and long-term genital
15  exposure to cosmetic talc."
16    Q   Okay.
17    A   Right.  The first thing is that it's a case
18  report --
19    Q   Sure.
20    A   -- which doesn't really tell you a lot in
21  terms of scientific evidence.  This is just any case,
22  any case report.
23    Q   A case where talc migrated to that lady's
24  ovaries from the perineum; right?
25    MS. AHERN:  Objection.  Form.

Robert Kurman, M.D.

Page 278

1    THE WITNESS: Where does it say anything about it
2    coming from the perineum? I didn't see that. It could
3    have come from inhalation. I mean, I can tell you,
4    coming from the peritoneum and going to a lymph node
5    sounds totally against any method of lymphatic
6    drainage.
7    BY MR. DEARING:
8    Q   Do you believe --
9    A   Makes no sense.
10   Q   Do you believe that inhalation of talc can
11   result in the deposition of talc particles on ovarian
12   tissue?
13   A   It hasn't been demonstrated that I'm aware of.
14   It has been talked about.
15   Q   You just said it could have come from
16   inhalation.
17   A   Yeah. And I'm saying maybe that's how it came
18   from, but there's no definite proof. But I don't think
19   it --
20   MS. AHERN: I think it is in your report. You
21   cited it; right?
22   THE WITNESS: Case report.
23   BY MR. DEARING:
24   Q   Well, let me ask you about the two cases that
25   you cite --

Page 279

1    A   Okay.
2    Q   -- to support your opinion.
3    A   Okay. Sure. I can't find it.
4    Q   One of them was the Wehner study. Do you
5    remember the title is "On Talc Translocation from the
6    Vagina to the Oviducts and Beyond," Alfred Wehner. I
7    have a copy of it here if you would like.
8    A   Yeah. It would be nice to see the paper so I
9    can --
10   Q   I thought you'd say that.
11       (The document referenced below was
12       marked Deposition Exhibit 12 for
13       identification and is appended hereto.)
14   BY MR. DEARING:
15   Q   This is Exhibit 12. This is a paper entitled
16   "On Talc Translocation from the Vagina to the Oviducts
17   and Beyond."
18   A   Okay.
19   Q   It is by Alfred Wehner and Dr. R.E. Weller;
20   right?
21   A   Okay.
22   MS. AHERN: I'm sorry. Do you have --
23   MR. DEARING: Oh, you need a copy.
24   MS. AHERN: Thank you.
25   ///

Page 280

1    BY MR. DEARING:
2    Q   And this is a paper that you cite for support
3    that talc cannot migrate from the perineum to the
4    ovaries; right?
5    A   I'd have to see my report where we say that.
6    I see that we -- we're referring to Venter and Egli and
7    then we go to Wehner. Yes.
8    Q   At the top of page --
9    A   Wehner and Boorman. This is Wehner and
10   Wehner.
11   Q   At the top of page 22, you say "notably
12   Dr. Kane omits" and you mention the Wehner 1985 and
13   Boorman 1995.
14   A   Right.
15   Q   "Wehner examined talc migration in
16   monkeys, receiving repeated
17   introductions of talc to the upper
18   vagina over a period of 45 days.
19   A   Right.
20   Q   Right?
21   A   "No talc particles were found in the uterus or
22   tubes."
23   Q   Right.
24   A   Yes. So they didn't find talc.
25   Q   So what's important I want to point out about

Page 281

1    the study is there were six monkeys studied over a
2    45-day period with only 30 applications of talc; right?
3    That's in the abstract. That's also in the body, but
4    it is easier to find in the abstract.
5    MS. AHERN: Objection. Form.
6    THE WITNESS: Six monkeys received 30 applications.
7    Yeah.
8    BY MR. DEARING:
9    Q   And each of those six monkeys were at
10   different menstrual cycle places; right?
11   MS. AHERN: Objection. Form.
12   THE WITNESS: Don't know that -- where it says
13   that.
14   BY MR. DEARING:
15   Q   The point is 30 applications over 45 days
16   doesn't replicate long-term human genital talc use,
17   does it?
18   A   No, not at all. So you're suggesting that
19   negative finding supports what?
20   Q   No. I'm suggesting that your citing this
21   study for the proposition that talc cannot migrate from
22   the perineum to the ovaries in a human is misplaced --
23   MS. AHERN: Objection. Form.
24   BY MR. DEARING:
25   Q   -- because they're not the same thing.

Robert Kurman, M.D.

Page 282

1      A   But the point is to try to demonstrate, from
2   your standpoint, that it does get there.  And there's
3   no study that shows that.  I mean, you're supporting a
4   negative, which, to me, is nothing -- is not really
5   relevant.  You want to support a positive.
6      Q   You would agree with me that the cynomolgus
7   monkeys don't menstruate the way humans do; right?
8      A   Oh, I don't know about that.
9      Q   They do menstruate, but it's a different
10  process.
11     A   I don't know why it's different.
12     MS. AHERN:  Objection.  Form.
13     THE WITNESS:  I don't know.
14  BY MR. DEARING:
15     Q   Do you know whether these cynomolgus monkeys
16  experience retrograde menstruation?
17     A   No idea.
18     Q   Right.  Also, did you know that, at the time
19  of this study, Alfred Wehner was a paid consultant for
20  Johnson & Johnson?
21     A   No.
22     Q   You also cite the Boorman study for the
23  proposition that talc cannot migrate from the perineum
24  to the ovaries in humans.
25         And, of course, this is a rat study; right?

Page 283

1      MS. AHERN:  Objection.  Form.
2   BY MR. DEARING:
3      Q   Rats and mice.  Yes?
4      MS. AHERN:  Same objection.
5      THE WITNESS:  That's right.
6         (The document referenced below was
7         marked Deposition Exhibit 13 for
8         identification and is appended hereto.)
9   BY MR. DEARING:
10     Q   In fact, it's a one-page rat study.  Here it
11  is, if you'd like to refer to it.
12         Is this the study you were referencing to
13  support your proposition that talc can't migrate from
14  the perineum to the ovaries in humans?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  Let me see.  Boorman, Seely.  Yes,
17  this looks like the study, 1995.  Yes.
18  BY MR. DEARING:
19     Q   Actually, you criticized Dr. Kane for not
20  mentioning the Boorman study; right?
21         You say, "Notably, Dr. Kane omits any mention
22  of Wehner of 1985 and Boorman 1991."
23     A   Right.
24     Q   And you think that this study, this Boorman
25  one-page rat study, supports the proposition that

Page 284

1   genital talc use cannot -- that talc cannot migrate
2   from the perineum to the ovaries?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  I think it's just supportive of the
5   studies that she quoted that says it does.
6   BY MR. DEARING:
7      Q   Well, you criticized her study.
8      A   Right.
9      Q   So if it was just supportive, that means it's
10  not supportive at all; right?
11     MS. AHERN:  Objection.  Form.
12     THE WITNESS:  So they're both not supportive.
13  BY MR. DEARING:
14     Q   Okay.  Fair enough.
15         In fact, the authors practically say that in
16  this study; right?
17         If you look at the last sentence of this
18  one-page report, it says, "In the extrapolation of
19  these data, one should consider limitations relative to
20  the marked anatomical and physiological differences
21  between rodents and humans; right?
22         Do you see that last sentence?
23     A   I'm sorry.  I was looking at something else.
24     Q   It's the last sentence of this paper.
25     A   This Boorman paper?

Page 285

1      Q   Uh-huh.
2      A   "In the extrapolation of these data, one
3   should consider limitations relative to the marked
4   anatomical and physiological differences between
5   rodents and humans."
6      Q   Right.  So the Boorman paper doesn't really
7   tell you much about whether talc can migrate to the
8   perineum -- from the perineum to the ovaries in humans;
9   right?
10     A   That's correct.  Interestingly, by the way, in
11  the earlier comment I made about the Cramer 2007 study,
12  I found the sentence -- I'd have to look it up in the
13  paper, but I say, "I note that Cramer 2007," which is
14  the study that we're talking about, "which Kane relies
15  on for a migration opinion, stated that 'there is no
16  proof that talc used externally reaches the pelvis.'"
17     Q   Right.  That's the -- that's the 2007 pelvic
18  lymph node study.
19     A   Yes.
20     Q   Right.
21     A   The one we were talking about just a few
22  minutes ago.
23     Q   Right.  And the one I showed you earlier by
24  Dr. McDonald is a follow-up to that study, right, the
25  one that's Exhibit 6?

Robert Kurman, M.D.

Page 286

1    A    The one that was just published in -- when was
2    it?
3    Q    This one was published this year.
4    A    2007, that was published.  Okay.
5    Q    This is the follow-up to that study; right?
6    MS. AHERN:  Objection.  Form.
7    BY MR. DEARING:
8    Q    Well, if you would, go back to Exhibit 6.
9    A    What's Exhibit 6?
10   Q    It's the follow-up to the lymph node study.
11   It's entitled "Correlative Polarizing Light and
12   Scanning" --
13   A    Sandra McDonald.
14   Q    Right.
15   A    Since I haven't read that study, I'd like to
16   read it more carefully, because they don't describe how
17   they -- how they -- what tissues they examined, how
18   these patients were possibly exposed to talc.
19   Q    They do explain all that.
20   A    Where is it?
21   Q    Well, I tell you what.  Let's go off the
22   record, and you can take all the time you want to read
23   it and we can talk about it.
24   A    Okay.
25   VIDEO OPERATOR BROWN:  The time is now 5:02.  Going

Page 287

1    off the record.
2        (Recess taken.)
3    VIDEO OPERATOR BROWN:  The time is now 5:22.  Back
4    on the record.
5    BY MR. DEARING:
6    Q    Doctor, have you now had an opportunity to
7    read this study entitled "Correlative Polarizing Light
8    and Scanning Electron Microscopy for the Assessment of
9    Talc in Pelvic Region Lymph Nodes"?
10   A    I have.
11   Q    In the abstract, it sets out sort of the
12   purpose and the methodology of this study.  And it says
13   that:
14       "Perineal talc use is associated
15   with ovarian carcinoma in human
16   case-controlled studies.  Such talc may
17   migrate to pelvic organs and regional
18   lymph nodes with both clinical and legal
19   significance.  Our goal was to
20   differentiate talc in pelvic lymph nodes
21   due to exposure versus contamination
22   with talc in the laboratory.  We studied
23   22 lymph nodes from ovarian tumor
24   patients, some of which had documented
25   talc exposure, to quantify talc using

Page 288

1        digestion of tissue taken from paraffin
2        blocks in scanning electron microscopy
3        with energy-dispersive x-ray analysis.
4        Talc particles correlated significantly
5        with surface contamination assessments
6        using polarized light microscopy.  After
7        adjusting for surface contamination,
8        talc burdens in nodes correlated
9        strongly with perineal talc use.
10       "In a" -- let me just -- "In a
11       separate group of lymph nodes,
12       birefringent particles within the same
13       plane of focus as the tissues in the
14       histological sections were highly
15       correlated with talc particles within
16       the tissue by in situ, SEM-EDX.  We
17       conclude that since talc can be a
18       surface contaminant from tissue
19       collection/preparation, digestion
20       measurements may be influenced by
21       contamination.  Instead, because they
22       preserve anatomic landmarks and permit
23       identification of particles and cells in
24       tissues, polarized light microscopy and
25       in situ SEM-EDX are recommended to

Page 289

1        assess talc in lymph nodes."
2        Do you agree that that's an accurate summary
3    of this study?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  Pretty much.
6    BY MR. DEARING:
7    Q    So one of the things we were talking about
8    before we went off the record so you could read this
9    study was that you said you weren't sure about the
10   exposure of the patients in this study.
11       And if you would turn to page 2 at the top, it
12   says:
13       "One exposure of great current
14   medical, public health, and medicolegal
15   importance is the association of ovarian
16   cancers with the use of talc cosmetic
17   products in the genital area.  Data
18   related to this association come from
19   epidemiologic studies which identified a
20   clear excess of women with ovarian
21   malignancy who had used talc in their
22   genital area prior to developing cancer
23   compared to control women."
24       Do you agree with that last sentence of these
25   six scientists that data related to this association

73 (Pages 286 to 289)

Robert Kurman, M.D.

Page 290

1    come from epidemiologic studies which identified a
2    clear excess of women with ovarian malignancy who had
3    used talc in their genital area prior to developing
4    cancer compared to the control women?
5        A   I'm not sure what they mean by "clear."
6        Q   So you don't know how to interpret that
7    sentence at all?
8        MS. AHERN:   Objection.  Form.
9        THE WITNESS:   I mean, there have been epidemiologic
10   studies that have demonstrated an association between
11   talc usage and ovarian cancer.  I don't argue that.
12   BY MR. DEARING:
13       Q   And then he goes on to cite an epidemiological
14   study two sentences farther down.
15       "The most recent summary of the epidemiologic
16   data in 2018" -- I guess at the time he was working --
17   they were working on this paper -- "found that genital
18   talc may increase the risk of ovarian carcinoma by
19   about 30 percent."
20       And then he's, of course, referring to the
21   Penninkilampi study.
22       A   That's a relative risk, about 1.3 or
23   something.
24       Q   Do you agree that the Penninkilampi shows a
25   relative risk of 30 percent?

Page 291

1        MS. AHERN:   Objection to form.
2        THE WITNESS:   Well, by 1.3, right.  I just looked
3    at the abstract on that study, by the way.
4    BY MR. DEARING:
5        Q   Okay.  He goes down to describe the Heller
6    study in that same column.  And that's a study that we
7    briefly touched on earlier.
8        A   Uh-huh.
9        Q   But he says:
10       "A study by Heller was done with
11       digestion techniques followed by TEM" --
12       that's transmission electron
13       microscopy -- "on ovaries from 24 women
14       having hysterectomy, oophorectomy, for
15       reasons other than ovarian malignancy.
16       The study found talc in approximately
17       half the samples, with no obvious
18       correlation with the genital talc use
19       history, thereby suggesting to the
20       authors that talc exposure may be
21       relatively ubiquitous across the
22       population."
23       And then he talks about Dr. Cramer's and
24   Godleski's 2007 case report that we were talking about
25   prior to the break.  He said:

Page 292

1        "A subset of authors from the
2        present study have previously described
3        a case report in which a woman with
4        serous carcinoma of the ovary had a
5        history of talc usage in her genital
6        area, was demonstrated to have talc in
7        three of four pelvic -- examined pelvic
8        lymph nodes."
9        So when we were talking about the exposure
10   history in the 2007 Cramer case and you said "I don't
11   know if she used perineal talc," you now do know that
12   that was a perineal talc exposure; right?
13       MS. AHERN:   Objection.  Form.
14       THE WITNESS:   Well, she claims to have perineal
15   talc exposure, and then these exposure -- and you find
16   talc in the lymph nodes, but that does not directly
17   prove that it got there through the female reproductive
18   tract.
19   BY MR. DEARING:
20       Q   But the only evidence of exposure in the 2007
21   Cramer study is the statement by the patient that she
22   used talc perineally; right?
23       MS. AHERN:   Objection to form.
24   BY MR. DEARING:
25       Q   You're speculating about any other talc

Page 293

1    exposure; right?
2        MS. AHERN:   Objection.  Form.
3        THE WITNESS:   Well, I can't -- yeah.  I mean, it
4    doesn't prove necessarily that -- passage through the
5    female reproductive tract.  It could have been inhaled.
6    BY MR. DEARING:
7        Q   Next, it says in the next paragraph:
8        "In the study reported here, we
9        assess talc in a sizeable set of lymph
10       nodes in the pelvic region representing
11       multiple patients; thus, we expanded on
12       the lymph node analysis in the previous
13       case report" -- talking about the Cramer
14       2007 report -- "as well as the study of
15       nonmalignant nodes by Heller, et al.,
16       and we examined nodes in 22 patients
17       with various types of ovarian tumors."
18       So do you agree that this study is in part
19   a -- an expansion of Dr. Cramer's 2007 -- Dr. Cramer's
20   2007 case report and Dr. Heller's study?
21       A   It's a follow-up, yeah.  Okay.
22       Q   Okay.  And part of the study here is that they
23   assessed -- in the next column at the top, they assess
24   tissue surface contamination as a factor explaining the
25   high talc burden in some cases as opposed to talc that

74 (Pages 290 to 293)

Robert Kurman, M.D.

Page 294

1    migrated to the nodes from perineal exposure.
2        So, clearly, they are surmising or suggesting
3    that the talc found in the lymph nodes in this study
4    migrated to those lymph nodes from perineal exposure;
5    right?
6        MS. AHERN: Objection. Form.
7        THE WITNESS: Well, as I said, you can't -- you
8    can't -- that's a big jump. They don't show you -- I
9    mean, they're just saying she had perineal exposure.
10   Okay. And she has talc in these lymph nodes.
11       It doesn't mean that it went through the
12   vagina, the cervix, the uterus, the ovaries, and
13   somehow got into the lymph nodes.
14   BY MR. DEARING:
15       Q   Well, these eight authors concluded that
16   exposure, the perineal exposure, is what resulted in
17   the presence of talc in the lymph nodes; right?
18       MS. AHERN: Objection. Form.
19       THE WITNESS: They concluded that, but I don't see
20   why -- they didn't give the alternate explanation, that
21   it possibly got through inhalation. It makes more
22   sense to me than coming through the vagina or the
23   vulva -- from the vulva.
24   BY MR. DEARING:
25       Q   Inhalation of talc particles depositing on

Page 295

1    ovarian tissue or pelvic lymph nodes is more plausible
2    to you than perineal application?
3        A   Yes.
4        Q   Are you saying that inhalation of talc
5    particles depositing on ovarian -- on ovaries or in
6    pelvic lymph nodes is a biologically plausible
7    mechanism of exposure?
8        MS. AHERN: Objection. Form.
9        THE WITNESS: Repeat that, please.
10       MR. DEARING: Sure.
11   BY MR. DEARING:
12       Q   I believe you just said it was more likely, in
13   your opinion, that the talc particles observed in the
14   pelvic lymph nodes in this study got there through
15   inhalation and -- as opposed to perineal exposure and
16   migration.
17       My question is, by saying that, are you saying
18   that it's biologically plausible that you can -- that a
19   person can inhale talc and have those particles
20   deposited on ovarian tissue or pelvic lymph nodes?
21       MS. AHERN: Objection. Form.
22       THE WITNESS: I didn't say anything about
23   biologically plausible; I'm saying that I think it's
24   more likely -- it's hypothesis. And that needs to be
25   proven before it's accepted as being biologically

Page 296

1    plausible.
2    BY MR. DEARING:
3        Q   So something can be more likely, in your
4    mind --
5        A   Yeah.
6        Q   -- without being biologically plausible?
7        A   Right.
8        Q   And, of course, one of the advantages of using
9    SEM-EDX, according to these eight scientists, is that
10   it allows you to observe the talc particle in situ --
11   in other words, in the tissue -- not on the surface of
12   the tissue; right?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: Well, I'm not an electron
15   microscopist, so I can't really comment on their
16   technology of avoiding contamination, which they,
17   frankly, acknowledge could be a significant problem.
18       So I'd have to depend on someone who is an
19   electron microscopist to really go over their
20   methodology and say, oh, yes, this really is purified.
21   I mean, cutting the section off the surface, I don't
22   think that necessarily excludes contamination.
23       But, again, I'm not an electron microscopist.
24   I think that needs to be evaluated by someone who is.
25   ///

Page 297

1    BY MR. DEARING:
2        Q   Right. Well, at least three of these authors
3    are electron microscopists. So would you defer to them
4    when they say that SEM-EDX methodologies is the best
5    way to evaluate talc particles in situ or in tissue?
6        A   No.
7        MS. AHERN: Objection. Form.
8        THE WITNESS: I would not defer to them. I would
9    think you need an independent -- I mean, it's the same
10   idea. It would have to be -- now, I realize the study
11   got published, but I still would like to have someone
12   else who's an electron microscopist to have them
13   review that paper and say, yes, that makes sense. I
14   can't do that.
15   BY MR. DEARING:
16       Q   If there are three of the eight authors of
17   this study who are electron microscopists saying that,
18   why do you need more?
19       MS. AHERN: Objection.
20       THE WITNESS: It does -- I mean, they're -- I'm not
21   saying necessarily biased, but they want to prove a
22   case. So they're going to say, oh, yeah, this shows
23   it.
24       I'd like an independent review by someone who
25   is an electron microscopist who says yes, that's a

75 (Pages 294 to 297)

Robert Kurman, M.D.

Page 298

1    reasonable way of doing it and avoids contamination.
2    As I said, I'm not in a position to do that.
3    BY MR. DEARING:
4        Q   Do you agree that the women studied in this
5    publication who are in this study all claimed that they
6    used talc for feminine hygiene?
7        A   No, I don't think they all did.  I think there
8    were some that said they were exposed, but I think
9    others said they weren't.
10       Q   On page 3 at the top, the beginning of the
11   first paragraph, it says "Talc is readily visible under
12   polarizing light microscopy."
13       A   Yes.
14       Q   You agree with that; right?
15       A   Well, that's what they say, yeah.
16       Q   Well, you've --
17       A   Oh, yeah, generally speaking, yes.  Yes.
18       Q   I mean, you understand how polarizing light
19   microscopes work and how they will illuminate particles
20   with birefringent properties?
21       A   I use it.
22       Q   And it also says that talc may be found as
23   both plates and fibrous forms.  And I believe you don't
24   have an opinion about the fibrous forms; right?
25       A   Right.

Page 299

1        Q   And where the particles of fibers are brightly
2    birefringent and often in the size range of 1 to 10
3    microns.  We've already discussed that?
4        A   Right.
5        Q   And then do you see at the bottom of page 3,
6    right-hand side, next-to-the-last sentence, it states
7    what the eight authors' position was with regard to
8    exposure.
9            It says "The birefringent particles present
10   within lymph nodes were taken to indicate clinically
11   significant talc that migrated there through the
12   lymphatic system"; right?
13       A   That's what they say.
14       MS. AHERN:  Objection to form.
15       THE WITNESS:  Yes.
16   BY MR. DEARING:
17       Q   So we talked about migration through the
18   genital tract.  Do you have an opinion about whether
19   perineal talc use can result in talc migration through
20   the lymphatics to lymph nodes?
21       A   Well, in order to get to the lymphatics, they
22   have to get into the peritoneal cavity.  So, as I said
23   before, I don't believe -- and this, to me -- and this
24   study doesn't prove it either, that talc particles on
25   the perineum can get through the labia majora -- which

Page 300

1    are closed under normal conditions -- get through the
2    vagina, get through the cervix -- which, most of the
3    time, is closed to passage of bacteria, sperm, except
4    at the time of the -- when women ovulate -- get through
5    the uterus, get through the fallopian tubes, and get
6    into the peritoneal cavity.  I don't think that's
7    possible.  Unlike the lungs and the mouth, there's an
8    open airway.  That, to me, is more likely than going
9    through that complicated route through the genital
10   tract.
11       Q   Do you also recall reading in this study that
12   these eight authors suggested, and might have proved,
13   that one of the flaws in the Heller study was that the
14   technique used for determining the fiber burden in the
15   ovarian tissue of the women was transmission, EM, in
16   which they digested the tissue and thereby brought in
17   the surface contaminants that Dr. Godleski and McDonald
18   and Cramer and Welch and everyone else says that you
19   have to be careful to avoid?
20       MS. AHERN:  Is there a question?  I'm sorry.
21       MR. DEARING:  Yeah.
22       THE WITNESS:  Yeah.
23       MS. AHERN:  Objection.  Sorry.
24       THE WITNESS:  No, no.  I think I'm getting --
25   please repeat the question.

Page 301

1        MR. DEARING:  Sure.
2    BY MR. DEARING:
3        Q   So one of the things this study addresses is
4    the Heller study.  And it's a continuation of the
5    Heller study.  And they're offering an explanation for
6    why the burden count for talc particles in the Heller
7    study seems to be inconsistent across the board with
8    women who acknowledge being exposed to talc and women
9    who either didn't know or -- or denied using talc.
10       A   Correct.
11       Q   Okay.  And what they say in this study is that
12   the problem with the Heller study was they digested the
13   tissue and then counted the fibers.  And by digesting
14   the tissue -- or particles, talc particles, by
15   digesting the tissue, you necessarily bring in surface
16   contaminants so that the particles that you're
17   calculating or quantifying are just as likely to be
18   surface contaminants as anything else; right?
19       MS. AHERN:  Objection.  Form.
20       THE WITNESS:  That's what they claim.
21   BY MR. DEARING:
22       Q   Do you have any disagreement with them, with
23   that analysis of the Heller methodology?
24       A   I think --
25       MS. AHERN:  Objection to form.

Page 302

THE WITNESS: I think that that's -- could be contamination, yes. That's what I said earlier.
BY MR. DEARING:
Q On page 11, they start summarizing their findings on the right-hand column --
A Hold it. Hold it.
Q I'm sorry. Page 13.
A Okay.
Q Right-hand column, three-quarters of the way down, it says:
"In the long-studied and debated association between talc exposure and ovarian cancer, our study provides additional evidence that talc may enter pelvic tissues and ultimately be detected and measured in regional lymph nodes, and this relationship became especially strong when clinical-use data was considered and surface contamination was corrected for statistically. This adds perspective to the known migratory capabilities and overall biological role/impact of talc."
Do you agree with the statement that the findings of this study provide additional evidence that

Page 303

talc may enter the pelvic tissues and ultimately be detected and measured in lymph nodes?
MS. AHERN: Objection. Form.
THE WITNESS: As I said a few minutes ago, I do not have the technical expertise in electron microscopy to critically evaluate the techniques that they claim avoided the contamination issue. So I cannot, at this point, agree with that.
BY MR. DEARING:
Q Dr. Cramer, who participated in this study, is an OB/GYN; right?
A Yes.
Q So with regard to a practical application of this study for an OB/GYN, the authors write:
"Our findings also suggest that in patients with ovarian cancer, clinicians may want to make broader inquiries into the past and present use of talc by their patients. Similarly, pathologists may wish to pay greater attention to sampled regional lymph nodes."
First of all, do you agree that, in light of the studies, whether you agree with them or not, and in light of the -- in light of the universe of studies looking at talc and ovarian cancer, do you agree that

Page 304

clinicians should consider broader inquiries with their patients about talc usage when they're suffering from ovarian cancer?
MS. AHERN: Objection. Form.
THE WITNESS: I'm not here to make recommendations for how patients should be advised.
BY MR. DEARING:
Q Well, do you agree that, since there are suggestions that pelvic lymph nodes may -- may gather or store foreign particles that may have contributed to cancer, to ovarian cancers, do you agree with the statement here that pathologists may wish to consider greater -- may wish to pay greater attention to sampled regional lymph nodes?
MS. AHERN: Objection. Form.
THE WITNESS: There's no data in this study to say, even if they were correct in saying that talc is in lymph nodes, that it has any bearing on the development of ovarian cancer. Nothing whatsoever. I've never heard of development of ovarian cancer based on material that's in lymph nodes.
BY MR. DEARING:
Q If that's true --
A It's biologically not plausible to me.
Q If that's true, why do at least three of your

Page 305

textbooks identify talc as a risk factor for ovarian cancer?
MS. AHERN: Objection. Form.
THE WITNESS: Well, a risk factor has nothing to do with its presence in lymph nodes.
BY MR. DEARING:
Q Well, risk factors have to do with a woman's increased risk of getting ovarian cancer; right?
MS. AHERN: Objection. Form.
THE WITNESS: It doesn't tell you anything about the mechanism, though.
MR. DEARING: I'm going to move to strike your last answer as nonresponsive.
BY MR. DEARING:
Q My question was, well, risk factors have to do with a woman's increased risk of getting ovarian cancer; right? That's the question.
MS. AHERN: Objection. Form.
THE WITNESS: I said, yes, increased risk. A truly accepted risk factor means that there's a risk of developing ovarian cancer. We discussed that issue of risk factors earlier and that there are weaker risk factors and stronger risk factors, and I would still adhere to that statement.
///


Page 306

1    BY MR. DEARING:
2    Q   Do you know whether your new Blaustein's
3    edition is going to identify talc as a risk factor for
4    ovarian cancer, talc use?
5    A   It will be mentioned, but not in the kind of
6    detail that you asked me earlier.  Again, to represent
7    the broad, general notion of what's out there.
8    Q   In the next-to-the-last paragraph in the last
9    sentence, it says, "Our findings yield important
10   insights as to the ability of talc to migrate to
11   nodes."
12   A   Wait, wait, wait.  I'm not seeing it.
13   Q   I'm sorry.  Page 14.
14   A   Yeah.  Okay.  14.
15   Q   Last sentence, next-to-last --
16   A   "Our findings yield important" -- okay.
17   Q   "Our findings yield important
18   insights as to the ability of talc to
19   migrate to nodes and under what
20   conditions its identification to nodes
21   and tissues is clinically meaningful and
22   when not."
23       So do you disagree that this paper offers
24   important insights as to the ability of talc to migrate
25   to nodes?

Page 307

1    MS. AHERN:  Objection.  Form.
2    THE WITNESS:  Well, as I said earlier, I still am
3    not -- since I'm unable to truly evaluate their
4    procedure to prevent migration and to really pin down
5    if talc is in ovarian tissues, I can't comment on the
6    validity and my impression of this analysis.
7    BY MR. DEARING:
8    Q   So we spent a good bit of time talking about
9    your criticisms of Dr. Kane.  Let me just ask you, do
10   you have any criticism of her opinions that are not
11   contained in your report?
12   A   I think it's all there.
13   Q   And with regard to her methodology for
14   evaluating the issues of talc and ovarian cancer, you
15   testified you have a problem with her methodology in
16   that she relied on studies that you think should not
17   have been relied on.  Is that a fair statement?
18   MS. AHERN:  Objection.  Form.
19   THE WITNESS:  Yes.  Specifically, I said she relied
20   on studies utilizing ovarian epithelial cells, surface
21   ovarian epithelial cells, to bolster her argument that
22   the studies that she cited were indicative of causation
23   of ovarian cancer when I said that the private -- that
24   the -- that the precursor lesions really were in the
25   fallopian tube and that should have been the tissue

Page 308

1    that should have been used as -- to buttress our
2    arguments.
3    BY MR. DEARING:
4    Q   Do you have any other criticisms of her
5    methodology as far as how she reached the opinions she
6    reached?
7    A   Well, as I said, there's some specific issues
8    that I've listed in the paper.  We've addressed some of
9    them, like analogy.  There's others that I mentioned as
10   well.  But, again, since it fails right from the
11   beginning not identifying the appropriate tissue to
12   study in terms of a precursor, everything else after it
13   goes by the wayside.
14   Q   As far as you know, have you identified all of
15   methodological disagreements with her in your report?
16   MS. AHERN:  Objection.  Form.  Asked and answered.
17   THE WITNESS:  Well, in my report and what I've
18   stated here in the deposition.
19   BY MR. DEARING:
20   Q   Speaking of relying on the wrong studies, back
21   to the migration -- I forgot to ask you a question.
22       So you relied on the monkey study and the
23   mouse study, and I think you can see it may have little
24   or no relevance to the human transmigration.  But if
25   you're going to consider animal studies to either

Page 309

1    support or refute the idea of talc migrating from the
2    perineum to the ovaries or from the vagina to the
3    ovaries, you didn't mention the Phillips study.
4        Are you familiar with the Phillips study?
5    It's a rabbit study.
6    MS. AHERN:  Objection.  Form.  Mischaracterizing
7    testimony.
8    THE WITNESS:  I would have to see it.
9    BY MR. DEARING:
10   Q   You don't remember it?
11   A   No.
12   Q   It was a study where they injected talc into
13   the vagina of a rat and discovered that it did
14   migrate -- I mean of a rabbit, and discovered that it
15   did migrate to the tubes.
16       Does that not sound familiar to you at all?
17   MS. AHERN:  Objection.  Form.
18   THE WITNESS:  If you had the paper, it may jog my
19   memory and I can comment.
20   BY MR. DEARING:
21   Q   I don't have it.  I'm just asking if you --
22   A   Okay.  Off the top of my head, I don't
23   remember that particular study.  I did evaluate a
24   number of them.
25       But, again, just as you said, they introduced

Robert Kurman, M.D.

Page 310

1    the talc -- was it talc that they used?
2      Q   Yes.
3      A   They introduced it into the vagina.  So that
4    immediately short-circuits one of the major barriers,
5    which is from the perineum to get to the vagina.  I
6    mean, it's closed.  The vulva is closed.  The labia
7    touch each other.  Without physically opening them,
8    something can't get into it.
9      Q   Well, if talc could get inside the vagina,
10   does that change your opinion at all about whether it
11   can migrate further?
12     MS. AHERN: Objection. Form.
13     THE WITNESS: First of all, I would just repeat --
14   or say if it got into the vagina, and I'd say it can't
15   get into the vagina.
16   BY MR. DEARING:
17     Q   I know.
18     A   And then there was a study that I cited in
19   which they did -- let me see if I can find it.  They
20   put particles, not talc, into the -- where is
21   migration? -- into the -- into the vagina.  Let's see.
22   I should be able to find that.  Migration.
23     Okay.  Here.  On page 22, in the second
24   paragraph.  You highlighted it:
25     "It should be noted that even when

Page 311

1      particles are placed into the vagina,
2      passage to the ovaries is quite unusual.
3      For example, in another study it was
4      reported that when India ink was
5      introduction into the uterus, it was
6      detected in the fallopian tubes in 50
7      percent of women and, when introduced
8      into the cervix, it was detected in the
9      fallopian tubes of just 30 percent of
10     women.  When it was introduced into the
11     vagina, it was detected in only 1 of 37,
12     0.02 percent, patients.  In short, the
13     vulva is not an open conduit to the
14     vagina and, therefore, none of these
15     highly artificial studies can be used to
16     assert that talc applied to the external
17     perineum migrates to the fallopian tubes
18     and ovaries."
19   BY MR. DEARING:
20     Q   So your opinion is talc cannot get into the
21   vagina under any circumstance; right?
22     MS. AHERN: Object to the form.
23     THE WITNESS: I said that, yes.
24   BY MR. DEARING:
25     Q   So if a woman uses talc daily for feminine

Page 312

1    hygiene where she just pours talc in her panties, which
2    a lot of these plaintiffs have done, and then she has
3    intercourse that day, wouldn't that force some of the
4    talc particles presumably into the vagina?
5      MS. AHERN: Objection. Form.
6      THE WITNESS: If it's still there, present at the
7    time of having intercourse, I don't know.
8    BY MR. DEARING:
9      Q   Well --
10     A   It depends how much is there.  I mean, it's
11   totally speculation.  I can't comment on that.
12     Q   Is it biologically plausible that talc can be
13   forced into the vagina if used externally --
14     A   No, I don't think that's --
15     Q   -- during intercourse?
16     A   -- biologically plausible.
17     Q   You don't?
18     A   No.
19     Q   This study that you're referring to actually
20   supports what I was suggesting early on that you
21   disagreed with me on, and that was that, if talc was
22   introduced into the uterus, you said you still didn't
23   think it would migrate to the tubes or to the ovaries.
24     But this dye did exactly that, didn't it?  It
25   was introduced into the uterus, and in 50 percent of

Page 313

1    the women it migrated to the fallopian tubes; right?
2      MS. AHERN: Objection. Form.
3      THE WITNESS: Of course, these are part India ink,
4    not talc.  So it's not a great substitute.
5    BY MR. DEARING:
6      Q   Well, there are some materials, if introduced
7    into the uterus, that would migrate at least half the
8    time, according to this study, into the fallopian
9    tubes; right?
10     MS. AHERN: Objection. Form.
11     THE WITNESS: India ink.
12   BY MR. DEARING:
13     Q   Same question with the cervix.  So there are
14   some materials that, if introduced in the cervix, could
15   migrate to the fallopian tube perhaps a third of the
16   time?
17     MS. AHERN: Objection. Form.
18     THE WITNESS: Let's get down to the real -- real
19   reality.  When you get to the vagina, which is what
20   you're talking about, introducing it in the vagina all
21   the time, it occurred in 0.02 percent.  Furthermore,
22   that in and of itself is artificial, as I said.  We're
23   talking about perineal application, not introduction
24   into the vagina, into the cervix, or into the uterus.
25   ///

Robert Kurman, M.D.

