# Exhibit E

**Weill Cornell Medicine**
Samuel J. Wood Library

**WCMC Library / LibGuides / Evidence-Based Medicine / EBM Defined**

# Evidence-Based Medicine: EBM Defined

Search this Guide Search

**EBM Defined** **Steps in EBM** **Background Questions** **PICO & Question Types**
**Study Types** **Levels of Evidence** **Critical Appraisal** **Recent EBM Publications**
**PubMed Tutorials** **Test Your Knowledge** **Health, Illness and Disease - Small Groups**

**Definition**

## Evidence-based Medicine

Evidence-based medicine requires the integration of the best research evidence with our clinical expertise and our patient's unique values and circumstances. (Straus SE, et al. Evidence-based medicine. 2005.)

EXHIBIT
Holcomb-17
Date: 3-27-19
MLG, CSR, RPR, CRR

Cochrane Systematic Reviews
Other SRs & Meta-Analyses
Evidence Guidelines
Evidence Summaries
RCTs Case Cohorts, Control Studies
Clinical Research Critiques
Other Reviews of the Literature
Case Reports, Case Series, Practice Guidelines, etc.
Clinical Reference Texts

Pyramid modified by University of Washington Health Sciences Library from: *Navigating the Maze*, University of Virginia Health Sciences Library

**Subject Guide**

**Judy Stribling**

**Selected Resources**

- HID EBM Master Worksheet
- HID EBM Cheat Sheet
- EBM Cheat Sheet
- JAMAevidence
- Master Worksheet
- PubMed Basics Tipsheet
- Searching PubMed with MeSH
- CASP
- Students 4 Best Evidence

**Last Updated:** Feb 27, 2019 8:57 AM | **URL:** https://med.cornell.libguides.com/ebm | Print Page Login to LibApps

**Subjects: Evidence-Based Practice** **Tags: ebm, evidence based medicine**

