# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION This Document Relates To All Cases | MDL Docket No. 2738 |

**THIS MATTER** having been brought before the Court on motion by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., f/k/a Johnson & Johnson Consumer Companies, Inc. (collectively, the "Johnson & Johnson Defendants") for an Order granting Defendants' Omnibus Motion to Exclude the Opinions of Plaintiffs' Experts on the issue of General Causation, and the Court having considered the moving papers and opposition thereto; and having considered the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____, 2019,

**ORDERED** that the Johnson & Johnson Defendants' Omnibus Motion to Exclude the Opinions of Plaintiffs' Experts on the issue of General Causation be and hereby is **GRANTED**.

_____
Hon. Freda L. Wolfson, U.S.D.J.