UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATION OF MICHELLE A. PARFITT, ESQ.**

Michelle A. Parfitt, Esq., hereby certifies as follows:

1. I am an attorney at law and member of the law firm of Ashcraft & Gerel, LLP. I was appointed as Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2. I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Defendants' Epidemiology Experts Karla Ballman, Ph.D., Christian Merlo, M.D., MPH, Gregory Diette, M.D., MHS, and Jonathan Borak, M.D., DABT.

3. Attached hereto as Exhibit 1 is a true and correct copy of Rothman, K.J., Six Persistent Research Misconceptions, 29 J. Gen. Internal Med. 1060 (2014).

4. Attached hereto as Exhibit 2 is a true and correct copy of Amrhein, et al., *Retire Statistical Significance*, 567 Nature 305 (2019).

5.     Attached hereto as Exhibit 3 is a true and correct copy of the Report of Karla Ballman, PhD, dated February 25, 2019.

6.     Attached hereto as Exhibit 4 is a true and correct copy of the Deposition of Karla Ballman, PhD, dated March 22, 2019.

7.     Attached hereto as Exhibit 5 is a true and correct copy of Deposition Exhibit 10C from the Deposition of Karla Ballman, PhD, dated March 22, 2019.

8.     Attached hereto as Exhibit 6 is a true and correct copy of the Report of Christian Merlo, MD, PhD, dated February 25, 2019.

9.     Attached hereto as Exhibit 7 is a true and correct copy of the Deposition of Christian Merlo, MD, PhD, dated April 18, 2019.

10.    Attached hereto as Exhibit 8 is a true and correct copy of the Report of Gregory Diette, MD, MHS, dated February 25, 2019.

11.    Attached hereto as Exhibit 9 is a true and correct copy of the Deposition of Gregory Diette, MD, MHS, dated April 9, 2019.

12.    Attached hereto as Exhibit 10 is a true and correct copy of the Report of Jonathan Borak, MD, DABT, dated February 25, 2019.

13.    Attached hereto as Exhibit 11 is a true and correct copy of the Deposition of Jonathan Borak, MD, DABT, dated April 1, 2019.

14. Attached hereto as Exhibit 12 is a true and correct copy of Hill, The Environment and Disease: Association or Causation?, 58 Proc. Royal Soc'y Med. 295 (1965).

15. Attached hereto as Exhibit 13 is a true and correct copy of Cramer, et al., *Ovarian Cancer and Talc: A Case-Control Study*, 50 Cancer 372 (1982).

16. Attached hereto as Exhibit 14 is a true and correct copy of Hartge, et al., *Talc and Ovarian Cancer*, 250 JAMA 1844 (1983).

17. Attached hereto as Exhibit 15 is a true and correct copy of Whittemore, et al., *Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer*, 128 Am. J. Epidemiology (1988).

18. Attached hereto as Exhibit 16 is a true and correct copy of Harlow, et al., *A Case –Control Study of Borderline Ovarian Tumors: the Influence of Perineal Exposure to Talc*, 130 Am. J. Epidemiology 390 (1989).

19. Attached hereto as Exhibit 17 is a true and correct copy of Booth, *Risk Factors for Ovarian Cancer: a Case-Control Study*, 60 Brit. J. Cancer 592 (1989).

20. Attached hereto as Exhibit 18 is a true and correct copy of Harlow, et al., *Perineal Exposure to Talc and Ovarian Cancer Risk*, 80 Obstetrics & Gynecology 19 (1992).

21.     Attached hereto as Exhibit 19 is a true and correct copy of Hartge, et al., *Occupation and Ovarian Cancer: A Case-Control Study in the Washington, DC, Metropolitan Area, 1978-1981*, J. Occupational Med. 924 (1994).

22.     Attached hereto as Exhibit 20 is a true and correct copy of Rosenblatt, et al., *Mineral Fiber Exposure and the Development of Ovarian Cancer* 45 Gynecologic Oncology 20 (1992).

23.     Attached hereto as Exhibit 21 is a true and correct copy of Chen, et al., *Risk Factors for Epithelial Ovarian Cancer in Beijing, China*, 21 Int'l J. Epidemiology 23 (1992).

