Exhibit 17

Br. J. Cancer (1989), 60, 592–598

© The Macmillan Press Ltd., 1989

# Risk factors for ovarian cancer: a case−control study

M. Booth[1], V. Beral[3] & P. Smith[2]

[1]Epidemiological Monitoring Unit and [2]Tropical Epidemiology Unit, Department of Epidemiology & Population Sciences, London School of Hygiene and Tropical Medicine, Keppel Street (Gower Street), London WC1E 7HT, UK; and [3]Imperial Cancer Research Fund, Epidemiology & Clinical Trials Unit, Radcliffe Infirmary, Oxford OX2 6HE, UK.

**Summary** A hospital-based case−control study of ovarian cancer was conducted in London and Oxford between October 1978 and February 1983. Menstrual characteristics, reproductive and contraceptive history and history of exposure to various environmental factors were compared between 235 women with histologically diagnosed epithelial ovarian cancer and 451 controls. High gravidity, hysterectomy, female sterilisation and oral contraceptive use were associated with a reduced risk of ovarian cancer. Infertility and late age at menopause were associated with an increase in risk. While these factors were related, they were each found to be independently associated with ovarian cancer risk after adjusting for the effect of the other factors.

While results from recent case−control studies have consistently shown that multiparity and oral contraceptive use are associated with a reduced risk of ovarian cancer, the association of the cancer with other reproductive, hormonal and related factors such as age at menopause, history of hysterectomy or use of oestrogen replacement therapy is less clear. We have conducted a hospital-based case−control study in London and Oxford which was designed to investigate the independent contributions of reproductive history and contraceptive use to ovarian cancer risk. In particular, it was planned to attempt to segregate out the effect on risk of infertility from that of voluntary limitation of family size. The association between ovarian cancer and other possible aetiological agents was also examined.

## Subjects and methods

Between October 1978 and February 1983 five interviewers identified and questioned women with a diagnosis of ovarian cancer and women selected as controls at 13 hospitals in London and two in Oxford. A standard questionnaire was used to obtain information on reproductive and menstrual history and on exposure to various substances such as exogenous oestrogens, cigarettes and talc. A month by month record was made of the specific contraceptive methods used by each woman between the ages of 16 and 45 years, or, if under 45 years, up to the time of diagnosis (cases) or interview (controls). The methods were classified as sheaths, diaphragms, intrauterine devices, oral contraceptives or 'other methods' (spermicides, rhythm and coitus interruptus). Women who reported using a contraceptive diaphragm were asked if they had stored it in talc. Also recorded were months during which a woman was not using contraception due to sexual abstinence, pregnancy, menopause or because she or her partner had been sterilised. The other months when a woman reported using no method of contraception although sexually active have been classified as months of 'unprotected intercourse'. The total duration of use of each contraceptive method, of any contraceptive method, of unprotected intercourse and of pregnancy were computed for each woman.

The study was confined to women aged less than 65 years whose diagnosis of ovarian cancer had been made within two years of interview. A total of 280 cases were interviewed and pathological specimens were histologically classified by Professor C. Hudson and Dr M. Curling from St Bartholomews Hospital. A total of 235 women with epithelial ovarian cancer were included in the analyses. For these women, the tumour type was described as serous in 101 (43%) cases, mucinous in 38 (15%) cases, endometrioid in 52 (22%) cases

and clear cell in 12 (5%) cases. Mixed and undifferentiated types of epithelial tumours accounted for the remaining 32 (14%) cases. Excluded from the analyses were nine women with a non-epithelial ovarian neoplasm, 11 with a primary tumour in an unknown site outside the ovary, 21 with a primary tumour in an unknown site although one consistent with an ovarian origin, one with a benign tumour and three for whom pathology material could not be obtained.

For each case it was planned to select two age-matched controls from women being treated in the same hospital. Women with bilateral oophorectomy were excluded from the control group as were women admitted with conditions that have been related to reproductive history or oral contraceptive use (all circulatory and gynaecological diseases, gallbladder and thyroid diseases, rheumatoid arthritis, malignant disease of the breast, uterus and bladder, and melanoma).

It proved logistically impossible to select two age-matched controls for each case from the same hospital and it was decided merely to ensure that the age distribution of the controls was approximately the same as that of the cases. For 63 cases recruited from a London hospital where only cancer patients are treated, controls were selected from other London hospitals. For these reasons, the data were analysed using an unmatched approach with adjustments being made to relative risk estimates for age and socio-economic status. A total of 451 controls have been included in the analyses. The admission diagnoses for these patients were gastrointestinal disease (105), bone or joint disease (70), respiratory disease (39), renal or other urinary disease (35), neurological disease (30), fractures or other injuries (28), skin or subcutaneous tissue disease (17), malignant neoplasms of the digestive organs (15) and bone or skin (2), benign neoplasms of the digestive organs (4) respiratory system (4) and other sites (8) and various other conditions and symptoms (94). This final category included patients with haemorrhoids (15) and those with symptoms relating to the respiratory system (10), gastrointestinal tract (20) and urinary system (10).

Maximum likelihood estimates of relative risk (RR) together with their 95% confidence interval (95% CI) and tests for trend where appropriate were computed by multiple logistic regression techniques (Breslow & Day, 1980) using the GLIM statistical package (Baker & Nelder, 1978). All relative risks have been adjusted for age in 5-year strata (20−24, 25−29, . . . 60−64) and for social class in six categories (I,II,III non-manual, III manual, IV and V). Age of the cases was taken as age at diagnosis of ovarian cancer and of the controls as age at interview. Social class was based on occupation (Office of Population Censuses and Surveys, 1970) using husband's occupation for ever married women and own occupation for those who had never married. Other relative risk adjustments and tests for trend have been made with the exposures as continuous variables. When the data were examined by place of interview (London or Oxford), there were no notable differences in the risk estimates

Correspondence: M. Booth.
Received 3 February 1989; and in revised form 9 May 1989.

associated with the major variables of interest. The relative risks have not, therefore, been stratified by place of interview. The terms nulligravid and gravid have been used to denote, respectively, women who have never knowingly conceived and women who have had at least one pregnancy. Parity has been defined as number of live and still births.

## Results

The age distributions of the cases and controls are shown in Table I. The average age of the cases was slightly higher than that of the controls. There was an excess of cases in social classes I, II, and III non-manual (58%) as compared to controls (43%) ($P = 0.05$) and, because of this, all relative risks have been adjusted for social class as well as age. Table II shows the relative risks for ovarian cancer associated with various aspects of pregnancy history. Nulligravid women had a higher risk of ovarian cancer than gravid women (RR = 1.7, 95% CI 1.1–2.6). The relative risks were elevated both in nulligravid women who had been sexually active and in those who had not, although significantly so only for the sexually active. Among those who had ever been pregnant, the relative risks decreased as the number of pregnancies increased, ($\chi^2$ (trend) = 4.3, $P < 0.05$). Similarly, among parous women, the higher the parity the lower the relative risks ($\chi^2$ (trend) = 3.9, $P < 0.05$). After adjusting for parity, the relative risks associated with successive numbers of incomplete pregnancies (spontaneous and induced abortions) also decreased although the trend was not statistically significant ($\chi^2$ (trend) = 0.5). Women having their first pregnancy after the age of 35 years had a significantly higher risk of ovarian cancer than women with a first pregnancy before the age of 20 years. Their risk was also higher than that for nulligravid women. There was, however, no marked nor significant trend of increasing risk the later the age at first pregnancy ($\chi^2$ (trend) = 1.0). Analyses by age at first livebirth gave similar findings. After adjustment for number of livebirths, women who had breastfed for more than two years in total had over three times the risk of ovarian cancer compared to women who had never breastfed ($P < 0.05$) but overall, there was no significant trend the longer the duration of lactation.

Analyses of infertility and subfertility as risk factors for ovarian cancer were restricted to the 213 (91%) cases and 240 (93%) controls who reported that they had ever been sexually active. Among these women, 30 (14%) with ovarian cancer and 34 (8%) controls reported, when so questioned, that they had had problems in becoming pregnant and, of these, 16 cases and 12 controls had never conceived. Analysis of the data on contraceptive use suggested that there were other women who might have been infertile or subfertile. Although sexually active, they had used contraception infrequently or not at all and had had few or no pregnancies. For all women who had ever been sexually active, the risk of ovarian cancer increased with increasing duration of unprotected intercourse after adjustment for gravidity ($\chi^2$ (trend) = 10.2, $P < 0.01$). The effect was most marked among nulligravid women who reported more than 10 years of unprotected intercourse. Their risk was over six times that of nulligravid women who reported less than three months of unprotected intercourse (Table III). Among gravid women, those reporting over 10 years of unprotected intercourse had a higher risk than other gravid women. There was no significant trend in risk associated with the duration of use of any

**Table I**   Age distribution and average age of cases and controls

| Age (years) | Cases (%) | Controls (%) |
|---|---|---|
| 20–34 | 13 (5.5) | 33 (7.3) |
| 35–44 | 27 (11.5) | 75 (16.6) |
| 45–54 | 87 (37.0) | 156 (34.6) |
| 55–64 | 108 (46.0) | 187 (41.5) |
| Total | 235 | 451 |
| Average age (years) | 52.4 | 51.4 |

**Table II**   Relative risks for ovarian cancer associated with pregnancy history

| Variable | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| Gravidity[b] | | | | |
| Gravid | 176 | 376 | 1.0[a] | |
| Nulligravid | 59 | 74 | 1.7 | (1.1–2.6) |
| Nulligravid and ever sexually active | 37 | 44 | 1.9 | (1.1–3.1) |
| Nulligravid and never sexually active | 22 | 30 | 1.5 | (0.8–2.6) |
| Number of pregnancies | | | | |
| 0 | 59 | 74 | 1.0[a] | |
| 1 | 43 | 71 | 0.8 | (0.4–1.3) |
| 2 | 63 | 107 | 0.7 | (0.4–1.1) |
| 3 | 37 | 98 | 0.5 | (0.3–0.8) |
| 4 | 13 | 41 | 0.4 | (0.2–0.8) |
| ≥5 | 20 | 59 | 0.4 | (0.2–0.8) |
| | | $\chi^2$ for trend = 4.3 $P < 0.05$ (gravid women only) | | |
| Estimated reduction in relative risk associated with each pregnancy | | | 0.86 | (0.78–0.94) |
| Parity[b] | | | | |
| 0 | 66 | 87 | 1.0[a] | |
| 1 | 48 | 84 | 0.7 | (0.4–1.2) |
| 2 | 61 | 127 | 0.6 | (0.4–1.0) |
| 3 | 40 | 88 | 0.6 | (0.3–1.0) |
| 4 | 12 | 30 | 0.5 | (0.2–1.0) |
| ≥5 | 8 | 34 | 0.3 | (0.1–0.7) |
| | | $\chi^2$ for trend = 3.9 $P < 0.05$ (parous women only) | | |
| Estimated reduction in relative risk associated with each birth | | | 0.84 | (0.75–0.94) |
| No. of incomplete pregnancies[b,c] | | | | |
| 0 | 185 | 330 | 1.0[a] | |
| 1 | 39 | 83 | 0.9 | (0.6–1.4) |
| 2 | 7 | 18 | 0.7 | (0.3–1.8) |
| ≥3 | 4 | 19 | 0.6 | (0.2–1.7) |
| | | $\chi^2$ for trend = 0.5 | | |
| Estimated reduction in relative risk associated with each incomplete pregnancy | | | 0.92 | (0.75–1.13) |
| Age at first pregnancy (years)[d] | | | | |
| 15–19 | 26 | 65 | 1.0[a] | |
| 20–24 | 73 | 182 | 0.9 | (0.5–1.5) |
| 25–29 | 49 | 96 | 1.2 | (0.7–2.2) |
| 30–34 | 17 | 29 | 1.2 | (0.8–2.7) |
| ≥35 | 9 | 4 | 4.1 | (1.1–15.1) |
| Nulligravid | 59 | 74 | 2.0 | (1.1–3.7) |
| | | $\chi^2$ for trend = 1.0 (gravid women only) | | |
| Months of lactation[e] | | | | |
| None | 44 | 107 | 1.0[a] | |
| ≤6 | 66 | 124 | 1.3 | (0.8–2.2) |
| 7–12 | 29 | 80 | 0.9 | (0.5–1.6) |
| 13–18 | 13 | 29 | 1.2 | (0.5–2.5) |
| 19–24 | 5 | 7 | 2.1 | (0.7–6.7) |
| ≥25 | 12 | 15 | 3.4 | (1.1–10.8) |
| | | $\chi^2$ for trend = 1.8 | | |

All relative risks adjusted for age and social class. [a]Reference category. [b]Data missing for 1 control. [c]Relative risks adjusted for parity. [d]Data missing for 2 cases and 1 control. [e]Women with livebirths only. Relative risks adjusted for number of live births.

contraception ($\chi^2$ (trend) = 1.2) although sexually active nulligravid women who had never used any method of contraception had about twice the risk of ovarian cancer compared to all other sexually active women (Table IV).

Of the specific methods of contraception studied, ever having used oral contraception and having been sterilised were associated with a statistically significantly reduced risk of ovarian cancer, while no method was associated with a significantly elevated risk (Table V). As only three cases had been sterilised it was not possible to assess whether age at sterilisation influenced the risk of ovarian cancer. Table VI shows detailed analyses of the relative risks associated with oral

594   M. BOOTH *et al.*

**Table III** Relative risks for ovarian cancer associated with duration of unprotected intercourse by gravidity

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| *Nulligravid women* | | | | |
| Duration of un-protected intercourse (months)[b] | | | | |
| ≤3 | | | | |
| 4–60 | 12 | 26 | 1.0[a] | (0.4–6.5) |
| 61–120 | 4 | 6 | 1.5 | (0.1–7.8) |
| >120 | 1 | 4 | 0.7 | (2.1–20.4) |
| | 20 | 8 | 6.5 | |
| $\chi^2$ for trend = 11.2 $P<0.001$ | | | | |
| *Gravid women* | | | | |
| Duration of un-protected intercourse (months)[b] | | | | |
| ≤3 | | | | |
| 4–60 | 78 | 176 | 1.1 | (0.5–2.4) |
| 61–120 | 51 | 113 | 1.1 | (0.5–2.6) |
| >120 | 10 | 27 | 1.1 | (0.4–3.2) |
| | 37 | 60 | 1.6 | (0.7–4.0) |
| $\chi^2$ for trend = 2.6 | | | | |

Sexually active women only. Relative risks adjusted for age and social class. [a]Reference category. [b]Time when sexually active and at risk of pregnancy but using no contraception.

**Table IV** Relative risks for ovarian cancer associated with duration of use of contraception by gravidity

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| *Nulligravid women* | | | | |
| Duration of use of con-traception | | | | |
| Never used | 15 | 10 | 1.0[a] | |
| <10 years | 14 | 21 | 0.5 | (0.1–1.7) |
| 10–20 years | 6 | 9 | 0.5 | (0.1–2.5) |
| >20 years | 2 | 4 | 0.4 | (0.1–3.2) |
| $\chi^2$ for trend = 0.9 | | | | |
| *Gravid women* | | | | |
| Duration of use of con-traception | | | | |
| Never used | 32 | 47 | 0.4 | (0.2–1.1) |
| <10 years | 25 | 56 | 0.3 | (0.1–1.0) |
| 10–20 years | 55 | 147 | 0.4 | (0.1–1.2) |
| >20 years | 64 | 126 | 0.5 | (0.2–1.5) |
| $\chi^2$ for trend = 0.3 | | | | |

Sexually active women only. Relative risks adjusted for age, social class and duration of unprotected intercourse. [a]Reference category.

**Table V** Relative risks for ovarian cancer associated with the use of different methods of contraception

| Method of contraception | | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|---|
| Sheath | Never used | 108 | 205 | 1.0[a] | |
| | Ever used | 105 | 215 | 1.1 | (0.8–1.7) |
| Diaphragm | Never used | 178 | 329 | 1.0[a] | |
| | Ever used | 35 | 91 | 0.7 | (0.4–1.1) |
| Intrauterine device | Never used | 201 | 383 | 1.0[a] | |
| | Ever used | 12 | 37 | 0.8 | (0.4–1.7) |
| Oral contraception | Never used | 178 | 306 | 1.0[a] | |
| | Ever used | 35 | 114 | 0.5 | (0.3–0.9) |
| Partner with vasectomy | No | 203 | 404 | 1.0[a] | |
| | Yes | 10 | 16 | 2.1 | (0.9–4.9) |
| Female sterilisation | No | 210 | 375 | 1.0[a] | |
| | Yes | 3 | 45 | 0.2 | (0.1–0.6) |
| Other methods[b] | Never Used | 156 | 292 | 1.0[a] | |
| | Ever used | 57 | 128 | 1.1 | (0.7–1.7) |

Sexually active women only. Relative risks adjusted for age, social class, gravidity and duration of unprotected intercourse. [a]Reference category. [b]Use of spermicides, rhythm or coitus interruptus.

contraceptive use. The risks decreased as duration of use increased although, among those who had ever used such contraceptives, the trend was not significant ($\chi^2$ (trend) = 1.2). Whatever their age at first use, women who used oral contraceptives had a lower risk of ovarian cancer than those who had never used them, the risk being lowest in those who had first used oral contraceptives under the age of 25 years. The risk of developing ovarian cancer did not increase as time since discontinuing use increased. Women who had stopped using oral contraceptives more than ten years previously had a statistically significant reduced risk of 0.3 compared to women who had never used them. Women both under the age and over the age of 40 years had a reduced risk of ovarian cancer associated with oral contraceptive use, but the reduction was greater in the younger women. Gravid and nulligravid women who had used oral contraceptives had a reduced risk of ovarian cancer.

Table VII shows the relative risks associated with age at menarche and age at natural menopause. There was no trend in risk with age at menarche ($\chi^2$ (trend) = 0.03). In contrast, risk increased the later the age at natural menopause ($\chi^2$ (trend) = 7.1, $P < 0.01$). Women having their menopause at the age of 50 years or later had nearly three times the risk of women who were menopausal before the age of 45 years. The risks and trend associated with age at menopause were similar irrespective of whether they were adjusted for age in five year or one year strata.

**Table VI** Relative risks for ovarian cancer associated with oral contraceptive (OC) use

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| Duration of OC use (years) | | | | |
| Never used | 178 | 306 | 1.0[a] | |
| <5 | 24 | 70 | 0.6 | (0.3–1.0) |
| 5–10 | 10 | 29 | 0.6 | (0.2–1.4) |
| >10 | 1 | 15 | 0.1 | (0.01 1.0) |
| $\chi^2$ for trend within users = 1.2 | | | | |
| Age at first OC use (years) | | | | |
| Never used | 178 | 306 | 1.0[a] | |
| <25 | 6 | 39 | 0.1 | (0.04–0.5) |
| 25–29 | 6 | 17 | 0.6 | (0.2 2.0) |
| 30–34 | 11 | 27 | 0.7 | (0.3 1.6) |
| ≥35 | 12 | 31 | 0.7 | (0.4 1.5) |
| $\chi^2$ for trend within users = 5.9, $P<0.05$ | | | | |
| Time since discontinuing OC use (years) | | | | |
| Never used | 178 | 306 | 1.0[a] | |
| Current users | 6 | 19 | 0.5 | (0.2 1.5) |
| <5 | 12 | 24 | 0.8 | (0.4–1.9) |
| 5–10 | 9 | 25 | 0.8 | (0.3–1.9) |
| >10 | 8 | 46 | 0.3 | (0.1–0.7) |
| $\chi^2$ for trend within users = 2.6 | | | | |
| Age (years) | | | | |
| <40 | | | | |
| OC use | | | | |
| Never used | 11 | 11 | 1.0[a] | |
| Ever used | 9 | 35 | 0.2 | (0.1–0.9) |
| ≥40 | | | | |
| OC use | | | | |
| Never used | 167 | 295 | 1.0[a] | |
| Ever used | 26 | 79 | 0.7 | (0.4–1.2) |
| *Gravidity* | | | | |
| Gravid women[b] | | | | |
| OC use | | | | |
| Never used | 149 | 280 | 1.0[a] | |
| Ever used | 27 | 96 | 0.5 | (0.3–0.9) |
| Nulligravid women | | | | |
| OC use | | | | |
| Never used | 29 | 26 | 1.0[a] | |
| Ever used | 6 | 18 | 0.3 | (0.05–2.8) |

Sexually active women only. Relative risks adjusted for age, social class, gravidity and duration of unprotected intercourse. [a]Reference category. [b]Relative risks adjusted for gravidity.

**Table VII** Relative risks for ovarian cancer associated with age at menarche and age at natural menopause

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| Age at menarche (years)[b] | | | | |
| >14 | 97 | 197 | 1.0[a] | |
| 12–13 | 89 | 185 | 0.9 | (0.6–1.3) |
| <12 | 46 | 66 | 1.3 | (0.8–2.1) |
| $\chi^2$ for trend = 0.03 | | | | |
| Age at natural menopause (years)[c] | | | | |
| <45 | 10 | 34 | 1.0[a] | |
| 45–49 | 47 | 77 | 2.0 | (0.9–4.7) |
| >50 | 84 | 99 | 2.5 | (1.1–5.8) |
| $\chi^2$ for trend = 7.1 $P < 0.01$ | | | | |

Relative risks adjusted for age and social class. [a]Reference category. [b]Data on age at menarche missing for 3 cases and 3 controls. [c]Data on age at menopause missing for 2 cases and 1 control.

Women who reported hysterectomy, with or without unilateral oophorectomy, had a much reduced risk (Table VIII). Since there were only 10 women with ovarian cancer who had had a hysterectomy it was not possible to assess the effect of age at hysterectomy on ovarian cancer risk.

Total duration of ovulation was estimated as the months from menarche to diagnosis (cases) or interview (controls), or to menopause, whichever came first, minus the total months of anovulation due to pregnancy and oral contraceptive use. Women who reported a hysterectomy were excluded from these analyses as it was unknown if or when they had stopped ovulating. For all women combined, there was a strong trend of increasing risk the longer the duration of ovulation ($\chi^2$ (trend) = 17.8, $P < 0.001$) (Table IX). In separate analyses by menopausal status, there was no significant effect of duration of ovulation after adjustment for the 'anovulatory' factors used to estimate that exposure, namely, months of pregnancy and oral contraceptive use and age at menopause for post-menopausal women and months of pregnancy and oral contraceptive use for premenopausal women. Duration of ovulation is very sensitive to age but the risks and trends were virtually unaffected when adjusted for age in one year rather than five year strata.

Five (2%) cases and 29 (6%) controls reported having taken hormone pills as a pregnancy test and five (2%) cases and 13 (3%) controls had been given hormones to prevent miscarriage. For all post-menopausal women, there was a small but non-significantly increased risk of ovarian cancer associated with ever having recieved hormone replacement therapy (Table X). The excess was confined to women who had reported a hysterectomy who had an 11-fold risk. The cases did not report more severe menopausal symptoms. Among the hormone treated women with ovarian cancer, 23% had endometrioid or clear cell tumours compared to 38% in the untreated women.

The reproductive and related factors found to be statistically significantly related to ovarian cancer risk (gravidity, duration of unprotected intercourse, use of oral contraception, having been sterilised, age at natural menopause and having had a hysterectomy) are not independent and we also computed the relative risks associated with each factor after adjusting for the others (Table XI). As sterilisation is often a consequence of high parity, the risks associated with gravidity were not adjusted for sterilisation as this was considered to be overadjustment. In this study, 40% of the sterilised women had five or more children compared with 9% of the unsterilised women. Each of the variables remained statistically significantly related to ovarian cancer risk, suggesting that each may be independently associated with the risk of developing ovarian cancer.

There was no significant difference between the percentage of cases (53%) and controls (57%) who had ever smoked cigarettes. No cases or controls reported having worked with asbestos. No cases but three controls reported a radiation-induced menopause.

Women who reported using talc more than once a week or daily had higher risks of ovarian cancer than women who reported less frequent use (Table XII). Although the relative risk of 2.0 associated with weekly use was statistically significant

**Table VIII** Relative risks for ovarian cancer associated with reported history of hysterectomy and/or unilateral oophorectomy

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| Reported womb intact | 220 | 370 | 1.0[a] | |
| Reported unilateral oophorectomy by no hysterectomy | 5 | 9 | 0.9 | (0.4–2.1) |
| Reported hysterectomy but conserved ovaries | 8 | 62 | 0.2 | (0.1–0.4) |
| Reported hysterectomy and unilateral oophorectomy | 2 | 10 | 0.4 | (0.1–1.1) |

Relative risks adjusted for age and social class. [a]Reference category.

**Table IX** Relative risks for ovarian cancer associated with duration of ovulation

| | Duration of ovulation (years) | Cases | Controls | Relative risks adjusted for age and social class | Relative risks adjusted for age, social class and duration of anovulation | Relative risks adjusted for age, social class, duration of anovulation and age at menopause |
|---|---|---|---|---|---|---|
| All women[b] | <30 | 59 | 163 | 1.0[a] | | |
| | 30–34 | 73 | 106 | 2.0 | | |
| | 35–39 | 68 | 92 | 2.0 | | |
| | >40 | 19 | 13 | 4.3 | | |
| | $\chi^2$ for trend = 17.8 $P < 0.001$ | | | | | |
| Post-menopausal women | <30 | 14 | 53 | 1.0[a] | 1.0[a] | 1.0[a] |
| | 30–34 | 54 | 81 | 2.4 | 2.1 | 0.9 |
| | 35–39 | 58 | 72 | 2.4 | 1.9 | 0.6 |
| | >40 | 14 | 10 | 5.0 | 4.0 | 0.7 |
| | $\chi^2$ for trend = 12.3 $P < 0.001$ | | | 7.7 $P < 0.01$ | | 0.5 |
| Premenopausal women | <30 | 45 | 110 | 1.0[a] | 1.0[a] | |
| | 30–34 | 19 | 25 | 1.5 | 1.1 | |
| | 35–39 | 10 | 20 | 1.3 | 0.9 | |
| | >40 | 5 | 3 | 3.2 | 1.9 | |
| | $\chi^2$ for trend = 4.4 $P < 0.05$ | | | | 0.6 | |

Women reporting a hysterectomy excluded: [a]Reference category. [b]Data missing for 6 cases and 4 controls. [c]Total months of pregnancy and oral contraceptive use.

**596**   M. BOOTH et al.

**596**   M. BOOTH et al.

**Table X** Relative risks for ovarian cancer associated with the use of hormone replacement therapy for menopausal symptoms

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| **All post-menopausal women** | | | | |
| Use of hormone replacement therapy | | | | |
|   No | 122 | 249 | 1.0[a] | |
|   Yes | 34 | 44 | 1.5 | (0.9–2.6) |
| **Women reporting hysterectomy** | | | | |
| Use of hormone replacement therapy | | | | |
|   No | 5 | 62 | 1.0[a] | |
|   Yes | 5 | 10 | 10.9 | (1.7–69.0) |
| **Post-menopausal women other than those reporting hysterectomy** | | | | |
| Use of hormone replacement therapy | | | | |
|   No | 177 | 187 | 1.0[a] | |
|   Yes | 29 | 34 | 1.2 | (0.7–2.3) |

Post-menopausal women only. Relative risks adjusted for age and social class. [a]Reference category.

**Table XI** Relative risks associated with the factors found to be significantly related to ovarian cancer

| Factor | RR | (95% CI) | $\chi^2$ test for trend (1 d.f.) |
|---|---|---|---|
| Gravidity[b,c] | | | |
|   0 | 1.0[a] | | |
|   1 | 0.8 | (0.4 –1.5) | |
|   2 | 0.8 | (0.4 –1.4) | |
|   3 | 0.6 | (0.3 –1.1) | |
|   4 | 0.4 | (0.2 –1.0) | |
|   $\geqslant$5 | 0.5 | (0.2 –1.0) | 6.5 $P<0.05$ |
| Unprotected intercourse (months)[b] | | | |
|   <3 | 1.0[a] | | |
|   4–60 | 1.3 | (0.8 –2.0) | |
|   61–120 | 1.1 | (0.5 –2.5) | |
|   >120 | 1.9 | (1.2 –3.2) | 7.8 $P<0.05$ |
| Oral contraceptive use[b] | | | |
|   Never used | 1.0[a] | | |
|   $\leqslant$5 years | 0.6 | (0.3 –1.1) | |
|   6–10 years | 0.6 | (0.3 –1.4) | |
|   >10 years | 0.1 | (0.02–1.1) | 4.6 $P<0.05$ |
| Ever sterilized[b] | 0.2 | (0.05–0.6)* | |
| Age at natural menopause[d] | | | |
|   <45 years | 1.0[a] | | |
|   45–49 years | 1.9 | (0.8 –4.5) | |
|   $\geqslant$50 years | 2.6 | (1.1 –6.1) | 8.2 $P<0.01$ |
| Ever reported hysterectomy[b] | 0.2 | (0.1 –0.5)* | |

The relative risks associated with each factor have been adjusted for age, social class and all the other factors in the table. [a]Reference category. [b]Sexually active women only. [c]Relative risks not adjusted for sterilization, see text for details. [d]Women reporting natural menopause only. *$P<0.001$.

**Table XII** Relative risks for ovarian cancer associated with reported frequency of talc use in the genital area

| | Cases | Controls | RR | (95% CI) |
|---|---|---|---|---|
| Reported frequency of talc use[b] | | | | |
|   Never | 76 | 178 | 1.0[a] | |
|   Rarely | 6 | 16 | 0.9 | (0.3–2.4) |
|   Monthly | 7 | 24 | 0.7 | (0.3–1.8) |
|   Weekly | 57 | 77 | 2.0 | (1.3–3.4) |
|   Daily | 71 | 139 | 1.3 | (0.8–1.9) |
| $\chi^2$ for trend = 3.80, $P=0.05$ | | | | |

Relative risks adjusted for age and social class. [a]Reference category. [b]Data missing for 18 (8%) cases and 17 (4%) controls as questions on talc use introduced three months after study began.

($P=0.007$), there was no consistent trend of increasing risk with increasing frequency of talc use ($\chi^2$ (trend)= 3.80, $P=0.05$). There was no significant difference between the percentages of cases (86%) and controls (81%) who had used and kept their diaphragm in talc.

**Discussion**

As in most previously reported studies (Booth & Beral, 1985) we found that nulligravid women had an increased risk of ovarian cancer and that risk decreased as the number of pregnancies increased. We also found that the greater the number of incomplete pregnancies the lower the risk, although the trend was not significant. Most other studies have not investigated if women of low gravidity have an increased risk of ovarian cancer because of reduced fertility or because of voluntary limitation of family size, although Joly et al. (1974), McGowan et al. (1979) and Nasca et al. (1984) found a higher risk in women who had tried to conceive but had failed. Our findings also suggest that infertility is a risk factor for ovarian cancer. Women who had not conceived but had been sexually active for more than 10 years without using contraception had about six times the risk of all other women. Approximately half these women had undergone investigations for infertility. For only five cases and one control was the cause of their infertility determined. Thus, it is not possible to assess whether this high risk group had normal or impaired ovarian function. Subfertility may also be associated with ovarian cancer. Gravid women reporting over 10 years of unprotected intercourse had a 50% higher risk than other gravid women, but this increase was not statistically significant.

Age at first pregnancy was not found to be associated with ovarian cancer risk although women having a first pregnancy after the age of 35 years had a higher risk compared to women having a first pregnancy at earlier ages or to nulligravid women. Since subfertility might be a risk factor for ovarian cancer, the relative risks associated with age at first pregnancy were also adjusted for duration of unprotected intercourse. The raised risk for women with a first pregnancy after 35 years persisted (RR = 3.9, 95% CI 1.1–14.2). Results from other studies regarding the risk for women having a first child at relatively older ages are inconclusive, some finding no association (Newhouse et al., 1977; Casagrande et al., 1979; Cramer et al., 1983; Lesher et al., 1985), others an increased risk (Joly et al., 1974; McGowan et al., 1979; Hildreth et al., 1981; Franceschi et al., 1982). Only Franceschi et al. (1982) found the increased risk to be statistically significant and independent of parity.

Overall, there was no association between use of any contraception and ovarian cancer. Of the specific methods studied, female sterilisation and use of oral contraception were associated with a significant reduction in risk and no method was associated with a significant increase in risk. The associations remained after adjusting for gravidity and duration of unprotected intercourse, the measure used to indicate infertility. While few studies have examined the association between female sterilisation and ovarian cancer, the relation between oral contraceptives and ovarian cancer has been demonstrated in many studies (Booth & Beral, 1985). Like others, we demonstrated that the longer oral contraceptives had been used, the lower the risk. Our findings also suggested that the earlier the age at first use the lower the risk and that the protective effect of oral contraceptives persists after their use is stopped.

It has been suggested that inhibition of ovulation, as induced by pregnancy and oral contraceptives, is the factor which protects against ovarian cancer (Fathalla, 1971). If so, postpartum anovulation associated with lactation might also be expected to be protective. We found no evidence that the longer a woman had breastfed the lower her risk of ovarian cancer. Indeed, the highest risk was found in those who had breastfed longest. Results from other studies are contradic-

tory (Cramer *et al.*, 1983; Mori *et al.*, 1984; Risch *et al.*, 1983; Cancer and Steroid Hormone Study, 1987).

Our finding that age at menarche was not associated with risk is consistent with results from most other studies (Casagrande *et al.*, 1979; McGowan *et al.*, 1979; Hildreth *et al.*, 1981; Franceschi *et al.*, 1982). Age at natural menopause, however, was strongly related to risk. While Hildreth *et al.* (1981), Franceschi *et al.* (1982) and Tzonou *et al.* (1984) also demonstrated that the later the age at menopause the greater the risk, other studies have found no association (West, 1966; Newhouse *et al.*, 1977; Annegers *et al.*, 1979; McGowan *et al.*, 1979; Cramer *et al.*, 1983).

A lower frequency of hysterectomy, of unilateral oophorectomy, or of both among cases compared to controls has also been reported from several other studies (Wynder *et al.*, 1969; Joly *et al.*, 1974; Annegers *et al.*, 1979; McGowan *et al.*, 1979; Franceschi *et al.*, 1982; Cramer *et al.*, 1983). As these studies were case–control in design, there may have been some misclassification of controls who, rather than having a hysterectomy with ovarian conservation, actually had a hysterectomy with bilateral oophorectomy. Another explanation for the findings might be that if at hysterectomy a woman's ovaries look diseased, it is likely that they are removed. If the diseased ovaries were precancerous, those women who might otherwise have developed ovarian cancer do not. Following hysterectomy with ovarian conservation, reduced ovarian function or ovarian failure occurs in a proportion of women, due possibly to the blood supply to the ovaries being compromised (Beavis *et al.*, 1969; Ellsworth *et al.*, 1983). Female sterilisation was also associated with a low risk of ovarian cancer. Neil *et al.* (1975) have suggested that the menstrual disturbance that many women experience after sterilisation may reflect changed ovarian function due to damage to the vascular supply to the ovaries. If both hysterectomy and female sterilisation can indirectly affect ovarian function then both procedures could also influence the risk of ovarian cancer.

Recent investigators have shown that the longer a woman ovulates the greater her risk of ovarian cancer (Casagrande *et al.*, 1979; Hildreth *et al.*, 1981; Franceschi *et al.*, 1982; Wu *et al.*, 1988). We also found that risk increased the longer the duration of ovulation. Duration of ovulation is, however, highly cor-related with the 'anovulatory' factors used to estimate the exposure. In an attempt to determine whether duration of ovulation had an effect over and above that expressed by its relation with these factors, the risks and trends were adjusted for duration of anovulation due to pregnancy and oral contraceptive use and, where appropriate, for age at menopause. The significance of the effect disappeared. We conclude that it is not possible to determine from these data whether it is the above factors which inhibit ovulation that prevent ovarian cancer, whether repeated ovulations promote it, or whether a combination of both is acting.

Our finding of no overall relationship between hormone replacement therapy and ovarian cancer supports those of other investigators (Newhouse *et al.*, 1977; Hildreth *et al.*, 1981; Weiss *et al.*, 1982). An increased risk associated with the therapy was found among women who reported hysterectomy, but the finding was based on very few cases and may have been due to chance. We did not find an increased risk associated with oestrogen therapy for any particular tumour types as suggested by Cramer *et al.* (1981) and Weiss *et al.* (1982).

The evidence linking talc with ovarian cancer is controversial (Anonymous, 1977; Roe, 1979; Longo & Young 1979; Cramer *et al.*, 1982; Hartge *et al.*, 1983). In this study, women who reported talc use in the genital area more than once a week or daily had higher risks of ovarian cancer than women who used talc less frequently. The women were not asked how long they had been using talc. It is possible that because of their symptoms or disease-related pelvic examinations, the frequency of current talc use by the cases may not have reflected their frequency of past use. Since these and other results (Cramer *et al.*, 1982; Hartge *et al.*, 1983) are insufficient to reject an association, further work is needed on the relation between genital use of talc and ovarian cancer.

We would like to thank the Imperial Cancer Research Fund for financing the study, Professor Sir Richard Doll for helpful advice, Professor Christopher Hudson and Dr Marigold Curling for reviewing the histology, Dr Eve Wiltshaw, the consultants, nurses and other staff of the participating hospitals for their co-operation and support of the study, Ann Bateman, Kate Rodriques, Gillian Saunders and Rosalie Thomson for their skilful interviewing, and Nina Saroi for typing the manuscript. Margaret Booth is funded by a grant from the Medical Research Council.

## References

ANNEGERS, J.F., STROM, H., DECKER, D.G., DOCKERTY, M.B. & O'FALLON, W.M. (1979). Ovarian cancer: incidence and case control study. *Cancer*, **43**, 723.

ANONYMOUS (1977). Cosmetic talc powder. Editorial. *Lancet*, **i**, 1348.

BAKER, R.J. & NELDER, J.A. (1978). *The GLIM System Release 3*. Royal Statistical Society: Oxford.

BEAVIS, E.L.G., BROWN, J.B. & SMITH, M.A. (1969). Ovarian function after hysterectomy with conservation of the ovaries in pre-menopausal women. *J. Obstet. Gynaecol. Br. Cwlth*, **76**, 969.

BOOTH, M. & BERAL, V. (1985). The epidemiology of ovarian cancer. In *Ovarian Cancer*, Hudson, C.N. (ed), p. 22. Oxford University Press: Oxford.

BRESLOW, N.E. & DAY, N.E. (1980). *Statistical Methods in Cancer Research, Vol. 1. The Analysis of Case–control Studies*. IARC Scientific Publications No. 32. IARC: Lyon.

CANCER AND STEROID HORMONE STUDY OF THE CENTRES FOR DISEASE CONTROL AND THE NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT (1987). The reduction in risk of ovarian cancer associated with oral-contraceptive use. *N. Engl. J. Med.*, **316**, 650.

CASAGRANDE, J.T., PIKE, M.C., ROSS, R.K., LOUIE, E.W., ROY, S. & HENDERSON, B.E. (1979). 'Incessant ovulation' and ovarian cancer. *Lancet*, **ii**, 170.

CRAMER, D.W., DEVESA, S.S. & WELCH, W.R. (1981). Trends in the incidence of endometrioid and clear cell cancers of the ovary in the United States. *Am. J. Epidemiol.*, **114**, 201.

CRAMER, D.W., WELCH, W.R., SCULLY, R.E. & WOJCIECHOWSKI, C.A. (1982). Ovarian cancer and talc: a case-control study. *Cancer*, **50**, 372.

CRAMER, D.W., HUTCHISON, G.B., WELCH, W.R., SCULLY, R.E. & RYAN, K.J. (1983). Determinants of ovarian cancer risk. I. Reproductive experiences and family history. *J. Natl Cancer Inst.*, **71**, 711.

ELLSWORTH, L.R., ALLEN, H.H. & NISKER, J.A. (1983). Ovarian function after radical hysterectomy for Stage 1B carcinoma of cervix. *Am. J. Obstet. Gynecol.*, **145**, 185.

FATHALLA, M.F. (1971). Incessant ovulation–a factor in ovarian neoplasia? *Lancet*, **ii**, 163.

FRANCESCHI, S., LA VECCHIA, C., HELMRICH, S.P., MANGIONI, C. & TOGNONI, G. (1982). Risk factors for epithelial ovarian cancer in Italy. *Am. J. Epidemiol.*, **115**, 714.

HARTGE, P., HOOVER, R., LESHER, L.P. & McGOWAN, L. (1983). Talc and ovarian cancer. *J. Am. Med. Assoc.*, **250**, 1844.

HILDRETH, N.G., KELSEY, J.L., LIVOLSI, V.A. & 5 others (1981). An epidemiologic study of epithelial carcinoma of the ovary. *Am. J. Epidemiol.*, **114**, 398.

JOLY, D.J., LILIENFELD, A.M., DIAMOND, E.L. & BROSS, I.D.J. (1974). An epidemiologic study of the relationship of reproductive experience to cancer of the ovary. *Am. J. Epidemiol.*, **99**, 190.

LESHER, L., McGOWAN, L., HARTGE, P. & HOOVER, R. (1985). Age at first birth and risk of epithelial ovarian cancer. *J. Natl Cancer Inst.*, **74**, 1361.

LONGO, D.L. & YOUNG, R.C. (1979). Cosmetic talc and ovarian cancer. *Lancet*, **ii**, 349.

McGOWAN, L., PARENT, L., LEDNAR, W & NORRIS, H.J. (1979). The woman at risk for developing ovarian cancer. *Gynecol. Oncol.*, **7**, 325.

MORI, M., KIYOSAWA, H. & MIYAKE, H. (1984). Case-control study of ovarian cancer in Japan. *Cancer*, **53**, 2746.

NASCA, P.C., GREENWALD, P., CHOROST, S., RICHART, R., & CAPUTO, T. (1984). An epidemiologic case-control study of ovarian cancer and reproductive factors. *Am. J. Epidemiol.*, **119**, 705.

NEIL, J.R., HAMMOND, G.T., NOBLE, A.D., RUSHTON, L. & LETCHWORTH, A.T. (1975). Late complications of sterilisation by laparoscopy and tubal ligation. *Lancet*, **ii**, 699.

NEWHOUSE, M.L., PEARSON, R.M., FULLERTON, J.M., BOESON, E.A.M. & SHANNON, H.S. (1977). A case control study of carcinoma of the ovary. *Br. J. Prev. Social Med.*, **31**, 148.

OFFICE OF POPULATION CENSUSES AND SURVEYS. (1970). *Classifications of Occupations*. HMSO: London.

RISCH, H.A., WEISS, N.S., LYON, J.L., DALING, J.R., & LIFF, J.M. (1983). Events of reproductive life and the incidence of epithelial ovarian cancer. *Am. J. Epidemiol.*, **117**, 128.

ROE, F.J.C. (1979). Controversy: cosmetic talc and ovarian cancer. *Lancet*, **ii**, 744.

TZONOU, A., DAY, N.E., TRICHOPOULOS, D. & 4 others (1984). The epidemiology of ovarian cancer in Greece: a case-control study. *Eur. J. Cancer Clin. Oncol.*, **20**, 1045.

WEISS, N.S., LYON, J.L., KRISHNAMURTHY, S., DIETERT, S.E., LIFF, J.M. & DALING, J.R. (1982). Noncontraceptive estrogen use and the occurance of ovarian cancer. *J. Natl Cancer Inst.*, **68**, 95.

WEST, R.O. (1966). Epidemiologic study of malignancies of the ovaries. *Cancer*, **19**, 1001.

WU, N.L., WHITTEMORE, A.S., PAFFENBARGER, R.S. & 7 others (1988). Personal and environmental characteristics related to epithelial ovarian cancer. 1. Reproductive and menstrual events and oral contraceptive use. *Am. J. Epidemiol.*, **128**, 1216.

WYNDER, E.L., DODO, H. & BARBER, H.R.K. (1969). Epidemiology of cancer of the ovary. *Cancer*, **23**, 352.

Exhibit 18

# Perineal Exposure to Talc and Ovarian Cancer Risk

*BERNARD L. HARLOW, PhD, DANIEL W. CRAMER, MD, ScD, DEBRA A. BELL, MD, AND WILLIAM R. WELCH, MD*

*Objective:* We sought to determine whether the use of talc in genital hygiene increases the risk for epithelial ovarian cancer.

*Methods:* We interviewed 235 white women diagnosed with epithelial ovarian cancer between 1984–1987 at ten Boston metropolitan area hospitals and 239 population-based controls of similar race, age, and residence.

*Results:* Overall, 49% of cases and 39% of controls reported exposure to talc, via direct application to the perineum or to undergarments, sanitary napkins, or diaphragms, which yielded a 1.5 odds ratio (OR) for ovarian cancer (95% confidence interval [CI] 1.0–2.1). Among women with perineal exposure to talc, the risk was significantly elevated in the subgroups of women who applied it: 1) directly as a body powder (OR 1.7, 95% CI 1.1–2.7), 2) on a daily basis (OR 1.8, 95% CI 1.1–3.0), and 3) for more than 10 years (OR 1.6, 95% CI 1.0–2.7). The greatest ovarian cancer risk associated with perineal talc use was observed in the subgroup of women estimated to have made more than 10,000 applications during years when they were ovulating and had an intact genital tract (OR 2.8, 95% CI 1.4–5.4); however, this exposure was found in only 14% of the women with ovarian cancer.

*Conclusions:* These data support the concept that a lifetime pattern of perineal talc use may increase the risk for epithelial ovarian cancer but is unlikely to be the etiology for the majority of epithelial ovarian cancers. *(Obstet Gynecol 1992;80:19–26)*

The theory that human ovarian cancer may be mesotheliomas that originate from asbestos exposure was first proposed by Graham and Graham.[1] Later, Parmley and Woodruff[2] suggested that effluences that may arise from the vagina, uterus, or tubes might enter the pelvic cavity and interact with ovarian surface epithe-

*From the Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital, Harvard Medical School, Boston, Massachusetts.*

*Supported by grant R01 CA 42008 from the National Cancer Institute.*

lium to induce such mesotheliomas. Longo and Young[3] further speculated that cosmetic talc might act in this manner because of its chemical similarity to asbestos. Although there is little doubt that asbestos may induce mesotheliomas, the link between genital exposure to talc and ovarian cancer is less clear.

The few epidemiologic studies that have examined the association between talc and ovarian cancer reported only modest elevations of risk, but data on all potential sources of genital talc exposure were limited.[4-7] The purpose of this report was to present findings from a new case-control study of ovarian cancer conducted in the Boston metropolitan area, in which we considered a variety of modes for perineal talc exposure, the frequency and duration of use, and various reproductive characteristics that might influence the ability of talc to enter the pelvic cavity and affect the ovaries.

## Materials and Methods

Between July 1984 and September 1987, we identified 394 women between 18–76 years of age diagnosed with borderline or malignant epithelial ovarian cancer at one of ten participating hospitals in the Boston metropolitan area. Permission to contact each patient was obtained in advance from the physician of record. An in-person interview was conducted with 272 (69%) of the 394 cases identified. Thirty-one percent were not interviewed because of physician and/or patient refusal, patient death, or relocation. The final sample for analysis was further restricted to the 235 white women confirmed as having an epithelial ovarian tumor based on an independent pathology review conducted by two of the authors (DAB and WRW).

Controls were selected from the Massachusetts Town Books, annual publications that list residents by name, age, and address according to voter precincts. For each new ovarian cancer case interviewed, a ran-

DEFENSE EXHIBIT 1132

**Table 1.** Influence of Any Perineal Talc Exposure* on Ovarian Cancer Risk by Characteristics of Study Participants, Boston Metropolitan Area, 1984–1987

| | Cases | | Controls | | | |
|---|---|---|---|---|---|---|
| | Total | Talc exposure | Total | Talc exposure | Crude OR | 95% CI |
| All subjects | 235 | 114 (48.5%) | 239 | 94 (39.3%) | 1.5 | 1.0–2.1 |
| Age (y) | | | | | | |
| &lt;50 | 96 | 41 (42.7%) | 101 | 28 (28.0%) | 1.9 | 1.2–3.4 |
| ≥50 | 139 | 73 (52.5%) | 138 | 66 (47.8%) | 1.2 | 0.8–2.1 |
| Education (y) | | | | | | |
| ≤12 | 93 | 51 (54.8%) | 115 | 48 (41.7%) | 1.7 | 1.1–3.0 |
| &gt;12 | 142 | 63 (44.4%) | 124 | 46 (37.1%) | 1.4 | 0.9–2.4 |
| Marital status | | | | | | |
| Never married | 40 | 14 (35.0%) | 24 | 6 (25.0%) | 1.6 | 0.5–5.7 |
| Ever married | 195 | 100 (51.3%) | 215 | 88 (40.9%) | 1.5 | 1.0–2.7 |
| Religion | | | | | | |
| Jewish | 35 | 21 (60.0%) | 21 | 12 (57.1%) | 1.1 | 0.4–3.9 |
| Non-Jewish | 200 | 93 (46.5%) | 218 | 82 (37.6%) | 1.4 | 0.9–2.5 |
| Weight (lb) | | | | | | |
| &lt;140 | 123 | 53 (43.1%) | 125 | 49 (39.2%) | 1.2 | 0.7–1.9 |
| ≥140 | 112 | 61 (54.5%) | 114 | 45 (39.2%) | 1.8 | 1.1–3.1 |
| Use of OCs (mo) | | | | | | |
| ≥3 | 66 | 31 (47.0%) | 82 | 27 (32.9%) | 1.8 | 0.8–4.5 |
| &lt;3 or never | 169 | 83 (49.1%) | 157 | 67 (42.7%) | 1.3 | 0.8–2.3 |
| No. of live-born children | | | | | | |
| 0 | 79 | 30 (38.0%) | 43 | 12 (27.9%) | 1.6 | 0.7–4.0 |
| 1 | 31 | 21 (67.7%) | 27 | 5 (18.5%) | 9.2 | 2.9–46.2 |
| 2 | 40 | 24 (60.0%) | 63 | 26 (41.3%) | 2.1 | 0.9–3.3 |
| ≥3 | 85 | 39 (45.9%) | 106 | 51 (48.1%) | 0.9 | 0.6–1.6 |

OR = odds ratio; CI = confidence interval; OCs = oral contraceptives.
* Sources of perineal talc exposure include: dusting of underwear, diaphragms, or sanitary napkins; use by partner on his perineal area; use as a body powder.

dom number generator selected one page from the town book corresponding to the case's precinct of residence. By working forward in the town book, we selected the first five female subjects within 2 years of age of the case as potential controls. Of these five, the first subject of the same race as the case without a history of a bilateral oophorectomy was asked to participate in the study. Of the 526 controls contacted, 239 interviews were conducted (25% could not be reached, 10% reported a history of bilateral oophorectomy, and 19% declined to participate). Further details of the study methods can be found elsewhere.[8]

The in-person interview focused on the following: demographic and occupational history; medical and reproductive histories, including pregnancies, hormones used, and gynecologic practices; dietary history; cigarette smoking; and hygienic practices. The hygienic practices included information regarding the use of douches, type of sanitary protection used, and perineal exposure to talc. Queried sources of perineal talc exposure included dusting of underwear, sanitary napkins, and diaphragms; exposure via husband's use of talc; and more direct exposure to the perineum as a body powder. No reliable information on talc exposure during infancy with diapering could be obtained, and women using talc as a body powder on areas other than the perineum were considered nonexposed. For each exposure, we inquired about brands used, age at first use, total years of use, and frequency of use per month, to enable us to estimate the total lifetime number of applications from all sources of exposure.

Differences between cases and controls in the distribution of these various exposures to talc were examined both qualitatively and quantitatively. The influence of confounders and effect modifiers was assessed first through stratification and then using unconditional logistic regression.[9] The primary matching variable, age, was retained in each logistic model. The $\chi^2$ test for linear trend was calculated based on the change in deviance in models with and without continuous exposure variables.[9]

## Results

Table 1 shows the proportion of cases and controls with any reported perineal talc exposure, and the associated crude exposure odds ratio (OR), by certain demographic and reproductive subgroups. Overall, a

**Table 2.** History of Talc Exposure by Types of Application, Brand of Powders, Years and Frequency of Use, and Era of Use

| | Cases | Controls | Adjusted OR* | 95% CI |
|---|---|---|---|---|
| No genital talc application | 121 (51.5%) | 145 (60.7%) | 1.0 | |
| Any genital talc application | 114 (48.5%) | 94 (39.3%) | 1.5 | 1.0–2.1 |
| Type of application | | | | |
|    Only via sanitary napkins and/or underwear | 9 (3.8%) | 12 (5.0%) | 1.1 | 0.4–2.8 |
|    Via partner or applications to diaphragm† | 20 (8.5%) | 21 (8.8%) | 1.2 | 0.6–2.4 |
|    Via dusting powder to perineum† | 85 (36.2%) | 61 (25.5%) | 1.7 | 1.1–2.7 |
| Applications of talc per month | | | | |
|    <5 | 32 (13.6%) | 28 (11.7%) | 1.5 | 0.8–2.7 |
|    5–29 | 24 (10.2%) | 25 (10.5%) | 1.2 | 0.6–2.2 |
|    ≥30 | 58 (24.7%) | 41 (16.7%) | 1.8 | 1.1–3.0 |
| Years of talc use | | | | |
|    <10 | 14 (6.0%) | 15 (6.3%) | 1.2 | 0.5–2.6 |
|    10–29 | 49 (20.9%) | 39 (16.3%) | 1.6 | 1.0–2.7 |
|    ≥30 | 51 (21.7%) | 40 (16.3%) | 1.6 | 1.0–2.7 |
| Age (y) at first talc use | | | | |
|    <20 | 66 (28.1%) | 50 (20.9%) | 1.7 | 1.1–2.7 |
|    20–25 | 27 (11.5%) | 26 (10.9%) | 1.2 | 0.6–2.2 |
|    >25 | 21 (8.9%) | 18 (7.5%) | 1.6 | 0.8–3.2 |
| Years since last talc use | | | | |
|    Within last 6 mo | 48 (20.4%) | 27 (11.3%) | 2.3 | 1.3–4.0 |
|    Between 6 mo–10 y | 36 (15.3%) | 39 (16.3%) | 1.1 | 0.7–1.9 |
|    10 y or more | 30 (12.8%) | 28 (11.7%) | 1.4 | 0.8–2.6 |
| Era of use‡ | | | | |
|    Exclusive use after 1960 | 29 (12.3%) | 30 (12.6%) | 1.1 | 0.6–2.1 |
|    Any use before 1960 | 75 (31.9%) | 57 (23.9%) | 1.7 | 1.1–2.7 |
| Brand of application§ | | | | |
|    Brand or generic baby powder | 91 (38.7%) | 72 (30.1%) | 1.6 | 1.1–2.5 |
|    Deodorizing or other scented powders | 16 (6.8%) | 17 (7.2%) | 1.2 | 0.6–2.5 |

OR = odds ratio; CI = confidence interval.

\* Adjusted for parity (0, 1–2, >2), education (<12 years, >12 years), marital status (never married, ever married), religion (Jewish, non-Jewish), use of sanitary napkins (no, yes), douching (no, yes), age (continuous), and weight (<140 lb, ≥140 lb).

† Includes combinations with sanitary napkins or underwear.

‡ Restricted to women older than 10 years in 1960; 100 cases and 118 controls were unexposed and used as the referent group.

§ Excludes seven cases and five controls with unknown powders. Seven cases and four controls reported combinations of more than one brand and were classified according to the brand used most frequently and for the longest period. Specific brands mentioned by cases were: Johnson and Johnson, 71; generic baby powder, 20; Shower to Shower, four; other scented, 12. Specific brands mentioned by controls were: Johnson and Johnson, 54; generic baby powder, 18; Shower to Shower, three; other scented powder, 14.

greater percentage of cases (48.5%) than controls (39.3%) reported any perineal exposure to talc-containing powders. Subgroups of controls in which exposure to talc appeared to be more common were women older than 50 years ($P = .002$), ever married ($P = .12$), Jewish ($P = .08$), and parous ($P = .05$). Controls who reported no oral contraceptive (OC) use also reported greater talc use. However, this interaction may be explained by the older age distribution among controls who reported perineal application of talc. We observed stronger associations between talc and ovarian cancer risk in the subgroups of cases and controls younger than age 50, less well educated, heavier than 140 lb 5 years before diagnosis, and reporting a history of one or two live births. The number of live births was the only factor that produced statistically significant heterogeneity in the ORs for the talc and ovarian cancer association. Age, education, marital status, re-

ligion, weight, and parity were considered confounders and were included as covariates in subsequent multivariate models. Use of OCs did not confound the talc-ovarian cancer association.

Table 2 examines the association between talc use and ovarian cancer by variables related to the specific types and kinds of applications, and measures of duration including length, frequency, and period of use. Compared with women with no genital talc exposure, women exposed to talc only through use as a dusting powder on sanitary napkins or underwear had no appreciable increased risk for ovarian cancer. There was also no substantial increase in risk among women exposed to talc only through a husband's use or use in the storage of diaphragms, or in combination with applications to sanitary napkins or underwear. The most frequent method of perineal talc exposure was use as a dusting powder directly to the perineum,

**Table 3.** Estimated Total Lifetime Perineal Applications of Talc-Containing Powders in Cases and Controls

| Applications | Cases | Controls | Adjusted OR* | 95% CI |
|---|---|---|---|---|
| Total applications | | | | |
| None | 121 | 145 | 1.0 | |
| <1000 | 18 | 19 | 1.3 | 0.7–2.7 |
| 1000–10,000 | 54 | 44 | 1.5 | 0.9–2.4 |
| >10,000 | 42 | 31 | 1.8 | 1.0–3.0 |
| $\chi^2$ 1df test for linear trend = 2.85, $P$ = .094[†] | | | | |
| Applications excluding use after hysterectomy or tubal ligation | | | | |
| None | 121 | 145 | 1.0 | |
| <1000 | 19 | 19 | 1.4 | 0.7–2.9 |
| 1000–10,000 | 57 | 46 | 1.5 | 0.9–2.4 |
| >10,000 | 38 | 29 | 1.7 | 1.0–3.0 |
| $\chi^2$ 1df test for linear trend = 3.19, $P$ = .077[†] | | | | |
| Applications excluding use after hysterectomy or tubal ligation, and use during nonovulatory months[‡] | | | | |
| None | 124 | 149 | 1.0 | |
| <1000 | 24 | 23 | 1.5 | 0.8–2.9 |
| 1000–10,000 | 55 | 51 | 1.3 | 0.8–2.0 |
| >10,000 | 32 | 16 | 2.8 | 1.4–5.4 |
| $\chi^2$ 1df test for linear trend = 6.15, $P$ = .015[†] | | | | |

Abbreviations as in Table 2.
* Adjusted for parity (0, 1–2, >2), education (<12 years, >12 years), marital status (never married, ever married), religion (Jewish, non-Jewish), use of sanitary napkins (no, yes), douching (no, yes), age (continuous), and weight (<140 lb, ≥140 lb).
† Trend test based on actual applications as a continuous variable.
‡ Excludes exposures while taking oral contraceptives, while pregnant or breast-feeding, or occurring after menopause. There were three cases and four controls who moved from "exposed" to "nonexposed" in this category, as all of the exposure occurred during oral contraceptive use, pregnancies, or after menopause.

alone or in combination with either a partner's use or use in the storage of diaphragms. This exposure occurred in 85 cases (36.2%) and 61 controls (25.5%) ($P$ = .01). Of the application modes studied, direct perineal application produced the greatest risk (OR 1.7, 95% confidence interval [CI] 1.1–2.7).

We also examined the talc-ovarian cancer association by frequency and years of use (Table 2). When monthly frequency was considered as a continuous variable in the logistic model, the $\chi^2$ linear test of trend was 4.06 ($P$ = .046), indicating that the risk for ovarian cancer increased significantly with increasing frequency of applications per month. The categorical analysis showed that relative to non-users, the risk was greatest in women who applied talc at least once per day. When years of use was included as a continuous variable, the test for linear trend was 3.32 ($P$ = .07). The categorical analysis showed that relative to non-users, women who applied talc for more than 10 years were at 60% greater risk for ovarian cancer. Likewise, perineal applications of talc early in life (before age 20) or applications within 6 months of diagnosis (reference age for controls) produced the stronger ORs.

To assess whether the risk of ovarian cancer with perineal exposure to talc was affected by the time when talc-containing products were manufactured, we ex-

amined the association separately in women who only used talcum powder after 1960 and in women who reported any use of talcum powder before 1960 (Table 2). After restricting the population to women older than age 10 in 1960 and adjusting for age, parity, and a number of other demographic characteristics, we found that the association of talc and ovarian cancer was greater in women using talc products before 1960 ($P$ = .025).

The last entry in Table 2 shows the risks by brand of powder used. No subjects could recall exclusive use of starch-based powders. Brand or generic "baby powder" was used most frequently and was the category associated with a statistically significant risk for ovarian cancer. With respect to other powders, four cases and three controls reported primary use of deodorizing powders, and 12 cases and 14 controls reported primary use of other scented powders. It should be appreciated that, because the period of exposure often occurred over decades, verification of brands was not possible.

Table 3 examines the ovarian cancer risk associated with the total number of applications to the perineum, estimated by cumulating frequency and years of use for the various kinds of exposures. An 80% excess risk was associated with an estimated exposure of more than 10,000 applications (equivalent to daily use for 30

**Table 4.** Adjusted Odds Ratios and 95% Confidence Intervals for Ovarian Cancer by Any Perineal Exposure to Talc* and Indicators of Ovulation and Tubal Occlusion

| | Cases | | Controls | | | |
|---|---|---|---|---|---|---|
| | Total | Talc exposure | Total | Talc exposure | Adjusted OR† | 95% CI |
| All subjects | 235 | 114 (48.5%) | 239 | 94 (39.3%) | 1.5 | 1.0–2.1 |
| Mid-cycle pain | | | | | | |
| No | 181 | 88 (48.6%) | 184 | 77 (41.9%) | 1.4 | 0.9–2.2 |
| Yes | 54 | 26 (48.2%) | 55 | 17 (30.9%) | 2.0 | 0.8–5.2 |
| Regular period | | | | | | |
| No | 26 | 12 (46.2%) | 34 | 16 (47.1%) | 1.1 | 0.4–3.4 |
| Yes | 209 | 102 (48.8%) | 205 | 78 (38.1%) | 1.7 | 1.1–2.5 |
| PID or ectopic pregnancy | | | | | | |
| No | 226 | 113 (50.0%) | 230 | 92 (40.0%) | 1.6 | 1.1–2.4 |
| Yes | 9 | 1 (11.1%) | 9 | 2 (22.2%) | 0.1 | 0.01–7.0 |

PID = pelvic inflammatory disease; other abbreviations as in Table 2.
* Sources of perineal talc exposure include: dusting of underwear, diaphragms, or sanitary napkins; use by partner on his perineal area; use as a body powder.
† Adjusted for parity (0, 1–2, >2), education (<12 years, >12 years), marital status (never married, ever married), religion (Jewish, non-Jewish), use of sanitary napkins (no, yes), douching (no, yes), age (continuous), and weight (<140 lb, ≥140 lb).

years) as compared with non-users. When considered as a continuous variable in the logistic model, the $\chi^2$ linear test of trend was 2.85 ($P$ = .094). The remaining entries in Table 3 show how conditions that either close the upper genital tract or are associated with anovulation affect the dose response of number of applications on ovarian cancer risk. The second entry shows the effect of censoring applications that occurred after tubal ligation or hysterectomy. No appreciable change in the ORs or the dose response was noted. The third entry shows the effect of censoring applications after hysterectomy and tubal ligation and use during presumed nonovulatory periods. Excluded were exposures occurring while taking OCs, while pregnant or breast-feeding, and after menopause. The risk associated with fewer than 10,000 applications was not substantially altered. However, the risk associated with more than 10,000 applications was nearly threefold and statistically significant. The $\chi^2$ test for a linear trend of risk, by number of applications as a continuous variable, increased to 6.15 ($P$ = .015).

Table 4 shows the association of talc exposure and ovarian cancer based on other clinical factors that may predict either ovulation or tubal occlusion. The ORs were greater in women with a history of mid-cycle pain or regular periods—potential clinical predictors of ovulatory cycles. An association between talc and ovarian cancer was absent in women with a history of either pelvic inflammatory disease or ectopic pregnancy—potential markers of a closed genital tract. However, only nine cases and nine controls reported a history of pelvic inflammatory disease or ectopic pregnancy, and the CI on the exposure OR was correspondingly wide.

Table 5 shows the relative risk for any perineal use of talc when restricted to specific histologic type and grade of ovarian tumors. The greatest association was found in women diagnosed with an endometrioid tumor or borderline ovarian tumor.

## Discussion

Animal and epidemiologic studies have addressed the plausibility of an association between talc and ovarian cancer. Intraperitoneal injection of talc in rodents produced papillary changes in the surface epithelium not inconsistent with the first stage in the development of surface papillary epithelial neoplasms.[10] However, because the ovaries of small rodents are surrounded by a

**Table 5.** History of Talc Use by Histologic Type and Grade

| Histologic type | Any use of talc | No use of talc | Adjusted OR* | 95% CI |
|---|---|---|---|---|
| Controls | 94 | 145 | 1.0 | |
| Histologic type | | | | |
| Serous | 60 | 64 | 1.4 | 0.9–2.2 |
| Mucinous | 17 | 25 | 1.2 | 0.6–2.5 |
| Endometrioid | 18 | 11 | 2.8 | 1.2–6.4 |
| Other | 19 | 21 | 1.6 | 0.8–3.3 |
| Histologic grade | | | | |
| Borderline | 32 | 30 | 2.4 | 1.2–4.5 |
| Grade 1 | 6 | 11 | 1.0 | 0.3–2.8 |
| Grade 2 | 21 | 22 | 1.5 | 0.7–3.0 |
| Grade 3 | 27 | 24 | 1.5 | 0.8–2.8 |
| Undifferentiated | 28 | 34 | 1.2 | 0.7–2.2 |

Abbreviations as in Table 2.
* Adjusted for parity (0, 1–2, >2), education (<12 years, >12 years), marital status (never married, ever married), religion (Jewish, non-Jewish), age (continuous), and weight (<140 lb, ≥140 lb).

**Table 6.** Odds Ratios With 95% Confidence Intervals of Ovarian Cancer in Relation to Any Perineal Exposure to Talc as Reported in Previous Epidemiologic Studies

| Author(s) (year) | Cases | | Controls | | Crude OR | 95% CI |
|---|---|---|---|---|---|---|
| | Total | Talc exposure | Total | Talc exposure | | |
| Cramer et al[4] (1982) | 215 | 92 (42.8%) | 215 | 61 (28.4%) | 1.9 | 1.3–2.9 |
| Hartge et al (1983)* | 135 | 67 (49.6%) | 171 | 100 (58.5%) | 0.7 | 0.4–1.1 |
| Whittemore et al[5] (1988) | 188 | 98 (52.1%) | 539 | 248 (46.0%) | 1.4 | 0.9–2.0 |
| Harlow and Weiss[6] (1989)† | 116 | 49 (42.2%) | 158 | 64 (40.5%) | 1.1 | 0.7–2.1 |
| Booth et al[7] (1989) | 217 | 141 (65.0%) | 434 | 256 (59.0%) | 1.3 | 0.9–1.9 |
| Harlow et al (1992) (current study) | 235 | 114 (48.5%) | 239 | 94 (39.3%) | 1.5 | 0.9–1.8 |
| All studies‡ | 1106 | 561 (50.7%) | 1756 | 823 (46.9%) | 1.3 | 1.1–1.6 |

Abbreviations as in Table 2.
* Hartge P, Hoover R, Lesher LP, et al. Talc and ovarian cancer (letter). JAMA 1983;250:1844. Odds ratio may include nonperineal talc exposure as well.
† Restricted to borderline ovarian tumors.
‡ Meta-analysis.[19]

peritoneal bursa which often becomes occluded and distended with follicular fluid after intraperitoneal injection of foreign bodies,[1] it is difficult to distinguish whether the papillary changes are the effects of foreign-body exposure or bursal distention. It would be worthwhile to repeat the talc experiments in guinea pigs or rabbits, the animals used in the original research of Graham and Graham.[1]

Is there evidence to suggest that talc can translocate from the vagina to the peritoneal cavity? It is known that red cells and endometrial tissue are capable of retrograde flow from the fallopian tubes.[11] Experiments in rats confirmed the presence of talc in the ovaries after the introduction of a talc suspension into the vagina and cervical os.[12] In humans, two studies observed the migration of inert carbon particles[13] and radioactively labeled human albumin microspheres[14] from the vagina to the fallopian tubes. In addition, several investigators have observed birefringent crystals embedded in ovarian tissue.[15-17] However, critics have argued that these findings resulted from poorly designed studies or lack of precision in measuring particulates, due to leaching of radionucleotide markers from the test materials or the introduction of contaminants during tissue processing.[18] In six multiparous cynomolgus monkeys separately caged, no translocation of talc was observed after 30 consecutive days of douching with a suspension of neutron-activated talc coupled with weekly injections of oxytocin.[18] However, this study was not able to address the effects of long-term use or coitus, which might facilitate talc translocation.

Several epidemiologic studies[4-7] have addressed the genital talc-ovarian cancer association (Table 6). Each study has consistently reported little or no association with the use of talc-dusted diaphragms, and stronger associations with direct perineal application. Dose response of perineal talc exposure from all sources by frequency or years of use was not available in the studies by Hartge et al (Hartge P, Hoover R, Lesher LP, et al. Talc and ovarian cancer [letter]. JAMA 1983;250:1844), Harlow and Weiss,[6] or Cramer et al.[4] Whittemore et al[5] reported no significant dose response by years or frequency of use, whereas Booth et al[7] reported a marginally significant trend with frequency of use. Using the techniques of meta-analysis, in which ORs from multiple studies are weighted by their variances,[19] we calculated a statistically significant OR of 1.3 for any perineal talc exposure and ovarian cancer risk (95% CI 1.1–1.6) from the various studies. We therefore conclude that there is an association, albeit modest, between ovarian cancer and perineal talc use. However, insufficient detail has been available to rule out a stronger association in certain subgroups of users.

Our study included greater detail on genital talc use, including methods, frequency, and years of use (Table 2). Talc applied as a dusting powder directly to the perineum carried a greater risk than less direct exposure via a partner's use or the dusting of undergarments, sanitary napkins, or diaphragms. Current use of talc was associated with a greater ovarian cancer risk than past use. Daily versus less than daily talc use, and talc use for more than 10 years versus less than 10 years, were associated with greater risk for ovarian cancer.

Most subjects reported use of "baby powder." We were unable to confirm a previous finding that powders with "deodorizing" agents were associated with particular risk.[6] Thus, this study failed to answer a key issue in the talc-ovarian cancer association: whether the risk pertains to all cosmetic talcs or only to certain

preparations likely to be contaminated by asbestos. Cralley et al[20] and Rohl et al[21] found considerable variation in the purity of cosmetic talcs, with fiberform contents varying from less than 1 to 30%. Most of these products were manufactured before 1970 and it is likely that the asbestiform content has decreased since 1976, when manufacturers instituted voluntary guidelines on asbestos contamination. Our finding of a lower ovarian cancer risk in women with exclusive use of talc after 1960 may support this theory. Because of the difficulty in obtaining a complete and detailed history of powders used, the issue of whether risk pertains only to asbestos-contaminated powders may need to be settled by animal experiments.

In our analysis, we first calculated all genital applications of talc based upon frequency and years of use. As a continuous variable in a multivariate model, no significant dose response was observed between total genital applications of talc and ovarian cancer risk. Because the "translocation" theory assumes an open genital tract, we then excluded application after tubal ligation or hysterectomy, but observed no appreciable change in the dose response. Further restricting talc exposure to months when the women were likely to be ovulatory, we observed a significant dose response, such that women with an intact genital tract and more than 10,000 applications during ovulatory cycles had nearly a threefold increase in risk for ovarian cancer. Some additional evidence that might support an interaction with ovulation includes stronger associations in women with regular periods and mid-cycle pain. Cramer et al[4] suggested that talc contamination around the time of ovulation might lead to the incorporation of talc particulates into inclusion cysts that may form with ovulation. Experiments on foreign-body tumorigenesis have shown that implantation of foreign bodies into the lumens of epithelial-lined organs provides a favorable environment for carcinogenesis.[22] Alternatively, Mostafa et al[16] speculated that foreign-body exposure might produce cortical "granulomas" whose link to stromal hyperactivity (and hormonally related cancers) is argued in older literature.[23]

We observed that the talc association was strongest in women with endometrioid or borderline ovarian tumors. However, an earlier study by Cramer et al[4] reported no such variation in risk by histologic subtype. It was noted that a greater proportion of women with endometrioid tumors than with other histologic types of ovarian cancer reported more than 10,000 lifetime applications of talc during ovulatory cycles while having an intact genital tract (34 versus 16%). Although this may explain in part the strong talc-ovarian cancer association noted in women with endometrioid tumors, it does not explain the strong association noted in women with borderline ovarian tumors, of whom only 13% reported long-term talc exposure. This variation in risk among histologic subtypes may reflect a chance finding or a need to examine endometrioid and borderline tumors more carefully for evidence of a foreign-body effect.

An unusual observation was the strong association between talc use and ovarian cancer in the subgroup of women with one or two pregnancies but a lower risk in women with either no children or three or more children. Although chance may be the most likely explanation for this finding, we wonder whether this peculiar interaction might reflect, in part, an effect of pregnancy on the degree of openness of the cervical os and its ability to allow translocation of vaginal particulates. The parous cervix has a larger os than the nulliparous cervix, and this could explain the greater risk in women with one child compared with women with no live births. At the other extreme, multiple pregnancies may offer other protective mechanisms (such as reduced ovulation as discussed above) that could outweigh this effect. Clearly, this is a very speculative hypothesis but one that might be tested in experimental studies (ie, repeating the vaginal talc experiments in nulliparous and parous mice or primates).

Noncausal explanations are possible in any epidemiologic research. We cannot rule out the possibility of differential over- or under-reporting of talc exposure in our cases and controls, especially in those with reproductive events that enhance ORs. In addition, though we were successful in interviewing 69% of eligible ovarian cancer cases and 81% of eligible controls contacted, we cannot assess whether the cases and controls not interviewed could have selectively differed in their reproductive characteristics or in their use of talc-containing powders. Because our associations are based upon responses from participating cases and controls, the validity of our results depends upon the assumption that respondents and non-respondents were similar with respect to talc and other relevant exposures, or that the magnitude of any respondent-non-respondent difference was similar for cases and controls. Because the interview provided the only source of "exposure" information, we were unable to assess the likelihood of this assumption. The extent of this bias, however, is likely to be small because the reproductive characteristics and history of talc exposure in participating cases and controls are, for the most part, reasonably consistent with earlier epidemiologic studies of ovarian cancer. Finally, in our attempt to present the most accurate ORs, we made a variety of adjustments to account for the confounding influence of factors associated with both ovarian cancer risk and

talc exposure. Nevertheless, we cannot rule out the presence of other unknown factors that might have influenced, in part, our observed associations.

Because the overall association between genital use of talc and ovarian cancer remains weak, it is unlikely that this exposure-disease pathway is the principal one involved in ovarian cancer etiology. We have previously discussed the role of dietary and metabolic factors in a model for ovarian cancer involving gonadotropin stimulation of failing ovaries.[8] Even if an etiologic association were to pertain in the subgroups of daily users or users with more than 10,000 applications during ovulatory months, we calculate that by applying these ORs to the exposure rate among cases,[24] the proportion of ovarian cancer incidence attributable to this level of talc exposure is about 10%. Nevertheless, given the poor prognosis for ovarian cancer, any potentially harmful exposures should be avoided, particularly those with limited benefits. For this reason, we discourage the use of talc in genital hygiene, particularly as a daily habit.

## References

1. Graham J, Graham R. Ovarian cancer and asbestos. Environ Res 1967;1:115–28.
2. Parmley TH, Woodruff JD. The ovarian mesothelioma. Am J Obstet Gynecol 1974;120:234–41.
3. Longo DL, Young RC. Cosmetic talc and ovarian cancer. Lancet 1979;ii:349–51.
4. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc. Cancer 1982;50:372–6.
5. Whittemore AS, Wu ML, Paffenbarger RS, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.
6. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. Am J Epidemiol 1989;130:390–4.
7. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: A case-control study. Br J Cancer 1989;60:592–8.
8. Cramer DW, Harlow BL, Willett WC, et al. Galactose consumption and metabolism in relation to the risk of ovarian cancer. Lancet 1989;ii:66–71.
9. Breslow NE, Day NE. Statistical methods in cancer research. Vol 1. The analysis of case control studies. IARC scientific publication no 32. Lyon: International Agency for Research on Cancer, 1980.
10. Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. Br J Exp Pathol 1984;65:101–6.
11. Sampson JA. The development of the implantation theory for the origin of endometriosis. Am J Obstet Gynecol 1940;40:549–57.
12. Henderson WJ, Hamilton TC, Baylis MS, et al. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res 1986;40:247–50.
13. Egli GE, Newton MD. The transport of carbon particles in the human female reproductive tract. Fertil Steril 1961;12:151–5.
14. Venter PF, Iturralde M. Migration of particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J 1979;55:917–9.
15. Henderson WJ, Joslin CAF, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw 1971;78:266–72.
16. Mostafa SAM, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. Obstet Gynecol 1985;66:701–2.
17. Griffiths K, Henderson WJ, Chandler JA, Joslin CAF. Ovarian cancer: Some new analytical approaches. Postgrad Med J 1973;49: 69–72.
18. Wehner AP, Hall AS, Weller RE, Lepel EA, Schirmer RE. Do particles translocate from the vagina to the oviducts and beyond? Food Chem Toxicol 1985;23:367–72.
19. Greenland S. Quantitative methods in the review of epidemiologic literature. Epidemiol Rev 1987;9:1–30.
20. Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. Fibrous and mineral content of cosmetic talcum products. Am Ind Hyg Assoc J 1968;29:350–4.
21. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: Mineral and chemical characterization. J Toxicol Environ Health 1976;2:255–84.
22. Brand KG, Johnson KH, Buoen LC. Foreign body tumorigenesis. Crit Rev Toxicol 1976;4:353–94.
23. Woll E, Hertig AT, Smith GVS, et al. The ovary in endometrial carcinoma with notes on the morphological history of the aging ovary. Am J Obstet Gynecol 1948;56:617–33.
24. Rothman KJ. Modern epidemiology. Boston: Little, Brown, 1986: 35–40.

Address reprint requests to:
*Bernard L. Harlow, PhD*
*Obstetrics and Gynecology Epidemiology Center*
*Brigham and Women's Hospital*
*Harvard Medical School*
*221 Longwood Avenue*
*Boston, MA 02115*

*Received January 6, 1992.*
*Received in revised form March 23, 1992.*
*Accepted March 23, 1992.*

Copyright © 1992 by The American College of Obstetricians and Gynecologists.

Exhibit 19

# Occupation and Ovarian Cancer: A Case-Control Study in the Washington, DC, Metropolitan Area, 1978–1981

Patricia Hartge, ScD
Patricia Stewart, PhD

*Ovarian cancer risk factors may be genetic, reproductive, or hormonal in nature. Occupational exposure to talc and other carcinogenic substances has not been studied in relation to ovarian cancer risk. We therefore examined the job histories of 296 women aged 20 to 79 who were diagnosed with epithelial ovarian cancer in the Washington, DC area in 1978 to 1981, comparing them to 343 hospital controls, matched for age and race. A blind exposure assessment, evaluating each job/industry combination for potential exposure to talc, ionizing radiation, polycyclic aromatic hydrocarbons, and solvents was conducted by an industrial hygienist blind to case-control status. Women exposed to talc had a relative risk of ovarian cancer below the null, but the confidence interval was wide and there was no evidence of a trend. Women exposed to polycyclic aromatic hydrocarbons had an elevated relative risk, also with a wide confidence interval and no evidence of a trend with duration.*

Each year, more than 20,000 women in the United States develop ovarian cancer, and more than 12,000 die from it.[1] Risk of developing ovarian cancer (either invasive or of low malignant potential) is negatively correlated with number of pregnancies, years of use of oral contraceptives, hysterectomy despite ovarian preservation, and, to a lesser extent, years of breastfeeding.[2,3,4] Risk is positively associated with a family history of ovarian or breast cancer and with a history of infertility. Use of talcum powder has been suggested but not confirmed as a modest risk factor.[5,6]

No occupational risk factors have been established, but few studies have examined the issue. As with most case-control studies, many individual job titles are reported by so few women that it is hard to assess risk by occupation.[7] Similarly, in many occupational cohorts, so few ovarian cancers are expected that it also would be hard to detect moderately elevated risks.

We reviewed the occupational histories in a study of ovarian cancer cases and hospital controls for two purposes. We wished to determine which jobs were reported by enough women to permit an occupational analysis in this or similar studies of women in the cancer age range. Second, examination of job histories by an industrial hygienist may reveal associations of disease with certain occupational exposures, associations that cannot be discerned by looking only at types of industries or job titles.[8] Industries tend to have hetero-

From the Environmental Epidemiology Branch, National Cancer Institute, Rockville, MD.
Address correspondence to: Patricia Hartge, ScD, Environmental Epidemiology Branch, National Cancer Institute, 6130 Executive Boulevard, Executive Plaza North 443, Rockville, MD 20892.

0096-1736/94/3608-0924$03.00/0
Copyright © by American College of Occupational and Environmental Medicine

geneous exposures that are often dependent on the job, and jobs tend to have heterogeneous exposures that are often dependent on the industry. In addition, in most case-control studies, the number of people holding any particular job is small. Even if an elevated risk is found, it is likely to have large confidence intervals, thus making the association suspect.

Having no strong hypotheses, we decided to examine occupational exposure to talc, because use of cosmetic talc has been suggested as a risk factor. We also looked at several exposures related to other malignancies or that could have been experienced in jobs held by the study subjects (eg, ionizing radiation, polycyclic aromatic hydrocarbons (PAHs),[9] and solvents).[10]

## Methods

Details of this study have been reported previously.[7] Cases were 296 women diagnosed with epithelial ovarian cancer during 1978–1981 in hospitals in the Washington, DC metropolitan area. Controls were 343 women discharged from the same hospitals for conditions unrelated to any of the exposures under study and matched for age and race. All ovarian cancer cases were confirmed by pathology review. Study subjects were interviewed by trained interviewers using a standardized questionnaire that took approximately 1 hour to complete. The questionnaire included lifetime job history and a specific question about exposure to talc on the job. Each industry and occupation reported was assigned a Bureau of the Census[11] code by trained coders.

One of the authors (PS) conducted an industrial hygiene exposure assessment, evaluating each job/industry combination for potential exposure to talc, ionizing radiation, PAHs, and solvents blind to case-control status. Probability of exposure was assigned on a scale of 0 to 4 (definitely not, unlikely, possibly, probably, definitely), and where probability exceeded 0, level of exposure was assigned on a scale of 1 to 3 (low, medium, high). Evaluation of jobs was based on the industrial hygienist's experience.

We estimated relative risk accord-

**TABLE 1**
Number of Ovarian Cancer Cases and Controls Ever Employed in the 20 Job Titles Reported Most Frequently

| Job Title | Cases (n = 296) | Controls (n = 343) |
|---|---|---|
| Secretary | 80 | 92 |
| Typist | 36 | 34 |
| Salesperson, sales clerk | 34 | 32 |
| Bookkeeper | 27 | 21 |
| Clerical worker (not otherwise specified) | 28 | 34 |
| Registered nurse | 9 | 17 |
| Waitress | 12 | 21 |
| Manager or administrator | 18 | 14 |
| Stenographer | 14 | 10 |
| Public administration official | 18 | 10 |
| Teacher (excluding elementary and secondary) | 11 | 13 |
| Miscellaneous clerical worker | 12 | 16 |
| Editor or reporter | 12 | 7 |
| Elementary school teacher | 15 | 8 |
| Cashier | 10 | 11 |
| Secondary school teacher | 11 | 11 |
| Receptionist | 12 | 10 |
| Telephone operator | 9 | 11 |
| Cleaner | 7 | 9 |
| Office manager | 6 | 10 |

**TABLE 2**
Percentage Distribution of Selected Risk Factors for Cases and Controls Combined Who Worked at Least 5 Years in Four Common Occupations

| | Secretary* (n = 205) | Teacher† (n = 49) | Nurse‡ (n = 28) | Cleaner§ (n = 22) |
|---|---|---|---|---|
| Livebirths | | | | |
| 0 | 28% | 26% | 21% | 32% |
| 1–2 | 43% | 59% | 32% | 28% |
| 3+ | 29% | 14% | 46% | 46% |
| Oral contraceptives | | | | |
| Never | 79% | 69% | 79% | 82% |
| Ever | 20% | 31% | 21% | 14% |
| Gynecologic surgery | | | | |
| No | 69% | 75% | 54% | 59% |
| Yes | 31% | 25% | 46% | 41% |
| Infertility | | | | |
| No | 78% | 78% | 86% | 91% |
| Yes | 22% | 22% | 14% | 9% |
| Menopausal estrogen use | | | | |
| Never | 67% | 84% | 75% | 77% |
| Ever | 33% | 16% | 25% | 23% |
| Cigarette use | | | | |
| Never | 42% | 57% | 39% | 73% |
| Ever | 58% | 43% | 61% | 27% |

    * Secretary occupation includes codes 303 (billing clerks), 325 (file clerks), 341–355 (office machine operators), 360 (payroll clerks), 370–372 (secretaries), 375 (statistical clerks), 376 (stenographers), 391 (typists), 394 (miscellaneous clerical workers), and 395 (not specified clerical workers).
    † Teacher occupation includes codes 102–145 (teachers) and 382 (teacher aides).
    ‡ Nurse includes codes 075 (registered nurses), 925 (aides), and 926 (practical nurses).
    § Cleaner includes codes for private household cleaning: 982 (private household housekeepers), 902 (cleaners), 903 (janitors), 901 (maids), 950 (housekeepers), 983 (laundresses, private household), 984 (maids, private household), and other types of cleaning jobs.

ing to exposure with adjustment for confounders by fitting a logistic regression model.[12] The variables included race, age (in decade), parity (0, 1–2, 3 or more), gynecologic surgery (four categories), and duration of employment (none, less than 5 years, 5 to 9 years, 10 or more years) in jobs with the exposure of interest, using a probability rating of 2 to 4.

## Results

A few job titles were reported very frequently, including secretarial and clerical, teaching, and nursing (Table 1). Private household cleaning was mentioned by only 16 subjects, but other types of cleaning jobs were reported, which we combined for our analysis. These common job titles were reported about as frequently by cases and controls.

For four common occupations, we combined job titles (eg, elementary, secondary, and other teachers). We compared women who had worked for at least 5 years in the occupation to women who never had, adjusting for age, race, parity, and gynecologic surgery. Secretaries and clerks had a relative risk (RR) of 1.1 (95% confi-

dence interval [CI] = 0.7 to 1.8). For teachers, nurses, and cleaners, the RRs and CIs were 1.4 (0.8 to 3.4), 0.5 (0.2 to 1.0), and 0.7 (0.2 to 2.8), respectively.

We also assessed the relation between these four common occupations and major risk factors for ovarian cancer, as well as cigarette smoking, which is probably not related to risk (Table 2). This analysis was restricted to women who had worked in the occupation for at least 5 years. Parity was highest among nurses and cleaners and lowest among teachers. Oral contraceptive use was highest in teachers and lowest in cleaners. Nurses reported more gynecologic surgery and less cigarette smoking than did women in the other jobs. Controlling for the effect of these exposures did not alter the RR estimates for these common occupations.

The relation between the selected exposures and RR is shown in Table 3. Women exposed to talc had risks below the null, but the risks were not statistically significant. In the group with 5 to 9 years of exposure to PAHs, risks of ovarian cancer were elevated, but were not statistically significant. No other risks were elevated.

## Discussion

In this nonindustrial metropolitan area, working women typically held white-collar jobs with few exposures to known or suspected carcinogens. The possible range of exposures encountered in most manufacturing, agriculture, and other blue-collar occupations could not be evaluated. Nurses, waitresses, teachers, and office workers, on the other hand, were numerous, so any exposures occurring in those jobs could be assessed by the industrial hygienist. These jobs do not involve the level or variety of exposures often experienced by production jobs in manufacturing. Because no information was available on individual study subjects' exposure characteristics, it had to be assumed that exposures were homogeneous within job title (although it is known that this is not the case). Nonetheless, it is the typical occupational exposure assessment approach in most population-based case-control studies.

No indication of occupational hazard for ovarian cancer was seen in these data. This may have been because of the assumption of homogeneity or the small numbers. Nonetheless, it is still useful to have an industrial hygienist evaluate jobs for women. Women have held production jobs in manufacturing industries in World War II and today; many may experience exposures similar to men.[13] An industrial hygiene evaluation is particularly useful in case-control studies of cancers of the ovary or other sites for which there are seldom enough women in cohort studies to estimate occupational cancer risks accurately.

---

TABLE 3

Estimated Relative Risk of Ovarian Cancer, According to Length of Occupational Exposure to Solvents, Talc, and Polycyclic Aromatic Hydrocarbons*

| Exposure† | Cases | Controls | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|
| Solvents | | | | |
| None | 204 | 231 | 1.0 | Referent |
| <5 years | 32 | 31 | 1.1 | 0.7–2.0 |
| 5–9 years | 12 | 19 | 0.7 | 0.3–1.6 |
| 10+ years | 27 | 35 | 0.9 | 0.5–1.6 |
| Talc | | | | |
| None | 263 | 285 | 1.0 | Referent |
| <5 years | 5 | 11 | 0.5 | 0.1–1.4 |
| 5–9 years | 2 | 8 | 0.3 | 0.1–1.4 |
| 10+ years | 5 | 12 | 0.5 | 0.2–1.5 |
| Polycyclic aromatic hydrocarbons | | | | |
| None | 243 | 277 | 1.0 | Referent |
| <5 years | 13 | 23 | 0.7 | 0.3–1.3 |
| 5–9 years | 12 | 8 | 1.8 | 0.7–4.7 |
| 10+ years | 7 | 8 | 1.1 | 0.4–3.3 |

*Relative risk estimates are from logistic regression model with terms for duration of employment, race, age, parity, and gynecologic surgery.

† Exposure = number of years in the jobs assigned probabilities of definite, probable, and possible ($P = 2$–4) exposure to these chemicals.

## References

1. Frey CM. Ovary. In: Miller BA, Ries LAG, Hankey BF, Cosary CL, Edwards BK, eds., *Cancer Statistics Review, 1973–1989*. National Cancer Institute. NIH Publication No. 92-28789, 1992.

2. Whittemore AS, Harris R, Itnyre J, Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial cancers in white women. *Am J Epidemiol.* 1992;136:1184–1203.

3. Harris R, Whittemore AS, Itnyre J, Collaborative Ovarian Cancer Group. Char-

acteristics relating to ovarian cancer risk: collaborative analysis of twelve US case-control studies. III. Epithelial cancers of low malignant potential in white women. *Am J Epidemiol.* 1992;136:1204–1211.

4. Whittemore AS, Harris R, Itnyre J, Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. *Am J Epidemiol.* 1992;136:1212–1220.

5. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80:19–26.

6. Whittemore AS, Wu ML, Paffenbarger RS Jr, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol.* 1988;128:1228–1240.

7. Hartge P, Schiffman MH, Hoover R, et al. A case-control study of epithelial ovarian cancer. *Am J Obstet Gynecol.* 1989;161:10–16.

8. Stewart PA, Herrick RF. Issues in performing retrospective exposure assessment. *Appl Occup Environ Hyg.* 1991;6:421–427.

9. International Agency for Research on Cancer. *IARC Monograph on the Evaluation of the Carcinogenic Risk of Chemicals to Humans.* Volume 46. Lyon, France: IARC; 1985.

10. Spirtas R, Stewart PA, Lee JS, et al. Retrospective cohort mortality study of workers at an aircraft maintenance facility. I. Epidemiological results. *Br J Ind Med.* 1991;48:515–530.

11. Bureau of the Census. *1970 Census of Population, Alphabetic Index of Industries and Occupations.* Washington, DC: US Government Printing Office; 1971.

12. Rothman KJ. *Modern Epidemiology.* Boston: Little, Brown and Co; 1986, 38–40.

13. Stewart PA, Blair A. *Women in the formaldehyde industry: their exposures and their jobs.* J Occup Med 1994;36:918–923.

Exhibit 20

GYNECOLOGIC ONCOLOGY **45**, 20–25 (1992)

# Mineral Fiber Exposure and the Development of Ovarian Cancer

Karin A. Rosenblatt, Ph.D.,*·[1] Moyses Szklo, M.D., Dr.P.H.,* Neil B. Rosenshein, M.D.*·†

*Department of Epidemiology, The Johns Hopkins School of Hygiene and Public Health, Baltimore, Maryland 21218; and †Department of Gynecology and Obstetrics, The Johns Hopkins Hospital, Baltimore, Maryland 21218

Received July 10, 1991

A hospital-based case–control study of the association between fiber exposure and the development of epithelial ovarian cancer was performed at the Johns Hopkins Hospital in Baltimore, Maryland. Genital and respiratory fiber exposures were ascertained from incident cases ($N = 77$) and age–race matched controls ($N = 46$) using a structured questionnaire. Cases were ascertained between 1981 and 1985. An increased risk was observed for exposure to talc on sanitary napkins (OR = 4.79, 95% CI, = 1.29–17.79), genital fiber exposure from different sources for a long (cumulative exposure ⩾37.4 years) length of time (OR = 2.35, 95% CI = 0.95–5.80), and occupational fiber exposure in relatives (OR = 2.81, 95% CI = 0.90–8.75). A negative association was observed for antecedent tubal ligation (OR = 0.15, 95% CI = 0.027–0.88). Findings from this study should be confirmed in larger investigations.  © 1992 Academic Press, Inc.

## INTRODUCTION

Occupational exposure to asbestos has been identified as a risk factor for ovarian cancer in several studies [1–3]. Similarly, fiber-containing substances, such as talc, have also been implicated as risk factors [4–9]. A matched case–control study of epithelial ovarian cancer was conducted, in which the role of both genital and respiratory sources of fiber was assessed, to confirm these findings.

## STUDY POPULATION

Cases and controls were ascertained from the Johns Hopkins Hospital between 1981 and 1985. This analysis is restricted to the 77 cases who were matched to 46 hospital controls and treated for conditions other than gynecologic or malignant diseases. Originally 140 newly diagnosed cases of epithelial ovarian cancer who met the eligibility criteria were ascertained from the Johns Hopkins Hospital. One hundred eight (77.1%) of these cases were successfully interviewed. These cases were diagnosed within 6 months of admission, were pathologically confirmed by examination of the ovaries, were admitted as in-patients for treatment or diagnosis, and were residents of the United States. Controls were in-patient females without gynecologic or malignant conditions who were initially matched to cases by age (within 5 years), race, and date of diagnostic admission (within 1 year). Since it was difficult to find controls meeting all of the matching criteria, a control could not be found for all cases. Unmatched cases were therefore matched a posteriori to controls, to form matched triplets of 2 cases and 1 control. A posteriori matching was performed within the same 5-year interval, by race and by closest date of diagnostic admission. The matching procedure allowed for the inclusion of 77 cases in the study. There were 46 matched sets, of which 31 consisted of 2 cases and 1 control. No matched control could be found for 13 cases, which were excluded from the analysis.

## METHODS

Data were ascertained primarily from a questionnaire that was administered to participants both by telephone and in the hospital. Information on previous abdominal and gynecologic operations was also ascertained from medical records.

The questionnaire elicited information on the presence and length of genital fiber and respiratory fiber exposure, reproductive factors, estrogen use, family history of cancer in first-degree relatives, and other contraceptive use. Descriptions of the questions used to ascertain fiber exposure are listed in Appendix 1. Fiber exposure was defined as exposure to asbestos, talc (which may contain asbestos), and fiberglass.

An attempt was made to estimate the overall effect of

---

[1] Present address: Department of Health and Safety Studies, University of Illinois at Urbana–Champaign, 120 Huff Hall, 1206 S. Fourth St., Champaign, IL 61820 (Correspondence to Dr. Rosenblatt at this address).

0090-8258/92 $1.50
Copyright © 1992 by Academic Press, Inc.
All rights of reproduction in any form reserved.

"dose" or length of genital and respiratory fiber exposure. This was accomplished by adding the number of years of each type of genital or respiratory exposure from all sources. Since many of these exposures occurred at the same time, these variables should be considered as crude measures of dose rather than the true length of exposure.

Conditional logistic regression [10] was used to determine the strength of the association. Odds ratios were calculated to describe the relationship of genital and respiratory fiber exposure to ovarian cancer. The odds ratio is an estimate of the relative risk for relatively rare diseases such as ovarian cancer and, in this paper, is referred to as the relative risk estimate (RR).

The following variables were assessed as potential confounders:

    Tobacco use
        Number of cigarettes per day
    Ovulatory time period
    Number of pregnancies
    Cancer in mother or father
    Obesity 1 year prior to diagnosis
    Obesity 20 years prior to diagnosis
    Obesity at highest weight during the 20 years prior to diagnosis
    Obesity according to average weight during the 20 years prior to diagnosis
    Husband's and subject's education
    Previous cancer
    Marital status
    Religion
    Use of oral contraceptives
    Use of contraceptive foams, creams, and jellies by themselves
    Use of an IUD

On the basis of the strength of their relative risk estimates and the difference in frequency with which they were observed in cases and controls, the following variables were identified as potential confounders: measures of obesity, socioeconomic status (subject's education; RR = 0.5, 95% CI = 0.2–1.1), and religion (Jewish, RR = 2.9, 95% CI = 0.6–13.8; Catholic, RR = 0.5, 95% CI = 0.2–1.5), reproductive status (total live births, 1–2, RR = 0.7, 95% CI = 0.2–1.9; live births >2, RR = 0.4, 95% CI = 0.2–1.3), and oral contraceptive use (OR = 0.9, 95% CI = 0.3–23.0).

Obesity 1 year prior to diagnosis (RR = 2.3, 95% CI = 0.9–6.1), obesity 20 years prior to diagnosis (RR = 2.1, 95% CI = 0.7–6.9), and obesity according to highest weight during the 20 years prior to diagnosis (RR = 1.5, 95% CI = 0.7–3.2) were also found to be potential confounders. Obesity was defined as a height/weight index greater than that exhibited by women in the 85th percentile [11] of the population.

**TABLE 1**
**Distribution of Matched Cases and Controls**

| | Cases | | Controls | |
|---|---|---|---|---|
| | N | % | N | % |
| Age (years) | | | | |
| Less than 30 | 3 | 3.9 | 2 | 4.4 |
| 30–39 | 1 | 1.3 | 1 | 2.2 |
| 40–49 | 11 | 14.3 | 8 | 17.4 |
| 50–59 | 21 | 27.3 | 10 | 21.7 |
| 60–69 | 35 | 45.4 | 21 | 45.6 |
| 70–79 | 5 | 6.5 | 3 | 6.5 |
| 80 or higher | 1 | 1.3 | 1 | 2.2 |
| Total | 77 | | 46 | |
| Race | | | | |
| White | 70 | 90.9 | 41 | 89.1 |
| Black | 7 | 9.1 | 5 | 10.9 |
| Total | 77 | | 46 | |

If a potential confounder changed the relative risk estimate associated with a fiber exposure by more than 15%, it was retained in the multivariate model. Confounders were sequentially added to multivariate models, depending on the level with which they changed the odds ratio of a fiber related exposure.

Interaction between fiber exposures and potential confounders was evaluated by comparing the deviance of models with and without the interaction term [12].

**RESULTS**

*Age and Racial Distribution*

Table 1 lists the age and racial distribution of cases and controls. Most cases and controls were in the age groups 40 to 69. It was difficult to obtain controls that did not have a chronic disease, resulting in a lower than expected number of controls.

*Diagnoses of Controls*

Controls were selected so that they did not have their primary diagnostic condition for more than 1 year. Table 2 lists the primary diagnosis of the controls included in the study.

*Genital Fiber Exposure*

Different sources of genital fiber exposure were examined (Table 3). Exposure from any of the potential sources of genital fiber was highly prevalent (91.1% in controls) and not found to be related to ovarian cancer (RR = 1.0, 95% CI = 0.2–4.0). Since it was felt that this index did not accurately characterize cumulative exposure, the median length of exposure from all genital sources (with the time since tubal ligation subtracted) was

**TABLE 2**
**Distribution of Matched Controls by Primary Diagnosis**

| Diagnosis of restricted controls | N | % |
|---|---|---|
| Infectious and parasitic diseases | 1 | 2.2 |
| Diseases of the digestive system | 6 | 13.0 |
| Opthamologic disorders | 15 | 32.6 |
| Diseases of the circulatory system | 11 | 23.9 |
| Symptoms, signs, and ill-defined conditions | 8 | 17.4 |
| Diseases of musculoskeletal and connective tissue | 1 | 2.2 |
| Diseases of the endocrine system or metabolic or immunologic disorders | 1 | 2.2 |
| Diseases of the respiratory system | 1 | 2.2 |
| Benign neoplasms | 1 | 2.2 |
| Injury and poisoning | 1 | 2.2 |
| Total | 46 | 100.00 |

used to categorize the dose of genital fiber exposure. A relative risk estimate of borderline significance was seen for exposure above the median length of time (37.4 years, RR = 2.4, 95% CI = 1.0–5.8). A significant negative association was observed for previous tubal ligation (RR = 0.2, 95% CI = 0.03–0.9).

A history of several gynecologic and abdominal operations, given by responses to the questionnaire, was examined to determine if exposure to talc from surgeon's gloves increased risk [13]. No statistically significant relationships were detected but, with the exception of ovarian biopsies, relative risk estimates were generally below 1. An attempt was made to combine information from the questionnaire and medical records, with no important changes in the relative risk estimates.

Moderately elevated relative risk estimates, which were not statistically significant, were observed with use of condoms, diaphragms (when powder was used), and genital bath talc. The level of association observed with exposure to talc on sanitary napkins (RR = 4.8, 95% CI = 1.3–18.0) was significantly greater than unity.

*Respiratory Fiber Exposure*

Numerous sources of respiratory fiber exposure were evaluated (Table 4): the only such source showing an important effect was occupational fiber exposure in relatives (RR = 2.8, 95% CI = 0.9–8.8). This relative risk estimate was calculated after three cases who were both exposed to asbestos themselves and received asbestos exposure from their relatives were excluded.

**DISCUSSION**

Genital talc exposure has been proposed as an etiologic agent of ovarian cancer [14] because talc was observed more frequently in cancerous ovaries [15] than in noncancerous ovaries, occupational studies of talc-containing asbestos showed an increased risk of lung cancer [16], asbestos has been observed in cosmetic face powders [17–19], and papillary growth has been observed after implantation of asbestos [20] and talc [21] into the peritoneal cavity.

We found an increased relative risk (4.8) for talc use on sanitary napkins with a smaller effect for genital bath talc exposure (RR = 1.7). This is in accordance with the original finding of a significant increased risk for perineal talc exposure (RR = 1.9, 95% CI = 1.3–2.9) by Cramer *et al.* [4]. Preliminary findings from a Chinese study also suggest that perineal application of talc-containing dusting powder increased the risk of epithelial ovarian cancer (RR = 3.9, 95% CI = 1.1–13.8) [5]. A nonsignificant effect for genital talc exposure (on genitals, sanitary napkins, or underwear) was detected in the study of Hartge *et al.* [6] (RR = 2.5, 95% CI = 0.7–10.0). Whittemore *et al.* [7] detected an increased risk (RR = 1.4, P = 0.06) for perineal exposure. In a study of borderline ovarian tumors, an increased risk was also observed with talc exposure from use on sanitary napkins (RR = 1.9, 95% CI = 0.9–6.9, 8).

We also investigated the relationship with cumulative duration of all forms of genital fiber exposure (with the time since tubal ligation subtracted). The positive association (RR = 2.35) in our study for exposure longer than the median length of time contrasts with the lack of association with duration observed by Whittemore *et al.* [7]. Whittemore *et al.* [7], however, did observe a positive dose–response relationship with frequency of exposure (1–20 times per month, RR = 1.3, 95% CI = 0.8–2.0; >20 times per month, RR = 1.4, 95% CI = 0.9–2.2). Although Booth *et al.*, [9] did not observe a significant (P = 0.05) trend of increasing risk with more frequent use, weekly genital talc use (RR = 2.0, 95% CI = 1.3–3.4) was associated with an increased risk of ovarian cancer.

The results of our study and others suggest that genital fiber exposure may be associated with an adverse effect [4–8] but further study is needed to determine if this relationship is causal in nature.

The present study also showed a significant negative association with tubal ligation (RR = 0.15). Harlow [22] (RR = 0.3, 95% CI = 0.3–1.1), Booth *et al.* [9] (RR = 0.2, 95% CI = 0.1–0.6), Mori *et al.* [23] (RR = 0.4, 95% CI = 0.2–1.0), Whittemore *et al.* [7] (RR = 0.6, P = 0.07), and Irwin *et al.* [24] (RR = 0.7, 95% CI = 0.5–1.0) also observed negative associations. Although the findings of our study differ from the positive association observed by Koch *et al.* [25] the comparison rates [26] used in Koch's cohort study may have been underestimated.

Tubal ligation may protect against ovarian cancer by inhibiting the carcinogenic action of talc through blockage

Case 3:16-md-02738-MAS-RLS    Document 9737-10    Filed 05/07/19    Page 27 of 211 PageID: 39271

TABLE 3

Number and Frequency Distribution of Cases and Controls with Odds Ratios for Genital Fiber Exposure and Other Related Variables

| Exposure interval | Attribute | Cases | | Controls | | Odds ratio | 95% confidence interval |
|---|---|---|---|---|---|---|---|
| | | N | % | N | % | | |
| Genital fiber use | Yes | 67 | 87.0 | 40 | 88.0 | 1.0 | 0.2–4.0[b] |
| | No | 10 | 13.0 | 5 | 11.1 | | |
| | Missing | 0 | | 1 | | | |
| Length of use of genital fiber[a] (years) | ≥37.4 | 39 | 55.7 | 16 | 39.0 | 2.4 | 1.0–5.8[c] |
| | <37.4 | 31 | 44.3 | 25 | 61.0 | | |
| | Missing | 7 | | 5 | | | |
| (Median of cases and controls) | Median | | 41.9 | | 24.0 | | |
| Ovarian biopsies | Yes | 6 | 7.8 | 3 | 6.5 | 1.1 | 0.3–4.4 |
| | No | 71 | 92.2 | 43 | 93.5 | | |
| Unilateral oophorectomy | Yes | 8 | 10.4 | 5 | 10.9 | 0.8 | 0.2–2.5[d] |
| | No | 69 | 89.6 | 41 | 89.1 | | |
| Tubal ligation | Yes | 4 | 5.2 | 6 | 13.0 | 0.2 | 0.3–0.9[d,e] |
| | No | 73 | 94.8 | 40 | 87.0 | | |
| Hysterectomy | Yes | 19 | 24.7 | 12 | 26.1 | 0.7 | 0.3–1.7[d] |
| | No | 58 | 75.3 | 34 | 73.9 | | |
| Condom use | Yes | 35 | 49.3 | 22 | 51.2 | 1.6 | 0.6–3.9[b,d] |
| | No | 37 | 50.7 | 21 | 48.8 | | |
| | Missing | 5 | | 3 | | | |
| Diaphragm use with powder | Yes | 14 | 18.9 | 5 | 11.4 | 3.0 | 0.8–10.8[b,d] |
| | No | 60 | 81.1 | 39 | 88.6 | | |
| | Missing | 3 | | 2 | | | |
| Genital bath talc | Yes | 22 | 28.9 | 8 | 18.6 | 1.7 | 0.7–3.9 |
| | No | 54 | 71.0 | 35 | 81.4 | | |
| | Missing | 1 | | 3 | | | |
| Sanitary napkin with talc exposure | Yes | 21 | 30.0 | 6 | 13.6 | 4.8 | 1.3–17.8[f] |
| | No | 49 | 70.0 | 38 | 86.4 | | |
| | Missing | 7 | | 2 | | | |

[a] After subtraction of the time since tubal ligation, for those who had ligation.
[b] Adjusted for number of live births.
[c] Adjusted for religion.
[d] Adjusted for years of education on subject.
[e] Adjusted for highest weight 20 years prior to diagnosis.
[f] Adjusted for highest weight 1 year prior to diagnosis.

of the fallopian tube or through a "screening" effect [27]. The effects of antecedent tubal ligation should be evaluated in future studies of ovarian cancer to determine if a negative association is consistently observed and to determine the reason for this.

Several cohort studies of women with respiratory exposure to asbestos detected an increased relative risk for ovarian cancer [1–3]. We elicited information about employment by relatives in occupations with asbestos or fiberglass exposure [28] and the relative risk was found to be elevated (RR = 2.8). In a previous case–control study of ovarian cancer, the relative risk for occupational asbestos exposure in relatives was not elevated [29], although the authors did not describe how the asbestos exposure was ascertained. Our initially suggestive findings regarding asbestos or fiberglass exposure in relatives should be evaluated further in additional studies.

In summary, our study shows that the development of ovarian cancer may be associated with genital fiber exposure (especially talc on sanitary napkins) and occupational exposure to fibers in relatives. Given its small sample size and the potential selection bias stemming from inclusion of patients from only one hospital, further research needs to be performed in order to confirm our findings.

## APPENDIX 1

## Questions Asked to Ascertain Fiber Exposures

### Genital Fiber Exposure

1. Have you had any of the following operations prior to your hospitalization in _____?

—Biopsy or removal of part of an ovary
—Removal of one ovary
—Removal of uterus (hysterectomy)

24                                          ROSENBLATT, SZKLO, AND ROSENSHEIN

TABLE 4

Number and Frequency Distribution of Cases and Controls with Odds Ratios for Selected Characteristics Related to Respiratory Fiber Exposure

| Exposure interval | Attribute | Cases | | Controls | | Odds ratio | 95% confidence interval |
|---|---|---|---|---|---|---|---|
| | | N | % | N | % | | |
| Respiratory fiber exposure | Yes | 69 | 89.6 | 41 | 89.1 | 1.3 | 0.3–3.6[a] |
| | No | 8 | 10.4 | 5 | 10.4 | | |
| Cosmetic face powder use | Yes | 38 | 50.7 | 24 | 54.5 | 1.1 | 0.4–2.7[b] |
| | No | 37 | 49.3 | 20 | 45.4 | | |
| | Missing | 2 | | 2 | | | |
| Insulation installed at residence | Yes | 30 | 39.5 | 17 | 37.8 | 1.2 | 0.3–4.6[c] |
| | No | 46 | 60.5 | 28 | 62.2 | | |
| | Missing | 1 | | 1 | | | |
| Living in the vicinity of a fiber-emitting industrial establishment | Yes | 7 | 9.2 | 4 | 8.9 | 1.0 | 0.3–3.4 |
| | No | 69 | 90.8 | 41 | 91.1 | | |
| | Missing | 1 | | 1 | | | |
| Applied bath talc to body (respiratory exposure) | Yes | 47 | 61.8 | 24 | 55.8 | 1.6 | 0.6–2.7[c] |
| | No | 29 | 38.2 | 19 | 44.2 | | |
| | Missing | 1 | | 3 | | | |
| Fiber exposure in relatives | Yes | 18[d] | 24.3 | 5 | 10.9 | 2.8 | 0.9–8.8 |
| | No | 56 | 75.7 | 41 | 89.1 | | |
| Use of spackling and taping compounds | Yes | 20 | 29.0 | 14 | 31.1 | 1.6 | 0.5–3.4[a,e] |
| | No | 49 | 71.0 | 31 | 68.9 | | |
| | Missing | 8 | | 1 | | | |

[a] Adjusted for highest weight 1 year prior to diagnosis.
[b] Adjusted for years of education on subject.
[c] Adjusted for number of live births.
[d] Three cases were excluded because they had been directly exposed to fibers and had a household member who had been occupationally exposed to fibers. Fiber exposure included asbestos, talc, or fiberglass exposure.
[e] Adjusted for religion.

—Tubal ligation
—Any other abdominal operation
(These items were confirmed by examination of medical records)
2. Did you use a diaphragm prior to your hospitalization in _____?
    If yes: Did you use a powder to dust and dry the diaphragm?
    If yes: Was it talc?
3. Did you and your sexual partner ever use a condom prior to your hospitalization in _____?
4. Have you regularly applied talcum powder to your body after bathing or for other reasons prior to your hospitalization in _____?
    Did you commonly apply the talcum powder to your genital area?
5. Have you used talc on sanitary napkins or any other sanitary products used during your menstrual period prior to your hospitalization in _____?

*Respiratory Fiber Exposure*

1. Prior to your hospitalization in _____ had you ever regularly used cosmetic face powder?
2. Have you ever had insulation installed in a place that you lived in prior to your hospitalization in _____?

3. Have you ever lived in the vicinity of a shipyard, an asbestos or talc mine, or an asbestos, talc, or fiberglass processing plant prior to your hospitalization in _____?
4. Have you regularly applied talcum powder to your body after bathing or for other reasons prior to your hospitalization in _____?
    Did you commonly apply the talcum powder to your face, upper torso, or legs and feet?
5. Have you or anyone who has ever lived in your household (including your husband) been employed in any of the following industries prior to your hospitalization in _____?
    (a) Installation or removal of insulation materials
    (b) Brake lining manufacture
    (c) Automobile repair involving brake repair
    (d) Roofing using asbestos materials
    (e) Asbestos milling or mining
    (f) Asbestos textile or paper manufacture
    (g) Building construction
    (h) Other industries where asbestos is used
    (i) Talc mining and milling
    (j) Other industries where talc is used
    (k) Fiberglass or mineral wool manufacture
    (l) Other industries where fiberglass or mineral wool was used

6. Did you ever use spackling and taping compounds?

If the respondent answered yes to any of these questions, they were asked when the exposure started and stopped. If they could not answer this question, they were asked how long the exposure occurred.

## REFERENCES

1. Acheson, E. D., Gardner, M. J., Pipparh, E. C., and Grime, L. P. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: A 40 year follow-up, *Br. J. Ind. Med.* **29,** 344–348 (1982).

2. Newhouse, M. L., Berry, G., Wagner, J. C., and Turok, M. E. A study of the mortality of female asbestos workers, *Br. J. Ind. Med.* **29,** 134–141 (1972).

3. Wignall, B. K., and Fox, A. J. Mortality of female gas mask assemblers, *Br. J. Ind. Med.* **39,** 34–38 (1982).

4. Cramer, D. W., Welch, W. R., Scully, R. E., and Wojciechowski, C. A. Ovarian cancer and talc: A case–control study, *Cancer* **50,** 372–376 (1982).

5. Chen, Y., and Wu, B. Z. Risk factors for epithelial ovarian cancer in China—A case–control study (abstract), *Am. J. Epidemiol.* **132,** 777 (1990).

6. Hartge, P., Hoover, R., Lesher, L. P., and McGowan, L. Talc and ovarian cancer, *J. Am. Med. Assoc.* **250,** 1884 (1983).

7. Whittemore, A. S., Wu, M. L., Paffenbarger, R. S., Jr., Sarles, D. L., Kampert, J. B., Grosser, S., Jung, D. L., Ballon, S., and Hendrickson, M. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee, *Am. J. Epidemiol.* **128,** 1228–1240 (1988).

8. Harlow, B. L., and Weiss, N. S. A case–control study of borderline ovarian tumors. The influence of perineal exposure to talc, *Am. J. Epidemiol.* **30,** 390–394 (1989).

9. Booth, M., Beral, V., and Smith, P. Risk factors for ovarian cancer: A case–control study, *Br. J. Cancer* **60,** 592–598 (1989).

10. Smith, P. G., Pike, M. C., Hill, P. A., Breslow, N. E., and Day, N. E. Multivariate conditional logistic analysis of stratum-matched case–control studies, *Appl. Stat.* **30,** 190–197 (1981).

11. National Center for Health Statistics. Obese and overweight adults in the United States, in *National Health Survey Series No. 230,* Vol. 11, Hyattsville, MD. (1983)

12. Breslow, N. E., and Day, N. E. Statistical methods in cancer research, in *IARC scientific publications No. 32,* International Agency for Research on Cancer, Lyon (1980).

13. Tolbert, T. W., and Brown, J. L. Surface powders on surgical gloves, *Arch. Surg.* **115,** 729–732 (1980).

14. Longo, D. L., and Young, R. C. Cosmetic talc and ovarian cancer, *Lancet* **2,** 349–351 (1979).

15. Henderson, W. J., Joslin, C. A. F., Turnbull, A. C., and Griffiths, K. Talc and carcinoma of the ovary and cervix, *J. Obstet. Gynaecol. Br. Commonw.* **78,** 266–272 (1971).

16. International Agency for Research on Cancer. Silica and some silicates, in *IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans,* Vol. 42, pp. 185–224, Lyons, France. (1987)

17. Cralley, L. J., Key, M. M., Groth, D. H., Lainhart, W. S., and Ligo, R. M. Fibrous and mineral content of cosmetic talcum products, *Am. Ind. Hyg. Assoc. J.* **29,** 350–354 (1968).

18. Paoletti, L., Caiazza, S., Donelli, G., and Pocchiari, F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs, *Reg. Toxicol. Pharmacol.* **4,** 222–235 (1984).

19. Rohl, A. N., Langer, A. M., Selikoff, I. J., Tordini, A., Klimentidis, R., Bowes, D. R., and Skinner, D. L. Consumer talcums and powders: Mineral and chemical characterization, *J. Toxicol. Environ. Health* **2,** 255–285 (1976).

20. Graham, J., and Graham, R. Ovarian cancer and asbestos, *Environ. Res.* **1,** 115–128 (1967).

21. Hamilton, T. C., Fox, H., Buckley, C. H., Henderson, W. J., and Griffith, S. K. Effect of talc on the rat ovary, *Br. J. Exp. Pathol.* **65,** 101–106 (1984).

22. Harlow, B. L. An epidemiologic study of borderline ovarian tumors, Doctor of Philosophy Dissertation, University of Washington (1987).

23. Mori, M., Harabuchi, I., Miyake, H., Casagrande, J. T., Henderson, B. E., and Ross, R. K. Reproductive, genetic, and dietary risk factors for ovarian cancer, *Am. J. Epidemiol.* **128,** 771–777 (1988).

24. Irwin, K., Weiss, N., Lee, N., and Peterson, H. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer (abstract), *Am. J. Epidemiol.* **132,** 777 (1990).

25. Koch, M., Starreveld, A. A., Hill, G. B., and Jenkins, H. The effect of tubal ligation on the incidence of epithelial cancer of the ovary. *Cancer. Detect. Prev.* **7,** 241–245 (1984).

26. Koch, M., Starreveld, A. A., Brown, L. B., and Gaedke, H. Survival trends in women with epithelial cancer of the ovary in Northern Alberta, 1960–1979, *Clin. Invest. Med.* **5,** 121–124 (1982).

27. Weiss, N. S., and Harlow, B. L. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer, *Am. J. Epidemiol.* **124,** 856–858 (1986).

28. Kusnetz, S., and Hutchison, B. K. *A guide to the work-relatedness of disease,* USDHEW, NIOSH, Cincinnatti, OH. (1979).

29. Newhouse, M. L., Pearson, R. M., Fullerton, J. M., Boesen, E. A. M., and Shannon, H. S. A case–control study of carcinoma of the ovary, *Br. J. Prev. Soc. Med.* **31,** 148–153 (1977).

Exhibit 21

International Journal of Epidemiology
© International Epidemiological Association 1992

Vol. 21, No. 1
Printed in Great Britain

# Risk Factors for Epithelial Ovarian Cancer in Beijing, China

YONG CHEN,* PAO-CHEN WU,* JING-HE LANG,* WEN-JUN GE,** PATRICIA HARTGE† AND LOUISE A BRINTON†

Chen Y (Department of Obstetrics and Gynaecology, Peking Union Medical College, Beijing, China), Wu P-C, Lang J-H, Ge W-J, Hartge P and Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology* 1992; **21**: 23–29.

A study in Beijing, China of 112 pathologically confirmed epithelial ovarian cancer cases and 224 age-matched community controls enabled evaluation of risk in relation to reproductive, medical, familial, and selected lifestyle factors. An inverse relationship was observed between the number of full-term pregnancies and ovarian cancer risk. Compared to nulliparous women, subjects with one, two, or three full-term pregnancies were at 50%, 70%, or 90% reduced risks, respectively ($P$ for trend <0.01). A positive correlation was found between the number of ovulatory years and risk, with a 2.6-fold increased risk for women with 30 or more compared to less than 10 ovulatory years ($P$ for trend <0.01). Infertility, as estimated in various ways, was also found to be an important risk factor. When parity was taken into account, age at first pregnancy was not related to ovarian cancer risk. No protective effect was associated with mumps virus infection. In contrast, risk increased significantly as serum mumps virus antibody titres increased ($P$ for trend <0.01). An elevated risk was found in women with a history of long-term (>3 months) application of talc-containing dusting powder to the lower abdomen and perineum (Relative risk 3.9, 95% confidence interval: 0.9–10.63). These findings suggest that Chinese women have risk factors similar to those of occidental women.

Although risk factors for ovarian cancer have been extensively studied in high-incidence areas, epidemiological patterns remain relatively unexplored elsewhere. In China, the incidence of ovarian cancer is much lower than in most western countries, with the incidence rate per 100000 women being 5.0 in Shanghai and 5.8 in Hong Kong[1] compared to 12.9 in Caucasian women in the San Francisco bay area.[1] However, ovarian cancer rates have been rising in China in recent years, and in one prospective study in Jiangsu Province ovarian cancer was found to account for 11.3% of all gynaecological malignancies, second only to the occurrence of cervical cancer.[2] Despite these rising incidence rates, the epidemiology of ovarian cancer in China remains relatively undefined, with only one analytical investigation having been previously undertaken in Shanghai.[3]

To assess the role of risk factors in China and to determine whether factors in this low-incidence area differ from those identified in other parts of the world, we conducted a case-control study in Beijing, China.

Detailed personal interviews were undertaken, allowing an assessment of risk in relation to a variety of reproductive, medical, familial and other lifestyle factors.

## MATERIAL AND METHODS

A total of 220 patients with newly diagnosed epithelial ovarian cancer occurring during the period 1984–1986 were identified through records at the Beijing Cancer Registry, a system designed to monitor all cancers in the Beijing metropolitan area. Records from the Registry were periodically checked against those of individual hospitals to assure completeness of the ascertainment mechanisms. After eliminating a large portion of cases because of death (n = 67) or inability to locate (n = 37), 116 cases were included in the study group, of whom 112 were interviewed and four refused to cooperate. Many of the deaths occurred among the subjects diagnosed during the earliest year of the study, but deaths were not restricted to these patients. Because of the high nonresponse rate, we compared cases diagnosed during 1984 to the other cases and found no major differences with respect to the major identified menstrual, reproductive and medical risk factors. Results from the entire data set are presented here.

Diagnosis was confirmed by laparotomy and pathological examination in all 112 cases, with serous cancer

Department of Obstetrics and Gynaecology* and Department of Biostatistics,** Peking Union Medical College, Beijing, China.
†Environmental Epidemiology Branch, National Cancer Institute, Bethesda, MD 20892, USA.
Reprint requests to: Louise A. Brinton, Executive Plaza North, Rm. 443, at the above address.

NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17 US CODE)

Protected Document – Subject to Protective Order

LUZ000399

accounting for 51% (57 cases), mucinous cancer for 19% (21 cases) and miscellaneous epithelial cancer for 30% (34 cases).

For each interviewed case in the study, two population controls were selected and interviewed within a short period of the matched case. Depending on whether the case resided in an urban or a rural area, the first unit of selection was the same street office or township (commune) as that of the case. Within these areas, a random selection was made of one neighbourhood committee or village, which was visited to abstract information from census lists of all women who were within 1 year of age of the identified case. We excluded women who had ever had a serious illness (including gynaecological diseases and a variety of abdominal abnormalities) from these potential controls. A random number table was then used to select two controls for each ovarian cancer patient. A total of 15 of the initially selected controls refused to co-operate, and were replaced with another eligible control. A total of 224 controls were interviewed.

A comprehensive questionnaire was developed with special emphasis on menstrual, obstetric, marital, medical, familial and dietary histories. All exposure information sought was with reference to events occurring 3 or more years prior to the date of diagnosis (equivalent date in controls). Data were collected through face-to-face interviews by trained interviewers. All interviews were tape recorded and checked by the authors. Peripheral blood samples were taken for determination of ABO blood groups and mumps virus antibody titres.

The odds ratio was used as an estimate of relative risk (RR). Logistic regression for matched sets was used to control for potential confounding effects of selected variables and to obtain maximum likelihood estimates of relative risks and 95% confidence intervals (CI).[4] Tests for trend were computed by treating the categorical variables as continuous variables in the regression models.[4]

## RESULTS

The mean age at interview was 48.5 years among cases and 49.0 years among controls. The cases tended to be more educated than controls, with relative risks of 1.8 for senior high school graduates and 3.2 for those who received higher education compared to those who had no formal education ($P$ for trend $<0.01$) (Table 1). Because of this discrepancy, it was necessary to adjust for effects of education when evaluating the risk associated with related factors. Cases and controls were similar with respect to income, average weight, and height.

TABLE 1  *Descriptive social factors for ovarian cancer cases versus controls*

|  | Cases | Controls | RR | 95% CI |
|---|---|---|---|---|
| **Education** |  |  |  |  |
| None | 29 | 62 | 1.0 |  |
| Primary | 22 | 58 | 0.8 | 0.4–1.7 |
| Junior high school | 18 | 48 | 0.9 | 0.4–2.2 |
| Senior high school | 23 | 37 | 1.8 | 0.7–4.5 |
| College | 20 | 19 | 3.2 | 1.2–8.4 |
|  |  |  | $P$ for trend $<0.01$ | |
| **Income[a] (yuan)** |  |  |  |  |
| <500 | 53 | 134 | 1.0 |  |
| 500–999 | 54 | 78 | 1.8 | 1.1–3.0 |
| 1000+ | 5 | 12 | 1.0 | 0.3–3.1 |
|  |  |  | $P$ for trend $=0.37$ | |
| **Weight (kg)** |  |  |  |  |
| <50 | 22 | 41 | 1.0 |  |
| 50–59 | 41 | 94 | 0.8 | 0.4–1.5 |
| 60–69 | 34 | 63 | 1.0 | 0.5–2.0 |
| 70+ | 15 | 26 | 1.1 | 0.5–2.6 |
|  |  |  | $P$ for trend $=0.43$ | |
| **Height (cm)** |  |  |  |  |
| <155 | 21 | 33 | 1.0 |  |
| 155–159 | 35 | 88 | 0.6 | 0.3–1.3 |
| 160–164 | 36 | 78 | 0.7 | 0.4–1.4 |
| 165+ | 20 | 25 | 1.3 | 0.6–3.1 |
|  |  |  | $P$ for trend $=0.55$ | |

[a] Yearly income (1 US$ = 3.7 yuan)

As with previous studies, a strong inverse relationship was observed between gravidity or parity and risk of ovarian cancer (Table 2). Relative to the 20 patients and 23 controls who had never given birth, the risk was 0.5 for women who had one birth and 0.3 for those who had two births. A ten-fold reduction in risk was obtained by the third birth. The trend persisted after adjustment for education. A similar relationship was observed for number of pregnancies. In the univariate analyses, late age at first pregnancy emerged as a strong factor, but its effects disappeared after adjustment for parity. Duration of breastfeeding was similarly inversely related to risk, but this effect also disappeared after adjustment for parity. Induced abortions and miscarriages appeared to decrease risk but their trends were not statistically significant. A previous stillbirth was reported by two cases and four controls, resulting in a RR of 1.9 (95% CI: 0.3–11.5) after adjustment for education and parity. Five cases and five controls had a history of caesarean section (RR = 1.2, 95% CI: 0.3–5.1).

Parity or gravidity partly reflect fertility, but are also strongly influenced by voluntary contraception.

Protected Document – Subject to Protective Order

TABLE 2  *Reproductive factors and risk of ovarian cancer*

|  | Cases | Controls | RR[a] | 95% CI |
|---|---|---|---|---|
| Gravidity | | | | |
| 0 | 17 | 22 | 1.0 | |
| 1 | 18 | 14 | 1.1 | 0.4–3.8 |
| 2 | 19 | 22 | 0.5 | 0.1–1.9 |
| 3 | 16 | 38 | 0.2 | 0.1–0.9 |
| 4–5 | 23 | 66 | 0.2 | 0.1–0.8 |
| 6+ | 19 | 62 | 0.2 | 0.0–0.7 |
| Trend test | | | P<0.01 | |
| Parity | | | | |
| 0 | 20 | 23 | 1.0 | |
| 1 | 28 | 38 | 0.5 | 0.2–1.8 |
| 2 | 27 | 45 | 0.3 | 0.1–1.2 |
| 3 | 12 | 34 | 0.1 | 0.0–0.6 |
| 4–5 | 17 | 57 | 0.1 | 0.0–0.5 |
| 6+ | 8 | 27 | 0.1 | 0.0–0.6 |
| Trend test | | | P<0.01 | |
| Age at first pregnancy[b,c] (years) | | | | |
| <20 | 19 | 43 | 1.0 | |
| 20–24 | 34 | 88 | 0.7 | 0.3–1.5 |
| 25–29 | 29 | 62 | 0.4 | 0.2–1.2 |
| 30+ | 13 | 9 | 1.1 | 0.2–4.6 |
| Trend test | | | P=0.65 | |
| Breastfeeding[c] (years) | | | | |
| 0 | 39 | 49 | 1.0 | |
| <1 | 11 | 15 | 0.9 | 0.3–2.9 |
| 1 | 13 | 24 | 0.8 | 0.3–2.2 |
| 2 | 12 | 25 | 0.9 | 0.3–3.0 |
| 3+ | 37 | 111 | 1.1 | 0.4–2.9 |
| Trend test | | | P=0.71 | |
| Induced abortion[c] | | | | |
| 0 | 71 | 120 | 1.0 | |
| 1 | 24 | 61 | 0.8 | 0.4–1.5 |
| 2 | 12 | 26 | 0.8 | 0.4–1.9 |
| 3+ | 5 | 17 | 0.5 | 0.2–1.6 |
| Trend test | | | P=0.39 | |
| Miscarriage[c] | | | | |
| 0 | 97 | 179 | 1.0 | |
| 1 | 11 | 35 | 0.4 | 0.2–1.1 |
| 2+ | 4 | 10 | 0.9 | 0.2–3.6 |
| Trend test | | | P=0.64 | |

[a] Adjusted for education
[b] Among gravid women only, unknowns excluded
[c] Further adjusted for parity

TABLE 3  *Fertility factors and risk of ovarian cancer*

|  | Cases | Controls | RR[a] | 95% CI |
|---|---|---|---|---|
| Fertility index[b] | | | | |
| 0 | 11 | 11 | 1.0 | |
| <0.25 | 33 | 44 | 0.6 | 0.2–2.1 |
| 0.25–0.49 | 31 | 71 | 0.3 | 0.1–1.0 |
| 0.5–0.99 | 17 | 43 | 0.2 | 0.1–0.8 |
| 1+ | 11 | 38 | 0.1 | 0.0–0.3 |
| Trend test | | | P<0.01 | |
| Nulligravidae[c] | | | | |
| Unmarried | 7 | 15 | 1.0 | |
| Married | 10 | 7 | 5.7 | 0.4–80.9 |
| No trouble conceiving | 2 | 3 | 1.0 | |
| Had trouble conceiving | 8 | 4 | 5.6 | 0.4–81.1 |
| Gravid women[c] | | | | |
| No trouble conceiving | 83 | 181 | 1.0 | |
| Had trouble conceiving | 12 | 21 | 1.3 | 0.6–2.8 |
| Ovulatory years | | | | |
| <10 | 10 | 21 | 1.0 | |
| 10–19 | 27 | 74 | 0.8 | 0.2–2.9 |
| 20–29 | 44 | 97 | 1.3 | 0.3–5.5 |
| 30+ | 31 | 32 | 2.6 | 0.6–11.2 |
| Trend test | | | P=0.01 | |

[a] Adjusted for education
[b] Among married women only and calculated as the number of pregnancy/(age at menopause – age at marriage – duration of separation – duration of contraception – time interval between sterilization and menopause)
[c] Using unmatched stratified analysis and adjusted for education and age. Trouble conceiving was defined as married woman who tried to conceive but failed for a period of more than 1 year.

Thus, a fertility index was introduced in order to more accurately estimate fertility (Table 3). This was calculated as the number of pregnancies divided by the total number of years of potential pregnancy. Years of potential pregnancy was calculated as age at menopause (or age at diagnosis for premenopausal cases and their matched controls) minus age at marriage minus duration of separation minus duration of contraception minus time interval between sterilization and menopause. As in Table 3, risk decreased as the index increased, with an effect as strong as that of parity. Married nulligravidae had a 5.7-fold increase in risk compared to single nulligravidae (95% CI: 0.4–80.9). Risk was also elevated among married nulligravidae with a history of trouble conceiving for 1 or more years (RR = 5.6, 95% CI: 0.4–81.1). Among gravid women, 12 cases versus 21 controls reported a history of trouble conceiving (RR = 1.3, 95% CI: 0.6–2.8).

We also examined the effect of total duration of ovulation on risk of ovarian cancer to test the hypothesis that incessant ovulation is associated with increased risk. Total ovulatory years were calculated as age at menopause minus age at menarche minus duration of amenorrhoea minus duration of oral contraceptive use. Risk increased significantly with years of ovulation, with the RR rising from 1.3 (95% CI: 0.3–5.5) to 2.6 (95% CI: 0.6–11.2) for those with 20–29 and 30 or more years of ovulation, respectively, com-

Protected Document – Subject to Protective Order

pared to less than 10 years of ovulation. This effect may be entirely due to the low parity among women with 20 or more ovulatory years, but the high correlation between these two variables prevented further disentanglement of effects.

The associations of some selected menstrual and hygienic factors are summarized in Table 4. Age at menarche appeared unrelated to risk. Among naturally menopausal women, age at menopause appeared to exert no effect on risk. Eight cases and 22 controls reported irregular menstruation during most of their lives, which was associated with a RR of 1.3 (95% CI: 0.5–3.2). Dysmenorrhoea, or abdominal pain during the first 3 days of menses, was not related to any significant alteration in risk (RR = 0.7, 95% CI: 0.4–1.2). Premenstrual tension, defined as the presence of three or more premenstrual symptoms (irritability, anxiety, headache, sleepless, breast tenderness, oedema etc.) also did not significantly affect risk. Seven cases and five controls reported using dusting powder to the lower abdomen and perineum for 3 or more months (RR = 3.9, 95% CI: 0.9–10.6).

Table 5 presents the association between birth control methods and risk of ovarian cancer. Women who took oral contraceptives for less than 1 year had a non-significantly reduced risk compared to nonusers (RR = 0.7, 95% CI: 0.3–1.8). However, the risk appeared to be elevated for subjects who used oral contraceptives for longer periods of time, with the RRs being 1.4 (95% CI: 0.5–3.4) for 1–2 years and 1.1 (95% CI: 0.4–2.9) for 3 years or more of usage. However, the trend of risk with duration of oral contraceptive use was not statistically significant ($P$ for trend = 0.75). No significant association was noted between use of condoms or intrauterine devices (IUD) and risk, but IUD use was accompanied by a nonsignificant reduction in risk of ovarian cancer. A total of 11 cases and 36 controls reported prior sterilization, but this was not associated with any alteration in risk.

TABLE 4   Menstruation and hygiene and risk of ovarian cancer

|  | Cases | Controls | RR[a] | 95% CI |
|---|---|---|---|---|
| Age at menarche (years) |  |  |  |  |
| < 14 | 28 | 51 | 1.0 |  |
| 14–15 | 45 | 104 | 1.1 | 0.6–2.0 |
| 16–17 | 36 | 47 | 2.1 | 0.9–4.4 |
| 18+ | 3 | 22 | 0.4 | 0.1–1.8 |
| Trend test |  |  | $P = 0.55$ |  |
| Age at menopause[b] |  |  |  |  |
| <45 | 6 | 24 | 1.0 |  |
| 45–49 | 25 | 49 | 1.1 | 0.4–3.5 |
| 50+ | 24 | 45 | 1.0 | 0.3–3.4 |
| Trend test |  |  | $P = 0.56$ |  |
| Menstrual irregularity |  |  |  |  |
| No | 104 | 202 | 1.0 |  |
| Yes | 8 | 22 | 1.3 | 0.5–3.2 |
| Dysmenorrhoea |  |  |  |  |
| No | 63 | 121 | 1.0 |  |
| Yes | 49 | 103 | 0.7 | 0.4–1.2 |
| Premenstrual tension |  |  |  |  |
| No | 74 | 138 | 1.0 |  |
| Yes | 38 | 86 | 0.6 | 0.4–1.1 |
| Dusting powder |  |  |  |  |
| No | 105 | 219 | 1.0 |  |
| Yes | 7 | 5 | 3.9 | 0.9–10.6 |

[a] Adjusted for education and parity.
[b] Among naturally menopausal women only, unknowns excluded.

TABLE 5   Use of different contraceptive methods and risk of ovarian cancer

|  | Cases | Controls | RR[a] | 95% CI |
|---|---|---|---|---|
| Oral contraceptives (months) |  |  |  |  |
| 0 | 81 | 153 | 1.0 |  |
| <12 | 9 | 30 | 0.7 | 0.3–1.8 |
| 12–35 | 12 | 20 | 1.4 | 0.5–3.4 |
| 36+ | 10 | 21 | 1.1 | 0.4–2.9 |
| Trend test |  |  | $P = 0.75$ |  |
| Condom (months) |  |  |  |  |
| 0 | 72 | 132 | 1.0 |  |
| <12 | 9 | 26 | 0.8 | 0.3–2.1 |
| 12–35 | 8 | 24 | 0.5 | 0.2–1.3 |
| 36+ | 23 | 42 | 0.9 | 0.4–2.0 |
| Trend test |  |  | $P = 0.58$ |  |
| Intrauterine device (months) |  |  |  |  |
| 0 | 89 | 153 | 1.0 |  |
| <12 | 4 | 13 | 0.6 | 0.2–2.0 |
| 12–35 | 4 | 17 | 0.3 | 0.1–1.3 |
| 36+ | 15 | 41 | 0.6 | 0.3–1.4 |
| Trend test |  |  | $P = 0.21$ |  |
| Sterilization |  |  |  |  |
| No | 101 | 188 | 1.0 |  |
| Yes | 11 | 36 | 1.0 | 0.5–2.3 |

[a] Adjusted for education and parity.

Several hereditary factors were also examined. (Table 6). Blood group did not appear to play a major aetiological role. Subjects were questioned regarding the age of their mother when they were born and the number of children borne by their mother, but neither of these was found to be a predictor of ovarian cancer

Protected Document – Subject to Protective Order

LUZ000402

TABLE 6   *Hereditary factors and risk of ovarian cancer*

| | Cases | Controls | RR[a] | 95% CI |
|---|---|---|---|---|
| **Blood groups** | | | | |
| O | 43 | 74 | 1.0 | |
| A | 28 | 56 | 0.9 | 0.5–1.7 |
| B | 30 | 69 | 0.8 | 0.4–1.4 |
| AB | 11 | 25 | 0.6 | 0.3–1.5 |
| **Mother's age at which the subject was born** | | | | |
| <30 | 71 | 116 | 1.0 | |
| 30–39 | 28 | 84 | 0.5 | 0.3–0.9 |
| 40+ | 9 | 20 | 0.9 | 0.4–2.5 |
| Unknown | 4 | 4 | 1.5 | 0.3–8.2 |
| Trend test | | | P=0.42 | |
| **Number of children borne by the subject's mother** | | | | |
| 1–3 | 22 | 40 | 1.0 | |
| 4–6 | 49 | 93 | 0.9 | 0.5–1.7 |
| 7+ | 40 | 90 | 0.8 | 0.4–1.5 |
| Unknown | 1 | 1 | | |
| Trend test | | | P=0.91 | |
| **Familial malignancies (mainly intestinal tumours)** | | | | |
| No | 95 | 204 | 1.0 | |
| Yes | 17 | 20 | 1.9 | 0.9–4.3 |
| **Tuberculosis in family members** | | | | |
| No | 93 | 190 | 1.0 | |
| Yes | 19 | 34 | 0.8 | 0.4–1.7 |

[a] Adjusted for education and parity.

risk. A positive history of familial malignancies, most of which were gastrointestinal tumours, was noted for 17 cases and 20 controls, resulting in a RR of 1.9 (95% CI: 0.9–4.3). Tuberculosis in family members was not related to risk.

Contrary to an earlier report, no protective effect of mumps virus infection was observed in this study, with 30 patients versus 69 controls reporting such a history (RR=0.9, 95% CI: 0.5–1.5). Furthermore, the mumps antibody titres of cases were significantly higher than those of controls. Compared to those with an antibody titre less than 1:5, women with a titre of 1:5 had a RR of 0.7 (95% CI: 0.3–1.8) and the same risk was also found for women with an antibody titre of 1:10 (RR=0.7; 95% CI: 0.3–1.7). Risk increased to 1.8 (95% CI: 0.8–3.9) for women with an antibody titre of 1:20 and 3.6 (95% CI: 1.6–8.1) for those with a 1:40 titre. The trend remained statistically significant after adjustment for education and parity (P for trend=0.002).

Occupational exposures to talc, asbestos and heavy metals were associated with RRs of 0.9 (95% CI: 0.3–2.9), 0.7 (95% CI: 0.3–1.5) and 2.1 (95% CI: 0.7–6.4), respectively.

A total of 19.6% of the cases were smokers compared with 24.6% of the controls (RR=0.9, 95% CI: 0.4–1.7).

COMMENTS

The findings of this study must be interpreted in light of three methodological limitations. Given the nature of cancer registration in China, some ovarian cancer patients may not have been ascertained for study, despite efforts to obtain a complete series by additionally reviewing hospital records. The extent to which any losses might have affected results is unclear, but if those subjects not identified differed significantly from those included some risks could have been over- or underestimated. Potentially more damaging was the high rate of loss due to deaths. Since the case group contained a disproportionate share of survivors, risk estimates could reflect influences on survival as well as risk. However, it would appear that these potential biases may have been relatively minor, since risk factors identified were of a similar magnitude to those from investigations involving complete incident case series. In addition, separate analyses of the earlier versus later cases showed similarities with respect to education, parity, age at first pregnancy, ovulatory years, mumps antibody titre, and occupational associations. A third limitation was the exclusion of controls with current health problems. This exclusion should not have affected the results pertaining to childhood mumps or family cancer history, since it is unlikely that these conditions affected current health. However, it is possible that the exclusions could have affected the assessment of other medical conditions, e.g., thyroid problems.

For these reasons, some caution must be exercised in the interpretation of certain results. However, since there is a paucity of data on ovarian cancer risk factors among women in low-risk countries, the results are of interest, particularly when compared with studies in other parts of the world. Numerous epidemiological studies have been conducted elsewhere to explore risk factors for ovarian cancer, but the aetiology of ovarian cancer remains largely unknown. The most consistent finding across studies has been a protective effect of pregnancy,[5–11] a relationship also confirmed in the present investigation.

Several hypotheses have been suggested to explain the protective effect of higher parity. Fathalla[12] suggested that incessant ovulation might initiate ovarian

LUZ000403

28                          INTERNATIONAL JOURNAL OF EPIDEMIOLOGY

cancer and that pregnancy might exert its protective effect by preventing ovulation. Alternatively, it has been suggested that pregnancy inhibits the secretion of pituitary gonadotropins, thereby reducing the risk of ovarian cancer.[13] Finally, it is possible that an unknown factor leads to both low parity and ovarian cancer.

If pregnancy protects against ovarian cancer through its inhibition of ovulation, one would expect that any factor that deters ovulation would reduce risk. Furthermore, the magnitude of protection should be determined by the effectiveness of the factor in preventing ovulation and the duration of exposure to the factor. Thus, every factor involved in the calculation of ovulatory years should affect risk of ovarian cancer, including age at menarche, age at menopause, duration of breastfeeding, and duration of amenorrhoea.

Results from this study do not support the hypothesis of a single underlying effect of ovulation. Consistent with several studies,[14-16] we found no relationship of risk to either age at menarche or age at menopause. Furthermore, we did not observe an effect of oral contraceptive use on risk of ovarian cancer, although the low prevalence of exposure to oral contraceptives in our study (32% among controls) limited the power to detect an effect. Several investigations have also noted no association between oral contraceptive use and risk of ovarian cancer[3,5,14] although strong evidence for a protective effect has been observed in many studies.[7-10]

The long duration of breastfeeding among Chinese women provided us with a unique opportunity to evaluate risk of ovarian cancer with respect to lactation. Reduced risk with increased years of breastfeeding, seen in the univariate analysis, disappeared with adjustment for the effect of parity. This finding is in agreement with other studies.[17-20]

Of the four factors involved in the calculation of ovulatory years, only duration of amenorrhoea was related to risk. However, since ovulatory years is highly dependent on parity and breastfeeding, its relationship to risk may merely be an alternative measure of parity.

In this study, ovarian cancer risk was increased among those with a low fertility index. It was impossible to distinguish clearly the effects of this from those associated with parity, but it is noteworthy that married nulliparas had a 5.7 times higher risk than single nulliparas, and that those who tried but failed to conceive for more than 1 year had a five-fold increased risk. Several other investigations[5,13,14,20] have found a link between infertility and ovarian cancer risk, but it

is difficult to accurately assess fertility in case-control studies. On the other hand, a prospective follow-up study of infertile women, with laboratory tests and clinical surveillance, would have to be extremely large to detect any effects of infertility on risk of development of ovarian cancer.

Late age at first pregnancy has been suggested as a possible risk factor for ovarian cancer,[21] but confounding effects of parity must be carefully considered. In this, and most other studies,[14,17,20,22] age at first pregnancy does not affect risk after adjustment for parity and education.

Cramer et al.[23] suggested that mumps infection may cause oophoritis, leading to oocyte depletion and initiation of cancerous changes in ovarian epithelium. Although Menczer et al.[24] found that cases less frequently reported histories of mumps infection, we, similar to another study,[25] observed no differences between cases and controls. In addition, we found exactly the opposite of Menczer, who reported lower serum antibody titres in cases than controls. Thus, our results provide little evidence for a protective effect of mumps virus infection on subsequent ovarian cancer risk.

We additionally investigated several sources of potential talc exposure. Among these, the only exposure that seemed to increase ovarian cancer was hygienic practices involving use of dusting powder on the lower abdomen and perineum. Similar to previous studies,[26,27] a threefold increased risk was associated with this practice, but other exposures that might bring talc into the pelvic cavity, such as abdominal surgery, pelvic examination (through medical gloves) and occupational exposures were not associated with risk. The small number of women who used dusting powder (seven cases and five controls) makes it impossible to distinguish among the types of exposures. It is nonetheless interesting that similar results have been obtained from quite different parts of the world, leading to the conclusion that the relationship of talc to ovarian cancer risk deserves further study.

Despite the potential shortcomings of the methodology of this study, the data appear to be valid, for example, in showing the same parity effect seen elsewhere in the world. In general, these data show that risk factors for Chinese women are strikingly similar to those found elsewhere, despite great differences in incidence rates between China and most western countries.

REFERENCES

[1] Muir C, Waterhouse J, Mack T, et al. Cancer Incidence in Five Continents, Vol. 5. IARC Scientific Publication 88. Lyon, France: IARC, 1987.

Protected Document – Subject to Protective Order

[2] Liu B L. Epidemiologic Study of Gynecologic Malignancy in Jiangsu Province. *Chin Med J* (English Edition) 1984; 97: 711–16.

[3] Shu X O, Brinton L A, Gao Y T, *et al.* Population-based case-control study of ovarian cancer in Shanghai. *Cancer Res* 1989; 49: 3670–74.

[4] Lubin, J. A computer program for the analysis of matched case-control studies. *Comput Biomed Res* 1981; 14: 138–43.

[5] Casagrande J T, Pike M C, Ross R K, *et al.* 'Incessant ovulation' and ovarian cancer. *Lancet* 1979; ii: 170–73.

[6] Newhouse M L, Pearson R M, Fullerton J M, *et al.* A case control study of carcinoma of the ovary. *Br J Prev Soc Med* 1977; 31: 148–53.

[7] Risch H A, Weiss N S, Lyon J L, *et al.* Events of reproductive life and the incidence of epithelial ovarian cancer. *Am J Epidemiol* 1983; 117: 128–39.

[8] Cramer D W, Hutchison G B, Welch W R, *et al.* Factors affecting the association of oral contraceptives and ovarian cancer. *N Engl J Med* 1982; 307: 1047–51.

[9] Hildreth N G, Kelsey J L, LiVolsi V A, *et al.* An epidemiologic study of epithelial carcinoma of the ovary. *Am J Epidemiol* 1981; 114: 398–405.

[10] Franceschi S, La Vecchia C, Helmrich S P, *et al.* Risk factors for epithelial ovarian cancer in Italy. *Am J Epidemiol* 1982; 115: 714–19.

[11] Nasca P C, Greenwald P, Chorost S, *et al.* An epidemiologic case-control study of ovarian cancer and reproductive factors. *Am J Epidemiol* 1984; 119: 705–13.

[12] Fathalla M F. Factors in the causation and incidence of ovarian cancer. *Obstet Gynecol Surv* 1972; 27: 751–68.

[13] Joly D J, Lilienfeld A M, Diamond E L, *et al.* An epidemiologic study of the relationship of reproductive experience to cancer of the ovary. *Am J Epidemiol* 1974; 99: 190–209.

[14] McGowan L, Parent L, Lednar W, *et al.* The woman at risk for developing ovarian cancer. *Gynecol Oncol* 1979; 7: 325–44.

[15] Annegers J F, Strom H, Decker D O, *et al.* Ovarian cancer: incidence and case-control study. *Cancer* 1979; 43: 723–29.

[16] Hartge P, Hoover R, McGowan L, *et al.* Menopause and ovarian cancer. *Am J Epidemiol* 1988; 127: 990–98.

[17] Cramer D W, Hutchison G B, Welch W R, *et al.* Determinants of ovarian cancer risk. I. Reproductive experiences and family history. *JNCI* 1983; 71: 711–16.

[18] Mori M, Harabuchi I, Miyake H, *et al.* Reproductive, genetic, and dietary risk factors for ovarian cancer. *Am J Epidemiol* 1988; 128: 771–77.

[19] Booth M, Beral V, Smith P. Risk factors for ovarian cancer: A case-control study. *Br J Cancer* 1989; 60: 592–98.

[20] Hartge P, Schiffman M H, Hoover R, *et al.* A case-control study of epithelial ovarian cancer. *Am J Obstet Gynecol* 1989; 161: 10–16.

[21] La Vecchia C, Decarli A, Franceschi S, *et al.* Age at first birth and the risk of epithelial ovarian cancer. *JNCI* 1984; 73: 663–66.

[22] Wu M L, Whittemore A S, Paffenbarger R S Jr, *et al.* Personal and environmental characteristics related to epithelial ovarian cancer. I. Reproductive and menstrual events and oral contraceptive use. *Am J Epidemiol* 1988; 128: 1216–27.

[23] Cramer D W, Welch W R, Cassells S, *et al.* Mumps, menarche, menopause, and ovarian cancer. *Am J Obstet Gynecol* 1983; 147: 1–6.

[24] Menczer J, Modan M, Ranon L, *et al.* Possible role of mumps virus in the etiology of ovarian cancer. *Cancer* 1979; 43: 1375–79.

[25] Schiffman M H, Hartge P, Lesher L P, *et al.* Mumps and postmenopausal ovarian cancer. *Am J Obstet Gynecol* 1985; 152: 116–17.

[26] Cramer D W, Welch W R, Scully R E, *et al.* Ovarian cancer and talc: A case-control study. *Cancer* 1982; 50: 372–76.

[27] Whittemore A S, Wu M L, Paffenbarger R S Jr, *et al.* Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 1988; 128: 1228–40.

*(Revised version received June 1991)*

Protected Document – Subject to Protective Order

LUZ000405

Exhibit 22

*Int. J. Cancer:* **55**, 408–410 (1993)
© 1993 Wiley-Liss, Inc.



Publication of the International Union Against Cancer
Publication de l'Union Internationale Contre le Cancer

# HAIR DYES, ANALGESICS, TRANQUILIZERS AND PERINEAL TALC APPLICATION AS RISK FACTORS FOR OVARIAN CANCER

Anastasia Tzonou[1,2], Argy Polychronopoulou[1], Chung-cheng Hsieh[1], Apostolos Rebelakos[2], Anna Karakatsani[2] and Dimitrios Trichopoulos[1,3]

[1]*Department of Epidemiology and Center for Cancer Prevention, Harvard School of Public Health, 677 Huntington Avenue, Boston, MA 02115, USA; and* [2]*Department of Hygiene and Epidemiology, University of Athens Medical School, Goudi, Athens 115-27, Greece.*

In a hospital-based case-control study of ovarian cancer conducted in Athens (1989–1991), 189 women with histologically confirmed common malignant epithelial tumors of the ovary were compared with 200 hospital visitor controls. All interviews were conducted by personal interview in the 2 participating hospitals and the data were analyzed by modelling through logistic regression, controlling for demographic and reproductive variables. Tranquilizing and hypnotic drugs (mostly diazepam) were not associated with risk of ovarian cancer: the adjusted relative risk (RR) and 95% confidence interval (CI) were 0.96 (0.57 to 1.63), whereas use of analgesics (mostly salicylates) was associated with significantly reduced risk of the disease (RR 0.51; CI 0.26 to 1.02). There was no evidence that perineal application of talc was associated with increased risk (RR 1.05; CI 0.28 to 3.98) but the frequency of reporting talc use was low in the study population. There was a statistically significant (*p* for trend 0.007) and a dose-dependent association between hair dyeing and risk of ovarian cancer. Compared to never-users, women dyeing their hair up to 4 times per year had a relative risk of 1.74 (0.91 to 3.32) whereas those dyeing their hair 5 or more times per year had a relative risk of 2.16 (1.19 to 3.89).
© 1993 Wiley-Liss, Inc.

Ovarian cancer is an important cause of morbidity and mortality in most populations. The prognosis of the disease is poor and has improved little over the last 30 years. Several epidemiologic studies exploring the etiology of ovarian cancer have been undertaken and, recently, 2 major meta-analyses have summarized the results of European (Franceschi *et al.,* 1991*a,b;* Negri *et al.,* 1991) and American (Whittemore *et al.,* 1992*a,b,c*) studies. The only consistent findings were the inverse associations of ovarian cancer risk with parity and oral contraceptive use (Negri *et al.,* 1991; Franceschi *et al.,* 1991*b;* Hankinson *et al.,* 1992; Whittemore *et al.,* 1992*a*); these associations cannot explain the almost 3-fold international variation in the incidence of ovarian cancer.

In a case-control study undertaken in Athens in 1989–1991 we have examined, in addition to reproductive variables and tobacco, coffee and ethanol consumption (Polychronopoulou *et al.,* 1993) the possible importance, as ovarian cancer risk factors, of hair dyes, analgesics, tranquilizers and perineal talc application. The evidence concerning the potential involvement of these factors in the etiology of ovarian cancer is limited, speculative, or indirect. In this paper we report the results of our study with respect to these factors.

## SUBJECTS AND METHODS

The characteristics of the study subjects have been described (Polychronopoulou *et al.,* 1993). Briefly, cases were 189 women residents of Greater Athens and under 75 years of age (90% of those eligible), who underwent surgery for a common epithelial ovarian tumor in the 2 major cancer hospitals of the Greater Athens area between June 1989 and March 1991, whereas controls were 200 women, residents of the Greater Athens area and under 75 years of age, visiting patients hospitalized in the same wards as the cancer patients at the same time (94% of those eligible). The women were inter-

viewed in the hospital wards by 2 medical residents of the respective hospitals.

Cases and controls were also asked to report the frequency of use (over an extended period before the onset of the present disease for cases, or a comparable period before the interview for controls) of analgesics (never or rarely; infrequently, *i.e.* once per week or less; and frequently, *i.e.* twice per week or more, on the average), tranquilizers or hypnotics (never or rarely; frequently), hair dyes (never; up to 4 times per year; 5 or more times per year) and talc in the perineal region (no; yes). Until recently, when acetaminophen-based drugs became popular, most over-the-counter analgesics in Greece were based on salicylates, whereas diazepam-based drugs have dominated the tranquilizer market in Greece (the distinction between tranquilizers and hypnotics was not easily apparent to most women, and both categories were in the past frequently sold without prescription).

The analysis was done first after stratification by age in 10-year groups and then by modeling the data through multiple logistic regression using the SAS statistical package. In the multivariate analysis the following variables were controlled for, on account of their possible importance as selection or confounding factors: age (in 5-year groups); years of schooling (0–5, 6–11, 12+ years); weight before onset of the disease (in 5-kg, continuously); age at menarche (in single years, continuously); menopausal status (pre-menopausal, menopausal including climacteric; for post-menopausal and climacteric age at menopause (in 5-years, continuously); parity (nulliparous, parous); for parous age at first birth (in 5-years, continuously); tobacco smoking (non-smokers, ever-smokers); average consumption of alcoholic beverages (in glasses/day, continuously); and average coffee drinking (in cups/day, continuously). The 4 variables examined in this study (use of analgesics, tranquilizers, hair dyes and talc in the perineal region) were also simultaneously introduced in the multivariate model, although there was virtually no mutual confounding among them.

## RESULTS

The results concerning analgesics and tranquilizers/hypnotics are presented in Table I. There is clearly no evidence that either analgesics or tranquilizers/hypnotics increase the risk of ovarian cancer. On the contrary, after adjustment for a set of probable confounding factors, the inverse association with frequency of use of analgesics becomes marginally significant with an apparent dose-response trend.

Table II shows frequency distributions as well as crude and adjusted rate ratios associated with the practice and frequency of hair dyeing and the local application of talc in the perineal region. Although the number of talc users is in general small

---

[3]To whom correspondence and reprint requests should be addressed.

Received: April 4, 1993 and in revised form June 7, 1993.

TABLE I – REPORTED USE OF ANALGESICS AND TRANQUILIZERS/HYPNOTICS BY 189 WOMEN WITH OVARIAN CANCER (COMMON EPITHELIAL TUMORS) AND 200 COMPARISON WOMEN. RELATIVE RISK POINT ESTIMATES (95% CONFIDENCE INTERVALS)

| | Use of analgesics | | | p-value for trend (1 d.f.) |
|---|---|---|---|---|
| | Never/rarely | Infrequently | Frequently | |
| Cases | 43 | 102 | 44 | |
| Controls | 35 | 112 | 53 | |
| RR (crude) | 1 | 0.74 (0.44–1.25) | 0.68 (0.37–1.23) | 0.21 |
| RR (age-adjusted) | 1 | 0.93 (0.53–1.63) | 0.61 (0.32–1.17) | 0.11 |
| RR (multiple regression)[1] | 1 | 0.78 (0.43–1.43) | 0.51 (0.26–1.02) | 0.05 |

| | Use of tranquilizers/hypnotics | | p-value (1 d.f.) |
|---|---|---|---|
| | No | Yes | |
| Cases | 143 | 46 | |
| Controls | 146 | 54 | |
| RR (crude) | 1 | 0.87 (0.55–1.37) | 0.55 |
| RR (age-adjusted) | 1 | 0.87 (0.53–1.42) | 0.58 |
| RR (multiple regression)[1] | 1 | 0.96 (0.57–1.63) | 0.89 |

[1]Controlling for age, years of schooling, weight before onset of the disease, age at menarche, menopausal status and age at menopause, parity and age at first birth, tobacco smoking, coffee drinking, consumption of alcoholic beverages, hair dyeing, perineal talc application, as well as for mutual (analgesics-tranquilizers/hypnotics) confounding influences.

TABLE II – DISTRIBUTIONS OF 189 WOMEN WITH OVARIAN CANCER (COMMON EPITHELIAL TUMORS) AND 200 COMPARISON WOMEN BY FREQUENCY OF HAIR DYEING AND PERINEAL TALC APPLICATION. RELATIVE RISK POINT ESTIMATES (95% CONFIDENCE INTERVALS)

| | Hair dyeing | | | p-value for trend (1 d.f.) |
|---|---|---|---|---|
| | Never | ≤4 times/year | ≥5 times/year | |
| Cases | 112 | 29 | 48 | |
| Controls | 140 | 31 | 29 | |
| RR (crude) | 1 | 1.17 (0.67–2.06) | 2.07 (1.23–3.49) | 0.008 |
| RR (age-adjusted) | 1 | 1.46 (0.78–2.71) | 2.04 (1.17–3.58) | 0.014 |
| RR (multiple regression)[1] | 1 | 1.74 (0.91–3.32) | 2.16 (1.19–3.89) | 0.007 |

| | Talc application in the perineum | | p-value (1 d.f.) |
|---|---|---|---|
| | No | Yes | |
| Cases | 183 | 6 | |
| Controls | 193 | 7 | |
| RR (crude) | 1 | 0.90 (0.30–2.74) | 0.86 |
| RR (age-adjusted) | 1 | 0.86 (0.27–2.68) | 0.78 |
| RR (multiple regression)[1] | 1 | 1.05 (0.28–3.98) | 0.95 |

[1]Controlling for the variables indicated in the footnote to Table I as well as for use of analgesics and tranquilizers/hypnotics and for mutual (hair dyes, talc in the perineal region) confounding influences.

and the respective confidence interval fairly large, there is clearly no evidence of an increased risk associated with perineal application of talc. By contrast, there is a clear, highly significant and dose-dependent positive relation between hair dyeing and risk of ovarian cancer.

## DISCUSSION

The strengths and weaknesses of the present study, as a hospital-based case-control investigation, have been considered in another report (Polychronopoulou et al., 1993). Briefly, the study has the power limitations associated with its moderate size and, as in any case-control study, there exists a possibility of selection and, less likely, of information bias. It should be noted, however, that there was no evidence, as contrasted to the theoretical potential, that such biases have actually operated in the present context.

The possibility that ovarian cancer may be caused by exposure to asbestos has been raised by Keal (1960) and elaborated by Graham and Graham (1967). Longo and Young (1979) pointed out that mineral talc is closely related to asbestos, and presented clinical and experimental evidence linking exposure to talc with ovarian cancer. Cramer et al. (1982) found a significantly elevated relative risk of 1.92 ($p < 0.003$) among women who reported perineal exposure to

talc in comparison to women reporting no such exposure. Since then, 5 other studies have examined the relation between perineal talc application and risk of ovarian cancer, and in none of them was there a statistically significant association (reviewed by Harlow et al., 1992). On the basis of the existing studies, Harlow et al. (1992) calculated a significantly elevated weighted relative risk of 1.3 (95% CI 1.1–1.6). The results of the present study do not support an association between talc and ovarian cancer but, given the overlapping range of the confidence intervals, they are not incompatible with it. It should be noted that marginally significant positive associations between talc exposure and risk of ovarian cancer were found in 2 recent case-control studies (Chen et al., 1992; Rosenblatt et al., 1992) that were not included in the meta-analysis by Harlow et al. (1992).

Hair coloring products contain components that are mutagenic and carcinogenic in animals (IARC, 1987). An increased risk of breast cancer among long-term users of hair dyes was reported in the 1970's but several subsequent investigations were unable to confirm the early reports (reviewed by Nasca et al., 1992). In contrast, several studies have suggested that occupational exposure to these products may be associated with hematopoietic cancers (reviewed by Zahm et al., 1992) and a recent investigation indicated that users of hair coloring products may be at elevated risk of Hodgkin's disease, non-

410                                                  TZONOU *ET AL.*

Hodgkin's lymphoma, and multiple myeloma (Zahm *et al.*, 1992). The results of the present study suggest that use of hair dyes may increase the risk of ovarian cancer. Although the association in the present study was dose-dependent and statistically significant, and causality is biologically plausible, an etiologic link between hair dyes and ovarian cancer cannot be considered until independent confirmation is available from subsequent studies.

There is no evidence that psychotropic drugs in general or the widely used diazepam in particular is associated with cancer. In an earlier Greek study (Tzonou *et al.*, 1984) a marginally significant positive association was noted between "psychotropic drugs" and ovarian cancer and a similar association was suggested in an earlier report for prochlorperazine and secobarbital (Friedman and Ury, 1980). There was no evidence, in the present study, of an association between tranquilizers and hypnotics, collectively considered, and risk of ovarian cancer. Although diazepam was the most frequently involved compound, the relevant information was not suffi-

ciently reliable to allow drug-specific relative-risk estimates to be made.

Non-steroidal anti-inflammatory drugs, such as aspirin, inhibit the growth of colon tumors in rodents (reviewed by Thun *et al.*, 1991) and there is epidemiologic evidence of a similar effect in humans (Rosenberg *et al.*, 1991; Thun *et al.*, 1991). The mechanism is unknown but may be systemic and involve prostaglandin synthesis or interleukin-6 regulation (Marnett, 1992). In view of this evidence, an inverse association between aspirin and ovarian cancer is not biologically implausible, but a causal interpretation should not be considered before this finding is independently replicated.

The evidence, presented in this report, of an association between ovarian cancer and hair dyes (positive) and analgesics (inverse) is not overwhelming and the respective relations are not very strong. However, the widespread use of hair coloring products and aspirin indicate that if these associations were causal, their population impact would be substantial.

## REFERENCES

CHEN, Y., WU, P.C., LANG, J.H., GE, W.J., HARTGE, P. and BRINTON, L.A., Risk factors for epithelial ovarian cancer in Beijing, China. *Int. J. Epidemiol.*, 21, 23–29 (1992).

CRAMER, D.W., WELCH, W.R., SCULLY, R.E. and WOJCIECHOWSKI, C.A., Ovarian cancer and talc. *Cancer*, 50, 372–376 (1982).

FRANCESCHI, S., LA VECCHIA, C., BOOTH, M., TZONOU, A., NEGRI, E., PARAZZINI, F., TRICHOPOULOS, D. and BERAL, V., Pooled analysis of 3 European case-control studies of ovarian cancer. II. Age at menarche and at menopause. *Int. J. Cancer*, 49, 57–60 (1991*a*).

FRANCESCHI, S., PARAZZINI, F., NEGRI, E., BOOTH, M., LA VECCHIA, C., BERAL, V., TZONOU, A. and TRICHOPOULOS, D., Pooled analysis of 3 European case-control studies of ovarian cancer. III. Oral contraceptive use. *Int. J. Cancer*, 49, 61–65 (1991*b*).

FRIEDMAN, G.D. and URY, H.K., Initial screening for carcinogenicity of commonly used drugs. *J. nat. Cancer Inst.*, 65, 723–733 (1980).

GRAHAM, J. and GRAHAM, R., Ovarian cancer and asbestos. *Environ. Res.*, 1, 115–128 (1967).

HANKINSON, S.E., COLDITZ, G.A., HUNTER, D.J., SPENCER, T.L., ROSNER, B. and STAMPFER, M.J., A quantitative assessment of oral contraceptive use and risk of ovarian cancer. *Obstet. Gynecol.*, 80, 708–714 (1992).

HARLOW, B.L., CRAMER, D.W., BELL, D.A. and WELCH, W.R., Perineal exposure to talc and ovarian cancer risk. *Obstet. Gynecol.*, 80, 19–26 (1992).

*IARC monographs on the evaluation of carcinogenic risks to humans. Suppl. 7. Overall evaluations of carcinogenicity: an updating of IARC monographs volumes 1–42.* IARC, Lyon (1987).

KEAL, E.E., Asbestosis and abdominal neoplasms. *Lancet*, ii, 1211–1216 (1960).

LONGO, D.L. and YOUNG, R.C., Cosmetic talc and ovarian cancer. *Lancet*, II, 349–51 (1979).

MARNETT, L.J., Aspirin and the potential role of prostaglandins in colon cancer. *Cancer Res.*, 52, 5575–5589 (1992).

NASCA, P.C., BAPTISE, M.S., FIELD, N.A., METZGER, B.B. and DEMARTINO, R., An epidemiologic case-control study of breast cancer and exposure to hair dyes. *Ann. Epidemiol.*, 2, 577–586 (1992).

NEGRI, E., FRANCESCHI, S., TZONOU, A., BOOTH, M., LA VECCHIA, C., PARAZZINI, F., BERAL, V., BOYLE, P. and TRICHOPOULOS, D., Pooled

analysis of 3 European case-control studies of ovarian cancer. I. Reproductive factors and risk of epithelial ovarian cancer. *Int. J. Cancer*, 49, 50–56 (1991).

POLYCHRONOPOULOU, A., TZONOU, A., HSIEH, C.C., KAPRINIS, G., REBELAKOS, A., TOUPADAKI, N. and TRICHOPOULOS, D., Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. *Int. J. Cancer*, 55, 402–407 (1993).

ROSENBERG, L., PALMER, J.R., ZAUBER, A.G., WARSHAUER, M.E., STOLLEY, P.D. and SHAPIRO, S., A hypothesis: nonsteroidal anti-inflammatory drugs reduce the incidence of large-bowel cancer. *J. nat. Cancer Inst.*, 83, 355–358 (1991).

ROSENBLATT, K.A., SZKLO, M.S. and ROSENSHEIN, N.B., Mineral fiber exposure and the development of ovarian cancer. *Gynecol. Oncol.*, 45, 20–25 (1992).

THUN, M.J., NAMBOODIRI, M.M. and HEATH, C.W., Aspirin use and reduced risk of fatal colon cancer. *New Engl. J. Med.*, 325, 1593–1596 (1991).

TZONOU, A., DAY, N.E., TRICHOPOULOS, D., WALKER, A., SALIARAKI, M., PAPAPOSTOLOU, M. and POLYCHRONOPOULOU, A., The epidemiology of ovarian cancer in Greece: a case-control study. *Europ. J. Cancer clin. Oncol.*, 20, 1045–1052 (1984).

WHITTEMORE, A.S., HARRIS, R., ITNYRE, J. and THE COLLABORATIVE OVARIAN CANCER GROUP, Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial cancers in white women. *Amer. J. Epidemiol.*, 136, 1184–1203 (1992*a*).

WHITTEMORE, A.S., HARRIS, R., ITNYRE, J., HALPERN, J. and THE COLLABORATIVE OVARIAN CANCER GROUP, Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. I. Methods. *Amer. J. Epidemiol.*, 136, 1175–1183 (1992*b*).

WHITTEMORE, A.S., HARRIS, R., ITNYRE, J., HALPERN, J. and THE COLLABORATIVE OVARIAN CANCER GROUP, Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. *Amer. J. Epidemiol.*, 136, 1212–1220 (1992*c*).

ZAHM, S.H., WEISENBURGER, D.D., BABBITT, P.A., SAAL, R.C., VAUGHT, J.B. and BLAIR, A., Use of hair coloring products and the risk of lymphoma, multiple myeloma, and chronic lymphocytic leukemia. *Amer. J. publ. Hlth.*, 82, 990–997 (1992).

Exhibit 23

*Int. J. Cancer:* **62**, 678–684 (1995)
© 1995 Wiley-Liss, Inc.



Publication of the International Union Against Cancer
Publication de l'Union Internationale Contre le Cancer

# REPRODUCTIVE AND OTHER FACTORS AND RISK OF EPITHELIAL OVARIAN CANCER: AN AUSTRALIAN CASE-CONTROL STUDY

David PURDIE[1,9], Adèle GREEN[1], Christopher BAIN[2], Victor SISKIND[2], Bruce WARD[3], Neville HACKER[4], Michael QUINN[5], Gordon WRIGHT[6], Peter RUSSELL[7] and Beatrice SUSIL[8] for the SURVEY OF WOMEN'S HEALTH STUDY GROUP[10]

[1]*Queensland Institute of Medical Research, Brisbane, Queensland; Departments of [2]Social and Preventive Medicine and [3]Obstetrics and Gynaecology, University of Queensland, Queensland; [4]Department of Gynaecological Oncology, Royal Hospital for Women, NSW; [5]Department of Obstetrics and Gynaecology, University of Melbourne, Royal Women's Hospital, Victoria; [6]Department of Pathology, Royal Brisbane Hospital, Queensland; [7]Department of Anatomical Pathology, King George V Memorial Hospital, NSW; [8]Department of Pathology, Monash Medical Centre, Victoria, Australia.*

Of the few factors known to be associated with epithelial ovarian cancer, the most consistently observed relate to women's reproductive function, although even here uncertainties remain. We have undertaken a case-control study involving personal interviews with over 1,600 women, the largest of its kind to date, to investigate further the associations between women's reproductive histories and other factors and the development of ovarian cancer. Cases were drawn from women diagnosed with epithelial ovarian cancer in 3 Australian states, Queensland, New South Wales and Victoria, between August 1990 and December 1993, and controls were drawn at random from the electoral roll, stratified by age and geographic region. Trained interviewers administered standard questionnaires to obtain detailed information about women's reproductive and contraceptive histories and other factors of interest, such as smoking and family history of ovarian or other cancer. Findings were based on data from 824 cases and 860 controls and confirmed the reduced risk of ovarian cancer associated with increasing parity and duration of use of the oral contraceptive pill (OCP), hysterectomy and tubal ligation. The strongest association of all was seen with use of the OCP for 10 years or more. An inverse association between ovarian cancer and age at first birth was observed, but this was not statistically significant. There were no associations between development of ovarian cancer and number of incomplete pregnancies, use of hormone replacement therapy or menstrual history. Among other factors considered, education after leaving school was negatively associated and high body mass index, family history of ovarian cancer, use of talc in the abdominal or perineal region and smoking were positively associated with occurrence of ovarian cancer.
© 1995 Wiley-Liss, Inc.

Ovarian cancer, the 6th most common cancer occurring in women, accounts for 4% of all incident cancers and 5% of all cancer deaths among women (Silverberg *et al.,* 1990). Its incidence varies between different countries and among different ethnic groups, ranging from 4 to 15 per 100,000 women per year (age-standardised to the world population; Parkin *et al.,* 1992). In Australia, the age-standardised incidence rate for ovarian cancer is approximately 9 per 100,000 (Jelfs *et al.,* 1992).

Several factors have been reported as being associated with the risk of epithelial ovarian cancer, most notably various reproductive and menstrual factors. Compared with nulliparous women, parous women have a lower risk of developing ovarian cancer (Whittemore *et al.,* 1992; Kelsey and Hildreth, 1983), with an estimated 15% reduction in risk associated with each birth or pregnancy (Whittemore *et al.,* 1992; Booth *et al.,* 1989; Hartge *et al.,* 1989). Late age at first live birth has been positively associated with ovarian cancer in some (Polychronopoulou *et al.,* 1993; Booth *et al.,* 1989) but not all studies (Cramer *et al.,* 1983; Kelsey and Hildreth, 1983), while in a recent Swedish study, after adjustment for parity and age, risk of disease decreased with later ages at first birth (Adami *et al.,* 1994). Miscarriages and terminated pregnancies, termed "incomplete pregnancies" hereafter, may reduce risk to the same degree as full-term pregnancies (Booth *et al.,* 1989; Kvåle *et al.,* 1988), although again other results are not supportive (Poly-

chronopoulou *et al.,* 1993; Hartge *et al.,* 1989). After adjustment for parity, breast-feeding has been reported to reduce risk of disease by up to 40%, but this reduction did not appear to be related to duration of breast-feeding (Whittemore *et al.,* 1992; Booth *et al.,* 1989) and was entirely absent in some instances (Hartge *et al.,* 1989; Cramer *et al.,* 1983).

With regard to menstrual factors, a moderately increased risk (20%) has been seen in women with early menarche in some settings (Whittemore *et al.,* 1992; Franceschi *et al.,* 1991; Kelsey and Hildreth, 1983). Some researchers have noted significant associations between late age of menopause and increased risk of disease (Franceschi *et al.,* 1991; Booth *et al.,* 1989), while others found no support for this relationship (Kvåle *et al.,* 1988). No significant links between ovarian cancer and menorrhagia, dysmenorrhoea or duration of menstrual flow have been recorded (Kelsey and Hildreth, 1983).

Of particular interest with respect to the aetiology of ovarian cancer, because it is a discretionary exposure, is the apparent protective role of the oral contractive pill (OCP). A recent review examined 21 studies with data on the association between OCP use and subsequent ovarian cancer risk. After adjustment for parity, women who had ever used the OCP had a lower risk of epithelial ovarian cancer of around 40% compared with women who had never used the OCP (Parazzini *et al.,* 1991). The protective effect of OCP use on ovarian cancer risk increases with duration of use, with up to 70% reduction seen for more than 5 years of use compared with around 5% reduction seen for less than 1 year of use (Whittemore *et al.,* 1992). Similarly, consistent inverse associations have been found between ovarian cancer and certain gynaecological procedures. Tubal sterilisation has been associated with a 50% reduction in risk of ovarian cancer, and a 20–40% reduction has also been seen following hysterectomy with ovarian conservation (Whittemore *et al.,* 1992; Booth *et al.,* 1989).

Regarding other possible risk factors, a history of any cancer among first-degree relatives has been shown to be associated with an increase in ovarian cancer, estimated to be around 80% (Cramer *et al.,* 1983). In many, but not all studies, ovarian cancer patients belonged to a higher socio-economic class than controls (Booth *et al.,* 1989; Kelsey and Hildreth, 1983), and risk of disease has also been found to decrease with increasing years of education (Polychronopoulou *et al.,* 1993). While a slight increase in risk has been associated with perineal exposure to talc (Chen *et al.,* 1992), most studies have not found a statistically significant association (Parazzini *et al.,*

[9]To whom correspondence and reprint requests should be sent, at Queensland Institute of Medical Research, P.O. Royal Brisbane Hospital, QLD 4029 Australia. Fax: 61-7-3362 0101.

[10]See Appendix for list of collaborators.

Received: March 27, 1995 and in revised form May 29, 1995.

1991). In a review of existing studies, Harlow *et al.* (1992) calculated a significant (30%) elevation in relative risk associated with perineal talc use.

We present here data from a large case-control study of epithelial ovarian cancer to examine these issues further, with a view to resolving some of the uncertainties.

## SUBJECTS AND METHODS

All histologically confirmed incident cases of primary epithelial ovarian cancer diagnosed between January 1991 and December 1992 and registered in all major gynaecological–oncology treatment centres in the 3 most populous Australian states, New South Wales, Victoria and Queensland, were ascertained. From Queensland, an unselected sample of 30 histologically confirmed cases diagnosed between 1 August, 1990 and 31 December, 1990 were also included, as well as all cases diagnosed in 1993. The histopathology for each case was reviewed by an independent pathologist in each state (P.R., B.S., G.W.) by examining tissue used to establish the original diagnosis. When the consent of each woman's treating doctor had been obtained, patients were invited to participate either prior to discharge after initial surgery or when attending the hospital clinic for subsequent follow-up. Cases, aged between 18 and 79 years, with whom contact could be made and who were capable of completing the questionnaire were eligible for inclusion in the study.

Controls were chosen from the electoral roll by a random procedure designed to yield an age distribution similar to that anticipated among cases (enrolment to vote is compulsory in Australia). For each case a control listed as being from a geographic region similar in degree of urbanisation was selected and a letter explaining the study and inviting participation was sent to the address listed on the electoral register. If a woman was not found at the registered address, every attempt was made to trace her current whereabouts. Women who were unable to be located and invited to participate, those incapable of completing the questionnaire and those who gave a history of ovarian cancer or bilateral oophorectomy were not eligible to take part.

Identically trained interviewers administered a standard questionnaire in a face-to-face interview either in the clinic (cases) or in the subject's home (some cases and all controls). Questions were asked about marital status, education, ethnicity, height and weight, smoking history, occupation of self and partner and family history of ovarian and any other cancers. Details of each woman's reproductive and contraceptive histories were obtained by means of a pregnancy and a contraceptive calendar which elicited, month by month, events in the woman's reproductive life from ages 15 to 50 years. Questions were also asked about difficulties in conceiving, abdominal surgery and other factors, such as history of talc use or childhood mumps infection. In addition, dietary data were collected from all participants using a self-completed food frequency questionnaire adapted from the instrument developed and validated by Willett *et al.* (1985).

A number of demographic, environmental, reproductive, hormonal and biological factors were examined for possible associations with ovarian cancer. Crude odds ratios (ORs) with confidence limits were calculated as estimates of the relative risk of ovarian cancer. After stratifying by parity, the Mantel-Haenszel estimate for combining stratum-specific ORs was used to calculate adjusted ORs. Relative risks were estimated using multiple categorical logistic regression to simultaneously adjust for parity, hysterectomy, tubal ligation and duration of OCP use and also for possible confounders such as age (in years), education, talc use, body mass index (BMI), smoking and family history of cancer. In addition, menstrual factors, age at first birth, multiple pregnancies, breast-feeding, incom-

plete pregnancies and pregnancy difficulties were entered separately in the above base model. Analyses which explored associations with breast-feeding, multiple births (twins, etc.) and age at first birth were confined to parous women. All analyses were performed using the SAS statistical package.

## RESULTS

Of a total of 1,116 cases of epithelial ovarian cancer identified, 201 (18%) were ineligible. There were 26 cases excluded because their tumour was deemed to be metastatic rather than of ovarian origin, and 12 tumours were excluded on histopathological review of tissue sections, with 4 reclassified as non-epithelial, 7 as benign, and 1 as recurrent ovarian cancer. A further 82 women were found to be outside the eligible age range; 68 women were unable to complete the questionnaire due to language difficulties or psychiatric conditions (n = 49) or because they were too ill (n = 19); and 12 women were unable to be contacted to invite participation. A further case (with peritoneal tumour) was excluded because of a previous bilateral oophorectomy. Of the 915 eligible cases, 824 (90%) were interviewed. With regard to the eligible cases not interviewed, 50 had died before an interview could take place, 34 (4%) refused and in 7 cases the doctor did not grant permission for interview. Among 1,527 women listed on the electoral roll who were randomly selected to take part as controls, 192 could not be traced, 105 were unable to complete the questionnaire due to language or psychiatric problems (n = 69) or because of sickness or death (n = 36), 48 were found to have had a previous bilateral oophorectomy and 4 were out of the nominated age range. Of the remaining 1,178 eligible controls, 860 (73%) agreed to be interviewed. Considering the histopathological categories of cases in the study, 22 (3%) had cancer of primary peritoneal origin (*i.e.,* extra-ovarian serous carcinoma) and 140 (17%) had borderline epithelial ovarian tumours, leaving 665 (80%) with frankly malignant tumours. The age distributions of cases and controls were similar (Table I); the mean age of cases was 55.5 years and of controls, 54.8 years.

Education beyond school was crudely associated with a 23% decrease in risk of ovarian cancer and a 31% decrease after adjustment for parity (Table I). Women with a BMI greater than the 85th percentile had approximately double the risk of ovarian cancer compared with women in the middle 30% of the BMI range (taken as normal weight), after adjustment for parity. Among nulliparous women there was a 41% increase in risk for women who had ever been married or lived with a partner compared with those who had never lived with a partner. Women who said they used talc in the abdominal or perineal regions had a small increase (27%) in risk of ovarian cancer, and a small increase (17%) was observed for ever-smokers compared to life-long non-smokers (Table I). After adjustment for duration of OCP use, there was a significant positive relation between smoking and ovarian cancer (OR = 1.38, 95% CI: 1.12–1.69; data not shown).

One of the strongest associations observed was between ovarian cancer and immediate family history of the disease. Women with a first-degree relative previously diagnosed with ovarian cancer had an approximately 4-fold increase in risk of disease compared with women who had no immediate family history of disease. An immediate family history of any cancer other than ovarian cancer did not appear to have a significant effect on the risk of disease (Table I).

Of the gynaecological factors assessed, hysterectomy, tubal ligation and any OCP use were all inversely related to ovarian cancer (Table II). Long duration of OCP use was strongly and inversely related to disease, with a 70% reduction in risk seen for 10 or more years of use compared with never use. Hormone replacement therapy (HRT) also was inversely, albeit not

PURDIE *ET AL*

TABLE I – DISTRIBUTION OF VARIOUS PERSONAL AND SOCIAL FACTORS AMONG CASES AND CONTROLS. CRUDE ODDS RATIOS (WITH 95% CONFIDENCE LIMITS) AND ODDS RATIOS ADJUSTED FOR PARITY

| Factor | Cases (n = 824)[1] (%) | Controls (n = 860) (%) | Crude odds ratio | Odds ratio adjusted for parity |
|---|---|---|---|---|
| Age (yr) | | | | |
| 18–29 | 4.2 | 5.5 | 0.79 (0.50–1.27) | 0.56 (0.31–1.00) |
| 30–39 | 9.2 | 8.1 | 1.15 (0.79–1.67) | 1.02 (0.68–1.53) |
| 40–49 | 19.4 | 23.8 | 0.83 (0.62–1.09) | 0.82 (0.61–1.10) |
| 50–59 | 25.8 | 19.5 | 1.34 (1.02–1.77) | 1.40 (1.05–1.86) |
| 60–69 | 25.2 | 25.6 | 1.0 | 1.0 |
| 70–79 | 16.0 | 17.4 | 0.93 (0.69–1.26) | 0.88 (0.65–1.20) |
| Postschool education | (n = 818) | (n = 855) | | |
| Yes | 42.4 | 48.8 | 0.77 (0.64–0.94) | 0.69 (0.57–0.84) |
| BMI | (n = 805) | (n = 852) | | |
| <15th percentile | 14.0 | 15.6 | 1.10 (0.81–1.49) | 1.00 (0.73–1.37) |
| 15–35th percentile | 19.6 | 20.3 | 1.18 (0.89–1.56) | 1.14 (0.86–1.51) |
| 35–65th percentile | 27.0 | 32.9 | 1.0 | 1.0 |
| 65–85th percentile | 21.1 | 19.3 | 1.34 (1.01–1.77) | 1.39 (1.04–1.84) |
| ≥85th percentile | 18.3 | 12.0 | 1.86 (1.37–2.53) | 1.97 (1.44–2.70) |
| Married or lived with a partner | 92.0 | 93.5 | 0.80 (0.55–1.16) | 1.41 (0.93–2.13)[2] |
| Ovarian cancer in mother, sister or daughter | 2.7 | 0.7 | 3.90 (1.58–9.68) | 4.48 (1.96–10.3) |
| Family history of any cancer other than ovarian cancer | 41.9 | 41.0 | 1.03 (0.85–1.26) | 1.08 (0.88–1.31) |
| Use of talc around abdomen/ perineum | 56.7 | 52.0 | 1.21 (1.00–1.46) | 1.27 (1.04–1.54) |
| Smoking | | | | |
| Current or ex-smoker | 41.9 | 37.8 | 1.19 (0.98–1.44) | 1.17 (0.96–1.43) |
| Life-long non-smoker | 58.1 | 62.2 | 1.0 | 1.0 |

[1]Total is 824 cases and 860 controls unless otherwise specified.–[2]Adjusted by restricting to nulliparous women.

TABLE II – DISTRIBUTION OF CERTAIN GYNAECOLOGICAL FACTORS AMONG CASES AND CONTROLS. CRUDE ODDS RATIOS (WITH 95% CONFIDENCE LIMITS) AND ODDS RATIOS ADJUSTED FOR PARITY

| Factor | Cases (n = 824)[1] (%) | Controls (n = 860) (%) | Crude OR | OR adjusted for parity |
|---|---|---|---|---|
| Hysterectomy (with ovarian conservation) | 14.1 | 20.1 | 0.65 (0.50–0.84) | 0.71 (0.55–0.92) |
| Tubal ligation | 12.6 | 22.7 | 0.49 (0.38–0.64) | 0.56 (0.43–0.73) |
| Infection in tubes or uterus | (n = 817) | (n = 852) | | |
| Yes | 6.5 | 6.7 | 0.97 (0.66–1.42) | 0.91 (0.62–1.35) |
| Ever used OCP | 50.5 | 64.5 | 0.56 (0.46–0.68) | 0.58 (0.48–0.71) |
| Length of use of OCP | (n = 797) | (n = 845) | | |
| Never used | 51.2 | 36.1 | 1.0 | 1.0 |
| <24 months | 14.8 | 15.6 | 0.67 (0.50–0.89) | 0.70 (0.53–0.94) |
| 24–59 months | 11.9 | 11.6 | 0.72 (0.53–1.00) | 0.74 (0.53–1.02) |
| 60–119 months | 13.8 | 16.9 | 0.58 (0.43–0.77) | 0.59 (0.44–0.79) |
| ≥120 months | 8.3 | 19.8 | 0.29 (0.21–0.41) | 0.29 (0.21–0.40) |
| Ever used HRT | 24.2 | 26.5 | 0.88 (0.71–1.10) | 0.93 (0.74–1.16) |

[1]Total is 824 cases and 860 controls unless otherwise specified.

significantly, associated with ovarian cancer (Table II), as was a reported history of infection in the tubes or uterus.

Regarding relationships between reproductive factors and ovarian cancer, women of parity 2 or more had a significantly lower risk of disease than nulliparous women (Table III). Multiple pregnancies appeared to decrease risk of ovarian cancer (not significantly) after restricting analysis to parous women and adjusting for parity. Breast-feeding appeared to be unrelated to risk of ovarian cancer after adjustment for parity. Although on crude analysis age at first birth was not associated with risk of disease, after adjustment for parity there was an inverse trend with later ages at first birth (Table III) ($\chi^2_{trend} = 3.79, p = 0.05$).

Menstrual factors, including age at menarche, menopausal status and age at menopause, were not significantly related to the occurrence of ovarian cancer (Table IV). Irregular menstrual cycles were weakly associated with disease, and there appeared to be a decreased risk associated with light men-

strual flow and an increase associated with heavy menstrual flow, though again none of these was significant. Women who had experienced painful periods were found to have a slightly increased risk compared with women who never had painful periods.

On multivariate analysis, the trend of increasing risk of ovarian cancer with increasing height-adjusted weight calculated from the lowest (below the 15th percentile) to the highest (equal to or greater than the 85th percentile) categories remained highly significant. Hysterectomy and tubal ligation were shown to be independently associated with a decreased risk of ovarian cancer, as was ever use of OCP (Table V). A strong inverse trend was observed with increased duration of OCP use: 10 or more years of use compared to never use was associated with a 74% reduction in risk of disease (Table V). An inverse relation was also seen in women with 2 or more live births, with risk decreasing with increasing number of births. Furthermore, late age at first birth was inversely related to

RISK FACTORS FOR OVARIAN CANCER

TABLE III – DISTRIBUTION OF VARIOUS REPRODUCTIVE FACTORS AMONG CASES AND CONTROLS. CRUDE ODDS RATIOS (WITH 95% CONFIDENCE LIMITS) AND ODDS RATIOS ADJUSTED FOR PARITY

| Factor | Cases (n = 824)[1] (%) | Controls (n = 860) (%) | Crude OR | OR adjusted for parity |
|---|---|---|---|---|
| Parity | | | | |
| 0 | 22.7 | 15.6 | 1.0 | |
| 1 | 14.0 | 7.4 | 1.29 (0.88–1.88) | |
| 2 | 28.8 | 31.1 | 0.64 (0.48–0.84) | |
| 3 | 17.8 | 25.2 | 0.48 (0.36–0.66) | |
| 4 | 9.2 | 13.4 | 0.47 (0.33–0.68) | |
| 5+ | 7.5 | 7.3 | 0.70 (0.47–1.07) | |
| Age at first birth (yr)[2] | (n = 640) | (n = 727) | | |
| 15–19 | 10.6 | 8.9 | 1.22 (0.84–1.77) | 1.13 (0.77–1.66) |
| 20–24 | 45.9 | 47.0 | 1.0 | 1.0 |
| 25–29 | 30.5 | 31.4 | 0.99 (0.78–1.27) | 0.91 (0.71–1.18) |
| 30–34 | 9.2 | 8.8 | 1.07 (0.73–1.58) | 0.81 (0.54–1.22) |
| ≥ 35 | 3.8 | 3.9 | 1.00 (0.57–1.76) | 0.64 (0.34–1.20) |
| Multiple pregnancies (twins, etc.) | 1.6 | 3.0 | 0.51 (0.26–1.00) 0.56 (0.29–1.09)[2] | 0.62 (0.32–1.21)[2] |
| Incomplete pregnancies | | | | |
| 0 | 71.2 | 69.7 | 1.0 | 1.0 |
| 1 | 19.5 | 20.1 | 0.95 (0.74–1.21) | 1.04 (0.81–1.33) |
| 2 | 4.6 | 5.6 | 0.81 (0.52–1.26) | 0.89 (0.57–1.38) |
| 3+ | 4.6 | 4.6 | 0.97 (0.61–1.53) | 0.94 (0.59–1.49) |
| Unsuccessfully tried to become pregnant | 12.5 | 7.3 | 1.81 (1.30–2.52) | 1.34 (0.94–1.90) |
| Ever breast-fed | 61.9 | 69.6 | 0.71 (0.58–0.87) 0.85 (0.65–1.12)[2] | 0.96 (0.73–1.28)[2] |

[1]Total is 824 cases and 860 controls unless otherwise specified.–[2]Restricted to parous women.

TABLE IV – DISTRIBUTION OF VARIOUS MENSTRUAL FACTORS AMONG CASES AND CONTROLS. CRUDE ODDS RATIOS (WITH 95% CONFIDENCE LIMITS) AND ODDS RATIOS ADJUSTED FOR PARITY

| Factor | Cases (n = 824)[1] (%) | Controls (n = 860) (%) | Crude OR | OR adjusted for parity |
|---|---|---|---|---|
| Age at menarche (yr) | (n = 822) | (n = 859) | | |
| < 12 | 14.6 | 15.5 | 0.95 (0.72–1.26) | 0.95 (0.71–1.27) |
| 12–13 | 45.9 | 46.2 | 1.0 | 1.0 |
| ≥ 14 | 39.5 | 38.3 | 1.04 (0.84–1.28) | 1.07 (0.86–1.32) |
| Menopausal status | | | | |
| Pre-menopausal | 39.1 | 39.4 | 1.0 | 1.0 |
| Post-menopausal | 60.9 | 60.6 | 1.01 (0.83–1.23) | 1.09 (0.89–1.33) |
| Age at menopause (yr) | (n = 498) | (n = 517) | | |
| < 45 | 10.0 | 8.9 | 1.22 (0.78–1.89) | 1.19 (0.76–1.86) |
| 45–49 | 26.9 | 24.6 | 1.14 (0.84–1.54) | 1.07 (0.79–1.46) |
| 50–52 | 43.8 | 47.3 | 1.0 | 1.0 |
| ≥ 53 | 20.3 | 19.2 | 1.14 (0.82–1.59) | 1.11 (0.79–1.56) |
| Regularity of periods | (n = 820) | (n = 858) | | |
| Very regular | 78.7 | 76.3 | 1.0 | 1.0 |
| Sometimes irregular | 13.2 | 14.3 | 0.89 (0.67–1.18) | 0.87 (0.66–1.15) |
| Very irregular | 8.2 | 9.3 | 0.85 (0.60–1.20) | 0.89 (0.63–1.25) |
| Menstrual flow | (n = 818) | (n = 857) | | |
| Light | 6.0 | 8.0 | 0.76 (0.52–1.12) | 0.72 (0.49–1.05) |
| Average | 59.3 | 60.7 | 1.0 | 1.0 |
| Heavy | 34.7 | 31.3 | 1.14 (0.92–1.40) | 1.11 (0.90–1.37) |
| Painful periods | (n = 820) | (n = 856) | | |
| Often | 27.1 | 26.9 | 1.17 (0.91–1.50) | 1.14 (0.88–1.47) |
| Sometimes | 26.8 | 22.8 | 1.36 (1.05–1.77) | 1.32 (1.02–1.72) |
| Seldom | 17.7 | 17.4 | 1.18 (0.88–1.57) | 1.19 (0.89–1.58) |
| Never | 28.4 | 32.9 | 1.0 | 1.0 |

[1]Total is 824 cases and 860 controls unless otherwise specified.

occurrence of ovarian cancer, though not significantly. There was no association with disease in relation to either number of incomplete pregnancies overall (Table V) or number of miscarriages or number of terminated pregnancies taken separately.

Painful periods appeared to be positively associated with disease after adjustment for other factors, and there was a moderate linear relationship observed between menstrual flow and risk of disease (Table V). Breast-feeding, age at meno-pause and age at menarche were not significantly associated with disease. Women who had ever had a multiple pregnancy were at decreased risk, but the confidence intervals were wide (Table V).

DISCUSSION

The size of our case-control study of epithelial ovarian cancer has enabled us to confirm some of the known associa-tions and report some significant associations not previously

682                                                                          PURDIE *ET AL.*

TABLE V – ADJUSTED ODDS RATIOS (WITH 95% CONFIDENCE LIMITS) FOR REPRODUCTIVE AND MENSTRUAL VARIABLES, HYSTERECTOMY, TUBAL LIGATION, PARITY, DURATION OF OCP USE AND BMI, ALSO ADJUSTING FOR AGE, POSTSCHOOL EDUCATION, FAMILY HISTORY OF CANCER (OTHER THAN OVARY), TALC USE ON ABDOMEN OR GENITALS AND SMOKING STATUS

| Factors | Adjusted OR (95% ci) | $\chi^2$ for trend (*p* value) |
|---|---|---|
| BMI (percentile) | | |
| < 15th | 1.03 (0.74–1.44) | |
| 15–35th | 1.26 (0.93–1.70) | |
| 35–65th | 1.0 | |
| 65–85th | 1.50 (1.12–2.03) | |
| ≥ 85th | 2.00 (1.44–2.79) | 12.30 (*p* < 0.001) |
| Hysterectomy | 0.69 (0.52–0.91) | |
| Tubal ligation | 0.60 (0.45–0.80) | |
| Ever used OCP[1] | 0.54 (0.43–0.70) | |
| Length of use of OCP | | |
| Never used | 1.0 | |
| < 24 months | 0.65 (0.47–0.90) | |
| 24–59 months | 0.69 (0.48–1.01) | |
| 60–119 months | 0.53 (0.37–0.75) | |
| ≥ 120 months | 0.26 (0.18–0.38) | 47.43 (*p* < 0.001) |
| Ever used HRT | 1.03 (0.80–1.33) | |
| Parity | | |
| 0 | 1.0 | |
| 1 | 1.38 (0.92–2.08) | |
| 2 | 0.82 (0.59–1.13) | |
| 3 | 0.61 (0.43–0.86) | |
| 4 | 0.52 (0.35–0.78) | |
| 5+ | 0.84 (0.53–1.33) | 11.90 (*p* < 0.001) |
| Age at first birth[2] (yr) | | |
| 15–19 | 0.96 (0.62–1.47) | |
| 20–24 | 1.0 | |
| 25–29 | 0.93 (0.71–1.22) | |
| 30–34 | 0.87 (0.56–1.36) | |
| ≥ 35 | 0.61 (0.32–1.15) | 1.43 (*p* = 0.23) |
| Multiple pregnancies[2] | 0.68 (0.33–1.38) | |
| Incomplete pregnancies | | |
| 0 | 1.0 | |
| 1 | 1.05 (0.81–1.37) | |
| 2 | 0.90 (0.56–1.46) | |
| 3+ | 1.02 (0.61–1.70) | 0.00 (*p* = 0.99) |
| Unsuccessfully tried to become pregnant | 1.21 (0.83–1.77) | |
| Ever breast-fed[2] | 1.05 (0.77–1.44) | |
| Age at menarche (yr) | | |
| < 12 | 0.87 (0.69–1.10) | |
| 12–13 | 1.0 | |
| ≥ 14 | 1.07 (0.85–1.35) | 1.52 (*p* = 0.22) |
| Menopausal status | | |
| Pre-menopausal | 1.0 | |
| Post-menopausal | 0.72 (0.50–1.03) | |
| Age at menopause (yr) | | |
| < 45 | 1.04 (0.65–1.68) | |
| 45–49 | 1.05 (0.74–1.50) | |
| 50–52 | 1.0 | |
| ≥ 53 | 1.14 (0.78–1.66) | 0.08 (*p* = 0.78) |
| Menstrual flow | | |
| Light | 0.71 (0.47–1.08) | |
| Average | 1.0 | |
| Heavy | 1.10 (0.87–1.39) | 3.00 (*p* = 0.08) |
| Painful periods | | |
| Often | 1.23 (0.93–1.62) | |
| Sometimes | 1.32 (0.99–1.74) | |
| Seldom | 1.30 (0.95–1.78) | |
| Never | 1.0 | 2.33 (*p* = 0.13) |

[1]Duration of OCP use not in the model.–[2]Restricted to parity ≥ 1.

observed. Use of the OCP, after adjustment for other factors, appeared to reduce the risk of ovarian cancer by 46% compared to never use. Moreover, risk decreased the longer the use of OCP: women who took the pill for at least 10 years had an apparent 74% reduction in risk compared with never users. Tubal ligation and hysterectomy with conservation of at least

one ovary each reduced the risk of disease by 30–40%. These apparent protective effects of OCP use, tubal ligation and hysterectomy with ovarian conservation are consistent with previous findings (Whitemore *et al.,* 1992; Booth *et al.,* 1989). Our results indicate a strong and significant trend of decreasing risk of epithelial ovarian cancer with each live birth after the first, as has been seen by others (Parazzini *et al.,* 1991; Booth *et al.,* 1989). The slight up-turn with 5 or more births may reflect chance, as indicated by the width of the confidence interval. Early age at first birth, after adjustment for parity, has previously been reported as being protective against ovarian cancer, with an elevated risk when age at first birth was 35 years or more (Parazzini *et al.,* 1991). In contrast, we have found that risk of epithelial ovarian cancer decreased with increasing age at first live birth after adjusting for parity and duration of OCP use (not statistically significant). This is consistent with the results of a Swedish study (Adami *et al.,* 1994), which were adjusted for parity but not for other possible confounders such as OCP use. Pooled analyses of 6 population-based case-control studies (Whittemore *et al.,* 1992) also showed significant inverse associations with late age at first birth.

No obvious effects of age at menarche or age at menopause were observed, which is in accordance with a number of studies (Kvåle *et al.,* 1992; Whittemore *et al.,* 1992). Taken together, the evidence from these would seem to outweigh the positive relationships with early age at menarche and late age of menopause found in some studies (Franceschi *et al.,* 1991; Booth *et al.,* 1989). A positive association with painful periods has not been found consistently by others (Kelsey and Hildreth, 1983) and may reflect either chance or differential recall. Some have found a protective effect of incomplete pregnancies after adjusting for parity (Booth *et al.,* 1989; Parazzini *et al.,* 1991); we found no reduction in risk. Consistent with prior work, no significant associations were found between lactation (Hartge *et al.,* 1989; Cramer *et al.,* 1983) or HRT (Wu *et al.,* 1988) and risk of ovarian cancer. The strong positive trend (*p* < 0.001) noted with increasing BMI, such that women in the highest 15th percentile had a 2-fold increase in risk compared with those of normal height-adjusted weight, has been observed in at least 2 previous studies (Cramer *et al.,* 1984; Farrow *et al.,* 1989).

Immediate family history of ovarian cancer was a strong predictor of epithelial ovarian cancer, supporting the view that a significant genetic component exists in at least the small percentage of ovarian cancer cases so affected (Cramer *et al.,* 1983). Some other associations were observed here that have not been consistently observed in smaller case-control studies. Education beyond secondary school after adjusting for other factors, using multivariate logistic analysis, was associated with a significant reduction in risk (OR = 0.77, CI 0.62–0.95), as has been observed before (Polychronopoulou *et al.,* 1993), suggesting that socio-economic status needs further examination together with other environmental factors that could explain this relationship. Regular use of talc in the region of the abdomen or perineum was associated with a slight increase in risk of disease, which, though not observed in some studies (Parazzini *et al.,* 1991), supports other findings (Booth *et al.,* 1989; Harlow *et al.,* 1992) and other clinical and experimental evidence linking exposure to talc with ovarian cancer (Longo and Young, 1979). Perhaps of particular note is that cancer of the ovary is not considered to be tobacco-related (Polychronopoulou *et al.,* 1993). In this study, however, ever being a smoker, after adjustment for duration of OCP use, appeared to significantly increase risk of disease by almost 40%, and we intend to explore this association in greater detail in future analyses.

In considering possible biases firstly with respect to the selection of controls ascertained from the electoral roll, the

electoral roll status of all cases was investigated. Of the 824 cases, 750 (91%) were enrolled, 28 (3%) had never been on the electoral roll and for 46 cases (6%) electoral roll status could not be determined. Analyses were repeated, including only cases who were on the electoral roll, with no material alteration in the results. Given the control participation rate of 73% it is also possible that in some instances the exposure patterns among study controls differed systematically from those of the underlying source population of Australian women. The age distribution of non-responders considered in 3 age bands (18–39, 40–59 and 60–79 years) and according to state of residence was virtually identical to that of participating controls, and thus selection bias due to a systematic age difference between responders and non-responders seems unlikely. Turning to the case subjects, the patient populations were considered to be generally representative of all cases occurring in women living in the states of Queensland (based on checks against cases of epithelial ovarian cancer registered in the Queensland Cancer Registry showing that more than 95% of cases had been captured) and Victoria because these are comparatively small states and medical services are relatively centralised (though the precise capture rate is unknown). In the largest and most populous state of New South Wales, however, identified cases represented around half the cases of ovarian cancer diagnosed in the period (probably with under-representation of women in rural areas). However, stratification by state gave similar patterns of risk, suggesting that the potential selection bias in ascertaining the New South Wales cases, and perhaps the Victorian cases to some extent, did not materially distort the findings. Finally, during analysis it was assumed that borderline and frankly malignant tumours have a similar aetiology. In support of this assumption, no differences in risk estimates between the 2 groups were found when cases with borderline and frankly malignant tumours were analysed separately.

Recall and interviewer bias should have been minimised because of the highly structured and standardised questionnaire delivered by identically trained interviewers and by the use of detailed calendars for complex contraceptive and pregnancy histories. Although all data presented here were self-reported, other studies have shown that data relating to menstrual history, reproductive history and operations are reasonably valid (Bean et al., 1979). Further, adjustment was made for all known confounders in the analysis, although, of course, confounding by unknown factors is always possible.

The theory that incessant ovulation is a factor in the development of ovarian cancer, first developed by Fathalla

(1971), is supported by some, but not all, evidence from epidemiological studies. Reductions in risk associated with pregnancy and OCP use are the main factors that support the hypothesis as ovulation ceases during these times. In the present study we conclusively found that childbirth and OCP use were associated with reduced risk of disease and that risk decreased with increased duration of OCP use and increased parity, which support the hypothesis. Other protective factors, such as hysterectomy and tubal ligation, do not appear relevant to the incessant ovulation theory as ovulation would not normally be suppressed after these surgeries. The hypothesis would also predict a reduced risk with late age at menarche and early age at menopause, which has not been shown here. The increase in risk associated with dysmenorrhoea after adjustment for OCP use might be taken to offer indirect support to the incessant ovulation theory as ovulation is believed to be a pre-requisite for menstrual cramps in the following cycle. An alternative theory is that high gonadotrophin levels increase the risk of disease (Cramer and Welch, 1983) and that suppression of gonadotrophin secretion would reduce risk of ovarian cancer, which is again the case during OCP use and pregnancy. Obesity would be expected to decrease risk under this hypothesis if gonadotrophin concentrations are reduced in these women; however, a significant positive relationship has been seen between obesity and risk of disease here and elsewhere (Farrow et al., 1989; Cramer et al., 1984).

Among reproductive characteristics not considered in detail here in relation to ovarian cancer, low fertility remains a factor to be fully investigated, including the quantification of ovulatory history as far as possible. Women of low parity should be categorised into those choosing not to have children and those who have had difficulties in conceiving or bearing children, to precisely determine the effects of sub-fertility on risk of epithelial ovarian cancer. We plan to address these issues in subsequent publications.

ACKNOWLEDGEMENTS

Funding for this study was provided by the Australian National Health and Medical Research Council and the Queensland Cancer Fund. The assistance of Ms. H. Merry, Ms. L. Dommett and Ms. T. Pangan with data editing is gratefully acknowledged. Thanks, of course, also to the doctors who allowed us to interview their patients and to all the women who participated in the study.

REFERENCES

ADAMI, H., HSIEH, C., LAMBE, M., TRICHOPOULOS, D., LEON, D. and PERSSON, I., Parity, age at first childbirth, and the risk of ovarian cancer. Lancet, 344, 1250–1254 (1994).

BEAN, J.A., LEEPER, J.D., WALLACE, R.B., SHERMAN, B.M. and JAGGER, H., Variations in the reporting of menstrual histories. Amer. J. Epidemiol., 109, 181–185 (1979).

BOOTH, M., BERAL, V. and SMITH, P., Risk factors for ovarian cancer: a case-control study. Brit. J. Cancer, 60, 592–598 (1989).

CHEN, Y., WU, P.C., LANG, J.H., GE, W.J., HARTGE, P. and BRINTON, L.A., Risk factors for epithelial ovarian cancer in Beijing, China. Int. J. Epidemiol., 21, 23–29 (1992).

CRAMER, D.W., HUTCHINSON, G.B., WELCH, W.R., SCULLY, R.E. and RYAN, K.J., Determinants of ovarian cancer risk. I. Reproductive experiences and family history. J. nat. Cancer Inst., 71, 711–716 (1983).

CRAMER, D.W. and WELCH, W.R., Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis. J. nat. Cancer Inst., 71, 717–721 (1983).

CRAMER, D.W., WELCH, W.R., HUTCHINSON, G.B., WHILLETT, W. and SCULLY, R.E., Dietary animal fat in relation to ovarian cancer risk. Obstet. Gynecol., 63, 833–838 (1984).

FARROW, D.C., WEISS, N.S., LYON, J.L. and DALING, J.R., Association

of obesity and ovarian cancer in a case-control study. Amer. J. Epidemiol., 129, 1300–1304 (1989).

FATHALLA, M.F., Incessant ovulation—a factor in ovarian neoplasia? Lancet, 2, 163 (1971).

FRANCESCHI, S., LA VECCHIA, C., BOOTH, M., TZONOU, A., NEGRI, E., PARAZZINI, F., TRICHOPOULOS, D. and BERAL, V., Pooled analysis of 3 European case-control studies of ovarian cancer: II. Age at menarche and at menopause. Int. J. Cancer, 49, 57–60 (1991).

HARLOW, B.L., CRAMER, D.W., BELL, D.A. and WELCH, W.R., Perineal exposure to talc and ovarian cancer risk. Obstet. Gynecol., 80, 19–26 (1992).

HARTGE, P., SCHIFFMAN, M.H., HOOVER, R., McGOWAN, L., LESHER, L. and NORRIS, H.J., A case-control study of epithelial ovarian cancer. Amer. J. Obstet. Gynecol., 161, 10–16 (1989).

JELFS, P., GILES, G., SHUG, D., TAYLOR, R., BONETT, A., THOMPSON, J., RING, I. and DURLING, G., Cancer in Australia 1983–1985. Cancer Series 1, Australian Institute of Health and Welfare, p. 127, Australian Government Publishing Service, Canberra (1992).

KELSEY, J.L. and HILDRETH, H.G., Breast cancer and gynecologic cancer epidemiology, pp. 94–115, CRC Press, Boca Raten, FL (1983).

KVÅLE, G., HEUCH, I. and NILSSEN, S., Is the risk of ovarian cancer

PURDIE *ET AL.*

related to age at menarche and age at menopause? *Int. J. Cancer*, **51**, 333–334 (1992).

KVÅLE, G., HEUCH, I., NILSSEN, S. and BERAL, V., Reproductive factors and risk of ovarian cancer: a prospective study. *Int. J. Cancer*, **42**, 246–251 (1988).

LONGO, D.L. and YOUNG, R.C., Cosmetic talc and ovarian cancer. *Lancet*, **2**, 349–351 (1979).

PARAZZINI, F., FRANCESCHI, S., LA VECCHIA, C. and FASOLI, M., The epidemiology of ovarian cancer—review. *Gynecol. Oncol.*, **43**, 9–23 (1991).

PARKIN, D.M., MUIR, C.D., WHELAN, S.L., GAO, Y.-T., FERLAY, J. and POWELL, J. (eds.), *Cancer incidence in five continents, vol.* **VI**, pp. 966–967, IARC Scientific Publications **120**, Lyon (1992).

POLYCHRONOPOULOU, A., TZONOU, A., HSIEH, C., KAPRINIS, G., REBELAKOS, A., TOUPADAKI, N. and TRICHOPOULOS, D., Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. *Int. J. Cancer*, **55**, 402–407 (1993).

SILVERBERG, E., BORING, C.C. and SQUIRES, T.S., Cancer statistics. *Cancer J. Clin.* **40**, 9–26 (1990).

WHITTEMORE, A.S., HARRIS, R., ITNYRE, J. and THE COLLABORATIVE OVARIAN CANCER GROUP, Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies II. Invasive epithelial ovarian cancers in white women. *Amer. J. Epidemiol.*, **136**, 1184–1203 (1992).

WILLETT, W.C., SAMPSON, L., STAMPFER, M.J., ROSNER, B., BAIN, C., WITSCHI, J., HENNEKENS, C.H. and SPEIZER, F.E., Reproducibility and validity of a semiquantitative food frequency questionnaire, *Amer. J. Epidemiol.*, **122**, 51–65 (1985).

WU, M.L., WHITTEMORE, A.S., PAFFENGAGER, R.S., SARLES, D.L., KAMPERT, J.B., GROSSER, S., JUNG, D.L., BALLON, S., HENDRICKSON, M. and MOHLE-BOETANI, J., Personal and environmental characteristics related to epithelial ovarian cancer. I Reproductive and menstrual events and oral contraceptive use. *Amer. J. Epidemiol.*, **128**, 1216–1227 (1988).

## APPENDIX

*Survey of Women's Health Study Research Group*

*Collaborators:* Sèamus Campbell, Chris Dalrymple, Arthur Day, Alan Ferrier, Keith Free[1], Peter Grant, Paul Harnett, Phil Harvey, Roger Houghton, Tom Jobling, Peter MacCullum Cancer Institute, Robert Planner, Tony Proietto, Robert Rome, John Solomon, Gerry Wain.

*Research Assistants:* Carol Birks, Patrica Brisley, Paula Candlish, Suzanne Clarke, Kerri-Ann Lockwood, Lauretta Luck, Roslyn Patterson, Louise Potter, Ann Ward, Mignon Watson, Mary-Ellen Yarker.

---

[1]Deceased.

Exhibit 24

NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17 US CODE)

**Gynecology-endocrinology**

FERTILITY AND STERILITY
Copyright © 1996 American Society for Reproductive Medicine

Vol. 65, No. 1, January 1996
Printed on acid-free paper in U. S. A.

# Human menopausal gonadotropin and the risk of epithelial ovarian cancer*

Asher Shushan, M.D.†‡        Uri Elchalal, M.D.†
Ora Paltiel, M.D. §          Tamar Peretz, M.D.¶
Jose Iscovich, M.D.‖         Joseph G. Schenker, M.D.†

Hebrew University, Hadassah Ein-Karem Medical Center, and the Israel Cancer Registry, Ministry of Health, Jerusalem, Israel

**Objective:** To determine whether women with epithelial ovarian cancer are more likely to have been exposed to fertility drugs, and in particular hMG, than healthy population controls.

**Design:** A nationwide case-control study.

**Patients:** Two hundred living women 36 to 64 years of age, with a histologically confirmed diagnosis of primary invasive or borderline epithelial ovarian cancer that was first diagnosed and reported to the Israel Cancer Registry between January 1, 1990 and September 1, 1993 were enrolled. There were 164 (82%) invasive and 36 (18%) borderline epithelial ovarian tumors among the 200 cases. The controls were 408 women from the same dialing areas selected by random digit dialing. Cases and controls were interviewed using a standard questionnaire. A multivariate logistic model was used to assess the association of fertility drug use and ovarian cancer, controlling for variables found to be statistically associated with this outcome on univariate analysis.

**Results:** Twenty-four women with epithelial ovarian cancer (12%) and 29 healthy controls (7.1%) reported that they had used any fertility drug (adjusted odds ratio [OR] 1.31; 95% confidence interval [CI] 0.63 to 2.74). Among cases and controls, respectively, 22 and 24 reported that they had used hMG alone or in combination with clomiphene citrate (adjusted OR 1.42, 95% CI 0.65 to 3.12), and 11 and 6 reported that they had used hMG alone (adjusted OR 3.19, 95% CI 0.86 to 11.82). The risk was increased particularly in the subgroup of women with borderline ovarian tumors who had used hMG (adjusted OR 9.38, 95% CI 1.66 to 52.08).

**Conclusions:** We conclude that the use of ovulation induction agents, in particular hMG, may increase the risk of epithelial ovarian tumors.    Fertil Steril 1996;65:13–8

**Key Words:** Ovulation induction, gonadotropin, infertility, ovarian cancer, borderline ovarian tumors

During the last five years investigators have raised considerable concern about the potential of

Received March 13, 1995; revised and accepted July 14, 1995.
* Supported in part by a grant from the Joint Research Fund of the Hebrew University and Hadassah Medical Center, Jerusalem, Israel.
† Department of Obstetrics and Gynecology, Hebrew University, Hadassah Ein-Karem Medical Center.
‡ Reprint requests: Asher Shushan, M.D., Department of Obstetrics and Gynecology, Hadassah Medical Center, Kiryat Hadassah, P.O. Box 12000, IL 91120, Jerusalem, Israel (FAX: 972-2-432445).
§ Department of Social Medicine, Hebrew University, Hadassah Ein-Karem Medical Center.
Department of Epidemiology, Israel Cancer Registry, Ministry of Health.

increased risk of ovarian cancer associated with drugs administered for induction of ovulation (1). A variety of case reports of women exposed to these drugs who subsequently developed ovarian cancers have been published (2–4). Concern has been heightened further as a result of two recently published studies (5, 6). The first study, a combined analysis of data from 12 case-control studies, reported that, among nulligravid women, fertility drugs were associated with an increased risk of invasive epithelial (5), borderline epithelial (7), and non-epithelial ovarian tumors (8). The second study, a

¶ Department of Oncology, Hebrew University, Hadassah Ein-Karem Medical Center.

Protected Document – Subject to Protective Order

LUZ000527

case-cohort study (6), reported that after prolonged use of clomiphene citrate (CC) the risk of invasive and borderline ovarian tumors was elevated among both gravid and nulligravid women. The relative risks associated with the use of other drugs that induce ovulation were not estimated due to the low prevalence of exposure to other agents among that cohort.

These clinical observations, taken together with theoretical considerations such as Fathalla's (9) "incessant ovulation" hypothesis, necessitate further evaluation of this question. This is especially important in view of the increasing use of modern techniques for assisted reproduction that involve potent follicle stimulation regimens. We performed a nationwide case-control study to determine whether women with epithelial ovarian cancer in general, and borderline epithelial tumors in particular, are more likely to have been exposed to fertility drugs than healthy population controls.

## MATERIALS AND METHODS

Since 1982 notification of malignant and related diseases to the Israel Cancer Registry by physicians and hospitals has been compulsory by law (completeness is considered to be approximately 95%). Cases of ovarian cancer were identified from this Registry. Cases were eligible for this study if they had a histologically confirmed diagnosis of primary infiltrating or borderline epithelial ovarian cancer that was first diagnosed and reported between January 1, 1990 and September 1, 1993; if they were born between January 1, 1929 and December 31, 1957 (fertility drugs were first used in Israel in 1960, therefore, this age group would have had an opportunity for exposure); and if they were alive at the time of the interview. Living cases only were used so that ascertainment of exposure could be based on personal interviews exclusively (25% of women with ovarian cancer reported to the Cancer Registry between the above dates had died before the study period). Of 287 living women who satisfied our case definition, we interviewed 200 (70%). The others were not interviewed because of inability to locate the patient or physician (25%), illness (1%), refusal by the physician (1%), or refusal by the patient (3%).

There were 164 (82%) invasive and 36 (18%) borderline epithelial ovarian tumors among the 200 cases. Among living cases not interviewed, the ratio of invasive to borderline ovarian tumors was identical to that of the cases interviewed. The distribution of histologic diagnoses is shown in Table 1.

Controls were obtained by telephoning randomly selected numbers within the same area codes as those of the cases, a method closely resembling that

Table 1  Histologic Diagnosis in the Women With Epithelial Ovarian Cancer*

| Histologic diagnosis | No. of women (n = 200) |
|---|---|
| Invasive (n = 164) | |
| Adenocarcinoma | 21 (10.5) |
| Serous | 90 (45.0) |
| Mucinous cystadenocarcinoma | 11 (5.5) |
| Endometrioid carcinoma | 24 (12.0) |
| Clear cell adenocarcinoma | 3 (1.5) |
| Mixed epithelial | 3 (1.5) |
| Other | 12 (6.0) |
| Borderline (n = 36) | |
| Serous cystadenocarcinoma | 30 (15.0) |
| Mucinous cystadenocarcinoma | 6 (3.0) |

* Values are cases with percentages in parentheses.

reported by Hartge and colleagues (10), and were interviewed during the same period as the cases. Thus, cases and controls were matched for geographic area by the sampling procedure. Eligibility for controls was based on date of birth in the identical range to that of the cases. Once a household was reached, the interviewer asked if a woman born between January 1, 1929 and December 31, 1957 resided there. Women who had undergone bilateral oophorectomy (1%) were excluded as controls. Two controls were selected for each case. To obtain the final sample of 408 controls, 4,983 calls were made, resulting in 2,072 households reached. Of these households, 16.1% had no women, 26.3% had no women of the appropriate date of birth, 9.8% had women of the appropriate date of birth but who were not at home, 16.2% refused or were too busy to be interviewed, and 10.7% spoke no Hebrew.

Two trained interviewers, a physician (A.S.) and a medical student, conducted all interviews between November 28, 1993 and August 6, 1994. Cases and controls were interviewed using a standard questionnaire designed to collect information similarly for the two groups. Cases were asked to relate all answers to the period before their date of diagnosis. The questionnaire contained detailed items of obstetric and gynecologic history, including extensive information on infertility and its treatment. For technical reasons the physician (A.S.) interviewed more cases than controls, whereas the opposite was true of the latter interviewer. Ten percent of the cases and controls were selected randomly for reinterview by the alternate interviewer using a shortened questionnaire for interexaminer reliability. The results of this interobserver check showed Kappa values of 0.7 to 1.0 for categorical variables and correlation coefficients of 0.99 to 1.0 for continuous variables. In addition, 12 women who reported use of fertility drugs but could not remember the

Protected Document – Subject to Protective Order                                         LUZ000528

type were reinterviewed. All questionnaires were checked for consistency and accuracy of coding.

The study was designed to detect an odds ratio (OR) of 3.0 for the use of fertility drugs, given an $\alpha$ level of 0.05 and power of 90%, a 2:1 ratio of controls to cases, and based on a presumed exposure rate to fertility drugs among the controls of 5%. The data were analyzed using SPSS for the PC (SPSS Inc., Chicago, IL). Differences in sociodemographic characteristics, habits, and gynecologic history were assessed using $\chi^2$ with Yates' correction for categorical variables and $t$-test for continuous variables. The association between ovarian cancer and fertility drug use was measured using the OR. The only matching variable was the telephone area code. A conditional logistic model revealed that this matching did not alter the magnitude, direction, or significance of the reported associations with fertility drugs. Therefore a nonconditional multivariate logistic model was used to assess the association of fertility drug use and ovarian cancer controlling for variables found to be associated statistically with this outcome on univariate analysis. Confidence intervals (CI) on ORs were calculated using the method of Woolf (11). Because of the imbalance of cases and controls interviewed, a variable representing interviewer was included in the logistic model. In assessing the association between fertility drugs and ovarian cancer, comparisons were made between those reporting use of specific drugs and nonusers of any drug.

The study protocol was submitted and approved by the institutional review board of Hadassah Medical Organization and the Ministry of Health. For legal reasons, women ascertained via the Cancer Registry could not be contacted directly. Rather, their physicians were contacted and consent to contact the patient was obtained through them. Verbal consent was obtained from both cases and controls, and subsequent written confirmation of this consent was obtained from all subjects except controls who chose to remain anonymous.

## RESULTS

As compared with the controls, the women with ovarian cancer tended to be better educated, to come from European-American background, to be unmarried, and were more likely to report a family history of ovarian cancer (Table 2). There were no significant differences between ovarian cancer cases and controls in coffee consumption, smoking, or vitamin use, but a larger proportion of cases than controls reported using talc. Cases had a mean body mass index (BMI) of 25.91 whereas the mean BMI was 25.05 in controls ($P = 0.02$). The mean age at diagnosis or

**Table 2** Sociodemographic, Obstetric, and Gynecologic Characteristics of Cases and Controls

| | No. of women* | | |
|---|---|---|---|
| | Cases (n = 200) | Controls (n = 408) | P value |
| Age at diagnosis (y) | | | |
| 36 to 40 | 27 (13.5) | 49 (12.0) | |
| 41 to 49 | 66 (33.0) | 173 (42.4) | |
| 50 to 59 | 75 (37.5) | 109 (26.7) | |
| 60 to 64 | 32 (16.0) | 77 (18.9) | 0.025 |
| Region of birth | | | |
| Europe-America | 105 (52.5) | 118 (28.9) | |
| Israel | 57 (28.5) | 183 (44.9) | |
| Asia-Africa | 38 (19.0) | 107 (26.2) | <0.0001 |
| Education >12 years | 101 (50.5) | 150 (36.8) | 0.001 |
| Marital status, ever married | 184 (92.0) | 398 (97.5) | 0.001 |
| Ovarian cancer in mother or sister | 22 (11.0) | 24 (5.9) | 0.04 |
| Smoking, ever | 141 (70.5) | 271 (66.4) | 0.35 |
| Talc | | | |
| Never–seldom | 178 (89.0) | 385 (94.4) | |
| Moderate–a lot | 21 (10.5) | 23 (5.6) | 0.04 |
| Mean age at menarch (y) | 12.78 | 13.1 | 0.01 |
| Nulligravida | 16 (8.0) | 14 (3.4) | 0.025 |
| Parity | | | |
| Nulliparous | 34 (17.0) | 21 (5.1) | |
| 1 to 3 | 127 (63.5) | 238 (58.3) | |
| ≥4 | 39 (19.5) | 149 (36.5) | <0.0001 |
| Breastfeeding, never | 73 (36.5) | 96 (23.5) | 0.001 |
| Oral contraceptive usage, ever | 42 (21.0) | 97 (23.8) | 0.51 |
| Investigated for infertility | 34 (17.0) | 46 (11.3) | 0.07 |

* Values in parentheses are percentages.

interview was 50.0 years for cases and 49.9 years for controls. In addition, cases were more likely to be nulligravida, nulliparous, to have lower parity, to report secondary infertility (data not shown), and less likely to have breast-fed (Table 2). However, in contrast to previous large case-control studies (12), we did not find a significant negative association between oral contraceptive use and epithelial ovarian cancer for either borderline or malignant tumors. Seventeen percent of cases and 11.3% of controls ($P = 0.07$) reported that they had undergone an infertility work-up, but most subjects could not recall or identify the particular cause of infertility.

Twenty-four women with epithelial ovarian cancer (12%) and 29 healthy controls (7.1%) reported that they had used any fertility drug (Table 3). Twelve women (2 cases and 10 controls) who on first interview did not recall the type of drug used were reinterviewed. After reinterview, six (all controls) recalled that the fertility drug was CC. One control reported that she had used corticosteroids and five women (two cases and three controls) remained who could not recall the type of fertility drug used. These women were excluded from the analyses regarding specific drugs. On final analysis, among cases and controls, respectively, 11 and 18 reported that they

Protected Document – Subject to Protective Order

LUZ000529

Table 3   Odds Ratio of Ovarian Epithelial Tumors Associated With Use of Fertility Drugs

| Drug | All epithelial tumors | | | | Borderline tumors | | |
|---|---|---|---|---|---|---|---|
| | Cases* | Controls* | Crude odds ratio | Adjusted odds ratio† | Cases* | Crude odds ratio | Adjusted odds ratio† |
| Any‡ | 24 (12.0) | 29 (7.1) | 1.78 (0.97 to 3.27) | 1.31 (0.63 to 2.74) | 10 (27.7) | 5.03 (2.04 to 12.22) | 3.52 (1.23 to 10.09) |
| CC only | 11 (5.9) | 18 (4.5) | 1.32 (0.57 to 3.01) | 0.88 (0.33 to 2.34) | 2 (5.5) | 1.62 (0.25 to 7.87) | 1.28 (0.25 to 6.87) |
| hMG | 11 (5.9) | 6 (1.6) | 3.95 (1.33 to 12.2) | 3.19 (0.86 to 11.82) | 6 (16.7) | 14.58 (3.82 to 55.91) | 9.38 (1.66 to 52.08) |
| hMG and/or CC | 22 (11.1) | 24 (6.0) | 1.97 (1.03 to 3.77) | 1.42 (0.65 to 3.12) | 8 (22.2) | 4.86 (1.81 to 12.79) | 3.08 (0.98 to 9.69) |

* Values are number of women with percentages in parentheses.

† Adjusted OR is adjusted for age, parity, BMI, region of birth, education, family history, and interviewer. Values in parentheses are 95% CI.

‡ Comparing users and nonusers of any fertility drug.

had used CC only, 22 and 24 reported that they had used CC alone or in combination with hMG, and 11 and 6 reported that they had used hMG. One woman reported she had used only hCG and another reported treatment with corticosteroids.

In the univariate analyses (Table 3), women with epithelial ovarian cancer were more likely to have been exposed to fertility drugs than healthy population controls (OR 1.78, 95% CI 0.97 to 3.27). A logistic regression model including age, education, region of birth, parity, family history of ovarian cancer, BMI, and interviewer resulted in an adjusted OR of 1.31 (95% CI 0.63 to 2.74). No association was noted between use of CC and ovarian cancer in the univariate or multivariate analyses (Table 3). Only 10 subjects (4 cases and 6 controls) reported that they had used CC for ≥12 cycles (crude OR 1.44, 95% CI 0.34 to 5.82). Multivariate adjustment was not performed due to the small numbers.

Compared with untreated women, women who reported ever having used hMG, in any combination with other drugs and for any period, had a higher risk of having epithelial ovarian cancer (crude OR 3.95, 95% CI 1.33 to 12.02). Adjusting for the variables noted above resulted in an OR of 3.19 (95% CI 0.86 to 11.82). Women with borderline tumors were significantly more likely to have been exposed to ovulation induction agents (adjusted OR 3.52, 95% CI 1.23 to 10.09) and particularly to hMG (adjusted OR 9.38, 95% CI 1.66 to 52.08). This association was not demonstrated when invasive tumors were considered alone (data not shown).

## DISCUSSION

This study shows that use of ovulation induction agents is associated with ovarian cancer. Specifically, these results indicate that epithelial ovarian tumors were roughly three times as likely to develop in women who had used hMG compared with women who did not use this agent. Furthermore, we have demonstrated a very strong association between this agent and borderline ovarian tumors (adjusted OR 9.38, 95% CI 1.66 to 52.08).

Our study had a number of limitations, many of which relate to the case-control design. We had no access to the medical records of subjects, thus we could not verify the information about exposure to fertility drugs that was obtained from the study participants. Recall bias cannot be excluded; if cases were more likely than controls to report the use of fertility drugs, the magnitude of the positive association may have been overestimated. More controls than cases could not recall the type of infertility drug used; however, on reinterview, no further use of hMG was elicited. We elicited more controls who had used CC, further influencing the results toward the null hypothesis. Another cause for concern is that most subjects could not recall the particular cause of infertility, thus stratification according to different types of infertility, and specifically ovulatory problems, could not be performed. We cannot exclude the possibility that our results were confounded by a specific cause of infertility.

The selection of cases for this study was based only on vital status and ability to locate the subject. Nevertheless, exclusion of women who had died already may limit the generalizability of our findings in that a positive association may be relevant only for less severe cases of ovarian cancer. This is supported by the increased strength of association found for women with borderline tumors. Other possible sources of selection bias must be explored as well. Although in the present study cases and controls differed significantly with respect to country of origin and other baseline characteristics, controls were representative of the Israeli population of this age group (13), whereas cases exhibited most of the established risk factors for ovarian cancer including low parity, positive family history, higher education, lower age at menarche, and higher talc use. We ad-

Protected Document – Subject to Protective Order                                           LUZ000530

justed for these risk factors (except for talc use and age at menarche because they did not contribute significantly to the model) in the logistic model.

On the other hand, the plausibility of these results is heightened by biologic theory, epidemiologic findings, and other recent studies that have suggested that fertility drugs might have neoplastic effects (5–8). Of particular interest has been Fathalla's (9) theory that "extravagant" and incessant ovulation in women may be an inciting factor for the development of epithelial ovarian cancer. According to this hypothesis, each ovulation causes minor trauma to the surface epithelium of the ovary, and the recurrent trauma increases the risk for cancerous changes within this epithelium. Epidemiologic studies have supported this theory (12, 14). Factors that promote ovulation such as fertility drugs may thus increase the risk of ovarian cancer.

Our findings generally are consistent with two recent investigations of the association fertility drugs use and ovarian cancer. The first study, a meta-analysis of data from 12 case-control studies reported that among nulligravid women, fertility drugs were associated with an increased risk of epithelial and nonepithelial ovarian tumors (5, 7, 8). However, in that study, no information was provided on the specific fertility drugs used, which has led to understandable skepticism whether women in those studies were exposed to "new" fertility drugs such as CC and hMG that were registered in the United States after 1967 (15). Many investigators therefore have believed that further evaluation is warranted (15–18). Indeed, Rossing et al. (6) recently reported the results of a case-cohort study that aimed to determine whether infertile women have an increased risk of ovarian tumors and, if so, whether that risk is influenced by the apparent cause of the infertility or its treatment. The authors concluded that, after prolonged use of CC (>12 cycles), the risk of invasive and borderline ovarian tumors was elevated among both gravid and nulligravid women (relative risk 11.1, 95% CI 1.5 to 82.3). The relative risks associated with the use of other drugs that induce ovulation were not estimated due to the low prevalence of exposure to other agents among their cohort.

Unlike Rossing and colleagues (6) we did not find an association between epithelial ovarian cancer and prolonged exposure to CC. Rather, we found that women with epithelial ovarian tumors were exposed more often to induction of ovulation by hMG. A possible explanation for these differences might be that in our study only a very small group of women was exposed to ≥12 cycles of CC treatment (four cases). Most physicians in Israel would treat a woman with CC for three to six cycles and, if she does not become pregnant, would switch the treatment to hMG. Thus,

the subgroup of cases treated by hMG is characterized by failure of previous treatment with CC and, therefore, it is the subgroup of infertile women who use fertility drugs for a longer period. Our results therefore may be in concordance with those reported by Rossing et al. (6), suggesting that the length of treatment with ovulation induction agents, rather than the drug per se, may constitute a major risk factor.

The OR among women with borderline tumors was much higher than that among women with invasive cancer (Table 3). This finding too is consistent with those demonstrated in previous studies (6) and clinical data (2–4, 19). A possible explanation of this finding might be that ovarian stimulation induces highly differentiated indolent tumors. The natural history of borderline tumors still is unknown and it is not clear whether borderline tumors, if undetected, develop into invasive tumors. Thus, until further investigation clarifies whether there are indeed etiologic differences between these two histologic categories of ovarian tumors, it is difficult to exclude the possibility of ascertainment bias. The ovaries of women treated by fertility drugs are screened more frequently than those of nonusers, and such screening of women might lead to more frequent ascertainment of borderline tumors.

The suggestion that prolonged use of ovulation induction agents is associated with ovarian tumors is of particular importance in light of the increasing popularity of fertility and assisted reproduction clinics. In 1988, in the United States, approximately 2 million women reported previous exposure to fertility drugs (Chandra A, Krulewitch CJ, Hoffman HJ, abstract). Furthermore, whereas in the past these drugs were given only to women with anovulatory infertility, today the tendency is to treat even normally-ovulating women to induce superovulation. Although at present there is insufficient evidence to change treatment policies, we believe that in view of these concerns it might be advisable to provide women with this relevant information and obtain informed consent before ovulation induction is administered. We propose that until more data are collected, women who use fertility drugs be under regular gynecologic surveillance.

In conclusion, our findings suggest that use of ovulation induction agents, in particular hMG, may increase the risk of epithelial ovarian tumors. The strong association observed with hMG treatment in particular may be due to the prolonged nature of exposure to fertility drugs of these women. However, because of the limitations of the case-control design, further investigation is necessary.

*Acknowledgment.* We thank Ms. Lois Gordon for her assistance with the data analysis.

Protected Document – Subject to Protective Order                                   LUZ000531

## REFERENCES

1. Fishel S, Jackson P. Follicular stimulation for high tech pregnancies: are we playing it safe? Br Med J 1989;299:309–311.
2. Atlas M, Mencjer J. Massive hyperstimulation and borderline malignancy carcinoma of the ovary: a possible association. Acta Obstet Gynecol Scand 1982;61:261–3.
3. Goldberg GL, Runowicz CD. Ovarian carcinoma of low malignant potential, infertility, and induction of ovulation—Is there a link? Am J Obstet Gynecol 1992;166:853–4.
4. Shushan A, Brzezinski A, Schenker JG. Hormonal treatments and genital cancer: an update. In: Genazzani AR, Petraglia F, Genazzani AD, editors. Frontiers in gynecologic and obstetric investigation. New York: The Parthenon Publishing Group LTD, 1993:163–84.
5. Whittemore AS, Harris R, Itnyre J, the Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Am J Epidemiol 1992;136:1184–203.
6. Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. Ovarian tumors in a cohort of infertile women. N Engl J Med 1994;331:771–6.
7. Harris R, Whittemore AS, Itnyre J, the Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Am J Epidemiol 1992;136:1204–11.
8. Horn-Ross PL, Whittemore AS, Itnyre J, the Collaborative Ovarian Cancer Group. Characteristics relating ovarian cancer risk: collaborative analysis of 12 US case-control studies. VI. Nonepithelial cancers among adults. Epidemiology 1992;3:490–5.
9. Fathalla MF. Incessant ovulation—a factor in ovarian neoplasia? Lancet 1971;2:163.
10. Hartge P, Brinton LA, Rosenthal JF, Cahill JI, Hoover RN, Waksberg J. Random digit dialing in selecting a population-based control group. Am J Epidemiol 1984;120:825–33.
11. Schlesselman JJ. Case-control studies. Design, conduct, analysis. New York: Oxford University Press, 1982.
12. The Cancer and Steroid Hormone Study of the Centers for Disease Control and the National Institute of Child Health and Human Development. The reduction in risk of ovarian cancer associated with oral-contraceptive use. N Engl J Med 1987;316:650–5.
13. Central Bureau of Statistics. Statistical abstract of Israel 1994;45:94–5.
14. McGowan L, Parent L, Lednar W, Norris HJ. The woman at risk for developing ovarian cancer. Gynecol Oncol 1979; 7:325–44.
15. International Federation of Fertility Societies (IFFS). Fertility drugs and ovarian cancer. Fertil Steril 1993;60:406–8.
16. Walters DE. Ovarian cancer and pregnancy: comment on a paper by Whittemore et al. Fertil Steril 1994;61:239–42.
17. Spirtas R, Kaufman SC, Alexander NJ. Fertility drugs and ovarian cancer: red alert or red herring? Fertil Steril 1993;59:291–3.
18. Dietl J. Ovulation and ovarian cancer. Lancet 1991;338:445.
19. Nijman HW, Burger CW, Baak JP, Schats R, Vermorken JB, Kenemans P. Borderline malignancy of the ovary and controlled hyperstimulation, a report of 2 cases. Eur J Cancer 1992;28A:1971–3.

Protected Document – Subject to Protective Order                    LUZ000532

Exhibit 25

Case 3:16-md-02738-MAS-RLS   Document 9737-10   Filed 05/07/19   Page 58 of 211 PageID: 39302

*Int. J. Cancer:* **71**, 948–951 (1997)
© 1997 Wiley-Liss, Inc.



Publication of the International Union Against Cancer
Publication de l'Union Internationale Contre le Cancer

# TUBAL STERILISATION, HYSTERECTOMY AND DECREASED RISK OF OVARIAN CANCER

Adèle Green[1]*, David Purdie[1], Christopher Bain[2], Victor Siskind[2], Peter Russell[3], Michael Quinn[4], Bruce Ward[5]
and the Survey of Women's Health Study Group

[1]*Queensland Institute of Medical Research, Brisbane, Queensland, Australia*
[2]*Department of Social and Preventive Medicine, University of Queensland, Brisbane, Queensland, Australia*
[3]*Department of Anatomical Pathology, King George V Memorial Hospital, Sydney, New South Wales, Australia*
[4]*Department of Obstetrics and Gynaecology, Royal Women's Hospital, Melbourne, Victoria, Australia*
[5]*Department of Obstetrics and Gynaecology, University of Queensland, Brisbane, Queensland, Australia*

We have examined the effect of tubal sterilisation and hysterectomy on risk of ovarian cancer in a large case-control study in eastern Australia involving 824 women aged 18–79 years, diagnosed with epithelial ovarian cancer between 1990 and 1993, and 855 controls randomly selected from the electoral roll. Relative risks for ovarian cancer were estimated using multiple categorical regression to adjust for age, parity, oral contraceptive use and other risk factors. Tubal sterilisation was associated with a 39% reduction in risk of ovarian cancer (RR 0.61, 95% CI 0.46–0.85) and hysterectomy with a 36% reduction (RR 0.64, 95% CI 0.48–0.85). Risk remained low 25 years after surgery and was reduced irrespective of sterilisation technique, and estimates were similar among various types of epithelial ovarian cancer. The greatest reduction (74%) was observed among women with primary peritoneal tumours. Pelvic infection and use of vaginal sprays or contraceptive foams were not related to ovarian cancer, while use of talc in the perineal region slightly but significantly increased risk among women with patent fallopian tubes. Reportedly heavy or painful menses, perhaps associated with retrograde flow, were associated with ovarian cancer, and reduction in risk of disease after hysterectomy was greatest among women who had heavy periods. Our findings support the theory that contaminants from the vagina, such as talc, and from the uterus, such as endometrium, gain access to the peritoneal cavity through patent fallopian tubes and may enhance the malignant transformation of ovarian surface epithelium. Surgical tubal occlusion may reduce the risk of ovarian cancer by preventing the access of such agents. *Int. J. Cancer* 71:948–951, 1997.
© 1997 Wiley-Liss, Inc.

Although the factors that cause epithelial ovarian cancer are unknown, there are several discretionary factors that appear to protect against it. Oral contraception is associated with up to 70% reduction in risk after 10 or more years of use compared with never-use (Purdie *et al.*, 1995), the protection presumably reflecting long-term suppression of ovulation. A 30–50% reduction in risk has been observed (Booth *et al.*, 1989; Hankinson *et al.*, 1993; Irwin *et al.*, 1991; Whittemore *et al.*, 1992), though not consistently (Chen *et al.*, 1992; Risch *et al.*, 1994; Shu *et al.*, 1989), after tubal sterilisation, and this is independent of childbearing and oral-contraceptive use. A similar inverse association is found between hysterectomy with ovarian conservation and ovarian cancer (Hankinson *et al.*, 1993; Hartge *et al.*, 1989; Irwin *et al.*, 1991; Risch *et al.*, 1994; Weiss and Harlow, 1986).

Explanations include blocking the ascent into the peritoneal cavity (Woodruff, 1971) of carcinogenic agents such as talc (Henderson *et al.*, 1979), asbestos (Graham and Graham, 1967), viruses (Wahlberg, 1994) or contraceptive foams or gels (Silver, 1994) through surgical closure of the fallopian tubes or post-surgical compromise of ovarian circulation (Cattanach, 1985) associated with decreased ovarian function. Alternatively, the negative associations between pelvic surgery and ovarian cancer may be secondary to sub-fertility (Mori *et al.*, 1992) or may be the result of surveillance bias since women whose ovaries have been screened for malignancy during surgery will have a reduced risk of cancer for several years compared with women not screened in this

manner (Weiss and Harlow, 1986). Available data are largely inconclusive about these alternatives since the studies have involved small numbers of women reporting tubal sterilisation and hysterectomy and details regarding timing of surgery often were lacking. In the largest case-control study of its kind, we have studied in greater detail the possible effect of tubal sterilisation or hysterectomy on a woman's risk of developing epithelial ovarian cancer, specifically investigating most of the associated factors that have been postulated to date.

## SUBJECTS AND METHODS

Incident cases of primary epithelial ovarian cancer diagnosed between August 1990 and December 1993 and registered in gynaecological-oncology treatment centres in 3 Australian states, New South Wales, Victoria and Queensland, were ascertained. Tissue used to establish original diagnoses was reviewed by an independent pathologist in each state. Full details have been presented elsewhere (Purdie *et al.*, 1995). Briefly, cases aged 18–79 years were invited to participate in the study with their doctors' consent, and a response rate of 90% was obtained. Control women, frequency-matched for age and urban/rural district of residence, were randomly chosen from the electoral roll (enrolment to vote is compulsory in Australia), and a letter explaining the study and inviting participation was sent to them. Women who gave a history of ovarian cancer or bilateral oophorectomy were excluded, and the response rate was 73% among eligible controls. In a face-to-face interview, identically trained interviewers administered a standard questionnaire, asking about personal details such as education, height and weight, smoking history, details of menstrual cycles and family history of ovarian cancer. Full histories of pregnancies and lactation were obtained, and by means of a calendar, each woman's contraceptive practices between the ages of 15 and 50 years were elicited. Questions also were asked about history of pelvic infection, abdominal surgery and use of talc. If tubal sterilisation or hysterectomy had been performed, women were asked about date and place of surgery and name of surgeon. Confirmation and details

Contract grant sponsors: Australian National Health and Medical Research Council; Queensland Cancer Fund.

*Correspondence to: Queensland Institute of Medical Research, Post Office, Royal Brisbane Hospital, Qld., 4029, Australia. Fax: 61-7-3362 0101. e-mail: adeleG@qimr.edu.au

The Survey of Women's Health Study Research Group is comprised of the following collaborators: S. Campbell, C. Dalrymple, A. Day, A. Ferrier, K. Free (deceased), P. Grant, N. Hacker, P. Harnett, P. Harvey, R. Houghton, T. Jobling, Peter MacCallum Cancer Institute, R. Planner, T. Proietto, R. Rome, J. Solomon, B. Susil, G. Wain and G. Wright. Research Assistants: C. Birks, P. Brisley, P. Candlish, S. Clarke, K.-A. Lockwood, L. Luck, R. Patterson, L. Potter, A. Ward, M. Watson and M.-E. Yarker.

Received 2 December 1996; revised 27 January 1997

of operative procedures were then sought from the relevant medical practitioners with each woman's written consent.

To test the theory that tubal occlusion prevents entry of foreign agents to the peritoneal cavity through the fallopian tubes, we assessed exposures to vaginal sprays, contraceptive foams and douches, possible talc lubricant on the surface of condoms (Kasper and Chandler, 1995) and talc used specifically in the perineal region. It also was postulated that if peritoneal irritants were to play a role in the development of epithelial ovarian cancers, then this would apply to primary peritoneal cancers in particular, with a consequent substantial reduction in risk to this sub-group after tubal occlusion. Duration of exposure was calculated from age at first use to earliest age at pelvic surgery, if any, and age at last use (age at diagnosis or at interview if use was continuing). In addition, we investigated whether tubal occlusion might prevent retrograde menstruation, which may be damaging to the ovary. To this end, associations between ovarian cancer and painful or heavy periods were assessed on the assumption that these symptoms identified women who may have experienced retrograde menstruation (Smith, 1991) to a greater degree than women without these symptoms.

Crude odds ratios (ORs) with 95% confidence intervals (CIs) were calculated as estimates of the relative risk (RR) of ovarian cancer. Multivariate RRs were estimated using multiple categorical logistic regression to simultaneously adjust for parity and duration of oral contraceptive use and for other possible confounders, such as age (in years), education, body mass index, smoking and history of ovarian cancer in a first-degree relative. Multivariate RRs are presented in this report except when stated otherwise. All analyses were performed using the SAS (Cary, NC) statistical package.

### RESULTS

#### Tubal sterilisation

Of 824 women with incident ovarian cancer and 855 controls, there were 104 cases (13%) and 194 controls (23%) who reported tubal sterilisation. Among a random sample of 64 women for whom surgical records could be located, there was 100% agreement with the women's self-reports of tubal sterilisation (Green et al., 1997). Among control subjects, women who had had a tubal sterilisation tended to have had more children more often than those who had not had tubal sterilisation (Table I). Risk of ovarian cancer was appreciably reduced in women after tubal sterilisation compared with other women (RR 0.61, 95% CI 0.46–0.85) (Table II). Among a random sample of 20 cases and 58 controls for whom information about method of tubal sterilisation was available from either surgical records or women's general practitioners, decreased risk of ovarian cancer was observed irrespective of sterilisation technique, with crude RRs of 0.15, 95% CIs 0.02–1.3 after occlusion by tubal rings; 0.20, 0.04–0.95 after bipolar diathermy; 0.23, 0.07–0.84 after application of clips; and 0.48, 0.24–0.94 after tubal ligation.

**TABLE I – PREVALENCE OF POSSIBLE RISK FACTORS AMONG CONTROLS WITH AND WITHOUT SURGICAL OCCLUSION OF THE FALLOPIAN TUBES, STANDARDIZED TO THE AGE DISTRIBUTION OF ALL CONTROL SUBJECTS[1]**

| Risk factor | With tubal sterilisation (n = 194) | Without tubal sterilisation (n = 661) | With hysterectomy (n = 171) | Without hysterectomy (n = 684) |
|---|---|---|---|---|
| Post-school education | 41.4 | 49.8 | 47.5 | 48.3 |
| Ever smoked | 48.1 | 37.1 | 34.3 | 39.0 |
| Parity ≥2 | 94.9 | 74.3 | 86.0 | 76.5 |
| Heavy periods | 34.8 | 31.1 | 51.7 | 26.1 |
| Painful periods | 61.0 | 48.5 | 63.2 | 46.1 |
| Ever used oral contraceptives | 68.2 | 63.0 | 63.8 | 64.7 |
| Past history of pelvic infection | 8.3 | 6.0 | 8.5 | 6.1 |
| Ever used talc in perineal region | 41.1 | 41.1 | 38.9 | 40.3 |

[1]Values are percentages.

Risk remained low 25 years or more after tubal sterilisation, when there was a 57% reduction in risk of ovarian cancer (Table II).

#### Hysterectomy

There were 116 cases, and 178 of 860 initially enlisted controls who reported undergoing hysterectomy with conservation of at least one ovary prior to the date of index diagnosis. Subsequent checks of available medical records revealed that bilateral oophorectomy had been performed in 5 controls, thereafter excluded from all analyses; and in a validation study (Green et al., 1997), it was shown that 2 cases and 2 controls had not had a previous hysterectomy, leaving 114 cases (14%) and 171 controls (20%) for study. Controls with a previous hysterectomy were more likely to have had more children or heavy, painful periods than those without (Table I). Estimated risk of ovarian cancer among women after hysterectomy was reduced compared with women without such a history (RR 0.64, 95% CI 0.48–0.85), with maximum effect reached 15 or more years after surgery (Table II).

#### Surgical tubal occlusion

Among women who had had occlusion of the fallopian tubes through either or both of these surgical procedures, there was, predictably, a 37% reduction in risk of ovarian cancer compared with women who had had neither procedure (RR 0.63, 95% CI 0.49–0.79). There was little material variation in the results among the main histological sub-types of ovarian cancer or between borderline and frankly malignant tumours. After surgical tubal occlusion, the risk of developing a serous tumour, the largest histological sub-group, was reduced by 46% (RR 0.54, 95% CI 0.42–0.70), and the sub-group showing the greatest reduction in risk was that of women who had primary peritoneal tumours (RR 0.26, 95% CI 0.07–0.87).

Pelvic infection before surgery was not related to risk of epithelial ovarian cancer, and neither was duration of use of vaginal sprays or of contraceptive foams related to risk. Ever-douching for contraceptive purposes was associated with a non-significant 60% increase in risk of ovarian cancer. A modest association was seen between ovarian cancer and use of talc in the perineal region (RR 1.3, 95% CI 1.1–1.6). There was no additional effect of longer duration of talc use nor was there any relation to reported age when talc was first used in the perineal region. No associations with duration of partner's use of condoms (which may have had talc lubricants) or with duration of use of a diaphragm (which may have been stored in talc) were evident. Compared with women who had neither used talc nor had surgical sterilisation, risk was highest among talc users without surgery (RR 1.3, 95% CI 1.0–1.7) and lowest among women with a history of tubal sterilisation or hysterectomy who had not applied talc to the perineum (RR 0.6, 95% CI 0.50–0.84).

Habitual heavy periods and painful periods were each weakly associated with ovarian cancer (RR 1.2, 95% CI 0.93–1.4 and RR 1.1, 95% CI 0.86–1.4, respectively), and risk of epithelial ovarian cancer among women with either heavy or painful periods was raised to a similar level (RR 1.2, 95% CI 1.0–1.5) overall and for the main histological sub-groups. Women who reported heavy periods showed a 20% larger reduction in risk of ovarian cancer after hysterectomy (RR 0.54) than women who had light or normal menstrual loss (RR 0.74), though the reduction in risk after tubal sterilisation was similar whether or not women reported heavy periods. Women who had experienced painful periods had a lower risk of ovarian cancer after tubal sterilisation or after hysterectomy compared with women who reported pain-free periods (Table III).

### DISCUSSION

Ovarian cancer was found to be significantly reduced by 39% after tubal sterilisation and by 36% after hysterectomy. Women who had these procedures tended to have had more children than other women and, thus, were already at lower risk of ovarian cancer, but the low risk persisted after adjustment for parity and other factors, which is consistent with previous findings (Booth et

950   GREEN *ET AL.*

**TABLE II** – DISTRIBUTION OF CASES AND CONTROLS ACCORDING TO TIME BETWEEN TUBAL STERILISATION AND HYSTERECTOMY AND DATE OF DIAGNOSIS AMONG CASES, AND RISK OF OVARIAN CANCER ADJUSTED FOR AGE, EDUCATION, BODY MASS INDEX, PARITY, DURATION OF ORAL-CONTRACEPTIVE USE, SMOKING AND FAMILY HISTORY OF OVARIAN CANCER

| Time since surgery (years) | Tubal sterilisation | | | | | Hysterectomy | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cases | | Controls | | Relative risk (95% confidence interval) | Cases | | Controls | | Relative risk (95% confidence interval) |
| | Number | (%) | Number | (%) | | Number | (%) | Number | (%) | |
| No surgery | 720 | (87) | 661 | (77) | 1.0 | 708 | (86) | 684 | (80) | 1.0 |
| Ever surgery | 104 | (13) | 194 | (23) | 0.61 (0.46–0.85) | 114 | (14) | 171 | (20) | 0.64 (0.48–0.85) |
| 0–4 | 9 | (1) | 25 | (3) | 0.42 (0.19–0.96) | 15 | (2) | 18 | (2) | 1.5 (0.73–3.3) |
| 5–9 | 14 | (2) | 28 | (3) | 0.56 (0.27–1.1) | 18 | (2) | 23 | (3) | 0.89 (0.45–1.7) |
| 10–14 | 29 | (4) | 48 | (6) | 0.72 (0.43–1.2) | 22 | (3) | 33 | (4) | 0.67 (0.37–1.2) |
| 15–19 | 36 | (4) | 47 | (6) | 0.98 (0.60–1.6) | 19 | (2) | 37 | (4) | 0.52 (0.28–0.94) |
| 20–24 | 8 | (1) | 28 | (3) | 0.26 (0.11–0.62) | 17 | (2) | 29 | (3) | 0.54 (0.28–1.1) |
| 25+ | 8 | (1) | 18 | (2) | 0.43 (0.18–1.0) | 25 | (3) | 31 | (4) | 0.49 (0.28–0.89) |

**TABLE III** – TUBAL STERILISATION, HYSTERECTOMY AND RISK OF OVARIAN CANCER IN RELATION TO MENSTRUAL HISTORY: RELATIVE RISKS (95% CONFIDENCE INTERVALS) ADJUSTED FOR OTHER RISK FACTORS ARE SHOWN

| | Tubal sterilisation | Hysterectomy |
|---|---|---|
| Heavy periods | | |
| Yes | 0.63 (0.38–1.1) | 0.54 (0.35–0.84) |
| No | 0.60 (0.41–0.86) | 0.74 (0.50–1.1) |
| Painful periods | | |
| Yes | 0.55 (0.36–0.83) | 0.61 (0.42–0.89) |
| No | 0.69 (0.45–1.1) | 0.69 (0.44–1.1) |

*al.,* 1989; Hankinson *et al.,* 1993; Irwin *et al.,* 1991; Mori *et al.,* 1992; Whittemore *et al.,* 1992). It is unlikely that the protective effect of hysterectomy was explained by inclusion of controls with bilateral oophorectomy since most hysterectomies among controls were validated against medical reports (Green *et al.,* 1997). Risk was low 25 years or more after surgery, discounting previous suggestions (Weiss and Harlow, 1986) that the reduced risk is due to pre-operative screening for malignancy. However, women who had bilateral oophorectomy as well as hysterectomy for pelvic endometriosis would not have been represented among controls, possibly lowering their risk of endometrioid ovarian cancer (Russell, 1994).

Another explanation of the protective effect of tubal surgery is that interruption of trophic utero-ovarian circulation results in fewer ovulations (Hankinson *et al.,* 1993; Whittemore *et al.,* 1992) or hormonal imbalance (Cattanach, 1985). The degree to which the utero-ovarian circulation is compromised by tubal sterilisation varies with the surgical technique, with diathermy of the fallopian tubes expected to interfere with the ovarian circulation more than the application of clips or rings, for example. However, the present data indicate that sterilisation techniques which minimally disturb the ovarian circulation were associated with very low risks of ovarian cancer. Furthermore, neither ovulatory frequency (Rivera *et al.,* 1989) nor hormonal activity (Wu *et al.,* 1992) showed systematic changes after tubal sterilisation. Indeed, gonadal atrophy is associated with enhanced pituitary gonadotrophin production (Oliver, 1990) and may enhance carcinogenesis. Another speculation (Cramer and Xu, 1995) is that the protective effect of tubal occlusion could be explained by a reduction in uterine growth factors reaching the ovaries through the compromised utero-ovarian circulation, but this seems unlikely when removal of the uterus, the source of the growth factors, is not as protective as tubal sterilisation (Cramer and Xu, 1995; Hankinson *et al.,* 1993). Neither is the suggestion that tubal occlusion may block the ascent of carcinogenic infectious agents (Wahlberg, 1994) supported here, nor in studies of oncogenic human papilloma virus (HPV) and ovarian cancer, only one of which (Kaufmann *et al.,* 1987) has detected HPV-6 DNA, in 10 of 12 ovarian cancers.

Our study systematically combined information from women with either tubal sterilisation or hysterectomy, to investigate the effect of tubal closure on risk of ovarian cancer. Potential exposure of the peritoneal epithelium to various agents *via* patent fallopian tubes is of concern because ovarian surface epithelial cells are particularly susceptible to malignant transformation. Not only are these cells prone to molecular genetic errors because of repetitive post-ovulation proliferation but also they behave as generative stem cells, unlike most epithelia, whereby a single mutation can be passed on to exponentially expanding progeny (Godwin *et al.,* 1993). Exposure to vaginal sprays or foams (Silver, 1994) was not associated with risk of ovarian cancer, though use may have been poorly recalled by older women. Talc from condoms (Kasper and Chandler, 1995) or diaphragms may be another peritoneal contaminant, but duration of exposure was not associated with ovarian malignancy in these data. However, use of talc in the perineal region was associated with a significant (30%) increase in risk of ovarian cancer. Again, recall of use of talc among older women may not have been accurate, tending to reduce estimated RRs; moreover, the actual quantity of talc used was unknown. Despite the limitations, these results add support to the body of evidence implicating talc as a factor in the pathogenesis of peritoneal epithelial neoplasia (Cramer *et al.,* 1982; Chen *et al.,* 1992; Longo and Young, 1979; Rosenblatt *et al.,* 1992; Whittemore *et al.,* 1988). Notably, women who had never been regularly exposed to talc in the perineal region and had surgical tubal closure experienced the lowest risk of ovarian cancer, in contrast to those women with patent tubes who were regularly exposed to perineal talc, in agreement with Whittemore *et al.* (1988). Women's usage of talc in the perineal region appears widespread—up to 40% among women in the United States (Whittemore *et al.,* 1988) and Australia alike (Purdie *et al.,* 1995)—so that even an apparently small increase in RR of ovarian cancer associated with perineal talc use would pose a sizable health risk to the population. Talc fibres have been found in normal and malignant ovaries (Henderson *et al.,* 1979). Talc is closely related to and (until recently) variably contaminated by asbestos (Longo and Young, 1979) and may have similar effects on pleural and peritoneal epithelia. Occupational exposures to talc (Kleinfeld *et al.,* 1967), asbestos (Acheson *et al.,* 1982) and rock salt (Tarchi *et al.,* 1994) are significantly associated with ovarian cancer mortality.

Some pelvic contaminants do not appear to have been studied in this context before. Retrograde passage of endometrium is believed to occur in most women with patent fallopian tubes (Halme *et al.,* 1984). We hypothesised that women who report habitual heavy or painful periods experience retrograde menstruation to a greater degree than other women and that this explains the association between heavy or painful periods and ovarian cancer (which is not explained by oral-contraceptive use). We tested this theory by seeking a differential effect of tubal surgery among women according to severity of retrograde menses and found that women who had heavy periods before hysterectomy tended to have a lower risk of ovarian cancer after surgery than women who had average or light periods. This effect was not seen for tubal sterilisation, perhaps because menorrhagia often occurs after tubal sterilisation.

OVARIAN CANCER, HYSTERECTOMY, TUBAL STERILISATION

After tubal occlusion, women who reported painful periods also had a lower risk of ovarian cancer than those who had surgery but did not have painful periods. This general tendency may be due merely to chance; alternatively, the differential effect may be real, suggesting that retrograde passage of endometrial fluid is involved. Normal endometrium produces an array of cytokines and growth factors which can stimulate proto-oncogenes and DNA synthesis (Smith, 1991); thus, endometrium in the peritoneal cavity could enhance epithelial tumour development and progression.

Finally, it was hypothesised that if peritoneal irritants do play a causal role in the development of malignancy of the whole peritoneal surface (Woodruff, 1979) and not only that portion overlying the ovaries, then the risk of peritoneal cancers in particular should be substantially reduced after tubal occlusion. This is because the causal mechanism generally proposed for ovarian cancer—namely, the repetitive trauma and repair of the ovarian epithelium (Fathalla, 1971)—would not be implicated for primary peritoneal tumours, leaving exposure to irritants as one of the few likely causes; indeed, a 76% reduction in risk of peritoneal tumours was observed after tubal occlusion. In view of this particular finding and the evidence presented here and elsewhere that pelvic contaminants such as talc are associated with ovarian cancer, we conclude that closure of the fallopian tubes by surgery prevents chronic contact between these agents and ovarian epithelium. It seems likely that peritoneal irritants act as co-carcinogens by increasing the accumulated number of mutational events in ovarian surface epithelial cells.

## ACKNOWLEDGEMENTS

Funding for this study was provided by the Australian National Health and Medical Research Council and the Queensland Cancer Fund. We are grateful to Dr. L. Salamonsen for advice regarding uterine influences on the ovary.

## REFERENCES

ACHESON, E.D., GARDNER, M.J., PIPPARD, E.C. and GRIME, L.P., Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Brit. J. Indust. Med.,* **39,** 344–348 (1982).

BOOTH, M., BERAL, V. and SMITH, P., Risk factors for ovarian cancer: a case-control study. *Brit. J. Cancer,* **60,** 592–598 (1989).

CATTANACH, J., Oestrogen deficiency after tubal ligation. *Lancet,* **1,** 847–849 (1985).

CHEN, Y., WU, P.C., LANG, J.H., GE, W.J., HARTGE, P. and BRINTON, L.A., Risk factors for epithelial ovarian cancer in Beijing, China. *Int. J. Epidemiol.,* **21,** 23–29 (1992).

CRAMER, D.W., WELCH, W.R., SCULLY, R.E. and WOJCIECHOWSKI, C.A., Ovarian cancer and talc. A case-control study. *Cancer,* **50,** 372–376 (1982).

CRAMER, D.W. and XU, H., Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann. Epidemiol.,* **5,** 310–314 (1995).

FATHALLA, M.F., Incessant ovulation—a factor in ovarian neoplasia? *Lancet,* **2,** 163 (1971).

GODWIN, A.K., TESTA, J.R. and HAMILTON, T.C., The biology of ovarian cancer development. *Cancer,* **71** (Suppl.), 530–536 (1993).

GRAHAM, J. and GRAHAM, R., Ovarian cancer and asbestos. *Environ. Res.,* **1,** 115–128 (1967).

GREEN, A., BAIN, C., SISKIND, V., PURDIE, D., GREEN, L., DICK, M.-L. and THE SURVEY OF WOMEN'S HEALTH STUDY GROUP, Validity of self-reported hysterectomy and tubal sterilization. *Aust. N.Z. J. Publ. Health* (In press) (1997).

HALME, J., HAMMOND, M.G., HULKA, J.F., RAJ, S.G. and TALBERT, L.M., Retrograde menstruation in healthy women and in patients with endometriosis. *Obstet. Gynecol.,* **64,** 151–154 (1984).

HANKINSON, S.E., HUNTER, D.J., COLDITZ, G.A., WILLETT, W.C., STAMPFER, M.J., ROSNER, B., HENNEKENS, C.H. and SPEIZER, F.E., Tubal ligation, hysterectomy, and risk of ovarian cancer. *J. Amer. Med. Ass.,* **270,** 2813–2818 (1993).

HARTGE, P., SCHIFFMAN, M.H., HOOVER, R., McGOWAN, L., LESHER, L. and NORRIS, H.J., A case-control study of epithelial ovarian cancer. *Amer. J. Obstet. Gynecol.,* **161,** 10–16 (1989).

HENDERSON, W.J., HAMILTON, T.C. and GRIFFTHS, K., Talc in normal and malignant ovarian tissue. *Lancet,* **1,** 499 (1979).

IRWIN, K.L., WEISS, N.S., LEE, N.C. and PETERSON, H.B., Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer. *Amer. J. Epidemiol.,* **134,** 362–369 (1991).

KASPER, C.S. and CHANDLER, P.J., Possible morbidity in women from talc on condoms. *J. Amer. med. Ass.,* **273,** 846–847 (1995).

KAUFMAN, R.H., BORNSTEIN, J., GORDON, A.G., ADAM, E., KAPLAN, A.L. and ADLER-STORTHZ, K., Detection of human papilloma virus DNA in advanced epithelial ovarian carcinoma. *Gynecol. Oncol.,* **27,** 340–349 (1987).

KLEINFELD, M., MESSITE, J., KOOYMAN, O. and ZAKI, M.H., Mortality among talc miners and millers in New York State. *Arch. Environ. Health.,* **14,** 663–667 (1967).

LONGO, D.L. and YOUNG, R.C., Cosmetic talc and ovarian cancer. *Lancet,* **2,** 349–351 (1979).

MORI, M., NISHIMURA, H. and FUKUDA, K., Association of tubal sterilization and induced abortion with ovarian cancer. *J. Epidemiol.,* **2,** 111–118 (1992).

OLIVER, R.T.D., Atrophy, hormones, genes and viruses in aetiology of germ cell tumours. *Cancer Surveys,* **9,** 263–268 (1990).

PURDIE, D., GREEN, A., BAIN, C., SISKIND, V., WARD, B., HACKER, N., QUINN, M., WRIGHT, G., RUSSELL, P., SUSIL, B. and SURVEY OF WOMEN'S HEALTH STUDY GROUP, Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. *Int. J. Cancer,* **62,** 678–684 (1995).

RISCH, H.A., MARRETT, L.D. and HOWE, G.R., Parity, contraception, infertility and the risk of epithelial ovarian cancer. *Amer. J. Epidemiol.,* **140,** 585–597 (1994).

RIVERA, R., GAITAN, J.R., RUIZ, R., HURLEY, D.P., ARENAS, M., FLORES, C. and HERNANDEZ, A.B., Menstrual patterns and progesterone circulating levels following different procedures of tubal occlusion. *Contraception,* **40,** 157–169 (1989).

ROSENBLATT, K., SZKLO, M. and ROSENHEIN, N.B., Mineral fiber exposure and the development of ovarian cancer. *Gynecol. Oncol.,* **45,** 20–25 (1992).

RUSSELL, P., Surface epithelial stromal tumors of the ovary. *In:* R.J. Kurman (ed.), *Blaustein's pathology of the genital tract,* Springer-Verlag, New York (1994).

SHU, X.O., BRINTON, L.A., GAO, Y.T. and YAUN, J.M., Population based case-control study of ovarian cancer in Shanghai. *Cancer Res.,* **49,** 3670–3674 (1989).

SILVER, A.-L., Tubal ligation, hysterectomy and risk of ovarian cancer. *J. amer. med. Ass.,* **271,** 1235 (1994).

SMITH, S.K., The endometrium and endometriosis. *In:* E.J. Thomas and J.A. Rock (eds.), *Modern approaches to endometriosis,* Kluwer, Dordrecht (1991).

TARCHI, M., ORSI, D., COMBA, P., DE SANTIS, M., PIRASTU, R., BATTISTA, G. and VALIANI, A., Cohort mortality study of rock salt workers in Italy. *Amer. J. indust. Med.,* **25,** 251–256 (1994).

WAHLBERG, L., Tubal ligation, hysterectomy and risk of ovarian cancer. *J. amer. med. Ass.,* **271,** 1236 (1994).

WEISS, N.S. and HARLOW, B.L., Why does hysterectomy without bilateral oophorectomy influence the subsequence incidence of ovarian cancer? *Amer. J. Epidemiol.,* **124,** 856–858 (1986).

WHITTEMORE, A.S., HARRIS, R., INTYRE, J. and THE COLLABORATIVE OVARIAN CANCER GROUP, Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies II. Invasive epithelial ovarian cancers in white women. *Amer. J. Epidemiol.,* **136,** 1184–1203 (1992).

WHITTEMORE, A.S., WU, M.L., PAFFENBARGER, R.S., SARLES, D.L., KAMPERT, J.B., GROSSER, S., JUNG, D.L., BALLON, S. and HENDRICKSON, M., Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol and coffee. *Amer. J. Epidemiol.,* **128,** 1228–1240 (1988).

WOODRUFF, J.D., The pathogenesis of ovarian neoplasia. *Johns Hopkins med. J.,* **144,** 117–120 (1979).

WU, E., BILIAN, X., WEIQIAN, Y., HUI, L. and WU, B., Hormonal profile of the menstrual cycle in Chinese women after tubal sterilization. *Contraception,* **45,** 583–593 (1992).

Exhibit 26

# Perineal Talc Exposure and Risk of Ovarian Carcinoma

**Stella Chang,** B.A.
**Harvey A. Risch,** M.D., Ph.D.

Department of Epidemiology and Public Health, Yale University School of Medicine, New Haven, Connecticut.

**BACKGROUND.** Clinical and epidemiologic studies have indicated the possible existence of an association between ovarian carcinoma and talcum powder use. Talc particles have been detected in histologic sections of ovarian carcinomas. It has also been demonstrated that inert particles travel from the perineum to the ovaries. Results from epidemiologic investigations have varied, from risks increased by twofold to no significant risk detected.

**METHODS.** A total of 450 patients with borderline and invasive ovarian carcinoma and 564 population controls in metropolitan Toronto and nearby areas of southern Ontario, Canada, were identified. These subjects were interviewed about their reproductive and menstrual histories as well as their exposure to dusting powders. Continuous unconditional logistic regression methods were used for analysis.

**RESULTS.** Exposure to talc, via sanitary napkins, direct application to the perineum, or both, was significantly associated with risk of ovarian carcinoma (odds ratio [OR] 1.42, 95% confidence interval [CI] 1.08–1.86). A borderline-significant association was detected between duration of talc exposure and risk (OR 1.09, 95% CI 0.98–1.21, per 10 years of exposure). No significant association was found between frequency of exposure and risk. In comparing invasive and borderline carcinomas, risk remained elevated for both carcinoma types. Only risk for invasive carcinoma was statistically significant.

**CONCLUSIONS.** This investigation supports previous contentions that exposure to talc may increase risk of ovarian carcinoma. Questionable trends in duration and frequency of exposure suggest that further studies may be needed to clarify the role of talc in the etiology of this disease. *Cancer* 1997;79:2396–401.
© 1997 American Cancer Society.

KEYWORDS: case-control studies, ovarian neoplasms, risk factors, talc.

Supported in part by Research Grant 6613-1415-53 from the National Health Research and Development Program of Health Canada, awarded to Dr. Risch.

Address for reprints: Harvey A. Risch, M.D., Ph.D., Department of Epidemiology and Public Health, Yale University School of Medicine, 60 College Street, P.O. Box 208034, New Haven, CT 06520-8034.

Received October 23, 1996; revision received January 31, 1996; accepted January 31, 1996.

© 1997 American Cancer Society

Ovarian carcinoma is the most commonly fatal gynecologic malignancy.[1] In the United States, approximately 26,000 women develop the disease annually. Overall, the lifetime risk for the development of ovarian carcinoma is 1.4 in 100.[2] Because industrialized nations generally have higher prevalence rates of this disease, environmental exposure has been suggested as an etiologic factor.[1]

Asbestos, a known sclerosing agent, has been shown to cause bronchogenic lung carcinoma and mesothelioma.[3] The incidence of ovarian carcinoma generally increases with greater incidence of asbestosis.[4] Furthermore, female asbestos workers have unusually high numbers of peritoneal neoplasms, and an association between ovarian carcinoma and asbestos exposure has also been observed in animal models.[2,5] Due to its chemical similarity to asbestos, talc has long been suspected as a lung and ovarian carcinogen.[2,6] Like asbestos, talc is a magnesium silicate. Pulverized talc, or talcum powder, is a popular bath and cosmetic product because of its absorbent and

water-repellent properties. Talcum powder is often applied to sanitary napkins and condoms, as well as directly to the perineum, typically after bathing. Early pathology studies have identified talc particles in ovarian tumors.[7,8] An extraction-replication technique developed by Henderson et al.[7] detected talc particles in approximately 75% of ovarian tumors examined. Furthermore, studies of the transport of particles in the human female reproductive tract have shown that nonmotile, inert carbon particles deposited in the vagina can be recovered 30–35 minutes later in the fallopian tubes.[9] Although findings of talc particles in ovarian tumors initially met with skepticism, subsequent evaluations appeared to support the contention of an association between talc exposure and ovarian carcinoma.[10]

In addition to pathologic and clinical studies, several epidemiologic studies have addressed the plausibility of an association between talc and ovarian carcinoma. Although many of these case-control studies revealed elevated risks,[11–18] risk estimates from other studies were not statistically significant[19–20] or were about unity.[21] Thus, the possibility of a risk of ovarian carcinoma that is related to talc exposure remains to be investigated further. The population-based case-control analysis described in this article was conducted to examine the role of talc in ovarian carcinoma, with consideration of the duration, frequency, and method of exposure.

## MATERIALS AND METHODS

Study methods have been reported in detail elsewhere[22] and will be summarized here. Our study population consisted of women between the ages of 35 and 79 years residing in the highly populated area surrounding the western end of Lake Ontario, Canada. Cases were women who had histologically confirmed primary, invasive or borderline epithelial ovarian tumors first diagnosed between November 1, 1989, and October 31, 1992. Of the 631 women identified as cases, 450 (71.3%) were interviewed. Fifty-five (8.7%) had died, but proxy interviews were not conducted; 29 (4.6%) had physicians who refused consent; 30 (4.8%) were too ill to participate; 17 (2.7%) were lost to follow-up; and 50 (7.9%) refused to participate.

Population-based controls were identified through the Ontario Ministry of Finance. Information on name, address, age, and gender was obtained from the Enumeration Composite Record listings, which include all homeowners, tenants, and family members, i.e., all persons in the province. From this listing, women living in the study area during the same 3-year period as the cases were randomly selected. Controls were matched to the cases within 3 15-year age groups.

Initial contact by letter was followed up with phone calls to determine eligibility. Women with bilateral oophorectomy performed at least 1 year previously were excluded. Overall, 873 eligible controls were identified. Of these women, 564 (64.5%) were interviewed. The remainder either refused to participate (30.2%), were too ill to participate (1.9%), or were lost to follow-up (3.2%).

A questionnaire was developed to detail the medical and reproductive histories of the subjects. This questionnaire was administered during an in-person, in-home interview after informed consent was obtained. The questionnaire focused on menstrual characteristics, pregnancies, and hormone and contraceptive use. Questions about regular talc use and type of talc use, as well as questions from which information about duration and frequency of exposure could be derived, were included. Dusting or powdering behaviors considered included regular application of talc to the perineum after showering or bathing and dusting of talc on sanitary napkins. Parallel information about cornstarch use was also obtained.

Analysis was performed by modeling the data through multiple unconditional logistic regression with the SAS statistical package. In addition to the variables of interest examined here, the models included indicator terms for the age categories of the frequency matching (35–49, 50–64, and 65–79 years), and age as a continuous variable was also included to adjust for residual age effects. Models also contained terms for total years of oral contraceptive use; number of full-term pregnancies; average duration of breastfeeding per pregnancy; and ever having had a tubal ligation, a hysterectomy, or a mother or sister with ovarian or breast carcinoma.

## RESULTS

Table 1 shows the descriptive characteristics of the 450 ovarian carcinoma cases and the 564 population controls. Age at interview was used as a matching variable. As observed in many reports,[20,22,23] controls had, on average, a greater number of full-term pregnancies. A higher percentage of controls had had a tubal ligation or a hysterectomy, whereas a higher percentage of cases had a mother or sister with ovarian or breast carcinoma. Years of oral contraceptive use and months of lactation per pregnancy showed trends of decreasing risk with increasing exposure. There were no appreciable differences in the characteristics shown in Table 1 between controls who reported ever having used talc and those not reporting talc use.

Table 2 gives the associations between dusting behaviors and risk of ovarian carcinoma. Overall, 44.0% of cases and 35.6% of controls reported exposure to

TABLE 1
Descriptive Characteristics of Study Population

| Characteristics | Cases | Controls | Adjusted[a] OR | (95% CI) |
|---|---|---|---|---|
| Age at interview (yrs) | 57.2 | 57.5 | Matched | |
| Born in Canada or the U.S. (%) | 59.1 | 64.7 | 0.843 | (0.64–1.11) |
| Race (% black) | 1.56 | 1.95 | 0.804 | (0.30–2.17) |
| Length of schooling (yrs) | 12.3 | 12.5 | 0.983 | (0.95–1.02) |
| Number of full-term pregnancies | 1.90 | 2.45 | 0.820[b] | (0.71–0.92) |
| Yrs of oral contraceptive use | 4.17 | 5.53 | 0.915[b] | (0.88–0.95) |
| Mos of lactation per pregnancy | 3.95 | 4.21 | 0.946[b] | (0.91–0.99) |
| Ever had tubal ligation (%) | 18.0 | 24.3 | 0.659 | (0.47–0.93) |
| Ever had hysterectomy (%) | 13.8 | 24.8 | 0.485 | (0.34–0.69) |
| Mother/sister with breast or ovarian carcinoma (%) | 12.9 | 7.98 | 1.917 | (1.24–2.97) |

OR: odds ratio; CI: confidence interval.

[a] Adjusted for age at interview; yrs of oral contraceptive use; number of full-term pregnancies; average duration of breastfeeding per pregnancy; and ever having had a tubal ligation, hysterectomy, or a mother or sister with ovarian or breast carcinoma.

[b] OR per each, yr or mo, respectively.

talc. Women with any regular talc exposure were at an increased risk (odds ratio [OR] 1.42, 95% confidence interval [CI] 1.08–1.86). The use of cornstarch, or cornstarch sometimes and talc sometimes, did not yield a significant association with risk (cornstarch OR 0.31, 95% CI 0.06–1.66; cornstarch/talc OR 0.68, 95% CI 0.18–2.55). However, application of cornstarch to sanitary napkins or directly to the perineum was not common in this population; less than 2% of the study population reported this behavior. With respect to the type of exposure, substantially more women reported applying talc to their bodies after bathing or showering than using talc on their sanitary napkins. Some 11.3% of cases and 8.7% of controls reported using talc on sanitary napkins. A nonsignificant increase in odds was observed for talc exposure via sanitary napkins (OR 1.26, 95% CI 0.81–1.96). In total, 38.2% of cases and 32.4% of controls reported that they had, at some time, regularly used talc after bathing or showering. The odds ratio seen for use of talc after bathing or showering alone was of borderline statistical significance (OR 1.31, 95% CI 1.00–1.73).

The association between duration and frequency of talc use and ovarian carcinoma was also examined. The mean years of after-bath talc use were 32.9 for cases who had ever used talc after bathing and 35.4 for controls. A borderline-significant trend for years of talc exposure and risk of ovarian carcinoma was found (OR per 10 years of use 1.06, 95% CI 0.99–1.14). When duration was considered categorized by tertiles of control use, only durations of less than 30 years of talc use showed increased risk, relative to no talc exposure. The mean frequency of talc use among those who had ever used it was 14.6 applications per month for cases; for controls, it was 17.2 applications per month. As a continuous variable, monthly frequency did not significantly increase risk of ovarian carcinoma. Categoric analysis of frequency showed that frequencies of less than 10 applications per month may be associated with increased risk; greater frequencies, however, did not show significant increases in risk.

To examine the effects of calendar time of exposure and of hysterectomy or tubal ligation, we assumed that regular after-bath talc use commenced at age 20 years. Table 2 shows that duration of after-bath talc use both before and after 1970 appeared to be associated with risk of ovarian carcinoma. As might be expected, the increased risk seemed to be related mostly to talc use prior to tubal ligation or hysterectomy (Table 2). There were no differences in these results when various starting ages between 15 and 25 years were considered.

The association between talc exposure and invasive ovarian carcinoma, as compared with borderline ovarian carcinoma, was also examined (Table 3). Although the risk remained elevated for both carcinoma types, only the risk for invasive carcinoma was statistically significant. No differences in risk with respect to serous, mucinous, or endometrioid tumors were observed in our data.

Substantial alteration in risk of ovarian carcinoma was not observed for general sanitary napkin use com-

**TABLE 2**
**Risk of Ovarian Carcinoma with Use of Talcum Powder or Cornstarch**

| | No. (%) | | | | Adjusted[b] | |
|---|---|---|---|---|---|---|
| | Cases | Controls | Case mean[a] | Control mean[a] | OR | (95% CI) |
| Any talc exposure | 198 (44.0) | 201 (35.6) | | | 1.420 | (1.08–1.86) |
| Any cornstarch | 2 (0.44) | 5 (0.85) | | | 0.305 | (0.06–1.46) |
| Cornstarch/talc | 4 (0.89) | 7 (1.24) | | | 0.681 | (0.18–2.55) |
| Type of talc exposure | | | | | | |
| Sanitary napkin | 51 (11.3) | 49 (8.69) | | | 1.262 | (0.81–1.96) |
| After bathing | 172 (38.2) | 183 (32.4) | | | 1.312 | (1.00–1.73) |
| After-bath talc use/mo | | | 14.6 | 17.2 | 0.890[c] | (0.74–1.07) |
| <10 | 76 (16.9) | 59 (10.5) | | | 1.836 | (1.24–2.73) |
| 10–25 | 54 (12.0) | 64 (11.3) | | | 1.128 | (0.74–1.72) |
| >25 | 41 (9.11) | 60 (10.6) | | | 0.951 | (0.61–1.49) |
| Yrs of after-bath talc use | | | 32.9 | 35.4 | 1.091[c] | (0.98–1.21) |
| <30 | 60 (13.3) | 52 (9.22) | | | 1.697 | (1.09–2.64) |
| 30–40 | 71 (15.8) | 67 (11.9) | | | 1.435 | (0.96–2.15) |
| >40 | 41 (9.11) | 64 (11.3) | | | 0.865 | (0.54–1.38) |
| Yrs of after-bath talc use | | | | | | |
| Before 1970 | | | 26.4 | 24.9 | 1.090[c] | (0.98–1.22) |
| After 1970 | | | 6.5 | 10.4 | 1.095[c] | (0.89–1.35) |
| Yrs of after-bath talc use | | | | | | |
| Before tubal ligation/hysterectomy | | | 28.4 | 26.9 | 1.105[c] | (0.99–1.24) |
| After tubal ligation/hysterectomy | | | 4.5 | 8.5 | 1.031[c] | (0.82–1.29) |

OR: odds ratio; CI: confidence interval.
[a] Mean among those who had ever used talc.
[b] Adjusted as in Table 1.
[c] OR for the continuous variable, shown per 10 applications per mo or 10 yrs of use, as appropriate.

**TABLE 3**
**Risk of Ovarian Carcinoma for Women Who Ever Used Talcum Powder Regularly, by Case Histology**

| Histologic type | Total no. of cases | No. (%) who used talcum powder | Adjusted[a] | |
|---|---|---|---|---|
| | | | OR | (95% CI) |
| Invasive | 367 | 166 (45.2) | 1.513 | (1.13–2.02) |
| Borderline | 83 | 32 (38.6) | 1.237 | (0.76–2.02) |
| Serous | 254 | 109 (42.9) | 1.336 | (0.96–1.85) |
| Mucinous | 80 | 35 (43.8) | 1.585 | (0.97–2.58) |
| Endometrioid | 74 | 36 (48.6) | 1.671 | (1.00–2.79) |

OR: odds ratio; CI: confidence interval.
[a] Adjusted as in Table 1.

pared with tampon use. Because few women used sanitary napkins or tampons exclusively, the risk was examined as a percentage of the length of time that sanitary napkins were used and a percentage of the length of time that tampons were used. Significant trends in risk were not detected for a 10% difference in napkin use (OR 1.06, 95% CI 0.99–1.13) or for a 10% increase in tampon use (OR 0.99, 95% CI 0.93–1.05).

## DISCUSSION

Results from experimental and epidemiologic studies conducted thus far indicate a possible association between talc exposure and ovarian carcinoma. Histologic evidence first indicated that contaminants such talc may become embedded in ovarian tumors.[8,24] Experimental studies have shown that external talc exposure may eventually reach the ovaries. Henderson et al.[10] demonstrated that talc was present in ovaries after deposition of a talc suspension in the vagina and cervical os in rats. Similarly, Egli and Newton[9] revealed in human studies that inert carbon particles deposited in the vagina can later be recovered in the fallopian tubes. Although these studies demonstrated a possible route of exposure to talc, they were nevertheless unable to address the effects of long term talc use.

Surprisingly, few subsequent pathologic and clinical studies have been conducted. Epidemiologic studies addressing the possible association between talc and ovarian carcinoma have generally reported increased risk estimates. Cramer et al.[11] found a relative risk of 1.92 (95% CI 1.3–2.9). Rosenblatt et al.[12] reported a relative risk of 2.4 (95% CI 1.1–5.3) for any genital talc exposure. Likewise, Purdie et al. found a

significant positive association between talc and ovarian carcinoma,[14] and other recent studies also support the hypothesis of elevated risk of ovarian carcinoma with talc exposure, reporting risk increases of approximately two-fold.[16–18] A few studies have found only marginally significant or nonsignificant elevations in risk.[19–21] However, in investigations such as that reported by Tzonou et al., the number of women who reported talc usage was low.[21] More detailed discussion of many of those studies may be found in reviews elsewhere.[25,26]

This study sought to elucidate further the relationship between talc and ovarian carcinoma. Talc exposure through direct perineal application and via sanitary napkins, the frequency and duration of exposure, and the effect of talc within specific histologic subtypes were examined. Dusting with talcum powder was common behavior for more than one-third of cases and controls. The primary mode of talc exposure appeared to be direct application to the perineum. Although talc exposure via contraceptives such as condoms and diaphragms has been previously investigated,[27] this type of behavior was rare in the current study population and therefore omitted from analyses. Overall, greater risk was associated with any regular talc exposure (OR 1.42, 95% CI 1.08–1.86). Any talc exposure included talc accumulated from sanitary napkins, from powdering after bathing, or from both behaviors. Talc exposures via sanitary napkin alone or after bathing conveyed similar magnitudes of increased risk.

Commercial talc substitutes often replace talc with cornstarch. Furthermore, women may choose to powder or dust with cornstarch instead of talc. When cornstarch was assessed in relation to risk of ovarian carcinoma, no associations were found. This suggests that the association between talc use and risk of ovarian carcinoma may not be due simply to a difference in focus on hygiene between cases and controls. Use of cornstarch, however, was rare in our population, as less than 1% of the cases and controls reported use of cornstarch alone, and very few cases and controls reported use of cornstarch sometimes and talc sometimes.

A questionable dose-response relationship was observed between duration or frequency of exposure and risk. Duration as a continuous variable indicated that risk may increase with increasing years of talc exposure. These results are similar to findings by Cramer et al.,[11] Harlow et al.,[13] Harlow and Weiss,[28] Cook et al.,[18] and Whittemore et al.,[19] in which trends of duration and frequency were not significant. Booth et al.[23] reported a marginally significant trend with frequency. It is noteworthy that exposures of less than 30 years, at frequencies of less than 10 applications per month, and prior to tubal ligation or hysterectomy showed the most significant elevations in risk in the current study.

When the outcome, ovarian carcinoma, was further segregated into invasive and borderline carcinomas, talc exposure was associated with both but was only significant for invasive carcinomas. This result contrasts with the observations of Harlow et al.,[13] who found the strongest talc–ovarian carcinoma associations among women with endometrioid and borderline tumors. Cook et al.[18] reported no increase in risk of mucinous tumors; this was similar to our observation that mucinous tumors may not be associated with other ovarian carcinoma risk factors.[29] An earlier study, however, found no variation in risk by histologic subtype,[11] and the current study also found no differences in talc use associated with serous, mucinous, or endometrioid tumors.

Several lines of evidence support the argument for an association between talc usage and ovarian carcinoma. Talc and asbestos are chemically related; and although asbestos contamination in talc products has been closely regulated, talc and asbestos are frequently found together in mining strata. Asbestos is a known cause of pleural and peritoneal mesotheliomas, which are histologically similar to ovarian carcinomas.[19] Two possible mechanisms have been suggested for the role of talc in the etiology of ovarian carcinoma. With ovulation, entrapment of the ovarian epithelium within the stroma occurs. During this time, talc, if present, may become incorporated into these inclusion cysts, providing a favorable environment for carcinogenesis.[11] Alternatively, talc may serve to stimulate the entrapment of the surface epithelium and may act in a manner similar to "incessant ovulation," which has been proposed as an etiologic factor in ovarian carcinoma.[11,30]

Differences in talc concentration among various baby powders, body powders, and deodorizing powders were not investigated in this study. Furthermore, reporting error in reported talc use and failure to interview all eligible case and control subjects may also have led to biases. As with any case-control study, the possibility of selection bias and information bias exists, although the consistency of this study with others that have addressed reproductive factors and ovarian carcinoma is reassuring.[23] Further discussion of the strengths and weaknesses of the current study may be found in a previous report.[23]

The results of this study appear to support the contention that talc exposure increases risk of ovarian carcinoma. Dusting with talcum powder is not an unusual practice for women, and, given the heterogeneity

of the etiology and course of ovarian carcinoma, any possible harmful practices, particularly those with little benefit, should be deliberated. It should be emphasized, however, that further studies are needed to clarify the role of talc in the etiology of ovarian carcinoma.

## REFERENCES

1. Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet* 1979;2:1011–2.

2. Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. *Am J Obstet Gynecol* 1994;170:1099–107.

3. Keal EE. Asbestosis and abdominal neoplasms. *Lancet* 1960; 2:1211–6.

4. Graham J, Graham R. Ovarian cancer and asbestos. *Environ Res* 1967;1:115–28.

5. Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Br J Ind Med* 1982;39:344–8.

6. Kleinfeld M, Messite J, Zaki MH. Mortality experience among talc workers: a follow-up study. *J Occup Med* 1974;16:345–9.

7. Henderson WJ, Joslin CAF, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynecol Br Commonw* 1971;78:266–72.

8. Griffiths K, Henderson WJ, Chandler JA, Joslin CAF. Ovarian cancer: some new analytical approaches. *Postgrad Med* 1973;49:69–72.

9. Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril* 1961;12:151–5.

10. Henderson WJ, Hamilton RC, Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet* 1979;1:499.

11. Cramer DW, Welch WR, Scully RE, Wojciechoski CA. Ovarian cancer and talc: a case-control study. *Cancer* 1982;50:372–6.

12. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol* 1992;45:20–5.

13. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;80:19–26.

14. Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. *Int J Cancer* 1995;6:678–84.

15. Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington DC, Metropolitan Area, 1978–1981. *J Occup Med* 1994;36:924–7.

16. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1996;143:S83.

17. Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertil Steril* 1996;65:13–8.

18. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1997; 145:459–65.

19. Whittemore AS, Wu ML, Paffenbarger RS Jr., Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. *Am J Epidemiol* 1988;128:1228–40.

20. Chen Y, Wu P-C, Lang J-H, Ge W-J, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 1992;21:23–9.

21. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 1993;55:408–10.

22. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. *Am J Epidemiol* 1994;140:585–97.

23. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer* 1989;60:592–8.

24. Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environ Res* 1986;40:247–50.

25. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol* 1995;5:181–95.

26. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol* 1995;21:254–60.

27. Kasper CS, Chandler PJ Jr. Possible morbidity in women from talc on condoms. *JAMA* 1995;273:846–7.

28. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol* 1989;130:390–4.

29. Risch HA, Marrett LD, Jain M, Howe GR. Differences in risk factors for epithelial ovarian cancer by histologic type: results of a case-control study. *Am J Epidemiol* 1996;144:363–72.

30. Fathalla MF. Factors in causation and incidence of ovarian cancer. *Obstet Gynecol Surv* 1972;27:751–68.

Exhibit 27

American Journal of Epidemiology
Copyright © 1997 by The Johns Hopkins University School of Hygiene and Public Health
All rights reserved

Vol 145, No 5
Printed in U.S.A.

# Perineal Powder Exposure and the Risk of Ovarian Cancer

Linda S. Cook,[1] Mary L. Kamb,[1,2] and Noel S. Weiss[1,2]

This case-control study evaluated the risk of epithelial ovarian cancer associated with genital exposure to various forms of powder application. Cases included all women aged 20–79 years in three counties of western Washington who were diagnosed with borderline or invasive ovarian cancer from 1986 through 1988; 64.3% of eligible cases were interviewed. A sample of similarly aged women who lived in these counties, identified by random digit dialing, served as controls. The overall response among control women was 68.0%. Information on powder application and other potential risk factors was ascertained during the in-person interview. Overall, ovarian cancer cases ($n = 313$) were more likely than controls ($n = 422$) to ever have used powder (age-adjusted relative risk (RR) = 1.5, 95% confidence interval (CI) 1.1–2.0). After adjustment for age and other methods of genital powder application (none vs. any), an elevated relative risk of ovarian cancer was noted only for women with a history of perineal dusting (RR = 1.6, 95% CI 1.1–2.3) or use of genital deodorant spray (RR = 1.9, 95% CI 1.1–3.1) These results offer support for the hypothesis, raised by prior epidemiologic studies, that powder exposure from perineal dusting contributes to the development of ovarian cancer, and they suggest that use of genital deodorant sprays may do so as well. Limitations of the present study include the fairly low proportion of eligible women who participated and the potential differential recall of powder usage. Am J Epidemiol 1997;145:459–65.

ovarian neoplasms; powders; talc

Studies documenting the migration of carbon particles and radioactive particulate agents from the vagina to the ovaries (1, 2), as well as those that have identified talc-like particles more frequently in ovarian tumors than in normal human ovarian tissue (3), have raised concern that genital powder exposure may increase a woman's risk of developing ovarian cancer. While the results of several epidemiologic studies have suggested elevated risks for ovarian cancer among women with genital powder exposures (4–11), results have been inconsistent for particular methods of powder application (12). In this population-based case-control study, information on the method, duration, and frequency of powder application was collected to evaluate the impact of genital powder exposures on the risk of epithelial ovarian cancer.

## MATERIALS AND METHODS

Women with invasive or borderline epithelial ovarian cancer were identified from records of the population-based Cancer Surveillance System of western Washington. Eligible case subjects included white women diagnosed between January 1, 1986, and December 31, 1988, who resided in three counties of western Washington (King, Pierce, and Snohomish counties) and were 20–79 years of age at diagnosis. After obtaining permission from their personal physicians to contact the women and obtaining written, informed consent, we successfully interviewed 329 (64.3 percent) of the 512 eligible case subjects. The remaining 183 women were not interviewed because of death prior to study contact ($n = 104$, 20.3 percent), physician or subject refusal ($n = 73$, 14.3 percent), and lack of success in locating the women ($n = 6$, 1.2 percent). Seven women whose self-reported race/ethnicity was other than white and nine women with unknown genital powder use were also excluded. Thus, a total of 313 white women diagnosed with borderline ($n = 79$) or invasive ($n = 234$) epithelial ovarian tumors were available for analysis.

Women identified as control subjects for this study were part of a larger control pool selected by random digit dialing (13) for several studies of cancer in women. Of the total 10,109 calls made by random digit dialing, 5,853 (57.9 percent) were to nonresidential phone numbers, 3,830 (37.9 percent) were to residential phone numbers, and 426 (4.2 percent) were to

Received for publication May 20, 1996, and accepted for publication October 22, 1996.

Abbreviations: CI, confidence interval; RR, relative risk

[1] Fred Hutchinson Cancer Research Center, Seattle, WA.

[2] Department of Epidemiology, University of Washington, Seattle, WA.

Reprint requests to Dr. Linda S. Cook, MP-381, Fred Hutchinson Cancer Research Center, 1124 Columbia Street, Seattle, WA 98104.

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

**460**  Cook et al.

numbers of unknown residential status; 3,604 (94.1 percent) of the 3,830 calls to residential households were screened for eligible women who were age matched, in 5-year age groups, to the combined female cancer case group. Of the 721 women identified who were eligible, 521 (72.3 percent) were successfully interviewed after written, informed consent was obtained. The overall response (random digit dialing screening response multiplied by the interview response) was 68.0 percent. Women who reported race/ethnicity other than white ($n = 28$), age greater than 79 ($n = 5$), a history of bilateral oophorectomy ($n = 58$), uncertainty concerning a history of bilateral oophorectomy ($n = 4$), and unknown genital powder use ($n = 4$) were excluded, resulting in a total of 422 white control women for analysis.

Information regarding genital powder exposures was collected by structured, in-person interviews. Women were queried about storing diaphragms in powder, dusting perineal areas with powder after bathing, powdering sanitary napkins, and using genital deodorant sprays (which may contain aerosolized powder). Those who answered affirmatively were questioned further about the duration and frequency of powder application and about the types of powder applied. Powders were grouped into five categories: cornstarch, talcum powder, baby powder, deodorant powder, and scented body/bath powder. Information on demographic characteristics, reproductive history, medical and screening histories, smoking history, anthropometry, and birth control methods was also provided by the women. A calendar was used to record major life events and enhance recall of past exposures. Relevant study information was recorded only for exposures that occurred prior to the diagnosis date of cancer among the cases or the analogous reference date among controls.

Logistic regression (EGRET version 26.6; Statistics and Epidemiology Research Corporation, Seattle, Washington) was used to determine odds ratios as estimates of the relative risk for ovarian cancer associated with genital powder application and 95 percent confidence intervals (14). For all the relative risk estimates reported in the present analysis, women who reported any method, type, or frequency of genital powder application were compared with women who stated that they had never applied genital powder in any manner (154 ovarian cancer cases and 256 controls). Trends were evaluated using the likelihood ratio statistic (14).

First, the relative risk for ovarian cancer among women who reported exclusive use of one of the four methods of powder application was assessed (table 2). Then, because many women used more than one

method of powder application, the risk for ovarian cancer among women who reported any use of the four methods of powder application was assessed while adjusting for the other methods of powder application (table 3). Similarly, ovarian cancer risk by exclusive and nonexclusive use of the type(s) of powder used for perineal dusting, diaphragm storage, or on sanitary napkins was assessed (table 4). To assess the impact of genital powder exposure on the risk of specific histologic categories of ovarian tumors (table 5), we grouped borderline and invasive ovarian tumors according to the following *International Classification of Diseases for Oncology* histologic codes (15): serous tumors (codes 8441, 8442, 8460, 8461, and 8462); mucinous tumors (codes 8470, 8472, 8473, 8480, and 8481); endometrioid tumors (codes 8380, 8381, and 8560); and other tumors that included clear cell (code 8310), undifferentiated (code 8020), and unclassified/other (codes 8010, 8050, 8140, 8240, 8260, 8440, 8450, and 9000). All relative risk estimates were adjusted for age. Further adjustment for education, income, marital status, body mass index (weight (kg)/height (m)$^2$), oral contraceptive use, or parity did not alter the estimated relative risks. Information on lactation was not available. Separate analyses for women diagnosed with invasive ovarian cancer and for those diagnosed with borderline ovarian cancer produced results very similar to those presented in tables 2–5.

## RESULTS

Selected characteristics of ovarian cancer cases and controls are presented in table 1. Less education, a lower household income, and a higher body mass index were more common among women with ovarian cancer than among control women, but oral contraceptive use and having had a full-term birth were less common.

Genital powder application was more common among cases (50.8 percent) than controls (39.3 percent) (table 2). There was an overall 50 percent elevation in the risk for ovarian cancer associated with the use of one or more of the four possible methods of genital powder application (95 percent CI 1.1–2.0). Among women who exclusively used a single method of powder application, ovarian cancer risk was most strongly elevated among those who dusted perineal areas with powder after bathing (RR = 1.8, 95 percent CI 1.2–2.9).

We further examined ovarian cancer risk among women who reported application of genital powders using each of the four methods, although not necessarily exclusive use of any method (table 3). Perineal dusting was associated with an increased risk of ovar-

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

TABLE 1.   Characteristics of epithelial ovarian cancer cases and controls: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Characteristic | Cases (n = 313) | | Controls (n = 422) | |
|---|---|---|---|---|
| | No | % | No | % |
| **Age (years)** | | | | |
| 20–34 | 34 | 10 9 | 84 | 19.9 |
| 35–44 | 50 | 16 0 | 136 | 32 2 |
| 45–54 | 60 | 19 2 | 65 | 15 4 |
| 55–64 | 88 | 28 1 | 63 | 14 9 |
| 65–79 | 81 | 25 9 | 74 | 17.5 |
| **Education (years)** | | | | |
| ≤8 | 15 | 4.8 | 14 | 3.3 |
| 9–12 | 124 | 39 6 | 144 | 34.1 |
| 13–16 | 146 | 46 6 | 219 | 51 9 |
| >16 | 27 | 8 6 | 45 | 10 7 |
| Unknown | 1 | 0 3 | 0 | |
| **Annual household income ($)** | | | | |
| <15,000 | 90 | 28 8 | 83 | 19.7 |
| 15,000–30,000 | 91 | 29 1 | 153 | 36 3 |
| >30,000–45,000 | 60 | 19 2 | 81 | 19 2 |
| >45,000 | 63 | 20 1 | 96 | 22.7 |
| Unknown/refused | 9 | 2 9 | 9 | 2 1 |
| **Marital status** | | | | |
| Single | 32 | 10.2 | 33 | 7.8 |
| Married | 186 | 59.4 | 292 | 69 2 |
| Separated/divorced/widowed | 95 | 30 4 | 97 | 23 0 |
| **Body mass index (kg/m²)** | | | | |
| <21 | 56 | 17 9 | 97 | 23.0 |
| 21–22 | 89 | 28 4 | 145 | 34 4 |
| 23–24 | 73 | 23 3 | 75 | 17.8 |
| ≥25 | 95 | 30 4 | 105 | 24 9 |
| **Oral contraceptive use** | | | | |
| Never or ≤12 months | 224 | 71 6 | 221 | 52.4 |
| >12 months but <5 years | 50 | 16 0 | 93 | 22 0 |
| ≥5 years | 39 | 12 5 | 108 | 25.6 |
| **Total pregnancies** | | | | |
| 0 | 57 | 18.2 | 56 | 13.3 |
| 1 | 42 | 13 4 | 56 | 13.3 |
| ≥2 | 214 | 68 4 | 309 | 73 2 |
| Unknown | 0 | | 1 | 0 2 |
| **Total full-term births** | | | | |
| 0 | 79 | 25 2 | 83 | 19.7 |
| 1 | 46 | 14.7 | 69 | 16.4 |
| ≥2 | 188 | 60.1 | 269 | 63.7 |
| Unknown | 0 | | 1 | 0.2 |

ian cancer (RR = 1.6, 95 percent CI 1.1–2.3), although there was no clear pattern of increasing risk with increasing duration of use. When the small contribution of perineal dusting after a hysterectomy or tubal ligation was excluded from the analysis, our relative risk estimates were nearly unchanged (data not shown). In 1976, the cosmetic industry proposed voluntary guidelines to limit contamination of consumer powders (16), and we attempted to evaluate ovarian cancer risk associated with any perineal dusting in 1976 or before and with exclusive perineal dusting in 1977 or thereafter. Women with any perineal dusting in 1976 or before had an elevated risk (RR = 1.8, 95 percent CI 1.1–2.9), but we were unable to evaluate exclusive perineal dusting in 1977 and thereafter since only four cases and 10 controls had this exposure. The use of genital deodorant sprays was also associated with an elevated ovarian cancer risk (RR = 1.9, 95 percent CI 1.1–3.1), with the strongest elevation in risk among the small number of women (n = 15) who used these sprays for more than 1 year (RR = 2.7, 95 percent CI 1.1–6.6). Storing a diaphragm in powder or powdering sanitary napkins was not related to the risk of developing an ovarian tumor (RR = 1.0, 95 percent CI 0.6–1.6, and RR = 0.9, 95 percent CI 0.5–1.5, respectively).

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

462   Cook et al.

TABLE 2.   Relative risk of epithelial ovarian cancer associated with any genital powder use and by exclusive use of various methods of powder application: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Powder application | Ovarian cancer cases ($n = 313$) | | Controls ($n = 422$) | | RR* | 95% CI* |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| Lifetime genital powder application | | | | | | |
| None | 154 | 49.2 | 256 | 60.7 | 1.0 | Referent |
| Any | 159 | 50.8 | 166 | 39.3 | 1.5 | 1 1–2.0 |
| Exclusive use of | | | | | | |
| Perineal dusting only | 55 | 17.6 | 48 | 11.4 | 1.8 | 1.2–2.9 |
| Diaphragm storage in powder only | 22 | 7.0 | 35 | 8.3 | 0 8 | 0.4–1.4 |
| Powder on sanitary napkins only | 12 | 3.8 | 10 | 2 4 | 1.5 | 0.6–3.6 |
| Genital deodorant spray only | 18 | 5.8 | 28 | 6.6 | 1 5 | 0 8–3.0 |

* RR, relative risk, adjusted for age; CI, confidence interval

No specific type of powder used for perineal dusting, diaphragm storage, or on sanitary napkins was strongly related to ovarian cancer risk, although there was a suggestion of an elevated risk associated with any use of talcum powder and bath/body powders (RR = 1.6, 95 percent CI 0.9–2.8, and RR = 1.5, 95 percent CI 0.9–2.4, respectively) (table 4). When specific histologic categories of ovarian tumors were examined, any genital powder application was associated with an elevated risk for serous tumors (RR = 1.7, 95 percent CI 1.1–2.5) and the nonspecific category of other tumors (RR = 1.8, 95 percent CI 1.1–2.8), whereas no elevation in risk was noted for the small number of women with mucinous tumors (RR = 0.7, 95 percent CI 0.4–1.4) or endometrioid tumors (RR = 1.2, 95 percent CI 0.6–2.3) (table 5).

## DISCUSSION

There are several issues that should be considered in the interpretation of our results. A sizable number of women eligible for our study did not participate, particularly among those with ovarian cancer. Many women with cancer died before they could be approached about participation in this study, and others were too ill to participate. If substantial differences in powder use existed between participating and nonparticipating women, our study results may over- or underestimate the true risks for ovarian cancer. It is also possible that the completeness of the reporting of powder use differed between cases and controls, biasing our relative risk estimates to some degree.

Additionally, it is not clear how well ascertainment of perineal powder application correctly estimates actual exposure to particles in powder that may influence ovarian cancer risk. Different consumer brands of powder that women used, or even different lots of the same brand, may have varied substantially in the content of talc, asbestiform minerals, or structurally similar compounds. Powder content has also varied over time, presumably with fewer asbestiform minerals present in more recently manufactured products (17–19).

Our results suggest that a history of perineal dusting or use of genital deodorant sprays has a modest influence on the development of epithelial ovarian tumors, whereas storing a diaphragm in powder or powdering sanitary napkins does not. Direct comparisons of our results with those of the other nine published studies (and among these studies) are somewhat limited because of differences in the definitions, groupings, and analysis of genital powder use. Nonetheless, there is some consistency in results among studies. Seven studies including the present one (4, 6, 8–11) reported elevated relative risks for ovarian cancer, ranging from 1.3 to 3.9, among women with powder exposure by "dusting of the perineum." Of the three remaining studies that evaluated the more general exposure of "talc use in genital/perineal area" (which may or may not include perineal, sanitary napkin, diaphragm, or undergarment applications), two observed a modest elevation in ovarian cancer risk (5, 7), whereas one did not (20).

Most studies including the present one have found little, if any, excess risk for ovarian cancer among women who stored their diaphragms in powder (4–8, 10); only one study has reported a suggestion of an elevation in risk (11). In the present study, control women more frequently reported washing their diaphragms prior to use than did ovarian cancer cases, but ovarian cancer risk was not substantially elevated for the small number of women who did not wash their diaphragms prior to use. The relation between powdering sanitary napkins and ovarian cancer risk is less clear; three studies including the present study found

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

**TABLE 3.   Relative risk of epithelial ovarian cancer associated with genital powder use by methods of powder application: King, Pierce, and Snohomish counties, Washington State, 1986–1988\***

| Lifetime genital powder application | Ovarian cancer cases ($n = 313$) | | Controls ($n = 422$) | | RR† | 95% CI† |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| None | 154 | 49 2 | 256 | 60.7 | 1.0 | Referent |
| Any perineal dusting | 95 | 30 4 | 87 | 20 6 | 1.6 | 1.1–2 3 |
| Cumulative lifetime days | | | | | | |
| ≤2,000 | 20 | 6 4 | 22 | 5 2 | 1.8 | 0 9–3.5 |
| 2,001–5,000 | 24 | 7 7 | 26 | 6.2 | 1.6 | 0.9–2 9 |
| 5,001–10,000 | 21 | 6.7 | 22 | 5 2 | 1.2 | 0 6–2 4 |
| >10,000 | 28 | 8.9 | 17 | 4 0 | 1.8 | 0.9–3.4 |
| Unknown | 2 | 0.6 | 0 | | | |
| Diaphragm storage in powder | 46 | 14 7 | 51 | 12.1 | 1 0 | 0.6–1 6 |
| Cumulative lifetime months | | | | | | |
| ≤60 | 24 | 7.7 | 26 | 6 2 | 1 1 | 0 6–1.9 |
| >60 | 15 | 4 8 | 20 | 4.7 | 0 8 | 0.4–1 7 |
| Unknown | 7 | 2 2 | 5 | 1.2 | | |
| Usually washed before use | | | | | | |
| No | 19 | 6 1 | 14 | 3 3 | 1.4 | 0 7–3 0 |
| Yes | 20 | 6.4 | 31 | 7 3 | 0 7 | 0 4–1 4 |
| Unknown | 7 | 2 2 | 6 | 1.4 | | |
| Any powder on sanitary napkins | 38 | 12.1 | 40 | 9.5 | 0 9 | 0.5–1 5 |
| Cumulative lifetime months | | | | | | |
| ≤120 | 25 | 8 0 | 21 | 5.0 | 1 3 | 0 7–2.4 |
| >120 | 12 | 3.8 | 19 | 4.5 | 0 5 | 0.2–1 1 |
| Unknown | 1 | 0 3 | 0 | | | |
| Lifetime applications | | | | | | |
| ≤1,000 | 23 | 7.3 | 19 | 4 5 | 1.3 | 0.7–2 5 |
| >1,000 | 14 | 4 5 | 21 | 5.0 | 0 6 | 0.3–1 2 |
| Unknown | 1 | 0.3 | 0 | | | |
| Any genital deodorant spray | 40 | 12.8 | 40 | 9.5 | 1.9 | 1.1–3 1 |
| Cumulative lifetime months | | | | | | |
| ≤12 | 24 | 7.7 | 31 | 7 4 | 1.5 | 0 9–2 8 |
| >12 | 15 | 4 8 | 9 | 2 1 | 2.7‡ | 1.1–6 6 |
| Unknown | 1 | 0 3 | 0 | | | |
| Lifetime applications | | | | | | |
| ≤500 | 29 | 9.3 | 34 | 8 1 | 1.7 | 1 0–2.9 |
| >500 | 10 | 3.2 | 6 | 1.4 | 2 6‡ | 0.9–7 6 |
| Unknown | 1 | 0.3 | 0 | | | |

\* Numbers do not add up to total cases and controls because women may have used a variety of methods for powder application.
† RR, relative risk, adjusted for age and for the other methods of genital powder application (none, any), CI, confidence interval.
‡ $p$ value for trend < 0.05.

no association (6, 10), whereas three other studies reported moderate elevations in risk (4, 8, 11).

Only two other studies have evaluated particular types of powder; one reported an excess risk of borderline ovarian tumors among women who used deodorant powders (8), and another study reported an excess risk of ovarian cancer among women who used baby powders (10). A strong relation between the types of powder used and ovarian cancer risk was not found in the present study, although there was a suggestion of an elevated risk with any use of talcum

powder and bath/body powders among women using these powders for perineal dusting, diaphragm storage, or on sanitary napkins.

The present study is the first to evaluate the association between genital deodorant spray use and ovarian cancer risk; these preliminary results require confirmation in other studies. It is difficult to postulate that an increased risk for ovarian cancer may specifically be due to powder and associated constituents when some of the deodorant sprays do not contain aerosolized powder. It is possible that it is not powder per se

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

TABLE 4.   Relative risk of epithelial ovarian cancer associated with type of powder used with perineal dusting, diaphragm storage, or sanitary napkins: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Type of powder | Ovarian cancer cases (n = 313) | | Controls (n = 422) | | RR* | 95% CI* |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| Lifetime use (none) | 154 | 49.2 | 256 | 60.7 | 1.0 | Referent |
| | | | | | | |
| Exclusive use of | | | | | | |
| Talcum powder only | 16 | 5.1 | 16 | 3.8 | 1.2† | 0.6–2.5 |
| Baby powder only | 31 | 9.9 | 36 | 8.5 | 1.4† | 0.8–2.4 |
| Cornstarch only | 5 | 1.6 | 11 | 2.6 | 0.9† | 0.3–2.9 |
| Deodorizing powder only | 9 | 2.9 | 10 | 2.4 | 1.0† | 0.4–2.6 |
| Bath/body powder only | 27 | 8.6 | 25 | 5.9 | 1.6† | 0.9–3.0 |
| Unspecified type only | 11 | 3.5 | 4 | 0.9 | | |
| | | | | | | |
| Use of‡ | | | | | | |
| Any talcum powder | 33 | 10.5 | 23 | 5.5 | 1.6§ | 0.9–2.8 |
| Any baby powder | 52 | 16.6 | 61 | 14.5 | 1.1§ | 0.7–1.8 |
| Any cornstarch | 8 | 2.6 | 16 | 3.8 | 0.8§ | 0.3–2.0 |
| Any deodorizing powder | 24 | 7.7 | 24 | 5.7 | 1.1§ | 0.6–2.0 |
| Any bath/body powder | 52 | 16.6 | 43 | 10.2 | 1.5§ | 0.9–2.4 |
| Any unspecified type | 24 | 7.7 | 11 | 2.6 | | |

\* RR, relative risk; CI, confidence interval.
† Adjusted for age
‡ Numbers do not add up to total cases and controls with any powder use because women may have used a variety of powders
§ Adjusted for age and the other types of powders used (yes, no).

TABLE 5.   Relative risk of epithelial ovarian cancer associated with any genital powder use by tumor histology: King, Pierce, and Snohomish counties, Washington State, 1986–1988

| Histologic type | Any powder application | | No powder application | | RR* | 95% CI* |
|---|---|---|---|---|---|---|
| | No | % | No | % | | |
| Controls | 166 | 39.3 | 256 | 60.7 | 1.0 | Referent |
| Serous tumors (n = 131) | 71 | 54.2 | 60 | 45.8 | 1.7 | 1.1–2.5 |
| Mucinous tumors (n = 43) | 14 | 32.6 | 29 | 67.4 | 0.7 | 0.4–1.4 |
| Endometrioid tumors (n = 36) | 17 | 47.2 | 19 | 52.8 | 1.2 | 0.6–2.3 |
| Other tumors† (n = 103) | 57 | 55.3 | 46 | 44.7 | 1.8 | 1.1–2.8 |

\* RR, relative risk, adjusted for age; CI, confidence interval
† Other tumors include 17 clear cell, three undifferentiated, and 83 unclassified (adenocarcinoma or unspecified carcinoma) tumors

but other unidentified chemical substances present in deodorant sprays that may influence the development of ovarian cancer.

A partner's use of condoms that were packed in talc could also have contributed to a woman's genital powder exposure (21). There was insufficient information in the present study to address the influence of condom use on the risk for ovarian cancer. Seven (2.2 percent) ovarian cancer cases and 19 (4.5 percent) control women reported a history of exposure to condoms packed in talc, whereas 20 (6.4 percent) cases and 34 (8.1 percent) controls did not know if their partners had used condoms packed in talc. Furthermore, few women knew or remembered the brand of condoms their partners had used.

The specific constituent(s) of powders that may influence the development of ovarian cancer is unknown, although attention has been focused on fibrous talc particles and asbestos (17–19, 22). Talc, a hydrous magnesium silicate, is a constituent of almost all body and baby powders except for those that are specifically labeled as talc free or pure cornstarch. The nonfibrous, sheet-like layers of talc in these powders slide across each other, allowing a smooth application on the skin. Talc-based powders may also contain fibrous particles, most of which are talc fibers, but some can be asbestiform fibers (17, 18). While pure talc is relatively nontoxic, adverse health effects can include induction of talc granulomas when introduced in open wounds and, in the occupational setting, pneumoconi-

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

osis (talcosis) in individuals with long-term exposure to talc dust (19). Occupational exposure to talc does not appear to increase the risk for pulmonary malignancies (19). Most animal studies confirm this, with lung tumors developing only in rats exposed to doses of talc dust high enough to cause chronic obstructive and restrictive lung toxicity (19). Excess ovarian tumors have not been reported in rats and mice with long-term exposure to aerosol talc (23). In contrast, occupational exposure to asbestos fibers has been shown to cause lung tumors (24) and has been associated with the development of ovarian tumors (25). Thus, while there is little biologic or experimental evidence to support a role for talc per se in the development of ovarian malignancies, the potential biologic effects of consumer powders (with their variable constituents) on the human ovary have not been well studied.

The prevalence of genital powder exposure reported among control women in this and other studies conducted in the United States ranges from 28 percent to 51 percent (4–6, 8, 10). Given such a common practice, even the modest elevation in ovarian cancer risk associated with genital powder application suggested by most of the epidemiologic studies could have a notable impact on the incidence of ovarian cancer in the United States. We recommend that cohort studies address this question; these studies could eliminate concerns regarding the potential differences in the reporting of genital powder exposures between cases and controls. We also believe that further characterization of the constituents of powder products that may influence ovarian cancer risk and the investigation of their possible biologic mechanisms of carcinogenesis are warranted.

## ACKNOWLEDGMENTS

This research was supported by grant R35 CA39779 from the National Cancer Institute and by the Cancer Surveillance System of the Fred Hutchinson Cancer Research Center, which is funded by contract no. N01-CN-05230 from the Surveillance, Epidemiology, and End Results (SEER) Program of the National Cancer Institute with additional support from the Fred Hutchinson Cancer Research Center

The authors thank Kay Byron and Judy Kuskin for their programming assistance, Diana Farrow for assistance with data collection, and Robert C. Lee for his review of the manuscript and insightful comments.

## REFERENCES

1. Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril 1961,12.151–5.

2. Ventor PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries S Afr Med J 1979;55 917–19

3. Henderson WJ, Joslin CA, Turnbull AC, et al Talc and carcinoma of the ovary and cervix J Obstet Gynaecol Br Commonw 1971;78 266–72.

4. Cramer DW, Welch WR, Scully RE, et al. Ovarian cancer and talc· a case-control study. Cancer 1982;50:372–6

5. Hartge P, Hoover R, Lesher LP, et al. Talc and ovarian cancer. (Letter). JAMA 1983,250:1844.

6. Whittemore AS, Wu ML, Paffenbarger RS Jr, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40

7. Booth M, Beral V, Smith P Risk factors for ovarian cancer a case-control study. Br J Cancer 1989;60:592–8.

8. Harlow BL, Weiss NS A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989,130:390–4.

9. Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 1992,21· 23–9.

10 Harlow BL, Cramer DW, Bell DA, et al Perineal exposure to talc and ovarian cancer risk Obstet Gynecol 1992,80·19–26.

11 Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol 1992;45 20–5

12. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995; 21.254–60.

13. Waksberg J Sampling methods for random digit dialing. J Am Stat Soc 1978,73·40–6.

14. Breslow NE, Day NE, eds. Statistical methods in cancer research. Vol 1. The analysis of case-control studies Lyon: International Agency for Research on Cancer, 1980. (IARC scientific publication no. 32)

15 World Health Organization. International classification of diseases for oncology. 2nd ed Geneva: World Health Organization, 1990.

16 Cosmetic, Toiletry, and Fragrance Association (CTFA). Talc specification and methods. In CTFA compendium of cosmetic ingredient composition. Washington, DC: CTFA, 1976 10–17

17 Cralley LJ, Key MM, Groth DH, et al. Fibrous and mineral content of cosmetic talcum products Am Ind Hyg Assoc J 1968;29·350–4

18 Rohl AN, Langer AM, Selikoff IJ, et al Consumer talcums and powders: mineral and chemical characterization J Toxicol Environ Health 1976;2 255–84

19. Zazenski R, Ashton WH, Briggs D, et al. Talc· occurrence, characterization, and consumer applications. Regul Toxicol Pharmacol 1995;21:218–29.

20 Tzonou A, Polychronopoulou A, Hsieh C, et al Hair dyes, analgesics, tranquilizers, and perineal talc application as risk factors for ovarian cancer Int J Cancer 1993;55:408–10

21. Kasper CS, Chandler PJ. Possible morbidity in women from talc on condoms JAMA 1995,273·846–7.

22 Paoletti L, Caiazza S, Donelli G, et al Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regul Toxicol Pharmacol 1984;4:222–35

23. National Toxicology Program (NTP) Toxicology and carcinogenesis studies of talc in F344/N rats and B6C3F$_1$ mice (inhalation studies). Research Triangle Park, NC. US Department of Health and Human Services, 1993. (NIH publication no. 93–3152).

24 Roggli VL. Human disease consequences of fiber exposures: a review of human lung pathology and fiber burden data Environ Health Perspect 1990,88:295–303.

25 Weiss NS, Cook LS, Farrow DC, et al Ovary. In: Schottenfeld D, Fraumeni JF, eds Cancer epidemiology and prevention. 2nd ed. New York: Oxford University Press, 1996.

Downloaded from http://aje.oxfordjournals.org/ by guest on October 1, 2014

Exhibit 28

# Risk factors for familial and sporadic ovarian cancer among French Canadians: A case-control study

Beatrice Godard, PhD,[a] William D. Foulkes, MB, PhD,[a,b] Diane Provencher, MD,[c] Jean-Sebastien Brunet, MSc,[d] Patricia N. Tonin, PhD,[b] Anne-Marie Mes-Masson, PhD,[c] Steven A. Narod, MD,[d] and Parviz Ghadirian, PhD[a]

*Montreal, Quebec, and Toronto, Ontario, Canada*

**OBJECTIVE:** The objective was to compare risk factors between familial and sporadic ovarian cancer by means of a case-control approach.

**STUDY DESIGN:** We conducted a case-control study among French Canadian women in Montreal during 1995-1996. One hundred seventy women 20 to 84 years old with histologically confirmed diagnoses of primary ovarian carcinomas or borderline tumors were interviewed concerning their reproductive, family, and medical histories. During the same period 170 randomly selected population control subjects, frequency-matched to the case patients according to age and ethnic group, were also interviewed. Unconditional logistic regression methods were used for data analysis.

**RESULTS:** The major factors influencing the risk of development of ovarian cancer were as follows: (1) family history of breast or ovarian cancer, (2) a late age at use of oral contraceptives (a protective effect), and (3) a late age at last childbirth (a protective effect for familial case patients only).

**CONCLUSION:** These factors had equally great impacts in familial and sporadic cases, implying that the underlying mechanisms of carcinogenesis in sporadic and familial ovarian cancer may be similar and that hereditary ovarian cancer may be preventable. (Am J Obstet Gynecol 1998;179:403-10.)

**Key words:** Case-control, epidemiology, family history, ovarian cancer, risk factors

Ovarian carcinoma is difficult to detect in its early stages and is resistant to therapy in later stages. Of the 2000 patients with new cases of ovarian cancer diagnosed every year in Canada, approximately 1350 (67.5%) will die of the disease.[1] The age-standardized incidence of ovarian cancer in Canada for 1996 was estimated to be 12 cases/100,000 at-risk population. The strongest risk factor for ovarian cancer is a positive family history of ovarian or breast cancer. Among common adult tumors, ovarian cancer has among the highest proportions attributable to susceptibility genes.[2] Other risk factors include nulliparity, infertility, and a history of breast cancer.[3-8] Factors associated with a reduced risk include high parity, a history of tubal ligation or hysterectomy, and use of oral contraceptives.[8-10] Additional factors for which there is suggestive evidence include the use of talc, fertility drugs, and dietary factors.[11-13]

Mutations in both of the breast cancer genes, *BRCA1* and *BRCA2*, predispose women toward development of ovarian cancer.[14, 15] Ovarian cancer also appears as part of the spectrum of tumors seen in the hereditary nonpolyposis colorectal cancer syndromes.[16] From epidemiologic studies and mutation surveys, it appears that between 5% and 10% of ovarian cancers occur as a result of hereditary predisposition.[14, 15, 17-19] Familial ovarian cancer usually occurs in association with breast cancer (because of mutations in *BRCA1* and *BRCA2*), occasionally as ovarian cancer alone (*BRCA1*[20] or *BRCA2*), or with endometrial, colon, and other solid tumors (hereditary nonpolyposis colorectal cancer syndrome).[21] A family history of ovarian cancer is a strong risk factor for ovarian cancer, increasing with the number of first-degree relatives affected.[2] For families with 1 affected first-degree relative, the estimated lifetime risk increases 1.5 times to 3.6 times.[2-5, 18, 22-25] The population lifetime risk for ovarian cancer in North America is approximately 1:70. The risks rise with additional affected family members.

Families with ≥3 cases of ovarian cancer are generally

*From the Epidemiology Research Unit, Research Centre, Hôpital Hôtel-Dieu de Montréal,[a] the Division of Medical Genetics, Department of Medicine, Montreal General Hospital, McGill University,[b] the Institute du Cancer de Montréal/CHUM, Campus Notre-Dame,[c] and the Department of Medicine, Women's College Hospital.[d]*

*Supported by a Quebec Family Cancer Network grant from Fonds de la Recherche en Santé du Québec. W.F. is funded by the Fast Foundation of the Montreal General Hospital. P.N.T. is a scholar of the Medical Research Council of Canada and the Cancer Research Society of Canada. A.-M.M-M. is a senior scholar of Fonds de la Recherche en Santé du Québec.*

*Received for publication July 23, 1997; revised November 25, 1997; accepted January 15, 1998.*

*Reprint requests: William D. Foulkes, MB, PhD, Epidemiology Research Unit, Research Centre, Hôtel-Dieu, 3850 St Urbain, Montreal, Quebec, Canada H2W 1T8.*

*Copyright © 1998 by Mosby, Inc.*

*0002-9378/98 $5.00 + 0* **6/1/89115**

August 1998
Am J Obstet Gynecol

**Table I.** Histologic characteristics of familial and sporadic ovarian tumors

|  | Familial (n = 58) | Nonfamilial (n = 111) | Total (N = 169)* |
|---|---|---|---|
| Invasive | 54 (93%) | 93 (84%) | 147 |
| Serous | 34 | 58 | 92 |
| Endometrioid | 7 | 16 | 23 |
| Mucinous | 5 | 10 | 15 |
| Brenner | 1 | 0 | 1 |
| Clear cell | 4 | 5 | 9 |
| Mixed | 3 | 4 | 7 |
| Borderline (total) | 4 (7%) | 18 (16%) | 22 |
| Serous | 3 | 11 | 14 |
| Mucinous | 1 | 7 | 8 |

*One woman did not have information on second-degree relatives, and it is therefore uncertain whether hers was a familial or sporadic case of ovarian cancer. The histologic examination of her tumor revealed a serous adenocarcinoma of the ovary.

considered to represent examples of hereditary ovarian cancer. Although many risk factors for ovarian cancer have been well documented, it is not yet known whether these risk factors apply equally well to the hereditary subgroup. Such knowledge would be important for women with a family history who were seeking information on how to reduce their risk. To address this issue we obtained detailed family histories and other risk factor information for 170 French Canadian women with ovarian cancer and 170 population-based French Canadian control subjects.

### Material and methods

**Case patients.** After institutional review board approval was obtained, a total of 231 French Canadian women with a histologic diagnosis of ovary cancer were found through the gynecologic oncology clinics of 2 large Montreal teaching hospitals in 1995 and 1996. Of these, 48 (21%) were excluded from the study because they died before the interview (21 case patients), they refused to participate or were unavailable for follow-up (12 case patients), or they could not be contacted (15 case patients). A total of 183 case patients were interviewed, representing a response rate of 87% of the eligible living case patients. We later excluded 13 case patients because their ovarian tumors were not of epithelial origin, leading to a final total of 170 patients with ovarian carcinoma or with ovarian tumors of low malignant potential (borderline ovarian tumors). Of these case patients, 70% were interviewed directly in clinics and 30% were interviewed by phone. Each case patient had a histologically confirmed primary invasive carcinoma or a borderline tumor. Pathology records were systematically reviewed and tumors were classified as either serous, mucinous, endometrioid, clear cell, Brenner, or mixed tumors.

**Control subjects.** Population-based control subjects were obtained through a modified random-digit dialing method. To ensure that the age-distributions of case patients and control subjects were equal, a control subject was selected for each case patient from the page in the telephone directory where the case patient was listed. The names and addresses of 10 persons with the same first 3 digits of the telephone number as the patient were selected. These residences were then contacted by telephone. If there was no answer the number was called 7 more times during the day, the evening, and on weekends before being rejected. Respondents were questioned to determine whether the household contained a woman of self-reported French Canadian origin who matched the index case patient for age within 1 year and who agreed to be interviewed by telephone. If not, the procedure was repeated. A total of 750 households were contacted to obtain the control subjects. Five hundred (66.7%) did not reply or had no eligible women resident, and 10.7% refused to participate. A total of 170 subjects were interviewed.

**Questionnaires.** Questionnaires were administered in a standardized manner to all case patients and control subjects. The questionnaire was developed, evaluated, and tested within the Quebec Cancer Genetics Network in 1995 and was used at all study centers (Notre-Dame Hospital and Hôtel-Dieu Hospital, Montreal). The 57 questions concerned primarily reproductive factors (age at menarche, age at first childbirth, parity, age and cause of menopause) and medical history (use of hormone replacement therapy and oral contraceptives, tubal ligation, hysterectomy, other surgery), screening histories, and sociodemographic information (smoking, alcohol, education). A detailed family history of cancer was also taken in each case; this inquired about age of diagnosis and type of cancer in all female and male first-, second-, and third-degree relatives.

**Statistical methods.** In the case-control analysis of the data, relative risk estimates and corresponding 95% confidence intervals were calculated by unconditional logistic regression and maximum likelihood estimation. Multivariate unconditional logistic regression was used to allow for the simultaneous examination of multiple risk factors. Tests of statistical significance were based on differences in the log likelihoods, and all $P$ values are 2-sided. Comparisons between continuously distributed variables were made with the Wilcoxon test. The Fisher exact test was used where appropriate. In the cohort analysis we used a univariate Cox proportional hazards model. The statistical analysis was conducted with the SAS software package (SAS Institute, Inc, Cary, NC).

### Results

A total of 170 case patients with ovarian cancer and 170 population-based control subjects were interviewed in 1995. Case patients were born between 1910 and 1969, and their mean age at diagnosis was 53.7 years. Their

Volume 179, Number 2
Am J Obstet Gynecol

Godard et al   405

**Table II.** Cumulative incidences of cancer to the age of 70 years among first-degree relatives of case patients and control subjects

| Site | Case relatives (%) | Control relatives (%) | Cox proportional hazards | | Significance |
|------|------|------|------|------|------|
| | | | RR | 95% CI | |
| Any | | | | | |
| Female | 25.5 | 15.0 | 1.84 | 1.34-2.54 | $P = .0002$ |
| Male | 19.4 | 11.8 | 1.65 | 1.10-2.49 | $P = .015$ |
| Both sexes | 22.6 | 13.5 | 1.77 | 1.38-2.28 | $P < .0001$ |
| Breast | 12.6 | 3.4 | 3.68 | 2.03-6.66 | $P < .0001$ |
| Ovary | 2.7 | 2.3 | 1.32 | 0.52-3.34 | $P = .56$ |
| Prostate | 1.4 | 0.9 | 1.67 | 0.28-10.0 | $P = .57$ |
| Colon | | | | | |
| Female | 3.0 | 2.4 | 1.09 | 0.43-2.74 | $P = .86$ |
| Male | 5.0 | 2.1 | 2.35 | 0.89-6.18 | $P = .08$ |
| Both sexes | 4.0 | 2.3 | 1.59 | 0.82-3.06 | $P = .17$ |
| Leukemia | | | | | |
| Female | 1.5 | 0.2 | 6.22 | 0.75-51.67 | $P = .05$ |
| Male | 0.40 | 0.0 | ∞ | — | $P = .15$ |
| Both sexes | 1.00 | 0.1 | 8.25 | 1.03-66.01 | $P = .02$ |

*RR*, Relative risk; *CI*, confidence interval.

mean age at interview was 55.9 years, compared with a mean age of control subjects of 56.7 years. The distribution of the tumor types is presented in Table I.

**Family history.** We recorded current age, age at death, age at diagnosis of cancer, and cancer site in the relatives of case patients and control subjects. This enabled us to construct 2 historical cohorts, 1 composed of the relatives of case patients and the other of the relatives of control subjects. The cumulative incidence of cancer to the age of 70 years among the relatives of case patients compared with those of control subjects is shown in Table II. The risk of cancer was significantly higher among both female and male relatives of the case patients than those of the control subjects.

The relative risk of any cancer was 1.77 among the relatives of case patients with respect to the relatives of control subjects ($P < .0001$). It is surprising that the relative risks of any cancer were similar in the female and male relatives of the index case patients and control subjects (1.84 vs 1.65). There was a significant excess of breast cancer (relative risk 3.68, $P < .0001$) but not ovarian cancer (relative risk 1.32, $P = .56$) among the relatives of women with ovarian cancer. An eightfold excess of leukemia among the relatives of case patients was observed ($P = .017$).

Families with a total of ≥4 cases of ovarian cancer or of breast cancer in members <55 years old are generally considered to represent examples of hereditary cancer. Seven of the 170 case patients (4.1%) fit into this category. In the following analyses we refer to case patients with a positive family history as having familial cancer (≥1 person with breast cancer diagnosed at <55 years old or 1 other case of ovarian cancer in addition to the proband, on the same side of the family). Fifty-eight women satisfied this criterion. Some of these were due to predispos-

ing genes and others were due to chance aggregations. The disease of case patients with a negative family history is referred to as sporadic.

The average age at onset of the familial case patients was younger than that of the sporadic case patients (51.2 vs 55.2 years; $P = .04$). The average age at onset of the invasive serous tumors was also younger for the familial cancers (54.0 years) than for the sporadic cancers (58.6 years). The distributions of the histologic subtypes were not different for the familial and sporadic invasive tumors (Table I). Only 7% of tumors in the familial group were borderline tumors, whereas 16% in the nonfamilial group were borderline tumors ($P = .09$). Surprisingly, there was no deficit of mucinous tumors among the familial ovarian cancer case patients (5/54 vs 10/93; Table I).

**Reproductive, hormonal and other risk factors: Univariate analyses.** Although case patients and control subjects did not significantly differ by age at menarche, familial case patients had menarche later (13.3 years) than did sporadic case patients (12.8 years, $P = .038$; Table III). The mean ages at first childbirth were similar for case patients and control subjects, but the mean age at last childbirth was significantly younger for case patients (29.0 years) than for control subjects (30.9 years, $P = .003$), suggesting that late childbirth is protective. Additionally, the mean age at last childbirth was younger for familial case patients (28.2 years) than for sporadic case patients (29.5 years, $P = .19$), suggesting that this protection may be stronger for familial case patients. The interval between first and last childbirth was significantly longer for the control subjects (mean 4.3 years) than for the case patients (mean 3.1 years, $P = .032$). Neither nulliparity nor low parity was a significant risk factor in this study.

As expected, the proportion of ovarian cancer case pa-

August 1998
Am J Obstet Gynecol

**Table III.** Reproductive factors and oral contraceptive use in control subjects, sporadic and familial ovarian cancer

| | Case versus control | | | | | Sporadic versus familial* | | | | |
| | Control | | Case | | | Sporadic | | Familial | | |
| | No. | Mean | No. | Mean | P | No. | Mean | No. | Mean | P† |
|---|---|---|---|---|---|---|---|---|---|---|
| Age at menarche (y) | 170 | 12.7 | 169 | 13.0 | .16 | 111 | 12.8 | 57 | 13.3 | .038 |
| Age at menopause‡ (y) | 49 | 48.5 | 54 | 48.5 | .99 | 39 | 48.5 | 15 | 48.3 | .82 |
| Parity | 170 | 2.1 | 170 | 1.8 | .16 | 111 | 1.8 | 58 | 1.8 | .95 |
| Age at first childbirth (y) | 126 | 25.2 | 122 | 24.6 | .28 | 79 | 24.8 | 42 | 24.3 | .51 |
| Age at last childbirth (y) | 126 | 30.9 | 122 | 29.0 | .0028 | 79 | 29.5 | 42 | 28.2 | .19 |
| Total No. of childbearing years | 170 | 4.3 | 170 | 3.1 | .032 | 111 | 3.3 | 58 | 2.8 | .47 |
| Use of oral contraceptives (% yes) | 170 | 61.8 | 170 | 50.0 | .038 | 111 | 46.8 | 58 | 55.2 | .33 |
| Oral contraceptive use duration (y) | 152 | 4.0 | 154 | 2.5 | .0065 | 102 | 2.7 | 51 | 2.2 | .51 |
| Age at first oral contraceptive use (y) | 101 | 26.3 | 81 | 23.1 | .0055 | 49 | 23.1 | 31 | 23.2 | .96 |
| Age at last oral contraceptive use (y) | 87 | 32.9 | 69 | 28.6 | .0016 | 43 | 29.5 | 25 | 27.6 | .27 |
| Tubal ligation (% yes) | 170 | 21.2 | 169 | 13.6 | .085 | 110 | 12.7 | 58 | 13.8 | .82 |

*Sporadic* disease was defined as occurring in patients with no first-, second-, or third-degree relatives with breast cancer diagnosed at <55 years or with ovarian cancer at any age. *Familial* disease was defined as occurring in patients with ≥1 first-, second-, or third-degree relative with breast cancer diagnosed at <55 years or with ovarian cancer at any age.

*In 1 case the familial or sporadic status was unknown.

†The *P* value here compares the means of the sporadic with the familial case patients.

‡Age at menopause was limited to women <55 years old at diagnosis or survey and also to those women who had a natural menopause.

**Table IV.** Other factors

| | Case versus control | | | | | Sporadic versus familial | | | | |
| | Control | | Case | | | Sporadic | | Familial | | |
| | No. | % Yes | No. | % Yes | P | No. | % Yes | No. | % Yes | P* |
|---|---|---|---|---|---|---|---|---|---|---|
| Alcohol use | 170 | 28.8 | 170 | 38.8 | .066 | 111 | 39.6 | 58 | 36.2 | .74 |
| Perineal talc use | 170 | 4.7 | 170 | 10.6 | .064 | 111 | 9.91 | 58 | 12.1 | .79 |
| Breast surgery† | 164 | 7.9 | 157 | 15.3 | .053 | 107 | 19.6 | 49 | 6.12 | .032 |
| Abdominal surgery | 170 | 38.8 | 169 | 36.6 | .91 | 110 | 43.6 | 58 | 32.8 | .19 |

*The *P* value here compares the means of the sporadic with the familial case patients.

†Included as having breast surgery were those who responded with: "nodule," "cyst," or "adenoma." Excluded were those who responded "breast cancers," "breasts implants," and "mammary reduction."

tients who had ever taken oral contraceptives was lower than for control subjects (50% vs 61.8%, *P* = .038). Familial case patients were as likely as sporadic case patients to have ever used oral contraceptives. The mean age at last use of oral contraceptives for all case patients was 28.6 years, compared with 32.9 years for control subjects (*P* = .0016), suggesting that late use of oral contraceptives is protective. Among oral contraceptive users, familial case patients had younger mean age (27.6 years) at last oral contraceptive use than did sporadic case patients (29.5 years), and they used oral contraceptives for a shorter total period (2.2 years) than did sporadic case patients (2.7 years). Although neither of these 2 comparisons were significantly different, they suggest that the protective effect of oral contraceptives may be stronger for familial case patients. In summary, compared with control subjects, case patients began taking oral contraceptives at a younger age but continued for a shorter period. This difference was more marked for the familial case patients. It should be noted that the differences between the subgroups in duration of use of oral contraceptives that we observed were rather small and nonsignificant and should therefore be interpreted cautiously. Significantly more case patients than control subjects had ever had previous breast surgery for nonmalignant conditions (Table IV), and perineal talc application was also more common in case patients. There were no significant differences between case patients and control subjects with respect to anthropometric variables.

**Borderline tumors.** Women with borderline tumors

**Table V.** Multivariate model

| | All case patients (n = 153) versus control subjects (n = 152) | | | Sporadic case patients (n = 101) versus control subjects (n = 152) | | | Familial case patients (n = 51) versus control subjects (n = 152) | | |
|---|---|---|---|---|---|---|---|---|---|
| | RR | 95% CI | P | RR | 95% CI | P | RR | 95% CI | P |
| Age at diagnosis* | 0.98 | 0.95-1.01 | .14 | 0.99 | 0.96-1.02 | .33 | 0.97 | 0.93-1.00 | .06 |
| Age at last childbirth† | | | | | | | | | |
| Never pregnant | 0.63 | 0.33-1.19 | .16 | 0.77 | 0.38-1.59 | .48 | 0.46 | 0.18-1.21 | .12 |
| 30-44 y | 0.63 | 0.34-1.15 | .13 | 0.80 | 0.41-1.58 | .52 | 0.38 | 0.16-0.90 | .027 |
| Age at menarche‡ | 1.07 | 0.92-1.25 | .40 | 1.01 | 0.85-1.20 | .92 | 1.26 | 1.01-1.57 | .041 |
| Age at last oral contraceptive use§ | | | | | | | | | |
| 17-25 y | 0.96 | 0.37-2.48 | .93 | 0.84 | 0.28-2.55 | .76 | 0.99 | 0.28-3.51 | .99 |
| 25-35 y | 0.26 | 0.12-0.57 | .0007 | 0.25 | 0.10-0.62 | .0027 | 0.26 | 0.08-0.79 | .017 |
| 35-43 y | 0.24 | 0.10-0.55 | .0008 | 0.25 | 0.10-0.64 | .0036 | 0.17 | 0.036-0.83 | .028 |
| Tubal ligation or hysterectomy‖ | 0.51 | 0.30-0.88 | .016 | 0.51 | 0.27-0.95 | .033 | 0.57 | 0.26-1.27 | .17 |
| Talc use¶ | 2.49 | 0.94-6.58 | .066 | 2.45 | 0.85-7.07 | .098 | 3.25 | 0.85-12.4 | .084 |
| Alcohol use | | | | | | | | | |
| 0-4 drinks/wk# | 1.58 | 0.75-3.33 | .23 | 1.65 | 0.77-3.79 | .23 | 1.28 | 0.46-3.61 | .64 |
| 4-10 drinks/wk# | 2.00 | 0.96-4.17 | .063 | 2.58 | 1.17-5.68 | .019 | 0.94 | 0.28-3.10 | .92 |
| ≥10 drinks/wk# | 0.46 | 0.13-1.69 | .24 | 0.56 | 0.13-2.37 | .43 | 0.30 | 0.033-2.71 | .28 |

Ten case patients with no family history of breast or ovarian cancer (sporadic), 7 case patients with family history (familial), and 18 control subjects had missing observations for some of the covariates.

*Age at diagnosis for case patients or current age for control subjects, defined continuously.

†Age at last childbirth is defined categorically. Reference group is last childbirth at 17 to 29 years.

‡Age at first menstrual period, defined continuously.

§Age at last use of oral contraceptives, with baseline no use of oral contraceptives.

‖Tubal ligation or hysterectomy, yes versus no tubal ligation or hysterectomy (without oophorectomy), with baseline of no.

¶Use of talc on perineum, ever versus never, with baseline of never.

#Number of drinks per week, with baseline no drinks per week.

were younger (mean age at diagnosis of 44.4 years) than those with invasive tumors (mean age at diagnosis of 55.1 years). The risk for borderline tumors was less clearly reduced among women who had used oral contraceptives. The mean duration of oral contraceptive intake among women with borderline tumors (4.05 years) was greater than among those with invasive carcinoma (2.31 years). As with invasive cancers, nulliparity was not a risk factor for borderline tumors (relative risk 0.75, *P* = .61).

**Multivariate analysis.** We incorporated all the significant variables from the univariate analysis into the final unconditional logistic regression model. In the model we also included other variables that had previously been reported to be of possible etiologic relevance but were of borderline significance in the univariate analysis in our study (Table V). The most striking finding in the adjusted analysis is that for all categories of case patients versus control subjects a late age at last use of oral contraceptives is a strong protective factor (relative risk 0.24, *P* = .0008). Various models were assessed, and age at last oral contraceptive use resulted in lower *P* values and −2 log likelihood values than did age at first use or duration of oral contraceptive use (Table III and data not shown). We therefore used the former parameter in the multivariate analysis. Tubal ligation or hysterectomy (without oophorectomy) was a protective factor (relative risk 0.51, *P* = .016). Use at any time of talc in the perineal region was a positive risk factor (relative risk 2.49), but this result did not reach significance. Moderate alcohol con-

sumption was a positive risk factor for ovarian cancer (relative risk 2.00), but this result was not statistically significant (*P* = .063).

For case patients with a stronger family history of breast or ovarian cancer (≥1 other family members with breast cancer at age <55 years or ovarian cancer at any age), the effects of age at menarche, age at last oral contraceptive use, tubal ligation, and perineal talc application appear to be as strong as, or stronger than, those in the sporadic case patients (Table V). Of particular note is that a late age at last childbirth is highly protective against ovarian cancer in women who have ≥1 other relative with ovarian cancer or breast cancer diagnosed at age <55 years (relative risk 0.38, *P* = .027).

## Comment

**Family history.** We estimate that the hereditary proportion of ovarian cancer in the French Canadian population of Quebec is between 4% and 10%. The lower estimate is base on the observation of 7 families with ≥4 relatives with breast cancer diagnosed at <55 years (or ovarian cancer at any age) among 170 unselected case patients. The higher estimate includes the 17 families with ≥3 such patients (including the index case patient herself). Narod et al[19] used slightly more stringent criteria to estimate that the hereditary fraction of ovarian cancer in southern Ontario was approximately 3% to 7%. They noted that the estimated hereditary proportions of ovarian cancer may be different in other populations,

August 1998
Am J Obstet Gynecol

**Table VI.** Effect of duration of use of oral contraceptives on risk of ovarian carcinoma

| | Duration of oral contraceptive use | | | | |
| | 0-1 y | 1-5 y | 6-10 y | 11-25 y | Total |
|---|---|---|---|---|---|
| Control subjects | 66 | 35 | 35 | 16 | 152 |
| Case patients | 88 | 36 | 23 | 7 | 154 |
| TOTAL | 154 | 71 | 58 | 23 | 306 |
| Relative risk | 1.0 | 0.77 | 0.49 | 0.33 | — |
| 95% confidence interval | — | 0.44-1.36 | 0.27-0.91 | 0.13-0.82 | — |
| P | — | .39 | .03 | .024 | — |

both because the frequencies of susceptibility mutations may differ and because varying fertility patterns may lead to differences in average family size. Thus the slightly higher figure reported here, for a province with a relatively small founding population, an established increased incidence of some genetic diseases,[26] and typically large family sizes, is consistent with figures from the Ontario study.

Analyzing the data as a case-control study (rather than as a cohort study), we observed a relative risk of 1.93 (95% confidence interval 0.85 to 4.38) for a family history of ovarian cancer in any first-, second-, or third-degree relative. This figure is comparable to that reported in previous case-control studies. It is apparent that a family history of ovarian cancer is probably the strongest risk factor for ovarian cancer. One strength of our study is that we have included information on breast cancer in the relatives. This is important because breast cancer is more common than ovarian cancer and because breast cancer is more likely to occur in a *BRCA1-* or *BRCA2*-positive pedigree than is ovarian cancer. Thus if we are attempting to determine the hereditary contribution to ovarian cancer, we must question ovarian cancer case patients about both ovarian and breast cancer in their families.

Two genes (*BRCA1* and *BRCA2*) that predispose toward development of ovarian cancer have been identified, and it is possible to directly determine the proportion of ovarian cancer attributable to mutations in these genes. A number of studies have estimated that this proportion is 3% to 26%, depending on the population and the gene studied.[14, 15, 27-31] The absence of a family history does not rule out the possibility of a mutation in *BRCA1* and *BRCA2*, even in cases in which the mutation is known to be of ancient origin. In this study we did not analyze the case patients for mutations, but it will be interesting to determine the frequencies of *BRCA1* and *BRCA2* mutations among French Canadian women with ovarian cancer.

We used a historical cohort approach to analyze the data; this increases the information that can be gathered from the pedigree. In this study there was an overall excess of cancer at all sites in men and women, with

leukemia (relative risk 8.25, 6 cases observed, 1 case expected) showing the largest relative risk (Cox proportional hazard relative risk, Table II). Among female first-degree relatives of case patients, breast cancer was seen in significant excess compared with relatives of control subjects (relative risk 3.68, P = .0001). Interestingly, there was no significant excess of ovarian cancer (relative risk 1.32, P = .56). Among male relatives the relative risk for colon cancer was 2.35 (13 cases observed, 6 expected, P = .075). There was no excess of colon cancer among female relatives. Previous case-control studies of ovarian cancer have shown that ovarian,[2-5, 18, 22-25] breast,[5, 25] colon,[4] pancreatic,[2] and prostate cancers[4] are all significantly overrepresented among the relatives of women with ovarian cancer. However, only the Utah study[2] was able to study distant relatives systematically, and only our study used a historic cohort approach to calculate the relative risks in a proportional hazards model. In a study of the first-degree relatives of women with breast, ovarian, or endometrial cancer, a significant excess of ovarian and breast cancer was seen among the relatives of women with either breast or ovarian cancer.[32] In fact, the risk of breast cancer was not significantly different for women with a family history of ovarian cancer rather than breast cancer. A record linkage study from Iceland[33] also showed a significant 90% excess of ovarian cancer among the first-degree relatives of women with breast cancer. However, this was not seen in the United Kingdom Office of Population, Censuses and Surveys studies of ovarian and breast cancer.[34, 35] Thus, considering all studies together, it is likely that a personal history of ovarian cancer is significantly associated with a family history of breast or ovarian cancer, and a family history of breast cancer should always be sought in any woman at risk for ovarian cancer.

**Oral contraception, reproductive risk factors, and tubal ligation.** The most striking findings in our study are the protective effects of late use of oral contraceptives, a long interval between first and last live childbirth, and a late age at last childbirth (Tables III and V). Many other studies have shown oral contraceptive use to be inversely associated with ovarian cancer. Hankinson et al[10] reana-

Volume 179, Number 2
Am J Obstet Gynecol

lyzed 20 epidemiologic studies and found a summary relative risk of 0.64 (95% confidence interval 0.57 to 0.73) for use of oral contraceptives at any time. They also found that the effect was strongest in women who had >5 years of use. By contrast, in a reanalysis of 12 US case-control studies no extra protective effect after 6 years of use was found.[8] In our study we found that an increasing duration of use of oral contraceptives was associated with a decreasing risk (relative risk 0.89, $P = .00013$) for each year of use and, unlike Whittemore et al,[8] we observed no diminution of effect with increasing number of years of use. In fact we noted a marked trend toward increasing protection against ovarian carcinoma with increasing duration of use of oral contraceptives (Table VI). Among women who had used oral contraceptives for >6 years, there was a suggestion that oral contraceptive use was more protective for those who continued use beyond 10 years rather than stopping after 10 years (the relative risk for 11 to 25 years of use vs 6 to 10 years of use was 0.67, $P = .61$). Compared with those who took oral contraceptives for <5 years, those with 11 to 25 years of use resulted in a relative risk of 0.43 ($P = .10$). Hormone replacement therapy has not been shown to be a risk factor for ovarian cancer,[8] and this finding was confirmed in our study.

An early age at menarche is a risk factor for ovarian cancer, but the risk increase is relatively small, ranging from 1.2 to 1.5 when comparing commencement of menarche at <12 years with commencement at >15 years.[36] In our study case patients and control subjects did not significantly differ with respect to age of menarche, but familial case patients had menarche later (13.3 years) than did sporadic case patients (12.8 years, $P = .038$; Table III). This difference was maintained in the multivariate analysis (Table V). High parity is protective,[8] but in this study we showed that in an adjusted analysis a late age at last childbirth and a long interval between first and last live childbirth were more important than the total number of pregnancies or the age at first childbirth (Table V). A large, nested case-control study from Sweden showed that a late age at first childbirth was more protective than high parity.[7] In the review by Parazzini et al[36] of 16 previous studies, however, only 1 suggested that a late first childbirth was more protective than an early first childbirth. It is intriguing that in a study of *BRCA1* carriers a late age at last childbirth was protective against ovarian cancer and there was no increased risk associated with nulliparity.[37] There was no protective effect of high parity against familial ovarian cancer in the Utah study.[2]

We found that tubal ligation or hysterectomy (without oophorectomy) was protective (adjusted relative risk 0.51, $P = .016$; Table V). There was no change in the point estimates of the risk reduction among those with a family history of breast or ovarian cancer compared with those without a family history. Tubal ligation has previously been associated with a reduced risk of ovarian cancer. In a large, prospective study, Hankinson et al[9] observed a strong inverse association between tubal ligation and ovarian cancer that persisted after adjustment for age, oral contraceptive use, parity, and other ovarian cancer risk factors (relative risk 0.33, 95% confidence interval 0.16 to 0.64). They also noted a weaker inverse association between simple hysterectomy and ovarian cancer. The protective effect of hysterectomy is increased if the operation is carried out at a younger age.[8, 9] Whether tubal ligation has its effect by preventing external carcinogenic agents from reaching the ovary or by alteration of the local environment of the ovary is not known.

**Alcohol and talc as potential risk factors for ovarian cancer.** In this study we found that moderate alcohol consumption (between 4 and 10 drinks per week compared with no alcohol use) was nonsignificantly associated with ovarian cancer (relative risk 2.00, $P = .063$). Other studies have also reported that moderate to high alcohol consumption is nonsignificantly associated with ovarian cancer.[12, 13, 38] Perineal talc use was a nonsignificant risk factor in our study (relative risk 2.49, $P = .064$). Talc has been previously implicated in the development of ovarian cancer.[11, 13] Although there are reports of talc embedded in human ovarian tissue and of talc migrating through the human female reproductive tract, the literature reviewed does not provide any convincing evidence that pure cosmetic talc, when used as intended, presents a health risk to women.[11, 39, 40]

**Familial and sporadic ovarian cancer: Are the risk factors the same?** Early detection of ovarian cancer is difficult. No screening procedure has been shown to reduce mortality rates, and no single test has yet proved to be practical for population screening. However, it is possible that those at higher risk may be more likely to benefit from screening procedures, because the positive predictive value of a screening test depends in part on the prevalence of the disease in the population under study. The inherited fraction of ovarian cancer in this study is between 4% and 10%, and perhaps we should direct our preventive and early detection efforts toward these women at higher risk. Women with a family history of ovarian cancer are more likely to carry mutations in highly penetrant cancer-predisposing genes. The findings of this study raise the possibility that preventive measures such as oral contraceptive use and tubal ligation may be effective in preventing ovarian cancer in persons at high risk. The findings that a late age of last use of oral contraceptive, a late age of last childbirth and a prolonged interval between first and last childbirth are protective suggest that the timing of the intervention is important. For example, hysterectomy appears to be most protective when it is carried out in the early to middle

410  Godard et al

August 1998
Am J Obstet Gynecol

40s.[8, 9] Anovulation appears to be a protective state for ovarian cancer, but the protective effects of oral contraceptive and pregnancy may change with time.[41]

We thank the many physicians and surgeons in Montreal for their cooperation in determining the eligibility of case patients and in facilitating the case patient interviews, in particular Drs P. Drouin, P. Audet-Lapointe, J. Dubuc-Lissoir, and P. Gautier.

## REFERENCES

1. National Cancer Institute of Canada. Canadian cancer statistics, 1996. Ottawa: National Cancer Institute of Canada; 1996. p. 20-5.
2. Kerber RA, Slattery ML. The impact of family history on ovarian cancer risk: the Utah population database. Arch Intern Med 1995;155:905-12.
3. Hildreth NG, Kelsey JL, LiVolsi VA, Fischer DB, Holford TR, Mostow ED, et al. An epidemiologic study of epithelial carcinoma of the ovary. Am J Epidemiol 1981;114:398-405.
4. Cramer DW, Hutchison GB, Welch WR, Scully RE, Ryan KJ. Determinants of ovarian cancer risk. I. Reproductive experiences and family history. J Natl Cancer Inst 1983;71:711-6.
5. Mori M, Harabuchi I, Miyake H, Casagrande JT, Henderson BE, Ross RK. Reproductive, genetic, and dietary risk factors for ovarian cancer. Am J Epidemiol 1988;128:771-7.
6. Hartge P, Schiffman MH, Hoover R, McGowan L, Lesher L, Norris HJ. A case-control study of epithelial ovarian cancer. Am J Obstet Gynecol 1989;161:10-6.
7. Adami HO, Hsieh CC, Lambe M, Trichopoulos D, Leon D, Persson I, et al. Parity, age at first childbirth, and risk of ovarian cancer. Lancet 1994;344:1250-4.
8. Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1184-203.
9. Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer: a prospective study. JAMA 1993;270:2813-8.
10. Hankinson SE, Colditz GA, Hunter DJ, Spencer TL, Rosner B, Stampfer MJ. A quantitative assessment of oral contraceptive use and risk of ovarian cancer. Obstet Gynecol 1992;80:708-14.
11. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254-60.
12. Polychronopoulou A, Tzonou A, Hsieh CC, Kaprinis G, Rebelakos A, Toupadaki N, et al. Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. Int J Cancer 1993;55:402-7.
13. Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228-40.
14. Takahashi H, Behbakht K, McGovern PE, Chiu HC, Couch FJ, Weber BL, et al. Mutation analysis of the BRCA1 gene in ovarian cancers. Cancer Res 1995;55:2998-3002.
15. Takahashi H, Chiu HC, Bandera CA, Behbakht K, Liu PC, Couch FJ, et al. Mutations of the BRCA2 gene in ovarian carcinomas. Cancer Res 1996;56:2738-41.
16. Lynch HT, Smyrk TC, Watson P, Lanspa SJ, Lynch JF, Lynch PM, et al. Genetics, natural history, tumor spectrum, and pathology of hereditary nonpolyposis colorectal cancer: an updated review. Gastroenterol 1993;104:1535-49.
17. Easton DF, Ford D, Bishop DT. Breast and ovarian cancer incidence in BRCA1-mutation carriers. Breast Cancer Linkage Consortium. Am J Hum Genet 1995;56:265-71.
18. Schildkraut JM, Thompson WD. Familial ovarian cancer: a population-based case-control study. Am J Epidemiol 1988;128:456-66.
19. Narod SA, Madlensky L, Bradley L, Cole D, Tonin P, Rosen B, et al. Hereditary and familial ovarian cancer in southern Ontario. Cancer 1994;74:2341-6.
20. Steichen-Gersdorf E, Gallion HH, Ford D, Girodet C, Easton DF, DiCioccio RA, et al. Familial site-specific ovarian cancer is linked to BRCA1 on 17q12-21. Am J Hum Genet 1994;55:870-5.
21. Foulkes WD, Narod SA. Hereditary breast and ovarian cancer: epidemiology, genetics, screening and predictive testing. Clin Invest Med 1995;18:473-83.
22. Casagrande JT, Louie EW, Pike MC, Roy S, Ross RK, Henderson BE. "Incessant ovulation" and ovarian cancer. Lancet 1979;2:170-3.
23. McGowan L, Parent L, Lednar W, Norris HJ. The woman at risk for developing ovarian cancer. Gynecol Oncol 1979;7:325-44.
24. Koch M, Gaedke H, Jenkins H. Family history of ovarian cancer patients: a case-control study. Int J Epidemiol 1989;18:782-5.
25. Parazzini F, Negri E, La Vecchia C, Restelli C, Franceschi S. Family history of reproductive cancers and ovarian cancer risk: an Italian case-control study. Am J Epidemiol 1992;135:35-40.
26. Heyer E, Tremblay M. Variability of the genetic contribution of Quebec population founders associated to some deleterious genes. Am J Hum Genet 1995;56:970-8.
27. Teng DH, Bogden R, Mitchell J, Baumgard M, Bell R, Berry S, et al. Low incidence of BRCA2 mutations in breast carcinoma and other cancers. Nature Genet 1996;13:241-4.
28. Miki Y, Katagiri T, Kasumi F, Yoshimoto T, Nakamura Y. Mutation analysis in the BRCA2 gene in primary breast cancers. Nat Genet 1996;13:245-7.
29. Lancaster JM, Wooster R, Mangion J, Phelan CM, Cochran C, Gumbs C, et al. BRCA2 mutations in primary breast and ovarian cancers. Nat Genet 1996;13:238-40.
30. Merajver SD, Pham TM, Caduff RF, Chen M, Poy EL, Cooney KA, et al. Somatic mutations in the BRCA 1 gene in sporadic ovarian tumours. Nat Genet 1995;9:439-43.
31. Friedman E, Gak E, Theodor L, et al. BRCA1 185delAG mutation in ovarian cancer patients and in Iraqi Jews in Israel [abstract 350]. Am J Hum Genet 1996;59 Suppl:A67.
32. Schildkraut JM, Risch N, Thompson WD. Evaluating genetic association among ovarian, breast, and endometrial cancer: evidence for a breast/ovarian cancer relationship. Am J Hum Genet 1989;45:521-9.
33. Tulinius H, Egilsson V, Olafsdottir GH, Sigvaldason H. Risk of prostate, ovarian, and endometrial cancer among relatives of women with breast cancer. BMJ 1992;305:855-7.
34. Easton DF, Matthews FE, Ford D, Swerdlow AJ, Peto J. Cancer mortality in relatives of women with ovarian cancer—the OPCS study. Int J Cancer 1996;65:284-94.
35. Peto J, Easton DF, Matthews FE, Ford D, Swerdlow AJ. Cancer mortality in relatives of women with breast cancer: the OPCS study. Int J Cancer 1996;65:275-83.
36. Parazzini F, Franceschi S, La Vecchia C, Fasoli M. The epidemiology of ovarian cancer. Gynecol Oncol 1991;43:9-23.
37. Narod SA, Goldgar D, Cannon-Albright L, Weber B, Moslehi R, Ives E, et al. Risk modifiers in carriers of BRCA1 mutations. Int J Cancer 1995;64:394-8.
38. La Vecchia C, Negri E, Franceschi S, Parazzini F, Gentile A, Fasoli M. Alcohol and epithelial ovarian cancer. J Clin Epidemiol 1992;45:1025-30.
39. Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington, DC, metropolitan area, 1978-1981. J Occup Med 1994;36:924-7.
40. Wehner AP. Biological effects of cosmetic talc. Food Chem Toxicol 1994;32:1173-84.
41. Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1212-20.

Exhibit 29

*Int. J. Cancer:* **81**, 351–356 (1999)
© 1999 Wiley-Liss, Inc.



Publication of the International Union Against Cancer
Publication de l'Union Internationale Contre le Cancer

# GENITAL TALC EXPOSURE AND RISK OF OVARIAN CANCER

Daniel W. Cramer[1]*, Rebecca F. Liberman[1], Linda Titus-Ernstoff[2], William R. Welch[3], E. Robert Greenberg[2], John A. Baron[2] and Bernard L. Harlow[1]

[1]*Obstetrics-Gynecology Epidemiology Center, Department of Obstetrics and Gynecology, Brigham and Women's Hospital, Boston, MA, USA*
[2]*Department of Pathology, Brigham and Women's Hospital, Boston, MA, USA*
[3]*Norris Cotton Cancer Center, Dartmouth-Hitchcock Medical Center, Lebanon, NH, USA*

Epidemiologic studies have suggested an increased risk for ovarian cancer associated with the use of talcum powder in genital hygiene, but the biologic credibility of the association has been questioned. We conducted a population-based case-control study in eastern Massachusetts and New Hampshire involving 563 women with newly diagnosed epithelial ovarian cancer and 523 control women selected either by random digit dialing or through lists of residents. Use of body powders was assessed through personal interview and the exposure odds ratio (OR) for the use of talc in genital hygiene was calculated. Cases were more likely than controls (45% *vs.* 36%) to have used talc as a body powder in some manner, and the excess was confined to patients who used talc on the perineum directly or as a dusting powder to underwear or sanitary napkins. Relative to women who never used body powder or used it only in non-genital areas, the OR (and 95% confidence interval) associated with genital exposure to talc was 1.60 (1.18 and 2.15) after adjustment for age, study location, parity, oral contraceptive use, body mass index and family history of breast or ovarian cancer. Exposure prior to rather than after a first livebirth appeared to be more harmful, and the association was most apparent for women with invasive serous cancers and least apparent for those with mucinous tumors. We conclude that there is a significant association between the use of talc in genital hygiene and risk of epithelial ovarian cancer that, when viewed in perspective of published data on this association, warrants more formal public health warnings. *Int. J. Cancer 81:351–356, 1999.*
© 1999 Wiley-Liss, Inc.

An association between the use of talc in genital hygiene and ovarian cancer was first examined in an epidemiologic study in 1982 (Cramer *et al.,* 1982). An elevated odds ratio for genital talc exposure was observed in this study, in 8 of the largest subsequent epidemiological studies (Whittemore *et al.,* 1988; Booth *et al.,* 1989; Harlow *et al.,* 1992; Chen *et al.,* 1992; Purdie *et al.,* 1995; Shushan *et al.,* 1996; Cook *et al.,* 1997; Chang and Risch, 1997) and in a study of borderline tumors (Harlow and Weiss, 1989). Only 3 smaller studies reported a null association (Hartge *et al.,* 1983; Rosenblatt *et al.,* 1992, Tzonou *et al.,* 1993). Despite this consistency, the association is still viewed with skepticism based upon weak odds ratios, poor dose-response relationships and an incomplete understanding of the biological mechanism by which talc might lead to ovarian cancer. We have completed a large population-based case-control study of ovarian cancer which offers new perspectives on the validity of the talc and ovarian cancer association.

## MATERIAL AND METHODS

We conducted a population-based case-control study of women with newly diagnosed ovarian cancer who resided in eastern Massachusetts (MA) or New Hampshire (NH). Women with ovarian cancer were identified through hospital tumor boards and statewide cancer registries. Between 5/92 and 3/97, 1,080 cases of ovarian cancer were identified. After excluding 203 cases who had died or moved, had no telephone, did not speak English or had a non-ovarian primary tumor after review, 877 women remained eligible. Physicians denied permission to contact 126 (14%) of these women, and 136 cases (16%) declined to participate. Our

analysis is based upon data from 563 cases with epithelial ovarian cancer, including those with tumors of borderline malignancy.

We identified control women using random digit dialing (RDD) in which the sampling unit for an interviewed case comprised the 99 telephone numbers generated from the first 5 digits of her telephone number plus all remaining combinations of the last 2 digits (excluding the case's own number). These numbers were listed in random order and called to screen households for potential controls who were within 4 years of the age of the case. Excluding business and non-working numbers, approximately 5,400 calls yielded 10% of households in which the household member declined to provide a household census and 80% of households in which an age and sex matched control for a case could not be made or a potential control was ineligible because of a prior oophorectomy. Of the remaining 10% of households screened with a potential eligible control, 72% agreed to participate. RDD proved inefficient for identifying controls over age 60 in MA since a substantially greater number of households needed to be screened to obtain an older control. Except in NH where complete listings of residents were unavailable, we chose to identify older controls in MA by randomly selecting women through use of lists (townbooks) of all residents in towns by name, age, and address according to precinct. We matched older controls to cases by community and age within 4 years based on the townbooks. Of 328 sampled townbook controls, 21% could not be reached, 18% were ineligible and 30% declined to participate. This analysis includes a total of 523 RDD and townbook controls.

In introducing the study to potential cases and controls, specific hypotheses including the talc association were not discussed. After written informed consent, we assessed demographic information, menstrual and reproductive history, medical and family history and personal habits using an in-person interview. We assessed exposures occurring prior to a "reference date," defined as 1 year before the date of diagnosis for cases and the date of interview for controls. We asked whether women had "regularly used talc, baby, or deodorizing powders dusted or sprayed" to feet, arms or other non-genital areas, to the genital or rectal area, on sanitary napkins, or on underwear, with the latter 3 methods defined as "genital exposure" and either no use or use in non-genital areas defined as "no genital exposure." A husband's use of powder in his genital area was also assessed. Age at first use, types of powder(s) used, applications per month and total years of use in genital hygiene were assessed in talc users. We did not assess potential talc exposure from diaphragms or condoms, exposures not found to be associated with ovarian cancer in our previous studies (Cramer *et al.,* 1982; Harlow *et al.,* 1992).

Grant sponsor: National Cancer Institute; Grant number: R01 Ca54419.

*Correspondence to: Ob-Gyn Epidemiology Center, Brigham and Women's Hospital, 221 Longwood Avenue, Boston, MA 02115, USA. Fax: (617) 732–4899. E-mail: DWCramer@bics.bwh.harvard.edu

Received 28 August 1998; Revised 19 November 1998

352                                                                                           CRAMER *ET AL.*

TABLE I – PERINEAL TALC EXPOSURE[1] IN RELATION TO OVARIAN CANCER RISK
BY CHARACTERISTICS OF STUDY PARTICIPANTS

| | Cases | | Controls | | Age-adjusted[2] OR | (95% C.I.) |
|---|---|---|---|---|---|---|
| | Total | Talc exposure (%) | Total | Talc exposure (%) | | |
| Age | | | | | | |
| <50 | 266 | 66 (24.8) | 262 | 43 (16.4) | 1.68 | (1.09, 2.58) |
| ≥50 | 297 | 86 (29.0) | 261 | 52 (19.9) | 1.64 | (1.11, 2.43) |
| Study center | | | | | | |
| MA | 433 | 126 (29.1) | 411 | 85 (20.7) | 1.56 | (1.14, 2.14) |
| NH | 130 | 26 (20.0) | 112 | 10 (8.9) | 2.49 | (1.14, 5.45) |
| Education | | | | | | |
| ≤12 | 218 | 58 (26.6) | 171 | 28 (16.4) | 1.79 | (1.08, 2.97) |
| >12 | 344 | 93 (27.0) | 352 | 67 (19.0) | 1.59 | (1.10, 2.27) |
| Marital status | | | | | | |
| Never married | 110 | 31 (28.2) | 61 | 10 (16.4) | 1.77 | (0.78, 4.00) |
| Ever married | 453 | 121 (26.7) | 462 | 85 (18.4) | 1.62 | (1.18, 2.22) |
| Religion | | | | | | |
| Jewish | 54 | 18 (33.3) | 44 | 10 (22.7) | 1.69 | (0.68, 4.18) |
| Non-Jewish | 509 | 134 (26.3) | 479 | 85 (17.8) | 1.63 | (1.20, 2.22) |
| Weight | | | | | | |
| <140 | 237 | 57 (24.0) | 247 | 40 (16.2) | 1.60 | (1.02, 2.53) |
| ≥140 | 326 | 95 (29.1) | 275 | 55 (20.0) | 1.65 | (1.13, 2.42) |
| Use of OCs (months) | | | | | | |
| <3 or never | 334 | 98 (29.3) | 247 | 52 (21.0) | 1.55 | (1.06, 2.28) |
| ≥3 | 229 | 54 (23.6) | 276 | 43 (15.6) | 1.67 | (1.07, 2.61) |
| Number of liveborn children | | | | | | |
| 0 | 185 | 55 (29.7) | 106 | 20 (18.9) | 1.65 | (0.92, 2.98) |
| 1–2 | 212 | 49 (23.1) | 209 | 34 (16.3) | 1.56 | (0.95, 2.54) |
| 3+ | 166 | 48 (28.9) | 208 | 41 (19.7) | 1.69 | (1.04, 2.75) |
| Prior tubal ligation | | | | | | |
| No | 488 | 135 (27.7) | 437 | 76 (17.4) | 1.80 | (1.31, 2.47) |
| Yes | 75 | 17 (22.7) | 86 | 19 (22.1) | 0.98 | (0.46, 2.08) |
| Prior hysterectomy | | | | | | |
| No | 529 | 139 (26.3) | 487 | 88 (18.1) | 1.60 | (1.18, 2.16) |
| Yes[3] | 34 | 13 (38.2) | 36 | 7 (19.4) | 2.61 | (0.88, 7.78) |
| Family history of breast or ovarian cancer | | | | | | |
| No | 481 | 132 (27.4) | 462 | 87 (18.8) | 1.59 | (1.17, 2.17) |
| Yes | 82 | 20 (24.4) | 61 | 8 (13.1) | 2.21 | (0.89, 5.48) |

OR: odds ratio; CI: confidence interval; OCs: oral contraceptives.–[1]Sources of perineal talc exposure include dusting of underwear, diaphragms, sanitary napkins and/or dusting of genital area.–[2]Adjusted for age as a continuous variable.–[3]Excludes those with tubal ligation prior to hysterectomy.

For all cases studied, we reviewed pathology reports and sought slides in any instance where there was a discrepancy between histologic description and final diagnosis. After completing the review, cases were grouped according to the following histologic categories: serous cancers (including serous cystadenocarcinomas and surface papillary carcinomas), mucinous cancers, endometrioid and clear cell cancers, including mixed mesodermal or mixed epithelial with an endometrioid or clear cell component) and undifferentiated or other cancers. According to Young *et al.* (1994), serous tumors tend to be either borderline or invasive and seldom display a mixture while borderline and invasive grades often intermingle within other histologic types, especially the mucinous tumors. Based on this tendency, only serous borderline tumors were distinguished from invasive cancers when considering odds ratios by histologic type and grade.

Since matching was performed as the most convenient means for selecting controls comparable to cases in age and geographic locale and not as the principal means of controlling for confounding, matching was not preserved in the analysis. We analyzed our data by constructing frequency counts of cases and controls by study variables and by calculating crude odds ratios (OR). We then used unconditional logistic regression to adjust for the matching variables including age (continuous), study site (MA, NH), body mass index (continuous), which might have influenced likelihood of using body powder, and for variables strongly linked to ovarian cancer risk such as parity (0, 1 ), oral contraceptive use (never or <3 months, ≥3 months) and family history of breast or ovarian cancer (no, yes) and tubal ligation (no, yes). Most analyses were

performed by using the SAS system (SAS Institute, Cary, NC). Tests for linear trend were performed using the likelihood ratio test with continuous forms of the talc variables. Frequency counts from studies included in our review of published studies were entered into STATA (College Station, TX) to compute crude and combined odds ratios.

RESULTS

Table I summarizes data regarding how cases and controls differed demographically and by known risk factors for ovarian cancer, how these same variables influenced genital talc exposure among controls and how the association between talc use in the genital area and ovarian cancer varied among strata. Controls were more likely than cases to have gone beyond high school, to have married, to have had children and to have used oral contraceptives. In examining the frequency of talc use among controls, only study location significantly influenced likelihood of genital talc exposure. Women from New Hampshire were less likely to have used talc in the genital area compared to women from Massachusetts. Ovarian cancer cases in almost all strata were more likely to have used powder genitally compared to controls, with corresponding elevated odds ratios. A notable exception was the lack of an association between talc use and ovarian cancer among women who reported having had a tubal ligation.

Table II shows adjusted odds ratios by manner, type and frequency of powder use. A greater percentage of cases had regularly used powder in some manner compared to the controls.

TABLE II – ADJUSTED ODDS RATIOS FOR OVARIAN CANCER ASSOCIATED WITH TYPES
AND FREQUENCY OF POWDER USE

| Type of personal use | Cases | Controls | Adjusted OR[1] | (95% C.I.) |
|---|---|---|---|---|
| | Number (%) | Number (%) | | |
| No personal use | 312 (55.4) | 334 (63.9) | 1.0 | |
| Use, non-genital areas | 99 (17.6) | 94 (18.0) | 1.08 | (0.77, 1.50) |
| Use, dusting perineum | 71 (12.6) | 51 (9.8) | 1.45 | (0.97, 2.18) |
| Use, dusting sanitary napkin | 20 (3.6) | 12 (2.3) | 1.45 | (0.68, 3.09) |
| Use, dusting underwear | 8 (1.4) | 6 (1.2) | 1.21 | (0.40, 3.64) |
| Multiple uses genital area | 53 (9.4) | 26 (5.0) | 2.15 | (1.30, 3.57) |
| Genital use | | | | |
| No personal genital exposure | 411 (73.0) | 428 (81.8) | 1.0 | |
| Any personal genital exposure | 152 (27.0) | 95 (18.2) | 1.60 | (1.18, 2.15) |
| Longest used type of powder[2] | | | | |
| No genital use | 411 (73.4) | 428 (81.8) | 1.0 | |
| Talc | 148 (26.4) | 92 (17.6) | 1.69 | (1.26, 2.27) |
| Cornstarch | 1 (0.2) | 3 (0.6) | 0.31 | (0.03, 3.01) |
| Husband use[3,1] | | | | |
| No | 291 (87.6) | 346 (92.0) | 1.0 | |
| Yes | 41 (12.4) | 30 (8.00) | 1.52 | (0.92, 2.52) |
| Frequency of use per month[4] | | | | |
| <30 | 64 (11.5) | 28 (5.4) | 2.21 | (1.37, 3.56) |
| 30–39 | 59 (10.6) | 51 (9.8) | 1.17 | (0.78, 1.76) |
| 40+ | 23 (9.8) | 15 (2.9) | 1.57 | (0.80, 3.10) |

[1]Adjusted for age (continuous), study center (MA, NH), tubal ligation (ever, never), BMI (continuous), parity (0, ≥1), OC use (<3 months, ≥3 months), and primary relative with breast or ovarian cancer (yes, no) and other categories of genital talc use, except where noted.–[2]Adjusted for age (continuous), study center (MA, NH), and tubal ligation (ever, never) and other powder.–[3]Among married women with no personal genital talc use.–[4]Total of all uses in the genital area.

Relative to those with no use of a body powder, those who used powder only in non-genital areas did not have an increased risk of ovarian cancer [OR=1.08 (0.77 and 1.50)]. However, elevated ORs and (95% CI) were observed for women who directly powdered the genital or rectal area [1.45 (0.97 and 2.18)]; who dusted sanitary napkins 1.45 (0.68 and 3.09); who dusted underwear [1.21 (0.40 and 3.64)] and who used powder in multiple ways in the genital area [2.15 (1.30 and 3.57)]. There was a significant excess of cases who regularly used powder in some manner in the genital area, and the adjusted OR was similar whether the non exposed referent group was considered to be women with no use of talc anywhere [OR= 1.58, (1.16 and 2.16)] or women with no genital use including those who used it as a body powder in non-genital areas [OR= 1.60 (1.18 and 2.15)]. Few of the women in our study reported use of cornstarch rather than a talc-based powder leading to an imprecise and non-significant OR for ovarian cancer risk associated with its use in the genital area. Among married women who never personally used talc in the genital area, there was an increase of borderline significance in ovarian cancer risk for women whose husbands had used talc in their genital area [OR=1.52 (0.92, 2.52)]. When we examined all methods of genital talc use (except exposure from a husband), we found that most of those who used talc had 30 or more applications per month, but there was no apparent trend for increasing risk for ovarian cancer with increasing number of monthly applications.

Table III examines risk for ovarian cancer associated with ordinal categories related to duration or intensity of talc exposure in the genital area relative to women who never used talc or who used it only in non-genital areas. No clear linear trend was apparent in ORs for categories of age at first use, years of use or total applications. To examine dose response, each of these variables was used as a continuous variable in multivariate models. Linear trends were significant only in those models that included women who were not exposed. To duplicate an analysis performed in a previous report (Harlow et al., 1992), we examined total applications censored by excluding use after closure of the female tract or during non-ovulatory years. Although the ORs for the categories displayed a trend, once again only the multivariate model including the non-genitally exposed revealed a significant trend.

Table IV presents a more detailed analysis of the effect of genital use of talc in women who had no pregnancies at all, in women who had a pregnancy not resulting in a liveborn and in women with a liveborn pregnancy. In the latter 2 groups, we examined risk for ovarian cancer with the timing of talc use in relation to the first pregnancy. Genital talc use that began after a first pregnancy appeared to be associated with lower risk compared to use which began before the first pregnancy. The effect was more apparent among those with a liveborn. Eighty-five of 374 parous cases used at least some talc prior to their first liveborn compared to 64 of 416 parous controls, leading to an adjusted OR (95% CI) of 1.58 (1.10 and 2.29). In contrast, 8 of 378 parous cases used talc only after their first livebirth compared to 10 of 417 parous controls, leading to an adjusted OR(95% CI) of 0.97 (0.38 and 2.50) for ovarian cancer associated with talc use after a first livebirth.

Table V shows the average age and use of genital talc for all controls and for cases by histologic type of ovarian cancer. Average age differed by histologic type but did not account for the differences in ORs. The odd ratio for genital talc use was greatest (and significant) for invasive serous tumors and less than 1 only for mucinous tumors (invasive and borderline combined) after adjustment for age and other covariates.

DISCUSSION

Consistent with four recent case-control studies of ovarian cancer (Purdie et al., 1995, Sushan et al., 1996, Cook et al., 1997, Chang and Risch, 1997), our results demonstrate a significant association between the use of talc in genital hygiene and risk for ovarian cancer. In our discussion, we will examine whether this association satisfies traditional criteria for a causal association including consistency and strength of the association, potential biases, dose response and biological credibility.

Figure 1 summarizes data on risk for ovarian cancer with any genital use of talc from 14 case-control studies including this one. The combined odds ratio and 95% CI is 1.36 (1.24 and 1.49), which is statistically significant. Odds ratios deviating most from the pooled value were observed in the smaller studies, and the test for heterogeneity was not significant (p=0.085). Thus, the criteria for

354 CRAMER *ET AL.*

TABLE III – ADJUSTED ODDS RATIOS FOR OVARIAN CANCER ASSOCIATED WITH GENITAL USE OF TALC

| Type of exposure | Cases Number (%) | Controls Number (%) | Adjusted OR[1] | (95% C.I.) |
|---|---|---|---|---|
| No genital use | 411 (73.0) | 428 (81.8) | 1.0 | |
| Age at first use | | | | |
| <20 | 97 (17.4) | 67 (12.8) | 1.46 | (1.03, 2.07) |
| 20–25 | 36 (6.5) | 18 (3.4) | 1.87 | (1.03, 3.39) |
| >25 | 13 (2.3) | 9 (1.7) | 1.54 | (0.64, 3.72) |
| *p*-value for linear trend is 0.504 excluding non-exposed. | | | | |
| Years of use | | | | |
| <20 | 55 (9.9) | 31 (5.9) | 1.86 | (1.16, 3.00) |
| 20–30 | 32 (5.8) | 26 (5.0) | 1.33 | (0.76, 2.30) |
| >30 | 59 (10.6) | 37 (7.1) | 1.44 | (0.91, 2.26) |
| *p*-value for linear trend is 0.477 excluding non-genitally exposed and 0.062 including non-genitally exposed. | | | | |
| Total applications | | | | |
| <3000 | 51 (9.2) | 27 (5.2) | 1.84 | (1.12, 3.03) |
| 3000–10,000 | 36 (6.5) | 28 (5.4) | 1.43 | (0.84, 2.41) |
| >10,000 | 59 (10.6) | 39 (7.5) | 1.43 | (0.92, 2.22) |
| *p*-value for linear trend is 0.164 excluding non-genitally exposed and 0.472 including non-genitally exposed. | | | | |
| Applications censored[2] | | | | |
| <3000 | 59 (10.6) | 41 (7.8) | 1.54 | (1.01, 2.35) |
| 3000–10,000 | 51 (9.2) | 31 (5.9) | 1.72 | (1.08, 2.76) |
| >10,000 | 36 (6.5) | 20 (3.8) | 1.80 | (1.02, 3.18) |
| *p*-value for linear trend is 0.675 excluding non-genitally exposed and 0.022 including non-genitally exposed. | | | | |

[1]Adjusted for age (continuous), study center (MA, NH), BMI (continuous), primary relative with breast or ovarian cancer (yes, no), parity (0, ≥1), OC use (<3 months, ≥3 months), tubal ligation, and other categories of genital talc use, except where noted.–[2]Excludes applications following hysterectomy or tubal ligation and applications during pregnancy and periods of OC use. Adjusted for age (continuous), study center (MA, NH), BMI (continuous) and primary relative with breast or ovarian cancer (yes, no).

TABLE IV – EVER USE OF TALC IN THE GENITAL AREA IN RELATION TO PREGNANCY AND CHILDBIRTH

| Group | Cases Total | Number exposed | (%) exposed | Controls Total | Number exposed | (%) exposed | Adjusted OR | 95% C.I. |
|---|---|---|---|---|---|---|---|---|
| Nulligravid[1] | 145 | 42 | (29.0) | 82 | 17 | (20.7) | 1.48 | (0.76, 2.86) |
| Nulliparous[1] prior to first pregnancy | 40 | 13 | (32.5) | 24 | 3 | (12.5) | 2.80 | (0.64, 12.20) |
| Nulliparous[1] only after first pregnancy | 40 | 2 | (5.0) | 24 | 1 | (4.2) | 1.24 | (0.10, 15.32) |
| Parous[1] prior to first livebirth | 374 | 85 | (22.7) | 416 | 64 | (15.4) | 1.58 | (1.10, 2.29) |
| Parous[2] only after first livebirth | 378 | 8 | (2.12) | 417 | 10 | (2.40) | 0.97 | (0.38, 2.50) |

[1]Adjusted for age (continuous), study center (MA, NH), BMI (continuous) and primary relative with breast or ovarian cancer (yes, no).–[2]Adjusted for age (continuous), study center (MA, NH), BMI (continuous), primary relative with breast or ovarian cancer (yes, no) and tubal ligation.

TABLE V – HISTORY OF GENITAL TALC USE AND ASSOCIATED ODDS RATIOS BY HISTOLOGIC TYPE AND GRADE

| Histologic type/grade | Total | Average age | Any use of genital talc | No use of genital talc | Adjusted OR[1] | (95% CI) |
|---|---|---|---|---|---|---|
| Controls | 523 | 49.3 | 95 | 428 | 1.0 | |
| Histologic type/grade | | | | | | |
| Serous borderline | 86 | 41.8 | 23 | 63 | 1.38 | (0.82, 2.31) |
| Serous invasive | 229 | 54.5 | 72 | 157 | 1.70 | (1.22, 2.39) |
| Mucinous | 83 | 46.7 | 16 | 67 | 0.79 | (0.44, 1.40) |
| Endometrioid/clear cell | 130 | 53.9 | 31 | 99 | 1.04 | (0.67, 1.61) |
| Undifferentiated | 35 | 52.9 | 10 | 25 | 1.44 | (0.67, 3.08) |

[1]Adjusted for age (continuous), study center (MA, NH), primary relative with breast or ovarian cancer (yes, no), BMI (continuous), parity (0, ≥1), OC use (<3 months, ≥3 months) and tubal ligation (ever, never).

consistency of the association appear to be satisfied. A summary odds ratio of 1.36 suggests that between 10 and 11% of ovarian cancers in these populations are attributable to the genital use of talc depending upon whether the average control exposure of 36% or average case exposure of 43% is considered.

Despite the consistency noted above, the relatively weak odds ratios observed could reflect potential biases, especially recall and confounding. Recall bias is possible because talc exposure in these

studies is based on personal recollection. However, recall bias seems more likely to affect exposures that have occurred over a short term than those that have occurred over a long term. Since average duration of talc use exceeded 20 years in both cases and controls in our current study, genital talc exposure may be less likely to be subject to recall bias. Furthermore, if publicity regarding the association correlated with selective recall, one might expect a trend for cases from more recent studies to report higher



| Author | Cases Total n | Exposed (%) | Controls Total n | Exposed (%) | Crude OR (95% CI) |
|---|---|---|---|---|---|
| Cramer *et al.* (1982) | 215 | (42.8) | 215 | (28.4) | 1.9 (1.3-2.8) |
| Hartge *et al.* (1983) | 135 | (49.6) | 171 | (58.5) | 0.7 (0.4-1.1) |
| Whittemore *et al.* (1988) | 188 | (52.1) | 539 | (46.0) | 1.3 (0.9-1.8) |
| Harlow and Weiss (1989) | 116 | (42.2) | 158 | (40.5) | 1.1 (0.7-1.7) |
| Booth *et al.* (1989) | 217 | (65.0) | 434 | (59.0) | 1.3 (0.9-1.8) |
| Harlow *et al.* (1992) | 235 | (48.5) | 239 | (39.3) | 1.4 (1.0-2.1) |
| Rosenblatt *et al.* (1992) | 77 | (87.0) | 46 | (88.0) | 1.0 (0.3-3.0) |
| Chen *et al.* (1992) | 112 | (6.2) | 224 | (2.2) | 2.9 (0.9-9.4) |
| Tzonou *et al.* (1993) | 189 | (3.2) | 200 | (3.5) | 0.9 (0.3-2.7) |
| Purdie *et al.* (1995) | 824 | (56.7) | 860 | (52.0) | 1.2 (1.0-1.5) |
| Shushan *et al.* (1996) | 200 | (10.5) | 408 | (5.6) | 2.0 (1.0-3.6) |
| Cook *et al.* (1997) | 313 | (50.8) | 422 | (39.3) | 1.6 (1.2-2.1) |
| Chang and Rish (1997) | 450 | (44.0) | 564 | (35.6) | 1.4 (1.1-1.8) |
| Cramer *et al.* (1999) | 563 | (27.0) | 528 | (18.2) | 1.7 (1.2-2.2) |
| Summary odds ratio (95% confidence interval) | | | | | 1.4 (1.2-1.5) |

FIGURE 1 – Exposure rates, crude odds ratios and confidence intervals for case-control studies of genital talc use and ovarian cancer.

exposure rates, but the exposure rates noted in Figure 1 do not suggest this is the case. It also seems reasonable that selective recall would lead to cases reporting all types of talc exposure more frequently than controls, but our study found that cases did not report a significant excess of talc use in non-genital areas compared to controls. Finally, if recall accounted for the association, one would expect little variation in the odds ratios by histologic type of ovarian cancer which appears not to be the case from Table V. Our study found the greatest risk to be associated with invasive tumors, OR=1.70 (1.22 and 2.39). Cook *et al.* (1997) found talc use to be most strongly associated with serous and unclassified cancers, although Chang and Risch (1997) found endometrioid cancers to be more strongly linked with talc use.

Regarding potential bias from confounding, we found no evidence that genital talc exposure varied by key risk factors for ovarian cancer such as age, parity or OC use and little variability of the association by these and other variables (Table II). Chang and Risch (1997) adjusted for age, parity, breastfeeding, oral contraceptive use, tubal ligation or hysterectomy and family history and also found the association to persist. Characteristics such as body odor or excessive perspiration might represent subtle constitutional features that might predispose to both talc use and ovarian cancer, but adjusting for BMI should control for these effects. In addition, 2 previous studies (Cook *et al.*, 1997; Chang and Risch, 1997), and our current study found no evidence of elevated risk associated with genital use of a cornstarch based-powder, although in all of these studies the exposure was infrequent and the OR and confidence interval was wide. Further studies would be valuable since this observation suggests that type of powder used may be more important than underlying reason for use.

The most obvious weakness in the argument for biologic credibility of the talc and ovarian cancer association is the lack of a clear dose response. Most talc and ovarian cancer studies that have addressed dose response, including this one, have failed to

demonstrate consistent dose response relationships with measures of the intensity of the exposure, especially when the trend is examined among users only. In attempting to address this weakness, we point out that it is difficult to quantify the amount of powder actually used and degree of perineal dusting that might constitute an "application of talc." Another factor that may affect the dose-response relationship is whether use occurred at a time when the female tract was open. There is evidence from several studies that the talc/ovarian cancer association is modified by closure of the female tract as a result of tubal ligation or hysterectomy (Harlow *et al.*, 1992; Chang and Risch, 1997; Green *et al.*, 1997). We have also proposed that talc use during periods of ovulation may carry greater risk, based on the hypothesis that ovarian surface epithelial disruption and repair accompanying ovulation might allow talc to become entrapped within the inclusion cysts that form with ovulation.

Our current study also suggests that a term pregnancy may affect the relationship between talc and ovarian cancer in a manner that may be independent of ovulation. We observed that the association between talc and ovarian cancer was more apparent in women who used talc prior to a first liveborn pregnancy compared to those who used it only after a first liveborn pregnancy. This may suggest that ovarian tissue that has not (yet) gone through a pregnancy may be more susceptible to talc-induced damage than tissue that has undergone a pregnancy. A possible biologic explanation for this may involve an ovarian change, known as decidual reaction, that occurs during pregnancy. The decidual reaction refers to differentiation of stromal cells that occurs primarily in the endometrium of the pregnant uterus but which also may be seen in the fallopian tubes, pelvic peritoneum and ovarian surface (Herr *et al.*, 1978). Studies to determine whether the decidual reaction alters the susceptibility of ovaries (or pelvic peritoneum) to talc-induced damage may be informative.

356                                                          CRAMER *ET AL.*

Although we do not know precisely how use of talc in the genital area might induce ovarian cancer, some key elements supporting the biologic plausibility of the association have been established. It has been demonstrated that inert particles contaminating the vagina can reach the ovaries (Venter and Iturralde, 1979). Talc has been found in both normal and malignant ovarian tissue (Henderson *et al.,* 1979), although Heller *et al.* (1996 ) reported a poor correlation between the amount of talc in the ovaries and personal history of talc use. The patency of the female tract and the nature of ovarian cancer as a surface epithelial (mesothelial) lesion make the ovary a target for foreign body carcinogenesis. Indeed, human ovarian cancer has been demonstrated to be a consequence of occupational asbestos exposure (Keal, 1960). Talc, as a chemical relative of asbestos, appears able to induce histologic changes that are similar to those of asbestos, at least in the lungs (Kleinfeld et al., 1967). Biologic credibility for an association would be strengthened by an animal model, but an experiment capturing all of the potential factors in the human "model" would be very difficult. These elements include chronicity of the exposure, anatomic and physi-ologic uniqueness of women, effects of pregnancy and potential spread through coitus (as suggested by our finding related to ovarian cancer risk associated with a husband's use of talc). Rodent models seem poorly suited to address these issues because of their infrequent ovulation and the fact that the rodent ovary is encased in a bursal sac.

In summary, we have demonstrated a consistent association between talc and ovarian cancer that appears unlikely to be explained by recall or confounding. The dose-response relationship is weak but improved by considering factors such as closure of the female tract, ovulation and exposure prior to pregnancy, and we have outlined a plausible biologic rationale for this association. We estimate that avoidance of talc in genital hygiene might reduce the occurrence of a highly lethal form of cancer by at least 10%. Balanced against what are primarily aesthetic reasons for using talc in genital hygiene, the risk benefit decision is not complex. Appropriate warnings should be provided to women about the potential risks of regular use of talc in the genital area.

REFERENCES

BOOTH, M., BERAL, V. and SMITH, P., Risk factors for ovarian cancer: a case-control study. *Brit. J. Cancer,* **60**, 592–598 (1989).

CHANG, S. and RISCH, H., Perineal talc exposure and risk of ovarian carcinoma. *Cancer,* **79**, 2396–2401 (1997).

CHEN, Y., WU, P.C., LANG, J.H., GE, W.Y., HARTGE, P. and BRINTON, L.A., Risk factors for epithelial ovarian cancer in Bejing, China. *Int. J. Epidemiol.,* **21**, 23–29 (1992).

COOK, L.S., KAMB, M.L. and WEISS, N.S., Perineal powder exposure and the risk of ovarian cancer. *Amer. J. Epidemiol.,* **145**, 459–465 (1997).

CRAMER, D.W., WELCH, W.R., SCULLY, R.E. and WOJCIECHOWSKI, C.A., Ovarian cancer and talc. *Cancer,* **50**, 372–376 (1982).

GREEN, A., PURDIE, D., BAIN, C., SISKIND, V., RUSSELL, P., QUINN, M., WARD, B. and SURVEY OF WOMEN'S HEALTH STUDY GROUP, Tubal steriliza-tion, hysterectomy and decreased risk of ovarian cancer. *Int. J. Cancer,* **71**, 948–951 (1997).

HARLOW, B.L., CRAMER, D.W., BELL, D.A. and WELCH, W.R., Perineal exposure to talc and ovarian cancer risk. *Obstet. Gynecol.,* **80**, 19–26 (1992).

HARLOW, B.L. and WEISS, N.S., A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. *Amer. J. Epidemiol.,* **130**, 390–394 (1989).

HARTGE, P., HOOVER, R., LESHER, L.P. and MCGOWAN, L., Talc and ovarian cancer (letter). *J. Amer. Med. Ass.,* **250**, 1844 (1983).

HELLER, D.S., WESTHOFF, C., GORDON, R.E. and KATZ, N., The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Amer. J. Obstet. Gynecol.,* **174**, 1507–1510 (1996).

HENDERSON, W., HAMILTON, T. and GRIFFITH, K., Talc in normal and malignant ovarian tissue. *Lancet,* **5**, 449 (1979).

HERR, J.C., HEIDGER, P.M., SCOTT, J.R., ANDERSON, J.W., CURET, L.B. and MOSSMAN, H.W., Decidual cells in the human ovary at term I. Incidence, gross anatomy and ultrastructural features of merocrine secretion. *Amer. J. Anat.,* **152**, 7–28 (1978).

KEAL, E.E., Asbestosis and abdominal neoplasms. *Lancet,* **2**: 1211–1216 (1960).

KLEINFELD, MESSITE, J., KOOYMAN, O. and ZAKI, M.H., Mortality among talc miners and millers in New York State. *Arch Environ. Health,* **14**, 663–667 (1967).

PURDIE, D., GREEN, A., BAIN, C., SISKIND, V., WARD, B., HACKER, N., QUINN, M., WRIGHT, G., RUSSELL, P. and SUSIL, B., Reproductive and other factors and risk of epithelial ovarian cancer; an Australian case-control study. *Int. J. Cancer,* **6**, 678–684 (1995).

ROSENBLATT, K.A., SZKLO, M. and ROSENSHEIN, N.B., Mineral fiber exposure and the development of ovarian cancer. *Gynecol. Oncol.,* **45**, 20–25 (1992).

SHUSHAN, A., PALTIEL, O., ISCOVICH, J., ELCHALKAL, U., PERETZ, T. and SCHENKER, J.G., Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertil. Steril.,* **65**, 13–18 (1996).

TZONOU, A., POLYCHRONOPOULOU, A., HSIEH, C.C., REBELAKOS, A., KARA-KATSANI, A. and TRICHOPOULOS, D., Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int. J. Cancer,* **55**, 508–510 (1993).

VENTER, P.F. and ITURRALDE, M., Migration of particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S. Afr. med J.,* **55**, 917–209 (1979).

WHITTEMORE, A.S., WU, M.L., PAFFENBARGER, R.S., SARLES, D.L., KAM-BERT, J.B., GROSSER, S., JUNG, D.L., BALLEN, S. and HENDRICKSON, M., Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder tobacco, alcohol, and coffee. *Amer. J. Epidemiol.,* **128**, 1228–40 (1988).

YOUNG, R.H., CLEMENT, P.B. and SCULLY, R.E., The Ovary (chapter 53). *In* Sternberg, S.S. (ed.), *Diagnostic Surgical Pathology* (2nd Ed.), p. 2213, Raven Press, New York (1994).

Exhibit 30

# Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study

CHEUNG WONG, MD, RONALD E. HEMPLING, MD, M. STEVEN PIVER, MD, NACHIMUTHU NATARAJAN, MS, AND CURTIS J. METTLIN, PhD

*Objective*: To evaluate the role of talcum powder use as a risk factor for the development of epithelial ovarian cancer.

*Methods*: In a case-control study, 499 patients with epithelial ovarian cancer were frequency matched for age at diagnosis (±5 years) with a control population of 755 patients. The odds ratio (OR) for the development of epithelial ovarian cancer was estimated using logistic regression analysis with adjustment for age at diagnosis, parity, oral contraceptive use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, history of tubal ligation, and previous hysterectomy.

*Results*: Two hundred twenty-one of 462 patients (47.8%) in the study population and 311 of 693 patients (44.9%) in the control population had ever used talcum powder (OR 0.92; 95% confidence interval [CI] 0.24, 3.62). A significant association between duration of talc use and development of epithelial ovarian cancer was not demonstrable for 1–9 years (OR 0.9; 95% CI 0.6, 1.5), for 10–19 years (OR 1.4; 95% CI 0.9, 2.2), or for more than 20 years (OR 0.9; 95% CI 0.6, 1.2). To eliminate the possible confounding variable of surgery for the management of ovarian cancer, we omitted 135 patients in the study population who underwent hysterectomy within 5 years of the diagnosis of ovarian cancer. Within this subgroup of patients, tubal ligation or hysterectomy among talc users still failed to demonstrate an increased risk for the development of ovarian cancer (OR 0.9; 95% CI 0.4, 2.2).

*Conclusion*: A significant association between the use of talcum powder and the risk of developing epithelial ovarian cancer is not demonstrable, even with prolonged exposure. (Obstet Gynecol 1999;93:372–6. © 1999 by The American College of Obstetricians and Gynecologists.)

Transvaginal exposure to talcum powder has been proposed as a risk factor for the development of epithelial ovarian cancer, not only because of the chemical similarities between talcum powder and asbestos, but because the two chemical substances are often found together in mineral deposits. In 1967, the seminal work by Graham and Graham[1] demonstrated that intraperitoneal application of asbestos in guinea pigs and rabbits resulted in ovarian epithelial hyperplasia comparable to the histologic changes in early epithelial ovarian tumors observed in women. In 1971, Henderson et al[2] examined the ovarian tissue of 13 patients with epithelial ovarian cancer and reported that 75% of these tumors had talc particles embedded in the tissue. To further support the theory that retrograde flow of talc particles (after direct perineal application of talc) may result in deposition of particles on the ovary, Heller et al[3] analyzed the ovaries of 24 women who underwent oophorectomies for benign ovarian neoplasms. Talc powder was identified in all 24 patients. Twelve patients reported frequent perineal talc applications, but the remaining 12 denied ever using talc. Although histologic data appear to support the hypothesis that talcum powder applied to the perineum may migrate through retrograde flow, the role of talc as a risk factor for the development of ovarian cancer remains controversial.

The disparity among conclusions regarding the possible association between the use of talcum powder and the risk of ovarian cancer may lie in the fact that not all studies adjusted for the integrity of the genital tract. The integrity of a patient's genital tract is defined as intact when she has not undergone any of the following surgical procedures: salpingo-oophorectomy, bilateral tubal ligation, or hysterectomy (abdominal or vaginal). The purpose of the current study was to evaluate the use of talcum powder as a risk factor for the development of ovarian cancer in an analysis that includes the duration of use and the integrity of the genital tract.

*From the Departments of Gynecologic Oncology and Cancer Control and Epidemiology, Roswell Park Cancer Institute, Buffalo, New York.*

## Materials and Methods

The application of talcum powder to the genital region among 499 patients with epithelial ovarian cancer treated at the Roswell Park Cancer Institute from October 1982 through October 1995 was compared with the application of talcum powder to the genital region among 755 female patients treated for nongynecologic malignancies during the same period. The case and control populations were frequency matched for age at diagnosis (±5 years). Information regarding all patients was extracted from a database compiled from a self-administered questionnaire provided to the patients as a part of the enrollment process at our institute since 1953. The current document, in use since 1982, contains 44 items that pertain to the women's medical and social histories, including parity, menstrual history, use of exogenous hormones, contraceptive history, and personal hygiene. Additional information (besides the 44 items) regarding the patient's medical, social, family, dietary, and occupational histories is available and can be evaluated as potential confounding variables.

The diagnosis of each patient in the study population and in the control population was determined by reference to the Roswell Park Tumor Registry. Patients in the study population were coded with the International Classification of Diseases for Oncology, 1st ed. (ICD-O) code 8010/3 C56.9. The control population was randomly selected from the Roswell Park Tumor Registry. The pool of eligible patients was large enough to select 1.5 control patients for each patient in the study population. The control population consisted of 326 patients (43.3%) with colorectal cancer (ICD-O 8140/3 C16.0–C16.9), 23 patients (3.0%) with stomach cancer (ICD-O 8140/3 C16.0–C16.9), 11 patients (1.5%) with malignancy of the small intestine (ICD-O 8140/3 C17.0–C17.9), 134 patients (17.7%) with leukemia (ICD-O 9800/3-9940/3 C42.1), and 261 patients (34.5%) with malignancies of the skin (ICD-O C44.0–C44.9).

The odds ratio (OR) for the development of epithelial ovarian cancer was estimated using multiple logistic regression analysis with adjustment for oral contraceptive (OC) use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, and history of tubal ligation or hysterectomy. Among the study population, ORs were determined also to evaluate an association between histologic subtypes of epithelial ovarian cancer and the use of talcum powder, the duration of use of talcum powder and the risk for the development of ovarian cancer, and interruption of the continuity of the reproductive tract by either tubal ligation or hysterectomy and the risk of epithelial ovarian cancer. Data were analyzed using SPSS for

**Table 1.** Patient Characteristics

| Characteristic | Cases (n = 499) | Controls (n = 755) | P |
|---|---|---|---|
| Mean age (y) | 54.9 | 54.9 | NS |
| Age at menarche (y) | 12.8 | 12.8 | |
| Age at menopause (y) | 45.2 | 45.7 | NS |
| Family history of ovarian cancer | | | |
| No | 460 (92.2%) | 735 (97.4%) | <.001 |
| Yes | 39 (7.8%) | 20 (2.6%) | |
| Location | | | |
| Erie and Niagara counties | 165 (33.3%) | 392 (51.8%) | <.001 |
| All others | 331 (66.6%) | 354 (46.9%) | |
| Unknown | 3 (0.1%) | 9 (1.3%) | |
| Parity | | | |
| 0 | 105 (21.0%) | 112 (14.8%) | .02 |
| 1–2 | 74 (14.8%) | 107 (14.1%) | |
| 3–4 | 200 (40.0%) | 350 (46.4%) | |
| ≥5 | 120 (24.0%) | 186 (24.6%) | |
| Oral contraceptive use | | | |
| No | 346 (69.3%) | 507 (67.2%) | NS |
| Yes | 148 (29.7%) | 236 (31.2%) | |
| Unknown | 5 (1.0%) | 12 (1.6%) | |
| Race | | | |
| Black | 6 (1.2%) | 21 (2.8%) | NS |
| White | 488 (97.8%) | 732 (97.0%) | |
| Other | 5 (1.0%) | 2 (0.2%) | |
| Education | | | |
| Up to high school | 262 (52.5%) | 439 (58.2%) | .039 |
| College | 237 (47.5%) | 316 (41.8%) | |
| Income | | | |
| <$16,000 | 175 (35.1%) | 314 (41.7%) | .013 |
| $16,000–$24,999 | 133 (26.7%) | 157 (20.8%) | |
| ≥$25,000 | 191 (38.2%) | 272 (37.5%) | |

NS = not significant.

Windows, Advanced Professional Release 7.5-1997 (SPSS Inc., Chicago, IL).

## Results

Characteristics of both the cases and controls are outlined in Table 1. A significantly (P = .039) greater proportion of patients in the study population attended college as compared with the control population, and a significantly (P = .013) greater proportion of patients in the control population had an annual income of less than $16,000. Furthermore, a significantly (P < .001) greater proportion of patients in the study population (7.8%) had a family history of ovarian cancer than did patients in the control population (2.6%). A significantly (P < .001) greater proportion of patients in the control population lived in the counties immediately surrounding our facility compared with patients in the study population. Patients in the control population had significantly (P = .02) more children than did patients in the study population.

Information regarding the use of talc was retrievable

**Table 2.** Talc Use by Site: Odds Ratios and 95% Confidence Intervals

| Site | Controls | Cases | OR* (95% CI) |
|------|----------|-------|--------------|
| Never used | 382 (55.1%) | 241 (52.2%) | 1.0 |
| Sanitary napkin | 20 (2.9%) | 13 (2.8%) | 0.9 (0.4, 2.0) |
| Genital or thigh area | 223 (32.2%) | 157 (34.0%) | 1.0 (0.8, 1.3) |
| Both | 68 (9.8%) | 51 (11.0%) | 1.1 (0.7, 1.7) |

OR = odds ratio; CI = confidence interval.

\* Adjusted for parity, oral contraceptive use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, and history of tubal ligation or hysterectomy.

from the questionnaires of 462 patients in the study population and 693 patients in the control population. Thirty-seven patients in the study population and 62 patients in the control population failed to respond to the question regarding talc use. Among the cases, 47.8% (221 of 462) had ever used talc; 44.9% (311 of 693) of the controls had ever used talc ($P = .323$). Application of talc by site was similar in both groups: 3% of cases and controls applied talc on sanitary napkins, 34% of cases and 32.2% of controls applied talc on the genital or thigh area, and 11% of cases and 9.8% of controls applied talc to both sanitary napkins and the genital or thigh area. The adjusted OR did not demonstrate any increased risk for the development of ovarian cancer attributable to the method of talc application (Table 2).

Thirty-two patients from the case population and 39 patients from the control population did not recall the duration of talc use (Table 3). The mean duration of use was 22 years among patients in the control population and 21 years among patients in the study population. Both groups of women had used talc for a comparable period of time: 9.1% of cases and 9.3% of controls used talc for 1–9 years; 11.4% of cases and 7.6% of controls used talc for 10–19 years; and 23.5% of cases and 24.6% of controls used talc for more than 20 years. Among the study population, a significant association between the duration of talc use and the development of epithelial ovarian cancer was not demonstrable for 1–9 years (OR

0.9; 95% CI 0.6, 1.5), 10–19 years (OR 1.4; 95% CI 0.9, 2.2), or more than 20 years (OR 0.9; 95% CI 0.6, 1.2).

Among patients in the study population who had ever applied talcum powder to the perineum or to sanitary napkins, 136 patients (61.6%) had papillary serous cystadenocarcinoma, 21 patients (9.5%) had endometrioid carcinoma, 11 patients (5.0%) had mucinous adenocarcinoma, 12 patients (5.4%) had clear cell adenocarcinoma, and 41 patients (18.6%) had undifferentiated carcinoma. A significant association between the use of talcum powder and a specific histologic subtype of epithelial ovarian cancer was not demonstrable for serous cystadenocarcinoma (OR 1.2; 95% CI 0.7, 2.1), endometrioid carcinoma (OR 1.4; 95% CI 0.7, 2.7), mucinous adenocarcinoma (OR 1.5; 95% CI 0.6, 4.0), clear cell adenocarcinoma (OR 1.6; 95% CI 0.6, 4.3), or undifferentiated carcinoma (OR 1.0; 95% CI 0.6, 1.6).

To assess the impact of surgical interruption of the genital tract as a possible confounding variable, we evaluated the association between ovarian cancer and the use of talcum powder among patients in the study population who had not undergone any interruption of the genital tract compared with those in the study population who had undergone tubal ligation or hysterectomy. Among the cases, 267 patients (53.5%) had not had tubal ligation or hysterectomy, whereas 45.3% (226 patients) had undergone previously tubal ligation or hysterectomy. Of these 226 patients, 59.7% (135 patients) had a hysterectomy within 5 years of being diagnosed with ovarian cancer. Six women in the study group did not answer the question regarding history of tubal ligation or hysterectomy. There was no significant difference in the risk of developing ovarian cancer among patients in the study population with no history of genital tract interruption (OR 1.2; 95% CI 0.8, 1.6) and those with a history of tubal ligation or hysterectomy (OR 0.8; 95% CI 0.5, 1.2). To eliminate the possible confounding variable of surgery for the management of ovarian cancer, we excluded the 135 patients in the study population who had undergone hysterectomy within 5 years of the diagnosis of ovarian cancer. Within this subgroup of patients, tubal ligation or hysterectomy among talc users still failed to demonstrate that the use of talc significantly increased the risk of ovarian cancer (OR 0.9; 95% CI 0.4, 2.2) (Table 4). Multiple logistic regression analysis adjusted for age at diagnosis, parity, OC use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, and history of tubal ligation or hysterectomy failed to demonstrate any significant association between talc use and the development of ovarian cancer (OR 0.92; 95% CI 0.24, 3.62).

**Table 3.** Duration of Talc Use: Odds Ratios and 95% Confidence Intervals

| Duration (y) | Controls* | Cases† | OR‡ (95% CI) |
|--------------|-----------|--------|--------------|
| None | 382 (58.4%) | 241 (56.0%) | 1.0 |
| 1–9 | 61 (9.3%) | 39 (9.1%) | 0.9 (0.6, 1.5) |
| 10–19 | 50 (7.6%) | 49 (11.4%) | 1.4 (0.9, 2.2) |
| ≥20 | 161 (24.6%) | 101 (23.5%) | 0.9 (0.6, 1.2) |

Abbreviations as in Table 2.

\* Thirty-nine patients did not recall duration of use.

† Thirty-two patients did not recall duration of use.

‡ Adjusted for factors stated in Table 2.

**Table 4.** Talc Users: Genital Tract Interruption and Risk of Ovarian Cancer

| Operation | Talc use | | OR* (95% CI) |
|---|---|---|---|
| | No | Yes | |
| No history of genital tract interruption | | | 1.2 (0.8, 1.6) |
| Cases | 130 | 121 | |
| Controls | 251 | 182 | |
| History of tubal ligation or hysterectomy | | | 0.8 (0.5, 1.2) |
| Cases | 111 | 100 | |
| Controls | 131 | 130 | |
| History of hysterectomy | | | 0.9 (0.4, 2.2) |
| Cases | 60 | 65 | |
| Controls | 14 | 21 | |

Abbreviations as in Table 2.
* Adjusted for factors stated in Table 2.

## Discussion

The current study fails to demonstrate an association between the use of perineal talcum powder and a significant increase in the risk of epithelial ovarian cancer. These findings are at variance with a meta-analytic report by Gross and Berg,[4] which demonstrated a modest increase in the risk of epithelial ovarian cancer among patients who had ever used talc. In an analysis of ten epidemiologic studies, Gross and Berg[4] calculated an adjusted OR of 1.29 (95% CI 1.02, 1.63). Similarly, in a population-based case-control study, Harlow et al[5] noted an increased risk (OR 1.57; 95% CI 1.0, 2.1) for the development of ovarian cancer among patients who had ever used talcum powder. This study, however, failed to adjust for OC use and family history of ovarian cancer. Moreover, 28% of the patients in that study population[5] had borderline ovarian tumors; many investigators believe that this histopathologic entity differs substantially in pathogenesis and clinical course from invasive epithelial ovarian cancer. Despite these limitations, Harlow et al[5] performed a meta-analytic calculation that described a modest association between the development of ovarian cancer and perineal talc use (crude OR 1.3; 95% CI 1.1, 1.6).

The results of the current study also differ from those reported by Cramer et al.[6] These researchers reported a near doubling of risk for the development of epithelial ovarian cancer among talc users (relative risk [RR] 1.92; 95% CI 1.27, 2.89). However, calculation of risk in this study was adjusted only for parity and menopausal status. In a population-based case-control study by Cook et al[7] that reported an adjusted RR of 1.5 (95% CI 1.1, 2.0), these researchers failed to demonstrate a trend in the OR with an increasing number of perineal applications. Important differences exist in the design of our study and that of Cook et al.[7] Failure to adjust for a family history of ovarian cancer is a potential limitation in the study by Cook et al[7] because 26.9% of patients in the study population and 52.1% of the control population were less than 44 years of age (women diagnosed with ovarian cancer before the age of 45 may have a strong genetic predisposition for this disease). Furthermore, in the study by Cook et al,[7] 79 patients (25.2%) in the study population were diagnosed with borderline epithelial ovarian tumor, a histologic entity that may have a different clinical course than invasive epithelial ovarian cancer.

The results of the current report do, however, support the conclusions of three hospital-based, case-control studies that failed to establish a significant association between the use of talc and an increased risk of epithelial ovarian cancer: Booth et al[8] (RR 1.2; 95% CI 0.92, 1.8), Rosenblatt et al[9] (RR 0.8; 95% CI 0.27, 2.63), and Tzonou et al[10] (RR 1.05; 95% CI 0.38, 3.98). In a letter to the editor, Hartge et al (Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. JAMA 1983;250: 1844) estimated the RR of ovarian cancer among talc users to be 0.7 (95% CI 0.4, 1.1). Additionally, in a collaborative review of hospital- and population-based case-control studies, Whittemore et al[11] failed to confirm a significantly altered risk of epithelial ovarian cancer (RR 1.4; 95% CI 0.98, 1.89) among patients who had applied talcum powder to the perineum.

Duration of exposure and the integrity of the female genital tract are crucial issues in the role of talc exposure as a risk factor for the development of epithelial ovarian cancer. Harlow et al[5] argued that a 70% increase in the risk of ovarian cancer was evident among patients whose exposure to talc exceeded 10,000 applications (equivalent to 30 years of exposure) despite an intact genital tract and normal cyclic ovarian function. These calculations, although intriguing, should be interpreted with caution because they are based on a population of 38 patients, and a test for trend fails to achieve statistical significance ($P = .77$). Whittemore et al[11] observed a similar lack of significance for a trend in the duration of exposure. These researchers demonstrated no significant association between increased ovarian cancer risk and prolonged talc exposure (RR 1.3; 95% CI 0.88, 1.92). Moreover, when the population described by Whittemore et al[11] was stratified based on surgical sterilization and the use of talc, no significant association was observed between the integrity of the genital tract or talc exposure and an increased risk for the development of ovarian cancer. Data from the current study support the findings of Whittemore et al[11] because they demonstrate no significant increase in the risk of epithelial ovarian cancer among patients whose exposure to perineal talc exceeded 20 years, even in the presence of an intact genital tract.

Some significant differences between the study population and the control population were observed in the current study; these differences are in agreement with several epidemiologic studies that evaluated risk factors for the development of ovarian cancer.[5,12–14] In the current study, patients with ovarian cancer acquired a higher level of education ($P = .039$) and higher income ($P = .013$) than the control population; patients in the control population had more children ($P = .02$) than in the study population. A greater proportion of the study group had a significant ($P < .001$) family history of ovarian cancer and lived remote from our institute. The reason may be that Roswell Park Cancer Institute has a referral center, the Gilda Radner Familial Ovarian Cancer Registry, for patients with an apparent genetic predisposition for the development of ovarian cancer. Overall, adjustment for these confounding variables in a multiple logistic regression model failed to demonstrate any significant association (OR 0.92; 95% CI 0.24, 3.62) between the use of talcum powder and the development of ovarian cancer.

Two potential weaknesses of this study should be addressed. First, as with any retrospective study using data collected from the patient's recall of events, potential ascertainment and recall bias may exist. To diminish ascertainment and recall bias, we asked patients to complete a 13-page questionnaire, which contains items pertaining to their medical, social, dietary, and occupational histories; no particular emphasis is placed on any of the items. Second, condoms and diaphragms are potential sources of talc exposure. The questionnaire asks patients whether they have ever used condoms or diaphragms as contraceptive methods; however, this questionnaire does not ask about the frequency or duration of such usage, whether lubricated or nonlubricated condoms were used, or whether talc was ever applied to the diaphragm. Consequently, the current study is limited to the use of talc on the perineum or sanitary napkins and does not address potential talc exposure from condom or diaphragm use.

The results of the current study fail to support the hypothesis that talcum powder usage is associated with the development of epithelial ovarian cancer, regardless of the duration of use and the integrity of the female genital tract.

## References

1. Graham J, Graham R. Ovarian cancer and asbestos. Environ Res 1967;1:115–28.
2. Henderson WJ, Joslin CAF, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw 1971;78:266–72.
3. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.
4. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol 1995;5:181–95.
5. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.
6. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc. Cancer 1982;50:372–6.
7. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
8. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: A case-control study. Br J Cancer 1989;60:592–8.
9. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol 1992;45:20–5.
10. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopolos D. Hair dyes, analgesics, tranquilizers and perineal talc applications as risk factor for ovarian cancer. Int J Cancer 1993;55:408–10.
11. Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. Am J Epidemiol 1988;128:1228–40.
12. Rodriguez C, Calle EE, Coates RJ, Miracle-McMahill HL, Thun MJ, Heath CW Jr. Estrogen replacement therapy and fatal ovarian cancer. Am J Epidemiol 1995;141:828–35.
13. Whittemore AS, Harris R, Itnyre J, and the Collaboration Ovarian Cancer Group. Characteristics relating to ovarian cancer risks: Collaborative analysis of 12 US case-control studies. Am J Epidemiol 1992;136:1184–203.
14. Shu OS, Gao YT, Yua JM, Ziegler RG, Brinton LA. Dietary factors in epithelial ovarian cancer. Br J Cancer 1989;1:92–6.

Address reprint requests to:
M. Steven Piver, MD
Roswell Park Cancer Institute
Elm and Carlton Streets
Buffalo, NY 14263

Received May 26, 1998.
Received in revised form August 27, 1998.
Accepted September 3, 1998.

Copyright © 1999 by The American College of Obstetricians and Gynecologists. Published by Elsevier Science Inc.

Exhibit 31



Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer
Author(s): Roberta B. Ness, Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, James J. Schlesselman
Source: *Epidemiology*, Vol. 11, No. 2 (Mar., 2000), pp. 111-117
Published by: Lippincott Williams & Wilkins
Stable URL: http://www.jstor.org/stable/3703729
Accessed: 21/01/2011 13:13

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=lww.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Lippincott Williams & Wilkins* is collaborating with JSTOR to digitize, preserve and extend access to
*Epidemiology*.

http://www.jstor.org

# Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer

*Roberta B. Ness,[1] Jeane Ann Grisso,[2] Carrie Cottreau,[1] Jennifer Klapper,[2] Ron Vergona,[1] James E. Wheeler,[3] Mark Morgan,[4] and James J. Schlesselman[5]*

Previous epidemiologic observations consistently suggest that suppression of ovulation, tubal ligation, and hysterectomy reduce the risk of ovarian cancer and that perineal talc use increases the risk. We examined these and other risk factors in the context of a new hypothesis: that inflammation may play a role in ovarian cancer risk. Ovulation entails ovarian epithelial inflammation; talc, endometriosis, cysts, and hyperthyroidism may be associated with inflammatory responses of the ovarian epithelium; gynecologic surgery may preclude irritants from reaching the ovaries via ascension from the lower genital tract. We evaluated these risk factors in a population-based case-control study. Cases 20–69 years of age with a recent diagnosis of epithelial ovarian cancer (767) were compared with community controls (1367). We found that a number of reproductive and contraceptive factors that suppress ovulation, including gravidity, breast feeding, and oral contraception, reduced the risk of ovarian cancer. Environmental factors and medical conditions that increased risk included talc use, endometriosis, ovarian cysts, and hyperthyroidism. Gynecologic surgery including hysterectomy and tubal ligation were protective. Tubal ligation afforded a risk reduction even 20 or more years after the surgery. The spectrum of associations provides support for the hypothesis that inflammation may mediate ovarian cancer risk. (Epidemiology 2000;11:111–117)

Keywords: ovarian cancer, endometriosis, oral contraceptives, talc, tubal ligation.

Ovarian cancer is a commonly fatal malignancy for which prevention strategies have been limited, in part, by a lack of understanding of its pathobiology. Factors that have consistently been shown to reduce the risk of ovarian cancer, such as number of pregnancies or live births, contraceptive use, and breast-feeding,[1–5] have been proposed to do so by reducing the number of ovulations or the exposure to high pituitary gonadotrophin levels over a lifetime.[6,7] Nevertheless, the biologic mechanism responsible for other consistently demonstrated protective factors is less well understood; such protective factors include: tubal ligation and hysterectomy,[1,8–18] asbestos[19–21] and talc exposures,[2,22–32] endometriosis,[33–35] and perhaps, pelvic inflammatory disease.[36,37]

All of these factors may act by a common pathway, by modulating inflammation of the ovarian epithelium, the cell type from which more than 90% of ovarian cancers arise. Ovulation entails disruption of the ovarian epithelium by the extruded follicle, followed by inflammation and wound repair.[38,39] Asbestos, talc, endometriosis, and pelvic inflammatory disease all initiate marked local inflammation. Tubal ligation and hysterectomy sever the pathway from the lower to the upper genital tract, thereby disallowing inflammatory substances to ascend through the lower genital tract to the upper genital tract, and ultimately to the ovarian epithelium.[17] Inflammation involves rapid cell division, DNA excision and repair, oxidative stress, and high concentrations of cytokines and prostaglandins, all of which are established promoters of mutagenesis.[40–43]

Using data from a population-based case-control study of ovarian cancer, we here examine whether factors that are associated with ovarian epithelial inflammation consistently elevate ovarian cancer risk and whether those that reduce the potential for inflammation are protective.

## METHODS

### STUDY SUBJECTS

Cases were women 20 through 69 years of age who had had epithelial ovarian cancer diagnosed within the 6 months before the interview. They were ascertained from 39 hospitals around the Delaware Valley including contiguous counties in eastern Pennsylvania, Southern

From [1]Graduate School of Public Health, [2]Center for Clinical Epidemiology and Biostatistics, [3]Department of Pathology and Laboratory Medicine, and [4]Department of Obstetrics and Gynecology, University of Pennsylvania, Pittsburgh Pennsylvania; and [5]Sylvester Comprehensive Cancer Center, University of Miami, Coral Gables, Florida.

Address reprint requests to: Roberta B. Ness, University of Pittsburgh, Graduate School of Public Health, 130 DeSoto Street, 517 Parran Hall, Pittsburgh, PA 15261.

This research was supported by Grant #R01 CA61095 from National Cancer Institute.

Submitted May 11, 1999; final version accepted August 30, 1999.

See related editorial on page 97 of this issue.

Copyright © 2000 by Lippincott Williams & Wilkins, Inc.

New Jersey, and Delaware. Between 1994 and 1998, 2,418 cases of histologically confirmed borderline or invasive epithelial ovarian cancer were identified. After excluding women who were not between the ages of 20–69 (640), resided outside the counties in which referral hospitals were located (342), had a prior diagnosis of ovarian cancer (158), or did not speak English or were mentally incompetent (25),[25] we found 1,253 potentially eligible women; after excluding those who were diagnosed more than 6 months before interview (296), were critically ill or dead (69), or were untraceable (15), we were left with 873 women who had incident cancer and were thus eligible for study. Fourteen physicians did not consent to their patients' participation and 92 women refused to participate, resulting in 767 completed case interviews (61% of potentially eligible cases and 88% of potentially eligible, incident cases).

Controls age 65 or younger were ascertained by random digit dialing. These subjects were frequency-matched by 5-year age groups and three-digit telephone exchange to cases. Of the 14,551 telephone numbers screened, 6,597 were businesses or not in service and 5,640 had no female of eligible age in the household, leaving 2,314 households with potentially eligible participants. Of these, 1,928 (83%) had a potentially eligible woman who was willing to be screened further for eligibility. Upon screening, 291 had no eligible woman resident on the basis of age (5), residence outside of the target counties (11), prior diagnosis of ovarian cancer (9), prior bilateral oophorectomy (187), not speaking English or mental incompetence (22), critical illness or death (6), or being untraceable (51). Of the 1,637 screened and potentially eligible controls, 422 declined to be interviewed and 1,215 (74%) were interviewed. Based on our previous experience of lower response rates among 65+ year olds using a random digit dialing approach, we ascertained controls 65–69 years of age through Health Care Financing Administration (HCFA) lists. Four hundred twenty-three women were initially identified, and were frequency-matched to cases by country of residence and age group. One hundred sixty were ineligible for the reasons given above. Of the 263 potentially eligible from HCFA lists, 111 refused to participate and 152 (58%) were interviewed. Therefore, of the total of 1,900 eligible potential controls, 1,367 (72%) are included in these analyses. Age was similarly distributed for cases and controls. Overall, 4% of subjects were age <30, 13% were 30–39, 29% were 40–49, 30% were 50–59, and 24% were 60–69.

Cases included 616 invasive epithelial ovarian cancers and 151 borderline epithelial ovarian tumors. Central pathologic review was conducted on a random sample of 120 cases. The reference pathologist agreed with the original pathologic review for invasiveness in 95% of cases and for cell type in 82% of cases. The original pathologic diagnosis was then used for all cases.

## Data Collection

Standardized 1.5-hour interviews were conducted in the homes of participating women by trained interviewers. A life calendar, marked by important happenings that participants recalled during their lives, was used to enhance memory of distant events. On the calendar was coded sexual activity, contraceptives used, and reproductive events for every month from sexual debut until a reference date, defined as the date 6 months before the interview (for both cases and controls).

All pregnancies, their length and outcome as well as the length of breast-feeding, were recorded on the life calendar. The type and length of each contraceptive use was recorded. Tubal ligation, hysterectomy, and ovarian operations were detailed including the time, abdominal *vs* vaginal approach, and procedures done to the ovaries. Menstrual onset, regularity, discomfort, and cessation were recorded. This included questions that asked, "How long did it take before your periods started coming about once a month (without the use of birth control pills)?" and "during your 20's and 30's, and when you were not pregnant, nursing or taking birth control pills/shots/implants, did you ever miss three or more menstrual periods in a row?" The two variables derived from these questions were titled "time to regular menstrual cycles" and "ever miss ≥3 menses." Women were also asked about a series of medical conditions that may be related to pelvic inflammation including ovarian cysts, pelvic inflammatory disease, thyroid disease, and endometriosis. Finally, women were asked about talc use. The question was, "As an adult and prior to [reference date] did you ever use talc, baby or deodorizing powder, at least once per month for 6 or more months on your: 1) feet, arms, or breasts, but not the genital or rectal areas? 2) genital or rectal area? 3) on your sanitary napkins? 4) on your underwear? 5) on your diaphragm or cervical cap?" They were then asked whether they had a male sexual partner(s) for more than a year who regularly used such products on his genital area or underwear. The duration of use of talc for each of these modes of use was also queried.

### STATISTICAL ANALYSIS

Because matching was based on frequencies for only two broad criteria, age within 5-year intervals and three-digit telephone exchanges (or county of residence), we did not preserve the "match" in the analyses. We adjusted odds ratios for age and gravidity (each as continuous variables), race (white/black/other), history of ovarian cancer in any first degree relative (yes/no), oral contraceptive use (yes/no), tubal ligation (yes/no), hysterectomy (yes/no), and breast-feeding (yes/no) by unconditional logistic regression analysis.[44]

## RESULTS

We first examined reproductive and contraceptive factors that would be expected to affect ovulation and/or endogenous steroid hormones. Pregnancies and breast-feeding were protective for ovarian cancer, with a 50% risk reduction associated with the first pregnancy and a modest additional lowering of risk for pregnancies beyond the first. Breast-feeding reduced risk after at least

**Epidemiology**  March 2000, Vol. 11 No. 2

OVARIAN CANCER RISK   113

TABLE 1.   Selected Characteristics Related to Reproductive History and Ovarian Cancer

| Variable | Cases (767) | Controls (1367) | Crude OR | 95% CI | Adjusted OR* | 95% CI |
|---|---|---|---|---|---|---|
| Pregnancies | | | | | | |
| 0 | 176 | 127 | 1.0 | | 1.0 | |
| 1 | 107 | 140 | 0.5 | 0.4–0.8 | 0.6 | 0.4–0.9 |
| 2 | 177 | 346 | 0.4 | 0.3–0.5 | 0.4 | 0.3–0.6 |
| 3 | 142 | 308 | 0.3 | 0.2–0.4 | 0.4 | 0.3–0.5 |
| 4 | 70 | 194 | 0.3 | 0.2–0.4 | 0.3 | 0.2–0.4 |
| ≥5 | 95 | 252 | 0.3 | 0.2–0.4 | 0.3 | 0.2–0.4 |
| Oral contraceptive duration (years) | | | | | | |
| Never | 341 | 426 | 1.0 | | 1.0 | |
| <1 | 141 | 266 | 0.7 | 0.5–0.8 | 0.8 | 0.6–1.0 |
| 1–4 | 162 | 362 | 0.6 | 0.4–0.7 | 0.7 | 0.6–1.0 |
| 5–9 | 88 | 189 | 0.6 | 0.4–0.8 | 0.7 | 0.5–1.0 |
| ≥10 | 32 | 120 | 0.3 | 0.2–0.5 | 0.4 | 0.2–0.6 |
| Breast-fed (months)† | | | | | | |
| Never | 299 | 577 | 1.0 | | 1.0 | |
| 1–5 | 117 | 259 | 0.9 | 0.7–1.1 | 0.9 | 0.7–1.2 |
| 6–11 | 46 | 119 | 0.9 | 0.5–1.1 | 0.9 | 0.6–1.3 |
| 12–23 | 40 | 124 | 0.6 | 0.4–0.9 | 0.7 | 0.5–1.1 |
| ≥24 | 29 | 111 | 0.5 | 0.3–0.8 | 0.6 | 0.4–1.0 |
| Age at menarche (years) | | | | | | |
| ≤11 | 171 | 316 | 1.0 | | 1.0 | |
| 12 | 205 | 382 | 1.0 | 0.7–1.3 | 1.0 | 0.8–1.3 |
| 13 | 203 | 341 | 1.0 | 0.8–1.3 | 1.0 | 0.8–1.4 |
| ≥14 | 188 | 328 | 1.0 | 0.8–1.3 | 1.0 | 0.8–1.3 |
| Age at natural menopause (years)‡ | | | | | | |
| <45 | 108 | 186 | 1.0 | | 1.0 | |
| 45–49 | 122 | 183 | 1.1 | 0.8–1.6 | 0.9 | 0.6–1.4 |
| 50–52 | 84 | 123 | 1.2 | 0.8–1.7 | 0.9 | 0.6–1.4 |
| ≥53 | 53 | 74 | 1.2 | 0.8–1.9 | 1.0 | 0.6–1.6 |
| Length of menstrual cycles (days) | | | | | | |
| 26–34 | 599 | 1044 | 1.0 | | 1.0 | |
| ≤25 | 82 | 139 | 1.0 | 0.8–1.4 | 1.1 | 0.8–1.5 |
| ≥35 | 25 | 54 | 0.8 | 0.5–1.3 | 0.8 | 0.5–1.4 |
| Never regular | 47 | 93 | 0.9 | 0.6–1.3 | 1.0 | 0.7–1.4 |
| Time to regular menstrual cycles (months) | | | | | | |
| 1 | 480 | 898 | 1.0 | | 1.0 | |
| 2–6 | 143 | 208 | 1.3 | 1.0–1.6 | 1.3 | 1.0–1.7 |
| 7–12 | 53 | 102 | 1.0 | 0.7–1.4 | 1.1 | 0.8–1.6 |
| ≥13 | 65 | 125 | 1.0 | 0.7–1.3 | 1.0 | 0.7–1.5 |
| Ever miss ≥3 menses | | | | | | |
| No | 719 | 1293 | 1.0 | | 1.0 | |
| Yes | 41 | 64 | 1.2 | 0.8–1.7 | 1.2 | 0.8–1.8 |

* Adjusted for age, number of pregnancies, family history of ovarian cancer, race, oral contraceptive use, tubal ligation, hysterectomy, and breast-feeding.
† Among women who had had a live birth.
‡ Excludes women who were pre-menopausal, had had a hysterectomy, or were using hormone replacement therapy prior to the cessation of menses.

24 months of breast-feeding over a lifetime (Table 1). Oral contraception provided a duration-dependent reduction in risk. Neither age at menarche nor age at natural menopause was strongly associated with ovarian cancer risk. Similarly, menstrual patterns had little association with ovarian cancer risk. In particular, never having regular menstrual cycles, which may be a marker of anovulation, did not substantially lower ovarian cancer risk.

We next evaluated environmental factors and medical conditions that might be associated with increased local inflammation (Table 2). Talc use on all areas of the body elevated ovarian cancer risk, even after adjustment for potentially important confounding factors. Similarly, talc use on sanitary napkins and underwear elevated ovarian cancer risk. In contrast, talc use on diaphragms and/or cervical caps and use by the male partner did not appear to alter risk by much. Furthermore, length of use was not clearly related to risk.

Three medical conditions increased ovarian cancer risk in our data: ovarian cysts (adjusted OR 1.3), endo-

metriosis (adjusted OR 1.7), and hyperthyroidism (adjusted OR 1.8). The relation between these medical conditions and ovarian cancer appeared to be relatively specific. We did not, for example, find associations between ovarian cancer and lower genital tract infections that do not cause ovarian inflammation, such as genital warts and herpes simplex infection (data not shown). Nevertheless, pelvic inflammatory disease, which does cause ovarian inflammation, was only modestly associated with ovarian cancer in our data.

Gynecologic surgery, including tubal ligation and hysterectomy, reduced ovarian cancer risk (Table 3). Tubal ligation and tubal ligation in combination with hysterectomy both provided marked protection (odds ratios 0.5 and 0.4). Hysterectomy without tubal ligation was less protective (odds ratio 0.8). To examine the possibility that surveillance bias, that is removal of an unusual appearing ovary destined to become cancer, may have accounted for these relations, we evaluated the association between time since gynecologic surgery and ovarian cancer risk. Although there was a trend toward

Epidemiology   March 2000, Vol. 11 No. 2

**TABLE 2.   Environmental Factors and Medical Conditions and Ovarian Cancer**

| Variable | Cases 767 | Controls 1367 | Crude OR | 95% CI | Adjusted OR* | 95% CI |
|---|---|---|---|---|---|---|
| Talc use† | | | | | | |
| Never | 349 | 728 | 1.0 | | 1.0 | |
| Feet, etc | 335 | 512 | 1.4 | 1.1 –1.6 | 1.4 | 1.1 –1.6 |
| Genital/rectal | 161 | 219 | 1.5 | 1.2 –1.9 | 1.5 | 1.1 –2.0 |
| Sanitary napkin | 77 | 94 | 1.7 | 1.2 –1.9 | 1.6 | 1.1 –2.3 |
| Underwear | 70 | 100 | 1.5 | 1.0 –2.0 | 1.7 | 1.2 –2.4 |
| Diaphragm/Cerv Cap | 10 | 33 | 0.6 | 0.3 –1.3 | 0.6 | 0.3 –1.2 |
| Male partner | 56 | 126 | 0.9 | 0.7 –1.3 | 1.0 | 0.7 –1.4 |
| Talc use (genital/rectal and feet) | | | | | | |
| Never | 401 | 819 | 1.0 | | 1.0 | |
| <1 year | 17 | 17 | 2.0 | 1.0 –4.0 | 2.0 | 1.0 –4.0 |
| 1–4 years | 76 | 101 | 1.5 | 1.1 –2.1 | 1.6 | 1.1 –2.3 |
| 5–9 years | 40 | 59 | 1.4 | 0.9 –2.1 | 1.2 | 0.8 –1.9 |
| 10+ years | 233 | 371 | 1.3 | 1.0 –1.6 | 1.2 | 1.0 –1.5 |
| Ovarian cysts | | | | | | |
| No | 604 | 1131 | 1.0 | | 1.0 | |
| Yes | 154 | 231 | 1.2 | 1.0 –1.6 | 1.3 | 1.1 –1.7 |
| Thyroid disease | | | | | | |
| Never | 646 | 1165 | 1.0 | | 1.0 | |
| Overactive | 30 | 30 | 1.8 | 1.1 –3.0 | 1.8 | 1.0 –3.0 |
| Underactive | 72 | 138 | 0.9 | 0.7 –1.3 | 0.9 | 0.6 –1.2 |
| Endometriosis | | | | | | |
| No | 698 | 1279 | 1.0 | | 1.0 | |
| Yes | 66 | 85 | 1.5 | 1.0 –2.1 | 1.7 | 1.2 –2.4 |
| Pelvic inflammatory disease | | | | | | |
| No | 752 | 1335 | 1.0 | | 1.0 | |
| Yes | 14 | 27 | 0.9 | 0.5 –1.8 | 1.3 | 0.6 –2.5 |

\* Adjusted for age, number of pregnancies, family history of ovarian cancer, race, oral contraceptive use, tubal ligation, hysterectomy, and breast-feeding.
† Subjects may have used talc on more than one area of the body so numbers add to more than 767 cases and 1,367 controls.

less protection with a longer period of time since tubal ligation, risk reduction was still afforded to women with that surgery 20 or more years earlier. Abdominal hysterectomy, which affords a direct view of the abdominal cavity, was not more protective than vaginal hysterectomy, which does not afford a direct view, making it unlikely that removal of an abnormal-appearing ovary at surgery accounted for the protection afforded by gynecologic operations. Laparoscopy for reasons other than tubal ligation or ovarian operations, which would also allow a surgeon to inspect the ovaries and remove any

**TABLE 3.   Gynecologic Surgery and Ovarian Cancer**

| Variable | Cases (767) | Controls (1367) | Crude OR | 95% CI | Adjusted OR* | 95% CI |
|---|---|---|---|---|---|---|
| Neither | 570 | 797 | 1.0 | | | |
| Tubal ligation | 117 | 388 | 0.4 | 0.3–0.5 | 0.5 | 0.4–0.7 |
| Hysterectomy | 67 | 118 | 0.8 | 0.6–1.1 | 0.8 | 0.6–1.1 |
| Both | 13 | 63 | 0.3 | 0.2–0.5 | 0.4 | 0.2–0.8 |
| Time since tubal ligation (years) | | | | | | |
| Never | 637 | 915 | 1.0 | | | |
| <2 | 3 | 20 | 0.2 | 0.1–0.7 | 0.3 | 0.1–1.1 |
| 2–9 | 21 | 80 | 0.4 | 0.2–0.6 | 0.6 | 0.4–1.0 |
| 10–19 | 53 | 194 | 0.4 | 0.3–0.5 | 0.5 | 0.3–0.7 |
| ≥20 | 53 | 155 | 0.5 | 0.4–0.7 | 0.6 | 0.4–0.9 |
| Time since hysterectomy | | | | | | |
| Never | 687 | 1186 | 1.0 | | | |
| <2 | 2 | 4 | 0.9 | 0.2–4.7 | 1.0 | 0.2–6.3 |
| 2–9 | 14 | 39 | 0.6 | 0.3–1.2 | 0.9 | 0.5–1.6 |
| 10–19 | 25 | 68 | 0.6 | 0.4–1.0 | 0.7 | 0.4–1.2 |
| ≥20 | 39 | 69 | 1.0 | 0.7–1.5 | 0.8 | 0.5–1.3 |
| Type of hysterectomy | | | | | | |
| Never | 687 | 1186 | 1.0 | | | |
| Abdominal | 60 | 113 | 0.9 | 0.7–1.3 | 0.9 | 0.6–1.3 |
| Vaginal | 20 | 66 | 0.5 | 0.3–0.9 | 0.6 | 0.3–1.0 |
| Laparoscopy | | | | | | |
| Never | 711 | 1264 | 1.0 | | | |
| Ever | 55 | 102 | 1.0 | 0.7–1.3 | 1.0 | 0.7–1.5 |

\* Adjusted for age, number of pregnancies, family history of ovarian cancer, race, oral contraceptive use, and breast-feeding.

Case 3:16-md-02738-MAS-RLS   Document 9737-10   Filed 05/07/19   Page 105 of 211 PageID: 39349

that were abnormal, did not affect the risk of ovarian cancer substantially.

## DISCUSSION

These analyses are generally, albeit not completely, consistent with the hypothesis that inflammation at the site of the ovarian epithelium is associated with ovarian cancer risk. Our results confirmed the findings of a number of previous studies showing that pregnancies, oral contraceptive use, and prolonged breast feeding, reduce the risk of ovarian cancer.[1–5] All of these factors mark a diminution in number of ovulations and a reduction in pituitary gonadotrophin levels (during breast-feeding, LH levels are suppressed, but FSH levels are not).[45] We did not find, however, that markers of the length of the reproductive window, such as age at menarche, age at natural menopause, and the regularity of menses, were substantially related to ovarian cancer risk. These factors have been inconsistently and/or weakly related to risk in previous studies,[46] perhaps because they inaccurately reflect ovulatory function. The initiation and cessation of menses do not correlate well with the initiation and cessation of ovulation, whereas pregnancy and oral contraceptive use more validly reflect termination of ovulation.[5,47,48]

We found that several factors, which may reflect an inflammatory process at the site of the ovarian epithelium, increase the risk for ovarian cancer. Talc use applied to any part of the body or to sanitary napkins or underwear was related to ovarian cancer risk. These observations are consistent with findings from several previous studies.[2,22–32] Of the 12 epidemiologic studies that we identified that have evaluated the use of talc in relations to ovarian cancer,[2,22–32] 10 have reported at least some elevation in cancer risk among women. In the most extensive and focused analysis to date, Cook et al.[22] analyzed data from 313 cases of ovarian cancer and 422 controls regarding recalled use of talc products.[22] Use in the perineal area, powder on sanitary napkins, and genital deodorant spraying were all associated with elevated ovarian cancer risk, whereas, as in our study, use on a diaphragm was not. We found, however, that a small number of women used powder on their diaphragm, thereby limiting the interpretation of these data. The lack of specificity for the body part on which talc was used may be related to the fact that small particles of talc often become airborne during use so that a broader area of the body may be exposed than that to which the talc was directly applied. Some previous studies have found dose-response or duration-response relations between talc use and ovarian cancer,[24,27] whereas others have not.[2,22,31] The reasons for this are unclear.

Endometriosis, the presence of endometrial tissue outside the endometrium, causes a marked local inflammatory reaction. It has been linked to ovarian cancer in a variety of epidemiologic and clinical studies.[33–35,49] Brinton et al. assessed cancer outcomes among over 20,000 women hospitalized for endometriosis in Sweden after a mean of 11 years of follow-up.[49] Ovarian cancer risk was

elevated as much as fourfold for women whose endometriosis arose in the ovaries. A series of clinical studies have also demonstrated ovarian malignancies arising from ovarian endometriosis, that is, from endometriosis that resides in the ovarian epithelium.[33–35]

Finally, although the link between simple ovarian cysts and ovarian cancer is not clearly established, complex cysts, which may have neoplastic or physiologic components and involve marked local inflammation, may be precursor lesions for ovarian cancer. In our study, we could not distinguish between types of cysts inasmuch as our data were based on self-report. A previous case-control study, which also did not distinguish between pathologic sub-types, found that ovarian cysts were associated with a 12-fold increased risk of ovarian cancer.[36]

The association between hyperthyroidism and ovarian cancer is a novel observation, to our knowledge, and may provide an important clue to our hypothesis. The most common cause of hyperthyroidism is autoimmune inflammation of the thyroid gland.[50] Autoimmune hyperthyroidism, including Graves' disease and Hashimoto's thyroiditis, involve both humorally mediated and cellular immune responses directed against thyroid microsomes, thyroglobulin, and thyroid antigen.[51] They are much more common in women than in men. These diseases run in families in which there are higher rates of other autoimmune disorders, including insulin-dependent diabetes mellitus, rheumatoid arthritis, and systemic lupus erythematosus. Autoimmune diseases in general, and autoimmune thyroid disorder in particular, are systemic, causing inflammation and infiltration beyond the thyroid (eg infiltrative ophthalmopathy and dermopathy in Graves disease). There are a variety of reproductive manifestations of hyperthyroidism that have been attributed to thyroid hormonal influences on steroid hormone metabolism.[52] Fertility is impaired, however, even in women with ovulatory cycles, and it is possible that a local inflammatory process may be involved, although to our knowledge, this has never been studied. It would have been interesting to have examined the relations between other autoimmune diseases and ovarian cancer, but, we did not ask about other autoimmune diseases in this study.

We found only a modest elevation in risk associated with pelvic inflammatory disease, whereas the association has been more clearly shown in some previous studies.[36,37] In our study, however, only about 2% of cases and of controls reported previous pelvic inflammatory disease and the power to detect the association was limited. In contrast, national surveys have suggested that 10% or more of American women report this condition during their reproductive lives.[53] This discrepancy suggests the possibility that our study participants substantially under-reported pelvic inflammatory disease (which, because of its links to sexually transmitted diseases, is more socially sensitive than other exposures queried in this study) and may account for the lack of a clearer study finding.

Our data and data from previous studies[1,8–18] suggest that gynecologic surgery, in particular tubal ligation, greatly reduce the risk of ovarian cancer. The following observations, taken as a whole, argue against a surveillance bias whereby abnormal ovaries are removed at the time of surgery: (1) ovarian cancer risk is reduced 20 or more years after tubal ligation; (2) vaginal hysterectomy, which is accomplished without observation of the ovaries, is not less protective than abdominal hysterectomy, wherein ovaries are observed; and (3) laparoscopy does not lower risk. We believe that the protection afforded by gynecologic surgery, and, in particular by tubal ligation, which is generally accomplished earlier in life, is mediated by disrupting the connection between the ovaries and the rest of the genital tract structures.[17] Substances that may cause lower genital tract inflammation, such as talc, can travel up an open genital tract, but with tubal ligation or hysterectomy, that pathway is cut-off, thereby reducing the risk of environmentally mediated inflammation.

Inflammation by its nature produces toxic oxidants meant to kill pathogens. These oxidants cause direct damage to DNA, and it has been proposed that oxidative damage to DNA underlies all mutagenesis. In particular, Ames *et al.* argue that damage to critical tumor suppressor genes, particularly in the situation of rapid cell division, as is found in inflammation, contributes to cancer development.[40] Furthermore, bioactive substances, such as cytokines, growth factors, and prostaglandins, which are part of the inflammatory process, may play a role in ovarian mutagenesis.[41–43] Disregulated cytokines may lead to ovarian neoplasm progression, and overexpression of prostaglandins, which is more common in tumor cells, increases tumor invasiveness.[54]

A limitation of our study was the somewhat low participation rates among cases and controls. For cases, this factor was strongly influenced by whether women with prevalent ovarian cancer (diagnosed >6 months before interview) were included in the denominator when calculating response rates. In our design, we excluded such women to avoid survival bias. Excluding them from the denominator resulted in an 88% response rate; however, to the extent that exposures may differ in women with incident ovarian cancer from those with ovarian cancer overall, we report the 61% response rate with them included in the denominator. Another limitation of our study is the potential for recall bias, which is a concern with any case-control study. In our study, however, recall bias is unlikely to explain factors that appear to be protective, which was the case for many of the associations found. As well, medical risk factors were not universally associated with elevated risk, but, instead the associated factors appeared to be specifically those causing inflammation. A final limitation is that many of our effect sizes were modest.

## Acknowledgments

We thank the interviewers who recruited and interviewed study participants, in particular, Kristin Pedemonti, lead interviewer. We also gratefully acknowledge technical assistance from Barbara Kolodiej and Lori Burleigh. Finally, we thank all of the participants in the SHARE study whose willingness to be interviewed, often despite debilitating illness, allowed this study to be accomplished.

## References

1. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol 1994;140:585–597.
2. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case control study. Br J Cancer 1989;60:592–598.
3. Whittemore AS, Harris R, Itnyre J, Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. Am J Epidemiol 1992;136:1184–1203.
4. Hankinson SE, Colditz GA, Hunter DJ, Willett WC, Stampfer MJ, Rosner B, Hennekens CH, Speizer FE. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer 1995;76:284–290.
5. Whittemore AS, Harris R, Itnyre J, Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. Am J Epidemiol 1992;136:1212–1220.
6. Fathalla MF. Incessant ovulation - a factor in ovarian neoplasia? Lancet 1971;ii:163.
7. Cramer DW, Welch WR. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis. J Natl Cancer Inst 1983;71:717–721.
8. Weiss NS, Harlow BL. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? Am J Epidemiol 1986;124:856–858.
9. Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M, Mohle-Boetani J. Epithelial ovarian cancer and the ability to conceive. Cancer Res 1989;49:4047–4052.
10. Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer. Am J Epidemiol 1991;134:362–369.
11. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol 1995;5:310–314.
12. Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, Hennekens CH, Speizer FE. Tubal ligation, hysterectomy, and risk of ovarian cancer. JAMA 1993;270:2813–2818.
13. Miracle-McMahill HL, Calle EE, Kosinski AS, Rodríguez C, Wingo PA, Thun MJ, Heath CW Jr. Tubal ligation and fatal ovarian cancer in a large prospective cohort study. Am J Epidemiol 1997;145:349–357.
14. Loft A, Lidegaard O, Tabor A. Incidence of ovarian cancer after hysterectomy: a nationwide controlled follow up. Br J Obstet Gynaecol 1997;104:1296–1301.
15. Kreiger N, Sloan M, Cotterchio M, Parsons P. Surgical procedures associated with risk of ovarian cancer. Intl J Epidemiol 1997;26:710–715.
16. Cornelison TL, Natarajan N, Piver MS, Mettlin CJ. Tubal ligation and the risk of ovarian carcinoma. Cancer Detect Prev 1997;21(1):1–6.
17. Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, Ward B. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer 1997;71:948–951.
18. Rosenblatt KA, Thomas DB, the World Health Organization collaborative study of neoplasia and steroid contraceptives. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. Cancer Epidemiol Biomarkers Prev 1996;5:933–935.
19. Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. Br J Ind Med 1982;39:344–348.
20. Newhouse ML, Berry G, Wagner JC, Turok ME. A study of mortality of female asbestos workers. Br J Ind Med 1972;29:134–141.
21. Newhouse ML, Berry G, Wagner JC. Mortality of factory workers in East London 1933–80. Br J Ind Med 1985;42:4–11.
22. Cook LS, Lamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–465.
23. Cramer DW, Welch WR, Scully Re, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer 1982;50:372–376.
24. Whittemore AS, Wu ML, Paffenbarger PS Jr, Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–1240.
25. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989;130:390–394.
26. Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 1992;21:23–29.
27. Harlow BL, Carmer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;30:26–29.
28. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol 1992;45:20–25.
29. Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. (Letter.) JAMA 1988;250:1844.

30. Tzonou A, Polychronopoulou A, Hsieh C, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers, and perineal talc application as risk factors for ovarian cancer. Intl J Cancer 1993;55:408–410.

31. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–2401.

32. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–1510.

33. Heaps JM, Nieberg RK, Berek JS. Malignant neoplasms arising in endometriosis. Obstet Gynecol 1990;75:1023–1028.

34. Sainz De La Cuesta R, Eichhorn JH, Rice LW, Fuller AF Jr, Nikrui N, Goff BA. Histologic transformation of benign endometriosis to early epithelial ovarian cancer. Gynecol Oncol 1996;60:238–244.

35. Moll UM, Chumas JC, Chalas E, Mann WJ. Ovarian carcinoma arising in atypical endometriosis. Obstet Gynecol 1990;75:537–539.

36. Shu WO, Brinton LA, Gao YT, Yuan JM. Population-based case-control study in Shanghai. Cancer Res 1989;49:3670–3674.

37. Risch HA, Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 1995;4:447–451.

38. Murcoch WJ. Ovarian surface epithelium, ovulation and carcinogenesis. Biol Rev 1996;71:529–543.

39. Auersperg N, Maines-Bandiera SL, Dyck HG. Ovarian carcinogenesis and the biology of ovarian surface epithelium. J Cell Physiol 1997;173:261–265.

40. Ames BN, Gold LS, Wilett WC. The causes and prevention of cancer. Proc Natl Acad Sci 1995;92:5258–5265.

41. Ziltener HJ, Maines-Bandiera S, Schrader JW, Auesperg N. Secretion of bioactive IL-1, IL-6 and colony stimulating factors by human ovarian surface epithelium. Biol Reprod 1993;49:635–641.

42. Auersperg N, Edelson MI, Mok SC, Johnson SW, Hamilton TC. The biology of ovarian cancer. Semin Oncol 1998;25:281–304.

43. Subbaramaiah K, Zakim D, Weksler BB, Dannenberg AJ. Inhibition of cyclooxygenase: a novel approach to cancer prevention. Proc Soc Exp Biol Med 1997;216:201–210.

44. Schlesselman JJ. Case-control studies: Design, conduct, analysis. New York: Oxford University Press, 1982.

45. Liu J, Rebar RW, Yen SSC. Neuroendocrine control of the postpartum period. Clin Perinatol 1983;10:723–736.

46. Risch HA. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone. J Natl Cancer Inst 1998;90:1774–1786.

47. Risch HA, Weiss NS, Lyon JL, Daling JR, Liff JM. Events of reproductive life and the incidence of epithelial ovarian cancer. Am J Epidemiol 1983;117:128–139.

48. Harlow SD, Ephros SA. Epidemiology of menstruation and its relevance to women's health. [review] Epidemiol Rev 1995;17:265–286.

49. Brinton LA, Gridley G, Persson I, Baron J, Bergqvist A. Cancer risk after a hospital discharge diagnosis of endometriosis. Am J Obstet Gynecol 1997;176:572–579.

50. Jacobson DL, Grange SJ, Rose NR, Graham NMH. Epidemiology and estimated population burden of selected autoimmune diseases in the United States. Clin Immunol Immunopathol 1997;84:223–243.

51. Ingbar SH. The Thyroid Gland. In: Wilson JD, Foster DW, eds. Williams Textbook of Endocrinology. Philadelphia: WB Saunders, 1981;682–815.

52. Gordon GG, Southern AL. Thyroid hormone effects on steroid-hormone metabolism. Bull NY Acad Med 1977;53:241–259.

53. U.S. Department of Health and Human Services. National Survey of Family Growth. From Vital and Health Statistics. Data from the National Survey for Family Growth. Hyattsville, MD: U.S. Public Health Service, National Center for Health Statistics, 1995.

54. Aitokallio-Tallberg, Viinikka LU, Ylikorkala RO. Increased synthesis of prostacyclin and thromboxane in human ovarian malignancy. Cancer Res 1988;48:2396–2398.

Exhibit 32

*Int. J. Cancer:* **112**, 458–464 (2004)
© 2004 Wiley-Liss, Inc.



Publication of the International Union Against Cancer

# PERINEAL TALC EXPOSURE AND EPITHELIAL OVARIAN CANCER RISK IN THE CENTRAL VALLEY OF CALIFORNIA

Paul K. Mills[1,2]*, Deborah G. Riordan[1], Rosemary D. Cress[3] and Heather A. Young[4]

[1]*Cancer Registry of Central California/Public Health Institute, Fresno, CA, USA*
[2]*Fresno Medical Education Program, University of California, San Francisco, Fresno, CA, USA*
[3]*California Cancer Registry, Sacramento, CA, USA*
[4]*Department of Epidemiology and Biostatistics, George Washington University School of Public Health and Health Services, Washington, DC, USA*

**Perineal talc use has been suggested as a possible risk factor for ovarian cancer based on its structural similarity to asbestos, a known human carcinogen. A population-based epidemiologic case-control study of epithelial ovarian cancer (EOC) was conducted in 22 counties of Central California that comprise the reporting area for 2 regional cancer registries. Telephone interviews were conducted with 256 cases diagnosed in the years 2000–2001 and 1,122 controls frequency-matched on age and ethnicity. The interview obtained information on demographic factors, menstrual and reproductive experience, exogenous hormone use, surgical history and family history of cancer. Questions on perineal talc use included frequency of use, duration of use and specific years when talc was used. Multivariate-adjusted odds ratio (OR) and 95% confidence intervals (CI) were derived from unconditional logistic regression. The OR for ever use of talc was 1.37 (CI = 1.02–1.85) compared to never users. However, no dose response association was found. Tubal ligation (TL) modified the effect of talc on EOC such that women with TL had an OR of 0.88 (CI = 0.46–1.68) associated with perineal talc use, whereas women with no TL had an OR of 1.54 (CI = 1.10–2.16). Talc use and EOC risk was highest in women with serous invasive tumors (OR = 1.77; CI = 1.12–2.81). This study provides some support for the hypothesis that perineal talc use is associated with an increased risk of EOC.**
© 2004 Wiley-Liss, Inc.

**Key words:** *epidemiology; gynecologic cancer; risk factors*

Interest in the relationship between talcum powder and ovarian cancer risk is based on certain physical properties of talcum powder, including the fact that talc is mineralogically similar to asbestos and that talcum powder manufactured before 1973 may have been contaminated with asbestos.[1] In animal studies, talc and other similar substances have been demonstrated to migrate from the vagina through the peritoneal cavity to the ovaries.[2] Henderson *et al.*,[3] also observed that particles with the appearance of talc were more prevalent in ovarian tumors than in normal ovarian tissue. Several epidemiologic studies have investigated perineal use of talcum powder as a potential risk factor for ovarian cancer and most have found elevations in risk, although there has been a large range in the risk estimates, from 1.1 to 3.9.[4] Collectively, these studies point to a possible etiologic role of talc in ovarian cancer via an inflammatory process at the site of the ovarian epithelium,[5] although recall bias may play a role in retrospective studies.[4] Inflammation produces oxidants that are thought to damage DNA and Ames *et al.*[6] argue that damage to tumor suppressor genes caused by the inflammatory process leads to carcinogenesis. Chronic inflammation may also result in deregulated cytokine production, which may result in altered cell growth, inhibition of apoptosis and changes in differentiation.[7]

Cramer *et al.*[8] proposed 2 mechanisms that might explain talc carcinogenesis. Talc may stimulate the entrapment of the ovarian surface epithelium, thus mimicking what occurs during ovulation and posing a risk similar to that proposed by incessant ovulation.[9] Alternatively, if talc is present at the time of ovulation, it may become incorporated into the inclusion cyst. It has been suggested that foreign-body exposure may result in granulomas[10] and that pure talc may induce granulomas in open wounds.[11] Granulomas are also associated with persistent acute inflammatory responses.[12]

The role of cornstarch powder on ovarian cancer risk has also been evaluated in epidemiologic research and a recent review concluded that there is no association between this type of powder and increased risk of ovarian cancer.[13] The conclusion was based on a total of 4 case-control studies that elicited information on use of cornstarch in perineal dusting, in which the average odds ratio was 0.62. However, there were only a total of 20 cases of ovarian cancer combined in those studies and 51 control subjects. Cornstarch is also not thought to exert the same toxicologic reaction in human tissue as does talc.[13]

## MATERIAL AND METHODS

A population-based epidemiologic case-control study of epithelial ovarian cancer (EOC) was conducted in 22 counties of Central California that comprise the reporting area for 2 regional cancer registries. Geographically, these counties make up the majority of the Central Valley of California, which is the poorest area of the state, with many residents living below the poverty level.[14] Demographically, the Valley is a very ethnically diverse area in which many counties are over 40% Hispanic. Two population-based cancer registries have monitored cancer incidence in the Central Valley of California continuously since 1988: the Cancer Registry of Central California (CRCC) in Fresno and the Cancer Surveillance Program (CSP), Region 3, in Sacramento.[15,16] All newly diagnosed histologically confirmed EOC patients were available for inclusion in this study for the years 2000 and 2001.

Cases were women-identified via a rapid case ascertainment (RCA) procedure as having been diagnosed with EOC (malignant neoplasms of the ovary, ICD-O 3 = C56.9) living in the Central Valley during a 24-month period from 1 January 2000 through 31 December 2001. Tumors were designated as borderline if the behavior code was designated as 1, or if the pathology report described the tumor as borderline, low malignant potential, or atypically proliferating.[17] The borderline classification was limited to serous and mucinous cell types because ICD-O 3 has no morphology code for the borderline classification in the other subtypes and because serous and mucinous tumors make up the majority of borderline tumors.[18] All other tumors were classified as invasive.

Grant sponsor: the California Cancer Research Program; Grant number: 98-16022.

*Correspondence to: Cancer Registry of Central California, 1320 E. Shaw Avenue, Suite 160, Fresno, CA 93710. Fax: +559-222-8960. E-mail: mills@ucsfresno.edu

Received 14 January 2004; Accepted 3 May 2004

DOI 10.1002/ijc.20434
Published online 17 June 2004 in Wiley InterScience (www.interscience.wiley.com).

Histologic subtypes were identified by pathologic report or by ICD-O 3 morphology codes. The histologic subtypes included were serous, mucinous, endometrioid, clear cell and other epithelial/unclassified. The latter category included unspecified adenocarcinomas as well as undifferentiated tumors in which a cell type could not be classified histologically. All newly diagnosed EOCs of epithelial origin were identified via RCA methods in which hospital tumor registrars were asked to provide listings of newly diagnosed EOCs within 1 month of diagnosis. A board-certified pathologist reviewed the pathology reports of a sample of cases. Physician consent was obtained by mailing the physician of record a letter and informing him/her that an interview with the patient was planned. If the physician did not respond within a 3-week period, passive consent was assumed. The control group consisted of women 18 years or older selected by random digit dialing (RDD) techniques who were residents of the area, had not been diagnosed with EOC and had at least one intact ovary at the time of the interview. The overall data collection period covered a 2-year period, with each respondent being interviewed only once during this period by telephone. Interviews were conducted with both cases and controls on a monthly basis throughout the 2-year period.

All cases and controls were approached via an introductory letter that included a prompt list that described topics the interview questions would address. The Institutional Review Board at the Public Health Institute approved the study protocol. For both case and control groups, letters and prompt lists were sent in either English or Spanish on the letterhead of the principal investigator. Telephone interviews with both case and control respondents were conducted by female professional, trained telephone interviewers in either English or Spanish as preferred by the respondent.

The interview obtained information on demographic factors as well as information pertinent to the respondent's menstrual and reproductive experience, use of exogenous hormones, gynecologic surgical history and family history of cancer. Four questions were asked in regard to the use of talcum powder, including adult use in the genital area, calendar year(s) of use, frequency of use (i.e., daily, several times a week) and total duration of use. The last 2 questions were used to create a variable reflecting—cumulative use by combining frequency (categorically weighted $0-3$) and duration (in months) of use.

Age-adjusted odds ratios were calculated using the Mantel-Haenszel method.[19] Multivariate adjusted odds ratios were calculated using unconditional logistic regression.[20] Initially, multivariate models were constructed to include age as a continuous variable and race/ethnicity, duration of use of oral contraceptives, duration of breast-feeding, history of breast or EOC in a first-degree relative, pregnancy history, parity, body mass index (BMI), hysterectomy, tubal ligation and duration of hormone replacement therapy use as categorical variables. However, the Hosmer-Lemshow goodness-of-fit tests revealed that after terms for duration of oral contraceptive use and duration of breast-feeding were added to the models, fit was not improved by the addition of the other variables listed above. Nor were the estimated odds ratios altered by the addition of the several variables listed above. Therefore, in the interest of parsimony, the final models chosen for the analysis included terms for age, race/ethnicity, oral contraceptive use and breast-feeding. Interaction was assessed by comparing stratum-specific odds ratios. If the stratum-specific odds ratios differed by more than 100%, interaction was also assessed by including first-order cross product terms into the logistic model and examining the significance of the interaction coefficient. Tests for trend were conducted for variables that were ordinal in nature by recoding the categories into continuous form and evaluating the Wald statistic associated with the resulting coefficient. Confounding was assessed by examining the differences in the crude, age-adjusted and multivariate-adjusted odds ratios.

## RESULTS

The regional cancer registries initially identified a total of 652 cases of confirmed epithelial ovarian cases residing in the 22 county study area diagnosed between 1 January 2000 and 31 December 2001. Seventeen cases were excluded due to speaking a language other than English or Spanish or due to hearing/speech impairment, resulting in 635 cases that met the study criteria. Seventy-six cases died prior to research contact and physicians refused permission to contact for 10 cases. Forty-one cases were too ill to participate in the study and 119 were not contacted due to incorrect telephone numbers or no answer after repeated efforts. Of the remaining 389 cases, 133 refused to participate, resulting in 256 completed interviews. Therefore, the response fraction was 40% among all cases identified. There were no significant differences in age ($p = 0.273$) or level of invasiveness between interviewed and noninterviewed cases. Histologically, interviewed cases were more likely to be of the serous subtype (57.4% for interviewed cases, 45.6% for noninterviewed cases) and less likely to be classified as "other epithelial" (10.5% for interviewed cases; 22% for noninterviewed cases). There was no statistically significant difference between interviewed and noninterviewed cases for the other histologic subtypes. Information on perineal talc use was missing in 7 cases.

Households with eligible women were identified through RDD methods, resulting in 2,327 controls identified and sent an introductory letter with a prompt list. Eighty of these women were later found not to meet the age requirement and 21 were ineligible due to residence outside the study area. Ten controls were excluded due to speaking a language other than English or Spanish. Two hundred fifty-two controls were excluded due to reporting bilateral oophorectomy, resulting in 1,964 controls that met the study criteria. Nineteen controls were too ill to participate and 358 were later found to have moved, changed phone numbers, or failed to answer after repeated efforts. Of the remaining 1,587 contacted controls, 465 refused to participate, resulting in 1,122 completed control interviews for a response fraction of 57% for total identified eligible controls. Information on perineal talc exposure was missing in 17 controls.

Invasive tumors constituted 71.1% of the case series and 28.9% of the tumors were of borderline malignancy. Among non-Hispanic white women, who constituted 74% of the cases, 25.8% were of borderline invasiveness. Overall, 57% of the case series were serous adenocarcinomas, divided 60% and 40% for invasive and borderline, respectively. Mucinous and endometrioid each comprised 14% of the EOC cases. There were slightly more mucinous borderline cases than invasive cases. Clear cell and other/unclassified histologies made up the remaining 5% and 11%, respectively.

The demographic characteristics of all cases and controls and cases and controls stratified by talc exposure are shown in Table I. Matching was successful and cases and controls were similar in age and ethnicity. Controls were less likely to have finished high school but more likely to have an education beyond high school. A somewhat larger proportion of the case series were single (12.5%) compared to the control series (10.0%). Control women were more likely to have been born outside of the United States (16.8%) than were cases (12.9%).

A total of 42.6% of EOC cases reported ever use of talcum powder in the perineal area while 37.1% of control women reported such a history. Case women using talc were slightly older at interview than controls. Women in the oldest age group used talc less than younger women, much more so for control women than case women. White non-Hispanic women were more likely to use talc than their Hispanic counterparts. Talc use was higher in both white non-Hispanic and Hispanic cases compared to controls but this pattern was not seen in the "other" ethnic category. Talc use was also associated with a higher education level. Talc use was higher in both cases and controls with birthplace in the United States.

MILLS *ET AL.*

TABLE I – DESCRIPTIVE CHARACTERISTICS OF EOC CASES AND CONTROLS IN CALIFORNIA'S CENTRAL VALLEY BY TALC EXPOSURE, 2000–2001

| Characteristic | Cases | | Controls | |
|---|---|---|---|---|
| | Total[1] | Talc exposure, n (%) | Total[1] | Talc exposure, n (%) |
| Number of subjects | 249 | 106 (42.6) | 1105 | 410 (37.1) |
| Mean age at interview | 56.6 | 56.6 | 55.0 | 53.7 |
| Age group (%) | | | | |
| < 40 | 20 | 7 (35.0) | 112 | 43 (38.4) |
| 40–49 | 66 | 34 (51.5) | 317 | 121 (38.2) |
| 50–59 | 57 | 20 (35.1) | 268 | 113 (42.2) |
| 60–69 | 56 | 25 (44.6) | 211 | 82 (38.9) |
| ≥ 70 | 50 | 20 (40.0) | 197 | 51 (25.9) |
| Ethnicity (%) | | | | |
| White non-Hispanic | 187 | 85 (45.5) | 802 | 317 (39.5) |
| Hispanic | 42 | 15 (35.7) | 201 | 54 (26.9) |
| Other | 20 | 6 (30.0) | 102 | 39 (38.2) |
| Education (%) | | | | |
| < high school graduate | 33 | 13 (39.4) | 208 | 60 (28.8) |
| High school graduate | 84 | 34 (40.5) | 261 | 99 (37.9) |
| > high school graduate | 130 | 59 (45.4) | 635 | 251 (39.5) |
| Marital status (%) | | | | |
| Single | 32 | 11 (34.4) | 111 | 40 (36.0) |
| Married | 133 | 59 (44.4) | 670 | 246 (36.7) |
| Divorced/separated | 40 | 17 (42.5) | 175 | 77 (44.0) |
| Widowed | 44 | 19 (43.2) | 145 | 46 (31.7) |
| Birthplace (%) | | | | |
| In United States | 216 | 96 (44.4) | 919 | 379 (41.2) |
| Outside United States | 33 | 10 (30.3) | 186 | 31 (16.7) |

[1]Numbers may not add up to total cases and controls due to missing data.

TABLE II – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR PATTERNS OF TALC USE FOR EOC CASES AND CONTROLS, CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| Patterns of talc use | Cases (%) (n = 256)[1] | Controls (%) (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| Talc use | | | |
| Never | 143 (57.4) | 695 (62.9) | 1.0 |
| Ever | 106 (42.6) | 410 (37.1) | 1.37 (1.02–1.85) |
| Frequency of use | | | |
| Never | 143 (57.4) | 695 (63.2) | 1.0 |
| Rarely to several times per month | 34 (13.7) | 138 (12.5) | 1.34 (0.87–2.08) |
| 1–3 times per week | 31 (12.4) | 145 (13.2) | 1.16 (0.74–1.81) |
| 4–7 times per week | 41 (16.5) | 122 (11.1) | 1.74 (1.14–2.64) |
| | | | Trend p = 0.015 |
| Duration of use | | | |
| Never | 143 (58.9) | 695 (64.2) | 1.0 (referent) |
| ≤ 3 years | 18 (7.4) | 99 (9.2) | 1.01 (0.58–1.76) |
| 4–12 years | 32 (13.2) | 98 (9.1) | 1.86 (1.16–2.98) |
| 13–30 years | 29 (11.9) | 102 (9.4) | 1.45 (0.90–2.32) |
| > 30 years | 21 (8.6) | 88 (8.1) | 1.22 (0.72–2.08) |
| | | | Trend p = 0.045 |
| Cumulative use (frequency × duration) | | | |
| Never | 143 (58.9) | 695 (64.4) | 1.0 (referent) |
| First quartile (lowest exposure) | 18 (7.4) | 95 (8.8) | 1.03 (0.59–1.80) |
| Second quartile | 28 (11.5) | 95 (8.8) | 1.81 (1.10–2.97) |
| Third quartile | 34 (14.0) | 107 (9.9) | 1.74 (1.11–2.73) |
| Fourth quartile (highest exposure) | 20 (8.2) | 88 (8.1) | 1.06 (0.62–1.83) |
| | | | Trend p = 0.051 |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.

Ever use of talcum powder in the genital area was associated with a 37% elevation in risk of EOC, which was statistically significant (Table II). Increasing frequency of use was associated with increasing risk such that those women who reported use 4–7 times per week experienced a significant 74% elevation in EOC risk (p for trend = 0.015). However, this was not a monotonic trend in that risk decreased between the second and third categories of use (from 1.34 to 1.16). Duration of use of talcum powder was associated with increased risk, although the pattern was also not clear-cut in that the point estimate peaked among those reporting 4–12 years of use and declined somewhat among those report-

ing longer duration of use (p for trend = 0.045). Cumulative use also demonstrated an uneven association with risk of EOC in that the point estimates peaked in the second and third quartiles of intensity but declined in the highest quartile of use.

The multivariate adjusted odds ratios were elevated primarily among those with a serous or mucinous invasive tumor and were lower among women with other cell types or with borderline tumors (Table III).

Risk of EOC associated with use of talcum powder was higher and statistically significant in those who reported first using pow-

**TABLE III** – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR PERINEAL TALC USE AND EOC RISK BY INVASIVENESS AND HISTOLOGIC SUBTYPE, CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| Histologic subtype | Cases (%) (n = 256)[1] | Controls (%) (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| All invasive (n = 182)[1] | | | |
| − perineal talc use | 98 (55.7) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 78 (44.3) | 410 (37.1) | 1.51 (1.07–2.12) |
| Serous invasive (n = 92)[1] | | | |
| − perineal talc use | 46 (52.3) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 42 (47.7) | 410 (37.1) | 1.77 (1.12–2.81) |
| Mucinous invasive (n = 16) | | | |
| − perineal talc use | 6 (37.5) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 10 (62.5) | 410 (37.1) | 2.56 (0.89–7.39) |
| Endometrioid (n = 35) | | | |
| − perineal talc use | 21 (60.0) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 14 (40.0) | 410 (37.1) | 1.28 (0.62–2.62) |
| Clear cell (n = 12)[1] | | | |
| − perineal talc use | 8 (72.7) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 3 (27.3) | 410 (37.1) | 0.63 (0.15–2.64) |
| Other epithelial (n = 27)[1] | | | |
| − perineal talc use | 17 (65.4) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 9 (34.6) | 410 (37.1) | 1.06 (0.45–2.48) |
| All borderline (n = 74)[1] | | | |
| − perineal talc use | 45 (61.6) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 28 (38.4) | 410 (37.1) | 1.09 (0.65–1.83) |
| Serous borderline (n = 55)[1] | | | |
| − perineal talc use | 32 (59.3) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 22 (40.7) | 410 (37.1) | 1.28 (0.71–2.31) |
| Mucinous borderline (n = 19) | | | |
| − perineal talc use | 13 (68.4) | 696 (62.9) | 1.0 (referent) |
| + perineal talc use | 6 (31.6) | 410 (37.1) | 0.76 (0.28–2.07) |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.

**TABLE IV** – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR PERINEAL TALC USE AND EOC RISK BY TIMING OF USE, CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| Timing of talc use | Cases (%) (n = 256)[1] | Controls (%) (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| Year of first use | | | |
| Never use | 143 (59.1) | 695 (65.6) | 1.0 (referent) |
| Before/during 1975 | 52 (21.5) | 206 (19.4) | 1.22 (0.84–1.77) |
| After 1975 | 47 (19.4) | 149 (15.0) | 1.92 (1.27–2.91) |
| Age at first use | | | |
| Never use | 143 (59.1) | 695 (65.7) | 1.0 (referent) |
| < 20 years | 30 (12.4) | 169 (16.0) | 0.95 (0.61–1.48) |
| 20–24 years | 26 (10.7) | 61 (5.8) | 2.41 (1.43–4.09) |
| ≥ 25 years | 43 (17.8) | 133 (12.6) | 1.80 (1.19–2.73) |
| First use before or after first birth[2] | | | |
| Never use | 113 (59.2) | 631 (65.6) | 1.0 (referent) |
| Use at or prior to first birth | 36 (18.8) | 229 (23.8) | 0.98 (0.64–1.48) |
| Use after first birth | 42 (22.0) | 102 (10.6) | 2.51 (1.63–3.87) |
| Years since last use | | | |
| Never use | 143 (59.1) | 695 (65.6) | 1.0 (referent) |
| Current users | 32 (13.2) | 133 (12.5) | 1.27 (0.81–1.98) |
| 1–2 years | 27 (11.2) | 61 (5.8) | 2.40 (1.43–4.05) |
| 3–20 years | 20 (8.3) | 83 (7.8) | 1.57 (0.90–2.73) |
| > 20 years | 20 (8.3) | 88 (8.3) | 1.13 (0.66–1.94) |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.–[2]Parous women only.

der after 1975 compared to those reporting use prior to that date (Table IV). Higher risk was found among those reporting first use at ages after age 20 compared to those who were younger at first use (Table IV). In addition, risk was elevated among those women who used talcum powder only after the birth of their first child, while no effect was seen among those whose first use occurred before their first child was born.

In an attempt to assess latency issues, we evaluated risk of EOC by categorizing participants by the numbers of years since last reported use of talcum powder (Table IV). The highest and significant risks were found among women who had stopped using talcum powder relatively recently (1–2 years prior to interview), while those who reported last using powders in the more distant past did not experience altered risk.

An evaluation of effect modification of the talcum powder-EOC relationship by gynecologic surgery, reproductive history, exogenous hormone use and BMI is presented in Table V. Women without a tubal ligation experienced higher talcum powder-associated risks than women with a tubal ligation and this result was statistically significant (OR = 1.54; 95% CI = 1.10–2.16). The interaction coefficient for the relationship between talc use and tubal ligation was not statistically significant. There was no mod-

MILLS *ET AL.*

TABLE V – FREQUENCIES, MULTIVARIATE-ADJUSTED ODDS RATIOS AND 95% CONFIDENCE INTERVALS FOR TALC USE AND RISK OF EOC BY LEVELS OF MODIFIERS IN THE CENTRAL VALLEY OF CALIFORNIA, 2000–2001

| | Cases (n = 256)[1] | Controls (n = 1,122)[1] | Multivariate-adjusted OR (95% CI) |
|---|---|---|---|
| **Tubal ligation** | | | |
| Never talc use | 29 (56.9) | 161 (54.9) | 1.0 (referent) |
| Ever talc use | 22 (43.1) | 132 (45.1) | 0.88 (0.46–1.68) |
| **No tubal ligation** | | | |
| Never talc use | 113 (57.4) | 531 (65.8) | 1.0 (referent) |
| Ever talc use | 84 (42.6) | 276 (34.2) | 1.54 (1.10–2.16) |
| **Hysterectomy[2]** | | | |
| Never talc use | 27 (50.0) | 117 (58.8) | 1.0 (referent) |
| Ever talc use | 27 (50.0) | 82 (41.2) | 1.79 (0.91–3.52) |
| **No hysterectomy[3]** | | | |
| Never talc use | 116 (59.5) | 576 (63.7) | 1.0 (referent) |
| Ever talc use | 79 (40.5) | 328 (36.3) | 1.33 (0.95–1.87) |
| **Ever pregnant** | | | |
| Never talc use | 118 (55.9) | 648 (63.0) | 1.0 (referent) |
| Ever talc use | 93 (44.1) | 381 (37.0) | 1.44 (1.05–1.97) |
| **Never pregnant** | | | |
| Never talc use | 25 (65.8) | 47 (62.7) | 1.0 (referent) |
| Ever talc use | 13 (34.2) | 28 (37.3) | 0.93 (0.37–2.34) |
| **Ever parous[4]** | | | |
| Never talc use | 113 (57.4) | 633 (62.7) | 1.0 (referent) |
| Ever talc use | 84 (42.6) | 376 (37.3) | 1.34 (0.97–1.85) |
| **Nulliparous[4]** | | | |
| Never talc use | 5 (35.7) | 15 (75.0) | 1.0 (referent) |
| Ever talc use | 9 (64.3) | 5 (25.0) | 4.91 (0.68–35.25) |
| **Ever OC use** | | | |
| Never talc use | 72 (51.4) | 422 (57.7) | 1.0 (referent) |
| Ever talc use | 68 (48.6) | 309 (42.3) | 1.26 (0.86–1.83) |
| **Never OC use** | | | |
| Never talc use | 71 (65.1) | 272 (72.9) | 1.0 (referent) |
| Ever talc use | 38 (34.9) | 101 (27.1) | 1.63 (1.0–2.64) |
| **HRT[5]** | | | |
| Never talc use | 54 (52.4) | 220 (59.9) | 1.0 (referent) |
| Ever talc use | 49 (47.6) | 147 (40.1) | 1.41 (0.89–2.24) |
| **No HRT[6]** | | | |
| Never talc use | 89 (62.2) | 472 (64.4) | 1.0 (referent) |
| Ever talc use | 54 (37.8) | 261 (35.6) | 1.30 (0.87–1.93) |
| **BMI < 25** | | | |
| Never talc use | 55 (63.2) | 311 (66.5) | 1.0 (referent) |
| Ever talc use | 32 (36.8) | 157 (33.5) | 1.23 (0.74–2.04) |
| **BMI ≥ 25** | | | |
| Never talc use | 85 (53.5) | 358 (59.1) | 1.0 (referent) |
| Ever talc use | 74 (46.5) | 248 (40.9) | 1.36 (0.92–1.99) |

Adjusted for age, race/ethnicity, duration of oral contraceptive use and breast feeding. [1]Numbers may not add up to total cases and controls due to missing data.–[2]Includes women with ≥ 2 years since hysterectomy.–[3]Includes women with < 2 years since hysterectomy.–[4]Gravida women only.–[5]Includes women with one or more years of use.–[6]Includes women with never use or < 1 year of use.

ification within categories of prior hysterectomy, however. Higher risks were observed among those who were ever pregnant compared to those who were never pregnant. Talcum powder-associated risk was not different within the parous and nulliparous. Talcum powder-associated risk was higher (and significant) in women who never used oral contraceptives; however, the interaction coefficient was not statistically significant. Neither BMI or hormone replacement therapy (HRT) use appeared to modify the relationship of talc use and EOC risk.

## DISCUSSION

The prevalence of talc use among controls in our study (37.1%) is similar to the average percentage of use among the control populations in a review of 14 studies (36.8% calculated from data presented in original study).[21] In the current analysis as in others,[11,21–24] a larger percentage of cases *versus* controls reported perineal exposure to talc. We found a slight trend of decreasing use with increasing age in control women but our findings were not as strong as those noted by Rosenblatt *et al.*[25] Other studies[21,24] have found increased use in both cases and controls over 50 years of age compared to their counterparts

less than or equal to 50 years of age. In the present study, cases less than 50 years of age were more likely to have used talc *versus* women 50 years or older (47.7% and 39.9%, respectively). Different findings in talc use patterns between the present study and previous studies may be explained by differences in study locations, study time periods and age categories. Frequency of use in the current study was similar for both the younger and older groups in controls (38.2% and 36.4%, respectively).

Talc use was higher in white non-Hispanics compared to Hispanics in this study. However, the pattern of increased use in EOC cases for both groups contributed to the overall increased risk of EOC among talc users. Differential talc use by various ethnic groups and its relation to EOC risk has not, to our knowledge, been evaluated previously.

As in other studies,[21,25] we found that talc use increased with education level, although one earlier study reported the opposite finding.[24] Other studies have compared talc use in ever married to never married women and found either similar use in both groups for cases and controls[21] or increased frequency of use in ever married women.[24] In the current analysis, talc exposure was 43.8% for ever married cases *versus* 34.4% for never married cases. However, fre-

quency of use was similar between ever married and never married controls (37.2% and 36.0%, respectively). There was much greater use of talc among those born in the United States *versus* those born outside it.

The odds ratio comparing ever use to never use in this study (OR = 1.37; CI = 1.02–1.85) is similar to the results of a recent metaanalysis that pooled 16 studies (summary RR = 1.33; CI = 1.16–1.45).[4] When stratified by hospital- *versus* population-based studies, the population studies had a summary relative risk of 1.38 (1.25–1.52).

Cornstarch use and ovarian cancer has been evaluated in a small number of case-control studies[11,21,22,26] and have been reviewed with the conclusion that no relationship exists between cornstarch and EOC, although the number of study participants using cornstarch *versus* talc was small.[13] Our study was not able to differentiate between use of perineal powders containing talc and those containing cornstarch, which may have driven the odds ratio toward the null. Type of application, including direct application on the perineum, or indirect exposure from dusting sanitary napkins, underwear and diaphragms (storage) was also not assessed.

As in other studies,[4] the present study did not find a clear dose response based on duration of use or cumulative use. Limiting the analysis of dose response to women who reported ever use of talc did not affect the results (data not shown). The lack of dose response between talc use and EOC may be explained by the inability to quantify the actual amount of talc used per application and timing of the application.[21] Cramer *et al.*[21] propose that application during ovulation may pose more risk due to the possibility of talc entrapment in inclusion cysts. Harlow et al.[24] found little change in odds ratios after excluding use after tubal ligation or hysterectomy in their estimate of total lifetime perineal talc applications. However, when they excluded nonovulatory periods of exposure in their calculation, there was significant increase in risk. We were unable to exclude nonovulatory periods and talcum powder use after gynecologic surgery in our cumulative use calculations.

Our analysis found that talc use and EOC risk varied by histologic subtype, as have others who found that exposure to talc is a significant risk for invasive tumors[22] and specifically for serous invasive tumors.[21] Cook et al.[11] also found an increased risk of serous tumors (including both invasive and borderline) in talc users *versus* nonusers. Gertig *et al.*[27] have suggested that there are pathologic similarities between serous adenocarcinomas and mesothelioma that may explain findings of increase risk for serous invasive tumors in talc users. Harlow et al.[24] reported a significant increase in risk of either endometrioid or borderline tumors with talc use and suggest that variation in risk among histologic subtypes may be due to chance or a foreign-body effect unique to specific subtypes.

In a study of the mineral and chemical characterization of consumer talcum powder formulated prior to June 1973, almost half of the samples tested contained 1 of the 3 asbestos group minerals.[1] In 1976, talcum powder manufacturers instituted voluntary guidelines to prevent asbestos contamination in talc products,[24] but we did not find an increase in EOC risk with talc use on or before 1975; rather, we found that risk of EOC increased with use after 1975, which may be related to the recency of use. Harlow *et al.*[24] observed ovarian cancer risk was increased in women using talc products before 1960, although Chang and Risch[22] found no relationship between risk and use either before or after 1970.

In the current analysis, a statistically significant increase in EOC risk occurred with first use after age 20 compared to first use at younger ages. Controlling for recency of use did not change this finding. Other studies have reported either no trend with age at first use[21] or increased risk of EOC with first use at younger than age 20 and older than age 25.[24] Disagreement in findings between studies may be due to differences in age distributions and talc use patterns among study participants. Although we cannot directly assess risk during ovulatory *versus* nonovulatory periods, our

findings of increased risk in adult women support the hypotheses of increased EOC risk with talc exposure during ovulatory periods and in parous reproductive tracts.

Cramer *et al.*[21] found that EOC risk was increased in parous women with talc use occurring before first birth, suggesting that prepregnancy ovarian tissue may be more vulnerable to talc damage because it has not undergone stromal differentiation (decidual reaction that occurs during pregnancy). However, their reference group was all parous women. In this analysis, we stratified parous women by never use, use before first birth and use after first birth. We found increased risk after first pregnancy. Anatomical changes in the genital tract after pregnancy may increase the possibility of talc migration to the ovaries.[28] Harlow et al.[24] suggest that pregnancy may increase risk due to its effect of increasing the size of the cervical opening into the uterus. In the current study, perineal talc use had no apparent impact on EOC risk among those who had never been pregnant and parity was difficult to evaluate because of the small number of nulliparous women. In 2 prospective studies of talc use and EOC risk, there was no significant difference in parity between users and nonusers of talc.[25,27]

Harlow et al.[24] reported a significant increase in EOC risk if perineal talc use occurred in the last 6 months. We also found that recent users were at increased risk (even when we controlled for duration of use). It is noteworthy that a significant latency effect is well documented for asbestos exposure and development of both pleural and peritoneal mesotheliomas[29] while there appears to be no latency with talcum powder. The asbestos association has been reported from an occupational cohort mortality study where exposure is indirect and not the result of direct application, as is the case for talcum powder.[30] This may explain the differences between observed patterns of latency for asbestos and talcum powder. Additionally, risk of EOC with talc use may not be due to talc's chemical similarity to asbestos but rather due to the ovary's unique function, resulting in vulnerability to carcinogenesis from particulates such as talc.[8] In a study of gynecologic surgery and EOC, Green et al.[31] found that women reporting fallopian tubal occlusion, through tubal ligation or hysterectomy, were at decreased risk for developing EOC. They concluded that surgical tubal occlusion decreased EOC risk by preventing contaminants from reaching the ovary. Ness and Cottreau[32] proposed that the inflammatory response of the ovarian epithelium to various irritants may result in ovarian mutagenesis, tumor growth and tumor invasiveness. Cramer *et al.*[21] reported no association between EOC risk and talc use in women with a tubal ligation; however, risk remained nonsignificantly elevated in women with a hysterectomy. A recent prospective study[27] found that EOC risk in talc users was not modified by either tubal ligation or hysterectomy. The analysis was not able to determine the timing of talc use (before or after surgery). In a hospital-based case-control study, Wong *et al.*[33] found that risk of EOC with talc use was increased in women without gynecologic surgery and decreased in women with a history of tubal ligation or hysterectomy but neither finding was significant. They also were unable to delineate use before or after gynecologic surgery. Tubal ligation may limit a woman's exposure to contaminants more than hysterectomy since it is usually performed earlier in a woman's reproductive history, while she is still ovulating.[34]

Oral contraceptives (OCs) act by suppression of ovulation and the fact that elevated risks were found in those talcum powder users that never used OCs in this study suggests that uninterrupted ovulation with associated formation of inclusion cysts may enhance the impact that talcum powder may have on ovarian carcinogenesis. Unlike our study, however, Cramer *et al.*[21] and Harlow *et al.*[24] reported that OCs had no effect on talc use and EOC risk. A prospective study of talc use and ovarian cancer also found that the prevalence of OC use was similar in both users and nonusers of talc. However, these studies also reported lower percentages of OC use among both cases and controls (talc users and nonusers) than was found in the present study.

Our analysis found that BMI did not modify the risk associated with talc use and EOC in agreement with Cramer *et al.*[21] Talc use

464                                                                          MILLS *ET AL.*

was greater in women with a high *versus* low BMI for both cases and controls but the difference was not significant. Rosenblatt *et al.*[25] in a prospective study found that women in the highest BMI quartile were more likely to use perineal talc. They concluded that since some studies have found an increased risk for ovarian cancer in obese women, BMI may be a confounder of talc use and ovarian cancer risk. Harlow *et al.*,[24] however, reported no differential use of talc between leaner and heavier controls.

There are several limitations to this study that may limit interpretation of the findings. The sample size was relatively small and the response fraction lower than ideal. However, we have observed the same or similar relationships in our study between several risk factors such as OC use and parity, as has been observed in several earlier studies. Recall bias has also been implicated as a limitation in studies of talc and ovarian cancer.[35] However, findings in a prospective study, the Nurses' Health Study, in which exposure data were collected prior to diagnosis and hence free of recall bias, were similar to the present study finding for talc use and serous invasive ovarian cancer.[27] It has also been suggested that use of talc is habitual *versus* memorable and not likely to be subject to recall bias.[35] Huncharek *et al.*,[4] suggested that the positive relationship between talc use and EOC risk found in a review of epidemiologic studies may also be explained by a treatment effect in prevalent cases. The present study used incident cases

exclusively. The present analysis was also limited due to our inability to exclude use during nonovulatory periods and posttubal ligation or hysterectomy, nor were we able to differentiate between various formulations.

Research has provided little biologic or experimental evidence to support a relationship between talcum powder use and ovarian cancer risk. However, given the suggestive though uncertain role of talcum powder and EOC found in epidemiologic studies, including the present study, users should exercise prudence in reducing or eliminating use. In this instance, the precautionary principle should be invoked, especially given that this is a serious form of cancer, usually associated with a poor prognosis, with no current effective screening tool, steady incidence rates during the last quarter century and no prospect for successful therapy. Unlike other forms of environmental exposures, talcum powder use is easily avoidable.

## ACKNOWLEDGEMENTS

The authors gratefully acknowledge the contributions of the physicians and tumor registrars who assisted in the study. They also thank the efforts of Jeanne Grunwald and Nandini Krishnaswamy of the Field Research Corporation in the data collection phase and Dr. Gordon Honda for pathology consultation.

## REFERENCES

1. Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 1976;2:255–84.
2. Venter PF. Ovarian epithelial cancer and chemical carcinogenesis. Gynecol Oncol 1981;12:281–5.
3. Henderson WJ, Joslin CAF, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynecol Br Comm 1971;78:266–72.
4. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res 2003;23:1955–60.
5. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona, R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000; 11:111–7.
6. Ames BN, Gold LS, Willett WC. The causes and prevention of cancer. Proc Natl Acad Sci USA 1995;92:5258–65.
7. Dranoff G. Cytokines in cancer pathogenesis and cancer therapy. Nat Rev Cancer 2004;4:11–22.
8. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc. Cancer 1982;50:372–6.
9. Fathalla MF. Incessant ovulation: a factor in ovarian neoplasia? Lancet 1971;2:163.
10. Mostafa SAM, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. Obstet Gynecol 1985;66:701–2.
11. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
12. Fantone JC, Ward PA. Inflammation. In: Rubin E, Farber JL, eds. Pathology, 3rd ed. Philadelphia: Lippincott-Raven, 1999. 72–3.
13. Whysner J, Mohan M. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. Am J Obstet Gynecol 2000;182:720–4.
14. State of California, Department of Finance, Table D-21: median income and poverty status, 2000 census. Sacramento, CA: Department of Finance, 2002.
15. Mills PK. Cancer incidence and mortality in the Central Valley, 1988–1997. Fresno, CA: Cancer Registry of Central California, Region 2, 2000.
16. Cress RD, Creech C, Caggiano V. Cancer incidence in the Sacramento Region, 1988–1997. Sacramento, CA: Cancer Surveillance Program, Region 3, 2000.
17. Ferrier A. Mullerian epithelial and mesenchymal tumors–introduction, clinical perspective, and principles of management. In: Farnsworth RP, ed. Surgical pathology of the ovary, 2nd ed. New York: Churchill Livingstone, 1997. 229–38.
18. Chapman WB. Developments in the pathology of ovarian tumours. Curr Opin Obstet Gynecol 2001;13:53–9.
19. Mantel N, Haenszel W. Statistical aspects of the analysis of data from retrospective studies of disease. J Natl Cancer Inst 1959;22:719–48.
20. Breslow NE, Day NE. The analysis of case-control studies. Lyon: IARC, 1980.
21. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg R, Baron JA, Harlow B. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
22. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.
23. Godard B, Foulkes WD, Provencher D, Brunet J-S, Tonin PN, Mes-Masson A-M, Narod SA, Ghadirian P. Risk factors for familial and sporadic ovarian cancer among French-Canadians: a case-control study. Am J Obstet Gynecol 1998;179:403–10.
24. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer. Obstet Gynecol 1992;80:19–26.
25. Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. Obstet Gynecol 1998;92:753–6.
26. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989;130:390–4.
27. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
28. Cunningham FG, MacDonald PC, Gant NF, Leveno KJ, Gilstrap LC III, Hankins GDV, Clark SL. Williams obstetrics, 20th ed. Stamford, CT: Appleton and Lange, 1997. 40–51.
29. Blot WJ, Fraumeni JF Jr. Cancers of the lung and pleura. In: Shottenfeld D, Fraumeni JF Jr, eds. Cancer epidemiology and prevention, 2nd ed. New York: Oxford University Press, 1996. 637–65.
30. Acheson E, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos:a 40-year follow-up. Br J Indust Med 1982;39:344–8.
31. Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, Ward B, the Survey of Women's Health Study Group. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Int J Cancer 1997;71:948–51.
32. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
33. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;93:372–6.
34. Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M. Personal and environmental characteristics related to epithelial ovarian cancer: 2, exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.
35. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

Exhibit 33

FERTILITY AND STERILITY
VOL. 82, NO. 1, JULY 2004
Copyright ©2004 American Society for Reproductive Medicine
Published by Elsevier Inc.
Printed on acid-free paper in U.S.A.

# Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study

Malcolm C. Pike, Ph.D., Celeste L. Pearce, Ph.D., Ruth Peters, D.Sc., Wendy Cozen, D.O., Peggy Wan, M.S., and Anna H. Wu, Ph.D.

USC/Norris Comprehensive Cancer Center, Keck School of Medicine, Department of Preventive Medicine, University of Southern California, Los Angeles, California

**Objective:** To examine the influence of hormone-related factors on the risk of invasive epithelial ovarian cancer (ovarian cancer).

**Design:** Population-based case–control study using in-person interviews.

**Setting:** Academic department of preventive medicine.

**Patient(s):** Four hundred seventy-seven ovarian cancer patients and 660 controls.

**Intervention(s):** None.

**Main Outcome Measure(s):** Numbers of and ages at births, oral contraceptive use, and use of menopausal hormone therapy.

**Result(s):** Compared with nulliparous women, women whose only (last) birth was after age 35 years had an estimated 51% (95% confidence interval: 21%–70%) reduction in risk. If this birth occurred earlier, the reduction in risk was progressively less. Additional (earlier) births reduced the risk further. Oral contraceptive use also reduced risk. Increased body mass index increased risk, but this effect was confined to localized disease and is likely to be a diagnostic bias, as a consequence of other problems associated with being overweight and in itself having no etiological significance.

**Conclusion(s):** If the major protective effect of a late birth can be confirmed, our most challenging task will be to understand the mechanism to develop a chemoprevention approach to exploit this finding. (Fertil Steril 2004;82:186–95. ©2004 by American Society for Reproductive Medicine.)

**Key Words:** Ovarian cancer, parity, estrogen therapy, oral contraceptives

Received September 23, 2003; revised and accepted March 9, 2004.
Supported by Public Health Service (Bethesda, MD) grants CA 17054, CA 14089, CA 61132, and N01-PC-67010 (National Cancer Institute) and by subcontract 050-E8709 from the California Public Health Institute (Oakland, CA), which is supported by the California Department of Health Services as part of its statewide cancer reporting program mandated by Health and Safety Code Sections 210 and 211.3.
The ideas and opinions expressed herein are those of the authors, and no endorsement by the State of California or the California Public Health Foundation is intended or should be inferred.
Reprint requests: Malcolm C. Pike, Ph.D., USC/Norris Comprehensive Cancer Center, 1441 Eastlake Avenue, NOR4436, Los Angeles, California 90033 (FAX: 323-865-0125; E-mail: mcpike@usc.edu).

0015-0282/04/$30.00
doi:10.1016/j.fertnstert.2004.03.013

Epidemiological studies have consistently found that the risk of invasive epithelial ovarian cancer (ovarian cancer) is significantly decreased with increasing numbers of births, and Fathalla (1) proposed that the mechanism of this effect was the interruption of the tearing of the ovarian surface epithelium (OSE) with each ovulation (the *incessant-ovulation hypothesis*). The OSE is regarded by most, but not all, pathologists as the tissue of origin of ovarian cancer (2), and it was the increased cell division of the OSE that is involved in the repair of the surface after each ovulation that was presumed to be a major factor increasing ovarian cancer risk. The initial epidemiological findings of a significant protective effect of oral contraceptive (OC) use (3–5) appeared to provide further support for the incessant-ovulation hypothesis.

Since that time, a number of epidemiological and experimental findings have demonstrated that the incessant-ovulation hypothesis does not provide a comprehensive explanation of the etiology of ovarian cancer. These findings include a greater reduction in risk with first birth than with subsequent births (6), a greater reduction in risk with any birth than with a year of OC use (6), a continued rise in incidence with age after menopause (7), and a much lower ovarian cancer rate in "traditional" Japanese women than would be predicted by the hypothesis. The experimental finding of a stimulatory effect of estrogen (E) on benign ovarian tumor cells but an inhibitory effect of progesterone (8) suggests a possible unifying hypothesis for the etiology of ovarian cancer (8, 9).

We report here our investigations of these issues in a large population-based case–control study conducted in Los Angeles.

Epidemiological studies of epithelial ovarian cancer frequently include low malignant potential tumors with invasive tumors without distinction. We have not done this here, because molecular genetic studies suggest that such tumors are not part of a disease continuum but represent separate disease entities, and their age incidence is radically different (10).

## MATERIALS AND METHODS

The study was approved by the institutional review board of the Keck School of Medicine of the University of Southern California. Informed consent was obtained from each patient and control before her interview.

### Patient and Control Selection

Eligible patients were English-speaking non-Asian female residents of Los Angeles County who had histologically confirmed ovarian cancer or borderline (low malignant potential; LMP) ovarian tumors that were first diagnosed between 18 and 74 years of age, from October 1992 through October 1998. Patients and controls with previously diagnosed cancer (except nonmelanoma skin cancer) were not eligible. The reason for excluding such women is that treatment for a previous cancer may delay the appearance of an ovarian cancer or alternatively lead to its earlier diagnosis. The latter phenomenon was clearly seen in our case identification, in which 31 ovarian tumors were diagnosed during the workup of another cancer (most commonly endometrial cancer); these cases are not included in the numbers given in the next paragraph. The cases were identified by the Cancer Surveillance Program, the cancer registry covering all residents of Los Angeles County. Patients with borderline endometrioid tumors were excluded from the study because this subtype is classified as a benign tumor by the International Agency for Research on Cancer and is not ascertained by the Cancer Surveillance Program or other certified North American cancer registries.

A total of 1,442 patients meeting the pathological case definition were identified by the Cancer Surveillance Program. We identified 139 of these patients as not English speaking, leaving 1,303 eligible patients. Of these, 291 patients had died or were too ill to be interviewed by the time that we contacted their physicians; the patients' physicians refused permission to contact an additional 65 patients; 31 patients were no longer residents of Los Angeles County and had moved too far away to be interviewed in person; 66 patients could not be located; and 173 patients declined to be interviewed. Interviews were conducted with 677 patients (52% of all patients and 80% of patients approached): 491 of these were classified as having ovarian cancer, and 186, as having LMP tumors.

Controls were English-speaking non-Asian women with at least one intact ovary, individually matched with patients on race and ethnicity (African-American, Latina, non-Latina White) and date of birth ( 3 years). Initially, a neighborhood control was sought by one of our staff who physically canvassed the neighborhood using a systematic algorithm based on the address of the patient. If the first eligible match refused to participate, the second eligible match in the sequence was asked, and so on. Letters were left when no one was home, and follow-up by mail, telephone, and further visits to the neighborhood continued until either an eligible control agreed to be interviewed or 150 housing units had been screened. For patients aged   65 years, if no willing control could be found in the first 100 housing units, a control was simultaneously sought among a random sample of female residents of Los Angeles County aged   65 years who were provided to us by the Health Care Financing Administration. The Health Care Financing Administration control was matched on the patient's zip code, race and ethnicity, and date of birth (closest to that of the patient).

When the control had an ovary-sparing hysterectomy before her reference date (12 months before the diagnosis of her matching patient) but was matched with a patient who had not had a hysterectomy, a second control who had not had a hysterectomy by that date was sought. Altogether, 664 controls were successfully interviewed by the closing date of the study. The first eligible match was interviewed for 70% of the patients, and the second match, for another 21%. At the termination of the study, 530 of the interviewed patients were matched with at least 1 interviewed control, 136 of the interviewed patients had no matching interviewed control, and 104 interviewed controls were matches for patients who had not been successfully interviewed or turned out to be ineligible. In total, 30% of eligible controls identified declined to be interviewed (the same proportion as that of first eligible controls declining to be interviewed).

This report is confined to ovarian cancer patients, but use is made of all interviewed controls.

### Risk Factor Assessment: Questionnaires

Each patient was interviewed in person by using a comprehensive questionnaire covering medical, gynecological, reproductive, and certain aspects of personal lifestyle history, up to 12 months before her diagnosis date (her reference date). Calendars were used to chart major life events and reproductive and contraceptive histories. Each control was interviewed in the same manner, with the pseudo-reference date taken as the reference date of her matched patient.

### Data Analysis

Statistical analyses were conducted by standard statistical methods (11) including multivariate logistic regression (EPILOG statistical package program; EpiCenter Software, Pasadena, CA). Although the study was designed as a matched case–control study, a significant number of patients did not

have a matched control, and we wished to include the controls of the LMP patients, so a multivariate unconditional logistic regression analysis approach was adopted. Adjustments were made for three race and ethnicity groups (African-Americans, Latinas, non-Latina Whites), 5-year age groups, four levels of socioeconomic status (SES) according to census tract of residence at the time of diagnosis (12), and four levels of education.

All the reported risk estimates were in addition adjusted for the following factors: family history of ovarian cancer (mother or sister; yes/no), tubal ligation (yes/no), use of genital area talc (yes/no), usual body mass index (BMI) during 5 years before reference date (kilograms per meter square; categorical variable), nulliparity (yes/no), age at last (term) birth (ALB; ALB at 35 years and per 5-year group before 35 years; continuous), number of additional births (i.e., zero, or total births minus 1, whichever is the greater; continuous variable), number of incomplete pregnancies (continuous), duration of OC use (months; continuous), type of menopause (premenopausal vs. natural vs. surgical), age at natural menopause (5-year age groups; continuous), age at surgical menopause (5-year age groups; continuous), and duration of menopausal hormone therapy use (E–progestin therapy [EPT] use by hysterectomized women, EPT use by naturally menopausal women, E therapy [ET] use by hysterectomized women, and ET use by naturally menopausal women; all continuous). All statistical significance values ($P$ values) quoted are two sided and are standard $\chi^2$ analyses based on differences in log likelihoods (11).

Women undergoing a hysterectomy without a bilateral oophorectomy (simple hysterectomy) before menopause were classified as having a surgical menopause. For naturally menopausal women, age at menopause was estimated as follows: for a woman taking OCs, age at menopause was taken as the end of the period of OC use, if no "natural" menstruation occurred thereafter. Natural menstruation was taken to mean menstruating and not using OCs or menopausal hormone therapy (HT) at the time. For a woman taking HT to within 3 months before her reported age at last menstrual period, we set her age of menopause at the date on which she began HT use, with the rationale that HT use was started because of menopausal symptoms.

We elsewhere have given the justification for this approach to setting age at menopause (13). Essentially, age at last menstrual period cannot be used to uniformly estimate age at menopause because women who use sequential EPT usually continue to have monthly menstrual periods, irrespective of their ovarian function, and women on ET and continuous-combined EPT can rarely distinguish breakthrough bleeding from ovarian function–determined menses.

The E component of OCs was considered high if the dose of ethinyl estradiol was 35 $\mu$g or if the dose of mestranol was 70 $\mu$g. The progestin component was considered high if the dose was equivalent to 0.30 mg of DL-norgestrel. The

conversion to assumed equivalent DL-norgestrel doses was done based on the results of studies of Greenblatt, as described in Dickey and Stone (14).

## RESULTS

Eleven patients were found to have had a previous cancer at interview and were thus deemed ineligible. Three ovarian cancer patients and two controls were eliminated because of reported age of 35 years at natural menopause, and two additional controls were excluded because of contradictory data. The race and ethnicity, age, SES, and education of the remaining patients and controls are shown in Table 1. The patients are older than the controls; this is because LMP tumors occur at a younger age than do invasive tumors, and the controls were matched to both LMP tumor patients and ovarian cancer patients.

Analysis of family history (in mother or sister) of ovarian cancer, tubal ligation, and use of genital area talc showed the well-known effects: odds ratios (ORs) were 3.78 for family history, 0.82 for tubal ligation, and 1.60 for talc (Table 2). Although the reduced risk associated with tubal ligation was not statistically significant in these data, all three factors have been included in our statistical model because they are well-established risk factors. Table 2 also shows that risk was increased in women with BMI (weight in kg/height in

### TABLE 1

Demographic characteristics of ovarian cancer patients and controls.

| Characteristics | Controls | | Patients | |
|---|---|---|---|---|
| | n | % | n | % |
| Race/ethnicity | | | | |
| African American | 50 | 7.6 | 44 | 9.2 |
| Latina | 92 | 13.9 | 61 | 12.8 |
| White | 518 | 78.5 | 372 | 78.0 |
| Total | 660 | | 477 | |
| Age (y) | | | | |
| 35 | 75 | 11.4 | 20 | 4.2 |
| 35–44 | 98 | 14.8 | 62 | 13.0 |
| 45–54 | 203 | 30.8 | 140 | 29.4 |
| 55–64 | 138 | 20.9 | 144 | 30.2 |
| 65 | 146 | 22.1 | 111 | 23.2 |
| Socioeconomic status | | | | |
| 1 (high) | 242 | 36.7 | 176 | 36.9 |
| 2 | 188 | 28.5 | 117 | 24.5 |
| 3 | 100 | 15.2 | 71 | 14.9 |
| 4 (low) | 130 | 19.7 | 113 | 23.7 |
| Education | | | | |
| High school | 41 | 6.2 | 44 | 9.2 |
| High school | 174 | 26.4 | 154 | 32.3 |
| Some further training | 340 | 51.5 | 229 | 48.0 |
| College graduate | 105 | 15.9 | 50 | 10.5 |

*Pike. Hormonal factors and ovarian cancer risk. Fertil Steril 2004.*

<div style="background:#8B1A2B; color:white; font-weight:bold; padding:4px;">TABLE 2</div>

Analysis of some known risk factors for ovarian cancer.

| Risk factor | Controls | Patients | Adjusted OR[a] | 95% CI | Statistical significance | |
|---|---|---|---|---|---|---|
| | | | | | $\chi^2$ (df) | P value |
| Family history of ovarian cancer | | | | | | |
| No | 648 | 448 | 1.00 | | | |
| Yes | 12 | 29 | 3.78 | 1.83–7.80 | 14.33 (1) | .0002 |
| Tubal ligation | | | | | | |
| No | 579 | 431 | 1.00 | | | |
| Yes | 81 | 46 | 0.82 | 0.53–1.26 | 0.86 (1) | .35 |
| Genital area talc | | | | | | |
| No | 544 | 349 | 1.00 | | | |
| Yes | 116 | 128 | 1.60 | 1.18–2.18 | 9.05 (1) | .0026 |
| BMI (kg/m²)[b] | | | | | | |
| 25 | 397 | 261 | 1.00 | | | |
| 25–29 | 165 | 120 | 0.97 | 0.71–1.33 | | |
| 30–34 | 60 | 56 | 1.29 | 0.83–1.99 | | |
| 35 | 38 | 40 | 1.46 | 0.87–2.44 | 3.44 (3) | .32 |

*Note:* CI    confidence interval; df    degrees of freedom; ALB    age at last (term) birth; EPTH    EPT used by hysterectomized women; EPTM    EPT used by naturally menopausal women; ETH    ET used by hysterectomized women; ETM    ET used by naturally menopausal women; SES    socioeconomic status.
[a] Adjusted for ethnicity (3 groups), age (9), SES (4), education (4), family history of ovarian cancer (2), tubal ligation (2), use of genital area talc (2), BMI (4), nulliparity (2), ALB (at 35    y, per 5-y group before 35    y), number of additional births (continuous), number of incomplete pregnancies (continuous), OC use (continuous), menopausal status (3), age at natural menopause (5-y age groups, continuous), age at surgical menopause (5-y age groups, continuous), ETM (continuous), ETH (continuous), EPTM (continuous), and EPTH (continuous).
[b] Calculated with usual weight during 5 y before reference date.

*Pike. Hormonal factors and ovarian cancer risk. Fertil Steril 2004.*

meters squared) of    30 kg/m²; although this result was also not statistically significant, it too has been included in our final statistical model because there is substantial evidence for this effect (15).

Women who had four or more (term) births had a 64% reduced risk of ovarian cancer compared with nulliparous women (Table 3). Risk declined with increasing numbers of births (OR    0.83 per birth; $\chi_1^2$    17.59; $P$    .0001). The effect of the first birth was greater than that of succeeding births (OR    0.68 compared with OR    0.86), although this difference was not statistically significant.

The OR associated with ALB are also shown in Table 3. There is good evidence that the later the ALB, the lower the risk. Fitting nulliparity (nulliparous vs. parous) and ALB (among parous women) gave $\chi_4^2$    21.15 ($P$    .0003); fitting nulliparity and ALB as a continuous variable gave $\chi_2^2$    19.93 ($P$    .0001). Each additional birth reduced risk by 10% ($\chi_1^2$    3.10; $P$    .078). We observed a strong positive relationship between late age at first birth and late ALB and were not able to clearly distinguish between them. This was so even when we restricted analysis to women with two or more children. We kept ALB in the analysis because the result was clearer (steady effect in most subgroups we studied).

As we have seen, the effect of fitting additional births after fitting ALB was not statistically significant, but increasing numbers of incomplete pregnancies was associated with a statistically significant reduced risk of ovarian cancer ($\chi_1^2$    4.29; $P$    .038; Table 3), and both variables (additional births and incomplete pregnancies) have been retained in the statistical model. There was no effect of age at incomplete pregnancy, and, in particular, replacing ALB with age at last pregnancy led to a reduction in the fit of the model to the data. Fitting separate terms for spontaneous and induced abortions showed a stronger protective effect of reported induced abortions, but the difference was not statistically significant.

Breast-feeding the last baby was associated with a 23% reduction in risk, but the result was not statistically significant, and breast-feeding other babies was not associated with any reduction risk. We did not include breast-feeding in our final statistical model.

Oral contraceptive use was associated with a statistically significant protective effect (Table 4). There was a 5.8% protective effect per year of OC use ($\chi_1^2$    16.72; $P$    .0001). There was no differential effect of age at OC use; dividing the age at use into four categories (    25 years, 25–29 years, 30–34 years, and 35    years) was associated with no pattern of effect (difference from single term, $\chi_3^2$    5.54; $P$    .14). Categorizing OCs into four groups based on their E and progestin content showed no significant differences ($\chi_3^2$

TABLE 3

Complete and incomplete pregnancies and risk of ovarian cancer.

| Variable | Controls | Patients | Adjusted OR[a] | 95% CI | $\chi^2$ (df) | P value |
|---|---|---|---|---|---|---|
| | | | | | Statistical significance | |
| Births | | | | | | |
| 0 | 139 | 120 | 1.00 | | | |
| 1 | 103 | 65 | 0.62 | 0.40–0.96[b] | | |
| 2 | 174 | 127 | 0.62 | 0.42–0.90[b] | | |
| 3 | 124 | 90 | 0.55 | 0.36–0.84[b] | | |
| 4 | 120 | 75 | 0.36 | 0.22–0.57[b] | 19.46 (4) | .0006 |
| Per birth | | | 0.83 | 0.76–0.91[b] | 17.59 (1) | .0001 |
| First birth | | | 0.68 | 0.48–0.97[c] | | |
| Per additional birth | | | 0.86 | 0.78–0.96[c] | 18.93 (2) | .0001 |
| ALB (y) | | | | | | |
| Nulliparous | 139 | 120 | 1.00 | | | |
| 25 | 92 | 94 | 0.84 | 0.55–1.29[d] | | |
| 25–29 | 170 | 110 | 0.55 | 0.37–0.81[d] | | |
| 30–24 | 158 | 100 | 0.50 | 0.33–0.74[d] | | |
| 35 | 101 | 53 | 0.42 | 0.26–0.67[d] | 21.15 (4) | .0003 |
| ALB at 35 | | | 0.49 | 0.30–0.79 | | |
| Per 5-y group before age 35 y | | | 1.18 | 1.01–1.38 | 19.93 (2) | .0001 |
| Per additional birth | | | 0.90 | 0.80–1.01 | 3.10 (1) | .078 |
| Incomplete pregnancies | | | | | | |
| 0 | 402 | 300 | 1.00 | | | |
| 1 | 154 | 98 | 0.86 | 0.62–1.17 | | |
| 2 | 58 | 40 | 0.93 | 0.59–1.48 | | |
| 3 | 23 | 12 | 0.77 | 0.36–1.66 | | |
| 4 | 22 | 7 | 0.36 | 0.14–0.92 | 5.91 (4) | .21 |
| Per incomplete pregnancy | | | 0.88 | 0.77–0.99 | 4.29 (1) | .038 |

*Note:* CI    confidence interval; df    degrees of freedom; ALB    age at last (term) birth; EPTH    EPT used by hysterectomized women; EPTM    EPT used by naturally menopausal women; ETH    ET used by hysterectomized women; ETM    ET used by naturally menopausal women; SES    socioeconomic status.

[a] Adjusted for ethnicity (3 groups), age (9), SES (4), education (4), family history of ovarian cancer (2), tubal ligation (2), use of genital area talc (2), BMI (4), nulliparity (2), ALB (at 35    y, per 5-y group before 35    y), number of additional births (continuous), number of incomplete pregnancies (continuous), OC use (continuous), menopausal status (3), age at natural menopause (5-y age groups, continuous), age at surgical menopause (5-y age groups, continuous), ETM (continuous), ETH (continuous), EPTM (continuous), and EPTH (continuous).

[b] Adjustment variables excluded: nulliparity, ALB, and additional births.

[c] Adjustment variables excluded: nulliparity and ALB.

[d] Adjustment variables excluded: nulliparity and additional births.

*Pike. Hormonal factors and ovarian cancer risk. Fertil Steril 2004.*

4.90; *P*    .18), although the reduction in risk was greater with high-progestin OCs and was most marked in the low E with high-progestin OCs (Table 4).

No differences were observed between patients and controls in the occurrence of difficulties in getting pregnant or in the use of fertility drugs (data not shown).

No effect of age at menarche was seen (data not shown).

There was a trend for later age at natural menopause to be associated with increased risk (OR    1.19 per 5 years later; Table 5), and there was also a trend for later age at hysterectomy to be associated with an increased risk of ovarian cancer (OR    1.10 per 5 years later; Table 5), but the results were not statistically significant.

Menopausal ET use in naturally postmenopausal women was associated with an increase in risk of ovarian cancer (OR 1.16 per 5 years of use), but the result was not statistically significant (Table 5). Estrogen-progestin therapy use was not associated with any increase in risk. The results for ET use in hysterectomized women were very similar (OR    1.11 per 5 years of use) to those seen with naturally menopausal women (Table 5). The numbers of EPT users in hysterectomized women were too small for meaningful analysis.

Stage at diagnosis was recorded by the cancer registry for 464 (97.3%) of the 477 patients: 100 (21.6%) of the patients were classified by the Surveillance, Epidemiology, and End Results registry as localized (confined entirely to the organ of origin), and 364 (78.4%), as having regional or distant

<div style="color:#8B1A2F">**TABLE 4**</div>

Oral contraceptive (OC) use and risk of ovarian cancer.

| Variable | | Controls | Patients | Adjusted OR[a] | 95% CI | Statistical significance $\chi^2$ (df) | P value |
|---|---|---|---|---|---|---|---|
| OC use (y) | | | | | | | |
| Never | | 245 | 222 | 1.00 | | | |
| 5 | | 246 | 169 | 1.00 | 0.72–1.39 | | |
| 5–9 | | 90 | 51 | 0.72 | 0.46–1.13 | | |
| 10 | | 79 | 35 | 0.48 | 0.29–0.78 | | |
| Per y of use | | | | 0.94 | 0.91–0.97 | 16.72 (1) | .0001 |
| OC formulation | | | | | | | |
| High E | high P | 40 | 20 | 0.88 | 0.81–0.97 | | |
| High E | low P | 70 | 41 | 0.94 | 0.88–1.00 | | |
| Low E | high P | 10 | 4 | 0.66 | 0.36–1.21 | | |
| Low E | low P | 203 | 132 | 0.95 | 0.92–0.99 | | |
| Unknown | | 151 | 100 | 0.96 | 0.90–1.02 | 21.95 (5) | .0005 |

*Note:* CI confidence interval; df degrees of freedom; ALB age at last (term) birth; EPTH EPT used by hysterectomized women; EPTM EPT used by naturally menopausal women; ETH ET used by hysterectomized women; ETM ET used by naturally menopausal women; SES socioeconomic status.

[a] Adjusted for ethnicity (3 groups), age (9), SES (4), education (4), family history of ovarian cancer (2), tubal ligation (2), use of genital area talc (2), BMI (4), nulliparity (2), ALB (at 35 y, per 5-y group before 35 y), number of additional births (continuous), number of incomplete pregnancies (continuous), OC use (continuous), menopausal status (3), age at natural menopause (5-y age groups, continuous), age at surgical menopause (5-y age groups, continuous), ETM (continuous), ETH (continuous), EPTM (continuous), and EPTH (continuous).

*Pike. Hormonal factors and ovarian cancer risk. Fertil Steril 2004.*

(more extensive) disease. Analyzing the two groups of patients separately showed important differences in the estimates of the effects of BMI. The odds ratios increased sharply over the four increasing BMI categories ( 25, 25–29, 30–34, and 35 ) for localized disease, from 1.00 to 1.42 to 2.66 and finally to 3.43 for BMI of 35 ($\chi_3^2$ 11.64; P .0087). There was only a very weak, not statistically significant relationship between BMI and risk of regional or distant disease; the odds ratios over the same increasing BMI categories were 1.00, 0.89, 1.07, and 1.16. The effect of ET was also more evident for localized disease: for localized disease, the ORs for 5 years of use were 1.51 and 1.22 for natural menopause and hysterectomized women, respectively, whereas for regional or distant disease, the ORs were 1.11 and 1.10, respectively.

The patients were histologically classified as follows: 324 as serous, 92 as endometrioid (including clear cell), 42 as mucinous and 19 as other (or unknown). There was a marked relationship between stage and histology: for serous tumors, 12% were localized; for endometrioid, 42%; and for mucinous, 55%. With endometrioid tumors, a last birth at age 35 years reduced risk by 80%, whereas for serous tumors, the reduction in risk was only 36% (P value for difference in

effect, .039). There were too few data to make further meaningful comparisons.

## DISCUSSION

The most striking finding in this study was a possible major effect of ALB; the later the ALB, the lower the risk of ovarian cancer. Compared with a nulliparous woman, the overall risk of ovarian cancer in a woman with a last birth after age 35 years was reduced by 58%, with a reduction of 51% due solely to the last birth. A last birth before age 25 years was associated with only a 16% reduced risk of ovarian cancer; even after adjusting for numbers of births, this only increased to 20%. Additional births (before the last) reduced risk further by some 10% per birth.

These results for ALB must, however, be regarded as somewhat tentative for the following reason: fitting numbers of births as a single linear term was significantly associated with decreasing ovarian cancer risk (Table 3; $\chi_1^2$ 17.59). Including ALB with numbers of births improved this fit ($\chi_3^2$ 23.03), but this improvement is not quite statistically significant ($\chi_2^2$ 5.44, P .066). If, based on the results of this and previous studies, we regard the effect of first birth as being greater than that of subsequent births, the fit to the data is measured by $\chi_2^2$ 18.93 (Table 3). In comparison to this, fitting ALB in addition to number of births is just statistically significant ($\chi_1^2$ 4.10, P .043).

Age at last pregnancy provided a less good fit to our data than ALB.

Oral contraceptive use reduced ovarian cancer risk by approximately 6% per year of use, a smaller effect than seen with births. Age at last use of OCs and whether the use occurred before or after last pregnancy had no differential effect on risk. There was no evidence of an increased effect of OC use with increasing age at use. There was a greater protective effect with OCs containing a high-dose progestin, especially if the high-dose progestin was combined with a low dose of ethinyl estradiol, but these results were not statistically significant.

Although the differences were not statistically significant, both additional births and OC use were associated with a greater protective effect against ovarian cancers diagnosed at younger ages; reductions in risk in cancer diagnosed at age 55 years, at 55–64 years, and at 65 years were per additional birth and per year of OC use (respectively): 0.79 and 0.92, 0.82 and 0.96, and 1.05 and 0.98. This effect was not seen with ALB.

Earlier ages at both natural and surgical menopause were associated with decreased risks of ovarian cancer. Postmenopausal ET was found to increase ovarian cancer risk by approximately 11%–16% per 5 years of use in naturally and surgically menopausal women. The effect was smaller in regional or distant disease. Estrogen-progestin therapy use was effectively confined to naturally postmenopausal

**TABLE 5**

Menopause and use of menopausal ET and EPT and risk of ovarian cancer.

| Variable | Controls | Patients | Adjusted OR[a] | 95% CI | Statistical significance $\chi^2$ (df) | $P$ value |
|---|---|---|---|---|---|---|
| Natural menopause | | | | | | |
| Age at natural menopause (y) | | | | | | |
| 45 | 44 | 31 | 1.00 | | | |
| 45–49 | 94 | 74 | 1.29 | 0.71–2.35 | | |
| 50–54 | 129 | 113 | 1.67 | 0.94–2.99 | | |
| 55 | 32 | 23 | 1.44 | 0.65–3.17 | | |
| Per 5 y | | | 1.19 | 0.95–1.49 | 2.29 (1) | .13 |
| ET (mo) | | | | | | |
| 0–12 | 263 | 215 | 1.00 | | | |
| 13–60 | 19 | 11 | 0.71 | 0.32–1.61 | | |
| 61 | 17 | 15 | 1.36 | 0.62–2.96 | | |
| Per 5 y | | | 1.16 | 0.92–1.48 | 1.53 (1) | .22 |
| EPT (mo) | | | | | | |
| 0–12 | 188 | 175 | 1.00 | | | |
| 13–60 | 54 | 26 | 0.60 | 0.34–1.05 | | |
| 61 | 57 | 40 | 0.90 | 0.55–1.48 | | |
| Per 5 y | | | 0.97 | 0.77–1.23 | 0.05 (1) | .82 |
| Surgical menopause | | | | | | |
| Age at hysterectomy (y) | | | | | | |
| 35 | 21 | 25 | 1.00 | | | |
| 35–39 | 18 | 23 | 1.30 | 0.52–3.22 | | |
| 40–44 | 23 | 31 | 1.23 | 0.52–2.91 | | |
| 45 | 8 | 12 | 1.38 | 0.44–4.32 | | |
| Per 5 y | | | 1.10 | 0.79–1.53 | 0.30 (1) | .59 |
| ET (mo) | | | | | | |
| 0–12 | 36 | 40 | 1.00 | | | |
| 13–60 | 12 | 17 | 1.12 | 0.44–2.86 | | |
| 61 | 22 | 34 | 1.56 | 0.72–3.41 | | |
| Per 5 y | | | 1.11 | 0.92–1.35 | 1.19 (1) | .28 |
| EPT (mo) | | | | | | |
| 0–12 | 67 | 84 | 1.00 | | | |
| 13–60 | 1 | 4 | 5.04 | 0.50–51.22 | | |
| 61 | 2 | 3 | 1.13 | 0.15–8.31 | | |
| Per 5 y | | | 1.30 | 0.63–2.67 | 0.60 (1) | .44 |

*Note:* CI    confidence interval; df    degrees of freedom; EPT    E-progestin therapy; SES    socioeconomic status; ALB    age at last (term) birth; EPTH    EPT used by hysterectomized women; EPTM    EPT used by naturally menopausal women; ETH    ET used by hysterectomized women; ETM    ET used by naturally menopausal women

[a] Adjusted for ethnicity (3 groups), age (9), SES (4), education (4), family history of ovarian cancer (2), tubal ligation (2), use of genital area talc (2), BMI (4), nulliparity (2), ALB (at 35    y, per 5-y group before 35    y), number of additional births (continuous), number of incomplete pregnancies (continuous), OC use (continuous), menopausal status (3), age at natural menopause (5-y age groups, continuous), age at surgical menopause (5-y age groups, continuous), ETM (continuous), ETH (continuous), EPTM (continuous), and EPTH (continuous).

*Pike. Hormonal factors and ovarian cancer risk. Fertil Steril 2004.*

women, and in these women, no effect of EPT use was evident.

An increased BMI was significantly associated with increased risk of localized ovarian cancer, but there was only a slight association with regional or distant disease. This suggests to us that it is likely that increasing BMI may bring a woman more frequently to medical attention and that localized disease is then found incidentally during the workup of other problems (such as irregular bleeding). At present, we do not have adequate data to investigate this further.

The above results were generally seen with the different histologic varieties of ovarian cancer. The difference that was suggestive of a real effect was the observation that endometrioid (and clear cell) tumors were more profoundly reduced with ALB at age 35    years (80% reduction, compared with 36% for serous tumors); this needs confirmation.

We investigated to what extent some of these results could be due to the fact that we only managed to interview 52% of the potential patients (80% of those approached). There were differences between the interviewed and noninterviewed patients on a number of factors: those interviewed were younger (age  45 years: 17.2% vs. 14.5%; 45–54 years: 29.4% vs. 19.2%; 55  years: 53.4% vs. 66.3%), were of higher SES (SES 1: 36.9% vs. 20.1%; SES 2–3: 39.4% vs. 47.1%; SES 4: 23.7% vs. 32.8%), and had a different ethnic mix (African-American: 9.2% vs. 17.7%; Latina: 12.8% vs. 8.3%; White: 78.0% vs. 74.0%). These differences should not matter because all analyses adjusted for age, SES, and ethnicity. However, the interviewed patients were biased toward "earlier" stage at diagnosis (localized: 22% vs. 14%), and as we have seen, this does affect the overall relationship between BMI and ovarian cancer risk because it is only the localized patients that show any such relationship. As we discussed above, this observed effect of BMI requires further investigation.

How do these results fit in with previous studies? A profound effect of ALB in close agreement with our results was seen in the recently published study of Whiteman et al. (16). An effect of age at births was first noted in the four US population-based case–control studies analyzed by Whittemore et al. (6); those investigators observed a reduced risk of ovarian cancer with late age at first birth. As noted above, in the study reported here, we observed a strong positive relationship between late age at first birth and late ALB, and the result found by Whittemore et al. (6) is thus likely to be supportive of an effect of late ALB. Titus-Ernstoff et al. (17) also observed a trend of increased protective effect with late ALB.

No effect of ALB was seen in a Canadian population-based case–control study (18) or in a Swedish population-based case–control study (19). We have no explanation for these apparently contradictory results. It may be that the high proportion (40%) of immigrants in the Canadian study, which was not adjusted for in the analysis, produced their result. The Swedish study used a mailed questionnaire: were the inherent limitations in such an approach a contributing factor to their results? No other published studies had covariate data available (in particular, OC data) to adjust their estimates of the effects of age at births, and thus this variable is not interpretable in other studies.

Oral contraceptive use has been consistently found to be associated with a reduced risk of ovarian cancer (3–6, 9, 18, 20, 21). The results from cohort and population-based case–control studies suggest a reduction in risk of around 8%, with a slightly reduced risk with longer time since last use. A recent reanalysis of the Cancer and Steroid Hormone Study (9) suggested that OC formulations with a "high-dose/potency" progestin may be associated with a greater reduction in risk than those with a "low-dose/potency" progestin. We observed this effect, but our results were not statistically significant, and Ness et al. (20) did not observe such an effect. Further data are needed to adequately evaluate this progestin dose issue. No current commonly prescribed OCs contain a high-dose progestin.

Hysterectomy consistently has been found to be a significant protective factor against ovarian cancer (see, for example, Irwin et al. [22], Hankinson et al. [23], and Green et al. [24]). We did not fully address this issue in our study because only women who were sure that they had not had a bilateral oophorectomy at the time of their hysterectomy were included as controls. This meant that we will have excluded some women as controls who did not have a bilateral oophorectomy at the time of their hysterectomy but who were not sure that this was the case: this leads to a reduction in the estimate of any reduction in risk associated with hysterectomy, and we considered hysterectomy to be a variable that needed to be adjusted for in all our analyses, not one for which we could obtain a valid estimate of protective effect. It was not practical for us to avoid this problem by obtaining operation records for all hysterectomized potential controls.

We did, however, see a much greater protective effect from an earlier rather than a later hysterectomy, and this strongly suggests a real age-dependent protective effect of hysterectomy. This age-dependent protective effect of hysterectomy has been consistently found and, in particular, was found in the Nurses Health Study prospective cohort (23), in which recall bias is not an issue: in this study, a 52% reduction in risk was found with hysterectomy before age 45 years, compared with a 24% reduction with hysterectomy after this age.

The age incidence of ovarian cancer shows a marked slowing of the rate of increase around age 50 years (even after allowing for the effect of oophorectomies, hysterectomies, and tubal ligations by studying this phenomenon in countries and in time periods in which these operations were uncommon); this clearly suggests a protective effect of menopause (7). However, epidemiologic studies have not found this effect consistently. Although an increased risk of ovarian cancer in association with late age at menopause has been reported in a few studies, no association between age at natural menopause has been reported in most studies (see Schildkraut et al. [25] and references therein).

Why an effect of age at menopause is not consistently found is difficult to explain. It is possible that the difficulty may be because the early stages of ovarian cancer affect ovarian function and cause an early menopause. If this is so, then a more clear effect of age at menopause should be seen if one restricts attention to ovarian cancer patients diagnosed after 65 years of age, say. Such analyses have not been carried out and would be most informative. The lack of an effect of early menarche can, of course, be readily explained on an unopposed-E hypothesis because early menarche is associated with a more rapid onset of regular (ovulating)

cycles than a late menarche, so that amount of exposure to unopposed E may well be unaffected by age at menarche.

The current epidemiologic evidence obtained from cohort and population-based case–control studies with data on formulation and duration of use of menopausal hormone therapy (HT; 26–36) suggests that therapy with unopposed E increases ovarian cancer risk. Our meta-analysis of these studies finds an OR of approximately 24% per 5 years of use, with a 95% confidence interval of 13%–37% (37). The estimated overall risk associated with EPT use is smaller (13% per 5 years of use) and is not statistically significant. Some of this excess risk may be a diagnostic bias because we found that the ET effect was smaller when we restricted attention to regional or distant disease. A joint careful analysis of the published studies is needed to help clarify this issue.

17β-Estradiol has been found to increase ovarian cancer cell and ovarian cystadenoma cell proliferation in vitro (8), so the mechanism of any ET effect may be by direct stimulation of growth of the relevant premalignant or early malignant cells. Progesterone reduces cell proliferation under the same in vitro conditions, so one might predict that EPT would have a lesser effect on risk of ovarian cancer than ET. The relevance of these in vitro experiments is, however, open to some question because the doses of steroids used are much greater than those achieved with HT.

We saw a positive correlation between BMI and ovarian cancer risk in this study, and a recent systematic review (15) found a consistent positive association between body size and ovarian cancer risk in 11 population-based case–control studies and 5 cohort studies. Since that review, results from 2 other population-based case–control studies (38, 39) and 5 cohort studies (40–44) have been published. Two of these studies (41, 44) did not find such an effect; all the other studies did. The increase in risk between the upper and lower quartiles of BMI is around 40%. As we discussed above, we only saw this relationship with localized disease, and further investigation of this relationship is needed to determine its etiologic significance.

If BMI is related to ovarian cancer risk only incidentally, through increasing BMI being related to increased contact with the medical system, then this would cast some doubt on the increased incidence that is seen with ET use because BMI is associated with increased postmenopausal E levels and decreased sex hormone–binding globulin. One would therefore expect to see a clear association with BMI if the ET result was true.

Oral contraceptives block ovulation and the subsequent repair of the ovarian surface (the purported cell of origin of ovarian cancers). Rodriguez et al. (45, 46) have proposed, based on long-term studies in macaques of extended exposure to OCs or the individual components of OCs, that it is a direct action of progestins on OSE that provides the pro-

tection from OCs against ovarian cancer. In these studies, the progestin component of OCs, given alone without the E component, showed an increased apoptotic effect on the OSE that is very similar to that seen with OCs. This most interesting study is, however, difficult to interpret, because the progestin component alone would also block ovulation and follicle development, so that one cannot distinguish a direct progestin effect from an effect of suppression of follicle development and ovulation. This could be studied by using a GnRH analog to suppress ovulation.

What is the current situation regarding chemopreventive strategies against ovarian cancer? Oral contraceptive use remains an effective approach: in our data and in recently published studies, the protective effect was seen to be very long term, extending to women aged 60 years who had used OCs many years in the past. If the finding of a major protective effect of a late birth can be confirmed, then we may be able to exploit this for a short-term chemoprevention strategy with a long-term preventive effect. To do this, we will in all probability need to understand the mechanism of the protective effect. Because late incomplete pregnancies and late OC use do not appear to provide such an effect, we must look for the distinctive characteristics of a full-term pregnancy.

In vitro experiments on the effects of pregnancy levels of E and progesterone on ovarian tumor cells may be most informative. It is possible that the prolonged high levels of progesterone during a term pregnancy will be lethal to or will "terminally differentiate" a significant proportion of normal or "premalignant" ovarian cancer precursor cells. Observations on the ovaries of women immediately after delivery would be most informative, and this possibility could also be studied in macaques in a manner similar to that employed by Rodriguez et al. (45, 46) to study the effect of OCs.

---

*Acknowledgments:* The authors thank Mary Davis, M.S., Maureen Cairns, Cheryl Cooper, M.A., Jodi Senk, M.A., Elvira Tovar, Anna Gilmore, B.A., and Audrey Cairns for their data collection and management assistance with this study. The authors are deeply indebted to the ovarian cancer patients and controls we interviewed.

## References

1. Fathalla MF. Factors in the causation and incidence of ovarian cancer. Obstet Gynecol Surv 1972;27:751–68.
2. Dubeau L. The cell of origin of ovarian epithelial tumors and the ovarian surface epithelium dogma: does the emperor have no clothes? Gynecol Oncol 1999;72:437–42.
3. Newhouse ML, Pearson RM, Fullerton JM, Boesen EAM, Shannon HS. A case-control study of carcinoma of the ovary. Br J Prev Soc Med 1977;31:148–53.
4. Casagrande JT, Pike MC, Ross RK, Louie EW, Roy S, Henderson BE. "Incessant ovulation" and ovarian cancer. Lancet 1979;ii:170–3.
5. Cancer and Steroid Hormone Study (CASH) of the Centers for Disease Control and the National Institute of Child Health and Human Devel-

opment. The reduction in the risk of ovarian cancer associated with oral contraceptive use. N Engl J Med 1987;316:650–5.

6. Collaborative Ovarian Cancer Group, Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk. Collaborative analysis of 12 US-case-control studies. II. Invasive epithelial ovarian cancers in white women. Am J Epidemiol 1992;136:1184–203.

7. Pike MC. Age-related factors in cancers of the breast, ovary, and endometrium. J Chron Dis 1987;40:59S–69S.

8. Zhou H, Luo M, Schonthal AH, Pike MC, Stallcup MR, Zheng W, et al. Influence of reproductive hormones on ovarian epithelial tumors: I. Effect on cell cycle activity. Cancer Biol 2002;1:300–6.

9. Schildkraut JM, Calingaert B, Marchbanks PA, Moorman PG, Rodriguez GC. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst 2002;94:32–8.

10. McCluskey LL, Dubeau L. Biology of ovarian cancer. Curr Opin Oncol 1997;9:465–70.

11. Breslow NE, Day NE. Statistical methods in cancer research. Vol. 1. The analysis of case-control studies. Lyon, France: IARC, 1980. IARC Scientific Publication 32.

12. Henderson BE, Gordon RJ, Menck HR, SooHoo J, Martin SJ, Pike MC. Lung cancer and air pollution in south-central Los Angeles County. Am J Epidemiol 1975;101:477–88.

13. Pike MC, Peters RK, Cozen W, Probst-Hensch NM, Felix JC, Wan PC, et al. Estrogen-progestin replacement therapy and endometrial cancer. J Natl Cancer Inst 1997;89:1110–6.

14. Dickey RP, Stone SC. Progestational potency of oral contraceptives. Obstet Gynecol 1976;47:106–12.

15. Purdie DM, Bain CJ, Webb PM, Whiteman DC, Pirozzo S, Green AC. Body size and ovarian cancer: case-control study and systematic review (Australia). Cancer Causes Control 2001;12:855–63.

16. Whiteman DC, Siskind V, Purdie DM, Green AC. Timing of pregnancy and the risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 2003;12:42–6.

17. Titus-Ernstoff L, Perez K, Cramer DW, Harlow BL, Baron JA, Greenberg ER. Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer 2001;84:714–21.

18. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol 1994;140:585–97.

19. Riman T, Dickman PW, Nilsson S, Correia N, Nordlinder H, Magnusson CM, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol 2002;156:363–73.

20. Ness RB, Grisso JA, Klapper J, Schlesselman JJ, Silberzweig S, Vergona R, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. Am J Epidemiol 2000;152:233–41.

21. Royar J, Becher H, Chang-Claude J. Low-dose oral contraceptives: protective effect on ovarian cancer risk. Int J Cancer 2002;95:370–4.

22. Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer. Am J Epidemiol 1991;134:362–9.

23. Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer. J Am Med Assoc 1993;270:2813–8.

24. Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Int J Cancer 1997;71:948–51.

25. Schildkraut JM, Cooper GS, Halabi S, Calingaert B, Hartge P, Whittemore AS. Age at natural menopause and the risk of epithelial ovarian cancer. Obstet Gynecol 2001;98:85–90.

26. Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. Obstet Gynecol 1998;92:472–9.

27. Coughlin SS, Giustozzi A, Smith SJ, Lee NC. A meta-analysis of estrogen replacement therapy and risk of epithelial ovarian cancer. J Clin Epidemiol 2000;53:367–75.

28. Rodriguez C, Patel AV, Calle EE, Jacob EJ, Thun MJ. Estrogen replacement therapy and ovarian cancer mortality in a large prospective study of US women. J Am Med Assoc 2001;285:1460–5.

29. Lacey JV, Mink PJ, Lubin JH, Sherman ME, Troisi R, Hartge P, et al. Menopausal hormone replacement therapy and risk of ovarian cancer. J Am Med Assoc 2002;288:334–41.

30. Riman T, Dickman PW, Nilsson S, Correia N, Nordliner H, Magnusson CM, et al . Hormone replacement therapy and the risk of invasive epithelial ovarian cancer in Swedish women. J Natl Cancer Inst 2002; 94:497–504.

31. Weiss NS, Lyon JL, Krishnamurthy S, Dietert SE, Liff JM, Daling JR. Non-contraceptive estrogen use and the occurrence of ovarian cancer. J Natl Cancer Inst 1982;68:95–8.

32. Cramer DW, Hutchison GB, Welch WR, Scully RE, Ryan KJ. Determinants of ovarian cancer risk. I. Reproductive experiences and family history. J Natl Cancer Inst 1983;71:711–6.

33. Lee NC, Wingo PA, Peterson HB, Rubin GL, Sattin RW. Estrogen therapy and the risk of breast, ovarian and endometrial cancer. In: Mastroianni L Jr, Paulsen CA, eds. Aging, reproduction and the climacteric. New York: Plenum Press, 1986. pp. 287–303.

34. Risch HA. Estrogen replacement therapy and risk of epithelial ovarian cancer. Gynecol Oncol 1996;63:254–7.

35. Purdie DM, Bain CJ, Siskind V, Russell P, Hacker NF, Ward BG, et al. Hormone replacement therapy and risk of epithelial ovarian cancer. Br J Cancer 1999;81:559–63.

36. Sit ASY, Modugno F, Weissfeld JL, Berga SL, Ness RB. Hormone replacement therapy formulations and risk of epithelial ovarian carcinoma. Gynecol Oncol 2002;86:118–23.

37. Greenland S, Longnecker MP. Methods for trend estimation from summarized dose-response data, with applications to meta-analysis. Am J Epidemiol 1992;135:1301–9.

38. Kuper H, Cramer DW, Titus-Ernstoff L. Risk of ovarian cancer in the United States in relation to anthropometric measures: does the association depend on menopausal status? Cancer Causes Control 2002;13: 455–63.

39. Lubin F, Chetrit A, Freedman LS, Alfandry E, Fisher Y, Nitzan H, et al. Body mass index at age 18 years and during adult life and ovarian cancer risk. Am J Epidemiol 2003;157:113–20.

40. Fairfield KM, Willett WC, Rosner BA, Manson JE, Speizer FE, Hankinson SE. Obesity, weight gain, and ovarian cancer. Obstet Gynecol 2002;100:288–96.

41. Lukanova A, Toniolo P, Lundin E, Micheli A, Akhmedkhanov A, Biessy C, et al. Body mass index in relation to ovarian cancer: a multi-centre nested case-control study. Int J Cancer 2002;99:603–8.

42. Rodriguez C, Calle EE, Fakhrabadi-Shokoohi D, Jacobs EJ, Thun MJ. Body mass index, height, and the risk of ovarian cancer mortality in a prospective cohort of postmenopausal women. Cancer Epidemiol Biomarkers Prev 2002;11:822–928.

43. Schouten LJ, Goldbohm RA, van den Brandt PA. Height, weight, weight change, and ovarian cancer risk in the Netherlands cohort study on diet and cancer. Am J Epidemiol 2003;157:424–33.

44. Engeland A, Tretli S, Bjørge T. Height, body mass index, and ovarian cancer: a follow-up of 1.1 million Norwegian women. J Natl Cancer Inst 2003;95:1244–8.

45. Rodriguez GC, Walmer DK, Cline M, Krigman H, Lessey BA, Whitaker RS, et al. Effect of progestin on the ovarian epithelium of macaques: cancer prevention through apoptosis? J Soc Gynecol Invest 1998;5:271–6.

46. Rodriguez GC, Nagarsheth NP, Lee KL, Bentley RC, Walmer DK, Cline M, et al. Progestin-induced apoptosis in the Macaque ovarian epithelium: differential regulation of transforming growth factor-β. J Natl Cancer Inst 2002;94:50–60.

Exhibit 34

# Risk Factors for Benign Serous and Mucinous Epithelial Ovarian Tumors

*Susan J. Jordan, MBBS, Adèle C. Green, MBBS, PhD, David C. Whiteman, MBBS, PhD, and Penelope M. Webb, MA, DPhil, for the Australian Ovarian Cancer Study Group and the Australian Cancer Study (Ovarian Cancer)*

**OBJECTIVE:** To investigate the risk factors for benign serous and mucinous epithelial ovarian tumors.

**METHODS:** Cases were women newly diagnosed with benign serous ovarian tumors (n=230) or benign mucinous tumors (n=133) between 2002 and 2005. Control women were selected at random from the general population (n=752). All participants completed a comprehensive reproductive and lifestyle questionnaire. Multivariable logistic regression was used to calculate odds ratios (ORs) and 95% confidence intervals (CIs) and to simultaneously adjust for potential confounding factors.

**RESULTS:** Current smoking was associated with a threefold increase in risk of benign mucinous tumors (OR 3.25, 95% CI 1.97–5.34), and there was a trend of increasing risk with increasing amount smoked ($P<.001$). Both recent obesity (OR 1.93, 95% CI 1.30–2.88) and obesity at age 20 (OR 4.38, 95% CI 1.88–10.20) were associated with increased risk of benign serous ovarian tumors, and having had a hysterectomy was also related to increased risk of serous (OR 2.75, 95% CI 1.90–3.96), but not mucinous tumors. Ever having had a term pregnancy was inversely associated with both tumor types (combined OR 0.65, 95% CI 0.43–0.97), although greater numbers of pregnancies did not decrease risk further. Use of hormonal contraceptives was unrelated to risk.

**CONCLUSION:** Our results suggest some differences in risk factors between benign serous and mucinous epithelial ovarian tumors and that risk factors for benign serous tumors differ from those well established for ovarian cancer. The results also suggest that there is potential for prevention of these common conditions through avoidance of smoking and obesity.

*(Obstet Gynecol 2007;109:647–54)*

**LEVEL OF EVIDENCE:** II

*From the Cancer and Population Studies Group, Queensland Institute of Medical Research, Brisbane, Queensland, Australia; and School of Population Health, University of Queensland, Brisbane, Australia.*

*Supported by the National Health and Medical Research Council of Australia (Program No. 199600), and the Australian Ovarian Cancer Study was supported by the U.S. Army Medical Research and Materiel Command Under DAMD17-01-1-0729, the Cancer Council Tasmania and Cancer Foundation of Western Australia. D. Whiteman and P. Webb are supported by Senior Research Fellowships from the National Health and Medical Research Council of Australia and Queensland Cancer Fund, respectively. S. Jordan is supported by an Australian Postgraduate Award from the University of Queensland.*

*The authors thank the contribution of the Queensland Medical Laboratory, Sullivan Nicolaides Pathology, AusLab Pathology (Queensland Health Pathology and Scientific Services), all the participating hospitals for their assistance with patient recruitment, and Dr. David Papadimos for his assistance with pathology coding.*

*Corresponding author: Dr. Susan Jordan, QIMR, PO Royal Brisbane Hospital, QLD 4029, Australia; e-mail: susan.jordan@qimr.edu.au.*

*© 2007 by The American College of Obstetricians and Gynecologists. Published by Lippincott Williams & Wilkins.*
ISSN: 0029-7844/07

Benign epithelial ovarian tumors constitute a common gynecologic problem frequently requiring surgical treatment to alleviate symptoms and prevent complications. Although these tumors are diagnosed most often in women in their 30s or 40s, they can affect women of all ages and account for about 55% of all treated epithelial ovarian neoplasms.[1] The true incidence is, however, unknown. In the United States in 2002, approximately 44,000 female inpatients had a primary discharge diagnosis of a benign ovarian neoplasm[2] and total hospital treatment costs for this group are estimated at approximately \$US 264 million. Although this figure includes an unknown proportion of nonepithelial tumors, it may underestimate the incidence of benign epithelial tumors, because many can be asymptomatic and remain undiagnosed and untreated.[3]

Current evidence suggests that benign serous tumors are unlikely to progress to high-grade serous cancer, although a precursor role in borderline ovarian cancer is possible.[4,5] In contrast, benign mucinous tumors seem to have the potential to progress through borderline tumors to invasive cancer.[4,5] Better understanding of the causes of benign tumors is needed, but only a few small studies have investigated this[6–9] and

Copyright© American College of Obstetricians and Gynecologists

rarely for serous and mucinous benign tumors separately.[9] Given the current lack of information regarding this common condition, we have conducted a comprehensive investigation of the risk factors for benign epithelial ovarian tumors, by histologic subtype.

## MATERIALS AND METHODS

The study was based primarily in the Australian state of Queensland where women with benign epithelial ovarian tumors were identified in one of two ways. A number were identified by the Australian Ovarian Cancer Study (see below) and the remainder were ascertained through the single public and two major private pathology laboratories servicing Queensland. Between September 2003 and June 2005 the pathology laboratories conducted a monthly record search to identify all women aged 18 to 79 years newly diagnosed with a benign mucinous or serous ovarian tumor. Women who had not previously been recruited for Australian Ovarian Cancer Study were mailed study information and asked to indicate their willingness to be contacted about the study by returning a "permission to contact" form to the pathology laboratory. The details of those women indicating willingness to be contacted were then passed on to the study investigators who formally invited them to participate in the study. If the "permission to contact" form was not returned after two weeks, a second letter was sent.

The pathology laboratories approached 353 women in total. Of these, 74 (21%) did not respond to the mailed information and four were excluded due to poor health (n=2) or language problems (n=2). Among the remainder, further contact was refused by 40 women, and nine did not complete the questionnaire, giving an overall participation rate of 65%. Subsequent to review of the diagnostic pathology reports, a further six of these women were found to have ineligible pathology.

Additional women with benign ovarian tumors were identified through the Australian Ovarian Cancer Study, a national case–control study of ovarian cancer that recruited women between January 2002 and June 2005. Women with suspected ovarian cancer were invited to participate before surgical treatment and any subsequently found to have benign serous or mucinous ovarian tumors were included in the present study. An additional 55 women were identified in Queensland in this way, and eligible women were also included from the other Australian states: New South Wales (n=25), Victoria (n=21), South Australia (n=4), Western Australia (n=8) and Tasmania (n=25).

Two researchers independently abstracted information on site (ovary, fallopian tube, other), histologic subtype, and tumor behavior (benign, borderline, and invasive) from the pathology report of each case woman, and any discrepancies were resolved by consensus. For a sample of 87 women (including women with benign, borderline, and invasive tumors), the pathology reports and full set of diagnostic slides were formally reviewed by one of a group of gynecologic pathologists. The agreement between the results of the formal review and the abstracted data were 97% for tumor site, 98% for tumor behavior and 99% for histologic subtype. Only benign tumors of serous or mucinous subtype considered to have arisen from the ovary were included in the following analyses.

The comparison group for the present study was selected from the group of women who were recruited as controls for the Australian Ovarian Cancer Study. A computerized script was used to randomly select women from the Australian Electoral Roll (enrolment is compulsory in Australia) after frequency matching on age (in 5-year age bands) and state to the case series of women with ovarian cancer. Selected women were mailed an invitation letter and information brochure explaining the study and then, where possible, followed up by telephone. At least five attempts were made to reach each woman; those women who did not have a listed telephone number were mailed a second invitation letter. Because most women with benign tumors were from Queensland and in general were younger than women with ovarian cancer, we used a subset of the Australian Ovarian Cancer Study controls in the current analyses. We used SAS (SAS Institute Inc., Cary, NC) (proc surveyselect) to randomly select up to five Australian Ovarian Cancer Study controls for each woman with a benign epithelial tumor, after stratifying by state and age group (in 10-year age bands). Women were excluded as controls if they had a history of ovarian cancer or bilateral oophorectomy or (as for cases) if they were unable to provide informed consent or complete the study questionnaires due to language difficulties, illness, or mental incapacity. The overall participation rate for Australian Ovarian Cancer Study was 84% among cases and 47% among controls.

All participants gave consent and were asked to complete a health and lifestyle questionnaire, including questions relating to demographic and physical characteristics, family history, personal medical and surgical history, lifestyle habits (including smoking

Copyright© American College of Obstetricians and Gynecologists

and alcohol consumption), and reproductive and contraceptive histories. Missing information or inconsistencies were clarified during a subsequent telephone interview. A small number of women who did not return the full questionnaire completed an abbreviated questionnaire covering key exposures. Ethics approval was obtained from the Queensland Institute of Medical Research Human Research Ethics Committee and all relevant hospitals.

Effects were estimated by odds ratios (ORs) with 95% confidence intervals (CIs) calculated using unconditional multiple logistic regression to simultaneously adjust for potential confounding factors. Serous and mucinous tumors were initially examined separately, but because many of the associations were similar for serous and mucinous tumors, we have also reported results for the combined tumor group. To investigate linear trends for ordinal variables, the median value for each category was used in a continuous term, and the associated $P$ value was assessed.[10] Stratified analyses were undertaken to investigate possible effect modification, and the statistical significance of potential interactions was assessed by including a multiplicative term in the models. Models were adjusted for age, hormonal contraceptive use, parity, education, hysterectomy status, and smoking status. Other potential confounding factors that changed the point estimates by less than 10% were not included in the final models. All statistical analyses were conducted using SAS 9.1 software (SAS Institute Inc.)

Use of combined oral, progestin-only, and injected (depot and implant formulations) contraceptives was combined for the analyses of the effects of hormonal contraceptives. Hormone replacement therapy included estrogen-only and combined estrogen–progestin regimes. For analyses of parity we included pregnancies of 6 or more months' duration; those lasting less than 6 months were considered to be incomplete pregnancies (including miscarriages, ectopic pregnancies, and induced abortions). Only women who had ever had a live birth were included in analyses of breastfeeding, and only those who had had a pregnancy of duration 6 or more months were included in analyses of the effect of age at first birth. The relation with obesity was assessed using measures of body mass index (BMI) calculated from self-reported height, weight at age 20, and weight 1 year before diagnosis (or first contact for controls) by dividing weight in kilograms by the square of height in meters. We used standard BMI categories for analysis (18.5–24.9 kg/m², "normal"; 25–29.9 kg/m², "overweight"; 30 kg/m² or more, "obese"). Risk asso-

ciated with amount of smoking was assessed by calculating pack-years of smoking (the number of cigarettes smoked per day, multiplied by the number of years smoked, divided by 20). We estimated amount of perineal talc use by multiplying frequency of use by years of use. We excluded all exposures in the 12 months before diagnosis for cases (or first approach for controls) because we considered them unlikely to be associated with tumor causation.

## RESULTS

The final case group included 225 women with benign serous tumors, 127 with benign mucinous tumors, and six women with one serous and one mucinous tumor. The latter group were included in analyses of both subtypes. Data from 754 control women were included. To ensure the 83 interstate women with benign ovarian tumors recruited through Australian Ovarian Cancer Study were not materially different from the population-based Queensland sample, we compared the groups across key variables. The interstate women were on average older than those from Queensland (57 years compared with 52 years, $P<.001$) reflecting the higher referral rate of older women to gynecologic oncology clinics, but the groups did not differ significantly with respect to parity, use of contraceptives, level of education, hysterectomy, tubal ligation, smoking status, or BMI (data not shown) and were therefore combined for analyses.

Women with benign mucinous tumors were, on average, younger than women with benign serous tumors (50 years compared with 55 years, $P=.003$). The average age of control women was 55 years. More than 95% of women were white, and ethnicity did not vary between the cases and controls.

We examined the relation between lifestyle and personal characteristics and risk of the different tumor types (Table 1). Level of education, as a marker of socioeconomic status, was not significantly related to risk of either tumor type. Smoking status was, however, strongly and significantly associated with the risk of benign tumors, both mucinous and serous (OR 3.3, 95% CI 2.0–5.3 and OR 2.3, 95% CI 1.5–3.5, respectively, for current smokers compared with never smokers). Significant trends of increasing risk with increasing pack-years of smoking were observed for both tumor types, although the test for linear trend suggested a closer association with mucinous tumors ($P$ for trend=.001) than serous tumors ($P$ for trend=.02).

Obesity (BMI 30 or more) at age 20 years and at 1 year before diagnosis was related to an increased

Jordan et al   *Risk Factors for Benign Ovarian Tumors*   **649**

Copyright© American College of Obstetricians and Gynecologists

**Table 1.** Adjusted* Odds Ratios and 95% Confidence Intervals for the Association Between Selected Personal Characteristics and Lifestyle Factors and Risk of Benign Mucinous and Serous Ovarian Tumors

| | Controls (n=752) | Mucinous (n=133) | Serous (n=230) | Mucinous | Serous | Combined |
|---|---|---|---|---|---|---|
| Level of education | | | | | | |
| School only | 382 (51) | 69 (52) | 114 (49) | 1.00 | 1.00 | 1.00 |
| Technical | 270 (36) | 44 (33) | 87 (38) | 0.86 (0.55–1.34) | 1.10 (0.78–1.60) | 0.99 (0.73–1.33) |
| University | 100 (13) | 20 (15) | 29 (13) | 0.94 (0.50–1.73) | 1.09 (0.65–1.84) | 1.00 (0.65–1.54) |
| Smoking status | | | | | | |
| Never | 471 (63) | 61 (46) | 116 (51) | 1.00 | 1.00 | 1.00 |
| Ex-smoker | 200 (26) | 31 (23) | 64 (28) | 1.36 (0.84–2.21) | 1.22 (0.84–1.76) | 1.29 (0.94–1.77) |
| Current | 81 (11) | 41 (31) | 48 (21) | 3.25 (1.97–5.34) | 2.26 (1.45–3.53) | 2.60 (1.79–3.78) |
| Pack-years of smoking | | | | | | |
| None | 471 (63) | 61 (54) | 116 (59) | 1.00 | 1.00 | 1.00 |
| 10 or less | 139 (18) | 10 (9) | 28 (14) | 0.53 (0.26–1.09) | 0.73 (0.45–1.17) | 0.65 (0.43–0.99) |
| Less than 10 to less than 20 | 44 (6) | 13 (12) | 15 (8) | 2.13 (1.03–4.38) | 1.29 (0.67–2.50) | 1.58 (0.92–2.69) |
| 20 to less than 30 | 39 (5) | 16 (14) | 16 (8) | 3.42 (1.73–6.75) | 1.61 (0.84–3.09) | 2.26 (1.33–3.84) |
| 30 or more | 55 (7) | 13 (12) | 21 (11) | 2.31 (1.15–4.65) | 1.75 (0.98–3.13) | 1.97 (1.21–3.20) |
| | | | | P for trend<.001 | P for trend=.02 | P for trend<.001 |
| Body mass index 1 year ago | | | | | | |
| Less than 25 | 335 (46) | 48 (39) | 85 (40) | 1.00 | 1.00 | 1.00 |
| 25 or more to 30 | 230 (32) | 44 (36) | 55 (26) | 1.56 (0.97–2.52) | 1.08 (0.72–1.61) | 1.26 (0.91–1.76) |
| 30 or more | 158 (22) | 31 (25) | 73 (34) | 1.43 (0.83–2.44) | 1.93 (1.30–2.88) | 1.69 (1.19–2.40) |
| | | | | P for trend=.1 | P for trend=.002 | P for trend=.003 |
| Body mass index at age 20 y | | | | | | |
| Less than 25 | 660 (91) | 107 (85) | 183 (84) | 1.00 | 1.00 | 1.00 |
| 25 or more to 30 | 53 (7) | 12 (9) | 21 (9) | 1.06 (0.51–2.18) | 1.24 (0.71–2.19) | 1.12 (0.68–1.83) |
| 30 or more | 15 (2) | 7 (6) | 15 (7) | 2.50 (0.85–7.31) | 4.38 (1.88–10.2) | 3.31 (1.55–7.07) |
| | | | | P for trend=.2 | P for trend=.002 | P for trend=.007 |
| Age at menarche (y) | | | | | | |
| 12 or younger | 283 (39) | 55 (42) | 97 (42) | 1.00 | 1.00 | 1.00 |
| 13 | 211 (29) | 42 (32) | 58 (25) | 1.11 (0.69–1.79) | 0.79 (0.52–1.18) | 0.91 (0.65–1.27) |
| 14 or older | 236 (32) | 33 (26) | 74 (32) | 0.79 (0.48–1.30) | 0.97 (0.66–1.42) | 0.88 (0.64–1.22) |
| | | | | P for trend=.9 | P for trend=.4 | P for trend=.7 |
| Use of talc in the perineal region | | | | | | |
| No | 419 (56) | 74 (56) | 126 (55) | 1.00 | 1.00 | 1.00 |
| Yes | 332 (44) | 59 (44) | 103 (45) | 1.19 (0.80–1.76) | 1.04 (0.75–1.43) | 1.10 (0.84–1.45) |
| Amount of talc used in the perineal region | | | | | | |
| None | 419 (56) | 76 (57) | 126 (55) | 1.00 | 1.00 | 1.00 |
| Minimal | 74 (10) | 14 (11) | 14 (6) | 1.02 (0.53–1.98) | 0.70 (0.37–1.30) | 0.85 (0.52–1.38) |
| Moderate | 86 (11) | 18 (14) | 21 (9) | 1.57 (0.87–2.84) | 0.85 (0.49–1.48) | 1.05 (0.68–1.64) |
| Substantial | 161 (21) | 24 (18) | 61 (27) | 0.98 (0.58–1.66) | 1.21 (0.82–1.79) | 1.16 (0.83–1.62) |
| | | | | P for trend=.9 | P for trend=.2 | P for trend=.3 |
| Family history of breast or ovarian cancer in a first-degree relative | | | | | | |
| No | 647 (86) | 120 (90) | 194 (84) | 1.00 | 1.00 | 1.00 |
| Yes | 105 (14) | 13 (8) | 36 (16) | 0.73 (0.38–1.38) | 1.27 (0.82–1.97) | 1.11 (0.75–1.63) |

Data are n (%) or odds ratio (95% confidence interval). Numbers in first three columns may not add to total due to missing values.
* Adjusted for age (younger than 40, 40–49, 50–59, 60–69, 70 years or older), state of residence, education (school only, technical, university), parity (0, 1–2, 3 or more), hormonal contraceptive use (never, less than 5 years use, 5 years or more use), hysterectomy (yes or no), smoking status (never, ex-, current).

risk of both tumor types, but significantly so only for serous tumors (OR 4.4, 95% CI 1.9–10.2 compared with normal BMI at age 20 and OR 1.9, 95% CI 1.3–2.9 compared with normal BMI 1 year ago). Overall, there was a significant trend of increasing risk of serous tumors with increasing BMI at both time points (P=.002) but not for mucinous tumors (P=.1 for BMI 1 year ago, and P=.2 for BMI at age 20). When we stratified by age (50 years or younger compared with more than 50 years), the association between recent obesity and serous tumors was stronger for those 50 years or younger at diagnosis (OR

OBSTETRICS & GYNECOLOGY

Copyright© American College of Obstetricians and Gynecologists

2.4, 95% CI 1.1–4.9) than among those over 50 (OR 1.6, 95% CI 1.0–2.7), although the difference with age was not statistically significant. Neither age at menarche nor a family history of breast or ovarian cancer nor use of talc in the perineal region were significantly related to risk of either tumor type (Table 1).

Women who reported at least one term pregnancy had a nonsignificant 40% reduction in risk of mucinous tumors and a 38% reduction in risk of serous tumors (Table 2). No clear trend of decreasing risk with increasing numbers of term pregnancies was seen for either subtype, although the odds ratio was less than 1 for all categories of parity. In contrast, increasing numbers of incomplete pregnancies were associated with a significantly increased risk of mucinous tumors (OR 1.8, 95% CI 1.1–3.1 for two or more compared with none, P for trend was .006), but did not seem to be associated with serous tumors. Having a first term pregnancy at less than 20 years of age was associated with a small increase in risk of serous

tumors (OR 1.6, 95% CI 1.0–2.4 for age of first birth less than 20 years compared with greater than 20 years), but there was no associated trend for either tumor type. Age at last birth (data not shown) and breastfeeding were not significantly related to risk of serous or mucinous benign tumors.

Ever use of hormonal contraceptives was not associated with risk of either serous (OR 1.3, 95% CI 0.8–2.0) or mucinous benign tumors (OR 1.1, 95% CI 0.6–1.9). Although not statistically significant, there seemed to be somewhat different associations with disease depending upon the duration of use. There was a suggestion that very long-term use (more than 15 years) might decrease the risk of both tumor types compared with no use, (OR 0.7, 95% CI 0.3–1.5 for mucinous tumors and OR 0.6, 95% CI 0.3–1.2 for serous), whereas the odds ratios were generally above unity for shorter durations of use (Table 3). Too few women had used long-acting progestins to independently assess their relation with tumor occurrence, but

**Table 2.** Adjusted* Odds Ratios and 95% Confidence Intervals for the Association Between Pregnancy-Related Factors and Risk of Benign Mucinous and Serous Ovarian Tumors

| | Controls | Mucinous | Serous | Mucinous | Serous | Combined |
|---|---|---|---|---|---|---|
| **Parous** | | | | | | |
| No | 81 (11) | 28 (21) | 33 (14) | 1.00 | 1.00 | 1.00 |
| Yes | 671 (89) | 105 (79) | 197 (86) | 0.60 (0.35–1.05) | 0.72 (0.44–1.18) | 0.65 (0.43–0.97) |
| **Parity** | | | | | | |
| 0 | 81 (11) | 28 (21) | 33 (14) | 1.00 | 1.00 | 1.00 |
| 1 | 71 (9) | 11 (8) | 28 (12) | 0.43 (0.19–0.98) | 0.97 (0.51–1.83) | 0.70 (0.40–1.21) |
| 2 | 243 (32) | 37 (28) | 64 (28) | 0.58 (0.31–1.08) | 0.68 (0.40–1.18) | 0.62 (0.39–0.96) |
| 3 | 210 (28) | 31 (23) | 54 (24) | 0.65 (0.33–1.25) | 0.62 (0.35–1.09) | 0.61 (0.38–0.97) |
| 4 or more | 147 (20) | 26 (20) | 50 (22) | 0.85 (0.42–1.72) | 0.74 (0.41–1.34) | 0.75 (0.45–1.24) |
| | | | | P for trend=.9 | P for trend=.7 | P for trend=.9 |
| **Incomplete pregnancies†** | | | | | | |
| 0 | 486 (65) | 77 (58) | 139 (61) | 1.00 | 1.00 | 1.00 |
| 1 | 169 (22) | 29 (22) | 59 (26) | 1.11 (0.67–1.84) | 1.19 (0.82–1.73) | 1.18 (0.86–1.63) |
| 2 or more | 97 (13) | 27 (20) | 31 (13) | 1.84 (1.08–3.14) | 0.96 (0.59–1.57) | 1.19 (0.80–1.76) |
| | | | | P for trend=.04 | P for trend=.6 | P for trend=.2 |
| **Breastfeeding duration (mo)‡** | | | | | | |
| Never | 110 (17) | 20 (20) | 33 (18) | 1.00 | 1.00 | 1.00 |
| 6 or less | 159 (24) | 26 (26) | 49 (26) | 1.04 (0.52–2.06) | 1.05 (0.61–1.81) | 1.05 (0.66–1.67) |
| 7–12 | 123 (19) | 16 (16) | 39 (21) | 0.87 (0.40–1.92) | 1.18 (0.66–2.10) | 1.00 (0.60–1.65) |
| More than 12 | 266 (40) | 39 (38) | 64 (35) | 1.00 (0.50–1.99) | 0.92 (0.53–1.59) | 0.91 (0.57–1.45) |
| | | | | P for trend= 1.00 | P for trend=.6 | P for trend=.5 |
| **Age at first term birth (y)§** | | | | | | |
| Less than 20 | 91 (14) | 20 (20) | 47 (25) | 1.00 | 1.00 | 1.00 |
| 20–24 | 309 (47) | 46 (47) | 73 (40) | 0.89 (0.48–1.66) | 0.59 (0.37–0.94) | 0.64 (0.42–0.96) |
| 25–29 | 180 (27) | 24 (25) | 44 (24) | 0.88 (0.43–1.80) | 0.64 (0.37–1.09) | 0.67 (0.42–1.07) |
| More than 30 | 80 (12) | 8 (8) | 21 (11) | 0.64 (0.24–1.71) | 0.70 (0.35–1.40) | 0.63 (0.35–1.16) |
| | | | | P for trend=.4 | P for trend=.4 | P for trend=.2 |

Data are n (%) or odds ratio (95% confidence interval). Numbers in first three columns may not add to total due to missing values.
* Adjusted for age (younger than 40, 40–49, 50–59, 60–69, 70 years or older), state of residence, education (school only, technical, university), hormonal contraceptive use (never, less than 5 years use, 5 years use or more), hysterectomy (yes or no), smoking status (never, ex-, current).
† Additionally adjusted for parity (0, 1–2, 3 or more).
‡ Among women who have had a live birth. Additionally adjusted for number of live births.
§ Among women who have had a term birth. Additionally adjusted for parity (0, 1–2, 3 or more).

Jordan et al   *Risk Factors for Benign Ovarian Tumors*   **651**

Copyright© American College of Obstetricians and Gynecologists



**Table 3.** Adjusted* Odds Ratios and 95% Confidence Intervals for the Association Between Exogenous Hormone Use and Risk of Mucinous and Serous Benign Ovarian Tumors

| | Controls | Mucinous | Serous | Mucinous | Serous | Combined |
|---|---|---|---|---|---|---|
| Duration hormonal contraceptive use (mo) | | | | | | |
| Never | 168 (22) | 22 (17) | 41 (18) | 1.00 | 1.00 | 1.00 |
| 1–12 | 64 (9) | 12 (9) | 22 (10) | 1.16 (0.51–2.65) | 1.30 (0.69–2.46) | 1.24 (0.72–2.14) |
| 13–60 | 153 (20) | 35 (27) | 59 (26) | 1.29 (0.68–2.46) | 1.41 (0.85–2.33) | 1.32 (0.86–2.03) |
| 61–120 | 146 (19) | 26 (20) | 54 (24) | 1.00 (0.51–1.99) | 1.46 (0.88–2.44) | 1.28 (0.82–1.98) |
| 121–180 | 111 (15) | 23 (17) | 31 (13) | 1.06 (0.52–2.15) | 1.06 (0.59–1.88) | 1.08 (0.67–1.74) |
| More than 180 | 109 (15) | 14 (10) | 21 (9) | 0.69 (0.32–1.53) | 0.64 (0.34–1.19) | 0.69 (0.41–1.16) |
| | | | | *P* for trend=.2 | *P* for trend=.06 | *P* for trend=.06 |
| Duration of hormone replacement therapy use (y) | | | | | | |
| Never | 476 (64) | 98 (74) | 151 (67) | 1.00 | 1.00 | 1.00 |
| Less than 2 | 63 (8) | 14 (11) | 15 (7) | 1.35 (0.67–2.70) | 0.67 (0.35–1.29) | 0.90 (0.54–1.49) |
| 2 to 5 | 65 (9) | 4 (3) | 18 (8) | 0.39 (0.13–1.12) | 0.82 (0.45–1.52) | 0.70 (0.41–1.22) |
| More than 5 to 10 | 62 (8) | 9 (7) | 17 (7) | 0.99 (0.45–2.20) | 0.70 (0.37–1.31) | 0.80 (0.47–1.37) |
| More than 10 | 79 (11) | 7 (5) | 25 (11) | 0.67 (0.28–1.64) | 0.71 (0.40–1.27) | 0.70 (0.42–1.17) |
| | | | | *P* for trend=.2 | *P* for trend=.3 | *P* for trend=.2 |

Data are n (%) or odds ratio (95% confidence interval). Numbers in first three columns may not add to total due to missing values.
* Adjusted for age (younger than 40, 40–49, 50–59, 60–69, 70 years or older), state of residence, education (school, technical, university), parity (0, 1–2, 3 or more), hysterectomy (yes or no), smoking status (never, ex-, current).

excluding women who had used these from the analyses did not substantially change the odds ratios associated with hormonal contraceptive use. The use of hormone replacement therapy was inversely associated with risk of serous tumors (OR 0.7, 95% CI 0.5–1.1 for ever compared with never use) but there was no trend of further decrease with longer duration of use (*P* for trend=.3). Mucinous tumors had no apparent relation with hormone replacement therapy use (OR 0.9, 95% CI 0.5–1.5 for ever compared with never use, *P* for trend=.2)

We found no evidence that tubal ligation was associated with risk of either mucinous or serous benign tumors, and hysterectomy was unrelated to risk of mucinous tumors (Table 4). However, having a hysterectomy was associated with an almost three-fold increase in risk of benign serous tumors (OR 2.8, 95% CI 1.9–4.0). We also examined this in relation to indication for hysterectomy. If the reason for hysterectomy was a nonhormonal condition such as prolapse or cervical dysplasia, then the risk for serous tumors was not increased (OR 1.1, 95% CI 0.5–2.7). However, if the indication for hysterectomy was a hormonally responsive condition such as endometriosis, menorrhagia, or adenomyosis, then the associated risk for serous tumors increased three-fold (OR 3.0, 95% CI 2.1–4.5).

A self-reported history of endometriosis or fibroids was unrelated to benign tumor risk. However, being diagnosed with polycystic ovary syndrome (PCOS) was associated with nonsignificant increases

in risk of both mucinous and serous tumors (OR 1.7, 95% CI 0.6–5.3 for mucinous tumors and OR 2.2, 95% CI 0.9–5.5 for serous tumors). Further adjustment of this association for BMI at age 20 years weakened the association with mucinous tumors (OR 1.1, 95% CI 0.3–3.8), but if anything strengthened the relation with serous tumors (OR 2.3, 95% CI 0.9–5.9). Reported history of abnormal Pap tests, genital warts, genital herpes, pelvic inflammatory disease (*Chlamydia*), or other sexually transmitted infections were unrelated to either tumor type (data not shown).

## DISCUSSION

The effect of reproductive risk factors on serous and mucinous tumors in our study were similar and largely in keeping with previous studies.[7–9,11] Term pregnancy was associated with a decreased risk of both tumor types, but increasing parity did not seem to confer additional protection, and use of hormonal contraceptives and breastfeeding were not associated with risk. This is in stark contrast to invasive epithelial ovarian cancer, which is strongly inversely associated with these exposures.[12–14]

The association we observed with smoking was more marked for mucinous than serous benign tumors, similar to the associations reported for ovarian cancer.[15,16] In addition, we found body mass index, both recent and at age 20, to be more strongly related to serous than mucinous tumors. Hysterectomy and PCOS were also associated with the risk of serous but not mucinous tumors.

Copyright© American College of Obstetricians and Gynecologists

**Table 4.** Adjusted* Odds Ratios and 95% Confidence Intervals for the Association Between Medical Procedures and Gynecologic Conditions and Risk of Mucinous and Serous Benign Ovarian Tumors

| | Controls | Mucinous | Serous | Mucinous | Serous | Combined |
|---|---|---|---|---|---|---|
| Tubal sterilization | | | | | | |
| No | 532 (71) | 100 (75) | 162 (70) | 1.00 | 1.00 | 1.00 |
| Yes | 219 (29) | 33 (25) | 68 (30) | 1.00 (0.61–1.64) | 1.08 (0.75–1.57) | 1.04 (0.76–1.44) |
| Hysterectomy | | | | | | |
| No | 610 (81) | 112 (84) | 147 (64) | 1.00 | 1.00 | 1.00 |
| Yes | 142 (19) | 21 (16) | 83 (36) | 0.95 (0.55–1.67) | 2.75 (1.90–3.96) | 1.91 (1.38–2.66) |
| Endometriosis | | | | | | |
| No | 705 (94) | 117 (89) | 188 (84) | 1.00 | 1.00 | 1.00 |
| Yes | 44 (6) | 15 (11) | 36 (16) | 1.06 (0.47–2.43) | 1.24 (0.69–2.23) | 1.16 (0.68–1.98) |
| PCOS | | | | | | |
| No | 736 (98) | 124 (94) | 212 (95) | 1.00 | 1.00 | 1.00 |
| Yes | 13 (2) | 8 (6) | 12 (5) | 1.71 (0.56–5.25) | 2.18 (0.87–5.48) | 1.83 (0.81–4.13) |
| Fibroids | | | | | | |
| No | 617 (82) | 106 (80) | 149 (66) | 1.00 | 1.00 | 1.00 |
| Yes | 134 (18) | 27 (20) | 76 (34) | 1.10 (0.62–1.97) | 1.36 (0.91–2.05) | 1.31 (0.91–1.88) |
| Abnormal pap test | | | | | | |
| No | 609 (81) | 93 (74) | 170 (78) | 1.00 | 1.00 | 1.00 |
| Yes | 141 (19) | 32 (26) | 49 (22) | 1.28 (0.78–2.09) | 1.19 (0.80–1.78) | 1.18 (0.84–1.67) |

PCOS, polycystic ovary syndrome.
Data are n (%) or odds ratio (95% confidence interval). Numbers in first three columns may not add to total due to missing values.
* Adjusted for age (younger than 40, 40–49, 50–59, 60–69, 70 years or older), state of residence, education (school, technical, university), parity (0, 1–2, 3 or more), hormonal contraceptive use (never, less than 5 years use, 5 years use or more), hysterectomy (yes or no), smoking status (never, ex-, current).

Population attributable risk percents estimated using these results suggest that approximately 20% of all benign mucinous tumors could be attributed to smoking and 17% of benign serous tumors could be attributed to obesity. If the incidence of benign epithelial tumors is 44,000 per year in the United States, and assuming that mucinous tumors comprise one third and serous tumors two thirds of those, then our results suggest that approximately 8,000 benign epithelial tumors could be prevented each year if smoking and obesity could be eliminated in the population.

Considering potential sources of error in our results, the response rates among both cases and controls were less than optimal at 65% and 47%, respectively, raising the possibility that women who took part differed systematically from those who did not. To assess this we compared our control group's responses to data from the 2001 Australian National Health Survey (NHS), with a response rate of approximately 90%.[17] Distributions of parity and body mass index among our control women were almost identical to those surveyed in the NHS. Prevalence of use of the oral contraceptive in women aged younger than 50 years was approximately 5% higher among our controls than women in the NHS, suggesting that any inverse association with long-term use is even weaker than observed. The age-standardized rate of hysterectomy in our controls was slightly lower than in the NHS (19% compared with 24%), and if true, then the magnitude of the observed risk of serous tumors associated with hysterectomy may have been overestimated, but sensitivity analyses suggested that this could not fully explain the elevated risk. This underestimation could also have masked a stronger inverse association with mucinous tumors. Finally, the prevalence of current smoking was lower among our controls compared with the NHS women (11% compared with 17%). Sensitivity analyses suggest that this difference could account for much of the apparent increase in risk of serous tumors associated with current smoking, but is insufficient to explain the stronger association observed for mucinous tumors (although the true magnitude of the association may be somewhat lower than that observed) (personal communication, N. Pandeya, research scholar, Queensland Institute of Medical Research, August 2006).

An appropriate comparison population for our case group is not available, but given that surgery is curative for this condition, it seems likely that response patterns in this group are not dissimilar to those of unaffected women. Accordingly, higher levels of smoking would be expected in the nonresponders,[18,19] whereas distributions of BMI are likely to be similar among responders and nonresponders.[18,20] Thus, the suboptimal response is unlikely to distort our main findings, and, in practice,

Copyright© American College of Obstetricians and Gynecologists

such nondifferential error would mean that the true associations might be stronger than those observed. Although the possibility of confounding cannot entirely be dismissed, it is not likely to be a major source of error here, because results adjusted for key factors differed little from results adjusted for age only.

Finally detection bias would not explain the association between benign tumors and PCOS and hysterectomy because associations were limited to serous tumors and because increased medical surveillance of women with other gynecologic conditions such as abnormal Pap tests and genital herpes yielded no similar significant associations with benign ovarian tumors.

While the results of our study do not suggest a strong link between pregnancy, hormonal contraceptives, or breastfeeding and benign serous tumors, they do suggest a possible causal role for sex steroid hormones. Hysterectomy performed for hormonally responsive conditions was related to increased risk of serous tumors, whereas PCOS and obesity, which have well-documented effects on sex steroids and insulin,[21] were also associated with serous tumor occurrence. The observed associations might therefore implicate androgens or insulin in the pathogenesis of these tumors. Because adjustment for BMI did not substantially change the relation between serous tumors and PCOS, our results suggest independent effects of PCOS and obesity.

In conclusion, we have found that parity is associated with a modestly decreased risk of both serous and mucinous benign ovarian tumors, but increasing parity does not further decrease risk. Obesity, PCOS, and hysterectomy were related to increased risk of serous tumors, whereas smoking was strongly associated with the occurrence of mucinous tumors. These results require replication but suggest that along with many other conditions, a reduction in smoking and obesity could help prevent women from developing benign serous and mucinous ovarian tumors and thus could ultimately lessen the effect of these relatively common conditions on modern gynecologic practice.

## REFERENCES

1. Russell P. Surface epithelial-stromal tumors of the ovary. In: Kurman JR, ed. Blaustein's pathology of the female genital tract. New York (NY): Springer-Verlag, 1994:705–82.

2. Kozak LJ, Owings MF, Hall MJ. National Hospital Discharge Survey: 2002 annual summary with detailed diagnosis and procedure data. Vital Health Stat 13 2005:1–199.

3. Crayford TJ, Campbell S, Bourne TH, Rawson HJ, Collins WP. Benign ovarian cysts and ovarian cancer: a cohort study with implications for screening. Lancet 2000;355:1060–3.

4. Bell DA. Origins and molecular pathology of ovarian cancer. Mod Pathol 2005;18 suppl:S19–32.

5. Jordan S, Green A, Webb P. Benign epithelial ovarian tumours—cancer precursors or markers for ovarian cancer risk? Cancer Causes Control 2006;17:623–32.

6. Vessey M, Metcalfe A, Wells C, McPherson K, Westhoff C, Yeates D. Ovarian neoplasms, functional ovarian cysts, and oral contraceptives. Br Med J (Clin Res Ed) 1987;294:1518–20.

7. Booth M, Beral V, Maconochie N, Carpenter L, Scott C. A case–control study of benign ovarian tumours. J Epidemiol Community Health 1992;46:528–31.

8. Parazzini F, Moroni S, Negri E, La Vecchia C, Mezzopane R, Crosignani PG. Risk factors for seromucinous benign ovarian cysts in northern Italy. J Epidemiol Community Health 1997; 51:449–52.

9. Westhoff C, Britton JA, Gammon MD, Wright T, Kelsey JL. Oral contraceptive and benign ovarian tumors. Am J Epidemiol 2000;152:242–6.

10. Breslow NE, Day NE. Statistical methods in cancer research. Volume I–The analysis of case–control studies. IARC Sci Publ 1980:5–338.

11. Britton JA, Westhoff C, Howe G, Gammon MD. Diet and benign ovarian tumors (United States). Cancer Causes Control 2000;11:389–401.

12. Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1184–203.

13. Risch HA, Marrett LD, Jain M, Howe GR. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case–control study. Am J Epidemiol 1996;144:363–72.

14. Tung KH, Goodman MT, Wu AH, McDuffie K, Wilkens LR, Kolonel LN, et al. Reproductive factors and epithelial ovarian cancer risk by histologic type: a multiethnic case-control study. Am J Epidemiol 2003;158:629–38.

15. Green A, Purdie D, Bain C, Siskind V, Webb PM. Cigarette smoking and risk of epithelial ovarian cancer (Australia). Can Causes Control 2001;12:713–9.

16. Kurian AW, Balise RR, McGuire V, Whittemore AS. Histologic types of epithelial ovarian cancer: have they different risk factors? Gynecol Oncol 2005;96:520–30.

17. Australian Bureau of Statistics. National Health Survey: Users' Guide, 2001. Available at: http://www.abs.gov.au/ausstats/abs@.nsf/66f306f503e529a5ca25697e0017661f/777CA8D289E66729CA256D32001B5324?opendocument. Retrieved November 30, 2006.

18. Tolonen H, Dobson A, Kulathinal S, WHO MONICA Project. Effect on trend estimates of the difference between survey respondents and non-respondents: results from 27 populations in the WHO MONICA Project. Eur J Epidemiol 2005;20:887–98.

19. Jackson R, Chambless LE, Yang K, Byrne T, Watson R, Folsom A, et al. Differences between respondents and nonrespondents in a multicenter community-based study vary by gender ethnicity. The Atherosclerosis Risk in Communities (ARIC) Study Investigators. J Clin Epidemiol 1996;49:1441–6.

20. Heath AC, Howells W, Kirk KM, Madden PA, Bucholz KK, Nelson EC, et al. Predictors of non-response to a questionnaire survey of a volunteer twin panel: findings from the Australian 1989 twin cohort. Twin Res 2001;4:73–80.

21. Kaaks R, Lukanova A, Kurzer MS. Obesity, endogenous hormones, and endometrial cancer risk: a synthetic review. Cancer Epidemiol Biomarkers Prev 2002;11:1531–43.

Copyright© American College of Obstetricians and Gynecologists

Exhibit 35

*Int. J. Cancer:* **122,** 170–176 (2008)
© 2007 Wiley-Liss, Inc.

# Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer

Melissa A. Merritt[1,2], Adèle C. Green[1], Christina M. Nagle[1], Penelope M. Webb[1]* Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group

[1]*Population Studies and Human Genetics Division, Queensland Institute of Medical Research, Brisbane, Queensland, Australia*
[2]*School of Population Health, University of Queensland, Brisbane, Queensland, Australia*

Chronic inflammation has been proposed as the possible causal mechanism that explains the observed association between certain risk factors, such as the use of talcum powder (talc) in the pelvic region and epithelial ovarian cancer. To address this issue we evaluated the potential role of chronic local ovarian inflammation in the development of the major subtypes of epithelial ovarian cancer. Factors potentially linked to ovarian inflammation were examined in an Australia-wide case–control study comprising 1,576 women with invasive and low malignant potential (LMP) ovarian tumours and 1,509 population-based controls. We confirmed a statistically significant increase in ovarian cancer risk associated with use of talc in the pelvic region (adjusted odds ratio 1.17, 95% CI: 1.01–1.36) that was strongest for the serous and endometrioid subtypes although the latter was not statistically significant (adjusted odds ratio 1.21, 95% CI 1.03–1.44 and 1.18, 95% CI 0.81–1.70, respectively). Other factors potentially associated with ovarian inflammation (pelvic inflammatory disease, human papilloma virus infection and mumps) were not associated with risk but, like others, we found an increased risk of endometrioid and clear cell ovarian cancer only among women with a history of endometriosis. Regular use of aspirin and other nonsteroidal anti-inflammatory drugs was inversely associated with risk of LMP mucinous ovarian tumours only. We conclude that on balance chronic inflammation does not play a major role in the development of ovarian cancer.
© 2007 Wiley-Liss, Inc.

**Key words:** ovarian cancer; chronic inflammation; talcum powder

Chronic inflammation (hereafter referred to as inflammation) was first invoked as a possible mechanism leading to the development of epithelial ovarian cancer to explain observed associations between certain factors, such as use of talcum powder in the perineal region or pelvic inflammatory disease (PID) and risk of ovarian cancer.[1] The major mechanisms thought to underlie ovarian carcinogenesis, namely increased pituitary gonadotropins or incessant ovulation, do not explain such associations.

A link between inflammation and cancer in general has long been recognized. As early as 1863, Virchow noticed the presence of leukocytes in cancer tissues and suggested a possible connection between inflammation and cancer.[2] Since inflammation also represents the process by which the immune system responds to infection or irritation, however, it has been referred to as a 'double-edged sword' with acute (beneficial) inflammation distinguished from the chronic (detrimental) inflammation that may prevent a robust anti-tumour response.[3]

Indeed the most consistent evidence linking inflammation with ovarian cancer comes from the many reports that use of talc in the perineal region increases ovarian cancer risk.[4,5] It has been suggested that the association between talc use and ovarian cancer is strongest for serous tumours when compared to other less common subtypes.[4,6,7] This would be consistent with the histological similarities observed between serous ovarian cancer and mesothelioma, which is known to be caused by asbestos, and the shared

*Abbreviations:* ACS, Australian Cancer Study; AOCS, Australian Ovarian Cancer Study; BMI, body mass index; HPV, human papilloma virus; LMP, low malignant potential; NSAIDs, non-steroidal anti-inflammatory drugs; OC, oral contraceptive; PID, pelvic inflammatory disease; STI, sexually transmitted infection.

Grant sponsor: U.S. Army Medical Research and Material Command; Grant number: DAMD17-01-1-0729. Grant sponsor: National Health and Medical Research Council of Australia; Grant number: 199600; Grant sponsors: Cancer Council Tasmania, Cancer Foundation of Western Australia.

The Australian Ovarian Cancer Study Group comprises: Management Group: D Bowtell (Peter MacCallum Cancer Centre, PMCC), G Chenevix-Trench, A Green, P Webb (Queensland Institute of Medical Research, QIMR), A deFazio (Westmead Hospital), D Gertig (University of Melbourne). Project Managers: N Traficante (PMCC), S Moore (QIMR), J Hung (Westmead Hospital). Data Managers: S Fereday (PMCC), K Harrap, T Sadkowsky (QIMR). Research Nurses: NSW-A Mellon, R Robertson (John Hunter Hospital), T Vanden Bergh (Royal Hospital for Women), J Maidens (Royal North Shore Hospital), K Nattress (Royal Prince Alfred Hospital), YE Chiew, A Stenlake, H Sullivan, (Westmead Hospital); QLD-B Alexander, P Ashover, S Brown, T Corrish, L Green, L Jackman, K Martin, B Ranieri (QIMR); SA-J White (QIMR); TAS-V Jayde (Royal Hobart Hospital); VIC-L Bowes (PMCC), P Mamers (Monash Medical Centre), W-S Schmidt, H Shirley, S Viduka, Hoa Tran, Sanela Bilic, Lydia Glavinas (Western Australia Research Tissue Network). Clinical Collaborators: NSW-A Proietto, S Braye, G Otton (John Hunter Hospital); T Bonaventura, J Stewart (Newcastle Mater Misericordiae); M Friedlander (Prince of Wales Hospital); D Bell, S Baron-Hay, A Ferrier, G Gard, D Nevell, B Young (until mid 2003) (Royal North Shore Hospital); C Camaris, R Crouch, L Edwards, N Hacker, D Marsden, G Robertson (Royal Hospital for Women); P Beale, J Beith, J Carter, C Dalrymple, A Hamilton, R Houghton, P Russell (Royal Prince Alfred Hospital); A Brand, R Jaworski, P Harnett, G Wain (Westmead Hospital); QLD-A Crandon, M Cummings, K Horwood. A Obermair, D Wyld (Royal Brisbane and Women's Hospital, RBWH); J Nicklin (RBWH and Wesley Hospital), L Perrin (RBWH and Mater Misericordiae Hospitals), B Ward (Mater Misericordiae Hospitals); SA-M Davy, C Hall, T Dodd, T Healy, K Pittman (Royal Adelaide Hospital, Burnside Memorial Hospital); D Henderson, S Hyde (Flinders Medical Centre); J Miller, J Pierdes (Queen Elizabeth Hospital); TAS-P Blomfield, D Challis, R McIntosh, A Parker (Royal Hobart Hospital); VIC-B Brown, R Rome (Freemasons Hospital); D Allen, P Grant, S Hyde, R Laurie, M Robbie, (Mercy Hospital for Women), D Healy, T Jobling, T Maniolitas, J McNealage, P Rogers, B Susil, A Veitch, J Constable, S Ping Tong, I Robinson, I Simpson, (Monash Medical Centre); K Phillips, D Rischin, P Waring, M Loughrey, N O'Callaghan, Bill Murray (PMCC); V Billson, S Galloway, J Pyman, M Quinn (Royal Women's Hospital); WA-I Hammond, A McCartney, Y Leung (King Edward Memorial Hospital, St John of God). Scientific Collaborators: I Haviv (PMCC); D Purdie, D Whiteman (QIMR); N Zeps (WARTN); The Australian Cancer Study investigators are: AC Green, PG Parsons, N Hayward, P Webb, D Purdie and D Whiteman (QIMR).

*Correspondence to:* Queensland Institute of Medical Research, PO Royal Brisbane and Women's Hospital, Brisbane, Queensland 4029, Australia. Fax: +61-7-3845-3502. E-mail: penny.webb@qimr.edu.au

Received 23 February 2007; Accepted after revision 21 June 2007
DOI 10.1002/ijc.23017
Published online 23 August 2007 in Wiley InterScience (www.interscience.wiley.com).



Publication of the International Union Against Cancer

*global cancer control*

CHRONIC INFLAMMATION AND OVARIAN CANCER                                                                  171

chemical properties of talcum powder and asbestos. Testing various factors that are possibly related to ovarian inflammation in a case–control study, Ness et al.[8] found that perineal talc use and endometriosis, defined as the presence of endometrial tissue outside the uterus and associated with localised inflammation at the site of endometriotic implants, were positively associated with ovarian cancer risk. However, they saw no association with PID, which they had also expected to be associated with increased risk.[8] Extending these epidemiological analyses, McSorley et al.[9] recently found significantly higher circulating C-reactive protein (CRP) levels, a marker of systemic chronic inflammation, among 167 women with incident ovarian cancer risk in a multicentre nested case–control study.

The potential role of ovarian inflammation in the development of ovarian cancer remains an open question. The aim of the current study was to further examine the role of local chronic inflammation in the development of epithelial ovarian cancer overall and by histologic subtype. In addition to talcum powder use, we examined medical conditions that cause inflammation in the pelvic region, including endometriosis and PID, and we also tested the hypothesis that if inflammation causes ovarian cancer then regular use of anti-inflammatory drugs should be inversely associated with this disease.

## Material and methods

### Study design

The Australian Ovarian Cancer Study is an Australia-wide population-based case–control study of epithelial ovarian cancer. It includes incident cases of invasive and low malignant potential (LMP) ovarian cancer diagnosed in women (aged 18–79 years) between January 2002 and June 2005. A total of 3,553 women were identified with suspected ovarian cancer. Of these, 304 died before contact could be made, physicians refused to give consent to contact 133, usually because they were too sick or unable to give informed consent and 194 women could not be contacted. A further 167 (5%) were excluded on the basis of language difficulties (70), mental incapacity (33) and illness (64). The remaining 2,755 women were invited to participate and, of these, 2,319 (84% of those approached) agreed to take part.

Two researchers independently abstracted information on tumour site, histological subtype and tumour behaviour (invasive vs. LMP) from the diagnostic histopathology reports and discrepancies were resolved by consensus. For a sample of 87 women, the pathology reports and full set of diagnostic slides were reviewed by a gynaecologic pathologist and the agreement with the original abstracted data was more than 97% for tumour site, behaviour and subtype. After histopathology review, 624 women were excluded because they were found to have nonepithelial, nonovarian or benign tumours and 10 because their cancer was first diagnosed before the start of the study period. Of the final 1,685 eligible participants with invasive or LMP cancers of the ovary, peritoneum or fallopian tube, 1,576 (94%) returned a questionnaire and comprised the case population in the current study. Separate analyses were also carried out for the 994 serous, 191 mucinous, 141 endometrioid and 88 clear cell tumours (the remaining 162 tumours were of other epithelial or mixed subtypes).

Potential control participants were identified from the Australian Electoral Roll (all citizens are required by law to enrol). Controls were frequency-matched to the entire case series based on age (5-year groups) and state of residence. In all, 3,600 women were contacted. Of these, 158 were ineligible because of language difficulties ($n = 97$) or illness ($n = 61$) and 16 were unable to be contacted a second time. Of the 3,426 eligible women, 1,612 (47%) agreed to participate and returned a questionnaire. From these women, 6 were excluded because they reported a previous ovarian cancer and 97 because of a previous bilateral oophorectomy resulting in a total of 1,509 controls for study.

Study participants filled in a comprehensive health and lifestyle questionnaire, which included questions about their personal details, physical characteristics, family history, medical and surgical history, lifestyle habits and reproductive factors. To determine use of talcum powder in the perineal region, participants were asked whether they had ever used powder or talc in the genital area or on underwear or sanitary pads/diaphragm. They were asked their age at first use and years of talc use in these areas. Duration of talcum powder use prior to and after hysterectomy/tubal ligation was calculated and in all analyses perineal talc use was defined as use occurring while the reproductive tract was patent (i.e., prior to hysterectomy/tubal ligation for those women who had undergone gynaecological surgery). Information on talc use under the arms or on the chest or abdomen was also collected.

To measure use of nonprescription anti-inflammatory medications, participants were given examples of the type of medication (e.g., aspirin) followed by a list of the common generic and brand names. To quantify the frequency of use, participants were asked how often they had taken various medications over the past 5 years (ranging from never to as much as twice or more per day). The current analyses were restricted to medications known to suppress inflammation namely aspirin and other nonsteroidal anti-inflammatory drugs (NSAIDs). Participants were also asked whether they had ever had any of a number of specific medical conditions and, if so, the ages at which these were diagnosed.

Ethics approval was received from the Human Research Ethics Committees at the Queensland Institute of Medical Research, Peter MacCallum Cancer Centre, University of Melbourne, all participating hospitals and cancer registries.

### Statistical analysis

Risk estimates were calculated as odds ratios (OR) with 95% confidence intervals (CI). $\chi^2$-Squared tests were used to test for differences in patient characteristics (e.g., age, level of education). All significance tests were 2-sided and a p-value of less than 0.05 was taken as significant. Unconditional multiple logistic regression models were constructed to simultaneously adjust for confounding factors.

Exposures to factors of interest occurring in the 12 months prior to diagnosis for cases (or 12 months prior to first contact for controls) were excluded because the aetiological influence of very recent exposures on incident ovarian cancer is likely to be minimal and, in cases, recent behaviours may reflect the presence of subclinical disease. All models were adjusted for the categorical variables of age in 10-year groups ($<50$, 50–59, 60–69, $\geq 70$), highest level of education, parity (number of pregnancies $>6$ months) and duration of contraceptive use (including oral contraceptive pills and contraceptive injections). Analyses of endometriosis and potential symptoms of endometriosis (painful or long periods) were also adjusted for the categorical variable of body mass index (BMI) 1 year prior to diagnosis/recruitment ($\leq 24.9$, 25–29.9, $\geq 30$ kg/m$^2$). Other potential confounders that were considered for all analyses but not included in the final models since they did not substantially alter risk estimates were: income, family history of ovarian or breast cancer, hysterectomy and/or tubal ligation and smoking.

All analyses were performed using the SAS system V 9.1 (SAS Institute, Cary, NC). Tests for linear trend were performed using the maximum likelihood test with the categorical variable of interest entered as a continuous term.

## Results

The final study population included 1,576 women with epithelial ovarian cancer (invasive and LMP) and 1,509 controls. Cases were significantly older than controls (mean age cases = 57.8, mean age controls = 56.42, $p = 0.001$) and were less likely to have continued their education beyond high school (Table I). As expected, cases were significantly more likely to be nulliparous

172                                    MERRITT ET AL.

**TABLE I – DESCRIPTIVE CHARACTERISTICS OF 1,576 WOMEN WITH EPITHELIAL OVARIAN CANCER AND 1,509 RANDOMLY SELECTED POPULATION-BASED CONTROLS**

| Variable | Controls[1] (N = 1,509) N (%) | Cases[1] (N = 1,576) N (%) | p-Value |
|---|---|---|---|
| Highest level of education | | | |
| High school | 735 (49) | 851 (54) | 0.02[2] |
| Technical college/trade certificate | 550 (37) | 502 (32) | |
| University | 218 (15) | 214 (14) | |
| Number pregnancies (≥6 months) | | | |
| Nulliparous | 181 (12) | 298 (19) | <0.0001[3] |
| 1–2 | 644 (43) | 647 (41) | |
| ≥3 | 684 (45) | 628 (40) | |
| Ever used oral contraceptives | | | |
| No | 330 (22) | 505 (32) | <0.0001[3] |
| ≤5 years | 361 (24) | 432 (28) | |
| >5 years | 811 (54) | 619 (40) | |
| Previous tubal ligation | 406 (27) | 355 (23) | 0.0003[2] |
| Previous hysterectomy | 289 (19) | 364 (23) | 0.05[2] |
| Mother/sister with ovarian or breast cancer | 195 (13) | 273 (19) | 0.002[2] |

[1]Numbers may not sum to total because of missing data.—[2]χ2-square test for heterogeneity, adjusted for age group (10 year categories).—[3]χ2-square test for trend, adjusted for age group (10 year categories).

and to report a mother or sister with ovarian or breast cancer. Cases were less likely to have used oral contraceptives or to report a previous tubal ligation. Unexpectedly, cases were somewhat more likely to report a prior hysterectomy (Table I).

Ever use of talc in the perineal region (among women with patent fallopian tubes) was associated with a significant increase in risk of all types of epithelial ovarian cancer combined (adjusted OR = 1.17, 95% CI: 1.01–1.36) (Table II). Analysis by histological subtype showed that the increase in risk was strongest for serous and endometrioid tumours although it was only statistically significant for serous tumours (adjusted OR = 1.21, 95% CI: 1.03–1.44 and 1.18, 95% CI 0.81–1.70, respectively). This increased risk was seen for both invasive and LMP serous tumours (data not shown), although the association with LMP tumours was not statistically significant because of the smaller numbers. There was no clear trend of increasing risk with longer duration of use, although tests for trend were of borderline statistical significance for all cancers and the serous subgroup ($p = 0.02$ for both). When we considered invasive and LMP tumours separately, a modest but statistically significant increase in risk of invasive serous tumours was observed in the highest category of use (over 25 years, adjusted OR = 1.35, 95% CI: 1.06–1.72), whereas little or no increased risk was observed with less than 25 years of use. For serous LMP tumours, a modest increase in risk was observed only in the lowest duration of use category (upto 10 years, adjusted OR = 1.71, 95% CI: 1.07–2.73) with no association for over 10 years of use.

Increased risk of ovarian cancer was specifically related to talc use in the pelvic region as talc use on other body sites showed no association (OR = 1.01, 95% CI: 0.84–1.20). In contrast to the elevated risk of ovarian cancer observed with perineal talc use prior to hysterectomy and/or tubal ligation, talc use after such surgery showed no association with serous ovarian cancer risk, regardless of duration (Table II).

Prior to 1976, talcum powder was often contaminated with asbestos fibres.[10,11] To assess whether the association between use of talc and ovarian cancer risk varied over time we evaluated this separately for different age groups. Our assumption was that use of talcum powder among older women would largely have been prior to 1976 (when voluntary guidelines to prevent asbestos contamination of talcum powder were adopted) whereas a greater pro-

**TABLE II – ASSOCIATION BETWEEN PERINEAL TALCUM POWDER USE SEPARATING THE EFFECTS OF USE PRIOR TO AND AFTER HYSTERECTOMY AND/OR TUBAL LIGATION AND RISK OF EPITHELIAL OVARIAN CANCER**

| | Controls[1] N (%) | All cases[1] N (%) | All cases (N = 1,576) OR (95% CI) | Serous (N = 994) OR (95% CI) | Mucinous (N = 191) OR (95% CI) | Endometrioid (N = 141) OR (95% CI) | Clear cell (N = 98) OR (95% CI) |
|---|---|---|---|---|---|---|---|
| Perineal use of talcum powder[3] | | | | | | | |
| Never | 835 (57) | 821 (54) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 635 (43) | 702 (46) | 1.17 (1.01–1.36) | 1.21 (1.03–1.44) | 1.10 (0.80–1.52) | 1.18 (0.81–1.70) | 1.08 (0.68–1.72) |
| Use pre- or no-surgery[3] | | | | | | | |
| None | 835 (57) | 821 (54) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| >0–10 years | 193 (13) | 200 (13) | 1.13 (0.90–1.41) | 1.26 (0.98–1.63) | 0.79 (0.47–1.33) | 1.05 (0.59–1.85) | 1.08 (0.52–2.27) |
| >10–25 years | 214 (15) | 213 (14) | 1.08 (0.87–1.34) | 1.08 (0.80–1.32) | 1.34 (0.86–2.08) | 1.14 (0.67–1.94) | 1.08 (0.48–2.40) |
| >25 years | 228 (16) | 289 (19) | 1.29 (1.04–1.58) | 1.34 (1.06–1.68) | 1.34 (0.75–1.97) | 1.31 (0.80–2.16) | 1.18 (0.63–2.22) |
| p-Value (trend) | | | 0.021 | 0.022 | 0.27 | 0.28 | 0.69 |
| Use post-surgery | | | | | | | |
| None | 1,340 (88) | 1,294 (88) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| >0–10 years | 50 (3) | 49 (3) | 1.08 (0.71–1.62) | 1.07 (0.67–1.69) | 1.39 (0.60–3.19) | 0.97 (0.34–2.77) | 0.64 (0.15–2.81) |
| >10–25 years | 87 (6) | 81 (6) | 1.14 (0.82–1.57) | 1.03 (0.72–1.48) | 2.04 (1.09–3.79) | 1.03 (0.45–2.32) | 0.44 (0.11–1.88) |
| >25 years | 46 (3) | 46 (3) | 1.00 (0.64–1.51) | 0.91 (0.69–1.71) | 0.91 (0.27–3.05) | 0.79 (0.23–2.64) | 0.43 (0.06–3.22) |
| p[2](value trend) | | | 0.61 | 0.60 | 0.12 | 0.87 | 0.16 |
| Ever vs. never use stratified by age at diagnosis/recruitment | | | | | | | |
| <50 years | 143 (23) | 137 (20) | 1.16 (0.86–1.57) | 1.53 (1.06–2.19) | 1.42 (0.89–2.25) | 0.98 (0.41–2.29) | |
| 50–59 years | 213 (33) | 237 (34) | 1.22 (0.93–1.59) | 1.20 (0.89–1.62) | 0.76 (0.46–1.26) | 1.67 (0.88–3.15) | |
| 60–69 years | 191 (30) | 207 (29) | 0.93 (0.70–1.23) | 0.95 (0.70–1.29) | 0.83 (0.49–1.40) | 0.87 (0.40–1.85) | |
| >70 years | 88 (14) | 121 (17) | 1.61 (1.10–2.36) | 1.66 (1.08–2.56) | 0.91 (0.42–1.97) | 1.41 (0.58–3.35) | |

[1]Numbers may not sum to total because of missing data.—[2]Adjusted for age (except age-stratified analysis), education, parity and oral contraceptive pill use.—[3]Analysis restricted to use while the genital tract was unobstructed (i.e., prior to hysterectomy).

portion of use in younger women would have been after that date. Significantly elevated risks of ovarian cancer overall and for the serous subtype were seen in women who were 70 years of age or older and also among those who were less than 50 for the serous subtype only. A modest increase in risk was also observed in the 50–59 year group (nonsignificant) however no association was observed in the 60–69 year age group. Similar results were observed when invasive tumours were examined separately (the number of LMP tumours was too small to evaluate the effects by age).

Table III shows no significant association was observed between PID and risk of all subtypes of ovarian cancer combined (OR = 1.15, 95% CI: 0.85–1.57), or for the different histological subtypes. When we examined the association relative to the time elapsed since diagnosis of PID, no association with ovarian cancer risk was observed (data not shown).

A reported history of genital herpes was not associated with risk of all subtypes of ovarian cancer combined (OR = 1.17, 95% CI: 0.73–1.87). However, a significant positive association was seen with risk of serous tumours (OR = 1.65, 95% CI: 1.01–2.69; Table III), with similar nonsignificant increases observed for both invasive (OR = 1.65, 95% CI: 0.98–2.78) and LMP serous tumours (OR = 1.76, 95% CI: 0.71–4.34). For serous tumours, similar increased risks were seen for both more recent (less than 20 years) and long-term (over 20 years) infection (data not shown).

Neither HPV infection, based on self-reported history of abnormal pap smears and/or genital warts, nor a history of mumps after the age of puberty were associated with risk of ovarian cancer overall (Table III). There was also no association with mumps when we considered infection at any age (OR = 0.95, 95% CI: 0.81–1.12). There was however a suggestion that HPV infection was associated with a slightly increased risk of the endometrioid subtype (OR = 1.58, 95% CI: 1.03–2.44). Analyses considering time since the condition was first reported did not alter these results.

We found no significant association between a reported history of endometriosis and ovarian cancer risk overall (OR = 1.31, 95% CI: 0.97–1.78). However statistically significant increased risks were seen for the endometrioid and clear cell subtypes (OR = 1.85, CI: 1.02–3.38 and OR = 2.66, CI: 1.31–5.44, respectively). Because endometriosis may go undiagnosed, we also considered a reported history of potential symptoms of endometriosis (long or painful periods) however neither was associated with ovarian cancer risk (Table III). Similar results were noted when the analysis was restricted to women who had not used hormonal contraceptives. As with other medical conditions, risk estimates did not vary with time elapsed since endometriosis was first reported.

For comparison with inflammation believed to occur in close proximity to the ovaries, medical conditions associated with inflammation at other body sites were also examined (including gall stones, inflammatory bowel disease, diverticulitis, oesophagitis, gastritis and pancreatitis). None of these conditions was associated with ovarian cancer risk (data not shown).

To assess whether regular use of anti-inflammatory medications was inversely associated with ovarian cancer risk, use of aspirin and NSAIDs in the 5 years prior to study recruitment was examined. Any use of aspirin was not associated with ovarian cancer risk for all subtypes combined (OR for any vs. no use = 1.06, 95% CI: 0.92–1.23; Table IV) or for any of the individual subtypes. Ever use of NSAIDs in the last 5 years also had no effect on risk of all subtypes of ovarian cancer (OR = 0.88, 95% CI: 0.76–1.02). However, risk of mucinous tumours was inversely associated with any use of NSAIDs (OR = 0.69, 95% CI: 0.50–0.94) and a further decrease in risk was observed with more frequent use (p-value trend = 0.01). Separate analyses of invasive (n = 44) and LMP (n = 147) mucinous tumours demonstrated that the observed inverse association was driven entirely by LMP tumours (OR for any vs. no use = 0.59, 95% CI: 0.41–0.84, compared to

TABLE III – ASSOCIATION BETWEEN SELF-REPORTED MEDICAL CONDITIONS POTENTIALLY ASSOCIATED WITH INFLAMMATION OF THE OVARIES AND RISK OF EPITHELIAL OVARIAN CANCER

| | Controls[1] N (%) | All cases[1] N (%) | All cases (N = 1,576) OR[2] 95% CI | Serous (N = 994) OR[2] 95% CI | Mucinous (N = 191) OR[2] 95% CI | Endometrioid (N = 141) OR[2] 95% CI | Clear cell (N = 88) OR[2] 95% CI |
|---|---|---|---|---|---|---|---|
| PID | | | | | | | |
| Never | 1,406 (94) | 1,460 (93) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 84 (6) | 103 (7) | 1.15 (0.85–1.57) | 0.96 (0.66–1.38) | 1.46 (0.82–2.60) | 1.29 (0.66–2.52) | 0.87 (0.30–2.49) |
| Genital herpes | | | | | | | |
| Never | 1,420 (98) | 1,425 (97) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 35 (2) | 42 (3) | 1.17 (0.73–1.87) | 1.65 (1.01–2.69) | 0.40 (0.09–1.71) | 0.32 (0.04–2.37) | 0.74 (0.10–5.63) |
| HPV infection | | | | | | | |
| Never | 1,148 (78) | 1,197 (81) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 317 (22) | 273 (19) | 0.94 (0.78–1.15) | 0.92 (0.74–1.15) | 0.98 (0.66–1.45) | 1.58 (1.03–2.44) | 0.72 (0.36–1.47) |
| Mumps | | | | | | | |
| Never | 496 (76) | 508 (75) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever (postpubertal) | 160 (24) | 164 (25) | 0.96 (0.73–1.25) | 1.06 (0.79–1.42) | 0.78 (0.40–1.49) | 0.97 (0.50–1.87) | 0.81 (0.35–1.92) |
| Endometriosis[3] | | | | | | | |
| Never | 1,413 (94) | 1,431 (92) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever (postpubertal) | 87 (6) | 124 (8) | 1.31 (0.97–1.78) | 1.14 (0.80–1.62) | 0.89 (0.46–1.75) | 1.85 (1.02–3.38) | 2.66 (1.31–5.44) |
| Long periods[3] (>7 days) | | | | | | | |
| Never/rarely | 1,174 (82) | 1,173 (82) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Often | 188 (13) | 192 (14) | 1.05 (0.83–1.31) | 1.05 (0.81–1.36) | 0.70 (0.40–1.22) | 1.23 (0.71–2.12) | 1.26 (0.62–2.53) |
| Always | 75 (5) | 62 (4) | 0.79 (0.55–1.13) | 0.82 (0.55–1.23) | 0.78 (0.34–1.78) | 0.72 (0.27–1.85) | 0.83 (0.24–2.83) |
| Painful periods[3] | | | | | | | |
| Never/rarely | 760 (52) | 711 (49) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Sometimes | 290 (20) | 301 (20) | 1.04 (0.85–1.27) | 1.04 (0.83–1.31) | 0.95 (0.61–1.47) | 1.07 (0.65–1.75) | 1.13 (0.59–2.15) |
| Often | 404 (28) | 452 (31) | 1.17 (0.98–1.40) | 1.17 (0.96–1.43) | 1.12 (0.77–1.64) | 1.12 (0.72–1.73) | 1.14 (0.65–2.00) |

[1] Numbers may not sum to total because of missing data.—[2] Adjusted for age, education, parity and oral contraceptive pill use.—[3] Additionally adjusted for body mass index one year prior to diagnosis.

174                                                              MERRITT *ET AL.*

TABLE IV – ASSOCIATION BETWEEN ANTI-INFLAMMATORY MEDICATION USE IN THE PAST 5 YEARS AND RISK OF EPITHELIAL OVARIAN CANCER

| | Controls[1] $N$ (%) | All cases[1] $N$ (%) | All cases ($N = 1,576$) OR[2] (95% CI) | Serous ($N = 994$) OR[2] (95% CI) | Mucinous ($N = 191$) OR[2] (95% CI) | Endometrioid ($N = 141$) OR[2] (95% CI) | Clear cell ($N = 88$) OR[2] (95% CI) |
|---|---|---|---|---|---|---|---|
| **Aspirin** | | | | | | | |
| Never | 772 (51) | 783 (50) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 730 (49) | 781 (49) | 1.06 (0.92–1.23) | 1.06 (0.90–1.25) | 0.99 (0.72–1.35) | 0.92 (0.64–1.32) | 0.92 (0.58–1.45) |
| ≤1/week | 612 (41) | 650 (41) | 1.06 (0.91–1.23) | 1.05 (0.88–1.25) | 0.98 (0.71–1.36) | 0.98 (0.68–1.43) | 0.95 (0.59–1.54) |
| ≥2/week | 118 (8) | 131 (8) | 1.06 (0.80–1.41) | 1.11 (0.81–1.51) | 1.02 (0.52–2.03) | 0.56 (0.23–1.34) | 0.75 (0.30–1.89) |
| *p*-Value (trend) | | | *0.5* | *0.4* | *0.99* | *0.4* | *0.6* |
| **NSAIDs** | | | | | | | |
| Never | 625 (42) | 723 (46) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 878 (58) | 836 (54) | 0.88 (0.76–1.02) | 0.93 (0.78–1.10) | 0.69 (0.50–0.94) | 0.76 (0.53–1.09) | 0.92 (0.58–1.45) |
| ≤1/week | 653 (43) | 625 (40) | 0.90 (0.76–1.05) | 0.94 (0.78–1.12) | 0.73 (0.53–1.02) | 0.73 (0.50–1.09) | 0.97 (0.59–1.60) |
| ≥2/week | 225 (15) | 211 (14) | 0.83 (0.66–1.04) | 0.90 (0.70–1.16) | 0.51 (0.28–0.93) | 0.84 (0.49–1.44) | 0.79 (0.39–1.58) |
| *p*-Value (trend) | | | *0.1* | *0.3* | *0.01* | *0.3* | *0.6* |

[1]Numbers may not sum to total because of missing data.–[2]Adjusted for age, education, parity and oral contraceptive pill use.

1.17, 95% CI 0.62–2.21 for invasive mucinous tumours). There was also a dose-response relationship for LMP mucinous tumours (OR for 2 or more pills per week *vs.* no use = 0.46, 95% CI: 0.23–0.91, *p*-value trend = 0.01).

## Discussion

The hypothesis that chronic inflammation may lead to the development of epithelial ovarian cancer was first proposed to explain how certain factors, such as talc use in the perineal region, may be linked to increased risk of developing ovarian cancer.[1] Testing the inflammation hypothesis in a case–control study, Ness *et al.* found that proinflammatory factors, such as perineal talc use and endometriosis increased ovarian cancer risk, but others such as PID did not significantly increase ovarian cancer risk (separate analyses of individual histological subtypes of ovarian cancer were not presented).[8] Consistent with this hypothesis, McSorley *et al.*[9] recently reported a trend of increasing ovarian cancer risk with increasing levels of CRP, a marker of inflammation. However, given the lack of specificity of CRP and its association with prevalent chronic conditions, such as ischaemic heart disease,[12] it is difficult to rule out confounding as an alternate explanation for these results.[9] Until the present study, no other epidemiological studies appear to have tested the hypothesis that ovarian inflammation is associated with ovarian cancer risk. In the current study, a significantly elevated risk of ovarian cancer overall and of the serous subtype associated with perineal talc use was identified. A nonsignificant increase in risk was also seen for endometrioid tumours. Other factors that could potentially cause ovarian inflammation (such as PID, HPV infection, mumps and endometriosis) were not associated with ovarian cancer risk overall, however there was some evidence of a positive association with some of these factors in the subtype specific analyses. These results in combination with previous studies suggest that chronic inflammation is unlikely to play a major role in the development of ovarian cancer.

Focusing on talc use, we found that any use of perineal talc was associated with a small but significantly increased risk of ovarian cancer overall and specifically amongst the invasive and LMP serous tumours although no clear dose-response with increasing duration of use was identified. This finding is consistent with results of previous studies.[4,6,7,10,13,14]

As expected, ovarian cancer risk was only related to talc use in women with no surgical closure of the fallopian tubes or those who had used talc presurgery, with no association seen for talc use after tubal sterilisation or hysterectomy. Similar observations were made in previous case–control studies of ovarian cancer (all subtypes) with elevated risks observed in women who had not had a tubal ligation[4,14] or those who had used talc presurgery.[13] These former studies together with the current findings support the hypothesis that talc particles are transported to the ovaries *via* unob-

structed fallopian tubes. In contrast, the Nurses' Health study found no increase in risk among women who were perineal talc users but had never had a tubal ligation.[7]

While it has been demonstrated experimentally that talc particles can reach the ovaries in humans and rodents as the result of talc use in the pelvic region,[15–17] ovarian talc particle burden in normal human ovaries is not correlated with reported exposure levels.[17] This suggests that use of only a small amount of talc may be required for some talc to reach the ovaries and increase risk of cancer.

It has been hypothesised that talc is linked to ovarian cancer development through inflammation, however evidence linking an inflammatory response with talc contamination of the ovaries is lacking. Talc-induced inflammation is unlikely to be in the formation of granulomas as these are rarely observed in human ovaries.[18,19] Other likely manifestations of talc-induced inflammation include reduced fibrinolysis, activation of neutrophils and macrophages and increased production of cytokines and growth factors, and these have been suggested to occur in the peritoneum in response to contamination by surgical glove powder.[20] Rigorous investigation of the precise biological response of the ovarian surface epithelium to perineal talc use is needed.

We also sought to determine whether possible contamination of talc with asbestos fibres, which are known to cause inflammation of epithelial tissues, could explain the observed link between perineal talc use and serous ovarian cancer. Voluntary guidelines to prevent asbestos contamination of cosmetic talc were introduced in 1976 and consequently earlier formulations were more likely to contain asbestos fibres.[10,11] Increased risk of serous ovarian cancer was not restricted to perineal talc use in the oldest age groups, who were more likely to have been exposed to asbestos-contaminated talc, but was also observed in the youngest (less than 50 years) and the 50–59 year old age group. Other studies have also reported no increase in risk of all subtypes of ovarian cancer associated with talc use before 1970[13] or before 1975.[14] These findings contrast with 2 other reports of increased risk of serous[7] and all subtypes of epithelial ovarian cancer[10] associated with earlier use of talc.

If inflammation plays a role in the aetiology of ovarian cancer then it would be expected that PID would be associated with increased risk of ovarian cancer. PID was not associated with elevated risk of ovarian tumours in our data, confirming several previous reports of no association with PID in studies of all subtypes of ovarian cancer.[8,21,22] To date there has been only one report of a significant positive association between PID and ovarian cancer.[23] Genital herpes infection was associated with a nonsignificant increased risk of invasive serous cancer in our data, although this observation was based on a small number of exposed cases ($n = 27$). One previous study found no association between genital herpes and ovarian cancer risk (the number of exposed cases was not reported).[8] Latent infection by herpes virus is established

CHRONIC INFLAMMATION AND OVARIAN CANCER                    175

in the nerve root ganglia and it is associated with a variety of initial and recurrent symptoms such as genital ulceration.[24] It is biologically plausible that inflammation associated with genital herpes infection could increase risk of ovarian cancer as Herpes simplex virus type 2 has been detected in the upper genital tract of women with acute PID[25,26] and acute salpingitis.[27] Further studies are needed to confirm this association.

HPV infection (based on reports of abnormal pap smears and/ or genital warts) showed no association with ovarian cancer risk, except for the endometrioid subtype. We hypothesised that HPV infection could potentially cause ovarian inflammation as HPV DNA has been identified in the ovaries of patients with primary ovarian squamous intraepithelial neoplasia[28,29] and in the upper genital tract of patients with cervical squamous carcinoma.[30] In addition, high-risk HPV DNA has been reported in 10% of ovarian epithelial carcinomas.[31] Abnormal pap smears and genital warts are generally associated with HPV genotypes classified as high-risk and low-risk, respectively, in regards to their association with carcinogenic transformation.[32] However, separate analyses also showed no association with ovarian cancer risk.

Mumps infection (either after puberty or at any age) was not associated with ovarian cancer risk. It has been estimated that some 5% of postpubertal mumps cases are associated with clinically apparent oophoritis, which in severe cases could result in infertility caused by nonfunctional ovarian tissue.[33] We were unable to identify these particular cases in the current analysis and therefore further study is needed to examine the association between mumps oophoritis and ovarian cancer.

While endometriosis is a condition associated with localised inflammation, it is also related to changes in hormone levels (increased oestrogen unopposed by progesterone) at the site of endometriotic implants.[34] Despite this, endometriosis or potential symptoms of endometriosis (long or painful periods) were not associated with ovarian cancer risk overall, but there was an increased risk of endometrioid and clear cell subtypes among women who reported a history of endometriosis. This result was anticipated because current epidemiological evidence suggests that endometriosis is most strongly associated with the endometrioid and clear cell subtypes of ovarian cancer.[35,36]

Finally, if inflammation did promote epithelial ovarian cancer development, then it may be reasonably expected that regular use of anti-inflammatory medications would reduce risk. However, no overall association with ovarian cancer risk was observed in the current study. This supports results from 2 recent meta-analyses, which have also not shown that regular use of anti-inflammatory medications (aspirin or other NSAIDs) reduces ovarian cancer risk.[37,38] Of interest however was the apparent inverse association between NSAID use and the mucinous subtype, which was entirely driven by the LMP group. We know from other epidemiological studies that the aetiology of mucinous tumours differs in a number of ways from the other subtypes of ovarian cancer, so NSAID use may be another factor to add to this list. However, this result awaits confirmation by others.

Strengths of our study included its large size (1,576 women with ovarian cancer and 1,509 population-based controls) and Australia-wide coverage. A limitation was the low response rate for controls (47%), which could have resulted in selection bias and possibly led to an over-representation of healthy subjects among the controls. Indeed our hysterectomy rate among controls was ~5% lower than expected, but as there are no obvious links between hysterectomy and inflammation that we have not considered, we do not believe that these small differences would have affected the present results. A healthy control bias would most likely influence the analyses of medical conditions, specifically sexually transmitted infections (STIs). For example, if participating controls were less likely to have had an STI this could bias risk estimates for STIs upwards. While we saw a positive association between herpes infection and ovarian cancer risk, there was no association with other STIs suggesting that our ORs are not systematically biased. Overall, a small number of participants reported STIs and it is possible that STIs were underreported because of possible asymptomatic infection or because of the negative connotations associated with having an STI. It is also possible that controls would be more likely to underreport STIs than cases therefore potentially biasing the risk estimates upwards. Another general limitation was that analyses of medical conditions were based entirely on self-reported medical history and as a result the accuracy of these reports could not be confirmed, although self-reports of these miscellaneous conditions are unlikely to be influenced greatly by case/control status.

In summary, most factors that could potentially cause ovarian inflammation (such as PID, HPV infection, and postpubertal mumps) were not associated with a significant elevation in ovarian cancer risk in our study. In addition, the expected corollary, an inverse association with regular use of anti-inflammatory medications, was not observed. While some subtype-specific associations were observed, these were not strong and showed no coherent pattern of association within or across subtypes, aside from the well-recognised increase in risk of endometrioid and clear cell cancers among women with endometriosis. The elevation in ovarian cancer risk associated with use of talc in the perineal region that we and others have observed has been regarded as the main evidence supporting an inflammatory mechanism in the development of epithelial ovarian cancer. However, experimental evidence that perineal talc use elicits an inflammatory response in the ovaries is lacking and overall we conclude that chronic inflammation does not play a major role in the development of ovarian cancer.

## Acknowledgements

MM was supported by an Australian Postgraduate Award; PW is funded by a fellowship from the Queensland Cancer Fund. We gratefully acknowledge the cooperation of the New South Wales, Queensland, South Australian, Victorian and Western Australian Cancer Registries as well as all the collaborating institutions represented within the AOCS Study Group. We are thankful to all of the study participants, without whom our study would not have been possible.

## References

1. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
2. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet 2001;357:539–45.
3. Baniyash M. The inflammation-cancer linkage: a double-edged sword? Semin Cancer Biol 2006;16:1–2.
4. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
5. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res 2003;23:1955–60.
6. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
7. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
8. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11: 111–17.
9. McSorley MA, Alberg AJ, Allen DS, Allen NE, Brinton LA, Dorgan JF, Pollak M, Tao Y, Helzlsouer KJ. C-reactive protein concentrations and subsequent ovarian cancer risk. Obstet Gynecol 2007;109:933–41.
10. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.
11. Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, Skinner DL. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 1976;2:255–84.

12. Jenny NS, Yanez ND, Psaty BP, Kuller LH, Hirsch CH, Tracy RP. Inflammation biomarkers and near-term death in older men. Am J Epidemiol 2007;165:684–95.

13. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.

14. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64.

15. Fleming JS, Beaugie CR, Haviv I, Chenevix-Trench G, Tan OL. Incessant ovulation, inflammation and epithelial ovarian carcinogenesis: revisiting old hypotheses. Mol Cell Endocrinol 2006;247:4–21.

16. Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res 1986;40:247–50.

17. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.

18. McCluggage WG, Allen DC. Ovarian granulomas: a report of 32 cases. J Clin Pathol 1997;50:324–7.

19. Wehner AP. Biological effects of cosmetic talc. Food Chem Toxicol 1994;32:1173–84.

20. van den Tol MP, Haverlag R, van Rossen ME, Bonthuis F, Marquet RL, Jeekel J. Glove powder promotes adhesion formation and facilitates tumour cell adhesion and growth. Br J Surg 2001;88:1258–63.

21. Parazzini F, La Vecchia C, Negri E, Moroni S, dal Pino D, Fedele L. Pelvic inflammatory disease and risk of ovarian cancer. Cancer Epidemiol Biomarkers Prev 1996;5:667–9.

22. Shu XO, Brinton LA, Gao YT, Yuan JM. Population-based case-control study of ovarian cancer in Shanghai. Cancer Res 1989;49:3670–4.

23. Risch HA, Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 1995;4: 447–51.

24. Ooi C, Dayan L. Genital herpes. An approach for general practitioners in Australia. Aust Fam Physician 2002;31:825–31.

25. Heinonen PK, Miettinen A. Laparoscopic study on the microbiology and severity of acute pelvic inflammatory disease. Eur J Obstet Gynecol Reprod Biol 1994;57:85–9.

26. Paavonen J, Teisala K, Heinonen PK, Aine R, Miettinen A, Lehtinen M, Gronroos P. Endometritis and acute salpingitis associated with Chlamydia trachomatis and herpes simplex virus type two. Obstet Gynecol 1985;65:288–91.

27. Lehtinen M, Rantala I, Teisala K, Heinonen PK, Lehtinen T, Aine R, Miettinen A, Gronroos P, Punnonen R, Leinikki P, Paavonen J. Detection of herpes simplex virus in women with acute pelvic inflammatory disease. J Infect Dis 1985;152:78–82.

28. Mai KT, Yazdi HM, Bertrand MA, LeSaux N, Cathcart LL. Bilateral primary ovarian squamous cell carcinoma associated with human papilloma virus infection and vulvar and cervical intraepithelial neoplasia. A case report with review of the literature. Am J Surg Pathol 1996;20:767–72.

29. Manolitsas TP, Lanham SA, Hitchcock A, Watson RH. Synchronous ovarian and cervical squamous intraepithelial neoplasia: an analysis of HPV status. Gynecol Oncol 1998;70:428–31.

30. Giordano G, D'Adda T, Gnetti L, Froio E, Merisio C, Melpignano M. Detection of human papillomavirus in organs of upper genital tract in women with cervical cancer. Int J Gynecol Cancer 2006;16:1601–7.

31. Ip SM, Wong LC, Xu CM, Cheung AN, Tsang PC, Ngan HY. Detection of human papillomavirus DNA in malignant lesions from Chinese women with carcinomas of the upper genital tract. Gynecol Oncol 2002;87:104–11.

32. Trottier H, Franco EL. The epidemiology of genital human papillomavirus infection. Vaccine 2006;24 (Suppl 1):S1–S15.

33. Morrison JC, Givens JR, Wiser WL, Fish SA. Mumps oophoritis: a cause of premature menopause. Fertil Steril 1975;26:655–9.

34. Ness RB. Endometriosis and ovarian cancer: thoughts on shared pathophysiology. Am J Obstet Gynecol 2003;189:280–94.

35. Brinton LA, Sakoda LC, Sherman ME, Frederiksen K, Kjaer SK, Graubard BI, Olsen JH, Mellemkjaer L. Relationship of benign gynecologic diseases to subsequent risk of ovarian and uterine tumors. Cancer Epidemiol Biomarkers Prev 2005;14:2929–35.

36. Somigliana E, Vigano P, Parazzini F, Stoppelli S, Giambattista E, Vercellini P. Association between endometriosis and cancer: a comprehensive review and a critical analysis of clinical and epidemiological evidence. Gynecol Oncol 2006;101:331–41.

37. Bonovas S, Filioussi K, Sitaras NM. Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol 2005;60:194–203.

38. Harris RE, Beebe-Donk J, Doss H, Burr Doss D. Aspirin, ibuprofen, and other non-steroidal anti-inflammatory drugs in cancer prevention: a critical review of non-selective COX-2 blockade (review). Oncol Rep 2005;13:559–83.

Exhibit 36

NIH Public Access
**Author Manuscript**
*Cancer Epidemiol Biomarkers Prev.* Author manuscript; available in PMC 2009 September 1.

Published in final edited form as:
*Cancer Epidemiol Biomarkers Prev.* 2008 September ; 17(9): 2436–2444. doi:
10.1158/1055-9965.EPI-08-0399.

# Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer

**Margaret A. Gates**[1,2], **Shelley S. Tworoger**[1,2], **Kathryn L. Terry**[1,2,5], **Linda Titus-Ernstoff**[3], **Bernard Rosner**[1,4], **Immaculata De Vivo**[1,2], **Daniel W. Cramer**[2,5], and **Susan E. Hankinson**[1,2]

[1]*Channing Laboratory, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA*

[2]*Department of Epidemiology, Harvard School of Public Health, Boston, MA*

[3]*Norris Cotton Cancer Center, Dartmouth-Hitchcock Medical Center, Lebanon, NH*

[4]*Department of Biostatistics, Harvard School of Public Health, Boston, MA*

[5]*Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital, Boston, MA*

## Abstract

Epidemiologic evidence suggests a possible association between genital use of talcum powder and risk of epithelial ovarian cancer; however, the biologic basis for this association is not clear. We analyzed interactions between talc use and genes in detoxification pathways (*GSTM1*, *GSTT1* and *NAT2*) to assess whether the talc/ovarian cancer association is modified by variants of genes potentially involved in the response to talc. Our analysis included 1,175 cases and 1,202 controls from a New England-based case-control study and 210 cases and 600 controls from the prospective Nurses' Health Study. We genotyped participants for the *GSTM1* and *GSTT1* gene deletions and three *NAT2* polymorphisms. We used logistic regression to analyze the main effect of talc use, genotype, and gene-talc interactions in each population, and we pooled the estimates using a random effects model. Regular talc use was associated with increased ovarian cancer risk in the combined study population (relative risk=1.36, 95% CI=1.14-1.63; *p*-trend<0.001). Independent of talc, the genes examined were not clearly associated with risk. However, the talc/ovarian cancer association varied by *GSTT1* genotype and combined *GSTM1/GSTT1* genotype. In the pooled analysis, the association with talc was stronger among women with the *GSTT1*-null genotype (*p*-interaction=0.03), particularly in combination with the *GSTM1*-present genotype (*p*-interaction=0.03). There was no clear evidence of an interaction with *GSTM1* alone or *NAT2*. These results suggest that women with certain genetic variants may have a higher risk of ovarian cancer associated with genital talc use. Additional research is needed on these interactions and the underlying biologic mechanisms.

### Keywords

Talc; GSTM1; NAT2; ovarian cancer; gene-environment interactions

Correspondence to: Margaret A. Gates.

Correspondence to: Margaret A. Gates, Channing Laboratory, 181 Longwood Avenue, Boston, MA 02115; Phone: 617-525-2038; Fax: 617-525-2008; Email: nhmag@channing.harvard.edu.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

## INTRODUCTION

Genital use of talcum powder has been extensively investigated as a potential risk factor for ovarian cancer. A meta-analysis of 16 previous studies reported an approximate 30% increase in risk of total epithelial ovarian cancer with regular genital exposure to talc (1), and several studies have suggested a stronger association with the serous or serous invasive histologic subtype (2-6). Although the epidemiologic evidence supports a modest association between genital talc use and ovarian cancer risk, the association remains controversial due to the lack of a clear dose-response with increasing frequency or duration of talc use, the possibility of confounding or other biases, and the uncertain biologic mechanism.

No prior studies have assessed gene-talc interactions in ovarian cancer risk, possibly because little is known about which genes may be involved in the biologic response to talc. However, variants of the *glutathione S-transferase M1* (*GSTM1*) and *N-acetyltransferase 2* (*NAT2*) genes appear to modify the association between exposure to asbestos, a known carcinogen that is chemically similar to talc, and risk of malignant mesothelioma (7-10). Talc and asbestos are found together in nature, and prior to 1976 talcum powder was commonly contaminated with asbestos (9). Although this contamination may have contributed to the risk of ovarian cancer associated with talc use, there is also evidence that talc itself may contribute to carcinogenesis, independent of any contamination with asbestos in the past. Talc can induce granulomas and other inflammatory responses *in vivo* (9), and a recent study found that exposing human ovarian stromal and epithelial cells to talc resulted in increased cell proliferation and neoplastic transformation of cells (11). Talc also appears to increase cellular production of reactive oxygen species (11). Interestingly, serous ovarian cancers morphologically resemble peritoneal malignant mesotheliomas (12), suggesting a possible rationale for the stronger association between talc and risk of serous or serous invasive cancers observed in some studies.

Based on similarities between talc and asbestos and the evidence for gene-asbestos interactions in malignant mesothelioma, we examined whether the association between genital talc exposure and ovarian cancer risk is modified by variants of the *NAT2* and *GSTM1* genes, as well as the related *glutathione S-transferase T1* (*GSTT1*) gene. The *GSTM1* and *GSTT1* genes produce enzymes involved in the metabolism of carcinogens and reactive oxygen species (13). These genes are homozygously deleted in approximately 50% (*GSTM1*) and 20% (*GSTT1*) of Caucasians, resulting in complete loss of enzymatic activity (14,15). The NAT2 enzyme catalyzes the deactivation of xenobiotics via *N*-acetylation, but can also activate certain substrates via *O*-acetylation (16). Individuals with two *NAT2* slow acetylator alleles, approximately 60% of individuals in Caucasian populations, have decreased rates of *N*- and *O*-acetylation (17-20). We hypothesized that the association between talc use and ovarian cancer risk would be stronger among individuals with the *GSTM1* null, *GSTT1* null, and *NAT2* slow acetylator genotypes, due to decreased metabolism of free radicals and other products of the biologic response to talc. We examined these gene-talc interactions, as well as the main effect of talc use and each genotype, in two study populations with a total of 1,385 ovarian cancer cases.

## METHODS

### New England Case-Control Study

The New England Case-Control Study (NECC) consists of 1,231 epithelial ovarian cancer cases and 1,244 controls from Massachusetts and New Hampshire. Participants were enrolled in the study in two phases, from May 1992 to March 1997 (phase 1; 563 cases and 523 controls) or from July 1998 to July 2003 (phase 2; 668 cases and 721 controls). Participants completed a detailed questionnaire on potential risk factors for ovarian cancer and covariates of interest during an in-person interview with a trained interviewer. To avoid capturing changes related

to disease status, interviewers asked participants about exposures that occurred at least one year prior to the date of diagnosis for cases or the interview date for controls. The institutional review boards of Brigham and Women's Hospital and Dartmouth Medical School approved both phases of the study, and all participants provided written informed consent.

During the two study phases, NECC researchers identified 2,347 incident cases of ovarian cancer through hospital tumor boards and state cancer registries; 1,845 (79%) of these cases were eligible, and 71% of the eligible cases were enrolled in the study. Study investigators identified potential controls using random digit dialing, drivers' license records, and Massachusetts town resident lists. Controls were frequency-matched to cases by age and state of residence. Of the potentially eligible controls contacted by investigators during phase 1, 68% were eligible and agreed to participate. During phase 2, 197 potential controls declined to be contacted by returning a postcard to "opt out" of the study; of the remaining potentially eligible controls who were contacted, 67% were eligible and enrolled in the study. The eligibility criteria and the reasons for non-enrollment of eligible cases are described elsewhere (21).

Over 95% of study participants provided a blood specimen at study enrollment. NECC researchers separated the heparinized blood samples into plasma, red blood cell, and buffy coat (white blood cell) components, extracted DNA from the buffy coat using Qiagen DNA extraction (Qiagen Inc., Valencia, CA), and stored the extracted DNA in freezers at a temperature of -80°C.

## Nurses' Health Study

In 1976, 121,701 female registered nurses between the ages of 30 and 55 responded to a mailed questionnaire about known and suspected risk factors for disease, leading to the establishment of the Nurses' Health Study (NHS). Study participants completed follow-up questionnaires every two years, providing information on new diagnoses of disease and updated information on risk factors. Participation in the study has remained high throughout follow-up; between 1976 and 2004 the percentage of follow-up information obtained (questionnaire responses plus deaths) was 95.3%. The corresponding follow-up percentages for women who provided a white blood cell or cheek cell specimen were 98% and 99%, respectively. The Institutional Review Board of Brigham and Women's Hospital, Boston, MA approved both the NHS and this analysis, and all participants provided implied consent by completing and returning the baseline questionnaire.

In 1989 and 1990, 32,826 participants submitted a blood sample for use in genetic and other biomarker analyses. Details of the blood collection are described elsewhere (22). Between 2001 and 2004, 33,040 women without a blood specimen provided a buccal cell specimen. We used a mouthwash protocol to collect the buccal cell samples, based on evidence that this method provides slightly higher DNA yield and quality, compared with collection using a cytobrush (23). We extracted DNA from each specimen within one week of receipt using Qiagen DNA extraction (Qiagen Inc., Valencia, CA), and stored the DNA at -80°C.

## NHS nested case-control study

We collected information on new diagnoses of ovarian cancer on each questionnaire, and we also obtained information on deaths due to ovarian cancer through family members, the National Death Index, and the U.S. Postal Service. We confirmed each diagnosis using methods described previously (24). For this analysis, we included all cases with a DNA specimen available from prior to diagnosis (incident cases), as well as cases who submitted a DNA specimen within four years after diagnosis (prevalent cases). We included the prevalent cases in the analysis due to the similarity of characteristics of these cases and the incident cases, and

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Gates et al.                                                                                                   Page 4

also because the interval of four years between diagnosis and DNA collection was less than the average survival time of 65.7 months for the incident cases. All cases were diagnosed prior to June 1, 2004 and had no history of a prior cancer, other than non-melanoma skin cancer.

We randomly selected three controls per case from the study participants who gave a buccal cell or blood specimen, who had not had a bilateral oophorectomy prior to the date of diagnosis of the matched case, and who had no history of cancer, other than non-melanoma skin cancer, as of the cycle of diagnosis of the case. We excluded 30 controls from the analysis due to unavailability of genotyping data (n=28) or because the participant was later diagnosed with ovarian cancer and was included in the analysis as a case (n=2). Cases and controls were matched on month and year of birth, DNA type, and menopausal status at diagnosis. For the blood collection, cases and controls were additionally matched on menopausal status and postmenopausal hormone (PMH) use status at blood draw, month/year and time of day of blood draw, and fasting status at blood draw, since these control selections were also used for analyses of plasma hormones and other biomarkers (25).

## Exposure assessment

The phase 1 and 2 NECC questionnaires included multiple questions about regular use of talcum, baby or deodorizing powder as an adult. Specific questions asked about type of use (as a dusting powder to the genital area, sanitary napkins, underwear, or non-genital areas), frequency of use, age at first use, number of years used, and brand of powder used. The 1982 NHS questionnaire requested information on whether the participant had ever commonly applied talcum, baby, or deodorizing powder to the perineal area (no, <once/week, 1-6 times/ week, or daily) or to sanitary napkins (yes/no). For this analysis, we defined regular genital talc use as application of powder to the genital/perineal region at least once per week. We also created a categorical variable for frequency of talc use, using the categories from the NHS questionnaire.

## Genotyping methods

Genotyping was performed at the Dana Farber/Harvard Cancer Center High Throughput Genotyping Core (for the *NAT*2 polymorphisms and NHS *GSTM1* and *GSTT1* gene deletions) and the Molecular Epidemiology Research Laboratory at the Harvard School of Public Health (for the NECC *GSTM1* and *GSTT1* gene deletions). All samples were genotyped for three single nucleotide polymorphisms that identify the *NAT2*5, NAT2*6*, and *NAT2*7* alleles. These alleles account for over 99% of slow acetylator alleles in Caucasian populations (16,26). The *NAT*2 I114T (rs1801280), R197Q (rs1799930), and G286E (rs1799931) polymorphisms were genotyped using the 5' nuclease assay (Taqman) on the ABI PRISM 7900HT Sequence Detection System (Applied Biosystems, Foster City, CA), in 384-well format. Individuals with two slow acetylator alleles were classified as *NAT*2 slow acetylators, while individuals with zero or one slow acetylator allele were classified as rapid acetylators.

The NECC samples were genotyped for the *GSTM1* and *GSTT1* gene deletions using multiplex polymerase chain reaction (PCR), and the PCR products were resolved on a 1.5% agarose gel. The NHS samples were genotyped for the two gene deletions using Taqman realtime PCR in 384-well format. For both the multiplex and real-time PCR assays, individuals were considered to have the *GSTM1* or *GSTT1* null genotype if no PCR product was present for the respective gene; all other individuals were classified as *GSTM1* or *GSTT1* present.

All DNA samples were whole genome amplified prior to genotyping. Laboratory personnel blinded to the case-control status of the samples performed all genotyping, and each plate included blinded replicate samples for quality control purposes. The replicate samples were

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

100% concordant for all genotypes except the NECC *GSTM1* and *GSTT1* gene deletions, which were 98% and 95% concordant respectively.

### Statistical analysis

We used a chi-square test to examine whether the *NAT2* polymorphisms were in Hardy-Weinberg equilibrium in each population, and also to examine the distribution of each genotype by case-control status. We conducted all analyses separately in the NHS and NECC populations using consistent exposure and covariate definitions and, after testing for heterogeneity in the results, pooled the estimates using a random effects model (27). We used conditional (NHS) and unconditional (NECC and NHS) logistic regression to model the multivariable-adjusted odds ratio (as an estimate of the relative risk [RR]) and 95% confidence interval (CI) for the main effect of genital talc use, the main effect of each gene, and each combined gene-talc variable. We tested for a linear trend with increasing frequency of talc use by using a continuous variable weighted by the midpoint of each frequency category, and we calculated the *p*-value for trend using the Wald test. To assess effect modification by genotype, we used unconditional logistic regression to model the association between talc use and ovarian cancer risk within each genotype stratum, and we calculated the *p*-value for interaction using the chi-square test for the difference between the log likelihoods for models with and without interaction terms between regular genital talc use and genotype. In addition to the analyses of total ovarian cancer, we examined associations with the serous invasive histologic subtype, based on evidence from prior studies that risk of this subtype may be more strongly associated with talc use.

We adjusted all analyses for the matching factors, duration of oral contraceptive use, parity, tubal ligation, body mass index (BMI), and duration of PMH use. Women with missing data for the continuous covariates were assigned the median value of the covariate for their study population. In the NHS, where covariate data are available from multiple questionnaire cycles, we used the data from two cycles (two to four years) prior to the cycle of diagnosis for each case and their matched controls, for consistency with the timeframe of the NECC covariate data. We examined additional covariates as potential confounders, including physical activity, smoking history, menopausal status, age at menopause, breastfeeding duration, and family history of ovarian or breast cancer, but did not include them in the final model because they did not substantially change our estimates. We performed all analyses using SAS version 9.1 (SAS Institute Inc., Cary, NC).

## RESULTS

Our study population included 1,175 cases and 1,202 frequency-matched controls from the NECC and 210 cases and 600 matched controls from the NHS, for a total of 1,385 ovarian cancer cases and 1,802 controls. Of the NHS cases, 49 were prevalent and 161 were incident with respect to the time of DNA collection. Characteristics of the NHS prevalent and incident cases were generally similar, although a higher percentage of the prevalent cancers were endometrioid (20% vs. 9%) and a lower percentage were invasive (76% vs. 86%). In the NECC, 618 cases had serous histology (53%), 450 were serous invasive (38%), 153 were mucinous (13%), 172 were endometrioid (15%), and 232 had other/undifferentiated histology (20%). In the NHS, 111 cases were serous (53%), 93 were serous invasive (44%), 23 were mucinous (11%), 25 were endometrioid (12%), and 51 had other/poorly differentiated histology (24%).

Over 96% of the NECC participants and 98% of the NHS participants were of self-reported European ancestry. In analyses restricted to these participants, the results were similar to those for the entire study population; we therefore included all participants in our analyses to maximize our sample size. The distributions of ovarian cancer risk factors were similar in the NECC and NHS populations, although on average the NHS participants were older, had higher

NIH-PA Author Manuscript      NIH-PA Author Manuscript      NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

parity, and were more likely to have used PMH (Table 1). Within each study population the cases and controls differed with respect to the known risk factors for ovarian cancer. In addition, in the NECC the cases had higher mean BMI than the controls, and a larger percentage of the cases reported a history of genital talc use. The NHS prevalent and incident cases had similar BMI, tubal ligation history, duration of PMH use, duration of lactation, and genital talc use history; however, the prevalent cases were, on average, slightly younger (60 vs. 62 years), less likely to be postmenopausal (71% vs. 87%), and had lower parity (2.7 vs. 3.1 children), later age at menarche (13.1 vs. 12.5 years), and a longer mean duration of oral contraceptive use (60 vs. 41 months; results not shown).

In the NECC, women with a history of regular genital talc use were older, had higher mean BMI, were less likely to have ever used oral contraceptives, were more likely to be postmenopausal, and were more likely to have used PMH (Table 2). Among parous women in the NHS, the mean age at first birth was lower for regular talc users. In addition, NHS participants who regularly used talc were less likely to have a history of smoking or tubal ligation. There was no difference in the genotype frequencies by genital talc use history in either study population.

All $p$-values for the tests for heterogeneity comparing the NECC and NHS results were greater than 0.05. Talc use was associated with increased risk of ovarian cancer in both study populations, although the confidence intervals were wide in the NHS due to the limited sample size (Table 3). In the pooled analysis, the relative risk for the association with regular genital talc use was 1.36 (95% CI=1.14-1.63) for total ovarian cancer and 1.60 (95% CI=1.26-2.02) for the serous invasive subtype. In addition, there were highly significant trends between increasing frequency of talc use and risk of both total and serous invasive ovarian cancer in the NECC ($p$-trend=0.002 for total and <0.001 for serous invasive ovarian cancer) and pooled analyses ($p$-trend<0.001 for both total and serous invasive ovarian cancer). Regular genital talc use was not significantly associated with risk of the endometrioid (RR=1.41, 95% CI=0.97-2.05) or mucinous (RR=1.28, 95% CI=0.85-1.92) histologic subtypes in the pooled analysis. In the NECC, use of talcum powder on non-genital body areas was unassociated with ovarian cancer risk (multivariable-adjusted RR, also adjusted for genital talc use=0.91, 95% CI=0.73-1.12).

Among the controls in each population, the genotype frequencies for the *NAT2* polymorphisms were in Hardy-Weinberg equilibrium and the distributions of the *GSTM1* null, *GSTT1* null, and *NAT2* slow acetylator genotypes were consistent with previous reports of Caucasian populations (19,28,29). Comparing the prevalent and incident cases in the NHS, a nonsignificantly higher percentage of the prevalent cases were *NAT2* slow acetylators (67% vs. 56%), but the *GSTM1* and *GSTT1* genotype distributions did not differ for the prevalent and incident cases (results not shown).

None of the genotypes examined were associated with ovarian cancer risk in the NECC or pooled analyses (Table 4). In the NHS, individuals with the *NAT2* slow acetylator genotype had a significant 35% decrease in ovarian cancer risk (RR=0.65, 95% CI=0.45-0.95). The combined *GSTM1* null/*NAT2* slow acetylator and *GSTT1* null/*NAT2* slow acetylator genotypes were also inversely associated with risk in the NHS (RR=0.57, 95% CI=0.33-0.98 and RR=0.51, 95% CI=0.26-0.99, respectively), when compared with the *GSTM1* or *GSTT1* present, *NAT2* rapid acetylator genotype. However, these associations were no longer statistically significant when pooled with the NECC estimates.

In analyses stratified by genotype, the association between regular genital talc use and risk of total ovarian cancer was stronger among women with the *GSTT1* null and combined *GSTM1*

present/*GSTT1* null genotypes (Table 5). In the pooled analysis, the relative risk for the association with regular genital talc use was 2.1 (95% CI=1.4-3.2) for women with the *GSTT1* null genotype (*p*-interaction=0.03) and 2.8 (95% CI=1.6-5.0) for women with the *GSTM1* present/*GSTT1* null genotype (*p*-interaction=0.03). The association with the serous invasive subtype was also stronger within these genotype strata, although the *p*-values for interaction were not statistically significant. The pooled relative risk was 2.4 (95% CI=1.4-4.0) for the *GSTT1* null stratum and 4.8 (95% CI=2.1-11) for the combined *GSTM1* present/*GSTT1* null stratum. The results were consistent in both study populations (results not shown), although the *p*-values for interaction were statistically significant only in the pooled analysis. There was also evidence of a stronger association between regular talc use and risk of serous invasive cancer among women with the *GSTM1* present genotype, but this interaction was not statistically significant.

We additionally analyzed the association between combined gene-talc variables, compared to a common referent group (wild-type genotype and no talc use), and risk of total and serous invasive ovarian cancer. The results of these analyses were similar to the stratified results presented in table 5, and are therefore included only as a supplementary table. We also examined interactions between regular genital talc use and combined *GSTM1/NAT2* and *GSTT1/NAT2* genotype (results not shown). The *GSTT1* null/*NAT2* slow acetylator genotype seemed to increase the risk of total and serous invasive ovarian cancer associated with talc use. However, these analyses were based on small numbers, especially for certain combinations of the genotype and talc variables, and none of the *p*-values for interaction were significant.

In analyses restricted to the NHS incident cases or the NHS cases and controls with a blood specimen, the results were similar to those for the total NHS study population (results not shown).

## DISCUSSION

These results provide additional support for a main effect of genital talc exposure on risk of epithelial ovarian cancer. The presence of a significant trend between frequency of talc use and risk of total and serous invasive ovarian cancer in the NECC and pooled analyses further strengthens the evidence for an association, as most previous studies have not observed a dose-response with increasing frequency or duration of talc use (1,5). The results of our gene-environment analyses suggest that genes in detoxification pathways may be involved in the biologic response to talc, and that the association between genital talc use and risk of ovarian cancer may vary by genotype. In particular, women with the *GSTT1* null genotype and the combined *GSTM1* present/*GSTT1* null genotype had a stronger association between talc use and ovarian cancer risk. The evidence for these interactions was consistent in two independent study populations, and the *p*-values for interaction were statistically significant in a pooled analysis of the two populations. However, the direction of the interaction with combined *GSTM1/GSTT1* genotype was unexpected based on the known function of these genes.

Although prior analyses of the talc/ovarian cancer association in the NHS and the NECC have been published, our study includes an additional 612 NECC cases and 679 NECC controls and eight additional years of follow-up in the NHS (3,4). In the previous analysis of the NECC, Cramer et al. observed a significant positive association between talc use and risk of both total and serous invasive ovarian cancer. In addition, there was a significant trend with lifetime number of talc applications, after excluding applications during non-ovulatory intervals (*p*-trend=0.02), but no trend with duration or frequency of talc use (3). In the only prospective study of this association, Gertig et al. reported a significant association between talc use and risk of the serous invasive subtype in the NHS, but no association with risk of total ovarian cancer (4). Our findings are consistent with the previous reports for these study populations,

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

although our analysis differs from the prior studies in that we defined our primary exposure variable as genital use of talc at least once per week, based on the assumption that habitual talc use is more likely to be recalled accurately and more likely to be associated with ovarian cancer risk. Our findings are also consistent with meta-analyses of this association (1,30).

The controversy regarding the existence of an association between talc and ovarian cancer has stemmed in part from the lack of a clear mechanism for the association. Although talc and asbestos are chemically similar, their biologic effects may differ, since talc does not appear to be a lung carcinogen (31). In addition, it is unclear whether talc applied to the perineum can reach the ovaries, although some studies have demonstrated that inert particles can travel through the female genital tract to the fallopian tubes and ovaries (32,33), and others have found talc particles in ovarian tissue (34-37). Recent studies have suggested additional potential mechanisms for an association between talc and ovarian cancer. Talc particles can induce an inflammatory response *in vivo*, which may be important in ovarian cancer risk (38). Normal ovarian cells treated with talc are more likely to undergo cell proliferation and neoplastic transformation, and cellular generation of reactive oxygen species increases with increasing exposure to talc (11). Recent studies by Cramer and colleagues also support the possibility of an immune-mediated mechanism for an association between talc and ovarian cancer and suggest that exposure of the lower genital tract to talc may be sufficient to cause changes, such as production of heat shock proteins, accumulation of talc in pelvic lymph nodes, or decreased levels of anti-MUC1 antibodies, that could increase ovarian cancer risk (39-41).

Although no prior studies have examined gene-talc interactions, the indication of a possible immune-related mechanism between talc and ovarian carcinogenesis and the evidence for gene-asbestos interactions suggest that genes involved in detoxification and inflammatory pathways could be important in the response to talc. Previous studies have indicated that *NAT2* and *GSTM1* genotype may modify the association between asbestos exposure and risk of malignant mesothelioma; however, not all studies have been consistent (7,8,42,43), and for *NAT2* the direction of the interaction differed in studies conducted in Finnish and Italian populations (7,8,42,44). This suggests that interactions with these genes may be complex and might depend on additional factors, such as the presence of other gene variants, the type of asbestos, or the level of asbestos exposure (8).

The *GSTM1* and *GSTT1* genes produce enzymes that metabolize products of oxidative stress and catalyze the detoxification of carcinogens and other xenobiotics (45). The *GSTM1* deletion and to a lesser extent the *GSTT1* deletion may increase the risk of certain cancers; however, our study and previous analyses do not support a direct association between the *GSTM1* or *GSTT1* gene deletion and risk of ovarian cancer (13,17,28). While there is some overlap in GST substrate specificity, there are also differences in the substrates metabolized by the GSTM1 and GSTT1 enzymes, which could help to explain the opposite direction of the interactions we observed between talc use and *GSTM1* and *GSTT1* genotype (13,17,45). In studies of pleural malignant mesothelioma, the *GSTM1* null genotype was associated with increased risk (7,8,42,43) while the *GSTT1* null genotype was unassociated with risk of malignant mesothelioma (8,42,43) but was associated with a significant decrease in risk of asbestosis in one study (46), providing support that some functions of the GSTM1 and GSTT1 enzymes may differ. The direction of the associations between the *GSTM1* and *GSTT1* deletions and risk of asbestos-related disease was opposite to the direction of the interactions with talc observed in our study; this could potentially be due to differences in the chemical structures of talc and asbestos or differences in the by-products produced during the biologic response to talc and asbestos. The NAT2 enzyme catalyzes the transfer of an acetyl group to its substrates, including carcinogens such as heterocyclic and aromatic amines, which can result in either activation or deactivation of these substances (17,20). Approximately 60% of Caucasians have two *NAT2* slow acetylator alleles and consequently have decreased rates of acetylation, which

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

can either increase or decrease the risk of certain cancers depending on the substrate and the cancer site (17,20). To our knowledge, no previous studies have examined the association between the *NAT2* slow acetylator genotype and ovarian cancer risk. We did not observe strong evidence of a main effect of *NAT2* genotype or an interaction between *NAT2* genotype and talc exposure.

The novelty of this analysis and the assessment of gene-talc interactions in two independent study populations, one with a large number of cases and the other with prospective data on talc use and ovarian cancer incidence, are strengths of this study. However, although the pooled analysis included a large number of cases and controls, our power was still insufficient to detect interactions with certain combinations of genes and for specific histologic subtypes. In addition, while both study populations had extensive covariate data, the use of common exposure and covariate definitions resulted in the loss of some detail, particularly for the NECC. Information on talc use was only collected in 1982 in the NHS, so it is possible that some participants were misclassified with respect to their talc use history. However, the number of participants who began using talc after 1982, when the participants were between 36 and 61 years of age, is most likely small. Although we do not have data on age at initiation of talc use in the NHS, in the NECC approximately 95% of controls with a history of regular genital talc use reported first using talc before age 35. Recall or selection bias may have affected the results of the NECC analyses, due to the retrospective study design. However, the consistency of the NECC and NHS results suggests that biases related to study design were not a major problem, since, with the exception of the DNA for a subset of the cases, the NHS data were collected prospectively. In addition, the exposure definition of genital talc use at least once per week may have decreased the influence of recall bias in this analysis, since habitual talc use is likely to be recalled more accurately than sporadic use.

In summary, our findings suggest that variants of the *GSTM1* and *GSTT1* genes may modify the association between genital talc use and risk of total and serous invasive ovarian cancer. However, additional research is needed to confirm these findings and to explore potential mechanisms for these interactions, particularly for the stronger talc/ovarian cancer association among women with the *GSTM1* present/*GSTT1* null genotype. If confirmed, these findings would strengthen the evidence for the carcinogenicity of talc to the ovarian epithelium.

## Supplementary Table

Refer to Web version on PubMed Central for supplementary material.

## ACKNOWLEDGEMENTS

The authors thank Hardeep Ranu, Pati Soule, Shireen Sarraf, and Jason Wong for their laboratory technical assistance, and the participants of the New England Case-Control Study and the Nurses' Health Study for their dedication to these studies and their contribution to this research. This work is supported by research grants P50 CA105009, P01 CA87969, and R01 CA054419 and training grants T32 CA009001 and R25 CA098566 from the National Cancer Institute, National Institutes of Health.

Supported by research grants P50 CA105009, P01 CA87969, and R01 CA054419 and training grants T32 CA009001 and R25 CA098566 from the National Cancer Institute

## REFERENCES

1. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res 2003;23:1955–60. [PubMed: 12820486]
2. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65. [PubMed: 9048520]

3. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6. [PubMed: 10209948]

4. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52. [PubMed: 10655442]

5. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64. [PubMed: 15382072]

6. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6. [PubMed: 17721999]

7. Hirvonen A, Pelin K, Tammilehto L, Karjalainen A, Mattson K, Linnainmaa K. Inherited GSTM1 and NAT2 defects as concurrent risk modifiers in asbestos-related human malignant mesothelioma. Cancer Res 1995;55:2981–3. [PubMed: 7606714]

8. Neri M, Filiberti R, Taioli E, et al. Pleural malignant mesothelioma, genetic susceptibility and asbestos exposure. Mutat Res 2005;592:36–44. [PubMed: 15993904]

9. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60. [PubMed: 7644715]

10. Landrigan PJ. Asbestos--still a carcinogen. N Engl J Med 1998;338:1618–9. [PubMed: 9603801]

11. Buz'Zard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res 2007;21:579–86. [PubMed: 17357971]

12. Davidson B, Zhang Z, Kleinberg L, et al. Gene expression signatures differentiate ovarian/peritoneal serous carcinoma from diffuse malignant peritoneal mesothelioma. Clin Cancer Res 2006;12:5944–50. [PubMed: 17062665]

13. Hayes JD, Flanagan JU, Jowsey IR. Glutathione transferases. Annu Rev Pharmacol Toxicol 2005;45:51–88. [PubMed: 15822171]

14. Parl FF. Glutathione S-transferase genotypes and cancer risk. Cancer Lett 2005;221:123–9. [PubMed: 15808397]

15. Garte S, Gaspari L, Alexandrie AK, et al. Metabolic gene polymorphism frequencies in control populations. Cancer Epidemiol Biomarkers Prev 2001;10:1239–48. [PubMed: 11751440]

16. Hein DW. N-acetyltransferase 2 genetic polymorphism: effects of carcinogen and haplotype on urinary bladder cancer risk. Oncogene 2006;25:1649–58. [PubMed: 16550165]

17. Dalhoff K, Buus Jensen K, Enghusen Poulsen H. Cancer and molecular biomarkers of phase 2. Methods Enzymol 2005;400:618–27. [PubMed: 16399374]

18. Brockton N, Little J, Sharp L, Cotton SC. N-acetyltransferase polymorphisms and colorectal cancer: a HuGE review. Am J Epidemiol 2000;151:846–61. [PubMed: 10791558]

19. Ochs-Balcom HM, Wiesner G, Elston RC. A Meta-Analysis of the Association of N-Acetyltransferase 2 Gene (NAT2) Variants with Breast Cancer. Am J Epidemiol. 2007

20. Hein DW, Doll MA, Fretland AJ, et al. Molecular genetics and epidemiology of the NAT1 and NAT2 acetylation polymorphisms. Cancer Epidemiol Biomarkers Prev 2000;9:29–42. [PubMed: 10667461]

21. Terry KL, De Vivo I, Titus-Ernstoff L, Shih MC, Cramer DW. Androgen receptor cytosine, adenine, guanine repeats, and haplotypes in relation to ovarian cancer risk. Cancer Res 2005;65:5974–81. [PubMed: 15994977]

22. Hankinson SE, Willett WC, Manson JE, et al. Alcohol, height, and adiposity in relation to estrogen and prolactin levels in postmenopausal women. J Natl Cancer Inst 1995;87:1297–302. [PubMed: 7658481]

23. King IB, Satia-Abouta J, Thornquist MD, et al. Buccal cell DNA yield, quality, and collection costs: comparison of methods for large-scale studies. Cancer Epidemiol Biomarkers Prev 2002;11:1130–3. [PubMed: 12376522]

24. Gates MA, Tworoger SS, Hecht JL, De Vivo I, Rosner B, Hankinson SE. A prospective study of dietary flavonoid intake and incidence of epithelial ovarian cancer. Int J Cancer. 2007

25. Tworoger SS, Lee IM, Buring JE, Rosner B, Hollis BW, Hankinson SE. Plasma 25-hydroxyvitamin D and 1,25-dihydroxyvitamin D and risk of incident ovarian cancer. Cancer Epidemiol Biomarkers Prev 2007;16:783–8. [PubMed: 17416771]

26. Deitz AC, Rothman N, Rebbeck TR, et al. Impact of misclassification in genotype-exposure interaction studies: example of N-acetyltransferase 2 (NAT2), smoking, and bladder cancer. Cancer Epidemiol Biomarkers Prev 2004;13:1543–6. [PubMed: 15342459]

27. DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986;7:177–88. [PubMed: 3802833]

28. Coughlin SS, Hall IJ. Glutathione S-transferase polymorphisms and risk of ovarian cancer: a HuGE review. Genet Med 2002;4:250–7. [PubMed: 12172391]

29. McGrath M, Michaud D, De Vivo I. Polymorphisms in GSTT1, GSTM1, NAT1 and NAT2 genes and bladder cancer risk in men and women. BMC Cancer 2006;6:239. [PubMed: 17026750]

30. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol 1995;5:181–95. [PubMed: 7492905]

31. Wild P. Lung cancer risk and talc not containing asbestiform fibres: a review of the epidemiological evidence. Occup Environ Med 2006;63:4–9. [PubMed: 16361399]

32. Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril 1961;12:151–5. [PubMed: 13725928]

33. Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J 1979;55:917–9. [PubMed: 472930]

34. Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet 1979;1:499. [PubMed: 85089]

35. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw 1971;78:266–72. [PubMed: 5558843]

36. Mostafa SA, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. Obstet Gynecol 1985;66:701–2. [PubMed: 3903583]

37. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10. [PubMed: 9065120]

38. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67. [PubMed: 10469746]

39. Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev 2005;14:1125–31. [PubMed: 15894662]

40. Muscat J, Huncharek M, Cramer DW. Talc and anti-MUC1 antibodies. Cancer Epidemiol Biomarkers Prev 2005;14:2679. [PubMed: 16284398]author reply 80

41. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of Talc in Pelvic Lymph Nodes of a Woman With Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc. Obstet Gynecol 2007;110:498–501. [PubMed: 17666642]

42. Hirvonen A, Saarikoski ST, Linnainmaa K, et al. Glutathione S-transferase and N-acetyltransferase genotypes and asbestos-associated pulmonary disorders. J Natl Cancer Inst 1996;88:1853–6. [PubMed: 8961976]

43. Landi S, Gemignani F, Neri M, et al. Polymorphisms of glutathione-S-transferase M1 and manganese superoxide dismutase are associated with the risk of malignant pleural mesothelioma. Int J Cancer 2007;120:2739–43. [PubMed: 17290392]

44. Neri M, Taioli E, Filiberti R, et al. Metabolic genotypes as modulators of asbestos-related pleural malignant mesothelioma risk: a comparison of Finnish and Italian populations. Int J Hyg Environ Health 2006;209:393–8. [PubMed: 16697254]

45. Hayes JD, Strange RC. Glutathione S-transferase polymorphisms and their biological consequences. Pharmacology 2000;61:154–66. [PubMed: 10971201]

46. Franko A, Dodic-Fikfak M, Arneric N, Dolzan V. Glutathione S-transferases GSTM1 and GSTT1 polymorphisms and asbestosis. J Occup Environ Med 2007;49:667–71. [PubMed: 17563610]

Gates et al.

Page 12

**Table 1**

Characteristics of ovarian cancer cases and controls in the New England Case-Control Study (NECC) and the Nurses' Health Study (NHS)

| Characteristic | NECC | | | NHS[‖] | | |
|---|---|---|---|---|---|---|
| | Cases | Controls | $P$** | Cases | Controls | $P$** |
| N | 1175 | 1202 | | 210 | 600 | |
| **Mean value (standard deviation)** | | | | | | |
| Age in years* | 51 (13) | 51 (13) | 0.37 | 62 (8) | 62 (8) | 0.93 |
| Parity among parous women | 2.5 (1.3) | 2.8 (1.5) | <0.001 | 3.0 (1.3) | 3.3 (1.5) | 0.007 |
| Duration oral contraceptive use (months)[†] | 52 (54) | 61 (55) | 0.006 | 46 (42) | 53 (49) | 0.22 |
| Body mass index (kg/m²) | 26.3 (6.3) | 25.7 (5.5) | 0.02 | 25.7 (5.0) | 25.7 (4.5) | 0.94 |
| Duration PMH use (months)[‡] | 78 (86) | 74 (71) | 0.64 | 96 (84) | 85 (68) | 0.18 |
| Duration of lactation (months)[‡] | 3.4 (8.6) | 5.9 (12.2) | <0.001 | 2.9 (2.3) | 3.6 (2.5) | 0.002 |
| **Percent of study population** | | | | | | |
| Parous | 68 | 81 | <0.001 | 89 | 93 | 0.05 |
| Ever user of oral contraceptives | 48 | 60 | <0.001 | 42 | 45 | 0.57 |
| History of tubal ligation | 14 | 18 | 0.007 | 14 | 21 | 0.02 |
| Ever user of PMH | 17 | 20 | 0.14 | 71 | 63 | 0.02 |
| Family history of ovarian cancer | 5.1 | 2.8 | 0.004 | 9.1 | 3.7 | 0.002 |
| Any history of genital talc use | 29 | 24 | 0.003 | 40 | 39 | 0.79 |
| Regular genital talc use (≥once/week) | 27 | 20 | <0.001 | 29 | 24 | 0.15 |
| Daily genital talc use | 16 | 12 | 0.006 | 18 | 13 | 0.08 |
| **Genotype frequencies, %** | | | | | | |
| GSTM1 null | 51 | 53 | 0.42 | 48 | 52 | 0.36 |
| GSTT1 null | 21 | 22 | 0.85 | 19 | 21 | 0.45 |
| NAT2 slow acetylator[§] | 63 | 64 | 0.74 | 59 | 67 | 0.05 |

*
Cases and controls in each study population were matched (NHS) or frequency-matched (NECC) on age

[†]
Duration of oral contraceptive use and postmenopausal hormone (PMH) use among ever users

[‡]
Total duration among parous women

[§]
NAT2 acetylation genotype based on analysis of three single nucleotide polymorphisms, I114T, R197Q, and G286E

[‖]
In the NHS, duration of lactation was collected in 1986, family history of ovarian cancer was first collected in 1992, and history of genital talc use was collected in 1982; for variables collected on multiple questionnaires, the value from two cycles (two to four years) prior to the date of diagnosis for each case was used for the case and their matched controls

**
$P$-values calculated using proc ttest (continuous variables) or a chi-square test (binary variables)

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Gates et al. Page 13

Table 2

Characteristics of participants in the New England Case-Control Study (NECC) and the Nurses' Health Study (NHS) by history of regular genital talc use (at least once per week)

| Characteristic | NECC | | | NHS[§] | | |
|---|---|---|---|---|---|---|
| | No Regular Talc Use | Regular Talc Use | P[‖] | No Regular Talc Use | Regular Talc Use | P[‖] |
| Mean value (standard deviation) | | | | | | |
| Age in years | 50 (13) | 53 (12) | <0.001 | 61 (8) | 62 (8) | 0.64 |
| Parity among parous women | 2.7 (1.4) | 2.7 (1.4) | 0.64 | 3.2 (1.4) | 3.3 (1.5) | 0.40 |
| Age at first birth among parous women | 25.0 (5.1) | 24.6 (4.9) | 0.22 | 25.0 (3.5) | 24.4 (3.0) | 0.03 |
| Duration oral contraceptive use (months)* | 58 (55) | 54 (54) | 0.24 | 53 (49) | 43 (42) | 0.08 |
| Body mass index (kg/m²)* | 25.7 (5.7) | 27.0 (6.4) | <0.001 | 25.6 (4.6) | 26.2 (4.8) | 0.13 |
| Duration PMH use (months)* | 75 (74) | 78 (86) | 0.68 | 90 (74) | 83 (70) | 0.38 |
| Duration of lactation (months)† | 4.8 (10.8) | 4.3 (10.3) | 0.38 | 3.5 (2.5) | 3.2 (2.4) | 0.20 |
| Physical activity (hours/week) | 2.8 (5.0) | 2.4 (3.8) | 0.06 | 3.0 (2.3) | 3.1 (2.4) | 0.61 |
| Percent of study population | | | | | | |
| Parous | 74 | 75 | 0.75 | 93 | 92 | 0.81 |
| Ever user of oral contraceptives | 55 | 50 | 0.03 | 44 | 44 | 0.96 |
| History of tubal ligation | 16 | 16 | 0.97 | 13 | 13 | 0.008 |
| Postmenopause | 45 | 54 | <0.001 | 81 | 81 | 0.86 |
| Ever user of PMH | 17 | 26 | <0.001 | 66 | 64 | 0.73 |
| Ever smoker | 53 | 55 | 0.35 | 57 | 47 | 0.02 |
| Family history of ovarian cancer | 3.9 | 4.1 | 0.82 | 4.5 | 6.4 | 0.31 |
| Genotype frequencies, % | | | | | | |
| GSTM1 null | 52 | 52 | 0.72 | 51 | 49 | 0.66 |
| GSTT1 null | 21 | 22 | 0.59 | 22 | 17 | 0.15 |
| NAT2 slow acetylator‡ | 63 | 66 | 0.23 | 65 | 63 | 0.58 |

* Duration of oral contraceptive use and postmenopausal hormone (PMH) use among ever users

† Total duration among parous women

‡ NAT2 acetylation genotype based on analysis of three single nucleotide polymorphisms, I114T, R197Q, and G286E

§ In the NHS, duration of lactation was collected in 1986, family history of ovarian cancer was first collected in 1992, and history of genital talc use was collected in 1982; for variables collected on multiple questionnaires, the value from two cycles (two to four years) prior to the date of diagnosis for each case was used for the case and their matched controls

‖ P-values calculated using proc ttest (continuous variables) or a chi-square test (binary variables)

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Table 3

Relative risks (RRs) and 95% confidence intervals (CIs) for the association between genital talc use and ovarian cancer risk in the New England Case-Control Study (NECC) and the Nurses' Health Study (NHS)

| | NECC[†] | | | NHS[†] | | | Pooled[‡] |
|---|---|---|---|---|---|---|---|
| | Cases (%) | Ctrls (%) | RR (95% CI) | Cases (%) | Ctrls (%) | RR (95% CI) | RR (95% CI) |
| **Total epithelial ovarian cancer:** | | | | | | | |
| N* | 1175 | 1202 | | 210 | 600 | | |
| Regular genital talc use (>=once/week) | | | | | | | |
| No | 859 (73.2) | 957 (79.7) | 1.00 (ref.) | 138 (70.8) | 414 (76.0) | 1.00 (ref.) | 1.00 (ref.) |
| Yes | 314 (26.8) | 244 (20.3) | 1.40 (1.15, 1.70) | 57 (29.2) | 131 (24.0) | 1.24 (0.83, 1.83) | 1.36 (1.14, 1.63) |
| Frequency of genital talc use | | | | | | | |
| Never | 832 (70.9) | 916 (76.3) | 1.00 (ref.) | 120 (61.5) | 352 (64.6) | 1.00 (ref.) | 1.00 (ref.) |
| <once/week | 27 (2.3) | 41 (3.4) | 0.72 (0.43, 1.19) | 18 (9.2) | 62 (11.4) | 0.98 (0.54, 1.79) | 0.82 (0.55, 1.20) |
| 1-6 times/week | 123 (10.5) | 96 (8.0) | 1.33 (1.00, 1.79) | 22 (11.3) | 61 (11.2) | 1.01 (0.57, 1.79) | 1.26 (0.97, 1.63) |
| Daily | 191 (16.3) | 148 (12.3) | 1.41 (1.10, 1.79) | 35 (18.0) | 70 (12.8) | 1.44 (0.88, 2.37) | 1.41 (1.14, 1.76) |
| P-trend§ | | | 0.002 | | | 0.18 | <0.001 |
| **Serous invasive ovarian cancer:** | | | | | | | |
| N* | 450 | 1202 | | 93 | 263 | | |
| Regular genital talc use (>=once/week) | | | | | | | |
| No | 310 (69.0) | 957 (79.7) | 1.00 (ref.) | 60 (68.2) | 177 (73.8) | 1.00 (ref.) | 1.00 (ref.) |
| Yes | 139 (31.0) | 244 (20.3) | 1.62 (1.26, 2.09) | 28 (31.8) | 63 (26.3) | 1.48 (0.82, 2.68) | 1.60 (1.26, 2.02) |
| Frequency of genital talc use | | | | | | | |
| Never | 299 (66.6) | 916 (76.3) | 1.00 (ref.) | 54 (61.4) | 151 (62.9) | 1.00 (ref.) | 1.00 (ref.) |
| <once/week | 11 (2.4) | 41 (3.4) | 0.65 (0.32, 1.33) | 6 (6.8) | 26 (10.8) | 0.79 (0.29, 2.11) | 0.70 (0.39, 1.24) |
| 1-6 times/week | 56 (12.5) | 96 (8.0) | 1.56 (1.08, 2.26) | 12 (13.6) | 25 (10.4) | 1.64 (0.71, 3.79) | 1.58 (1.12, 2.21) |
| Daily | 83 (18.5) | 148 (12.3) | 1.61 (1.18, 2.20) | 16 (18.2) | 38 (15.8) | 1.34 (0.65, 2.76) | 1.56 (1.17, 2.08) |
| P-trend§ | | | <0.001 | | | 0.29 | <0.001 |

*
Frequencies do not add up to total N due to missing data on talc use

[†]
Unconditional (NECC) and conditional (NHS) logistic regression adjusted for age, study center (NECC only), duration of oral contraceptive use (months), parity (continuous), tubal ligation, body mass index (kg/m2, continuous), and duration of postmenopausal hormone use (months)

[‡]
P-values for tests of heterogeneity comparing the NECC and NHS results were all >0.38

§
Weighted by the midpoint of each category of genital talc use frequency and calculated using the Wald test

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 4**

Relative risks (RRs) and 95% confidence intervals (CIs) for the association between GSTM1, GSTT1, and NAT2 genotype and epithelial ovarian cancer risk in the New England Case–Control Study (NECC) and the Nurses' Health Study (NHS)

| | NECC[†] | | | NHS[†] | | | Pooled[‡] |
| | Cases (%) | Ctrls (%) | RR (95% CI) | Cases (%) | Ctrls (%) | RR (95% CI) | RR (95% CI) |
|---|---|---|---|---|---|---|---|
| N[*] | 1175 | 1202 | | 210 | 600 | | |
| **GSTM1 genotype** | | | | | | | |
| Present | 573 (49.1) | 567 (47.4) | 1.00 (ref.) | 102 (52.3) | 268 (48.5) | 1.00 (ref.) | 1.00 (ref.) |
| Null | 594 (50.9) | 628 (52.6) | 0.93 (0.79, 1.10) | 93 (47.7) | 285 (51.5) | 0.83 (0.58, 1.17) | 0.91 (0.78, 1.06) |
| **GSTT1 genotype** | | | | | | | |
| Present | 919 (78.8) | 938 (78.5) | 1.00 (ref.) | 157 (81.3) | 439 (78.8) | 1.00 (ref.) | 1.00 (ref.) |
| Null | 247 (21.2) | 257 (21.5) | 0.98 (0.80, 1.21) | 36 (18.7) | 118 (21.2) | 0.87 (0.57, 1.33) | 0.96 (0.80, 1.16) |
| **NAT2 genotype** | | | | | | | |
| Rapid/intermediate acetylator | 387 (36.8) | 405 (36.1) | 1.00 (ref.) | 77 (41.0) | 182 (33.0) | 1.00 (ref.) | 1.00 (ref.) |
| Slow acetylator | 665 (63.2) | 717 (63.9) | 0.97 (0.81, 1.15) | 111 (59.0) | 369 (67.0) | 0.65 (0.45, 0.95) | 0.82 (0.57, 1.20) |
| **Combined GSTM1/GSTT1 genotype** | | | | | | | |
| Both present | 445 (38.2) | 430 (36.0) | 1.00 (ref.) | 81 (44.3) | 206 (39.2) | 1.00 (ref.) | 1.00 (ref.) |
| M1 null, T1 present | 474 (40.7) | 508 (42.5) | 0.91 (0.76, 1.10) | 68 (37.2) | 208 (39.5) | 0.82 (0.54, 1.22) | 0.89 (0.75, 1.06) |
| M1 present, T1 null | 128 (11.0) | 137 (11.5) | 0.94 (0.71, 1.24) | 17 (9.3) | 49 (9.3) | 0.98 (0.52, 1.84) | 0.94 (0.73, 1.22) |
| Both null | 119 (10.2) | 120 (10.0) | 0.94 (0.70, 1.26) | 17 (9.3) | 63 (12.0) | 0.65 (0.34, 1.24) | 0.88 (0.67, 1.15) |
| **Combined GSTM1/NAT2 genotype** | | | | | | | |
| GSTM1 present, NAT2 rapid | 195 (18.6) | 188 (16.9) | 1.00 (ref.) | 37 (21.0) | 85 (16.4) | 1.00 (ref.) | 1.00 (ref.) |
| GSTM1 null, NAT2 rapid | 189 (18.1) | 214 (19.2) | 0.82 (0.61, 1.09) | 35 (19.9) | 91 (17.5) | 0.96 (0.53, 1.74) | 0.84 (0.65, 1.09) |
| GSTM1 present, NAT2 slow | 315 (30.1) | 343 (30.7) | 0.86 (0.66, 1.11) | 56 (31.8) | 161 (31.0) | 0.87 (0.51, 1.50) | 0.86 (0.68, 1.09) |
| GSTM1 null, NAT2 slow | 347 (33.2) | 371 (33.2) | 0.88 (0.68, 1.14) | 48 (27.3) | 183 (35.2) | 0.57 (0.33, 0.98) | 0.76 (0.50, 1.14) |
| **Combined GSTT1/NAT2 genotype** | | | | | | | |
| GSTT1 present, NAT2 rapid | 296 (28.3) | 312 (28.0) | 1.00 (ref.) | 52 (29.7) | 144 (27.5) | 1.00 (ref.) | 1.00 (ref.) |
| GSTT1 null, NAT2 rapid | 88 (8.4) | 90 (8.1) | 1.03 (0.73, 1.45) | 17 (9.7) | 30 (5.7) | 1.55 (0.76, 3.16) | 1.11 (0.81, 1.52) |
| GSTT1 present, NAT2 slow | 519 (49.7) | 562 (50.4) | 0.97 (0.79, 1.19) | 90 (51.4) | 270 (51.6) | 0.87 (0.57, 1.33) | 0.95 (0.79, 1.14) |
| GSTT1 null, NAT2 slow | 142 (13.6) | 152 (13.6) | 0.98 (0.74, 1.31) | 16 (9.1) | 79 (15.1) | 0.51 (0.26, 0.99) | 0.76 (0.40, 1.43) |

[*] Frequencies do not add up to total N due to missing genotype data

[†] Unconditional (NECC) and conditional (NHS) logistic regression adjusted for age, study center (NECC only), duration of oral contraceptive use (months), parity (continuous), tubal ligation, body mass index ($kg/m2$, continuous), and duration of postmenopausal hormone use (months)

[‡] $P$-values for tests for heterogeneity comparing the NECC and NHS results were all >0.06

**Table 5**

Pooled relative risks (RRs) and 95% confidence intervals (CIs) for the association between regular talc use and ovarian cancer risk, stratified by genotype, in the New England Case-Control Study (NECC) and the Nurses' Health Study (NHS)[*][†]

| Gene/stratum | All cancers | | Serous invasive cancers | | Cases and controls in pooled analysis | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Regular talc use | | Regular talc use | | All cases | | Serous inv. | | Controls | |
| | | | | | Regular talc | | Regular talc | | Regular talc | |
| | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes |
| **GSTM1 genotype** | | | | | | | | | | |
| Present (+) | 1.0 (ref.) | 1.6 (1.2, 2.0) | 1.0 (ref.) | 2.0 (1.4, 2.8) | 480 | 189 | 173 | 90 | 646 | 165 |
| Null (-) | 1.0 (ref.) | 1.3 (1.0, 1.6) | 1.0 (ref.) | 1.4 (1.0, 1.9) | 498 | 179 | 190 | 76 | 690 | 198 |
| P-interaction[§] | | 0.13 | | 0.08 | | | | | | |
| **GSTT1 genotype** | | | | | | | | | | |
| Present (+) | 1.0 (ref.) | 1.2 (1.0, 1.5) | 1.0 (ref.) | 1.5 (1.2, 2.0) | 785 | 278 | 288 | 129 | 1035 | 301 |
| Null (-) | 1.0 (ref.) | 2.1 (1.4, 3.2) | 1.0 (ref.) | 2.4 (1.4, 4.0) | 194 | 87 | 71 | 38 | 300 | 67 |
| P-interaction[§] | | 0.03 | | 0.18 | | | | | | |
| **NAT2 genotype** | | | | | | | | | | |
| Rapid/intermediate acetylator | 1.0 (ref.) | 1.5 (1.2, 2.0) | 1.0 (ref.) | 1.9 (1.2, 2.8) | 330 | 128 | 123 | 57 | 459 | 113 |
| Slow acetylator | 1.0 (ref.) | 1.4 (1.1, 1.8) | 1.0 (ref.) | 1.6 (1.2, 2.1) | 552 | 217 | 204 | 96 | 819 | 233 |
| P-interaction[§] | | 0.60 | | 0.58 | | | | | | |
| **GSTM1/GSTT1 genotype**[‡] | | | | | | | | | | |
| GSTM1+, GSTT1+ | 1.0 (ref.) | 1.4 (1.0, 1.8) | 1.0 (ref.) | 1.7 (1.2, 2.5) | 378 | 142 | 136 | 68 | 479 | 140 |
| GSTM1-, GSTT1+ | 1.0 (ref.) | 1.2 (0.9, 1.5) | 1.0 (ref.) | 1.4 (0.9, 1.9) | 400 | 135 | 151 | 60 | 541 | 154 |
| GSTM1+, GSTT1- | 1.0 (ref.) | 2.8 (1.6, 5.0) | 1.0 (ref.) | 4.8 (2.1, 11) | 98 | 47 | 34 | 22 | 158 | 24 |
| GSTM1-, GSTT1- | 1.0 (ref.) | 1.6 (0.9, 2.9) | 1.0 (ref.) | 1.4 (0.6, 3.1) | 94 | 40 | 36 | 16 | 138 | 41 |
| P-interaction[§] | | 0.03 | | 0.09 | | | | | | |

[*] NECC: unconditional logistic regression adjusted for age, study center, duration of oral contraceptive use (months), parity (continuous), tubal ligation, body mass index (kg/m2, continuous), and duration of postmenopausal hormone use (months); NHS: unconditional logistic regression adjusted for age in months, menopausal status at diagnosis (post, pre/dubious), DNA source, duration of oral contraceptive use (months), parity (continuous), tubal ligation, body mass index (kg/m2, continuous), and duration of postmenopausal hormone use (months)

[†] P-values for tests for heterogeneity comparing the NECC and NHS results were all >0.36

[‡] NHS analysis adjusted for age, menopausal status at diagnosis, and DNA source only, to improve stability of estimates

[§] P-values for interaction based on likelihood ratio test comparing unconditional logistic regression models with and without gene-talc interaction terms

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Exhibit 37

American Journal of Epidemiology
© The Author 2009. Published by the Johns Hopkins Bloomberg School of Public Health.
All rights reserved. For permissions, please e-mail: journals.permissions@oxfordjournals.org.

Vol. 170, No. 5
DOI: 10.1093/aje/kwp176
Advance Access publication July 15, 2009

## Original Contribution

# Ovarian Cancer Risk Factors in African-American and White Women

**Patricia G. Moorman, Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut**

*Initially submitted February 5, 2009; accepted for publication May 27, 2009.*

Ovarian cancer is the most lethal gynecologic malignancy in both African-American and white women. Although prevalences of many ovarian cancer risk factors differ markedly between African Americans and whites, there has been little research on how the relative contributions of risk factors may vary between racial/ethnic groups. Using data from a North Carolina case-control study (1999–2008), the authors conducted unconditional logistic regression analyses to calculate odds ratios and 95% confidence intervals for ovarian cancer risk factors in African-American (143 cases, 189 controls) and white (943 cases, 868 controls) women and to test for interactions by race/ethnicity. They also calculated attributable fractions within each racial/ethnic group for the modifiable factors of pregnancy, oral contraceptive use, tubal ligation, and body mass index. Many risk factors showed similar relations across racial/ethnic groups, but tubal ligation and family history of breast or ovarian cancer showed stronger associations among African Americans. Younger age at menarche was associated with risk only in white women. Attributable fractions associated with tubal ligation, oral contraceptive use, and obesity were markedly higher for African Americans. The relative importance of ovarian cancer risk factors may differ for African-American women, but conclusions were limited by the small sample. There is a clear need for further research on etiologic factors for ovarian cancer in African-American women.

African Americans; case-control studies; ovarian neoplasms

Abbreviations: BMI, body mass index; CI, confidence interval.

Ovarian cancer is the eighth most common cancer among both white and African-American women and the fifth most common cause of cancer death in the United States (1, 2). African-American women have lower incidence rates than white women (10.1 cases/100,000 women vs. 14.1 cases/100,000 women) but poorer 5-year survival (1). Despite the importance of ovarian cancer as a major cause of morbidity and mortality, there has been very little research on ovarian cancer among African Americans. Only 2 published papers have focused on risk factors for ovarian cancer among African Americans: 1 on a case-control study with 84 cases (3) and 1 on a multicenter analysis of 7 case-control studies involving 110 cases (4). Both of these reports had findings that were consistent with the major reproductive risk factors identified in white women, including inverse associations with parity and oral contraceptive use (3, 4),

but some racial/ethnic differences were noted, including the absence of a protective effect for breastfeeding and no increased risk associated with a family history of ovarian cancer among African Americans (3).

As has been reported by John et al. (4), Ness et al. (3), and other authors (5–12), the prevalence of many factors associated with risk of ovarian cancer varies markedly between African Americans and whites. African-American women tend to have a greater number of pregnancies (5, 7), a higher prevalence of tubal ligation (6), a lower prevalence of endometriosis (9), and less use of menopausal hormones (5, 10), all of which would be associated with a lower incidence of ovarian cancer. They also tend to have an earlier age at menarche (11), are more likely to be obese (12), and are less likely to breastfeed (8), which could contribute to higher risk of ovarian cancer. Because most epidemiologic

Correspondence to Dr. Patricia G. Moorman, Box 2949, Duke University Medical Center, 2424 Erwin Road, Suite 602, Durham, NC 27705 (e-mail: patricia.moorman@duke.edu).

studies of ovarian cancer have enrolled very few African-American women, there is little information on the relative importance of these risk factors among African-American women as compared with white women and the extent to which differences in the prevalence of established risk factors can explain the lower incidence of ovarian cancer among African Americans.

In this paper, we use data from the North Carolina Ovarian Cancer Study to compare risk factors for ovarian cancer among African-American and white women. We also calculate population attributable fractions for risk factors that are both modifiable and show considerable racial/ethnic differences in prevalence to evaluate the relative proportions of cases in African-American and white women that are associated with these factors.

## MATERIALS AND METHODS

The North Carolina Ovarian Cancer Study was a population-based, case-control study of epithelial ovarian cancer that was conducted in a 48-county region of North Carolina between 1999 and 2008. Newly diagnosed cases of epithelial ovarian cancer were identified through the North Carolina Central Cancer Registry using a rapid case ascertainment system. Pathology reports for eligible cases were sent to the study office at Duke University Medical Center, and consent to contact the women was requested from the treating physicians. Eligible cases were aged 20–74 years at diagnosis, had no prior history of ovarian cancer, resided in the study area, and were cognitively able to give consent and to complete an interview in English. All cases underwent standardized histopathologic review by the study pathologist for confirmation of the diagnosis. Control women were frequency-matched by age and race/ethnicity to the cases and were recruited from the same geographic region using list-assisted random digit dialing. The eligibility criteria were the same as those for the cases; in addition, the controls could not have had a bilateral oophorectomy.

The response rate among the cases was 66.5%, with nonparticipation being due to death (4.0%), debilitating illness (2.6%), physician refusal (4.7%), patient refusal (11.5%), or an inability to locate the patient (10.7%). Among potential controls, screening for eligibility could not be completed for 14% of phone numbers. Seventy-three percent of potential controls who passed eligibility screening agreed to be sent information about the study, and 60.1% of those consented to be in the study. Nonparticipation was due to refusal (27.4%) or an inability to contact the person (8.8%). Response rates were lower for African Americans than for whites (56.6% and 68.3%, respectively, for cases and 49.7% and 63.7%, respectively, for controls).

A total of 1,114 cases were enrolled, of whom 943 (84.6%) were white, 143 (12.8%) were African-American, and 28 (2.5%) were of other races/ethnicities. Among the 1,086 controls, 868 (79.9%) were white, 189 (17.4%) were African-American, and 29 (2.7%) were of other races/ethnicities. The analyses in this report were limited to women whose self-reported race/ethnicity was either white or African-American. The study protocol was approved by the Duke University Medical Center Institutional Review Board and by the human

**Table 1.** Clinical and Histologic Characteristics of Epithelial Ovarian Cancer Cases in African-American and White Women, North Carolina Ovarian Cancer Study, 1999–2008

| | Whites | | African Americans | | P Value[a] |
|---|---|---|---|---|---|
| | No. | % | No. | % | |
| All cases | (n = 943) | | (n = 143) | | |
| Invasive tumor | 746 | 79.4 | 111 | 77.6 | 0.64 |
| Low-malignant-potential tumor | 194 | 20.6 | 32 | 22.4 | |
| Missing data | 3 | | 0 | | |
| Invasive cases only | (n = 746) | | (n = 111) | | |
| Histologic type | | | | | |
| Serous | 419 | 56.2 | 67 | 60.4 | 0.05 |
| Clear-cell | 82 | 11.0 | 2 | 1.8 | |
| Endometrioid | 116 | 15.5 | 19 | 17.1 | |
| Mucinous | 39 | 5.2 | 6 | 5.4 | |
| Other | 90 | 12.1 | 17 | 15.3 | |
| Stage | | | | | |
| I or II | 245 | 33.1 | 25 | 22.7 | 0.04 |
| III or IV | 496 | 66.9 | 85 | 77.3 | |
| Missing data | 5 | | 1 | | |
| Grade | | | | | |
| Well-differentiated | 93 | 12.9 | 18 | 16.8 | 0.12 |
| Moderately differentiated | 197 | 27.2 | 36 | 33.6 | |
| Poorly differentiated or undifferentiated | 433 | 59.9 | 53 | 49.5 | |
| Missing data | 23 | | 4 | | |

[a] P values were derived from chi-squared analyses.

subjects committees at the North Carolina Central Cancer Registry and each hospital where cases were identified.

Nurse-interviewers conducted in-person visits at which they obtained written informed consent, administered a 90-minute questionnaire, drew a blood sample, and performed anthropometric measurements (height, weight, and waist and hip circumferences). Information obtained with the questionnaire included family history of cancer; menstrual characteristics such as age at menarche and cycle length; reproductive history, including age at each pregnancy, pregnancy duration and outcome, and duration of breastfeeding; type, timing, and duration of hormone and contraceptive use; and lifestyle characteristics such as smoking history, alcohol consumption during the 5 years before interview, and physical activity. A life-events calendar, which marked milestones such as marriages and births, was used to aid recall of reproductive history and hormone use. Pictures of oral contraceptives, menopausal hormones, and certain other medications were also used to assist with recall.

### Statistical analysis

Chi-squared analyses were used to compare clinical and histologic characteristics of cases between African Americans

**Table 2.**  Characteristics of Invasive Epithelial Ovarian Cancer Cases and Controls, by Race/Ethnicity, North Carolina Ovarian Cancer Study, 1999–2008

| | Whites | | | | | | African Americans | | | | | |
| | Cases (n = 746) | | Controls (n = 868) | | OR[a] | 95% CI | Cases (n = 111) | | Controls (n = 189) | | OR[a] | 95% CI |
| | No. | % | No. | % | | | No. | % | No. | % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age, years | | | | | | | | | | | | |
| 20–39 | 38 | 5.1 | 81 | 9.3 | | | 11 | 9.9 | 22 | 11.6 | | |
| 40–49 | 136 | 18.2 | 170 | 19.6 | | | 23 | 20.7 | 46 | 24.3 | | |
| 50–59 | 239 | 32.0 | 261 | 30.1 | | | 37 | 33.3 | 67 | 35.4 | | |
| 60–69 | 232 | 31.1 | 240 | 27.6 | | | 31 | 27.9 | 40 | 21.2 | | |
| 70–74 | 101 | 13.5 | 116 | 13.4 | | | 9 | 8.1 | 14 | 7.4 | | |
| Age at menarche, years | | | | | | | | | | | | |
| <12 | 181 | 24.4 | 157 | 18.2 | 1.00 | Referent | 28 | 25.5 | 53 | 28.0 | 1.00 | Referent |
| 12 | 562 | 75.6 | 708 | 81.8 | 0.67 | 0.53, 0.86 | 82 | 74.5 | 136 | 72.0 | 1.08 | 0.63, 1.85 |
| Missing data | 3 | | 3 | | | | 1 | | 0 | | | |
| No. of pregnancies | | | | | | | | 11 | | | | |
| 0 | 120 | 16.1 | 87 | 10.0 | 1.00 | Referent | 14 | 12.6 | 11 | 5.8 | 1.00 | Referent |
| 1–2 | 319 | 42.8 | 348 | 40.1 | 0.62 | 0.45, 0.85 | 31 | 27.9 | 71 | 37.6 | 0.34 | 0.14, 0.82 |
| 3 | 307 | 41.2 | 433 | 49.9 | 0.45 | 0.33, 0.62 | 66 | 59.5 | 107 | 56.6 | 0.44 | 0.19, 1.05 |
| *P*-trend | | | | | <0.0001 | | 0 | | 0 | | | 0.25 |
| Age at first pregnancy, years | | | | | | | | | | | | |
| <20 | 173 | 27.6 | 202 | 25.9 | 1.00 | Referent | 56 | 58.3 | 94 | 52.8 | 1.00 | Referent |
| 20–24 | 276 | 44.1 | 333 | 42.7 | 0.93 | 0.72, 1.21 | 30 | 31.3 | 52 | 29.2 | 0.98 | 0.56, 1.72 |
| 25–29 | 137 | 21.9 | 151 | 19.4 | 1.09 | 0.80, 1.49 | 8 | 8.3 | 19 | 10.7 | 0.73 | 0.30, 1.79 |
| 30–34 | 31 | 5.0 | 79 | 10.1 | 0.50 | 0.31, 0.79 | 1 | 1.0 | 10 | 5.6 | 0.18 | 0.02, 1.45 |
| 35 | 9 | 1.4 | 14 | 1.8 | 0.77 | 0.33, 1.84 | 1 | 1.0 | 3 | 1.7 | 0.65 | 0.07, 6.45 |
| Missing data | 120 | | 89 | | | | 15 | | 11 | | | |
| *P*-trend | | | | | 0.0004 | | | | | | | 0.15 |
| Age at last pregnancy, years | | | | | | | | | | | | |
| <20 | 19 | 3.0 | 18 | 2.3 | 1.00 | Referent | 11 | 11.7 | 13 | 7.3 | 1.00 | Referent |
| 20–24 | 134 | 21.4 | 147 | 18.9 | 0.79 | 0.39, 1.57 | 24 | 25.5 | 35 | 19.8 | 0.82 | 0.31, 2.14 |
| 25–29 | 233 | 37.3 | 258 | 33.1 | 0.76 | 0.38, 1.49 | 25 | 26.6 | 51 | 28.8 | 0.57 | 0.22, 1.45 |
| 30–34 | 161 | 25.8 | 230 | 29.5 | 0.60 | 0.30, 1.18 | 22 | 23.4 | 48 | 27.1 | 0.54 | 0.21, 1.40 |
| 35 | 78 | 12.5 | 126 | 16.2 | 0.53 | 0.26, 1.08 | 12 | 12.8 | 30 | 16.9 | 0.43 | 0.15, 1.23 |
| Missing data | 121 | | 89 | | | | 17 | | 12 | | | |
| *P*-trend | | | | | <0.0001 | | | | | | | 0.04 |
| Ever breastfeeding | | | | | | | | | | | | |
| No | 521 | 69.8 | 542 | 62.4 | 1.00 | Referent | 75 | 67.6 | 135 | 71.4 | 1.00 | Referent |
| Yes | 225 | 30.2 | 326 | 37.6 | 0.73 | 0.59, 0.90 | 36 | 32.4 | 54 | 28.6 | 1.16 | 0.69, 1.93 |
| Missing data | 0 | | 0 | | | | 0 | | 0 | | | |
| Tubal ligation | | | | | | | | | | | | |
| No | 559 | 75.0 | 579 | 66.8 | 1.00 | Referent | 77 | 69.4 | 93 | 49.2 | 1.00 | Referent |
| Yes | 186 | 25.0 | 288 | 33.2 | 0.68 | 0.54, 0.84 | 34 | 30.6 | 96 | 50.8 | 0.43 | 0.26, 0.71 |
| Missing data | 1 | | 1 | | | | 0 | | 0 | | | |
| Duration of oral contraceptive use, years | | | | | | | | | | | | |
| Never use | 244 | 34.5 | 239 | 28.3 | 1.00 | Referent | 47 | 43.9 | 58 | 32.2 | 1.00 | Referent |
| <1 | 99 | 14.0 | 92 | 10.9 | 1.09 | 0.77, 1.52 | 15 | 14.0 | 14 | 7.8 | 1.36 | 0.59, 3.14 |
| 1–<5 | 166 | 23.4 | 228 | 27.0 | 0.75 | 0.57, 0.99 | 24 | 22.4 | 57 | 31.7 | 0.54 | 0.28, 1.04 |
| 5 | 199 | 28.1 | 285 | 33.8 | 0.73 | 0.55, 0.96 | 21 | 19.6 | 51 | 28.3 | 0.53 | 0.27, 1.03 |
| Missing data | 38 | | 24 | | | | 4 | | 9 | | | |

**Table continues**

**Table 2.** Continued

| | Whites | | | | | | African Americans | | | | | |
| | Cases (n = 746) | | Controls (n = 868) | | ORa | 95% CI | Cases (n = 111) | | Controls (n = 189) | | ORa | 95% CI |
| | No. | % | No. | % | | | No. | % | No. | % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Use of menopausal hormones | | | | | | | | | | | | |
| No | 276 | 37.0 | 456 | 52.6 | 1.00 | Referent | 75 | 68.8 | 148 | 78.3 | 1.00 | Referent |
| Yes | 470 | 63.0 | 411 | 47.4 | 1.85 | 1.50, 2.28 | 34 | 31.2 | 41 | 21.7 | 1.54 | 0.90, 2.66 |
| Missing data | 0 | | 1 | | | | 2 | | 0 | | | |
| Hysterectomy | | | | | | | | | | | | |
| No | 537 | 72.2 | 667 | 76.9 | 1.00 | Referent | 82 | 73.9 | 145 | 76.7 | 1.00 | Referent |
| Yes | 207 | 27.8 | 200 | 23.1 | 1.22 | 0.97, 1.54 | 29 | 26.1 | 44 | 23.3 | 1.07 | 0.61, 1.87 |
| Missing data | 2 | | 1 | | | | 0 | | 0 | | | |
| History of infertility | | | | | | | | | | | | |
| No | 651 | 87.3 | 783 | 90.2 | 1.00 | Referent | 102 | 91.9 | 175 | 92.6 | 1.00 | Referent |
| Yes | 95 | 12.7 | 85 | 9.8 | 1.38 | 1.01, 1.89 | 9 | 8.1 | 14 | 7.4 | 1.13 | 0.47, 2.73 |
| Missing data | 0 | | 0 | | | | 0 | | 0 | | | |
| History of endometriosis | | | | | | | | | | | | |
| No | 650 | 87.7 | 793 | 92.3 | 1.00 | Referent | 109 | 98.2 | 184 | 98.4 | 1.00 | Referent |
| Yes | 91 | 12.3 | 66 | 7.7 | 1.76 | 1.26, 2.46 | 2 | 1.8 | 3 | 1.6 | 1.16 | 0.19, 7.08 |
| Missing data | 5 | | 9 | | | | 0 | | 2 | | | |
| First-degree family history of breast or ovarian cancer | | | | | | | | | | | | |
| No | 582 | 78.1 | 720 | 83.1 | 1.00 | Referent | 69 | 62.2 | 159 | 84.1 | 1.00 | Referent |
| Yes | 163 | 21.9 | 146 | 16.9 | 1.33 | 1.04, 1.71 | 42 | 37.8 | 30 | 15.9 | 3.15 | 1.82, 5.45 |
| Missing data | 1 | | 2 | | | | 0 | | 0 | | | |
| Talc use | | | | | | | | | | | | |
| No | 328 | 59.6 | 325 | 61.0 | 1.00 | Referent | 45 | 54.2 | 75 | 56.0 | 1.00 | Referent |
| Yes | 222 | 40.4 | 208 | 39.0 | 1.04 | 0.82, 1.33 | 38 | 45.8 | 59 | 44.0 | 1.19 | 0.68, 2.09 |
| Missing data | 196 | | 335 | | | | 28 | | 55 | | | |
| Body mass indexb 1 year before diagnosis or interview | | | | | | | | | | | | |
| <25 | 312 | 43.3 | 369 | 43.7 | 1.00 | Referent | 17 | 15.9 | 31 | 17.1 | 1.00 | Referent |
| 25–<30 | 212 | 29.4 | 256 | 30.3 | 0.96 | 0.76, 1.22 | 26 | 24.3 | 58 | 32.0 | 0.84 | 0.39, 1.78 |
| 30–<35 | 114 | 15.8 | 124 | 14.7 | 1.08 | 0.80, 1.45 | 22 | 20.6 | 43 | 23.8 | 0.94 | 0.43, 2.07 |
| 35 | 83 | 11.5 | 95 | 11.3 | 1.04 | 0.75, 1.45 | 42 | 39.3 | 49 | 27.1 | 1.62 | 0.79, 3.35 |
| Missing data | 25 | | 24 | | | | 4 | | 8 | | | |
| Height, m | | | | | | | | | | | | |
| <1.6 | 195 | 26.2 | 242 | 27.9 | 1.00 | Referent | 25 | 22.7 | 57 | 30.2 | 1.00 | Referent |
| 1.6–<1.7 | 430 | 57.8 | 483 | 55.8 | 1.13 | 0.90, 1.42 | 64 | 58.2 | 102 | 54.0 | 1.48 | 0.84, 2.62 |
| 1.7 | 119 | 16.0 | 141 | 16.3 | 1.11 | 0.81, 1.51 | 21 | 19.1 | 30 | 15.9 | 1.74 | 0.83, 3.65 |
| Missing data | 2 | | 2 | | | | 1 | | 0 | | | |

Abbreviations: CI, confidence interval; OR, odds ratio.

a Adjusted for age.

b Weight (kg)/height (m)$^2$.

and whites. Unconditional logistic regression analyses were used to calculate age-adjusted and multivariable-adjusted odds ratios and 95% confidence intervals separately for each racial/ethnic group. Variables included in the race/ethnicity-specific multivariable models were age, age at menarche,

number of pregnancies, duration of oral contraceptive use, history of tubal ligation, family history of breast and ovarian cancer, and body mass index (BMI; weight (kg)/height (m)$^2$). The variables included in multivariable models were selected a priori and included the most well-established risk

factors for ovarian cancer as well as BMI, because of the pronounced racial/ethnic differences in the prevalence of obesity. We also conducted multivariable analyses limited to parous women that included all of the above variables plus breastfeeding. Finally, to test for interactions, we fitted models for women of both racial/ethnic groups combined which included a term for race/ethnicity and product terms for race/ethnicity × age at menarche, race/ethnicity × breastfeeding, and race/ethnicity × family history of breast or ovarian cancer.

Population attributable fractions were calculated using the method described by Bruzzi et al. (13) for the potentially modifiable factors tubal ligation (yes vs. no), oral contraceptive use ( 1 year vs. <1 year), history of pregnancy (ever vs. never), and BMI (<30 vs. 30). For these analyses, the reference categories were assigned to the lower risk category (i.e., having had a tubal ligation, oral contraceptive use for 1 year, ever being pregnant, and BMI <30) so the attributable fraction could be interpreted as the proportion of cases that theoretically could be eliminated if all women in the population were shifted to the low risk category.

## RESULTS

The tumor characteristics of the ovarian cancer cases are presented in Table 1 by race/ethnicity. The proportions of cases that were invasive were similar for African Americans and whites (78% and 79%, respectively). Because low-malignant-potential ovarian cancer may be etiologically distinct from invasive cancer (14, 15), we focused the remainder of our analyses on invasive disease. Among invasive cases, the most important histologic differences were that tumors in African Americans were less likely to be clear-cell and more likely to be of a histologic type other than the 4 primary types (serous, endometrioid, mucinous, and clear-cell). African-American women were more likely to be diagnosed with higher-stage disease and somewhat less likely to have poorly differentiated tumors, although the differences in grade were not statistically significant.

Comparisons of risk factors for ovarian cancer among African-American and white women are presented in Table 2. Because age-matching was based on all cases but this analysis was restricted to invasive cases, who are on average older than low-malignant-potential cases, the age distribution of the controls was slightly younger than that of the cases.

In age-adjusted analyses, many of the major reproductive factors that have been associated with ovarian cancer risk among white women were similarly related to risk among African-American women. Women who were parous, had a later age at last pregnancy, had used oral contraceptives for 1 year or more, or had had a tubal ligation were at reduced risk of invasive ovarian cancer; however, there was not strong evidence of a linear relation with number of pregnancies for African-American women. History of infertility or endometriosis was associated with a significantly increased risk for white women and a modestly but not significantly increased risk for African-American women. Family history of breast or ovarian cancer in a first-degree relative was associated with increased risk

in both racial/ethnic groups, with a stronger association among African Americans. Later age at menarche and history of ever breastfeeding were associated with reduced risk in white women, whereas no association was observed among African Americans. Analyses of anthropometric characteristics suggested that taller height and BMI 35 may be associated with risk among African-American women but not among white women.

In multivariable models (Table 3), results were generally similar to those observed in the age-adjusted models. The association with age at menarche 12 years appeared to differ by race/ethnicity, with an odds ratio of 1.30 (95% confidence interval (CI): 0.67, 2.53) for African Americans rather than the expected inverse association. The strength of the association with family history of breast or ovarian cancer also appeared to differ by race/ethnicity. P values for the interaction terms were 0.032 for race/ethnicity × family history and 0.068 for race/ethnicity × age at menarche. In models limited to parous women that included all of the variables in Table 3 plus history of breastfeeding, white women who had breastfed had a nonsignificantly reduced risk (odds ratio = 0.83, 95% CI: 0.65, 1.06), whereas there was no suggestion of a protective effect among African-American women (odds ratio = 1.09, 95% CI: 0.57, 2.07).

In addition to some differences between African Americans and whites in the magnitude of associations with certain risk factors, there were marked racial/ethnic differences in the prevalences of a number of risk factors considered. For example, prevalences in African-American and white controls, respectively, were 29% and 18% for age at menarche less than 12 years, 6% and 10% for nulligravidity, 51% and 33% for tubal ligation, and 51% and 26% for BMI 30 (Table 3). We therefore hypothesized that the relative contribution of established risk factors for ovarian cancer could vary considerably between African Americans and whites. To address this, we calculated population attributable fractions for the potentially modifiable risk factors of pregnancy, oral contraceptive use, BMI, and tubal ligation. As Table 4 shows, the attributable fractions for not having a tubal ligation, high BMI, and no oral contraceptive use were considerably higher for African Americans than for whites, reflecting the stronger associations and/or higher prevalence of these factors among African Americans.

## DISCUSSION

Our analyses of ovarian cancer risk factors in African-American and white women show similar relations for several characteristics, including inverse associations with parity, oral contraceptive use, and tubal ligation, but there are also suggestions of racial/ethnic differences in either the direction or the magnitude of association for other risk factors. History of breastfeeding and later age at menarche were both associated with reduced risk among whites, whereas these associations were absent among African Americans. Family history of breast or ovarian cancer was associated with increased risk for both African Americans and whites, but the association was considerably stronger for African-American women. We considered the possibility that the

**Table 3.**   Odds Ratios for Invasive Epithelial Ovarian Cancer (Multivariable Logistic Regression Models) in African-American and White Women, North Carolina Ovarian Cancer Study, 1999–2008

| | Whites | | | | | | African Americans | | | | | |
| | Cases | | Controls | | OR[a] | 95% CI | Cases | | Controls | | OR[a] | 95% CI |
| | No. | % | No. | % | | | No. | % | No. | % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age, years (continuous variable) | 715 | | 837 | | 1.01 | 1.00, 1.02 | 106 | | 181 | | 1.00 | 1.00, 1.02 |
| No. of pregnancies | | | | | | | | | | | | |
| 0 | 114 | 15.9 | 84 | 10.0 | 1.00 | Referent | 14 | 13.2 | 11 | 6.1 | 1.00 | Referent |
| 1–2 | 306 | 42.8 | 332 | 39.7 | 0.66 | 0.47, 0.94 | 29 | 27.4 | 68 | 37.6 | 0.28 | 0.09, 0.86 |
| 3 | 295 | 41.3 | 421 | 50.3 | 0.46 | 0.32, 0.65 | 63 | 59.4 | 102 | 56.4 | 0.52 | 0.17, 1.62 |
| Age at menarche, years | | | | | | | | | | | | |
| <12 | 172 | 24.1 | 151 | 18.0 | 1.00 | Referent | 26 | 24.5 | 52 | 28.7 | 1.00 | Referent |
| 12 | 543 | 75.9 | 686 | 82.0 | 0.65 | 0.50, 0.84 | 80 | 75.5 | 129 | 71.3 | 1.30 | 0.67, 2.53 |
| Tubal ligation | | | | | | | | | | | | |
| No | 535 | 74.8 | 561 | 67.0 | 1.00 | Referent | 73 | 68.9 | 89 | 49.2 | 1.00 | Referent |
| Yes | 180 | 25.2 | 276 | 33.0 | 0.74 | 0.58, 0.94 | 33 | 31.1 | 92 | 50.8 | 0.43 | 0.24, 0.80 |
| Duration of oral contraceptive use, years | | | | | | | | | | | | |
| Never use | 233 | 34.1 | 225 | 27.6 | 1.00 | Referent | 45 | 43.3 | 55 | 32.0 | 1.00 | Referent |
| <1 | 95 | 13.9 | 88 | 10.8 | 1.18 | 0.82, 1.69 | 15 | 14.4 | 14 | 8.1 | 1.89 | 0.73, 4.95 |
| 1–<5 | 162 | 23.7 | 222 | 27.2 | 0.78 | 0.58, 1.05 | 23 | 22.1 | 55 | 32.0 | 0.72 | 0.34, 1.53 |
| 5 | 193 | 28.3 | 281 | 34.4 | 0.73 | 0.54, 0.97 | 21 | 20.2 | 48 | 27.9 | 0.52 | 0.24, 1.15 |
| Missing data | 32 | | 21 | | | | 2 | | 9 | | | |
| Family history of breast or ovarian cancer | | | | | | | | | | | | |
| No | 559 | 78.2 | 697 | 83.3 | 1.00 | Referent | 66 | 62.3 | 153 | 84.5 | 1.00 | Referent |
| Yes | 156 | 21.8 | 140 | 16.7 | 1.31 | 1.00, 1.72 | 40 | 37.7 | 28 | 15.5 | 2.73 | 1.45, 5.14 |
| Body mass index[b] 1 year before diagnosis/interview | | | | | | | | | | | | |
| <25 | 309 | 43.2 | 368 | 44.0 | 1.00 | Referent | 17 | 16.0 | 31 | 17.1 | 1.00 | Referent |
| 25–<30 | 211 | 29.5 | 254 | 30.3 | 0.92 | 0.71, 1.18 | 26 | 24.5 | 58 | 32.0 | 0.96 | 0.40, 2.30 |
| 30–<35 | 112 | 15.7 | 122 | 14.6 | 1.17 | 0.85, 1.61 | 22 | 20.8 | 43 | 23.8 | 1.32 | 0.53, 3.26 |
| 35 | 83 | 11.6 | 93 | 11.1 | 1.03 | 0.72, 1.47 | 41 | 38.7 | 49 | 27.1 | 1.52 | 0.65, 3.56 |

Abbreviations: CI, confidence interval; OR, odds ratio.
[a] Adjusted for all of the variables in the table.
[b] Weight (kg)/height (m)$^2$.

stronger association in African-American women was due to inaccurate reporting; however, the prevalences of a family history of breast or ovarian cancer were very similar among African-American and white controls, which argues against there being differential reporting of family history across racial/ethnic groups.

Although these observed racial/ethnic differences in the magnitude or direction of associations with established ovarian cancer risk factors are intriguing, the limitations of our analyses must be acknowledged. The North Carolina Ovarian Cancer Study included more African-American women than any other study of ovarian cancer, but the relatively small sample made it difficult to ascertain which

associations were true associations and which were chance findings.

The modest sample size also precluded us from conducting analyses within subgroups defined by either menopausal status or histologic type. Several reports have suggested that reproductive risk factors and high BMI are more strongly associated with premenopausal disease (16–23). However, with only 38 premenopausal African-American cases in our study population, analyses stratified by menopausal status would not have yielded meaningful results. Similarly, the sample was too small for us to explore differences in risk factors by histologic subtype. The relatively small number of African-American cases also led us to dichotomize some

**Table 4.** Odds Ratios for Invasive Epithelial Ovarian Cancer and Population Attributable Fractions for Selected Ovarian Cancer Risk Factors in African-American and White Women, North Carolina Ovarian Cancer Study, 1999–2008

| | Whites | | | | | African Americans | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. of Cases | No. of Controls | OR[a] | 95% CI | AF | No. of Cases | No. of Controls | OR[a] | 95% CI | AF |
| Tubal ligation | | | | | | | | | | |
| Yes | 168 | 269 | 1.00 | Referent | 0.204 | 33 | 91 | 1.00 | Referent | 0.341 |
| No | 515 | 547 | 1.37 | 1.08, 1.73 | | 71 | 81 | 2.00 | 1.15, 3.48 | |
| Body mass index[b] | | | | | | | | | | |
| <30 | 494 | 611 | 1.00 | Referent | 0.030 | 42 | 86 | 1.00 | Referent | 0.209 |
| 30 | 183 | 205 | 1.12 | 0.89, 1.42 | | 62 | 86 | 1.54 | 0.91, 2.62 | |
| Duration of oral contraceptive use, years | | | | | | | | | | |
| 1 | 355 | 503 | 1.00 | Referent | 0.119 | 44 | 103 | 1.00 | Referent | 0.245 |
| <1 | 328 | 313 | 1.33 | 1.06, 1.67 | | 60 | 69 | 1.74 | 0.99, 3.05 | |
| Ever being pregnant | | | | | | | | | | |
| Yes | 575 | 734 | 1.00 | Referent | 0.052 | 91 | 164 | 1.00 | Referent | 0.079 |
| No | 108 | 82 | 1.49 | 1.06 2.08 | | 14 | 8 | 2.43 | 0.88, 6.73 | |

Abbreviations: AF, attributable fraction; CI, confidence interval; OR, odds ratio.

[a] Adjusted for all of the variables in the table, as well as age, age at menarche, family history of breast or ovarian cancer, and breastfeeding.

[b] Weight (kg)/height (m)$^2$.

variables of interest in our analyses and dictated that we limit the number of potential confounders evaluated in our multivariable models. A larger sample would have afforded us the opportunity to further explore the effects of the timing and duration of oral contraceptive use and the timing of pregnancies or tubal ligation.

Additional limitations of our analysis included those related to the case-control method. The possibility of bias being introduced due to nonparticipation of ovarian cancer cases and controls should be considered. Although we used rapid case ascertainment to identify cases within 2 months of diagnosis and the median time to case interview was 4.5 months, which should have minimized survival bias, there is a possibility that cases who participated differed from those who did not. When we compared the tumor characteristics of ovarian cancer cases who were identified as eligible but did not participate (because of death, lack of physician consent, participant refusal, or inability to contact them) with the tumor characteristics of cases who did participate, we found that the proportion of invasive cases was slightly smaller among participants than among nonparticipants. This is not a surprising finding, given that cases who died quickly or for whom physicians did not give consent were more likely to have advanced disease. Among the invasive cases that were the focus of most of our analyses, we found no statistically significant differences in the proportions of higher-stage cancers between participants and nonparticipants. The racial/ethnic differences in histologic type that we observed among participants (i.e., a lower proportion of clear-cell tumors and a higher proportion of tumors of "other" histologic types among African Americans) were also observed among the nonparticipating cases. Thus, the invasive cases enrolled in

the study appeared to be representative of the ovarian cancer cases diagnosed in our catchment area.

Nonparticipation also has the potential to introduce bias if participating cases and controls differ from persons who decline to participate in the study. Although we had no risk factor information on nonparticipants with which to assess their similarity with women who participated in the study, the associations we observed for white women within our study population are consistent with established ovarian cancer risk factors, which argues against our results' being biased due to nonparticipation.

Despite the limited sample of African-American women, the descriptive characteristics of our population and the attributable fraction analyses suggest that the relative importance of ovarian cancer risk factors may vary between African Americans and whites because of the substantial differences in the prevalence and strength of associations with factors such as tubal ligation and obesity. Tubal ligation, which had a stronger association with ovarian cancer among African Americans and is considerably more common among African Americans in our study population as well as in national surveys (6), could be an important explanatory factor for the lower rates of ovarian cancer among African Americans.

Obesity, which has shown modest associations with ovarian cancer risk in the majority of studies (22, 24–26), may be a considerably more important risk factor for African-American women, as evidenced by the markedly higher attributable fraction for obesity that we observed in our data. Consistent with national statistics (12), our data showed a much higher prevalence of obesity among African Americans than among whites. In particular, severe obesity

(BMI 35), which had a threefold higher prevalence among African Americans than among whites in our study, may be especially relevant as a risk factor for ovarian cancer among African Americans. Some investigators have reported either that associations between BMI and ovarian cancer risk were present only for persons with very high BMIs or that the relations were considerably stronger for women in the highest BMI categories (27, 28). Other investigators have found that the association between obesity and ovarian cancer was present only among premenopausal women or was much stronger for premenopausal ovarian cancer than for postmenopausal ovarian cancer (21, 22). Because the markedly higher prevalence of obesity among African-American women is apparent even among adults aged 20–39 years (12), African-American women may be at higher risk for ovarian cancer diagnosed at a younger age. This is consistent with the higher proportion of premenopausal ovarian cancer cases in African Americans as compared with whites (34% vs. 26%) and the younger mean age at diagnosis (54.8 years vs. 57.4 years) that we observed in our population and that has been reported in Surveillance, Epidemiology, and End Results data (1). The younger age at diagnosis also may be related to the stronger association with family history of breast or ovarian cancer among African-American women, which could be indicative of higher genetic risk.

Our data suggest that the relative importance of ovarian cancer risk factors may vary between African-American and white women because of differences in the prevalence of and strength of associations with characteristics such as tubal ligation, pregnancy, and obesity. However, conclusions that can be drawn from our data are limited by the small number of African Americans in our analysis, despite our study population's having more African-American women than any other existing study of ovarian cancer. Because ovarian cancer is a leading cause of cancer mortality in African Americans, there is a clear need for additional studies in order to deepen our understanding of causative and protective factors in this population.

## ACKNOWLEDGMENTS

Author affiliations: Department of Community and Family Medicine, Cancer Prevention, Detection and Control Research Program, Duke University Medical Center, Durham, North Carolina (Patricia G. Moorman, Joellen M. Schildkraut); Department of Epidemiology, School of Public Health, University of North Carolina-Chapel Hill, Chapel Hill, North Carolina (Rachel T. Palmieri); Department of Sociology, Trinity College of Arts and Sciences, Duke University, Durham, North Carolina (Lucy Akushevich); and Department of Obstetrics and Gynecology, Division of Gynecologic Oncology, Duke University Medical Center, Durham, North Carolina (Andrew Berchuck).

This work was supported by the National Institutes of Health (grant R01-CA76016 to J. M. S.) and the Department of Defense (grant DAMD17-02-1-0666 to A. B.).

Conflict of interest: none declared.

## REFERENCES

1. Ries LA, Melbert D, Krapcho M, et al, eds. *SEER Cancer Statistics Review, 1975–2005*. Bethesda, MD: National Cancer Institute; 2008. (http://seer.cancer.gov/csr/1975_2005/). (Accessed February 1, 2009).
2. Jemal A, Siegel R, Ward E, et al. Cancer statistics, 2008. *CA Cancer J Clin*. 2008;58(2):71–96.
3. Ness RB, Grisso JA, Klapper J, et al. Racial differences in ovarian cancer risk. *J Natl Med Assoc*. 2000;92(4):176–182.
4. John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. *J Natl Cancer Inst*. 1993;85(2):142–147.
5. Bernstein L, Teal CR, Joslyn S, et al. Ethnicity-related variation in breast cancer risk factors. *Cancer*. 2003;97(suppl 1):222–229.
6. Godecker AL, Thomson E, Bumpass LL. Union status, marital history and female contraceptive sterilization in the United States. *Fam Plann Perspect*. 2001;33(1):35–41.
7. Martin JA, Hamilton BE, Sutton PD, et al. Births: final data for 2005. *Natl Vital Stat Rep*. 2007;56(6):1–103.
8. Centers for Disease Control and Prevention. Racial and socioeconomic disparities in breastfeeding—United States, 2004. *MMWR Morb Mortal Wkly Rep*. 2006;55(12):335–339.
9. Missmer SA, Hankinson SE, Spiegelman D, et al. Incidence of laparoscopically confirmed endometriosis by demographic, anthropometric, and lifestyle factors. *Am J Epidemiol*. 2004;160(8):784–796.
10. Marsh JV, Brett KM, Miller LC. Racial differences in hormone replacement therapy prescriptions. *Obstet Gynecol*. 1999;93(6):999–1003.
11. McDowell MA, Brody DJ, Hughes JP. Has age at menarche changed? Results from the National Health and Nutrition Examination Survey (NHANES) 1999–2004. *J Adolesc Health*. 2007;40(3):227–231.
12. Ogden CL, Carroll MD, Curtin LR, et al. Prevalence of overweight and obesity in the United States, 1999–2004. *JAMA*. 2006;295(13):1549–1555.
13. Bruzzi P, Green SB, Byar DP, et al. Estimating the population attributable risk for multiple risk factors using case-control data. *Am J Epidemiol*. 1985;122(5):904–914.
14. Skírnisdóttir I, Garmo H, Wilander E, et al. Borderline ovarian tumors in Sweden 1960–2005: trends in incidence and age at diagnosis compared to ovarian cancer. *Int J Cancer*. 2008;123(8):1897–1901.
15. Fukumoto M, Nakayama K. Ovarian epithelial tumors of low malignant potential: are they precursors of ovarian carcinoma? *Pathol Int*. 2006;56(5):233–239.
16. Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. *Am J Epidemiol*. 2008;167(9):1059–1069.
17. Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. *Am J Epidemiol*. 2005;161(4):321–329.
18. Titus-Ernstoff L, Perez K, Cramer DW, et al. Menstrual and reproductive factors in relation to ovarian cancer risk. *Br J Cancer*. 2001;84(5):714–721.
19. Whiteman DC, Siskind V, Purdie DM, et al. Timing of pregnancy and the risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev*. 2003;12(1):42–46.
20. Beehler GP, Sekhon M, Baker JA, et al. Risk of ovarian cancer associated with BMI varies by menopausal status. *J Nutr*. 2006;136(11):2881–2886.

21. Kuper H, Cramer DW, Titus-Ernstoff L. Risk of ovarian cancer in the United States in relation to anthropometric measures: does the association depend on menopausal status? *Cancer Causes Control*. 2002;13(5):455–463.

22. Schouten LJ, Rivera C, Hunter DJ, et al. Height, body mass index, and ovarian cancer: a pooled analysis of 12 cohort studies. *Cancer Epidemiol Biomarkers Prev*. 2008;17(4): 902–912.

23. Fairfield KM, Willett WC, Rosner BA, et al. Obesity, weight gain and ovarian cancer. *Obstet Gynecol*. 2002;100(2):288–296.

24. Olsen CM, Green AC, Whiteman DC, et al. Obesity and the risk of epithelial ovarian cancer: a systematic review and meta-analysis. *Eur J Cancer*. 2007;43(4):690–709.

25. Hoyo C, Berchuck A, Halabi S, et al. Anthropometric measurements and epithelial ovarian cancer risk in African-American and white women. *Cancer Causes Control*. 2005; 16(8):955–963.

26. Leitzmann MF, Koebnick C, Danforth KN, et al. Body mass index and risk of ovarian cancer. *Cancer*. 2009;115(4):812–822.

27. Rossing MA, Tang MT, Flagg EW, et al. Body size and risk of epithelial ovarian cancer (United States). *Cancer Causes Control*. 2006;17(5):713–720.

28. Lacey JV Jr, Leitzmann M, Brinton LA, et al. Weight, height, and body mass index and risk for ovarian cancer in a cohort study. *Ann Epidemiol*. 2006;16(12):869–876.

Exhibit 38

Int. J. Cancer: **124**, 1409–1415 (2009)
© 2008 Wiley-Liss, Inc.

# Markers of inflammation and risk of ovarian cancer in Los Angeles County

Anna H. Wu[1*], Celeste L. Pearce[1], Chiu-Chen Tseng[1], Claire Templeman[2] and Malcolm C. Pike[1]

[1]Department of Preventive Medicine, University of Southern California, Keck School of Medicine, Los Angeles, CA
[2]Department of Obstetric and Gynecology, University of Southern California, Keck School of Medicine, Los Angeles, CA

Factors that increase inflammation have been suggested to influence the development of ovarian cancer, but these factors have not been well studied. To further investigate this question, we studied the role of talc use, history of endometrioisis and use of non-steroidal anti-inflammatory drugs (NSAIDs) and risk of ovarian cancer in a population-based case-control study in Los Angeles County involving 609 women with newly diagnosed epithelial ovarian cancer and 688 population-based control women. Risk of ovarian cancer increased significantly with increasing frequency and duration of talc use; compared to never users risk was highest among long-duration (20+ years), frequent (at least daily) talc users (adjusted relative risk (RR) = 2.08, 95% confidence interval (CI) = 1.34–3.23). A history of physician-diagnosed endometriosis was statistically significantly associated with risk (RR = 1.66, 95% CI = 1.01–2.75). Women who were talc users and had a history of endometriosis showed a 3-fold increased risk (RR = 3.12, 95% CI = 1.36–7.22). Contrary to the hypothesis that risk of ovarian cancer may be reduced by use of NSAIDs; risk increased with increasing frequency (per 7 times/week, RR = 1.27, 95% CI = 1.14–1.43) and years of NSAID use (per 5 years of use, RR = 1.25, 95% CI = 1.10–1.42); this was consistent across types of NSAIDs. We conclude that risk of ovarian cancer is significantly associated with talc use and with a history of endometriosis, as has been found in previous studies. The NSAID finding was unexpected and suggests that factors associated with inflammation are associated with ovarian cancer risk. This result needs confirmation with careful attention to the reasons for NSAID use.
© 2008 Wiley-Liss, Inc.

Key words: talc; endometriosis; non-steroidal anti-inflammatory drugs; ovarian cancer

In 1999, Ness and Cottreau proposed that chronic inflammation may lead to the development of epithelial ovarian cancer.[1] They hypothesized that factors including talc exposure, endometriosis and pelvic inflammatory disease (PID) may increase risk by a common pathway, increasing local inflammation of the "ovarian epithelium." They also suggested that studying the effect of non-steroidal anti-inflammatory drugs (NSAIDs) may offer additional opportunities to evaluate the inflammation hypothesis. In a 2008 paper, Merritt et al.[2] studied the role of inflammation, based on histories of talc use, PID, endometriosis and use of NSAIDs in the same study. They concluded that chronic inflammation is unlikely to play an important role because risk of ovarian cancer was modestly increased in association with talc use and history of endometriosis and was unrelated to use of NSAIDs but they restricted attention to medication use in the 5 years prior to diagnosis of ovarian cancer, rather than long-term use.[2] No support for the use of NSAIDs was found in a recent study conducted in Seattle, Washington which collected information on lifetime medication use. These investigators found increased risk of ovarian cancer in association with use of acetaminophen, aspirin and other NSAIDs, particularly among long (10+ years) term users.[3] We have conducted a population-based case-control study of ovarian cancer in Los Angeles County to further investigate the role of inflammation in the risk of ovarian cancer. We focused our attention on risk in relation to lifetime use of talc, NSAIDs and history of various gynecological conditions. We are particularly interested in risk patterns associated with long duration of NSAID use. We report our results herein.

## Material and methods

### Study design

This was a population-based case-control study of ovarian cancer. Eligible patients were English speaking residents of Los Angeles County between the ages of 18 and 74 inclusive who had histologically confirmed invasive or borderline (low malignant potential; LMP) ovarian cancers that were first diagnosed from 1998 to 2002. The cases were identified by the Cancer Surveillance Program (CSP), part of the National Cancer Institute's Surveillance, Epidemiology and End Results (SEER) Program, covering all residents of Los Angeles County.

A total of 1,097 patients meeting the pathological case definition were identified by the CSP. Of these, 136 patients had died or were too ill to be interviewed by the time we contacted them, 109 patients had moved away from Los Angeles County and could not be interviewed in person or they could not be located and 151 patients declined to be interviewed. Interviews were conducted with 701 ovarian cancer patients of whom 15 were later identified who did not have ovarian cancer and they were excluded from all analyses. Of the 686 ovarian cancer patients interviewed, 77 had a previous cancer (excluding non-melanoma skin cancer) before their diagnosis of ovarian cancer and were excluded from this report because their previous cancer diagnosis and/or treatment may have influenced use of NSAIDs and other risk factors. This left 609 ovarian cancer cases for the present analysis, 81% were invasive tumors [22% localized stage (Stage 1 or 2), 59% advanced stage (Stage 3 or greater) and 19% were LMP tumors. The cell type distribution is as follows: 58% serous, 14% clear cell/endometrioid, 12% mucinous and 16% other category.

Controls were identified through a well-established neighborhood recruitment algorithm, which we have used successfully in previous studies of breast, endometrial and other cancers to investigate the role of hormonal and non-hormonal medications and other factors.[4] For this study, controls were women with at least one intact ovary, with no history of cancer, except possibly non-melanoma skin cancer, and individually matched with patients on race/ethnicity (non-Hispanic White, African-American, Hispanic, Asians) and date of birth (+/−5 years). Neighborhood controls were sought by one of our staff who physically canvassed the neighborhood of the case using a systematic algorithm based on the address of the case. If the first eligible matched control declined to participate, the second eligible matched control in the sequence was asked, and so on. Letters were left when no one was at home, and follow-up by mail, telephone and further visits to the neighborhood continued until either an eligible control agreed to be interviewed or 150 housing units had been screened. When we failed to identify an exact race/ethnicity matched control, we

Grant sponsor: California Cancer Research Program; Grant number: 2II0200. Grant sponsor: National Cancer Institute; Grant number: P01 CA 17054. Grant sponsor: National Cancer Institute's Division of Cancer Prevention and Control's Surveillance, Epidemiology, and End Results (SEER) Program; Grant number: N01CN25403.
*Correspondence to: University of Southern California/Norris Comprehensive Cancer Center, 1441 Eastlake Avenue, MC 9175, Los Angeles, CA 90089-9175, USA. Fax: +[(323) 865-0139].
E-mail: annawu@usc.edu
Received 18 July 2008; Accepted after revision 1 October 2008
DOI 10.1002/ijc.24091
Published online 21 October 2008 in Wiley InterScience (www.interscience.wiley.com).

uicc
global cancer control
Publication of the International Union Against Cancer

1410                                    WU ET AL.

accepted a control subject who was matched on age. A total of 688 control women were successfully interviewed by the closing date of the study. The first eligible match was interviewed for 76% of the patients, and the second match for another 17% and the third or later match for 6% of the patients. On average, we contacted a median number of 19 housing units to interview a matched control subjects for those neighborhoods with no refusal, a median of 36 housing units for those neighborhoods with 1 refusal and 58 housing units when there were 2 or more refusals.

Study participants were interviewed using a comprehensive questionnaire that covered medical, gynecological, reproductive and lifestyle history. All but 15 participants were interviewed in-person; cases and their matched controls were interviewed by the same person in almost all instances. A reference date was defined as 2 years before the date of diagnosis of the case. This same reference date was used for each case's matched control subject. Calendars were used to chart major life events and reproductive and contraceptive histories. Specifically, participants were asked if they were ever told by a physician that they had certain gynecological conditions including PID, gonorrhea, endometriosis, ovarian cysts, or uterine fibroids before the reference date. If the response was yes to any of the conditions, participants were then asked the age at which they were first diagnosed with the condition and if they had ever been treated for the condition. To determine the use of talcum powder, participants were asked if they ever used talc at least once per month for 6 months or more. If the response was positive, we then asked whether they had ever used talc in nonperineal areas (feet, arms, chest or back), perineal areas, or on underwear or sanitary pads/diaphragm. Questions on talc use included age at first use, frequency of use (times per month) and years of talc use. Few of the talc users (13 cases, 11 controls) had a tubal ligation or hysterectomy before they started using talc; the numbers were too sparse to determine for certain the effect of talc use in this group and these 24 users were included with the nonusers in subsequent analyses on frequency and duration of talc use. Results were unchanged when we excluded these 24 users from the analysis (data not shown).

We asked the participants whether they took prescription or nonprescription NSAIDs for various conditions including back trouble, arthritis, headaches, migraine headaches, dental problems, sinus trouble, colds or sore throats, menstrual pain or cramps or any other reason. They were also asked if they took any of these medications for prevention reasons, such as for prevention of heart attack. We explicitly asked about usage patterns of 10 common over-the-counter NSAIDs (regular aspirin, buffered aspirin, Anacin, APC, Tylenol, Excedrin, Advil, Nuprin, Coricidin, Dristan), 12 prescription brand-name NSAIDs (Clinoril, Motrin, Anaprox, Feldene, Empirin with codeine, Tylenol with codeine, Darvocet, Indocin, Fiorinal, Percocet-5, Percodan, Naprosyn) and two COX-2 inhibitors (Celebrex, Vioxx). We also asked the participants if they had used any NSAIDs that were not on our list and recorded the drug name and details of use. Respondents were also asked about use of 4 common diuretics; these medications are not hypothesized to be related to ovarian cancer risk, but they were included as a check of differential recall between cases and controls. Taking a specific medication 2 or more times a week for 1 month or longer was categorized as "use"; otherwise participants were considered "non-users". Participants were asked about the ages at first and last use, duration of use, usual frequency of use and the primary reason for such use. All of the medications data were categorized into the following groups based on their components: aspirin, acetaminophen, other NSAIDs, COX-2 inhibitors and diuretics.

Total duration and frequency of the main classes of medication (aspirin, acetaminophen, other NSAIDs) were calculated by summing all use of the same class of medication for each person (there were few users of COX-2 inhibitors, thus results are not shown). We also created a combined variable representing use of all NSAIDs. Duration of use was categorized as no use, less than 5 years, 5–10 years and >10 years of use of the specific type of

TABLE I – DEMOGRAPHIC AND OTHER CHARACTERISTICS OF OVARIAN CANCER PATIENTS AND CONTROLS

| | Cases N = 609 | Controls N = 688 | RR | 95% CI[1] |
|---|---|---|---|---|
| Race/ethnicity | | | | |
| Non-Hispanic White | 381 | 503 | | |
| Black | 41 | 44 | | |
| Hispanic | 136 | 103 | | |
| Asian | 51 | 38 | | |
| Age | | | | |
| ≤34 | 40 | 36 | | |
| 35–44 | 92 | 138 | | |
| 45–54 | 162 | 227 | | |
| 55–64 | 149 | 162 | | |
| 65+ | 166 | 125 | | |
| Education | | | | |
| ≤high school | 92 | 50 | | |
| Some college | 109 | 81 | | |
| College graduate | 223 | 242 | | |
| Graduate | 185 | 315 | | |
| Family history of ovarian cancer | | | | |
| No | 581 | 672 | 1.00 | |
| Yes | 26 | 16 | 1.76 | 0.89–3.47 |
| p-value | | | 0.10 | |
| Number of livebirth | | | | |
| 0 | 156 | 149 | 1.00 | |
| 1 | 98 | 110 | 0.76 | 0.52–1.12 |
| 2 | 157 | 202 | 0.61 | 0.43–0.86 |
| 3 | 109 | 118 | 0.61 | 0.41–0.90 |
| 4+ | 89 | 109 | 0.34 | 0.22–0.53 |
| p trend | | | <0.0001 | |
| Oral contraceptives | | | | |
| 0 yr | 241 | 189 | 1.00 | |
| >0 to <5 yr | 259 | 261 | 0.98 | 0.73–1.32 |
| ≥5 to <10 yrs | 57 | 112 | 0.54 | 0.36–0.82 |
| ≥10 yrs | 52 | 126 | 0.40 | 0.26–0.61 |
| p trend | | | <0.0001 | |
| Tubal ligation | | | | |
| No | 531 | 553 | 1.00 | |
| Yes | 78 | 135 | 0.66 | 0.47–0.93 |
| p value | | | 0.017 | |

[1]Adjusted for race/ethnicity, age, education, tubal ligation, family history of ovarian cancer, menopausal status, use of oral contraceptives, and parity.

medication (years of use of different medications may be overlapping). The no use category included never users, occasional users and those who only started to use a particular medication within the interval beginning 2 years before date of diagnosis for case patients and the same reference period for controls to avoid including medication use because of early symptoms in cancer patients. We also repeated the analyses excluding first use of medication within 5 years of diagnosis. In addition, we evaluated effect modification of the NSAIDs-ovarian cancer association by race/ethnicity, education, menopausal status, tumor stage, history of endometriosis, talc use and frequency of Pap smears in the 10 years before reference date.

The study was approved by the Institutional Review Board of the Keck School of Medicine at the University of Southern California. Informed consent was obtained from each case and control before her interview.

*Statistical methods*

We calculated odds ratios as estimates of relative risk (RR), their corresponding 95% confidence intervals (CIs) and statistical significance (p) values. We used conditional stratified logistic regression analysis, with stratification sets defined jointly by age (<35, 35–44, 45–54, 55–64, ≥65) and race/ethnicity (non-Hispanic White, African-American, Hispanic, Asians). All regression models also included as categorical covariates education level (high school or less, some college, college graduate, >college),

RISK OF OVARIAN CANCER IN LOS ANGELES COUNTY

1411

TABLE II – MULTIVARIABLE RRS (95% CIS) FOR TALC USE AND RISK OF OVARIAN CANCER

| | Cases | Controls | RR | 95% CI[1] |
|---|---|---|---|---|
| Talc use | | | | |
| No[2] | 363 | 469 | 1.00 | |
| Yes | 242 | 219 | 1.48 | 1.15–1.91 |
| Yes, non-perineal area[3] | 112 | 103 | 1.43 | 1.03–1.98 |
| Yes, perineal area | 130 | 116 | 1.53 | 1.13–2.09 |
| Frequency and duration of talc use | | | | |
| No | 363 | 469 | 1.00 | |
| 1 ≤20 yrs and ≤10 times/month | 35 | 31 | 1.36 | 0.79–2.32 |
| 1 ≤20 yrs and >10 to ≤30 times/month | 23 | 30 | 1.16 | 0.63–2.12 |
| 1 ≤20 yrs and >30 times/month | 21 | 21 | 1.23 | 0.63–2.41 |
| >20 yrs and ≤10 times/month | 45 | 49 | 1.27 | 0.80–2.01 |
| >20 yrs and >10 to ≤30 times/month | 51 | 43 | 1.57 | 0.99–2.50 |
| >20 yrs and >30 times/month | 67 | 45 | 2.08 | 1.34–3.23 |
| $p$ (6 df) | | | | $p = 0.032$ |
| Total times of talc use | | | | |
| No | 363 | 469 | 1.00 | |
| ≤5200 | 49 | 52 | 1.20 | 0.77–1.88 |
| >5200 to ≤15600 | 46 | 47 | 1.38 | 0.87–2.20 |
| >15,600 to ≤52000 | 63 | 61 | 1.34 | 0.89–2.02 |
| >52000 | 84 | 59 | 1.99 | 1.34–2.96 |
| $p$ (1 df) | | | | $p = 0.0004$ |
| Total times of talc use | | | | |
| No | 363 | 469 | 1.00 | |
| Before 1975 | | | | |
| ≤5200 | 24 | 35 | 0.84 | 0.47–1.51 |
| >5200 to ≤15600 | 29 | 29 | 1.41 | 0.79–2.53 |
| >15,600 to ≤52000 | 49 | 45 | 1.45 | 0.91–2.31 |
| >52000 | 82 | 58 | 1.93 | 1.29–2.88 |
| After 1975 | | | | |
| ≤5200 | 25 | 17 | 1.95 | 0.98–3.89 |
| >5200 to ≤15600 | 17 | 18 | 1.17 | 0.56–2.48 |
| >15,600 | 16 | 17 | 0.98 | 0.45–2.13 |

[1]Adjusted for race/ethnicity, age, education, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives and parity.–[2]Subjects (13 Cases, 11 Controls) reported tubal ligation and/or hysterectomy before started talc use and were included with the never users.–[3]Included arms and extremities.

age at menarche (<=11, 12, 13, 14+), parity (0, 1, 2, 3, 4+ births), use of oral contraceptives (none, >0 to <5, 5 to <10, 10+ years), family history of breast/ovarian cancer (no/yes), menopausal status (premenopausal, natural or surgical menopause) and tubal ligation (no/yes). Results obtained using stratified conditional logistic regression methods were consistent with those obtained in matched analyses that preserved the original case-control matching, and we show the results from the stratified analyses. All statistical significance $p$ values quoted are two-sided and are standard chi-squared tests based on differences in log-likelihoods.

## Results

The race/ethnicity, age and education of the ovarian cancer cases and controls are shown in Table I. Risk of ovarian cancer increased in association with family history of ovarian cancer (RR = 1.76, 95% CI = 0.89–3.47) and decreased significantly with increasing number of births (RR per birth = 0.79, 95% CI = 0.72–0.88), with increasing duration of oral contraceptive use (RR per 5 years of use = 0.73, 95% CI = 0.64–0.83) and with a history of tubal ligation (RR = 0.66, 95% CI = 0.47–0.93).

Table II shows risk associations with talc use. Ever use of talc was associated with a statistically significant increased risk (RR = 1.48, 95% CI = 1.15–1.91). This included talc that was applied to the perineal area (RR = 1.53, 95% CI = 1.13–2.09) and to the nonperineal area only (RR = 1.43, 95% CI = 1.03–1.98). Elevated risks were found among those who used talc on sanitary napkins (RR = 1.61, 95% CI = 0.93–2.78), underwear (RR = 1.71, 95% CI = 0.99–2.97) and on diaphragm/cervical caps (RR = 1.14, 95% CI = 0.46–2.87). When we examined risk patterns by frequency and duration of talc use, the effect of frequency of use was relatively modest among users of less than 20 years but there was a clear trend of increasing risk with increasing frequency of use among longer duration (>20 years) users. Compared with never users, risk was highest in long-term (>20 years), daily (>30 times/month) talc users (RR = 2.08, 95% CI = 1.34–3.23). Risk increased significantly with lifetime total times of talc use, but the association was limited to those who started talc use before 1975 ($p_{trend}$ <0.001). The association between talc use and risk of ovarian cancer was strongest for serous ovarian cancer, the RR associated with any use was 1.70 (95% CI = 1.27–2.28). The risk associations for talc use and other histologic cell types overlapped with the finding for serous ovarian cancer (RRs were 0.99 for mucinous, 1.19 for clear/endometrioid and 1.46 for other cell types). Elevated risks in relation to talc use were found for those with invasive cancers (RR = 1.31, 95% CI = 0.85–2.01 for localized stage; RR = 1.66, 95% CI = 1.22–2.26 for advanced stage) and LMP tumors (RR = 1.32, 95% CI = 0.88–2.22).

Women with a history of physician-diagnosed endometriosis experienced a nearly 2-fold increased risk of ovarian cancer (RR = 1.95, 95% CI = 1.20–3.17). The risk associated with endometriosis remained statistically significant after adjustment for other gynecological conditions including PID, gonorrhea, ovarian cysts and uterine fibroids (adjusted RR = 1.66, 95% CI = 1.01–2.75) (Table III). Small (4–18%) increased risks were also associated with a history of the other gynecological conditions as mentioned earlier but none of these findings were statistically significant (data not shown). The risk of ovarian cancer increased significantly (RR = 2.58) for more recent diagnoses of endometriosis (2–10 years prior to cancer diagnosis) and was less strong (RR = 1.58) for women with diagnosis more than 10 years previously. The endometriosis-risk association was stronger for invasive cancers (RR = 1.80, 95% CI = 0.85–3.80 for localized stage, RR =

1412

TABLE III – MULTIVARIABLE RRS (95% CIS) FOR PREVIOUS OVARIAN DISEASE AND RISK OF OVARIAN CANCER

| | | Cases | Controls | Adjusted RR[1] | Adjusted RR[2] |
|---|---|---|---|---|---|
| Pelvic inflammatory disease | | | | | |
| No | | 579 | 657 | 1.00 | 1.00 |
| Yes | | 25 | 22 | 1.48 (0.78–2.82) | 1.15 (0.60–2.21) |
| Gonorrhea | | | | | |
| No | | 553 | 619 | 1.00 | 1.00 |
| Yes | | 51 | 60 | 1.19 (0.77–1.84) | 1.04 (0.67–1.62) |
| Endometriosis | | | | | |
| No | | 553 | 642 | 1.00 | 1.00 |
| Yes | | 51 | 37 | 1.95 (1.20–3.17) | 1.66 (1.01–2.75) |
| Years since first diagnosed | | | | | |
| 2–10 | | 15 | 8 | 2.66 (1.06–6.64) | 2.58 (1.03–6.48) |
| 11+ | | 36 | 29 | 1.56 (0.90–2.70) | 1.58 (0.91–2.76) |
| Talc | Endometriosis | | | | |
| No | No | 332 | 435 | 1.00 | 1.00 |
| No | Yes | 29 | 28 | 1.68 (0.93–3.04) | 1.67 (0.92–3.01) |
| Yes | No | 221 | 207 | 1.50 (1.15–1.94) | 1.49 (1.15–1.94) |
| Yes | Yes | 22 | 9 | 3.17 (1.38–7.29) | 3.12 (1.36–7.22) |
| p (3df) | | | | | 0.001 |

[1]Adjusted for race/ethnicity, age, education, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives and parity.–[2]Adjusted for other conditions including pelvic inflammatory diseases, gonorrhea, endometriosis, ovarian cyst and fibroids.

1.87, 95% CI = 1.04–3.35 for advanced stage) than for LMP tumors (RR = 1.28, 95% CI = 0.56–2.95). Although the point risk estimate was slightly higher for clear/endometrioid cancers (RR = 1.97), the risk associations for the other cell types were all around 1.70. Compared with women who did not have endometriosis and were nontalc users, risk increased 3-fold (RR = 3.12, 95% CI = 1.36–7.22) in women who had endometriosis and were talc users whereas about 50% increased risk was observed in women who had either exposure.

Risk of ovarian cancer increased significantly with increasing duration and frequency of use of all NSAIDs (i.e., aspirin, acetaminophen, other NSAIDs). The risk per 5 years of NSAID use was 1.25 (95% CI = 1.10–1.42) and the risk per 7 times of NSAID use per week was 1.27 (95% CI = 1.14–1.43). The effect of total pill use was essentially identical to the effect of frequency of use. This pattern of risk elevation was found for aspirin, acetaminophen and other NSAIDs although the results were statistically significant only for other NSAIDs (Table IV). Risks patterns remained essentially unchanged when we adjusted for indication of use (i.e., headaches, back pain, menstrual pain and others) or history of endometriosis and other gynecological conditions. Risk associations were only slightly reduced when we restricted our analyses to medication use at least 5 years before diagnosis; the RR per 5 years of all NSAID use was 1.20 (95% CI = 1.06–1.43) and the risk per 7 times of NSAID use per week was 1.23 (95% CI = 1.09–1.38). In contrast, risk of ovarian cancer was not significantly related to duration or frequency of use of diuretics (RRs were 1.00, 1.39, 0.89, 0.65, respectively for no, 1–5, >5–10, >10 years of use, $p_{trend}$ = 0.50).

Table V presents stratified results, when we performed a series of analyses to evaluate whether the findings with NSAID use were consistent across levels of various subgroups of interest including race/ethnicity, education, menopausal status, tumor stage, endometriosis, talc use, use of oral contraceptives, parity and frequency of Pap smears in recent 10 years as a marker of access to care. Elevated risks in relation to NSAID use were found in all the subgroup analyses; findings were similar by race/ethnicity, menopausal status, talc use, oral contraceptive use, parity and history of Pap smear. There were some differences in risk estimates by education, tumor stage, history of endometriosis but they were not statistically significantly different. We considered these differences by tumor stage, history of endometriosis and education in our interpretation of these results.

## Discussion

The main objective of this population-based case-control study was to comprehensively investigate the role of inflammation in risk of ovarian cancer by studying factors that have been hypothesized to increase inflammation (e.g., talc, endometriosis) or to reduce inflammation (NSAIDs) simultaneously in the same population. Our findings on talc and endometriosis are consistent with previous findings and are compatible with the hypothesis that these factors increase the risk of ovarian cancer and that inflammation may be a common pathway.[1,2,5] However, contrary to the study hypothesis that NSAIDs may have chemopreventive effects by decreasing inflammation,[6] we found that risk of ovarian cancer increased significantly with increasing frequency and duration of NSAIDs use.

Our results on NSAID and risk are similar to the recent results reported in the population-based case-control study conducted in Seattle, Washington.[3] In both studies, women were asked to recall prescription and nonprescription medications taken over their lifetime for various conditions. In the Seattle study, risk of ovarian cancer increased significantly in association with 10+ years of use of acetaminophen (RR = 1.8, 95% CI = 1.3–2.6), aspirin (RR = 1.6, 95% CI = 1.1–2.2) and other NSAIDs (RR = 1.3, 95% CI = 1.0–1.7).[3] Mechanisms whereby use of NSAID may increase risk of ovarian cancer may be related, in part, to the underlying conditions associated with medication use.

However, our results and those from the Seattle study differed from most previous studies on this topic. As Cramer et al. reported risk reduction of ovarian cancer with ever use of aspirin, and acetaminophen, but not with use of ibuprofen,[7] 7 (3 case-control, 4 cohort) of 13 (7 case-control, 6 cohort) studies have found no significant relation with use of NSAID. The case-control studies showing null findings were conducted in Italy,[8] the UK[9] and Australia,[2] and they investigated risk associations with use of aspirin,[8] acetaminophen and other NSAID,[9] and aspirin and other NSAIDs,[2] respectively. There was also no relationship between acetaminophen use and risk in the Cancer Prevention II Mortality Study[10] or between risk and use of low-dose aspirin[11] and other NSAIDs[12] in a Danish prescription database study. In the Breast Cancer Detection Demonstration Project Follow-up Study (BCDDP), risk was not significantly related to use of aspirin, acetaminophen and other NSAIDs but risk was increased with 5+ years of other NSAID use (RR = 2.0, 95% CI = 0.95–4.2).[13] Six other studies (4 case-control, 2 cohort) are supportive of an inverse

RISK OF OVARIAN CANCER IN LOS ANGELES COUNTY 1413

TABLE IV – MULTIVARIABLE RRS[1] (95% CIS) FOR USE OF ALL NSAIDs (ASPIRIN, ACETAMINOPHEN, OTHER NSAIDs) AND RISK OF OVARIAN CANCER

| | Excluded medication the 2 years before reference date | | |
|---|---|---|---|
| | Cases | Controls | RR (95% CI) |
| All NSAIDs | | | |
| Years of use | | | |
| Never[2] | 355 | 486 | 1.00 |
| 1 to 5 yr | 117 | 99 | 1.71 (1.23–2.39) |
| >5 to ≤10 yr | 37 | 33 | 1.59 (0.93–2.72) |
| >10 yr | 79 | 57 | 1.81 (1.21–2.71) |
| p trend | | | <0.001 |
| No. of pills per week | | | |
| Never[2] | 355 | 486 | 1.00 |
| 1 to ≤7/wk | 82 | 66 | 1.62 (1.11–2.39) |
| >7 to ≤14/wk | 41 | 49 | 1.09 (0.67–1.78) |
| >14/wk | 110 | 74 | 2.24 (1.56–3.21) |
| p trend | | | <0.001 |
| Total no. of pills | | | |
| Never | 355 | 486 | 1.00 |
| 1 to ≤1096 | 73 | 63 | 1.60 (1.08–2.38) |
| >1096 to 6428 | 73 | 66 | 1.43 (0.96–2.13) |
| >6428 | 87 | 60 | 2.22 (1.49–3.31) |
| p trend | | | <0.001 |
| Years of use by type[3] | | | |
| Aspirin | | | |
| Never[2] | 492 | 597 | 1.00 |
| 1 to 5 yr | 46 | 25 | 2.13 (1.21–3.77) |
| >5 to ≤10 yr | 13 | 18 | 0.70 (0.31–1.58) |
| >10 yr | 31 | 28 | 1.15 (0.62–2.13) |
| p trend | | | 0.43 |
| Acetaminophen | | | |
| Never[2] | 491 | 590 | 1.00 |
| 1 to 5 yr | 47 | 53 | 0.87 (0.53–1.41) |
| >5 yr | 44 | 25 | 1.71 (0.94–3.09) |
| p trend | | | 0.12 |
| Other NSAIDs | | | |
| Never[2] | 450 | 575 | 1.00 |
| 1 to 5 yr | 87 | 61 | 1.76 (1.18–2.63) |
| >5 to ≤10 yr | 17 | 19 | 1.18 (0.55–2.53) |
| >10 yr | 28 | 13 | 2.18 (1.03–4.63) |
| p trend | | | 0.008 |
| Frequency of use by type[3] | | | |
| Aspirin | | | |
| Never[2] | 492 | 597 | 1.00 |
| 1 to ≤7/wk | 61 | 48 | 1.49 (0.94–2.35) |
| >7 | 29 | 23 | 1.18 (0.61–2.29) |
| p trend | | | 0.21 |
| Acetaminophen | | | |
| Never[2] | 491 | 590 | 1.00 |
| 1 to ≤7/wk | 48 | 45 | 1.04 (0.63–1.71) |
| >7 /wk | 43 | 33 | 1.36 (0.78–2.36) |
| p trend | | | 0.33 |
| Other NSAIDs | | | |
| Never[2] | 450 | 575 | 1.00 |
| 1 to ≤7/wk | 52 | 38 | 1.56 (0.95–2.56) |
| >7 to ≤14/wk | 29 | 25 | 1.27 (0.68–2.40) |
| >14/wk | 51 | 30 | 2.22 (1.30–3.79) |
| p trend | | | 0.0009 |

[1]Adjusted for age, education, race, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives, parity and talc use.–[2]Included participants who started medication within 2 years of diagnosis/reference date.–[3]Additional adjustment for history of PID, gonorrhea, ovarian cysts, endometriosis, and fibroids. The RRs for aspirin, acetaminophen and other NSAIDs were mutually adjusted. Aspirin included regular aspirin, buffered aspirin; acetaminophen included Tylenol, coricidin, Dristan, darvocet, Percocet, Excedrin; other NSAID included advil, nurin, clinoril, motrin, anaprox, feldene, indocin, naprosyn.

association with NSAIDs use, one reported significant risk reduction with acetaminophen use[14] while 4 studies found significant reduced risk with use of other NSAIDs[15–18] but there were differences in these results. In one study, an inverse association was found only in nulliparous and nonoral contraceptive users.[18] No

dose-response relationship was observed in a second study,[15] and information on NSAID use was limited to the 5 years before diagnosis in a third study.[17] Aspirin use was not significantly associated with risk in these 5 studies.[14–17,19] Ascertainment of NSAID use was heterogeneous in these studies: different NSAIDs were included, the exposure period varied (e.g., adult use, use in previous 20 years or previous 5 years before ovarian cancer diagnosis), and information on frequency and duration of NSAID use was asked in only some studies.

An advantage of our study is that we collected detailed information on adult usage history of both over the counter and prescription NSAIDs including duration and frequency of use and indication for use. Our results suggest increased risk associated with duration and frequency of use of aspirin, acetaminophen and other NSAIDs although only the findings for other NSAIDs were statistically significant on their own. We adjusted for potential confounders and indication for use; the latter was considered in only some previous studies. Nevertheless, our results should be interpreted with caution for the following reasons. Our assessment of NSAID use was based on self-report without assessment of reliability of recall. However, a drug validation study conducted by colleagues in Los Angeles County found high and comparable concordance rate of recall of analgesics in cancer patients and control subjects.[20] Regular NSAID use was reported by 29% (31% in non-Hispanic whites) of controls in our study; comparable with the rate reported in Wisconsin and Massachusetts (34%)[18] but lower than that in Seattle (41%).[3] Differences in the assessment of use of NSAID complicate comparison of prevalences of use between studies.

Although an increased risk was specific to NSAIDs use and no increased risk was found with diuretic use, we cannot rule out the possibility of selective recall bias among ovarian cancer cases. Given that many NSAIDs products are available and use may be episodic, it is conceivable that some cases may be more motivated to remember their NSAID use than control subjects. There is also the possibility of surveillance bias and that certain health conditions led to regular NSAID use, resulting in frequent doctor visits, which increased the chances of ovarian cancer detection. As noted earlier, the prevalence of NSAID use was higher in women with LMP tumors or localized cancer than those with advanced stage cancers, and the magnitude of association was stronger for earlier stage cancers. However, the proportion of LMP/localized stage cancers among those we interviewed (41%) and those we failed to interview (39%) was not dissimilar, suggesting there should be minimal overestimation of the overall effect of NSAID in relation to this reason. There also may be residual confounding by indication for use. Another possible explanation for our observed positive finding is that women with early symptoms of undiagnosed ovarian cancer take pain medications to relieve these symptoms. This seems less likely because our results were essentially unchanged when we excluded participants who first started using these medications within the 5 years of diagnosis. Finally, we consider possibly that selection bias of cases and controls may have affected our finding. Our response rate was modest; cases who participated may differ from those who did not participate. Although controls in our study had more years of education than cases, there was no consistent pattern in the NSAID-risk association by education. The NSAID-risk association was most apparent in women who were college graduates but was very similar in women with high school education or less and those who had more than college education. Thus, despite these limitations, our results raise the concern that NSAIDs, taken as aspirin, acetaminophen or other NSAIDs, may actually increase the risk of ovarian cancer.

In our study, history of self-reported history of endometriosis that was diagnosed by a physician was associated with a significant 66% increased risk of ovarian cancer. Given that the elevated risk was observed for those with previous endometriosis for at least 11+ years, it is unlikely that our finding is due to detection bias but suggests that endometriosis may have an etiological role.

1414                                              WU ET AL.

TABLE V – PREVALENCE OF NSAID USE IN CASES AND CONTROLS AND RRS (95% CI)[1] PER 5 YEARS OF NSAID USE

|  |  | ever NSAID-cases (%) | ever NSAID-controls (%) | 10+ yrs of NSAIDs-cases (%) | 10+ yrs of NSAID-controls | RR (95% CI) per 5 years of NSAID |
|---|---|---|---|---|---|---|
| Race/ethnicity | Non-Hipsanic Whites | 45% | 31% | 17% | 10% | 1.23 (1.07–1.42) |
|  | Other | 31% | 19% | 7% | 4% | 1.37 (1.03–1.84) |
| Education | <College | 36% | 29% | 14% | 10% | 1.09 (0.84–1.41) |
|  | College graduate | 48% | 27% | 16% | 7% | 1.71 (1.36–2.15) |
|  | Graduate | 33% | 28% | 11% | 9% | 1.05 (0.85–1.30) |
| Menopause | Premenopause | 34% | 22% | 7% | 5% | 1.35 (1.05–1.73) |
|  | Postmenopause | 43% | 34% | 17% | 11% | 1.22 (1.06–1.42) |
| Tumor stage | LMP | 47% | 28% | 14% | 8% | 1.37 (1.11–1.69) |
|  | Invasive, Stage 1 or 2 | 40% | 28% | 14% | 8% | 1.36 (1.11–1.67) |
|  | Invasive, Stage ≥3 | 37% | 28% | 13% | 8% | 1.16 (1.01–1.35) |
| Endometriosis | No | 39% | 27% | 12% | 9% | 1.23 (1.08–1.40) |
|  | Yes | 50% | 44% | 26% | 8% | 1.52 (0.96–2.43) |
| Talc | No | 36% | 25% | 13% | 6% | 1.31 (1.10–1.55) |
|  | Yes | 45% | 35% | 15% | 14% | 1.14 (0.94–1.38) |
| Oral Contraceptives | No | 35% | 25% | 13% | 10% | 1.10 (0.89–1.37) |
|  | Yes | 43% | 29% | 14% | 8% | 1.31 (1.12–1.53) |
| Parity | No | 41% | 31% | 15% | 9% | 1.28 (0.98–1.68) |
|  | Yes | 40% | 27% | 13% | 8% | 1.25 (1.09–1.45) |
| Pap smear[2] | ≤5 times | 34% | 24% | 11% | 7% | 1.22 (0.94–1.59) |
|  | >5 times | 42% | 30% | 15% | 9% | 1.27 (1.09–1.47) |

[1]Adjusted for age, education, race, tubal ligation, family history of breast/ovarian cancer, menopausal status, use of oral contraceptives and parity.–[2]Frequency of Pap smears in the 10 years before reference date.

No association between endometriosis and ovarian cancer was reported in the Iowa Women's Health Study, but this may be because of the relatively limited number of ovarian cancers in this cohort and the low prevalence of endometriosis (∼3%).[21] Endometriosis was associated with about a 30% increased risk in an Australian population-based case-control study[2] and in a pooled analysis of 2,098 cases and 2,953 controls from 4 US population-based case-control studies.[22] Although the prevalences of endometriosis among cases (8.4%) and controls (5.4%) in our study are very comparable with the figures reported in cases (8%) and controls (6%) in previous case-control studies,[2,22] a limitation of our study and other case-control studies on this topic is that history of endometriosis is not validated. We did not see meaningful differences in history of endometriosis by cell type (11% for endometrioid/clear cell vs. 8% for other cell types) of ovarian cancer while a higher prevalence of endometriosis in women with endometrioid/clear cell has been usually reported in other studies.[2,23] Interestingly, when one of us (CT) reviewed the pathology reports of the 52 ovarian cancer patients who reported a history of endometriosis, endometriosis in the ovary was documented in only 15 patients (15 of 604 cases = 2.5%) but the percent was higher in women with clear cell/endometrioid (7 of 84 = 8.3%) ovarian cancer compared with the other cell types (8 of 520 = 2.3%). Additional information on the type of endometriosis and location of endometriosis would be helpful in future studies.

The role of talc in the development of ovarian cancer has been studied extensively. In a 2006 review by the International Agency for Research on Cancer (IARC), talc was classified as possibly carcinogenic to humans (i.e., Group 2B) on the basis that most of the 20 epidemiological studies on talc and ovarian cancer show consistently a 30–60% increased risk associated with talc use.[24] However, only about half of the studies examined exposure-response relationships and the evidence for this is less consistent. Our study adds to the small group of studies that have investigated the combination of frequency and duration of talc use on ovarian

cancer risk.[25–28] Our results show a significant trend with increasing number of total applications. Using a combined index of total applications or cumulative lifetime days of talc use, 2 studies showed a higher risk with greater exposure[27,29] but this was not observed in 2 other studies.[25,28] When we investigated the combined effect of frequency and duration, our results suggest that the effect of increasing frequency was modest in users of less than 20 years but that the effect of frequency was clearer in women who had used talc for 20 years or more. Our results also suggest that talc use prior to 1976 may be more important. In 1976, talcum powder manufacturers instituted voluntary guidelines to prevent asbestos contamination in talc products and thus formulations after 1976 may be less likely to be contaminated with asbestos fibers. Stronger associations with talc use in the 1960s and 1970s have been reported in some studies[25,27] but not in others.[2,28] Thus, lack of sufficient information on frequency, duration and calendar period of talc use may have contributed to misclassification of this exposure variable in some previous studies.

Our findings on talc use and endometriosis and ovarian cancer risk are compatible with previous studies. However, the NSAID finding in this study was unexpected and requires confirmation with further characterization of the association by frequency and duration of use, cumulative dose and timing of exposure. In addition, it will be important to evaluate the underlying conditions for medication use.

## Acknowledgements

Incident ovarian cancer cases for this study were collected by the USC Cancer Surveillance Program (CSP), which is supported under subcontract by the California Department of Health. The authors are grateful to all the study participants for their contributions and support. They also thank the entire data collection team, especially Kat Mendoza, Heidi St. Royal, and Janelle Miller.

## References

1. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
2. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6.
3. Hannibal CG, Rossing MA, Wicklund KG, Cushing-Haugen KL. Analgesic drug use and risk of epithelial ovarian cancer. Am J Epidemiol 2008;167:1430–7.
4. Pike MC, Peters RK, Cozen W, Probst-Hensch NM, Felix JC, Wan PC, Mack TM. Estrogen-progestin replacement therapy and endometrial cancer. J Natl Cancer Inst 1997;89: 1110–16.
5. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11:111–17.

6. Bonovas S, Filioussi K, Sitaras NM. Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol 2005;60:194–203.

7. Cramer DW, Harlow BL, Titus-Ernstoff L, Bohlke K, Welch WR, Greenberg ER. Over-the-counter analgesics and risk of ovarian cancer. Lancet 1998;351:104–7.

8. Tavani A, Gallus S, La Vecchia C, Conti E, Montella M, Franceschi S. Aspirin and ovarian cancer: an Italian case-control study. Ann Oncol 2000;11:1171–3.

9. Meier CR, Schmitz S, Jick H. Association between acetaminophen or nonsteroidal antiinflammatory drugs and risk of developing ovarian, breast, or colon cancer. Pharmacotherapy 2002;22:303–9.

10. Rodriguez C, Henley SJ, Calle EE, Thun MJ. Paracetamol and risk of ovarian cancer mortality in a prospective study of women in the USA. Lancet 1998;352:1354–5.

11. Friis S, Sorensen HT, McLaughlin JK, Johnsen SP, Blot WJ, Olsen JH. A population-based cohort study of the risk of colorectal and other cancers among users of low-dose aspirin. Br J Cancer 2003;88:684–8.

12. Sorensen HT, Friis S, Norgard B, Mellemkjaer L, Blot WJ, McLaughlin JK, Ekbom A, Baron JA. Risk of cancer in a large cohort of nonaspirin NSAID users: a population-based study. Br J Cancer 2003;88:1687–92.

13. Lacey JV, Jr, Sherman ME, Hartge P, Schatzkin A, Schairer C. Medication use and risk of ovarian carcinoma: a prospective study. Int J Cancer 2004;108:281–6.

14. Moysich KB, Mettlin C, Piver MS, Natarajan N, Menezes RJ, Swede H. Regular use of analgesic drugs and ovarian cancer risk. Cancer Epidemiol Biomarkers Prev 2001;10:903–6.

15. Fairfield KM, Hunter DJ, Fuchs CS, Colditz GA, Hankinson SE. Aspirin, other NSAIDs, and ovarian cancer risk (United States). Cancer Causes Control 2002;13:535–42.

16. Rosenberg L, Palmer JR, Rao RS, Coogan PF, Strom BL, Zauber AG, Stolley PD, Shapiro S. A case-control study of analgesic use and ovarian cancer. Cancer Epidemiol Biomarkers Prev 2000;9:933–7.

17. Schildkraut JM, Moorman PG, Halabi S, Calingaert B, Marks JR, Berchuck A. Analgesic drug use and risk of ovarian cancer. Epidemiology 2006;17:104–7.

18. Wernli KJ, Newcomb PA, Hampton JM, Trentham-Dietz A, Egan KM. Inverse association of NSAID use and ovarian cancer in relation to oral contraceptive use and parity. Br J Cancer 2008;98:1781–3.

19. Akhmedkhanov A, Toniolo P, Zeleniuch-Jacquotte A, Kato I, Koenig KL, Shore RE. Aspirin and epithelial ovarian cancer. Prev Med 2001;33:682–7.

20. Gago-Dominguez M, Yuan JM, Castelao JE, Ross RK, Yu MC. Regular use of analgesics is a risk factor for renal cell carcinoma. Br J Cancer 1999;81:542–8.

21. Olson JE, Cerhan JR, Janney CA, Anderson KE, Vachon CM, Sellers TA. Postmenopausal cancer risk after self-reported endometriosis diagnosis in the Iowa Women's Health Study. Cancer 2002;94:1612–18.

22. Modugno F, Ness RB, Allen GO, Schildkraut JM, Davis FG, Goodman MT. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol 2004;191:733–40.

23. Brinton LA, Sakoda LC, Sherman ME, Frederiksen K, Kjaer SK, Graubard BI, Olsen JH, Mellemkjaer L. Relationship of benign gynecologic diseases to subsequent risk of ovarian and uterine tumors. Cancer Epidemiol Biomarkers Prev 2005;14:2929–35.

24. Baan R, Straif K, Grosse Y, Secretan B, El Ghissassi F, Cogliano V. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncol 2006;7:295–6.

25. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.

26. Cramer DW. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;94:160–1.

27. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.

28. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the central valley of California. Int J Cancer 2004;112:458–64.

29. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.

Exhibit 39

NIH Public Access

**Author Manuscript**

*Cancer Causes Control.* Author manuscript; available in PMC 2012 June 27.

Published in final edited form as:
*Cancer Causes Control.* 2011 May ; 22(5): 737–742. doi:10.1007/s10552-011-9746-3.

NIH-PA Author Manuscript

# Genital powder exposure and the risk of epithelial ovarian cancer

**Karin A. Rosenblatt**,
Department of Kinesiology and Community Health, University of Illinois at Urbana Champaign, Champaign IL, USA

**Noel S. Weiss**,
Program in Epidemiology, Fred Hutchinson Cancer Research Center, P.O. Box 19024, Seattle, WA 98108-1024, USA; Department of Epidemiology, University of Washington, Seattle, WA, USA

**Kara L. Cushing-Haugen**,
Program in Epidemiology, Fred Hutchinson Cancer Research Center, P.O. Box 19024, Seattle, WA 98108-1024, USA

**Kristine G. Wicklund**, and
Program in Epidemiology, Fred Hutchinson Cancer Research Center, P.O. Box 19024, Seattle, WA 98108-1024, USA

**Mary Anne Rossing**
Program in Epidemiology, Fred Hutchinson Cancer Research Center, P.O. Box 19024, Seattle, WA 98108-1024, USA; Department of Epidemiology, University of Washington, Seattle, WA, USA

## Abstract

**Background—**We conducted a population-based, case–control study to examine the association between the use of genital powder and ovarian cancer risk, including measures of extent and timing of exposure. We also assessed the relationship of powder use with risk of disease subtypes according to histology and degree of malignancy.

**Methods—**Information was collected during in-person interviews with 812 women with epithelial ovarian cancer diagnosed in western Washington State from 2002 to 2005 and 1,313 controls. Logistic regression was used to calculate odds ratios (ORs) and 95% confidence intervals (CIs).

**Results—**Overall, the perineal use of powder after bathing was associated with a slightly increased ovarian cancer risk (OR = 1.27, 95% CI: 0.97–1.66), which was most evident among women with borderline tumors (OR = 1.55, 95% CI: 1.02–2.37). We noted no clear pattern of risk increase on the basis of the extent of use, assessed as years in which powder was used, or as lifetime number of applications for invasive or borderline tumors, or their histologic subtypes. There was no alteration in the risk of ovarian cancer associated with other types of powder exposure (e.g., on sanitary napkins or diaphragms).

**Conclusions—**The International Agency for Research on Cancer has designated perineal exposure to talc (via the application of genital powders) as a possible carcinogen in women. A modest association of ovarian cancer with this exposure was seen in our study and in some previous ones, but that association generally has not been consistent within or among studies. Therefore, no stronger adjective than "possible" appears warranted at this time.

© Springer Science+Business Media B.V. 2011
mrossing@fhcrc.org.

**Keywords**

Ovarian neoplasms; Talc; Epidemiology

## Introduction

Talc deposition in the body can lead to inflammatory and neoplastic changes [1], and perineal exposure to certain particulates (conceivably, talc) can lead to their deposition in the peritoneal cavity and ovaries [2]. Multiple case–control studies [3-5] and one cohort study [6] have examined risk of ovarian cancer associated with perineal exposure to dusting powders (many of which contain talc), either overall or within specific histologic subgroups of disease. In a meta-analysis of 20 case–control studies [3], the summary estimate of the relative risk (RR) of ovarian cancer among women who reported any perineal use of powder was 1.35 (95% confidence interval (CI): 1.26–1.46). Although no association of this exposure with ovarian cancer risk was noted in the cohort study overall, risk of invasive serous cancers was modestly elevated (by 40%). The International Agency for Research on Cancer has classified perineal exposure to talc as group 2B (possibly carcinogenic to humans [3, 7]).

In this article, we describe the results of a large population-based study of epithelial ovarian cancer conducted in western Washington State in which we further investigated the association between the use of genital powder and the ovarian cancer risk, including measures of extent of use and aspects of timing of exposure. We also assessed the relationship of powder use with risk of disease subtypes according to histology and degree of malignancy.

## Materials and methods

The study population and methods have been described previously [8]. Female residents, of a 13 county areas of western Washington State, 35–74 years of age, who were diagnosed with a primary invasive or borderline (also known as low malignant potential or LMP) epithelial ovarian tumor between 1 January 2002 and 31 December 2005, were considered eligible as cases. The cases were identified through a population-based cancer registry, the Cancer Surveillance System, which is part of the Surveillance, Epidemiology, and End Results Program (SEER) of the US National Cancer Institute. We restricted our cases to English-speaking women who had residential telephones at the time of diagnosis, because random digit dialing (RDD) was the method used to select control subjects. Of the 1,058 eligible women identified, 812 (76.6%) were interviewed. Of the interviewed cases, 595 had invasive disease. Tumors were categorized into the following histologic subgroups: serous ($n = 452$), mucinous ($n = 112$), endometrioid ($n = 104$), clear cell ($n = 35$), and other epithelial tumors ($n = 109$).

Controls were selected by RDD using stratified sampling in 5-year age categories, 1-year calendar intervals, and two county strata in a 2:1 ratio to women with invasive cancer. For 14,561 (82.0%) of the 17,768 telephone numbers belonging to residences, we determined whether an eligible woman (i.e., an age and county eligible woman able to communicate in English and, if so, with at least one ovary and no prior history of ovarian cancer) resided there. Of the 1,561 eligible women identified, 1,313 were interviewed (84.1%) for an overall (screening X interview) response proportion of 69%.

The study was approved by the Institutional Review Boards of the Fred Hutchinson Cancer Research Center and the University of Illinois at Urbana Champaign, and all women

provided signed informed consent before participating. In-person interviews pertained to the period of time since diagnosis (for cases) or before an assigned comparable reference date (for controls), and covered the following: demographic and lifestyle characteristics; medical history; and detailed reproductive history, including menstrual, pregnancy, and contraceptive history, as well as the use of contraceptive and menopausal hormone preparations. To aid recall, interviewers used a calendar to record major life events and provided photographs of the commonly used oral contraceptive and menopausal hormone preparations.

Several sources of genital powder exposure were assessed in separate questions, including direct perineal application after bathing, its use on sanitary napkins and contraceptive diaphragms, and the use of feminine (vaginal) deodorant spray. For powder use on sanitary napkins and use of feminine deodorant sprays, we recorded the total number of months or years in which these products were used (with a minimum of at least 1 month of regular use). For the use of powder on the perineum after bathing, only intervals of at least 1 year when powder was usually used were recorded. For each reported interval in which powder was usually used on the perineum after bathing, we recorded the age when began and ended, the number of weeks or months of use per year, and the average days per week used. Women were also asked to report the types of powder(s) used after bathing, including talcum, baby, cornstarch, deodorant, body/bath, and other or unknown. The extent of exposure to perineal powder after bathing was assessed as lifetime duration of use (i.e., total number of years in which this exposure occurred), and as the estimated lifetime number of applications (i.e., a measure that incorporated both the duration and frequency of use).

Using unconditional logistic regression, we calculated odds ratios (ORs) and related 95% confidence intervals (CIs) as estimates of the RR of epithelial ovarian cancer associated with various aspects of genital powder use. All the analyses were adjusted for the frequency-matching variables of age (5-year intervals), county of residence (dichotomized as the three urban or the 10 rural/suburban counties in the study), and calendar year of diagnosis/reference date (continuous), as well as number of full-term pregnancies (0, 1, 2, or $\geq$3), and duration of hormonal contraception (Never,<6, 6–59, 60–119, or $\geq$120 months). Additional adjustment for other potential confounding variables, including race/ethnicity, education, age at menarche, body mass index (BMI), smoking, alcohol drinking, family history of breast or ovarian cancer, personal history of breast cancer, endometriosis, tubal ligation, hysterectomy, unilateral oophorectomy, and the use of menopausal hormone therapy, produced no important change in the OR estimates. We used polytomous logistic regression to examine risk among subgroups of case women with borderline and invasive tumors and in women with different histologic subtypes of these tumors. Because we had limited facility to separately examine risk of mucinous invasive ovarian cancer owing to its rarity ($n = 23$), we excluded these tumors when examining histologic subtypes of invasive disease; similarly, we limited our examination of histologic subtypes of borderline tumors to serous or mucinous subtypes (excluding 11 women with other, uncommon histologic subtypes of borderline tumors). All the analyses were carried out using the STATA version 10 statistical package (Statacorp LP, College Station, Texas).

## Results

Characteristics of cases and controls have previously been described [8, 9]. Approximately 90% of cases and controls were non-Hispanic white women. Cases were less likely than controls to have given birth, and reported a lesser extent of exposure to hormonal forms of contraception. Cases were somewhat more likely than controls to be overweight (BMI 25–<30 kg/m$^2$) or obese (BMI $\geq$ 30 kg/m$^2$), and less likely to have graduated from college (results not shown).

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

The use of powder after bathing (for at least 1 year of regular use, as described above) was reported by approximately 12% of controls (Table 1). Other sources of powder exposure (e.g., on sanitary napkins) and the use of deodorant sprays were reported by a slightly smaller proportion of women, despite the shorter minimum time interval allowed in our assessment of these exposures (see Methods for description). Overall, the perineal use of powder after bathing was associated with a slightly increased risk (OR = 1.27, 95% CI: 0.97–1.66), which was the most evident among women with borderline tumors (OR = 1.55, 95% CI: 1.02–2.37). No clear elevation in risk of borderline or invasive tumors were observed in association with the use of powders on sanitary napkins or contraceptive diaphragms, or with the use of feminine deodorant sprays (Table 1). The most frequently reported category of product used after bathing was baby powder (not shown); few women reported exclusive use of talcum powder or of cornstarch (a product that does not contain talcum powder). Within limits of precision, findings regarding ovarian cancer risk among women who reported the use of talcum powder were similar to those presented for all types of powders combined; e.g., the risk of invasive ovarian cancer among women who reported the use of talcum powder was 1.38 (95% CI: 0.77–2.47).

We noted no evidence that risk of ovarian cancer increased in association with increasing extent of the use of perineal dusting powder (assessed as years in which powder was used or as lifetime number of applications) for either invasive or borderline tumors (Table 2). Similarly, we observed no trend in risk with increasing years of powder use on sanitary napkins or with the use of feminine deodorant sprays (results not shown). Risk (relative to never-users) was increased among women who first reported the regular use of perineal dusting powders at age 30 years or older (OR for invasive and borderline tumors combined = 1.69, 95% CI: 1.08–2.64), among women whose first regular use was in 1980 or later (OR for invasive and borderline tumors combined = 2.03, 95% CI: 1.28–3.24), and among women who had initiated regular use within the last 25 years (cut-off point based on approximate quartiles of exposed controls; OR for invasive and borderline tumors combined = 1.77, 95% CI: 1.12–2.78). Point estimates for each of these exposure subgroups were similar for borderline and invasive tumors (Table 2).

We repeated our analyses after [1] restricting the analysis to the use of perineal powder that occurred before tubal ligation and/or hysterectomy (for women who had undergone those procedures) and [2] restricting it to the use of powder that occurred at age 15 years or later. Results were generally similar to those that we have presented. Associations with any perineal powder exposure that occurred in women with intact fallopian tubes were slightly reduced in comparison to analyses that included powder use irrespective of the occurrence of tubal ligation or hysterectomy (e.g., ORs among women with intact tubes = 1.23 [95% CI: 0.93–1.64] and 1.44 [95% CI: 0.92–2.24], for all ovarian tumors combined and for borderline tumors, respectively). Associations with any perineal powder used ≥15 years of age were slightly stronger (e.g., ORs among such women = 1.30 [95% CI: 0.99–1.71] and 1.63 [95% CI: 1.07–2.49], for all ovarian tumors combined and for borderline tumors, respectively).

Risk of mucinous borderline tumors was particularly elevated among women who reported any regular use of perineal dusting powder (OR = 1.78, 95% CI: 0.98–3.23), with a lesser risk increase for serous borderline tumors (Table 3). We observed no association of perineal powder use with risk of serous invasive tumors (OR = 1.01, 95% CI: 0.69–1.47), and some suggestion that risk was elevated for the combined group of endometrioid and clear cell invasive tumors (OR = 1.53, 95% CI: 0.91–2.57). Similar to the overall results, we observed no association with measures of extent of the use of perineal dusting powder for any specific histologic subtype. Elevations in risk noted in our overall results among women in the most

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

recent category of age at or time since first use and in the most recent (1980 or later) calendar period of initiation of powder use were broadly similar across histologic subtypes.

## Discussion

A number of case–control studies of ovarian cancer, in addition to ours, have examined the issue of genital powder exposure as a potential risk factor. The validity of all of these studies, including ours, may be influenced by the level of non-response among cases and controls, and by the potential for misclassification (differential and non-differential) of exposure status. The latter derives not just from errors in the recall of the use of genital powder, but from the fact that the presence or concentration of talc can vary from brand to brand and even within one brand of powder over time. Therefore, even when respondents are asked specifically about perineal exposure to powders that contain talc (as in our study), they may be unable to provide accurate information. Reporting of the use of pure cornstarch powder, however, was quite uncommon in this study; if this information is accurate (and this pattern of use extends to other populations), and if the presence, rather than concentration, of talc in dusting powder is the primary determinant of meaningful exposure, then measures of genital powder use of any type may yet serve as a reasonable surrogate for talc exposure.

In support of an inference that genital exposure to powders has the capacity to cause ovarian cancer is the observation of a 30–60% increase in risk across most case–control studies [3]; in this regard, our findings are similar to prior studies. However, a non-causal interpretation may be consistent with the absence of an overall association in the one cohort study of the question [6], along with the absence in most studies (including the current study) of a trend of increasing risk with increasing duration of exposure [3]. However, ovarian talc particle burden has been found not to correlate with the reported number of lifetime applications [10], which (if not reflective of inaccurate reporting) may indicate that duration of the powder use is not relevant when assessing risk associated with differing levels of exposure to talc.

While the increased risk that we observed was largely restricted to borderline tumors, some studies have reported results either similar to [e.g., 11] or different from [e.g., 5, 12] these latter findings. Also, our results add further inconsistency to the results regarding the strength of association of the perineal powder use with histologic subtypes of disease. In particular, we noted no increase in risk of serous invasive disease, in contrast to some [e.g., 4-6] studies—including the single cohort study [6]—that reported the strongest associations with that subtype. Analyses aimed at examining perineal powder during specific time intervals—whether by calendar year, recency of use, or life intervals in which constituents of perineal powder might ascend through the reproductive tract unimpeded by, e.g., closure of the fallopian tubes—either failed to sharpen exposure-disease relationships or yielded results opposite to those that had been observed or hypothesized by others. For example, Wu et al. [5] observed higher risks among women who initiated talc use before 1975, consistent with the hypothesis that products in use before that year were more likely to be carcinogenic owing to contamination with asbestos fibers; in contrast, we noted stronger associations among women who had only used perineal powder during or after 1980.

It is not evident how (or if) additional investigation will be able to resolve the issue of whether perineal exposure to talc predisposes to ovarian malignancy. Further case–control studies will continue to be hindered by the limitations mentioned above. Data from additional cohort studies would be welcome, but without details concerning the composition of the powders used by cohort members—details that many participants may not be able to provide—the results of such studies may similarly be ambiguous in their interpretation.

Rosenblatt et al.                                                                 Page 6

## Acknowledgments

This study is funded by grants under R01 CA87538 and R01CA112523 from the US National Cancer Institute.

## References

1. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995; 21:254–260. [PubMed: 7644715]

2. Venter PF. Ovarian epithelial cancer and chemical carcinogenesis. Gynecol Oncol. 1981; 12:281–285. [PubMed: 7308865]

3. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal talc use and risk of ovarian cancer. J Epidemiol Community Health. 2008; 62:358–360. [PubMed: 18339830]

4. Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer. 2008; 122:170–176. [PubMed: 17721999]

5. Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer. 2009; 124:1409–1415. [PubMed: 19065661]

6. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst. 2000; 92:249–252. [PubMed: 10655442]

7. Baan R, Straif K, Grosse Y, Secretan B, El Ghissassi F, Cogliano V, On behalf of the WHO International Agency for Research on Cancer Monograph Working Group. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncol. 2006; 7:295–296. [PubMed: 16598890]

8. Rossing MA, Wicklund KG, Cushing-Haugen KL, Doherty JA, Weiss NS. Menopausal hormone therapy and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2007; 16:2548–2556. [PubMed: 18086757]

9. Rossing MA, Cushing-Haugen KL, Wicklund KG, Weiss NS. Cigarette smoking and risk of epithelial ovarian cancer. Cancer Causes Control. 2008; 19:413–420. [PubMed: 18080774]

10. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol. 1996; 174:1507–1510. [PubMed: 9065120]

11. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992; 80:19–26. [PubMed: 1603491]

12. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997; 79:2396–2401. [PubMed: 9191529]

**Table 1**

Risk of epithelial ovarian cancer in relation to various sources of genital powder exposure overall and among women with borderline and invasive tumors

| | Controls | Borderline tumors | | | Invasive tumors | | | All tumors | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (n = 1,313)[a] | (n = 217)[a] | OR[b] | 95% CI | (n = 595)[a] | OR[b] | 95% CI | (n = 812)[a] | OR[b] | 95% CI |
| **Used powder after bathing** | | | | | | | | | | |
| No | 1,161 | 184 | 1.00 | Ref. | 515 | 1.00 | Ref. | 699 | 1.00 | Ref. |
| Yes | 151 | 33 | 1.55 | 1.02–2.37 | 79 | 1.17 | 0.87–1.58 | 112 | 1.27 | 0.97–1.66 |
| **Used powder on sanitary napkins** | | | | | | | | | | |
| No | 1,197 | 201 | 1.00 | Ref. | 552 | 1.00 | Ref. | 753 | 1.00 | Ref. |
| Yes | 109 | 16 | 1.03 | 0.58–1.84 | 39 | 0.75 | 0.51–1.12 | 55 | 0.82 | 0.58–1.16 |
| **Used powder on diaphragm[c]** | | | | | | | | | | |
| No | 321 | 44 | 1.00 | Ref. | 116 | 1.00 | Ref. | 160 | 1.00 | Ref. |
| Yes | 121 | 9 | 0.60 | 0.27–1.33 | 37 | 0.77 | 0.49–1.21 | 46 | 0.72 | 0.48–1.10 |
| **Used vaginal deodorant spray** | | | | | | | | | | |
| No | 1,185 | 194 | 1.00 | Ref. | 532 | 1.00 | Ref. | 726 | 1.00 | Ref. |
| Yes | 125 | 23 | 1.20 | 0.74–1.95 | 61 | 1.14 | 0.81–1.59 | 84 | 1.15 | 0.85–1.56 |

[a] Numbers in column may not sum to total due to missing values

[b] Adjusted for age, calendar year of diagnosis/reference date, county of residence, number of full-term births, and duration of hormonal contraception

[c] Restricted to diaphragm users

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

**Table 2**

Risk of epithelial ovarian cancer in relation to the use of perineal powder after bathing by duration and timing of use, overall and among women with borderline and invasive tumors

| | Controls | Borderline tumors | | Invasive tumors | | All tumors | |
|---|---|---|---|---|---|---|---|
| | (n = 1,313)[a] | (n = 217)[a] | | (n = 595)[a] | | (n = 812)[a] | |
| | | OR[b] | 95% CI | OR[b] | 95% CI | OR[b] | 95% CI |
| Never used[c] | 1,161 | 184 | 1.00 | Ref. | 515 | 1.0 | Ref. | 699 | 1.0 | Ref. |
| Duration of use (years) | | | | | | | | | | |
| 1–9.9 | 38 | 9 | 1.33 | 0.61–2.87 | 24 | 1.42 | 0.83–2.43 | 33 | 1.39 | 0.85–2.28 |
| 10–19.9 | 35 | 10 | 1.97 | 0.93–4.17 | 19 | 1.28 | 0.71–2.29 | 29 | 1.46 | 0.87–2.45 |
| 20–34.9 | 40 | 10 | 1.83 | 0.88–3.80 | 20 | 1.11 | 0.63–1.95 | 30 | 1.28 | 0.78–2.10 |
| 35+ | 38 | 4 | 1.08 | 0.37–3.15 | 15 | 0.86 | 0.46–1.60 | 19 | 0.91 | 0.51–1.62 |
| Lifetime number of applications | | | | | | | | | | |
| 1–1,599 | 36 | 6 | 1.05 | 0.42–2.61 | 20 | 1.26 | 0.71–2.25 | 26 | 1.21 | 0.71–2.06 |
| 1,600–4,799 | 37 | 17 | 3.11 | 1.67–5.78 | 28 | 1.72 | 1.03–2.88 | 45 | 2.08 | 1.32–3.27 |
| 4,800–9,999 | 39 | 6 | 1.19 | 0.49–2.92 | 14 | 0.78 | 0.41–1.48 | 20 | 0.87 | 0.50–1.53 |
| 10,000+ | 37 | 4 | 0.98 | 0.34–2.85 | 14 | 0.84 | 0.44–1.59 | 18 | 0.87 | 0.48–1.57 |
| Age at first use (years)[c] | | | | | | | | | | |
| <15 | 27 | 4 | 0.89 | 0.30–2.66 | 8 | 0.67 | 0.30–1.53 | 12 | 0.74 | 0.37–1.50 |
| 15–<20 | 36 | 8 | 1.46 | 0.64–3.31 | 19 | 1.10 | 0.61–1.97 | 27 | 1.20 | 0.71–2.03 |
| 20–<30 | 43 | 12 | 1.93 | 0.98–3.80 | 20 | 1.04 | 0.59–1.81 | 32 | 1.25 | 0.77–2.03 |
| 30+ | 45 | 9 | 1.68 | 0.79–3.60 | 32 | 1.68 | 1.04–2.72 | 41 | 1.69 | 1.08–2.64 |
| Age at last use (years)[c] | | | | | | | | | | |
| <35 | 33 | 10 | 1.54 | 0.72–3.28 | 15 | 0.97 | 0.51–1.83 | 25 | 1.14 | 0.66–1.97 |
| 35–<50 | 39 | 15 | 2.07 | 1.09–3.93 | 20 | 1.15 | 0.65–2.03 | 35 | 1.42 | 0.88–2.31 |
| 50–<60 | 36 | 6 | 1.39 | 0.56–3.44 | 19 | 1.20 | 0.67–2.15 | 25 | 1.25 | 0.73–2.13 |
| 60+ | 43 | 2 | 0.64 | 0.15–2.74 | 24 | 1.30 | 0.76–2.25 | 26 | 1.21 | 0.72–2.05 |
| Calendar year of first use[c] | | | | | | | | | | |
| ≤1959 | 39 | 5 | 1.47 | 0.55–3.92 | 14 | 0.73 | 0.38–1.40 | 19 | 0.86 | 0.48–1.53 |
| 1960–1969 | 38 | 4 | 0.82 | 0.28–2.38 | 20 | 1.18 | 0.66–2.09 | 24 | 1.10 | 0.65–1.89 |
| 1970–1979 | 38 | 11 | 1.65 | 0.81–3.37 | 15 | 0.91 | 0.49–1.69 | 26 | 1.12 | 0.66–1.89 |

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

| | Controls (n = 1,313)[a] | Borderline tumors (n = 217)[a] | OR[b] | 95% CI | Invasive tumors (n = 595)[a] | OR[b] | 95% CI | All tumors (n = 812)[a] | OR[b] | 95% CI |
|---|---|---|---|---|---|---|---|---|---|---|
| 1980+ | 36 | 33 | 2.20 | 1.11–4.34 | 30 | 1.97 | 1.18–3.28 | 43 | 2.03 | 1.28–3.24 |
| Time since first use (years)[c] | | | | | | | | | | |
| ≤25 | 41 | 12 | 1.78 | 0.89–3.54 | 30 | 1.76 | 1.07–2.89 | 42 | 1.77 | 1.12–2.78 |
| 25–<38 | 41 | 14 | 1.98 | 1.03–3.79 | 24 | 1.25 | 0.73–2.13 | 38 | 1.46 | 0.91–2.32 |
| 38–<45 | 34 | 3 | 0.79 | 0.23–2.69 | 13 | 0.88 | 0.45–1.72 | 16 | 0.87 | 0.47–1.61 |
| 45+ | 35 | 4 | 1.30 | 0.44–3.83 | 12 | 0.72 | 0.36–1.43 | 16 | 0.82 | 0.44–1.52 |
| Time since last use (years)[c] | | | | | | | | | | |
| Current user | 70 | 12 | 1.35 | 0.71–2.59 | 40 | 1.28 | 0.85–1.94 | 52 | 1.30 | 0.89–1.91 |
| ≤12 | 26 | 9 | 2.11 | 0.94–4.77 | 17 | 1.59 | 0.83–3.02 | 26 | 1.74 | 0.98–3.10 |
| 13–23 | 27 | 7 | 1.80 | 0.75–4.34 | 7 | 0.55 | 0.24–1.29 | 14 | 0.85 | 0.44–1.66 |
| 24+ | 28 | 5 | 1.22 | 0.45–3.29 | 14 | 1.10 | 0.56–2.17 | 19 | 1.13 | 0.61–2.08 |

[a] Numbers in column may not sum to total due to missing values

[b] Adjusted for age, calendar year of diagnosis/reference date, county of residence, number of full-term births, and duration of hormonal contraception

[c] Use defined as regular use after bathing for at least 1 year

**Table 3**

Risk of histologic types of invasive and borderline epithelial ovarian cancer in relation to various sources of genital powder

| | Borderline tumors[c] | | | | Invasive tumors[c] | | | | | |
| | Mucinous (n = 89) | | Serous (n = 117) | | Serous (n = 335) | | Endometrioid/Clear (n = 133) | | Other nonmucinous (n = 104) | |
| | N | OR[a] (95% CI) | N | OR[a] (95% CI) | N | OR[a] (95% CI) | N | OR[a] (95% CI) | N | OR[a] (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Used powder after bathing[b]** | | | | | | | | | | |
| No | 74 | 1.0 (Ref.) | 100 | 1.0 (Ref.) | 295 | 1.0 (Ref.) | 112 | 1.0 (Ref.) | 87 | 1.0 (Ref.) |
| Yes | 15 | 1.78 (0.98–3.23) | 17 | 1.47 (0.84–2.55) | 40 | 1.01 (0.69–1.47) | 21 | 1.53 (0.91–2.57) | 17 | 1.48 (0.85–2.58) |
| **Duration of use[b] (years)** | | | | | | | | | | |
| 1–9.9 | 2 | 0.71 (0.16–3.10) | 7 | 1.89 (0.80–4.47) | 11 | 1.16 (0.58–2.33) | 6 | 1.42 (0.56–3.57) | 6 | 2.18 (0.88–5.40) |
| 10–19.9 | 6 | 3.12 (1.22–7.97) | 5 | 1.10 (0.33–3.70) | 11 | 1.26 (0.62–2.54) | 5 | 1.62 (0.60–4.41) | 3 | 1.16 (0.35–3.92) |
| 20–34.9 | 5 | 2.45 (0.92–6.56) | 5 | 1.60 (0.60–4.22) | 8 | 0.76 (0.35–1.66) | 5 | 1.40 (0.52–3.74) | 7 | 2.25 (0.97–5.24) |
| 35+ | 2 | 1.26 (0.29–5.51) | 2 | 1.02 (0.24–4.40) | 10 | 0.91 (0.44–1.88) | 5 | 1.85 (0.68–5.05) | 0 | 0.00 (−) |
| **Age at first use (years)[b]** | | | | | | | | | | |
| <15 | 1 | 0.56 (0.07–4.27) | 3 | 1.24 (0.36–4.30) | 3 | 0.44 (0.13–1.47) | 3 | 1.20 (0.34–4.24) | 2 | 1.02 (0.23–4.43) |
| 15–<20 | 5 | 2.30 (0.84–6.33) | 3 | 1.01 (0.30–3.43) | 10 | 1.01 (0.49–2.08) | 7 | 1.99 (0.83–4.76) | 2 | 0.63 (0.15–2.72) |
| 20–<30 | 5 | 2.14 (0.80–5.68) | 6 | 1.69 (0.69–4.15) | 10 | 0.90 (0.44–1.83) | 6 | 0.68 (0.20–2.31) | 6 | 1.82 (0.74–4.47) |
| 30+ | 4 | 1.80 (0.61–5.28) | 5 | 1.77 (0.67–4.66) | 17 | 1.45 (0.81–2.59) | 8 | 2.33 (1.03–5.27) | 7 | 2.21 (0.95–5.11) |
| **Calendar year of first use[b]** | | | | | | | | | | |
| ≤1959 | 3 | 2.08 (0.59–7.30) | 2 | 1.07 (0.25–4.70) | 6 | 0.50 (0.20–1.20) | 5 | 1.78 (0.64–4.95) | 3 | 0.89 (0.26–3.03) |
| 1960–1969 | 4 | 2.12 (0.71–6.32) | 0 | 0.00 (−) | 12 | 1.18 (0.60–2.33) | 5 | 1.38 (0.51–3.76) | 2 | 0.72 (0.17–3.08) |
| 1970–1979 | 3 | 1.21 (0.36–4.10) | 5 | 1.94 (0.82–4.57) | 6 | 0.66 (0.27–1.60) | 5 | 1.34 (0.50–3.60) | 4 | 1.38 (0.47–4.06) |
| 1980+ | 5 | 2.05 (0.76–5.55) | 8 | 2.50 (1.10–5.64) | 16 | 1.84 (1.00–3.40) | 6 | 1.75 (0.70–4.40) | 8 | 3.07 (1.37–6.88) |
| **Time since first use (years)[b]** | | | | | | | | | | |
| ≤25 | 5 | 1.79 (0.67–4.82) | 7 | 1.93 (0.83–4.52) | 16 | 1.65 (0.90–3.00) | 6 | 1.58 (0.63–3.93) | 8 | 2.73 (1.22–6.07) |
| 26–<38 | 5 | 1.89 (0.71–5.06) | 8 | 2.09 (0.93–4.69) | 11 | 1.05 (0.53–2.10) | 8 | 1.80 (0.79–4.08) | 5 | 1.51 (0.57–4.00) |
| 38–<45 | 3 | 2.14 (0.61–7.47) | 0 | 0.00 (−) | 7 | 0.75 (0.33–1.75) | 4 | 1.45 (0.48–4.38) | 1 | 0.41 (0.05–3.07) |
| 45+ | 2 | 1.46 (0.33–6.49) | 2 | 1.22 (0.28–5.38) | 6 | 0.56 (0.23–1.37) | 3 | 1.19 (0.34–4.19) | 3 | 1.02 (0.30–3.52) |

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

Rosenblatt et al. Page 11

[a] Adjusted for age, calendar year of diagnosis/reference date, county of residence, number of full term births, and duration of hormonal contraception

[b] Use defined as regular use after bathing for at least 1 year

[c] Not included are 6 endometrioid borderline, 5 other borderline, and 23 mucinous invasive tumors

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Exhibit 40

NIH Public Access
**Author Manuscript**
*Cancer Epidemiol Biomarkers Prev.* Author manuscript; available in PMC 2013 August 01.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Published in final edited form as:
*Cancer Epidemiol Biomarkers Prev.* 2012 August ; 21(8): 1282–1292. doi:
10.1158/1055-9965.EPI-12-0426.

# Use of fertility drugs and risk of ovarian cancer: results from a US-based case-control study

**Michelle L. Kurta**[1], **Kirsten B. Moysich**[2], **Joel L. Weissfeld**[1,3], **Ada O. Youk**[1,4], **Clareann H. Bunker**[1], **Robert P. Edwards**[3,5], **Francesmary Modugno**[1,3,5], **Roberta B. Ness**[6], and **Brenda Diergaarde**[1,3,*]

[1]Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, Pittsburgh, PA

[2]Roswell Park Cancer Institute, Buffalo, NY

[3]University of Pittsburgh Cancer Institute, Pittsburgh, PA

[4]Department of Biostatistics, Graduate School of Public Health, University of Pittsburgh, Pittsburgh, PA

[5]Department of Obstetrics, Gynecology & Reproductive Sciences, Magee-Womens Hospital of UPMC, University of Pittsburgh, Pittsburgh, PA, and Womens Cancer Center, Magee-Womens Research Institute, Pittsburgh, PA

[6]School of Public Health, The University of Texas Health Science Center at Houston, Houston, TX

## Abstract

**Background—**Previous studies examining associations between use of fertility drugs and ovarian cancer risk have provided conflicting results. We used data from a large case-control study to determine whether fertility drug use significantly impacts ovarian cancer risk when taking into account parity, gravidity, and cause of infertility.

**Methods—**Data from the Hormones and Ovarian Cancer Prediction (HOPE) study were used (902 cases, 1802 controls). Medical and reproductive histories were collected via in-person interviews. Logistic regression was used to calculate odds ratios (OR) and 95% confidence intervals (CI). Models were adjusted for age, race, education, age at menarche, parity, oral contraceptive use, breastfeeding, talc use, tubal ligation, and family history of breast/ovarian cancer.

**Results—**Ever use of fertility drugs was not significantly associated with ovarian cancer within the total HOPE population (OR: 0.93, 95%CI: 0.65–1.35) or among women who reported seeking medical attention for infertility (OR: 0.87, 95%CI 0.54–1.40). We did observe a statistically significant increased risk of ovarian cancer for ever use of fertility drugs among women who, despite seeking medical attention for problems getting pregnant, remained nulligravid (OR: 3.13, 95%CI 1.01–9.67).

**Conclusions—**These results provide further evidence that fertility drug use does not significantly contribute to ovarian cancer risk among the majority of women; however, women

*Corresponding author: Brenda Diergaarde, UPCI Research Pavilion - Suite 1.16, 5117 Centre Avenue, Pittsburgh, PA 15213; diergaardeb@upmc.edu; phone: +1-412-623-5891; fax: +1-412-623-3355.

Conflict of interest: We, the authors of this manuscript, have no conflicts of interest to report.

who despite infertility evaluation and fertility drug use remain nulligravid, may have an elevated risk for ovarian cancer.

**Impact—**Our results suggest that fertility drug use does not significantly contribute to overall risk of ovarian cancer when adjusting for known confounding factors.

## Keywords

ovarian cancer; fertility drugs; infertility; case-control

## Introduction

Ovarian cancer is multifactorial and complex in etiology. Lifestyle factors shown to increase the risk of ovarian cancer include low parity (1–4), late onset of menopause (5, 6) and perineal talc use (7–9). Oral contraceptive (OC) use (10–13), breastfeeding (14–16) and tubal ligation (17–19) have been shown to have a protective effect on ovarian cancer risk. Several theories have been proposed to explain the mechanisms by which these factors affect risk of ovarian cancer. The incessant ovulation hypothesis theorizes that the repeated damage and subsequent repair cycles that occur during ovulation on the epithelial surface of the ovary contributes to DNA damage and increases the risk of developing ovarian cancer (20–23). The gonadotropin hypothesis postulates that exposure to high levels of circulating pituitary gonadotropins, which stimulates the ovarian surface epithelium, plays a role in the development of ovarian cancer (24, 25). Both of these theories suggest that the use of fertility drugs, which often contain gonadotropins and stimulate ovulation, may increase the risk of ovarian cancer.

Fertility drug use has increased markedly in the U.S. (26). Based on data from the 2002 National Survey of Family Growth, 12% of the 61.6 million U.S. women between the ages of 16 and 44 sought infertility services. The use of infertility services was more common among older women, women with higher incomes, and women who were childless (27). The utilization of fertility drugs and other infertility services is expected to continue to rise as the percentage of women who postpone attempts to become pregnant until after the age of 35 increases. Stephen *et al.* projected that the number of infertile women will increase to between 5.4–7.7 million in 2025 (28). Despite the growing number of women seeking fertility treatment, the effects of fertility drug use on ovarian cancer risk remain uncertain. Several early studies reported an association between exposure to fertility drugs and the development of ovarian cancer, which spurred concern regarding the safety of these drugs (29–31). Subsequent studies did not provide evidence of an increased risk of ovarian cancer with the use of fertility drugs (32–37). However, concern regarding fertility drug use remains after other studies reported that women who were exposed to fertility drugs for more than 12 cycles were at an increased risk of ovarian cancer (38, 39). Nulliparous women who failed to conceive after treatment have also been reported to have an increased risk of ovarian cancer (29, 35). Finally, several studies have shown that fertility drug use may increase the risk of borderline ovarian tumors (30, 31, 40–43).

The conflicting results from previous studies might be due to the generally small sample sizes and/or inability to control for important reproductive factors known to influence ovarian cancer risk. Establishing the relationship between fertility drug use and ovarian cancer risk is complicated by the fact that infertility itself increases the risk of ovarian cancer (10, 44–46). It is also of particular importance to account for parity because the frequency of nulliparity is high among infertile women and nulliparity has been established as an important ovarian cancer risk factor (24, 47, 48). The increasing use of fertility drugs necessitates the separation of the effects of underlying infertility and other confounding factors from those of fertility drug use. Ours is one of the largest case-control studies of

ovarian cancer conducted to date. Our objective was to contribute to the debate regarding whether fertility drug use significantly impacts ovarian cancer risk when taking into account parity, gravidity, and cause of infertility.

## Material and Methods

### Study Population and Data Collection

We used data from the Hormones and Ovarian Cancer Prediction (HOPE) study, a population-based case-control study of ovarian cancer described in detail elsewhere (13, 49). Briefly, subjects were residents of a contiguous region comprising Western Pennsylvania, Eastern Ohio, and Western New York State. All cases were histologically confirmed to have primary epithelial ovarian, peritoneal, or fallopian tube cancers diagnosed between 2003 and 2008. Eligible women were at least 25 years old and were within 9 months of initial diagnosis at the time of recruitment. A total of 902 cases were enrolled. Controls, N=1802, were frequency matched to cases (~2:1) by 5-year age group and telephone area code through random-digit dialing. Women who had undergone a bilateral oophorectomy were ineligible. All study participants provided informed consent. The study was approved by the University of Pittsburgh Institutional Review Board and by the human subject committees at each hospital where cases were identified.

Trained interviewers collected questionnaire data that included detailed reproductive, gynecological, and medical histories as well as information regarding lifestyle and family medical history; a reference date of 9 months before the interview date was used for all participants.

### Infertility and Fertility Drug Use

All study participants were asked if they had ever sought medical attention for problems becoming pregnant. Women who responded with "yes" to this question were asked whether their partner was tested, they were personally tested, they were both tested, or if neither of them were tested for infertility. They were also presented with a list of infertility causes and asked whether each was found to be a probable cause for their problems becoming pregnant. Women were able to respond "yes," "no," or "don't know" to whether they were diagnosed with a problem involving: partner's sperm, their ovaries, ovulation, their fallopian tubes, their cervix, cervical mucous, their uterus, scarring of the uterus, menstruation, endometriosis, or some other problem. For the current analyses, we collapsed the cervix and cervical mucous variables into one cervical problem variable. Similarly, we combined the variables for uterus problems and scarring of the uterus. We chose to collapse these variables because the mechanism affecting infertility is similar for both cervical variables as well as both uterine variables. Combining similar causes of infertility resulted in a greater number of exposed women and increased our power to determine whether uterine or cervical causes of infertility were significantly associated with ovarian cancer risk.

All study participants were asked if they had ever used fertility drugs. Women who responded with "yes" to this question were asked the name of the fertility drugs used. The majority of women used clomiphene citrate, which we defined as one group of fertility drugs ("clomiphene"). We pooled follicle stimulating hormone (FSH), human chorionic gonadotropin (hCG), gonadotropin-releasing hormone (GnRH), urofollitropin, and human menopausal gonadotropin (hMG) drugs into one group of fertility drugs, "gonadotropins", because they utilize the same method of stimulating ovulation. We also created a group for women who had used a combination of gonadotropins and clomiphene citrate ("clomiphene + gonadotropins"). Finally, we grouped together any other fertility drugs, such as progesterone and unknown hormone pills, into an "other" fertility drug group ("other

*Cancer Epidemiol Biomarkers Prev.* Author manuscript; available in PMC 2013 August 01.

NIH-PA Author Manuscript

fertility drug"). Women who reported taking fertility drugs were also asked how many months they took each fertility drug. This information was collected for the first four periods of fertility drug use. We do not have information regarding type of fertility drug or the duration of use for fertility drugs used after the first four time periods of fertility drug use; however, only 9 women reported using fertility drugs for more than four time periods.

## Covariates

Based on anthropometric data provided by the participants, we calculated body mass index (BMI) as weight (kg) as weight (kg) divided by height (m) at reference date squared. Family history of ovarian and breast cancers was defined as having at least one reported diagnosis of, respectively, ovarian or breast cancer among a first-degree relative. Hormone replacement therapy (HRT) use was defined as the use of hormones for menopause, to treat osteoporosis, or after hysterectomy/removal of ovaries; any use of estrogen or estrogen plus progesterone among postmenopausal women was also classified as HRT use. Women were classified as postmenopausal if they were 55 years or older, reported natural menopause, had used HRT, or reported no menstrual periods in the 6 months prior to the reference date. Women were considered to be premenopausal if they had never taken HRT and reported having menstrual periods in the 6 months prior to the reference date, and were younger than 55 years old (50). All participants were asked if they had ever been pregnant. Women reporting at least 1 pregnancy were subsequently asked to provide information regarding the outcome of the pregnancy and the duration they breastfed. This information was repeated for up to four pregnancies. Duration of breastfeeding was calculated as the sum of the number of months they breastfed after each of their first four pregnancies. Information regarding pregnancy outcomes, and breastfeeding was not available for later pregnancies; however, women did report their total number of pregnancies and live births. Among women who reported more than four pregnancies, we calculated their average length of breastfeeding for their first four pregnancies, multiplied this average by the number of additional pregnancies resulting in live births, and added this to the total months of reported breastfeeding. Perineal talc use was defined as ever using dusting powder or deodorizing spray on: the genital or rectal areas, on sanitary napkins, on underwear, or on diaphragms or cervical caps.

## Statistical Analysis

Associations between ovarian cancer risk and demographic and reproductive factors were evaluated using logistic regression models. These models were used to calculate odds ratios (OR) and corresponding 95% confidence intervals (95% CI), as well as p-trend values for continuous factors.

Backward stepwise regression was used to determine which demographic and reproductive variables should be included as covariates in the regression models used to evaluate the effect of exposure to fertility drugs on ovarian cancer risk. Age was locked into the stepwise model as a continuous variable; a p-value criterion of 0.10 was used to identify additional covariates. The following variables were evaluated for inclusion: race (white, black, other), education (less than high school graduate, high school graduate, post-high school education), site (Pittsburgh, Cleveland, Buffalo), BMI (<25, 25–29.99, ≥30), family history (none, first-degree breast, first-degree ovarian, first-degree ovary and breast), tubal ligation (yes, no, missing), OC use (continuous), number of live births (0, 1, 2, 3, 4, ≥5), breastfeeding (never, < 6, 6 < 12, ≥12 months), age at menarche (continuous), menopausal status (premenopausal, postmenopausal), perineal talc use (ever, never), and HRT use (ever, never). All models are adjusted for the covariates identified through this process with the exception of models in which collinearity occurred between these covariates and the variables of interest (indicated with the results).

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Associations between ovarian cancer risk and ever versus never use of fertility drugs and also duration of use, which was evaluated as a continuous variable and as a categorical variable (never, < 6 months, ≥6 months), were evaluated among the total HOPE population and separately among women who reported seeking medical attention for infertility. We chose 6 months as the cutoff for duration of use because this was the median duration of fertility drug use among all women who had taken fertility drugs and using this grouping provided adequate sample size for each group when stratifying for parity and gravidity. Among women who reported seeking medical attention for infertility, we additionally evaluated associations between ovarian cancer risk and year medical attention was sought, who was tested, and underlying cause of infertility using unconditional logistic regression. We also determined whether the relationship between fertility drug use and ovarian cancer risk was modified by year medical attention was sought, age at which medical attention for infertility was sought, cause of infertility, and person tested for infertility problems by creating interaction terms between fertility drug use and these variables and including them in the adjusted model. Finally, we evaluated whether use of specific types of fertility drugs (clomiphene, gonadotropins, clomiphene + gonadotropins, other fertility drugs) was associated with ovarian cancer risk. These analyses were repeated separately for invasive and borderline ovarian tumors; analyses were also repeated using all cases and controls within the HOPE study population.

To examine the impact of parity and gravidity on the association between fertility drug use and ovarian cancer risk, we evaluated ever compared to never use of fertility drugs while stratifying by the following groups of women: parous, nulliparous-gravid, and nulligravid. These analyses were conducted among women who reported seeking medical attention for infertility and repeated using the total HOPE study population.

All significance tests were two-sided; *P* values <0.05 were considered statistically significant. All analyses were conducted using Stata version 12.1 (StataCorp, College Station, TX).

## Results

Demographic and reproductive characteristics of the HOPE study population are presented in Table 1. Compared to Caucasians, African Americans had a significantly increased risk of ovarian cancer. High-school graduates and women with post-high school education had a significantly decreased risk of ovarian cancer compared to women with less than a high school education. The following variables were also significantly associated with ovarian cancer risk: age at menarche, OC use, parity, gravidity, duration of breastfeeding, perineal talc use, and tubal ligation. Seeking medical attention for infertility was not significantly associated with ovarian cancer risk (Table 1). Backward stepwise regression yielded a model that included age, race, education, age at menarche, OC use, parity, duration of breastfeeding, perineal talc use, and tubal ligation. First-degree family history of breast/ovarian cancers was associated with a p-value of 0.14 using this method but was nevertheless included in the model because of its known association with ovarian cancer risk.

Table 2 provides medical information for the 445 women who reported seeking medical attention for infertility. No statistically significant association with ovarian cancer was observed for age at which women sought medical attention, year medical attention was initially sought or with person tested for infertility problems. None of the causes of infertility were significantly associated with ovarian cancer risk; however, borderline significant associations were observed for ovulation problems and menstrual problems.

Among the 47 women who reported ovulation problems, 11 had also reported an issue with their menstrual cycles.

Use of fertility drugs was reported by 148 (33%) of the women seeking medical attention for infertility (Table 2). The majority used fertility drugs for less than 12 months (66.7%); mean duration was 11.4 months (range: 1–134 months). Ever use of fertility drugs was not significantly associated with ovarian cancer risk (Table 2) and remained non-significant after additional adjustment for cause of infertility (OR: 0.66, 95%CI: 0.36–1.22), age medical attention was sought (OR: 0.86, 95%CI: 0.53–1.40), year attention was sought (OR: 0.90, 95%CI: 0.58–1.38), and who was tested for infertility problems (no one tested or partner-only tested compared to self tested or partner and self tested, OR: 0.90, 95%CI: 0.54–1.49) (not in table). No significant interactions between fertility drug use and these variables were observed (data not shown). Similar results were observed for duration of fertility drug use (Table 2 and data not shown). Regarding specific types of fertility drugs, the majority of women who ever used fertility drugs reported using only clomiphene citrate (56.1%). None of the drugs evaluated were significantly associated with ovarian cancer risk when looking at ever compared to never use (Table 2) or duration of use (data not shown). Analyses were repeated excluding the 12 cases and controls that reported using unknown or other fertility drugs and the results were unchanged. Additionally, no significant associations between ever use of fertility drugs and ovarian cancer risk were observed when separately assessing borderline (OR: 0.96, 95%CI: 0.31–2.94; adjusted for age, duration of OC use, talc, and age at menarche) and invasive tumors (OR: 0.85, 95%CI: 0.52–1.39; adjusted for all covariates identified by stepwise regression).

Among all 2704 HOPE participants, 152 (5.6%) women reported ever using fertility drugs, this included the 148 women who reported seeking medical attention for infertility and 4 women who had used fertility drugs but had never sought medical attention for fertility issues. All 4 of these latter women were controls; 2 reported taking clomiphene only and 2 reported taking gonadotropins only. Data regarding why these four women reported taking fertility drugs without ever seeking medical attention for infertility were not collected. Ever use of fertility drugs was not significantly associated with ovarian cancer risk in the total HOPE population (OR: 0.93, 95%CI: 0.65–1.35), nor was duration of use (never compared to <6 months of use, OR: 1.05, 95%CI: 0.61–1.80; never compared to ≥6 months of use, OR: 0.82, 95%CI: 0.50–1.34), adjusting for age, race, education, tubal ligation, age of menarche, duration of OC use, number of live births, duration of breastfeeding, perineal talc use, and family history. Adjusting for the same covariates, no significant associations between ovarian cancer risk and ever use of fertility drugs were observed when separately evaluating borderline (OR: 0.64, 95%CI: 0.26–1.55) and invasive tumors (OR: 1.02, 95%CI: 0.69–1.50).

Table 3 presents results of the evaluation of associations between fertility drug use and ovarian cancer risk stratified by parity and gravidity. Among those seeking medical attention for infertility, nulligravid women who used fertility drugs were significantly more likely to develop ovarian cancer than nulligravid women who had never used fertility drugs. However, fertility drug use among parous and nulliparous-gravid women was not significantly associated with ovarian cancer risk among this group of women. Within the total HOPE study population, the association between ovarian cancer risk and ever use of fertility drugs was non-significant among parous and nulliparous-gravid women. Ovarian cancer risk was elevated among nulligravid fertility drug users; however, this was not significant (Table 3).

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

## Discussion

In this large case-control study, we evaluated whether fertility drug use significantly affects ovarian cancer risk when taking into account, parity, gravidity, and cause of infertility. Consistent with results from previous studies, OC use, breastfeeding, and tubal ligation significantly decreased ovarian cancer risk in our study population while nulliparity, and perineal talc use increased risk (19, 24, 36, 40, 51). Ever use of fertility drugs was not significantly associated with ovarian cancer risk within the total HOPE population or among women who reported seeking medical attention for infertility. Risk did not differ significantly according to duration of use or type of fertility drug. However, we did observe a statistically significant increased risk of ovarian cancer for ever use of fertility drugs among women who, despite seeking medical attention for problems getting pregnant, remained nulligravid.

When examining specific causes of infertility among those seeking medical attention for infertility, none of the evaluated causes were significantly associated with ovarian cancer risk. Specifically, we observed no significant association between ovarian cancer and endometriosis even though previous studies have reported an increased risk (40, 52–54). Endometriosis was also not significantly associated with ovarian cancer risk in the total HOPE population (data not shown). The mechanism by which endometriosis may affect ovarian cancer risk is poorly understood; however, several studies have shown that endometriosis-associated tumors are most commonly linked to clear cell and endometrioid tumors (55–58). The small number of women who reported being diagnosed with endometriosis among those who sought medical attention for infertility in addition to the homogeneity of tumor histologic subtypes among these women may have contributed to the null relationship we observed here. Interestingly, we observed a decreased risk of ovarian cancer among women who reported an ovulation problem as their cause of infertility. Although this observation was of borderline significance, it suggests that women who ovulate less frequently throughout their lifetime may have a decreased risk of ovarian cancer and provides further evidence for the incessant ovulation theory.

In a 2004 case-control study, Rossing et al. observed that women whose infertility manifested past the age of 30 were at increased risk of ovarian cancer (36). We found no significant association between ovarian cancer risk and the age at which women sought medical attention for infertility in our population; however, women who sought help between the ages of 35 and 45 did exhibit a non-significant increased risk compared to women who sought help before they were 25. Women who seek treatment for infertility past the age of 30 have a lower likelihood of success compared to women who seek infertility treatments at younger ages (59) and ovarian cancer risk associated with infertility among older women may reflect additional risk associated with low parity among these women.

Although we did not observe any significant associations between fertility drug use and ovarian cancer risk within the total HOPE study population or among the subset of women who reported seeking medical attention for infertility, we did observe, similar to previous reports, a statistically significant increased risk of ovarian cancer associated with ever fertility drug use among nulligravid women who had infertility problems (29, 35, 40). This suggests that women who never became pregnant despite efforts to conceive are at uniquely increased risk of ovarian cancer. This is further supported by the fact that we found no significant association between fertility drug use and ovarian cancer risk among nulliparous women who had at least one pregnancy. Although our results are in line with those from previous studies, it should be noted that the number of nulligravid women who sought medical attention for infertility was relatively small (N=74). Therefore, confirmation of our results by other studies is necessary.

Our finding that fertility drug use does not significantly contribute to ovarian cancer risk among the majority of women is in line with results from other, recent studies (34, 36, 40, 52). Early studies that reported an increased risk of ovarian cancer among fertility drug users included small numbers of ovarian cancer patients exposed to fertility drugs and were unable to adjust for risk factors known to impact ovarian cancer risk (29, 30). We observed no risk difference between borderline and invasive tumors; these results are in agreement with a recent case-control study (60) but disagree with several previous studies (30, 31, 40–43).

The strengths of this study include a large sample size and availability of detailed reproductive and medical histories of women included in the study. The ability to stratify and adjust for factors linked to ovarian cancer risk allowed us to disentangle risk associated with these factors from risk associated with fertility drug use. A limitation of our study is that we were unable to identify women who were infertile but never sought medical attention. This differential misclassification may have attenuated the associations between infertility and ovarian cancer risk. However, our ability to analyze associations between fertility drug use and ovarian cancer risk in a relatively large subset of women who had sought medical attention for infertility greatly improved the comparability of fertility drug users to non-users. Being able to reduce the study population to only these women also limited biases associated with comparing fertility drug users with infertility issues to non-fertility drug users with no history of infertility issues. Our study is also limited by its reliance on self-reported use of fertility drugs; however, the use of a life calendar during interviews may have improved the accuracy of recalling details about fertility drug use. This study includes a greater number of ovarian cancer cases exposed to fertility drugs than previous studies. Despite this, our study had limited power when completing stratified analyses for fertility drug use and ovarian cancer risk, which resulted in small subgroups and subsequently wide confidence intervals.

Our results build upon previous research and provide further evidence that fertility drug use does not significantly contribute to overall risk of ovarian cancer when adjusting for known confounding factors. Our observation that fertility drug use was only significantly associated with increased ovarian cancer risk among nulligravid women who had ever sought medical attention for infertility suggests that a biological mechanism associated with the inability to conceive may impact ovarian cancer risk to a greater extent than fertility medications do.

To conclude, these results are reassuring for women and clinicians embarking on fertility drug usage in the setting of infertility treatment.

## Acknowledgments

Grant support: This research was supported by National Institutes of Health grants R01 CA095023, P30 CA047904 and R25 CA057703.

## Abbreviations used

| | |
|---|---|
| **CI** | confidence intervals |
| **FSH** | follicle stimulating hormone |
| **GnRH** | gonadotropin-releasing hormone |
| **hCG** | human chorionic gonadotropin |
| **hMG** | human menopausal gonadotropin |
| **LH** | luteinizing hormone |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

OC          oral contraceptive

OR          odds ratio

## References

1. Titus-Ernstoff L, Perez K, Cramer DW, Harlow BL, Baron JA, Greenberg ER. Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer. 2001; 84(5):714–21. [PubMed: 11237375]

2. Vachon CM, Mink PJ, Janney CA, Sellers TA, Cerhan JR, Hartmann L, et al. Association of parity and ovarian cancer risk by family history of breast or ovarian cancer in a population-based study of postmenopausal women. Epidemiology. 2002; 13(1):66–71. [PubMed: 11805588]

3. Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 2009; 170(5):598–606. [PubMed: 19605513]

4. Tung KH, Goodman MT, Wu AH, McDuffie K, Wilkens LR, Kolonel LN, et al. Reproductive factors and epithelial ovarian cancer risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003; 158(7):629–38. [PubMed: 14507598]

5. Braem MG, Onland-Moret NC, van den Brandt PA, Goldbohm RA, Peeters PH, Kruitwagen RF, et al. Reproductive and hormonal factors in association with ovarian cancer in the Netherlands cohort study. Am J Epidemiol. 2010; 172(10):1181–9. [PubMed: 20861144]

6. Tsilidis KK, Allen NE, Key TJ, Dossus L, Lukanova A, Bakken K, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011; 105(9):1436–42. [PubMed: 21915124]

7. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 1997; 145(5):459–65. [PubMed: 9048520]

8. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer. 1982; 50(2):372–6. [PubMed: 7083145]

9. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992; 80(1):19–26. [PubMed: 1603491]

10. Tworoger SS, Fairfield KM, Colditz GA, Rosner BA, Hankinson SE. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007; 166(8):894–901. [PubMed: 17656616]

11. Beral V, Doll R, Hermon C, Peto R, Reeves G. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet. 2008; 371(9609):303–14. [PubMed: 18294997]

12. Siskind V, Green A, Bain C, Purdie D. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000; 11(2):106–10. [PubMed: 11021605]

13. Ness RB, Dodge RC, Edwards RP, Baker JA, Moysich KB. Contraception methods, beyond oral contraceptives and tubal ligation, and risk of ovarian cancer. Ann Epidemiol. 2011; 21(3):188–96. [PubMed: 21109450]

14. Danforth KN, Tworoger SS, Hecht JL, Rosner BA, Colditz GA, Hankinson SE. Breastfeeding and risk of ovarian cancer in two prospective cohorts. Cancer Causes Control. 2007; 18(5):517–23. [PubMed: 17450440]

15. Jordan SJ, Siskind V, ACG, Whiteman DC, Webb PM. Breastfeeding and risk of epithelial ovarian cancer. Cancer Causes Control. 2011; 21(1):109–16. [PubMed: 19779839]

16. Zhang M, Xie X, Lee AH, Binns CW. Prolonged lactation reduces ovarian cancer risk in Chinese women. Eur J Cancer Prev. 2004; 13(6):499–502. [PubMed: 15548943]

17. Cibula D, Widschwendter M, Majek O, Dusek L. Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update. 2011; 17(1):55–67. [PubMed: 20634209]

18. Kjaer SK, Mellemkjaer L, Brinton LA, Johansen C, Gridley G, Olsen JH. Tubal sterilization and risk of ovarian, endometrial and cervical cancer. A Danish population-based follow-up study of more than 65 000 sterilized women. Int J Epidemiol. 2004; 33(3):596–602. [PubMed: 15163640]

19. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000; 11(2): 111–7. [PubMed: 11021606]

20. Fathalla MF. Incessant ovulation--a factor in ovarian neoplasia? Lancet. 1971; 2(7716):163. [PubMed: 4104488]

21. Casagrande JT, Louie EW, Pike MC, Roy S, Ross RK, Henderson BE. "Incessant ovulation" and ovarian cancer. Lancet. 1979; 2(8135):170–3. [PubMed: 89281]

22. Godwin AK, Testa JR, Handel LM, Liu Z, Vanderveer LA, Tracey PA, et al. Spontaneous transformation of rat ovarian surface epithelial cells: association with cytogenetic changes and implications of repeated ovulation in the etiology of ovarian cancer. J Natl Cancer Inst. 1992; 84(8):592–601. [PubMed: 1556770]

23. Tung KH, Wilkens LR, Wu AH, McDuffie K, Nomura AM, Kolonel LN, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005; 161(4):321–9. [PubMed: 15692075]

24. Cramer DW, Welch WR. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis. J Natl Cancer Inst. 1983; 71(4):717–21. [PubMed: 6578367]

25. Mohle J, Whittemore A, Pike M, Darby S. Gonadotrophins and ovarian cancer risk. J Natl Cancer Inst. 1985; 75(1):178–80. [PubMed: 3859691]

26. Wysowski DK. Use of fertility drugs in the United States, 1973 through 1991. Fertil Steril. 1993; 60(6):1096–8. [PubMed: 7902301]

27. Chandra A, Martinez GM, Mosher WD, Abma JC, Jones J. Fertility, family planning, and reproductive health of U.S. women: data from the 2002 National Survey of Family Growth. Vital Health Stat. 2005; 23(25):1–160.

28. Stephen EH, Chandra A. Updated projections of infertility in the United States: 1995–2025. Fertil Steril. 1998; 70(1):30–4. [PubMed: 9660416]

29. Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992; 136(10):1184–203. [PubMed: 1476141]

30. Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. Ovarian tumors in a cohort of infertile women. N Engl J Med. 1994; 331(12):771–6. [PubMed: 8065405]

31. Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril. 1996; 65(1):13–8. [PubMed: 8557128]

32. Modan B, Ron E, Lerner-Geva L, Blumstein T, Menczer J, Rabinovici J, et al. Cancer incidence in a cohort of infertile women. Am J Epidemiol. 1998; 147(11):1038–42. [PubMed: 9620047]

33. Brinton LA, Lamb EJ, Moghissi KS, Scoccia B, Althuis MD, Mabie JE, et al. Ovarian cancer risk after the use of ovulation-stimulating drugs. Obstet Gynecol. 2004; 103(6):1194–203. [PubMed: 15172852]

34. Jensen A, Sharif H, Frederiksen K, Kjaer SK. Use of fertility drugs and risk of ovarian cancer: Danish Population Based Cohort Study. BMJ. 2009; 338:b249. [PubMed: 19196744]

35. Mosgaard BJ, Lidegaard O, Kjaer SK, Schou G, Andersen AN. Infertility, fertility drugs, and invasive ovarian cancer: a case-control study. Fertil Steril. 1997; 67(6):1005–12. [PubMed: 9176436]

36. Rossing MA, Tang MT, Flagg EW, Weiss LK, Wicklund KG. A case-control study of ovarian cancer in relation to infertility and the use of ovulation-inducing drugs. Am J Epidemiol. 2004; 160(11):1070–8. [PubMed: 15561986]

37. Doyle P, Maconochie N, Beral V, Swerdlow AJ, Tan SL. Cancer incidence following treatment for infertility at a clinic in the UK. Hum Reprod. 2002; 17(8):2209–13. [PubMed: 12151460]

38. Brinton LA, Moghissi KS, Scoccia B, Westhoff CL, Lamb EJ. Ovulation induction and cancer risk. Fertil Steril. 2005; 83(2):261–74. quiz 525-6. [PubMed: 15705362]

39. Hughes E, Collins J, Vandekerckhove P. Clomiphene citrate for unexplained subfertility in women. Cochrane Database Syst Rev. 2000; (3):CD000057.

40. Ness RB, Cramer DW, Goodman MT, Kjaer SK, Mallin K, Mosgaard BJ, et al. Infertility, fertility drugs, and ovarian cancer: a pooled analysis of case-control studies. Am J Epidemiol. 2002; 155(3):217–24. [PubMed: 11821246]

41. Harris R, Whittemore AS, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992; 136(10):1204–11. [PubMed: 1476142]

42. Mosgaard BJ, Lidegaard O, Kjaer SK, Schou G, Andersen AN. Ovarian stimulation and borderline ovarian tumors: a case-control study. Fertil Steril. 1998; 70(6):1049–55. [PubMed: 9848294]

43. Sanner K, Conner P, Bergfeldt K, Dickman P, Sundfeldt K, Bergh T, et al. Ovarian epithelial neoplasia after hormonal infertility treatment: long-term follow-up of a historical cohort in Sweden. Fertil Steril. 2009; 91(4):1152–8. [PubMed: 18371964]

44. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994; 140(7):585–97. [PubMed: 7942759]

45. Brinton LA, Lamb EJ, Moghissi KS, Scoccia B, Althuis MD, Mabie JE, et al. Ovarian cancer risk associated with varying causes of infertility. Fertil Steril. 2004; 82(2):405–14. [PubMed: 15302291]

46. Mosgaard BJ, Lidegaard O, Andersen AN. The impact of parity, infertility and treatment with fertility drugs on the risk of ovarian cancer. A survey. Acta Obstet Gynecol Scand. 1997; 76(2):89–95. [PubMed: 9049278]

47. Adami HO, Hsieh CC, Lambe M, Trichopoulos D, Leon D, Persson I, et al. Parity, age at first childbirth, and risk of ovarian cancer. Lancet. 1994; 344(8932):1250–4. [PubMed: 7967985]

48. Wittenberg J, Cook LS, Rossing MA, Weiss NS. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999; 10(6):761–3. [PubMed: 10535792]

49. Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer. Epidemiology. 2012; 23(2):311–9. [PubMed: 22252409]

50. Phipps AI, Ichikawa L, Bowles EJ, Carney PA, Kerlikowske K, Miglioretti DL, et al. Defining menopausal status in epidemiologic studies: A comparison of multiple approaches and their effects on breast cancer rates. Maturitas. 2010; 67(1):60–6. [PubMed: 20494530]

51. Jordan SJ, Green AC, Nagle CM, Olsen CM, Whiteman DC, Webb PM. Beyond parity: association of ovarian cancer with length of gestation and offspring characteristics. Am J Epidemiol. 2009; 170(5):607–14. [PubMed: 19638480]

52. Brinton LA, Sakoda LC, Sherman ME, Frederiksen K, Kjaer SK, Graubard BI, et al. Relationship of benign gynecologic diseases to subsequent risk of ovarian and uterine tumors. Cancer Epidemiol Biomarkers Prev. 2005; 14(12):2929–35. [PubMed: 16365012]

53. Olson JE, Cerhan JR, Janney CA, Anderson KE, Vachon CM, Sellers TA. Postmenopausal cancer risk after self-reported endometriosis diagnosis in the Iowa Women's Health Study. Cancer. 2002; 94(5):1612–8. [PubMed: 11920519]

54. Modugno F, Ness RB, Allen GO, Schildkraut JM, Davis FG, Goodman MT. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol. 2004; 191(3):733–40. [PubMed: 15467532]

55. Rossing MA, Cushing-Haugen KL, Wicklund KG, Doherty JA, Weiss NS. Risk of epithelial ovarian cancer in relation to benign ovarian conditions and ovarian surgery. Cancer Causes Control. 2008; 19(10):1357–64. [PubMed: 18704718]

56. Stern RC, Dash R, Bentley RC, Snyder MJ, Haney AF, Robboy SJ. Malignancy in endometriosis: frequency and comparison of ovarian and extraovarian types. Int J Gynecol Pathol. 2001; 20(2):133–9. [PubMed: 11293158]

57. Modesitt SC, Tortolero-Luna G, Robinson JB, Gershenson DM, Wolf JK. Ovarian and extraovarian endometriosis-associated cancer. Obstet Gynecol. 2002; 100(4):788–95. [PubMed: 12383550]

58. Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. Lancet Oncol. 2012

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

59. Practice Committee of the American Society for Reproductive Medicine. Aging and infertility in women: a committee opinion. Fertil Steril. 2002; 78(1):215–9. [PubMed: 12095531]

60. Cusido M, Fabregas R, Pere BS, Escayola C, Barri PN. Ovulation induction treatment and risk of borderline ovarian tumors. Gynecol Endocrinol. 2007; 23(7):373–6. [PubMed: 17701767]

Kurta et al. Page 13

**Table 1**

Demographic and reproductive characteristics of the total HOPE population.

| | Cases (902) | | Controls (1802) | | OR (95% CI)[a] | p-trend[b] |
|---|---|---|---|---|---|---|
| | N | % | N | % | | |
| Site | | | | | | --- |
| Buffalo | 251 | 27.8 | 476 | 26.4 | 1.0 (ref.) | |
| Cleveland | 294 | 32.6 | 628 | 34.9 | 0.89 (0.72, 1.09)[c] | |
| Pittsburgh | 357 | 39.6 | 698 | 38.7 | 0.97 (0.79, 1.18)[c] | |
| Age (in years) | | | | | | 0.01 |
| <30 | 13 | 1.4 | 24 | 1.3 | 1.0 (ref.) | |
| 30 < 40 | 47 | 5.2 | 108 | 6.0 | 0.80 (0.38, 1.71)[c] | |
| 40 < 50 | 164 | 18.2 | 393 | 21.8 | 0.77 (0.38, 1.55)[c] | |
| 50 < 60 | 276 | 30.6 | 569 | 31.6 | 0.90 (0.45, 1.79)[c] | |
| 60 < 70 | 211 | 23.4 | 403 | 22.4 | 0.97 (0.48, 1.94)[c] | |
| ≥70 | 191 | 21.2 | 305 | 16.9 | 1.16 (0.57, 2.33)[c] | |
| Race | | | | | | --- |
| White | 856 | 94.9 | 1,758 | 97.6 | 1.0 (ref.) | |
| Black | 35 | 3.9 | 29 | 1.6 | 2.48 (1.51, 4.08)[c] | |
| Other | 11 | 1.2 | 15 | 0.8 | 1.51 (0.69, 3.29)[c] | |
| Education | | | | | | --- |
| Non-high school graduate | 83 | 9.2 | 82 | 4.5 | 1.0 (ref.) | |
| High school graduate | 303 | 33.6 | 535 | 29.7 | 0.59 (0.42, 0.83)[d] | |
| Post-high school | 516 | 57.2 | 1,185 | 65.8 | 0.46 (0.33, 0.64)[d] | |
| Smoking Status | | | | | | --- |
| Never Smoker | 458 | 50.8 | 913 | 50.7 | 1.0 (ref.) | |
| Former Smoker | 286 | 31.7 | 545 | 30.2 | 1.02 (0.84, 1.22) | |
| Current Smoker | 158 | 17.5 | 344 | 19.1 | 0.86 (0.69, 1.08) | |
| Body Mass Index (in kg/m$^2$)[e] | | | | | | 0.08 |
| <25 | 300 | 33.3 | 671 | 37.2 | 1.0 (ref.) | |

*Cancer Epidemiol Biomarkers Prev.* Author manuscript; available in PMC 2013 August 01.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Kurta et al.  Page 14

| | Cases (902) | | Controls (1802) | | OR (95% CI) [a] | p-trend [b] |
|---|---|---|---|---|---|---|
| | N | % | N | % | | |
| 25 – 29.99 | 267 | 29.6 | 528 | 29.3 | 1.09 (0.89, 1.33) | |
| ≥30 | 334 | 37.0 | 602 | 33.4 | 1.18 (0.97, 1.43) | |
| Family History (1st degree) | | | | | | --- |
| No | 715 | 79.3 | 1,491 | 82.7 | 1.0 (ref.) | |
| Breast Cancer Only | 147 | 16.3 | 255 | 14.2 | 1.21 (0.96, 1.51) | |
| Ovarian Cancer Only | 32 | 3.5 | 44 | 2.4 | 1.51 (0.95, 2.42) | |
| Breast and Ovarian Cancers | 8 | 0.9 | 12 | 0.7 | 1.21 (0.48, 3.00) | |
| Age at Menarche (in years) | | | | | | 0.22 |
| <12 | 182 | 20.2 | 444 | 24.6 | 1.0 (ref.) | |
| 12 | 257 | 28.5 | 463 | 25.7 | 1.38 (1.09, 1.74) | |
| 13 | 243 | 26.9 | 484 | 26.9 | 1.26 (0.99, 1.59) | |
| ≥14 | 220 | 24.4 | 411 | 22.8 | 1.27 (1.00, 1.62) | |
| Menopausal Status | | | | | | --- |
| Premenopausal | 234 | 25.9 | 482 | 26.8 | 1.0 (ref.) | |
| Postmenopausal | 668 | 74.1 | 1,320 | 73.2 | 0.80 (0.63, 1.03) | |
| Oral Contraceptive Use (in months) [c] | | | | | | < 0.01 |
| Never | 367 | 40.7 | 531 | 29.5 | 1.0 (ref.) | |
| < 6 | 96 | 10.6 | 161 | 8.9 | 0.88 (0.65, 1.18) | |
| 6 < 24 | 135 | 15.0 | 282 | 15.6 | 0.69 (0.53, 0.89) | |
| 24 < 60 | 122 | 13.5 | 297 | 16.5 | 0.61 (0.47, 0.79) | |
| 60 < 120 | 123 | 13.6 | 299 | 16.6 | 0.63 (0.48, 0.82) | |
| ≥ 120 | 58 | 6.4 | 232 | 12.9 | 0.37 (0.27, 0.52) | |
| Hormone Replacement Therapy Use | | | | | | --- |
| Never | 543 | 60.2 | 1039 | 57.7 | 1.0 (ref.) | |
| Ever | 359 | 39.8 | 763 | 42.3 | 0.87 (0.73, 1.03) | |
| Number of Pregnancies | | | | | | < 0.01 |
| 0 | 167 | 18.5 | 167 | 9.3 | 1.0 (ref.) | |
| 1 | 114 | 12.6 | 188 | 10.4 | 0.57 (0.41, 0.78) | |
| 2 | 216 | 24.0 | 458 | 25.4 | 0.44 (0.33, 0.58) | |
| 3 | 167 | 18.5 | 426 | 23.6 | 0.36 (0.27, 0.47) | |

*Cancer Epidemiol Biomarkers Prev.* Author manuscript; available in PMC 2013 August 01.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

| | Cases (902) | | Controls (1802) | | OR (95% CI)[a] | p-trend [b] |
|---|---|---|---|---|---|---|
| | N | % | N | % | | |
| 4 | 112 | 12.4 | 284 | 15.8 | 0.34 (0.25, 0.46) | |
| ≥5 | 126 | 14.0 | 279 | 15.5 | 0.34 (0.25, 0.47) | |
| Number of Live Births | | | | | | |
| 0 | 213 | 23.6 | 230 | 12.8 | 1.0 (ref.) | <0.01 |
| 1 | 117 | 13.0 | 228 | 12.7 | 0.51 (0.38, 0.68) | |
| 2 | 263 | 29.2 | 593 | 32.9 | 0.45 (0.35, 0.57) | |
| 3 | 170 | 18.8 | 418 | 23.2 | 0.39 (0.30, 0.51) | |
| 4 | 73 | 8.1 | 190 | 10.5 | 0.32 (0.23, 0.45) | |
| ≥5 | 66 | 7.3 | 143 | 7.9 | 0.32 (0.22, 0.47) | |
| Duration of Breastfeeding (in months) | | | | | | |
| Never | 610 | 67.6 | 928 | 51.5 | 1.0 (ref.) | <0.01 |
| < 6 | 117 | 13.0 | 296 | 16.4 | 0.60 (0.47, 0.76) | |
| 6 < 12 | 66 | 7.3 | 199 | 11.0 | 0.54 (0.40, 0.72) | |
| ≥ 12 | 109 | 12.1 | 379 | 21.0 | 0.46 (0.36, 0.59) | |
| Perineal Talc Use | | | | | | |
| No | 653 | 72.4 | 1426 | 79.1 | 1.0 (ref.) | |
| Yes | 249 | 27.6 | 376 | 20.9 | 1.40 (1.16, 1.69) | --- |
| Tubal Ligation | | | | | | |
| No | 666 | 73.8 | 1162 | 64.5 | 1.0 (ref.) | |
| Yes | 201 | 22.3 | 616 | 34.2 | 0.55 (0.46, 0.67) | |
| Unknown | 35 | 3.9 | 24 | 1.3 | 2.66 (1.57, 4.53) | --- |
| Sought Medical Attention for Infertility | | | | | | |
| Never | 747 | 82.8 | 1512 | 83.9 | 1.0 (ref.) | |
| Ever | 155 | 17.2 | 290 | 16.1 | 1.15 (0.93, 1.43) | --- |

[a] Odds ratios and corresponding confidence intervals are adjusted for age (continuous), race (white, black, other), and education (non-high school graduate, high school graduate, post high-school), unless otherwise noted.

[b] P-trend values were obtained from logistic regression models by using continuous versions of these factors; all models were adjusted for age, race, and education with the exception of age, which was unadjusted.

[c] Unadjusted.

[d] Adjusted for age and race.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

[e] 1 case and 1 control were missing weight information.

[f] 1 case was missing oral contraceptive use information.

NIH-PA Author Manuscript

**Table 2**

Medical information, infertility causes, and ovarian cancer risk among HOPE participants seeking medical attention for infertility (N=445).

| | Cases (155) N | Cases (155) % | Controls (290) N | Controls (290) % | OR (95% CI) [a] |
|---|---|---|---|---|---|
| **Year Medical Attention was Sought** | | | | | |
| ≤1970 | 55 | 35.5 | 97 | 33.5 | 1.0 (ref.) |
| 1970≤1980 | 39 | 25.2 | 76 | 26.2 | 1.13 (0.55, 2.31) [b] |
| 1980≤1990 | 31 | 20.0 | 74 | 25.5 | 0.77 (0.31, 1.91) [b] |
| After 1990 | 30 | 19.3 | 43 | 14.8 | 1.09 (0.34, 3.47) [b] |
| **Age at Which Medical Attention was Sought (in years)** | | | | | |
| < 25 | 47 | 30.3 | 86 | 29.7 | 1.0 (ref.) |
| 25 < 30 | 52 | 33.5 | 110 | 37.9 | 0.94 (0.55, 1.61) [b] |
| 30 < 35 | 35 | 22.6 | 68 | 23.4 | 0.89 (0.48, 1.66) [b] |
| 35 < 40 | 17 | 11.0 | 18 | 6.2 | 2.00 (0.84, 4.75) [b] |
| ≥40 | 4 | 2.6 | 8 | 2.8 | 0.84 (0.21, 3.37) [b] |
| **Fertility Testing Done** | | | | | |
| None | 20 | 12.9 | 50 | 17.2 | 1.0 (ref.) |
| Partner | 12 | 7.7 | 17 | 5.9 | 1.41 (0.53, 3.75) |
| Self | 55 | 35.5 | 84 | 29.0 | 1.32 (0.66, 2.67) |
| Both | 68 | 43.9 | 139 | 47.9 | 0.92 (0.47, 1.81) |
| **Fertility Drug Use** | | | | | |
| Never | 105 | 67.7 | 192 | 66.2 | 1.0 (ref.) |
| Ever | 50 | 32.3 | 98 | 33.8 | 0.87 (0.54, 1.40) |
| **Type of Fertility Drug** | | | | | |
| Never | 105 | 67.7 | 192 | 66.2 | 1.0 (ref.) |
| Clomiphene Only | 28 | 18.1 | 55 | 19.0 | 0.87 (0.49, 1.56) [b] |
| Gonadotropin Only | 7 | 4.5 | 20 | 6.9 | 0.51 (0.20, 1.32) [b] |
| Gonadotropin + Clomiphene Only | 9 | 5.8 | 17 | 5.8 | 0.94 (0.37, 2.42) [b] |
| Other Only [c] | 6 | 3.9 | 6 | 2.1 | 1.87 (0.53, 6.65) [b] |

Kurta et al. Page 18

|  | Cases (155) | | Controls (290) | | OR (95% CI) [a] |
|---|---|---|---|---|---|
|  | N | % | N | % |  |
| Duration of Fertility Drug Use (in months) [d] |  |  |  |  |  |
| Never | 105 | 67.7 | 192 | 66.2 | 1.0 (ref.) |
| < 6 | 22 | 14.2 | 41 | 14.1 | 0.92 (0.48, 1.74) [b] |
| ≥6 | 27 | 17.4 | 57 | 19.7 | 0.75 (0.42, 1.34) b |
| Low Sperm Count [e] |  |  |  |  |  |
| No | 130 | 83.9 | 229 | 79.0 | 1.0 (ref.) |
| Yes | 25 | 16.1 | 55 | 19.0 | 0.68 (0.39, 1.18) [b] |
| Problems with ovaries (cysts) [e] |  |  |  |  |  |
| No | 141 | 91.0 | 264 | 91.0 | 1.0 (ref.) |
| Yes | 14 | 9.0 | 21 | 7.2 | 1.32 (0.61, 2.84) [b] |
| Ovulation Problems [e] |  |  |  |  |  |
| No | 144 | 92.9 | 248 | 85.5 | 1.0 (ref.) |
| Yes | 11 | 7.1 | 36 | 12.4 | 0.51 (0.24, 1.09) [b] |
| Tubal Problems [e] |  |  |  |  |  |
| No | 137 | 88.4 | 245 | 83.5 | 1.0 (ref.) |
| Yes | 18 | 11.6 | 40 | 13.8 | 0.62 (0.33, 1.18) [b] |
| Uterine Problems [e] |  |  |  |  |  |
| No | 147 | 94.8 | 274 | 94.5 | 1.0 (ref.) |
| Yes | 8 | 5.2 | 11 | 3.8 | 1.04 (0.38, 2.83) [b] |
| Menstrual Problems [c] |  |  |  |  |  |
| No | 146 | 94.2 | 254 | 87.6 | 1.0 (ref.) |
| Yes | 9 | 5.8 | 30 | 10.3 | 0.48 (0.20, 1.11) [b] |
| Endometriosis [e] |  |  |  |  |  |
| No | 141 | 91.0 | 259 | 89.3 | 1.0 (ref.) |
| Yes | 13 | 8.4 | 25 | 8.6 | 0.75 (0.35, 1.59) [b] |
| Cervical Problems [e] |  |  |  |  |  |
| No | 152 | 98.1 | 277 | 95.5 | 1.0 (ref.) |

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

| | Cases (155) | | Controls (290) | | OR (95% CI)[a],[b] |
|---|---|---|---|---|---|
| | N | % | N | % | |
| Yes | 3 | 1.9 | 8 | 2.8 | 0.53 (0.11, 2.59)[b] |
| Other Diagnosis[e] | | | | | |
| No | 126 | 81.3 | 240 | 82.8 | 1.0 (ref.) |
| Yes | 29 | 18.7 | 46 | 15.9 | 1.56 (0.87, 2.79)[b] |

[a] ORs and corresponding 95% CIs are adjusted for age, race, education, tubal ligation, age of menarche, duration of oral contraceptive use, number of live births, duration of breastfeeding, perineal talc use, and family history of breast/ovary cancers.

[b] Due to collinearity, family history of breast/ovarian cancer was omitted from the adjusted logistic regression model. These ORs and corresponding 95% CIs are adjusted for all other variables listed in [a].

[c] Includes the following fertility drugs: roloxifene, danazol, unknown hormone pills, bromocriptine, progesterone, and metformin.

[d] Duration of fertility drug use was missing for one case and was therefore not included in the logistic regression model; percentages correspond to the entire population of women who sought medical attention for problems getting pregnant.

[e] These variables exclude women who responded "don't know" when asked if they were diagnosed with a particular infertility problem and these women were also not included in logistic regression models. Percentages correspond to the entire population of women who sought medical attention for problems getting pregnant.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 3**

Ovarian cancer risk according to parity, gravidity, and fertility drug use in total HOPE population and separately among HOPE participants that sought medical attention for infertility.

| Parity | Gravidity | Fertility Drug Use | Cases (N=155) N(%) | Controls (N=290) | OR (95% CI) | Fertility Drug Use | Cases (N=902) | Controls (N=1802) | OR (95% CI) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Women Who Sought Medical Attention for Infertility | | | | Total HOPE Population | | |
| Parous | | No | 80 (51.6) | 156 (53.8) | 1.0 (ref.) | No | 666 (73.8) | 1493 (82.8) | 1.0 (ref.) |
| | | Yes | 23 (14.8) | 75 (25.9) | 0.57 (0.31, 1.05) [a] | Yes | 23 (2.6) | 79 (4.4) | 0.72 (0.44, 1.19) [a] |
| Nulliparous | Ever Pregnant | No | 8 (5.2) | 9 (3.1) | 1.0 (ref.) | No | 37 (4.1) | 52 (2.9) | 1.0 (ref.) |
| | | Yes | 9 (5.8) | 11 (3.8) | 0.47 (0.09, 2.53) [b] | Yes | 9 (1.0) | 11 (0.6) | 0.77 (0.26, 2.25) [d] |
| Nulliparous | Never Pregnant | No | 17 (11.0) | 27 (9.3) | 1.0 (ref.) | No | 149 (16.5) | 155 (8.6) | 1.0 (ref.) |
| | | Yes | 18 (11.6) | 12 (4.1) | 3.13 (1.01, 9.67) [c] | Yes | 18 (2.0) | 12 (0.7) | 1.52 (0.68, 3.41) [c] |

[a] Adjusted for: age, age of menarche, duration of OC use, perineal talc use, education, family history of breast/ovarian cancers, tubal ligation, race, duration of breastfeeding, and number of live births.

[b] Adjusted for: age, age of menarche, duration of OC use, and perineal talc use.

[c] Adjusted for: age, age of menarche, duration of OC use, perineal talc use, education, and family history of breast/ovarian cancers.

[d] Adjusted for: age, age of menarche, duration of OC use, perineal talc use, education, family history of breast/ovarian cancers, and tubal ligation.

[c] Adjusted for: age, age at menarche, duration of OC use, perineal talc use, education, and tubal ligation.

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript