# EXHIBIT B15
# Part 1

Personal Information

**Black n' Red**

| Date | Experiment | Pages |
|------|-----------|-------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 9/26/2017 | Prepareration | 38 |
| 9/26/2017 | Thawing cells | 39 |
| 9/29/2017 | Subculture cells | 39-40 |
| 10/6/2017 | Seeded cells | 40 |
| 10/7/2017 | Treat cells with Talc | 40 |
| 10/10/2017 | Collect cells&RNA extraction | 41-43 |
| 10/11/2017 | Run RT-PCR b-actin with  Standard&sample | 44-47 |
| 10/13/2017 | Run RT-PCR GSR with  Standard&sample | 48-49 |
| 10/16/2017 | Run RT-PCR iNOS with Standard&sample | 50-51 |
| 10/16/2017 | Run RT-PCR GPX1 with Standard&sample | 52-53 |
| 10/17/2017 | Run RT-PCR SOD3 with Standard&sample | 54-55 |
| 10/18/2018 | Run RT-PCR Catalase with Standard&samples | 56-57 |
| 10/18/2017 | Run RT-PCR MPO with Standard&sample | 58-59 |
| 10/19/2017 | Run RT-PCR GSTp1 with Standard&sample | 60-61 |
| 10/20/2017 | Talc EOC Poster | 62-63 |
| | | |

DEPOSITION
EXHIBIT 9
Saed
1-23-19 LF

PENGAD 800-631-6989

9/26/201?
— Cell lines

SKOV-3          ATCC
A2780           Sigma Aldrich, St. Lous. MO
TOV112          A kind gift from Gensheng Wu at Wayne. State Ur.

EL-1 /macrophages

Normal Ovarian epithelial   Cell Biologic. Chicago. IL

— Fetal bovine serum CFBS, Innovative Research. Novi, MI)
   Penicilin / streptomycin C Fisher Scientific)

— Talc (Fisher # T4-500   Lot # 166820)



28

Seeded Cells for PCR

.9/26/2017)

— Thawing Cells

Media

EL-1 (Macrophages)          IMDM C10%FBS, 1%PS, 1ml H-T, 2ul
Normal Ovarian Epithelial    Complete Human Epithelial Cell medium k
                             (Cell Biologics)
SKOV-3                       McCoy's 5A (10% FBS, 1%PS)
TOVII2                       Medium 199: MCDB 105 (1:1) + 10%FBS+b
A2780                        RPMI-1640 (10%FBS +1%PS)

75 cm² flask + 15 ml medium


9/29/2017)
— Subculture cells
※ Check under microscope cells are 70~80% full.
① Sork out old medium
② Wash with 10ml PBS
③ gently remove PBS
④ pipet trypsin - EDTA 2ml onto the washed Cells mondarger
   ※ Normal Ovarian Epithelial use trypsin from ScienCell
⑤ 37°C incubator 1~5 minutes (Skov-3 longer)
⑥ Check under microscope
⑦ Add fresh medium 8ml to inactive trypsin, Then mix
⑧ Take 2ml to a new 100mm dish
⑨ Add 8mL Fresh medium to 100mm dish
⑩ Incubate the cells

   ※ One time treat one cell in One Cell line.

10/3/2017

— Subculture Cells

    2mL Cells + 8mL medium     100 mm dish

    Cells doubled in one day


10/6/2017

— Subculture Cells

— Seeded Cells for talc treat
  $1 \times 10^6$ cells/dish    60mm dish   + 5mL medium


10/7/2017
— Treat cells with talc
  Prepare talc
  100 mg talc + 10mL DMSO ⟶ mix   10 mg/mL = $10^4$ µg/mL

—sterilization under UV light to avoid endotoxin and microbed Contamination


  $(\chi_1)(10^4 \text{ µg/mL}) = (5\text{mL})(20 \text{ µg/mL}) \longrightarrow \chi_1 = 10 \text{ µL}$
  $(\chi_2)(10^4 \text{ µg/mL}) = (5\text{mL})(100 \text{ µg/mL}) \longrightarrow \chi_2 = 50 \text{ µL}$
  $(\chi_3)(10^4 \text{ µg/mL}) = (5\text{mL})(1000 \text{ µg/mL}) \longrightarrow \chi_3 = 500 \text{ µL}$

10/10/2017
After 72 hours treatment

— Collect Cells

Put on gloves and spray with 70% ethanol          Cell Collection Protocol
Remove cell culture dish from incubator
Observe cells under microscope.
Move the dishes to your work bench, does not need to be done in the hood.
Collect media and place in labeled 15ml tube for freezing,
Add 10 ml PBS
Using a cell scraper, scrape the bottom of the dish and rotate it to ensure scraping of entire bottom
Using a 10ml pipet, remove the PBS and cell mixture and place into the 15ml conical centrifugation tube that corresponds to the dish, 1ml for RNA, 2ml for DNA,8 ml for protein assay.
Close and centrifuge all tubes, 5 minutes at 1800rpm (slower speed keeps cells from breaking). Place another paper towel by sink, dump PBS from all tubes into sink and place tubes upside down to drain them. Cells will be collected at the bottom. Place all tubes in Styrofoam holder and place in -80°C freezer.

— RNA Extraction
  RNeasy Mini Kit (Qiagen Cat # 74106) (go to pg 42, 43)

— Detect Concentration of RNA by Nanodrop
                                   (Thermo Fisher Scientific)
                                   . go pg 43 )

— cDNA Synthesis Via Reverse Transcription — VILO Kit
                                              Life Technology
                                              (go pg 43)

# RNA Extraction
RNeasy Mini Kit (Qiagen cat # 74106)

**Important Notes before starting:** <u>WORK IN THE HOOD</u>

- β-Mercaptoethanol (β-ME) can be added to Buffer RLT (lysis buffer) before use. β-ME is toxic; dispense in a fume hood and wear appropriate protective clothing. Add 10 µl β-ME per 1 ml Buffer RLT. Buffer RLT is stable for **one month** after addition of β-ME.
- Buffer RPE is supplied as a concentrate. Before using for the first time, add ethanol as indicated on the bottle. Be sure to **mark the lid with a X** to show that the working solution has been prepared.

**Buffer RWI and Buffer RLT are hazardous.**
- **Buffer RLT+ β-ME should be disposed of in the jar in the hood.**
- **Buffer RWI should be disposed of in the jar in the hood.**

Preparation of the Buffer RLT
- In a labeled 15ml centrifugation tube, add 10µl β-ME for every 1 ml Buffer RLT.

Preparation of your samples
1. Add 350 µl of the Buffer RLT + β-ME solution to each of your sample tubes.
   a. if you have a lot of cells, you will need to add 600 µl of Buffer RLT + β-ME solution to each tube ***also add equal volume of ethanol)
2. Add 350 µl of 70% ethanol to each tube and pipet to mix
3. Transfer the entire sample to its corresponding mini spin column
   a. Close columns and place them into the small centrifuge.
   b. Centrifuge the tubes for 15 seconds at 13,000 rpm
4. Dump the flow through into hazardous waste jar **in the hood**.
5. Add 700µl of the Buffer RW1 to the RNeasy column
   a. Centrifuge 15 seconds at 13,000 rpm
6. Dump the flow through into hazardous waste jar **in the hood**
7. Add 500µl of Buffer RPE onto each RNeasy column
   a. Centrifuge 15 seconds at 13,000 rpm
8. Dump the flow through into waste jar
9. Add 500µl Buffer RPE to each column again
   a. Centrifuge 2 minutes at 13,000 rpm to dry the silica gel membrane
10. Dump the flow through in waste jar, centrifuge for one minute more
11. Remove columns from collection tubes and place in corresponding 1.5ml centrifuge tube
12. Add 50µl of RNase-free water to each column, onto the center of the silica-gel membrane without touching the sides of the column (water dissolves RNA).
    a. Allow to stand for 1 minute
    b. Centrifuge columns for 1 minute at 13,000 rpm, <mark>LID MUST BE ON CENTRIFUGE</mark>
13. Collect flow through from the collection tube and place back into the column on the center of the membrane, allow to stand for 1 minute
    a. Centrifuge columns again for 1 minute at 13,000 rpm, <mark>LID MUST BE ON CENTRIFUGE</mark>
14. Remove and dispose of columns
15. Place your microcentrifuge tubes containing RNA on ice
    a. Detect concentration of RNA
    b. Good quality RNA has a A260/A280 of 2.0

