# EXHIBIT B15
# Part 2

# Copy Produced by Plaintiffs Prior to Deposition

| Date | Experiment | Pages |
|---|---|---|
| 9/26/2017 | Prepareration | 38 |
| 9/26/2017 | Thawing cells | 39 |
| 9/29/2017 | Subculture cells | 39-40 |
| 10/6/2017 | Seeded cells | 40 |
| 10/7/2017 | Treat cells with Talc | 40 |
| 10/10/2017 | Collect cells&RNA extraction | 41-43 |
| 10/11/2017 | Run RT-PCR b-actin with Standard&sample | 44-47 |
| 10/13/2017 | Run RT-PCR GSR with Standard&sample | 48-49 |
| 10/16/2017 | Run RT-PCR iNOS with Standard&sample | 50-51 |
| 10/16/2017 | Run RT-PCR GPX1 with Standard&sample | 52-53 |
| 10/17/2017 | Run RT-PCR SOD3 with Standard&sample | 54-55 |
| 10/18/2018 | Run RT-PCR Catalase with Standard&samples | 56-57 |
| 10/18/2017 | Run RT-PCR MPO with Standard&sample | 58-59 |
| 10/19/2017 | Run RT-PCR GSTp1 with Standard&sample | 60-61 |
| 10/20/2017 | Talc EOC Poster | 62-63 |

9/26/2017
— Cell lines

| | |
|---|---|
| SKOV-3 | ATCC |
| A2780 | Sigma Aldrich, St. Louis, MO |
| TOV112 | A kind gift from Gensheng Wu at Wayne State U |

EL-1/macrophages

Normal Ovarian epithelial   Cell Biologic, Chicago, IL

— Fetal bovine serum (FBS, Innovative Research, Novi, MI)
Penicillin/streptomycin (Fisher Scientific)

— Talc (Fisher # T4-500   Lot #166820)



# Seeded Cells for PCR

9/26/2017

— Thawing Cells

Media

| Cells | Media |
|---|---|
| EL-1 (Macrophages) | IMDM (10% FBS, 1% PS, 1mL H-T, 2μL A |
| Normal Ovarian Epithelial | Complete Human Epithelial Cell medium K (Cell Biologics) |
| SKOV-3 | McCoy's 5A (10% FBS, 1% PS) |
| TOV112 | Medium 199 : MCDB 105 (1:1) + 10% FBS + |
| A2780 | RPMI-1640 (10% FBS + 1% PS) |

75 cm² flask + 15 mL medium

9/29/2017
— Subculture cells
※ Check tt under microscope cells are 70~80% full.
① Sork out old medium
② Wash with 10mL PBS
③ gently remove PBS
④ pipet trypsin-EDTA 2mL onto the washed cells mondarger
※ Normal Ovarian Epithelial use trypsin from ScienCell
⑤ 37°C incubator 1~5 minutes (SKOV-3 longer)
⑥ Check under microscope
⑦ Add fresh medium 8mL to inactive trypsin, Then mix
⑧ Take 2mL to a new 100mm dish
⑨ Add 8mL Fresh medium to 100mm dish
⑩ Incubate the cells

※ One time treat ~~onecetin~~ One Cell Line.

10/3/2017

— Subculture Cells

2mL Cells + 8mL medium        100 mm dish

Cells doubled in one day

10/6/2017

— Subculture Cells
— Seeded Cells for talc treat
$1 \times 10^6$ Cells /dish    60mm dish + 5mL medium

10/7/2017

— Treat cells with talc
Prepare talc
100mg talc + 10mL DMSO → mix    $10 mg/mL = 10^4 \mu g/mL$

— sterilization under UV light to avoid endotoxin and microbed contamination

$(x_1)(10^4 \mu g/mL) = (5mL)(20 \mu g/mL) \rightarrow x_1 = 10 \mu L$
$(x_2)(10^4 \mu g/mL) = (5mL)(100 \mu g/mL) \rightarrow x_2 = 50 \mu L$
$(x_3)(10^4 \mu g/mL) = (5mL)(1000 \mu g/mL) \rightarrow x_3 = 500 \mu L$

10/10/2017

After 72 hours treatment

— Collect cells

> **Cell Collection Protocol**
>
> Put on gloves and spray with 70% ethanol
> Remove cell culture dish from incubator
> Observe cells under microscope.
> Move the dishes to your work bench, does not need to be done in the hood.
> Collect media and place in labeled 15ml tube for freezing,
> Add 10 ml PBS
> Using a cell scraper, scrape the bottom of the dish and rotate it to ensure scraping of entire bottom
> Using a 10ml pipet, remove the PBS and cell mixture and place into the 15ml conical centrifugation tube that corresponds to the dish, 1ml for RNA, 2ml for DNA, 8 ml for protein assay.
> Close and centrifuge all tubes, 5 minutes at 1800rpm (slower speed keeps cells from breaking).
> Place another paper towel by sink, dump PBS from all tubes into sink and place tubes upside down to drain them. Cells will be collected at the bottom. Place all tubes in Styrofoam holder and place in -80°C freezer.

