# EXHIBIT B15
# Part 3



β-actin Gene information

| Gene of Interest | B-actin | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 79 | bases | |
| Mass in Daltons | 2.41E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.00E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.00E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.00E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 610000000 | 12.29 | 8.8 |
| 61000000 | 13.15 | 7.8 |
| 6099999.5 | 16.12 | 6.8 |
| 610000 | 20.69 | 5.8 |
| 61000 | 24.74 | 4.8 |
| 6100 | 28.15 | 3.8 |
| 610 | 31.71 | 2.8 |

Oligonucleotide primers and Cycling condition

| Accession Number | Gene | Sense (5'-3') | Antisense (3'-5') | Amplicon (bp) | Annealing Time (sec) and Temperature (°C) |
|---|---|---|---|---|---|
| M_001101 | β-actin | ATGACTTAGTTGCGTTACAC | AATAAAGCCATGCCAATCTC | 79 | 10, 64 |
| M_001752 | CAT | GGTTGAACAGATAGCCTTC | CGGTGAGTGTCAGGATAG | 105 | 10, 63 |
| NM_000637 | GSR | TCACCAAGTCCCATATAGAAATC | TGTGGCGATCAGGATGTG | 116 | 10, 63 |
| NM_000581 | GPX1 | GGACTACACCCAGATGAAC | TTCTCCTGATGCCCAAAC | 96 | 10, 61 |
| NM_000852 | GSTp1 | TACCAGTCCAATACCATC | GTAGATGAGGGAGATGTA | 138 | 10, 57 |
| NM_000250 | MPO | CACTTGTATCCTCTGGTTCTTCAT | TCTATATGCTTCTCACGCCTAGTA | 79 | 60, 63 |
| NM_000625 | NOS2 | GAGGACCACATCTACCAGGAGGAG | CCAGGCAGGCGGGAATAGG | 89 | 30, 59 |
| NM_003102 | SOD3 | GTGTTCCTGCCTGCTCCT | TCCGCCGAGTCAGAGTTG | 84 | 60, 64 |

An initial cycle was performed at 95°C followed by 35 cycles of denaturation at 95°C for 15 seconds, annealing temperature and time per the table, followed by extension cycle at 72°C for 30 seconds.

10/13/2017

Run Real-time PCR - GSR with standard & samples

| Gene of Interest | GSR | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 103 | bases | |
| Mass in Daltons | 3.14E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 5.22E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 5.22E-14 | ug | = above / 10E-6 |
| Mass in ng | 5.22E-11 | ng/copy | = above x 10E3 |

Gene information



| Copy # | Ct | Log Copy # |
|---|---|---|
| 607000000 | 12.29 | 8.8 |
| 60700000 | 13.15 | 7.8 |
| 6070000 | 16.12 | 6.8 |
| 607000 | 20.69 | 5.8 |
| 60700 | 24.74 | 4.8 |
| 6070 | 28.15 | 3.8 |
| 607 | 31.71 | 2.8 |




Standard Curve

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control | 4.46428128 | 4.252409179 | | | |
| | 4.040537078 | | | | |
| | 5.649374711 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 3.436513604 | -0.191866667 | 0.200031 | 0.122962 | 0.3818 |
| | 4.733285555 | 0.11308328 | | | |
| | 5.472758654 | 0.286978375 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 8.010433347 | 0.883740019 | 0.904084 | 0.028771 | 0.0493 |
| | 8.183455957 | 0.924428156 | | | |
| | 6.552998884 | 0.541008545 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 7.045842037 | 0.656905942 | 0.674378 | 0.02471 | 0.0633 |
| | 7.629372716 | 0.794129491 | | | |
| | 7.194442969 | 0.691851058 | | | |
| **EL-1 Cells** | **fg/ul cDNA** | **Fold Change** | **Average** | **SD** | **p val** |
| EL1 Control DMSO (5 ug/ml volume) | 57.54265341 | 56.14675379 | | | |
| | 56.08810465 | | | | |
| | 54.80950331 | | | | |
| EL1 20 ug/ml Talc | 94.65256367 | 0.685806521 | 0.619541 | 0.093714 | 0.05 |
| | 103.7557756 | 0.847938992 | | | |
| | 87.21138337 | 0.553275612 | | | |
| EL1 100 ug/ml Talc | 130.0248721 | 1.315803912 | 1.418008 | 0.144539 | 0.05 |
| | 117.4033866 | 1.09100934 | | | |
| | 141.5017433 | 1.520212368 | | | |
| EL1 1000 ug/ml Talc | 125 | 1.226308585 | 1.095698 | 0.133677 | 0.0042 |
| | 110 | 0.959151555 | | | |
| | 118 | 1.101635305 | | | |



