# EXHIBIT B15
# Part 4

| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 0.006913 | 0.010297182 | | | |
| | 0.013535 | | | | |
| | 0.010443 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 0.012234 | 0.011557716 | | | |
| | 0.010882 | | | | |
| | 0.050575 | | | | |
| SKOV-3 20 ug/ml | 0.019103 | 0.652865731 | 0.551015 | 0.144039 | 0.05 |
| | 0.016749 | 0.449164129 | | | |
| | 0.022063 | 0.908963284 | | | |
| SKOV-3 100 ug/ml | 0.038926 | 2.367972796 | 2.626045 | 0.364969 | 0.05 |
| | 0.044892 | 2.884116792 | | | |
| | 0.026396 | 1.283859584 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 0.208612 | 0.1401244 | | | |
| | 0.151128 | | | | |
| | 0.129121 | | | | |
| SKOV-3 1000 ug/ml Talc | 0.244017 | 0.741431658 | 0.770192 | 0.040674 | 0.04 |
| | 0.23448 | 0.673367285 | | | |
| | 0.252077 | 0.798953236 | | | |
| | | | | | |
| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 0.029232 | 0.021280566 | | | |
| | 0.028951 | | | | |
| | 0.021281 | | | | |
| A2780 Control for 100 ug/ml Talc | 0.039562 | 0.027201344 | | | |
| | 0.026435 | | | | |
| | 0.027968 | | | | |
| A2780 20 ug/ml | 0.028102 | 0.320560377 | 0.133381 | 0.055191 | 0.187 |
| | 0.024949 | 0.172406621 | | | |
| | 0.023288 | 0.09435509 | | | |
| A2780 100 ug/ml | 0.046663 | 0.715466188 | 0.584546 | 0.18515 | 0.1692 |
| | 0.039541 | 0.453625014 | | | |
| | 0.058702 | 1.15805571 | | | |
| A2780 control for 1000 ug/ml Talc | 0.052637 | 0.099050365 | | | |
| | 0.098587 | | | | |
| | 0.099513 | | | | |
| A2780 1000 ug/ml Talc | 0.178792 | 0.805058554 | 0.696194 | 0.153958 | 0.1029 |
| | 0.157225 | 0.587328489 | | | |
| | 0.068449 | -0.308951611 | | | |
| | | | | | |
| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 0.030712 | 0.030110321 | | | |
| | 0.043831 | | | | |
| | 0.029509 | | | | |
| TOV112 Control 100 talc | 0.016775 | 0.014654626 | | | |
| | 0.016117 | | | | |
| | 0.011072 | | | | |
| TOV112 20 ug/ml Talc | 0.03435 | 1.343995658 | 0.77735 | 0.209132 | 0.1204 |
| | 0.028214 | 0.925229068 | | | |
| | 0.023879 | 0.629471258 | | | |
| TOV112 100 ug/ml Talc | 0.014484 | -0.011613672 | 0.011113 | 0.032141 | ns |
| | 0.015151 | 0.033840165 | | | |
| | 0.018271 | 0.246757232 | | | |
| TOV112 Control for 1000ug/ml Talc | 0.031325 | 0.028505848 | | | |
| | 0.025687 | | | | |
| | 0.068399 | | | | |
| TOV112D 1000 Talc | 0.106165 | 2.724327168 | 2.490101 | 0.331245 | 0.05 |
| | 0.47479 | 15.65588928 | | | |
| | 0.092812 | 2.255875766 | | | |

10/18/2017      Run RT-PCR   CAT with standard & samples

| Gene of Interest | CAT | Unit | Formula |
|---|---|---|---|
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| | | | |
| Length of entire | 105 | bases | |
| Mass in Daltons | 3.21E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 5.32E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 5.32E-14 | ug | = above / 10E-6 |
| Mass in ng | 5.32E-11 | ng/copy | = above x 10E3 |

| Copy # | Ct | Log Copy # |
|---|---|---|
| 606000000 | 12.29 | 8.8 |
| 60600000 | 13.15 | 7.8 |
| 6060000.5 | 16.12 | 6.8 |
| 606000 | 20.69 | 5.8 |
| 60600 | 24.74 | 4.8 |
| 6060 | 28.15 | 3.8 |
| 606 | 31.71 | 2.8 |



