# EXHIBIT B20
# Part 1

# Personal Information

Black n' Red

| | Experiment | Pages |
|---|---|---|
| 10/15/2017 | Dilute Talc/Baby Powder | 1 |
| 11/13/2017 | Treat/Seed Tov112-Talc | 2-3 |
| 11/13/2017 | ID's for EOC/normal Cells-Talc | 4 |
| 11/17/2017 | Seeded Normal Ov.Epi Cells and Treat with Talc | 5 |
| 12/7/2017 | RNA extraction | 6-7 |
| 1/10/2018 | CA-125 ELISA-test | 8-19 |
| 2/1/2018 | Treat/seed EOC and Treat with Talc | 20-21 |
| 1/24/2018 | Seeded EOC Cells and Normal cells | 31-32 |
| 2/1/2018 | Treat EOC Cells and Normal cells with Talc | 33 |
| 2/5/2018 | RNA extraction | 35-37 |
| 2/18/2018 | Run qRT-PCR b-actin with samples 356-386 | 38-39 |
| 2/19/2018 | Run qRT-PCR Catalase with samples 356-386 | 40-41 |
| 2/20/2018 | Run qRT-PCR GSR with samples 356-386 | 42-43 |
| 2/21/2018 | Run qRT-PCR iNOS with samples 356-386 | 44-45 |
| 3/2/2018 | Run qRT-PCR MPO with samples 356-386 | 46-47 |
| 3/2/2018 | Run qRT-PCR GPX with samples 356-386 | 48-49 |
| 3/2/2018 | Run qRT-PCR SOD with samples 356-386 | 50-51 |
| | | |
| | | |
| | | |
| 1/7/2018 | Protein extraction samples 356-386 | 53-54 |
| 1/8/2018 | BCA protein detection assay | 55-56 |
| 1/11/2018 | Catlase ELISA assay | 57-62 |
| 1/17/2018 | CA125 ELISA assay | 63-68 |
| 2/20/2018 | Glutathione assay | 69-74 |
| 2/25/2018 | Nitrate/nitrite assay | 75-80 |
| 4/8/2018 | GSR ELISA assay | 81-84 |
| 5/14/2018 | Glutathine Penxidase assay | 85-87 |
| 5/18/2018 | MPO ELISA ASSAY | 88-91 |
| 6/19/2018 | Superoxide Dismutase Assay | 92-97 |
| 6/21/2018 | Caspase-3 Colorimetric Assay | 98-101 |
| 6/29/2018 | SNP Genotyping assay | 102-104 |
| 9/4/2018 | MTT CELL Proligeration Assay(EOC Cells and Normal cells treat with Talc) | 106-107 |
| | | |
| | | |
| 10/6/2018 | Statistical Analysis | 114-124 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

EXHIBIT 23 2-14-19 [illegible]

PENGAD 800-631-6989

Use this page as a quick reference to the book's contents during use and for archiving purposes

Talc / Baby Powder 10/15/17

Tried to dissolve talc (Fisher # T4-500 Lot #166820) or Johnson + Johnson Baby Powder (# 30027477, Lot 13717RA)

- It won't completely dissolve - used DMSO & filtered
  - 50mg/ml

treated 200 ug/ml or 500 ug/ml in dishes
8 ul for 200 ug/ml
20 ul for 500 ug/ml



11/13/17

Talc / Baby Powder Treated
EOC, Normal Ov. Epi, Macrophages

- Split OV90 cells, 150mm dish x2
- Split macrophages (had $4.8 \times 10^6$ cells in 150 mm plate)
- Split CB. Normal Ov. epi. cells
  - had 2 x 150mm dish => ~ $11 \times 10^6$ cells
  - split into 4 plates

- Seeded TOV112-D unt. cells - treat after 24hr rest - (full plate was ~ $12 \times 10^6$ cells)

6 plates per timepoint in 100mm dish

| ID | treatment | details |
|---|---|---|
| 266 | TOV112 - unt - 24hr | $2 \times 10^6$ cells |
| 267 | Control (DMSO) - 24h | " |
| 268 | 500 µg/mL Talc - 24h | " |
| 269 | 1000 µg/mL Talc - 24h | " |
| 270 | 500 µg/mL Baby Powder (BP) - 24h | " |
| 271 | 1000 µg/mL BP - 24h | " |
| 272 | TOV112 - unt 48hr | $1 \times 10^6$ cells |
| 273 | Control 48h | " |
| 274 | 500 µg/mL Talc 48h | " |
| 275 | 1000 µg/mL Talc 48h | " |
| 276 | 500 µg/mL B.P. 48h | " |
| 277 | 1000 µg/mL B.P. 48h | " |
| 278 | TOV112D - unt 72hr | 500,000 cells |
| 279 | Control - 72hr | " |
| 280 | 500 µg/mL Talc - 72h | " |
| 281 | 1000 µg/mL Talc - 72h | " |
| 282 | 500 µg/mL B.P. 72h | " |
| 283 | 1000 µg/mL B.P. 72hr | " |

from pg 2

11/14/17

Treat cells after 24 hr rest

$(x)(50{,}000\ \mu g/ml) = (10\ ml)(500\ \mu g/ml)$

$x = 100\ \mu l$

for 1000 µg/ml = 200 µl

Controls get 200µl of sterile DMSO

- made a master mix of media + treatment and then added it to the cells

500 µg/ml = 300µl + 30 ml

1000 µg/ml = 600 µl + 30 ml

DMSO control = 600µl + 30 ml

| ID | Treatment |
|---|---|
| 284 | OV90 Untreatd 24 hours |
| 285 | 24 hr DMSO Control |
| 286 | 24 hr 500 ug/ml Talc |
| 287 | 25 hr 1000 ug/ml Talc |
| 288 | 24 hr 500 ug/ml Baby Powder |
| 289 | 24 hr 1000 ug/ml Baby Powder |
| 290 | Ov90 Untreatd 48 hours |
| 291 | 48 hr DMSO Control |
| 292 | 48 hr 500 ug/ml Talc |
| 293 | 48 hr 1000 ug/ml Talc |
| 294 | 48 hr 500 ug/ml Baby Powder |
| 295 | 48 hr 1000 ug/ml Baby Powder |
| 296 | Ov90 72 hr untreated |
| 297 | 72 hr DMSO Control |
| 298 | 72 hr 500 ug/ml Talc |
| 299 | 72 hr 1000 ug/ml Talc |
| 300 | 72 hr 500 ug/ml Baby Powder |
| 301 | 72 hr 1000 ug/ml Baby Powder |
| 302 | EL1 Untreatd 24 hours |
| 303 | 24 hr DMSO Control |
| 304 | 24 hr 500 ug/ml Talc |
| 305 | 25 hr 1000 ug/ml Talc |
| 306 | 24 hr 500 ug/ml Baby Powder |
| 307 | 24 hr 1000 ug/ml Baby Powder |
| 308 | EL1 Untreatd 48 hours |
| 309 | 48 hr DMSO Control |
| 310 | 48 hr 500 ug/ml Talc |
| 311 | 48 hr 1000 ug/ml Talc |
| 312 | 48 hr 500 ug/ml Baby Powder |
| 313 | 48 hr 1000 ug/ml Baby Powder |
| 314 | EL1 72 hr untreated |
| 315 | 72 hr DMSO Control |
| 316 | 72 hr 500 ug/ml Talc |
| 317 | 72 hr 1000 ug/ml Talc |
| 318 | 72 hr 500 ug/ml Baby Powder |
| 319 | 72 hr 1000 ug/ml Baby Powder |

