# EXHIBIT B20
# Part 2

# Copy Produced by Plaintiffs Prior to Deposition

Personal Information

**Black n' Red**

| | Experiment | Pages |
|---|---|---|
| 10/15/2017 | Dilute Talc/Baby Powder | 1 |
| 11/13/2017 | Treat/Seed Tov112-Talc | 2-3 |
| 11/13/2017 | ID's for EOC/normal Cells-Talc | 4 |
| 11/17/2017 | Seeded Normal Ov.Epi Cells and Treat with Talc | 5 |
| 12/7/2017 | RNA extraction | 6-7 |
| 1/10/2018 | CA-125 ELISA-test | 8-19 |
| 2/1/2018 | Treat/seed EOC and Treat with Talc | 20-21 |
| 1/24/2018 | Seeded EOC Cells and Normal cells | 31-32 |
| 2/1/2018 | Treat EOC Cells and Normal cells with Talc | 33 |
| 2/5/2018 | RNA extraction | 35-37 |
| 2/18/2018 | Run qRT-PCR b-actin with samples 356-386 | 38-39 |
| 2/19/2018 | Run qRT-PCR Catalase with samples 356-386 | 40-41 |
| 2/20/2018 | Run qRT-PCR GSR with samples 356-386 | 42-43 |
| 2/21/2018 | Run qRT-PCR iNOS with samples 356-386 | 44-45 |
| 3/2/2018 | Run qRT-PCR MPO with samples 356-386 | 46-47 |
| 3/2/2018 | Run qRT-PCR GPX with samples 356-386 | 48-49 |
| 3/2/2018 | Run qRT-PCR SOD with samples 356-386 | 50-51 |
| | | |
| | | |
| | | |
| 1/7/2018 | Protein extraction samples 356-386 | 53-54 |
| 1/8/2018 | BCA protein detection assay | 55-56 |
| 1/11/2018 | Catlase ELISA assay | 57-62 |
| 1/17/2018 | CA125 ELISA assay | 63-68 |
| 2/20/2018 | Glutathione assay | 69-74 |
| 2/25/2018 | Nitrate/nitrite assay | 75-80 |
| 4/8/2018 | GSR ELISA assay | 81-84 |
| 5/14/2018 | Glutathine Penxidase assay | 85-87 |
| 5/18/2018 | MPO ELISA ASSAY | 88-91 |
| 6/19/2018 | Superoxide Dismutase Assay | 92-97 |
| 6/21/2018 | Caspase-3 Colorimetric Assay | 98-101 |
| 6/29/2018 | SNP Genotyping assay | 102-104 |
| 9/4/2018 | MTT CELL Proligeration Assay(EOC Cells and Normal cells treat with Talc) | 106-107 |
| | | |
| | | |
| 10/6/2018 | Statistical Analysis | 114-124 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Talc / Baby Powder Treated
EOC, Normal Ov. Epi, Macrophages

- Split OV90 cells, 150mm dish x2
- Split Macrophages (had 48 x $10^6$ cells in 150 mm plate)
- Split C.B. Normal ov. epi. cells
  - had 2 x 150 mm dish => ~ 11 x $10^6$ cells
  - split into 4 plates

- Seeded   TOV112-D unt. cells - treat after 24 hr rest -
  (full plate was ~ 12 x $10^6$ cells)

  6 plates per time point in 100 mm dish

| ID | treatment | details |
|---|---|---|
| 266 | TOV112 - unt -24 hr | 2 x $10^6$ cells |
| 267 | Control (DMSO) -24h | " |
| 268 | 500 ug/mL Talc -24h | " |
| 269 | 1000 ug/mL Talc -24h | " |
| 270 | 500 ug/mL Baby Powder (BP) -24h | " |
| 271 | 1000 ug/mL BP - 24h | " |
| 272 | TOV112 - unt 48 hr | 1 x $10^6$ cells |
| 273 | Control 48h | " |
| 274 | 500 ug/mL Talc 48h | " |
| 275 | 1000 ug/mL Talc 48h | " |
| 276 | 500 ug/mL B.P. 48h | " |
| 277 | 1000 ug/mL B.P. 48h | " |
| 278 | TOV112D - unt 72 hr | 500,000 cells |
| 279 | Control - 72hr | " |
| 280 | 500 ug/mL Talc - 72h | " |
| 281 | 1000 ug/mL Talc - 72h | " |
| 282 | 500 ug/mL B.P. 72h | " |
| 283 | 1000 ug/mL B.P. 72hr | " |

