# EXHIBIT B20
# Part 3

1/10/18

Ray Big # ELH-CA125

Test unconcentrated media vs concentrated using Amicon Ultra-15 filter   MW cutoff 10,000

| Weigh tubes | Volume | ~~empty~~ | empty Sample ~~w/media~~ resevoir | empty centrifuge tube | media + resevoir |
|---|---|---|---|---|---|
| 266 | 8.36mL | ~~25.0 g~~ | 10.99g | 11.59g | 19.17 g |
| 338 | 8.853mL | ~~24.9 g~~ | 10.98g | 11.53g | 19.7 g |

Spin tubes for 25 min at 4000xg

move the retentate by pipetting into new container

| weigh retentate | tube weight | tube + retentate | filtrate |
|---|---|---|---|
| 266 | 1.0025 g | 1.3514g | 19.29g |
| 338 | 1.0088g | 1.7104g | 19.4797g |

% retentate recovery $= 100 \times \dfrac{W_r \times C_r}{W_0 \times C_0}$

% filtrate recovery $= 100 \times \dfrac{W_f \times C_f}{W_0 \times C_0}$

% recovery $=$ % retentate recovery $+$ % filtrate recovery

1/10/18

1. All reagents & samples to room temperature

2. Assay diluent (Item E2) Should be diluted 5x w/ dd $H_2O$
   - Stable 1mo. at 4°C

3. Prep. of Standard
   - Spin vial C
   - Add 400 $\mu$l 1x Assay Diluent into vial C = 1000 U/mL
     - mix gently
   -

| Vial C + 400μl Diluent | 180 μl → 270 μl | 200μl → 400μl | 200μl → 400μl | 200μl → 400μl | 200μl → 400μl | 200μl → 400μl | 200μl → 400μl | Zero stand => Assay Diluent |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |  |
| 1000 U/mL | 400 U/mL | 133.3 | 44.45 | 14.81 | 4.94 | 1.65 | 0.55 |  |

4. Prepare Wash buffer by diluting 20x
   - Stable 1mo. at 4°C

5. Spin Item F, detection antibody
   - Add 100 ul of 1X Assay Diluent
     - Stable 5days at 4°C
   - Dilute it ~~80x~~ 80x (w/ assay diluent) and will be used in assay

6. Spin HRP - Strep. Vial (Item G) & mix
   - Add 15 $\mu$l to tube w/ 12mL of assay diluent (800x)
     - do not save!

Go to pg 10

9

from pg 9

## Assay Procedure

1. All samples to RT.
2. Label 8 strip/Wells
3. Add 100 μl standard /Samples
   - Incubate 2.5 hr, gentle shaking, RT
4. Discard solution, wash 4x
   - decant, blot after washes
5. Add 100 μl of 1x Antibody mix
   - Incubate 1 hr, RT, shaking
6. Discard & Wash as in step 4   (4x)
7. Add 100 μl of Streptavidin solution
   - Incubate 45 min, RT, shaking
8. Discard & wash 4x
9. Add 100 μl TMB substrate (Item H)
   - Incubate 30 min, RT, shaking
10. Add 50 μl STOP solution (Item I) to each well
    - Read at 450 nm

40

Protein levels in media for
CA125 Assay

1/10/18

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Stand | A | | Stand | I | | | | | | | |
| B | | B | | | Blank | | | | | | | |
| C | | C | | | 266 orig | | | | | | | |
| D | | D | | | 338 orig | | | | | | | |
| E | | E | | | 266 conc. | | | | | | | |
| F | | F | | | 338 conc. | | | | | | | |
| G | | G | | | | | | | | | | |
| H | | H | | | | | | | | | | |

