# EXHIBIT B20
# Part 4

Remeasure protein levels in media
° Recalc. data. CA125



|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A |   |   |   | BLANK Media 10x | 279 |   |   |   |   |   |   |   |
| B |   |   |   |   | 281 |   |   |   |   |   |   |   |
| C |   |   |   |   | 297 |   |   |   |   |   |   |   |
| D |   |   |   |   | 299 |   |   |   |   |   |   |   |
| E |   |   |   | Blank PBS | 333 |   |   |   |   |   |   |   |
| F |   |   |   |   | 335 |   |   |   |   |   |   |   |
| G |   |   |   |   | 351 |   |   |   |   |   |   |   |
| H |   |   |   |   | 353 |   |   |   |   |   |   |   |

Re-measure media protein
1-19-18

• 10x diluted samples
• Media was 10x as blank
• used 25uL to detect

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A |   |   |   |   |   |   | 278 |   |   | 335 |   |   |
| B |   |   |   |   |   |   | 279 |   |   | 350 |   |   |
| C |   |   |   |   |   |   | 281 |   |   | 351 |   |   |
| D |   |   |   |   |   |   | 296 |   |   | 353 |   |   |
| E |   |   |   |   |   |   | 297 |   |   | Lysis Buffer |   |   |
| F |   |   |   |   |   |   | 299 |   |   | Lysis Buffer + talc |   |   |
| G |   |   |   |   |   |   | 332 |   |   |   |   |   |
| H |   |   |   |   |   |   | 333 |   |   |   |   |   |

protein → New control

$44 \times 200 = \frac{8800}{50} = 176$

Go to pg 17

16-

from pg 16

| Standard ID | Concentration (ug/ml) | OD1 | OD2 | OD3 | Average | Corrected Avg |
|---|---|---|---|---|---|---|
| A | 2000 | 0.5869 | 0.5848 | 0.5562 | 0.575967 | 0.4874 |
| B | 1500 | 0.4457 | 0.4211 | 0.3533 | 0.4334 | 0.344833 |
| C | 1000 | 0.3213 | 0.2774 | 0.2593 | 0.286 | 0.197433 |
| D | 750 | 0.2473 | 0.2199 | 0.2128 | 0.226667 | 0.1381 |
| E | 500 | 0.181 | 0.1759 | 0.1713 | 0.176067 | 0.0875 |
| F | 250 | 0.1328 | 0.1252 | 0.1256 | 0.127867 | 0.0393 |
| G | 125 | 0.1105 | 0.112 | 0.1116 | 0.111367 | 0.0228 |
| H | 25 | 0.1004 | 0.0941 | 0.0953 | 0.0966 | 0.008033 |
| I | 5 | 0.0845 | 0.0846 | 0.0941 | 0.087733 | 0 |
| J (BLANK) | 0 | 0.0881 | 0.0884 | 0.0892 | 0.088567 | 0 |



