## **CERTIFICATE OF SERVICE**

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Defendant's Toxicology Experts Brooke T. Mossman, MS, PhD, Kelly S. Tuttle, PhD, and H. Nadia Moore, PhD. to be filed electronically via the court's electronic filing system the 7th day of May, 2019.  Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:     May 7, 2019                                  */s/ Michelle A. Parfitt*
                                                         Michelle A. Parfitt