Page 314

1 BY MR. DEARING:
2    Q   On your supplemental reference list -- I know
3 you didn't prepare this list, but there's a study on
4 this list entitled Sjosten. It's spelled
5 S-j-o-s-t-e-n. And it's entitled "Retrograde Migration
6 of Glove Powder in the Human Female Genital Tract."
7       In that study -- that study actually finds or
8 found that talc deposited in the vagina from glove
9 powder -- it was a starch powder -- migrated up the
10 female genital tract.
11       Do you recall that study? Do you know that
12 study?
13    MS. AHERN: Objection. Form.
14    THE WITNESS: Well, it's listed, but I haven't read
15 that study. But, again, glove powder means it was
16 placed into the vagina on pelvic examination.
17 BY MR. DEARING:
18    Q   Right.
19    A   Not on the vulva. Oh, and by the way --
20    Q   It doesn't stay there. It didn't stay there
21 in this study. It migrated.
22    MS. AHERN: Objection. Form.
23    THE WITNESS: From the?
24 BY MR. DEARING:
25    Q   From the vagina.

Page 315

1    A   We talked about that already, the vagina
2 studies described earlier.
3       But I should also -- because you asked about
4 sexual intercourse. And I could also -- I remember
5 that -- it was an epidemiologic study. I can't, off
6 the top of my head, remember which one, but I know that
7 they evaluated talc in diaphragms, and that was not
8 associated with an increased risk of ovarian cancer
9 either.
10    MR. DEARING: Can we just take a quick break? I
11 think I'm almost finished.
12    VIDEO OPERATOR BROWN: Time is now 5:59. Going off
13 the record.
14       (Recess taken.)
15    VIDEO OPERATOR BROWN: Time is now 6:10. Back on
16 the record.
17 BY MR. DEARING:
18    Q   Doctor, in reviewing your report, I notice
19 that your methodology for weighing the evidence on
20 these issues that we've been discussing is not
21 described.
22       Can you describe for me what your methodology
23 is with regarding to weighing the evidence as it
24 pertains to the causation, migration, inflammation, the
25 issues we've been discussing?

Page 316

1    MS. AHERN: Objection. Form.
2    THE WITNESS: I thought I went over that
3 methodology right in the beginning.
4 BY MR. DEARING:
5    Q   Well, you talked about a general methodology
6 based on your experience, your research; but you
7 haven't explained how you actually weigh the evidence
8 of the things that you consider.
9    MS. AHERN: Objection. Form.
10    THE WITNESS: Well, I read over Dr. Kane's report.
11 I ran down her references. And, as I said earlier, the
12 papers that she relied on did not assess or did not
13 buttress her arguments about the causation of ovarian
14 cancer based on talc usage because they didn't examine
15 the right tissues. And I've said that before, and I
16 still say that.
17       Then all the rest of it, like a set of
18 dominoes, falls because, in order to establish
19 causation, you need to look not at cancers, which many
20 of the studies that she cited looked at because of
21 increased inflammation, it's irrelevant. What you have
22 to look at is the cell of origin of ovarian cancer,
23 which we now acknowledge comes from tubal epithelium,
24 and the studies that she looked at didn't analyze tubal
25 epithelium.

Page 317

1 BY MR. DEARING:
2    Q   Do you agree that, when a physician or
3 scientist is assessing or forming opinions on issues
4 like causation, inflammation, migration, that it's
5 important for that physician or scientist to consider
6 all of the relevant literature on those topics?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: Well, I don't know if you can ever
9 say all of it. You try your best to read as much as
10 you possibly can of the relevant literature and come to
11 a conclusion.
12 BY MR. DEARING:
13    Q   You agree with me that you've not done a
14 comprehensive review of the literature on talc and
15 inflammation?
16    A   I'm sorry. Could you repeat that?
17    MS. AHERN: Objection. Form.
18 BY MR. DEARING:
19    Q   I said do you agree with me that you have not
20 done a comprehensive review of all of the relevant
21 literature on the issue of talc and inflammation?
22    MS. AHERN: Objection. Form.
23    THE WITNESS: Well, as I said, I've reviewed many,
24 many studies, and you can form an evaluation as these
25 studies play out one way or the other. But all, every

Robert Kurman, M.D.

Page 318

1    conceivable study?  No, I didn't do that.
2    BY MR. DEARING:
3        Q    Well, the studies that you considered are
4    listed in your reference materials; right?  Your two
5    reference lists; right?
6        A    Yes.
7        MS. AHERN:  Objection.  Form.
8    BY MR. DEARING:
9        Q    In fact, some of the studies on the second
10   reference list you didn't consider because you didn't
11   even read; right?
12       A    Right.
13       Q    So if the studies aren't on your reference
14   list, you did not consider them in forming your
15   opinions that we've been discussing today; right?
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  That is correct.
18   BY MR. DEARING:
19       Q    So is it fair to say that you did not do a
20   comprehensive review of the literature regarding talc
21   and its ability to migrate to the ovaries from the
22   perineum?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  No, I disagree.  I think I did.  In
25   fact, I reviewed her studies which she claims supported

Page 319

1    migration, and I added other studies.
2    BY MR. DEARING:
3        Q    With regard to the issue of inflammation, you
4    had not seen the Saed study that we started to go over.
5    You didn't recite the Ness 1999 study.  You just saw
6    the Godleski 2019 study for the first time today.
7        So there are significant studies that you did
8    not consider in forming your opinions today; correct?
9        MS. AHERN:  Objection.  Form.
10       THE WITNESS:  Well, I can tell you -- and I didn't
11   analyze the Saed study because a number of other
12   experts looked at it, and I did read their reports
13   prior to this deposition and they felt that the studies
14   were terrible, basically.  And so I didn't find it
15   necessary to review it.  I found other experts
16   reviewing it.
17       And right off the bat, he was looking at
18   ovarian cancer cells, and that's not what you're
19   supposed to be looking at when you're trying to
20   establish causation of ovarian cancer.  You don't look
21   at ovarian cancer; you look at precursor lesions.
22   BY MR. DEARING:
23       Q    Well, you've testified that epidemiology is
24   not one of your primary topics that you plan to testify
25   about.

Page 320

1        Would you agree with me that you haven't done
2    a comprehensive search of the epidemiologic studies out
3    there on talc and ovarian cancer; in fact, you only
4    named a few in your reference materials?
5        MS. AHERN:  Objection.  Form.
6        THE WITNESS:  Well, as I said at the beginning, in
7    previous depositions and in the trial, I had reviewed
8    many of the epidemiologic studies to, frankly, get up
9    to speed on them because I -- up until 2015, I hadn't
10   read all those studies, but at that time, I reviewed
11   all -- you know, there was many that I thought were
12   relevant.  So I did review them at that time.
13       I didn't review them this time because I felt,
14   well, I've done that in the past.  And my focus at this
15   deposition would be more on ovarian carcinogenesis from
16   the standpoint of the gynecologic pathology.
17   BY MR. DEARING:
18       Q    Are you aware that quite a few epidemiology
19   study and meta-analyses have actually been published
20   since 2015, since you testified?
21       A    There have been some.  And, like, I looked at
22   some of these abstracts.  Didn't look like it changed
23   much.
24       Q    Well, you haven't looked at the Taher study;
25   right?

Page 321

1        A    Can I see that?
2        MS. AHERN:  Object to the form.
3        (The document referenced below was
4    marked Deposition Exhibit 14 for
5    identification and is appended hereto.)
6    BY MR. DEARING:
7        Q    So this is the Taher study, and it's not on
8    your reference list.
9        Have you seen that study before today?
10       MS. AHERN:  You asked about published studies?  Is
11   that your question?
12       MR. DEARING:  Studies.
13       MS. AHERN:  The question was have there been other
14   published studies that you did not review?
15       THE WITNESS:  I have not seen this study.
16   BY MR. DEARING:
17       Q    Have you reviewed the Health Canada assessment
18   that was published on the issue of talc and ovarian
19   cancer?
20       MS. AHERN:  Objection.  Form.
21       THE WITNESS:  The only time I ever was aware of a
22   Health Canada study was in reading the deposition of
23   Dr. Kane.  And she basically said, "Well, the findings
24   in the Health Canada study agree with my findings."
25       ///

81  (Pages 318 to 321)

Robert Kurman, M.D.

Page 322

1  BY MR. DEARING:
2      Q   You haven't read the Health Canada findings,
3  have you?
4      A   No, I haven't.
5      Q   With regard to Dr. Saed's 2019 study, are you
6  aware that one of the things he looked at and studied
7  were fallopian tube cells?
8      MS. AHERN:  Objection.  Form.
9      THE WITNESS:  I said I didn't read his study.
10  BY MR. DEARING:
11      Q   So, no, you're not aware of the types of cells
12  that he studied?
13      A   No.
14      Q   I think that's it.
15      A   Okay.  Thank you.
16      MS. AHERN:  Okay.  I have just have a couple -- or
17  maybe one or two questions just for clarification.
18      THE WITNESS:  All right.
19      MS. AHERN:  Where is my note?  Could you do me a
20  favor and could you pull up time 15:14:19.
21      Hold on a minute.  There you go.
22
23          EXAMINATION
24  BY MS. AHERN:
25      Q   So, Doctor, you were asked repeatedly today

Page 323

1  about your opinions on ovarian cancer and talc and
2  whether or not you thought talc caused ovarian cancer.
3      Do you remember throughout the day?
4      A   Yes.
5      Q   Okay.  There are just a couple of question and
6  answers that I want to go over with you, and then I'm
7  going to ask you a question.  And I think -- because we
8  need some clarification on something.
9      You were asked the question:
10      "Would you agree that good
11  scientists can have differing opinions
12  about cancer etiology?"
13      And you responded:
14      "That's a very, very general
15  question.  But if I frame it with the
16  talc litigation, I would venture to say
17  that a reasonable scientist viewing --
18  viewing all, viewing the totality of
19  this data, I don't think anyone would
20  agree to say that talc causes ovarian
21  cancer."
22      Do you see that?
23      A   Yes.
24      Q   Is that consistent with your opinions on talc
25  and ovarian cancer?

Page 324

1      A   Yes.
2      Q   The next question you were asked by
3  Mr. Dearing is:
4      "Are you saying that all of the
5  plaintiffs' experts, the 30 or so
6  plaintiff experts that you know about,
7  are not good scientists."
8      And you said, "I didn't say that."
9      And then he asked you:
10      "Okay.  Well, my question is do you
11  agree with me that good scientists can
12  have differing opinions about cancer
13  etiology?"
14      You said:
15      "It's neither good or bad; I'm
16  saying that reasonable people, looking
17  at all this data, in my opinion, would
18  not disagree that this is -- that talc
19  causes ovarian cancer."
20      Is that consistent with your opinions on --
21  that you've given today on talc and ovarian cancer as
22  it's written --
23      A   That's a little bit of a confusing statement,
24  I agree.  It's kind of a double negative, "not
25  disagree."  So my view is -- I'm sorry.

Page 325

1      Q   Sorry.  And my next question was, in response
2  to that question, what did you intend to say?
3      A   What I had said earlier.  And you can go back
4  and cite the same thing again, that looking at the
5  totality of evidence and data that's presently
6  available, I don't think anyone would agree to say that
7  talc causes ovarian cancer.
8      MS. AHERN:  Okay.  That's all the questions I have.
9  Thank you.
10
11          FURTHER EXAMINATION
12  BY MR. DEARING:
13      Q   Doctor, you just testified that you have not
14  looked at the totality of all the evidence, that there
15  are some studies you have not seen and have not looked
16  at.
17      So do you agree with me that you have not
18  considered the totality of all the evidence?
19      A   Well, "totality," insofar as what is --
20  looking at available, but -- I didn't look at every
21  single study, but I think if you put it all into
22  perspective, as I mentioned when you asked me that
23  earlier, is that you read a number of studies and
24  things start to fall in place.  And another one study
25  isn't going to change it.

82 (Pages 322 to 325)

Robert Kurman, M.D.

Page 326

1      MR. DEARING:  Okay.
2      MR. ZELLERS:  Thank you, everyone.
3      VIDEO OPERATOR BROWN:  The time is now 6:23.  This
4  concludes the deposition.  Going off the record.
5  (The deposition proceeding was concluded at 6:23 P.M.)
6
7           --ooOoo--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 327

1
2
3           CERTIFICATE
4              OF
5      CERTIFIED SHORTHAND REPORTER
6
7      The undersigned Certified Shorthand Reporter of
the State of California does hereby certify:
8      That the foregoing proceeding was taken before
me at the time and place therein set forth, at which
9  time the witness was duly sworn by me;
       That the testimony of the witness and all
10  objections made at the time of the examination were
recorded stenographically by me and were thereafter
11  transcribed, said transcript being a true and correct
copy of my shorthand notes thereof;
12      That the dismantling of the original transcript
will void the reporter's certificate.
13
14      In witness thereof, I have subscribed my name
15  this date:_____.
16
17
18      _____
19      PAMELA COTTEN, CSR, RDR
       Certificate No. 4497
20      Certified Realtime Reporter
21
22
23      (The foregoing certification of
this transcript does not apply to any
24  reproduction of the same by any means,
unless under the direct control and/or
25  supervision of the certifying reporter.)

Page 328

1           INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully and
4  make any necessary corrections.  You should state the
5  reason in the appropriate space on the errata sheet for
6  any corrections that are made.
7           After doing so, please sign the errata sheet
8  and date it.
9           You are signing same subject to the changes you
10  have noted on the errata sheet, which will be attached
11  to your deposition.
12           It is imperative that you return the
13  original errata sheet to the deposing attorney within
14  thirty (30) days of receipt of the deposition transcript
15  by you.  If you fail to do so, the deposition transcript
16  may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 329

1           ------
2           E R R A T A
3           ------
4  PAGE LINE  CHANGE
5  ___ ___  _____
6  REASON:  _____
7  ___ ___  _____
8  REASON:  _____
9  ___ ___  _____
10  REASON:  _____
11  ___ ___  _____
12  REASON:  _____
13  ___ ___  _____
14  REASON:  _____
15  ___ ___  _____
16  REASON:  _____
17  ___ ___  _____
18  REASON:  _____
19  ___ ___  _____
20  REASON:  _____
21  ___ ___  _____
22  REASON:  _____
23  ___ ___  _____
24  REASON:  _____
25

83 (Pages 326 to 329)

Robert Kurman, M.D.

```
                                    Page 330
 1              ACKNOWLEDGMENT OF DEPONENT
 2
 3          I,_____, do hereby
 4     certify that I have read the foregoing pages, and that
 5     the same is a correct transcription of the answers given
 6     by me to the questions therein propounded, except for
 7     the corrections or changes in form or substance, if any,
 8     noted in the attached Errata Sheet.
 9
10
11     _____
12     ROBERT KURMAN, M.D.                    DATE
13
14     Subscribed and sworn to
       before me this
15
       _____day of_____,20____.
16
       My commission expires:_____
17
18     _____
       Notary Public
19
20
21
22
23
24
25
```

Robert Kurman, M.D.

**A**

**A.M** 1:15 7:2,6
**A.P** 5:23
**ability** 49:22
88:14 209:24
225:1 306:10
306:18,24
318:21
**able** 16:1 98:24
141:2 267:9
310:22
**absolutely** 57:12
62:1 108:1
118:3 183:6
275:13
**absorbed**
229:12,14
**abstract** 33:24
39:13 248:19
270:14,14,21
270:23 281:3,4
287:11 291:3
**abstracts** 320:22
**accept** 27:19
29:3 197:14
**acceptable** 27:9
27:21
**accepted** 119:10
221:3 295:25
305:20
**accessible**
154:15
**account** 33:6
145:8
**accounted** 109:5
**accumulate**
77:24 78:11
92:12 93:14
94:13
**accurate** 197:25
204:25 273:10
289:2 328:16
**accurately**
250:13
**acetaminophen**
106:22 107:5

**acknowledge**
109:18 163:13
296:17 301:8
316:23
**acknowledged**
15:5 204:4
**acknowledges**
20:22 273:15
**acknowledging**
235:22 258:16
273:22
**ACKNOWLE...**
330:1
**acquaint** 220:9
**actinolite** 89:19
104:15
**activation** 81:14
81:17 84:7,14
84:15 85:7,13
85:17 86:6
88:23
**active** 98:14
**activity** 76:19
**actual** 25:24
164:12
**adaptive** 242:24
**add** 36:10 39:1,5
114:13 206:21
245:21 272:24
**added** 206:20
319:1
**addition** 66:4
119:1 127:25
**additional** 265:4
273:18 302:14
302:25
**address** 17:7
27:22
**addressed** 27:10
28:5,9,10
308:8
**addresses** 301:3
**addressing**
103:14
**adds** 302:21
**adenocarcino...**
82:4

**adequately**
235:18 252:2
253:14
**adhere** 305:24
**adjacent** 257:17
**adjusting** 288:7
**administration**
262:24
**admits** 221:6
**adopted** 76:13
**advanced**
135:14 147:23
151:25 153:13
154:17 155:21
**advantage**
110:17
**advantages** 10:6
296:8
**advise** 263:12
265:13
**advised** 304:6
**affect** 37:25
38:20 102:15
**age** 211:8
**agency** 74:12,15
76:7,20
**agent** 67:9,19
80:4,16 86:22
168:1,16
169:23 170:4
170:10,14,18
174:13 177:5
177:23 265:3
271:20,24
**agents** 66:3
79:10,11 86:25
87:2 166:2,15
169:17,19
179:13 183:16
209:15,19
229:3
**agglomeration**
84:24
**ago** 15:14 41:8
46:6 82:1
85:12 118:11
118:12 122:2

158:14 170:20
174:21 182:5
182:22 217:21
224:2 234:15
250:4 285:22
303:4
**agree** 15:2 22:10
27:17 28:17
29:2 41:8,17
44:1 47:19
49:14 64:8
68:3,21 70:2,8
72:7,8,22 74:4
74:8 75:1,4
78:1,10 80:8
80:10,13,14,24
80:24 81:4,7
81:19,22 82:14
83:8 84:15
85:9,24 87:11
89:3,22 90:6
90:10,19,23,24
91:11 93:15
106:3,20 107:3
108:10 113:1
113:15 114:10
117:4 124:22
130:2 132:14
132:18 142:22
143:22 147:21
151:22 152:21
153:1,6,8,11
155:1 156:4,6
161:2 163:2
164:25 166:18
166:21 170:9
171:1,9 172:2
175:16,24
176:20 177:5
177:21 178:4
181:23 183:8
185:7 186:22
195:7,14
196:20 197:2,8
198:9 200:6
207:24,25
209:1,5,20

210:2,9,18
211:12 214:5
215:7 219:13
223:18 225:23
229:3,10
232:18 234:5
238:8 245:12
246:3 253:16
253:25 259:15
261:18 262:10
263:11 264:17
265:11 266:15
269:4 282:6
289:2,24
290:24 293:18
298:4,14
302:24 303:8
303:22,23,25
304:8,11 317:2
317:13,19
320:1 321:24
323:10,20
324:11,24
325:6,17
**agreed** 124:23
131:5,24
230:11
**agreeing** 144:13
183:18 234:19
**agrees** 47:11
211:9
**Ah** 26:5 125:18
**ahead** 11:24
145:19 168:6
215:1 231:25
**Ahern** 2:17 4:6
8:3,3 10:9
11:20,24 16:24
17:22 18:7,21
19:6,11,15
20:1,13 21:6
21:10 22:2,15
23:13,23 25:22
26:13 28:22
30:17 31:19
34:23 35:3,14
35:20 36:1,6

Robert Kurman, M.D.

36:13 39:3,18
39:22 41:3,12
42:1,10,12
43:8,19 44:2
44:10 45:6,18
46:2,12 47:2,8
48:2,13,19
49:10 50:22
52:13,19 53:7
54:2,16 55:3
56:1,11,20
58:19,22 59:3
59:19 60:18
61:9,12 62:9
62:16,24 63:11
63:17 64:5,12
65:3 66:11
67:24 68:6,18
69:6,19 70:11
71:2,19 72:11
73:12,23 74:7
74:16 75:6,17
75:21 77:2
78:2 81:6,24
82:12 83:9,23
84:17 85:11
86:2,15,20
87:7,13,23
88:5,15,21
90:7,21 91:5
91:14 93:8
94:4,18 95:15
96:1 97:14
99:2,14 100:18
100:21 101:9
101:17 102:13
102:18 103:10
105:11 106:7
106:24 107:17
108:13 109:15
110:3,16
111:22 112:5,9
113:4,21 114:3
117:8,21,24
120:23 122:9
124:3 125:9
126:24 128:21

128:23 129:8
129:21 130:20
130:25 132:17
132:25 133:23
134:10 135:25
136:22 137:6
138:6,21 139:6
139:16 140:1
140:23 141:11
141:23 142:8
142:17 143:1,7
143:15 146:2
146:14,22
147:15 148:1
148:12,21
149:4,7,19,22
150:18 151:11
152:3,23
153:16 154:1,3
154:5,9 155:3
156:2,13,20
157:5,15,21
158:12,22
159:4,6,11,13
162:13 163:6
164:6,11,18
165:3,11 166:3
166:16,25
167:5,16 168:4
168:6,17
170:12,19
171:17 172:11
172:23 173:6
173:16,25
174:15,20
175:3,11,22
176:1,13,23
177:7,10,15,25
178:7,11
179:12,17
180:10,20,24
181:7,20,25
182:9,16
183:11,14,22
184:15,24
185:4,11,19
186:2,5,16

187:1,20
188:17 189:2
189:25 190:10
191:4,16,18
192:2 193:7
195:12,20
196:5,14
197:11 198:12
199:16,20
200:8 201:8,18
202:4,18 203:2
203:8,24
204:15 205:1
205:10,13
206:14 207:4
208:8,17
209:22 210:4
210:15,21
211:7 212:6,25
213:5,13,22
214:9,15
215:11 216:12
216:18 217:5,8
217:10 218:13
219:1,10,16,23
221:16,19
226:11,14
227:11,23
228:5 229:13
229:22 230:8
230:20 231:8
232:22 234:9
237:12,24
238:14 239:5
240:18 241:11
241:14 244:1
244:19 245:8
246:2,20 247:4
247:8,21 248:2
248:7,13,19
250:5 251:4,19
252:19,23
253:2,8,17
254:3,12,18
255:16 257:10
258:13,19
259:3,8 260:9

261:22 262:5
262:18 263:2,8
263:15 265:15
268:16 269:8
269:15 271:2
272:1,5,21
275:5 276:7,16
277:25 278:20
279:22,24
281:5,11,23
282:12 283:1,4
283:15 284:3
284:11 286:6
289:4 290:8
291:1 292:13
292:23 293:2
294:6,18 295:8
295:21 296:13
297:7,19
299:14 300:20
300:23 301:19
301:25 303:3
304:4,15 305:3
305:9,18 307:1
307:18 308:16
309:6,17
310:12 311:22
312:5 313:2,10
313:17 314:13
314:22 316:1,9
317:7,17,22
318:7,16,23
319:9 320:5
321:2,10,13,20
322:8,16,19,24
325:8
**aided** 238:21
**aim** 123:18
**air** 104:9
**airway** 300:8
**al** 5:7,11,17,21
  5:24 6:9 38:15
  116:19 293:15
**Alabama** 2:5
**Alfred** 279:6,19
  282:19
**alleged** 66:2

128:14
**allegedly** 128:12
**alleging** 55:25
  56:8,18
**Allen** 2:4 7:14
**allied** 217:24
  218:1
**allowed** 10:7
  133:11
**allows** 92:21
  296:10
**alluded** 50:14
  69:21
**alluding** 178:2
**alteration** 81:17
  84:8 122:24
**alterations**
  121:22 136:13
  268:25 269:14
  269:17,22
**alternate** 294:20
**alternative**
  130:23 164:14
  265:2
**alveoli** 249:18
  252:14
**American** 15:4
  264:6
**amosite** 89:18
**amount** 91:7
  99:17 206:18
  257:14
**amounts** 65:22
**analogy** 223:19
  223:21 224:1
  225:12,19
  226:5 228:1
  229:2,3 230:2
  238:12 239:3
  239:11 261:15
  308:9
**analysis** 136:11
  136:12 155:16
  212:2 219:23
  223:17 232:25
  235:17 239:4
  288:3 293:12

301:23 307:6
**analytical** 26:18
**analyze** 269:5
316:24 319:11
**analyzed** 152:13
**anatomic**
288:22
**anatomical**
284:20 285:4
**anatomically**
123:7
**and/or** 327:24
**Anderton** 3:8
7:22,22
**Andrew** 5:17
**aneuploidy**
81:16
**Angeles** 3:6
**animal** 19:4
308:25
**animals** 114:19
**answer** 94:16,19
95:12 97:4
99:14 101:21
199:21 212:16
213:15,17,21
228:16,18,24
246:22 253:1
305:13
**answered** 24:21
46:2 47:8 81:6
96:1 134:20
173:25 174:20
181:2 183:22
201:14 203:3
213:22 227:23
272:21 308:16
**answers** 323:6
330:5
**anthophyllite**
89:19 104:14
**anti-inflamma...**
106:21 107:4
**anticipating**
39:21
**antigen-prese...**
67:17

**antiperspirant**
52:2
**anybody** 10:23
12:5 119:7
129:14 241:9
**anymore** 208:1
**anytime** 48:9
118:3
**anyway** 105:13
140:12 161:14
176:3 250:22
**apart** 60:9
165:25
**apologize**
134:21
**apoptosis** 81:18
84:7 88:11,19
**apparently**
122:22 239:2
**appear** 104:10
137:16 178:8
256:23 258:6
**appears** 85:7
273:6
**appended** 10:16
11:12 75:11
78:25 103:3
190:18 217:1
241:17 255:8
264:3 269:25
279:13 283:8
321:5
**appendices**
10:21
**appendixes**
10:21
**application**
46:18,20 47:6
106:1,5 225:11
277:6 295:2
303:13 313:23
**applications**
281:2,6,15
**applied** 275:18
311:16
**applies** 92:1
104:19

**apply** 47:12
327:23
**applying** 201:15
202:15,22
**approached**
18:15 29:13
206:24
**appropriate**
29:1 228:5,8
308:11 328:5
**approve** 16:3
212:11 213:12
**approximately**
206:10 291:16
**April** 1:10 7:1,6
**area** 22:17 27:7
30:11 34:4,17
40:24 111:12
112:13 139:17
155:6 220:15
289:17,22
290:3 292:6
**areas** 34:2,14
83:18 214:22
215:4 229:17
**argue** 77:8 81:2
290:11
**argues** 273:17
**argument** 45:2
307:21
**Argumentative**
128:21 129:21
203:2
**arguments**
308:2 316:13
**arising** 261:11
**arriving** 49:25
**arsenic** 4:20
79:14 80:10
103:14
**Arsenics** 4:22
**article** 5:4,9,18
5:22 6:4,6
161:10,11
163:1 189:19
203:19 204:16
248:14 252:5

274:11
**articles** 9:8
36:16 164:1
**articulated**
49:21
**artificial** 311:15
313:22
**asbestiform**
95:13,24 96:11
101:24 102:2,8
102:12 104:1
104:13,16,19
104:22 105:7
226:9 227:8,21
227:25 228:22
**asbestos** 74:4,8
77:11,19,24
78:7,11,21
80:16,17,23
81:4,11,13,19
81:23 82:2,5
82:10,15 83:6
83:14,16,22
84:5 89:17
90:5,9,17 91:3
91:6,12,16,22
92:6,12,15,20
93:5,14 94:1
94:12 95:3,10
96:14,19 97:7
97:9,25 98:2,5
102:1,2,10
105:7 165:25
166:13 167:14
167:14 169:9
169:14 170:3
172:7 177:5
178:22,24
179:6,9 223:14
224:7,21,23
225:3,24
226:10,20
227:8,22
228:20 229:11
229:15,23
230:15 231:13
232:3,6,19

233:11,16
261:10,15
264:11,12
272:11,16,19
272:24
**asbestosis** 82:14
82:22 178:25
**aside** 60:25 61:2
166:13 167:13
169:14 172:7
**asked** 14:5
15:20 24:22,23
46:2 47:8 81:6
96:1 131:4
167:10 173:25
174:20 182:5,6
183:22 203:6
213:22 214:14
215:17 227:23
272:21 275:11
306:6 308:16
315:3 321:10
322:25 323:9
324:2,9 325:22
**asking** 8:19
24:24 32:2
45:14 57:3,4
78:20 87:18
132:21 133:4
136:6 157:2
171:25 180:14
180:14 197:7,7
198:23 199:4
202:7 204:8,9
206:8 211:2
212:17 231:2
252:23,24
253:8 259:5
260:1 309:21
**aspirin** 106:21
107:4
**assert** 311:16
**assertion** 268:14
**assess** 45:4 50:1
269:5 289:1
293:9,23
316:12

Robert Kurman, M.D.

Page 334

assessed 293:23
assessing 66:19
  66:24 145:10
  145:21 317:3
assessment 5:5
  45:12,16 46:23
  49:2,9 190:23
  229:1 287:8
  321:17
assessments
  288:5
assist 25:9
assists 173:14
associated 50:17
  51:10 54:24
  69:24 76:14
  90:11 98:17,19
  113:19 117:2
  124:7 130:6
  141:18 145:24
  146:9,10,16
  160:9 165:18
  181:24 242:1
  268:25 287:14
  315:8
association 5:19
  6:7 18:19,19
  52:22 60:11
  89:10,16 101:1
  149:13 198:6
  229:2 239:4
  265:10 270:10
  289:15,18,25
  290:10 302:12
associations
  45:5 260:16
assume 21:14
  24:4 107:8
  109:12 230:16
  253:3
assumed 17:12
  17:17 21:14
Assumes 69:6
asymptomatic
  256:11
atom 224:17
ATS 264:5

attached 328:10
  330:8
attempting
  49:12
attending 9:8
attention 303:20
  304:13
attorney 149:3
  328:13
attorneys 41:24
attract 189:23
attribute 158:9
audience 17:10
  119:4
author 27:24,25
  38:9 65:17
  153:25 212:8
author's 208:2
authored 119:2
  188:13 255:20
authority
  119:11
authors 21:1
  27:10,20 28:3
  105:7 126:7
  172:20,21
  178:5,8 184:11
  195:7 196:8
  197:2,8 198:17
  198:25 199:6
  199:14 202:25
  209:2 284:15
  291:20 292:1
  294:15 297:2
  297:16 300:12
  303:14
authors' 299:7
available 77:11
  91:22 157:12
  226:16 325:6
  325:20
Avenue 3:9
average 188:16
  245:2
avoid 300:19
avoided 303:7
avoiding 296:16

avoids 298:1
aware 20:9 22:4
  22:19 30:23
  41:22 53:24
  62:11 69:23
  77:9,13 83:20
  84:2 101:23
  102:11,14
  114:5,6,7
  141:20 178:25
  188:12 206:3
  220:3 229:7,23
  269:2,12,20
  276:4,10,12
  278:13 320:18
  321:21 322:6
  322:11
axilla 52:3
Ayerst 205:23

**B**

**B** 2:12 4:10 5:1
  6:1
**B6C3F1** 6:5
baby 23:11
  63:14 64:11
  95:2,6,23
back 9:2 12:14
  23:1 27:11
  28:6 33:16
  48:17 57:13
  61:16 63:8
  64:9 73:8,16
  101:13 113:9
  118:9 119:13
  151:22 167:3,5
  177:4 178:15
  190:12 192:3
  251:11 255:5
  259:22 271:13
  271:15 286:8
  287:3 308:20
  315:15 325:3
**BACON** 2:17
bacteria 112:19
  112:25 300:3
bacterial 139:15

bacterium
  112:13,14
bad 28:20
  210:22 211:13
  211:14 324:15
balanced 17:6
ball 139:19
ballpark 10:8
barriers 310:4
base 44:24
based 20:8
  21:15 27:16,18
  41:5 55:19
  58:1 95:21
  104:22 107:20
  122:21 136:23
  139:7 154:21
  158:13 201:20
  204:6 221:22
  236:14 244:24
  267:21 268:9
  269:6 304:20
  316:6,14
basic 44:15
  203:8
basically 71:22
  85:2 128:11
  144:18 257:22
  319:14 321:23
basing 237:13
  238:3,4
basis 186:14
  270:9
bat 319:17
Beach 2:9
bear 78:7
bearing 304:18
Beasley 2:4 7:14
beginning 215:1
  248:17 261:16
  298:10 308:11
  316:3 320:6
begins 73:1
  221:4 222:8
behalf 7:25 8:1
  8:3
believe 17:5

bacterium
32:4 38:18
45:20 48:25
55:22 56:5
58:24 67:1
69:20 70:14
72:16,20,25
73:3 77:19,21
78:17 82:9
93:5 107:23
109:13 130:7
134:8 135:19
137:17 140:20
148:8,17
149:15 158:3
158:18 161:6
162:17 163:20
165:7,24
167:14,25
175:20 177:13
177:22 178:5,8
182:23 186:17
191:1 198:19
199:4,5,23
201:19 229:7
233:11 241:8
250:13 266:6
270:4 278:8,10
295:12 298:23
299:23
believed 21:18
bench 26:15
  30:10 73:18
  220:1
benign 137:16
  143:9 182:21
  261:23,24
  266:19
best 49:21 109:5
  179:1 209:23
  297:4 317:9
better 67:25
  127:1 192:4
  227:17
Beyond 5:23
  279:6,17
Bias 5:19
biased 297:21

Robert Kurman, M.D.