24.     Attached hereto as Exhibit 22 is a true and correct copy of Tzonou, et al., *Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer*, 55 Int'l J. Cancer 408 (1993).

25.     Attached hereto as Exhibit 23 is a true and correct copy of Purdie, et al., *Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: an Australian Case-Control Study*, 62 Int'l J. Cancer 678 (1995).

26.     Attached hereto as Exhibit 24 is a true and correct copy of Shushan, et al., *Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer,* 65 Fertility & Sterility 13 (1996).

27. Attached hereto as Exhibit 25 is a true and correct copy of Green, et al., *Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer*, 71 Int'l J. Cancer 948 (1997).

28. Attached hereto as Exhibit 26 is a true and correct copy of Chang et al., *Perineal Talc Exposure and Risk of Ovarian Carcinoma*, 79 Cancer 2396 (1997).

29. Attached hereto as Exhibit 27 is a true and correct copy of Cook, et al., *Perineal Powder Exposure and the Risk of Ovarian Cancer*, 145 Am. J. Epidemiology 459 (1997).

30. Attached hereto as Exhibit 28 is a true and correct copy of Godard, et al., *Risk Factors for Familial and Sporadic Ovarian Cancer Among French Canadians: a Case-Control Study*, 179 Am. J. Obstetrics & Gynecology 403 (1998).

31. Attached hereto as Exhibit 29 is a true and correct copy of Cramer, et al., *Genital Talc Exposure and Risk of Ovarian Cancer*, 81 Int'l J. Cancer 351 (1999).

32. Attached hereto as Exhibit 30 is a true and correct copy of Wong, et al., *Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: a Case-Control Study*, 93 Obstetrics & Gynecology 372 (1999).

33. Attached hereto as Exhibit 31 is a true and correct copy of Ness, *Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer*, 11 Epidemiology 111 (2000).

34. Attached hereto as Exhibit 32 is a true and correct copy of Mills, et al., *Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California*, 112 Int'l J. Cancer 458 (2004).

35. Attached hereto as Exhibit 33 is a true and correct copy of Pike, et al., *Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study*, 82 Fertility & Sterility 186 (2004).

36. Attached hereto as Exhibit 34 is a true and correct copy of Jordan, et al., *Risk Factors for Benign Serous and Mucinous Epithelial Ovarian Tumors*, 109 Obstetrics & Gynecology 647 (2007).

37. Attached hereto as Exhibit 35 is a true and correct copy of Merritt, et al., *Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer*, 122 Int'l J. Cancer 170 (2008).

38. Attached hereto as Exhibit 36 is a true and correct copy of Gates, et al., *Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer*, 17 Cancer Epidemiology Biomarkers Prev. 2436 (2008).

39. Attached hereto as Exhibit 37 is a true and correct copy of Moorman, et al., *Ovarian Cancer Risk Factors in African-American and White Women*, 170 Am. J. Epidemiology 598 (2009).

40. Attached hereto as Exhibit 38 is a true and correct copy of Wu, *Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County*, 124 Int'l J. Cancer 1409 (2009).

41. Attached hereto as Exhibit 39 is a true and correct copy of Rosenblatt, et al., *Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer*, 22 Cancer Causes Control 737 (2011).

42. Attached hereto as Exhibit 40 is a true and correct copy of Kurta, et al., *Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a U.S.-Based Case-Control Study*, 21 Cancer Epidemiology Biomarkers Prev. 1282 (2012).

43. Attached hereto as Exhibit 41 is a true and correct copy of Wu, *African-Americans and Hipsanics Remain at Lower Risk of Ovarian Cancer than Non-Hispanic Whites After Considering Non-Genetic Risk Factors and Oophorectomy Rates*, 24 Cancer Epidemiology Biomarkers Prev. 1094 (2015).

44. Attached hereto as Exhibit 42 is a true and correct copy of Cramer, et al., *The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US* States, 27 Epidemiology 334 (2016).

45. Attached hereto as Exhibit 43 is a true and correct copy of Schildkraut, et al., *Association Between Body Powder Use and Ovarian Cancer: The African American Epidemiology Study (AACES)*, 25 Cancer Epidemiology Biomarkers Prev. 1411(2016).