<mark>NEED TO MEASURE RNA EACH TIME YOU GO TO MAKE cDNA</mark>

# cDNA Synthesis via Reverse Transcription

You will need:
Ice
Thaw, on ice:
  RNA
  VILO MasterMix
  RNase-free water

**You must detect the concentration of your RNA.** After doing this, you can calculate the volume needed to get for a 1 μg reaction.
  *i.e. – If your RNA concentration is 0.9 ug/ul then:*
  $(x \, ul)(0.9 \, ug/ul) = 1 \, ug$   *solve for x*

For a single reaction, combine the following components in a sterile PCR tube on ice.

|  | 1 μg RNA |
| --- | --- |
| **Component** | **Volume/reaction** |
| VILO MasterMix | 4 μl |
| Template RNA | Variable up to 1 μg |
| RNase-free Water | Variable |
| Total Volume: | 20 μl |

The total amount in each tube should equal **20 ul**, hence the variable volume of water.
- Add 4 ul VILO MasterMix to each tube, volume of RNA calculated, volume of water calculated, and gently mix.
- Place the tubes in a rack and the rack into a 25°C water bath for 10 minutes.
- Place the rack into a 42°C water bath for 60 minutes.
- Then, place racked tubes into 85°C water bath for 5 minutes to terminate the reaction.
- Place samples on ice for a few minutes.
- Centrifuge cDNA.
- Place into -80°C freezer for storage or continue on.

Do 0.2Mg Reaction

| Sample | Concentration ug/ul RNA | ul RNA for 0.2 ug in 1.5 ug rxn | ml Water |
| --- | --- | --- | --- |
| SKOV unt 72 hr | 0.0521 | 3.8 | 20.2 |
| SKOV talc 20ug/ml 72 hr | 0.0431 | 4.6 | 19.4 |
| A2780 unt 72 hr | 0.0976 | 2.0 | 22.0 |
| A2780 talc 20 ug/ml 72 hr | 0.1067 | 1.9 | 22.1 |
| EL1 72 hr | 0.0067 | 24.0 | 0.0 |
| EL1 talc 20ug/ml 72 hr | 0.0146 | 11.0 | 13.0 |
| SKOV talc 100ug/ml 72 hr | 0.086 | 2.3 | 21.7 |
| SKOV talc 1000ug/ml 72 hr | 0.0592 | 3.4 | 20.6 |
| A2780 talc100ug/ml 72 hr | 0.0289 | 6.9 | 17.1 |
| A2780 talc 1000ug/ml72 hr | 0.0335 | 6.0 | 18.0 |
| EL1 talc 100ug/ml 72 hr | 0.0104 | 15.5 | 8.5 |
| EL1 talc1000ug/ml 72 hr | 0.0128 | 12.6 | 11.4 |
| Normal OV Epi 72 hr | 0.0433 | 4.6 | 19.4 |
| Normal OV Epi talc 20ug/ml72 hr | 0.0385 | 5.2 | 18.8 |
| Normal Ov Epi talc 100ug/ml72 hr | 0.0357 | 5.6 | 18.4 |
| Normal Ov Epi talc 1000ug/ml72 hr | 0.0667 | 3.0 | 21.0 |

0.2ug RNA was
obtained from each
sample following dilution
as described by this
table

DNA (30ul) prepared

/12

10/11/2017      Real-time PCR for $\beta$-actin

   $\beta$-actin — Standard

— Standards come desiccated

• Reconstitute the standard using TE buffer
• The volume of TE buffer is on the product sheet
   ① You will add TE buffer such that the concentration will be $100 \mu M$
     • Mix well
   ② In a new 1.5mL microtube, add $5 \mu l$ of standard to each tube
     • Calculate the number of tubes needed by dividing the volume of
     TE buffer you added by 5
   ③ Put tubes into the concentrator machine for 2 minutes — Lids open
   ④ Close tubes, label the lid with the type of standard and date
     • The box should state that user add $500 \mu l$ of PCR water to get
     a standard that is $10^{11}$

— Serial Dilution of Standard (Place samples on ice after mixing)



Add amount of H₂O accordingly

5 ul | 10 ul | 10 ul | 10 ul | 10 ul | 10 ul | 10 ul | 10 ul

| 500 ul H₂O | 495 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O |

$10^{11}$   $10^{9}$   $10^{8}$   $10^{7}$   $10^{6}$   $10^{5}$   $10^{4}$   $10^{3}$   $10^{2}$

Original Tube

10 ul

40 ul H₂O

5x Dilution

Run β-actin with samples

— Do 25μl reaction



5μM
20X dilution
| Water | 9.5 μL |
| →Primer Forward | 1μL |
| →Primer Reverse | 1μl |
| SYBR Green | 12.5μl | → Radiant Green Lo-Rox |
| Sample (cDNA) | 1μL | qPCR Kit #QS1050 |

— Calculating Master mix for samples

20 samples × 3 (triplicated) + 1 blank = 61
61 × 1.1 extra = 71.3)

— Master mix calculation

Water = 9.5 × 71.3) = 678.015μL = 678μl
primer = 1 × 71.3) = 71.4μL
SYBR Green = 12.5 × 71.3) = 892.125 = 892.1

— Mix, then take 80.6μl of this mix ⟶ 1.5 mL tube /per sample
out  24×3×1.12 extra = 80.6 μl

— Add 3.4μl Sample to 1.5mL tube containing master mix
1 × 3 × 1.12 = 1.4 μL

— Mix well        add 25 μL ⟶ PCR tube
3 total per sample

β-actin   Gene   information

| Gene of Interest | B-actin | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 79 | bases | |
| Mass in Daltons | 2.41E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.00E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.00E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.00E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 610000000 | 12.29 | 8.8 |
| 61000000 | 13.15 | 7.8 |
| 6099999.5 | 16.12 | 6.8 |
| 610000 | 20.69 | 5.8 |
| 61000 | 24.74 | 4.8 |
| 6100 | 28.15 | 3.8 |
| 610 | 31.71 | 2.8 |

**Standard Curve**

$y = -0.2232x + 11.186$
$R^2 = 0.9925$

## Oligonucleotide primers and Cycling condition

| Accession Number | Gene | Sense (5'-3') | Antisense (3'-5') | Amplicon (bp) | Annealing Time (sec) and Temperature (°C) |
|---|---|---|---|---|---|
| NM_001101 | β-actin | ATGACTTAGTTGCGTTACAC | AATAAAGCCATGCCAATCTC | 79 | 10, 64 |
| NM_001752 | CAT | GGTTGAACAGATAGCCTTC | CGGTGAGTGTCAGGATAG | 105 | 10, 63 |
| NM_000637 | GSR | TCACCAAGTCCCATATAGAAATC | TGTGGCGATCAGGATGTG | 116 | 10, 63 |
| NM_000581 | GPX1 | GGACTACACCCAGATGAAC | TTCTCCTGATGCCCAAAC | 96 | 10, 61 |
| NM_000852 | GSTp1 | TACCAGTCCAATACCATC | GTAGATGAGGGAGATGTA | 138 | 10, 57 |
| NM_000250 | MPO | CACTTGTATCCTCTGGTTCTTCAT | TCTATATGCTTCTCACGCCTAGTA | 79 | 60, 63 |
| NM_000625 | NOS2 | GAGGACCACATCTACCAGGAGGAG | CCAGGCAGGCGGGAATAGG | 89 | 30, 59 |
| NM_003102 | SOD3 | GTGTTCCTGCCTGCTCCT | TCCGCCGAGTCAGAGTTG | 84 | 60, 64 |

An initial cycle was performed at 95°C followed by 35 cycles of denaturation at 95°C for 15 seconds, annealing temperature and time per the table, followed by extension cycle at 72°C for 30 seconds.