— RNA Extraction
  RNeasy Mini Kit (Qiagen Cat #74106) (go to pg 42, 43)

— Detect Concentration of RNA by Nanodrop
  (Thermo Fisher Scientific)
  (go pg 43)

— cDNA Synthesis via Reverse Transcription — VILO kit
  Life Technology
  (go pg 43)

41

# RNA Extraction
RNeasy Mini Kit (Qiagen cat # 74106)

**Important Notes before starting:** **WORK IN THE HOOD**
- β-Mercaptoethanol (β-ME) can be added to Buffer RLT (lysis buffer) before use. β-ME is toxic; dispense in a fume hood and wear appropriate protective clothing. Add 10 μl β-ME per 1 ml Buffer RLT. Buffer RLT is stable for **one month** after addition of β-ME.
- Buffer RPE is supplied as a concentrate. Before using for the first time, add ethanol as indicated on the bottle. Be sure to **mark the lid with a X** to show that the working solution has been prepared.

**Buffer RW1 and Buffer RLT are hazardous.**
- **Buffer RLT+ β-ME should be disposed of in the jar in the hood.**
- **Buffer RWI should be disposed of in the jar in the hood.**

Preparation of the Buffer RLT
- In a labeled 15ml centrifugation tube, add 10μl β-ME for every 1 ml Buffer RLT.

Preparation of your samples
1. Add 350 μl of the Buffer RLT + β-ME solution to each of your sample tubes.
   a. if you have a lot of cells, you will need to add 600 μl of Buffer RLT + β-ME solution to each tube ***also add equal volume of ethanol)
2. Add 350 μl of 70% ethanol to each tube and pipet to mix
3. Transfer the entire sample to its corresponding mini spin column
   a. Close columns and place them into the small centrifuge.
   b. Centrifuge the tubes for 15 seconds at 13,000 rpm
4. Dump the flow through into hazardous waste jar **in the hood**.
5. Add 700μl of the Buffer RW1 to the RNeasy column
   a. Centrifuge 15 seconds at 13,000 rpm
6. Dump the flow through into hazardous waste jar **in the hood**
7. Add 500μl of Buffer RPE onto each RNeasy column
   a. Centrifuge 15 seconds at 13,000 rpm
8. Dump the flow through into waste jar
9. Add 500μl Buffer RPE to each column again
   a. Centrifuge 2 minutes at 13,000 rpm to dry the silica gel membrane
10. Dump the flow through in waste jar, centrifuge for one minute more
11. Remove columns from collection tubes and place in corresponding 1.5ml centrifuge tube
12. Add 50μl of RNase-free water to each column, onto the center of the silica-gel membrane without touching the sides of the column (water dissolves RNA).
    a. Allow to stand for 1 minute
    b. Centrifuge columns for 1 minute at 13,000 rpm, ==LID MUST BE ON CENTRIFUGE==
13. Collect flow through from the collection tube and place back into the column on the center of the membrane, allow to stand for 1 minute
    a. Centrifuge columns again for 1 minute at 13,000 rpm, ==LID MUST BE ON CENTRIFUGE==
14. Remove and dispose of columns
15. Place your microcentrifuge tubes containing RNA on ice
    a. Detect concentration of RNA
    b. Good quality RNA has a A260/A280 of 2.0

==NEED TO MEASURE RNA EACH TIME YOU GO TO MAKE cDNA==



# cDNA Synthesis via Reverse Transcription

You will need:
Ice
Thaw, on ice:
   RNA
   VILO MasterMix
   RNase-free water

**You must detect the concentration of your RNA.** After doing this, you can calculate the volume needed to get for a 1 µg reaction.
   i.e. – If your RNA concentration is 0.9 ug/ul then:
   $(x\ ul)(0.9\ ug/ul) = 1\ ug$   solve for x

For a single reaction, combine the following components in a sterile PCR tube on ice.

| Component | 1 µg RNA Volume/reaction |
|---|---|
| VILO MasterMix | 4 µl |
| Template RNA | Variable up to 1 µg |
| RNase-free Water | Variable |
| Total Volume: | 20 µl |

The total amount in each tube should equal **20 ul**, hence the variable volume of water.
- Add 4 ul VILO MasterMix to each tube, volume of RNA calculated, volume of water calculated, and gently mix.
- Place the tubes in a rack and the rack into a 25°C water bath for 10 minutes.
- Place the rack into a 42°C water bath for 60 minutes.
- Then, place racked tubes into 85°C water bath for 5 minutes to terminate the reaction.
- Place samples on ice for a few minutes.
- Centrifuge cDNA.
- Place into -80°C freezer for storage or continue on.