Normal Ovarian Epithelial
Macrophage (EL-1)
Ovarian Cancer (SKOV-3)
Ovarian Cancer (A2780)
Ovarian Cancer (TOV-112D)

GSR Expression (Fold Chnage as Compared to Control)

1.8 1.6 1.4 1.2 1 0.8 0.6 0.4 0.2 0

20 100 1000

Talc Treatment (ug/ml, 72 hours)

| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 114.1745767 | 120.5460773 | | | |
| | 127.061285 | | | | |
| | 120.4023703 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 101.1965313 | 103.1239404 | | | |
| | 105.0513496 | | | | |
| | 74.08540446 | | | | |
| SKOV-3 20 ug/ml | 193.1882215 | 0.602608942 | 0.988734 | 0.138282 | 0.0825 |
| | 227.9470905 | 0.890954028 | | | |
| | 251.5211034 | 1.08651421 | | | |
| SKOV-3 100 ug/ml | 228.5877349 | 1.216631114 | 0.993998 | 0.146443 | 0.043 |
| | 216.3075686 | 1.09754949 | | | |
| | 194.9503956 | 0.890447502 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 8.767536762 | 8.745966216 | | | |
| | 12.50147198 | | | | |
| | 8.72439567 | | | | |
| SKOV-3 1000 ug/ml Talc | 18.23385621 | 1.084830396 | 1.063699 | 0.029884 | 0.0112 |
| | 11.80474342 | 0.349735768 | | | |
| | 17.86422909 | 1.042567813 | | | |

| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 140.1662906 | 131.4102463 | | | |
| | 133.6702915 | | | | |
| | 129.1502011 | | | | |
| A2780 Control for 100 ug/ml Talc | 59.80237268 | 58.6912448 | | | |
| | 59.17958401 | | | | |
| | 57.09177772 | | | | |
| A2780 20 ug/ml | 217.2079848 | 0.652899914 | 0.26082 | 0.068898 | 0.0766 |
| | 172.0867487 | 0.309538286 | | | |
| | 159.2825972 | 0.212101808 | | | |
| A2780 100 ug/ml | 96.49799078 | 0.644163301 | 0.546833 | 0.137646 | 0.1088 |
| | 85.07310653 | 0.449502508 | | | |
| | 114.628098 | 0.953069805 | | | |
| A2780 control for 1000 ug/ml Talc | 3.268388429 | 5.483649208 | | | |
| | 7.698909987 | | | | |
| | 0.370810318 | | | | |
| A2780 1000 ug/ml Talc | 5.048597924 | -0.079336089 | 0.282275 | 0.124705 | 0.5365 |
| | 6.547999324 | 0.194095223 | | | |
| | 7.515090464 | 0.370454269 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 72.41291598 | 72.18860045 | | | |
| | 71.52391916 | | | | |
| | 72.62896621 | | | | |
| TOV112 20 ug/ml Talc | 155.3169283 | 1.151543697 | 1.051945 | 0.108838 | 0.0035 |
| | 139.7405248 | 0.935769968 | | | |
| | 149.3235813 | 1.068520242 | | | |
| TOV112 control for 100 talc | 5.996678626 | 7.837259573 | | | |
| | 7.53579081 | | | | |
| | 9.979309283 | | | | |
| TOV112 100 ug/ml Talc | 10.08078007 | 0.286263391 | 0.203338 | 0.117274 | 0.4114 |
| | 8.78096925 | 0.120413222 | | | |
| | 7.925913775 | 0.011311888 | | | |
| TOV112 Control for 1000 tov | 7.753431026 | 7.785682592 | | | |
| | 7.825356753 | | | | |
| | 7.778259997 | | | | |
| TOV112D 1000 Talc 48 hr | 14.05672982 | 0.805458886 | 0.806772 | 0.001857 | 0.0026 |
| | 14.07717885 | 0.808085378 | | | |
| | 15.01294095 | 0.928275494 | | | |