Standard Curve: $y = -0.2349x + 11.282$, $R^2 = 0.9913$

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.255112 | 0.277963 | | | |
| | 0.300814 | | | | |
| Normal Ov Epithelial -Control for 200 500 | 0.275147 | 0.196178 | | | |
| | 0.264911 | | | | |
| | 0.196178 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.23504 | 0.198092 | 0.266425 | 0.096638 | 0.161 |
| | 0.162371 | -0.17233 | | | |
| | 0.261851 | 0.334759 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 0.629433 | 2.208474 | 2.006022 | 0.28631 | 0.05 |
| | 0.139599 | -0.28841 | | | |
| | 0.55 | 1.80357 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.263472 | -0.05213 | 0.197083 | 0.057972 | 0.1312 |
| | 0.32135 | 0.15609 | | | |
| | 0.344139 | 0.238076 | | | |

| EL-1 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| EL1 Control DMSO for 20 ug/ml | 29.20198 | 28.39182 | | | |
| | 22.84908 | | | | |
| | 27.58165 | | | | |
| EL1 Control DMSO for 100/1000 ug/ml | 31.24367 | 30.90921 | | | |
| | 30.57474 | | | | |
| | 33.16323 | | | | |
| EL1 20 ug/ml Talc | 25.06856 | -0.11705 | 0.51189 | 0.047031 | 0.0765 |
| | 41.98112 | 0.478634 | | | |
| | 43.86952 | 0.545146 | | | |
| EL1 100 ug/ml Talc | 20.73672 | -0.32911 | -0.33013 | 0.001441 | 0.0189 |
| | 17.25388 | -0.44179 | | | |
| | 20.67373 | -0.33115 | | | |
| EL1 1000 ug/ml Talc | 21 | -0.32059 | -0.31897 | 0.002288 | 0.0189 |
| | 21.1 | -0.31736 | | | |
| | 22 | -0.28824 | | | |

Talc Treatment (µg/ml, 72 hours)

| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 2.474985 | 3.537794 | | | |
| | 3.399213 | | | | |
| | 3.676375 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 5.576323 | 5.393164 | | | |
| | 5.152521 | | | | |
| | 5.450649 | | | | |
| SKOV-3 20 ug/ml | 9.01118 | 1.547119 | 1.34984 | 0.017963 | 0.0245 |
| | 8.358183 | 1.362541 | | | |
| | 8.268313 | 1.337138 | | | |
| SKOV-3 100 ug/ml | 8.554721 | 0.586215 | 0.705385 | 0.035231 | 0.0462 |
| | 9.331777 | 0.730297 | | | |
| | 9.063065 | 0.680473 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 14.71117 | 14.67545 | | | |
| | 14.63973 | | | | |
| | 13.97333 | | | | |
| SKOV-3 1000 ug/ml Talc | 15.39131 | 0.048779 | 0.347002 | 0.167419 | 0.2053 |
| | 21.50518 | 0.465385 | | | |
| | 18.03053 | 0.228619 | | | |
| | | | | | |
| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 6.448358 | 5.673473 | | | |
| | 5.853449 | | | | |
| | 5.493497 | | | | |
| A2780 Control for 100 ug/ml Talc | 4.163294 | 3.876415 | | | |
| | 3.989297 | | | | |
| | 3.763532 | | | | |
| A2780 20 ug/ml | 7.589043 | 0.337636 | 0.121263 | 0.021465 | 0.2349 |
| | 6.275344 | 0.106085 | | | |
| | 6.447571 | 0.136442 | | | |
| A2780 100 ug/ml | 5.154843 | 0.329797 | 0.337465 | 0.010844 | 0.0691 |
| | 5.979143 | 0.542442 | | | |
| | 5.214293 | 0.345133 | | | |
| A2780 control for 1000 ug/ml Talc | 9.973024 | 9.842133 | | | |
| | 11.24123 | | | | |
| | 8.312149 | | | | |
| A2780 1000 ug/ml Talc | 11.69434 | 0.188192 | 0.230282 | 0.059524 | ns |
| | 12.52286 | 0.272372 | | | |
| | 16.00005 | 0.625669 | | | |
| | | | | | |
| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 3.382153 | 3.406415 | | | |
| | 3.150577 | | | | |
| | 3.686515 | | | | |
| TOV112 Control 100 talc | 0.838564 | 3.664997 | | | |
| | 3.735731 | | | | |
| | 3.594263 | | | | |
| TOV112 20 ug/ml Talc | 8.42336 | 1.472793 | 1.408291 | 0.091219 | 0.0134 |
| | 7.983921 | 1.34379 | | | |
| | 9.243696 | 1.713614 | | | |
| TOV112 100 ug/ml Talc | 2.319637 | 0.291634 | 0.528072 | 0.058693 | 0.0419 |
| | 2.818786 | 0.569574 | | | |
| | 2.66972 | 0.48657 | | | |
| TOV112 Control for 1000ug/ml Talc | 1.807987 | 1.795893 | | | |
| | 1.783799 | | | | |
| | 2.391376 | | | | |
| TOV112D 1000 Talc | 2.186972 | 0.217763 | 0.189448 | 0.040043 | 0.0722 |
| | 2.085271 | 0.161133 | | | |
| | 1.779704 | -0.00901 | | | |

10/18/2017  Run RT-PCR  MPO with Standard & samples

| Gene of Interest | MPO | Unit | Formula |
|---|---|---|---|
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| Length of entire | 79 | bases | |
| Mass in Daltons | 2.41E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 4.00E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 4.00E-14 | ug | = above / 10E-6 |
| Mass in ng | 4.00E-11 | ng/copy | = above x 10E3 |

Gene information

| Copy # | Ct | Log Copy # |
|---|---|---|
| 60900000 | 12.29 | 7.8 |
| 6090000 | 13.15 | 6.8 |
| 609000 | 16.12 | 5.8 |
| 60900 | 20.69 | 4.8 |
| 6090 | 24.74 | 3.8 |
| 609 | 28.15 | 2.8 |



Standard Curve: $y = -0.2662x + 11.196$, $R^2 = 0.9947$

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 0.003502 | 0.003044 | | | |
| | 0.00298 | | | | |
| | 0.003108 | | | | |
| Normal Ov Epithelial -Control for 200 500 | 0.003502 | 0.003044 | | | |
| | 0.00298 | | | | |
| | 0.003108 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 0.006317 | 1.075409 | 1.206998 | 0.186096 | 0.05 |
| | 0.007118 | 1.338587 | | | |
| | 0.009902 | 2.253146 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 0.006142 | 1.017918 | 0.962795 | 0.077956 | ns |
| | 0.007321 | 1.405213 | | | |
| | 0.005807 | 0.907672 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 0.006317 | 1.075409 | 1.206998 | 0.186096 | 0.05 |
| | 0.007118 | 1.338587 | | | |
| | 0.009902 | 2.253146 | | | |

| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| EL1 Control DMSO (5 ug/ml volume) | 0.026276 | 0.025624 | | | |
| | 0.024419 | | | | |
| | 0.026177 | | | | |
| EL1 20 ug/ml Talc | 0.035331 | 0.37884 | 0.257395 | 0.044953 | 0.0242 |
| | 0.033034 | 0.289182 | | | |
| | 0.031405 | 0.225609 | | | |
| EL1 100 ug/ml Talc | 0.05 | 0.951307 | 1.244003 | 0.137978 | 0.0101 |
| | 0.055 | 1.146437 | | | |
| | 0.06 | 1.341568 | | | |
| EL-1 1000 control | 0.00479 | 0.004725 | | | |
| | 0.004184 | | | | |
| | 0.005202 | | | | |
| EL-1 1000 ug/ml Talc | 0.011248 | 1.380253 | 1.032749 | 0.491445 | 0.1629 |
| | 0.003024 | -0.36008 | | | |
| | 0.007964 | 0.685245 | | | |