| ID | Treatment |
|---|---|
| 320 | TOV-21G Untreatd 24 hours |
| 321 | 24 hr DMSO Control |
| 322 | 24 hr 500 ug/ml Talc |
| 323 | 25 hr 1000 ug/ml Talc |
| 324 | 24 hr 500 ug/ml Baby Powder |
| 325 | 24 hr 1000 ug/ml Baby Powder |
| 326 | TOV-21G Untreatd 48 hours |
| 327 | 48 hr DMSO Control |
| 328 | 48 hr 500 ug/ml Talc |
| 329 | 48 hr 1000 ug/ml Talc |
| 330 | 48 hr 500 ug/ml Baby Powder |
| 331 | 48 hr 1000 ug/ml Baby Powder |
| 332 | TOV-21G 72 hr untreated |
| 333 | 72 hr DMSO Control |
| 334 | 72 hr 500 ug/ml Talc |
| 335 | 72 hr 1000 ug/ml Talc |
| 336 | 72 hr 500 ug/ml Baby Powder |
| 337 | 72 hr 1000 ug/ml Baby Powder |
| 338 | Cell Biologics - Normal Ovarian Epithelial cells, Unt 24 hrs |
| 339 | 24 hr DMSO Control |
| 340 | 24 hr 500 ug/ml Talc |
| 341 | 25 hr 1000 ug/ml Talc |
| 342 | 24 hr 500 ug/ml Baby Powder |
| 343 | 24 hr 1000 ug/ml Baby Powder |
| 344 | Cell Biologics - Normal Ovarian Epithelial cells, Unt 48 hrs |
| 345 | 48 hr DMSO Control |
| 346 | 48 hr 500 ug/ml Talc |
| 347 | 48 hr 1000 ug/ml Talc |
| 348 | 48 hr 500 ug/ml Baby Powder |
| 349 | 48 hr 1000 ug/ml Baby Powder |
| 350 | Cell Biologics - Normal Ovarian Epithelial cells, Unt 72 hrs |
| 351 | 72 hr DMSO Control |
| 352 | 72 hr 500 ug/ml Talc |
| 353 | 72 hr 1000 ug/ml Talc |
| 354 | 72 hr 500 ug/ml Baby Powder |
| 355 | 72 hr 1000 ug/ml Baby Powder |

11/17/17

seeded C.B. Normal Ov. Epi Cells

338-355 - passage 11

24h = $2 \times 10^6$ cells
48h = $1 \times 10^6$ cells
72h = 500,000 cells

Will treat on 11/19/17
°collected 24hr 11/20/17
48hr 11/21/17
72h 11/22/17

11/19/17 seeded EL-1, treated on 11/19/17
for 24hr $4 \times 10^6$ collect 11/20/17
48hr $2 \times 10^6$ collect 11/21/17
72hr $1 \times 10^6$ collect 11/22/17

12/4/17 Seeded TOV112D / TOV21G / treat 12/5/17
Collect 24hr 12/6/17
" 48hr 12/7/17
" 72hr 12/8/17

12/7/17

RNA extraction

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 |
|---|---|---|---|---|---|---|---|---|
| 1 | 267 | 12/7/2017 2:07:20 PM | 0.0635 | µg/µl | 1.588 | 0.831 | 1.91 | 1.36 |
| 2 | 269 | 12/7/2017 2:07:45 PM | 0.0548 | µg/µl | 1.370 | 0.695 | 1.97 | 0.29 |
| 3 | 273 | 12/7/2017 2:08:08 PM | 0.0257 | µg/µl | 0.643 | 0.335 | 1.92 | 0.24 |
| 4 | 275 | 12/7/2017 2:08:29 PM | 0.0164 | µg/µl | 0.409 | 0.212 | 1.93 | 0.66 |
| 5 | 285 | 12/7/2017 2:08:53 PM | 0.0678 | µg/µl | 1.694 | 0.882 | 1.92 | 1.13 |
| 6 | 287 | 12/7/2017 2:09:13 PM | 0.0553 | µg/µl | 1.381 | 0.722 | 1.91 | 2.32 |
| 7 | 291 | 12/7/2017 2:09:32 PM | 0.0630 | µg/µl | 1.575 | 0.802 | 1.96 | 0.34 |
| 8 | 293 | 12/7/2017 2:09:51 PM | 0.0506 | µg/µl | 1.265 | 0.648 | 1.95 | 1.39 |
| 9 | 297 | 12/7/2017 2:10:10 PM | 0.0358 | µg/µl | 0.896 | 0.455 | 1.97 | 0.22 |
| 10 | 299 | 12/7/2017 2:10:30 PM | 0.0248 | µg/µl | 0.621 | 0.313 | 1.99 | 0.86 |
| 11 | 303 | 12/7/2017 2:10:51 PM | 0.1809 | µg/µl | 4.523 | 2.334 | 1.94 | 1.35 |
| 12 | 305 | 12/7/2017 2:11:10 PM | 0.1508 | µg/µl | 3.770 | 1.925 | 1.96 | 1.75 |
| 13 | 309 | 12/7/2017 2:11:31 PM | 0.0279 | µg/µl | 0.698 | 0.362 | 1.93 | 0.85 |
| 14 | 311 | 12/7/2017 2:11:53 PM | 0.0675 | µg/µl | 1.688 | 0.877 | 1.92 | 0.35 |
| 15 | 315 | 12/7/2017 2:12:12 PM | 0.0445 | µg/µl | 1.113 | 0.585 | 1.90 | 1.13 |
| 16 | 317 | 12/7/2017 2:12:31 PM | 0.0587 | µg/µl | 1.468 | 0.770 | 1.91 | 0.60 |
| 17 | 321 | 12/7/2017 2:12:50 PM | 0.0810 | µg/µl | 2.025 | 1.061 | 1.91 | 1.03 |
| 18 | 323 | 12/7/2017 2:13:10 PM | 0.0326 | µg/µl | 0.815 | 0.408 | 2.00 | 1.00 |
| 19 | 327 | 12/7/2017 2:13:31 PM | 0.0445 | µg/µl | 1.112 | 0.574 | 1.94 | 2.54 |
| 20 | 329 | 12/7/2017 2:14:02 PM | 0.0092 | µg/µl | 0.230 | 0.114 | 2.02 | 0.10 |
| 21 | 339 | 12/7/2017 2:14:21 PM | 0.0177 | µg/µl | 0.442 | 0.220 | 2.01 | 0.55 |
| 22 | 341 | 12/7/2017 2:14:40 PM | 0.0172 | µg/µl | 0.429 | 0.221 | 1.94 | 0.89 |
| 23 | 345 | 12/7/2017 2:14:59 PM | 0.0219 | µg/µl | 0.548 | 0.281 | 1.95 | 1.31 |
| 24 | 347 | 12/7/2017 2:15:17 PM | 0.0165 | µg/µl | 0.414 | 0.207 | 2.00 | 0.56 |
| 25 | 351 | 12/7/2017 2:15:34 PM | 0.0165 | µg/µl | 0.413 | 0.214 | 1.93 | 0.96 |
| 26 | 353 | 12/7/2017 2:15:52 PM | 0.0112 | µg/µl | 0.281 | 0.142 | 1.98 | 0.94 |
| 27 | 279 | 12/8/2017 1:19:05 PM | 0.0145 | µg/µl | 0.364 | 0.192 | 1.89 | 1.07 |
| 28 | 281 | 12/8/2017 1:19:28 PM | 0.0089 | µg/µl | 0.222 | 0.111 | 2.00 | 0.48 |
| 29 | 333 | 12/8/2017 1:19:56 PM | 0.0244 | µg/µl | 0.609 | 0.317 | 1.92 | 0.65 |
| 30 | 335 | 12/8/2017 1:20:15 PM | 0.0039 | µg/µl | 0.097 | 0.054 | 1.79 | 0.39 |
| 31 | 335 | 12/8/2017 1:21:01 PM | 0.0041 | µg/µl | 0.102 | 0.048 | 2.12 | 0.38 |

12/8/17

(VILO) cDNA synthesis
0.1 ugRNA used except for #335 (0.06 ug)

| Sample ID | ul RNA for 0.1 ug rxn | ul Water |
|---|---|---|
| 267 | 1.6 | 14.4 |
| 269 | 1.8 | 14.2 |
| 273 | 3.9 | 12.1 |
| 275 | 6.1 | 9.9 |
| 279 | 6.9 | 9.1 |
| 281 | 11.2 | 4.8 |
| 285 | 1.5 | 14.5 |
| 287 | 1.8 | 14.2 |
| 291 | 1.6 | 14.4 |
| 293 | 2.0 | 14.0 |
| 297 | 2.8 | 13.2 |
| 299 | 4.0 | 12.0 |
| 303 | 0.6 | 15.4 |
| 305 | 0.7 | 15.3 |
| 309 | 3.6 | 12.4 |
| 311 | 1.5 | 14.5 |
| 315 | 2.2 | 13.8 |
| 317 | 1.7 | 14.3 |
| 321 | 1.2 | 14.8 |
| 323 | 3.1 | 12.9 |
| 327 | 2.2 | 13.8 |
| 329 | 10.9 | 5.1 |
| 333 | 4.1 | 11.9 |
| 335 | 16.0 | 0.0 |
| 339 | 5.6 | 10.4 |
| 341 | 5.8 | 10.2 |
| 345 | 4.6 | 11.4 |
| 347 | 6.1 | 9.9 |
| 351 | 6.1 | 9.9 |
| 353 | 8.9 | 7.1 |