2

Treat cells after 24 hr rest

$$(x)(50,000 \text{ ug/ml}) = (10 \text{ ml})(500 \text{ ug/ml})$$
$$x = 100 \text{ ul}$$

For 1000 ug/ml = 200 ul

Controls get 200ul of sterile DMSO

• made a master mix of media + treatment and then added it to the cells

500 ug/ml = 300 ul + 30 mL
1000 ug/ml = 600 ul + 30 mL
DMSO Control = 600 ul + 30 mL

3

| ID | Treatment |
|----|-----------|
| 284 | OV90 Untreatd 24 hours |
| 285 | 24 hr DMSO Control |
| 286 | 24 hr 500 ug/ml Talc |
| 287 | 25 hr 1000 ug/ml Talc |
| 288 | 24 hr 500 ug/ml Baby Powder |
| 289 | 24 hr 1000 ug/ml Baby Powder |
| 290 | Ov90 Untreatd 48 hours |
| 291 | 48 hr DMSO Control |
| 292 | 48 hr 500 ug/ml Talc |
| 293 | 48 hr 1000 ug/ml Talc |
| 294 | 48 hr 500 ug/ml Baby Powder |
| 295 | 48 hr 1000 ug/ml Baby Powder |
| 296 | Ov90 72 hr untreated |
| 297 | 72 hr DMSO Control |
| 298 | 72 hr 500 ug/ml Talc |
| 299 | 72 hr 1000 ug/ml Talc |
| 300 | 72 hr 500 ug/ml Baby Powder |
| 301 | 72 hr 1000 ug/ml Baby Powder |
| | |
| 302 | EL1 Untreatd 24 hours |
| 303 | 24 hr DMSO Control |
| 304 | 24 hr 500 ug/ml Talc |
| 305 | 25 hr 1000 ug/ml Talc |
| 306 | 24 hr 500 ug/ml Baby Powder |
| 307 | 24 hr 1000 ug/ml Baby Powder |
| | |
| 308 | EL1 Untreatd 48 hours |
| 309 | 48 hr DMSO Control |
| 310 | 48 hr 500 ug/ml Talc |
| 311 | 48 hr 1000 ug/ml Talc |
| 312 | 48 hr 500 ug/ml Baby Powder |
| 313 | 48 hr 1000 ug/ml Baby Powder |
| | |
| 314 | EL1 72 hr untreated |
| 315 | 72 hr DMSO Control |
| 316 | 72 hr 500 ug/ml Talc |
| 317 | 72 hr 1000 ug/ml Talc |
| 318 | 72 hr 500 ug/ml Baby Powder |
| 319 | 72 hr 1000 ug/ml Baby Powder |

| ID | Treatment |
|----|-----------|
| 320 | TOV-21G Untreatd 24 hours |
| 321 | 24 hr DMSO Control |
| 322 | 24 hr 500 ug/ml Talc |
| 323 | 25 hr 1000 ug/ml Talc |
| 324 | 24 hr 500 ug/ml Baby Powder |
| 325 | 24 hr 1000 ug/ml Baby Powder |
| 326 | TOV-21G Untreatd 48 hours |
| 327 | 48 hr DMSO Control |
| 328 | 48 hr 500 ug/ml Talc |
| 329 | 48 hr 1000 ug/ml Talc |
| 330 | 48 hr 500 ug/ml Baby Powder |
| 331 | 48 hr 1000 ug/ml Baby Powder |
| 332 | TOV-21G 72 hr untreated |
| 333 | 72 hr DMSO Control |
| 334 | 72 hr 500 ug/ml Talc |
| 335 | 72 hr 1000 ug/ml Talc |
| 336 | 72 hr 500 ug/ml Baby Powder |
| 337 | 72 hr 1000 ug/ml Baby Powder |
| 338 | Cell Biologics - Normal Ovarian Epithelial cells, Unt 24 hrs |
| 339 | 24 hr DMSO Control |
| 340 | 24 hr 500 ug/ml Talc |
| 341 | 25 hr 1000 ug/ml Talc |
| 342 | 24 hr 500 ug/ml Baby Powder |
| 343 | 24 hr 1000 ug/ml Baby Powder |
| 344 | Cell Biologics - Normal Ovarian Epithelial cells, Unt 48 hrs |
| 345 | 48 hr DMSO Control |
| 346 | 48 hr 500 ug/ml Talc |
| 347 | 48 hr 1000 ug/ml Talc |
| 348 | 48 hr 500 ug/ml Baby Powder |
| 349 | 48 hr 1000 ug/ml Baby Powder |
| 350 | Cell Biologics - Normal Ovarian Epithelial cells, Unt 72 hrs |
| 351 | 72 hr DMSO Control |
| 352 | 72 hr 500 ug/ml Talc |
| 353 | 72 hr 1000 ug/ml Talc |
| 354 | 72 hr 500 ug/ml Baby Powder |
| 355 | 72 hr 1000 ug/ml Baby Powder |