| Standard | Raw1 | Raw2 | Raw3 | Average | Conc (ug/ml) |
|---|---|---|---|---|---|
| A | 0.5417 | 0.4288 | 0.4595 | 0.44415 | 2000 |
| B | 0.3952 | 0.3871 | 0.3944 | 0.392233333 | 1500 |
| C | 0.3347 | 0.3186 | 0.3157 | 0.323 | 1000 |
| D | 0.2741 | 0.2663 | 0.2583 | 0.266233333 | 750 |
| E | 0.2216 | 0.214 | 0.2153 | 0.216966667 | 500 |
| F | 0.1659 | 0.1608 | 0.1584 | 0.162033333 | 250 |
| G | 0.1374 | 0.1405 | 0.1338 | 0.137233333 | 125 |
| H | 0.1195 | 0.1072 | 0.1072 | 0.1083 | 25 |
| | 0.1171 | 0.1195 | 0.1258 | 0.1208 | 5 |
| Blank | 0.0783 | 1.1058 | 1.0779 | 1.09185 | 0 |

$y = 0.0002x + 0.1222$
$R^2 = 0.98251$

| | Raw1 | Raw2 | Raw3 | Corr 1 | Corr2 | Corr3 | ug/ml 1 | ug/ml 2 | ug/ml 3 | ug/ul | ug/ul | average | ul to use | diluent to use | protein ul to use | | diluent to use | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 266 original | 0.8548 | 0.8586 | 0.8643 | | | | 3683 | 3682 | 3710.5 | 3.683 | 3.711 | 3.7 | 95.0 | 5.0 | 332.4 | | 17.6 | 266 |
| 338 original | 0.952 | 0.9891 | 1.0074 | | | | 4149 | 4334.5 | 4426 | 4.149 | 4.335 | 4.3 | 91.3 | 18.7 | 284.7 | | 65.3 | 338 |
| 266 concentrated | | | | 4 | 4 | 4 | 19389 | 19389 | 19389 | 19.389 | 19.389 | 19.4 | 100.0000 | 0.0 | 350.0 | | 0.0 | 266 |
| 338 concentrated | | | | 4 | 4 | 4 | 19389 | 19389 | 19389 | 19.389 | 19.389 | 19.4 | 100.0000 | 0.0 | 350.0 | | 0.0 | 338 |

1/11/18

CA125 ELISA – test levels in media

96-well plate layout:

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| A | Stand | 1 |   | 266 orig |   |   |   |   |   |   |   |   |
| B |   | 2 |   | 338 orig |   |   |   |   |   |   |   |   |
| C |   | 3 |   | 266 conc |   |   |   |   |   |   |   |   |
| D |   | 4 |   | 338 conc |   |   |   |   |   |   |   |   |
| E |   | 5 | media blank |   |   |   |   |   |   |   |   |   |
| F |   | 6 |   |   |   |   |   |   |   |   |   |   |
| G |   | 7 |   |   |   |   |   |   |   |   |   |   |
| H | Blank |   |   |   |   |   |   |   |   |   |   |   |

### 1/11/18 — Test media amounts for CA125 ELISA

| Standard (U/ml) | OD1 (450 nm) | OD1 | Corrected OD1 | Corrected OD2 | Average |
|---|---|---|---|---|---|
| 400 | 2.3856 | 2.3921 | 2.31895 | 2.32545 | 2.3222 |
| 133.3 | 1.1825 | 1.1458 | 1.11585 | 1.07915 | 1.0975 |
| 44.45 | 0.3643 | 0.358 | 0.29765 | 0.29135 | 0.2945 |
| 14.81 | 0.1593 | 0.1562 | 0.09265 | 0.08955 | 0.0911 |
| 4.94 | 0.1049 | 0.1009 | 0.03825 | 0.03425 | 0.03625 |
| 1.65 | 0.082 | 0.0861 | 0.01535 | 0.01945 | 0.0174 |
| 0.55 | 0.0769 | 0.0776 | 0.01025 | 0.01095 | 0.0106 |
| Blank | 0.0661 | 0.0672 | 0.06665 | | |

Standard curve inset graph: $y = 0.0065x + 0.004$, $R^2 = 0.9982$; x-axis CA125 (U/ml), y-axis Absorbance (450 nm).

| Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | Corrected for Media OD1 | Corrected for Media OD2 | Corrected for Media OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original 266 | 0.096 | 0.0925 | 0.0939 | 0.02935 | 0.02585 | 0.02725 | 0.0155 | 0.012 | 0.0134 | 1.769230769 | 1.230769231 | 1.446153846 | 1.482051282 | 0.271019698 |
| Original 338 | 0.1179 | 0.1155 | 0.1172 | 0.05125 | 0.04885 | 0.05055 | 0.0374 | 0.035 | 0.0367 | 5.138461538 | 4.769230769 | 5.030769231 | 4.979487179 | 0.189882199 |
| Concentrated 266 | 0.0849 | 0.0799 | 0.0843 | 0.01825 | 0.01325 | 0.01765 | 0.0044 | -0.0006 | 0.0038 | 0.061538462 | -0.03076923 | -0.07076923 | -0.22564103 | 0.42001221 |
| Concentrated 338 | 0.2216 | 0.2312 | 0.2172 | 0.15495 | 0.16455 | 0.15055 | 0.1411 | 0.15055 | 0.1507 | 21.09230769 | 22.56923077 | 20.41538462 | 21.35897436 | 1.101406667 |
| Plain Media | 0.0799 | 0.0885 | 0.0811 | 0.02185 | 0.01445 | 0.01385 | 0.1367 | | | | | | | |

266 = TOV112D line

338 = Normal Ov. Epi cells

Proceed using unconcentrated media

12

Protein levels for CA125 assay

Re-did standard and original media — media was too concentrated
- diluted media by 50%, remeasured
- Also used 25 ul of the standard and samples

| 1/12/18 | Using 25 ul of standard | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Standard | Raw1 | Raw2 | Raw3 | Corr1 | Corr2 | Corr3 | Average | Conc.(ug/ml) |
| B1 | 1.8393 | 1.7711 | 1.7805 | 1.736933333 | 1.66873333 | 1.678 | 1.673433333 | 1500 |
| C1 | 1.277 | 1.2876 | 1.2926 | 1.174633333 | 1.18523333 | 1.19 | 1.183366667 | 1000 |
| D1 | 1.1027 | 1.1374 | 1.1232 | 1.000333333 | 1.03503333 | 1.021 | 1.018733333 | 750 |
| E1 | 0.8031 | 0.8012 | 0.8102 | 0.700733333 | 0.69883333 | 0.706 | 0.702466667 | 500 |
| A | 0.5556 | 0.527 | 0.5415 | 0.453233333 | 0.42463333 | 0.439 | 0.439 | 250 |
| B | 0.336 | 0.311 | 0.3407 | 0.233633333 | 0.20863333 | 0.238 | 0.226866667 | 125 |
| C | 0.2049 | 0.1908 | 0.2023 | 0.102533333 | 0.08843333 | 0.1 | 0.096966667 | 50 |
| D | 0.157 | 0.1555 | 0.154 | 0.054633333 | 0.05313333 | 0.052 | 0.053133333 | 25 |
| E | 0.118 | 0.1119 | 0.1112 | 0.015633333 | 0.00953333 | 0.009 | 0.009183333 | 5 |
| Blank | 0.1036 | 0.1008 | 0.1027 | 0.012366667 | | | | 0 |