Standard - 30 min incubation
$y = 0.0002x - 0.0165$
$R^2 = 0.9875$

| | ID | OD1 | OD2 | OD3 | Corr OD1 | Corr OD2 | Corr OD3 | ug/ul 1 | ug/ul 2 | ug/ul 3 | Average | how much was used | ug used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr unt | 278 | 0.6692 | 0.6792 | 0.6667 | 0.559867 | 0.6792 | 0.6667 | 28.81833 | 34.785 | 34.16 | 34.4725 | 3.42 | 117.9 |
| TOV112D 72 hr control | 279 | 0.2121 | 0.2206 | 0.2113 | 0.102767 | 0.2206 | 0.2113 | 5.963333 | 11.855 | 11.39 | 11.6225 | 14.23 | 165.4 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1866 | 0.1902 | 0.189 | 0.077267 | 0.1902 | 0.189 | 4.688333 | 10.335 | 10.275 | 8.432778 | 20.21 | 170.4 |
| Ov90 72 hr unt 72 hr | 296 | 0.3372 | 0.3405 | 0.3354 | 0.227867 | 0.3405 | 0.3354 | 12.21833 | 17.85 | 17.595 | 15.88778 | 7.94 | 126.1 |
| OV90 72 hr control | 297 | 0.3217 | 0.3231 | 0.3255 | 0.212367 | 0.3231 | 0.3255 | 11.44333 | 16.98 | 17.1 | 17.04 | 8.33 | 141.9 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.2813 | 0.282 | 0.2785 | 0.171967 | 0.282 | 0.2785 | 9.423333 | 14.925 | 14.75 | 14.8375 | 10.73 | 159.2 |
| TOV-121G unt | 332 | 0.4161 | 0.4393 | 0.452 | 0.306767 | 0.4393 | 0.452 | 16.16333 | 22.79 | 23.425 | 23.1075 | 5.61 | 129.6 |
| TOV-21G 72 hr control | 333 | 0.3031 | 0.3039 | 0.3238 | 0.193767 | 0.3039 | 0.3238 | 10.51333 | 16.02 | 17.015 | 14.51611 | 9.70 | 140.8 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1847 | 0.1856 | 0.19 | 0.075367 | 0.1856 | 0.19 | 4.593333 | 10.105 | 10.325 | 8.341111 | 27.47 | 229.1 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2227 | 0.2338 | 0.2367 | 0.113367 | 0.2338 | 0.2367 | 6.493333 | 12.515 | 12.66 | 12.5875 | 13.71 | 172.6 |
| Normal Ov Epithelial 72 hr control | 351 | 0.2287 | 0.2316 | 0.2402 | 0.119367 | 0.2316 | 0.2402 | 6.793333 | 12.405 | 12.835 | 12.62 | 14.37 | 181.3 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.2277 | 0.2391 | 0.2432 | 0.118367 | 0.2391 | 0.2432 | 6.743333 | 12.78 | 12.985 | 9.761667 | 12.94 | 126.3 |
| Lysis buffer blank | | 0.1102 | 0.1083 | 0.1095 | 0.109333 | | | | | | | | |
| Lysis buffer+talc blank | | 0.1073 | 0.1068 | 0.1059 | -0.00203 | -0.00253 | -0.00343 | -0.00267 | | | | | |

Remeasured Media Protein - 10x diluted using 25ul standard

| Samples | | Raw 1 | Raw 2 | Raw 3 | Corr 1 | Corr 2 | Corr 3 | ug/ul 1 | ug/ml 2 | ug/ml 3 | Avg | xdf | ul media used | actual ug used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 279 | 0.7155 | 0.7569 | 0.7571 | 0.6192 | 0.6606 | 0.6608 | 0.490545 | 0.528182 | 0.528364 | 0.515697 | 5.15697 | 92.992174 | 479.5578 |
| | 281 | 0.7067 | 0.7139 | 0.7356 | 0.6104 | 0.6176 | 0.6393 | 0.482545 | 0.489091 | 0.508818 | 0.493485 | 4.934848 | 87.280476 | 430.7159 |
| | 297 | 1.1257 | 1.1418 | 1.1656 | 1.0294 | 1.0455 | 1.0693 | 0.863455 | 0.878091 | 0.899727 | 0.880424 | 8.804242 | 58.801368 | 517.7015 |
| | 299 | 1.1303 | 1.1325 | 1.1842 | 1.034 | 1.0362 | 1.0879 | 0.867636 | 0.869636 | 0.916636 | 0.884636 | 8.846364 | 60.557443 | 535.7132 |
| | 333 | 0.7006 | 0.7217 | 0.7401 | 0.6043 | 0.6254 | 0.6438 | 0.477 | 0.496182 | 0.512909 | 0.495364 | 4.953636 | 83.231246 | 412.2973 |
| | 335 | 0.7315 | 0.7361 | 0.7684 | 0.6352 | 0.6398 | 0.6721 | 0.505091 | 0.509273 | 0.538636 | 0.517667 | 5.176667 | 89.314713 | 462.3525 |
| | 351 | 0.9217 | 0.9433 | 0.9655 | 0.8254 | 0.847 | 0.8692 | 0.678 | 0.697636 | 0.717818 | 0.697818 | 6.978182 | 67.973964 | 474.3347 |
| | 353 | 0.9401 | 0.9952 | 1.0083 | 0.8438 | 0.8989 | 0.912 | 0.694727 | 0.744818 | 0.756727 | 0.732091 | 7.320909 | 71.353555 | 522.3729 |
| Blank-10x media | | 0.7339 | 0.7117 | 0.7024 | 0.6376 | 0.7117 | 0.7024 | 0.70705 | | | | | | |
| Blank-PBS | | 0.0941 | 0.0998 | 0.095 | 0.0963 | | | | | | | | | |

Recalculated how much protein was really used and then adjusted CA125 levels    pg 18