Page 335

**Biddle** 2:20 7:24
**big** 57:15 189:3
   243:18,22
   294:8
**bigger** 246:1,14
**Bill** 20:19 21:11
**Bill's** 199:10
**billed** 10:12
   207:2
**billing** 207:5
**Billings-Kang**
   3:13 7:20,20
**biologic** 44:18
   44:24 45:10,17
   45:23 46:10,11
   46:13,14,17,20
   47:6,13,17
   49:1,16,17,18
   50:5 65:9,25
   66:6,20,25
   72:2 98:7
   100:25 119:15
   224:22 274:17
   274:19
**biological** 46:5
   65:23 224:17
   226:23 231:14
   268:10,13
   302:22
**biologically** 50:2
   57:21 58:25
   59:17 62:6,15
   62:22 64:20,24
   65:6 71:1
   73:10 96:18,20
   96:23,24 97:2
   97:9,20,24
   98:14 125:6
   129:6,9 134:8
   134:15 139:22
   140:15,20
   149:11 163:4
   189:9 212:3,13
   212:23 213:11
   213:19 223:9
   295:6,18,23,25
   296:6 304:24

312:12,16
**biologist** 219:25
**biology** 34:3,16
   34:22 35:13
   214:23 215:5
   219:15,17,21
   220:5,8,13
   221:7
**biomechanistic**
   229:20
**biostatistics**
   76:10
**birefringence**
   243:9
**birefringent**
   25:13 191:14
   194:7,25 195:8
   195:18,23
   196:3,21 197:9
   201:22 256:24
   258:7 288:12
   298:20 299:2,9
**Birrer** 13:9
**birth** 261:1
**bit** 33:17 36:14
   57:23 79:21
   184:11 208:20
   219:21 260:10
   307:8 324:23
**black** 197:19
**black-and-wh...**
   196:24
**bladder** 79:17
   79:20
**bladders** 117:23
**Blaustein**
   153:24
**Blaustein's** 5:12
   65:16 118:13
   125:17 207:10
   208:13 254:21
   255:11 258:23
   259:23 306:2
**blocked** 123:24
   124:20
**blocks** 288:2
**blood** 119:21

120:7 124:5,23
   134:18
**blow** 159:15
**blue** 131:17
**board** 15:4,7,13
   15:21 16:4
   27:5,6 211:24
   211:25 301:7
**board-certified**
   15:8 16:1,5
**boards** 211:15
   211:22
**bodies** 98:4
   139:13 183:16
**body** 24:13 31:2
   51:11 55:4
   59:24 63:7
   70:4 84:16
   178:20 179:1
   185:7,17
   200:19 201:5
   224:13 229:12
   229:21 250:18
   257:7 262:16
   268:24 274:15
   281:3
**body's** 185:9
**bolster** 307:21
**book** 126:2
   131:4 162:18
   168:21 174:1
   209:3 258:23
   259:18
**Boorman** 280:9
   280:13 282:22
   283:16,20,22
   283:24 284:25
   285:6
**borderline**
   144:6,11 145:1
   146:23 147:3
   236:17,21
**borne** 87:12
**Boston** 2:13
**bottles** 95:6
**bottom** 79:9
   89:5 115:1,12

127:13,19
   237:9 255:24
   255:25 299:5
**Boyd** 13:9
**Bradford** 45:3,7
   45:11,15,20
   46:4,7,21,22
   47:13,21,24
   48:17,19 49:2
   49:9,14,18
   100:24 101:2
   223:16,20
   225:14 229:1
   238:13 239:3
**BRCA** 260:25
**break** 58:20
   61:11,19 69:7
   118:1 119:14
   178:10 254:24
   257:24 291:25
   315:10
**breakdown**
   108:5
**breaking** 54:25
   138:13 177:3
   223:10 228:10
**breaks** 111:11
**brief** 203:20,25
**briefly** 33:2 35:5
   291:7
**brightly** 191:14
   299:1
**bring** 276:24
   301:15
**bringing** 76:8
**broad** 50:11
   51:4 55:1
   242:10,14
   306:7
**broader** 303:17
   304:1
**broken-down**
   120:7
**Brooke** 13:10
**brought** 21:13
   33:3 224:2
   230:10 263:23

263:23,25
   300:16
**Brown** 3:18 7:3
   7:4 8:5 61:13
   61:16 118:5,8
   178:12,15
   255:1,4 286:25
   287:3 315:12
   315:15 326:3
**builds** 226:4
**bulk** 104:9
**burden** 76:13
   94:1 201:15
   264:13 293:25
   300:14 301:6
**burdens** 288:8
**business** 185:13
   230:22
**buttress** 308:1
   316:13

---

**C**

**C** 2:1 3:1,4 4:20
**Calcagnie** 2:7
   7:16
**calculating**
   301:17
**calculation**
   204:21
**calculator**
   206:21
**California** 2:9
   3:6 327:7
**called** 8:9 88:23
   92:24 118:13
   159:19
**Camargo** 32:4,8
**Canada** 321:17
   321:22,24
   322:2
**cancer** 5:20 6:8
   9:11 17:21
   18:6,11,20
   20:5,6,24 21:5
   21:19,25 22:13
   22:18 23:6
   29:6,11,24

Robert Kurman, M.D.

30:14 31:3
32:13 33:8
34:3,15,22
35:13,25 41:10
41:20 42:7
47:10 49:13
50:1,7,17,20
51:5,10 52:12
52:18,21,22
53:11 54:1,4,5
54:6,6 55:14
56:9,19,25
57:7,21 58:6,8
59:1 60:12
61:21,25 62:2
62:8,12,20
63:3 64:21,23
65:1,12,18
66:16 68:5,10
68:17 69:5,18
69:18,23 71:23
72:4 74:12
76:7,11 77:12
77:20 78:22
80:1,23 81:1,4
81:8,12,20,23
82:1,3 83:7,14
83:17 84:10
87:6,20 88:3,3
88:7,13 89:20
90:1,12 91:9
91:23 92:8,24
96:9,13,15,19
97:10,20 98:1
98:5,8,17,18
98:21,25 99:22
99:23 100:2,3
100:5,10,16
101:16 106:23
107:6,14
113:17 114:2
123:22 126:12
130:15 135:9
135:22 136:15
136:19 137:14
137:25 139:5
139:11 143:10

146:21 147:21
147:25 148:9
148:18 149:16
149:25 150:2,7
150:8,10,15,21
151:16,23
152:1,18 153:6
153:11,15
156:11 165:2
165:10,13
175:20,24
179:16,22,22
180:9,17,23
181:15,17,19
182:8,23 183:3
183:5 190:8
198:7 208:15
210:3,10,20,25
211:3 212:2,20
212:21,22
214:23 215:5
215:17,19
219:14,15,17
219:21,22
220:4,7,12
221:11,22
232:5,7,9,20
233:11,17
234:22 235:19
236:4,5 239:14
239:19 258:25
259:2,17,24
260:2,6,8,22
261:11 267:21
268:9,15 269:1
269:7 270:11
270:19 271:25
272:4,6,9,12
272:14,19,23
273:1,16 274:3
274:5 275:21
277:14 289:22
290:4,11
302:13 303:16
303:25 304:3
304:11,19,20
305:2,8,17,21

306:4 307:14
307:23 315:8
316:14,22
319:18,20,21
320:3 321:19
323:1,2,12,21
323:25 324:12
324:19,21
325:7
**cancers** 21:1,17
54:7 59:23
82:10 83:20
84:2,3 87:11
88:6 102:16
114:1,12
135:20 139:24
140:7,8,12
155:14,15
156:22 170:10
170:11,13,14
175:17 176:19
177:6 179:16
179:23 181:13
221:13 222:12
238:10,10,11
266:1 289:16
304:11 316:19
**capabilities**
302:22
**capable** 122:19
276:15
**caption** 195:18
196:12,13
**carcinogen** 74:5
74:9 79:15
124:25 141:21
**carcinogenesis**
29:21,24 87:15
88:17 105:18
139:23 158:10
158:21 160:5
162:1 221:13
223:6 250:19
269:18 320:15
**carcinogenic**
79:22 90:5,18
91:2,4 101:24

102:12 122:14
227:21
**carcinogenicity**
79:17 227:9
**carcinogens**
4:20 79:11
80:11 105:18
123:24 124:20
124:22 125:3,7
125:13 128:3,9
129:19 130:5
130:19 138:24
**carcinoma** 73:1
82:5 83:11
87:25 114:5,6
114:8,16,23
115:6,7 116:1
116:2,9 117:2
117:6,10 121:4
121:20 122:20
124:8,9 136:3
136:19 137:13
139:10 144:8,8
146:4 147:1
149:14 151:8
152:11,13
154:14 157:25
158:3,5 221:3
221:24 223:15
233:23 234:6
238:20 261:16
266:3 287:15
290:18 292:4
**carcinomas** 60:1
72:9,13,16
93:3 108:19
113:19 114:11
117:13 135:12
135:14 137:20
138:3 140:17
141:2,15
144:11 145:23
146:1,10 147:7
147:23 148:3
151:24 152:14
153:13 154:16
155:16 160:9

161:13 233:6
235:21 237:11
237:23
**carcinomatous**
190:13
**care** 3:12 7:21
9:7 189:8
264:6
**career** 9:2,6
41:6 59:12
60:12 187:13
204:24 206:11
254:7 264:11
**careful** 136:4
300:19
**carefully** 286:16
328:3
**carried** 118:4
**case** 8:22 12:22
17:9 28:6 37:1
41:7 51:25
66:2 77:22
109:21 137:13
149:24 157:11
157:12,13
165:15 194:2
194:22 201:16
201:20 206:3
212:15,17
226:4 265:7
266:18 277:17
277:21,22,23
278:22 291:24
292:3,10
293:13,20
297:22
**case-control**
198:7
**case-controlled**
287:16
**cases** 1:7 21:16
92:16,20,24
109:5 152:7,8
152:8,9,17
156:11,22,23
158:8 160:10
166:2,15

169:17 172:10
236:20,24
237:15 278:24
293:25
**catalyst** 139:3
**causal** 45:5
229:1 239:3
273:17,19
**causality** 101:3
**causation** 4:13
29:25 44:23
46:23 47:10,15
47:20 71:23
72:4 165:13,21
173:7 174:22
175:12 176:16
202:3,9 212:2
222:6 223:6,16
273:18 307:22
315:24 316:13
316:19 317:4
319:20
**causative** 62:20
66:3 170:14,18
**cause** 20:23
47:10 50:2,4,6
51:5 54:1
55:14 57:20,20
58:25 59:1
61:21,24 62:7
64:21 65:1
68:4,10,15
70:14,21 73:10
77:19 78:22
80:23 81:4,12
81:19,23 82:10
86:13,22 93:5
96:8,9,15,19
97:9,20,25
98:24 100:1
102:16 121:3
138:25 139:11
140:25 141:4
141:10,21
148:8,18
149:16 150:14
150:20 158:20

165:1,9 167:15
169:22 171:20
171:24 172:9,9
173:3,4,13,20
173:21,22
174:9,18 175:1
175:8,18 176:9
176:10,15,20
176:21 177:14
177:23 180:7,8
180:17,23
181:19 182:7
183:4,5 190:8
212:20,21,21
232:4 233:11
233:16 239:14
239:18 266:1
267:21 268:8
268:14 271:24
272:3,8,11,12
272:13,19
**caused** 21:19
51:16,19 63:5
83:20 84:4
100:5 110:7,10
142:15 149:25
323:2
**causes** 49:13
51:6 55:13
56:9,19,25
57:7 62:2 70:8
71:11 76:11
77:11 81:8,13
82:2,15 83:1,6
83:14,17 91:23
100:8,10
109:13 119:15
135:1 138:19
139:18 148:9
176:24 177:1
182:23 183:3
210:9,25
221:21 272:18
323:20 324:19
325:7
**causing** 50:19
53:10 62:12

63:2 64:23
98:3,8 99:23
139:13 140:22
142:3,7 145:4
150:4 171:12
171:16,20,22
172:4 174:9,18
175:8 226:22
274:4
**cavity** 69:2,14
69:23,25 80:6
108:9 109:11
111:8 112:1,7
116:5 128:4
158:19 160:3
160:17 161:25
162:9 163:4
164:17 256:9
263:7 299:22
300:6
**cell** 19:9,10 24:6
25:12 26:5
30:3 50:15,20
51:8,13,16
52:5,10 53:3,9
53:25 55:6
58:6 59:6,13
59:24 60:2,6,8
61:4 63:23
68:24 69:2,15
70:6,16 71:9
71:10,12 73:11
82:4 84:20,24
85:3,15,23
98:12 113:18
113:23 115:5
115:25 117:10
117:13 121:19
122:7 124:7
162:5 178:19
182:3 185:18
185:25 189:1
189:24 190:4,7
190:9 203:22
204:13 220:12
221:8 229:24
242:20 243:24

249:18 251:18
251:18,21
252:13,18
253:12 254:17
269:19 274:10
274:13 275:3
316:22
**cells** 19:10 67:17
70:9,15,22
71:5,5,6,7,14
71:17,21,24,25
72:2 73:21
85:20,21 86:14
87:5,6 88:13
112:8,10
116:24 120:20
121:2 122:13
122:19 138:12
180:8,16,17,19
180:23 181:18
181:18 182:8
190:14,15
221:14 242:23
243:13 251:24
256:20,22
269:14 288:23
307:20,21
319:18 322:7
322:11
**cellular** 26:11
44:25 270:16
**central** 237:16
**ceramics** 200:23
**certain** 27:22
86:22,25 121:9
121:21 233:13
233:14 236:6
269:16
**certainly** 16:7
17:8 25:5
30:11 32:19
37:9 52:21
82:6 112:16
114:8 179:25
254:16 262:6
**certificate** 1:16
327:3,12,19

**certificates**
235:16
**certification**
15:13 327:23
**Certified** 1:16
8:10 327:5,7
327:20
**certify** 327:7
330:4
**certifying**
327:25
**cervical** 99:9
100:2,3,5
150:2 170:13
**cervix** 108:6
294:12 300:2
311:8 313:13
313:14,24
**cgarber@robi...**
2:10
**chance** 11:2
233:6
**change** 37:25
38:20,23 132:7
155:23 165:16
205:16 310:10
325:25 329:4
**changed** 33:3
155:10 157:19
320:22
**changes** 71:18
121:10 122:2,6
122:7 141:1
328:9 330:7
**chapter** 5:8
126:2,3,5,7,10
127:5 129:12
153:25 159:2
159:14,19
164:15 168:21
168:23,25
169:2,4 172:20
172:22 178:5
184:2 216:2,11
216:17 217:4,5
217:7,14,16
218:11 255:19

Robert Kurman, M.D.

259:23
chapters 119:2
characteristic 98:4 137:2
characteristics 25:8 145:11,21
characterizati... 39:23 105:11
characterized 256:19
check 160:21 166:25
chemical 224:9 224:11,14
chemicals 166:1 166:14 169:15
chemistry 226:22,24 238:22
chemokines 165:19
chlamydia 145:7
chose 164:1
chromium 79:22 80:1,10
chronic 50:9,10 50:13,18 51:3 52:17 53:4,13 53:14,24 54:13 54:14,21,23 55:9,13 57:20 58:3,7 59:1,8 59:12 61:21 62:12 64:21,22 69:4,4,17 70:3 98:12 106:21 107:3 143:25 160:9 162:6 164:25 165:7 165:25 166:13 167:25 169:15 177:13 209:13 239:13,18 262:25
chrysotile 89:17
cigarette 272:3

273:1
circle 64:19 177:4
circling 111:12
circumstance 311:21
circumstances 228:6
circumstantial 160:13
citation 172:17
cite 128:11 129:14,15 164:1 240:10 266:23,25 278:25 280:2 282:22 290:13 325:4
cited 159:24 278:21 307:22 310:18 316:20
cites 162:23 221:7,21 265:7
citing 78:4 222:10 281:20
City 1:13
claim 231:18 274:21 301:20 303:6
claimed 66:2 215:14 298:5
claims 292:14 318:25
clarification 322:17 323:8
clarify 81:25 119:25
clarity 13:23
classification 65:18
classified 101:23 227:20 236:21
clear 62:3 113:18,23 115:5,25 117:10,12 124:7 149:23

167:19 169:22
269:19 273:21
289:20 290:2,5
clearance 81:13 84:13
clearly 99:16 170:7 172:19 174:21 238:25 294:2
Clement 168:22 184:3
Cleveland 3:9
clinical 9:7 155:25 169:5 205:23,24 218:7 240:11 287:18
clinical-use 302:18
clinically 299:10 306:21
clinicians 303:16 304:1
clockwise 194:5 194:14,23
cloned 136:13
close 64:19 116:13 123:11 123:23 124:18 234:13
closed 300:1,3 310:6,6
closely 217:24 218:1
closer 123:10,19
clump 247:10
clusters 186:24 246:19 247:6 248:11
CMO 228:8
co-editors 169:3
coach 253:6
coffee 117:25
cohesiveness 138:12
Cohort 92:5
collaboration

76:6
collaborations 76:23
collection 243:2
collection/pre... 288:19
collections 120:7,16 252:6
colorectum 83:14
column 79:19 81:11 131:17 242:8 291:6 293:23 302:5,9
come 22:8 33:16 47:12 57:13 73:8 92:21 94:19 112:19 152:9 166:8 219:18 230:5 251:11 252:17 271:13 278:3 278:15 289:18 290:1 317:10
comes 48:10 91:15 136:2 166:10 223:24 236:13 316:23
comfortable 35:2 40:24
coming 111:1,3 125:13 128:4 155:11 168:14 177:4 186:9 278:2,4 294:22
commencing 1:14
comment 33:18 37:2 41:15 83:19 133:10 166:23 167:23 167:24 207:19 208:19 213:6 213:24 214:17 226:1 234:4 259:5 285:11 296:15 307:5

309:19 312:11
commentary 27:8 48:23 55:23
commented 230:21
comments 27:13 27:18,25 28:1 214:20
Commerce 2:5
commission 330:16
committee 77:15
committees 26:24 28:15
common 131:6 131:20
commonly 232:5 248:23
communicating 44:16
community 18:9 20:4 151:3
companies 204:23 205:5,7 206:12
Company 205:8 205:15,18
compare 121:8 152:12
compared 121:15 244:18 289:23 290:4
compares 27:14
comparing 233:1
comparison 228:1
comparisons 230:11
compelling 41:23
compete 16:2
complete 31:1 35:18,21,24 36:18 65:24

66:18,23 113:5
128:13 154:22
189:10
**completely** 16:2
16:2 60:5
101:20 143:9
**complex** 69:8
71:4 95:8,9
**complicated**
260:11 300:9
**composite** 10:18
**composition**
91:16 96:5
224:14
**compositional**
224:6,20
**compositions**
224:12
**compounds** 80:4
**comprehensive**
317:14,20
318:20 320:2
**conceivable**
318:1
**conceivably**
120:15
**concerned** 15:24
54:4
**concerning**
29:22
**concerns** 28:5
**conclude** 276:5
288:17
**concluded**
294:15,19
326:5
**concludes** 326:4
**concluding**
186:14
**conclusion**
47:12 77:15
81:1 90:4
92:21 136:4
233:19 277:8
317:11
**conclusions** 65:9
77:18 222:3

**conclusively**
108:23 109:18
109:23
**concordant**
27:16
**concrete** 82:25
**condition** 69:17
171:13,21
**conditions**
143:10 262:7
266:17,17
300:1 306:20
**conducting**
76:21
**conduit** 311:13
**confine** 16:3
**confirm** 83:5
270:16
**confirming**
100:5
**confuse** 227:18
**confused** 227:16
**confusing** 167:1
238:9 239:1
324:23
**confusion** 48:21
105:8,9 227:12
**Congratulatio...**
14:20
**connect** 252:10
**connection**
98:20 232:21
**consensus** 72:24
163:8,14,16
**consequence**
261:9
**Consequently**
152:16 265:2
**consider** 36:19
50:5 170:3
260:17 284:19
285:3 304:1,12
308:25 316:8
317:5 318:10
318:14 319:8
**consideration**
45:11 238:12

**considerations**
45:4 47:21
223:19 225:15
**considered** 31:1
101:11 302:19
318:3 325:18
**considering**
248:18
**consistency**
101:2
**consistent**
273:18 323:24
324:20
**consistently**
92:7
**constantly** 9:9
**consultant**
282:19
**Consumer**
105:21
**contact** 105:25
106:4 116:13
128:4
**contacted** 17:18
17:24 19:13,23
20:3,9,12 21:3
22:19
**contacts** 106:9
**contain** 35:18,24
90:16
**contained** 4:15
11:17 13:20
36:5 52:2
307:11
**containing**
104:1,15,19
**contains** 36:15
71:5,5,5 91:2
200:25
**contaminant**
91:8 98:15
189:10 200:13
200:16 201:25
274:18 288:18
**contaminants**
300:17 301:10
301:18

**contaminated**
63:7 256:9
**contaminating**
64:10
**contamination**
51:22 69:24
274:23 287:21
288:5,7,21
293:24 296:16
296:22 298:1
302:2,19 303:7
**context** 51:4
126:11 170:1
245:21
**contexts** 104:18
**continuation**
301:4
**Continued** 3:1
5:1 6:1
**contrary** 275:20
**contrast** 67:9
224:25
**contribute**
50:19 172:9
176:10 179:21
225:2
**contributed**
21:24 304:10
**contributes**
173:10 179:15
**contributing**
171:12,17,18
171:20,22,24
172:4 173:3,9
173:13,19,22
174:9,18,22,25
175:1,5,7,13
176:15,21
272:14
**contribution**
173:20
**contributory**
82:6
**control** 261:2
289:23 290:4
327:24
**controversial**

167:18
**controversy**
263:16
**conversation**
239:21
**convince** 197:5
198:21
**convinced** 96:16
97:2,3,19
197:13 198:21
198:23 200:13
201:14,17,21
202:3,16
**convincing**
212:9
**coordinating**
76:16
**copies** 10:23,24
125:23
**copy** 103:11
191:16 217:11
241:9 279:7,23
327:11
**corporate** 2:8
14:13
**correct** 14:19
15:9 18:8 23:6
29:9 35:11,17
36:24 37:8,22
41:21 42:9
43:9 44:3
46:24 47:22
49:4 52:9
53:21 59:15
61:10 64:6
66:17 79:13
85:5 86:14
109:16 111:16
116:6 127:7
132:10,13
137:7 138:7
143:2 150:13
161:10 176:5
178:21 181:4
183:1 198:17
200:6 218:10
236:25 240:15

Robert Kurman, M.D.

243:25 250:23
263:9 268:17
275:6 277:10
285:10 301:10
304:17 318:17
319:8 327:11
330:5
**corrected**
302:20
**corrections**
328:4,6 330:7
**correctly** 111:24
132:5 135:17
155:8
**correlated** 288:4
288:8,15
**correlation**
291:18
**correlative** 5:4
190:22 194:1
194:21 286:11
287:7
**corresponding**
136:15
**cosmetic** 64:11
64:16 247:10
277:15 289:16
**cosmetic-grade**
63:13 247:3
**cosmetics**
105:21
**Cotten** 1:15 8:6
327:19
**counsel** 7:12,21
230:10
**count** 94:1 301:6
**counted** 301:13
**counters** 200:23
**countries** 76:17
76:22
**country** 236:14
**couple** 32:10
122:22 217:20
322:16 323:5
**course** 9:6,10
66:15 84:19
86:13 147:3

150:9 157:10
197:16 201:1
202:20 216:23
218:19 220:2
221:2 233:22
282:25 290:20
296:8 313:3
**court** 1:1 7:9 8:5
202:14 237:19
237:19 328:16
**cover** 103:13
217:6
**covers** 66:14
110:11
**Cramer** 32:10
276:13 285:11
285:13 292:10
292:21 293:13
300:18 303:10
**Cramer's**
291:23 293:19
293:19
**create** 24:5
139:4
**created** 74:15,17
**creating** 51:25
143:13
**criteria** 45:8,16
47:13 48:18,20
49:14,15
100:23 202:10
202:12
**criterion** 45:20
**Critical** 264:6
**critically** 303:6
**criticism** 220:19
220:21,24
222:14 223:1
223:23 225:11
232:14 273:6
307:10
**criticisms** 214:4
214:8 307:9
308:4
**criticize** 223:13
232:12,15
250:18

**criticized**
283:19 284:7
**criticizing**
250:24 251:3
261:14
**critiquing**
218:24
**crocidolite**
89:18
**crystal-clear**
219:6
**crystals** 256:21
256:23 258:6,9
**CSR** 1:15
327:19
**cultures** 221:8
**current** 118:19
125:21 154:7
218:5 275:20
289:13
**currently**
125:22 211:15
211:18,23
**cut** 9:12 99:11
225:6
**cutting** 296:21
**CV** 10:20 11:6
204:20 205:6
205:11
**cycle** 120:10,12
134:23 281:10
**cynomolgus**
282:6,15
**Cynthia** 2:8
7:16 12:4
**cytokines**
165:18

————————
**D**
————————
**D** 4:1
**D.C** 3:14
**daily** 311:25
**damage** 86:11
86:12,22 87:2
87:15,21,24
88:2,4,8,9,12
88:20 159:25

161:23 165:1,9
**damaged** 87:5
**damaging** 86:13
**Dan** 32:10
**Danish** 236:4,5
237:14 238:7
**Darnell** 3:18 7:4
**data** 14:14 29:22
30:2,3,5 32:20
32:21 38:25
75:2 93:9
113:15,25
114:4,5,6
115:3,23 117:5
133:1,2 142:18
155:11 167:23
177:16 178:2
180:12 183:23
187:2 210:8,23
211:2 212:14
216:6 221:7
232:5,9,10,19
236:12 260:12
269:5,6 275:20
284:19 285:2
289:17,25
290:16 302:18
304:16 323:19
324:17 325:5
**date** 1:15 7:6
75:18 89:5
206:23 327:15
328:8 330:12
**dated** 235:15
**Daubert** 4:13
**daughter** 217:20
**David** 2:4 7:14
8:18 36:13
58:19 205:11
**david.dearing...**
2:6
**day** 63:8 189:16
211:8 228:9
312:3 323:3
330:15
**days** 9:13
217:20 280:18

281:15 328:14
**deal** 179:2
**dealing** 221:9
**Dearing** 2:4 4:5
7:14,14 8:14
8:18 10:11,17
11:1,13,21
12:1,4,7,10
17:4 18:1,13
19:1,8,12,19
20:7,15 21:7
21:20 22:3,21
23:17,24 24:9
24:11 25:23
26:17 29:4
30:24 31:21
34:25 35:8,15
35:23 36:3,9
36:21 39:4,19
40:4,5 41:4,16
42:3,5,14,15
43:10,20 44:4
44:13 45:9,22
46:9,16 47:4
47:18 48:4,16
48:22,24 49:20
50:24 52:16
53:1,16 54:10
54:18 55:11
56:6,15,23
58:21,23 59:10
60:13,20 61:11
61:18 62:13,21
63:4,12,20,21
64:7,18 65:7
66:12 68:2,11
68:20 69:9
70:1,13 71:8
72:5,14 73:19
73:24 74:10,19
75:12,19,22
77:4 78:9 79:1
81:9 82:8,18
83:12,25 84:1
84:23 85:16
86:3,17,24
87:10,17 88:1

| | | | | |
|---|---|---|---|---|
| 88:10,18 89:1 | 164:20,24 | 220:6 221:17 | 302:3 303:9 | **defined** 49:9 |
| 90:13 91:1,10 | 165:6,23 166:5 | 222:1 226:12 | 304:7,22 305:6 | 85:8 218:6 |
| 91:18 93:12 | 166:17 167:4,7 | 226:18 227:15 | 305:12,14 | 242:15 |
| 94:6,21 95:17 | 167:9,20 168:9 | 228:3,11 | 306:1 307:7 | **defines** 79:11 |
| 96:6 97:16 | 168:19 170:15 | 229:19 230:1 | 308:3,19 309:9 | **defining** 34:25 |
| 99:4,10,16,18 | 170:22 171:8 | 230:13,24 | 309:20 310:16 | 48:19 |
| 100:11,13,19 | 171:19 172:14 | 231:15 233:8 | 311:19,24 | **definite** 278:18 |
| 101:5,12,22 | 173:1,12,17 | 234:12 237:18 | 312:8 313:5,12 | **definitely** |
| 102:15,19 | 174:3,16,24 | 238:2,23 239:8 | 314:1,17,24 | 117:17 267:5 |
| 103:4,12 | 175:4,15,23 | 240:22 241:9 | 315:10,17 | **definition** 45:17 |
| 105:12 106:10 | 176:4,18 177:2 | 241:12,18 | 316:4 317:1,12 | 46:6 48:14,18 |
| 106:25 107:2 | 177:8,12,18 | 244:2,20,23 | 317:18 318:2,8 | 49:1,5,7,17 |
| 107:22 108:16 | 178:3,10,17 | 245:11 246:6 | 318:18 319:2 | 171:2,10,11 |
| 109:17 110:4 | 179:14,18 | 246:21 247:5 | 319:22 320:17 | 172:2,3 |
| 110:19 111:23 | 180:13,21 | 247:12,23 | 321:6,12,16 | **definitions** |
| 112:6,12 113:7 | 181:1,9,22 | 248:4,8,15,16 | 322:1,10 324:3 | 44:17 48:11 |
| 113:24 114:9 | 182:4,13,18 | 248:20,21 | 325:12 326:1 | **definitive** |
| 117:11 118:1,3 | 183:12,17 | 250:8 251:9,22 | **death** 235:16 | 167:24 171:6 |
| 118:10 121:1 | 184:1,18 185:2 | 253:5,9,20 | **debated** 90:3 | 184:20 |
| 122:12 124:10 | 185:6,14,23 | 254:5,15,20 | 95:9 302:11 | **degraded** |
| 125:15 127:2 | 186:3,11,21 | 255:9,17 | **decide** 30:19 | 229:15 |
| 129:4,13 130:1 | 187:4 188:1,19 | 257:12 258:15 | 171:1 203:12 | **degree** 72:23 |
| 130:22 131:3 | 188:22 189:5 | 258:21 259:4,7 | **decides** 28:1 | 208:18 |
| 132:20 133:3 | 190:5,19 191:6 | 259:12 260:19 | **decision** 28:3 | **deliver** 112:15 |
| 134:2,12 136:5 | 191:17,19,20 | 262:1,9,22 | 183:24 208:10 | **delivers** 115:20 |
| 137:1,8 138:8 | 192:5 193:11 | 263:5,10,19 | 246:4 | **demonstrable** |
| 138:23 139:12 | 195:3,13,21,22 | 264:4 265:22 | **decrease** 107:12 | 229:5,8 |
| 139:21 140:3,4 | 196:6,16 | 268:19 269:11 | **decreasing** | **demonstrate** |
| 141:8,13 142:1 | 197:15 198:14 | 270:1 271:3 | 116:23 | 125:12 136:12 |
| 142:12,19 | 199:17 200:1 | 272:2,7 273:2 | **deemed** 27:21 | 269:13 282:1 |
| 143:3,11,21 | 200:14 201:12 | 275:7 276:9,11 | 328:16 | **demonstrated** |
| 146:5,19 147:2 | 202:1,6,11,21 | 276:19 278:7 | **Defendant** 3:3 | 69:21 114:18 |
| 147:18,20 | 203:6,16 204:7 | 278:23 279:14 | **defendants** 2:16 | 116:20 125:3 |
| 148:4,13,23 | 204:19 205:3 | 279:23 280:1 | 7:25 8:2,4 | 144:20 170:6,7 |
| 149:5,9,20 | 205:14 206:15 | 281:8,14,24 | **Defendants'** | 278:13 290:10 |
| 150:11,23 | 207:7 208:11 | 282:14 283:2,9 | 4:14 11:16 | 292:6 |
| 151:12 152:5 | 208:24 210:1 | 283:18 284:6 | **defense** 9:15 | **demonstrating** |
| 152:20,24 | 210:11,17 | 284:13 286:7 | 12:22 36:10,25 | 198:3 |
| 153:19 154:2,4 | 211:1,10 | 287:5 289:6 | 37:10 | **denied** 301:9 |
| 154:7,10 | 212:10 213:3,8 | 290:12 291:4 | **defer** 64:15 | **Denmark** |
| 155:20 156:5 | 213:16 214:1 | 292:19,24 | 90:10 91:17 | 236:11,14 |
| 156:15 157:1,7 | 214:11,18 | 293:6 294:14 | 95:11 262:21 | 237:4 238:5,6 |
| 157:17 158:6 | 215:13 216:14 | 294:24 295:10 | 297:3,8 | **depend** 95:7,8 |
| 158:16 159:1,5 | 216:21 217:2,6 | 295:11 296:2 | **define** 45:24 | 296:18 |
| 159:7,9,12,14 | 217:9,12 | 297:1,15 298:3 | 67:22 72:12 | **dependent** |
| 159:17 162:16 | 218:15 219:5 | 299:16 300:21 | 137:11 168:15 | 37:10,20 88:8 |
| 163:9 164:8,13 | 219:12,19 | 301:1,2,21 | 168:18 | **depending** |

123:13
**depends** 34:23
185:8 256:17
257:5,8 258:2
312:10
**deponent** 7:11
330:1
**deposed** 16:8
**deposing** 328:13
**deposited**
295:20 314:8
**depositing**
294:25 295:5
**deposition** 1:12
4:11,16 5:3 6:3
7:7 9:1,14,21
9:25 10:15
11:11,17 38:5
39:2 40:2
48:15 65:11
75:10 78:24
103:2 190:17
207:3 216:25
221:2 241:16
255:7 264:2
269:24 278:11
279:12 283:7
308:18 319:13
320:15 321:4
321:22 326:4,5
328:3,11,14,15
**depositions**
320:7
**deposits** 104:14
**deps@golkow...**
1:20
**depth** 40:18
208:19
**derive** 116:10
135:20 141:15
**derived** 135:23
**dermal** 105:24
106:4
**describe** 26:1
27:1 57:6
64:15,16
106:11 110:20

143:17 236:4
249:14 286:16
291:5 315:22
**described** 45:24
45:25 51:13
63:1 66:5
68:24 82:11
83:21 84:4,12
85:6 98:19
110:8 129:11
162:3 169:5
189:13,14,15
189:17 231:12
231:13 250:14
252:8 292:2
315:2,21
**describes** 46:4
81:11 83:3
191:8 248:17
249:17
**describing**
100:16 106:12
131:14 189:16
191:21 236:3
**description** 4:11
5:3 6:3 65:24
**designated**
135:13
**detail** 40:11
306:6
**details** 96:4
208:23 231:10
**detected** 302:16
303:2 311:6,8
311:11
**Detection** 273:3
**deteriorate**
254:2
**determinants**
218:3
**determine** 28:25
47:5 49:13
229:1
**determined**
91:12
**determines** 27:4
254:11

**determining**
300:14
**develop** 121:17
**developed**
135:12 157:18
**developing**
260:6 289:22
290:3 305:21
**development**
22:18 29:23
84:10 87:25
88:7 91:9
109:1,3 116:8
121:15 137:13
137:16 139:10
141:6 143:5
151:8 171:13
179:16,22
229:17 271:21
304:18,20
**devoted** 216:11
**devotes** 215:18
**diagnosed**
136:18
**diagnoses** 218:7
**diagnosing**
234:21
**diagnosis**
236:25
**diagram** 110:12
110:20,25
111:13 123:3
**diameter** 245:13
**diaphragms**
315:7
**dictionary** 171:7
**Diette** 13:10
**differ** 224:16
**difference** 46:10
156:21 219:24
249:12
**differences**
89:25 95:9
284:20 285:4
**different** 32:16
53:15,20 54:7
55:9 60:6

64:11 82:4
90:9 121:12,13
137:21 140:10
144:9,9 152:15
162:3 179:13
179:13 180:5
185:20 215:12
224:18 226:20
228:20,21
230:4 231:13
251:6 253:3
260:11,12
262:16 269:6
269:18 271:22
277:3 281:10
282:9,11
**differentiate**
287:20
**differing** 124:17
210:3,19
323:11 324:12
**difficult** 154:14
**digest** 93:25
**digestate** 194:2
194:22
**digested** 300:16
301:12
**digesting** 301:13
301:15
**digestion** 288:1
288:19 291:11
**dilemma** 264:24
265:17,18
**dimensions** 90:3
**direct** 83:4
236:12 327:24
**directly** 206:4
292:16
**disagree** 29:2
68:19 80:21
91:25 93:15
110:2 125:1
128:7 153:17
192:1 210:24
211:5 220:20
267:8 306:23
318:24 324:18

324:25
**disagreed**
312:21
**disagreeing**
124:21 160:23
183:18 221:12
221:20
**disagreement**
236:6,22
301:22
**disagreements**
308:15
**disappointed**
19:3
**disciplines**
217:24,25
**disclose** 207:15
**disclosure** 40:1
**discovered**
309:13,14
**discuss** 37:15
38:25 40:10,15
54:12 57:9
95:19 134:1
220:12 228:12
249:10
**discussed** 40:21
65:20 98:11
129:10 202:10
209:6,7 223:16
232:23 299:3
305:21
**discusses** 127:8
248:9
**discussing** 48:11
126:11 209:8
215:21 218:18
221:1 232:12
250:18 315:20
315:25 318:15
**discussion**
108:18 197:21
215:19
**disease** 76:13
112:17,17
143:19 144:19
144:20 145:7

175:6,8,8
261:21,24
**diseases** 145:8
218:4,5 240:12
255:19 261:24
262:4 266:19
**dismantling**
327:12
**displaced**
121:19
**dispute** 58:8
92:22 93:2
**disruption**
87:12
**dissect** 35:10
**dissecting** 105:5
**dissolved** 229:12
**distal** 116:12,22
123:10
**distally** 123:17
**distinction**
173:4,23
174:17 175:5,7
175:9
**distinctly**
271:22
**distinguish**
201:9 235:18
266:3
**distinguished**
238:20,25
**distinguishing**
101:25 102:4
**distribution**
218:3
**District** 1:1,2
7:9,9
**divide** 269:6
**divides** 187:2
**dividing** 242:19
**DNA** 86:11,12
86:13,22,22
87:3,5,15,20
87:24 88:2,3,9
88:12,20 165:1
165:9
**doctor** 8:15