46. Attached hereto as Exhibit 44 is a true and correct copy of Terry, et al., *Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 85, 25 Cases and 9,859 Controls*, 6 Cancer Prev. Research 811 (2013).

47. Attached hereto as Exhibit 45 is a true and correct copy of Gertig, et al., *Prospective Study of Talc Use and Ovarian Cancer*, 92 J. Nat'l Cancer Inst. 249 (2000).

48. Attached hereto as Exhibit 46 is a true and correct copy of Gates, et al., *Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype*, 171 Am. J. Epidemiology 45 (2010).

49. Attached hereto as Exhibit 47 is a true and correct copy of Houghton, et al., *Perineal Powder Use and Risk of Ovarian Cancer*, 106 J. Nat'l Cancer Inst. (2014).

50. Attached hereto as Exhibit 48 is a true and correct copy of Gonzalez, et al., *Douching, Talc Use, and Risk of Ovarian Cancer*, 27 Epidemiology 797 (2016).

51. Attached hereto as Exhibit 49 is a true and correct copy of Gross, et al., *A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer*, 5 J. Exposure Analysis & Envtl. Epidemiology 181 (1995).

52. Attached hereto as Exhibit 50 is a true and correct copy of Huncharek, et al., *Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: a Meta-Analysis of 11, 933 Subjects from Sixteen Observational Studies*, 23 Anticancer Research 1955 (2003).

53. Attached hereto as Exhibit 51 is a true and correct copy of Huncharek, et al., *Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: a Meta-Analysis of Nine Observational Studies*, 16 Eur. J. Cancer Prev. 422 (2007).

54. Attached hereto as Exhibit 52 is a true and correct copy of Langseth, et al., *Perineal Use of Talc and Risk of Ovarian Cancer*, 62 J. Epidemiology Comm. Health 358 (2008).

55. Attached hereto as Exhibit 53 is a true and correct copy of Berge, et al., *Genital Use of Talc and Risk of Ovarian cancer: a Meta-Analysis*, 27 European J. Cancer Prev. 248 (2018).

56. Attached hereto as Exhibit 54 is a true and correct copy of Penninkilampi, et al., *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis*, 29 Epidemiology 41 (2018).

57. Attached hereto as Exhibit 55 is a true and correct copy of the Expert Report of Jack Siemiatycki, MSc, PhD, Unpublished, dated November 16, 2018.

58. Attached hereto as Exhibit 56 is a true and correct copy of the Expert Report of Rebecca Smith-Bindman, M.D., Unpublished, dated November 16, 2018.

59. Attached hereto as Exhibit 57 is a true and correct copy of Taher, et al, *Systematic Review and Meta-Analysis of the Association Between perineal Use of talc and Risk of Ovarian Cancer*, Unpublished Manuscript (2018).

60. Attached hereto as Exhibit 58 is a true and correct copy of Narod, *Talc and Ovarian Cancer*, 141 Gynecologic Oncology 410 (2016).

61. Attached hereto as Exhibit 59 is a true and correct copy of Draft Screening Assessment, Talc, Environment and Climate Change Canada, Health Canada, December 2018.

62. Attached hereto as Exhibit 60 is a true and correct copy of the curriculum vitae of Karla Ballman, PhD.

63. Attached hereto as Exhibit 61 is a true and correct copy of Wasserstein, et al., *Moving to a World Beyond "p<.05"*, 73 The American Statistician 1 (Supp. 1 2019).

64. Attached hereto as Exhibit 62 is a true and correct copy of Deposition Exhibit 19 from the Deposition of Gregory Diette, MD, MHS, dated April 9, 2019.

65. Attached hereto as Exhibit 63 is a true and correct copy of Wassertein et al., *The ASA's Statement on p-Values: Context, Process, and Purpose*, 70 The American Statistician 129 (2016).

66. Attached hereto as Exhibit 64 is a true and correct copy of excerpts from Rothman, et al., *Modern Epidemiology* (3d ed., 2008).