10/13/201̄7

# Run Real-time PCR – GSR with standard & samples

| Gene of Interest | GSR | Unit | Formula |
|---|---|---|---|
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| Length of entire | 103 | bases | |
| Mass in Daltons | 3.14E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 5.22E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 5.22E-14 | ug | = above / 10E-6 |
| Mass in ng | 5.22E-11 | ng/copy | = above x 10E3 |

Gene information

| Copy # | Ct | Log Copy # |
|---|---|---|
| 607000000 | 12.29 | 8.8 |
| 60700000 | 13.15 | 7.8 |
| 6070000 | 16.12 | 6.8 |
| 607000 | 20.69 | 5.8 |
| 60700 | 24.74 | 4.8 |
| 6070 | 28.15 | 3.8 |
| 607 | 31.71 | 2.8 |

**Standard Curve**

$y = -0.231x + 11.391$
$R^2 = 0.9951$

Standard Curve

## Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control | 4.46428128 | 4.252409179 | | | |
| | 4.040537078 | | | | |
| | 5.649374711 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 3.436513604 | -0.191866667 | 0.200031 | 0.122962 | 0.3818 |
| | 4.733285555 | 0.11308328 | | | |
| | 5.472758654 | 0.286978375 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 8.010433347 | 0.883740019 | 0.904084 | 0.028771 | 0.0493 |
| | 8.183455957 | 0.924428156 | | | |
| | 6.552998884 | 0.541008545 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 7.045842037 | 0.656905942 | 0.674378 | 0.02471 | 0.0633 |
| | 7.629372716 | 0.794129491 | | | |
| | 7.194442969 | 0.691851058 | | | |
| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| EL1 Control DMSO (5 ug/ml volume) | 57.54265341 | 56.14675379 | | | |
| | 56.08810465 | | | | |
| | 54.80950331 | | | | |
| EL1 20 ug/ml Talc | 94.65256367 | 0.685806521 | 0.619541 | 0.093714 | 0.05 |
| | 103.7557756 | 0.847938992 | | | |
| | 87.21138337 | 0.553275612 | | | |
| EL1 100 ug/ml Talc | 130.0248721 | 1.315803912 | 1.418008 | 0.144539 | 0.05 |
| | 117.4033866 | 1.09100934 | | | |
| | 141.5017433 | 1.520212368 | | | |
| EL1 1000 ug/ml Talc | 125 | 1.226308585 | 1.095698 | 0.133677 | 0.0042 |
| | 110 | 0.959151555 | | | |
| | 118 | 1.101635305 | | | |



| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 114.1745767 | 120.5460773 | | | |
| | 127.061285 | | | | |
| | 120.4023703 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 101.1965313 | 103.1239404 | | | |
| | 105.0513496 | | | | |
| | 74.08540446 | | | | |
| SKOV-3 20 ug/ml | 193.1882215 | 0.602608942 | 0.988734 | 0.138282 | 0.0825 |
| | 227.9470905 | 0.890954028 | | | |
| | 251.5211034 | 1.08651421 | | | |
| SKOV-3 100 ug/ml | 228.5877349 | 1.216631114 | 0.993998 | 0.146443 | 0.043 |
| | 216.3075686 | 1.09754949 | | | |
| | 194.9503956 | 0.890447502 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 8.767536762 | 8.745966216 | | | |
| | 12.50147198 | | | | |
| | 8.72439567 | | | | |
| SKOV-3 1000 ug/ml Talc | 18.23385621 | 1.084830396 | 1.063699 | 0.029884 | 0.0112 |
| | 11.80474342 | 0.349735768 | | | |
| | 17.86422909 | 1.042567813 | | | |

| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 140.1662906 | 131.4102463 | | | |
| | 133.6702915 | | | | |
| | 129.1502011 | | | | |
| A2780 Control for 100 ug/ml Talc | 59.80237268 | 58.6912448 | | | |
| | 59.17958401 | | | | |
| | 57.09177772 | | | | |
| A2780 20 ug/ml | 217.2079848 | 0.652899914 | 0.26082 | 0.068898 | 0.0766 |
| | 172.0867487 | 0.309538286 | | | |
| | 159.2825972 | 0.212101808 | | | |
| A2780 100 ug/ml | 96.49799078 | 0.644163301 | 0.546833 | 0.137646 | 0.1088 |
| | 85.07310653 | 0.449502508 | | | |
| | 114.628098 | 0.953069805 | | | |
| A2780 control for 1000 ug/ml Talc | 3.268388429 | 5.483649208 | | | |
| | 7.698909987 | | | | |
| | 0.370810318 | | | | |
| A2780 1000 ug/ml Talc | 5.048597924 | -0.079336089 | 0.282275 | 0.124705 | 0.5365 |
| | 6.547999324 | 0.194095223 | | | |
| | 7.515090464 | 0.370454269 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 72.41291598 | 72.18860045 | | | |
| | 71.52391916 | | | | |
| | 72.62896621 | | | | |
| TOV112 20 ug/ml Talc | 155.3169283 | 1.151543697 | 1.051945 | 0.108838 | 0.0035 |
| | 139.7405248 | 0.935769968 | | | |
| | 149.3235813 | 1.068520242 | | | |
| TOV112 control for 100 talc | 5.996678626 | 7.837259573 | | | |
| | 7.53579081 | | | | |
| | 9.979309283 | | | | |
| TOV112 100 ug/ml Talc | 10.08078007 | 0.286263391 | 0.203338 | 0.117274 | 0.4114 |
| | 8.78096925 | 0.120413222 | | | |
| | 7.925913775 | 0.011311888 | | | |
| TOV112 Control for 1000 tov | 7.753431026 | 7.785682592 | | | |
| | 7.825356753 | | | | |
| | 7.778259997 | | | | |
| TOV112D 1000 Talc 48 hr | 14.05672982 | 0.805458886 | 0.806772 | 0.001857 | 0.0026 |
| | 14.07717885 | 0.808085378 | | | |

10/16/201

Run Real-time PCR — iNOS with Standard & Samples

## Gene information

| Gene of Interest | iNOS | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 89 | bases | |
| Mass in Daltons | 2.72E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.51E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.51E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.51E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 61500000 | 12.29 | 7.8 |
| 6150000 | 13.15 | 6.8 |
| 615000 | 16.12 | 5.8 |
| 61500 | 20.69 | 4.8 |
| 6150 | 24.74 | 3.8 |
| 615 | 28.15 | 2.8 |