Do 0.2µg Reaction

| Sample | Concentration ug/ul RNA | ul RNA for 0.2 ug in 1.5 ug rxn | ul Water |
|---|---|---|---|
| SKOV unt 72 hr | 0.0521 | 3.8 | 20.2 |
| SKOV talc 20ug/ml 72 hr | 0.0431 | 4.6 | 19.4 |
| A2780 unt 72 hr | 0.0976 | 2.0 | 22.0 |
| A2780 talc 20 ug/ml 72 hr | 0.1067 | 1.9 | 22.1 |
| EL1 72 hr | 0.0067 | 24.0 | 0.0 |
| EL1 talc 20ug/ml 72 hr | 0.0146 | 11.0 | 13.0 |
| SKOV talc 100ug/ml 72 hr | 0.086 | 2.3 | 21.7 |
| SKOV talc 1000ug/ml 72 hr | 0.0592 | 3.4 | 20.6 |
| A2780 talc100ug/ml 72 hr | 0.0289 | 6.9 | 17.1 |
| A2780 talc 1000ug/ml72 hr | 0.0335 | 6.0 | 18.0 |
| EL1 talc 100ug/ml 72 hr | 0.0104 | 15.5 | 8.5 |
| EL1 talc1000ug/ml 72 hr | 0.0128 | 12.6 | 11.4 |
| Normal OV Epi 72 hr | 0.0433 | 4.6 | 19.4 |
| Normal OV Epi talc 20ug/ml72 hr | 0.0385 | 5.2 | 18.8 |
| Normal Ov Epi talc 100ug/ml72 hr | 0.0357 | 5.6 | 18.4 |
| Normal Ov Epi talc 1000ug/ml72 hr | 0.0667 | 3.0 | 21.0 |

0.2µg RNA was obtained from each sample following dilution as described by this table.

cDNA (30µl) prepared

43

10/11/2017          Real-time PCR for β-actin

β-actin — Standard

— Standards come desiccated

- Reconstitute the standard using TE buffer
- The volume of TE buffer is on the product sheet
  ① You will add TE buffer such that the concentration will be 100 μM
    - Mix well
  ② In a new 1.5mL microtube, add 5μl of standard to each tube
    - Calculate the number of tubes needed by dividing the volume of TE buffer you added by 5
  ③ Put tubes into the concentrator machine for 20 minutes — Lids open
  ④ Close tubes, label the lid with the type of standard and date
    - The box should state that user add 500μl of PCR water to get a standard that is $10^{11}$

— Serial Dilution of Standard (place samples on ice after mixing)



Add amount of H₂O accordingly

5 ul → 10 ul → 10 ul → 10 ul → 10 ul → 10 ul → 10 ul → 10 ul

500 ul H₂O | 495 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O | 90 ul H₂O

$10^{11}$ Original Tube | $10^9$ | $10^8$ | $10^7$ | $10^6$ | $10^5$ | $10^4$ | $10^3$ | $10^2$

10 ul ↓
40 ul H₂O

5x Dilution

Run β-actin with samples

— Do 25μL reaction

| | |
|---|---|
| Water | 9.5 μL |
| → Primer Forward | 1 μL |
| → Primer Reverse | 1 μL |
| SYBR Green | 12.5 μL |
| Sample (cDNA) | 1 μL |

5μM 20x dilution

SYBR Green → Radiant Green Lo-Rox qPCR Kit #QS1050

— Calculating Master mix for samples

20 samples × 3 (triplicated) + 1 blank = 61
61 × 1.17 extra = 71.3

— Master mix calculation

Water = 9.5 × 71.3 = 678.015 μL = 678 μL
primer = 1 × 71.3 = 71.4 μL
SYBR Green = 12.5 × 71.3 = 892.125 = 892.1

— Mix, then take out ~80.6 μL of this mix → 1.5 mL tube/per sample
  24 × 3 × 1.12 extra = 80.6 μL

— Add 3.4 μL sample to 1.5mL tube containing master mix
  1 × 3 × 1.12 = 1.4 μL

— Mix well    add 25 μL → PCR tube
  3 total per sample

45