10/16/2017

# Run Real-time PCR – iNOS with Standard & Samples

## Gene information

| Gene of Interest | iNOS | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 89 | bases | |
| Mass in Daltons | 2.72E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.51E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.51E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.51E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 61500000 | 12.29 | 7.8 |
| 6150000 | 13.15 | 6.8 |
| 615000 | 16.12 | 5.8 |
| 61500 | 20.69 | 4.8 |
| 6150 | 24.74 | 3.8 |
| 615 | 28.15 | 2.8 |




Standard Curve

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.024815 | 0.023762852 | | | |
| | 0.241742 | | | | |
| | 0.022711 | | | | |
| Normal Ov Epithelial -Control for 20 100 | 0.126806 | 0.183761711 | | | |
| | 0.093339 | | | | |
| | 0.240718 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.119802 | 4.041569265 | 2.018802 | 0.095183 | 0.0351 |
| | 0.070136 | 1.951497602 | | | |
| | 0.073335 | 2.086107216 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 0.234882 | 0.278189205 | 0.191452 | 0.122665 | ns |
| | 0.152123 | -0.172171608 | | | |
| | 0.203004 | 0.10471476 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.0606 | 1.550198328 | 1.677861 | 0.180542 | 0.065 |
| | 0.076926 | 2.237232983 | | | |
| | 0.066667 | 1.805523796 | | | |
| **EL-1 Cells** | **fg/ul cDNA** | **Fold Change** | **Average** | **SD** | **p val** |
| EL1 Control DMSO for 20 ug/ml | 0.031913 | 0.032005997 | | | |
| | 0.033565 | | | | |
| | 0.032099 | | | | |
| EL1 Control DMSO for 100 ug/ml | 0.092988 | 0.109375796 | | | |
| | 0.131096 | | | | |
| | 0.125764 | | | | |
| EL1 20 ug/ml Talc | 0.041749 | 0.304399045 | 0.395871 | 0.129361 | 0.11 |
| | 0.047604 | 0.487343726 | | | |
| | 0.164327 | 4.134252728 | | | |
| EL1 100 ug/ml Talc | 0.392141 | 2.585260966 | 2.702807 | 0.166235 | 0.0135 |
| | 0.417854 | 2.820352453 | | | |
| | 0.029852 | -0.72706732 | | | |
| EL-1 1000 control | 0.867264 | 0.946591901 | | | |
| | 0.881998 | | | | |
| | 1.02592 | | | | |
| EL-1 1000 ug/ml Talc | 3.243944 | 2.426971659 | 2.382584 | 0.062774 | 0.0135 |
| | 3.159909 | 2.338196032 | | | |
| | 1.96581 | 1.076724206 | | | |



Data



iNOS Expression (Fold Change as Compared to Control)

6
5
4
3
2
1
0

20
100
1000

Talc Treatment (ug/ml, 72 hours)