| SKOV-3 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 0.022406 | 0.021915 | | | |
| | 0.021424 | | | | |
| | 0.029877 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 0.025145 | 0.016548 | | | |
| | 0.014775 | | | | |
| | 0.018321 | | | | |
| SKOV-3 20 ug/ml | 0.027 | 0.631639 | 0.571208 | 0.060431 | 0.1817 |
| | 0.025 | 0.510777 | | | |
| | 0.026 | 0.571208 | | | |
| SKOV-3 100 ug/ml | 0.045764 | 1.765596 | 1.897412 | 0.186416 | 0.0083 |
| | 0.050127 | 2.029228 | | | |
| | 0.028656 | 0.731711 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 0.001542 | 0.001052 | | | |
| | 0.001059 | | | | |
| | 0.001044 | | | | |
| SKOV-3 1000 ug/ml Talc | 0.001403 | 0.333859 | 2.211632 | 0.136334 | 0.008 |
| | 0.003276 | 2.115229 | | | |
| | 0.003479 | 2.308034 | | | |

| A2780 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| A2780 control for 20 ug/ml Talc | 0.0108 | 0.01085 | | | |
| | 0.02 | | | | |
| | 0.0109 | | | | |
| A2780 Control for 100 ug/ml Talc | 0.063463 | 0.075407 | | | |
| | 0.072816 | | | | |
| | 0.089943 | | | | |
| A2780 20 ug/ml | 0.028626 | 1.638359 | 1.624942 | 0.018975 | 0.05 |
| | 0.026093 | 1.40486 | | | |
| | 0.028335 | 1.611525 | | | |
| A2780 100 ug/ml | 0.064579 | 4.951951 | 5.130818 | 0.252956 | 0.05 |
| | 0.056682 | 4.224148 | | | |
| | 0.06846 | 5.309685 | | | |
| A2780 control for 1000 ug/ml Talc | 0.004955 | 0.004432 | | | |
| | 0.004108 | | | | |
| | 0.004233 | | | | |
| A2780 1000 ug/ml Talc | 0.004912 | 0.108294 | 0.129488 | 0.029972 | 0.5279 |
| | 0.005751 | 0.297523 | | | |
| | 0.0051 | 0.150681 | | | |

| TOV112 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| TOV112 Control for 20 ug/ml Talc | 0.088068 | 0.075135 | | | |
| | 0.070801 | | | | |
| | 0.066536 | | | | |
| TOV112 Control 100 talc | 0.10722 | 0.108482 | | | |
| | 0.097003 | | | | |
| | 0.121222 | | | | |
| TOV112 20 ug/ml Talc | 0.042682 | 5.583981 | 4.748687 | 0.092276 | 0.05 |
| | 0.036844 | 4.683438 | | | |
| | 0.03769 | 4.813937 | | | |
| TOV112 100 ug/ml Talc | 0.019449 | 2.000104 | 1.742775 | 0.075626 | 0.05 |
| | 0.017434 | 1.689299 | | | |
| | 0.018127 | 1.79625 | | | |
| TOV112 Control for 1000ug/ml Talc | 0.008193 | 0.006483 | | | |
| | 0.005154 | | | | |
| | 0.0061 | | | | |
| TOV112D 1000 Talc | 0.014068 | 1.170051 | 3.334727 | 0.107619 | 0.05 |
| | 0.027607 | 3.258629 | | | |
| | 0.028594 | 3.410825 | | | |