1/10/18 CA-125 ELISA

RayBio # ELH-CA125

Test unconcentrated media vs concentrated using Amicon Ultra-15 filter MW cutoff 10,000

| Weigh tubes | Volume ~~empty~~ | empty sample reservoir ~~w/ media~~ | empty centrifuge tube | media + reservoir |
| --- | --- | --- | --- | --- |
| 266 | 8.36mL ~~25.0 g~~ | 10.99g | 11.59g | 19.17g |
| 338 | 8.853mL ~~24.9 g~~ | 10.98g | 11.53g | 19.7g |

Spin tubes for 25 min at 4000xg

move the retentate by pipetting into new container

| weigh retentate | tube weight | tube + retentate | filtrate |
| --- | --- | --- | --- |
| 266 | 1.0025 g | 1.3514g | 19.29g |
| 338 | 1.0088g | 1.7104g | 19.4497g |

% retentate recovery = $100 \times \frac{W_r \times C_r}{W_0 \times C_0}$

% filtrate recovery = $100 \times \frac{W_f \times C_f}{W_0 \times C_0}$

% recovery = % retentate recovery + % filtrate recovery

1/10/18 CA-125 ELISA

1. All reagents & samples to room temperature
2. Assay diluent (Item E2) should be diluted 5x w/ dd $H_2O$
   - Stable 1mo. at 4°C
3. Prep. of Standard
   - Spin vial C
   - Add 400 ul 1x Assay Diluent into Vial C = 1000 U/mL
     - mix gently
   -

Vial C + 400ul Diluent → 180 ul → 1 (270ul) → 200ul → 2 (400ul) → 200ul → 3 (400ul) → 200ul → 4 (400ul) → 200ul → 5 (400ul) → 200ul → 6 (400ul) → 200ul → 7 (400ul)

Zero standard => Assay Diluent

1000 U/mL, 400U/mL, 133.3, 44.45, 14.81, 4.94, 1.65, 0.55

4. Prepare Wash buffer by diluting 20x
   - Stable 1mo. at 4°C
5. Spin Item F, detection antibody
   - Add 100 ul of 1X Assay Diluent
     - Stable 5days at 4°C
   - Dilute it 80x and will be used in assay (use assay diluent)
6. Spin HRP-Strep. Vial (Item G) & mix
   - Add 15ul to tube w/ 12mL of assay diluent (800x)
   - do not save!

Go to pg 10

from pg 9

## Assay Procedure

1. All samples to RT.
2. Label 8 strip/wells
3. Add 100µl Standard / Samples
   - Incubate 2.5 hr, gentle shaking, RT
4. Discard solution, wash 4x
   - decant, blot after washes
5. Add 100µl of 1x Antibody mix
   - Incubate 1 hr, RT, shaking
6. Discard & Wash as in step 4 (4x)
7. Add 100µl of Streptavidin solution
   - Incubate 45 min, RT, shaking
8. Discard & wash 4x
9. Add 100µl TMB substrate (Item H)
   - Incubate 30 min, RT, shaking
10. Add 50µl STOP solution (Item I) to each well
    - Read at 450nm

1/10/18 Protein levels in media for CA125 Assay

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Stand | A | | Stand | I | | | | | | | |
| B | | B | | Blank | | | | | | | | |
| C | | C | | 266 orig | | | | | | | | |
| D | | D | | 338 orig | | | | | | | | |
| E | | E | | 266 conc. | | | | | | | | |
| F | | F | | 338 conc. | | | | | | | | |
| G | | G | | | | | | | | | | |
| H | | H | | | | | | | | | | |

| Standard | Raw1 | Raw2 | Raw3 | Average | Conc (ug/ml) |
|---|---|---|---|---|---|
| A | 0.5417 | 0.4268 | 0.4585 | 0.44415 | 2000 |
| B | 0.3962 | 0.3871 | 0.3844 | 0.392233333 | 1500 |
| C | 0.3347 | 0.3188 | 0.3157 | 0.323 | 1000 |
| D | 0.2741 | 0.2863 | 0.2583 | 0.272933333 | 750 |
| E | 0.2218 | 0.214 | 0.2153 | 0.216966667 | 500 |
| F | 0.1669 | 0.1608 | 0.1584 | 0.162033333 | 250 |
| G | 0.1374 | 0.1406 | 0.1338 | 0.137233333 | 125 |
| H | 0.1106 | 0.1072 | 0.1072 | 0.1083 | 25 |
| I | 0.1171 | 0.1195 | 0.1258 | 0.1208 | 5 |
| Blank | 1.0783 | 1.1055 | 1.0779 | 1.09185 | 0 |

| | Raw1 | Raw2 | Raw3 | Corr 1 | Corr2 | Corr3 | ug/ml 1 | ug/ml 2 | ug/ml 3 | ug/ul | ug/ul | ug/ul | average | ul to use | diluent to use | protein | in triplicate ul to use | diluent to use | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] original | 0.8548 | 0.8595 | 0.8643 | | | | 3863 | 3832 | 3710.5 | 3.863 | 3.582 | 3.711 | 3.7 | 95.0 | 5.0 | 350 | 332.4 | 17.0 | 266 |
| [illegible] original | 0.952 | 0.9891 | 1.0874 | | | | 4148 | 4334.5 | 4426 | 4.149 | 4.335 | 4.426 | 4.3 | 81.3 | 18.7 | 350 | 284.7 | 65.3 | 338 |
| [illegible] concentrated | 4 | 4 | 4 | | | | 19380 | 19389 | 19389 | 19.389 | 19.389 | 19.389 | 19.4 | 100.0000 | 0 | | 350.0 | 0.0 | 226 |
| [illegible] concentrated | 4 | 4 | 4 | | | | 19389 | 19389 | 19389 | 19.389 | 19.389 | 19.389 | 19.4 | 100.0000 | 0.0 | | 350.0 | 0.0 | 338 |

1/11/18

CA125 ELISA - test levels in media

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Stand | | 1 | | 266 orig | | | | | | | |
| B | | 2 | | | 338 orig. | | | | | | | |
| C | | 3 | | | 266 conc | | | | | | | |
| D | | 4 | | | 338 conc | | | | | | | |
| E | | 5 | | | media blank | | | | | | | |
| F | | 6 | | | | | | | | | | |
| G | | 7 | | | | | | | | | | |
| H | Blank | | | | | | | | | | | |

1/11/18
Test media amounts for CA125 ELISA

| Standard (U/ml) | OD1 (450 nr | OD1 | Corrected OD1 | Corrected OD2 | Average |
|---|---|---|---|---|---|
| 400 | 2.3858 | 2.3921 | 2.31095 | 2.32545 | 2.3222 |
| 133.3 | 1.1825 | 1.1458 | 1.11585 | 1.07915 | 1.0975 |
| 44.45 | 0.3643 | 0.358 | 0.29765 | 0.29135 | 0.2945 |
| 14.81 | 0.1593 | 0.1562 | 0.09265 | 0.08955 | 0.0911 |
| 4.94 | 0.1049 | 0.1009 | 0.03825 | 0.03425 | 0.03625 |
| 1.65 | 0.082 | 0.0861 | 0.01535 | 0.01945 | 0.0174 |
| 0.55 | 0.0769 | 0.0776 | 0.01025 | 0.01095 | 0.0106 |
| Blank | 0.0661 | 0.0672 | 0.06665 | | |

| Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | Corrected for Media OD1 | Corrected for Media OD2 | Corrected for Media OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original 266 | 0.096 | 0.0925 | 0.0939 | 0.02935 | 0.02585 | 0.02725 | 0.0155 | 0.012 | 0.0134 | 1.769230769 | 1.230769231 | 1.446153846 | 1.482051282 | 0.271019096 |
| Original 338 | 0.1179 | 0.1155 | 0.1172 | 0.05125 | 0.04885 | 0.05055 | 0.0374 | 0.035 | 0.0367 | 5.138461538 | 4.769230769 | 5.030769231 | 4.979487179 | 0.189882139 |
| Concentrated 266 | 0.0849 | 0.0799 | 0.0843 | 0.01825 | 0.01325 | 0.01765 | 0.0044 | -0.0006 | 0.0030 | 0.061538462 | -0.70769231 | -0.03076923 | -0.22564103 | 0.42001221 |
| Concentrated 338 | 0.2216 | 0.2312 | 0.2172 | 0.15495 | 0.15455 | 0.15055 | 0.1411 | 0.1507 | 0.1367 | 21.09230769 | 22.56923077 | 20.41538462 | 21.35897436 | 1.101406667 |
| Plain Media | 0.0789 | 0.0885 | 0.0811 | 0.01325 | 0.02185 | 0.01445 | 0.01385 | | | | | | | |