4

11/17/17

seeded C.B. Normal Ov. Epi Cells

338-355              - passage 11

24h = $2 \times 10^6$ cells
48h = $1 \times 10^6$ cells
72h = 500,000 cells

Will treat on  11/19/17
    °collected 24hr  11/20/17
                48hr  11/21/17
                72h   11/22/17


11/19/17 seeded EL-1, treated on 11/19/17
    fu 24hr  $4 \times 10^6$    collect 11/20/17
         48hr  $2 \times 10^6$    collect 11/21/17
         72hr  $1 \times 10^6$    collect 11/22/17


12/4/17  Seeded TOV112D / TOV21 G  treat 12/5/17
Collect 24hr  12/6/17
   "   48hr  12/7/17
   "   72hr  12/8/17

5

RNA extraction

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 |
|---|-----------|---------------|--------------------|------|------|------|---------|---------|
| 1 | 267 | 12/7/2017 2:07:20 PM | 0.0635 | µg/µl | 1.588 | 0.831 | 1.91 | 1.36 |
| 2 | 269 | 12/7/2017 2:07:45 PM | 0.0548 | µg/µl | 1.370 | 0.695 | 1.97 | 0.29 |
| 3 | 273 | 12/7/2017 2:08:08 PM | 0.0257 | µg/µl | 0.643 | 0.335 | 1.92 | 0.24 |
| 4 | 275 | 12/7/2017 2:08:29 PM | 0.0164 | µg/µl | 0.409 | 0.212 | 1.93 | 0.66 |
| 5 | 285 | 12/7/2017 2:08:53 PM | 0.0678 | µg/µl | 1.694 | 0.882 | 1.92 | 1.13 |
| 6 | 287 | 12/7/2017 2:09:13 PM | 0.0553 | µg/µl | 1.381 | 0.722 | 1.91 | 2.32 |
| 7 | 291 | 12/7/2017 2:09:32 PM | 0.0630 | µg/µl | 1.575 | 0.802 | 1.96 | 0.34 |
| 8 | 293 | 12/7/2017 2:09:51 PM | 0.0506 | µg/µl | 1.265 | 0.648 | 1.95 | 1.39 |
| 9 | 297 | 12/7/2017 2:10:10 PM | 0.0358 | µg/µl | 0.896 | 0.455 | 1.97 | 0.22 |
| 10 | 299 | 12/7/2017 2:10:30 PM | 0.0248 | µg/µl | 0.621 | 0.313 | 1.99 | 0.86 |
| 11 | 303 | 12/7/2017 2:10:51 PM | 0.1809 | µg/µl | 4.523 | 2.334 | 1.94 | 1.35 |
| 12 | 305 | 12/7/2017 2:11:10 PM | 0.1508 | µg/µl | 3.770 | 1.925 | 1.96 | 1.75 |
| 13 | 309 | 12/7/2017 2:11:31 PM | 0.0279 | µg/µl | 0.698 | 0.362 | 1.93 | 0.85 |
| 14 | 311 | 12/7/2017 2:11:53 PM | 0.0675 | µg/µl | 1.688 | 0.877 | 1.92 | 0.35 |
| 15 | 315 | 12/7/2017 2:12:12 PM | 0.0445 | µg/µl | 1.113 | 0.585 | 1.90 | 1.13 |
| 16 | 317 | 12/7/2017 2:12:31 PM | 0.0587 | µg/µl | 1.468 | 0.770 | 1.91 | 0.60 |