| Samples | Raw 1 | Raw 2 | Raw 3 | Corr 1 | Corr 2 | Corr 3 | ug/ml 1 | ug/ml 2 | ug/ml 3 | Avg | x df | ul sample | ul diluent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 279 | 2.2288 | 2.2411 | 2.2644 | 2.1337 | 2.146 | 2.169 | 1.867363636 | 1.87854545 | 1.89973 | 1.88188 | 3.76375758 | 325.5 | 24.5 |
| 281 | 2.4279 | 2.366 | 2.3468 | 2.3328 | 2.2709 | 2.252 | 2.048363636 | 1.99209091 | 1.97464 | 2.00503 | 4.01006061 | 305.5 | 44.5 |
| 297 | 3.5204 | 3.4285 | 3.3964 | 3.4253 | 3.3334 | 3.301 | 3.041545455 | 2.958 | 2.92882 | 2.97612 | 5.95224242 | 205.8 | 144.2 |
| 299 | 3.3355 | 3.3229 | 3.4021 | 3.2404 | 3.2278 | 3.307 | 2.873454545 | 2.862 | 2.934 | 2.88982 | 5.77963636 | 212.0 | 138.0 |
| 333 | 2.7243 | 2.5049 | 2.2334 | 2.6292 | 2.4098 | 2.138 | 2.317818182 | 2.11836364 | 1.87155 | 2.10258 | 4.20515152 | 291.3 | 58.7 |
| 335 | 2.2042 | 2.4787 | 2.3071 | 2.1091 | 2.3836 | 2.212 | 1.845 | 2.09454545 | 1.93855 | 1.95936 | 3.91872727 | 312.6 | 37.4 |
| 351 | 3.0495 | 3.0067 | 2.9638 | 2.9544 | 2.9116 | 2.869 | 2.613454545 | 2.57454545 | 2.53555 | 2.57452 | 5.1490303 | 237.9 | 112.1 |
| 353 | 2.8432 | 2.768 | 3.0064 | 2.7481 | 2.6729 | 2.911 | 2.425909091 | 2.37545455 | 2.57427 | 2.45258 | 4.90515152 | 249.7 | 100.3 |
| Blank | 0.0944 | 0.0981 | 0.0928 | 0.0951 | | | | | | | | | |

y = 0.0011x + 0.0796
$R^2 = 0.98618$

ug to use per well = 350

The other proteins in media may be interfering. Try lysate.

| | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr control | 279 | 0.104 | 0.0885 | 0.0969 | 0.03735 | 0.02185 | 0.03025 | 5.13076923 | 2.74615385 | 4.03846154 | 4.58461538 | 0.77237818 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.0806 | 0.0742 | 0.0838 | 0.01395 | 0.00755 | 0.01715 | 1.53076923 | 0.54615385 | 2.02307692 | 1.77692308 | 0.34811411 |
| OV90 72 hr control | 297 | 0.1059 | 0.1046 | 0.1321 | 0.03925 | 0.03795 | 0.06545 | 5.42307692 | 5.23307692 | 9.45384615 | 5.32307692 | 0.14142136 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.1062 | 0.0906 | 0.1316 | 0.03955 | 0.02395 | 0.06495 | 5.46923077 | 3.06923077 | 9.37692308 | 4.26923077 | 1.69705627 |
| TOV-21G 72 hr control | 333 | 0.0724 | 0.0716 | 0.0942 | 0.00575 | 0.00495 | 0.02755 | 0.26923077 | 0.14615385 | 3.62307692 | 0.20769231 | 0.08702853 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.0761 | 0.077 | 0.0856 | 0.00945 | 0.01035 | 0.01895 | 0.83846154 | 0.97692308 | | 2.3 | 0.90769231 | 0.09790709 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1003 | 0.0943 | 0.1001 | 0.03465 | 0.02765 | 0.03345 | 4.56153846 | 3.63846154 | 4.53076923 | 4.56415385 | 0.02175713 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1106 | 0.092 | 0.1331 | 0.04395 | 0.06665 | 0.06645 | 6.14615385 | 3.28461538 | 9.60769231 | 4.71538462 | 2.02341325 |
| | b | 0.0661 | 0.0672 | | | | | | | | | |

1/12/2018



| Standard ID | Concentration (ug/ml) | OD1 | OD2 | OD3 | Average | Corrected Avg |
|---|---|---|---|---|---|---|
| A | 2000 | 0.5869 | 0.5848 | 0.5562 | 0.57596667 | 0.4874 |
| B | 1500 | 0.4457 | 0.4211 | 0.3533 | 0.4334 | 0.34483333 |
| C | 1000 | 0.3213 | 0.2774 | 0.2593 | 0.286 | 0.19743333 |
| D | 750 | 0.2473 | 0.2199 | 0.2128 | 0.22666667 | 0.1381 |
| E | 500 | 0.181 | 0.1759 | 0.1713 | 0.17606667 | 0.0875 |
| F | 250 | 0.1328 | 0.1256 | 0.1256 | 0.12766667 | 0.0393 |
| G | 125 | 0.1105 | 0.112 | 0.1116 | 0.11136667 | 0.0228 |
| H | 25 | 0.1004 | 0.0941 | 0.0953 | 0.0966 | 0.00803333 |
| I | 5 | 0.0845 | 0.0846 | 0.0941 | 0.08773333 | 0 |
| J (BLANK) | 0 | 0.0881 | 0.0884 | 0.0892 | 0.08856667 | 0 |