17

from 8-1-17

## CA125 - recalc. for SKI abstract

| 1/12/2018 MEDIA | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation | Corrected per ug protein | Corrected per ug protein | Corrected per ug protein | Average | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOV112D 72 hr control | 279 | 0.104 | 0.0885 | 0.0969 | 0.03735 | 0.02185 | 0.03025 | 5.13076923 | 2.74615385 | 4.03846154 | 4.58461538 | 0.77237818 | 0.01069896 | 0.00572643 | 0.00842122 | 0.00707 | 0.00191 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.0806 | 0.0742 | 0.0838 | 0.01395 | 0.00755 | 0.01715 | 1.53076923 | 0.54615385 | 2.02307692 | 1.77692308 | 0.34811411 | 0.00319204 | 0.00113887 | 0.00421863 | 0.00371 | 0.00073 |
| OV90 72 hr control | 297 | 0.1059 | 0.1046 | 0.1321 | 0.03925 | 0.03795 | 0.06545 | 5.42307692 | 5.22307692 | 9.45384615 | 5.32307692 | 0.14142136 | 0.01130849 | 0.01089144 | 0.01971367 | 0.01110 | 0.00029 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.1062 | 0.0906 | 0.1316 | 0.03955 | 0.02395 | 0.06495 | 5.46923077 | 3.06923077 | 9.37692308 | 4.26923077 | 1.69705627 | 0.01140474 | 0.00640013 | 0.01955327 | 0.01648 | 0.00576 |
| TOV-21G 72 hr control | 333 | 0.0724 | 0.0716 | 0.0942 | 0.00575 | 0.00495 | 0.02755 | 0.26923077 | 0.14615385 | 3.62307692 | 0.20769231 | 0.08702853 | 0.00056141 | 0.00030477 | 0.00755504 | 0.00043 | 0.00018 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.0761 | 0.077 | 0.0856 | 0.00945 | 0.01035 | 0.01895 | 0.83846154 | 0.97692308 | 2.3 | 0.90769231 | 0.09790709 | 0.00174841 | 0.00203713 | 0.00479608 | 0.00189 | 0.00020 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1003 | 0.0943 | 0.1001 | 0.03365 | 0.02765 | 0.03345 | 4.56153846 | 3.63846154 | 4.53076923 | 4.54615385 | 0.02175713 | 0.00951197 | 0.00758712 | 0.00944781 | 0.00948 | 0.00005 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1106 | 0.092 | 0.1331 | 0.04395 | 0.02535 | 0.06645 | 6.14615385 | 3.28461538 | 9.60769231 | 4.71538462 | 2.02341325 | 0.01281629 | 0.00684926 | 0.02003448 | 0.01643 | 0.00510 |
| b | | 0.0661 | 0.0672 | | 0.06665 | | | | | | | | | | | | |