61:19 99:11
103:5 118:11
125:16 128:14
178:18 194:18
235:5 252:20
255:10,18
287:6 315:18
322:25 325:13
**doctors** 119:5
130:12
**document** 1:7
4:14,19 10:14
11:10,14,16,19
12:11,15 75:9
75:17 78:23
103:1 190:16
216:24 241:15
255:6 264:1
269:23 279:11
283:6 321:3
**documented**
138:17 287:24
**documents**
14:14 198:2
**doing** 20:6 38:6
117:23 118:18
157:9 178:25
220:1,1 226:5
228:9 252:21
253:1 298:1
328:7
**domestically**
65:19
**dominoes**
316:18
**Don** 15:16
**dose** 101:1
**doses** 78:6
**double** 324:24
**double-check**
266:7
**Dr** 7:11 13:9,9,9
13:10,12 15:16
15:24 17:12
21:22 34:2,13
36:23 38:5
45:17 55:15,16

56:3,24 66:2
168:22,22
184:3,3 187:5
190:20,21
191:8,24
202:16 214:4,8
214:13,16,20
214:21 215:3
215:16 217:13
218:25 219:8
220:19 223:13
223:22 224:5,8
224:18 225:23
227:24 231:18
232:12 233:22
239:12 240:11
241:25 244:24
246:16,25
247:24 249:16
250:3,18,24
252:1 255:21
264:7,8,10
265:12 267:20
268:5,22
269:21 273:7
275:18 276:13
279:19 280:12
283:19,21
285:24 291:23
293:19,19,20
300:17 303:10
307:9 316:10
321:23 322:5
**drag** 40:23
**drainage** 278:6
**drank** 117:25
**draw** 136:4
257:1 258:5
**drew** 77:18
**Drinker** 2:20
7:24
**Drive** 2:8,12
**driving** 142:11
**Drs** 93:21
264:22 265:12
270:3
**drug** 107:4

**drugs** 106:22
**Duane** 1:13
**Duces** 4:16
11:18
**Ducie** 38:15
**due** 60:1 143:19
143:19 144:19
152:18 158:3
235:15 238:17
287:21
**duly** 8:9 327:9
**dust** 103:15
**Dusts** 4:20,23
**dye** 312:24

### E

**E** 2:1,1 3:1,1 4:1
4:10 5:1 6:1
329:2
**earlier** 29:2
32:24 38:4
50:14 53:10
65:21 78:21
80:25 91:15
93:1 95:4
97:15 98:11
144:6 149:7
153:24 178:18
199:7,8 202:8
209:12 216:4
232:23 275:11
285:11,23
291:7 302:2
305:22 306:6
307:2 315:2
316:11 325:3
325:23
**earliest** 165:14
**early** 65:10
150:6 151:7
312:20
**earned** 206:22
**easier** 110:13,14
281:4
**easily** 201:2
226:15 229:14
**Eastern** 1:2 7:9

**easy** 127:3 214:2
**edge** 104:8
**edit** 168:23,25
**edited** 65:14
118:12,22
168:24 169:2,3
172:22,25
218:11
**editing** 119:1
**edition** 5:13
65:15 118:17
118:19,20,21
125:16,21
154:5 155:9
207:10 208:13
208:21 216:10
216:19,20
217:8,9 218:14
254:22 255:12
258:23 259:16
259:21 306:3
**editions** 118:22
216:10
**editor** 5:15 27:4
27:12,12,16
28:2,3,12
118:15 266:8
266:14 267:6
**editor's** 27:17
**editorial** 26:24
27:5,6 211:15
211:22,24
**EDX** 194:2,22
**effect** 6:4 61:20
113:16,18
114:1 115:4,24
117:5 129:19
130:3,15,18
180:12 270:16
**effects** 19:10
224:13,18,22
225:2 226:23
231:14 262:13
**effusion** 261:20
**effusions** 5:17
263:14 264:22
265:14,19

**Egli** 280:6
**eight** 92:4
  155:22 157:20
  192:14,14
  197:2,8 234:15
  294:15 296:9
  297:16 299:7
  300:12
**either** 27:18
  28:14 29:2
  31:10 39:24
  41:10,22 42:8
  55:1,8 64:3
  94:16 96:15
  110:10 132:23
  133:7,17 134:4
  141:16 161:23
  167:21 213:9
  240:15 248:11
  269:21 270:5
  299:24 301:9
  308:25 315:9
**elaborate**
  208:20
**electron** 5:5
  26:19,19 93:25
  100:2 190:22
  287:8 288:2
  291:12 296:14
  296:19,23
  297:3,12,17,25
  303:5
**elicit** 67:13
  68:21 178:19
  182:24 186:19
  229:20 246:16
  247:1 256:6
**eliciting** 182:6
**elicits** 51:12
  64:2 67:10
  69:2 150:16
**Ellis** 3:4,8 7:22
**else's** 208:1
**elucidating**
  151:7
**EM** 300:15
**emails** 14:14

**embryonic**
  109:4 110:11
**employed** 49:24
  265:3
**encompass**
  243:16
**encounter**
  248:23
**end-stage** 156:1
  261:21 262:4
  262:11
**endogenous**
  60:24
**endomet-**
  121:11
**endometrial**
  59:25 109:7
  110:24 111:9
  112:3 115:20
  116:4 117:12
  119:23 120:20
  121:2,19
  122:13 123:23
  124:5,19
  134:18 256:8
  269:19
**endometrioid**
  108:18 113:18
  113:23 115:5
  115:25 117:10
  117:12 121:3
  121:20 122:20
  124:8
**endometriosis**
  108:18,23
  109:13,23
  110:7,9 113:20
  121:7,9,10,12
  121:14,15,17
  122:5 123:2
  131:15 160:7
**endometrium**
  108:6 110:24
  111:19 112:11
  120:8 121:6,7
  121:14,25
  122:3,17 256:7

**endosalpingio...**
  144:2
**ends** 124:1
**energy-disper...**
  288:3
**engulf** 67:13
  185:24 186:10
  186:15 201:4
  243:13
**engulfed** 190:3
  196:22 197:10
  198:10,13,16
  200:4 201:24
  203:1 250:11
**engulfing**
  249:19,22
  252:14
**enter** 302:14
  303:1
**entering** 128:3
**entire** 41:6
  60:12 160:20
  203:5 204:16
  215:20 216:11
  221:1
**entirely** 161:2
  162:3 207:9
**Entities** 2:16
**entitled** 11:15
  103:25 126:3
  159:10 184:3
  190:21 241:22
  255:19 275:8
  279:15 286:11
  287:7 314:4,5
**entries** 205:21
**envelope** 186:8
**environmental**
  123:24 124:20
  124:22,25
  125:2,7,12
  128:2,9 129:19
  130:5,18,18
  138:24 141:10
  141:21 142:3,7
  142:15 233:3
**environmenta...**

  78:6
**eosinophils**
  85:21
**epi** 43:6
**epidemiologic**
  30:5 32:5,11
  33:1 48:15
  100:4 101:1
  115:3,23 117:5
  269:5 289:19
  290:1,9,15
  315:5 320:2,8
**epidemiological**
  48:11 89:9,15
  113:15,25
  198:6 208:22
  216:6 232:9,13
  232:16,16
  267:22 268:10
  290:13
**epidemiologist**
  30:7 31:6
  107:19
**epidemiologists**
  217:23 218:2
  218:23
**epidemiology**
  5:8 18:22 30:4
  30:25 31:2,5,7
  31:14,22 32:12
  32:22 33:7
  34:3,15,21
  35:5,10 38:24
  38:25 39:1,15
  40:10,21 41:9
  41:19 42:6,16
  42:23 43:18,24
  46:22 47:1,7
  47:24 48:20
  76:9 107:7
  126:18 127:9
  147:13 208:13
  214:22 215:4,9
  215:15,21,23
  216:2,5,11,16
  216:23 217:4
  218:18,21

  219:9,17
  232:13 319:23
  320:18
**epigenetic** 81:16
  84:8
**epithelial** 70:9
  71:6,17,21,24
  72:2 106:23
  107:5 126:3,16
  126:22 127:5
  142:23 143:12
  143:16 159:19
  180:3 221:9,14
  307:20,21
**epithelium** 73:2
  114:19 142:24
  143:13,24
  144:16,23,24
  145:5 179:24
  190:15 221:6
  221:10 222:10
  222:11 316:23
  316:25
**epithelium'**
  116:22
**equally** 185:3
**equipment**
  132:7
**equivalent**
  249:25
**equivocal**
  184:11
**errata** 328:5,7
  328:10,13
  330:8
**especially**
  232:25 302:18
**ESQ** 2:4,8,12,17
  2:21 3:4,8,13
**essentially** 54:13
  111:14 170:17
  200:11
**establish** 47:19
  49:15 316:18
  319:20
**established**
  43:21 81:11

84:6 108:24
109:19,23
231:17 232:3
**establishing**
44:22
**estimate** 10:3,4
10:7
**et** 5:7,11,17,21
5:23 6:9 38:15
116:19 293:15
**etiologic** 166:2
166:15 168:1
168:15 169:17
169:19,23
170:3,10
174:12 177:5
177:23 209:15
209:19 271:24
**etiological**
171:11
**etiology** 126:11
127:12,22
159:21 170:17
170:24 172:1
210:3,20
219:14 242:15
242:18 323:12
324:13
**evaluate** 65:23
65:25 297:5
303:6 307:3
309:23
**evaluated**
183:15 222:11
223:7 296:24
315:7
**evaluating** 66:6
307:14
**evaluation**
157:9 227:10
267:22 268:9
317:24
**event** 231:17,21
231:24 232:2
**events** 81:12
84:7
**eventually** 17:17

**evidence** 21:18
46:20 53:10
58:16 62:2
63:2 64:22
70:23,24 73:20
77:11 79:16
80:6,19,22,25
89:10,15 91:21
97:21,24
113:25 119:22
120:3 125:11
148:9,19
150:16 152:17
160:5 161:16
181:18 182:7
183:6 190:13
198:4,9,11,19
200:7,10
201:20 202:14
202:17,19,23
202:24 203:7
212:9,14 223:5
231:11 237:20
237:21 239:13
268:11,13,18
273:7,19 274:4
276:14 277:21
292:20 302:14
302:25 315:19
315:23 316:7
325:5,14,18
**evidenced** 21:8
251:25
**evident** 152:19
**evoke** 70:3
162:10 179:10
180:15,22
181:17 183:9
183:19 184:7
184:12,17,22
190:9
**evokes** 69:14
**evolve** 69:5
**exact** 67:8
**exactly** 34:5
46:13 64:13
141:1 147:17

196:11 215:18
235:1 240:21
251:7 275:24
312:24
**exam** 256:11
**examination** 4:4
8:13 154:22
314:16 322:23
325:11 327:10
**examine** 316:14
**examined** 8:10
280:15 286:17
292:7 293:16
**example** 20:16
20:20 44:18
63:8 67:9,20
90:15 99:5
123:14 136:16
137:23 139:14
181:23 209:11
211:4 242:25
272:3 311:3
**examples** 51:18
271:23
**exception**
119:23 124:11
239:12 273:22
**excerpt** 255:18
**Excerpts** 4:22
5:12
**excess** 289:20
290:2
**excludes** 43:24
296:22
**excuse** 16:2 34:5
56:12 73:15
99:11
**exerts** 257:7
**exhibit** 4:12,14
4:18,19,22 5:4
5:8,9,12,15,18
5:22 6:4,6
10:15,18,19
11:11,15,20,21
12:12 75:10,13
78:24 79:2
103:2,5 190:17

216:25 217:4
217:10 241:10
241:16 255:7
255:12 264:2
269:24 270:2
279:12,15
283:7 285:25
286:8,9 321:4
**exhibits** 243:8
**exist** 231:3
242:15
**exists** 120:4
134:8 173:15
230:19
**exogenous** 141:9
**expanded**
293:11
**expansion**
293:19
**expect** 63:22
98:7 101:14,19
149:18 178:18
180:2,8 185:25
188:25 189:23
240:6,24
247:15 257:18
261:11
**expected** 202:8
**expelled** 109:7
110:24 111:2
111:11,15,18
**experience**
28:13 58:1,5
66:7 83:4
108:11 133:6,7
236:12 237:5
237:13 238:4,6
244:3 282:16
316:6
**experienced**
133:4 219:7,20
234:20,23
235:24,24
**experiment**
122:8
**expert** 4:12 8:21
9:16 10:6

13:14 15:10,12
22:1 29:14,19
29:25 31:7
36:11,22 41:7
49:25 56:13
66:9 73:5
82:13 90:8
132:12 133:11
133:13 161:3,7
178:24 204:4
208:6 211:9
215:14 234:16
272:25
**expertise** 27:6
30:8,12 34:17
40:23 64:14
76:16 104:24
215:12 220:4
220:16 303:5
**experts** 13:17
21:3 36:10,25
37:10 55:24
56:2,8,18
210:13,13
220:11 319:12
319:15 324:5,6
**experts'** 55:13
**expires** 330:16
**explain** 51:2
82:17 84:3
101:8 116:25
122:3 219:14
286:19
**explained** 45:13
203:17 209:21
220:18 316:7
**explaining**
293:24
**explains** 105:16
105:17,17
**explanation**
28:4 55:13
56:4,4 104:22
114:14 139:23
140:21 219:15
294:20 301:5
**explanations**

Robert Kurman, M.D.

44:24
**exposed** 71:17
77:25 78:5,12
92:6,13,15
93:15 94:13
96:14 105:19
200:10 240:6
240:25 247:15
247:18 249:7
269:14 286:18
298:8 301:8
**exposure** 6:5
22:17 23:15
24:3 26:11
29:23 50:12
59:7 70:21
73:14,22 78:8
91:13 92:20
97:7,25 98:5
105:13,14,23
106:2,6,9,12
106:12,16
141:9,22
143:20 148:18
149:21 178:19
198:2,11,20
200:7 232:3,6
232:19 233:1
233:10,10,12
233:16,21
261:10 262:25
265:8 267:21
268:8,14 269:6
271:20 277:15
287:21,25
289:10,13
291:20 292:9
292:12,15,15
292:20 293:1
294:1,4,9,16
294:16 295:7
295:15 299:8
302:12
**exposures** 92:14
105:17 233:3,4
233:19
**expression**

73:16
**extensively**
65:13 266:9
**extent** 124:7
223:17 256:15
257:4,11,13
258:1
**external** 194:9
195:2,25
275:19 311:16
**externally**
276:14 285:16
312:13
**extra** 217:10
**extracellular**
44:25
**extraovarian**
183:20 184:8
**extraperitoneal**
183:13
**extrapolate**
246:12
**extrapolation**
284:18 285:2
**extremely** 92:20
**extrusion** 60:1,7
**eye** 244:14,15
246:8,11

---
**F**

**F** 3:14
**F344/N** 6:5
**facilitates** 76:19
**fact** 15:14,17
25:24 32:12
44:6 67:8 72:1
93:3 102:15
134:16 149:10
150:3,5 155:14
155:23 158:4
161:2 189:21
216:1,9 224:10
226:5,22 227:7
236:5 238:8
239:1 251:15
267:8 273:22
275:1 276:5

283:10 284:15
318:9,25 320:3
**factor** 44:22
62:20 101:10
173:8 258:24
259:1,16 260:5
260:13,14
261:1,3,4
272:14,24
293:24 305:1,4
305:20 306:3
**factors** 88:16,17
101:2 126:11
127:12,20,22
127:23 159:21
165:18 259:24
259:25 260:1,4
260:7,17,21
305:7,15,22,23
305:23
**facts** 69:6
**fail** 328:15
**fails** 224:19
308:10
**fair** 17:5 28:24
30:13 31:1
37:19 85:18
124:2 163:12
184:21 229:9
284:14 307:17
318:19
**fairly** 190:25
**fairness** 129:11
209:6
**Falconer** 32:13
**fall** 138:13
325:24
**fallopian** 71:25
72:9,17,20
73:2 108:9,11
109:9 111:19
111:20 112:18
113:2 116:12
116:22 120:6
120:17,21
122:17 123:7
123:15,25

124:19 131:8
131:20 134:17
134:19 135:2
135:13,20,23
136:9,20 137:5
137:18,21,23
138:4,5,10,14
138:19 139:2
143:6 144:15
151:14,17,20
151:21 161:12
190:14 221:4
255:19 300:5
307:25 311:6,9
311:17 313:1,8
313:15 322:7
**falls** 316:18
**familiar** 33:12
45:3,7,10 62:5
74:11,18 77:16
95:13 126:5
264:14 271:9
271:12 272:10
309:4,16
**family** 260:23
**Fan** 270:4
**fan-shaped**
256:24 258:7
**far** 18:9 23:1
24:16 44:14
88:6 106:8
220:19 275:6
308:5,14
**farther** 290:14
**faulting** 82:23
**faulty** 222:2,4
**favor** 263:21
322:20
**fax** 1:19 2:10
**FDA** 91:11
**feature** 76:15
**features** 83:5
152:14 169:6
**feel** 10:21 40:25
95:18 104:21
231:6,10
250:23 270:23

**fellows** 119:8
**felt** 162:20 209:6
212:22 213:18
216:15 232:24
319:13 320:13
**female** 5:12
118:14 164:3
255:11 292:17
293:5 314:6,10
**feminine** 58:13
208:16 298:6
311:25
**ferruginous**
98:4
**fiber** 81:13
84:13 300:14
**fibers** 90:2 94:1
101:24 102:2,8
102:12 103:15
104:10,12,16
104:20,22
166:2,15 168:1
169:9,16 172:9
177:23 178:22
191:13 209:14
226:7,10,10
227:2,8,22
230:16 258:12
299:1 301:13
**Fibres** 4:21,22
104:1
**fibrosis** 229:25
**fibrous** 95:14,24
96:11 98:3
191:12 227:8
227:20,21
228:12 229:10
229:11 230:18
230:19,22
298:23,24
**field** 34:3,14
40:23 47:7
214:22 215:4
**fields** 22:12
**fifth** 65:14
118:23 216:10
216:19 217:8,9

218:14
**figure** 142:11
  193:5,16,17,23
  193:25 194:1
  194:12,21
**figures** 201:23
**filters** 104:9
**fimbriated**
  111:20 114:20
  116:11 124:1
**finally** 161:16
  235:3,4,9,11
**find** 41:23
  157:14 159:5
  168:20 192:23
  203:15 240:6
  240:25 247:15
  261:7,11
  267:10 279:3
  280:24 281:4
  292:15 310:19
  310:22 319:14
**finding** 139:1
  151:5 190:13
  192:15,18,25
  281:19
**findings** 28:19
  32:22 270:15
  302:5,25
  303:15 306:9
  306:16,17
  321:23,24
  322:2
**finds** 123:14
  187:19 188:14
  314:7
**fine** 97:11
  150:13
**finish** 94:10
**finished** 315:11
**FIRM** 2:4
**first** 8:9,22 14:3
  17:18 18:4,15
  24:25 25:2
  29:13 31:11,15
  32:3 34:9
  53:17 79:14

103:9 105:19
126:17 127:8
127:11 145:17
153:10 160:25
167:10 203:4
203:19 206:24
214:19 215:2
223:8,12 235:2
235:6,7 239:24
240:1 249:17
257:3 259:9
264:19 265:18
267:19,25
268:1 270:15
277:9,17
298:11 303:22
310:13 319:6
**fit** 116:8
**five** 92:4 192:14
  231:21 237:5
**five-minute**
  254:24
**flaw** 225:17
**flaws** 300:13
**Fletcher** 5:21
  270:3
**flipping** 127:18
**Floor** 3:5
**flow** 108:25
  112:2 119:16
  119:21 120:2,4
  135:2
**Flower** 3:5
**flowing** 120:13
**flows** 134:24
**fluid** 120:13
**FLW** 1:6
**focus** 30:9 34:4
  34:16 35:4
  37:6,8 40:20
  150:6 288:13
  320:14
**focused** 37:15
  192:21
**focusing** 35:6
  216:5
**follow** 196:10

**follow-up**
  285:24 286:5
  286:10 293:21
**followed** 291:11
**follows** 8:11
**food** 242:2,25
**footnote** 240:19
  241:1,4
**force** 312:3
**forced** 312:13
**forceps** 123:15
**forces** 243:16
**foregoing** 327:8
  327:23 330:4
**foreign** 55:4
  59:24 60:16
  61:8 68:14
  112:25 139:13
  158:19 160:2
  160:16 161:24
  162:8,10 163:3
  163:15 164:2
  164:16 178:25
  181:24 183:8
  183:15,19
  184:6,12,16
  185:8,15 243:3
  243:5,6,7
  254:10 256:5
  304:10
**foreign-body**
  24:5 25:12
  26:4 50:15
  51:8,16 53:8
  55:6 58:4,6
  59:5,24 60:2,8
  61:5 63:23
  68:16,24 69:16
  70:3,6 84:16
  84:20 85:14
  98:12,21,22
  100:15 101:16
  148:10,19
  149:17 150:16
  162:5,11
  178:19 179:10
  182:2,24 184:4

229:21,24
239:22,22,25
240:5,24
242:20,22
247:14 249:6
249:17 251:17
251:24 252:5,7
252:13,18
253:4 254:11
256:6,20 257:7
274:13
**forgot** 308:21
**form** 10:9 16:24
  17:22 18:7,21
  19:6,15 20:13
  21:6,10 22:2
  22:15 23:13,23
  25:22 26:13
  28:22 30:17
  34:23 35:14,20
  36:1,6 39:3
  41:12 42:1,12
  43:8,19 44:2
  44:10 45:6,18
  46:2,12 47:2,8
  48:2,13 49:10
  50:22 52:13,19
  53:7 54:2,16
  56:1,11,20
  59:3,19 60:18
  61:9 62:9,16
  62:24 63:11,17
  64:5,12 65:3
  66:11 67:24
  68:6,18 69:6
  70:11 71:2,19
  72:11 73:12,23
  74:7,16 75:6
  77:2 78:2 81:6
  82:12 83:9,23
  84:17 85:11
  86:2,15 87:7
  87:13,23 88:5
  88:9,15,21
  90:7,21 91:5
  91:14 93:8
  94:4,18 95:3

95:15 96:1,13
97:14 99:2
100:18,21
101:9,17
102:13,18
104:12 106:7
107:17 108:13
109:15 110:3
111:22 112:5,9
113:4 114:3
117:8 120:23
122:9 124:3
125:9 128:23
129:8,21
130:20,25
132:17,25
133:23 134:10
135:25 136:22
138:6,21 139:6
139:16 140:23
141:11,23
142:8,13,17
143:1,7,15
146:2,14,22
147:15 148:1
149:19 151:11
152:3,23
153:16 155:3
156:2,13,20
157:5,15,21
158:12,22
162:13 163:6
164:11,18
165:3,11 166:3
166:16 167:16
168:4,17
170:12,19
172:11,23
173:6,25
174:20 175:11
175:22 176:1
176:13,23
177:7,10,15,25
178:7 179:12
179:17 180:10
180:20,24
181:7,20,25

182:9,16
183:11,14,22
184:15,24
185:4,11,19
186:2,16
187:20 188:17
189:2,25
191:12 192:2
195:12 196:5
197:11 198:12
199:20 200:8
201:18 202:4
202:18 203:2
203:24 204:15
205:1 208:8
209:22 210:4
210:15,21
211:7 212:6,25
213:13,22
214:9,15
215:11 216:12
216:18 218:13
219:10,16,23
221:16,19
226:11,14
227:11 229:13
229:22 230:8
230:20 231:8
232:22 234:9
237:12,24
238:14 239:5
243:13 244:1,9
244:19 245:8
246:2,20 247:8
247:10,21
248:2,7 249:6
250:5 251:4,19
251:20 252:7,9
252:17 253:17
254:3,12,18
257:10 258:13
258:19 259:3
260:9 261:22
262:5,18 263:2
263:8,15
265:15 268:16
269:8,15 271:2

272:1,5,21
275:5 276:7,16
277:25 281:5
281:11,23
282:12 283:1
283:15 284:3
284:11 286:6
289:4 290:8
291:1 292:13
292:23 293:2
294:6,18 295:8
295:21 296:13
297:7 299:14
301:19,25
303:3 304:4,15
305:3,9,18
307:1,18
308:16 309:6
309:17 310:12
311:22 312:5
313:2,10,17
314:13,22
316:1,9 317:7
317:17,22,24
318:7,16,23
319:9 320:5
321:2,20 322:8
330:7
**formation**
101:15
**formed** 243:24
253:13
**forming** 317:3
318:14 319:8
**forms** 74:20
89:17 90:4
242:10,14
298:23,24
**forth** 327:8
**found** 36:17
145:23 151:4
188:23 191:12
198:9 273:16
280:21 285:12
290:17 291:16
294:3 298:22
314:8 319:15

**four** 12:13 80:17
92:4 192:14
231:20,24
257:16 292:7
**fourth** 5:13
65:14 81:10
118:23 254:22
255:12 258:22
259:15,21
**frame** 210:6
323:15
**frankly** 198:22
296:17 320:8
**free** 10:22
122:16 225:1
250:23
**frequent** 108:15
**front** 31:17
217:6
**fulfillment**
100:22 202:9
202:12
**full** 39:25 177:4
216:6
**function** 29:18
274:17
**fundamental**
90:4
**funding** 204:22
206:11
**funny** 203:13
**further** 79:21
92:2 133:20
173:10 261:9
268:20 271:19
310:11 325:11
**Furthermore**
92:23 154:20
313:21
**fuse** 186:10

————————
**G**
————————
**Garber** 2:8 7:16
7:16 12:6
228:2,8 252:19
252:25
**gas** 92:9

**Gates** 40:11
**gather** 304:9
**Gee** 161:9
**gemish** 197:19
**gene** 88:23
**general** 4:12
28:14 37:14
41:8 46:4
53:12 54:9,23
55:5 84:9,11
105:23 106:12
106:16 113:17
114:1 129:16
163:8,14,16
188:7 194:8,25
209:4 210:5
211:3 212:16
212:18,19
222:22 260:2,3
270:24 306:7
316:5 323:14
**generally** 88:22
109:20,20
174:6 186:6
221:3 222:18
223:2 298:17
**generation**
81:14 85:25
**generosity**
110:18
**genes** 88:24
**genetic** 87:12
121:21 122:24
136:13 152:14
260:24 268:24
269:14,17,22
**genital** 5:13
17:21 18:6,20
22:13 118:14
164:3 255:11
267:20 268:8
270:18 277:14
281:16 284:1
289:17,22
290:3,17
291:18 292:5
299:18 300:9

314:6,10
**genotoxicity**
81:16 84:9
88:8
**Gerber** 93:21
**germ** 60:6 71:5
**Gertig** 40:11
**getting** 122:1
129:9 228:22
237:8 262:11
300:24 305:8
305:16
**Ghio** 5:17 264:7
264:22 265:12
**giant** 24:5 25:12
26:5 50:15,20
51:8,13,16
52:5,10 53:3,9
53:25 55:6
58:6 59:6,13
59:24 60:2,8
61:4 63:23
68:24 69:2,15
70:6 84:20,24
85:3,15 98:12
162:5 178:19
182:2 185:18
185:25 189:1
189:24 190:4,7
190:9 203:22
204:13 229:24
242:20,22
243:13,24
249:18 251:18
251:20,24
252:13,18
253:12 254:17
256:20 274:10
274:13 275:3
**give** 10:7 12:5
36:18 99:5
137:23 139:14
156:14,17,18
157:16 158:1
209:4 241:12
294:20
**given** 11:14

Robert Kurman, M.D.

Page 349

199:21 211:25
324:21 330:5
**giving** 48:14
49:1 175:1
255:14
**glance** 11:2
**glare** 126:24
**glove** 64:4 314:6
314:8,15
**gloves** 51:22
63:8 64:9
69:22 240:7
256:10
**go** 9:2 11:24
29:20 31:24
41:13 42:23
45:2 47:14
57:8,11 117:24
122:17 125:3
132:2 133:20
144:25 145:19
151:7 167:3,5
168:6 181:12
181:13 192:3,9
193:7 206:4
208:18,22
215:1 220:10
220:15,22
222:16,19
225:4,19
230:14 231:9
231:25 241:4
270:21 280:7
286:8,21
296:19 319:4
322:21 323:6
325:3
**goal** 287:19
**Godleski** 187:5
190:21 191:24
250:3 300:17
319:6
**Godleski's**
291:24
**goes** 28:8 89:24
108:8,8 112:4
206:4 223:7

259:21 290:13
291:5 308:13
**going** 8:19 10:18
31:18 33:16
48:10,12 54:8
61:14 99:21,25
106:18 107:19
108:7 116:15
118:5 119:13
120:15 127:15
141:5 144:25
166:23 167:11
178:12 181:14
182:12 186:19
186:19 189:6
194:5,14,23
201:4 205:19
205:21 206:17
207:15 208:21
208:22 217:3
220:3,4 230:22
241:10 252:19
255:1 262:19
278:4 286:25
297:22 300:8
305:12 306:3
308:25 315:12
323:7 325:25
326:4
**Golkow** 1:19 7:5
**gonorrhea**
145:7
**Gonzalez** 40:12
**good** 7:3 8:15,16
107:1 123:15
169:20 210:2
210:14,19,22
211:4 270:24
307:8 323:10
324:7,11,15
**goodness** 88:2
**Google** 171:5,6
**googled** 9:18
**Gordon** 93:21
**gotten** 200:15
**grade** 247:2
262:16

**granuloma**
51:13 52:3
58:9 182:3
185:8 239:25
242:14 243:24
252:7,9
**granuloma-type**
50:20
**granulomas**
51:25 59:13
60:10,22 84:24
184:5 185:18
186:23 239:22
240:5,24
242:20,21
244:11,14
247:14 249:6
251:18 252:5
253:13 254:17
**granulomatous**
5:10 24:6
50:15 51:8,17
52:5,11 53:4,9
53:25 58:4
61:5 63:23
68:24 69:3,16
98:13 148:10
148:20 149:17
150:16 178:20
182:24 183:9
183:20 184:7
184:12,17,22
185:25 190:9
203:22 204:13
229:24 241:23
241:25 244:9
245:23 246:17
247:1,25
248:23 256:16
257:4 258:1
274:10 275:3
**great** 289:13
313:4
**greater** 40:11
124:7 126:20
303:20 304:13
304:13

**Gregory** 13:9
**grief** 107:1
**group** 79:10,11
79:22 80:4,15
85:3 92:25
93:2 250:3
288:11
**guess** 9:3 66:9
249:4 290:16
**GYN** 249:14
**gynecologic** 9:5
9:10,16 14:18
15:2,5,9,11,17
15:18,20 18:24
18:24 20:3,10
20:18 21:4,23
24:17,19 25:14
29:19 30:1,8,9
34:17,21 52:6
59:13,22 60:15
61:5 65:12
72:8,22 110:1
119:11 133:5
148:10,20
150:17 165:1,8
165:10 170:10
170:11 175:16
176:19 182:25
187:22 188:3,5
188:10 192:17
220:16 234:17
238:15 244:5
245:3 247:17
248:5 249:2,7
249:10 250:25
273:8,13,24
320:16
**gynecologist**
15:16
**gynecologists**
15:25 18:9
119:8
**gynecology**
251:1

_____
**H**
**H** 4:10 5:1 6:1

38:15
**H&E** 136:11,23
194:15,16,16
194:24 203:14
204:6 250:12
**habit** 104:13
**hahern@shb....**
2:19
**hair** 245:13
**half** 156:16
175:2 214:3
218:20,20,24
291:17 313:7
**halfway** 169:8
268:21
**hand** 10:18 12:4
27:19 110:14
229:15
**handed** 11:3
13:24
**handful** 42:23
**handing** 75:13
190:20 241:7
**handle** 257:19
270:24
**handled** 188:25
**handles** 186:4
**handout** 217:18
**happen** 26:8,9
184:14
**happened** 237:2
**happening**
250:2
**happens** 145:2
148:6
**hard** 126:25
217:19
**HARDY** 2:17
**Harper** 270:4
**Harvard** 20:16
187:13,14
**Hausfeld** 2:11
7:18
**head** 309:22
315:6
**heading** 127:23
**headway** 141:5

Case 3:16-md-02738-MAS-RLS   Document 9734-5   Filed 05/07/19   Page 209 of 241 PageID: 36383
Robert Kurman, M.D.

Page 350

health 74:20,23
289:14 321:17
321:22,24
322:2
healthy 108:11
hear 19:3 36:7
heard 95:16
264:14 304:20
Hearing 4:13
heavily 92:6
heavy 92:20
125:24 262:24
263:3
held 1:13 7:7
Heller 93:19,20
93:21 189:19
189:20 274:11
291:5,10
293:15 300:13
301:4,5,6,12
301:23
Heller's 293:20
help 36:14 42:20
167:6
hereto 10:16
11:12 75:11
78:25 103:3
190:18 217:1
241:17 255:8
264:3 269:25
279:13 283:8
321:5
herpes 100:1,8
hesitate 10:4
high 78:6 131:10
233:3,4,10,12
236:8 293:25
high-grade
72:18,19,20
73:1 114:5,8
114:10,16,23
115:6 116:1,9
117:1,6 124:8
135:11,19
140:8,11,16
141:2 144:8
146:3 148:3

149:14 151:8
152:11,12
157:25 158:3
160:8 161:13
221:3,23
223:15 233:23
234:5 238:20
261:15 269:18
higher 100:6
237:7
highlighted
310:24
highly 208:6
288:14 311:15
Hill 45:3,7,11,16
45:21 46:4,7
46:21,22 47:13
47:21,24 48:17
48:19 49:2,9
49:14,18
100:24 101:2
223:16,20
225:14 229:1
228:13 239:3
hired 22:1,11,23
22:25 41:7
214:7
histiocytes
67:12 85:2
182:2 243:2,4
243:10 249:25
256:19
histiocytic
186:20 242:23
histologic 114:2
269:1
histological
269:7 288:14
histopathologic
5:10 154:12
218:6 234:15
241:22
history 154:24
260:23,24
291:19 292:5
292:10
hmm 28:5 75:25

187:11 240:14
Hold 193:6
302:6,6 322:21
honestly 14:6
21:11 196:23
230:9 245:14
hope 10:25
hopefully
217:16
Hopkins 15:16
15:18 206:17
hospital 236:13
hospitals 237:3
host 34:2,14
214:21 215:3
Houghton 40:13
hours 10:8
Houston 2:18
HPV 99:9,12
100:8 170:9
HSV 100:5
150:1,2
HSV-2 99:25
100:3
huge 30:20
233:19
huh 171:6
human 4:20
45:1 74:4
79:11,15,16
80:11 105:13
105:14 206:1
218:4 245:13
281:16,22
308:24 314:6
humans 80:6,19
90:5,18 102:12
105:19 106:6
114:19 116:20
180:4 282:7,24
283:14 284:21
285:5,8
hundred 103:7
hundreds 75:5
hung 71:21
Hunter 2:17 8:3
hydrogen

224:16 230:2
hygiene 58:13
208:16 298:6
312:1
hyperplasia
38:10 142:25
143:18 144:1
146:17,20
147:12
hypotheses
28:20
hypothesis
115:2,18,22
144:17,21
160:7,14,15
295:24
hypothetical
101:20 212:7
213:14
hypothetically
132:21 180:15
hysterectomies
129:18 130:3
hysterectomy
127:25 130:14
291:14

─────────
I
i.e 105:25
235:19 271:20
IARC 4:22 67:7
74:11,18 75:14
76:5,15 77:9
79:11 80:12,14
80:25 81:5
83:2,22 84:4
84:13 85:7
89:9 90:22
93:2 101:23
102:11,20
103:14 105:17
106:12 227:8
227:20 230:17
232:20
IARC's 4:18
75:14,23 76:25
idea 13:2 19:18

36:10 56:7
91:6 113:6
135:3 140:6
141:7 157:14
282:17 297:10
309:1
ideas 134:8
173:5
identical 224:15
225:24 226:3
229:4 234:7
identification
10:16 11:12
75:11 78:25
103:3 154:20
190:18 197:25
217:1 241:17
255:8 264:3
269:25 279:13
283:8 288:23
306:20 321:5
identified 31:10
80:4 102:11
105:18 169:10
270:5 289:19
290:1 308:14
identifies 75:14
79:14,15,21,25
80:5,16 103:13
249:17 258:24
259:16 275:2
identify 7:12
70:18 76:10
197:9 223:12
260:20 268:22
274:6,9,21
305:1 306:3
identifying
274:22 308:11
Ie-Ming 13:10
II 92:10
iliac 194:10
195:2,25
illuminate
298:19
imagine 31:12
120:24

Robert Kurman, M.D.