67. Attached hereto as Exhibit 65 is a true and correct copy of excerpts from Oleckno, *Epidemiology: Concepts and Methods* (2008).

68. Attached hereto as Exhibit 66 is a true and correct copy of excerpts from Borenstein, et al., *Introduction to Meta-Analysis* (2009).

69. Attached hereto as Exhibit 67 is a true and correct copy of Nat. Health & Medical Res. Council, *NHMRC Levels of Evidence and Grades for Recommendations for Developers of Guidelines* (2009).

70. Attached hereto as Exhibit 68 is a true and correct copy of Burns, et al, *The levels of Evidence and their role in Evidence-Based Medicine*, Plastic Reconstruction Surg. 2011:128(1) 305-10.

71. Attached hereto as Exhibit 69 is a true and correct copy of Vandenbroucke, *Observational research and evidence-based medicine: what should we teach young physicians?*, 51 J. Clinical Epidemiology 467–72 (1998).

72. Attached hereto as Exhibit 70 is a true and correct copy of Rothman, et al. *Interpretation of Epidemiologic Studies on Talc and Ovarian Cancer* (Nov. 28, 2000), IMERYS 209695.

73. Attached hereto as Exhibit 71 is a true and correct copy of excerpts from Gordis, *Epidemiology* (5th ed. 2013).

74. Attached hereto as Exhibit 72 is a true and correct copy of Tao, et al., *Weight of Evidence: General Principles and Current Applications at Health Canada*, Health Canada (2018).

75. Attached hereto as Exhibit 73 is a true and correct copy of CDC Lesson 1: Introduction to Epidemiology (2012).

76. Attached hereto as Exhibit 74 is a true and correct copy of excerpts from Siemiatycki, *Risk factors for Cancer In The Workplace* (1991).

77. Attached hereto as Exhibit 75 is a true and correct copy of Deposition Exhibit 26 from the Deposition of Karla Ballman, PhD, dated March 22, 2019.

78. Attached hereto as Exhibit 76 is a true and correct copy of Deposition Exhibit 37 from the Deposition of Christian Merlo, MD, PhD, dated April 18, 2019.

79. Attached hereto as Exhibit 77 is a true and correct copy of van Reekum, et al., *Applying Bradford Hill's criteria for causation to neuropsychiatry: Challenges and opportunities*, J. Neuropsychiatry Clin. Neurosci. 13, 318-325 (2001).

80. Attached hereto as Exhibit 78 is a true and correct copy of Henderson, et al., *Talc and Carcinoma of the Ovary and Cervix*, 78 Br. J. Obstetrics Gynecology 266 (1971).

81. Attached hereto as Exhibit 79 is a true and correct copy of Heller, et al., *The Relationship Between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden*, Am. J. Obstetrics Gynecology 1508 (1996).

82. Attached hereto as Exhibit 80 is a true and correct copy of Gordon, et al., *Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women*, 20 Int'l J. Occupational Environ. Health 318 (2014).

83. Attached hereto as Exhibit 81 is a true and correct copy of Rehman, et al., *Determination of Toxic Heavy Metals in Different Brands of Talcum Powder*, 2 Int'l J. Applied Natural Sciences 45 (2013).

84. Attached hereto as Exhibit 82 is a true and correct copy of Fletcher, et al., *Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer*, 20 Reproductive Sciences 1 (2019).

85. Attached hereto as Exhibit 83 is a true and correct copy of National Cancer Institute, *Ovarian, Fallopian Tube and Primary Peritoneal Cancer Prevention (PDQ®)-Health Professional Version*, dated March 15, 2019.

86. Attached hereto as Exhibit 84 is a true and correct copy of the Rule 26 Expert Report of Patricia G. Moorman, MSPH, PhD, dated November 16, 2018.

87. Attached hereto as Exhibit 85 is a true and correct copy of the Deposition of Patricia G. Moorman, dated January 25, 2019.

88. Attached hereto as Exhibit 86 is a true and correct copy of the Deposition of Jack Siemiatycki, MSc, PhD, dated January 31, 2019.

89. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: May 7, 2019                     */s/ Michelle A. Parfitt*
                                       Michelle A. Parfitt