**Standard Curve**

$y = -0.3109x + 11.521$
$R^2 = 0.9966$



Standard Curve

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.024815 | 0.023762852 | | | |
| | 0.241742 | | | | |
| | 0.022711 | | | | |
| Normal Ov Epithelial -Control for 20 100 | 0.126806 | 0.183761711 | | | |
| | 0.093339 | | | | |
| | 0.240718 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.119802 | 4.041569265 | 2.018802 | 0.095183 | 0.0351 |
| | 0.070136 | 1.951497602 | | | |
| | 0.073335 | 2.086107216 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 0.234882 | 0.278189205 | 0.191452 | 0.122665 | ns |
| | 0.152123 | -0.172171608 | | | |
| | 0.203004 | 0.10471476 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.0606 | 1.550198328 | 1.677861 | 0.180542 | 0.065 |
| | 0.076926 | 2.237232983 | | | |
| | 0.066667 | 1.805523796 | | | |
| EL-1  Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| EL1 Control DMSO for 20 ug/ml | 0.031913 | 0.032005997 | | | |
| | 0.033565 | | | | |
| | 0.032099 | | | | |
| EL1 Control DMSO for 100 ug/ml | 0.092988 | 0.109375796 | | | |
| | 0.131096 | | | | |
| | 0.125764 | | | | |
| EL1 20 ug/ml Talc | 0.041749 | 0.304399045 | 0.395871 | 0.129361 | 0.11 |
| | 0.047604 | 0.487343726 | | | |
| | 0.164327 | 4.134252728 | | | |
| EL1 100 ug/ml Talc | 0.392141 | 2.585260966 | 2.702807 | 0.166235 | 0.0135 |
| | 0.417854 | 2.820352453 | | | |
| | 0.029852 | -0.72706732 | | | |
| EL-1 1000 control | 0.867264 | 0.946591901 | | | |
| | 0.881998 | | | | |
| | 1.02592 | | | | |
| EL-1 1000 ug/ml Talc | 3.243944 | 2.426971659 | 2.382584 | 0.062774 | 0.0135 |
| | 3.159909 | 2.338196032 | | | |



| SKOV-3  Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 0.018948 | 0.01936476 | | | |
| | 0.015705 | | | | |
| | 0.019781 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 0.013424 | 0.011345283 | | | |
| | 0.015051 | | | | |
| | 0.009267 | | | | |
| SKOV-3 20 ug/ml | 0.047144 | 1.434516565 | 1.52669 | 0.130353 | 0.0294 |
| | 0.050714 | 1.618863155 | | | |
| | 0.144431 | 6.458419298 | | | |
| SKOV-3 100 ug/ml | 0.06 | 4.288541523 | 4.949609 | 0.31163 | 0.05 |
| | 0.065 | 4.729253316 | | | |
| | 0.07 | 5.16996511 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 1.369745 | 1.01247397 | | | |
| | 1.137957 | | | | |
| | 0.655203 | | | | |
| SKOV-3 1000 ug/ml Talc | 2.310336 | 1.281871867 | 2.117303 | 0.003559 | 0.0396 |
| | 3.15364 | 2.114786159 | | | |
| | 3.158736 | 2.119819883 | | | |
| A2780  Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 0.094243 | 0.079147127 | | | |
| | 0.068008 | | | | |
| | 0.064051 | | | | |
| A2780 Control for 100 ug/ml Talc | 0.053171 | 0.051076582 | | | |
| | 0.048683 | | | | |
| | 0.048982 | | | | |
| A2780 20 ug/ml | 0.112398 | 0.420119005 | 0.424255 | 0.005849 | 0.0629 |
| | 0.118215 | 0.493609261 | | | |
| | 0.113053 | 0.428390528 | | | |
| A2780 100 ug/ml | 0.209538 | 3.102432407 | 3.368828 | 0.37674 | 0.05 |
| | 0.180167 | 2.527397018 | | | |
| | 0.236751 | 3.635223784 | | | |
| A2780 control for 1000 ug/ml Talc | 4.549583 | 4.548883598 | | | |
| | 3.933995 | | | | |
| | 4.548184 | | | | |
| A2780 1000 ug/ml Talc | 6.369001 | 0.400123916 | 0.40196 | 0.002597 | 0.0032 |
| | 6.385709 | 0.403796873 | | | |
| | 6.86353 | 0.508838338 | | | |
| TOV112  Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 0.058522 | 0.052902734 | | | |
| | 0.058744 | | | | |
| | 0.047283 | | | | |
| TOV112 Control 1000 volume | 0.062537 | 0.064595234 | | | |
| | 0.068004 | | | | |
| | 0.063245 | | | | |
| TOV112 20 ug/ml Talc | 0.159626 | 2.017356105 | 1.854482 | 0.054431 | 0.0133 |
| | 0.148974 | 1.815992924 | | | |
| | 0.153046 | 1.892970354 | | | |
| TOV112 100 ug/ml Talc | 0.064349 | 0.216369215 | 0.222484 | 0.008648 | 0.0224 |
| | 0.064996 | 0.228599616 | | | |
| | 0.046148 | -0.127677239 | | | |
| TOV112 Control for 1000 | 0.053966 | 0.05318876 | | | |
| | 0.04459 | | | | |
| | 0.06101 | | | | |
| TOV112D 1000 ug/ml  Talc | 0.078515 | 0.476157328 | 0.947326 | 0.121924 | 0.1077 |
| | 0.09899 | 0.861112589 | | | |
| | 0.108161 | 1.03353966 | | | |

10/16/20?] Run RT-PCR — GPX with standard & samples

| Gene of Interest | GPX | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 96 | bases | |
| Mass in Daltons | 2.93E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.86E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.86E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.86E-11 | ng/copy | = above x 10E3 |

Gene information

| Copy # | Ct | Log Copy # |
|---|---|---|
| 609000000 | 12.29 | 8.8 |
| 60900000 | 13.15 | 7.8 |
| 6090000 | 16.12 | 6.8 |
| 609000 | 20.69 | 5.8 |
| 60900 | 24.74 | 4.8 |
| 6090 | 28.15 | 3.8 |
| 609 | 31.71 | 2.8 |



Standard Curve

$y = -0.2839x + 11.741$
$R^2 = 0.9824$

Standard Curve

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| | | | | | |
| Normal Ov Epithelial -Control for 1000 | 10.44452 | 12.39509 | | | |
| | 12.94154 | | | | |
| | 13.79921 | | | | |
| | | | | | |
| Normal Ov Epithelial -Control for 20 100 | 12.52692 | 12.89282 | | | |
| | 13.25873 | | | | |
| | 18.81577 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 25.05152 | 0.943059 | 0.640542 | 0.059069 | 0.0694 |
| | 21.68973 | 0.682311 | | | |
| | 20.61271 | 0.598774 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 24.93692 | 0.93417 | 0.902286 | 0.045092 | 0.0425 |
| | 24.11475 | 0.870401 | | | |
| | 21.4644 | 0.664833 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 16.43495 | 0.325924 | 0.194533 | 0.042818 | 0.325 |
| | 15.18163 | 0.22481 | | | |
| | 14.43106 | 0.164256 | | | |
| | | | | | |
| | | | | | |
| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| EL1 Control DMSO for 20 ug/ml | 26.43411 | 25.98751 | | | |
| | 24.94745 | | | | |
| | 26.58098 | | | | |
| EL1 Control DMSO for 100/1000 ug/ml | 26.2594 | 26.26166 | | | |
| | 26.03356 | | | | |
| | 26.26393 | | | | |
| EL1 20 ug/ml Talc | 66.79229 | 1.570168 | 1.644264 | 0.104787 | 0.0394 |
| | 70.6434 | 1.718359 | | | |
| | 77.07548 | 1.965866 | | | |
| EL1 100 ug/ml Talc | 36.51237 | 0.39033 | 0.345133 | 0.063918 | 0.0742 |
| | 46.80624 | 0.782303 | | | |
| | 34.13847 | 0.299935 | | | |
| EL1 1000 regular | 28.5 | 0.085232 | 0.075712 | 0.013463 | 0.0414 |
| | 28 | 0.066193 | | | |
| | 27 | 0.028115 | | | |



| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 6.817514 | 7.415123 | | | |
| | 7.716939 | | | | |
| | 7.710917 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 8.439988 | 8.412195 | | | |
| | 8.384401 | | | | |
| | 8.053921 | | | | |
| SKOV-3 20 ug/ml | 32.91981 | 3.439549 | 4.783855 | 0.421067 | 0.0315 |
| | 40.68022 | 4.486115 | | | |
| | 45.09577 | 5.081594 | | | |
| SKOV-3 100 ug/ml | 55.1 | 5.550015 | 5.555959 | 0.008406 | 0.0207 |
| | 52.1 | 5.19339 | | | |
| | 55.3 | 5.561902 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 54.53351 | 52.15021 | | | |
| | 49.76691 | | | | |
| | 39.85461 | | | | |
| SKOV-3 1000 ug/ml Talc | 35.33473 | -0.32244 | 0.070767 | 0.000524 | ns |
| | 55.82142 | 0.070397 | | | |
| | 55.86005 | 0.071138 | | | |
| | | | | | |
| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 19.61021 | 20.77316 | | | |
| | 21.9361 | | | | |
| | 16.44827 | | | | |
| A2780 Control for 100 ug/ml Talc | 8.250935 | 8.317047 | | | |
| | 8.383159 | | | | |
| | 6.165789 | | | | |
| A2780 20 ug/ml | 23.21169 | 1.790857 | 1.854858 | 0.090511 | 0.0192 |
| | 24.27628 | 1.918858 | | | |
| | 21.72254 | 1.611809 | | | |
| A2780 100 ug/ml | 10.74368 | 0.291767 | 0.307519 | 0.022277 | 0.0162 |
| | 11.00571 | 0.323272 | | | |
| | 12.73299 | 0.530951 | | | |
| A2780 control for 1000 ug/ml Talc | 0.33411 | 0.215358 | | | |
| | 0.223734 | | | | |
| | 0.206982 | | | | |
| A2780 1000 ug/ml Talc | 0.368504 | 0.711124 | 1.047611 | 0.475865 | 0.291 |
| | 0.513434 | 1.384098 | | | |
| | 0.0282 | -0.86906 | | | |
| | | | | | |
| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 15.60499 | 15.52105 | | | |
| | 16.04456 | | | | |
| | 15.43712 | | | | |
| TOV112 Control 100 talc | 5.87752 | 15.09463 | | | |
| | 14.00668 | | | | |
| | 16.18258 | | | | |
| TOV112 20 ug/ml Talc | 73.71172 | 3.749145 | 3.552248 | 0.278454 | 0.01 |
| | 67.59964 | 3.355352 | | | |
| | 59.39598 | 2.826801 | | | |
| TOV112 100 ug/ml Talc | 22.41454 | 0.484934 | 0.453197 | 0.044883 | 0.0465 |
| | 21.45642 | 0.42146 | | | |
| | 19.28461 | 0.27758 | | | |
| TOV112 Control for 1000ug/ml Talc | 4.893757 | 7.868342 | | | |
| | 7.055626 | | | | |
| | 8.681058 | | | | |
| TOV112D 1000 Talc | 14.70037 | 0.868293 | 0.56558 | 0.030965 | 0.1387 |
| | 12.49081 | 0.587476 | | | |

10/17/2017   Run RT-PCR — SOD₃ with standard & samples

## Gene information

| Gene of Interest | SOD3 | | |
|---|---|---|---|
| | | Unit | |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 85 | bases | |
| Mass in Daltons | 2.59E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.31E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.31E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.31E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 610000000 | 12.29 | 8.8 |
| 67000000 | 13.15 | 7.8 |
| 6099999.5 | 16.12 | 6.8 |
| 610000 | 20.69 | 5.8 |
| 61000 | 24.74 | 4.8 |
| 6100 | 28.15 | 3.8 |
| 610 | 31.71 | 2.8 |

**Standard Curve**

$y = -0.2754x + 10.326$
$R^2 = 0.9986$

Standard Curve

## Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.069583 | 0.060875247 | | | |
| | 0.102165 | | | | |
| | 0.052168 | | | | |
| | | | | | |
| Normal Ov Epithelial -Control for 200 500 | 1.025561 | 0.635120216 | | | |
| | 0.679916 | | | | |
| | 0.590325 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.749187 | 0.17959921 | 0.179165 | 0.000614 | 0.2374 |
| | 0.748636 | 0.178730864 | | | |
| | 0.803527 | 0.265158094 | | | |
| Normal Ov Epithelial  100 ug/ml Talc | 3.517144 | 4.537760335 | 2.831552 | 0.347194 | 0.05 |
| | 2.277572 | 2.586048719 | | | |
| | 2.589421 | 3.077055842 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.082194 | 0.350206214 | 0.4135 | 0.089512 | 0.05 |
| | 0.116134 | 0.907744026 | | | |
| | 0.0899 | 0.476794623 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| EL1 Control DMSO for 20 ug/ml | 0.018405 | 0.01823182 | | | |
| | 0.017237 | | | | |
| | 0.019054 | | | | |
| EL1 Control DMSO for 100/1000 ug/ml | 0.110426 | 0.118911669 | | | |
| | 0.085674 | | | | |
| | 0.127398 | | | | |
| EL1 20 ug/ml Talc | 0.038627 | 1.118643876 | 1.137817 | 0.027115 | 0.0021 |
| | 0.0348 | 0.908736299 | | | |
| | 0.039326 | 1.156990307 | | | |
| EL1 100 ug/ml Talc | 0.254701 | 1.141934765 | 1.411269 | 0.380896 | 0.0887 |
| | 0.318755 | 1.680603474 | | | |
| | 0.380953 | 2.203659803 | | | |
| EL1 1000 ug/ml Talc | 0.26 | 1.186496936 | 1.147252 | 0.042327 | 0.0629 |
| | 0.25 | 1.1024009 | | | |
| | 0.256 | 1.152858521 | | | |

Talc Treatment (ug/ml, 72 hours)

| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 0.006913 | 0.010297182 | | | |
| | 0.013535 | | | | |
| | 0.010443 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 0.012234 | 0.011557716 | | | |
| | 0.010882 | | | | |
| | 0.050575 | | | | |
| SKOV-3 20 ug/ml | 0.019103 | 0.652865731 | 0.551015 | 0.144039 | 0.05 |
| | 0.016749 | 0.449164129 | | | |
| | 0.022063 | 0.908963284 | | | |
| SKOV-3 100 ug/ml | 0.038926 | 2.367972796 | 2.626045 | 0.364969 | 0.05 |
| | 0.044892 | 2.884116792 | | | |
| | 0.026396 | 1.283859584 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 0.208612 | 0.1401244 | | | |
| | 0.151128 | | | | |
| | 0.129121 | | | | |
| SKOV-3 1000 ug/ml Talc | 0.244017 | 0.741431658 | 0.770192 | 0.040674 | 0.04 |
| | 0.23448 | 0.673367285 | | | |
| | 0.252077 | 0.798953236 | | | |

| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 0.029232 | 0.021280566 | | | |
| | 0.028951 | | | | |
| | 0.021281 | | | | |
| A2780 Control for 100 ug/ml Talc | 0.039562 | 0.027201344 | | | |
| | 0.026435 | | | | |
| | 0.027968 | | | | |
| A2780 20 ug/ml | 0.028102 | 0.320560377 | 0.133381 | 0.055191 | 0.187 |
| | 0.024949 | 0.172406621 | | | |
| | 0.023288 | 0.09435509 | | | |
| A2780 100 ug/ml | 0.046663 | 0.715466188 | 0.584546 | 0.18515 | 0.1692 |
| | 0.039541 | 0.453625014 | | | |
| | 0.058702 | 1.15805571 | | | |
| A2780 control for 1000 ug/ml Talc | 0.052637 | 0.099050365 | | | |
| | 0.098587 | | | | |
| | 0.099513 | | | | |
| A2780 1000 ug/ml Talc | 0.178792 | 0.805058554 | 0.696194 | 0.153958 | 0.1029 |
| | 0.157225 | 0.587328489 | | | |
| | 0.068449 | -0.308951611 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 0.030712 | 0.030110321 | | | |
| | 0.043831 | | | | |
| | 0.029509 | | | | |
| TOV112 Control 100 talc | 0.016775 | 0.014654626 | | | |
| | 0.016117 | | | | |
| | 0.011072 | | | | |
| TOV112 20 ug/ml Talc | 0.03435 | 1.343995658 | 0.77735 | 0.209132 | 0.1204 |
| | 0.028214 | 0.925229068 | | | |
| | 0.023879 | 0.629471258 | | | |
| TOV112 100 ug/ml Talc | 0.014484 | -0.011613672 | 0.011113 | 0.032141 | ns |
| | 0.015151 | 0.033840165 | | | |
| | 0.018271 | 0.246757232 | | | |
| TOV112 Control for 1000ug/ml Talc | 0.031325 | 0.028505848 | | | |
| | 0.025687 | | | | |
| | 0.068399 | | | | |
| TOV112D 1000 Talc | 0.106165 | 2.724327168 | 2.490101 | 0.331245 | 0.05 |
| | 0.47479 | 15.65588928 | | | |

A.A.