Normal Ovarian Epithelial
Macrophages
Ovarian Cancer (SKOV-3)
Ovarian Cancer (A2780)
Ovarian Cancer (TOV-112D)

| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 0.018948 | 0.01936476 | | | |
| | 0.015705 | | | | |
| | 0.019781 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 0.013424 | 0.011345283 | | | |
| | 0.015051 | | | | |
| | 0.009267 | | | | |
| SKOV-3 20 ug/ml | 0.047144 | 1.434516565 | 1.52669 | 0.130353 | 0.0294 |
| | 0.050714 | 1.618863155 | | | |
| | 0.144431 | 6.458419298 | | | |
| SKOV-3 100 ug/ml | 0.06 | 4.288541523 | 4.949609 | 0.31163 | 0.05 |
| | 0.065 | 4.729253316 | | | |
| | 0.07 | 5.16996511 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 1.369745 | 1.01247397 | | | |
| | 1.137957 | | | | |
| | 0.655203 | | | | |
| SKOV-3 1000 ug/ml Talc | 2.310336 | 1.281871867 | 2.117303 | 0.003559 | 0.0396 |
| | 3.15364 | 2.114786159 | | | |
| | 3.158736 | 2.119819883 | | | |

| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 0.094243 | 0.079147127 | | | |
| | 0.068008 | | | | |
| | 0.064051 | | | | |
| A2780 Control for 100 ug/ml Talc | 0.053171 | 0.051076582 | | | |
| | 0.048683 | | | | |
| | 0.048982 | | | | |
| A2780 20 ug/ml | 0.112398 | 0.420119005 | 0.424255 | 0.005849 | 0.0629 |
| | 0.118215 | 0.493609261 | | | |
| | 0.113053 | 0.428390528 | | | |
| A2780 100 ug/ml | 0.209538 | 3.102432407 | 3.368828 | 0.37674 | 0.05 |
| | 0.180167 | 2.527397018 | | | |
| | 0.236751 | 3.635223784 | | | |
| A2780 control for 1000 ug/ml Talc | 4.549583 | 4.548883598 | | | |
| | 3.933995 | | | | |
| | 4.548184 | | | | |
| A2780 1000 ug/ml Talc | 6.369001 | 0.400123916 | 0.40196 | 0.002597 | 0.0032 |
| | 6.385709 | 0.403796873 | | | |
| | 6.86353 | 0.508838338 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 0.058522 | 0.052902734 | | | |
| | 0.058744 | | | | |
| | 0.047283 | | | | |
| TOV112 Control 1000 volume | 0.062537 | 0.064595234 | | | |
| | 0.068004 | | | | |
| | 0.063245 | | | | |
| TOV112 20 ug/ml Talc | 0.159626 | 2.017356105 | 1.854482 | 0.054431 | 0.0133 |
| | 0.148974 | 1.815992924 | | | |
| | 0.153046 | 1.892970354 | | | |
| TOV112 100 ug/ml Talc | 0.064349 | 0.216369215 | 0.222484 | 0.008648 | 0.0224 |
| | 0.064996 | 0.228599616 | | | |
| | 0.046148 | -0.127677239 | | | |
| TOV112 Control for 1000 | 0.053966 | 0.05318876 | | | |
| | 0.04459 | | | | |
| | 0.06101 | | | | |
| TOV112D 1000 ug/ml Talc | 0.078515 | 0.476157328 | 0.947326 | 0.121924 | 0.1077 |
| | 0.09899 | 0.861112589 | | | |
| | 0.108161 | 1.03353966 | | | |

10/16/2017 Run RT-PCR — GPX with standard & samples

| Gene of Interest | GPX | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 96 | bases | |
| Mass in Daltons | 2.93E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.86E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.86E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.86E-11 | ng/copy | = above x 10E3 |

Gene information

| Copy # | Ct | Log Copy # |
|---|---|---|
| 609000000 | 12.29 | 8.8 |
| 60900000 | 13.15 | 7.8 |
| 6090000 | 16.12 | 6.8 |
| 609000 | 20.69 | 5.8 |
| 60900 | 24.74 | 4.8 |
| 6090 | 28.15 | 3.8 |
| 609 | 31.71 | 2.8 |