10/19/2017 Run RT-PCR GSTp1 with Standard & samples

| Gene of Interest | GSTp1 | | |
|---|---|---|---|
| | | Unit | Formula |
| 1 Dalton = 1.66E-24 | 1.66E-24 | g | |
| Mass of base pair | 615 | Da | |
| Avg. Mass/base | 305.25 | Da | |
| Length of entire | 100 | bases | |
| Mass in Daltons | 3.05E+04 | Da | = number bases x avg. mass/base |
| Mass in grams | 5.07E-20 | g | = mass in Da x mass of a Da in grams |
| Mass in ug | 5.07E-14 | ug | = above / 10E-6 |
| Mass in ng | 5.07E-11 | ng/copy | = above x 10E3 |

Gene information

Standard Curve

| Copy # | Ct | Log Copy # |
|---|---|---|
| 606000000 | 12.29 | 8.8 |
| 60600000 | 13.15 | 7.8 |
| 6060000.5 | 16.12 | 6.8 |
| 606000 | 20.69 | 5.8 |
| 60600 | 24.74 | 4.8 |
| 6060 | 28.15 | 3.8 |
| 606 | 31.71 | 2.8 |

Standard Curve: $y = -0.231x + 11.391$, $R^2 = 0.9951$

Data

| Normal Ov Epithelial Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
|---|---|---|---|---|---|
| Normal Ov Epithelial -Control for 1000 | 4.5 | 4.42 | | | |
| | 4.4 | | | | |
| | 4.44 | | | | |
| Normal Ov Epithelial -Control for 200 500 | 4.5 | 4.42 | | | |
| | 4.4 | | | | |
| | 4.44 | | | | |
| Normal Ov Epithelial 20 ug/ml Talc | 7 | 0.58371 | 0.592006 | 0.007273 | 0.003 |
| | 7.05 | 0.595023 | | | |
| | 7.06 | 0.597285 | | | |
| Normal Ov Epithelial 100 ug/ml Talc | 6.1 | 0.38009 | 0.385747 | 0.007999 | 0.004 |
| | 6.05 | 0.368778 | | | |
| | 6.15 | 0.391403 | | | |
| Normal Ov Epithelial 1000 ug/ml Talc | 6.8 | 0.538462 | 0.527149 | 0.011312 | 0.05 |
| | 6.7 | 0.515837 | | | |
| | 6.75 | 0.527149 | | | |
| EL-1 Cells | fg/ul cDNA | Fold Change | Average | SD | p val |
| EL1 Control DMSO (5 ug/ml volume) | 10.20286 | 10.36977 | | | |
| | 9.75591 | | | | |
| | 11.15053 | | | | |
| EL1 Control DMSO (1000 ug/ml volume) | 34.79645 | 33.68753 | | | |
| | 32.57861 | | | | |
| | 68.16306 | | | | |
| EL1 20 ug/ml Talc | 24.71735 | 1.383597 | 1.665897 | 0.049681 | 0.0051 |
| | 28.00903 | 1.701027 | | | |
| | 27.28045 | 1.630768 | | | |
| EL1 100 ug/ml Talc | 19.38792 | 0.869658 | 0.959908 | 0.127633 | 0.0711 |
| | 21.25967 | 1.050158 | | | |
| | 33.05055 | 2.187203 | | | |
| EL1 1000 ug/ml Talc | 41.59777 | 0.234812 | 0.201666 | 0.046876 | 0.0007 |
| | 39.36456 | 0.16852 | | | |
| | 33.1334 | -0.01645 | | | |