266 = TOV112D unit

338 = Normal Ov. Epi cells

Proceed using unconcentrated media

1/12/18

# Protein levels for CA125 assay

Re-did standard and original media – media was too concentrated

- diluted media by 50%, remeasured
- Also used 25 ul of the standard and samples

1/12/18 Using 25 ul of standard

| Standard | Raw1 | Raw2 | Raw3 | Corr1 | Corr2 | Corr3 | Average | Conc.(ug/ml) |
|---|---|---|---|---|---|---|---|---|
| B1 | 1.8393 | 1.7711 | 1.7805 | 1.736933333 | 1.66873333 | 1.678 | 1.673433333 | 1500 |
| C1 | 1.277 | 1.2876 | 1.2926 | 1.174633333 | 1.18523333 | 1.19 | 1.183366667 | 1000 |
| D1 | 1.1027 | 1.1374 | 1.1232 | 1.000333333 | 1.03503333 | 1.021 | 1.018733333 | 750 |
| E1 | 0.8031 | 0.8012 | 0.8102 | 0.700733333 | 0.69883333 | 0.708 | 0.702466667 | 500 |
| A | 0.5556 | 0.527 | 0.5416 | 0.453233333 | 0.42463333 | 0.439 | 0.430 | 250 |
| B | 0.336 | 0.311 | 0.3407 | 0.233633333 | 0.20863333 | 0.238 | 0.226866667 | 125 |
| C | 0.2049 | 0.1908 | 0.2023 | 0.102533333 | 0.08843333 | 0.1 | 0.096966667 | 50 |
| D | 0.157 | 0.1555 | 0.154 | 0.054633333 | 0.05313333 | 0.052 | 0.053133333 | 25 |
| E | 0.118 | 0.1119 | 0.1112 | 0.015633333 | 0.00953333 | 0.009 | 0.009183333 | 5 |
| Blank | 0.1036 | 0.1005 | 0.1027 | 0.102366667 | | | | 0 |

y = 0.0011x + 0.0796
$R^2 = 0.98618$
0 0.5 1 1.5 2
0 200 400 600 800 1000 1200 1400 1600

ug to use per well = 350

| Samples | Raw 1 | Raw 2 | Raw 3 | Corr 1 | Corr 2 | Corr 3 | ug/ml 1 | ug/ml 2 | ug/ml 3 | Avg | x df | ul sample | ul dilutent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 279 | 2.2288 | 2.2411 | 2.2644 | 2.1337 | 2.146 | 2.169 | 1.867363636 | 1.87654545 | 1.89973 | 1.88188 | 3.76375758 | 325.5 | 24.5 |
| 281 | 2.4279 | 2.366 | 2.3488 | 2.3328 | 2.2709 | 2.252 | 2.048363636 | 1.99209091 | 1.97464 | 2.00503 | 4.01006061 | 305.5 | 44.5 |
| 297 | 3.5204 | 3.4285 | 3.3964 | 3.4253 | 3.3334 | 3.301 | 3.041545455 | 2.958 | 2.92682 | 2.97612 | 5.95224242 | 205.8 | 144.2 |
| 299 | 3.3355 | 3.3229 | 3.4021 | 3.2404 | 3.2278 | 3.307 | 2.873454545 | 2.862 | 2.934 | 2.88982 | 5.77963636 | 212.0 | 138.0 |
| 333 | 2.7243 | 2.5049 | 2.2334 | 2.6292 | 2.4098 | 2.138 | 2.317818182 | 2.11636364 | 1.87155 | 2.10258 | 4.20515152 | 291.3 | 58.7 |
| 335 | 2.2042 | 2.4787 | 2.3071 | 2.1091 | 2.3836 | 2.212 | 1.845 | 2.09454545 | 1.93855 | 1.95936 | 3.91872727 | 312.6 | 37.4 |
| 351 | 3.0495 | 3.0067 | 2.9638 | 2.9544 | 2.9116 | 2.869 | 2.613454545 | 2.57454545 | 2.53555 | 2.57452 | 5.1490303 | 237.9 | 112.1 |
| 353 | 2.8432 | 2.768 | 3.0064 | 2.7481 | 2.6729 | 2.911 | 2.425909091 | 2.35754545 | 2.57427 | 2.45258 | 4.90515152 | 249.7 | 100.3 |
| Blank | 0.0944 | 0.0981 | 0.0928 | 0.0951 | | | | | | | | | |

1/12/2018

| | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr control | 279 | 0.104 | 0.0885 | 0.0969 | 0.03735 | 0.02185 | 0.03025 | 5.13076923 | 2.74615385 | 4.03846154 | 4.58461538 | 0.77237818 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.0806 | 0.0742 | 0.0838 | 0.01305 | 0.00755 | 0.01715 | 1.53076923 | 0.54615385 | 2.02307692 | 1.77692308 | 0.34811411 |
| OV90 72 hr control | 297 | 0.1059 | 0.1046 | 0.1321 | 0.03925 | 0.03785 | 0.06545 | 5.42307692 | 5.22307692 | 9.45384615 | 5.32307692 | 0.14142136 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.1062 | 0.0906 | 0.1316 | 0.03955 | 0.02395 | 0.06495 | 5.46923077 | 3.06923077 | 9.37692308 | 4.26923077 | 1.69705627 |
| TOV-21G 72 hr control | 333 | 0.0724 | 0.0716 | 0.0942 | 0.00575 | 0.00496 | 0.02755 | 0.26923077 | 0.14615385 | 3.62307692 | 0.20769231 | 0.08702853 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.0761 | 0.077 | 0.0856 | 0.00945 | 0.01035 | 0.01895 | 0.83846154 | 0.97692308 | 2.3 | 0.90769231 | 0.09790709 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1003 | 0.0943 | 0.1001 | 0.03365 | 0.02765 | 0.03345 | 4.58153846 | 3.63846154 | 4.53076923 | 4.54615385 | 0.02175713 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1106 | 0.092 | 0.1331 | 0.04395 | 0.02535 | 0.06645 | 6.14615385 | 3.28461538 | 9.60769231 | 4.71538462 | 2.02341325 |
| | b | 0.0661 | 0.0672 | | 0.06665 | | | | | | | |

The other proteins in media may be interfering. Try lysate.

Protein levels In lysate

1-16-18

| Standard ID | Concentration (ug/ml) | OD1 | OD2 | OD3 | Average | Corrected Avg |
|---|---|---|---|---|---|---|
| A | 2000 | 0.5869 | 0.5848 | 0.5582 | 0.57596667 | 0.4874 |
| B | 1500 | 0.4457 | 0.4211 | 0.3533 | 0.4334 | 0.34463333 |
| C | 1000 | 0.3213 | 0.2774 | 0.2593 | 0.286 | 0.19743333 |
| D | 750 | 0.2473 | 0.2199 | 0.2128 | 0.22696667 | 0.1391 |
| E | 500 | 0.181 | 0.1759 | 0.1713 | 0.17606667 | 0.0875 |
| F | 250 | 0.1328 | 0.1252 | 0.1256 | 0.12786667 | 0.0393 |
| G | 125 | 0.1105 | 0.112 | 0.1116 | 0.11136667 | 0.0228 |
| H | 25 | 0.1004 | 0.0941 | 0.0953 | 0.0966 | 0.00803333 |
| I | 5 | 0.0845 | 0.0840 | 0.0941 | 0.08773333 | 0 |
| J (BLANK) | 0 | 0.0881 | 0.0884 | 0.0892 | 0.08856667 | 0 |

Standard - 30 min incubation

$y = 0.0002x - 0.0165$

$R^2 = 0.9875$

Net Absorbance (562 nm)

BSA (ug/ml)