| 17 | 321 | 12/7/2017 2:12:50 PM | 0.0810 | µg/µl | 2.025 | 1.061 | 1.91 | 1.03 |
| 18 | 323 | 12/7/2017 2:13:10 PM | 0.0326 | µg/µl | 0.815 | 0.408 | 2.00 | 1.00 |
| 19 | 327 | 12/7/2017 2:13:31 PM | 0.0445 | µg/µl | 1.112 | 0.574 | 1.94 | 2.54 |
| 20 | 329 | 12/7/2017 2:14:02 PM | 0.0092 | µg/µl | 0.230 | 0.114 | 2.02 | 0.10 |
| 21 | 339 | 12/7/2017 2:14:21 PM | 0.0177 | µg/µl | 0.442 | 0.220 | 2.01 | 0.55 |
| 22 | 341 | 12/7/2017 2:14:40 PM | 0.0172 | µg/µl | 0.429 | 0.221 | 1.94 | 0.89 |
| 23 | 345 | 12/7/2017 2:14:59 PM | 0.0219 | µg/µl | 0.548 | 0.281 | 1.95 | 1.31 |
| 24 | 347 | 12/7/2017 2:15:17 PM | 0.0165 | µg/µl | 0.414 | 0.207 | 2.00 | 0.56 |
| 25 | 351 | 12/7/2017 2:15:34 PM | 0.0165 | µg/µl | 0.413 | 0.214 | 1.93 | 0.96 |
| 26 | 353 | 12/7/2017 2:15:52 PM | 0.0112 | µg/µl | 0.281 | 0.142 | 1.98 | 0.94 |
| 27 | 279 | 12/8/2017 1:19:05 PM | 0.0145 | µg/µl | 0.364 | 0.192 | 1.89 | 1.07 |
| 28 | 281 | 12/8/2017 1:19:28 PM | 0.0089 | µg/µl | 0.222 | 0.111 | 2.00 | 0.48 |
| 29 | 333 | 12/8/2017 1:19:56 PM | 0.0244 | µg/µl | 0.609 | 0.317 | 1.92 | 0.65 |
| 30 | 335 | 12/8/2017 1:20:15 PM | 0.0039 | µg/µl | 0.097 | 0.054 | 1.79 | 0.39 |
| 31 | 335 | 12/8/2017 1:21:01 PM | 0.0041 | µg/µl | 0.102 | 0.048 | 2.12 | 0.38 |

6

(VILO) cDNA synthesis
0.1 ug RNA used except
for #335 (0.06 ug)

| Sample ID | ul RNA for 0.1 ug rxn | ul Water |
|-----------|----------------------|----------|
| 267 | 1.6 | 14.4 |
| 269 | 1.8 | 14.2 |
| 273 | 3.9 | 12.1 |
| 275 | 6.1 | 9.9 |
| 279 | 6.9 | 9.1 |
| 281 | 11.2 | 4.8 |
| 285 | 1.5 | 14.5 |
| 287 | 1.8 | 14.2 |
| 291 | 1.6 | 14.4 |
| 293 | 2.0 | 14.0 |
| 297 | 2.8 | 13.2 |
| 299 | 4.0 | 12.0 |
| 303 | 0.6 | 15.4 |
| 305 | 0.7 | 15.3 |
| 309 | 3.6 | 12.4 |
| 311 | 1.5 | 14.5 |
| 315 | 2.2 | 13.8 |
| 317 | 1.7 | 14.3 |
| 321 | 1.2 | 14.8 |
| 323 | 3.1 | 12.9 |
| 327 | 2.2 | 13.8 |
| 329 | 10.9 | 5.1 |
| 333 | 4.1 | 11.9 |
| 335 | 16.0 | 0.0 |
| 339 | 5.6 | 10.4 |
| 341 | 5.8 | 10.2 |
| 345 | 4.6 | 11.4 |
| 347 | 6.1 | 9.9 |
| 351 | 6.1 | 9.9 |
| 353 | 8.9 | 7.1 |

7