**Standard - 30 min incubation**
$Y = 0.0002x - 0.0165$
$R^2 = 0.9875$
(Net Absorbance (562 nm) vs BSA (ug/ml))

| | ID | OD1 | OD2 | OD3 | Corr OD1 | Corr OD2 | Corr OD3 | ug/ul 1 | ug/ul 2 | ug/ul 3 | Average | using 100 ug per well | x 3.5 wells | diluent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr control | 279 | 0.2429 | 0.2301 | 0.2320 | 0.1356 | 0.1228 | 0.1253 | 7.605 | 6.965 | 7.09 | 7.0275 | 14.23 | 49.8 | 300.2 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1892 | 0.1923 | 0.1878 | 0.0819 | 0.085 | 0.0805 | 4.92 | 5.075 | 4.85 | 4.94833333 | 20.21 | 70.7 | 279.3 |
| OV90 72 hr control | 297 | 0.3198 | 0.331 | 0.3306 | 0.2125 | 0.2237 | 0.2233 | 11.45 | 12.01 | 11.99 | 12 | 8.33 | 29.2 | 320.8 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.2689 | 0.2759 | 0.2784 | 0.1616 | 0.1686 | 0.1711 | 8.905 | 9.255 | 9.38 | 9.3175 | 10.73 | 37.6 | 312.4 |
| TOV-21G 72 hr control | 333 | 0.2991 | 0.2968 | 0.2948 | 0.1918 | 0.1895 | 0.1875 | 10.415 | 10.3 | 10.2 | 10.305 | 9.70 | 34.0 | 316.0 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1658 | 0.1616 | 0.1634 | 0.0585 | 0.0543 | 0.0561 | 3.75 | 3.54 | 3.63 | 3.64 | 27.47 | 96.2 | 253.8 |
| Normal Ov Epithelial 72 hr control | 351 | 0.2359 | 0.23 | 0.23 | 0.1286 | 0.1227 | 0.1227 | 7.255 | 6.96 | 6.96 | 6.96 | 14.37 | 50.3 | 299.7 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.2432 | 0.2474 | 0.2344 | 0.1359 | 0.1401 | 0.1271 | 7.82 | 7.83 | 7.18 | 7.725 | 12.94 | 45.3 | 304.7 |
| b | | 0.1097 | 0.1049 | | 0.1073 | | | | | | | | | |

| | ID | OD1 | OD2 | OD3 | Corr OD1 | Corr OD2 | Corr OD3 | ug/ul 1 | ug/ul 2 | ug/ul 3 | Average | using 100 ug per well | x 3.5 wells | diluent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr unt | 278 | 0.6686 | 0.6925 | 0.653 | 0.56489667 | 0.58976667 | 0.54926667 | 29.0683333 | 30.2633333 | 28.2883333 | 29.2758333 | 3.42 | 12.0 | 338.0 |
| Ov90 72 hr unt 72 hr | 296 | 0.34 | 0.3407 | 0.3366 | 0.23626667 | 0.23696667 | 0.23286667 | 12.6383333 | 12.6733333 | 12.4683333 | 12.5933333 | 7.94 | 27.8 | 322.2 |
| TOV-121G unt | 332 | 0.4392 | 0.4456 | 0.4413 | 0.33546667 | 0.34186667 | 0.33756667 | 17.5983333 | 17.9183333 | 17.7033333 | 17.8108333 | 5.61 | 19.7 | 330.3 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2281 | 0.2347 | 0.2316 | 0.12436667 | 0.13096667 | 0.12786667 | 7.04333333 | 7.37333333 | 7.21833333 | 7.29583333 | 13.71 | 48.0 | 302.0 |
| b | | 0.1032 | 0.104 | 0.104 | 0.10377333 | | | | | | | | | |