| 1/17/2018 | | | | | | | | | | | | | Corrected per ug | Corrected per ug | Corrected per ug | | |
| Lysate | Samples | OD1 | OD2 | OD3 | Corrected OD1 | Corrected OD2 | Corrected OD3 | CA125 U/ml | CA125 U/ml | CA125 U/ml | Average | Standard Deviation | protein | protein | protein | Average | SD |
| TOV112D 72 hr unt | 278 | 0.1998 | 0.1904 | | 0.0476 | 0.0382 | | 6.70769231 | 5.26153846 | | 5.98461538 | 1.02258519 | 0.05689502 | 0.04462866 | | 0.0508 | 0.0087 |
| TOV112D 72 hr control | 279 | 0.1637 | 0.1749 | 0.171 | 0.0807 | 0.0919 | 0.088 | 11.8 | 13.5230769 | 12.9230769 | 13.2230769 | 0.42426407 | 0.0713473 | 0.08176568 | 0.07813785 | 0.0800 | 0.0026 |
| TOV112D 72 hr 1000 ug/ml Talc | 281 | 0.1188 | 0.1175 | 0.1221 | 0.0358 | 0.0345 | 0.0391 | 4.89230769 | 4.69230769 | 5.4 | 4.99487179 | 0.36482413 | 0.02870627 | 0.02753275 | 0.03168522 | 0.0293 | 0.0021 |
| Ov90 72 hr unt 72 hr | 296 | 0.1978 | 0.1971 | 0 | 0.0456 | 0.0449 | | 6.4 | 6.29230769 | | 6.34615385 | 0.07614996 | 0.05073367 | 0.04987998 | | 0.0503 | 0.0006 |
| OV90 72 hr control | 297 | 0.146 | 0.1479 | 0.1689 | 0.063 | 0.0649 | 0.0859 | 9.07692308 | 9.36923077 | 12.6 | 9.22307692 | 0.20669275 | 0.06394757 | 0.0660069 | 0.0887679 | 0.0650 | 0.0015 |
| Ov90 72 hr 1000 ug/ml Talc | 299 | 0.1371 | 0.13 | 0.1506 | 0.0541 | 0.047 | 0.0676 | 7.70769231 | 6.61538462 | 9.78461538 | 7.16153846 | 0.77237818 | 0.04841321 | 0.04155226 | 0.06145869 | 0.0505 | 0.0101 |
| TOV-21G unt | 332 | 0.1875 | 0.179 | 0.199 | 0.0353 | 0.0268 | 0.0468 | 4.81538462 | 3.50769231 | 6.58461538 | 4.16153846 | 0.9246781 | 0.03714627 | 0.02705862 | 0.05079425 | 0.0321 | 0.0071 |
| TOV-21G 72 hr control | 333 | 0.1374 | 0.1269 | 0.1289 | 0.0544 | 0.0439 | 0.0459 | 7.75384615 | 6.13846154 | 6.44615385 | 6.29230769 | 0.21757132 | 0.05506747 | 0.04359508 | 0.0457803 | 0.0447 | 0.0015 |
| TOV-21G 72 hr 1000 ug/ml Talc | 335 | 0.1 | 0.0889 | 0.0907 | 0.017 | 0.0059 | 0.0077 | 2 | 0.29230769 | 0.56923077 | 0.43076923 | 0.19581419 | 0.00872866 | 0.00127573 | 0.00248431 | 0.0042 | 0.0040 |
| Normal Ov Epithelial 72 hr unt | 350 | 0.2533 | 0.2874 | 0.2328 | 0.1011 | 0.1352 | 0.0806 | 14.9384615 | 20.1846154 | 11.7846154 | 13.3615385 | 2.230106 | 0.08656233 | 0.11696166 | 0.06828707 | 0.0774 | 0.0129 |
| Normal Ov Epithelial 72 hr control | 351 | 0.1491 | 0.1518 | 0.1547 | 0.0661 | 0.0688 | 0.0717 | 9.55384615 | 9.96923077 | 10.4153846 | 9.76153846 | 0.29372128 | 0.05268198 | 0.0549725 | 0.05743269 | 0.0550 | 0.0016 |
| Normal Ov Epithelial 72 hr 1000 ug/ml talc | 353 | 0.1551 | 0.1362 | 0.1467 | 0.0721 | 0.0532 | 0.0637 | 10.4769231 | 7.56923077 | 9.18461538 | 9.83076923 | 0.91379953 | 0.07782681 | 0.05992299 | 0.07271144 | 0.0753 | 0.0036 |
| b | | 0.0868 | 0.0876 | 0.0746 | 0.083 | | | | | | | | | | | | |

| | fold increase | fold increase | fold increase | Average | SD |
|---|---|---|---|---|---|
| OV90 | 1.02745665 | 0.5765896 | 1.76156069 | 1.39450867 | 0.51908995 |
| TOV 21G | 4.03703704 | 4.7037037 | 11.0740741 | 4.37037037 | 0.47140452 |
| → Normal Ov. Epi | 1.35194585 | 0.72250423 | 2.11336717 | 1.73265651 | 0.53840618 |

Media calculations for OV90, 21G, Normal Ov. Epi were used for SKI abstract

18

1/29/18

Seed 72 hour 1000 ug/ml talc EOC

SKOV-3 and A2780 seeded 4×10⁶ cells
TOV-21G seeded 2×10⁶ cells

Treat SKOV-3 and A2780 today 1/29/18
   25mL of media

$(X)(100 mg/mL) = (25 mL)(1000 ug/mL)$
   $X = 250 \mu L$

Treat TOV21G   1/30/18

1/31/18 — The presence of 1000 ug/ml is physically killing the cells.
   — We need to decrease dose.