Page 351

**Imerys** 14:15
**immediately**
  310:4
**immune** 67:10
  67:14,16
  242:20,24
**immunized**
  238:21
**immunohistoc...**
  235:17
**impact** 141:5
**impaired** 81:13
  84:13
**imperative**
  328:12
**implant** 122:17
  138:10 147:8
**implanted**
  119:24 121:2
  133:21
**implanting**
  140:18
**implants** 109:9
**implausible**
  212:3
**implicated** 59:7
  84:10
**implicating**
  232:6,19
**implying** 114:14
**importance**
  289:15
**important** 19:23
  25:7 31:8
  38:13,14 44:22
  50:8 53:18
  71:20 96:9
  143:18 158:20
  160:4 162:1
  198:1 216:15
  216:23 226:22
  251:13 276:22
  280:25 306:9
  306:16,17,24
  317:5
**Importantly**
  116:19

**impose** 171:2
**impossible**
  156:25
**impression**
  29:17 307:6
**improved**
  234:15
**impugning**
  188:9
**inappropriate**
  218:17 222:13
  223:25
**Incidentally**
  147:11
**include** 30:23
  41:18 43:18
  108:25
**included** 9:11
  38:5 44:12
  129:12,24
  216:20
**includes** 36:16
  147:13 181:24
  207:5 208:13
  250:1
**including** 34:3
  34:15 43:24
  59:22 73:5
  109:3 190:21
  214:22 215:4
**incomplete**
  167:1 212:6
**inconsistency**
  274:14
**inconsistent**
  105:6 107:11
  107:21 269:10
  301:7
**inconsistently**
  104:17,25
  105:3
**incorporated**
  45:1
**increase** 290:18
**increased** 5:20
  89:20 92:7
  208:15 264:25

265:20 270:11
  270:19 305:8
  305:16,19
  315:8 316:21
**increases** 260:5
**increasingly**
  89:10,16
**independent**
  76:18 297:9,24
**India** 311:4
  313:3,11
**indicate** 32:24
  98:13 113:16
  115:3,23
  231:12 299:10
**indicated** 21:18
  62:19 228:19
**indicates** 114:17
**indication** 26:3
  26:4
**indicative**
  307:22
**individual** 265:5
**individually**
  222:20
**individuals**
  17:12 77:14
**induce** 67:18
  70:5 84:21
  86:6 185:21
**induced** 58:10
  63:1 69:24
  84:18 162:4
**induces** 51:6
  58:3 67:11
  116:21
**inducing** 269:22
**industrial** 64:16
  247:2
**industrially**
  64:9
**industry** 92:17
**inert** 67:3,4,5,15
  67:21,22,23
  68:3,9,15 70:2
  70:5 224:24
  242:23

**inevitably**
  181:14 182:11
**inexperienced**
  234:25 236:2
**infectious** 54:14
  54:24 55:1,8
  55:10 67:19
**infiltrate** 256:18
  257:23
**inflammation**
  5:10 24:6 50:3
  50:4,6,9,10,14
  50:15,19,20
  51:3,7,9,9,12
  51:13,17 52:5
  52:11,12,17,20
  53:3,4,4,9,14
  53:14,18,19,25
  54:1,13,14,14
  54:22,23,25
  55:5,7,9,14
  57:20 58:3,4,7
  58:9 59:1,5,6,7
  59:9 61:21,24
  62:2,7,12 63:1
  63:5 64:21,23
  64:25 69:3
  70:8,15 73:17
  81:14 84:21
  85:8,10,18,23
  85:24 141:15
  141:18 142:23
  143:4,12,16,23
  144:18,22
  145:4,24 146:9
  146:11,16
  150:9 158:20
  159:10,18,22
  159:23 160:15
  160:18 162:2,4
  162:6 164:15
  164:19,21,22
  165:1,8,15,17
  166:1,14
  167:25 169:15
  177:13 181:23
  209:14 239:14

239:18 241:23
  242:1 247:25
  248:24 274:2
  315:24 316:21
  317:4,15,21
  319:3
**inflammatory**
  59:12 60:15
  63:15,22 67:9
  68:4,10,16,22
  68:23 69:2,4
  69:15 70:3
  73:11,21 85:14
  85:19 96:8
  112:17 143:19
  144:14,19
  145:7 256:16
  257:4
**influence** 37:24
**influenced**
  207:20,21
  288:20
**influences**
  185:16
**inform** 208:4
**information**
  99:6 147:13
**ingest** 243:19,23
**inhalation** 78:4
  105:24 106:4,8
  233:2 248:11
  278:3,10,16
  294:21,25
  295:4,15
**inhale** 252:16
  295:19
**inhaled** 249:19
  252:15 293:5
**initially** 17:24
**initiates** 52:21
**initiating** 173:8
**initiation** 165:13
  165:20 175:21
  176:6,11,17
  222:6
**injected** 309:12
**injury** 81:15

**ink** 311:4 313:3 313:11
**inoculated** 256:18 257:5
**inoculum** 257:23
**inquiries** 303:17 304:1
**inside** 63:6 310:9
**insights** 306:10 306:18,24
**insofar** 62:25 231:14 325:19
**instance** 155:19 224:14
**instances** 60:8,9 151:18 155:13 155:18 157:24 158:1 170:5,6
**instigate** 142:24
**institutions** 15:7
**INSTRUCTI...** 328:1
**instruments** 256:9
**intelligently** 133:25
**intend** 34:20 325:2
**intended** 17:10 17:10 119:4 209:3
**intending** 36:4 38:24
**intention** 35:10 35:12
**interaction** 179:23
**intercourse** 312:3,7,15 315:4
**interdisciplin...** 76:8
**interest** 18:23 21:4 27:7 30:7 39:10 76:20

**interested** 22:12 119:7 237:20
**interesting** 121:5 151:2 172:12,16
**Interestingly** 285:10
**intergovernm...** 74:14
**interjection** 86:21
**internal** 14:13
**international** 15:19 74:12,14 76:6,18
**internationally** 65:20
**interpret** 44:7 44:23 290:6
**interpretation** 45:15,19 46:7 185:9
**interpreted** 49:8
**interpreting** 47:17
**interrupted** 56:12 99:24
**interrupts** 116:3
**intraepithelial** 135:14 136:3 138:3 141:14 145:22
**introduce** 69:22
**introduced** 201:2 256:8 263:6 309:25 310:3 311:7,10 312:22,25 313:6,14
**introducing** 313:20
**introduction** 128:1 130:4 158:18 160:2 160:16 161:24 162:7 163:2,15 311:5 313:23

**introductions** 280:17
**invalid** 55:22 56:5 57:2
**invariably** 27:13 87:16
**invasive** 72:9,15 137:13 147:4,6 151:16 181:13
**inverse** 87:18
**invoke** 178:22
**invoked** 109:4
**involved** 17:13 18:11 20:5 38:9 75:8 85:23 99:8,8 175:13 187:7 269:17
**involvement** 29:23 83:19 86:21
**involves** 9:7 112:18
**involving** 93:11
**irrelevant** 316:21
**Irving** 168:22 184:3
**isolated** 257:16
**issue** 18:5 21:5 21:25 22:12 31:2 87:14 174:22 176:25 223:10,11 234:18 262:20 267:1 274:2,24 303:7 305:21 317:21 319:3 321:18
**issued** 77:9
**issues** 17:6 27:23,23 29:20 77:17 81:1 209:8,10 223:3 223:12 276:22 307:14 308:7 315:20,25

317:3
**It'll** 127:3 208:19

**J**

**J** 4:12 5:17
**James** 3:13 7:20
**jbillingskang...** 3:15
**Jeff** 13:9 38:9
**Jersey** 1:2 7:10
**jog** 309:18
**John** 187:5
**Johnson** 1:4,4 2:16,16 7:25 7:25 8:2,2,3,4 8:21,22 9:20 9:20,24,24 14:14,14 17:18 17:19 18:4,4 18:14,14 19:13 19:13,22,22 20:2,2,9,9,11 20:11 21:2,2 21:25 22:1,11 22:11,19,19,23 22:23,25,25 23:11 24:13,13 24:15,15 29:13 29:13 41:6,7 95:2,2,23 132:12,12 206:23,23 207:16,17 208:6,7 214:7 214:7,12,12 282:20,20
**Johnson's** 23:11 95:23
**join** 118:18 243:16,23
**joined** 85:3
**journal** 27:3 32:12 199:19 240:11 264:6
**journals** 9:9 26:24 28:21

**judge** 17:15
**judgment** 27:17
**Julie** 168:22
**jump** 141:3 294:8
**June** 211:21
**junior** 118:18

**K**

**K** 5:11
**Kabeer** 5:11 240:11
**Kadry** 6:9
**Kane** 13:12 17:12 34:2,13 55:15 66:2 73:6,6 214:4,8 214:20,21 215:3,16 218:25 219:8 223:13,22 224:5,8,18 225:23 232:12 233:22 250:18 250:24 267:20 268:5,22 269:21 280:12 283:19,21 285:14 307:9 321:23
**Kane's** 36:23 55:16 56:3,24 214:13,16 220:19 227:24 231:18 239:12 273:7 275:18 316:10
**Katherine** 2:21 7:24
**katherine.mc...** 2:23
**keep** 10:1 40:22 48:19 116:6 192:13 205:21 233:9
**keeps** 48:17
**kept** 65:13

keratin 60:1,7
60:22 61:7
kind 11:6 24:3
51:12 52:11
53:19 58:9,9
59:5 60:6
67:14,16 69:18
70:15,16,18,19
72:12 98:9
99:6 120:16
122:8 129:16
150:5 162:10
162:11 168:11
179:10 203:13
260:25 306:5
324:24
kinds 145:7
knew 230:25
know 11:25 12:3
18:10 19:7
20:19 21:17
24:16 30:20
35:1 38:3,11
43:6 44:11
45:15 46:13
48:18 51:11
56:14,16,17,21
56:22 57:17
58:11,15 67:2
67:5 71:4,12
74:17 75:3,8
82:20,24 83:3
83:10 86:6,18
88:6 93:24
94:3,22 95:5
95:18 96:4,10
96:24 97:4,12
97:17 99:12
100:8 101:19
102:5 106:8
108:14 111:12
112:20 119:17
122:16 125:2
130:13,13,13
133:25 135:1,2
138:22 139:17
139:18 140:22

140:24,25
141:3,3,12,16
142:2,2,10
146:6 147:18
155:19 161:9
162:19 169:1
172:16 180:1,5
181:5 183:19
185:12 187:7,7
190:6 196:25
199:1,10 200:9
202:6,14 204:2
204:10 206:3,6
206:7 207:20
208:12 210:13
211:11 215:23
219:21 220:10
220:20 222:17
225:8 226:9
227:19,20
228:24,24
229:6 230:19
230:25 231:2,6
237:4 242:17
245:9,14 251:5
257:16,20,24
262:7 263:22
264:8,16 270:7
271:9 272:18
275:6,23 276:1
281:12 282:8
282:11,13,15
282:18 290:6
292:11,11
301:9 306:2
308:14 310:17
312:7 314:2,11
315:6 317:8
320:11 324:6
knowledge 84:3
215:9,10
knowledgeable
211:5
known 74:4,8
79:11,15 80:11
142:21,22
143:23 231:4

268:24 302:21
knows 119:17
187:22 188:2
Kurman 1:12
4:3,12,16 7:11
8:8,24 11:18
202:16 330:12
Kurman's 45:17

## L

L 2:8
lab 26:10 201:6
labia 299:25
310:6
laboratory
26:15 76:9
122:8 200:22
200:23 287:22
lack 6:4 235:17
lady's 277:23
landmarks
288:22
language 130:6
laparoscope
119:20
laparoscopica...
123:14
lapsed 14:23
large 44:7 59:22
69:1,13 156:23
186:7,19
244:18 246:17
246:18 247:2,6
248:10 251:17
larger 186:24,24
243:16 245:5,6
245:7,7,10
246:5,13
247:10
laryngeal 83:11
larynx 80:19
83:7 91:23
Las 1:14 7:1,8
LAW 2:4
lawyer 43:13
lawyers 9:21,24
42:20 44:6

layman 226:16
lead 65:17 85:25
87:16 139:4
216:1 229:17
leading 81:13
84:13
leads 121:14
217:16
learned 155:19
215:8 218:17
219:20
leave 66:13 90:9
leaving 71:10
lectured 23:8,9
lectures 220:10
led 203:14 204:1
204:5
left 63:6 64:3
69:13 194:5,9
194:14,23
195:2,25
left-hand 242:8
legal 287:18
lending 160:12
lengthy 239:21
268:4
lesion 68:17
69:5,5,17
116:11 135:13
136:2 137:10
137:11,12,24
138:25 139:3
140:6,6 143:9
146:21 154:19
154:21,24
155:13 157:25
158:2,4,9
182:21 222:7,8
lesions 135:5
137:15 138:20
139:14 140:14
140:16,16,22
141:10 142:15
143:5 147:22
147:24 149:14
150:6,24 151:1
151:7,9,13,23

151:25 152:21
153:12,14
154:12 155:23
156:12 157:3,8
158:10 184:4
190:13 267:12
307:24 319:21
let's 48:22 72:15
92:3 93:17
122:13 140:11
144:10 147:19
158:17 161:17
168:20 172:5
188:10 189:13
214:24 222:18
223:10 235:1
246:5 271:10
286:21 310:21
313:18
letter 5:15 266:8
266:14 267:5
leukocytes
85:22
level 18:23
91:12 202:13
239:2,10
260:14
LHG 1:6
LIABILITY 1:5
license 14:22,24
Lifetime 6:5
ligate 123:23
124:18
ligated 123:12
ligation 114:2
114:18 115:4
115:24 116:3
117:16 123:4
128:1 130:14
ligations 113:16
116:21 117:7
123:6,21 125:6
129:18 130:4
light 5:4 25:20
26:2 190:22
191:11 194:1,6
194:15,21,24

Robert Kurman, M.D.

195:19,24
196:25 243:8,9
256:25 258:8
266:9,10,10,14
266:20,21,25
286:11 287:7
288:6,24
298:12,18
303:22,24,24
**lighting** 126:25
**likelihood**
114:21 235:13
238:1
**limitations**
284:19 285:3
**limited** 99:17
**line** 149:12
205:17 237:9
329:4
**lines** 92:4
231:21
**lining** 108:5
111:8,14,18
121:8,11
**link** 100:16
101:15
**linked** 272:8
**linking** 268:23
269:21 270:18
**list** 10:20 11:6
12:13,18,20
13:3,20,21,24
13:25 14:1,10
30:15 31:10,15
31:20,25 33:9
36:11,14,18
37:19,21,24
38:2,19 39:2
39:16,20,23,24
40:7 41:24
42:11,13,17,18
42:22 43:2,7
43:12,13,14,17
43:23 44:6,7
44:12 102:22
103:19 266:13
314:2,3,4

318:10,14
321:8
**listed** 27:23
38:13 308:8
314:14 318:4
**Listen** 153:10
**lists** 41:11,18
42:8 270:6
318:5
**literature** 9:10
18:18 19:17
20:14 31:2
51:15 62:11,25
65:14 66:8,8
104:18 105:1,3
105:6 183:7
186:18 207:22
208:17 226:16
228:19 231:12
231:13 267:7
317:6,10,14,21
318:20
**literatures** 58:2
**litigation** 1:5,19
7:5 8:19 16:9
16:23 17:13,19
29:14 32:25
41:8 47:9
49:12 51:4
60:5 68:8
187:8 188:18
207:17 210:6
323:16
**little** 33:17
36:14 79:21
111:3 126:25
192:4 197:19
207:1 208:20
237:3 242:7
250:4 260:10
308:23 324:23
**live** 262:12
**liver** 272:8
**LLC** 3:3,3
**LLP** 1:13 2:17
2:20 3:4,8,13
**localized** 67:11

**locations** 139:8
**Logan** 2:21
**long** 9:3 22:25
37:17 94:9
103:7 252:14
262:12
**long-studied**
302:11
**long-term** 58:14
139:9 262:13
277:14 281:16
**look** 11:5,24
14:6 25:5,5,6,7
25:19 26:2
27:24 31:13,16
31:25 38:2
39:13,17 40:20
41:13 44:9
50:9 67:3 79:4
79:9 93:17,22
113:13 121:6
130:15 157:10
157:11,13
167:5 170:25
188:5 194:16
200:22 203:12
205:6 207:18
226:7 230:3
234:1 249:15
252:20 253:1
266:25 267:3
270:13 284:17
285:12 316:19
316:22 319:20
319:21 320:22
325:20
**looked** 23:18,21
24:7,12,15,23
30:19 31:5
33:2,5,22,24
40:12,13,17
55:20 58:16
75:23 76:2
92:16 141:17
153:24 156:11
179:3 197:17
199:14 204:20

221:23 222:15
244:25 245:15
245:16,16
291:2 316:20
316:24 319:12
320:21,24
322:6 325:14
325:15
**looking** 19:9
23:15 24:4
25:9 32:7
38:12 58:18
59:21 65:11
77:16 84:12
135:23 136:8
136:17,20,23
151:3 157:8
159:7 168:21
177:19 196:10
200:3 203:4,9
205:17 210:23
217:18 222:7,9
222:9,24
223:22 228:14
228:15 233:19
236:20 240:16
242:4 250:9
261:7 271:7
284:23 303:25
319:17,19
324:16 325:4
325:20
**looks** 12:24 27:4
27:12 204:21
205:7,15
255:20,22
283:17
**Los** 3:6
**lose** 88:13
**lot** 15:17 22:23
30:21 31:18
105:4 116:15
131:9 141:17
152:18 155:9
155:19 156:17
227:12 263:3
266:21 277:20

312:2
**lots** 18:18 32:19
110:15 234:10
**love** 141:3
**low-** 76:21
**low-grade** 72:18
114:6 137:19
140:9 144:7,10
146:1,7,10,25
147:6 269:19
**lumen** 120:8,17
120:20 134:18
**lump** 252:11
**Lunch** 118:7
**lung** 54:5 79:25
80:19 81:19,23
82:5,10 89:20
90:1 232:5
248:10 249:18
264:13 266:1
272:6,12,13,19
272:23 273:1
**lungs** 79:17,19
80:6 300:7
**lymph** 5:6
188:14 190:24
191:22 192:16
192:19,20,21
192:23 193:1
194:10 195:2
196:1 199:12
203:12 204:2
276:13 277:5
277:11,13
278:4 285:18
286:10 287:9
287:18,20,23
288:11 289:1
292:8,16 293:9
293:12 294:3,4
294:10,13,17
295:1,6,14,20
299:10,20
302:16 303:2
303:21 304:9
304:14,18,21
305:5

Robert Kurman, M.D.

Page 355

| | | | |
|---|---|---|---|
| **lymphatic** 278:5 299:12 | **major** 15:6 82:6 310:4 | **marker** 131:18 | **means** 44:19,21 88:9 171:15 |
| **lymphatics** 112:20,21 138:18 299:20 299:21 | **majora** 299:25 **majority** 72:25 73:3 131:9 140:12 262:2,8 | **markers** 73:16 73:17 **MARKETING** 1:5 **marking** 11:15 103:5 | 172:1 173:7,9 189:9 229:4 243:19 257:22 284:9 305:20 314:15 327:24 |
| **lymphocytes** 67:18,18 85:21 256:22 | **making** 74:3 126:25 213:4 213:14 228:1 253:19 | **masks** 92:10 **Massachusetts** 2:13 | **meant** 164:20 171:14 174:15 **measure** 94:1 |
| **M** | **malignancies** 165:25 166:12 | **massive** 92:14 **material** 61:8 | **measured** 245:14 302:16 303:2 |
| **M** 5:20 **M.D** 1:12 4:3,12 4:16 8:8 11:18 330:12 | 167:12,13,15 168:2,7,10 209:16 **malignancy** | 112:25 120:17 123:23 124:19 142:7 158:19 160:2,17 | **measurements** 288:20 **measures** 76:12 **mechanism** 57:6 |
| **macrophage** 81:14 84:14,15 85:7,13,17 86:6 185:8,24 | 52:24 168:12 262:12 265:5 289:21 290:2 291:15 | 161:25 162:8 162:10 163:3 163:15 185:16 240:7,25 242:2 | 81:22 82:11,19 83:1 84:12 85:6 110:2,3 114:22 116:7 |
| 186:4,8,9 188:25 189:24 190:4,6 197:20 201:4,10,11 243:15,19,23 257:19 | **malignant** 87:16 168:12 169:5 169:12 172:7,9 177:14,24 182:12,15 | 242:24,25 243:3,5,6,7,17 243:18 244:7 247:16 304:21 **materials** 13:19 | 119:15 121:18 137:22 138:9 140:10,19 160:18 270:17 295:7 305:11 |
| **macrophages** 67:12 84:18,22 84:25 85:2,4 85:22 181:24 | 184:10 209:15 209:16 225:20 238:19 261:19 262:3,6 264:25 | 31:10 36:15 37:23 38:19 39:24 112:24 141:10 142:3 | **mechanisms** 82:16 83:2 84:9 108:24 109:3 |
| 182:1 185:17 186:15,22 194:9 195:1,10 195:25 196:4 196:22 197:10 | 265:8,20 266:2 266:17 **manufactured** 92:9 | 142:16 164:16 181:24 183:8 183:19 184:6 184:12,16 | **mechanistic** 55:21 56:18 81:12 83:21 84:4,6 268:11 268:13 |
| 198:10,13,16 200:5 203:1 243:10,13,23 249:19,22,24 250:11 251:16 | **Marina** 2:12 **mark** 217:13 241:10 259:13 **marked** 10:15 10:19 11:11 | 191:2 192:4,11 224:11 271:5 313:6,14 318:4 320:4 **matter** 7:8 91:17 | **medical** 14:22 14:24 119:5,9 130:12 171:11 171:20 217:23 217:25 218:5 |
| 251:20 252:2,8 252:9,14,16 253:3,11,14,25 253:25 254:17 | 75:10 78:24 103:2 190:17 216:25 217:3 241:12,16 | 96:12 133:13 155:21 189:21 198:25 233:12 248:5 | 254:6,9 289:14 **Medicine** 264:7 **medicolegal** 289:14 |
| 257:24 **magnify** 126:19 **main** 3:9 106:9 220:25 223:5 | 255:7,12 264:2 269:24 270:2 279:12 283:7 284:20 285:3 321:4 | **Mazur** 255:21 **McBETH** 2:21 7:24,24 **McDonald** 5:7 190:20 191:8 | **meet** 238:12 **meeting** 15:15 15:19 |
| | | **250:3** 285:24 286:13 300:17 **McDonald's** 244:24 252:1 276:25 **MDL** 17:24 18:2 29:14 **mean** 23:22 24:1 34:20 35:21 38:8 39:18 44:8,20 46:1 48:1 54:7 58:7 67:5,16,22 68:15 70:25 71:15 82:25 84:6 85:9 86:5 97:18 99:11,23 100:10 110:1,5 119:20 122:11 134:24 137:10 142:9 144:25 149:25 150:4 169:18,20,21 169:21,24 170:24 174:25 174:25 181:5,6 181:14 182:11 182:19 185:20 189:15 197:18 200:11 209:10 218:18 224:12 229:3 239:6 247:9 257:13 260:3 261:3 264:18 278:3 282:3 290:5,9 293:3 294:9,11 296:21 297:9 297:20 298:18 309:14 310:6 312:10 **meaning** 114:20 144:18 **meaningful** 306:21 **meaningless** 133:16 | |

meetings 9:8,20
10:1,2 21:13
65:19
**Memaj** 270:4
**member** 74:24
**membranes**
186:9
**memory** 309:19
**men** 92:18
**menorrhagia**
256:12
**menses** 108:4
**menstrual**
108:25 119:16
120:10,12,13
134:23 281:10
**menstruate**
282:7,9
**menstruating**
120:7 131:7,22
**menstruation**
108:2,3,8,12
109:6,8 110:10
110:21,25
111:18 112:14
112:22 114:15
115:19 119:13
120:9,22
121:16 122:5
123:2 124:6
125:4 131:6,19
132:24 134:7
134:14,22
161:14,24
282:16
**menstruation-...**
160:1
**mention** 14:9
25:2 35:6 38:4
39:13 203:22
204:13 227:25
230:18 231:7
261:6 269:21
280:12 283:21
309:3
**mentioned**
13:11 25:11

38:3,6 40:8,14
41:14 47:9
60:23 61:7
66:1 84:19
89:2 95:16
118:11 129:23
155:11 158:14
169:2 208:25
230:12 231:4
232:24 306:5
308:9 325:22
**mentioning**
203:13 283:20
**mentions** 247:24
**Merck** 206:1,9
206:16
**mesothelial**
238:10
**mesothelioma**
80:19 82:10,14
82:15,16 83:1
89:21 90:2
93:6 168:13
169:5,13 170:4
179:4 209:15
223:15 225:20
229:18 232:4
233:23 234:6
234:22 235:19
237:4,14
238:19,19
261:16 264:12
265:1,8,21
266:3,4,18
272:11,19
**mesotheliomas**
82:3 93:4,11
172:8,10 177:9
177:14,24
233:7 235:20
237:2,2,11,23
238:11 266:2
**met** 8:17
**meta-analyses**
42:7 320:19
**meta-analysis**
6:7 41:19

43:25
**Metal** 4:22
**metals** 4:20
103:15
**metaplasia**
109:2 110:10
**method** 278:5
**methodological**
308:15
**methodologies**
28:19 297:4
**methodology**
49:24 65:8,25
66:6,19,24
77:14,17
220:18,19,22
222:15,19,23
223:1,23,25
225:17 287:12
296:20 301:23
307:13,15
308:5 315:19
315:22 316:3,5
**methods** 192:4
192:11 271:6
**mice** 6:5 283:3
**Michael** 3:4,8
7:22 8:1 13:9
**michael.ander...**
3:10
**michael.zeller...**
3:7
**microenviron...**
160:6
**micrograms**
195:1
**micrographs**
100:2
**micron** 245:22
**microns** 188:15
188:16,24
189:22 191:15
193:1 194:8
195:1 245:13
245:25 247:3
299:3
**microscope**

23:12,16,19
24:4,14,16,20
25:15 104:8
135:24 137:4
156:11 226:7
**microscopes**
298:19
**microscopic**
120:5 134:17
154:22
**Microscopically**
256:15 257:3
**microscopist**
187:12 264:11
296:15,19,23
297:12,25
**microscopists**
297:3,17
**microscopy** 5:5
26:19,20 93:25
190:23 191:9
191:11 194:2,6
194:15,22,24
195:19,24
243:8 287:8
288:2,6,24
291:13 298:12
303:5
**middle** 115:10
123:16,18
145:17 271:17
**middle-income**
76:22
**midsentence**
225:6
**midway** 242:7
**migrate** 107:23
138:4,14
163:23 164:3
275:12,15,19
276:5 280:3
281:21 282:23
283:13 284:1
285:7 287:17
306:10,19,24
309:14,15
310:11 312:23

313:7,15
318:21
**migrated** 277:5
277:23 294:1,4
299:11 313:1
314:9,21
**migrates** 311:17
**migrating**
276:15 309:1
**migration** 67:11
164:19 275:9
280:15 285:15
295:16 299:17
299:19 307:4
308:21 310:21
310:22 314:5
315:24 317:4
319:1
**migratory**
302:21
**million** 204:22
205:16 206:10
**mimicking**
184:9
**mimics** 136:3
**mind** 22:8 157:4
173:5,13
174:17 178:10
192:13 212:13
213:12,20
223:24 296:4
**mineral** 90:15
91:2,3 104:12
166:2,15 168:1
169:16 172:8
177:23 209:14
**mineralogist**
64:15 90:10
91:17 95:12
105:4 226:17
262:21
**minerals** 224:24
229:11
**minimal** 233:21
**minor** 132:7
**minute** 46:6
91:7 113:13

182:5 189:7
205:9,9,9,17
224:2 240:3
270:13 322:21
**minutes** 118:11
158:14 174:21
203:9 204:11
204:17 285:22
303:4
**mischaracterize**
148:14
**mischaracteri...**
148:12,21
150:18 157:21
202:5 250:5
**Mischaracteri...**
20:13 149:22
309:6
**misclassificati...**
237:17
**misclassificati...**
238:17
**misclassified**
93:4 235:15
237:6
**misdiagnosed**
235:21,23
237:10,22
**misidentified**
104:11
**misleading** 99:7
253:2,8
**misplaced**
281:22
**misreporting**
235:16
**missed** 30:22
173:2 246:23
**mission** 4:18
75:14,23 76:3
76:25
**misspoke**
163:18
**Misstates** 20:1
52:13 62:16
164:11 202:4
203:3 208:17

**mistake** 235:25
238:16
**mistaken** 234:14
**model** 175:20,25
**models** 116:20
**Mohamed** 6:9
**molecular** 5:18
121:9,21
136:12 152:14
155:16 219:25
270:9,17
**moment** 82:1
85:12 122:2
170:20
**money** 206:4,17
**monkey** 308:22
**monkeys** 280:16
281:1,6,9
282:7,15
**monograph**
4:22 77:10,23
79:2,5,7
102:20 103:6
103:14 230:17
**Montgomery**
2:5
**morning** 7:3
8:15,16 14:4
222:7
**morphologic**
141:1 233:24
234:7,11
**morphologica...**
225:24 238:21
**morphology**
25:8 226:13,25
258:17
**Morris** 1:13
270:4
**Mossman** 13:10
**mouse** 116:20
308:23
**mouth** 19:21
300:7
**move** 24:9 81:10
100:11 102:6
105:13 134:4

147:19 271:10
305:12
**mucinous** 114:7
**multifactorial**
175:17 176:19
**multinucleated**
256:20
**multiple** 176:24
176:25 202:10
293:11
**mutation** 139:18
180:16,22
181:14 182:11
182:20
**mutations**
114:21 140:25
180:7 181:11
181:12 260:25
**Mycobacterial**
240:12

---

**N**

**N** 2:1 3:1 4:1
**N.W** 3:14
**naked** 244:14,15
246:8,11
**name** 7:4 8:23
21:9 105:8
187:7 327:14
**named** 105:9
320:4
**nasal** 80:6
**nations** 74:21,24
**Nationwide**
32:14
**natural** 154:23
**NCI** 205:24
**near** 115:1
145:15
**nearly** 215:20
218:20
**necessarily** 27:5
87:8 112:21
163:11 170:21
180:18,25
181:3 182:17
182:19 207:24

209:1,5 218:16
220:4,11 293:4
296:22 297:21
301:15
**necessary** 27:6
181:16 208:4
231:11 239:10
319:15 328:4
**need** 10:22
15:11,13 18:11
25:4 27:10
48:23 59:4
67:3 99:12
100:14,20
117:24 141:7
142:18 149:23
193:7 196:9
222:6 228:3
231:7 279:23
297:9,18
316:19 323:8
**needed** 252:25
**needle-like**
227:2 256:24
258:7,11,17
**needs** 209:6
295:24 296:24
**negative** 142:9
261:1,3 281:19
282:4 324:24
**neighborhood**
204:22
**neither** 210:22
324:15
**neoplasm**
176:25
**neoplasms**
271:22
**neoplastic** 71:17
165:15
**Ness** 160:25
162:21 319:5
**Nevada** 1:14 7:1
7:8 14:24
**never** 17:20
18:10,23 20:4
20:4 21:13

23:5,8,9 25:6
48:3,8 52:6
58:5 59:2,11
59:17,23 61:4
63:2 70:23
71:1 120:2
134:13 139:24
141:18 149:11
149:13 151:4
169:25 176:13
179:6 219:11
244:3 245:14
247:24 266:18
267:6,7 304:19
**new** 1:2 7:9
13:21 191:1
306:2
**Newport** 2:9
**next-to-last**
306:15
**next-to-the-last**
264:18 299:6
306:8
**nice** 98:2 161:15
279:8
**nickel** 80:3,3,11
**Nicole** 5:20
**nine** 45:3 47:20
157:20 223:19
225:14
**nitrogen** 81:15
85:25 86:8,9
86:11 87:2
254:2
**nitty-gritty**
107:20
**node** 194:10
195:2 196:1
203:12 277:12
278:4 285:18
286:10 293:12
**nodes** 5:6
188:15 190:24
191:23 192:16
192:19,20,21
192:23 193:1
199:12 204:2

Robert Kurman, M.D.