10/18/2017   Run RT-PCR   CAT with standard & samples



| Gene of Interest | CAT | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 105 | bases | |
| Mass in Daltons | 3.21E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 5.32E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 5.32E-14 | ug | = above / 10E-6 |
| Mass in ng | 5.32E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 606000000 | 12.29 | 8.8 |
| 60600000 | 13.15 | 7.8 |
| 6060000.5 | 16.12 | 6.8 |
| 606000 | 20.69 | 5.8 |
| 60600 | 24.74 | 4.8 |
| 6060 | 28.15 | 3.8 |
| 606 | 31.71 | 2.8 |

**Standard Curve**

$y = -0.2349x + 11.282$
$R^2 = 0.9913$

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.255112 | 0.277963 | | | |
| | 0.300814 | | | | |
| | | | | | |
| Normal Ov Epithelial -Control for 200 500 | 0.275147 | 0.196178 | | | |
| | 0.264911 | | | | |
| | 0.196178 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.23504 | 0.198092 | 0.266425 | 0.096638 | 0.161 |
| | 0.162371 | -0.17233 | | | |
| | 0.261851 | 0.334759 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 0.629433 | 2.208474 | 2.006022 | 0.28631 | 0.05 |
| | 0.139599 | -0.28841 | | | |
| | 0.55 | 1.80357 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.263472 | -0.05213 | 0.197083 | 0.057972 | 0.1312 |
| | 0.32135 | 0.15609 | | | |
| | 0.344139 | 0.238076 | | | |
| | | | | | |
| | | | | | |
| EL-1  Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
| EL1 Control DMSO for 20 ug/ml | 29.20198 | 28.39182 | | | |
| | 22.84908 | | | | |
| | 27.58165 | | | | |
| EL1 Control DMSO for 100/1000 ug/ml | 31.24367 | 30.90921 | | | |
| | 30.57474 | | | | |
| | 33.16323 | | | | |
| EL1 20 ug/ml Talc | 25.06856 | -0.11705 | 0.51189 | 0.047031 | 0.0765 |
| | 41.98112 | 0.478634 | | | |
| | 43.86952 | 0.545146 | | | |
| EL1 100 ug/ml Talc | 20.73672 | -0.32911 | -0.33013 | 0.001441 | 0.0189 |
| | 17.25388 | -0.44179 | | | |
| | 20.67373 | -0.33115 | | | |
| EL1 1000 ug/ml Talc | 21 | -0.32059 | -0.31897 | 0.002288 | 0.0189 |
| | 21.1 | -0.31736 | | | |
| | 22 | -0.28824 | | | |



Talc Treatment (µg/ml, 72 hours)

| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 2.474985 | 3.537794 | | | |
| | 3.399213 | | | | |
| | 3.676375 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 5.576323 | 5.393164 | | | |
| | 5.152521 | | | | |
| | 5.450649 | | | | |
| SKOV-3 20 ug/ml | 9.01118 | 1.547119 | 1.34984 | 0.017963 | 0.0245 |
| | 8.358183 | 1.362541 | | | |
| | 8.268313 | 1.337138 | | | |
| SKOV-3 100 ug/ml | 8.554721 | 0.586215 | 0.705385 | 0.035231 | 0.0462 |
| | 9.331777 | 0.730297 | | | |
| | 9.063065 | 0.680473 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 14.71117 | 14.67545 | | | |
| | 14.63973 | | | | |
| | 13.97333 | | | | |
| SKOV-3 1000 ug/ml Talc | 15.39131 | 0.048779 | 0.347002 | 0.167419 | 0.2053 |
| | 21.50518 | 0.465385 | | | |
| | 18.03053 | 0.228619 | | | |
| | | | | | |
| | | | | | |
| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 6.448358 | 5.673473 | | | |
| | 5.853449 | | | | |
| | 5.493497 | | | | |
| A2780 Control for 100 ug/ml Talc | 4.163294 | 3.876415 | | | |
| | 3.989297 | | | | |
| | 3.763532 | | | | |
| A2780 20 ug/ml | 7.589043 | 0.337636 | 0.121263 | 0.021465 | 0.2349 |
| | 6.275344 | 0.106085 | | | |
| | 6.447571 | 0.136442 | | | |
| A2780 100 ug/ml | 5.154843 | 0.329797 | 0.337465 | 0.010844 | 0.0691 |
| | 5.979143 | 0.542442 | | | |
| | 5.214293 | 0.345133 | | | |
| A2780 control for 1000 ug/ml Talc | 9.973024 | 9.842133 | | | |
| | 11.24123 | | | | |
| | 8.312149 | | | | |
| A2780 1000 ug/ml Talc | 11.69434 | 0.188192 | 0.230282 | 0.059524 | ns |
| | 12.52286 | 0.272372 | | | |
| | 16.00005 | 0.625669 | | | |
| | | | | | |
| | | | | | |
| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 3.382153 | 3.406415 | | | |
| | 3.150577 | | | | |
| | 3.686515 | | | | |
| TOV112 Control 100 talc | 0.838564 | 3.664997 | | | |
| | 3.735731 | | | | |
| | 3.594263 | | | | |
| TOV112 20 ug/ml Talc | 8.42336 | 1.472793 | 1.408291 | 0.091219 | 0.0134 |
| | 7.983921 | 1.34379 | | | |
| | 9.243696 | 1.713614 | | | |
| TOV112 100 ug/ml Talc | 2.319637 | 0.291634 | 0.528072 | 0.058693 | 0.0419 |
| | 2.818786 | 0.569574 | | | |
| | 2.66972 | 0.48657 | | | |
| TOV112 Control for 1000ug/ml Talc | 1.807987 | 1.795893 | | | |
| | 1.783799 | | | | |
| | 2.391376 | | | | |
| TOV112D 1000 Talc | 2.186972 | 0.217763 | 0.189448 | 0.040043 | 0.0722 |
| | 2.085271 | 0.161133 | | | |
| | 1.779704 | -0.00901 | | | |

10/18/201    Run RT-PCR   MPO   with   Standard & samples

| Gene of Interest | MPO | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| Length of entire | 79 | bases | |
| Mass in Daltons | 2.41E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.00E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.00E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.00E-11 | ng/copy | = above x 10E3 |

Gene information

| Copy # | Ct | Log Copy # |
|---|---|---|
| 60900000 | 12.29 | 7.8 |
| 6090000 | 13.15 | 6.8 |
| 609000 | 16.12 | 5.8 |
| 60900 | 20.69 | 4.8 |
| 6090 | 24.74 | 3.8 |
| 609 | 28.15 | 2.8 |