Standard Curve

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 10.44452 | 12.39509 | | | |
| | 12.94154 | | | | |
| | 13.79921 | | | | |
| Normal Ov Epithelial -Control for 20 100 | 12.52692 | 12.89282 | | | |
| | 13.25873 | | | | |
| | 18.81577 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 25.05152 | 0.943059 | 0.640542 | 0.059069 | 0.0694 |
| | 21.68973 | 0.682311 | | | |
| | 20.61271 | 0.598774 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 24.93692 | 0.93417 | 0.902286 | 0.045092 | 0.0425 |
| | 24.11475 | 0.870401 | | | |
| | 21.4644 | 0.664833 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 16.43495 | 0.325924 | 0.194533 | 0.042818 | 0.325 |
| | 15.18163 | 0.22481 | | | |
| | 14.43106 | 0.164256 | | | |

| EL-1 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| EL1 Control DMSO for 20 ug/ml | 26.43411 | 25.98751 | | | |
| | 24.94745 | | | | |
| | 26.58098 | | | | |
| EL1 Control DMSO for 100/1000 ug/ml | 26.2594 | 26.26166 | | | |
| | 26.03356 | | | | |
| | 26.26393 | | | | |
| EL1 20 ug/ml Talc | 66.79229 | 1.570168 | 1.644264 | 0.104787 | 0.0394 |
| | 70.6434 | 1.718359 | | | |
| | 77.07548 | 1.965866 | | | |
| EL1 100 ug/ml Talc | 36.51237 | 0.39033 | 0.345133 | 0.063918 | 0.0742 |
| | 46.80624 | 0.782303 | | | |
| | 34.13847 | 0.299935 | | | |
| EL1 1000 regular | 28.5 | 0.085232 | 0.075712 | 0.013463 | 0.0414 |
| | 28 | 0.066193 | | | |
| | 27 | 0.028115 | | | |

GPX1 Expression (Fold Change as Compared to Control)

Normal Ovarian Epithelial
Macrophages (EL-1)
Ovarian Cancer (SKOV-3)
Ovarian Cancer (A2780)
Ovarian Cancer (TOV-112D)

Talc Treatment (ug/ml, 72 hours)

| SKOV-3 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 6.817514 | 7.415123 | | | |
| | 7.716939 | | | | |
| | 7.710917 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 8.439988 | 8.412195 | | | |
| | 8.384401 | | | | |
| | 8.053921 | | | | |
| SKOV-3 20 ug/ml | 32.91981 | 3.439549 | 4.783855 | 0.421067 | 0.0315 |
| | 40.68022 | 4.486115 | | | |
| | 45.09577 | 5.081594 | | | |
| SKOV-3 100 ug/ml | 55.1 | 5.550015 | 5.555959 | 0.008406 | 0.0207 |
| | 52.1 | 5.19339 | | | |
| | 55.2 | 5.561902 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 54.53351 | 52.15021 | | | |
| | 49.76691 | | | | |
| | 39.85461 | | | | |
| SKOV-3 1000 ug/ml Talc | 35.33473 | -0.32244 | 0.070767 | 0.000524 | ns |
| | 55.82142 | 0.070397 | | | |
| | 55.86005 | 0.071138 | | | |