Talc Treatment (ug/ml, 72 hours)

| SKOV-3 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
|---|---|---|---|---|---|
| SKOV control for 20 ug/ml Talc | 36.31595 | 35.95677 | | | |
| | 35.5976 | | | | |
| | 68.59786 | | | | |
| SKOV-3 Control for 100 ug/ml Talc | 72.75467 | 61.72977 | | | |
| | 58.02745 | | | | |
| | 65.4321 | | | | |
| SKOV-3 20 ug/ml | 87.92087 | 1.445182 | 1.461944 | 0.023705 | 0.0116 |
| | 89.12626 | 1.478706 | | | |
| | 84.90128 | 1.361204 | | | |
| SKOV-3 100 ug/ml | 71.91819 | 0.165049 | 0.09506 | 0.098979 | ns |
| | 63.27742 | 0.025071 | | | |
| | 32.76049 | -0.46929 | | | |
| SKOV-3 control for 1000 ug/ml Talc | 4.842595 | 4.837675 | | | |
| | 6.244395 | | | | |
| | 4.832755 | | | | |
| SKOV-3 1000 ug/ml Talc | 5.783046 | 0.195418 | 0.249358 | 0.076282 | 0.1381 |
| | 3.650555 | -0.24539 | | | |
| | 6.304928 | 0.303297 | | | |
| | | | | | |
| A2780 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
| A2780 control for 20 ug/ml Talc | 59.49055 | 30.29235 | | | |
| | 34.42553 | | | | |
| | 26.15917 | | | | |
| A2780 Control for 100 ug/ml Talc | 12.54541 | 13.77486 | | | |
| | 13.56743 | | | | |
| | 13.9823 | | | | |
| A2780 20 ug/ml | 31.33308 | 1.274657 | 1.362953 | 0.12487 | 0.0342 |
| | 33.76562 | 1.451249 | | | |
| | 25.47339 | 0.849267 | | | |
| A2780 100 ug/ml | 9.139274 | 1.941376 | 1.983008 | 0.058877 | 0.05 |
| | 9.397987 | 2.02464 | | | |
| | 7.876923 | 1.535102 | | | |
| A2780 control for 1000 ug/ml Talc | 2.663943 | 3.107142 | | | |
| | 3.176421 | | | | |
| | 3.481062 | | | | |
| A2780 1000 ug/ml Talc | 4.842595 | 0.558537 | 0.556953 | 0.002239 | 0.0661 |
| | 6.244395 | 1.009691 | | | |
| | 4.832755 | 0.55537 | | | |
| | | | | | |
| TOV112 Cells | fg/ul cDNA | Fold Chang | Average | SD | p val |
| TOV112 Control for 20 ug/ml Talc | 20.39414 | 20.7106 | | | |
| | 16.15828 | | | | |
| | 21.02706 | | | | |
| TOV112 Control 100 talc | 20.17126 | 19.40386 | | | |
| | 22.03957 | | | | |
| | 18.63647 | | | | |
| TOV112 20 ug/ml Talc | 27.94732 | 0.349421 | 0.186779 | 0.037984 | 0.0394 |
| | 24.02265 | 0.15992 | | | |
| | 25.13518 | 0.213638 | | | |
| TOV112 100 ug/ml Talc | 21.15492 | 0.090243 | 0.068337 | 0.030979 | ns |
| | 16.15982 | -0.16719 | | | |
| | 20.30481 | 0.046431 | | | |
| TOV112 Control for 1000ug/ml Talc | 5.996679 | 6.766235 | | | |
| | 7.535791 | | | | |
| | 9.979309 | | | | |
| TOV112D 1000 Talc | 10.08078 | 0.489866 | 0.234578 | 0.089358 | ns |
| | 8.780969 | 0.297763 | | | |
| | 7.925914 | 0.171392 | | | |

61

# Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells

Nicole M. Fletcher, Ph.D., Ira Memaj, B.S., and Ghassan M. Saed, Ph.D.

Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, USA



School of Medicine

## BACKGROUND

- We have previously characterized epithelial ovarian cancer (EOC) cells to manifest a persistent pro-oxidant state as evident by the upregulation of certain key oxidant and downregulation of key antioxidant enzymes.
- This redox state is further enhanced in chemoresistant EOC cells.
- Several studies have suggested a possible association between genital use of talcum powder and risk of EOC; however, the biologic basis for this association has yet to be delineated.