0.5, 0.4, 0.3, 0.2, 0.1, 0, -0.1

0, 500, 1000, 1500, 2000, 2500

| | ID | OD1 | OD2 | OD3 | Corr OD1 | Corr OD2 | Corr OD3 | ug/ul 1 | ug/ul 2 | ug/ul 3 | Average | using 100 ug per well | x 3.5 wells | diluent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr control | 279 | 0.2429 | 0.2301 | 0.2326 | 0.1356 | 0.1228 | 0.1253 | 7.606 | 6.965 | 7.09 | 7.0275 | 14.23 | 49.8 | 300.2 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1892 | 0.1923 | 0.1878 | 0.0819 | 0.085 | 0.0805 | 4.92 | 5.075 | 4.85 | 4.94833333 | 20.21 | 70.7 | 279.3 |
| OV90 72 hr control | 297 | 0.3198 | 0.331 | 0.3306 | 0.2125 | 0.2237 | 0.2233 | 11.45 | 12.01 | 11.99 | 12 | 8.33 | 29.2 | 320.8 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.2689 | 0.2759 | 0.2784 | 0.1616 | 0.1686 | 0.1711 | 8.905 | 9.255 | 9.38 | 9.3175 | 10.73 | 37.6 | 312.4 |
| TOV-21G 72 hr control | 333 | 0.2991 | 0.2968 | 0.2948 | 0.1918 | 0.1895 | 0.1875 | 10.415 | 10.3 | 10.2 | 10.305 | 9.70 | 34.0 | 316.0 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1658 | 0.1616 | 0.1634 | 0.0585 | 0.0543 | 0.0561 | 3.75 | 3.54 | 3.63 | 3.64 | 27.47 | 96.2 | 253.8 |
| Normal Ov Epithelial 72 hr control | 351 | 0.2359 | 0.23 | 0.23 | 0.1286 | 0.1227 | 0.1227 | 7.255 | 6.96 | 6.96 | 6.96 | 14.37 | 50.3 | 299.7 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.2432 | 0.2474 | 0.2344 | 0.1359 | 0.1401 | 0.1271 | 7.82 | 7.83 | 7.18 | 7.725 | 12.94 | 45.3 | 304.7 |
| b | | 0.1097 | 0.1049 | | 0.1073 | | | | | | | | | |

| | ID | OD1 | OD2 | OD3 | Corr OD1 | Corr OD2 | Corr OD3 | ug/ul 1 | ug/ul 2 | ug/ul 3 | Average | using 100 ug per well | x 3.5 wells | diluent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr unt | 278 | 0.6686 | 0.6925 | 0.653 | 0.56466667 | 0.58876667 | 0.54926667 | 29.0683333 | 30.2633333 | 29.2883333 | 29.2758333 | 3.42 | 12.0 | 338.0 |
| Ov90 72 hr unt 72 hr | 296 | 0.34 | 0.3407 | 0.3386 | 0.23626667 | 0.23696667 | 0.23286667 | 12.6383333 | 12.6733333 | 12.4883333 | 12.5933333 | 7.94 | 27.8 | 322.2 |
| TOV-121G unt | 332 | 0.4392 | 0.4456 | 0.4413 | 0.33546667 | 0.34186667 | 0.33756667 | 17.5983333 | 17.9183333 | 17.7033333 | 17.8108333 | 5.61 | 19.7 | 330.3 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2281 | 0.2347 | 0.2316 | 0.12436667 | 0.13096667 | 0.12756667 | 7.04333333 | 7.37333333 | 7.21833333 | 7.29583333 | 13.71 | 48.0 | 302.0 |
| b | | 0.1032 | 0.104 | 0.104 | 0.10373333 | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | 279 | |
| B | | | | | | | | | | | 281 | |
| C | | | | | | | | | | | 297 | |
| D | | | | | | | | | | | 299 | |
| E | | | | | | | | | | | 333 | |
| F | BLANK | | | | | | | | BLANK | | 335 | |
| G | | | | | | | | | | | 351 | |
| H | | | | | | | | | | | 353 | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Stand | | A | | I | | | | | |
| B | | B | | PBS Blank | | | | | | |
| C | | C | | 278 | | | | | | |
| D | | D | | 296 | | | | | | |
| E | | E | | 332 | | | | | | |
| F | | F | | 350 | | | | | | |
| G | | G | | Lysis Buffer Blank | | | | | | |
| H | | H | | | | | | | | |

1-17-18

CA125 in Lysate

279
281
297
299
333
335
351
353
BLANK
278
278
296
296
332
332
B
350
332
350
350

| 1/17/2018 | Lysate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
| TOV112D 72 hr control | 279 | 0.1637 | 0.1749 | 0.171 | 0.0807 | 0.0919 | 0.088 | 11.8 | 13.5230769 | 12.9230769 | 13.2230769 | 0.42426407 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1188 | 0.1175 | 0.1221 | 0.0358 | 0.0345 | 0.0391 | 4.89230769 | 4.89230769 | 5.4 | 4.99487179 | 0.36482413 |
| OV90 72 hr control | 297 | 0.146 | 0.1479 | 0.1689 | 0.063 | 0.0649 | 0.0859 | 9.07692308 | 9.36923077 | 12.6 | 9.22307692 | 0.20669275 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.1371 | 0.13 | 0.1506 | 0.0541 | 0.047 | 0.0675 | 7.70769231 | 6.61538462 | 9.78461538 | 7.16153846 | 0.77237618 |
| TOV-21G 72 hr control | 333 | 0.1374 | 0.1269 | 0.1269 | 0.0544 | 0.0439 | 0.0459 | 7.75384615 | 6.13846154 | 6.44615385 | 6.29230769 | 0.21757132 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1 | 0.0889 | 0.0907 | 0.017 | 0.0069 | 0.0077 | 2 | 0.29230769 | 0.56923077 | 0.43076923 | 0.19581419 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1491 | 0.1518 | 0.1547 | 0.0661 | 0.0686 | 0.0717 | 9.55384615 | 9.96923077 | 10.4153846 | 9.76153846 | 0.20372128 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1551 | 0.1362 | 0.1467 | 0.0721 | 0.0532 | 0.0637 | 10.4769231 | 7.56923077 | 9.18461538 | 9.83076923 | 0.91379953 |
| | b | 0.0868 | 0.0876 | 0.0746 | 0.083 | | | | | | | |

| 1/18/2018 | Lysate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
| TOV112D 72 hr unt | 278 | 0.1998 | 0.1904 | | 0.0476 | 0.0382 | | 6.70769231 | 5.26153846 | | 5.98461538 | 1.02258519 |
| Ov90 72 hr unt 72 hr | 296 | 0.1976 | 0.1971 | 0 | 0.0456 | 0.0449 | | 6.4 | 6.29230769 | | 6.34815385 | 0.07614996 |
| TOV-121G unt | 332 | 0.1875 | 0.179 | 0.199 | 0.0353 | 0.0266 | 0.0468 | 4.81538462 | 3.50769231 | 6.58461538 | 4.16153846 | 0.9246781 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2533 | 0.2874 | 0.2328 | 0.1011 | 0.1352 | 0.0806 | 14.9384615 | 20.1846154 | 11.7846154 | 13.3615385 | 2.230106 |
| b | | 0.1522 | | | | | | | | | | |

Results: Lysate protein measurements may be affected by talc. Repeat protein measurements, have control w/ talc in it.

Remeasured protein levels in media 1-19-18

° Recalc. data. CA125

Re-measure media protein

1-19-18

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | BLANK Media 10x | 279 | | | | | | | |
| B | | | | | 281 | | | | | | | |
| C | | | | | 297 | | | | | | | |
| D | | | | | 299 | | | | | | | |
| E | | | | Blank 1:135 | 333 | | | | | | | |
| F | | | | | 335 | | | | | | | |
| G | | | | | 351 | | | | | | | |
| H | | | | | 353 | | | | | | | |

· 10x diluted samples media was 10x as blank

· used 25ul to detect

protein → New control

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | 278 | | | 335 | | |
| B | | | | | | | 279 | | | 350 | | |
| C | | | | | | | 281 | | | 351 | | |
| D | | | | | | | 296 | | | 353 | | |
| E | | | | | | | 297 | | | Lysis Buffer | | |
| F | | | | | | | 299 | | | Lysis Buffer + talc | | |
| G | | | | | | | 332 | | | | | |
| H | | | | | | | 333 | | | | | |