Plate map 1 (columns 1–12, rows A–H):
- Column 10: A 279, B 281, C 297, D 299, E 330, F 335, G 351, H 353
- Column 9: BLANK (written vertically)
- Columns 1–2 (rows F–H): BLANK 4 5 wM 262

Plate map 2 (columns 1–10, rows A–H):
- A: Stand A — I
- B: B — PBS Blank
- C: c — 278
- D: D — 296
- E: E — 332
- F: F — 350
- G: G — Lysis Buffer Blank
- H: H

1-16-19

14

1-17-18



Plate layout A (columns 1–12, rows A–H):
- A: 279
- B: 281
- C: 297
- D: 299
- E: 333
- F: 335
- G: 351
- H: 353

BLANK (column 4)

Plate layout B (columns 1–12, rows A–H), column 11/12:
- A: 278
- B: 278
- C: 296
- D: 296
- E: 332
- F: 332   B
- G: 350   332
- H: 350   350

| 1/17/2018 | Lysate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
| TOV112D 72 hr control | 279 | 0.1637 | 0.1749 | 0.171 | 0.0807 | 0.0919 | 0.088 | 11.8 | 13.5230769 | 12.9230769 | 13.2230769 | 0.42426407 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1188 | 0.1175 | 0.1221 | 0.0358 | 0.0345 | 0.0391 | 4.89230769 | 4.69230769 | 5.4 | 4.99487179 | 0.36482413 |
| OV90 72 hr control | 297 | 0.146 | 0.1479 | 0.1689 | 0.063 | 0.0649 | 0.0859 | 9.07692308 | 9.36923077 | 12.6 | 9.22307692 | 0.20669275 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.1371 | 0.13 | 0.1506 | 0.0541 | 0.047 | 0.0676 | 7.70769231 | 6.61538462 | 9.78461538 | 7.16153846 | 7.77237818 |
| TOV-21G 72 hr control | 333 | 0.1374 | 0.1269 | 0.1289 | 0.0544 | 0.0439 | 0.0459 | 7.75384615 | 6.13846154 | 6.44615385 | 6.29230769 | 0.21757132 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1 | 0.0889 | 0.0907 | 0.017 | 0.0059 | 0.0077 | 2 | 0.29230769 | 0.56923077 | 0.43076923 | 0.19581419 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1491 | 0.1518 | 0.1547 | 0.0661 | 0.0688 | 0.0717 | 9.55384615 | 9.96923077 | 10.4153846 | 9.76153846 | 0.29372128 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1551 | 0.1362 | 0.1467 | 0.0721 | 0.0532 | 0.0637 | 10.4769231 | 7.56923077 | 9.18461538 | 9.83076923 | 0.91379953 |
| | b | 0.0868 | 0.0876 | 0.0746 | 0.083 | | | | | | | |

| 1/18/2018 | Lysate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation |
| TOV112D 72 hr unt | 278 | 0.1998 | 0.1904 | | 0.0476 | 0.0382 | | 6.70769231 | 5.26153846 | | 5.98461538 | 1.02258519 |
| Ov90 72 hr unt | 296 | 0.1978 | 0.1971 | 0 | 0.0456 | 0.0449 | | 6.4 | 6.29230769 | | 6.34615385 | 0.07614996 |
| TOV-121G unt | 332 | 0.1875 | 0.179 | 0.199 | 0.0353 | 0.0268 | 0.0468 | 4.81538462 | 3.50769231 | 6.58461538 | 4.16153846 | 0.9246781 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2533 | 0.2874 | 0.2328 | 0.1011 | 0.1352 | 0.0806 | 14.9384615 | 20.1846154 | 11.7846154 | 13.3615385 | 2.230106 |
| b | | 0.1522 | | | | | | | | | | |

Results: Lysate protein measurements may be affected by talc. Repeat protein measurements, have control w/ talc in it.

15