19

## Treat EOC w/ talc

- Needed to lower the dose of talc (in saline) PBS
  - unt, 5, 20, 100 µg/mL → 72 hours

- Seeded 1×10^6 cells    ID        60mm dish, 5mL
  - ELI unt              356
  - ELI 5 µg/mL          357              ELI control 5      379
  - ELI 20 µg/mL         358              control 1000       380
  - ELI 100 µg/mL        359              1000 µg/mL talc    381
- SKOV-3 unt             360              SKOV-3 control 5   382
  - 5 µg/mL              361              control 1000       383
  - 20 µg/mL             362              1000 µg/mL talc    384
  - 100 µg/mL            363              A2780 control 5    385
- TOV112D unt            364              control 1000       386
  - 5 µg/mL              365              1000 µg/mL talc    387
  - 20 µg/mL             366              Normal Ov Epi - unt 388    383
  - 100 µg/mL            367                 5    5 µg/mL    389    384
- A2780 unt              368                 20   20         390    385
  - 5 µg/mL              369                 100  100        391    OK 386
  - 20 µg/mL             370                      1000       392
  - 100 µg/mL            371                      control 5  393
- OV90 unt               372                      control 1000 394
  - 5 µg/mL              373              TOV112D control 5   395
  - 20 µg/mL             374                      control 1000 396
  - 100 µg/mL            375                      1000 µg/mL talc 397
- FT33 No Tumorig unt    376
  - 5 µg/mL              380
  - 20                   381    OK
  - 100                  382
  - 1000                 383
  - Control 5            377
  - Control 1000         378

20

Prepare talc
    100 mg in 10 mL → mix and filter = 10 mg/mL

2/2/18 treated w/ talc

$(x)(10000 \mu g/mL) = (5 mL)(5 \mu g/mL) = 2.5 mL$
$(x)(10000 \mu g/mL) = (5 mL)(20 \mu g/mL) = 10 mL$
$(x)(10000 \mu g/mL) = (5 mL)(100 \mu g/mL) = 50 mL$

2/6/18
treat w/ "soaked" talc  (10000 $\mu g$/mL)
   "talc was rocked for 72 hours, spun and supernatent collected)

★ too much volume
   · made  1g/10 mL DMSO — Re-soak 72hr

2/7/18 seeded Normal Ov. Epi Cells 1×10⁶ → treat Friday 2/8/18
2/26/18    tuesday 2/20/18

383  NOE

| | |
|---|---|
| 0 µg/mL | 383 |
| 5 µg/mL | 384 |
| 20 µg/mL | 385 |
| 100 µg/mL | 386 |

21

2/5/18

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 | Sample Type | Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 356 | 2/5/2018 1:18:50 PM | 0.0830 | µg/µl | 2.074 | 1.109 | 1.87 | 1.30 | RNA | 40.00 |
| 2 | 357 | 2/5/2018 1:19:20 PM | 0.1000 | µg/µl | 2.500 | 1.342 | 1.86 | 1.18 | RNA | 40.00 |
| 3 | 358 | 2/5/2018 1:19:39 PM | 0.0829 | µg/µl | 2.073 | 1.118 | 1.85 | 1.26 | RNA | 40.00 |
| 4 | 359 | 2/5/2018 1:20:00 PM | 0.0349 | µg/µl | 0.873 | 0.476 | 1.84 | 0.39 | RNA | 40.00 |
| 5 | 360 | 2/5/2018 1:20:24 PM | 0.2387 | µg/µl | 5.968 | 2.966 | 2.01 | 0.78 | RNA | 40.00 |
| 6 | 361 | 2/5/2018 1:20:43 PM | 0.3389 | µg/µl | 8.473 | 4.194 | 2.02 | 1.15 | RNA | 40.00 |
| 7 | 362 | 2/5/2018 1:21:04 PM | 0.3017 | µg/µl | 7.542 | 3.837 | 1.97 | 1.47 | RNA | 40.00 |
| 8 | 363 | 2/5/2018 1:21:20 PM | 0.1118 | µg/µl | 2.796 | 1.465 | 1.91 | 1.53 | RNA | 40.00 |
| 9 | 368 | 2/5/2018 1:21:41 PM | 0.2203 | µg/µl | 5.508 | 2.880 | 1.91 | 1.34 | RNA | 40.00 |
| 10 | 369 | 2/5/2018 1:21:57 PM | 0.2474 | µg/µl | 6.185 | 3.187 | 1.94 | 2.03 | RNA | 40.00 |
| 11 | 370 | 2/5/2018 1:22:12 PM | 0.2217 | µg/µl | 5.541 | 2.855 | 1.94 | 1.63 | RNA | 40.00 |
| 12 | 371 | 2/5/2018 1:22:29 PM | 0.1336 | µg/µl | 3.340 | 1.726 | 1.93 | 1.42 | RNA | 40.00 |