276:14 277:5
277:13 287:9
287:18,20,23
288:8,11 289:1
292:8,16
293:10,16
294:1,3,4,10
294:13,17
295:1,6,14,20
299:10,20
302:17 303:2
303:21 304:9
304:14,18,21
305:5 306:11
306:19,20,25
**nonasbestos**
166:1,14 168:1
169:16 172:8
177:22 209:14
**nonexpert**
237:15
**noninfectious**
54:15,24 55:1
55:8,10 240:6
240:25 247:16
**noninvasive**
138:15
**nonlesion**
165:14
**nonmalignant**
5:16 263:13
264:21 265:14
265:19 266:17
293:15
**Nonneoplastic**
184:3
**nonresponsive**
24:10 99:15
100:12 305:13
**nonserous**
160:12
**nonskilled**
238:18
**nonspecifically**
23:21
**nonsteroidal**
106:21 107:4

**nonusers** 189:18
**normal** 120:16
123:1 131:8
300:1
**normally** 104:6
108:7,7 230:15
**North** 1:13
**notably** 280:11
283:21
**Notary** 330:18
note 195:17
285:13 322:19
**noted** 310:25
328:10 330:8
**notes** 327:11
**notice** 4:15
11:17 92:24
160:25 216:13
315:18
**noticed** 50:9
**notion** 57:19
306:7
**NSAIDs** 107:12
**number** 10:19
12:14 32:8,13
59:23 116:23
138:11 145:10
145:20 156:14
156:18,23
157:2,16
206:19 233:4
241:10 255:12
266:10,25
270:3 309:24
319:11 325:23
**numbers** 92:16
92:19
**numerous** 194:7
194:25 195:18
195:23

──────── **O** ────────

**oath** 10:5 16:17
245:19
**OB/GYN**
303:11,14
**object** 19:11

39:22 48:16
99:14 128:23
137:6 156:2
185:19 192:2
214:9 252:19
261:22 311:22
321:2
**objection** 10:9
16:24 17:22
18:7,21 19:6
19:15 20:1,13
21:6,10 22:2
22:15 23:13,23
25:22 26:13
28:22 30:17
34:23 35:14,20
36:1,6 39:3
41:3,12 42:1
42:12 43:8,19
44:2,10 45:6
45:18 46:2,12
47:2,8 48:2,13
49:10 50:22
52:13,19 53:7
54:2,16 55:3
56:1,11,20
59:3,19 60:18
61:9 62:9,16
62:24 63:11,17
64:5,12 65:3
66:11 67:24
68:6,18 69:6
69:19 70:11
71:2,19 72:11
73:12,23 74:7
74:16 75:6,17
77:2 78:2 81:6
81:24 82:12
83:9,23 84:17
85:11 86:2,15
86:20 87:7,13
87:23 88:5,15
88:21 90:7,21
91:5,14 93:8
94:4,18 95:15
96:1 97:14
99:2 100:18,21

101:9,17
102:13,18
105:11 106:7
106:24 107:17
108:13 109:15
110:3 111:22
112:5,9 113:4
113:21 114:3
117:8,21
120:23 122:9
124:3 125:9
128:21 129:8
129:21 130:20
130:25 132:17
132:25 133:23
134:10 135:25
136:22 138:6
138:21 139:6
139:16 140:1
140:23 141:11
141:23 142:8
142:17 143:1,7
143:15 146:2
146:14,22
147:15 148:1
148:12,21
149:19 150:18
151:11 152:3
152:23 153:16
155:3 156:13
156:20 157:5
157:15,21
158:12,22
162:13 163:6
164:6,11,18
165:3,11 166:3
166:16 167:16
168:4,17
170:12,19
172:11,23
173:6,16,25
174:20 175:3
175:11,22
176:1,13,23
177:7,10,15,25
178:7 179:12
179:17 180:10

180:20,24
181:7,20,25
182:9,16
183:11,14,22
184:15,24
185:4,11 186:2
186:16 187:1
187:20 188:17
189:2,25
190:10 195:12
196:5 197:11
198:12 199:16
199:20 200:8
201:8,18 202:4
202:18 203:2
203:24 204:15
205:1 206:14
207:4 208:8,17
209:22 210:4
210:15,21
211:7 212:6,25
213:5,13,22
214:15 215:11
216:12,18
218:13 219:1
219:10,16,23
221:16,19
226:11,14
227:11,23
228:2 229:13
229:22 230:8
230:20 231:8
232:22 234:9
237:12,24
238:14 239:5
244:1,19 245:8
246:2,20 247:8
247:21 248:2,7
248:13 250:5
251:4,19 253:5
253:7,17 254:3
254:12,18
257:10 258:13
258:19 259:3
260:9 262:5,18
263:2,8,15
265:15 268:16

269:8,15 271:2
272:1,5,21
275:5 276:7,16
277:25 281:5
281:11,23
282:12 283:1,4
283:15 284:3
284:11 286:6
289:4 290:8
291:1 292:13
292:23 293:2
294:6,18 295:8
295:21 296:13
297:7,19
299:14 300:23
301:19,25
303:3 304:4,15
305:3,9,18
307:1,18
308:16 309:6
309:17 310:12
312:5 313:2,10
313:17 314:13
314:22 316:1,9
317:7,17,22
318:7,16,23
319:9 320:5
321:20 322:8
**objections** 186:5
327:10
**objective** 76:5
**obliterated**
147:24 152:1,7
153:14 155:13
155:24 156:9
**obliterating**
154:18
**observation**
233:22
**observations**
223:13
**observe** 296:10
**observed** 58:10
62:10,14
119:18,20,22
147:22 150:24
151:24 152:22

153:1,12
154:25 156:12
157:3 179:6
195:9 198:17
224:9 235:13
244:4,5 273:8
273:13,23
295:13
**observing**
151:19,20
202:25 253:11
**obvious** 60:10
291:17
**obviously** 38:8
103:13 120:3
140:5 199:23
**occlude** 117:19
**occupational**
78:5 233:3,9
235:14 265:8
**occupationally**
78:6 92:15
**occur** 17:17
67:20 85:13
104:15 121:22
121:23,24,24
122:22 134:19
143:9
**occurred** 313:21
**occurring**
114:22 131:21
**occurs** 52:23
85:7 108:3,7
122:23 131:7
134:22
**offer** 35:12 36:4
38:24 129:18
130:14,17
164:14 209:18
214:8,12
**offered** 13:4
49:2 212:1
213:19 214:12
**offering** 29:5
215:3 301:5
**offers** 34:2,13
214:21 306:23

**offices** 1:13
**oh** 9:18 14:25
16:7 24:25
32:7 38:4,21
102:9 104:4
121:21 136:7
137:4 159:7
172:18 174:5,8
174:10,11
196:13 199:11
209:13 231:22
235:7 240:14
244:6 246:23
259:5 260:14
266:9 279:23
282:8 296:20
297:22 298:17
314:19
**Ohio** 3:9
**okay** 11:5 12:2
12:11 14:8,11
18:3 22:6,8,10
24:9 25:7,16
31:14 32:4,9
32:18 34:10,12
39:8,12 41:1,2
42:14,22 45:14
47:5 48:5,7,22
49:5,7 50:25
51:21 52:17
53:17 54:21,25
57:14,16,18
60:25 68:3
69:12 74:3
75:4,21 76:4
77:9 78:19
79:9 82:9 83:6
85:17 89:9
93:5,24 94:7
94:22 95:1
96:18 98:16
99:4 101:19
102:9,24
106:18 108:20
110:12,18
111:10 112:23
115:15,15,17

116:18 117:4
118:2,8 120:9
122:15 126:1
127:3,11,15,17
131:4,14 132:4
132:8 133:5,15
134:7 136:7
144:10,12
145:14,16,19
148:7,25
153:17,20,23
154:9 155:7
156:8 158:17
159:6 161:17
163:10 166:13
167:7,13 171:2
171:4 172:5,18
173:2,21 175:1
176:5 177:22
188:12 192:18
193:9,12,21,25
195:7,11
196:19 197:23
200:2,15,21
202:22 204:20
205:4,15 206:7
207:2,8 208:12
210:18 213:9
215:1 216:9
217:10,11,19
218:16 220:24
222:21 223:10
224:4 225:7,10
225:22 226:19
227:7 228:16
228:24 231:24
232:18 235:10
238:8 239:20
239:20 241:7
242:6,22
243:12 245:18
245:21 247:4
247:24 248:25
249:1,13,15,20
250:17 251:12
251:14 253:5,6
253:24 254:21

255:4,23
257:15 258:1
264:17 267:4
267:18 268:1,3
268:7 270:22
271:14 272:18
273:21 275:10
276:24 277:16
279:1,3,18,21
284:14 286:4
286:24 291:5
293:21,22
294:10 301:11
302:8 306:14
306:16 309:22
310:23 322:15
322:16 323:5
324:10 325:8
326:1
**omits** 280:12
283:21
**once** 121:23
247:24
**one's** 217:19
**one-page** 283:10
283:25 284:18
**one-time** 262:24
**ones** 13:8 152:15
152:16 164:9
**ooOoo--** 326:7
**oophorectomy**
136:17 291:14
**open** 131:4
300:8 311:13
**opening** 230:6
310:7
**operation**
184:10
**OPERATOR**
7:3 8:5 61:13
61:16 118:5,8
178:12,15
255:1,4 286:25
287:3 315:12
315:15 326:3
**opines** 267:20
268:5

Robert Kurman, M.D.

**opinion** 38:14
38:23 50:16
52:20 56:25
57:19 62:15
64:19,25 68:13
72:6 78:15,20
78:21 82:25
83:16 94:7,12
94:17,20 95:1
95:23 96:7,14
97:6,8,10,11
97:18 102:15
107:15 130:8
133:7,17 134:3
145:3 150:14
163:12 166:24
167:21 172:19
174:7 177:19
199:24 203:8
203:10 210:24
213:9 221:13
221:14,21
274:20 275:18
279:2 285:15
295:13 298:24
299:18 310:10
311:20 324:17
**opinions** 28:19
29:5,10 32:23
34:2,13 35:19
35:22,25 36:4
36:25 37:1,9
37:10,19,25
38:20,25 49:25
66:9 70:20
187:17,24
201:16 208:1,2
210:3,19
214:13,13,21
215:3 220:21
260:12 307:10
308:5 317:3
318:15 319:8
323:1,11,24
324:12,20
**opportunity**
287:6

**opposed** 233:20
262:25 293:25
295:15
**Oral** 4:15 11:17
50:1,17,19
**order** 15:10 25:9
47:12,19 150:5
219:2 232:15
299:21 316:18
**organ** 71:4
222:8
**organic** 166:1
166:14 169:15
**organization**
74:21,23 76:19
**organizations**
76:17
**organs** 83:17
147:8 248:17
287:17
**origin** 108:22
109:22 316:22
**original** 13:20
31:16 38:16
42:17,18,22
87:20 327:12
328:13
**originally** 14:5
**originate** 137:17
**originated**
136:10,19
**outlier-type**
130:7
**outline** 35:18,22
166:6,8
**outside** 34:2,14
47:7 86:4
102:5 104:24
214:22 215:4
**ovarian** 5:20 6:4
6:8 9:11 17:21
18:6,11,20
20:5,6,23 21:1
21:5,17,19,25
22:13,18 23:6
29:6,11,20,24
29:24 30:14
31:3 32:13

33:8 35:25
41:10,20 42:7
47:10 49:13
50:1,17,19
51:5,10 53:10
54:4 55:14
56:9,19,25
57:7,20 58:6,7
59:1,23,25
60:11 62:8,12
62:20 64:21,23
65:1,12,18
66:16 68:10
70:9,15,16,22
71:9,12,14,21
71:23,24 72:4
72:9 73:1,11
73:20 77:19
78:22 81:1,8
92:8,24 96:9
96:13,19 97:9
97:20,25,25
98:5,8,17,18
100:9 102:16
106:23,23
107:6,14
113:17 114:1,2
114:11 123:22
126:12 128:5
130:15 135:9
135:20 136:15
136:19 137:5
137:25 139:4
139:11,23
140:6,8 146:21
147:21,22
148:2,8,18
149:14,16,25
150:15,21,25
151:1,4,23,24
153:6,8,11,12
154:13,16
155:16 156:10
156:22 158:21
160:4 162:1
179:16,22
180:19,22

181:18 182:23
183:9,20 184:8
188:14,23
189:4,7,12,18
189:22 190:15
191:22 192:19
198:6 208:15
210:10,25
215:17,19
221:9,11,13,15
221:22 222:10
222:11 223:6
232:7,8,20
233:11,15,16
234:21 235:19
235:21 236:16
237:11,22
238:10 239:14
239:19 247:25
250:19 258:25
259:2,16,24
260:2,8,21
267:21 268:9
268:15 269:1,7
270:11,19
273:4,8,16,23
273:25 274:1,3
274:5,7,21
275:2,21
277:14 278:11
287:15,23
289:15,20
290:2,11,18
291:15 293:17
295:1,5,20
300:15 302:13
303:16,25
304:3,11,19,20
305:1,8,16,21
306:4 307:5,14
307:20,21,23
315:8 316:13
316:22 319:18
319:20,21
320:3,15
321:18 323:1,2
323:20,25

324:19,21
325:7
**ovaries** 77:24
78:11 80:23
92:13 93:14
94:13 96:15
97:7 98:2
107:25 112:15
113:3 120:21
124:1 125:8
132:15,23
133:9,22
136:10 138:5
151:9 154:15
275:9,12,19
276:6 277:24
280:4 281:22
282:24 283:14
284:2 285:8
291:13 293:15
294:12 295:5
309:2,3 311:2
311:18 312:23
318:21
**ovary** 62:1 71:4
72:2 77:12
80:20,22 81:4
91:24 93:6
93:11 98:21,22
99:22 109:10
111:21 115:20
116:14 119:24
121:3,20,23,24
122:18 126:4
126:16 127:6
134:5 136:20
138:10,18
140:18 149:8
151:20 159:20
184:4 221:4,6
221:10 292:4
**overall** 302:22
**overgrown**
155:18 158:4
**overgrowth**
152:18
**overinclusive**

40:3
**overstates** 224:5
**overview** 209:4
**overwhelming** 262:2,7
**Oviducts** 5:23
279:6,16
**ovulate** 300:4
**ovulation-ind...** 159:24 161:23
**oxygen** 81:15
85:25 86:7,10
87:1 224:17
254:1

---

**P**

**P** 2:1,1 3:1,1
**P.M** 326:5
**p53** 88:23
137:15 138:1
139:18 151:16
180:7,15,22
181:11,11,12
181:13,17
182:6,10,20
221:5,5
**page** 4:4,11 5:3
5:8 6:3 12:14
32:6,7 33:25
34:7 38:14
42:25 67:2
79:8 89:5,12
89:13 103:24
105:14 108:17
108:20 113:9
115:1,10
126:10,15
127:18 131:14
135:4 145:13
153:23 154:1
159:4,11,12
191:7,18,19
193:4,12,18,19
193:20,21
195:16,17,21
197:22 205:10
205:12 214:20

214:25 217:5,6
217:7 231:16
235:1 239:15
240:4,4 242:5
249:15 250:17
255:24 267:12
267:13,15
271:15 273:3
280:8,11
289:11 298:10
299:5 302:4,7
306:13 310:23
329:4
**pages** 5:13 12:13
14:7 103:7
127:8 330:4
**paid** 206:18
207:16 208:6
282:19
**Pam** 8:5
**Pamela** 1:15
327:19
**pancreatic** 54:5
**panel** 194:6,14
194:24 211:25
**panels** 211:16
**panties** 312:1
**paper** 20:22
27:7,8,19,21
28:7 29:3
38:10,13 62:19
143:2,17 144:3
144:5 146:17
147:11,12
197:9 200:23
201:6 212:24
213:18 250:6
250:16 264:20
265:12 266:22
276:17,21,24
276:25 279:8
279:15 280:2
284:24,25
285:6,13
290:17 297:13
306:23 308:8
309:18

**Paper's** 27:3
**papers** 9:16
21:24 22:4
30:11,18,21
31:5,8 32:10
65:20 66:3
220:12 316:12
**papillary** 38:10
143:17 144:1
146:17,20
147:12
**papillomavirus** 206:1
**paraffin** 288:1
**paragraph** 34:9
76:4 92:2
115:1,12
145:18 169:6,8
192:12 193:15
193:22 215:3
215:18 218:21
235:2,6,7,8
240:1 250:21
255:24,25
257:2 264:19
265:18 267:19
267:24,25
268:1,20
271:17 293:7
298:11 306:8
310:24
**paralegal** 12:6
**parameters** 35:1
**paranasal** 80:7
**Park** 2:12
**Parkway** 1:14
**part** 4:20 49:9
49:24 57:15
74:20,21,23
85:19 87:24
88:7,7,12
124:24 126:24
127:21 160:16
165:8 182:2
185:9 223:8
236:15 240:16
254:6 293:18

293:22 313:3
**part-time** 217:22 218:22
**partial** 207:5,9
**participate** 65:19 165:19
**participated** 26:10,14
145:10,19,20
303:10
**participation** 28:14
**particle** 60:16
68:14 69:1,13
185:8,9,17,24
186:10,15,18
188:23 189:21
201:5 243:14
243:22 245:2
246:1,7 296:10
**particles** 25:13
68:3 70:2,5
100:3 104:6,7
163:23 164:3
186:7,12,23,24
186:25 187:18
187:25 188:13
188:21 190:3
191:13,21
192:15,18,25
194:7,25 195:8
195:19,23
196:3,21,25
197:9,20
198:15 200:4
200:12 201:10
201:21,22
203:1,23
204:14 230:15
244:18 245:24
246:18,18,19
247:2,3,6,11
248:11,11
249:22 250:10
251:16,17
252:3 253:11
253:13 254:10

257:9,15,16
273:16,23
275:2 276:5
278:11 280:21
288:4,12,15,23
294:25 295:5
295:13,19
297:5 298:19
299:1,9,24
301:6,14,14,16
304:10 310:20
311:1 312:4
**particular** 45:2
66:1 76:20
117:6 142:6
165:8 203:12
260:13 309:23
**particularly** 160:16 187:18
264:12
**partnerships** 76:23
**parts** 111:25
134:17 250:18
**pass** 117:19
123:25 164:16
**passage** 116:4
293:4 300:3
311:2
**passes** 109:8
111:19
**passing** 108:6
**patent** 131:23
**pathogenesis** 135:9 142:25
144:1
**pathogenic** 225:2
**pathologic** 218:7
**pathological** 268:10,13
**pathologically** 101:6,14
234:20
**pathologist** 9:5
14:18 20:18

26:16 30:10
47:25 92:25
93:2 133:5
135:22 136:8
136:16 170:16
187:12,21
188:4,7,8,10
215:8,8 218:17
218:20 219:25
220:1,3 235:24
238:16 264:10
**pathologist's**
30:1
**pathologists**
15:20,22 16:3
18:9,24,24
20:10 21:4,24
37:6 72:8,23
72:25 110:1
119:9 188:5
216:16 217:22
219:8,20 220:7
234:13,21,24
234:25 235:22
236:1,23
237:10,15,21
238:9,18 239:6
239:7,9 251:15
253:10 303:19
304:12
**pathology** 5:12
9:10,16 15:3,4
15:5,9,11,17
15:18 16:5
20:3,24 29:19
29:22 30:8,12
34:18,21 37:1
37:7,8,9,15
44:14 46:18,19
48:6 58:12
59:22 65:12,16
118:14 119:11
151:3 157:9
187:22 188:3
200:22 204:3
215:17 218:18
218:21 219:14

220:2,12,16
234:17 235:3
235:11 236:14
255:11 275:21
320:16
**pathway** 120:16
**pathways** 81:17
84:8
**patient** 58:12
292:21
**patients** 5:16
58:11 98:5
106:20 107:3
169:13 256:11
261:12 262:10
263:13 264:21
265:1,13,21
266:16,19
286:18 287:24
289:10 293:11
293:16 303:16
303:19 304:2,6
311:12
**pay** 303:20
304:13
**peer** 26:23 27:1
28:18 29:7
211:16,25
**peer-reviewed**
199:18
**pelvic** 5:6
112:16 143:19
144:18 145:6
161:12 188:14
190:23 191:22
192:16 193:1
198:1 256:10
277:5,11,13
285:17 287:9
287:17,20
292:7,7 293:10
295:1,6,14,20
302:15 303:1
304:9 314:16
**pelvis** 276:15
**pelvis.'** 285:16
**penetrate**

229:15
**Penninkilampi**
33:22 39:14
40:14 290:21
290:24
**Pennsylvania**
2:22
**people** 10:23
15:24 27:4,5
50:9 78:5
92:17 118:18
118:25 123:18
128:12,17
129:11 130:12
163:20 210:23
218:1 260:11
272:14 324:16
**percent** 108:10
114:11 131:7
131:12,22
160:10,11
169:7 215:20
215:21 236:7,9
237:7 290:19
290:25 311:7,9
311:12 312:25
313:21
**percentage**
108:14 156:10
158:1
**perfect** 117:18
**perfectly** 182:21
**perform** 26:18
28:24
**performed** 23:3
58:12
**perineal** 6:8
78:7 105:25
106:4,9 209:16
233:1 277:5
287:14 288:9
292:11,12,14
294:1,4,9,16
295:2,15
299:19 313:23
**perineally**
292:22

**perineum**
107:24 275:12
275:16,19
276:6,8 277:24
278:2 280:3
281:22 282:23
283:14 284:2
285:8,8 299:25
309:2 310:5
311:17 318:22
**period** 176:17
280:18 281:2
**periods** 229:16
**peritoneal** 69:2
69:14,18,22,25
108:9 109:10
112:1 116:5
128:3 165:24
166:12 167:12
167:13,15
168:2,7,10,12
183:21 184:8
209:19 235:18
235:20 299:22
300:6
**peritoneum**
109:1 170:8
278:4
**permit** 288:22
**peroxide** 224:16
230:3
**person** 16:13
295:19
**personal** 3:12
7:21 83:4
163:11 236:12
**perspective**
302:21 325:22
**persuasive**
155:12
**pertain** 161:20
250:25
**pertaining**
30:14 84:5
**pertains** 315:24
**Pfizer** 206:16
**ph** 1:19

**phagocytize**
243:5,19
252:17
**pharmaceutical**
204:23 205:5,7
206:11
**pharmaceutic...**
105:22
**pharynx** 83:15
**phase** 176:11,11
**PhD** 5:21
**Philadelphia**
2:22
**Philip** 168:22
**Phillips** 309:3,4
**photo** 196:24
**Photocopy** 5:8
**photograph**
231:22
**photomicrogr...**
193:5 195:17
196:2,12,21
197:10,17
249:16 250:2
250:10
**photomicrogr...**
193:13 194:4
199:14 251:25
**photos** 198:22
198:24
**phrase** 168:15
172:6 175:2
**physically** 310:7
**physician** 317:2
317:5
**physicians**
263:12
**physiologic**
131:6,21
**physiological**
284:20 285:4
**pick** 112:3,14
123:15
**picked** 113:2
**picking** 194:19
**picture** 197:6,13
197:18

Robert Kurman, M.D.

pictures 189:6,8
196:10
pills 261:2
pin 307:4
place 119:19,23
120:3,4,9
121:18 122:14
123:6,15 134:9
134:14 150:9
173:10 200:17
325:24 327:8
placed 311:1
314:16
places 166:10
251:6 281:10
plain 23:18
plaintiff 13:14
13:16 36:22
210:13 324:6
plaintiffs 2:3
7:15,17,19
8:18 56:8
161:4,7 312:2
plaintiffs' 4:14
9:15 11:16
15:12 29:25
55:12,18,24
56:17 73:5
210:12 324:5
plan 319:24
plane 288:13
plasma 85:21
256:22
plate-like 104:7
230:15
plates 191:12
298:23
platy 96:10
plausibility
44:19 45:11,17
45:23,24 46:1
46:3,5,5,11,15
46:17,20 47:6
47:14,17 48:10
49:1,8,16,17
49:18 50:5
65:9,23,25

66:7,20,25
98:8 100:25
plausible 48:1,3
48:9 50:2
57:21 58:25
59:17 62:7,15
62:23 63:3
64:20,24 65:6
66:19,24 71:1
73:10 96:18,20
96:23,25 97:2
97:9,20,24
125:6 129:6,10
134:8,15
139:22 140:15
140:21 143:25
149:11 160:18
163:4 212:3,13
212:23 213:11
213:20 295:1,6
295:18,23
296:1,6 304:24
312:12,16
play 140:19
143:4,25
158:20 161:25
219:18 317:25
played 273:17
plays 62:4 82:5
87:14 117:17
160:4
Plaza 2:8
please 7:12 8:23
22:7 40:25
42:2 43:15
63:18 66:21
94:10 118:3
119:25 122:10
139:25 140:2
141:24 153:5
174:1 240:20
253:1,18 295:9
300:25 328:3,7
pleura 170:7
pleural 5:16
82:15 232:4
261:20 263:7

263:13 264:22
265:19
pleurodesis 5:16
51:20 139:9
248:12 261:6
261:13,19
262:3,10,11,13
262:15,23
263:13 264:21
265:6,13 266:9
266:16,19,23
267:9
plural 265:14
point 15:10 21:2
33:18 58:2,20
71:20 72:24
77:21 96:16
97:3,19 124:17
141:7 143:18
146:8 150:13
172:13,17
195:4 203:18
218:19 219:2
226:1 246:15
249:1 250:1
255:23 276:22
280:25 281:15
282:1 303:8
pointed 56:3
252:24,25
pointing 27:8
252:20
points 46:21
49:19
polarizable 26:6
polarization
25:11 203:15
204:1,5
polarize 26:7
204:3
polarized 24:7
25:20 26:2
194:6,15,24
195:19,24
196:24,25
243:9 288:6,24
polarizing 5:4

25:12 190:22
191:9,11 194:1
194:21 256:25
258:8 286:11
287:7 298:12
298:18
Policy 4:19
polymorphon...
85:22
polyploidy
81:16
poor 155:25
population
32:20,21 45:1
105:24 106:13
106:16 291:22
Population-B...
32:14
populations
218:4
portion 103:5,8
116:12 255:10
portions 203:21
position 55:16
154:4 209:17
209:18 253:16
275:14 276:2
298:2 299:7
positions 55:18
positive 142:13
282:5
possibility 238:1
265:25
possible 10:5
22:17 29:23
142:14 179:25
189:11 201:25
264:25 265:9
265:20,24
300:7
possibly 83:13
137:19 173:9
286:18 294:21
317:10
potency 89:25
potential 79:25
123:24 124:19

124:22 125:7
128:2 130:18
138:24 141:20
265:9
potentially
64:10 82:16
159:23 184:9
potty 58:20
pours 312:1
powder 1:4 5:19
17:19 18:6
23:11 24:13,23
24:25 50:1,2,4
50:6 58:13
63:14 64:11
95:2,7,23 96:5
148:17 207:17
256:10 267:20
268:8 270:10
275:18 314:6,9
314:9,15
powders 51:11
106:1,5 262:17
268:24 269:22
practical 303:13
practically
284:15
practice 119:9
practices 1:5
218:5
precancerous
150:24 151:1
151:14
precede 137:16
precedes 137:12
precipitating
141:22
precise 108:22
109:22
precursor 50:7
52:12,18 68:5
68:17 69:5,17
116:10 135:5
135:12 137:9
137:11,24,24
138:20,25
139:3,14 140:5

Robert Kurman, M.D.

140:6,16
141:10 142:15
143:5,8 144:7
146:21,23,24
147:21,24
149:14 151:9
151:13,23,25
152:21 153:11
153:14 154:12
154:19,21
155:7,13,23
156:12 157:3,8
158:9,10
190:12 221:4
221:11,23
222:7 267:12
307:24 308:12
319:21
**precursors**
146:3 150:7
151:4,16,17
154:13 222:5
**predecessor**
15:15
**predominance**
128:25
**predominant**
128:15,19
129:3
**predominantly**
272:23
**prefer** 110:14
**preparation**
9:21 40:2
207:3
**prepare** 8:25
9:14 13:23,25
14:1,11,12
44:5 314:3
**prepared** 40:15
**preparing** 9:3
9:24 32:22
**preponderance**
202:13,17,19
202:23,24
203:6
**presence** 84:21

99:22 100:9
198:3 273:15
274:1 276:13
277:13 294:17
305:5
**present** 3:17
122:3,6 136:14
136:14 147:23
151:24 153:13
154:17,20
169:21 189:17
212:8 215:17
223:5 252:4
258:2 292:2
299:9 303:18
312:6
**presently** 325:5
**preserve** 288:22
**press** 207:12,13
207:14
**presumably**
116:2 163:23
252:1 312:4
**presume** 198:15
200:2
**pretty** 36:2
60:10 66:14
119:10 131:10
232:11 269:9
272:22 289:5
**prevent** 128:1
141:7 307:4
**preventative**
76:12
**preventing**
141:6
**Prevention**
141:4
**preventive**
76:12
**previous** 216:9
270:18 293:12
320:7
**previously**
16:23 39:18
148:8 159:3
292:2

**primary** 28:17
29:18,18 34:4
34:17 35:4
82:2 105:22
106:2,5 118:15
137:5 161:12
220:15 319:24
**printed** 75:19
**prior** 22:18
289:22 290:3
291:25 319:13
**private** 307:23
**pro-inflamma...**
160:6
**probability**
46:11,14
**probably** 17:13
27:17 55:17
74:25 133:8
175:19 192:20
230:17 234:24
236:18 245:4
245:25 246:14
262:14
**problem** 88:13
222:23 234:24
234:25 251:5
263:18 296:17
301:12 307:15
**problems** 27:9
161:19 212:7
223:5
**procedure** 117:3
262:23 307:4
**procedures**
262:3
**proceeding**
237:19 326:5
327:8
**process** 27:1
28:8,18 29:8
52:23 55:21
56:18 57:21
65:15 83:21
84:4 87:24
109:2 110:7
119:14,18,22

122:14 131:6
131:21 132:24
140:21 144:14
173:8,9 176:11
282:10
**produce** 59:8
60:2 61:20
68:9 70:16
144:22 231:14
274:19
**produced** 8:21
125:11 268:3
**produces** 229:25
**producing**
229:24
**product** 23:12
95:3 150:8
**products** 1:4,5
3:12 24:13,16
95:24 105:21
124:5 289:17
**Products'** 7:21
**professional**
26:25
**professionally**
107:15
**progenitor**
116:24
**programmed**
88:14
**progress** 146:25
147:4,6
**progression**
165:20 173:11
173:14 175:20
176:8
**proliferation**
73:15,16 86:14
114:21 116:23
142:24 143:8,9
143:13,24
144:15,23,24
145:2,4 175:21
176:6
**promote** 76:6
**promotion**
175:21 176:8

176:11
**prompter**
166:25
**pronounce**
256:13
**proof** 278:18
285:16
**propels** 138:9
**proper** 241:13
**properties**
298:20
**proposed** 28:18
45:5 108:24
**proposition**
161:21 164:2
281:21 282:23
283:13,25
**propositions**
251:2
**propounded**
330:6
**protective**
113:16,18
114:1 115:4,24
117:5 129:19
130:3,14,17
261:3,4
**prove** 239:11
273:16 292:17
293:4 297:21
299:24
**proved** 300:12
**proven** 155:14
295:25
**provide** 27:7
28:4 44:8
224:19 270:17
302:25
**provided** 31:15
36:15 37:21,24
39:9,24 42:11
**provides** 198:4
273:18 276:14
302:13
**provision** 27:22
**proximal** 123:19
**PTI** 3:3,3 7:23

Robert Kurman, M.D.

7:23
**public** 289:14
330:18
**publication**
28:15 66:8
212:1,4,5,12
212:24 213:12
213:21 264:5
298:5
**publications**
21:8,16 26:25
28:14 187:15
188:12,18,19
**publish** 29:10
**published** 20:10
20:17 22:25
23:5 28:20
29:7 32:12
66:15 72:7
118:20 132:9
132:11 136:24
155:9 162:18
199:18 286:1,3
286:4 297:11
320:19 321:10
321:14,18
**publishing**
22:13
**PubMed** 9:19
**pull** 322:20
**pulmonary**
179:3 187:21
188:4,5 248:22
**Pure** 133:10
**purified** 296:20
**purity** 262:16,20
**purported** 18:19
212:22
**purpose** 28:17
287:12
**purposes** 239:3
**pursue** 18:12
**put** 19:20 21:9
36:14 38:1
41:24 42:13,18
109:12 110:12
114:13 129:17

144:21 156:10
163:5 188:10
189:13 216:17
227:19 246:5
259:13 263:3
267:2 310:20
325:21
**putative** 154:11
154:21

---
## Q
**qualified** 26:18
40:25
**qualifying** 130:5
**quantify** 287:25
**quantifying**
264:12 301:17
**quantity** 256:17
257:5 258:2
**question** 18:10
20:4 24:12,21
24:25 25:2
32:16 36:7
38:18 40:19
42:4 43:15
47:23 53:13
54:9,9,11
59:16,20 62:22
63:19 64:1,24
66:21 68:14
69:8,10,11
77:13 78:10
81:3,3 82:9
83:24 87:19
94:10,16 95:12
97:4,6 100:14
100:17 101:13
101:20 102:3
112:23 113:14
119:25 131:5
136:6 140:2
141:24 142:9
142:14,20
151:2 161:18
165:5 166:11
167:4,7 169:20
181:10 191:5,7

192:13,24
199:22 203:4
210:5,18
212:16,18,19
213:17,21
214:2 228:17
228:25 238:25
240:20 246:24
253:1,2 259:3
259:8,13
260:11 261:18
270:22 271:23
276:1 295:17
300:20,25
305:15,17
308:21 313:13
321:11,13
323:5,7,9,15
324:2,10 325:1
325:2
**questions** 8:20
28:10,11 44:15
149:12 181:2
201:13 213:15
225:9 253:8
322:17 325:8
330:6
**quick** 204:21
315:10
**quickly** 36:13
**quiescence**
116:21
**quiescent**
114:20
**quite** 20:19
22:12 42:6
43:6,11,12,18
43:24 142:11
162:15 219:21
235:15 244:17
311:2 320:18
**quote** 235:1
**quote/unquote**
67:15
**quoted** 284:5
**quoting** 166:19
166:22

---
## R
**R** 2:1 3:1,13
329:2,2
**R.E** 279:19
**rabbit** 309:5,14
**radiation**
165:25 166:13
169:14
**radicals** 225:1
**Raman** 26:20
**ran** 52:1 316:11
**Randomized**
205:24
**range** 188:15
191:15,23,25
192:16 194:8
195:9 200:4
245:4 257:18
299:2
**rare** 52:8 59:25
249:4 272:22
**rarely** 52:21
147:22 151:23
152:22 153:1
153:12,17,18
153:20 157:19
256:1,5
**rat** 282:25
283:10,25
309:13
**Rats** 6:5 283:3
**RDR** 1:16
327:19
**reach** 65:8
123:25 125:8
132:14,15,18
132:22,23
133:8,9,18,22
139:2 222:3
**reached** 308:5,6
**reaches** 285:16
**react** 180:2,3,6
**reaction** 25:12
26:5,11 55:7
58:6 59:25
60:2,8,11,15

61:5 68:10,16
68:23,25 70:6
70:21 71:11,14
72:1 73:11
84:20 85:20
96:8 98:3,13
98:22 148:19
148:20 162:5
162:12 179:10
182:25 183:20
184:7,13,17,23
186:20 203:13
229:25 249:18
252:14 253:4
254:11 256:7
256:16 257:4,7
274:13,19
**reactions** 67:19
85:14 148:10
183:9 242:23
244:9 248:9
**reactive** 81:15
85:25 86:7,8,9
86:10,10 87:1
87:2 254:1,1
**reactivity**
224:25
**reacts** 185:7
**read** 9:15 12:25
13:3,4,6,8,11
13:16 17:16
19:17 37:2,5
38:4,4,6 39:10
39:10,11,15,20
40:6,9,11
41:23 55:17
56:2,3,13,16
56:21 62:19
65:4,13 70:23
86:5 91:19
92:2 93:1,13
95:5,21,22
102:20 103:22
113:12 116:17
126:13,25
127:3,21
131:25 135:16

153:3,3,5
155:4,8 159:3
161:10 163:1
174:2 186:7
187:15,17
188:3 190:1
191:4 192:3,6
196:9,14
203:21 204:10
204:17 215:23
217:17,19
218:9,10 220:9
224:4 230:16
253:21 263:16
270:23 272:25
286:15,16,22
287:7 289:8
314:14 316:10
317:9 318:11
319:12 320:10
322:2,9 325:23
328:3 330:4
**reader** 17:10
208:4
**readily** 154:15
191:10 229:12
298:11
**reading** 9:9
17:13 34:6
89:11 115:9
116:6 153:7
166:4,6 172:15
187:23 188:20
192:8,11
194:13,18
196:11 242:3
248:13 270:20
275:22,25
300:11 321:22
**reads** 264:19
270:14
**real** 313:18,18
**reality** 313:19
**realize** 72:6
218:2 297:10
**really** 15:11
18:12 29:19

30:7 40:18
41:14 42:21
44:24 50:12
54:3 83:10,19
85:19 95:8,11
100:24 130:7
136:12 141:5
142:11 155:4
157:6 165:21
178:24 179:1
204:8 239:11
274:18,22
277:20 282:4
285:6 296:15
296:19,20
307:4,24
**Realtime** 1:16
327:20
**reason** 15:23
30:19 33:3
43:17 44:12
77:6 103:6
123:21 141:20
142:6 179:9
182:22 183:2
192:1 249:11
253:12 328:5
329:6,8,10,12
329:14,16,18
329:20,22,24
**reasonable** 83:3
136:25 175:24
210:7,23 229:5
229:8 298:1
323:17 324:16
**reasons** 291:15
**Reath** 2:20 7:25
**recall** 61:1 78:3
79:8 102:21
107:10 187:22
187:23 248:3
250:24 253:22
259:20 300:11
314:11
**receipt** 328:14
**received** 37:18
204:21 206:10

281:6
**receiving** 280:16
**recess** 61:15
118:7 178:14
255:3 287:2
315:14
**recitation**
239:13 273:7
**recite** 319:5
**recognition**
135:11
**recognize** 11:25
25:10,20 31:22
125:19 261:8
274:21
**recognized** 15:3
251:16 260:7
**recognizes**
275:3
**recommend**
212:4,12,24
213:20
**recommendat...**
28:12
**recommendat...**
304:5
**recommended**
288:25
**reconcile** 274:14
274:16
**record** 7:4,13
42:10 61:14,17
118:6,9 149:4
178:13,16
192:9 193:8
255:2,5 286:22
287:1,4 289:8
315:13,16
326:4
**recorded** 327:10
**records** 236:15
**reduce** 114:19
123:21 125:7
**reduced** 76:14
106:22 107:5
107:13 114:15
**reduces** 113:22

114:23
**reduction**
116:25 117:13
**refer** 10:22 32:6
38:17 170:21
237:7 283:11
**reference** 10:20
11:6 12:12
13:2,20,21,24
14:10 30:15
31:10,19,24
33:9 36:11,14
37:18,21,24
38:2,19 41:11
41:18 42:8,11
42:13,17,18,22
43:17 93:17
102:22 103:19
160:25 161:10
161:15 164:9
172:12 240:14
240:17 245:12
253:18 265:7
267:3 270:5
314:2 318:4,5
318:10,13
320:4 321:8
**referenced**
10:14 11:10
75:9 78:23
103:1,18
161:21 172:17
190:16 191:1
216:24 241:15
255:6 264:1
269:23 279:11
283:6 321:3
**references** 32:7
64:15 160:22
161:19 266:10
266:13 316:11
**referencing**
283:12
**referred** 9:17
51:7 85:1
219:4 233:24
236:1