**Standard Curve**

$y = -0.2662x + 11.196$
$R^2 = 0.9947$

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.003502 | 0.003044 | | | |
| | 0.00298 | | | | |
| | 0.003108 | | | | |
| Normal Ov Epithelial -Control for 200 500 | 0.003502 | 0.003044 | | | |
| | 0.00298 | | | | |
| | 0.003108 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.006317 | 1.075409 | 1.206998 | 0.186096 | 0.05 |
| | 0.007118 | 1.338587 | | | |
| | 0.009902 | 2.253146 | | | |
| Normal Ov Epithelial  100 ug/ml Talc | 0.006142 | 1.017918 | 0.962795 | 0.077956 | ns |
| | 0.007321 | 1.405213 | | | |
| | 0.005807 | 0.907672 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.006317 | 1.075409 | 1.206998 | 0.186096 | 0.05 |
| | 0.007118 | 1.338587 | | | |
| | 0.009902 | 2.253146 | | | |
| | | | | | |
| | | | | | |
| EL-1  Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
| EL1 Control DMSO (5 ug/ml volume) | 0.026276 | 0.025624 | | | |
| | 0.024419 | | | | |
| | 0.026177 | | | | |
| EL1 20 ug/ml Talc | 0.035331 | 0.37884 | 0.257395 | 0.044953 | 0.0242 |
| | 0.033034 | 0.289182 | | | |
| | 0.031405 | 0.225609 | | | |
| EL1 100 ug/ml Talc | 0.05 | 0.951307 | 1.244003 | 0.137978 | 0.0101 |
| | 0.055 | 1.146437 | | | |
| | 0.06 | 1.341568 | | | |
| EL-1 1000 control | 0.00479 | 0.004725 | | | |
| | 0.004184 | | | | |
| | 0.005202 | | | | |
| EL-1 1000 ug/ml Talc | 0.011248 | 1.380253 | 1.032749 | 0.491445 | 0.1629 |
| | 0.003024 | -0.36008 | | | |
| | 0.007964 | 0.685245 | | | |

MPO Expression (Fold Change as Compared to Control) — y-axis (0.0 to 5.0)
Talc Treatment (ug/ml, 72 hours) — x-axis (20, 100, 1000)
Legend: Ovarian (SKOV-3), Ovarian Cancer (A2780), Ovarian Cancer (TOV-112D)

| SKOV-3  Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 0.022406 | 0.021915 | | | |
| | 0.021424 | | | | |
| | 0.029877 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 0.025145 | 0.016548 | | | |
| | 0.014775 | | | | |
| | 0.018321 | | | | |
| SKOV-3 20 ug/ml | 0.027 | 0.631639 | 0.571208 | 0.060431 | 0.1817 |
| | 0.025 | 0.510777 | | | |
| | 0.026 | 0.571208 | | | |
| SKOV-3 100 ug/ml | 0.045764 | 1.765596 | 1.897412 | 0.186416 | 0.0083 |
| | 0.050127 | 2.029228 | | | |
| | 0.028656 | 0.731711 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 0.001542 | 0.001052 | | | |
| | 0.001059 | | | | |
| | 0.001044 | | | | |
| SKOV-3 1000 ug/ml Talc | 0.001403 | 0.333859 | 2.211632 | 0.136334 | 0.008 |
| | 0.003276 | 2.115229 | | | |
| | 0.003479 | 2.308034 | | | |
| A2780  Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 0.0108 | 0.01085 | | | |
| | 0.02 | | | | |
| | 0.0109 | | | | |
| A2780 Control for 100 ug/ml Talc | 0.063463 | 0.075407 | | | |
| | 0.072816 | | | | |
| | 0.089943 | | | | |
| A2780 20 ug/ml | 0.028626 | 1.638359 | 1.624942 | 0.018975 | 0.05 |
| | 0.026093 | 1.40486 | | | |
| | 0.028335 | 1.611525 | | | |
| A2780 100 ug/ml | 0.064579 | 4.951951 | 5.130818 | 0.252956 | 0.05 |
| | 0.056682 | 4.224148 | | | |
| | 0.06846 | 5.309685 | | | |
| A2780 control for 1000 ug/ml Talc | 0.004955 | 0.004432 | | | |
| | 0.004108 | | | | |
| | 0.004233 | | | | |
| A2780 1000 ug/ml Talc | 0.004912 | 0.108294 | 0.129488 | 0.029972 | 0.5279 |
| | 0.005751 | 0.297523 | | | |
| | 0.0051 | 0.150681 | | | |
| | | | | | |
| TOV112 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 0.088068 | 0.075135 | | | |
| | 0.070801 | | | | |
| | 0.066536 | | | | |
| TOV112 Control 100 talc | 0.10722 | 0.108482 | | | |
| | 0.097003 | | | | |
| | 0.121222 | | | | |
| TOV112 20 ug/ml Talc | 0.042682 | 5.583981 | 4.748687 | 0.092276 | 0.05 |
| | 0.036844 | 4.683438 | | | |
| | 0.03769 | 4.813937 | | | |
| TOV112 100 ug/ml Talc | 0.019449 | 2.000104 | 1.742775 | 0.075626 | 0.05 |
| | 0.017434 | 1.689299 | | | |
| | 0.018127 | 1.79625 | | | |
| TOV112 Control for 1000ug/ml Talc | 0.008193 | 0.006483 | | | |
| | 0.005154 | | | | |
| | 0.0061 | | | | |
| TOV112D 1000 Talc | 0.014068 | 1.170051 | 3.334727 | 0.107619 | 0.05 |
| | 0.027607 | 3.258629 | | | |

10/19/2017 Run RT-PCR GSTp1 with Standard & Samples

| Gene of Interest | GSTp1 | Unit | Formula |
|---|---|---|---|
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| Length of entire | 100 | bases | |
| Mass in Daltons | 3.05E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 5.07E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 5.07E-14 | ug | = above / 10E-6 |
| Mass in ng | 5.07E-11 | ng/copy | = above x 10E3 |

Gene information

Standard Curve

| Copy # | Ct | Log Copy # |
|---|---|---|
| 606000000 | 12.29 | 8.8 |
| 60600000 | 13.15 | 7.8 |
| 6060000.5 | 16.12 | 6.8 |
| 606000 | 20.69 | 5.8 |
| 60600 | 24.74 | 4.8 |
| 6060 | 28.15 | 3.8 |
| 606 | 31.71 | 2.8 |

**Standard Curve**

$y = -0.231x + 11.391$
$R^2 = 0.9951$

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 4.5 | 4.42 | | | |
| | 4.4 | | | | |
| | 4.44 | | | | |
| Normal Ov Epithelial -Control for 200 500 | 4.5 | 4.42 | | | |
| | 4.4 | | | | |
| | 4.44 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 7 | 0.58371 | 0.592006 | 0.007273 | 0.003 |
| | 7.05 | 0.595023 | | | |
| | 7.06 | 0.597285 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 6.1 | 0.38009 | 0.385747 | 0.007999 | 0.004 |
| | 6.05 | 0.368778 | | | |
| | 6.15 | 0.391403 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 6.8 | 0.538462 | 0.527149 | 0.011312 | 0.05 |
| | 6.7 | 0.515837 | | | |
| | 6.75 | 0.527149 | | | |
| | | | | | |
| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| EL1 Control DMSO (5 ug/ml volume) | 10.20286 | 10.36977 | | | |
| | 9.75591 | | | | |
| | 11.15053 | | | | |
| EL1 Control DMSO (1000 ug/ml volume) | 34.79645 | 33.68753 | | | |
| | 32.57861 | | | | |
| | 68.16306 | | | | |
| EL1 20 ug/ml Talc | 24.71735 | 1.383597 | 1.665897 | 0.049681 | 0.0051 |
| | 28.00903 | 1.701027 | | | |
| | 27.28045 | 1.630768 | | | |
| EL1 100 ug/ml Talc | 19.38792 | 0.869658 | 0.959908 | 0.127633 | 0.0711 |
| | 21.25967 | 1.050158 | | | |
| | 33.05055 | 2.187203 | | | |
| EL1 1000 ug/ml Talc | 41.59777 | 0.234812 | 0.201666 | 0.046876 | 0.0007 |
| | 39.36456 | 0.16852 | | | |
| | 33.1334 | -0.01645 | | | |