| A2780 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 19.61021 | 20.77316 | | | |
| | 21.9361 | | | | |
| | 16.44827 | | | | |
| A2780 Control for 100 ug/ml Talc | 8.250935 | 8.317047 | | | |
| | 8.383159 | | | | |
| | 6.165789 | | | | |
| A2780 20 ug/ml | 23.21169 | 1.790857 | 1.854858 | 0.090511 | 0.0192 |
| | 24.27628 | 1.918858 | | | |
| | 21.72254 | 1.611809 | | | |
| A2780 100 ug/ml | 10.74368 | 0.291767 | 0.307519 | 0.022277 | 0.0162 |
| | 11.00571 | 0.323272 | | | |
| | 12.73299 | 0.530951 | | | |
| A2780 control for 1000 ug/ml Talc | 0.33411 | 0.215358 | | | |
| | 0.223734 | | | | |
| | 0.206982 | | | | |
| A2780 1000 ug/ml Talc | 0.368504 | 0.711124 | 1.047611 | 0.475865 | 0.291 |
| | 0.513434 | 1.384098 | | | |
| | 0.0282 | -0.86906 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 15.60499 | 15.52105 | | | |
| | 16.04456 | | | | |
| | 15.43712 | | | | |
| TOV112 Control 100 talc | 5.87752 | 15.09463 | | | |
| | 14.00668 | | | | |
| | 16.18258 | | | | |
| TOV112 20 ug/ml Talc | 73.71172 | 3.749145 | 3.552248 | 0.278454 | 0.01 |
| | 67.59964 | 3.355352 | | | |
| | 59.39598 | 2.826801 | | | |
| TOV112 100 ug/ml Talc | 22.41454 | 0.484934 | 0.453197 | 0.044883 | 0.0465 |
| | 21.45642 | 0.42146 | | | |
| | 19.28461 | 0.27758 | | | |
| TOV112 Control for 1000ug/ml Talc | 4.893757 | 7.868342 | | | |
| | 7.055626 | | | | |
| | 8.681058 | | | | |
| TOV112D 1000 Talc | 14.70037 | 0.868293 | 0.56558 | 0.030965 | 0.1387 |
| | 12.49081 | 0.587476 | | | |
| | 12.14624 | 0.543684 | | | |

10/17/2017 Run RT-PCR – SOD3 with Standard & Samples

Gene information

| Gene of Interest | SOD3 | | |
|---|---|---|---|
| | | Unit | |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 85 | bases | |
| Mass in Daltons | 2.59E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.31E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.31E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.31E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 610000000 | 12.29 | 8.8 |
| 67000000 | 13.15 | 7.8 |
| 6099999.5 | 16.12 | 6.8 |
| 610000 | 20.69 | 5.8 |
| 61000 | 24.74 | 4.8 |
| 6100 | 28.15 | 3.8 |
| 610 | 31.71 | 2.8 |




Standard Curve

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.069583 | 0.060875247 | | | |
| | 0.102165 | | | | |
| | 0.052168 | | | | |
| Normal Ov Epithelial -Control for 200 500 | 1.025561 | 0.635120216 | | | |
| | 0.679916 | | | | |
| | 0.590325 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.749187 | 0.17959921 | 0.179165 | 0.000614 | 0.2374 |
| | 0.748636 | 0.178730864 | | | |
| | 0.803527 | 0.265158094 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 3.517144 | 4.537760335 | 2.831552 | 0.347194 | 0.05 |
| | 2.277572 | 2.586048719 | | | |
| | 2.589421 | 3.077055842 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.082194 | 0.350206214 | 0.4135 | 0.089512 | 0.05 |
| | 0.116134 | 0.907744026 | | | |
| | 0.0899 | 0.476794623 | | | |

| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| EL1 Control DMSO for 20 ug/ml | 0.018405 | 0.01823182 | | | |
| | 0.017237 | | | | |
| | 0.019054 | | | | |
| EL1 Control DMSO for 100/1000 ug/ml | 0.110426 | 0.118911669 | | | |
| | 0.085674 | | | | |
| | 0.127398 | | | | |
| EL1 20 ug/ml Talc | 0.038627 | 1.118643876 | 1.137817 | 0.027115 | 0.0021 |
| | 0.0348 | 0.908736299 | | | |
| | 0.039326 | 1.156990307 | | | |
| EL1 100 ug/ml Talc | 0.254701 | 1.141934765 | 1.411269 | 0.380896 | 0.0887 |
| | 0.318755 | 1.680603474 | | | |
| | 0.380953 | 2.203659803 | | | |
| EL1 1000 ug/ml Talc | 0.26 | 1.186496936 | 1.147252 | 0.042327 | 0.0629 |
| | 0.25 | 1.1024009 | | | |
| | 0.256 | 1.152858521 | | | |