## OBJECTIVE

To determine the effects of talcum powder on the expression of key oxidant and antioxidant enzymes in EOC cells.

## METHODS

- **Cell Culture:** Human ovarian cancer cell lines, SKOV-3 (HTB-77) and TOV-112D (CRL-11731), as well as human macrophages (EL-1, CRL-9854) were all obtained from American Type Culture Collection (ATCC). The ovarian cancer cell line A2780 was obtained from Sigma Aldrich. Human primary ovarian surface epithelium cells from Cell Biologics. Cells were seeded in 60mm² culture dishes (1.0 x 10⁶) and allowed to rest for 24 hours.
- **Cell Treatment:** Talcum powder was obtained from Sigma Aldrich and was prepared in DMSO. Cell lines were treated with talcum powder (0, 20, 100, 1000 µg/ml) for 72 hours. Additionally, talc was soaked in DMSO for 72 hours, spun down, and supernatant collected and was used to treat cells (1000 µg/ml; referred to as 'supernatant').
- **Real-time RT-PCR Analysis:** Total RNA was isolated from cells utilizing a RNeasy Extraction Kit (Qiagen). cDNA synthesis was performed using the SuperScript VILO Master Mix Kit (Life Technologies). Quantitative real-time RT-PCR was performed using a QuantiTect SYBR Green RT-PCR kit (Qiagen) and a Cepheid 1.2f Detection System. A standard with a known concentration was designed specifically for β-actin, MPO, iNOS, CAT, SOD3, GSR, GPX, GSTpi using the Beacon Designer software. This allowed for absolute quantification of gene expression as copy numbers per microgram of RNA. Following real-time RT-PCR, a melting curve analysis was performed to demonstrate the specificity of the PCR product as a single peak. All samples were normalized to β-actin. A control, which contained all the reaction components except for the template, was included in all experiments.
- **Statistical Analysis:** Data were analyzed using SPSS 23.0 for Windows. Data was analyzed with one way ANOVA followed by Tukey's post hoc tests with Bonferroni correction.

## RESULTS

There was a marked increase in mRNA levels of the pro-oxidant enzymes, iNOS and MPO in talc treated ovarian cancer cell line, macrophages, and normal ovarian epithelial cells, all as compared to their control (Figure 1A&B). Additionally, there was a marked increase in the mRNA levels of the antioxidant enzymes CAT (D), SOD3, GSR, GPX1 and GSTp1, in talc treated ovarian cancer cell lines and in normal ovarian epithelial cells, all compared to their control (Figures 1&2). Interestingly, macrophages had decreased CAT mRNA levels at the 100, 1000, and supernatant doses (Figure 2D).

## RESULTS



Figure 1: MPO, iNOS, GSTp1, and SOD3 Expression in Talc Treated Cells. Expression of MPO (A), iNOS (B), GSTp1 (C), and SOD3 (D) mRNA levels in normal ovarian epithelial cells, macrophages, and ovarian cancer cell lines (SKOV-3, A2780, and TOV-112D) after treatment with talc (20, 100, 1000, and supernatant from 1000 µg/ml) for 72 hours was determined by real-time RT-PCR. Fold change was calculated as compared to control. *P<.05 vs. controls.

Figure 2: GSR, GPX1, and CAT Expression in Talc Treated Cells. Expression of GSR (A), GPX1 (B), SOD3 and CAT (D) mRNA levels in normal ovarian epithelial cells, macrophages, and ovarian cancer cell lines (SKOV-3, A2780, and TOV-112D) after treatment with talc (20, 100, 1000, and supernatant from 1000 µg/ml) for 72 hours was determined by real-time RT-PCR. Fold change was calculated as compared to control. *P<.05 vs. controls.

## CONCLUSIONS

This is the first report to show that talcum powder induces a biological effect by further enhancing the redox state in normal macrophages and ovarian epithelial cells as well as in ovarian cancer cells. The results of this study will provide molecular basis to previous reports that link genital use of talcum powder to increased risk of epithelial ovarian cancer.