44x200 = 8800 / 50 = 176

Go to pg 17

from pg 16

| Standard ID | Concentration (ug/ml) | OD1 | OD2 | OD3 | Average | Corrected Avg |
|---|---|---|---|---|---|---|
| A | 2000 | 0.5869 | 0.5848 | 0.5562 | 0.575967 | 0.4874 |
| B | 1500 | 0.4457 | 0.4211 | 0.3533 | 0.4334 | 0.344833 |
| C | 1000 | 0.3213 | 0.2774 | 0.2593 | 0.286 | 0.197433 |
| D | 750 | 0.2473 | 0.2199 | 0.2128 | 0.226667 | 0.1381 |
| E | 500 | 0.181 | 0.1759 | 0.1713 | 0.176067 | 0.0875 |
| F | 250 | 0.1328 | 0.1252 | 0.1256 | 0.127867 | 0.0393 |
| G | 125 | 0.1105 | 0.112 | 0.1116 | 0.111367 | 0.0228 |
| H | 25 | 0.1004 | 0.0941 | 0.0953 | 0.0966 | 0.008033 |
| I | 5 | 0.0845 | 0.0846 | 0.0941 | 0.087733 | 0 |
| J (BLANK) | 0 | 0.0881 | 0.0884 | 0.0892 | 0.088567 | 0 |

| | ID | OD1 | OD2 | OD3 | Corr OD1 | Corr OD2 | Corr OD3 | ug/ul 1 | ug/ul 2 | ug/ul 3 | Average | how much was used | ug used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr unt | 278 | 0.6692 | 0.6792 | 0.6667 | 0.559667 | 0.6792 | 0.6667 | 28.81833 | 34.785 | 34.16 | 34.4725 | 3.42 | 117.9 |
| TOV112D 72 hr control | 279 | 0.2121 | 0.2206 | 0.2113 | 0.102767 | 0.2206 | 0.2113 | 5.963333 | 11.855 | 11.39 | 11.6225 | 14.23 | 165.4 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1866 | 0.1902 | 0.189 | 0.077267 | 0.1902 | 0.189 | 4.688333 | 10.335 | 10.275 | 8.432778 | 20.21 | 170.4 |
| Ov90 72 hr unt 72 hr | 296 | 0.3372 | 0.3405 | 0.3354 | 0.227667 | 0.3405 | 0.3354 | 12.21833 | 17.85 | 17.595 | 15.88778 | 7.94 | 126.1 |
| OV90 72 hr control | 297 | 0.3217 | 0.3231 | 0.3255 | 0.212367 | 0.3231 | 0.3255 | 11.44333 | 16.98 | 17.1 | 17.04 | 8.33 | 141.9 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.2813 | 0.282 | 0.2785 | 0.171967 | 0.282 | 0.2785 | 9.423333 | 14.925 | 14.75 | 14.8375 | 10.73 | 159.2 |
| TOV-121G unt | 332 | 0.4161 | 0.4393 | 0.452 | 0.306767 | 0.4393 | 0.452 | 16.16333 | 22.79 | 23.425 | 23.1075 | 5.61 | 129.6 |
| TOV-21G 72 hr control | 333 | 0.3031 | 0.3039 | 0.3238 | 0.193767 | 0.3039 | 0.3238 | 10.51333 | 16.02 | 17.015 | 14.51611 | 9.70 | 140.8 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1847 | 0.1856 | 0.19 | 0.075367 | 0.1856 | 0.19 | 4.593333 | 10.105 | 10.325 | 8.341111 | 27.47 | 229.1 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2227 | 0.2338 | 0.2367 | 0.113367 | 0.2338 | 0.2367 | 6.493333 | 12.515 | 12.66 | 12.5875 | 13.71 | 172.6 |
| Normal Ov Epithelial 72 hr control | 351 | 0.2287 | 0.2316 | 0.2402 | 0.119367 | 0.2316 | 0.2402 | 6.793333 | 12.405 | 12.835 | 12.62 | 14.37 | 181.3 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.2277 | 0.2391 | 0.2432 | 0.118367 | 0.2391 | 0.2432 | 6.743333 | 12.78 | 12.985 | 9.761667 | 12.94 | 126.3 |
| Lysis buffer blank | | 0.1102 | 0.1083 | 0.1095 | 0.109333 | | | | | | | | |
| Lysis buffer+talc blank | | 0.1073 | 0.1068 | 0.1059 | -0.00203 | -0.00253 | -0.00343 | -0.00267 | | | | | |

Remeasured Media Protein - 10x diluted using 25ul standard

| Samples | | Raw 1 | Raw 2 | Raw 3 | Corr 1 | Corr 2 | Corr 3 | ug/ul 1 | ug/ml 2 | ug/ml 3 | Avg | xdf | ul media used | actual ug used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 279 | 0.7155 | 0.7569 | 0.7571 | 0.6192 | 0.6606 | 0.6608 | 0.490545 | 0.528182 | 0.528364 | 0.515697 | 5.15697 | 92.992174 | 479.5578 |
| | 281 | 0.7067 | 0.7139 | 0.7356 | 0.6104 | 0.6176 | 0.6393 | 0.482545 | 0.489091 | 0.508818 | 0.493485 | 4.934848 | 87.280476 | 430.7159 |
| | 297 | 1.1257 | 1.1418 | 1.1656 | 1.0294 | 1.0455 | 1.0693 | 0.863455 | 0.878091 | 0.899727 | 0.880424 | 8.804242 | 58.801368 | 517.7015 |
| | 299 | 1.1303 | 1.1325 | 1.1842 | 1.034 | 1.0362 | 1.0879 | 0.867636 | 0.869636 | 0.916636 | 0.884636 | 8.846364 | 60.557443 | 535.7132 |
| | 333 | 0.7006 | 0.7217 | 0.7401 | 0.6043 | 0.6254 | 0.6438 | 0.477 | 0.496182 | 0.512909 | 0.495364 | 4.953636 | 83.231246 | 412.2973 |
| | 335 | 0.7315 | 0.7361 | 0.7684 | 0.6352 | 0.6398 | 0.6721 | 0.505091 | 0.509273 | 0.538636 | 0.517667 | 5.176667 | 89.314713 | 462.3525 |
| | 351 | 0.9217 | 0.9433 | 0.9655 | 0.8254 | 0.847 | 0.8692 | 0.676 | 0.697636 | 0.717818 | 0.697818 | 6.978182 | 67.973964 | 474.3347 |
| | 353 | 0.9401 | 0.9952 | 1.0083 | 0.8438 | 0.8989 | 0.912 | 0.694727 | 0.744818 | 0.756727 | 0.732091 | 7.320909 | 71.353555 | 522.3729 |
| Blank-10x media | | 0.7339 | 0.7117 | 0.7024 | 0.6376 | 0.7117 | 0.7024 | 0.70706 | | | | | | |
| Blank-PBS | | 0.0941 | 0.0998 | 0.095 | 0.0963 | | | | | | | | | |

Recalculated how much protein was really used and then adjusted CA125 levels pg 18

from pg 17

CA125 - recalc. for SKI abstract

1/12/2018

| MEDIA | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation | Corrected per ug protein | Corrected per ug protein | Corrected per ug protein | Average | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr control | 279 | 0.104 | 0.0866 | 0.0989 | 0.00735 | 0.02185 | 0.02329 | 5.12076923 | 2.74615385 | 4.03846154 | 4.50461538 | 0.77237816 | 0.01008693 | 0.00572843 | 0.00942122 | 0.00787 | 0.00191 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.0606 | 0.0742 | 0.0656 | 0.01325 | 0.00755 | 0.01716 | 1.60076923 | 0.54615385 | 2.02307692 | 1.77692308 | 0.34811411 | 0.00519204 | 0.00115587 | 0.00421663 | 0.00371 | 0.00073 |
| OV90 72 hr control | 287 | 0.1059 | 0.1046 | 0.1321 | 0.03925 | 0.03766 | 0.06545 | 5.42307692 | 5.22307692 | 9.45384615 | 5.32307692 | 0.14142136 | 0.01130849 | 0.01080144 | 0.01971367 | 0.01110 | 0.00025 |
| Ov90 72 hr 1000 ug/ml Talc | 289 | 0.1092 | 0.0980 | 0.1318 | 0.03555 | 0.02385 | 0.06486 | 5.46923077 | 3.06923077 | 9.37692308 | 4.26923077 | 1.69705627 | 0.01140474 | 0.00640013 | 0.01955327 | 0.01848 | 0.00575 |
| TOV-21G 72 hr control | 333 | 0.0724 | 0.0716 | 0.0942 | 0.00375 | 0.00495 | 0.02755 | 0.28323077 | 0.14615385 | 3.02307692 | 0.20769231 | 0.09702883 | 0.00058141 | 0.00030477 | 0.00755504 | 0.00043 | 0.00015 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.0781 | 0.077 | 0.0806 | 0.00945 | 0.01035 | 0.01686 | 0.83840154 | 0.97692308 | 2.3 | 0.90769231 | 0.09790709 | 0.00174841 | 0.00203713 | 0.00479608 | 0.00189 | 0.00023 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1003 | 0.0843 | 0.1001 | 0.03365 | 0.02765 | 0.03045 | 4.58153846 | 3.03846154 | 4.53076923 | 4.54615385 | 0.02175713 | 0.00951197 | 0.00758712 | 0.00944781 | 0.00945 | 0.00055 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1109 | 0.082 | 0.1391 | 0.04095 | 0.02535 | 0.06545 | 6.14615385 | 3.28461538 | 9.86769231 | 4.71538462 | 2.02341326 | 0.01281620 | 0.00684526 | 0.02003448 | 0.01043 | 0.00810 |
| b | | 0.0661 | 0.0672 | | 0.06665 | | | | | | | | | | | | |