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 | Sample Type | Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 379 | 2/16/2018 9:27:37 AM | 0.1685 | µg/µl | 4.212 | 2.034 | 2.07 | 1.01 | RNA | 40.00 |
| 2 | 380 | 2/16/2018 9:27:55 AM | 0.0658 | µg/µl | 1.645 | 0.713 | 2.31 | 3.02 | RNA | 40.00 |
| 3 | 381 | 2/16/2018 9:28:13 AM | 0.0801 | µg/µl | 2.003 | 0.891 | 2.25 | 0.96 | RNA | 40.00 |
| 4 | 382 | 2/16/2018 9:28:30 AM | 0.3084 | µg/µl | 7.711 | 3.759 | 2.05 | 2.24 | RNA | 40.00 |
| 5 | 383 | 2/16/2018 9:28:51 AM | 0.2921 | µg/µl | 7.303 | 3.582 | 2.04 | 1.09 | RNA | 40.00 |
| 6 | 384 | 2/16/2018 9:29:10 AM | 0.1812 | µg/µl | 4.531 | 2.179 | 2.08 | 2.15 | RNA | 40.00 |
| 7 | 385 | 2/16/2018 9:29:29 AM | 0.0869 | µg/µl | 2.172 | 0.971 | 2.24 | 1.31 | RNA | 40.00 |
| 8 | 386 | 2/16/2018 9:29:51 AM | 0.0116 | µg/µl | 0.289 | -0.017 | -16.61 | -5.65 | RNA | 40.00 |
| 9 | 387 | 2/16/2018 9:30:11 AM | 0.0133 | µg/µl | 0.332 | 0.013 | 25.53 | -15.74 | RNA | 40.00 |
| 10 | 395 | 2/16/2018 9:30:29 AM | 0.2169 | µg/µl | 5.421 | 2.598 | 2.09 | 0.65 | RNA | 40.00 |
| 11 | 397 | 2/16/2018 9:30:51 AM | 0.1328 | µg/µl | 3.321 | 1.575 | 2.11 | 2.26 | RNA | 40.00 |
| 12 | 396 | 2/16/2018 9:31:08 AM | 0.1633 | µg/µl | 4.084 | 1.949 | 2.10 | 2.47 | RNA | 40.00 |

| # | Sample ID | Date and Time | Nucleic Acid Conc. | Unit | A260 | A280 | 260/280 | 260/230 | Sample Type | Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 364 | 2/16/2018 9:49:26 AM | 0.2401 | µg/µl | 6.003 | 2.879 | 2.09 | 1.78 | RNA | 40.00 |
| 17 | 365 | 2/16/2018 9:49:46 AM | 0.2418 | µg/µl | 6.044 | 2.939 | 2.06 | 1.27 | RNA | 40.00 |
| 18 | 366 | 2/16/2018 9:50:01 AM | 0.2043 | µg/µl | 5.106 | 2.459 | 2.08 | 1.88 | RNA | 40.00 |
| 19 | 367 | 2/16/2018 9:50:16 AM | 0.1712 | µg/µl | 4.281 | 2.026 | 2.11 | 1.83 | RNA | 40.00 |

22

2/10/18 Supers VILO Kit

**0.5 ug RNA Reaction**

| ID | ul RNA | ul water |
|---|---|---|
| 356 | 6.0 | 10.0 |
| 357 | 5.0 | 11.0 |
| 358 | 6.0 | 10.0 |
| 359 | 14.3 | 1.7 |
| 360 | 2.1 | 13.9 |
| 361 | 1.5 | 14.5 |
| 362 | 1.7 | 14.3 |
| 363 | 4.5 | 11.5 |
| 364 | 2.1 | 13.9 |
| 365 | 2.1 | 13.9 |
| 366 | 2.4 | 13.6 |
| 367 | 2.9 | 13.1 |
| 368 | 2.3 | 13.7 |
| 369 | 2.0 | 14.0 |
| 370 | 2.3 | 13.7 |
| 371 | 3.7 | 12.3 |
| 379 | 3.0 | 13.0 |
| 380 | 7.6 | 8.4 |
| 381 | 6.2 | 9.8 |
| 382 | 1.6 | 14.4 |
| 383 | 1.7 | 14.3 |
| 384 | 2.8 | 13.2 |
| 385 | 5.8 | 10.2 |
| 386 | 16.0 | 0.0 |
| 387 | 16.0 | 0.0 |
| 395 | 2.3 | 13.7 |
| 397 | 3.8 | 12.2 |
| 396 | 3.1 | 12.9 |

23