**referring** 17:1
17:23 30:4
37:13 48:17
51:14 53:12,14
55:15 61:25
63:6,15 64:2
68:8 79:3
92:19 96:3
107:7 126:2
158:24 166:12
169:7 174:10
176:10 186:12
212:15 226:15
232:9 237:22
240:18,21
241:8 246:17
247:1,7 248:10
250:20 251:7
258:11 269:13
277:11 280:6
290:20 312:19
**refers** 50:13
144:6 221:8
**reflect** 149:4
163:11
**reflected** 33:9
163:20
**reflects** 163:7
**refractile**
256:23 258:7
**refute** 309:1
**regard** 47:16
128:8 130:2
144:13 165:24
167:12 172:7
222:18 223:22
223:24 227:9
240:23 254:10
299:7 303:13
307:13 319:3
322:5
**regarded** 90:17
**regarding** 17:19
29:6 35:25
49:25 98:7
166:7 187:24
223:14 315:23

318:20
region 5:6
  116:24 190:23
  287:9 293:10
regional 287:17
  302:16 303:21
  304:14
regions 76:24
registry 236:4,6
  236:11 237:15
  238:7
regular 120:10
  134:23
reject 27:19
  29:2
related 289:18
  289:25
RELATES 1:7
relationship
  17:20 91:9
  302:17
relationship,'
  273:19
relative 100:6
  284:19 285:3
  290:22,25
relatively 237:3
  291:21
release 225:1
  254:1
relevance 274:2
  308:24
relevant 37:1,4
  37:16 185:22
  282:5 317:6,10
  317:20 320:12
reliable 29:1
  66:19,24
reliance 39:20
  39:23 66:7
relied 13:19
  67:7 241:19
  307:16,17,19
  308:22 316:12
relies 224:8
  285:14
rely 32:19,21

232:13
relying 133:5,6
  222:2 308:20
remember
  19:24 51:25
  57:10 107:13
  113:12 114:24
  134:20 149:12
  156:24 169:25
  187:5 188:20
  189:18 209:12
  251:3 259:21
  261:14 267:5
  270:8 277:2
  279:5 309:10
  309:23 315:4,6
  323:3
remembered
  57:17
remembering
  250:22
remind 162:2
removed 200:18
  216:13
rendered 147:24
  152:1 153:14
rendering
  154:18
repeat 49:11
  50:25 63:18
  66:21 95:4
  96:2 97:13
  102:3 111:1
  124:15 141:24
  148:15 157:23
  165:4 240:20
  295:9 300:25
  310:13 317:16
repeated 280:16
repeatedly
  191:24 322:25
repeating 97:15
rephrase 42:4
  43:15 63:18
  83:24 119:25
  122:10 140:2
replicate 281:16

report 4:12,19
  9:17 10:20,21
  11:5,8 13:12
  13:16 17:5,9
  17:11 27:11
  30:1 31:16,20
  32:23,23 33:25
  34:4,16 35:18
  35:24 36:5,22
  37:17,20 38:1
  38:5,16,22
  54:12 57:8
  67:2 92:7
  108:17 109:13
  113:8,9 114:13
  114:24 128:15
  135:4 137:10
  145:9 193:2
  214:3,16
  215:16,20
  218:21,24
  224:4 225:8
  227:24 228:12
  228:14,15
  230:14 231:7
  231:16 234:1,3
  236:6 239:15
  239:16 250:17
  250:23 261:5
  267:11,13
  268:4 275:8
  277:18,22
  278:20,22
  280:5 284:18
  291:24 292:3
  293:13,14,20
  307:11 308:15
  308:17 315:18
  316:10
reported 128:13
  129:2 197:4
  228:19 253:10
  266:18 267:7
  293:8 311:4
reporter 1:16
  8:5,10 194:18
  327:5,7,20,25

reporter's
  327:12
reporting
  192:15 197:3
reports 12:19,25
  36:11 56:13,16
  56:22 93:11
  129:12 188:18
  265:7 270:18
  319:12
represent 8:18
  306:6
representing
  293:10
reproduction
  327:24
reproductive
  107:24 127:20
  127:23 292:17
  293:5
reputable 211:5
request 252:21
requested
  236:17
Requests 4:15
  11:16
require 136:12
required 233:13
requires 101:3
requiring 265:5
research 9:7
  20:6,8 22:16
  22:24 23:2
  41:5 74:12
  76:7,16,21
  204:23 205:16
  206:11 220:1
  316:6
researched
  17:20 18:5
researchers
  76:24
resection 154:23
Residents 119:8
resistance 84:7
  88:11,19
resistances

81:18
resisted 15:22
respect 15:25
  67:14 90:1
Respiratory
  264:6
respond 28:1
  53:13 54:8
  73:21 186:23
  186:24 190:7,7
  251:8 274:15
responded
  323:13
responding
  17:11 61:8
  253:11 267:6
response 4:14
  11:16 59:12
  63:22,24 64:2
  67:10,14,16,19
  68:4,22 69:3,4
  69:14,16 70:3
  70:4 84:16
  98:21 100:15
  101:1,16
  149:17 150:17
  162:11 178:20
  178:23 181:17
  182:6 186:1
  190:9 201:13
  204:14 229:21
  242:24 246:17
  247:1 249:2
  251:17 258:2
  274:10 275:3
  325:1
responses 63:16
  203:22 239:22
  245:23
responsibility
  28:23
rest 110:11
  223:9 270:20
  316:17
rests 109:4
resubmit 27:20
resubmitted

Robert Kurman, M.D.

28:2
**result** 88:12,19
165:9,14
201:23 224:22
271:21 278:11
299:19
**resulted** 73:14
294:16
**results** 186:8
264:24 265:19
**retained** 132:11
**retired** 14:17
187:13 211:17
211:21
**retrograde**
108:2,3,11,25
109:6 110:10
110:21 111:17
112:14,21
114:15 115:19
116:3 119:13
120:9,21
121:16 122:4
123:1 124:6
125:4 131:6,19
132:23 134:7
134:14,22
159:25 161:14
161:24 282:16
314:5
**return** 328:12
**revelation** 151:6
**reverse** 112:2
119:15
**review** 4:19 5:10
6:7 26:23 27:1
27:7,14,15
28:7,15,18,24
29:7,22,25
30:2,11 36:16
38:18 39:21
41:25 65:20
66:3,8,9 93:9
211:16,25
212:1 213:18
214:16 216:5
237:16 241:23

297:13,24
317:14,20
318:20 319:15
320:12,13
321:14
**reviewed** 14:13
20:24 21:16
30:16 31:8,9
32:25,25 33:7
33:11,13 36:17
36:20,22 40:1
66:2 203:5
204:15 213:10
317:23 318:25
320:7,10
321:17
**reviewer** 27:11
27:14,15
197:14
**reviewer's** 27:13
**reviewers** 27:21
28:5,7,9,23
**reviewers'** 27:18
**reviewing** 9:8
58:2 212:19
315:18 319:16
**reviews** 27:12
27:25
**right** 13:12
14:18,23 16:6
16:9,12,18
18:6,20 19:14
20:11,12,18,21
20:21 21:5
22:1,22 23:1
25:2 31:9,17
31:17,22 32:2
35:16 36:23
37:5,11 41:25
43:2,7,14,18
43:22 46:22,23
46:25 47:1
49:3 51:23
52:7 53:20
54:15,24 55:2
55:6 57:12
59:2,18 61:19

63:9,16,24
64:4 68:17,22
72:17,23 74:11
74:15,22 79:12
80:1,3,15
84:25 85:4,18
87:3,18,21
88:4,12,14,20
89:2,7 91:13
92:11 94:7
95:1 96:25
100:11 103:19
105:2 106:11
106:13,13
108:21 109:14
109:19,22,24
111:5,15 115:9
115:21 117:20
117:22 118:16
119:8 121:18
124:11 125:21
125:22 126:5,8
126:12,15,18
127:9 128:19
130:19 132:9
132:12,21
135:16 136:21
137:3 140:22
142:5,21,25
143:12,14
145:17 146:1,8
146:11 148:11
149:6,12,15,21
150:12 153:21
155:5,24 156:1
159:7 161:20
161:22 162:12
162:17 163:5
164:4,17 166:6
167:10 172:20
172:22 178:20
179:8 180:14
180:15 181:16
182:25 184:13
184:14,19
187:9 192:22
193:1 195:4,10

196:4 200:3,24
202:12 204:8
205:18 206:19
207:3 209:2,3
209:9 211:2,6
211:13 212:13
212:24 214:3
215:1,5,9
216:22 218:9
218:12,18,22
218:25 219:13
219:22 221:15
222:25 223:20
225:13,16,25
226:10 227:1
227:10 228:13
229:5,21
230:16 231:20
231:23 232:10
232:14,21
233:25 239:9
239:14,20,23
240:7,12,14
241:2,4,6,23
242:9,13,25
243:10,11,14
243:20,21,24
244:16 245:1,5
246:1,14,19
247:18 248:12
249:3,8,10,22
250:1,4 251:18
251:23 252:3
252:10,12
254:17 255:14
255:21 256:13
257:6,9,17
258:3,4,9
261:4 262:17
263:1,7,24
265:23,25
266:1,5,22
267:14 271:25
272:4,9,12,20
275:4 277:1,4
277:17,24
278:21 279:20

280:4,14,19,20
280:23 281:2
281:10 282:7
282:18,25
283:5,20,23
284:8,10,16,21
285:6,9,17,20
285:23,24
286:5,14 291:2
292:12,22
293:1 294:5,17
296:7,12 297:2
298:14,24,25
299:4,12
301:18 303:11
305:8,17
308:10 311:21
313:1,9 314:18
316:3,15 318:4
318:5,11,12,15
319:17 320:25
322:18
**right-hand**
299:6 302:5,9
**rise** 202:13
239:2
**rises** 239:10
260:13
**risk** 5:20 6:8
32:13 89:20
92:24 106:22
107:5,12,13
113:22 114:15
114:23 117:1
117:13 123:22
126:11 127:12
127:22 159:21
208:15 258:24
259:1,16,23,25
260:1,3,5,7,14
260:17,21
261:1 264:25
265:20 270:11
270:19 290:18
290:22,25
305:1,4,7,8,15
305:16,19,20

Robert Kurman, M.D.

305:23 306:3
315:8
**risks** 92:8 100:6
**Robert** 1:12 4:3
4:12,16 7:11
8:8,24 11:18
330:12
**Robinson** 2:7
7:16
**robust** 167:23
**rodents** 284:21
285:5
**Roggli** 264:7,8
264:10,22
265:12
**role** 62:4 76:18
82:6,7 87:14
117:17 143:4
143:25 158:20
160:4 162:1
198:5 199:10
273:17
**role/impact**
302:23
**rolling** 139:20
**rose** 18:23
**Rotman** 2:12
7:18,18 171:7
**route** 106:5
300:9
**routes** 106:2
**routinely** 26:2
204:3
**Royston** 3:3
7:23
**rule** 179:25
**rules** 228:10
252:22
**RW** 266:10

**S**

**S** 2:1 3:1 4:10
5:1 6:1
**S-j-o-s-t-e-n**
314:5
**Saed** 270:4
319:4,11

**Saed's** 322:5
**safe** 91:12
**SALES** 1:5
**Salpingectomy**
32:14
**salpingitis**
143:25 160:1
160:10
**sampled** 303:21
304:13
**samples** 104:9
291:17
**Sandra** 5:6
190:20 286:13
**Sarah** 73:6
**sat** 211:20
**satisfy** 47:20
**save** 103:7
**saw** 14:3 98:22
149:24,24
203:13 204:2,9
319:5
**saying** 21:1 28:9
50:18 56:17
57:5 58:24
59:14,16 60:14
62:6 73:4,25
80:21 82:23,24
85:10 97:1
98:23 99:19
110:23 111:17
121:7 128:7,17
128:18 134:24
138:2 140:14
140:15,24
156:3 158:15
172:16 173:18
176:16 181:16
184:13 185:15
188:9 189:11
191:23 193:9
195:8 204:1
208:3 210:12
210:22 211:11
211:11 221:18
221:24 222:2
225:23 233:9

233:18 235:23
235:25 238:24
243:12 246:13
249:21 257:6
263:17 265:25
267:6 269:16
273:12 274:1,4
278:17 294:9
295:4,17,17,23
297:17,21
304:17 324:4
324:16
**says** 20:23 76:4
80:16 81:5,12
83:13 84:13
90:14 92:3,4
104:5,25
105:16 106:13
106:17 111:4
126:17 127:19
130:17 131:18
132:3 152:25
159:18 164:12
169:8 171:12
172:3 191:9
217:21 225:8
226:2 232:1
242:22 249:19
252:13 256:4
266:6,15
268:21 274:12
281:12 284:5
284:18 287:12
289:12 291:9
293:7 297:25
298:11,22
299:9 300:18
302:10 306:9
**scanning** 5:5
26:19 190:22
286:12 287:8
288:2
**Schiffman**
217:14
**science** 17:6
28:20,24,25
134:6 155:22

157:19
**sciences** 76:10
**scientific** 28:19
201:20 277:21
**scientist** 26:15
26:15 30:10
73:18 170:16
210:7 228:25
229:2 317:3,5
323:17
**scientists** 19:2
22:11 74:25
75:5 129:20
130:12 192:15
197:24 210:2
210:14,19
211:4,5,12,13
211:14 263:11
273:23 289:25
296:9 323:11
324:7,11
**screening**
154:16
**se** 10:1,2 48:15
**search** 320:2
**sec** 193:6
**second** 32:1
36:11 37:24
38:15 43:23
44:5 76:1,4
79:19 103:10
214:3 240:4
267:19,23
268:2,3 273:14
310:23 318:9
**section** 103:25
105:14 126:17
127:16 135:4
159:10 160:20
164:18 169:6
174:4 197:22
214:20 216:2
216:20 239:17
267:11 275:8
296:21
**sections** 127:12
134:17 288:14

**see** 12:9,16,20
14:6,9 16:25
17:1 25:10
26:4 31:14
33:3,14,19
37:12,14 53:10
75:7 78:13,16
78:17 79:10,18
79:19,23 80:9
89:8 92:3,3
93:10,22 94:5
94:15,24 96:17
96:22 97:1,5
97:17,21,22,23
98:2,7,7,12,16
98:17,23 100:6
100:14,20,22
101:3,7,14,21
101:21 102:23
103:16,25
110:15 126:13
126:17,22,23
127:13,19
131:13,15,16
132:1 137:4
141:17 142:18
149:18 150:3,8
152:8,8,17
153:9,22,22
154:8 155:5,15
155:17 156:22
156:22 157:24
158:2,8 159:8
159:15,16
160:19,22
161:15,17
164:23 165:17
166:19,22
174:1,8 177:16
178:2 183:23
185:25 193:15
193:19 194:11
194:13 196:24
196:25 197:1,5
197:16 199:3,4
199:25 202:9
205:2,12,20,20

Robert Kurman, M.D.

Page 370

212:14 213:1
217:13 231:18
235:4,9 236:24
238:18 240:13
244:13,15
246:7,10 247:9
250:12,15,15
251:6 252:13
255:13 256:2
259:19 261:7
266:11 271:5,6
271:7 273:5
274:12 275:23
276:21 277:7
278:2 279:8
280:5,6 283:16
284:22 294:19
299:5 308:23
309:8 310:19
310:21 321:1
323:22
seeing 25:11,13
61:1 94:8 98:3
99:21 114:24
134:3 200:10
237:4 252:6
270:8 306:12
Seely 283:16
seen 11:19 12:2
22:24 23:2
24:8 30:18
51:25 52:6,8
52:21 58:5,7
58:16 59:2,11
59:17,23,24
60:3,4,7,11,14
61:4 62:18
63:15 64:22
65:2 70:23
71:1,15,16
75:16 79:4,7
94:20,22,24
96:21,21 101:4
101:19 103:21
120:2,3,5,7,17
120:18 125:8
134:9,13,16

139:7,24
141:18 146:9
146:10,13,16
147:22 148:9
148:19 149:11
149:13,17
150:15,20
151:9,23
152:22 153:1
153:12 156:17
156:24 157:19
157:19 160:12
180:12 182:24
183:24 187:2
190:25 191:3
191:22,24
203:19 204:18
231:4 232:19
237:15 267:6
268:17 270:7
274:6 319:4
321:9,15
325:15
sees 191:24
274:12
Seidman 38:9
select 223:6
selected 39:25
222:13
self-destruct
88:14
SEM 194:2,22
SEM-EDX
288:16,25
296:9 297:4
send 28:6
sending 237:16
sense 117:18
215:21 223:8
273:20 278:9
294:22 297:13
sent 27:13
213:18 236:17
sentence 34:11
90:14 91:19
93:13 108:21
116:17 143:22

167:1 169:18
174:11,12
177:4 215:2
235:2,5 240:1
240:4 242:18
257:22 264:18
264:19 267:19
268:2,3,5
270:14 273:14
273:20 284:17
284:22,24
285:12 289:24
290:7 299:6
306:9,15
sentences
265:17 271:17
290:14
separate 288:11
separated
173:19
sequester
185:17 252:2
253:15
sequestered
195:10 196:3
serous 72:15
73:1 114:5,6,8
114:10,16,23
115:6 116:1,9
117:1,6 124:8
135:11,14,19
136:3 137:20
138:3 140:8,11
140:17 141:2
141:14 144:6,8
144:8,10
145:22 146:1,4
146:10,25
147:3,4,6
148:3 151:8
152:11,12
157:25 158:3
159:19 160:8
161:13 221:3
221:23 223:15
233:23 234:6
238:20 261:16

269:19 292:4
serve 139:3
served 26:23
services 1:19 7:5
183:21
serving 28:15
29:14
set 293:9 316:17
327:8
sets 287:11
setting 173:8
seven 92:4
192:14 196:7
seventh 65:15
118:24
sexual 315:4
sexually 112:17
144:19 145:8
Seyfarth 3:13
7:21
Shah 5:11
240:11,17
241:3,5,7,25
246:16,25
247:24 248:14
249:16
Shaw 3:13 7:21
sheet 328:5,7,10
328:13 330:8
Shih 13:10
Shih's 38:5
SHOOK 2:17
short 108:17
164:15 311:12
short-circuits
310:4
shortcomings
219:3 232:24
shorthand 8:10
327:5,7,11
show 22:5,9
72:1 75:2
77:11 91:22
97:24 101:3
102:21 107:11
107:13 110:25
127:16 133:24

147:16 152:10
153:7 189:6,8
208:14 217:3
253:18 263:24
275:23 294:8
showed 11:22,23
62:11 150:2
276:25 285:23
Shower 23:11
23:11 95:2,3,7
95:24,24
showing 100:3
121:5 127:15
194:7,24
196:21 197:18
255:10 270:2
shown 50:16
63:2 71:14
72:3 89:10,16
96:13 139:9
186:18 201:22
shows 78:13
97:21 117:5
146:18 194:1,6
194:14,17,21
194:24 282:3
290:24 297:22
side 299:6
sides 209:8,10
209:21
sign 328:7
signaling 81:17
84:8
signature 138:1
221:5
signatures
137:15 151:17
181:11
significance
224:6 287:19
significant
76:15 77:17
81:1 92:23
117:13 208:15
233:5,20 234:7
235:12 236:22
237:25 272:13

274:24 296:17 299:11 319:7
**significantly** 160:11 232:7 288:4
**signing** 328:9
**silicate** 224:24 229:11
**similar** 70:6 207:19 208:19 224:11,13,22 226:2,10,13 227:3,5 230:3 234:10,20 237:1 238:12 261:10
**similar-looking** 158:2
**similarities** 223:14 224:7 224:21 229:5,8 233:24 234:8 234:11
**similarity'** 224:9
**Similarly** 303:19
**simple** 69:10 213:17
**simplex** 100:1
**simply** 136:11 252:24
**single** 186:8 190:3 243:4,15 243:18 271:20 271:24 275:1 325:21
**sinuses** 80:7
**Sir** 136:6 222:2
**sit** 22:8 35:9 41:17 56:7 96:25 206:21 211:15
**site** 80:1 136:2 161:12
**sites** 79:15 80:5 80:18 83:13 109:10 131:15

248:23
**sitting** 98:14 201:6,10 211:24
**situ** 109:1 137:14 288:16 288:25 296:10 297:5
**situation** 26:1
**situations** 51:16 51:18 125:5
**six** 10:24 80:17 92:4 125:23 192:14 196:7 198:16,25 199:13 202:24 281:1,6,9 289:25
**sixth** 65:15 118:21,23 125:16 216:20
**size** 185:10,12 185:13,15,22 187:18,24 188:21,24 189:23 190:2 191:15,23 192:25 194:8 194:25 245:2 245:22 254:10 257:9,21 299:2
**sizeable** 293:9
**sizes** 185:20
**Sjosten** 314:4
**skilled** 215:8 218:17 219:7 219:20 236:23 238:9,15
**skills** 76:9
**skimming** 203:20,25 204:12
**skin** 51:25 52:3 79:17,19
**slide** 250:12
**slides** 120:5 203:14 204:6

236:17
**slight** 116:25
**slightest** 57:23
**Slightly** 117:9
**slow** 69:10 262:25
**slowly** 167:11
**slurry** 263:6
**small** 92:16,19 186:23 229:17 233:5 246:18 253:14
**smaller** 252:2
**smoke** 272:3
**smokers** 272:15
**smoking** 273:1
**Society** 15:20
**somebody** 128:14
**someplace** 166:4
**sorry** 24:18 61:8 89:12 94:11 102:3 103:10 115:8 125:23 128:24 134:11 145:13 146:15 154:1 159:4,11 159:12 164:20 168:5 173:2 175:6 191:16 193:10 194:20 195:20 205:10 214:24 217:20 234:3 239:25 240:9,14 243:6 246:23 248:19 255:13 259:10 264:18 265:4 266:2 267:14 267:25 268:5 270:22 275:22 279:22 284:23 300:20,23 302:7 306:13 317:16 324:25 325:1
**sort** 34:1 70:6

144:22 148:18 150:15 192:3 270:20 287:11
**sound** 31:17 33:12 66:18 204:25 206:19 264:14 309:16
**sounds** 144:3 192:20 221:12 278:5
**source** 105:22
**South** 3:5
**space** 328:5
**speak** 9:4 21:12
**speaking** 29:17 88:22 186:6 228:2 298:17 308:20
**special** 4:19 169:10
**specialize** 82:22
**specialty** 15:7 15:21 16:4 30:25 86:4
**species** 81:15 86:1,7,8,9,10 86:11 87:1,2 254:1,2
**specific** 10:5 15:13 17:24 27:22 35:7 40:19 50:13 51:6,7 53:22 54:11 58:3 68:23 99:5 113:9 131:5 165:4 212:15 212:17,21 239:15 260:1 308:7
**specifically** 17:1 17:11 21:12 23:10,14,20,25 24:20 30:5,20 31:13 37:13 47:1 51:5 54:4 55:15 58:8

59:4 66:4 68:8 79:8 87:1 107:12 113:23 135:1 144:6 157:18 158:23 159:20 161:11 187:23 190:2 209:5 223:4 224:8 227:21 242:3 248:6 253:23 260:20 260:24 267:2 274:12 275:17 307:19
**specifics** 91:16 257:21
**specimen** 136:17 201:3
**specimens** 58:12 58:17 59:22 188:6
**spectroscopy** 26:20
**speculate** 133:12
**speculating** 180:11 237:9 292:25
**speculation** 113:5 125:10 133:10,14 134:6 312:11
**speculative** 162:15
**speed** 86:19 320:9
**spelled** 45:20 314:4
**spend** 31:18
**spends** 215:20 218:20
**spent** 9:23 10:2 59:21 65:11 151:3 187:13 204:11 218:24 264:11 307:8
**sperm** 300:3

Robert Kurman, M.D.

Page 372

splinters 256:25
 258:8
split 263:20,22
squamous 82:4
Square 2:21
srotman@hau...
 2:14
stack 10:24
stage 147:23
 151:25 153:13
 154:17 165:14
stages 152:11,13
stains 234:15
stand 16:22 54:8
 157:4
standard 202:2
 202:14
standpoint
 29:21 47:25
 222:22 226:21
 235:3,12 282:2
 320:16
starch 314:9
start 71:24 72:9
 72:15,16,20
 106:25 138:3
 220:25 223:10
 302:4 325:24
started 42:23
 53:17 158:7
 319:4
starters 32:4
 50:8 70:17
starting 140:17
 169:7 221:14
 231:21
starts 12:14
 71:24 139:19
 150:7 176:6
 193:15,22
 242:10 256:1
state 8:23 90:11
 90:23 113:8
 135:7 188:13
 220:15 231:16
 235:2 264:22
 267:20 271:18

327:7 328:4
stated 77:10
 130:24 131:1,1
 132:6 135:17
 155:9 161:18
 186:18 285:15
 308:18
statement 4:18
 17:6 34:19
 35:24 53:2,13
 61:20 75:15,24
 76:3 78:1
 85:18 89:22
 90:19 91:25
 93:1 106:3,20
 114:17 124:2
 124:12,15,18
 125:1 128:6
 129:16,18
 130:3,6,8
 131:24 145:25
 151:22 152:25
 153:2 155:1
 158:7 160:24
 166:21 184:5
 207:21 232:8
 240:10,23
 241:2,20
 247:13,20
 249:6 261:8
 292:21 302:24
 304:12 305:24
 307:17 324:23
statements 79:5
 128:8 204:10
 207:24 209:1
 230:6 261:5
states 1:1 7:9
 77:3,23 80:18
 90:22 276:13
 299:6
stating 111:24
 128:12 189:3
statistically
 208:14 302:20
stay 229:16
 314:20,20

stenographica...
 327:10
step 47:24 145:1
 176:7,7
steps 86:18
Steve 7:18
STEVEN 2:12
STIC 135:15
 136:14 137:14
 138:1,12 139:4
 140:25 141:4
 141:22 146:1
 151:5 152:18
 152:19 155:15
 155:17 157:24
 158:2,4 179:19
 181:12,12
 211:6
stick 46:14
 140:11
STICs 137:16
 141:19 142:4,7
 146:3,9 151:15
 151:18,19
 152:11,13,15
 152:16 156:24
 221:5
stimulate
 142:23 143:23
 145:4
stimulates
 144:15
stimulus 190:13
stomach 54:6
 83:15
stop 124:21
 196:17 225:5
 228:9 252:21
 253:1,8
stopping 58:19
store 304:10
Street 2:5,18 3:5
 3:14
strength 45:4
 100:25
strike 24:9,18
 100:11 305:12

striking 233:24
stroma 179:15
 179:21,24
stromal 71:5
 180:2
strong 232:20
 260:23,25
 302:18
stronger 113:17
 115:5,25
 175:12 260:18
 305:23
strongest 260:21
strongly 288:9
structural
 226:21
Structure
 226:21
structures 19:10
stuck 227:13
students 119:5,9
 130:12 254:6,9
studied 23:10
 24:17,19 25:14
 65:5 82:17,21
 245:3 251:15
 281:1 287:22
 298:4 322:6,12
studies 18:19,22
 19:2,4,9 21:24
 22:20,24 23:3
 30:13 31:15,23
 32:11,19,22
 33:1,1,8 35:10
 39:1,1,16 40:6
 40:15 41:9,19
 41:20 42:6,16
 42:23 43:6,18
 43:24,25 44:7
 44:25,25 45:1
 46:19 71:13,16
 72:3,3 73:14
 73:17 74:1
 77:23 78:3,4
 78:10,13,16
 92:5,12 93:13
 96:4,17,22

97:1,5,17
 100:4,25 101:1
 107:8,9,20
 121:5 122:22
 136:24 139:9
 145:10,21
 150:2 161:20
 161:22 163:19
 163:22 198:7
 208:13,14
 215:24 221:8
 221:20,22
 222:3,4,10,13
 222:24 223:3
 223:23 232:16
 232:17 233:2,5
 233:25 234:2
 235:14 236:1,3
 236:5,11,16,19
 236:20,22
 250:25 251:1
 253:21 268:23
 269:3,5,13,13
 269:20 274:6,9
 274:20 276:4
 284:5 287:16
 289:19 290:1
 290:10 303:23
 303:24 307:16
 307:20,22
 308:20,25
 311:15 315:2
 316:20,24
 317:24,25
 318:3,9,13,25
 319:1,7,13
 320:2,8,10
 321:10,12,14
 325:15,23
study 23:14 24:2
 26:10 30:3
 32:5,15 33:11
 33:12,13,23
 35:5 38:6,9
 92:8 93:19,20
 93:24 94:3,5,8
 94:15,20,23,24

122:8,21
133:24 134:3
152:10 154:13
155:7,11
158:13 162:21
162:25 169:8
190:20,25
192:7 194:3,23
202:23 203:5,9
205:25 211:25
212:4,12,20,22
213:1,4,10
218:2 222:5
228:20 232:14
237:21 240:11
241:5,7,19,22
244:24 247:14
248:1 249:3,5
249:9 250:4
252:1 262:12
270:3,5,7,8,9
270:25 275:1
276:12 277:9
277:12 279:4
281:1,21 282:3
282:19,22,25
283:10,12,17
283:20,24,25
284:7,16
285:11,14,18
285:24 286:5
286:10,15
287:7,12 289:3
289:9,10
290:14,21
291:3,6,6,10
291:16 292:2
292:21 293:8
293:14,18,20
293:22 294:3
295:14 297:10
297:17 298:5
299:24 300:11
300:13 301:3,4
301:5,7,11,12
302:13,25
303:10,14

304:16 308:12
308:22,23
309:3,4,5,12
309:23 310:18
311:3 312:19
313:8 314:3,7
314:7,11,12,15
314:21 315:5
318:1 319:4,5
319:6,11
320:19,24
321:7,9,15,22
321:24 322:5,9
325:21,24
**studying** 219:22
229:2 264:11
271:7
**stuff** 188:3
228:23
**subheading**
105:14 154:11
169:4 273:3
**subheadings**
126:23
**subject** 23:2
161:1 328:9
**submit** 28:11
**submits** 27:11
**submitted** 9:8
27:3,9
**submitting**
28:14
**subscribed**
327:14 330:14
**subset** 292:1
**subspecialty**
15:3,6
**substance** 68:9
91:2,3 99:22
256:6 330:7
**substances**
90:15
**substitute** 172:5
313:4
**substituted**
145:25
**subtitle** 184:4

**subtle** 95:9
**subtype** 50:13
**subtypes** 269:1
269:7
**successfully**
28:4
**suffering** 76:14
179:4 304:2
**sufficient** 77:10
79:16 80:5,18
80:22 91:21
231:11
**sufficiently**
167:23 238:12
**suggest** 67:4
71:16 77:24
78:11 92:12
93:14 163:23
164:10 215:2
218:25 230:9
233:25 241:25
253:12 260:13
265:9 303:15
**suggested**
138:16 159:23
222:23 246:16
300:12
**suggesting**
63:13 121:13
155:17 202:22
213:10 219:7
246:25 281:18
281:20 291:19
294:2 312:20
**suggestion**
122:23 164:15
224:20
**suggestions**
304:9
**suggestive**
182:14 184:20
**suggests** 83:6
115:11,14,15
164:16 202:24
238:11
**Suite** 1:14 2:12
2:18,21 3:9

**summarized**
232:25
**summarizing**
302:4
**summary**
273:10 289:2
290:15
**summation**
187:24
**superimposed**
200:11
**supervision**
327:25
**supplemental**
12:12 37:18
38:19 39:2,16
39:24 40:7
42:12 43:14
314:2
**support** 47:15
160:13 164:2
198:5 221:21
224:19 232:14
239:24 240:10
241:2 247:14
249:5 251:1
268:14 273:19
279:2 280:2
282:5 283:13
309:1
**supported** 205:7
318:25
**supporting** 5:19
45:2 270:10
282:3
**supportive**
114:25 115:2
115:16,18,22
284:4,9,10,12
**supports** 20:23
160:7 281:19
283:25 312:20
**supposed**
227:24 253:7
319:19
**suppressor**
88:23

**sure** 11:9 18:25
20:25 27:3
32:1 34:7 42:3
43:16 44:16
51:1 53:19
58:21,22 63:20
64:13 66:22
72:15 74:3
83:25 108:15
114:4 115:9,10
120:1 124:16
132:2,5 138:17
140:3 148:16
150:12 155:5
155:21 161:9
169:2,20
172:24 178:11
185:22 186:20
194:16 201:4
212:11 216:4
219:6 224:3
231:1,1,5
238:24 239:17
240:23 242:5
245:6,6 247:22
254:25 255:14
272:6 273:25
277:10,19
279:3 289:9
290:5 295:10
301:1
**surface** 71:6
121:3,19 126:3
126:16,22
127:5 159:24
161:23 221:5
221:10,15
222:10,11
224:25 288:5,7
288:18 293:24
296:11,21
300:17 301:15
301:18 302:19
307:20
**surfaces** 184:9
**surgeon** 123:14
**surgeons** 239:1

Robert Kurman, M.D.