Talc Treatment (ug/ml, 72 hours)

| SKOV-3  Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 36.31595 | 35.95677 | | | |
| | 35.5976 | | | | |
| | 68.59786 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 72.75467 | 61.72977 | | | |
| | 58.02745 | | | | |
| | 65.4321 | | | | |
| SKOV-3 20 ug/ml | 87.92087 | 1.445182 | 1.461944 | 0.023705 | 0.0116 |
| | 89.12626 | 1.478706 | | | |
| | 84.90128 | 1.361204 | | | |
| SKOV-3 100 ug/ml | 71.91819 | 0.165049 | 0.09506 | 0.098979 | ns |
| | 63.27742 | 0.025071 | | | |
| | 32.76049 | -0.46929 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 4.842595 | 4.837675 | | | |
| | 6.244395 | | | | |
| | 4.832755 | | | | |
| SKOV-3 1000 ug/ml Talc | 5.783046 | 0.195418 | 0.249358 | 0.076282 | 0.1381 |
| | 3.650555 | -0.24539 | | | |
| | 6.304928 | 0.303297 | | | |

| A2780  Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 59.49055 | 30.29235 | | | |
| | 34.42553 | | | | |
| | 26.15917 | | | | |
| A2780 Control for 100 ug/ml Talc | 12.54541 | 13.77486 | | | |
| | 13.56743 | | | | |
| | 13.9823 | | | | |
| A2780 20 ug/ml | 31.33308 | 1.274657 | 1.362953 | 0.12487 | 0.0342 |
| | 33.76562 | 1.451249 | | | |
| | 25.47339 | 0.849267 | | | |
| A2780 100 ug/ml | 9.139274 | 1.941376 | 1.983008 | 0.058877 | 0.05 |
| | 9.397987 | 2.02464 | | | |
| | 7.876923 | 1.535102 | | | |
| A2780 control for 1000 ug/ml Talc | 2.663943 | 3.107142 | | | |
| | 3.176421 | | | | |
| | 3.481062 | | | | |
| A2780 1000 ug/ml Talc | 4.842595 | 0.558537 | 0.556953 | 0.002239 | 0.0661 |
| | 6.244395 | 1.009691 | | | |
| | 4.832755 | 0.55537 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 20.39414 | 20.7106 | | | |
| | 16.15828 | | | | |
| | 21.02706 | | | | |
| TOV112 Control 100 talc | 20.17126 | 19.40386 | | | |
| | 22.03957 | | | | |
| | 18.63647 | | | | |
| TOV112 20 ug/ml Talc | 27.94732 | 0.349421 | 0.186779 | 0.037984 | 0.0394 |
| | 24.02265 | 0.15992 | | | |
| | 25.13518 | 0.213638 | | | |
| TOV112 100 ug/ml Talc | 21.15492 | 0.090243 | 0.068337 | 0.030979 | ns |
| | 16.15982 | -0.16719 | | | |
| | 20.30481 | 0.046431 | | | |
| TOV112 Control for 1000ug/ml Talc | 5.996679 | 6.766235 | | | |
| | 7.535791 | | | | |
| | 9.979309 | | | | |
| TOV112D 1000 Talc | 10.08078 | 0.489866 | 0.234578 | 0.089358 | ns |
| | 8.780969 | 0.297763 | | | |



# Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells

**Nicole M. Fletcher, Ph.D., Ira Memaj, B.S., and Ghassan M. Saed, Ph.D.**
**Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, USA**

## BACKGROUND

- We have previously characterized epithelial ovarian cancer (EOC) cells to manifest a persistent pro-oxidant state as evident by the upregulation of certain key oxidant and downregulation of key antioxidant enzymes.
  - This redox state is further enhanced in chemoresistant EOC cells.
- Several studies have suggested a possible association between genital use of talcum powder and risk of EOC; however, the biologic basis for this association has yet to be delineated.

## OBJECTIVE

To determine the effects of talcum powder on the expression of key oxidant and antioxidant enzymes in EOC cells.

## METHODS

- **Cell Culture:** Human ovarian cancer cell lines, SKOV-3 (HTB-77) and TOV-112D (CRL-11731), as well as human macrophages (EL-1, CRL-9854) were all obtained from American Type Culture Collection (ATCC). The ovarian cancer cell line A2780 was obtained from Sigma Aldrich. Human primary ovarian surface epithelium cells from Cell Biologics. Cells were seeded in 60mm² culture dishes (1.0 x 10⁶) and allowed to rest for 24 hours.

- **Cell Treatment:** Talcum powder was obtained from Sigma Aldrich and was prepared in DMSO. Cell lines were treated with talcum powder (0, 20, 100, 1000 μg/ml) for 72 hours. Additionally, talc was soaked in DMSO for 72 hours, spun down, and supernatant collected and was used to treat cells (1000 μg/ml, referred to as "supernatant".

- **Real-time RT-PCR Analysis:** Total RNA was isolated from cells utilizing a RNeasy Extraction Kit (Qiagen). cDNA synthesis was performed using the SuperScript VILO Master Mix Kit (Life Technologies). Quantitative real-time RT-PCR was performed using a QuantiTect SYBR Green RT-PCR kit (Qiagen) and a Cepheid 1.2f Detection System. A standard with a known concentration was designed specifically for β-actin, MPO, INOS, CAT, SOD3, GSR, GPX, GSTp1 using the Beacon Designer software. This allowed for absolute quantification of gene expression as copy numbers per microgram of RNA. Following real-time RT-PCR, a melting curve analysis was performed to demonstrate the specificity of the PCR product as a single peak. All samples were normalized to β-actin. A control, which contained all the reaction components except for the template, was included in all experiments.

- **Statistical Analysis:** Data were analyzed using SPSS 23.0 for Windows. Data was analyzed with one way ANOVA followed by Tukey's post hoc tests with Bonferroni correction.

## RESULTS

There was a marked increase in mRNA levels of the pro-oxidant enzymes, iNOS and MPO in talc treated ovarian cancer cell line, macrophages, and normal ovarian epithelial cells, all as compared to their control (Figure 1A&B). Additionally, there was a marked increase in the mRNA levels of the antioxidant enzymes CAT, SOD3, GSR, GPX1 and GSTp1, in talc treated ovarian cancer cell lines and in normal ovarian epithelial cells, all compared to their control (Figures 1&2). Interestingly, macrophages had decreased CAT mRNA levels at the 100, 1000, and supernatant doses (Figure 2D).

## RESULTS



**Figure 1: MPO, iNOS, GSTp1, and SOD3 Expression in Talc Treated Cells.** Expression of MPO (A), iNOS (B), GSTp1 (C) and SOD3 (D) mRNA levels in normal ovarian epithelial cells, macrophages, and ovarian cancer cell lines (SKOV-3, A2780, and TOV-112D) after treatment with talc (20, 100, 1000, and supernatant from 1000 μg/ml) for 72 hours was determined by real-time RT-PCR. Fold change was calculated as compared to control. *P<.05 vs. controls.

## RESULTS



**Figure 2: GSR, GPX1, and CAT Expression in Talc Treated Cells.** Expression of GSR (A), GPX1 (B), SOD3 B and CAT (D) mRNA levels in normal ovarian epithelial cells, macrophages, and ovarian cancer cell lines (SKOV-3, A2780, and TOV-112D) after treatment with talc (20, 100, 1000, and supernatant from 1000 μg/ml) for 72 hours was determined by real-time RT-PCR. Fold change was calculated as compared to control. *P<.05 vs. controls.

## CONCLUSIONS

This is the first report to show that talcum powder induces a biological effect by further enhancing the redox state in normal macrophages and ovarian epithelial cells as well as in ovarian cancer cells. The results of this study will provide a molecular basis to previous reports that link genital use of talcum powder to increased risk of epithelial ovarian cancer.