1/17/2018 Lysate

| | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation | Corrected per ug protein | Corrected per ug protein | Corrected per ug protein | Average | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr unt | 278 | 0.1968 | 0.1904 | | 0.0479 | 0.0382 | | 6.70769231 | 6.20153846 | | 5.95461538 | 1.02258519 | 0.03966602 | 0.04460866 | | 0.0505 | 0.0087 |
| TOV112D 72 hr control | 279 | 0.1637 | 0.1740 | 0.171 | 0.0687 | 0.0919 | 0.098 | 11.8 | 13.5230769 | 12.9230769 | 13.2230769 | 0.40435437 | 0.0713473 | 0.08170068 | 0.07813785 | 0.0609 | 0.0026 |
| TOV112D 72 hr 1000 ug/ml talc | 281 | 0.1188 | 0.1175 | 0.1321 | 0.0388 | 0.0345 | 0.0301 | 4.69230769 | 4.69230769 | 5.4 | 4.69487179 | 0.36453413 | 0.02870627 | 0.02750275 | 0.03169522 | 0.0293 | 0.0021 |
| Ov90 72 hr unt 72 hr | 290 | 0.1978 | 0.1971 | 0 | 0.0459 | 0.0449 | | 6.4 | 6.29230769 | | 6.34615385 | 0.07614098 | 0.05973287 | 0.04807995 | | 0.0503 | 0.0036 |
| OV90 72 hr control | 287 | 0.149 | 0.1479 | 0.1580 | 0.053 | 0.0549 | 0.0659 | 9.07692308 | 9.36923077 | 12.8 | 9.22307692 | 0.20658775 | 0.06064757 | 0.0600609 | 0.0857873 | 0.0630 | 0.0015 |
| Ov90 72 hr 1000 ug/ml Talc | 289 | 0.1371 | 0.13 | 0.1596 | 0.0541 | 0.047 | 0.0676 | 7.70769231 | 6.61538462 | 9.79461538 | 7.16153846 | 0.77237816 | 0.04841321 | 0.04155225 | 0.06146069 | 0.0500 | 0.0101 |
| TOV-21G unt | 332 | 0.1575 | 0.178 | 0.180 | 0.0353 | 0.0358 | 0.0488 | 4.81538462 | 3.50769231 | 6.58461538 | 4.16153846 | 0.9246701 | 0.03714827 | 0.02706882 | 0.05070425 | 0.0321 | 0.0071 |
| TOV-21G 72 hr control | 333 | 0.1374 | 0.1569 | 0.1295 | 0.0544 | 0.0430 | 0.0459 | 7.75384615 | 8.13846154 | 8.44615385 | 8.29230769 | 0.21767132 | 0.05606747 | 0.04358508 | 0.0457863 | 0.0447 | 0.0015 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1 | 0.0889 | 0.0907 | 0.017 | 0.0089 | 0.0077 | 2 | 0.29230769 | 0.59923077 | 0.43076923 | 0.19581416 | 0.00672896 | 0.00121573 | 0.00246431 | 0.0042 | 0.0040 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2533 | 0.2674 | 0.2328 | 0.1011 | 0.1382 | 0.0896 | 14.9384615 | 20.1846154 | 11.7846154 | 13.2012385 | 2.2304 | 0.06658293 | 0.11666186 | 0.06828767 | 0.0774 | 0.0129 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1491 | 0.1516 | 0.1547 | 0.0808 | 0.0682 | 0.0717 | 9.55384615 | 8.96923077 | 10.4153846 | 9.78153846 | 0.20372128 | 0.05268198 | 0.0549725 | 0.05743088 | 0.0558 | 0.0018 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1551 | 0.1392 | 0.1467 | 0.0721 | 0.0532 | 0.0637 | 10.4769231 | 7.58823077 | 9.18461538 | 8.83076923 | 0.91379863 | 0.07762981 | 0.05002239 | 0.07271144 | 0.0750 | 0.0036 |
| b | | 0.0806 | 0.0876 | 0.0748 | 0.083 | | | | | | | | | | | | |

| | fold increase | fold increase | fold increase | Average | SD |
|---|---|---|---|---|---|
| OV90 | 1.02745665 | 0.5765896 | 1.76156069 | 1.39450867 | 0.51908995 |
| TOV21G | 4.03703704 | 4.7037037 | 11.0740741 | 4.37037037 | 0.47140452 |
| ↘ Normal Ov Epi | 1.35194585 | 0.72250423 | 2.11336717 | 1.73265651 | 0.53840618 |

Media calculations for OV90, 21G, Normal Ov. Epi were used for SKI abstract

1/29/18

Seed 72 hour 1000 ug/ml talc EOC

SKOV-3 and A2780 seeded $4 \times 10^6$ cells
TOV-21G seeded $2 \times 10^6$ cells

Treat SKOV-3 and A2780 today 1/29/18
25mL of media

$(x)(100\,mg/ml) = (25\,ml)(1000\,ug/ml)$
$x = 250\,ul$

Treat TOV21G 1/30/18

1/31/18 – The presence of 1000 ug/ml is physically killing the cells.
– We need to decrease dose.

~~#3~~ 2/1/18

Treat EOC w/talc

- Needed to lower the dose of talc (~~in saline~~ PBS)
  - unt, 5, 20, 100 ug/mL → 72 hours

- Seeded 1x10^6 cells — 60mm dish, 5mL

| | | ID |
|---|---|---|
| - ELI | unt | 356 |
| ELI | 5ug/mL | 357 |
| ELI | 20ug/mL | 358 |
| ELI | 100ug/mL | 359 |
| - SKov-3 | unt | 360 |
| | 5ug/mL | 361 |
| | 20ug/mL | 362 |
| | 100ug/mL | 363 |
| - TOV112D | unt | 364 |
| | 5 ug/mL | 365 |
| | 20 ug/mL | 366 |
| | 100 ug/mL | 367 |
| - A2780 | unt | 368 |
| | 5 ug/mL | 369 |
| | 20 ug/mL | 370 |
| | 100 ug/mL | 371 |
| - ~~OV90~~ | ~~unt~~ | ~~372~~ |
| | ~~5 ug/mL~~ | ~~373~~ |
| | ~~20 ug/mL~~ | ~~374~~ |
| | ~~100 ug/mL~~ | ~~375~~ |

FT33

| | | |
|---|---|---|
| ~~No [illegible]~~ | Unt | 379 |
| | 5ug/mL | 380 |
| | 20 | 381 |
| | 100 | 382 |
| | ~~1000~~ | ~~383~~ |
| | ~~Control 5~~ | ~~377~~ |
| | ~~Control 1000~~ | ~~378~~ |

OK

| | ID |
|---|---|
| ~~ELI Control 5~~ | ~~379~~ |
| ~~Control 1000~~ | ~~380~~ |
| ~~1000ug/mL talc~~ | ~~381~~ |
| ~~SKov-3 Control 5~~ | ~~382~~ |
| ~~Control 1000~~ | ~~383~~ |
| ~~1000ug/mL talc~~ | ~~384~~ |
| ~~A2780 Control 5~~ | ~~385~~ |
| ~~Control 1000~~ | ~~386~~ |
| ~~1000ug/mL talc~~ | ~~387~~ |
| ~~Normal Ov Epi - Unt~~ | ~~388~~ → 383 |
| 5 ~~5ug/mL~~ | ~~389~~ → 384 |
| 20 ~~20~~ | ~~390~~ → 385 |
| 100 ~~100~~ | ~~391~~ → 386 |
| ~~1000~~ | ~~392~~ |
| ~~Control 5~~ | ~~393~~ |
| ~~Control 1000~~ | ~~394~~ |