Page 374

239:6
surgery 136:18
surgical 26:16
29:21 30:12
58:12 61:2
63:7,8 64:3,4,9
64:10 69:22
136:16,17
157:9 188:8
204:3 220:2,2
234:21 238:9
240:7,9 241:1
242:1 244:5,13
244:17 245:4
245:24,25
246:10 247:16
248:12
surgically 123:7
surmising 294:2
surprise 131:11
151:6
surround 67:13
243:3
surrounding
256:21
Susan 73:5
suspect 136:25
237:1
suspicion 204:6
suture 60:9,22
242:25 244:5
245:4 246:10
sutures 60:21
61:2 240:8,9
241:1 242:2
244:13,17
245:24,25
247:16
swear 8:6
sworn 8:9 327:9
330:14
system 248:22
299:12
Systematic 6:6
systemic 67:10

_____
T

T 4:10 5:1 6:1
329:2
T-a-h-e-r 33:13
table 79:10
82:11 89:7
193:25 194:23
Taher 6:9 33:13
320:24 321:7
take 11:24 39:17
58:20 61:11
73:15 110:17
118:1 120:2
123:6 134:9,14
167:5 178:10
191:4 192:6
193:7 239:12
254:23 270:13
286:22 315:10
taken 33:5 61:15
75:13 118:7
120:6 144:3
178:14 201:5
211:17 255:3
287:2 288:1
299:10 315:14
327:8
takes 120:4,9
121:18
talc 5:5,15,22
6:5,8 7:8 17:21
18:10,20 19:10
20:4,6,23 21:5
21:19,25 22:13
22:17,17 23:6
23:10,15,18
24:3,12,15,19
24:25 25:8,9
25:13,14,19
26:11 29:6,11
29:22 30:14
31:2 33:8
35:25 41:10,20
42:7 47:10
49:13 50:12
51:5,5,11,14
51:15,19 52:2
55:13 56:9,19

56:25 57:7,19
58:2,10,25
59:7,8,12
61:20 63:2,5,6
63:9,14,14,23
64:1,3,8,11,17
66:15 67:4,10
67:20,21 68:8
68:12,21 69:1
69:13,22,24
70:7,8,14,16
70:21 71:11,17
73:10,14,21
90:16 91:17
95:5,14,25
96:3,7,10,10
96:11,11 98:8
98:21 99:20
100:7 101:24
102:2,8,12,16
103:25 104:6
104:11,13,15
104:19,20,22
105:7,23 106:6
107:23 132:14
132:18,22
133:8 134:4
139:2,3,8
143:19 148:8,9
148:20 149:13
149:16,17,21
149:24 150:14
150:16,20
162:4,9,25
164:23 178:19
179:11 180:7
180:15,16,22
181:17,19
182:5,7,23,24
183:4 185:21
185:24 186:12
186:15 187:17
187:25 188:13
188:23 189:11
189:17,21
190:8,23 191:8
191:10,21

192:15,18
198:1,3,5,9,11
198:15 200:3,7
200:10,17,25
201:5,10,21
202:25 203:22
204:14 207:19
208:16 210:6,9
210:24 221:21
223:14 224:7
224:21,23,24
225:24 226:7,9
226:20 227:9
227:20,21,25
228:12,18
229:10,14
230:14,18,19
230:22 231:12
233:1 240:7
241:1 242:1,25
244:18 245:2
245:24 246:1,7
246:16,18,25
247:2,10,16,18
247:24 248:9
248:10 249:2,7
249:19,22
250:10 251:16
251:17 252:2
252:15,16
253:11,13
256:5,7,10,17
256:21 257:5,8
257:8 258:2,9
258:12,14,16
258:24 259:16
261:6,10,12,15
261:19 262:13
262:15,15,16
262:25 263:6
263:12 264:20
265:2,9,13,21
266:1,16,22
267:9 268:14
269:14,21
270:16,18
271:20 273:4,7

273:13,15,17
273:23 274:1,7
274:10,15,17
274:21 275:2,9
275:12 276:5
276:13,14
277:4,13,15,23
278:10,11
279:5,16 280:3
280:15,17,21
280:24 281:2
281:16,21
282:23 283:13
284:1,1 285:7
285:16 286:18
287:9,14,16,20
287:22,25,25
288:4,8,9,15
288:17 289:1
289:16,21
290:3,11,18
291:16,18,20
292:5,6,11,12
292:15,16,22
292:25 293:9
293:25,25
294:3,10,17,25
295:4,13,19
296:10 297:5
298:6,11,22
299:11,19,19
299:24 301:6,8
301:9,14
302:12,14,23
303:1,18,25
304:2,17 305:1
306:3,4,10,18
306:24 307:5
307:14 309:1
309:12 310:1,1
310:9,20
311:16,20,25
312:1,4,12,21
313:4 314:8
315:7 316:14
317:14,21
318:20 320:3

321:18 323:1,2
323:16,20,24
324:18,21
325:7
**talc-based**
268:23
**talc-induced**
239:13,18
**talcum** 1:4 5:19
17:19 18:6
49:25 50:2,4,6
58:13 96:5
106:1,5 148:17
207:17 267:20
268:8 270:10
275:18
**talk** 47:1 99:12
99:21 103:8
104:23 105:19
110:13 116:15
144:10 158:17
165:12 173:3
173:21 189:20
193:13 222:18
222:19 249:1
286:23
**talked** 100:23
144:5 199:7,8
222:6 227:7
242:12 278:14
299:17 315:1
316:5
**talking** 21:21,23
25:16 30:3,3
31:19 53:3,8
53:17,19 54:3
54:5 55:4,5
59:5 60:5
70:17 71:3,7,9
71:22,23 72:13
75:7 86:25
87:1 92:14
93:18 95:5
98:6 105:10
110:21 115:19
119:14 123:3
127:22 145:12

146:12 147:11
147:17 148:2
151:15 155:6
159:20 162:9
162:11,12
165:22 167:13
168:8 169:12
170:18 174:4
188:17 196:18
200:18 209:11
209:13 211:3
213:2 226:24
226:24 228:6
233:2,2 236:21
245:23 247:17
258:8 285:14
285:21 289:7
291:24 292:9
293:13 307:8
319:20,23
**talks** 127:12
291:23
**taught** 254:6,13
254:16
**teach** 254:9
**teaching** 9:7
**technical** 303:5
**technique**
300:14
**techniques**
26:21,22
169:10 291:11
303:6
**technology**
296:16
**Tecum** 4:17
11:18
**tell** 16:18 34:5
40:25 44:19
46:1 47:25
54:8 93:10
96:22 101:21
102:6 113:11
115:8 118:3
135:22 136:8
136:19 142:10
143:22 147:16

158:23 183:4
196:23 197:20
198:13 220:17
220:24 236:19
240:21 250:9
251:10 254:23
263:22 274:25
277:20 278:3
285:7 286:21
297:12 305:10
319:10
**telling** 17:2
71:11 259:11
**tells** 137:3
**TEM** 291:11
**ten** 9:13 10:8
92:4 100:6
156:19 257:25
**tend** 50:10 124:6
**teratomas** 60:4
**term** 44:18
45:23 46:4
47:6 48:3
50:11 51:4
53:2 82:1
95:13 104:16
104:25 137:9
169:23 170:17
170:23 176:9
260:4
**terming** 58:4
**terminology**
67:8 227:13
**terms** 29:24
48:11 50:12
151:6 173:24
176:14 260:24
277:21 308:12
**terrible** 106:25
319:14
**Terry** 33:11,12
**test** 218:7
**testified** 8:11
16:11,15,17
30:6 48:25
134:13 187:9
208:25 226:6

307:15 319:23
320:20 325:13
**testify** 34:20
319:24
**testifying** 35:2
206:22
**testimony** 16:22
33:4 35:1,7,13
37:16 39:5
40:20 52:10,14
54:4 62:17
73:9 120:19
129:17 148:12
148:14,22
149:1,7,22
150:13,19
157:22 164:12
199:13,21
202:5,6 203:3
252:21 268:12
309:7 327:9
**testing** 14:14
**Texas** 2:18
**text** 164:12
**textbook** 65:16
118:12,16
119:1,2,5
128:8,16 129:5
130:11,16
131:12 132:9
153:24 155:2
159:2 163:5,7
163:21 168:24
184:2 208:22
209:2 216:17
**textbooks**
128:10 216:1
305:1
**thank** 12:7
14:21 40:4
48:23 61:12
88:2 103:11
110:16 154:3,9
159:13 191:18
205:13 217:11
228:3 241:11
255:16 279:24

322:15 325:9
326:2
**theory** 128:15
128:19 211:6
213:19
**thereof** 327:11
327:14
**thing** 11:6 98:10
157:24 176:21
178:1 179:1
185:21 203:5
205:19 226:5
233:25 237:1
258:5 275:25
277:17 281:25
325:4
**things** 9:18
12:11 25:6
30:22 62:4
84:7 148:7
161:22 179:13
213:7 214:19
220:25 230:3
233:14 257:1
289:7 301:3
316:8 322:6
325:24
**think** 8:17 13:11
16:13 18:23
20:22,24 25:7
25:24 29:20
33:7,25 36:8
36:17 37:7
39:15 44:9,21
46:19 47:22
48:20 50:8
57:3 65:22
66:14,18,23
67:7,8,14,21
68:7 70:25
71:20 89:4
92:23 96:9,23
103:21 104:3
113:1 114:16
120:4 125:10
125:11 126:24
131:9 132:22

Robert Kurman, M.D.

133:18,19,22
134:19 135:3
136:24 137:19
139:10,22
140:5,19
143:18 148:6
149:3,10,23
151:16 152:16
154:6 155:12
166:25 167:10
167:22 168:10
172:8 176:2
179:9,15
180:16,23
181:6 183:2,4
184:25 188:2
189:4,9 191:3
199:2,9 208:3
208:5,9 210:9
215:14 223:4
223:25 225:17
226:6 227:24
228:5 233:15
234:16 236:7
238:16,17
239:10 240:18
243:15 244:22
249:11 254:13
254:19 260:20
260:23,24,25
261:8 263:20
266:7,7 267:1
272:22,22
273:14 274:15
274:16,17,24
275:15 276:21
278:18,20
283:24 284:4
295:23 296:22
296:24 297:9
298:7,7,8
300:6,24
301:24 302:1
307:12,16
308:23 312:14
312:23 315:11
318:24 322:14

323:7,19 325:6
325:21
**thinking** 17:15
144:21 145:6
158:24
**third** 65:14
108:21 118:23
153:4 169:6
268:5,20
313:15
**thirty** 328:14
**thought** 24:21
37:4 45:13,25
46:7 54:11
57:1 100:1
109:20 112:20
116:10 174:10
182:7 212:2
214:2 231:11
259:10 266:24
267:2 275:11
279:10 316:2
320:11 323:2
**thousand** 74:25
245:5,7,9
246:1,4,13
**three** 12:13 14:7
80:17 92:3
161:22 169:1
192:14 193:12
231:20,24
257:16,24
260:21 292:7
297:2,16
304:25
**three-dimensi...**
111:13
**three-quarters**
302:9
**thresholds**
233:13
**throw** 50:10
**tie** 123:16
**time** 7:6 9:3,23
10:2,12 14:3
16:17 18:5,16
22:18 31:18

61:13,16 72:24
94:9 99:17
108:4 109:7
118:5,8 120:6
120:11,12,14
134:25 153:4
155:24 162:20
164:25 165:7
167:10 177:3
178:12,15
191:4 192:6
193:7 203:4,19
211:20 222:17
229:16 251:10
255:1,4 271:13
282:18 286:22
286:25 287:3
290:16 300:3,4
307:8 312:7
313:8,16,21
315:12,15
319:6 320:10
320:12,13
321:21 322:20
326:3 327:8,9
327:10
**times** 16:8,10
136:1 152:19
153:22 201:13
202:10 213:23
233:9 245:5,7
246:1,4,13
272:4
**Tiourin** 116:19
**tissue** 24:17,20
24:24 25:1,3,6
25:6,9,10,14
25:16,20 26:2
52:7 58:16
59:13 60:15
61:6 67:12
68:22 81:15
85:1 94:1,2
101:15 109:7
111:1,9 112:3
112:15,24
115:20 116:4

119:24 128:5
134:18 148:11
148:20 150:17
150:25 151:1,4
157:12 165:1,8
179:3,6 180:2
180:3 182:1,12
182:14,25
183:10,13
187:18,19
188:14,24
189:4,7,12,18
189:22 191:22
192:17 198:10
200:11,12
201:23 221:9
240:6,25 245:3
245:25 247:15
247:17,25
248:5,10 249:2
249:7,10
250:25 251:16
253:12 258:3
264:13 273:4,8
273:9,13,16,24
273:24,25
274:2,7,18,22
275:2 278:12
288:1,16,18
293:24 295:1
295:20 296:11
296:12 297:5
300:15,16
301:13,14,15
307:25 308:11
**tissues** 23:15
110:24 192:19
198:1,4 204:3
223:7 229:16
286:17 288:13
288:24 302:15
303:1 306:21
307:5 316:15
**title** 126:15
161:11 205:7
264:20,20
270:9 279:5

**Titled** 4:19 5:4,9
5:15,18,22 6:4
6:6
**today** 12:6 29:6
29:15 35:9
40:16,22 44:15
48:10 56:7
199:13 275:11
318:15 319:6,8
321:9 322:25
324:21
**today's** 7:5 39:2
**told** 17:2 57:1
67:21 133:18
202:8 203:8
**tool** 46:23 63:7
64:3,10
**top** 12:18 34:9
38:15 89:12,13
145:15 191:7
200:12 201:11
231:21,22
235:8 280:8,11
289:11 293:23
298:10 309:22
315:6
**topic** 20:11
21:12 23:1,5
33:8 161:21
253:24 270:24
**topics** 209:21
317:6 319:24
**totality** 210:8
323:18 325:5
325:14,18,19
**totally** 91:7
144:9 150:3
230:10 277:3
278:5 312:11
**touch** 35:5 310:7
**touched** 291:7
**towel** 201:6
**towels** 200:23
**track** 10:1
**tract** 5:13
107:24 118:14
164:3 255:11

Robert Kurman, M.D.

292:18 293:5
299:18 300:10
314:6,10
**trade** 12:7
**train** 15:11
**trained** 135:22
136:8
**training** 220:7
**transcribed**
327:11
**transcript**
327:11,12,23
328:14,15
**transcription**
330:5
**transformation**
87:16
**Translocation**
5:22 279:5,16
**transmigration**
308:24
**transmission**
26:19 93:25
291:12 300:15
**transmitted**
112:17 144:19
145:8
**transported**
112:24 113:2
**transports**
112:2
**trapped** 248:10
**Travis** 2:18
**treat** 105:7
261:19
**treated** 58:11
261:23 265:1
265:21 266:19
**treats** 227:8
**trees** 103:7
**tremolite** 89:18
104:14
**trial** 16:12 187:9
320:7
**trials** 16:15
230:7
**trick** 132:4

**trickle** 262:25
**tried** 29:10
36:18 51:2
204:20 209:23
**tries** 185:17
**trigger** 68:4
**trouble** 105:4
**true** 17:20 25:21
48:16 69:20
83:8 86:23
104:12 109:25
130:10 145:25
162:17 163:25
175:19 185:3
221:23 245:20
262:14 273:12
304:23,25
327:11
**truly** 305:19
307:3
**truth** 16:18,18
17:2,2
**try** 10:5 40:22
154:4 251:7
261:7 282:1
317:9
**trying** 33:17
47:5 53:22
86:19 103:7
128:13 132:4
150:12 223:5
245:21 253:3
319:19
**tubal** 38:10
113:16 114:2
114:18 115:4
115:24 116:2
116:21 117:7
117:16 120:8
123:4,6,21
125:6 128:1,5
129:18 130:4
130:14 135:14
136:3 138:3,25
139:14 140:5
140:14,16,22
141:9,10,14

142:23,25
143:17,24
144:1,16,23,24
145:1,5,22
146:17,20
147:12 179:16
179:22 180:7
180:16,17
181:18 316:23
316:24
**tube** 71:25 72:10
72:21 73:2
111:20 114:20
116:12,22
120:6,18,21
123:7,16
134:17,19
135:2,13,20,23
136:9,20 137:5
137:18,21,23
138:4,5,10,14
138:19 140:17
143:6 144:15
151:17,20,21
161:12 190:14
221:4 255:20
307:25 313:15
322:7
**Tuberculosis**
240:12
**tubes** 72:17
108:9,11 109:9
111:20 112:18
113:3 117:19
122:17 123:23
123:25 124:1
124:19 131:8
131:20,23
139:2 151:14
280:22 300:5
309:15 311:6,9
311:17 312:23
313:1,9
**Tucker** 3:4,8
7:22
**TUESDAY** 7:1
**tumor** 60:6,6

79:15 80:1,5
80:18 100:10
136:9,21 137:2
145:1 155:24
158:11 165:20
184:10 237:14
238:7 287:23
**tumors** 59:25
62:3 126:3,16
127:6 137:17
137:20 138:2
144:7,11,14
146:24 147:4,4
159:19 160:8
160:12 161:17
165:17 233:6
234:10 235:13
235:23 236:16
236:17 293:17
**turn** 103:24
121:18 193:4
195:16 197:21
267:14 289:11
**turning** 122:19
153:23
**twice** 8:17 153:3
**twisted** 75:25
176:2
**two** 41:18 54:13
54:19,20 55:1
80:17 92:3
100:16 102:4
118:17,24,25
122:4 156:23
172:19,21
173:4,23
174:21 178:5,8
192:14 217:23
217:25 224:10
224:10,11
230:3,6 231:14
231:20,24
233:25 234:1
234:13 242:10
242:14 257:1
263:25 265:17
271:17 278:24

290:14 318:4
322:17
**type** 50:18 51:7
51:9 52:17
53:15 54:17
55:7,7 58:3
59:6 60:11,14
63:1,5,14 64:2
64:20,25 68:23
69:14 70:21,22
71:9,11 73:10
73:11 82:3
85:17,22 95:10
96:8,11 100:1
137:17,20,24
138:2 141:18
160:8 161:16
162:6 164:23
165:9 167:17
178:22 212:1
254:11 257:7
257:11 271:24
**types** 53:20,24
54:13,19,20,21
55:1,9 59:8
61:21,24 62:7
67:18 80:17
84:20 90:2,9
90:11 102:1
114:2 269:18
293:17 322:11
**typical** 245:4
**typically** 27:2
52:23 63:6
72:16 123:6
147:23 151:24
153:13 154:17
187:19 188:14
219:21 261:19
262:12,23

---

**U**

**ubiquitous**
291:21
**uh-huh** 61:3
79:20 89:14
110:22 111:7

123:5 174:14
256:3,14
273:11 285:1
291:8
**UK** 92:9
**ultimately**
302:15 303:1
**unable** 243:4
307:3
**uncommon**
236:24 237:3
**uncontrolled**
86:14
**undergo** 71:17
**undergoes**
165:15
**undergone**
117:7
**underlined**
155:6
**underlying**
38:25
**underneath**
195:18 196:12
**undersigned**
327:7
**understand**
14:17,22 21:21
31:7 55:19,24
68:12 73:7
74:3 116:15
128:10 176:16
215:18 216:16
219:9 236:10
262:2 298:18
**understanding**
29:15 55:12,20
56:24 57:4
76:25 104:21
135:8 219:15
220:3 275:21
**Understood**
35:3
**underwent**
261:12
**Union** 3:3 7:23
**United** 1:1 7:9

74:21
**universe** 303:24
**university** 206:5
**unoccluded**
131:8
**unreasonable**
245:15
**unrecognizable**
147:25 152:1
153:15 154:18
**unrelated**
250:19
**unreliable** 55:22
56:5 57:2
**unsupported**
275:20
**unusual** 311:2
**Upjohn** 205:8
205:15,18,22
206:13,16
**upper** 194:5,14
194:23 280:17
**upstream**
119:15 135:2
**urinary** 79:17
79:20
**usage** 290:11
292:5 304:2
316:14
**use** 5:20 6:8
17:21 18:6,20
22:13,17 26:21
44:18 48:3,12
53:2 65:8 67:3
71:10 96:5
106:22 107:5
162:7 169:23
170:1,2,23
176:9,15
184:13 208:16
230:2 232:16
261:1,15
268:23 270:10
270:19 281:16
284:1 287:14
288:9 289:16
291:18 298:21

299:19 303:18
306:4
**users** 189:18
**uses** 49:18
170:17 174:12
176:14 311:25
**usual** 131:15
162:6
**usually** 52:22
112:20 123:12
272:13,18
**uterine** 111:8
158:19 160:3
160:17 161:25
162:8 163:3
164:17
**uterus** 108:5
111:4,14 116:5
121:8,11
123:11,20
125:14 132:15
132:19,22
133:8,19,20,21
134:4 280:21
294:12 300:5
311:5 312:22
312:25 313:7
313:24
**utilizing** 307:20

---

## V

**V** 111:6
**vagina** 5:23
108:6 158:19
160:3,17
161:25 162:8
163:3,15,24
164:17 279:6
279:16 280:18
294:12,22
300:2 309:2,13
310:3,5,9,14
310:15,21
311:1,11,14,21
312:4,13
313:19,20,24
314:8,16,25

315:1
**vaginal** 170:14
**valid** 29:1
221:11
**validate** 28:18
**validity** 307:6
**value** 223:9
**values** 218:8
**variety** 26:24
51:15 84:19
85:13 128:2
184:6,16
**various** 67:18
90:2 96:4
100:23,24
101:2 211:22
221:7 232:24
268:25 293:17
**vary** 123:13
**vast** 72:25,25
73:3,3
**vastly** 224:18
**Vegas** 1:14 7:1,8
**Venter** 280:6
**venture** 210:7
323:16
**vermiculite**
90:16
**versa** 234:22
**version** 207:25
**versus** 137:5
185:18 257:25
287:21
**vice** 234:22
**Victor** 264:7
**video** 7:3,7 8:5
61:13,16 118:5
118:8 178:12
178:15 255:1,4
286:25 287:3
315:12,15
326:3
**videographer**
3:18 7:5
**Videotaped** 1:12
4:15 11:17
**view** 44:23

129:1 130:23
324:25
**viewed** 104:8
165:13
**viewing** 210:7,8
210:8 323:17
323:18,18
**violating** 252:22
**virtually** 15:6
47:11 52:6
144:18 228:20
**virus** 99:12
100:1 170:9
**visible** 191:10
298:11
**visualized** 191:8
243:7
**vitro** 71:13 72:3
73:14
**void** 327:12
**volume** 4:23
103:15 262:24
263:3
**vulva** 294:23,23
310:6 311:13
314:19
**vulvar** 170:13

---

## W

**wait** 134:11
205:9,9,9,17
231:18,18,18
235:4,4 240:3
267:23,23,23
306:12,12,12
**want** 10:5 12:8
15:23,25 19:20
34:19 35:1
36:16 40:19,22
40:23 44:15
47:23 55:23,23
57:11 61:11
62:2 67:5
70:18 75:7
97:12,17,20,23
98:7,16,23
101:3,6 103:8

Robert Kurman, M.D.

| | | | |
|---|---|---|---|
| 110:12 115:9 | 44:23 46:7 | 285:14 313:22 | 257:17 289:9 | 87:8,14,24 |

110:12 115:9
118:1 124:15
125:24 127:21
130:12 131:25
132:5 153:9
160:21 166:22
168:11 171:2
173:21 191:4
192:3,6 193:13
195:4 197:16
202:14 213:6
219:6 222:16
224:1 225:4,6
225:8,18
227:13,18
230:25 231:9
241:9 245:19
255:14,23
257:1 271:12
273:21 276:1
280:25 282:5
286:22 297:21
303:17 323:6
**wanted** 16:1
  29:16 45:14
  57:17 130:13
  258:5
**wanting** 174:6
**wants** 10:24
  12:5
**War** 92:10
**warn** 263:21
**Washington**
  3:14
**wasn't** 19:23
  20:5 22:19
  62:11 129:6
  132:4 172:17
  203:6 212:12
  212:23 213:11
  262:19
**watched** 119:21
**water** 224:15
  230:2
**Watson** 206:16
**way** 9:3 12:24
  24:8 32:16

44:23 46:7
47:16 48:12
49:8,15 65:23
73:21 97:6,8
105:17 108:8
120:19,25
121:24 129:6
133:7,17 134:4
138:11,14,16
138:18 141:5
160:23 162:21
167:21 168:14
170:21 180:3
185:16 187:3
188:11,23
189:11,14
199:6 207:11
213:9 235:5
246:5 249:16
254:10 255:22
258:22 276:18
282:7 285:10
291:3 297:5
298:1 302:9
314:19 317:25
**ways** 120:13
  134:24 138:11
**wayside** 223:8
  308:13
**we'll** 73:8
  105:13
**we're** 33:16
  44:16 49:12
  53:19 54:3
  58:4 60:5
  71:22 98:6
  118:19 127:16
  127:22 128:11
  128:13 140:24
  141:2,5 145:6
  147:11 148:2
  158:14 159:19
  159:20 165:21
  174:11 218:22
  233:2,2 237:20
  245:23 253:24
  258:22 280:6

285:14 313:22
**we've** 8:17 40:21
  43:21 100:23
  120:18 129:10
  129:12 139:7
  144:21 146:13
  150:20 152:9
  152:10,13
  155:19 209:23
  221:1 223:16
  232:18,23
  239:21 244:24
  299:3 308:8
  315:20,25
  318:15
**weaker** 232:7
  305:22
**website** 75:14
**weeds** 44:14
**week** 156:22
**weeks** 156:23
**Wehner** 5:23
  279:4,6,19
  280:7,9,9,10
  280:12,15
  282:19 283:22
**weigh** 316:7
**weighing** 315:19
  315:23
**Welch** 20:16,19
  21:11,22 199:7
  250:3 300:18
**welcome** 31:16
**well-defined**
  242:14
**well-formed**
  165:17
**well-recognized**
  119:10
**Weller** 279:19
**went** 15:19
  250:4 289:8
  294:11 316:2
**weren't** 19:4
  37:6 41:22
  44:12 234:16
  236:23 251:1

257:17 289:9
298:9
**Westhoff** 93:21
**whatsoever**
  304:19
**wheelhouse**
  102:5
**white** 197:19,19
**William** 20:16
  199:6
**wish** 303:20
  304:12,13
**wishy-washy**
  175:14
**withdrew**
  211:22
**witness** 4:3 8:6,9
  10:10 11:22
  12:9 16:25
  17:23 18:8,15
  18:22 19:7,16
  20:2 21:11
  22:16 23:14
  26:14 28:23
  29:14 30:18
  35:4,21 36:2,7
  41:13 42:2,4
  43:9 44:3,11
  45:7,19 46:3
  46:13 47:3,9
  48:3 49:11
  50:23 52:15,20
  53:8 54:3,17
  55:6 56:2,12
  56:21 59:4,20
  60:19 61:10
  62:10,18,25
  63:18 64:6,13
  65:4 67:25
  68:7,19 69:7
  69:20 70:12
  71:3,20 72:12
  73:13 74:8,17
  75:7 77:3 78:3
  81:7,25 82:13
  83:10,24 84:18
  85:12 86:16,21

87:8,14,24
88:6,16,22
90:8,22 91:6
91:15 93:9
94:5,19 95:16
96:2 97:15
99:3,5 100:22
101:10,18
102:14,17
106:8 107:18
108:14 109:16
110:17 112:10
113:5,22 114:4
117:9,22,25
118:2 120:24
122:10 124:4
125:10 127:1
128:22,24
129:9,22
130:21 131:1
132:18 133:1
133:24 134:11
136:1,23 137:7
138:7,22 139:7
139:17 140:2
140:24 141:12
141:24 142:9
142:18 143:2,8
143:16 146:3
146:15,23
147:16 148:2
149:8,23
150:20 152:4
153:17 154:6,8
155:4 156:3,14
156:21 157:6
157:16,23
158:13,23
161:3,7 162:14
163:7 164:7,22
165:4,12 166:4
167:18 168:3,5
168:7,18
170:13,20
171:18 172:12
172:24 173:7
174:1,22

Golkow Litigation Services - 877.370.DEPS

Robert Kurman, M.D.

175:12 176:2
176:15,24
177:11,16
178:1,8 179:13
180:11,25
181:8,21 182:1
182:10,17
183:15,23
184:16,25
185:5,12,20
186:6,17 187:2
187:21 188:20
189:3 190:1,12
191:5 192:3
193:9 194:20
197:12 199:23
200:9 201:9,19
202:8,19
203:11,25
204:17 205:2
205:12 207:5
207:16 208:6,9
208:18 209:23
210:5,16,22
211:8 212:8
213:1,6,14,24
214:10,16
215:12 216:13
216:19 218:14
219:2,11,17,24
221:20 226:15
227:12 229:14
229:23 230:9
230:21 231:9
232:23 234:10
237:13,25
238:15 239:6
240:20 244:22
245:9 246:3
247:9,22 248:3
250:7 251:5,20
253:6,18 254:4
254:13,19,25
257:11 258:14
258:20 259:5
259:10 260:10
261:23 262:6

262:19 263:3,9
263:16 265:16
268:17 269:9
269:16 272:6
272:22 275:6
276:8,10,17
278:1,22 281:6
281:12 282:13
283:5,16 284:4
284:12 289:5
290:9 291:2
292:14 293:3
294:7,19 295:9
295:22 296:14
297:8,20
299:15 300:22
300:24 301:20
302:1 303:4
304:5,16 305:4
305:10,19
307:2,19
308:17 309:8
309:18 310:13
311:23 312:6
313:3,11,18
314:14,23
316:2,10 317:8
317:23 318:17
318:24 319:10
320:6 321:15
321:21 322:9
322:18 327:9,9
327:14 328:1
**witnessed** 122:7
**witnesses** 12:22
**woman** 52:1
120:6 134:23
277:14 292:3
311:25
**woman's** 107:24
120:10 123:22
305:7,16
**women** 58:13
77:25 78:12
92:5,9,13,15
93:15 94:13
108:3,10

112:16 117:6
121:6,8,10,12
121:14,16
122:4,4,4,23
122:25 123:1
131:7,9,22
152:10,12
155:25 169:11
208:15 233:4
289:20,23
290:2,4 291:13
298:4 300:4,15
301:8,8 311:7
311:10 313:1
**wondered** 204:1
**wondering**
203:11 204:9
**Woodruff** 15:16
15:24
**word** 48:1,9
67:3,23 172:5
174:12 184:13
193:22 204:11
204:11 242:15
242:17
**words** 19:20
25:24 110:9
130:23 153:21
162:7 163:17
265:23 296:11
**work** 15:11 30:9
207:3 298:19
**worked** 92:17
**working** 118:19
215:9,10
290:16,17
**workplace** 92:7
**works** 27:2
**world** 47:24
74:20,23 92:10
**worried** 231:19
**wouldn't** 31:4
58:15 129:5
157:4 163:5
178:5 179:10
179:25 185:25
189:1,23

197:14 212:11
212:11 215:7
235:24 312:3
**wrap** 58:21
**write** 11:8 17:15
109:22 154:12
196:15 197:24
214:21 303:14
**writing** 167:6
**written** 37:17
38:22 129:5
135:17 155:2
161:1 168:22
184:2 217:13
266:8,21
324:22
**wrong** 100:7
148:24 150:3
168:14 199:1,2
199:9,15
202:25 222:5
222:24 223:7
223:23 240:16
250:22 308:20
**wrote** 17:9 19:2
38:10 43:4
147:13 163:4
199:24 254:21
**Wyeth** 205:23
206:16

---

**X**

**X** 4:1,10 5:1 6:1
**x-ray** 288:3

---

**Y**

**yeah** 12:24
20:21 25:17
33:21 34:8
42:2 60:25,25
63:10 89:6
93:22 94:11
102:7,23 104:4
106:15 107:10
110:6 111:3
118:2 120:24
123:9 131:10

132:3 145:19
149:13 153:21
156:9 157:12
160:21,21
162:22,24
166:8 172:16
177:21 191:3
195:6,15
197:18 199:11
200:20 207:12
215:25 216:15
217:19 228:15
230:17 231:4
233:20 241:14
242:19 244:8
246:12 247:9
247:19 248:15
248:22 252:4,9
256:3 258:18
259:10 266:10
272:6,17 276:3
277:7 278:17
279:8 281:7
293:3,21 296:5
297:22 298:15
298:17 300:21
300:22 306:14
**year** 154:5 286:3
**years** 9:6 15:14
41:8 59:21
65:11 99:9
135:10 151:3
155:22 156:18
156:19 157:20
234:14,15
237:5 239:2
244:3 259:22
**Yep** 243:1
**yesterday** 11:14
11:22,23 13:21
13:24 31:11
32:2 37:18,21
43:23 75:19
**yield** 306:9,16
306:17

---

**Z**

Robert Kurman, M.D.

**Zellers** 3:4 8:1,1
  326:2
**zero** 100:4

---

**0**

**0.02** 311:12
  313:21
**02210** 2:13
**03** 206:1

---

**1**

**1** 4:12 10:15,19
  12:14 79:10,11
  79:22 80:4,15
  137:17,20
  160:8 161:16
  188:15 189:22
  191:15 193:1
  194:8,23,25
  205:17 299:2
  311:11
**1-** 191:25 192:15
  195:9 200:4
**1.3** 205:16
  290:22 291:2
**1:02** 118:8
**10** 4:12 5:15
  188:15,24
  189:22 191:15
  193:1 264:2
  299:2
**10-micron**
  191:25 192:16
  245:4
**10:31** 61:13
**10:53** 61:16
**100** 1:13 245:13
**100C** 4:23
  103:15
**102** 4:22
**106** 240:14,15
**108** 240:13
  241:1,4
**11** 4:14 5:18
  195:17,21
  228:8 269:24
  270:3 302:4

**11:59** 118:5
**1100** 3:9
**12** 5:22 32:7
  33:25 34:7
  184:2 214:20
  267:15,16,17
  271:15 279:12
  279:15
**1216** 5:14
**1218** 5:14
**127** 5:14
**13** 6:4 67:2
  168:21 283:7
  302:7
**1301** 5:8
**14** 6:6 32:10
  126:2,3 153:25
  159:2,14
  231:16 235:1
  255:19 306:13
  306:14 321:4
**1410** 2:12
**15** 10:10 32:11
  32:11 39:1
  99:9 204:11,17
**15:14:19** 322:20
**1560** 1:14
**16** 36:10,11
  236:7 237:7
  240:4
**16-2738** 1:6
**18** 145:13,14
  194:2,22
**19** 2:8
**190** 5:4
**190,000** 207:1
**19103-6996** 2:22
**1960s** 99:25
**1965** 74:15
**1985** 280:12
  283:22
**1991** 283:22
**1993** 205:20
**1995** 205:20
  280:13 283:17
**1999** 319:5

---

**2**

**2** 1:10 4:14 7:1
  11:11,15,20,21
  12:12 38:14
  42:25 100:1
  138:2 266:10
  266:25 289:11
**2:15** 178:12
**2:34** 178:15
**20** 236:9 250:17
  273:3 330:15
**200** 245:10
**2000** 2:21
**20004-1454** 3:14
**2007** 276:12
  277:9,10
  285:11,13,17
  286:4 291:24
  292:10,20
  293:14,19,20
**2009** 77:9 89:2,8
  89:9 91:22
**2011** 132:9
  154:6 155:9,19
  162:18 208:20
**2012** 102:20
  103:6
**2014** 65:17
**2015** 18:17 23:4
  207:1 320:9,20
**2017** 211:21
**2018** 290:16
**2019** 1:10 7:1,6
  72:24 92:1
  155:10 276:25
  319:6 322:5
**202** 3:15
**207-0600** 2:13
**213** 3:6
**215** 2:22
**216** 3:10 5:8
**218** 2:5
**22** 280:11
  287:23 293:16
  310:23
**227-8008** 2:19

**23** 32:13 160:11
**230** 103:24
  104:2
**231** 104:3
**232** 105:14
**24** 291:13
**241** 5:9
**25** 74:24 208:14
**255** 5:12
**264** 5:15
**269** 5:18
**269-2343** 2:6
**27** 5:8 217:14
**274,000** 206:2
**279** 5:22
**28** 208:14
**283** 6:4
**285** 154:1
**287** 161:3,5,9
**2nd** 7:6

---

**3**

**3** 4:18 75:10,13
  191:7,18,19
  193:5,16,23,25
  194:1,21 242:5
  298:10 299:5
**30** 41:9,14
  156:22 210:13
  281:2,6,15
  290:19,25
  311:9 324:5
  328:14
**314,540** 205:20
**321** 6:6
**322** 4:6
**325** 4:5
**334** 2:6
**3400** 2:18
**36104** 2:5
**37** 311:11
**376** 5:13 255:24

---

**4**

**4** 4:19 78:24
  79:2 193:17
**4:05** 255:1

**4:20** 255:4
**40** 9:6 59:21
  65:11 151:3
**40-year** 133:4
**42nd** 3:5
**430-3400** 3:6
**44113-7213** 3:9
**4497** 1:16
  327:19
**45** 280:18
  281:15
**45-day** 281:2
**454** 89:12
**463-2400** 3:15

---

**5**

**5** 4:22 103:2,5
  188:16,24
  194:8 195:1
  245:25 247:3
  249:15
**5-** 245:3
**5-micron** 188:15
  195:9 200:4
  246:7,18
  257:18
**5:02** 286:25
**5:22** 287:3
**5:59** 315:12
**50** 215:21 311:6
  312:25
**50-50** 263:20
**500** 245:10
**515** 3:5
**53** 160:10
**539** 5:13
**540** 5:14
**58** 205:12
**59,000** 205:23
**592-5000** 3:10

---

**6**

**6** 5:4 135:4
  190:17 204:22
  206:10 267:12
  267:13 285:25
  286:8,9

Robert Kurman, M.D.

**6:10** 315:15
**6:23** 326:3,5
**600** 2:18
**617** 2:13
**642** 131:14
**648** 5:14
**681** 126:10
  127:19,19
**682** 159:12
**685** 153:23
  154:2,3

---
**7**
---

**7** 5:8 216:25
  217:4,10
**70s** 23:1 64:9
  99:25
**713** 2:19
**720-1288** 2:9
**720-1292** 2:10
**75** 4:18
**77002** 2:18
**78** 4:19

---
**8**
---

**8** 4:5 5:9 241:10
  241:16
**80** 114:11 169:7
  245:13
**80s** 99:25
**877.370.3377**
  1:19

---
**9**
---

**9** 5:12 32:8
  108:17,20
  115:1 193:4,12
  193:18,20,21
  255:7,12
**9:26** 1:15 7:2,6
**90** 108:10 131:7
  131:12,22
**90071-2223** 3:6
**917.591.5672**
  1:19
**92660** 2:9
**93** 205:23

**949** 2:9,10
**95** 161:17
  240:17
**950** 3:9
**975** 3:14
**98** 205:23
**988-2706** 2:22
**99** 206:1