OK

| TOV112D | |
|---|---|
| ~~Control 5~~ | ~~395~~ |
| ~~Control 1000~~ | ~~396~~ |
| ~~1000ug/mL talc~~ | ~~397~~ |

2/2/18

Prepare talc
100mg in 10mL → mix and filter = 10mg/ml

2/2/18 treated w/ talc

(x)(10000 ug/ml) = (5ml)(5ug/ml) = 2.5mL
(x)(10000 ug/ml) = (5mL)(20ug/ml) = 10ul
(x)(10000 ug/ml) = (5mL)(100ug/ml) = 50ul

2/6/18
treat w/ "soaked" talc (10000 ug/mL)
• talc was rocked for 72 hours, spun and supernatant collected

★ too much volume
• made 1g/10mL DMSO - Re-soak 72hr

2/7/18 seeded Human Ov. Epi cells 1x10⁶ → treat ~~Friday~~ ~~2/8/18~~ Tuesday [illegible]
2/26/18

~~383~~ NOE

| | |
|---|---|
| 0 ug/ml | 383 |
| 5ug/ml | 384 |
| 20 ug/ml | 385 |
| 100 ug/ml | 386 |

2/5/18 RNA

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 | Sample Type | Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 356 | 2/5/2018 1:18:50 PM | 0.0830 | µg/µl | 2.074 | 1.109 | 1.87 | 1.30 | RNA | 40.00 |
| 2 | 357 | 2/5/2018 1:19:20 PM | 0.1000 | µg/µl | 2.500 | 1.342 | 1.86 | 1.18 | RNA | 40.00 |
| 3 | 358 | 2/5/2018 1:19:39 PM | 0.0829 | µg/µl | 2.073 | 1.118 | 1.85 | 1.26 | RNA | 40.00 |
| 4 | 359 | 2/5/2018 1:20:00 PM | 0.0349 | µg/µl | 0.873 | 0.476 | 1.84 | 0.39 | RNA | 40.00 |
| 5 | 360 | 2/5/2018 1:20:24 PM | 0.2387 | µg/µl | 5.968 | 2.966 | 2.01 | 0.78 | RNA | 40.00 |
| 6 | 361 | 2/5/2018 1:20:43 PM | 0.3389 | µg/µl | 8.473 | 4.194 | 2.02 | 1.15 | RNA | 40.00 |
| 7 | 362 | 2/5/2018 1:21:04 PM | 0.3017 | µg/µl | 7.542 | 3.837 | 1.97 | 1.47 | RNA | 40.00 |
| 8 | 363 | 2/5/2018 1:21:20 PM | 0.1118 | µg/µl | 2.796 | 1.465 | 1.91 | 1.53 | RNA | 40.00 |
| 9 | 368 | 2/5/2018 1:21:41 PM | 0.2203 | µg/µl | 5.508 | 2.880 | 1.91 | 1.34 | RNA | 40.00 |
| 10 | 369 | 2/5/2018 1:21:57 PM | 0.2474 | µg/µl | 6.185 | 3.187 | 1.94 | 2.03 | RNA | 40.00 |
| 11 | 370 | 2/5/2018 1:22:12 PM | 0.2217 | µg/µl | 5.541 | 2.855 | 1.94 | 1.63 | RNA | 40.00 |
| 12 | 371 | 2/5/2018 1:22:29 PM | 0.1336 | µg/µl | 3.340 | 1.726 | 1.93 | 1.42 | RNA | 40.00 |

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 | Sample Type | Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 379 | 2/16/2018 9:27:37 AM | 0.1685 | µg/µl | 4.212 | 2.034 | 2.07 | 1.01 | RNA | 40.00 |
| 2 | 380 | 2/16/2018 9:27:55 AM | 0.0658 | µg/µl | 1.645 | 0.713 | 2.31 | 3.02 | RNA | 40.00 |
| 3 | 381 | 2/16/2018 9:28:13 AM | 0.0801 | µg/µl | 2.003 | 0.891 | 2.25 | 0.96 | RNA | 40.00 |
| 4 | 382 | 2/16/2018 9:28:30 AM | 0.3084 | µg/µl | 7.711 | 3.759 | 2.05 | 2.24 | RNA | 40.00 |
| 5 | 383 | 2/16/2018 9:28:51 AM | 0.2921 | µg/µl | 7.303 | 3.582 | 2.04 | 1.09 | RNA | 40.00 |
| 6 | 384 | 2/16/2018 9:29:10 AM | 0.1812 | µg/µl | 4.531 | 2.179 | 2.08 | 2.15 | RNA | 40.00 |
| 7 | 385 | 2/16/2018 9:29:29 AM | 0.0869 | µg/µl | 2.172 | 0.971 | 2.24 | 1.31 | RNA | 40.00 |
| 8 | 386 | 2/16/2018 9:29:51 AM | 0.0116 | µg/µl | 0.289 | -0.017 | -16.61 | -5.65 | RNA | 40.00 |
| 9 | 387 | 2/16/2018 9:30:11 AM | 0.0133 | µg/µl | 0.332 | 0.013 | 25.53 | -15.74 | RNA | 40.00 |
| 10 | 395 | 2/16/2018 9:30:29 AM | 0.2169 | µg/µl | 5.421 | 2.598 | 2.09 | 0.65 | RNA | 40.00 |
| 11 | 397 | 2/16/2018 9:30:51 AM | 0.1328 | µg/µl | 3.321 | 1.575 | 2.11 | 2.26 | RNA | 40.00 |
| 12 | 396 | 2/16/2018 9:31:08 AM | 0.1633 | µg/µl | 4.084 | 1.949 | 2.10 | 2.47 | RNA | 40.00 |

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 | Sample Type | Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 364 | 2/16/2018 9:49:26 AM | 0.2401 | µg/µl | 6.003 | 2.879 | 2.09 | 1.78 | RNA | 40.00 |
| 17 | 365 | 2/16/2018 9:49:46 AM | 0.2418 | µg/µl | 6.044 | 2.939 | 2.06 | 1.27 | RNA | 40.00 |
| 18 | 366 | 2/16/2018 9:50:01 AM | 0.2043 | µg/µl | 5.106 | 2.459 | 2.08 | 1.88 | RNA | 40.00 |
| 19 | 367 | 2/16/2018 9:50:16 AM | 0.1712 | µg/µl | 4.281 | 2.026 | 2.11 | 1.83 | RNA | 40.00 |

cDNA
- ~~supers~~ VILO Kit

2/16/18

0.5 ug RNA Reaction

| ID | ul RNA | ul water |
|---|---|---|
| 356 | 6.0 | 10.0 |
| 357 | 5.0 | 11.0 |
| 358 | 6.0 | 10.0 |
| 359 | 14.3 | 1.7 |
| 360 | 2.1 | 13.9 |
| 361 | 1.5 | 14.5 |
| 362 | 1.7 | 14.3 |
| 363 | 4.5 | 11.5 |
| 364 | 2.1 | 13.9 |
| 365 | 2.1 | 13.9 |
| 366 | 2.4 | 13.6 |
| 367 | 2.9 | 13.1 |
| 368 | 2.3 | 13.7 |
| 369 | 2.0 | 14.0 |
| 370 | 2.3 | 13.7 |
| 371 | 3.7 | 12.3 |
| 379 | 3.0 | 13.0 |
| 380 | 7.6 | 8.4 |
| 381 | 6.2 | 9.8 |
| 382 | 1.6 | 14.4 |
| 383 | 1.7 | 14.3 |
| 384 | 2.8 | 13.2 |
| 385 | 5.8 | 10.2 |
| 386 | 16.0 | 0.0 |
| 387 | 16.0 | 0.0 |
| 395 | 2.3 | 13.7 |
| 397 | 3.8 | 12.2 |
| 396 | 3.1 | 12.9 |



Normal Ovarian Epithelial
Macrophages (EL-1)
Ovarian Cancer (SKOV-3)
Ovarian Cancer (A2780)
Ovarian Cancer (TOV-112D)
iNOS Expression (Fold Change as Compared to Control)
GSTp1 Expression (Fold Change as Compared to Control)
SOD3 Expression (Fold Change as Compared to Control)
CAT Expression (Fold Change as Compared to Control)
MPO Expression (Fold Change as Compared to Control)
GSR Expression (Fold Change as Compared to Control)
GPX1 Expression (Fold Change as Compared to Control)
Talc Treatment (μg/ml, 72 hours)
20
100
1000
Supernatant
24