# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO ALL CASES*** | **MDL NO. 16-2738 (FLW) (LHG)** |

**EXPERT REPORT OF BROOKE TAYLOR MOSSMAN, MS, PHD**
**FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

Brooke Taylor Mossman, M.S., Ph.D.

**I. Scope Of Report**

I was asked to address whether there is scientific evidence to support the theory that nonasbestos cleavage fragments present health risks to humans and the biological plausibility of plaintiffs' theory that cosmetic talc particles can migrate to the ovaries and cause cancer. I was also asked to review the experiments of Dr. Saed and the lab notebooks that were submitted by plaintiffs' counsel on his behalf and to comment on the opinions of Dr. Zelikoff. All the opinions in this report are stated to a reasonable degree of scientific certainty. I am being compensated at my customary rate of $550.00 per hour for my work related to this litigation.

**II. Summary Of Opinions**

- Cosmetic talc particles and nonasbestos cleavage fragments are different chemically, physically and structurally from the amphibole asbestos types, crocidolite and amosite.

- Because of these different properties, cosmetic talc particles and nonasbestos cleavage fragments are unlikely to reach or be retained at sites of development of mesotheliomas or ovarian cancers.

- Talc and nonasbestos cleavage fragments are not reactive with cells, and effective repair pathways occur. Because they are distinct in chemistry and other features from asbestos fibers, they do not have the potential to cause the abnormal cell responses that are integral to the development of cancers.

- The trace amounts of cleavage fragments or other minerals that may be present in industrial or cosmetic talcs have little or no chemical or biological reactivity and do not play a role in critical cellular and molecular pathways leading to the development of mesotheliomas or ovarian cancers.

- The results of numerous epidemiologic and experimental studies assessing the carcinogenic (cancer causing) potential of short asbestos fibers (<5-10 microns in length) support the concept that short fibers and cleavage fragments, even of respirable dimensions, do not play a role in the induction of tumors.

- Experimental studies demonstrate no observed adverse effect levels from exposure to certain concentrations of asbestos fibers, indicating the existence of a threshold for cancer causation below which tumors do not occur.

- Gene expression studies show that mesothelial cells exhibit dose- and time-related changes in response to tumor-causing asbestos fibers, but not in response to talc. Ovarian epithelial cells are more resistant to gene changes by asbestos fibers and do not show inflammatory or cancer-related gene expression in response to talc.

- There is no scientifically plausible pathway of migration to the ovary or fallopian tubes by cosmetic talc particles, as would be required for talc to cause ovarian cancers.

1

- Dr. Saed's research does not in any way support or advance the theory that perineal talc use can cause ovarian cancer. His experimental design, methods and data are deeply flawed, he appears to have little to no knowledge about the origins of ovarian cancers, and he makes false analogies and speculative leaps in his report. His failure to disclose the source of his research funding for talc studies and sloppy, altered research notebooks further suggest that he conducted this research to advance litigation and not to advance scientific knowledge.

- Dr. Zelikoff's conclusions are not supported by peer-reviewed scientific papers in the literature or basic tenets of toxicology and carcinogenesis. She exhibits little understanding of the properties of talc or asbestos, and simply repeats other plaintiffs' experts' flawed theories of talc migration and inflammation. Portions of her report are copied from the Internet without citation or verbatim from other experts' reports, again without citation, highlighting the unscientific nature of her opinions. The lack of rigor in preparing her report and citations from legal documents would not be acceptable in the peer-reviewed scientific literature.

Each of my opinions is supported by my own research and scholarship in cancer research on asbestos for more than 40 years. I have organized and attended national and international scientific meetings on mechanisms of asbestos-related cancers and have served on key panels addressing cancer risks of minerals. I have also organized and participated in meetings between geologists and biologists seeking to understand the respective differences in minerals that might explain their different potencies in disease development. My opinions are also a product of my current review of the peer-reviewed scientific literature, editorial and reviewer activities, and participation on National Institutes of Health (NIH) study sections and scientific panels. I have had uninterrupted national research funding throughout my career. All of my research on asbestos fibers, talc and cleavage fragments has been published in peer-reviewed, high-impact scientific journals prior to the advent of my participation in talc litigation in 2014. In this report, I often reference reviews of my work and others in peer-reviewed papers and provide a glossary of scientific terms for clarification.

## III. Background And Qualifications

My M.S. degree at the University of Vermont in 1970 was granted in human physiology, where I studied diagnostic methods for the detection of cervical cancers in the Department of Obstetrics and Gynecology in the Medical School. After moving to New York University, where I worked as a research assistant studying mechanisms of skin cancer, I returned to obtain my Ph.D. in Cell Biology from the University of Vermont in 1977 on mechanisms of asbestos-induced cancers. I am currently a Professor Emeritus and University Distinguished Professor of Pathology at the University of Vermont College of Medicine. I have been studying the roles of asbestos fibers in the induction of lung cancers, asbestosis, and mesotheliomas in the Department of Pathology at the University of Vermont College of Medicine for more than 40 years. Through research grant awards by several institutes of the NIH, Environmental Protection Agency (EPA) and American Cancer Society awarded to me throughout my career, I have elucidated the importance of inflammation-causing, genetic and cell signaling pathways by amphibole asbestos (with an emphasis on crocidolite) in the causation of lung cancers and mesotheliomas. Recent research

2

has focused on blocking these pathways in experimental studies to allow the development of therapeutic approaches for patients with mesothelioma. I have performed inhalation studies in rodents, studied the effects of asbestos types and other minerals (serpentine and amphibole cleavage fragments of asbestos, talc, etc.) on rodent and human ovarian epithelial and mesothelial cells, i.e., *in vitro* studies, and confirmed many of these observations in both human mesothelioma tissues and a model of peritoneal mesothelioma after injection of human mesothelioma cells into immunocompromised mice.

My fields of specialization include: environmental toxicology, mesothelial and epithelial cell differentiation, chemical and physical carcinogenesis and cell injury, pulmonary fibrosis, reactive oxygen species (ROS), molecular biology of antioxidant enzymes, and cell signaling pathways leading to inflammation and cancer. My scholarship has included a focus on asbestos-induced diseases, and I have made numerous and sustained contributions to the field of fiber carcinogenesis and the study of asbestos. My work serves as a foundation for significant amounts of research on asbestos-related diseases.

I have published more than 300 refereed papers, books, book chapters, reviews and monographs on my research in the scientific literature and have chaired and presented my research at more than 100 meetings and seminars on mechanisms of asbestos- and silica-related diseases. I have received numerous national and international meeting invitations to present my research, as well as awards for my research accomplishments that include the prestigious Wagner Award for historic contributions to mesothelioma research from the International Mesothelioma Interest Group, a Career Achievement Recognition Award for Scientific Accomplishments from the American Thoracic Society, appointment to the Board of Councilors of the National Cancer Institute, and election to the Plutocrat Society of the University Associates in Pathology.

At the University of Vermont, I have directed an Environmental Pathology training grant from the National Institute of Environmental Health Sciences (NIEHS) (1995-2013), have served as Director of the University's Environmental Pathology Program (1995-2013), and am a former Chair of the Cell and Molecular Biology Program (1984-88). In 2011, I received one of only 10 University Distinguished Professor Awards, awarded historically in recognition of outstanding contributions to my discipline. The award noted that my "scientific contributions over the past 30 years are numerous and sustained, resulting in international recognition as one of the world's foremost authorities in the field of fiber carcinogenesis." This is a lifetime award that allows me to maintain my University office and service activities. I have also won both Medical Scholar and Alumni Achievement Awards for "outstanding achievements in research, education, public service and humanitarianism" in the UVM College of Medicine, and I have recently been elected to the Vermont Academy of Arts and Sciences "as a leading researcher in asbestos-induced carcinogenesis."

I have served on numerous advisory boards at other universities as well as scientific advisory boards and study sections of the National Heart, Lung and Blood Institute (NHLBI), National Cancer Institute (NCI), American Cancer Society, NIEHS, and EPA. I was the first woman to chair the advisory board of the Lung Institute of NHLBI and have most recently served as Chair of grant review panels for this institute and others. I have also organized and chaired

international and national conferences featuring experts in the fields of mineralogy, asbestos and mesothelioma research. Through review of research grants and papers as part of my editorial services for a number of scientific journals, I keep up with contemporary developments in my field of research.

I was a reviewer of both the EPA strategic plan for studies on Libby amphibole as well as the "NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles" on behalf of the Institute of Medicine National Academies. I served on the founding board of the Center for Asbestos-Related Diseases (CARD) in Libby, Montana, where I was awarded a Focus Award for my dedication and voluntary contributions, and have just completed a voluntary term on the scientific advisory board of the Mesothelioma Applied Research Foundation (MARF). I am currently serving on the scientific review committee for the National Virtual Mesothelioma Bank, and am on the external advisory board for an NIH-funded Superfund grant on asbestos at the University of Pennsylvania. I have been invited recently to serve on the International Mineralogical Association working group panel "[t]o clarify issues associated with asbestos and other respirable minerals-nomenclature and classification" and was one of six invited speakers and session coordinators at a conference on "Asbestos in Talc" in November 2018 at The Joint Institute of Food Safety and Applied Nutrition (FDA). I am, or have been, a member of the American Society of Cell Biology, American Association for the Advancement of Science, Sigma Xi Scientific Honor Society, Oxygen Society, Tissue Culture Association, American Association for Cancer Research, International Association for the Study of Lung Cancer, American Thoracic Society, and the American Society of Investigative Pathology. I serve on the editorial board or as a reviewer for: *Journal of Cellular Physiology, Environmental Research, Cell Biology & Toxicology, In Vitro Toxicology, Cancer Research, Experimental Cell Research, Experimental Lung Research, Scanning Electron Microscopy, American Journal of Pathology, Science, American Industrial Hygiene Association Journal, European Journal of Cancer & Clinical Oncology, Journal of Toxicology and Applied Pharmacology, Environmental Mutagenesis, Carcinogenesis, American Review of Respiratory Diseases, Journal of the American College of Toxicology, Journal of the National Cancer Institute, Nature, Journal of Leukocyte Biology, New England Journal of Medicine, Cell & Tissue Kinetics, Clinical Pathology and Pharmacology, American Journal of Respiratory Cell and Molecular Biology, Risk Analysis, Clays and Clay Minerals, Chest, Chemical Research in Toxicology, Atherosclerosis, Journal of Clinical and Laboratory Medicine, New Journal of Chemistry, Drug and Chemical Toxicology* (past section Head of In Vitro Toxicology), *Particle and Fibre Toxicology, PLOS, Cancer Letters, Oncotarget*, and *Archives of Biochemistry & Biophysics*.

My roles as an editor and reviewer of many scientific journals for decades have made me aware of the importance of disclosures and rigor in reviewing that were ignored in submissions of Dr. Saed's recent abstracts and paper.

These many tasks have also led to formulation of my scientific opinions as outlined above.

My prior deposition and trial testimony for the last four years is listed in **Exhibit A**, references cited within my report, including those supporting my opinions, are listed in **Exhibit B**, and a copy of my complete *Curriculum Vitae* is attached as **Exhibit C.**

## IV. Scientific Methodology And The Importance Of The Scientific Peer Review Process

Publishing one's research findings in the peer-reviewed scientific literature is fundamental to the academic review process, promotion and tenure at research institutions world-wide. Moreover, it is a requirement to obtain funding from the NIH and other funding agencies. Scientific journals are ranked according to their impact factors: the higher the factor, the more prestigious the journal. When applying for promotion or tenure, faculty members often present their publications in terms of impact factors to obtain a score high enough for consideration at their respective institutions.

When submitting peer-reviewed papers, a journal is selected, the paper is uploaded to that website, and an Editor or member of the Editorial Board sends the paper for review to colleagues in the field for comments, acceptance or disapproval. The higher the impact factor, the more stringent the review process. Reviewers for high-impact journals are generally not disclosed to the investigator submitting the paper and may suggest major or minor revisions before acceptance of the research for publication. In general, reviewers are asked to judge: 1) the significance of the study; 2) the appropriateness of the scientific methods used, including the numbers of samples, numbers of repeated experiments and necessary controls; 3) the methods for statistical analyses of data; and 4) the interpretation of data. Disclosure of conflicts of interest, i.e. whether or not the authors may have a financial or other bias in supporting or reporting their research results, and acknowledgements of research funding support, are required by almost all journals. After receiving reviews of one's submitted paper, the first listed or senior author can respond in a point-by-point fashion to suggested revisions or the need for additional experiments. These revisions are passed on to the original reviewers, who are asked to communicate their recommendations to the Editor and authors. The peer-review process for most journals may take several months, depending on needed additions and editorial decisions.

**Table 1** shows impact factors for several journals in the scientific literature.

**Table 1.  Impact factors for scientific journals**

| Journal: | Impact Factor: |
|---|---|
| *New England J. of Medicine* | 79.260 |
| *Science* | 41.058 |
| *Proceedings of the National Academy of Sciences* | 9.504 |
| *Cancer Research* | 9.130 |
| *Particle and Fibre Toxicology* | 6.105 |
| *Gynecologic Oncology* | 4.540 |
| *American J. Respiratory Cell & Molecular Biology* | 3.785 |
| *Reproductive Sciences* | 2.548 |
| **(Science Citation Index, 2017)** | |

In contrast to peer-reviewed scientific publications, other publications such as abstracts, book chapters, case reports, Updates or Reviews, Letters to the Editor, and Commentaries are generally not formally reviewed by peers in the scientific community before publication. Hence, scientific inaccuracies and flaws in interpretation of data can occur.

In addition to publishing in the peer-reviewed scientific literature, it is important to participate on interdisciplinary scientific panels that address important health and regulatory questions. In the field of asbestos-induced diseases, I have served on panels for months and years with toxicologists from industry, academia and government, geologists, biostatisticians, clinicians, dosimetry experts, pathologists and molecular biologists to gain an appreciation of how asbestos minerals cause disease.

### V. Principles Of Toxicology: Epidemiology, Animal And *In Vitro* Experiments

"Toxicology" is broadly defined as the study of any agent that causes adverse changes in cells of the body. There are many manifestations of toxicity or injury to cells that occur when normal defense mechanisms are overwhelmed. As emphasized by Drummond et al. (2016), the toxicity of inhaled fibers such as asbestos is described by a **3D** paradigm that recognizes the importance of **Dose, Dimensions** (long fiber length and fine/narrow diameter) and **Durability** in cancer development by minerals. These fundamental tenets of toxicology and cancer development have been endorsed by many panels of scientists evaluating risks of asbestos fibers (e.g., IARC, 1989; IARC, 2012; NAS, 1984; NRC, 2006; Health Effects Institute, 1991; ATSDR, 2003; Institute of Medicine, 2009).

"Epidemiology," the study of human populations, is often fundamental to assessing the health risks of minerals in occupational settings. However, because workers may be exposed to different types of minerals occupationally and environmentally and have a number of mineral types in their lungs, emphasis historically has been placed on results of studies in animals, i.e., *in vivo* experiments, where exposures to one mineral type can be assessed. As summarized by Drummond et al. (2016), an extensive database exists in rodents after inhalation, intratracheal instillation and intracavity injections of minerals (into the pleural or peritoneal cavities). Although inhalation experiments are the "gold standard" because they represent the natural route of exposure to inhaled particles, all methods are useful. For example, false positives (minerals that cause tumors in animals but not humans) may occur using intraperitoneal injections, but negative results exonerate a mineral from classification as a carcinogen (Drummond et al., 2016). This statement is of central importance to interpreting animal data on talc or cleavage fragments (see below).

*In vitro* experiments in which cell cultures and tissues (organ cultures) are kept outside of the body are also important models in toxicology. Exposures to defined concentrations and types of minerals can be examined in efforts to understand mechanisms of cancer causation and/or cell defense. It is important to use positive (known cancer-causing agents) and negative (non-cancer-causing agents) controls in these experiments when postulating mechanisms linked to cancer development. For example, any particle or fiber can be toxic to cells at very high concentrations due to mechanical injury.

## VI. Anatomy Of The Lungs And Pleura

An understanding of the architecture of the human lung is necessary to determine how lungs respond to inhaled materials. As diagrammed in **Figure 1**, inhaled particles enter through nasal passages. Some are swallowed, but the majority enter the airways though the tracheal tube that then branches into a series of progressively smaller airways (bronchioles). These tubes connect to the air sacs (alveoli) of the lung, where gases such as oxygen and carbon dioxide are exchanged.

## Figure 1. Diagram illustrating cell types of the human lung and pleura.



The cells that line the trachea (main upper air tube), bronchioles and air sacs are called "epithelial cells" and can give rise to lung cancers, but primarily serve to protect the lung from foreign matter or allow gas exchange. These cells are supported by a matrix composed of cells called "fibroblasts" that can also thicken or multiply to give rise to the many forms of pulmonary fibrosis. This nonmalignant disease can be progressive and lethal in patients exposed to high (occupational) concentrations of asbestos, i.e., asbestosis. In contrast, talcosis, or fibrosis of the lungs, as demonstrated in some talc miners and millers, is different in its clinical features and pathology (Guthrie and Mossman, 1993 (*see* chapter by Kane)). It is **not** a malignant disease.

7

The pleural cavity consists of fluids around the lung and cells of the immune system that may accumulate in response to infection or foreign material. "Mesothelial cells" that line the lung are called visceral pleural mesothelial cells, and mesothelial cells that make up the outside sac enclosing the lungs are called parietal pleural mesothelial cells (see **Figure 1**). These cell types make mesothelial fluids that allow the lung to expand and contract during normal respiration. Mesothelial cells also line the peritoneal and pericardial cavities. Mesothelial cells give rise to mesotheliomas after exposures to certain amphibole asbestos types, radiation, and other asbestos-like minerals such as erionite and fluoro-edenite, but approximately 20% of patients with mesothelioma have no known exposures to these agents, and tumors may arise spontaneously or by genetic predisposition (Ilgren and Wagner, 1991; Sherwood et al., 2008; Testa et al., 2011).

### A. Inhalation and translocation of particles and fibers

The diameter of particles governs whether they are inhaled and how deep in the lung they can penetrate (reviewed in Mossman et al., 2011). For example, fibers greater than 3 microns in diameter do not generally get inhaled, fibers > 1.5 microns in diameter do not penetrate the deep lung, and fibers > 0.5 microns in diameter do not get out to the pleura that line the lung (Lentz et al., 2003; McClellan et al., 1992).

### B. Natural defense mechanisms: How the lungs dispose of foreign particles (roles of macrophages and the lymphatics)

Cells called "macrophages" occur throughout the body, and populations of these cell types within the lung and pleura are called "alveolar" and "pleural" macrophages, respectively. These cell types arise from the bone marrow and can also multiply or change in function at sites of deposition of particles or microorganisms, processes linked to lung repair. The normal function of macrophages is to clear particles from the lung after they engulf them, a process known as "phagocytosis." Particles or fibers that are effectively taken up by macrophages are cleared from the lungs as these cells move up the airways or enter the lymphatic system (see below). Many macrophages are propelled up and out of the lung by mucin secretions and hair-like cells called ciliated epithelial cells, often referred to as the mucociliary escalator. Other macrophages remain at sites of particle deposition and signal other cell types of the immune system, called "neutrophils" or "lymphocytes," to accumulate and acquire immunity to combat toxic agents. The secretion of proteins called "cytokines" that signal to other cells of the immune system and cause these and other cell types in the area to proliferate or divide is a natural defense mechanism. However, many cytokines can also favor disease development if secreted in large amounts.

The lymphatic system consists of the lymph nodes and spleen, together with masses of lymphoid tissues in the respiratory tract and intestinal mucosa. The primary function of the lymphatic system is to provide immunologic defenses against foreign material. The lymph nodes serve as deposits for agents, and they are interconnected by lymphatic channels. "As the lymph fluids flow through the nodes, the phagocytic cells filter out and destroy any microorganisms that have gotten into the lymphatic channels" (Crowley, 2001). The lymphocytes (white blood cells within the node and elsewhere in the body) and macrophages also interact with the foreign material to

initiate an immune response. In the general population, many particles and fibers are found in lymph nodes throughout the body (Dodson et al., 2000).

Long, thin asbestos fibers can align themselves with airways and penetrate the deep lung to get to the pleura. Because of their large size, they are not effectively removed by normal clearance mechanisms, including alveolar macrophages, which cannot engulf or remove long fibers. At low concentrations, long fibers may pass through stomata to lymphatic channels for elimination. Stomata are channels approximately 10 microns in diameter that exist between mesothelial cells. At high concentrations of fibers, a bottleneck-like phenomenon occurs, whereby these channels are blocked, and fibers remain at sites of tumor development (Moalli et al. 1987; Murphy et al., 2011). In contrast, smaller fragments of minerals may drain out through the lymphatic system (see **Figure 2**).

Figure 2. Diagram showing how long thin asbestos fibers become lodged at the pleural surface.



### C. Inflammation and repair (oxidants and antioxidants)

The body has effective defense mechanisms for dealing with microorganisms and other potentially harmful substances. One mechanism is inflammation, "a nonspecific response to any harmful agent and includes phagocytosis of the material by neutrophils and macrophages" (Crowley, 2001). A first line of defense in inflammation is accumulation of macrophages and other cell types of the immune system in an orchestrated response to remove foreign materials. Importantly, we and others have characterized the inflammatory response in the lungs and pleura after inhalation of asbestos fibers and other materials and have shown that phagocytosis (i.e., cell uptake of these particles) results in intracellular and extracellular release of oxidants, often called reactive oxygen species (ROS) or reactive nitrogen species (RNS). Oxidants can interact with the DNA, lipids and proteins in cells to cause abnormal cell function.

9

We have characterized repair mechanisms in response to minerals, including a number of intracellular enzymes and proteins that are called "antioxidants" (Mossman et al., 1986; Shatos et al., 1997; Mossman et al., 1990; Janssen et al., 1990; Shull et al., 1991; Janssen et al., 1992; Holley et al., 1992; Janssen et al., 1993; Janssen et al., 1994; Mossman et al., 1996; Shukla et al., 2003; Mossman et al., 2011). At low exposure levels to minerals, antioxidants scavenge damaging oxidants, and effective repair is observed. However, at high concentrations of minerals, normal defense mechanisms can be overwhelmed. Dimensions and chemistry (i.e., iron content, availability and charge) are some of the factors driving production of oxidants (reviewed by Shukla et al., 2003).

### D. Chronic inflammation and foreign body carcinogenesis

Chronic irritation and inflammation by cigarette smoke, asbestos and silica have been linked to the development of lung cancers (Kamp et al., 2011; Rakoff-Nahoum, 2006; Balkwill and Mantovani, 2002; Coussens and Werb, 2002). However, there is also evidence suggesting that inflammation and immune system stimulation inhibit the development of other cancers. Reviews on the topic emphasize that acute inflammation "is a beneficial response activated to restore tissue injury and pathogenic agents" (Landskron et al., 2014). Chronic inflammation over months and years can result in many diseases, including cancers, but has not been established as a cause of ovarian cancer – and there is evidence that is difficult to reconcile with the inflammation hypothesis (Ni et al., 2012). Notably, Rakoff-Nahoum (2006) cautions, "[t]he relationship between cancer and inflammation is not simple and cannot be reduced to one grand theory."

We and others proposed that long, durable asbestos fibers in lungs and pleura served as "foreign bodies" in tumor development by acting as stimuli for frustrated cell uptake and continual release of oxidants (reviewed in Shukla et al., 2003; Kamp et al., 2011). We have also shown that oxidant release by high iron-containing crocidolite or amosite asbestos triggers abnormal cell responses and signaling pathways intrinsic to tumor development (reviewed in Mossman et al., 2011; Mossman et al., 2013). Moreover, we have prevented crocidolite asbestos-induced inflammation and hallmarks of disease development in both animals and *in vitro* models after administration of antioxidants (Mossman et al., 1986; Shatos et al., 1987; Mossman et al., 1990; Mossman et al., 1996).

### VII. Anatomy Of The Female Reproductive Tract And Barriers To Particles

Protective surface mechanisms, tissue defenses including inflammation, and immune responses cooperate in protection of the female reproductive tract from disease-producing foreign matter. As illustrated in **Figure 3** below, the external genitalia are a first line of defense in that "the skin constitutes a relatively impenetrable barrier to most micro-organisms unless breached by injury such as abrasion or burning" (Burkitt et al., 1993, p. 191). The opening of the vagina is also enclosed by thick layers of skin (labia). Both muscular tissue and mucous layers similar to the mucociliary escalator of the respiratory tract line the vagina, uterus, and oviducts, and are protective against foreign matter.

10

Ovarian cancers develop from epithelial cells that line the ovaries and oviducts (Fallopian tubes). These structures are surrounded by a protective fibrous capsule. Ovarian epithelial cells are distinct from endometrial epithelial cells that line the uterus and give rise to endometrial cancers. Based upon these barriers, it is difficult to conceive of a route whereby talc, either after perineal dusting or inhalation, would reach and persist in epithelial cells in sufficient doses to cause ovarian cancers.

## Figure 3. Diagram of the female reproductive system (modified from Burkitt et. al., 1993).



## VIII. Cancer Development

### A. What is a normal cell and how is a cancer cell altered?

The human body has billions of cells that serve a number of roles in maintaining the function of the human body, i.e., normal physiology. The cell is the building block of tissues and organs, and where cancers begin. Since changes in normal cell function can result in cancers, it is important to understand the fundamental structures of the cell and how they are altered in cancer. **Figure 4** is a diagram of a cell that illustrates the various organelles, i.e., intracellular structures important

11

in normal cell function. The cell is surrounded by an external membrane that encloses the two main compartments of the cell: 1) the nucleus, which contains the genetic material or DNA that is packaged into genes, and 2) the cytoplasm, in which organelles controlling cell respiration and other functions occur. Historically, scientists have focused on the DNA in the nucleus and how it is processed through the formation of RNAs to proteins that give rise to abnormal cell function. It is recognized that both genetic alterations to DNA and epigenetic changes (i.e., those that do not affect the DNA structure) are important in cancer development. **Figure 4** also shows proteins comprising receptors on the external cell membrane and occurring in cascades within the cells that are the focus of most current cancer research because they are altered in cancer development.

## Figure 4. Diagram of the components of the cell.



A cell is the structural unit of the body

**B. Stages of cancer development**

Cancer is "a disease of abnormal gene expression" characterized by uncontrolled cell proliferation or division and abnormal differentiation, i.e., altered cell function (Coleman and

12

Tsongalis, 2017). Consistent with epidemiologic studies showing that asbestos-associated cancers of the lung and pleura develop over many decades, examination of animal tissues and cells exposed to asbestos fibers show a sequence of events as they progress from normalcy to malignancy.

The stages of development of human cancers from epithelial cells in lung or ovarian malignancies called "carcinomas" are illustrated in **Figure 5.** The process begins by uncontrolled cell proliferation (hyperplasia) and proceeds to metaplasia, defined as a loss of normal cell function. These changes can be reversible, but as cells become progressively more abnormal (defined as dysplastic), they acquire further traits (increased survival, decreased resistance to programmed cell death and ability to grow under adverse conditions) that allow them to become malignant, i.e., a carcinoma-in-situ or tumor. Many carcinomas eventually invade normal tissues and metastasize to other organs. It is important to note that the reversible changes of cell proliferation and metaplasia by asbestos fibers can be documented in *in vitro* models, but whether these result in malignant tumors can only be assessed in animal studies.

**Figure 5. Sequence of events leading to the development of human tumors i.e. carcinomas.**



## IX. What Is Asbestos?

"Asbestos" is a commercial term that refers to two groups of minerals that crystallize in a certain formation or habit called "asbestiform" (**Figure 6**). "Asbestiform implies relatively small fiber thickness and large fiber length, flexibility, easy separability and a parallel arrangement of the fibers" (Guthrie and Mossman, 1993). There are five asbestos types (crocidolite, amosite, anthophyllite, tremolite and actinolite) in the amphibole group of asbestos and one type (chrysotile) in the serpentine group. These differ in their chemical composition (as indicated on Figure 6) as well as their mineral crystallization structure and other features.

13

Figure 6.  Classification and composition of different asbestos types.



**ASBESTOS**

**SERPENTINE**

White - Chrysotile

$Mg_6Si_4O_{10}(OH)_8$

**AMPHIBOLE**

Blue - Crocidolite

$Na_2(Fe^{3+})_2(Fe^{2+})_3Si_8O_{22}(OH)_2$

Brown - Amosite

$(Fe^{2+},Mg)_7Si_8O_{22}(OH)_2$

High Iron
Containing

Anthophyllite

$(Mg,Fe^{2+})_7Si_8O_{22}(OH)_2$

Tremolite

$Ca_2(Mg)_5Si_8O_{22}(OH)_2$

Actinolite

$Ca_2(Mg,Fe^{2+})_5Si_8O_{22}(OH)_2$

Fe=Iron

**A.  Epidemiologic studies showing different cancer risks of asbestos fibers in worker populations**

Since asbestos fibers have been mined and used in industries worldwide for more than a century, it has become apparent that workers exposed to different types of asbestos have different risks of lung cancers and mesotheliomas. A striking confounder in analysis of lung cancer data is the fact that almost all asbestos workers historically have been smokers, which is an overriding factor in causation of lung tumors, but studies on mesothelioma, a tumor not influenced by smoking, have been informative in ranking risks of mesotheliomas by various types of asbestos. The increased risks of mesothelioma in crocidolite and amosite asbestos-exposed workers have been documented in many epidemiologic studies and are much higher than risks associated with exposures to chrysotile asbestos (reviewed in Craighead and Mossman, 1979; Mossman and Gee, 1989; Mossman et al., 1990; IARC, 1989; Health Effects Institute, 1991; Hodgson and Darnton, 2000). For example, the robust database on mesotheliomas in epidemiologic studies has recently been updated by Garabrant and Pastula (2018), who found that the relative potency of chrysotile:amosite:crocidolite was 1:83:376-fold. Data on relative risks of asbestos types in workers have resulted in the conclusion that "[a]lthough all forms of asbestos can cause mesothelioma, there is considerable evidence that the potency for the induction of mesothelioma varies by fibre type, and in particular that chrysotile asbestos is less potent than amphibole forms of asbestos" (IARC, 2012, p. 238).

14

**B. Importance of size, shape, chemistry and other characteristics of asbestos fibers in the cancer process – human tissues, animal studies and *in vitro* models**

Fiber dimensions. Many properties of minerals are important in their toxicity and carcinogenicity. For example, more than a dozen different mineralogical features have been considered in developing a general model for predicting the cancer risks of mineral fibers (Gualtieri, Mossman and Roggli, 2017). Of these many properties, dimensions have been studied most extensively. Since the pleural injection studies of Stanton et al. (1981) who calculated in rodents that fibers > 8 microns in length and <.25 microns in diameter were most carcinogenic, it has been recognized that long, thin fibers are associated with chronic inflammation, lung cancers and mesotheliomas in rodents and humans (reviewed in Barlow et al., 2018; Roggli, 2015; Lippmann, 2014). For example, length-dependent retention of fibers, inflammation and injury has been demonstrated in animals exposed to a number of fiber types (Moalli et al., 1987; Donaldson et al., 1989; Donaldson et al., 2010; Murphy et al., 2011; Murphy et al., 2012; Schinwald et al., 2012; Murphy et al., 2013). Carcinogenicity studies using long vs. short fiber preparations in rodents also show that long fibers preferentially cause mesotheliomas and lung cancers (Pott, 1978; Davis et al., 1978; Spurny et al., 1979; Stanton et al., 1981; Davis et al., 1986; Berman et al., 1995; Chernova et al., 2017).

In the studies above, the cut-off value length of long fibers associated with tumor development was > 5 microns, as fibers of these dimensions have been measured in most studies by microscopy conducive to regulatory definitions. However, it has been emphasized recently that fibers 10 microns or greater in length are more representative of carcinogenic potency in humans based on analysis of human tissues (Roggli, 2015; Roggli and Green, 2019). It also has been stressed that human macrophages are > 16 microns in diameter and cannot engulf and remove larger fibers effectively (reviewed in Oberdorster and Graham, 2018).

Our studies have shown that lung epithelial and mesothelial cell responses to long and short asbestos fibers are different. As shown in the left panel of **Figure 7** using electron microscopy, normal cells come in contact with both long and short fibers. However, cells cannot completely engulf (phagocytose) long asbestos fibers (upper middle panel), whereas short fragments are incorporated into intracellular membrane-bound digestive structures for removal. We have shown that industrial talcs (Woodworth et al., 1982; Shukla et al., 2009) and a number of other non-disease-causing minerals, including cleavage fragments, are taken up by lung epithelial and mesothelial cells in a similar manner without causing toxic effects. The right panel of Figure 7 shows that long asbestos fibers remain on the surface of exposed cells for months to stimulate inflammation, increased cell division and altered cell appearance (i.e., metaplasia) in organ (mixed cell) cultures of the lung.

15

**Figure 7. Different mechanisms of lung and mesothelial cell response to long (>5 microns) or short (<5 microns) fibers.**



NORMAL CELL



CELLS ENGULFING LONG
CROCIDOLITE FIBERS



SHORT FRAGMENTS
ENGULFED INSIDE CELL



LONG ASBESTOS FIBERS
AND PRE-CANCEROUS CHANGES

↑ Cell Division
↑ Cell Survival
↑ Inflammation

In other studies, we have documented that, in contrast to short fibers, long fibers (> 10 microns) cause significantly more oxidant release from macrophages (Hansen and Mossman, 1987; Mossman et al., 1989). Long fibers also stimulate membrane receptors and proteins linked to cancer development (Marsh and Mossman, 1988; Pache et al., 1998) as well as preneoplastic changes (Mossman et al., 1977; Woodworth et al., 1983 a,b,c). Others have shown that long fibers preferentially interact with chromosomes and cytoplasmic proteins affecting cell division (Cole et al., 1991; Ault et al., 1995; Jensen and Watson, 1999). **Figure 8** (adapted from Benedetti et al., 2015) shows links between oxidant generation and the development of cancers by crocidolite or amosite asbestos as demonstrated in our laboratory over the past 30-40 years. These show that high dose-dependent production of oxidants must occur over time to induce oxidative stress and alterations in gene/protein expression that activate cell signaling pathways leading to tumor development (reviewed in Shukla et al., 2009; Mossman, 2011; Mossman, 2013).

16

**Figure 8. Mechanisms of high oxidant generation and cancer development by asbestos fibers.**



Fiber shape. Unlike amphibole asbestos fibers, which crystallize in a straight, rodlike formation, chrysotile asbestos fibers form in tangled or helical bundles that impede their penetration into the finer airways and the deep lung. For these reasons, chrysotile fibers, in contrast to amosite or crocidolite asbestos, have diminished accumulation and persistence in lungs after inhalation (Wagner et al., 1976). It also has been shown that the dissolution or breakdown of chrysotile asbestos occurs due to the leaching of magnesium from fibers and separation of fiber bundles into smaller fibrils (reviewed in Mossman et al., 2011). This dissolution is also important in establishing why chrysotile asbestos is less durable in lungs and less apt to cause mesotheliomas in humans.

Fiber chemistry, flexibility, crystal structure and durability. In addition to the role of fiber dimensions and shape, other properties have been linked to mesothelioma development by amosite or crocidolite asbestos (reviewed in Mossman et al., 2011; Mossman et al., 2013; Shukla et al., 2003; Mossman, 2018). These include: 1) their high iron content, which drives production of oxidant species causing oxidation of DNA and stimulation of cell signaling pathways to malignancy; 2) surface availability of iron (Fe) in a form or surface charge that drives redox reactions. In this regard, $Fe^{+3}$ on the surface of crocidolite asbestos drives chemical reactions producing toxic oxidants. Conversely, forms of iron such as ferritin, which comprises ferruginous bodies in the lung, do not drive these reactions and may be protective when minerals such as talc are coated by macrophages in the lung or pleura (Gualtieri, Mossman and Roggli, 2017); 3) flexibility or the ability of asbestos fibers to penetrate and move throughout the lung and pleura; 4) crystal structure and growth; and 5) ion exchange and dissolution. All of these properties affect fiber durability at sites of tumor development and the responses of cells to minerals (reviewed in Gualtieri, Mossman and Roggli, 2017).

**C.   Studies supporting the importance of dose, the existence of a threshold for asbestos-induced mesotheliomas, and other causes of mesothelioma**

As discussed in **Section VI.** above, the importance of dose-related responses in the development of cancers is a fundamental tenet of toxicology. Epidemiologic studies on asbestos-related mesotheliomas have demonstrated that dose and duration of exposure in workplace environments are linked to risks of tumor development. Moreover, animal experiments in our laboratory (Quinlan et al., 1994; Quinlan et al., 1995; Shukla, Vacek and Mossman, 2004) and others (reviewed in Health Effects Institute, 1991; Mossman et al., 2011; Drummond et al., 2016) have shown that both hallmarks of disease development and tumors are dose-related. In rodent studies using both chrysotile and crocidolite asbestos, we measured inflammation, molecular changes (elevations in expression of genes linked to cancer development) and proliferation in lung epithelial and pleural mesothelial cells for periods as long as 40 days after initiation of exposures to two concentrations of asbestos. These studies showed no significant changes by asbestos types at concentrations far exceeding current occupational exposure limits set by regulatory agencies such as NIOSH.

*In vitro* experiments also show thresholds below which aberrations do not occur in response to various asbestos types (DiPaolo et al., 1983; Jaurand et al., 1986; Mikalsen et al., 1988; Oshimura et al., 1984; Palekar et al., 1988; Price-Jones et al., 1980). Thus, both *in vivo* and *in vitro* results indicate the existence of a threshold below which cell and tissue responses are not observed (reviewed in Mossman, 2018; Ilgren and Browne, 1991). These studies undermine the theory that a single or low dose of a carcinogen-causing mineral gives rise to cancer.

Many reports and reviews indicate other causes of mesotheliomas, including radiation and other mineral fibers such as erionite and fluoro-edenite (reviewed in Ilgren and Wagner, 1991; Kane, 1996; Gualtieri et al., 2018; Kraynie et al., 2016). Factors such as genetic predisposition (Testa et al., 2011; Ohar et al., 2016; De Rienzo et al., 2016), aging and spontaneous transformation of normal cells to genetically unstable or tumor cells (Fleury-Feith et al., 1989; Sherwood et al., 2008; Funaki et al., 1991) may also occur. These factors may explain the 15 to 20% of mesotheliomas occurring in individuals with no documented exposures to asbestos fibers (Kraynie et al., 2016; Attanoos et al., 2018).

**X. What Is A Cleavage Fragment?**

"Cleavage" is defined as "the property of an individual crystal to fracture or break along crystallographically defined planes determined by the structure of a mineral" (Guthrie and Mossman, 1993). Defined broadly, cleavage fragments can occur when amphiboles and other minerals are milled or crushed, but not after crushing of other materials, such as chrysotile asbestos or synthetic glass. It is important to realize that amphibole minerals "occur more commonly in a non-asbestiform habit [i.e., crystalized form], and may also be elongated [i.e., fibrous] without being asbestiform" (IARC, 2010, p. 277). Plaintiffs' expert Mark Krekeler has opined that nonasbestiform minerals such as tremolite and anthophyllite that break into cleavage fragments during processing become "asbestiform particles with the same health risks as asbestos, due to the size, morphology and chemistry of the modified particles" (Krekeler Report,

18

pp. 3-4). This is not scientifically accurate. Cleavage fragments are not asbestiform and **not asbestos** by definition. The classification and nomenclature of respective asbestos types and their nonasbestos cleavage fragments are indicated in **Table 2.** Further, reliable studies demonstrate that exposure to cleavage fragments is not associated with the development of mesotheliomas or cancers (Addison and McConnell, 2008; Gamble et al., 2008; Chatfield, 2018; Garabrant and Pastula, 2018; Roggli and Green, 2018).

**Table 2. Classification of asbestos fibers and non-asbestiform fragments**

| MINERAL FAMILY | ASBESTOS ASBESTIFORM | NON-ASBESTIFORM (including cleavage fragments) |
|---|---|---|
| Serpentine | Chrysotile | Antigorite/Lizardite |
| Amphibole | Crocidolite | Riebeckite |
| | Amosite | Cummingtonite-Grunerite |
| | Tremolite Asbestos | Tremolite |
| | Anthophyllite Asbestos | Anthophyllite |
| | Actinolite Asbestos | Actinolite |

**A. Different properties of cleavage fragments and amphibole asbestos fibers**

Cleavage fragments differ from their asbestos counterparts in several important respects (**Table 3**). Most importantly, they differ in their dimensions because they cleave into blunt, thick fragments as opposed to amphibole asbestos, which breaks longitudinally into long, thin fibers. As discussed above, the diameter or width of fibers governs whether they are inhaled and how deep in the lung they can penetrate (reviewed in Mossman et al., 2011). For example, fibers > 3 microns in diameter do not generally get inhaled; fibers > 1.5 microns in diameter do not penetrate the deep lung; and fibers > 0.5 microns in diameter do not get out to the parietal pleura (Lentz et al., 2003). Measurements on cleavage fragment preparations show that fragments > 10 microns in length do not have widths < 0.5 microns, and thus will not get out to the pleura. Moreover, less than 0.05% of long cleavage fragments have widths < 0.25 microns (Wylie, 2016; email exchange with Dr. Wylie). Thus, amphibole cleavage fragments are unlikely to be inhaled or penetrate to the pleura, where mesothelial cells exist. The overall dimensions of cleavage fragments are also incompatible with the dimensions of amphibole asbestos fibers shown to be important in tumor development (Wylie, 2016; Roggli and Green, 2019).

## Table 3. Properties of asbestos minerals important in cancer development

- **Dimensions (Long, Thin)**
- **Geometry (Rod-like)**
- **Crystal Structure and Growth**
- **Flexibility/Tensile Strength**
- **Chemical Composition**
- **Surface Area/Chemistry/Charge**
- **Durability\***

**\* All these properties are interlinked to persistence of fibers at sites of cancer development.**

Important differences in dose-responses to asbestos and cleavage fragments exist because unlike asbestos fibers, nonasbestos fragments do not break in a parallel fashion to create more long and thin fibers. There are also differences in flexibility between asbestos and nonasbestos fragments due to differences in their crystalline structure and growth. These factors may influence how cells respond to these materials. Lastly, crocidolite asbestos and its respective cleavage fragment, riebeckite, are different in that crocidolite asbestos generates oxidants via its iron content. Guthrie (1997) emphasizes the significant replacement of oxidant-generating iron by magnesium in riebeckite as compared to crocidolite asbestos. The dissolution of riebeckite by this process could also reflect a lack of durability of riebeckite fragments. Gunter et al. (2011) have also shown differences in iron chemistry of asbestiform and nonasbestiform amphibole minerals that explain why asbestiform amphiboles have more oxidant-generating capabilities. Lastly, surface defects and surface chemistry are different, and these factors are important in reactivity with cells (see below).

### B. Animal studies demonstrate no cancers after exposures to cleavage fragments.

Chronic lifespan studies in rodents after administration of asbestos or nonasbestos fragments by a variety of routes have failed to demonstrate the development of mesotheliomas by cleavage fragments (**Table 4**). Most relevant to this discussion is a recent EPA study in which a number of naturally occurring asbestos types and an asbestos-like amphibole mineral from Libby, Montana were injected directly into the trachea of rats at two concentrations (Cyphert et al., 2015; Cyphert et al., 2016). Tumors occurred after exposures to the Libby amphibole, described as a transitional

20

asbestiform fiber, at high concentrations of minerals (i.e., millions of fibers) but not at 10-fold lower concentrations. In contrast, an iron-containing nonasbestos fragment, i.e., ferroactinolite, did not cause lung injury or tumors. This study indicates that it is not iron content *per se* that causes oxidant production, inflammation and injury. Moreover, results support the tenet of a threshold concentration of minerals below which tumors do not occur.

**Table 4. Life time rodent studies show no mesotheliomas nor ovarian cancers after exposures to non-asbestos cleavage fragments and talcs**

| Study | Asbestos | Non-Asbestos Fragment* |
|---|---|---|
| Stanton and Wrench 1972,1981 | All amphiboles + | Fibrous and platy talcs - |
| Wehner et al. 1972 | | Cosmetic talc - |
| Wagner et. al. 1975 | Chrysotile + | Italian talcs |
| Stenback + Rowland, 1978 | | Fibrous talc - |
| Wagner et. al. 1980 | Crocidolite + | Talc - |
| Wagner et al., 1982 | Tremolite  + | Tremolite - |
| Smith et. al., 1979 | | Fibrous talcs - |
| McConnell et al., 1983 (feeding studies) | Tremolite - | Tremolite - |
| Coffin et al., 1992 | Amosite + | Grunerite - |
| Cyphert et al., 2016 | Libby amphibole + | Ontario ferroactinolite - |

**C.** *In vitro* **studies demonstrate that cleavage fragments do not induce oxidant production and markers of inflammation and cancer development.**

We have traditionally used cleavage fragment preparations of riebeckite in our *in vitro* models to determine whether mechanisms of action of crocidolite asbestos are unique or observed after exposures to particles in general. For these reasons, we have also used a number of nonasbestos fibers and particles to determine the properties of crocidolite and amosite fibers that are important in cell responses. Erionite and Libby amphibole fibers have been used as positive controls, i.e., minerals that induce cancer, and a number of particles not associated with cancer development, such as glass beads, titanium dioxide and polystyrene beads have been used as negative controls. In all studies, we and teams of geologists characterized the shape, dimensions and other characteristics of minerals and their toxicity to cells.

21

Experiments using crocidolite and nonasbestos riebeckite comparatively are listed in chronological order in **Table 5**. These studies generally focused on whether crocidolite, as compared to riebeckite, caused changes in oxidant generation, oxidative damage to cells, and signatures of early cancer development, including increased cell division and loss of normal function, i.e., metaplasia. In summary, studies on lung epithelial cells and mesothelial cells showed responses that were specific to crocidolite asbestos fibers and not observed with riebeckite fragments.

## Table 5. Studies showing the lack of oxidative stress, inflammation and hallmarks of cancer development by non-asbestos fragments including talcs (Mossman laboratory in peer-reviewed literature)

| Study | Asbestos Fibers | Non-Asbestos Fragments |
|---|---|---|
| **Woodworth et al., Cancer Res., 1983,** Cell Division, Metaplasia | Crocidolite **+** | Riebeckite |
| **Hansen and Mossman, Cancer Res., 1987,** Oxidant release | Crocidolite **+** | Riebeckite |
| **Marsh and Mossman, Cancer Res., 1988,** Tumor promoting protein | Crocidolite **+** | Riebeckite |
| **Heintz et al., PNAS USA, 1993,** c-fos, c-jun, AP-1 | Crocidolite **+** | Riebeckite |
| **Janssen et al., Am. J. Resp. Crit. Care Med., 1994,** Antioxidant enzymes | Crocidolite **+** | Riebeckite |
| **Janssen et al., Am. J. Resp. Cell Mol. Biol., 1994,** Early response genes | Crocidolite **+** | Riebeckite |
| **Zanella et al., Cancer Res., 1996,** ERK1/2 Proteins | Crocidolite **+** | Riebeckite |
| **Chen et al., Carcinogenesis, 1996,** Oxidative DNA damage | Crocidolite **+** | Riebeckite |
| **Janssen et al., Am. J. Path., 1997,** Cell survival protein | Crocidolite **+** | Riebeckite |
| **Goldberg et al., Am. J. Resp. Cell Mol. Biol., 1997,** Programmed cell death | Crocidolite **+** | Riebeckite |
| **Wylie et al., Toxic. Appl. Pharm., 1997,** Cell survival | Crocidolite **+** | NYS Talc* (11%, 37%, 59% fibers) |
| **Zanella et al., Am. J. Physiol., 1999,** Cell receptor interference | Crocidolite **+** | Riebeckite |
| **Shukla et al., Am. J. Resp. Cell Molec. Biol., 2009,** Increased gene expression | Crocidolite **+** | Talc |
| **Hillegass et al., J. Toxic. Environ. Health, 2010,** Differential gene expression | Crocidolite **+** | Talc |
| **Taylor et al., Langmuér, 2013,** Receptor stimulation | Crocidolite **+** | Riebeckite |

## XI. What Is Talc?

### A. Different properties of talcs and asbestos fibers

Talc can be considered a cleavage fragment in the broadest use of this term because it is milled and crushed during and after mining. However, it should be emphasized that talc is distinct in form and chemical composition from amphibole cleavage fragments or chrysotile asbestos (Guthrie and Mossman, 1993). In this regard, its molecular formula contains magnesium and silica, but its crystalline structure is dissimilar. Unlike amphibole asbestos, which can persist in the body for the decades required for human tumor development, the estimated retention time for a talc particle in the body is approximately eight years (IARC, 2010, p. 281). Talc is insoluble (thus not to be confused with a chemical) and "has very little chemical reactivity" (IARC, 2012, p. 230). It has no positive charge, a factor linked to toxicity of chrysotile asbestos in many cell types (Craighead et al., 1980; Woodworth et al., 1982). In contrast to asbestos fibers, the shape of talc particles is plate-like and rarely fibrous. Fibrous talcs occur in some ores, such as those occurring in the Gouverneur mining districts of New York, that have not been exploited commercially for production of cosmetic or pharmaceutical talcs (IARC, 2010, p. 281; Wylie et al., 1997). In any event, as set forth below, there is no scientifically reliable evidence that fibrous talc is carcinogenic or that exposure to fibrous talc poses a health risk similar to that which is associated with asbestos fibers. Fibrous talcs not containing asbestos fibers have **not** been classified as human carcinogens (IARC, 2010, p. 412) and are structurally and chemically different from asbestos or asbestiform fibers.

Commercial talcs can be described as industrial (referring to mining samples or products containing minerals other than talc), cosmetic talcs that are more pure (> 98% talc) and pharmaceutical talcs (> 99% pure) used for medical procedures such as pleurodesis (IARC, 2012, p. 230; Zazenski et al., 1995). In the United States, the presence of asbestos in talc has been documented in a mining deposit in Death Valley, CA that has never been used for processing of cosmetic or pharmaceutical talcs (Van Gosen et al., 2004). Talc in the body does not have the same inflammatory and carcinogenic effects as amphibole asbestos fibers because of its different properties and purity.

### B. Numerous studies in animals and humans exposed to high levels of industrial, cosmetic and pharmaceutical talcs do not demonstrate the development of mesotheliomas.

**Table 4** above summarizes the results of life-time rodent studies designed to test whether administration of industrial or cosmetic talcs via a number of routes is cancer-causing. These and other studies summarized in IARC (2010) have evaluated the carcinogenicity of various talcs at high concentrations after inhalation or injections. Regardless of the route of exposure, studies using platy or fibrous talcs have failed to demonstrate tumor development. The results of animal studies have also been supported by epidemiologic studies in talc miners and millers that show no increased risk of mesothelioma (Rubino et al., 1976; Rubino et al., 1979; Coggiola et al., 2003; Addison and McConnell, 2008; Gamble and Gibbs, 2008; Anderson et al., 2017; Boffetta, 2018; Garabrant and Pastula, 2018; Pira et al., 2018).

Long-term follow-up of individuals after injection of pharmaceutical talcs into the pleural cavity also shows no inflammatory disease or tumors. Injection of talc particles into the pleural cavity has been used in treatment of human pleurodesis (collapse of the lungs) and to combat malignant effusions. This causes a transient inflammation and release of inflammatory cytokines that seal the damaged pleura. Multiple follow-up studies show that no mesotheliomas or ovarian cancers develop subsequently in persons undergoing these procedures (Clive et al., 2016; Kolschman, 2005; Hunt et al., 2007).

### C. *In vitro* studies demonstrate that talc does not cause markers of inflammation and tumor development.

Studies by others have shown that talcs from various mining sites do not induce DNA damage or signatures of genotoxicity associated with initiation and development of mesotheliomas (Endo-Capron et al., 1993). Our experiments subsequently examined whether talc particles played a role in increased cell survival and proliferation of rodent lung epithelial and mesothelial cells (Wylie et al., 1997). We also measured injury to cells as indicated by decreased cell survival.

In these experiments, we added reference samples of crocidolite or chrysotile asbestos or 3 samples of New York fibrous industrial talcs. The total percentages of fibers were 11, 37 and 59 in talc preparations, and the mineral composition, chemistry, crystal structure and size of minerals were documented by geologists at Yale University and the University of Maryland. Samples of fibrous talcs also contained cleavage fragments of nonasbestiform tremolite and anthophyllite.

In brief, talcs and asbestos at multiple concentrations were added to cells for seven days, and the size of colonies of cells developing over this time period (an indication of cell survival) were measured. Rat mesothelial cells did not exhibit increased cell survival in response to either asbestos or talc samples, which was attributed to shortcomings of this assay when evaluating growth of individual cells in culture. However, exposures to both asbestos types caused increased survival of lung epithelial cells, whereas talc fibers did not, even when doses of fibers were controlled for approximately equal amounts of fibers > 5 microns in length, equal surface areas and other dose parameters. Thus, the proliferative responses we observed with asbestos could not be explained by differences in fiber dimensions or surface areas. These results indicate an important role of mineralogical composition and type, as opposed to dimensions alone, in induction of precancerous changes. Our results correlated with data on tumor development after injection of asbestos, New York talcs and other talc samples into animals (Smith et al., 1979; Stanton et al., 1981). Despite doses of talc fibers > 8 microns in length and < 0.25 microns in widths large enough to predict a tumor probability of > 50%, no excesses in tumor development were observed (Stanton et al., 1981). These studies also indicate that cleavage fragments of nonasbestiform tremolite and anthophyllite are not carcinogenic.

In subsequent research, we have examined the gene expression changes by crocidolite asbestos in comparison to a well-characterized platy industrial talc, glass beads and titanium dioxide (both non-cancer-causing particles, i.e., negative controls) in human mesothelial and ovarian epithelial cells (Shukla et al., 2009; Hillegass et al., 2010). After examining a range of concentrations of all

24

materials to determine toxicity, we used a low and high concentration of asbestos at eight hours to determine whether dose-responses in gene expression occurred in comparison to equal surface area concentrations of talc, glass beads and titanium dioxide particles. Cell death precluded the analysis of gene expression by high concentrations of asbestos at 24 hours; thus, talc at comparable high concentrations was not examined at this time point.

Results are presented in **Table 6.** In mesothelial cells, gene expression analyses in comparison to untreated control cells (no particle added) showed that changes in gene expression were dose-related and increased over time at low concentrations of asbestos. In contrast, talc produced less striking increases in gene expression that decreased over time. Unlike asbestos, talc did not down-regulate any genes. Ovarian epithelial cells were more resistant to toxicity and gene changes by asbestos, and no significant changes in gene expression were observed with talc. Glass beads and titanium dioxide did not induce significant gene changes in either cell type. Lastly, we performed experiments to determine the function of a specific gene (ATF3) that was significantly upregulated by talc at eight hours and asbestos at both time points to determine its functional role in inflammation. By blocking the expression of this gene in freshly isolated pleural mesothelial cells, we prevented the production of several proteins linked to asbestos-induced inflammation and cancers. Thus, ATF3 was characterized as a gene/protein that is anti-inflammatory and inhibits early markers of cancer development by asbestos.

A follow-up of this study showed that gene expression by talc was significantly different both qualitatively and quantitatively from asbestos (Hillegass et al., 2010). Another sophisticated method was used to compare dose and time-related patterns of talc-induced gene expression in relationship to asbestos (positive control) and glass beads/titanium dioxide (negative controls). These methods reconfirmed that gene expression by talc was equivalent to gene expression by non-cancer-causing control particles and untreated cells (no particle exposures) in human mesothelial cells and ovarian epithelial cells. In our experiments, gene expression was compared to respective protein expression and release in cells and did not correlate precisely. Thus, our results emphasize, as do many studies in the literature, that it is imperative to measure whether changes in genes (SNPs, etc.) correlate with levels, release and activity of proteins in mechanistic *in vitro* studies.

25

**Table 6. Talc does not cause altered gene expression in human mesothelial or ovarian epithelial cells**

| Groups | Mesothelial Cells | | Ovarian Epithelial Cells | |
|---|---|---|---|---|
| | 24 hrs | 8 hrs | 8 hrs | 24 hrs |
| 1. Asbestos | | | | |
| Low* | 29 | 205 | 0 | 0 |
| High | 236 | – Cell Death | 2 | 17 |
| 2. Talc | | | | |
| Low | 1 | 0 | – | – |
| High | 30 | – | 0 | 0 |
| 3. Fine TiO$_2$ | | | | |
| Low | 0 | 0 | – | – |
| 4. Glass Beads | | | – | – |
| High | 0 | 0 | 0 | 0 |

N.S. (mesothelial cells, grouped across groups 2–4)
N.S. (ovarian epithelial cells, grouped across groups 2–4)

* = Low concentration = 1μg/cm²; High concentration = 5 μg/cm².
– = Not examined
N.S. = Not significant statistically

In summary, my research data, review of the peer-reviewed scientific literature and relevant panel conclusions do not support the premise that either platy or fibrous talc causes mesotheliomas, lung cancers (in the absence of smoking) or ovarian cancers in animals or humans.

## XII. Scientific Evidence Does Not Support The Hypotheses And Opinions Of Dr. Saed.

<u>Qualifications:</u> Ghassan Saed, Ph.D., has been an Associate Professor at Wayne State University for approximately 20 years. Dr. Saed testified that he has not applied to be a full professor because his institution "requires current NIH NCI only funding, which is very hard to get" (Saed Dep. Vol. I 279:11-17), but this explanation glosses over other, more fundamental weaknesses in Dr. Saed's resume, most notably a lack of independent research funding and sporadic publications in low-impact journals. He states, "My laboratory investigates the role of oxidative stress in the pathogenesis of ovarian cancer" (Saed Report, p. 2). This research is limited to a few publications on identification of early markers of disease, and the roles of oxidative stress in chemoresistance exhibited by epithelial ovarian cancer cells (EOC). An Update/Review of the literature summarizes roles of oxidative stress at various stages of ovarian cancer development, but does not address talc (Saed, Diamond and Fletcher, 2017). Sources of funding are not disclosed on his "Update" article, which largely serves as the basis of his opinions on talc. It is

26

unclear whether this review, listed at least twice on his CV and multiple times in his report, was peer-reviewed. The funding sources of his past and current research on the development of ovarian cancers are unclear, and he is not listed as principal investigator on federal grants supporting his research. His CV lists several grants as pending or active that in fact should be expired according to their dates, and many others that have not been funded (Saed CV, pp. 21-26). In his January 23, 2019 deposition, Dr. Saed clarified that his time spent on talc research and the resulting article on the "molecular basis" of ovarian cancer were funded by plaintiffs' counsel.

Dr. Saed's sole membership historically on editorial boards for journals is limited to "Editor-in-Chief, Gynecology and Obstetrics Research-Open Journal- 2015-Present." This journal is not indexed in PubMed (the largest research database in medical literature). Nor does it report an impact factor. This is highly unusual.

As outlined below, Dr. Saed's opinions are not supported by his publications or others in the fields of toxicology and ovarian cancer development. His review of the literature is questionable, as many of his statements are unreferenced, referenced incorrectly, or listed, but not discussed in the text. Likewise, results and conclusions from peer-reviewed studies are often misconstrued or omitted if contrary to his opinions.

Ovarian Cancers: In his report, Dr. Saed states that the "pathophysiology of EOC is not fully understood but has been strongly associated with inflammation and the resultant oxidative stress" (Saed Report, p. 4 (citation omitted)). The reference cited is a general review article entitled "Oxidative stress, inflammation and cancer: How are they linked?" (Reuter et al., 2010). There is no mention of ovarian cancer in the text of this article. A citation by Chan et al. (2008) in Table 2 of Reuter et al. (2010) describes a signaling pathway mediated by oxidative stress that "enhances tumorigenicity and chemoresistance of ovarian cancer cells," but these effects occur after cells have become malignant and are irrelevant to the **causation** of ovarian tumors. It should be acknowledged that Reuter and colleagues discuss the mechanisms "by which **continued** oxidative stress can lead to **chronic** inflammation, which in turn could mediate most chronic diseases including cancer, diabetes, and cardiovascular, neurological and pulmonary diseases" (Reuter et al., 2010, Abstract), and never mention talc as an agent inducing oxidants or cancers. In fact, inflammation has not been linked to the development of ovarian cancer, which explains why Dr. Saed is not able to cite any publication supporting that statement.

Sections on Oxidative Stress and Ovarian Cancer Cells Manifest a Persistent Pro-oxidant State in Dr. Saed's report describe the importance of the balance between oxidative stress and antioxidant repair mechanisms. The statement on page 5, "[r]ecent evidence demonstrates that oxidative stress is a critical factor in the **initiation** and development of several cancers, including ovarian cancer" (Saed Report, p. 5 (emphasis added)), is not supported by the references cited (Saed et al., 2011; Senthil et al., 2004) that, to the contrary, refer to oxidative stress generated by anticancer agents in malignant ovarian cancers. Saed et al. (2011) and others (e.g., Senthil et al., 2004) have examined markers of oxidative stress in the circulation of ovarian cancer patients but this is a generalized response seen in many cancer patients *after* the development of tumors.

27

Dr. Saed then goes on to describe studies in which he has examined markers for early detection of ovarian cancer and genetic point mutations (SNPs) in antioxidant enzymes that may govern chemoresistance of EOCs to the chemicals cisplatin and taxotere. He cites his one paper (Fletcher et al., 2016) more than a dozen times throughout the text as showing that "[t]here is now an association of specific SNPs in key oxidant and anti-oxidant enzymes that impact increased **risk** of ovarian cancer" (Saed Report, p. 8). This statement is not supported by his research that examines SNPs induced by chemotherapeutic drugs with no relationship to ovarian cancer risks. Dr. Saed's misinterpretation of his SNP findings and its lack of relationship to the development of ovarian cancers and his recent talc data are confirmed in his deposition (Saed Dep. Vol. I 201:17-209:4, 211:6-218:24).

In an attempt to link oxidative stress to the process of cancer development, Dr. Saed states, "[t]he oxidative damage to 8-Oxo2- deoxyguanosine, a major product of DNA oxidation, induces genetic alterations in oncogenes and tumor suppressor genes that have been involved in tumor initiation and progression" (Saed Report, pp. 9-10), again referencing Fletcher et al. (2016). In fact, Dr. Saed did not study oxidative damage to this DNA adduct in his cited study.

Talcum powder and increased risk of ovarian cancer (Saed Report, p. 10): This section is filled with inaccuracies in the text and misinterpretation of studies in the peer-reviewed scientific literature by my research group and others. His misstated references are detailed below.

·   The statement, "In its natural form, some talc contains asbestos" (Saed Report, p. 10) is unreferenced and fails to acknowledge that the deposits from which Johnson's Baby Powder and Shower to Shower have been sourced over time are not associated with asbestos contamination (Boundy, et al., 1979; Pira, et al., 2017). And ultimately, Dr. Saed testified at his deposition that the presence or absence of asbestos in cosmetic talcum powder products is irrelevant to his opinions (Saed Dep. Vol. I 264:2-5).

·   His statement that "the carcinogenic effects of asbestos have been extensively studied and documented in the medical literature" references two papers. The first is one by our group (Haegens et al., 2005), in which we did **not** study carcinogenic effects of asbestos. In fact, we studied the development of pulmonary fibrosis, a nonmalignant disease, in mice with the capability to generate oxidants and mice without this capacity in short-term inhalation studies. The other reference he cites, Muscat and Huncharek (2008), also does **not** describe carcinogenic effects of asbestos. This paper is a review concluding that "[m]echanistic, pathology and animal model studies have not found evidence of a carcinogenic effect. In summary, these data collectively do **not** indicate that cosmetic talc causes cancer" (Muscat and Huncharek, 2008). It is unclear why Dr. Saed cites these irrelevant publications.

·   Dr. Saed attempts to equate talc with asbestos fibers in his statement that "it has been proposed that ground talc, as a foreign body, initiates a similar inflammatory response and it has been proposed that ground talc, as a foreign body, might initiate an inflammatory response" (Saed Report, p. 10), again citing the Muscat and Huncharek

28

(2008) article and also a paper by Ness and Cottreau (1999). In contrast, as just noted, the review by Muscat and Huncharek (2008) concluded that perineal use of cosmetic talc does **not** cause cancer. The review by Ness and Cottreau (1999), entitled "Possible role of ovarian epithelial inflammation in ovarian cancer," proposes the novel hypothesis that a common mechanism underlying ovarian cancer is inflammation via oxidative stress and cytokines, which may be mutagenic. A subsequent letter by Balkwill (2000) questions this simplistic comment, stating that "it is possible that inflammatory cytokines are important in the evolution of many different malignancies and not just epithelial ovarian cancer." In essence, Dr. Saed has stolen these ideas as a basis for his emerging scientific research without referencing either of these citations in his recently accepted paper.

· Dr. Saed states that "[t]here has been concern about a possible link between talcum powder usage in the genital [area] and ovarian cancer, as well as lung cancer in workers exposed to talc in an occupational setting" (Saed Report, p. 10), citing a paper by Karageogi et al. (2010). This group studied the possible relationship between use of talcum powder and **endometrial** cancer risk, found no statistical association, and concluded that future and larger studies were needed. No references are provided to support Dr. Saed's statement regarding "lung cancers in workers exposed to talc in an occupational setting" (Saed Report, p. 10). In fact, many cohort studies show the **lack** of mesothelioma development in talc miners and millers (Rubino et al., 1976; Rubino et al., 1979; Coggiola et al., 2003; Gamble and Gibbs, 2008; Addison and McConnell, 2008; Anderson et al., 2017; Boffetta et al., 2018; Garabrant and Pastula, 2018; Pira et al., 2018). These many peer-reviewed papers are not referenced in Dr. Saed's report.

· Dr. Saed states that "[s]tudies that exposed lab animals (rats, mice and hamsters) to asbestos-free talcum powder in various ways have had mixed results, with some showing tumor formation and other finding only inflammation" (Saed Report, p. 10-11), citing only two references. But again, these references do not support his statement. The paper by Graham and Graham (1967) injected a huge amount of **tremolite asbestos (not talc)** into the peritoneum of animals and did not find asbestos fibers in the ovaries after this route of administration. The other reference is an epidemiologic study by Langseth and Kjaerhaim (2004), in which they did not study inflammation by pathology or other measures. This study looked at ovarian cancers in Norwegian pulp and paper workers exposed to asbestos, talc or both dusts. The authors state that "[t]he results do not confirm an association between exposure to asbestos, talc, and total dust and ovarian cancer" (Langseth and Kjaerhaim, 2004, Abstract).

· Dr. Saed also misstates the conclusions of the IARC panels in 2010 and 2012 and obviously did not review the many life-time rodent studies showing neither mesothelioma nor ovarian cancer development by exposure to talcs. Moreover, fibrous, non-asbestiform talcs were not classified as human carcinogens by IARC (2010) as Dr. Saed claims.

29

- On page 12 of his report, Dr. Saed states, "The ability of talc particles to migrate through the genital tract to the distal fallopian tube and ovaries is well documented," citing two references. This statement is **not** supported by the first reference, his Update review (Saed et al., 2017), nor the study referenced (Kunz et al., 1997). These researchers used labeled protein spheres of sperm size that were placed at the entrance of the cervical canal. This artificial means of applying a soluble protein in no way resembles perineal application of talc, and the authors state that "a large proportion of the macro spheres remains at the site of application." Dr. Saed conceded this error at his deposition. (Saed Dep. Vol. I 322:6-323:20.)

- No support is provided for Dr. Saed's conclusion that migration and accumulation of talc occurs in the ovary. In fact, although he references the IARC (2010) monograph above, he fails to state the conclusions: "[o]n balance, the [w]orking [g]roup believed that the evidence for retrograde transport of talc to the ovaries in normal women is weak…[s]tudies in animals (rodents, langmorphs and non-human primates) showed no evidence of retrograde transport of talc to the ovaries" (IARC, 2010, p. 411).

- On page 12, Dr. Saed also states, "It has been suggested that the associations between perineal talc dusting and ovarian cancer might be explained by the induction of ANTI-MUC1 antibodies."[57] This reference is to a paper by Cramer et al. (2005) suggesting that talc might affect systemic immunity. Dr. Saed does not reference the subsequent Letters to the Editor by other scientists, including one stating that "the conclusion about genital talc exposure increasing ovarian cancer risk via diminished antibody levels is not supported by their own data…this speculative assumption was ruled out years ago by electron microscopy studies showing no relationship between genital dusting and ovarian talc particle concentrations" (Muscat and Huncharek, 2005).

- On page 12, there is also a sentence referencing our peer-reviewed study contrasting gene alterations by crocidolite asbestos and talc in human mesothelial cells and ovarian epithelial cells (see Table 6 above). Dr. Saed does not mention our results showing **no** changes in gene expression in human ovarian cells after exposure to talc, limits his text to our results in mesothelial cells, and states that "the authors found that nonfibrous talc at low concentrations [caused] an increase in the expression of Activating Transcription Factor 3 (ATF3) …" He does not acknowledge that ATF3 was characterized as an **inhibitor** of inflammation in our studies, and that unlike asbestos, no changes in gene expression were observed at 24 hours in mesothelial or ovarian epithelial cells after exposures to talc. Most importantly, he fails to state that talc changes on cell viability and gene expression were significantly less than those found with asbestos and comparable to negative control dusts not associated with disease causation, i.e., fine titanium dioxide and glass beads.

- Dr. Saed does not reference our follow-up study, in which gene expression was compared in both mesothelial and ovarian epithelial cells after exposure to asbestos, talc and control

particles (Hillegass et al., 2010). These studies confirmed that talc-induced gene alterations were quantitatively and qualitatively different from asbestos and comparable to the negative control particles, titanium dioxide and glass beads.

· On pages 13-20, Dr. Saed describes recent experiments from his laboratory on ovarian cancer cell lines, macrophages, and ovarian epithelial cells exposed to two cosmetic talcum powders for **24 hours**. For reasons that are unclear, he added four concentrations of talcs diluted and suspended in DMSO (dimethylsulfoxide), a toxic solvent chemical used to solubilize water-insoluble chemicals. It is likely that DMSO coated the surfaces of the talc particles, and changed talc's normal reactivity with cells. He also does not use a positive toxic agent, such as asbestos, or a negative control agent (an inert particle such as glass beads), prerequisites for interpretation of his results. In brief, he measures RNA expression and protein levels of antioxidant/oxidant-related enzymes and a protein marker that can be elevated with the onset of ovarian cancer (CA-125) in cell medium. The data from this study, including results and statistical significance, are not presented in Research Findings (Saed Report, p. 16) although it is stated that "[r]ecent studies from our laboratory have shown **conclusively** that talcum powder alter[s] key redox and inflammatory markers, enhance[s] cell proliferation in EOC cells, which are hallmark of ovarian cancer" (*id.*). Again, Dr. Saed's research update summary (Saed et al., 2017) is referenced repeatedly, but this paper does not present any original data on talc exposures. Statements such as "[c]ollectively, these findings demonstrate that talc treatment induced gene point mutations that happen to correspond to SNPs in locations with functional effects" (Saed Report, p. 19) are not supported by his scientific data as presented here. In attempting to attribute findings of SNPs to treatment with talc, Dr. Saed is trying to make a case for mutations by talc in the causation of ovarian cancer. However, it has been demonstrated historically in many cell types that asbestos fibers are not mutagenic using a number of assays (reviewed in Mossman, 2018). Thus, findings as presented below in his manuscript (Fletcher et al., in press) with talc are unusual and incredible due to the short time frames of talc exposures, i.e., 24 to 72 hours. Moreover, the statement, "In summary, this research clearly demonstrates that talcum powder induces inflammation and alters the redox balance favoring a pro-oxidant state in normal and EOC cells" makes no sense as Dr. Saed did not examine inflammation, an orchestrated response of many cell types, in his short *in vitro* experiments. He also did not measure oxidant release from cells or oxidative stress directly in his cell cultures, important prerequisites for conclusions on the oxidant state of cells.

· Dr. Saed's in-press manuscript (Fletcher et al., in press) was apparently shared with other plaintiffs' experts, including Dr. Zelikoff (Zelikoff Dep. 55:3-24). The research and preparation of this manuscript by Dr. Saed was funded by plaintiffs' attorneys. It serves as the sole basis supporting the theory that talcum powder causes oxidative stress, inflammation and ovarian cancer. The paper, in which Dr. Saed claims to describe a "molecular basis" for how talcum powder causes transformation of normal ovarian cells to cancer cells, is severely flawed, and the data it presents are unconvincing. He has not

31

demonstrated a link between talc and ovarian cancer development. Moreover, he failed to state in his initial submission of the manuscript to *Gynecologic Oncology*, as required by the Conflicts of Interest forms for that journal, that his study is funded by plaintiffs' attorneys and that he has been paid substantially as a consultant for them. Instead, he stated on page 13 of his submission, "The authors have no conflicts of interest to declare." My conclusions on the lack of merit of his findings are supported by the original reviewers who rejected the paper. In reviews of his paper received on 9/19/2018, Reviewer #1 states, "In this reviewer's opinion the cell line studies alone and the increase in CA-125 while intriguing are not sufficiently convincing." Reviewer #1 also states, "The significance of SNP alterations should be further clarified." And most importantly, "The first bulleted highlight, 'Oxidative stress is a key mechanism to the initiation and progression of ovarian cancer' is not supported by this investigation and should be omitted." Reviewer #2 states "their data do not show, despite the authors' claim, any evidence that these cells are transformed. Specifically, no experiments documenting changes in cell survival, proliferation or resistance to apoptosis have been performed. Consequently, neither tumor initiation nor progression is documented in this study as opposed to the statement in Highlight #1 and elsewhere. While changes in redox potential play an important role in tumor biology in general, the present data are insufficient to back up the claim that talcum is central to the development of ovarian cancers. …The fact that SNPs were changed following such short exposure to talcum is surprising and makes one wonder what the biological effect of such changes may be." It is important to note that the data submitted in this paper were after exposures of cells to talc samples for **48 hours (which Dr. Saed remarkably now claims was a typographical error)** (Saed Dep. Vol. I 185:6-186:7; Saed Dep. Vol. II 487:15-25). This time point is stated several times in the submitted paper, including the Abstract, Methodology, Results and Figure Legends. In conclusion, the editorial decision on this paper was rejection with the editorial comment, "Please note that a revised version of the current manuscript should not be submitted for another review to *Gynecologic Oncology*." Instead of truthfully reporting the substance of the reviewers' comments at his January 23, 2019 deposition, Dr. Saed stated, "[y]eah, they like it, they love my work" (Saed Dep. Vol. I 49:3).

· To address the short time frame of exposure questioned above as "surprising," Dr. Saed recently resubmitted his paper to the lower-impact journal *Reproductive Sciences*. In this paper, he supposedly presents data from exposures to talc over a 72-hour period. It should be noted that the same data in Figures 1-4 from the *Gynecologic Oncology* submission at 48 hours are now presented using identical Figure Legends 1-4, with the exception that 48 hours has been changed to 72 hours in each Figure legend and on the ordinate of all graphs. In Figure 1, panels A, C and D are the same as in the previous manuscript, and panel B has been changed. In Figure 2, panels B, C and D are the same as the previous submission, but Panel A is different. In Figure 3, panels C and D are the same, and Panels A and B are different, and Figure 4 is identical, but 48 hours has now been changed to 72 hours in the Figure legend. In summary, Dr. Saed now presents most of his 48-hour data as 72-hour data. This misrepresentation of data is a blatant example of scientific

misconduct. The manuscript was submitted to Dr. Lawrence Layman, an Associate Editor of the journal. Dr. Layman is in the same department and University as Dr. Michael Diamond, a co-author of Dr. Saed's Update/Review article (2017), the principal investigator of Dr. Saed's past research on ovarian cancers, and his former business partner in Dr. Saed's consultant enterprise, DS Biotech (Saed Dep. Vol. I 284:11-285:18). Dr. Saed also reveals in this deposition that he was first retained and paid for this work in 2017 (*id.* 38:13-16). In addition to misrepresenting the time points of his study and the many concerns expressed by reviewers after his submission to *Gynecologic Oncology*, I note other discrepancies in time points of talc exposures between what is reported in his expert report, abstracts (see below) and his two manuscript submissions. It is impossible to assess his research data, which are often not presented as original values. Other graphs present data as a percentage of controls, and statistical significance values are not included on figures, as would be required in most peer-reviewed journals. Instead, Dr. Saed inserts the sentence, "All changes in response to talc treatment were significant (p<0.05) in all cells as compared to controls" on all figures (Fletcher et al., in press, p. 15). He also states in every figure legend that "[e]xperiments were performed in triplicate," when in fact his testimony and notebooks show that this is false (*id.*). There are many flaws in the methodology used. For example, the MTT assay, which measures cell metabolism, is misinterpreted as an assay measuring cell proliferation (Hillegass et al., 2009).

· Contrary to instructions for submission of papers to *Reproductive Sciences*, Dr. Saed does not relate his research funding source or disclose his conflicts of interests in this manuscript. Since his studies were funded by plaintiffs' attorneys, these are serious breaches of scientific conduct. Dr. Layman has expedited publication of this paper with Comments to the Author from only one reviewer, who replies in three brief sentences, including the notation that the manuscript is "wordy." Dr. Saed apparently resubmitted the paper that was received with the Comment: "Well done" and acceptance of the paper by Dr. Layman on 1/14/2019. This superficial and expedited review of a submitted paper is very unusual.

· I was also asked to review Dr. Saed's laboratory notebook (SAED000001-000097) that he presented for the studies reported in his manuscript. This is not a normal laboratory notebook, which should present daily and sequential entries and information on cell counts, observations, raw data and details on individual experiments. Instead, the notebook lists abbreviated standard methodology (either hand-written or pasted from other documents, cell sources with no details on their growth characteristics or responses to talc by microscopy) and has been "cut and pasted" to include or exclude sample ID numbers from spreadsheets, and final figures from his manuscript before all data were analyzed statistically at the end of the notebook (SAED000093-000097). Data entry was often not in normal sequence and there were often large gaps in time between entries, suggesting that the notebook was put together "after the facts." It was impossible to examine much of the raw data, but Dr. Saed stated during his deposition that only one

sample per individual cell type was examined in each assay and that numbers that appeared to differ from groups were thrown out of the data set. This scientific misconduct was attributed to his technician and a statistician who determined outliers according to his deposition testimony. Especially alarming were the lack of details and statements such as "[c]ells doubled in one day" (SAED000002 (dated Jan. 29, 2018)). Normal ovarian epithelial cells would never double in one day. The method of talc dilution and exposure also makes no sense in that concentrations from 2.5 to 50 microliters (SAED000004 (dated Feb. 2, 2018)) were apparently added to cells in medium. These minute volumes could in no way cover the surfaces of cells in a Petri dish. This suggests that cells were not exposed to talcs.

· In conclusion, the statements in Dr. Saed's "[s]ummary of opinions" (Saed Report, pp. 20-21) are **not supported** by his research results, peer-reviewed studies in the scientific literature or conclusions of panels of scientists. He does not exhibit knowledge of relevant scientific literature, list peer-reviewed papers on mechanisms of cancer development by asbestos, or include references showing the lack of cancer development by talc. He has not published any credible peer-reviewed papers on research from his laboratory in peer-reviewed journals in the fields of toxicology and cancer research, and his data, as recently submitted to *Reproductive Sciences*, are flawed and unrealistic from many standpoints. His manipulation of research data and time points and failure to declare conflicts of interest or bias in the funding of and publication of his research results are serious issues of scientific misconduct that should be brought to the attention of his co-authors and the Editor of *Reproductive Sciences* before his article is published. He alludes to his research data, stating that "the molecular effects resulting from Johnson's Baby Powder exposure exhibits a clear dose-response pattern," but does not support this statement and others with his data or references in the peer-reviewed scientific literature. His final opinion that "Johnson's Baby Powder exposure worsens the prognosis for patients with ovarian cancer" (Saed Report, p. 21) is highly speculative, unfounded and unreferenced.

### XIII. Scientific Evidence Does Not Support The Hypothesis And Opinions Of Dr. Zelikoff.

Background and Qualifications: Dr. Zelikoff obtained her Ph.D. in Experimental Pathology and Immunology in 1982 and is a tenured faculty member in Toxicology at the NYU Institute of Environmental Health Sciences.

Methodology: As a general matter, Dr. Zelikoff purports to have followed a rigorous methodology in preparing her report, but many aspects of her approach were not scientific. She relies heavily on expert reports by plaintiffs' other experts, as well as depositions and internal documents supplied by plaintiffs' counsel, none of which are legitimate scientific literature and all of which have biased her opinions and conclusions. Indeed, Dr. Zelikoff conceded that she did not attempt to ensure that she was provided with documents that tell the entire story, especially with respect to asbestos testing results (Zelikoff Dep. 275:13-276:20). Although she claims to have performed searches of the scientific literature, many high-impact, peer-reviewed

scientific papers on talc and ovarian/lung cancers are not listed in her <u>Materials and Data Considered</u> or referenced in the text of her report. Others are listed but not described accurately. A review of <u>Materials and Data Considered</u> shows that she also relies heavily upon abstracts, opinion papers and book chapters that are not peer-reviewed. Finally, several of her statements were cut and pasted from the reports of other experts or the Internet without citation, further calling into question the reliability of her statements (*see* Zelikoff Dep. 75:10-124:15).

Dr. Zelikoff claims that her opinions only concern biological plausibility, not causation (Zelikoff Dep. 72:23-73:16, 130:22-131:12). She emphasizes that, for her opinions, "[b]iological plausibility does not mean proof of mechanism" (Zelikoff Report, p. 2). Dr. Zelikoff has indeed not supplied proof of a mechanism through which talc use causes ovarian cancer. The issues discussed in this section demonstrate the serious methodological deficiencies in her attempt to posit that a mechanism is even plausible. In fact, each section of her report contains numerous errors in her text, references and interpretation of results that undermine her credibility and conclusions.

<u>Talc</u>, <u>Asbestos</u> and <u>Heavy Metals</u> (Zelikoff Report, pp. 3-12). Dr. Zelikoff's discussion of fibrous talc, asbestos and other alleged talc contaminants demonstrates a misunderstanding of fundamental concepts of minerology and inaccurately presents the data regarding whether cosmetic talc products are contaminated and/or unsafe due to the alleged contamination.

· In her discussion of <u>Fibrous Talc</u> (Zelikoff Report, p. 4), Dr. Zelikoff, like Dr. Saed, misstates the conclusions of the 2010 and 2012 IARC panels in her statement that "[i]n its fibrous form, talc has been classified as a Group I, known carcinogen." In fact, only talc containing asbestos or asbestiform fibers was considered to be a Group 1 carcinogen (IARC, 2012); fibrous, non-asbestiform-containing talcs were not (IARC, 2010). Dr. Zelikoff repeatedly confuses fibrous talc with talc containing asbestos. Fibrous talcs do not induce tumors in animals (Smith et al., 1979; Stanton et al., 1981), nor pre-malignant changes in rodent epithelial and mesothelial cells (Wylie et al., 1997), as explained in peer-reviewed literature that was not cited by Dr. Zelikoff. She also fails to reference studies by Wagner (Wagner et al., 1975; Wagner et al., 1980) and others, which show that talc does not produce mesotheliomas or lung malignancies after administration to animals by a variety of routes.

· Dr. Zelikoff's discussions of <u>Asbestos</u> and <u>Asbestos in Talc</u> (Zelikoff Report, pp. 5-8) contain numerous mistakes. Dr. Zelikoff does not claim to be an expert in asbestos or minerology (Zelikoff Report, pp. 1-2; Zelikoff Dep. 162:20-164:24). This is evident throughout many sections of her report where Dr. Zelikoff equates nonasbestos amphiboles and serpentine fibers with asbestos and fails to differentiate between asbestiform and non-asbestiform fibers. Moreover, the studies Dr. Zelikoff cites in attempting to show that "the presence of asbestos in cosmetic talc has been reported in the literature" (Zelikoff Report, p. 6 (citing Rohl et al., 1976, Paoletti et al., 1984, and Cralley et al., 1968)) have been questioned by other scientists and panels. For example, Dr. Zelikoff fails to cite a response by Krause and Ashton (1978) questioning

misidentification of asbestos in the Rohl et al. (1976) study. The IARC 2010 panel reached similar conclusions regarding these three papers, noting, among other things, that no data were provided to support the statement that "some [fibers] may have been anthophyllite, tremolite, pyrophyllite or chrysotile" in the Cralley et al. (1968) study, and that "no information was provided on the concentration of minerals, including tremolite and quartz" in the Paoletti et al. (1984) study (IARC, 2010, pp. 303-305). Finally, in arguing that a single fiber of asbestos or talc would supply a plausible biological mechanism (a theory that has been consistently rejected in the scientific community), Dr. Zelikoff misquotes a deposition by Robert Glenn, whom she describes as "[t]he former Director of National Institute for Occupational Safety and Health (NIOSH)." Mr. Glenn was never the Director of NIOSH. Moreover, Dr. Zelikoff conceded that she did not fully read Mr. Glenn's deposition and failed to cite his statements that talc is not genotoxic or mutagenic (Zelikoff Dep. 548:20-549:8).

·   In her section on Heavy Metals (Zelikoff Report, pp. 8-12), Dr. Zelikoff describes three heavy metals: nickel, chromium and cobalt, which have been classified as carcinogens or probably carcinogens by IARC panels, but again misrepresents the scientific data. Specifically, she references the Cralley et al. (1968) paper (which, as noted above, was discounted by the IARC 2010 panel) in support of the statement that "[s]tudies here suggest that women who used talcum powder in the 1960s could have been exposed to considerable amounts of toxic heavy metals depending on the type of talc used and frequency of use" (Zelikoff Report, p. 10). However, in these and other studies cited, heavy metals were found in miniscule amounts (parts per million) or found at "levels to be within safe limits" in talcum powders purchased off the shelf (*id.*, p. 11). Dr. Zelikoff also concurs with the expert report of another plaintiffs' witness, Dr. Michael Crowley, who "concludes that fragrance chemicals may contribute to the inflammatory response, toxicity and potential carcinogenicity of Johnson & Johnson's talcum powder products" (Zelikoff Report, p. 12). This statement is flawed from many standpoints, most notably that the trace chemicals Dr. Crowley lists have not been shown to be carcinogens in humans or animals, even at high amounts. In any event, Dr. Zelikoff conceded that none of the studies she cites in support of her theories regarding heavy metals and fragrances have to do with ovarian cancer or inflammation in the ovaries (Zelikoff Dep. 281:1-282:8; 291:14-24; 313:21-314:14). Nor did she compare whether the amounts of metals at issue in the studies she cites are similar to the doses women would be exposed to from metals allegedly present in cosmetic talc products (*id.* 295:12-17).

Exposure – Talc Particle Access to the Body (Zelikoff Report, pp. 12-17). Dr. Zelikoff's opinions regarding talc exposure routes – including that "[a]nimal and human studies demonstrate that talcum powder products can migrate from the perineal region to the ovaries" (*id.*, p. 14) and that "[t]here is substantial evidence in the scientific and medical literature that support a conclusion that talc powder particles can reach the ovaries through inhalation" (*id.*, p. 17) – are also not supported by the scientific data.

On pages 12 to 17, Dr. Zelikoff speculates that talc can migrate upwards through the female reproductive tract, i.e., retrograde migration. In support, she cites a series of studies performed decades ago where boluses of talc were applied intravaginally or within the uterus, **not** externally to the perineum. She acknowledged, however, that there are no studies showing that talc applied externally (i.e., to the perineum) migrates to the ovaries (Zelikoff Dep. 339:21-340:14). Dr. Zelikoff attempts to bolster her opinion with limited studies in humans including a case report demonstrating the presence of talc particles in the pelvic lymph nodes of a woman with ovarian cancer (Cramer, 2007). But a single case report is not strong scientific evidence, and there could be other explanations for this finding. In any event, the same body of literature Dr. Zelikoff relies on was examined by the IARC 2010 panel, which concluded: "[o]n balance, the Working Group believed that the evidence for retrograde transport of talc to the ovaries in normal women is weak…[s]tudies in animals (rodents, langmorphs and non-human primates) showed no evident of retrograde transport of talc to the ovaries" (IARC, 2010, p. 411). As IARC further observed, the positive findings in some studies in humans, such as after surgical procedures, "may be confounded by the various levels of dysfunction in clearance from the female reproductive tract due to underlying pathologies" (*id.*).

- Pages 14-15 of Dr. Zelikoff's report summarize the results of inhalation studies showing that fine and ultrafine particles of a variety of types are inhaled and have been detected at distal sites in the body. After inhalation by animals, very small particles can enter the blood stream or lymphatic channels to accumulate in regional lymph nodes, as has been shown in the general population (Dodson et al., 2000). However, as Dr. Zelikoff conceded, there are **no** peer-reviewed studies demonstrating that inhaled talc causes inflammation in the ovaries (Zelikoff Dep. 302:2-303:10).

Mechanisms of Cancer (Zelikoff Report, pp. 17-21). Dr. Zelikoff's general discussion of cancer mechanisms also contains a number of inaccuracies and incorrect assumptions, demonstrating that her methodology was not rigorous or sound.

- Dr. Zelikoff's discussion overlooks that there are multiple histological subtypes of ovarian cancer, all of which are likely not caused by the same mechanism. Dr. Zelikoff conceded that she did not analyze the biological plausibility of ovarian cancer by subtype of ovarian cancer, and offered no opinion as to whether the subtypes have the same etiology (Zelikoff Dep. 193:11-195:7).

- Dr. Zelikoff also omitted crucial data and incorrectly presented other data. On pages 17-19, Dr. Zelikoff provides an overview of the cancer process, emphasizing the importance of genetic mutations by genotoxic carcinogens. However, she fails to acknowledge a critical peer-reviewed paper showing that talc particles from three different mining sites in Europe, including Italian, Spanish and French talcs, were **not** genotoxic to mesothelial cells. In contrast, both chrysotile and crocidolite asbestos induced markers of DNA damage (Endo-Capron et al., 1996). Similarly, on page 19, Dr. Zelikoff concludes that "Reducing immunity to MUC1 could be one mechanism by which talc increases endometrial and/or ovarian cancer risk" (Zelikoff Report, p. 19 (citing Karageori et al.,

2010)). But Karageorgi et al. (2010) studied the possible relationship between use of talcum powder and **endometrial** (not ovarian) cancer risk, found no statistical association, and concluded that future and larger studies were needed.

· Dr. Zelikoff's description of the processes of acute and chronic inflammation on pages 19-21 fails to acknowledge that talc (unlike cigarette smoke and asbestos) is not associated with chronic inflammation or tumors in the lung, pleura or elsewhere. As summarized by the IARC 2010 panel, "[t]alc is cytotoxic to macrophages and may be able to induce fibrosis and chronic inflammation in animals [after large injections]. However, the macrophage response to talc appears to be weaker than for other fibrogenic dusts such as quartz" (IARC, 2010, p. 398). As summarized in **Section VI. D** above, chronic inflammation by asbestos, silica and cigarette smoke may lead to cancers, but this should not be confused with the nonmalignant disease pulmonary fibrosis. We have known for decades that chronic inflammation fosters growth and angiogenesis of malignant tumors of a variety of types. However, talc's theorized action as a chronic inflammatory agent producing excessive oxidants in the initiation or development of ovarian cancer is highly speculative and illogical when considering the many properties of talc particles that render it inert and dissimilar to asbestos, silica or cigarette smoke.

· Finally, several other statements by Dr. Zelikoff in her description of Ovarian Cancer and Inflammation (Zelikoff Report, pp. 20-21) are unsupported by her references. For example, she states that "[r]ecent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk" (Zelikoff Report, p. 20 (citing Li, 2017; Poole, 2013; Jing, 2017)). Poole and colleagues measured three plasma markers of inflammation (CRP, IL-6 and TNFaR2) in prospectively collected samples from the Nurses' Health Study I and II and the Women's Health Study, all of which found no link between talc usage and risk of ovarian cancer (Gertig et al., 2000; Gates et al., 2010; Houghton et al., 2014). Indeed, Poole found no significant associations between IL-6 or TNFaR2 protein expression and ovarian cancers, observations refuting Dr. Zelikoff's hypotheses that these are important inflammatory mediators in the causation of talc-induced inflammation and cancer (Zelikoff Report, pp. 21-24). Moreover, Dr. Zelikoff makes numerous errors in citing a study by Wu et al. (2009) on page 21. First, she omits that a major purpose of the Wu study was to examine the effect of NSAIDs on incidence of ovarian cancer, and that it found that ovarian cancer incidence did not decrease with increasing frequency and years of NSAID use – which is highly inconsistent with the inflammation theory (Zelikoff Dep. 471:20-474:4). Second, she ignores that the paper by Wu and colleagues was a very small study in LA County involving approximately 600 patients diagnosed with ovarian cancer, and that the authors discuss the many limitations and inconsistences in their studies and other patient studies in the literature.

Mechanisms of Inflammation (Zelikoff Report, pp. 21-27). This section is replete with instances in which Dr. Zelikoff contradicts fundamental elements of cellular biology, incorrectly characterizes the scientific data and speculates.

·   Dr. Zelikoff's conclusions regarding inflammation do not take into account the fact that talcum powder is used as an **anti-inflammatory** agent in applications to the dermis of the genital area such as diapering. In fact, there are **no** human studies suggesting that talc causes inflammation in the female reproductive tract. Dr. Zelikoff's conclusion that a "talcum powder-induced [inflammatory] cascade provides significant biologic and toxicologic support for a conclusion that talcum powder products can cause ovarian cancer" (Zelikoff Report, p. 26) is unfounded and not supported by peer-reviewed scientific data.

·   In the introduction to this section, Dr. Zelikoff incorrectly cites several studies. First, the review by Maccio and Madeddu (2012) (cited in Zelikoff Report, p. 21) addresses the importance of proinflammatory cytokines on "promoting ovarian tumorigenesis and cancer progression," as well as the risk of ovarian cancer to incessant ovulation, but does not discuss or mention talc as an inflammatory or cancer-causing agent. In addition, on page 22, Dr. Zelikoff cites an outdated review (Ness and Cottreau, 1999) entitled "Possible role of ovarian epithelial inflammation in ovarian cancer." Those authors' conclusions were subsequently questioned by Balkwill (2000), who stated that "inflammatory cytokines in the tumor microenvironment might not contribute to genetic damage initiating cancer, but could be a fuel that promotes the cancer process." This argues against a role of talc in initiating ovarian cancers, as it does not cause damage to DNA, genetic damage or chronic inflammation. A more recent review, Landen et al. (2008), which Dr. Zelikoff fails to cite, presents a model of ovarian cancer that incorporates the roles of tumor cell mutations and the host microenvironment in initiation and development of tumors. This model precludes a role of talc in initiation and progression of ovarian cancers, as talc does not cause genotoxic changes or mutations in cells (Muscat and Huncharek, 2008; Endo-Capron et al., 1993; EPA, 1992; IARC, 2010).

Dr. Zelikoff's sections on Cytokine Networks and Macrophages (Zelikoff Report, pp. 22-24) contain numerous errors. The talc uptake by macrophages that has been shown in studies is most likely related to normal defense mechanisms. Moreover, Dr. Zelikoff's comparisons between fine and nanoscale talc are unjustified, since nanoscale talc would be a miniscule fraction, if any occurred in cosmetic talc (Zazenski et al., 1995). And although it is well documented in the nanotoxicology field that nano-sized materials of a variety of types are more toxic to cells than fine, larger particles, it is highly speculative to link toxicity as manifested by cell injury and death (problematic in *in vitro* studies using massive concentrations of talc, as in Dr. Saed's experiment) to mechanisms of cancer induction. Simplistically, dead cells or injured cells that cannot divide cannot give rise to premalignant or malignant cells. Dr. Zelikoff's comparisons between plasma concentrations of cytokines in ovarian cancer patients (Poole et al., 2013; Trabert et al.,

2014) and levels in cells or animals exposed to talcs are unjustified.

·   Dr. Zelikoff's discussion of <u>Macrophages</u> (Zelikoff Report, p. 22-23) also severely mischaracterizes our Shukla et al. (2009) study. Specifically, Dr. Zelikoff fails to mention that we examined gene expression in human ovarian epithelial cells, in addition to mesothelial cells. These and additional data were examined subsequently by Hillegass et al. (2010) to show that effects of talc were comparable to those shown with the negative control particles, fine titanium dioxide and glass beads. She also misinterprets our data on Activating Transcription Factor (ATF3), the only gene upregulated at an early time point at low concentrations of talc in mesothelial cells. Dr. Zelikoff states that ATF "modulates production of pro-inflammatory cytokines and growth factors in human lung cells" (Zelikoff Report, p. 23), but fails to mention that it is a **negative** regulator of these inflammatory proteins. We also stated that "our experiments suggest that human mesothelial cells adapt to or undergo repair after exposure to [talc]" (Shukla et al., 2009). Finally, Dr. Zelikoff's subsequent statement that talc "caused increased expression of transcription factors associated with the inflammatory process in a **time** and dose-dependent manner" (Zelikoff Report, p. 26 (emphasis added) (citing Shukla et al., 2009)) is incorrect.

·   The discussion on <u>Talc-Induced Inflammation and Oxidative Stress</u> (Zelikoff Report, pp. 25-26) likewise contains a number of inaccuracies and citation errors. Basic principles of toxicology and the importance of dose-response relationships are ignored in Dr. Zelikoff's initial statement that "[e]ven a single dose of a carcinogen can produce effects that are adverse to cells and tissue at the site of exposure" (Zelikoff Report, p. 25). This statement also ignores the fundamental tenet that injury and repair occur at low or single applications of cancer-causing agents. It is highly problematic that Dr. Zelikoff completely failed to consider the dose threshold needed to trigger the inflammatory mechanism around which her opinions center. Dr. Zelikoff acknowledged that dose contributes to the toxicity and carcinogenicity of an agent (Zelikoff Dep. 262:6-15; 343:10-17), but could not identify the threshold dose of talc necessary to start the biologic process for ovarian cancer (*id.* 263:14-266:15). Her unsupported opinion that a single particle of talc could trigger inflammation leading to ovarian cancer (*id.* 370:8-372:11, 373:16-22, 439:14-441:18) ignores the importance of dose, as does her reliance on studies where animals or cells were exposed to artificially huge amounts of talc that are nothing like the exposures in perineal talc use.

·   Among other citation issues in this section is Dr. Zelikoff's summary of the Buz'Zard and Lau (2007) study. She cites this publication to illustrate "a well-established methodology called a neoplastic cell transformation assay" (Zelikoff Report, p. 25). However, Dr. Zelikoff neglects to mention that the assay she describes measures lack of contact growth of cells in culture, whereas cells must be injected into animals to ascertain whether they are cancerous. In fact, the neoplastic transformation data presented in Figure 2 (Buz'Zard and Lau, 2007, p. 581) shows that 2 to 9% of the two supposedly

"normal" ovarian cell lines (controls not exposed to talc) in their experiments grew in soft agar suspension. Thus, these cells were already neoplastically transformed, since, as Dr. Zelikoff correctly observes, "non-neoplastically-transformed cells cannot grow in suspension" (Zelikoff Report, p. 25). Moreover, as demonstrated throughout the Buz'Zard study, the supposed talc effects were neither dose-related nor consistent in each cell type. More importantly, the authors did not use proper positive (asbestos) or negative (inert particle) controls in their experiments, as would be necessary to draw conclusions about talc effects.

· Dr. Zelikoff's heavy reliance on the Buz'Zard study is problematic for additional reasons related to that paper's own improper citation of studies. First, it cites to Van Dyke et al. (2003) (which Dr. Zelikoff includes in her list of materials considered but does not directly cite). But the Van Dyke study stated that links between these short term-in vitro assays, chronic inflammation and cancer induction by talc are not justified – undercutting the notion that the Buz'Zard study can support inflammation as a mechanism for talc causing ovarian cancer. Specifically, these authors stated in describing their *in vitro* model: "If macrophages are exposed to particles *in vivo*, a totally different scenario occurs… Certainly one would not observe chronic inflammation which by definition takes weeks to occur inside an animal" (Van Dyke et al., 2003, p. 119). Their study also showed that superoxide (oxidant) release by talc from macrophages is minimal when compared to surface active minerals such as bentonite. Second, the Buz'Zard study discusses a paper by Dr. Zelikoff's former colleague at NYU, Dr. Kevin Driscoll. In citing the Driscoll study, the Buz'Zard authors state: "[i]n an *in vitro* study of rat cells, both macrophages and neutrophils were found to be mutagenic in response to alpha-quartz dust, talc and diesel soot; however, neutrophils appeared to have a greater mutagenic effect" (Buz'Zard and Lau, 2007, p. 585 (citing Driscoll et al., 1997)). This study is misquoted, as Dr. Driscoll examined alpha-quartz, carbon black and titanium dioxide and **not talc** in these studies.

· Dr. Zelikoff's claim that a study by Keskin et al. (2009) supports "a plausible mechanism for talcum powder-induced ovarian cancer" (Zelikoff Report, p. 25) further shows that she was not careful in reviewing and drawing conclusions from the scientific data. In this chronic study, a bolus of talc was applied daily either intravaginally or to the perineal area of rats for three months. The authors concluded: "[t]alc has unfavorable effects on the female genital system. However, this effect is in the form of foreign body reaction and infections, **rather than being neoplastic**" (Keskin et al., 2009, p. 925, Abstract). They also stated: "Even asbestiform talc is not as carcinogenic as asbestos owing to its chemical and physical properties" (Keskin et al., 2009, p. 926).

· Dr. Zelikoff primarily relies on two non-peer-reviewed abstracts by Dr. Saed's laboratory (Zelikoff Report, pp. 25-26 (citing Fletcher, 2018, and Harper and Saed, 2018)) to support her opinion that the cosmetic talc products at issue cause oxidative stress, inflammation and ovarian cancers. Notably, neither of these abstracts is discussed or

referenced in Dr. Saed's expert report. And neither discloses its sources of materials, funding of the research or conflicts of interest.

· It is a significant stretch for Dr. Zelikoff to contend that the sparse content of these abstracts supports her opinions. Specifically, the Fletcher and Saed (2018) abstract claims to have exposed four ovarian cancer cell lines (EOC) and normal ovarian cells to huge amounts of talc (**200** and **500** micrograms/per ml medium) for 24, 48 or 72 hours. They note increases in pro-oxidant and decreases in anti-oxidant gene expression at 24 hours, as might be predicted with any toxic particle exposure, but no statistical analysis is presented to substantiate the "marked" changes they describe or whether these changes increase or decrease with time. The lack of positive and negative control particles, viability assays, and direct measurements of oxidative stress in cells makes these data virtually uninterpretable. It should also be emphasized that these studies are only measuring the mRNA levels, and not proteins or enzyme activities necessary to draw conclusions. Similar concerns preclude interpretation of the findings of the Harper and Saed (2018) abstract. Here, they claim to examine gene point mutations in key oxidant enzymes after exposures to talc (**100** micrograms per ml medium) for 48 hours in both ovarian cancer cells and normal ovarian epithelial cells. They also examine enzyme activities. They list a statistical method in the Methods, but do not present statistical significance values in their table of results. This study's raw data, as well as verification of results by statistical analyses (not to mention its origin and source of funding) should be scrutinized before drawing any conclusions from it. Dr. Zelikoff could not possibly have done her analysis based on these abstracts alone.

· Finally, Dr. Zelikoff's narrative regarding Iron-Facilitated Inflammation attempts to make a case for iron in the generation of talc-induced oxidative stress and inflammation, citing studies by Ghio et al (Ghio et al., 1992; Ghio et al., 2012). Those studies measured disturbances of iron metabolism in mesothelial cells in response to 100 micrograms/ml talc, characterizing that dose as "massive" (Ghio, 2012, p. 80, Abstract). Dr. Zelikoff fails to mention subsequent studies by Ghio et al. (2016) that demonstrated that "exposure of cells to **all** particulate matter, including air pollution particles," causes a disruption in iron metabolism in various cell types (Ghio et al., 2016 (emphasis added)). Many materials causing these changes are not carcinogenic.

Summary of Opinions (Zelikoff Report, pp. 27-28). As explained above, Dr. Zelikoff's conclusions are **not** supported by peer-reviewed scientific papers in the literature or basic tenets of toxicology and carcinogenesis. Conclusion #1 is based solely on her examination of reports by plaintiffs' experts claiming that there are carcinogens such as asbestos, heavy metals and fragrance chemicals in cosmetic talc. Conclusion #2 – that talc reaches the ovaries to cause cancer – is also not supported by peer-reviewed scientific literature or panels of scientists. Conclusion #3, claiming that talc causes changes in cell signaling, gene alterations and/or mutations, is contrary to published studies from our and other laboratories. No support exists for the opinion that talc causes

42

"[n]eoplastic transformation and proliferation" (*id.*, p. 28) in ovarian or other cell types. Moreover, her linking of talc to "[i]nhibition of apoptosis" (*id.*, p. 27) is contrary to published studies showing that talc induces apoptosis, i.e., programmed cell death, in human malignant mesothelioma cells without affecting normal mesothelial cells of the pleura (Nasreen et al., 2000). The sheer number of instances in which the actual reported data do not support Dr. Zelikoff's opinions is strong evidence that she did not reliably consider the scientific evidence she claims to rely on and that her opinions are unscientific and speculative.

## XIV. Conclusions

1) Drs. Saed and Zelikoff both betray a fundamental misunderstanding of the makeup of talc versus asbestos and the peer-reviewed and published research on ovarian cancer.

2) None of their opinions is supported by peer-reviewed published scientific research.

3) Based on Dr. Saed's plaintiff-funded research, plaintiffs' experts propose that talc causes a "pro-oxidant" state in ovarian epithelial cells that then causes chronic inflammation and tumor development. As emphasized above, no conclusions can be drawn about the importance of oxidative stress at the massive concentrations of talc used in the Saed studies. In addition, talcs were added to cultures in a toxic solvent, and proper positive and negative control minerals were not employed. In fact, the responses reported are seen at high exposures to a variety of non-disease-causing agents.

4) Contrary to statements in the text, Dr. Saed's *in vitro* cell cultures cannot measure inflammation, which is an orchestrated response of many cell types of the immune system to foreign matter. He did not measure oxidative stress, inflammation (which takes months or years to develop) or cell proliferation directly in his experiments.

5) Neither chronic inflammation nor tumors are observed in long-term, follow-up studies on patients after talc pleurodesis, providing further evidence that chronic inflammation by talc is not linked to cancer development.

6) Dr. Zelikoff does not understand the difference among various asbestos types or the differences between asbestos and cleavage fragments.

7) There is no scientifically plausible pathway of migration to the ovary or oviducts or fallopian tubes by cosmetic talc particles. Since the IARC 2010 panel's conclusions stating that there were no scientific studies supporting the phenomenon of retrograde talc movement from the perineal region to the oviducts and ovary, no new studies have demonstrated the existence of a putative pathway or mechanism for the transport of talc in this manner.

8) Dr. Saed's and Dr. Zelikoff's inflammation theories ignore – and are rebutted by – the available scientific research about talc and about the development of ovarian cancer. Although chronic inflammation may play a role in development of some tumor types, it has not been shown to play a role in ovarian cancer. To the contrary, pelvic inflammatory

43

disease (PID) and chronic tubal injury or inflammation are not significant risk factors for ovarian cancer (Rasmussen et al., 2016; Malmberg et al., 2016; Zhou et al., 2017). Moreover, evidence regarding any association between aspirin use and anti-inflammatory drugs with reduced risk of ovarian cancer is inconclusive (Ni et al., 2012). In sum, the relevance of chronic inflammation to the establishment of ovarian tumors is far from established.

## XV. Glossary Of Terms And Abbreviations:

**Amosite**: a type of asbestos in the amphibole group

**Amphibole**: a broad term for a group of chain silicate mineral with a double chain structure

**Angiogenesis**: development of blood vessels

**Anthophyllite**: a type of asbestos in the amphibole group

**Apoptosis**: programmed cell death

**Asbestiform**: a subset of fibrous minerals implying long fiber length and small fiber thickness

**Asbestos**: a commercial term applied to the asbestiform varieties of serpentine (chrysotile) and amphibole asbestos types

**Asbestosis**: a nonmalignant disease of the lung associated with asbestos exposures

**Bolus**: a large amount or growth

**Carcinogen**: a cancer-causing agent

**Carcinoma**: epithelial cell tumor

**Co-carcinogen**: an agent interacting with a known cancer-causing agent to facilitate the development of cancers

**Chrysotile**: an asbestiform serpentine variety of asbestos

**Cleavage**: the property of a crystal to fracture or break along certain planes

**Crocidolite**: a type of asbestos in the amphibole group

**Cytokines**: proteins that are produced from cells to favor inflammation or disease

**DNA**: deoxyribonucleic acid capable of directing its own synthesis

**Dysplasia**: abnormal tissue development

**EOC**: epithelial ovarian cancer cells

**Epidemiology**: the study of human populations

**Epigenetic**: occurring by processes not affecting the DNA structure

**Extracellular**: outside the cell

44

**Fibrosis**: the formation of fibrous tissue, usually as a reparative or reactive process

**Genotoxicity**: property of an agent for altering the genome of cells resulting in cell death or altered function and division of cells

**IARC**: International Agency for Research on Cancer

**Inflammation**: a fundamental pathologic process consisting of a dynamic complex in response to an injury or abnormal stimulation

**Intracellular**: within the cell

**In vitro**: maintenance of cells or tissues outside of the body

**In vivo**: in the body

**Macrophages**: cells of the immune system with phagocytic functions

**Mesothelioma**: tumors arising from mesothelial cells

**Metaplasia**: altered cell function

**Mutation**: a heritable alteration in the DNA

**Neoplasm**: a new growth that is benign or malignant

**Neutrophils**: cells of the immune system that originate in the bone marrow or at other sites and are released into the circulation

**NIH**: National Institutes of Health

**Nucleus**: an organelle of the cell containing the genetic material

**Pathology**: the study of disease

**Pathogenesis**: the processes

**Phagocytosis**: process of elimination by cell uptake

**Pleura**: membranes enveloping the lungs and lining the walls of the chest cavity

**Pleurodesis**: a therapeutic process where talc is injected to seal the pleura

**RNS**: reactive nitrogen species

**ROS**: reactive oxygen species

**Talc**: a mineral species that is a 2:1 layer silicate

**Talcosis**: a fibrotic, noncancerous disease of the lung associated with heavy talc exposures in the workplace

**Threshold**: the point at which a stimulus is just strong enough to be perceived or produce a response

**Toxicity**: adverse effects by noxious or poisonous substances

**Toxicology**: the study of toxic substances

**Tremolite**: a type of asbestos in the amphibole group

# EXHIBIT A

**Dr. Brooke Mossman**
**Prior Deposition and Trial Testimony**

| Date | Case | Type |
|------|------|------|
| — | Case Sealed by Court (Minnesota) | Deposition |
| July 15, 2014 | *Fishbain v. Colgate-Palmolive Co., et al.*, Case No. MID-L-5633-13AS (Superior Ct. of NJ) | Deposition |
| Mar. 12, 2015 | *Winkel v. Calaveras Asbestos, Ltd, et al.*, Case No. BC549253 *Whitted-Justice v. Colgate-Palmolive Co., et al.*, Case No. 5:13-CV-00622-D (E.D.N.C.) (CA Super. Ct.) | Deposition |
| Aug. 21, 2015 | *Goldsmith, et al. v. ACandS, Inc., et al.*, Consolidated Case No. 24X11000783 (Baltimore Circuit Ct.) | Deposition |
| Sept. 2, 2015 | *Goodrich Corp. v. AG Securitas, et al.*, Case No. 2008-08-5847 Ohio (Court of Common Pleas) | Deposition |
| Jan. 22, 2016 | *Owens v. American Truetzschler, Inc., et al.*, Case No. 2014-CP-30-772 (SC Court of Common Pleas) | Deposition |
| Apr. 6, 2016 | *Alfaro v. American Talc Co. et al.*, Case No. BC583520 (CA Super. Ct.) | Deposition |
| June 15, 2016 | *Nosse v. Arvinmeritor, Inc., et al.*, Case No. BC603354 (CA Super. Ct.) | Deposition |
| June 16-17, 2016 | *Alfaro v. American Talc Co. et al.*, Case No. BC583520 (CA Super. Ct.) | Trial |
| June 22, 2016 | *LaMonica v. Colgate-Palmolive, et al.*, Case No. BC604809 (CA Super. Ct.) | Deposition |
| July 15, 2016 | *Nosse v. Arvinmeritor, Inc., et al.*, Case No. BC603354 (CA Super. Ct.) | Trial |
| July 18, 2016 | *Polakow et al. v. Brenntag North America, Inc., et al* Case No:   BC599542 (CA Super. Ct.) | Deposition |
| August 26, 2016 | *Depoian and Depoian v American International Industries, Inc., et al* J.C.C.P. No. 4674 (CA Super. Ct.) | Deposition |

| | | |
|---|---|---|
| Sept 16, 2016 | *LaMonica v. Colgate-Palmolive, et al.,* Case No. BC604809 (CA. Super. Ct.) | Trial |
| Sept. 26, 2016 | *B.Jackson v. Colgate-Palmolive* Case No. 1:15-CV-01066 (US District Court of Columbia) | Deposition |
| Sept. 30, 2016 | *Depoian and Depoian v American International Industries, Inc.* J.C.C.P. No. 4674, (CA Super. Ct.) | Trial |
| Oct. 2, 2016 | *A Blount v. Colgate Palmolive, et al.* Case # BC617806 (CA Super. Ct.) | Deposition |
| Oct. 11, 2016 | *All Asbestos Litigation Filed by Gori, Julian & Assoc PC* Case No: 14-L-999002 (3rd Circuit Madison, IL) | Deposition |
| Nov. 21-22, 2016 | *A Blount v. Colgate Palmolive, et al.* Case # BC617806 (CA Super Ct.) | Trial |
| Nov. 29, 2016 | *M Lyons, v. Metropolitan Life Insurance Co, et al.,* Case No. CGC16276495 (San Francisco Super Ct.) | Deposition |
| April 5, 2017 | *S Foster v. Cyprus Amex Mineral Company, et al.,* Case No. RG15764371 (CA Superior Ct.) | Deposition |
| April 17, 2017 | *D Greene v. ACandS, Inc., et.al.* Case No. 24X15000563 (Circuit Ct. Baltimore, MD) *E Link v. ACandS, Inc., et.al.* Case No. 24X15000557 (Circuit Ct. Baltimore, MD) | Deposition |
| May 12, 2017 | *B Humphrey v. Akzo Nobel Paints, f/k/a Glidden Co., et al.* Case No. 16 L 45 (6th Judicial Circuit Ct., Macon County, GA) | Deposition |
| July 10, 2017 | *S Hanson v. Colgate-Palmolive Company, et al.* Case No: 2:16-cv-34 (US District Ct. GA, Brunswick Div.) | Deposition |
| July 14, 2017 | *C Schoeniger v. Colgate-Palmolive Company, et al.* Docket No: MID-L-5869-1AS and *L Bartlow v. Colgate-Palmolive Company, et al.* Docket No: MID-L-5358-16AS, (Superior Court of NJ, Law Division – Middlesex County) | Deposition |

| | | |
|---|---|---|
| August 11, 2017 | *B Wittman, and J Wittman, v Brenntag North America, etc. et. al.* Case No: BC646439., (CA Super. Ct. for the County of Los Angeles) | Deposition |
| August 30, 2017 | *T Herford and D Herford, Plaintiffs v. AT&T Corp., et al.* Case No: BC646315, (CA Super. Ct. for the County of Los Angeles) | Deposition |
| August 31 & September 14, 2017 | *R Booker and C Booker, v. Cyprus Amex Mineral Company, et al.* Case No: RG15796166, (CA Super. Ct. for the County of Alameda) | Deposition |
| September 18, 2017 | *S Jenkins v Avon Products, Inc., et al.* Case No: JCCP4674/ 37-2016-00025572, (CA Super. Ct, San Diego) | Deposition |
| September 19, 2017 | *RA Stevenson and R Stevenson v MCIC et al.* Case No: 24-X-87048500 (Circuit Ct. for Baltimore City, MD) | Deposition |
| October 10, 2017 | *D Chapp v Colgate Palmolive et al* Case No: 15-CV_____ Case Code: 30100 (Circuit Ct. for Milwaukee County, WI) | Deposition |
| October 13, 2017 | *R Abeyta v A&A Building Material Co.*, Case No: BC598586 (Superior Court of California, County of Los Angeles) | Deposition |
| December 19, 2017 | *J Brooke v Honeywell International Inc.*, Case No: 16-2-21021-0 SEA (Superior Court of Washington for King County) | Deposition |
| January 10, 2018 | *J Ratcliff v BorgWarner Morse Tec LLC, et al.*, Case No: 16-2-18128-7 SEA (Superior Court of Washington for King County) | Deposition |
| February 19, 2018 | *J Minneci Estate v Johnson & Johnson, et al.*, Case No: 2017-CA-000999-O (Circuit Court of the 9th Judicial Circuit In and For Orange County, Florida) | Deposition |
| February 23, 2018 | *R Berg v Alta Building Material Co., et al.*, Case No: RG17849293 (Alameda County Superior Court, Oakland, CA) | Deposition |

| March 2018 | *S Lanzo v Cyprus Amax Minerals Company, et al*., Docket No. MID-L-7385-16AS, (Superior Court of New Jersey Law Division, Middlesex County) | Trial |
|---|---|---|
| March 30, 2018 | *J Anderson v Imerys Talc America, Inc., et al*., Case No. BC666153, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| March 30, 2018 | *C Weirick v Imerys Talc America, Inc., etc*., Case No. BC656425, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| April 10, 2018 | *E Martinez v Honeywell International Inc., etc*., Case No. 17-2-269000-0SEA, (Superior Court Washington for King County) | Deposition |
| April 10, 2018 | *D Trepanier v Honeywell International Inc., etc*., Case No. 17-2-25830-0SEA, (Superior Court Washington for King County) | Deposition |
| April 24, 2018 | *N Cabibi v Avon Products Inc., et al*., Case No. BC665257, (Superior Court of the State of California for County of Los Angeles) | Deposition |
| April 27, 2018 | *I Brick v Brenntag North America, Inc., et al*., Case No. BC674595, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| May 18, 2018 | *I Delacruz v Brenntag North America, Inc., et al*., Case No. BC658576, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| May 22, 2018 | *B Boyd-Bostic v Sonoco Products Company, et al*., C/A No. 17-CP-16-0400, (In the Court of Common Pleas, Fourth Judicial Circuit, State of South Carolina, County of Darlington) | Trial |
| June 18, 2018 | *B Arend v Johnson & Johnson, et al*., Docket No. MID-L-1370-17AS, (Superior Court of New Jersey Law Division, Middlesex County) | Deposition |
| July 9, 2018 | *K von Salzen and J von Salzen v American International Industries Inc., et al*., Docket No. BC680576, (Superior Court of the State of California for the County of Los Angeles) | Deposition |

| | | |
|---|---|---|
| July 17, 2018 | *J Alexander, et al.* v Honeywell International, Inc., et al., Case No. 868152, (The Court of Common Pleas, Cuyahoga County, Ohio) | Deposition |
| August 28, 2018 | *D Waters, et al.* v AGCO Corporation, et al., Case No. 2017-CP-CP05462, (The Court of Common Pleas, County of Richland, State of South Carolina) | Deposition |
| September 10, 2018 | *A Tucker* v Chanel Inc, et al., Case No. 17CV13605, (Circuit Court of the State of Oregon for the County of Multnomah) | Trial |
| September 11, 2018 | *C Weirick* v Brenntag North America, Inc., et al., Case No. BC656425, (Superior Court of the State of California for the County of Los Angeles) | Trial |
| September 18, 2018 | *C Allen* v Brenntag North America, Inc., et al., Case No. DR180132, (Superior Court of the State of California for the County of Humboldt) | Deposition |
| October 1, 2018 | *C Hayes* v Colgate-Palmolive Company, et al., Case No. 16-CI-03503, (Jefferson Circuit Court, Division 10, State of Kentucky) | Deposition |
| October 22, 2018 | *M Chapman* v BASF CATALYSTS LLC, Case No. MID-L-02911-17-AS; *R Rimondi* v BASF CATALYSTS LLC, Case No. MID-L-02912-17; *J Ruman* v BASF CATALYSTS LLC, Case No. MID-L-02919-17 (Superior Court of New Jersey Law Division, Middlesex County) | Deposition |
| October 23, 2018 | *C Kerkhof* v Brenntag North America et al., Case Bi. 439392-V (Circuit Court for Montgomery County, Maryland) | Deposition |
| October 26, 2018 | *A Brower* v Johnson and Johnson, Inc. et al., Civil Action File No. 16-EV-005534-E (State Court of Fulton County, State of Georgia) | Deposition |
| November 15, 2018 | *T Leavitt* v Johnson and Johnson Inc., et al., Case No. RG17882401, (Superior Court of the State of California for the County of Alameda) | Deposition |
| November 30, 2018 | *S Pipes* v American Honda Motor Co., Inc., et al., Case No. CJ-2017-3487, (District Court of Oklahoma County, State of Oklahoma) | Deposition |

| December 14, 2018 | *D Henson* v Colgate-Palmolive Company, et al., Case No. BC702253, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
|---|---|---|
| December 19, 2018 | *P Fong* v Johnson & Johnson, et al., Case No. JCCP 4674, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| January 2, 2019 | *J Lee* v A.W. Chesterton Company, et al., Case No. FSCS050176, (Superior Court of the State of California for the County of Solano) | Deposition |
| January 7, 2019 | *R Blinkinsop* v Albertsons Companies, Inc., et al., Case No. BC677764, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| January 23, 2019 | *G Koretoff* v Arkema, Inc., et al., Case No. BC656506, (Superior Court of the State of California for the County of Los Angeles) | Deposition |
| February 15, 2019 | *D Rininger* v Hollingsworth & Vose Company, et al., Case No. AC-2014-11-5256, (Court of Common Pleas, Summit County, Ohio) | Deposition |

# EXHIBIT B

## Brooke Taylor Mossman, MS, PhD

### <u>KEY REFERENCES and RELIANCE MATERIALS</u>

1) Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI, Oxford University Press* (2014).

2) Addison J and McConnell EE, 2008. A review of carcinogenicity studies of asbestos and nonasbestos tremolite and other amphiboles. Regul. Toxicol. Pharmacol. 52: S187-199.

3) Agency for Toxic Substances and Disease Registry (ATSDR), 2003. Report of the Expert Panel on Human Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length. ATSDR Division of Health Assessment and Consultation, Atlanta, GA.

4) Aierken D et al., 2014. Rat model demonstrates a high risk of tremolite but a low risk of anthophyllite for mesothelial carcinogenesis. Nagoya J. Med. Science 7: 149-160.

5) Anderson EL et al., 2017 Assessment of health risk from historical use of cosmetic talcum powder. Risk Analysis 37: 918-929.

6) Andujar P et al., 2013. Differential mutation profiles and similar intronic TP53 polymorphisms in asbestos-related lung cancer and pleural mesothelioma. Mutagenesis 28: 323-331.

7) Attanoos RL et al., 2018. Malignant mesothelioma and its non-asbestos causes. Arch. Path. Lab. Med, 142: 753-760.

8) Ault JG, Cole RW, Jensen CG, Jensen LC, Bachert LA, Rieder CL. Behavior of crocidolite asbestos during mitosis in living vertebrate lung epithelial cells. Cancer Res 55(4):792-798, 1995. PMID: 7850791.

9) Balkwill F and Mantovani A. 2002. Inflammation and cancer? Back to Virchow? Lancet 357: 539-45.

10) Balkwill FR. 2000. Comment on: Possible role of ovarian epithelial inflammation in ovarian cancer. JNCI 92; 162-3.

11) Barlow CA et al., 2018. Asbestos fiber length and its relation to disease risk. Inhalation Toxicology 29: 12-14, 541-554, doi: 10.1080/08958378.2018.1435756.

12) Bemedetti S et al., 2015. Reactive oxygen species a double-edged sword for mesothelioma. Oncotarget Advance Publications, www.impactjournals.com/oncotarget.

13) Boffetta P et al., 2018. The epidemiologic evidence for elongate mineral particle (EMP)-related human cancer risk. Toxicol. Appl. Pharm. Doi: 10.1016/j.taap.2018.09.021.

14) Boffetta P, 2007. Epidemiology of peritoneal mesothelioma: A Review. Ann. Oncol. 18:985-990.

15) Bonovas S, *et al*., Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis, *Br J Clin Pharmacol* 2005; 60(2):194-203.

16) Boundy MG, Gold K, Martin KP Jr., Burgess WA, Dement JM (1979), Occupational Exposures to Non-Asbestiform Talc in Vermont, Dusts and Disease. R. Lemen and J. M. Dement (Eds), Pathotox Publisher, Inc., Park Forest South, Illinois, pages 365-378.

17) Burkitt J et al., 1993. Wheaters: Atlas of Histology.

# Brooke Taylor Mossman, MS, PhD

18) Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytother. Res.* 21, No. 6 (June 2007): 579–86.

19) Campbell WJ et al., 1980. Chemical and physical characterization of amosite, chrysotile, crocidolite, and nonfibrous tremolite for oral ingestion studies by the National Institute of Environmental Health Sciences. No. 8452. Bureau of Mines Report of Investigations.

20) Chatfield EJ, 2018. Measurement of elongate mineral fibers: What should we measure and how do we do it? Toxcol. Appl. Pharm. doi:10.1916/j.taap.2018.08.010.

21) Chen Q, Marsh J, Ames B, and Mossman B: Detection of 8-oxo-2'-deoxyguanosine, a marker of oxidative DNA damage, in culture medium from human mesothelial cells exposed to crocidolite asbestos. *Carcinogenesis* 17(11):2525-2527, 1996 PMID: 8968073

22) Chernova T et al., Long-fiber carbon nanotubes replicate asbestos-induced mesothelioma with disruption of the tumor suppressor gene *Cdkn2a (INK4a/Arf)*.  Current Biology 27: 3302-3314, 2017.

23) Christensen BC et al., 2009. Epigenetic profiles distinguish pleural mesothelioma from normal pleura and predict lung asbestos burden and clinical outcome. Cancer Res. 69: 227-34.

24) Cistulli CA et al., 1996.  Spontaneous p53 mutation in murine mesothelial cells: increased sensitivity to DNA damage induced by asbestos and ionizing radiation. Toxicol. Appl. Pharm. 141:264-271.

25) Clive A, Jones H, Bhatnagar R, Preston N, Maskell N, 2016. Interventions for the management of malignant pleural effusions: a network meta-analysis (Review). Cochrane Database of Systematic Reviews, Issue 5, Article No CD010529.

26) Coffin DL, Cook PM and Creason JP, 1992. Relative mesothelioma induction in rats by mineral fibers: comparison with residual pulmonary mineral fiber number and epidemiology. Inhalation Toxicology 4: 273-300.

27) Coggiola M et al., 2003. An update of a mortality study of talc miners and millers in Italy. Am. J. Indust. Med. 44 (1): 63-9.

28) Cole RW, Ault JG, Hayden JH, Rieder CL. Crocidolite asbestos fibers undergo size-dependent microtubule-mediated transport after endocytosis in vertebrate lung epithelial cells. Cancer Res 51(18):4942-4947, 1991. PMID: 1893384.

29) Coleman WB and Tsongalis GJ, 2017. The Molecular Basis of Human Cancer. Springer, New York, pp. 1-873.

30) Committee for the Review of the NIOSH Research Roadmap on Asbestos Fibers and Other Elongate Mineral Particles. 2009. National Academy of Sciences, Washington DC.

31) Committee on Nonoccupational Health Risks of Asbestiform Fibers, 1984. National Academy Press, Washington, DC, pp. 1-334.

32) Coussens, L.M. & Werb, Z. Inflammation and cancer. *Nature* 420, 860-867 (2002)

33) Cox LAT Jr, 2018. Biological mechanisms of non-linear dose-response for respirable mineral fibers. Toxicol. Appl. Pharm. 18: 30282-30285. PMID:29932955.

34) Craighead JE and Mossman BT: The pathogenesis of asbestos-associated diseases. *N*

2

**Brooke Taylor Mossman, MS, PhD**

*Engl J Med* 306:1446-1455, 1982

35)   Craighead JE, Mossman BT, and Bradley BJ: Comparative studies on the cytotoxicity of amphibole and serpentine asbestos. Environ Health Per¬spect 34:37-46, 1980 PMCID: PMC1568520

36)   Cralley, L.J., M.M. Key, D.H. Groth, W.S. Lainhart and R.M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* (July-August 1968): 350-354.

37)   Cramer, D.W., et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology* 14, 1125-1131 (2005)

38)   Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman With Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics & Gynecology* 110, (2007): 498-501.

39)   Crowley LV et al., 2001. An Introduction to Human Disease. Pathology and Pathophysiology Correlations. Fifth Edition, Jones and Bartlett Publishers, pp. 1-790.

40)   Cyphert JM et al., 2015. Comparative long-term toxicity of Libby amphibole and amosite asbestos in rats after single or multiple intratracheal exposures. J. Toxic. Environ. Health Part A. 78: 151-165.

41)   Cyphert JM et al., 2016. Long-term toxicity of naturally occurring asbestos in male Fischer 344 rats. J. Toxicol. & Environ. Health, Part A 79: 49-60.

42)   Davis JM, Addison J, Bolton RE, Donaldson K, Jones AD. Inhalation and injection studies in rats using dust samples from chrysotile asbestos prepared by a wet dispersion process. Brit j Exp Pathol 67: 113-129, 1986.

43)   Davis JMG et al, 1991. Variations in the carcinogenicity of tremolite dust samples of differing morphology. Annals New York Acad. Sciences Vol 643: 473-490.

44)   De Rienzo A et al 2016. Gender-Specific Molecular and Clinical Features Underlie Malignant Pleural Mesothelioma. Cancer Res 76(2):319-328, 2016. PMID: 26554828. PMCID: PMC4715909.

45)   Deposition of Ghassan Saed, Ph.D., Volume I, Jan. 23, 2019 (MDL No. 2738).

46)   Deposition of Ghassan Saed, Ph.D., Volume II, Feb. 14, 2019 (MDL No. 2738).

47)   Deposition of Judith Zelikoff, Ph.D., Jan. 21, 2019 (MDL No. 2738).

48)   Desmeules P et al., 2017. A subset of malignant mesotheliomas in young adults are associated with recurrent EWSR1/FUS-ATF1 fusions. Am. J. Surg. Path. 41: 980-988.

49)   DiPaolo JA, DeMarinis, Doniger J. Asbestos and benzo(a)pyrene synergism in the transformation of Syrian hamster embryo cells. Pharmacology 27: 65-73, 1983

50)   Dodson RF et al., 2000. Asbestos content in the lymph nodes of nonoccupationally exposed individuals. Am. J. Indust. Med. 37: 169-174.

**Brooke Taylor Mossman, MS, PhD**

51) Donaldson K, Brown GM, Brown DM, Bolton RE, Davis JM. Inflammation generating potential of lung and short fibre amosite asbestos samples. Brit J Ind med 46: 271-276, 1989.

52) Donaldson K, Murphy FA, Duffin R, Poland CA. Asbestos, carbon nanotubes and the pleural mesothelium: a review of the hypothesis regarding the role of long fibre retention in the parietal pleura, inflammation and mesothelioma. Part Fibre Toxicol 7:5, 2010. PMID: 20307263. PMCID: PMC2857820.

53) Driscoll, K. "Effects of Particle Exposure and Particle-Elicited Inflammatory Cells on Mutation in Rat Alveolar Epithelial Cells." *Carcinogenesis* 18, No. 2 (February 1, 1997): 423–30.

54) Drummond G, Bevan R and Harrison P, 2016. A comparison of the results from intra-pleural and intra-peritoneal studies with those from inhalation and intratracheal tests for the assessment of pulmonary responses to inhalable dusts and fibres. Regulatory Toxicol. Pharmacol. 81: 89-105, 2016.

55) DS Biotech, LLC Invoice to Beasley Allen, from Ghassan Saed, Ph.D., dated February 8, 2019 (Ex. 22 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

56) Email communication between BT Mossman and AG Wylie.

57) Email from Dr. Lawrence Layman, Reproductive Sciences, to Ghassan Saed, Ph.D., dated  December 26, 2018,  re: Reproductive Sciences – Decision on Manuscript ID RSCI-18-671 (Ex. 14 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

58) Email from Dr. Lawrence Layman, Reproductive Sciences, to Ghassan Saed, Ph.D., dated January 14, 2019,  re: Reproductive Sciences – Decision on Manuscript ID RSCI-18-671.R1  (Ex. 15 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

59) Email from Ghassan Saed, Ph.D., to Margaret Thompson, Beasley Allen, dated September 13, 2018, re: SGO abstract submitted (Ex. 31 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

60) Email from Robert E. Bristow, M.D., Gynecologic Oncology, to Ghassan Saed, Ph.D., dated Sept. 19, 2018, re: GYN-18-1020: Final Decision (Ex. 35 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

61) Endo-Capron et al., 1993. In vitro response of rat pleural mesothelial cells to talc particles in genotoxicity assays (sister chromatid exchanges and DNA repair). Toxicol. In Vitro. 7: 7-14.

62) Environmental Protection Agency, 1992. Health Assessment Document for Talc.

63) Expert Report of Ghassan Saed (Nov. 16, 2018).

64) Expert Report of Judith Zelikoff, Ph.D. (Nov. 16, 2018).

65) Finley et al., 2017. Cosmetic talc as a risk factor for pleural mesothelioma: a weight of evidence evaluation of the epidemiology. Inhalation Toxicol. http://dx.doi.org/10.1080/08968378.2017.1336187.

## Brooke Taylor Mossman, MS, PhD

66) Fletcher NM et al., LB-044 – Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells (abstract) (2018) (Ex. 21 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

67) Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (Aug. 22, 2018) (unpublished manuscript) (Ex. 27 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

68) Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (Jan. 3, 2019) (unpublished manuscript) (Exs. 7 & 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

69) Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (Oct. 10, 2018) (unpublished manuscript) (Ex. 38 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

70) Fletcher NM et al., Talcum Powder Enhances Oxidative Stress in Ovarian Cancer, Reproductive Sciences, Vol. 25, Suppl. 1, F-098 (abstract) (2018) (Ex. 20 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

71) Fletcher, N.M., et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. *Free Radic Biol Med* 102, 122-132 (2016).

72) Fletcher, Nicole, Ira Memaj, and Ghassan M Saed. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences* 25, Supplement 1 (March 2018): 214A-215A.

73) Fleury-Feith J et al. 1989.  Occurrence and morphology of tumors induced in nude mice transplanted with chrysotile-transformed rat pleural mesothelial cells.  Biology of the Cell 65:45-50.

74) Fleury-Feith J, Nebut M, Saint-Etienne L, Laurent P, Pinchon MC, Kheuang L, Renier A, Jaurand MC. Occurrence and morphology of tumors induced in nude mice transplanted with chrysotile-transformed rat pleural mesothelial cells. Biol Cell 65(1):45-50, 1989. PMID: 2539874.

75) Funaki K, Everitt J, Bermudez E, Walker C. Trisomy of rat chromosome 1 associated with mesothelial cell transformation. Cancer Res 51(15):4059-4066, 1991. PMID: 1855220.

76) Gaffney SH et al.  2016.  Anthophyllite asbestos:  State of the science review.  J. Applied Toxicol.  Wileyonlinelibrary.com  doi  10.1002/jat.3356.

77) Gamble JF, Gibbs GW, 2008. An evaluation of risks of lung cancer and mesothelioma from exposure to amphibole cleavage fragments. Regul. Toxicol. Pharmacol. 52: S 154-86.

78) Garabrant DH and Pastula ST, 2018. A comparison of asbestos fiber potency and elongate mineral particle (EMP) potency for mesothelioma in humans. Toxicol Appl Pharmacol. .doi: 10.1016/j.taap.2018.07.003.

79) Gates MA et al., 2009. Risk factors for epithelial ovarian cancer by histologic subtype. Am. J. Epidemiol. 171: 45-53.

**Brooke Taylor Mossman, MS, PhD**

80) Gertig DM et al., 2000. Prospective study of talc use and ovarian cancer. JNCI: 92: 249-252.

81) Ghassan Saed's PCR EOC SRI Notebook (Ex. 9 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

82) Ghassan Saed's Talc Study Lab Notebook – Preliminary Study (Ex. 23 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

83) Ghio AJ et al., 2016. Air pollution particles and iron homeostasis. Biochem. Biophys. Acta 1860: 2816-2825.

84) Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *Am J Respir Cell Mol Biol* 46, No. 1 (January 2012): 80–86.

85) Goldberg JL, Zanella CL, Janssen YMW, Timblin CR, Jimenez LA, Vacek P, Taatjes DJ, and Mossman BT: Novel cell imaging approaches show induction of apoptosis and proliferation in mesothelial cells by asbestos. *Am J Respir Cell Mol Biol* 17(3):265-271, 1997 PMID: 9308911.

86) Graham, J. & Graham, R. Ovarian cancer and asbestos. *Environ Res* 1, 115-128 (1967).

87) Gualtieri A, Mossman BT and Roggli VL. Towards general models to predict the toxicity of mineral fibres. In Mineral Fibres; Crystal Chemistry, Chemical and Physical Properties, Biological Interactions and Toxicity (Gualtieri A., ed), European Mineralogical Union Notes in Mineralogy, Vol. 18, pp 501-532.

88) Guthrie GD Jr, 1997. Mineral properties and their contributions to particle toxicity. Environ. Health Perspect. 105: 1003-1011.

89) Guthrie GD Jr, Mossman BT (Eds). 1993. Health Effects of Mineral Dusts. Reviews in Mineralogy, Mineralogical Society of America. Vol. 28, pp 1-584.

90) Gynecologic Oncology Email dated Aug. 28, 2018 re: GYN-18-1020 – Original manuscript submission to Gynecologic Oncology (Ex. 33 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

91) Haegens A, van der Vliet A, Butnor KJ, Heintz N, Taatjes D, Hemenway D, Vacek P, Freeman BA, Hazen SL, Brennan ML, and Mossman BT: Asbestos-induced lung inflammation and epithelial cell proliferation are altered in myeloperoxidase-null mice. *Cancer Res* 65(21):9670-9677, 2005 PMID: 16266986.

92) Hansen K, Mossman, BT, 1987. Generation of superoxide (02-) from alveolar macrophages exposed to asbestiform and nonfibrous particles. Cancer Res. 47(6):1681-1686, 1987. PMID: 3028612.

93) Harper and Saed, Talc Induces a Pro-Oxidant State in Normal and Ovarian Cancer Cells Through Gene Point Mutrolations in Key Redox Enzymes (abstract) (Ex. 19 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

94) Health Effects Institute-Asbestos Research, 1991. Asbestos in Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge. Health Effects Institute, Cambridge, MA.

**Brooke Taylor Mossman, MS, PhD**

95)   Heintz NH, Janssen YM, and Mossman BT: Persistent induction of c-fos and c-jun expression by asbestos. *Proc Natl Acad Sci U S A* 90:3299-3303, 1993 PMCID: PMC46287.

96)   Hillegass JM et al., 2009. Assessing nanotoxicity in cells in vitro. WIREs Nanomedicine and Nanobiotechnology www.wiley.com/wires/nanomed.

97)   Hillegass, JM et al., 2010. Utilization of gene profiling and proteomics to determine mineral pathogenicity in a human mesothelial cell line (LP9/TERT-1) J. Toxicol..Environ. Heath Part A, 73:423-436.

98)   Hodgson JT, Darnton A. The quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. Ann Occup Hyg 44(8):565-601, 2000. PMID: 11108782.

99)   Holley JA, Janssen YMW, Mossman BT, and Taatjes DJ: Increased manganese superoxide dismutase protein in type II epithelial cells of rat lungs after inhalation of crocidolite asbestos or cristobalite silica. Am J Pathol 141:475-485, 1992 PMCID: PMC1886605.

100)  Houghton SC et al., 2014. Perineal powder use and risk of ovarian cancer. JNCI 106: https: // doc.org/10.1093/jnci/dju208.

101)  Hunt I et al., 2007. Is talc pleurodesis safe for young patients following primary spontaneous pneumothorax? Interact. Cardiovasc. Thorac. Surg. 6(1): 117-20.

102)  IARC Scientific Publication No. 140, 1996. Kane AB, Boffetta P, Saracchi R and Wilburn JD (Eds.) Mechanisms of fibre carcinogenesis. Lyon, France.

103)  IARC Scientific Publication No. 90, 1989. Bignon J, Peto C and Saracchi R (Eds.). Non-occupational Exposure to Mineral Fibres. Lyon, France.

104)  IARC/World Health Organization Monograph, No. 100C. 2012. Arsenic, Metals, Fibres, and Dusts.

105)  IARC/World Health Organization Monograph, No. 93. 2010. Carbon Black, Titanium Dioxide and Talc.

106)  Ilgren EB, Browne K. Asbestos-related mesothelioma: evidence for a threshold in animals and humans. Regul Toxicol Pharmacol 13(2):116-132, 1991. PMID: 1852925.

107)  Ilgren EB, Wagner JC. Background incidence of mesothelioma: animal and human evidence. Regul Toxicol Pharmacol 13(2):133-149, 1991. PMID: 1852926.

108)  Institute of Medicine and National Research Council of the National Academies. 2009. A Review of the NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles. The National Academies Press, Washington, DC.

109)  *International Journal of Cancer* 124, No. 6 (March 15, 2009): 1409–15.

110)  Janssen YM, Van Houten B, Borm PJA, and Mossman BT: Cell and tissue responses to oxidative damage. *Lab Invest* 69(3):261-274, 1993 PMID: 8377469

111)  Janssen YMW et al, 1994. Oxidant stress responses in human pleural mesothelial cells exposed to asbestos. Am. J. Respir. Crit. Care Med. 149: 795-802.

112)  Janssen YMW, Driscoll KE, Howard B, Quinlan TR, Treadwell M, Barchowsky A, and Mossman BT: Asbestos causes translocation of p65 protein and increases NF-κB DNA

## Brooke Taylor Mossman, MS, PhD

binding activity in rat lung epithelial and pleural mesothelial cells. *Am J Pathol* 151(2):389-401, 1997 PMID: 9250152; PMCID: PMC1858001.

113) Janssen YMW, Heintz NH, Marsh JP, Borm PJA, and Mossman BT: Induction of c-fos and c-jun proto-oncogenes in target cells of the lung and pleura by carcinogenic fibers. *Am J Respir Cell Mol Biol* 11(5):522-530, 1994 PMID: 7946382.

114) Janssen YMW, Marsh JP, Absher MP, Hemenway D, Vacek PM, Leslie KO, Borm PJA, and Mossman BT: Expression of antioxidant enzymes in rat lungs after inhalation of asbestos or silica. *J Biol Chem* 267(25):10625-10630, 1992 PMID: 1316905.

115) Janssen YMW, Marsh JP, Driscoll KE, Borm PJA, Oberdörster G, and Mossman BT: Increased expression of manganese-containing superoxide dismutase in rat lungs after inhalation of inflammatory and fibrogenic minerals. *Free Radic Biol Med* 16(3):315-322, 1994 PMID: 8063194.

116) Jaurand MC, Kheuang L, Magne L, Bignon J. Chromosomal changes induced by chrysotile fibres or benzo-3,4-pyrene in rat pleural mesothelial cells. Mutation Res 169: 141-148, 1986.

117) Jensen CG, Watson M. Inhibition of cytokinesis by asbestos and synthetic fibres. Cell Biol Int 23(12):829-840, 1999. PMID: 10772757.

118) Kamp DW et al., 2011. Chronic Inflammation and cancer: the role of the mitochondria. Oncology. Cancernetwork.com April 30: 400-413.

119) Kane AB. 1993. Epidemiology and pathology of asbestos-related diseases. In: Guthrie GD and Mossman BT (Eds.) Health Effects of Mineral Dusts, Reviews in Mineralogy, Mineralogical Society of America. Vol. 28, pp.347-360.

120) Kane AB. Mechanisms of mineral fibre carcinogenesis. IARC Sci Publ (140):11-34, 1996. PMID: 9101315.

121) Karageorgi, S., Gates, M.A., Hankinson, S.E. & De Vivo, I. Perineal use of talcum powder and endometrial cancer risk. C*ancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology* 19, 1269-1275 (2010).

122) Keskın, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Özay, and Halil Saygılı."Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female GenitalSystem of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, No. 6 (December 2009): 925–31.

123) Klein C, 1993. Rocks, minerals and a dusty world. In: Guthrie GD, Mossman BT (eds), Health Effects of Mineral Dusts. Washington, DC, pp. 7-59.

124) Kolschman et al, 2005. Clinical efficacy and safety of thoracoscopic talc pleurodesis in malignant pleural effusions. Chest 128(3):1431-35.

125) Krause JB and Ashton WH. 1978. Misidentification of asbestos in talc. National Bureau of Standards Special Publication 506. Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods, Gaithersburg MD, pp. 339-353.

**Brooke Taylor Mossman, MS, PhD**

126) Kraynie A, et al., 2016. Malignant mesothelioma not related to asbestos exposure: Analytical scanning electron microscopic analysis of 83 cases and comparison with 422 asbestos-related cases. Ultrastruc. Path. doi: 10.3109/019131232016.1154633.

127) Kunz, G., et al. The uterine peristaltic pump. Normal and impeded sperm transport within the female genital tract. *Adv Exp Med Biol* 424, 267-277 (1997)

128) Lab Notebook of Ghassan Saed, Ph.D., marked SAED000001(color)-SAED000097(color) (Ex. 1 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

129) Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

130) Langer AM et al., 1978. Variation of properties of chrysotile asbestos subjected to milling. J. Toxicol. Environ. Health 4: 173-186.

131) Langseth, H. & Kjærheim, K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scandinavian Journal of Work, Environment & Health* 30, 356-361 (2004).

132) Lentz TJ et al., 2003. Pulmonary deposition modeling with airborne fiber exposure data: a study of workers manufacturing refractory ceramic fibers. Appl. Occup. Environ. Hyg. 18: 278-88..

133) Letter to Lawrence Layman, Editor, Reproductive Sciences, from Ghassan Saed, Ph.D., dated Jan. 2, 2019 (Ex. 40  to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

134) Light RW. 2001.  Pleural Diseases:  Fourth Edition.  Lippincott Williams & Wilkins, Philadelphia, PA, pp. 9-11.

135) Lightfoot J, Kingston GA, Pooley FD. (1972). An examination of italian mine samples and relevant powders. Cardiff: University College, Department of Mineral Exploitation.

136) Lippmann M, 2014. Toxicological and epidemiological studies on effects of airborne fibers: Coherence and public health implications. Crit. Rev. Toxicology, 44(8): 643-695.

137) Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. *Cytokine* 58, 133-147.

138) Malmberg K, et al. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. Virchows Arch, 2016; 468:707-713

139) Marsh JP, Mossman BT, 1988. Mechanisms of induction of ornithine decarboxylase activity in tracheal epithelial cells by asbestiform minerals. Cancer Res. 48(3):709-714.

140) McClellan RO et al., 1991.  Approaches to evaluating the toxicity and carcinogenicity of man-made mineral fibers: summary of a workshop held November 11-13, 1991. Regulatoy Toxicol.Pharm. 16: 321-364.

141) Mikalsen SO et al., 1988. Morphological transformation of Syrian hamster embryo cells induced by mineral fibres and the alleged enhancement of beno(a)pyrene. Carcinogenesis 9: 891-899.

## Brooke Taylor Mossman, MS, PhD

142) Moalli PA et al., 1987.  Acute injury and regeneration of the mesothelium in response to asbestos fibers.  Am.  J. Path.  128:426-445.

143) Moolgavkar SH et al., 2009. Pleural and peritoneal mesotheliomas in SEER: age effects and temporal trends, 1973-2005. Cancer Causes Control 20: 935-944.

144) Mossman BT et al., 1990. Asbestos: scientific developments and implication for public policy. Science 247: 294-301.

145) Mossman BT, 2008. Assessment of the pathogenic potential of asbestiform vs. nonasbestiform particulates (cleavage fragments) in In Vitro (cell or organ culture) models and bioassays. Regul. Toxicol. Pharmacol. 52: S200-03.

146) Mossman BT, 2018. Mechanistic in vitro studies: What they have told us about carcinogenic properties of elongated mineral fibers (EMPs). Toxicol. Appl. Pharmacol. 18: 30331-30334. PMID: 33030095.

147) Mossman BT, Hansen K, Marsh J, Brew ME, Hills S, Bergeron M, and Petruska J: Mechanisms of fibre-induced superoxide release from alveolar macrophages and induction of superoxide dismutase in the lungs of rats inhaling crocidolite. In: Mineral Fibres in the Non Occupational Environment, (J Bignon, J Peto, and R Saracci, eds.), IARC Publication No. 90, Lyon, France, 81-92, 1989.

148) Mossman BT, Kessler JB, Ley BW, and Craighead JE: Interaction of crocidolite asbestos with hamster respiratory mucosa in organ culture. *Lab Invest* 36:131-139, 1977.

149) Mossman BT, Lippmann M, Hesterberg TW, Kelsey KT, Barchowsky A, and Bonner JC: Pulmonary endpoints (lung carcinomas and asbestosis) following inhalation exposure to asbestos (Review). *J Toxicol Environ Health B Crit Rev* 14(1-4):76-121, 2011 PMID: 21534086; PMCID: PMC3118517.

150) Mossman BT, Marsh JP, Sesko A, Hill S, Shatos MA, Doherty J, Petruska J, Adler KB, Hemenway D, Mickey R, Vacek P, and Kagan E: Inhibition of lung injury, inflammation and interstitial pulmonary fibrosis by polyethylene glycol-conjugated catalase in a rapid inhalation model of asbestosis. *Am Rev Respir Dis* 141(5 Pt 1):1266-1271, 1990 PMID: 2160214.

151) Mossman BT, Marsh JP, Shatos MA: Alteration of superoxide dismutase (SOD) activity in tracheal epithelial cells by asbestos and inhibition of cytotoxicity by antioxidants. *Lab Invest* 54(2):204-212, 1986 PMID: 3945053.

152) Mossman BT, Shukla A, Heintz NH, Verschraegen CF, Thomas A, and Hassan R: New developments in understanding the mechanisms, pathogenesis and management of malignant mesotheliomas. (Invited Review) *Am J Pathol* 182(4):1065-1077, 2013 PMID: 23395095; PMCID: PMC3657618.

153) Mossman BT, Surinrut P, Brinton BT, Marsh JP, Heintz NH, Lindau-Shepard B, and Shaffer JB: Transfection of a manganese-containing superoxide dismutase gene into hamster tracheal epithelial cells ameliorates asbestos-mediated cytotoxicity. *Free Radic Biol Med* 21(2):125-131, 1996 PMID: 8818626.

154) Murphy FA et al., 2011. Length-dependent retention of carbon nanotubes in the pleural space of mice initiates sustained inflammation and progressive fibrosis on the parietal pleura.  Am. J. Path. 178: 2587-2600.

**Brooke Taylor Mossman, MS, PhD**

155) Murphy FA, Poland CA, Duffin R, Donaldson K. Length-dependent pleural inflammation and parietal pleural responses after deposition of carbon nanotubes in the pulmonary airspaces of mice. Nanotoxicology 7(6):1157-1167, 2013. PMID: 22812632.

156) Murphy FA, Schinwald A, Poland CA, Donaldson K. The mechanism of pleural inflammation by long carbon nanotubes: interaction of long fibres with macrophages stimulates them to amplify pro-inflammatory responses in mesothelial cells. Part Fibre Toxicol 9:8, 2012. PMID: 22472194. PMCID: PMC3352110.

157) Muscat J and Huncharek M, 2005. Letters to the Editor. Talc and anti-MUC1 antibodies. Cancer Epid. Biomarkers Prevention 14 (11).

158) Muscat, J.E. & Huncharek, M.S. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev* 17, 139-146 (2008).

159) Nasreen N et al., 2000. Talc induces apoptosis in human mesothelioma cells in vitro. Am. J. Resp. Crit. Care Med. 161: 595-600.

160) National Research Council, 1984. Asbestiform Fibers: Nonoccupational Health Risks. National Academy Press, Washington, DC.

161) National Research Council. Institute of Medicine, 2006. Asbestos: Selected Cancers. The National Academies Press. Washington, DC, pp. 1-327.

162) Ness, R.B. & Cottreau, C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* 91, 1459-1467 (1999).

163) Ni X, et al., Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer Br J Clin Pharmacol 2012; 75(1): 26-35.

164) Nicholson WJ, 1986. Airborne Asbestos Health Assessment Update. U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, Research Triangle Park Office, Research Triangle Park, NC, EPA/600/8-84/003F (NTIS PB86242864).

165) NIOSH Current Intelligence Bulletin 62. 2011. Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research.

166) Oberdorster G and Graham. 2018. Predicting EMP hazard: lessons from studies with inhaled fibrous and non-fibrous nano- and micro-particles. Toxic.App. Pharm, 361: 50-61.

167) Ohar JA, Cheung M, Talarchek J, Howard SE, Howard TD, Hesdorffer M, Peng H, Rauscher FJ, Testa JR. Germline BAP1 mutational landscape of asbestos-exposed malignant mesothelioma patients with family history of cancer. Cancer Res 76(2):206-215, 2016. PMID: 26719535. PMCID: PMC4715907.

168) Oshimura M, Hesterberg TW, Tsutsui T, Barrett JC. Correlation of asbestos-induced cytogenetic effects with cell transformation of Syrian hamster embryo cells in culture. Cancer Res 44: 5017-5022, 1984.

169) Pache JC, Janssen YMW, Walsh ES, Quinlan TR, Zanella CL, Low, RB, Taatjes DJ, and Mossman BT: Increased epidermal growth factor-receptor protein in a human mesothelial cell line in response to long asbestos fibers. *Am J Pathol* 152(2):333-340, 1998 PMID: 9466557; PMCID: PMC1857975.

**Brooke Taylor Mossman, MS, PhD**

170) Palekar LD, Most BM and Coffin DL. Significance of mass and number of fibers in the correlation of V79 cytotoxicity with tumorigenic potential of mineral fibers. Environ Res 46: 142-152, 1988.

171) Paoletti, L., Caiazza, S., Donelli, G., Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology* 4. (December 9, 1983): 222-235.

172) Parazzini F, *et al.*, Reproductive Factors and Risk of Uterine Fibroids. *Epidemiol.* 1996 7(4):440-442.

173) Penninkilampi, R. & Eslick, G.D. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology* 29, 41-49 (2018).

174) Pierce JS et al., 2017. Evaluation of the presence of asbestos in cosmetic talcum products. Inhalation Toxicol. 29: 443-456.

175) Pira E et al., 2017. Mortality of talc miners and millers from Val Chisone, Northern Italy. An updated cohort study. J. Occup. Environ. Med. 59 (7) 659-64.

176) Poole, Elizabeth M., Lee, I-Min, Ridker, Paul M., Buring, Julie E., Hankinson, Susan E., Tworoger, Shelley S. "A Prospective Study of Circulating C-Reactive Protein, Interleukin-6, and Tumor Necrosis Factor α Receptor 2 Levels and Risk of Ovarian Cancer." *American Journal of Epidemiology*. Vol. 178, No. 8. (May 2, 2013).

177) Pooley FD. 1972. Report of the Examination of Rock Samples from the Vermont Mine. Cardiff: University College Department of Mineral Exploitation.

178) Pott F. Some aspects on the dosimetry of the carcinogenic potency of asbestos and other fibrous dusts. Staub-Reinhalt Luft 38(12):486-490, 1978.

179) Price B, 2010. Industrial-grade talc exposure and the risk of mesothelioma. Crit. Rev. Toxicol.  40(6):513-30.

180) Price-Jones MJ et al., The genetic effects of crocidolite asbestos; comparison of chromosome abnormalities and sister-chromatid exchanges. Mutation Res 79: 331-336, 1980.

181) Quinlan TR, BeruBe KA, Marsh JP, Janssen YM, Taishi P, Leslie KO, Hemenway D, O'Shaughnessy PT, Vacek P, Mossman BT. Patterns of inflammation, cell proliferation, and related gene expression in lung after inhalation of chrysotile asbestos. Am J Pathol 147(3):728-739, 1995. PMID: 7677184. PMCID: PMC1870980.

182) Quinlan TR, Marsh JP, Janssen YM, Leslie KO, Hemenway D, Vacek P, Mossman BT. Dose-responsive increases in pulmonary fibrosis after inhalation of asbestos. Am J Respir Crit Care Med 150(1):200-206, 1994. PMID: 8025751.

183) Rakoff-Nahoum S, 2006. Why cancer and inflammation? Yale J. Bio. Med. 79: 123-130.

184) Rasmussen, CB, et al. Is pelvic inflammatory disease a risk factor for ovarian cancer? Cancer Epidemiol Biomarkers Prev 2017; 26(1): 104-109.

185) Reuter, S., Gupta, S.C., Chaturvedi, M.M. & Aggarwal, B.B. Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med* 49, 1603-1616 (2010).

**Brooke Taylor Mossman, MS, PhD**

186) Roggli VL and Green CL. 2019. Dimensions of elongated mineral particles: a study of more than 570 fibers from more than 90 cases with implications for pathogenicity and classification as asbestiform vs. cleavage fragments. Ultrastruct. Path. Jan 22:1-5.

187) Roggli VL. 2015. The so-called short fiber controversy: Literature review and critical analysis. Arch.   Path. Lab. Med. 139: 1052-1057.

188) Rohl, A.N., A.M. Langer, J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, and D.L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characerization." *Journal of Toxicology and Environmental Health* 2, (1976): 255-284.

189) Rubino GF et al., 1976. Mortality studies of talc miners and millers. J. Occup.  Med. 18(3):186-93.

190) Rubino GF et al., 1979. Mortality and morbidity among talc miners and millers in Italy. In: Lemen R, Dement JM (eds), Dusts and Disease. Pathotox Publishers, IL, pp. 357-63.

191) Saed, G.M., Diamond, M.P. & Fletcher, N.M. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic oncology* (2017).

192) Saed, G.M., Fletcher, N.M., Jiang, Z.L., Abu-Soud, H.M. & Diamond, M.P. Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of oxidative stress. *Reproductive sciences* 18, 1253-1261 (2011).

193) Sandrone, R., & Zucchetti, S. *Geology of the Italian high-quality cosmetic talc from the Pinerolo district*(*Western Alps*). Proceedings of Symposium "Zuffardi' days", Cagliari, 1988.

194) Schinwald A et al., 2012. The threshold length for fiber-induced acute pleural inflammation: Shedding light on the early events in asbestos-induced mesothelioma. Toxicol. Sci. 128 (2): 461-470.

195) Senthil, K., Aranganathan, S. & Nalini, N. Evidence of oxidative stress in the circulation of ovarian cancer patients. *Clin Chim Acta* 339, 27-32 (2004).

196) Shatos MA, Doherty JM, Marsh JP, and Mossman BT: Prevention of asbestos-induced cell death in rat lung fibroblasts and alveolar macrophages by scavengers of active oxygen species. *Environ Res* 44(1):103-116, 1987 PMID: 3115771.

197) Sherwood AL, et al. 2008.  Spontaneously immortalized mouse mesothelial cells display characteristics of malignant transformation.  Cell Prolif. 41: 894-908.

198) Sherwood AL, Mutsaers SE, Peeva VK, Robinson C, deSilva CJ, Swanson NR, Lake RA. Spontaneously immortalized mouse mesothelial cells display characteristics of malignant transformation. Cell Prolif 41(6):894-908, 2008. PMID: 19040568.

199) Shukla A, et al., 2009. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. Am. J. Respir. Cell Mol. Biol. 41:114- 123.

200) Shukla A, Vacek P, Mossman BT. Dose-response relationships in expression of biomarkers of cell proliferation in in vitro assays and inhalation experiments. Nonlinearity Biol Toxicol Med 2(2):117-128, 2004. PMID: 19330127. PMCID: PMC2655707.

**Brooke Taylor Mossman, MS, PhD**

201) Shull S, Heintz NH, Periasamy M, Manohar M, Janssen YMW, Marsh JP, and Mossman BT: Differential regulation of antioxidant enzymes in response to oxidants. *J Biol Chem* 266(36):24398-24403, 1991 PMID: 1761541.

202) Smith WE et al., 1979. Biologic tests of tremolite in hamsters. Dusts Dis. 335-339.

203) Spurny KR, Stober W, Opiela H, Weiss G. Size-selective preparation of inorganic fibers for biological experiments. Am Ind Hyg Assoc J 40(1):20-38, 1979. PMID: 484448.

204) Stanton et al., 1981. Relation of particle dimensions to carcinogenicity in amphibole asbestos and other fibrous minerals. J Natl. Cancer Inst. 67: 965-975.

205) Stenback F and Rowland. 1978. Role of talc and benzo(a)pyrene on respiratory tumor formation. An experimental study. Scand. J. Resp. Dis. 59: 130-140.

206) Taylor ES, Wylie AG, Mossman BT and Lower SK. 2013. Repetitive dissociation from crocidolite asbestos acts as persistent signal for Epidermal Growth Factor expression. Langmuir 29: 6323-6330.

207) Testa JR, Cheung M, Pei J, Below JE, Tan Y, Sementino E, Cox NJ, Dogan AU, Pass HI, Trusa S, Hesdorffer M, Nasu M, Powers A, Rivera Z, Comertpay S, Tanji M, Gaudino G, Yang H, Carbone M. Germline BAP1 mutations predispose to malignant mesothelioma. Nat Genet 43(10):1022-1025, 2011. PMID: 21874000. PMCID: PMC3184199.

208) The Role of Talc Powder Exposure in Ovarian Cancer: A Mechanistic Approach (Ex. 43 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)).

209) Trabert B, et al., Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the ovarian cancer association consortium. J Natl Cancer Inst 2014; 106(2): 1-11.

210) Van Dyke, Knox, Shaily Patel, and Val Vallyathan. "Lucigenin Chemiluminescence Assay as an Adjunctive Tool for Assessment of Various Stages of Inflammation: A Study of Quiescent Inflammatory Cells." *Journal of Biosciences* 28, No. 1 (February 2003): 115–19.

211) Veblen DR, Wylie AG, 1993. Mineralogy of amphiboles and 1:1 layer silicates. In: Guthrie GD, Mossman BT (Eds), Health Effects of Mineral Dusts. Washington, DC, pp. 61-137.

212) Wagner JC et al., 1975. Animal experiments with talc. Inhaled Part. Pt 2: 647-54.

213) Wagner JC et al., 1980. Treatments affecting the rate of asbestos-induced mesotheliomas. Br. J. Cancer 41: 918-22.

214) Wagner JC et al., 1982. Biological effects of tremolite. Brit. J. Cancer 45: 352-360.

215) Wagner JC, Skidmore JW. Asbestos dust deposition and retention in rats. Ann N Y Acad Sci 132(1):77-86, 1965. PMID: 5219586.

216) Wehner AP et al 1977. Inhalation of talc baby powder by hamsters. Food Cosmetic Toxicol. 15: 121-129.

217) Wehner AP, 2002. Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. Regul. Toxic. Pharm. 36: 40-50.

**Brooke Taylor Mossman, MS, PhD**

218) Williams C et al., 2012. State-of-the-science assessment of non-asbestos amphibole exposure: Is there a cancer risk? Environ. Geochem. Health 35: 357-377.

219) Woodworth C, Mossman BT, and Craighead JE: Interaction of asbestos with metaplastic squamous epithelium developing in organ cultures of hamster trachea. *Environ Health Perspect* 51:27-33, 1983 PMCID: PMC1569289

220) Woodworth CD et al, 1983. Induction of squamous metaplasia in organ cultures of hamster trachea by naturally occurring and synthetic fibers. Cancer Res. 43(10):4906-12.

221) Woodworth CD, et al, 1982. Comparative effects of fibrous and nonfibrous minerals on cells and liposomes. Environ. Res. 27: 190-205.

222) Woodworth CD, Mossman BT, and Craighead JE: Induction of squamous metaplasia in organ cultures of hamster trachea by naturally occurring and synthetic fibers. *Cancer Res* 43(10):4906-4912, 1983 PMID: 6883341.

223) Woodworth CD, Mossman BT, and Craighead JE: Squamous metaplasia of the respiratory tract. Possible pathogenic role in asbestos-associated bronchogenic carcinoma. *Lab Invest* 48:578-584, 1983 PMID: 6843088.

224) Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County."

225) Wylie AG et al., 1997. Mineralogical features associated with cytotoxic and proliferative effects of fibrous talc and asbestos on rodent tracheal epithelial and pleural mesothelial cells. Toxicol..Appl..Pharmacol. 147 (1):143-50.

226) Wylie AG, Virta RL, Segreti, JM, 1987. Characterization of mineral population by index particle: implication for the Stanton hypothesis. Environ. Res. 43(2):427-39.

227) Wylie AG. 2016. Amphibole dusts: fibers, fragments, and mesothelioma. The Canadian Mineralogist 54: 1403-1435.

228) Zanella CL, Posada J, Tritton TR, and Mossman BT: Asbestos causes stimulation of the ERK-1 mitogen-activated protein kinase cascade after phosphorylation of the epidermal growth factor receptor. *Cancer Res* 56(23):5334-5338, 1996 PMID: 8968079

229) Zanella CL, Timblin CR, Cummins A, Jung M, Goldberg J, Raabe R, Tritton TR, and Mossman BT: Asbestos-induced phosphorylation of epidermal growth factor receptor is linked to c-*fos* expression and apoptosis. *Am J Physiol (Lung Cell Mol Physiol)* 277(4 Pt 1):L684-L693, 1999 PMID: 10516208

230) Zazenski R et al., 1995. Talc: occurrence, characterization, and consumer applications. Regul. Toxic. Pharm. 21: 218-229.

231) Zhou Z, et al. Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis. Cancer Causes Control 2017 May; 28(5) 415-428. Doi:10.1007/s10552-017-0873-3

# EXHIBIT C

CURRICULUM VITAE

**BROOKE TAYLOR MOSSMAN, MS, PhD**

**Business Address**            University Distinguished Professor of Pathology
                                University of Vermont College of Medicine
                                89 Beaumont Avenue
                                The Courtyard at Given, S2
                                Burlington, VT 05405-0068
                                Phone: (802) 656-0382
                                Fax:    (802) 656-8892
                                Email:  brooke.mossman@med.uvm.edu

**Mailing Address**             Box 396
                                Charlotte, VT 05445

**Education**                   MS - University of Vermont, Physiology & Biophysics, 1970
                                PhD - University of Vermont, Cell Biology, 1977

**Fields of Specialization**

Environmental toxicology, pathogenesis of mesothelioma, epithelial cell differentiation, chemical and physical carcinogenesis and cell injury, pulmonary fibrosis, oxygen free radicals, molecular biology of antioxidant enzymes in lung, signaling pathways in cell injury and survival

**Career Appointments/Honors**

| | |
|---|---|
| 2017 | Elected Fellow to the Vermont Academy of Arts and Sciences, "for her ground-breaking and award-winning research on mesothelioma and other asbestos-induced diseases". |
| 2011 | University of Vermont, University Distinguished Professor, in Recognition of Outstanding Contributions to her Discipline (one of less than 10 awards historically at UVM) |
| 2010 | University of Vermont College of Medicine, UVM Medical Alumni Association Distinguished Graduate Alumni Award, "for Outstanding Achievements in Research, Education, Public Service and Humanitarianism" |
| 2008 | Wagner Award, International Mesothelioma Interest Group Meeting, Amsterdam, NL, for Historic Contributions to Mesothelioma Research |
| 2007 | American Thoracic Society Career Achievement Recognition Award for Scientific Accomplishments |
| 2004 | Alumni Achievement Award, University of Vermont College of Medicine |
| 1995 - 2013 | Director, Environmental Pathology Program, University of Vermont College of Medicine |
| 1995 - 1998 | Program Leader, Cell Signaling and Growth Control Research Program, Vermont Cancer Center |
| 1992 - | Professor, Department of Pathology, University of Vermont College of Medicine |
| 1989 - | Adjunct Faculty Member, *In Vitro* Cell Biology and Biotechnology Program, State University of New York, Plattsburgh, NY |
| 1984 - 1992 | Associate Professor, Department of Pathology, University of Vermont College of Medicine |
| 1984 - 1988 | Chair, Cell and Molecular Biology Program, University of Vermont College of Medicine |
| 1981 - 1982 | First University of Vermont Medical Scholar Award for "outstanding and sustained research and scholarly contributions to both the academic discipline and the life of the University of Vermont" |
| 1980 - 1983 | Assistant Professor, Department of Pathology, University of Vermont College of Medicine |
| 1978 - 1980 | Research Assistant Professor, Department of Pathology, University of Vermont College of Medicine |
| 1975 - 1977 | Research Associate, Department of Pathology, University of Vermont College of Medicine |
| 1973 - 1974 | Research Assistant, Department of Pathology, University of Vermont College of Medicine |
| 1970 - 1973 | Research Assistant, Institute of Environmental Medicine, New York University, Sterling Forest, NY |

| 1968 - 1970 | Research Assistant, Department of Obstetrics and Gynecology, University of Vermont College of Medicine |
| 1968 - 1970 | Graduate Student, Physiology and Biophysics, University of Vermont College of Medicine |

## Editorial Boards
### *Current:*

| 1998 - | American Journal of Respiratory Cell and Molecular Biology |
| 2004 - | Particle and Fibre Toxicology |
| 2005 - | Current Respiratory Medicine Reviews |
| 2006 - | International Journal of COPD |
| 2010 - | International Journal of Clinical and Experimental Pathology |

### *Past:*

| 1993 - 2005 | Toxicology and Applied Pharmacology |
| 1993 - 2010 | Free Radical Biology and Medicine |
| 1996 - 2005 | Laboratory Investigation |
| 1996 - 2006 | American Journal of Physiology (Lung Cell Molecular Physiology) |
| 2004 - 2006 | The International Journal of Biochemistry & Cell Biology |
| 2004 - 2012 | American Journal of Pathology |

## Reviewer (Journals)

*American Journal of Physiology: Lung Cell Molecular Physiology*
American Journal of Respiratory and Critical Care Medicine
American Review of Respiratory Diseases
American Industrial Hygiene Association Journal
Archives of Biochemistry & Biophysics
Atherosclerosis
Cancer Research
Carcinogenesis
Cell Biology & Toxicology
Cell & Tissue Kinetics
Chemical Research in Toxicology
Chest
Clays and Clay Minerals
Clinical Cancer Research
Clinical Pathology and Pharmacology
Critical Review in Toxicology
Dose Response
Drug and Chemical Toxicology (past section Head of *In Vitro* Toxicology)
Environmental Heath Perspectives
Environmental Mutagenesis, Carcinogenesis
Environmental Research
European Journal of Cancer & Clinical Oncology
Experimental Cell Research
Experimental Lung Research
*In Vitro* Toxicology
Inhalation Toxicology
Journal of the American College of Toxicology
Journal of Biological Chemistry
Journal of Cellular Physiology
Journal of Clinical Investigation
Journal of Clinical and Laboratory Medicine
Journal of Leukocyte Biology
Journal of the National Cancer Institute

2

Journal of Toxicology and Applied Pharmacology
Lung Cancer
Molecular Medicine
Molecular Cancer Therapeutics
Nanotoxicology
Nature
Nature Nanotechnology
New England Journal of Medicine
New Journal of Chemistry
Nutrition and Cancer
Oncotarget
Regulatory Pharmacology and Toxicology
Risk Analysis
Scanning Electron Microscopy
Science

## Appointments on National and International Committees/Panels

Site visit participant and reviewer of grants for National Science Foundation; Environmental Protection Agency; National Cancer Institute; National Heart, Blood and Lung Institute; Member of Special Review Group on Chemoprevention Projects; National Cancer Institute; Study Section on Small Business Innovative Research (SBIR) Grants, NCI; National Science and Engineering Research Council of Canada; Veterans Administration research awards; Medical Research Council of Canada, American Cancer Society; Western Provinces Lung Association Grant Review Committee; Nickel Producers Environmental Research Association; Center for Indoor Air Research Contributor, Surgeon General's Report, "Smoking Related Cancer and Chronic Lung Disease in the Workplace", Special Emphasis Panels (Clinical Sciences) on a regular basis.

National Academy of Sciences Committee on "Non-Occupational Health Risks of Asbestiform Fibers", **1982 - 1983**

Consultant, EPA Scientific Advisory Board for Review of Airborne Asbestos Health Update, **1985**

External Advisory Committee, Stony Brook-Brookhaven Program Project on "Particle Deposition and Clearance by the Lung", **1985**

External Advisory Committee, University of California at Davis, Program "Pulmonary Effects of Environmental Oxidants", **1987 - 1990**

Scientific Advisory Committee, Alternative Approaches to Animal Testing, Proctor & Gamble, Cincinnati, OH, **1988**

Scientific Advisory Committee, Owens-Corning Fiberglas, Toledo, OH, **1988 - 1989; 1999 - 2000**

External Advisory Committee, Asbestos Research, Health Effects Research Institute, Cambridge, MA, October 31 - November 1, **1988**

Literature Review Panel on Asbestos, Health Effects Research Institute, **1990 - 1992**

Chemical Pathology Study Section, NIH, Ad hoc, **1992, 1995**

Member, Human Exposure and Health Effects Grant Review Panel, US Environmental Protection Agency, **1989 - 1993**

Member, NIOSH Board of Scientific Counselors, Fiber Subcommittee, **1989 - 1993**

Pulmonary Diseases Advisory Committee, NHLBI, **1990 - 1994** (Chair, **1994**)

Scientific Advisory Committee for Research Grants (Personnel for Research), American Cancer Society, **1991 - 1994**

Representative of the American Association of Pathology to the FASEB Life Sciences Research Advisory Committee, **1991 - 1994**

Invited guest of the Lung Division to NHLBI Council Meetings, September, **1993, 1994**

American Thoracic Society, Planning Committee, **1994 - 1997**

American Association for Cancer Research, Program Committee (Lung Cancer), **1994**

Co-Chair (with Dr. Gary Hunninghake), NHLBI, Coordination of Special Emphasis Research Panels for the Lung Division, **1994**

3

Member, US Environmental Protection Agency, Science Advisory Board, Environmental Health Committee, **1986 - 1996**

Assembly on Environmental and Occupational Health, Program Committee, American Thoracic Society (ATS), **1992 - 1996**

Ad Hoc Reviewer of the Laboratory of Human Carcinogenesis, Division of Basic Sciences, National Cancer Institute, September, **1996**

External Advisory Committee, NIEHS Center at Oregon State University, **1996 -** (Chair, **2003 - 2004**)

Contributor and Panel Member, *Relevance of the Rat Lung Response to Particle Overload for Human Risk Assessment*, ILSI Risk Science Institute, Washington, DC, **1998**

Council Member, The Oxygen Society, 1995-1999; Chair, Annual Mtg., Washington, DC, November, **1998**

Lung Biology and Pathology Study Section, NIH, July, **1995 - 1999**

American Society of Investigative Pathology, FASEB Program Committee, **1997 - 2000**

Board of Scientific Counselors (Subcommittee on Basic Research), National Cancer Institute, **2000 - 2005**

External Reviewer, Pilot Grant Program, NIEHS Center, Harvard University, **2002**

Parent Program Project Review Committee Member, National Heart, Lung and Blood Institute, **2002 - 2006, currently Ad Hoc member**

Scientific Advisory Board, CIIT Center for Health Research, **1995 -** (Chair, **2002 - 2003**)

External Scientific Advisory Committee, EPA Center for Particulate Health Effects, NYU, **2003 - 2005**

Board of Scientific and Policy Advisors, American Council on Science and Health, **2003 -**

External Advisory Committee, NIEHS Center for Molecular Toxicology, Vanderbilt University, Nashville, TN, **2003 -**

External Advisory Committee, Center for Asbestos-Related Diseases (CARD), Libby, Montana, **2003 -** (Focus Award, **2006**)

NIEHS Center Overview Committee, **2004**

NIEHS Review Committee: Transitional Investigator Position Awards (TIPS), **2004 -**

NIEHS Superfund grant reviewer, **2005**

Program Committee, American Society for Investigative Pathologists (ASIP), **2004 - 2006**

External Advisory Committee, Center of Biologic Research Excellence (COBRE NIH) in "Lung Biology", Dartmouth Medical College, Hanover, NH, **2004 - 2012**

External Protocol Review Committee, Beryllium BioRepository, Department of Energy, **2006**

Chair, External Advisory Committee, NIEHS Director's Challenge Project on "Genetics of Susceptibility to Hyperoxia Insult", NIEHS, **2006 - 2010**

Advisory Committee, Nano-Interact Project of the European Union, **2006 -**

External Advisory Committee, Department of Environmental and Occupational Health, School of Public Health, University of Pittsburgh, Pittsburgh, PA, **2006 -**

American Society for Investigative Pathology (ASIP), Education Committee, **2007 - 2009**

American Thoracic Society, Research Program and Funding Committee, **2007 - 2008**

Peer Reviewer, NIOSH White Paper: Asbestos and Other Mineral Fibers: A Roadmap for Scientific Research, **2007**

External Reviewer, EPA National Health and Environmental Effects Research Laboratory (NHEERL), Action plan on Libby amphibole asbestos, **2007**

Evaluation and Review Panel (REP), National Mesothelioma Virtual Bank, University of Pittsburgh, **2007 -**

Chair, Special Emphasis Panel, NHLBI: RFA on Targeting Smooth Muscle in Prevention of Asthma, **2009**

Speaker and Participant, Institute of Medicine/National Research Council, Workshop on the NIOSH Research Roadmap on Asbestos Fibers and Other Elongated Mineral Particles, **2009**

External Reviewer, National Center for Environmental Assessment's (NCEA) Technical Qualification Board Review, **2011**

Review Panel, Virtual Consortium for Translational/Transdisciplinary Environment Research Review Meeting, NIEHS, **2011**

Reviewer, AIRC (Associazone Italiana per la Ricerca sul Cancro) research grants, **2011 - 2012, 2014**

Review Panel, International Collaborations in Environmental Health, NIEHS, June **2012**

Reviewer, NIOSH Nanotechnology Research Center (NTRC) FY13 intramural project proposal, November **2012**

4

Session Co-Chair "Naturally Occurring and Synthetic Fibers including Nanofibers and Nanotubes", Geological Society of America, Northeastern Section Meeting, Bretton Woods, NH, March 17 - 19, **2013**

Organizing Committee, 10th International Meeting on Particle Toxicology, Dusseldorf, Germany, June 4 - 7, **2013**

Scientific Advisory Board, Mesothelioma Applied Research Foundation (MARF), **2013 - 2018**

Editor, Science Quarterly of MARF**, 2014**

Chair, Special NIH Review Panel, NHLBI Parent Program Project Study Section, Washington, DC, June 13, **2013**

Chair, Special NIH Review Panel, RFA on Pulmonary Hypertension Phenomics, Bethesda MD, June 17, **2014**

External Advisory Committee, NIEHS Superfund grant on "Asbestos: fate, exposure, remediation, and health effects, University of Pennsylvania, **2014 -**

Ad Hoc Member, Special Emphasis NIH Panel/Scientific Review Group on "Cancer Etiology", Gaithersburg, MD, June 19 - 11, **2015**

Ad Hoc Member, Board of Scientific Counselors, NCI, Internal Review Program, October 28 - 30, **2015**

Organizing Committee, 11th International Meeting on Particle & Fiber Toxicology, Singapore, September **2016**

International Mineralogical Association (IMA) Working Group on Asbestos, **2019**

## **Invited Participant/Speaker in NIH/EPA Workshops**

"Pleural Cell Biology in Health and Disease", NHLBI, October 1 - 2, **1990**

"Neuroendocrine Cells in Pulmonary Biology", NHLBI, September 5 - 6, **1991**

"Research Needs and Opportunities Related to Respiratory Health of Women", NHLBI, January 30 - 31, 1**992**

Co-chair, "Environmental Lung Disease: Relationship between Acute Inflammatory Responses to Air Pollutants and Chronic Lung Disease", NHLBI/NIEHS, May 29 - 31, **1991**

Co-chair, "*In Vivo* Cell Biology", NHLBI, June 7 - 8, **1993**

"Pulmonary Complications of Breast Cancer Therapy", NHLBI, September 20, **1993**

"New Approaches to Pulmonary Fibrosis", NHLBI, August 30 - 31, **1994**

Chair, "Genetics and Gene Therapy for the Study of Pulmonary Diseases", NHLBI, September 23 - 24, **1994**

Chair, "Strategies for Interventions in Aging and Age-Related Diseases", NIA, July 14 -16, **1999**

Training Evaluation Working Group, NIEHS, September 14 - 15, **1999**

Planning Committee and Chair of Working Group, Signal Transduction Workshop, NIEHS, April 11 -12, **2001**

Working Group on Pulmonary Fibrosis, NHLBI, June 26 - 27, **2001**

Expert Panel on Health Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length, Agency for Toxic Substances and Disease Registry (ATSDR/EPA), New York, NY, October 7 - 9, **2002**

Panel Member and Speaker, EPA Workshop on Asbestos Mechanisms of Toxicity, Chicago, IL, June 12 - 13, **2003**

Working Group member, EPA/ATSDR panel on Libby Asbestos Mine, Libby, MT, August 17 - 19, **2003**

Panel Member/Session Chair: Validation of Causal Relationships in Criteria to Establish Etiology of Human Cancers, Division of Biological Carcinogenesis and Toxicology, National Cancer Institute, December 11 - 12, **2003**

Invited Participant, NHLBI/Cystic Fibrosis Foundation workshop on "Adult Stem Cells, Lung Biology, and Lung Disease", University of Vermont College of Medicine, Burlington, VT, July 25 - 27, **2005**

Invited Working Group Member, NIEHS/NTP Working Group on "Biomarkers for Toxicology Studies", Research Triangle Park, NC, September 20 - 21, **2006**

Invited Expert, National Toxicology Program's (NTP) Report on Carcinogens (RoC) Registry, **2008**

Group Leader, Asbestos: A Science-Based Examination of the Mode of Action of Asbestos, NIEHS/EPA, Research Triangle Park, NC, December 16 - 17, **2009**

Invited Panelist and Lecturer, "Inflammasome Activation from Erionite", Workshop on Erionite, NIEHS, Research Triangle Park, October 12, **2011**

Chair, Special NHLBI Review Panel, "Systems pharmacogenomics of asthma treatment, November 3, **2017**

Planning Committee on "Elongate Mineral Particles: Integrating Terminology and Characterization", National Academies of Science, **2017- 2018**

## **Societies**

Sigma Xi Scientific Honor Society
American Association for Cancer Research
American Thoracic Society
American Society of Investigative Pathology
Pluto Society for Excellence in Pathology Research (University Associates in Pathology)
Women in Cancer Research
Pulmonary Pathology Society
The International Association for the Study of Lung Cancer (IASLC)

## University Committees
Animal Care Committee, Given Institute
Admissions Committee for the Medical College
Steering Committee, Cell Biology Program
Admissions Committee, Cell Biology Program
Graduate Education Coordinator for the Department of Pathology
Search Committee for Chair of Pediatrics
Evaluation Committee for Chair of Biochemistry
Senate Committee on Research and Scholarship
Search Committee for Dean, College of Agriculture and Life Sciences
Self-Study Committee on Re-accreditation
Evaluation for Chairman of Pharmacology
Hearing Officer, Office of Affirmative Action
Task Force on Research and Scholarship
Given Asbestos Management Task Force
University of Vermont Faculty Mentorship Program
Graduate Alumni Award Committee

## Invitations/Presentations
"Interaction of Crocidolite with the Tracheobronchial Epithelium in Organ Cultures", Proceedings for the Society of Experimental Biology and Medicine, Champlain Division, Stamford, CT, November 15, **1975**
"Long-term Maintenance of Hamster Tracheal Organ Cultures", GAP Workshop on Tissue Culture Models to Study Cystic Fibrosis Lake Placid, NY, October 12 - 14**, 1977**
"Interaction of Environmental Particulates with the Tracheobronchial Epithelium", School of Public Health, Harvard University, Boston, MA, January 30, **1978**
"Models of Respiratory Carcinogenesis" Dartmouth Medical School, Hanover, NH, October 15, **1978**
"Organ Culture as a Tool to Study Environmental Carcinogenesis" Workshop on Teaching of Environmental Pathology, Aspen, CO July 29 - August 3, **1979**
Invited Participant, International Workshop on "Effects of Mineral Dusts *In Vitro*", MRC Pneumoconiosis Unit, Cardiff, Wales, September, **1979**
"Comparative Cytotoxicity of Chrysotile and Crocidolite Asbestos in Hamster Tracheal Epithelial Cells", Gordon Conference: Pulmonary Biology: Lung Injury, Colby Sawyer College, New London, NH, August 11 - 15**, 1980**
"Interaction of Minerals with Cell Membranes", Clay Minerals Society, Waco, TX, October 5 - 9**, 1980**
"Asbestos and Carcinogenesis - Mechanisms of Cellular Injury", Department of Pulmonary Medicine, Yale University, New Haven, CT, January 21, **1981**
"Mechanisms of Asbestos Carcinogenesis", American Health Foundation, Naylor-Dana Institute, Valhalla, NY, January 23, **1981**
Invited Participant, Conference on Epidemiological, Immunological Genetical Aspects of Asbestosis Wroclaw, Poland, March, **1981**
"Studies of Cellular Mechanisms in Asbestos-induced Disease", State University of New York, Department of Health, Division of Laboratories and Research, Albany, NY, June 20, **1981**
Key Note Speaker, "Asbestos-induced Cancers", Annual Meeting of the American Cancer Society, Vermont Division, Montpelier, VT, October 15, **1981**

6

"Mechanisms of Asbestos-induced Carcinogenesis in Hamster Trachea", 12th Conference on Environmental Toxicology, Dayton, OH, November 3, **1981**

Invited Participant, 2nd International Workshop on "Effects of Mineral Dusts *In Vitro*", NCTR Little Rock, AK, April, **1982**

"Mechanisms of Asbestos and Nonasbestiform Particles and Fibers in Bronchogenic Carcinoma", 4th Annual RMCOEH Occupational and Environmental Health Conference on Health Issues Related to Metal and Nonmetallic Mining, Park City, UT, April 7 - 9, **1982**

"Asbestos - Mechanisms of Cytotoxicity and Carcinogenicity in the Respiratory Tract", School of Public Health, University of California at Berkeley, Berkley, CA, June 11, **1982**

"*In Vitro* Studies Pertaining to Ingested Asbestos", Summary Workshop on Ingested Asbestos, US EPA, Cincinnati, OH, October 13 - 14, **1982**

Session Chairperson and Speaker, "Chemical-induced Injury", International Conference on Beta Cell Injury, Juvenile Diabetes Foundation, Princeton, NJ, October 27 - 30**, 1982**

"Alternate Approaches to Animal Testing: Tracheal Organ Culture", Battelle Laboratories, Columbus, OH, March 29, **1983**

"Mechanisms of Asbestos Carcinogenesis", University of South Alabama College of Medicine, Graduate Program in Basic Medical Sciences, Mobile, AL, November 10, **1983**

"Cocarcinogenesis and Tumor Promotion by Particulates and Fibers in the Respiratory Tract", Conference on Tumor Promotion and Enhancement in Human and Experimental Respiratory Tract Carcinogenesis, US EPA, Williamsburg, VA, June 17 - 20, **1984**

"*In Vitro* Studies on Asbestos-induced Carcinogenesis", W. Alton Jones Cell Science Center, Lake Placid, NY, July 17, **1984**

"Mechanisms of Cell Damage and Carcinogenesis by Asbestos", National Institute of Occupational Safety and Health, Morgantown, WV, September 10, **1984**

Member, Organizing Committee, 3rd International Workshop on Effects of Mineral Dusts *In Vitro*, Hochschwarzwald, Germany, September, **1984**

"Cellular Mechanisms of Damage and Carcinogenesis by Asbestos and Polycyclic Aromatic Hydrocarbons", National Institute of Environmental Health Sciences, Research Triangle, NC, January 17, **1985**

"Mechanisms of asbestos-induced toxicity and carcinogenicity" Department of Pathology, State University of New York at Syracuse, Syracuse, NY, March 18, **1985**

"Pathogenesis of asbestos-associated disease "Division of Pulmonary Medicine, Yale University, New Haven, CT, March 27, **1985**

Invited Participant, International Conference on Biological Mechanisms of Occupational Lung Disease Park City, UT, April, **1985**

"Oxygen free radicals in asbestos-induced lung injury" AIR Seminar Series, University of Rochester Medical Center, Rochester, NY, April 30, **1985**

"Role of Active Oxygen Species in Asbestos-associated Toxicity", Fine Particles Symposium, Miami, FL, April 22, **1985**

"*In Vitro* Approaches to Study of Respiratory Tract Cancers", National Institutes of Health, Interagency Collaborative Group on Environmental Carcinogenesis, Bethesda, MD, October 16, **1985**

"Mechanisms of asbestos-associated carcinogenesis", New York University Medical Center, Division of Environmental Medicine, Sterling Forest, NY, October 23, **1985**

"Importance of Fiber Length and Dimension in Asbestos-induced Toxicity and Carcinogenesis", US Army, Department of Toxicology, Aberdeen, MD, December 18, **1985**

Scientific Program Chairman, 37th Annual Meeting of the Tissue Culture Association, Chicago, IL, **1986**

"Mechanisms of Asbestos Carcinogenesis", Session-In-Depth on Mechanisms of Cell-Toxicant Interaction, 37th Annual Meeting of the Tissue Culture Association, Chicago, IL June 7, **1986**

"Oxygen Free Radicals as Causative Factors in Asbestosis", University of Connecticut, Department of Laboratory Medicine, Farmington, CT, June 23, **1986**

"Approaches to Prevention of Asbestos-induced Fibrotic Lung Disease in Rats Using Administration of Polyethylene (PEG)-conjugated Scavengers of Active Oxygen Species", ENZON Conference on "Modified Enzymes in Free Radical Research", Princeton, NJ, July 19, **1986**

Invited Participant, 14th International Cancer Congress, Panel on Experimental and Human Respiratory Tract Carcinogenesis, Budapest, Hungary, August, **1986**

Invited Session Chair, 4th International Conference on Pulmonary Fibrosis, Gothenburg, Sweden, October, **1986**

"Mechanisms of asbestos-induced carcinogenesis," Defense Research Institute, Seminar on "Asbestos Medicine," Boston, MA, November 21, **1986**

"Role of oxygen free radicals in asbestos-induced lung disease," Conference on "Oxygen Radicals and Antioxidants in Cancer and Aging," University of California at Berkeley, Berkley, CA, February 6 - 7, **1987**

"Mechanisms of Pulmonary Carcinogenesis by Inorganic Particles," Workshop on "Mechanisms and Distributions of Environmental Disease," Montreal, Quebec, Canada, April 28, **1987**

"Asbestos Fibers and Disease," Policy Forum: Asbestos in Commercial Buildings, Urban Land Institute, Washington, DC, June 16, **1987**

Invited Lecturer, British Association of Lung Research Meeting on "Mineral Fibers," Surrey, England, July 13 - 14, **1987**

Invited Session Chair, IARC-WHO Symposium, "Mineral Fibers in the Non-Occupation Environment Lyon, France, September 8 - 10, **1987**

"Mechanisms of Asbestos Fibers in Disease, "Symposium on Scientific Advances in Environmental Medicine, New York University Institute of Environmental Medicine, New York, NY, October 29 - 30, **1987**

Scientific Program Chair, NATO-NIH Advanced Research Workshop on Effects of Mineral Dusts *In Vitro*, Sherbrooke, Quebec, Canada, **1988**

Invited Discussant, "Oxygen Radicals in Xenobiotic-induced Tissue Injury", Upjohn - UCLA Symposium on Oxy-Radicals in Molecular Biology and Pathology, Park City, UT, January 24 - 30, **1988**

"Free Radical Mechanisms in Asbestos-induced Diseases, Symposium on Free Radical Mechanisms in Pathogenesis, Annual meeting of the Society of Toxicology, Dallas, TX, February 16 - 19, **1988**

Invited Speaker, BOMA International Asbestos Management Seminar, New York, NY, March 10 - 11, **1988**

Invited Participant, International Symposium on "Biological Interaction of Inhaled Mineral Fibers and Cigarette Smoke," Battelle-Seattle, WA, April 10 - 14, **1988**

"Mechanisms of Cell Damage and Proliferation by Asbestos", W. Alton Jones Cell Science Center, Lake Placid, NY, May 10, **1988**

Invited Participant, Proctor and Gamble Workshop on "Future Directions in Research on Toxicology of the Respiratory Tract", Cincinnati, OH, October 17 - 19, **1988**

"Fibers", meeting on "Biology, Toxicology and Carcinogenesis of the Respiratory Epithelium", Albuquerque, NM, November 14 - 16, **1988**

"Factors Influencing Individual Responses to Asbestos", Symposium on "Health Aspects of Asbestos in Buildings", Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, MA, December 14 - 16, **1988**

"Mechanisms of Asbestos-induced Diseases", Wadsworth Center for Laboratories and Research Scientific Seminar Series, State of New York Department of Health, Albany, NY, January 24, **1989**

Invited Session Chair, 1st International Conference on Health Related Effects of Phyllosilicates, Paris, France, March 16 - 17, **1989**

Invited Session Chair and Speaker, Colloquium Ramazzini International Meeting on "Different Pathogenic Potential of Asbestos Fibers" Ottawa, Ontario, Canada, March 20 - 22, **1989**

"The Medical Case from the Doctor's Standpoint" Asbestos in Buildings: The Laws, the Costs, the Solutions, Law Journal Seminars-Press, New York, NY, April 13 - 14, **1989**

"Asbestos toxicology", Toxicology Update, Current Concepts in Inhalation Toxicology, Johns Hopkins University, Baltimore, MD, April 24 - 26, **1989**

Session Leader/Invited Speaker, NIEHS Workshop on Research Needs in Fiber Toxicology, Research Triangle Park, NC, July 10 - 12, **1989**

"Antioxidant Enzyme Defense Mechanisms in Asbestos-related Lung Injury", Chicago Lung Association Conference on Occupational Lung Disease, Chicago IL, October 19 - 22, **1989**

"Asbestos: Scientific Developments and Public Policy", American Industrial Hygiene Association, Meriden, CT, March 14, **1990**

8

"Mechanisms of Asbestos-induced Lung Disease", Department of Pathology, Mount Sinai School of Medicine, New York, NY, March 19, **1990**

"Role of Oxy-radicals in Rodent Cells", Cold Spring Harbor Conference on Mechanisms of Fiber Cytotoxicity and Carcinogenesis, Banbury Conference Center, Long Island, NY, March 20 - 22, **1990**

"Active Oxygen Species in Asbestos-induced Cell Damage and Disease", Symposium on "Free Radical Mechanisms of Tissue Injury", Annual meeting of the American Chemical Society, Boston, MA, April 22, **1990**

"Mechanisms of Asbestos-related Diseases", Society for Risk Analysis', Forum on Risk of Indoor (Asbestos) Building Materials, Washington, DC, May 7 - 8, **1990**

"Mechanisms of Asbestos-induced Lung Disease", Symposium on "Particle-Lung Interactions: Overload Related Phenomena", Rochester, NY, May 17- 18, **1990**

"Asbestos: Scientific Developments", Clinical Research Institute of Montreal, Montreal, QC, Canada, May 22, **1990**

"Asbestos: An Overview on Mechanisms of Action in the Causation of Lung Diseases", Symposium on "Exogenous and Endogenous Factors as Major Cancer Risks in Carcinogenesis", 81st Annual Meeting of the American Association of Cancer Research, Washington, DC, May 26, **1990**

Invited Speaker, International Meeting on "Free Radicals in Health and Disease" Johannesburg, South Africa, July 18 - 20, **1990**

"Health Effects of Low Level Exposure", Workshop on Asbestos in Buildings, Canadian Centre for Occupational Health and Safety, Laval, Quebec, Canada, September 11, **1990**

"Recent Information on Potential Health Risks from Exposure to Asbestos", American Association of School Administrators "I Care" Conference, Hyatt Regency on Capitol Hill, Washington, DC, September 13, **1990**

"Risks from Asbestos Exposure" Society for Risk Analysis Annual Meeting, New Orleans, LA, October 7, **1990**

Organizing Committee, 6th International Colloquium on Pulmonary Fibrosis, Stowe, VT, October 14 -17, **1990**

Scientific Chair, Session on "Evidence for Mechanisms from Cell Culture Studies" NATO Meeting on "Mechanisms of Fibre Carcinogenesis", Albuquerque, NM, October 22 - 25, **1990**

"The Risks of Asbestos in Buildings: The Need for National Policy", Brookings Institute, Washington, DC, November 7, **1990**

Visiting Pulmonary Scholar sponsored by Burroughs Wellcome; the Chemical Industry Institute of Toxicology; Duke University; the US Environmental Protection Agency; the National Institute of Environmental Health Sciences; North Carolina State University Veterinary School and the University of North Carolina, Raleigh, NC, February 5 - 7, **1991**

"Asbestos and Lung Disease", Grand Rounds, St. Luke's/Roosevelt Hospital, Department of Medicine, New York, NY, February 13**, 1991**

"Oxidant-induced Cell Injury by Asbestos", Department of Pathology, Baylor College of Medicine, Houston, TX, March 21, **1991**

"Molecular Biology of Asbestos Interactions with Tracheal Epithelial Cells and Lung Fibroblasts", Wayne State University, Detroit, MI, April 8, **1991**

"Oxidants, Antioxidants, and Asbestos-induced Lung Disease", Institut Lady Davis de Recherches Medicales, Montreal, Quebec, Canada, April 16, **1991**

"Oxidants, Antioxidants and Asbestos-related Lung Disease", American Health Foundation, Valhalla, NY, May 9, **1991**

Chair and Session Summarizer, "Mechanisms of Asbestos-induced Lung Disease", American Thoracic Society, American Lung Association Annual Meeting, Los Angeles, CA, May 14, **1991**

Invited Speaker, 10th International Symposium for Society of Toxicologic Pathologists, Pulmonary Toxicologic Pathology, "Mechanisms of Asbestos-induced Lung Injury in a Rat Inhalation Model of Disease", Monterey, CA, June 4, **1991**

"Oxidant Injury and Asbestos-induced Lung Disease", National Institute of Environmental Health Sciences, Research Triangle Park, NC, September 3, **1991**

Session Chair and Invited Lecturer, "Oxidants and Enzyme Induction", 4th International Conference on Environmental Lung Disease: At Home, At Work: Mechanisms, Manifestations and Management, Montreal, Quebec, Canada, September 25 - 28, **1991**

Scientific Program Committee, American College of Chest Physicians (ACCP) 4th International Conference on Environmental Lung Disease, Montreal, Quebec, Canada, September 24 - 26, **1991**

9

Session Scientific Chair, "Epidemiology of Malignant Mesothelioma", International Conference on "Mesothelial Cell and Mesothelioma: Past, Present and Future", Paris, France, September 30 - October 2, **1991**

"Mechanisms of Asbestos-induced Lung Cancer and Mesothelioma", American Society of Clinical Oncology, Educational Workshop, Miami, FL, November 8, **1991**

Invited Participant and Rapporteur, Workshop on "Approaches to Evaluating the Toxicity and Carcinogenicity of Man-made Fibers", sponsored by Duke University Center for Extrapolation Modeling, Thermal Insulation Manufacturers Association and US Environmental Protection Agency, Durham, NC, November 11 - 13, **1991**

"Approaches to Testing Synthetic Fibers for Disease Potential", Toxicology Division, Dow Chemical Company, Midland, MI, January 20, **1992**

"Biochemical Mechanisms in Asbestos-related Carcinogenesis and Fibrosis", Department of Biochemistry, Loyola University of Chicago, IL, February 10, **1992**

"Asbestos", Invited Speaker at Symposium on "How Well does Environmental Policy Track Science", Annual meeting of the American Association for Advancement of Science, Chicago, IL, February 11, **1992**

Invited Speaker, "Health Effects of Fibrous Materials", Workshop on Interaction of Glass Surfaces with Chemical and Biological Environments, NSF/University Center for Glass Research, Bethesda, MD, March 5 - 6, **1992**

Plenary Lecturer, 2nd International Meeting on "Free Radicals in Inflammation", Society for Rheumatology, Inflammation, and Free Radical Research, Cape Town, South Africa, March 22 - 26, **1992**

Co-chair and Presenter, Mini-symposium: "Adaptive Responses to Injury", American Association of Pathology, FASEB Meeting, April 9, **1992**

Invited Speaker, "Mechanisms of Asbestos-induced Lung Disease and Preventive Approaches", National Center of Occupational Health, Johannesburg, South Africa, March 28, **1992**

Invited Speaker, "Mechanisms of Asbestos-induced Free Radical Production", Mobil Environmental Technical Center, Princeton, NJ, April 27, **1992**

Invited Speaker, "Effects of Asbestos and Free Radicals on Cellular Proliferation", National Cancer Institute Division of Experimental Pathology, National Institutes of Health, Bethesda, MD, May 7, **1992**

Invited Speaker, "Cancer Risks of Asbestos", Symposium on Risk Assessment of Carcinogens in the Workplace and Environment, Annual meeting of the American College of Occupational Medicine, Washington, DC, May 8, **1992**

"Sensitivity of Human Mesothelial Cells to asbestos and Oxidants", Symposium on "Pleural Disease", American Thoracic Society-American Lung Association International Conference, Miami, FL, May 18, **1992**

"Mechanisms of Asbestos Toxicity and Health Risks", American Society of Testing Materials (ASTM) EPA workshop, Johnson VT, July 12 - 14, **1992**

Scientific Chair, Session on "*In Vitro* Assessment of Biopersistence", WHO-IARC Meeting, on "Biopersistence of Respirable Synthetic Fibres and Minerals", Lyon France, September 7 - 9, **1992**

Invited Plenary Speaker, "Asbestos-recent Scientific Developments", Joint Scientific Session of the Pennsylvania and New Jersey Thoracic Societies and the Eastern Division of the ATS, 100th Anniversary, Philadelphia, PA, September 11 - 12, **1992**

Invited Faculty, Law Institutes Program on Asbestos Medicine "What Do Animal Inhalation Experiments Tell Us About Human Disease?" Defense Research Institute, Chicago, IL, October **1992**

"Molecular Regulation of Cell Proliferation by Asbestos", Department of Biochemistry and Cell Biology, Albany Medical College, Albany, NY, February 1, **1993**

Invited Speaker, 4th International Life Sciences Institute (ILSI) Symposium "Toxic and Carcinogenic Effects of Solid Particles in the Respiratory Tract", Hannover, Germany, February 28, **1993**

Invited Session Speaker, "Pathology of Lung Injury", American Society for Investigative Pathology, FASEB meetings, New Orleans, LA, March 31, **1993**

Invited Colloquium Participant, International Centre for Scientific Ecology, Paris, France, May 10, **1993**

Member, Advisory Committee, International Meeting on "Oxygen Radical and Lung Injury" NIOSH-NIH, Morgantown, WV, August 29 - September 2, **1993**

Distinguished Professor Lectureship, Jefferson Medical College, Division of Environmental Medicine and Toxicology, Philadelphia, PA, April 28 - 29, **1993**

"Molecular Mechanisms of Asbestos-induced Lung Disease", Seminar series on Pulmonary Biology and Medicine, MD Hershey Medical Center, Penn State University, Hershey, PA, May 7, **1993**

"Protooncogene Induction by Asbestos", 2nd International Mesothelioma Workshop, San Francisco, CA, May 15, **1993**

Session Co-chair and Invited Speaker, "Tissue Structural Cells as Effectors of Response to Inhaled Environmental and Occupational Pollutants", American Thoracic Society/American Lung Association International Conference, San Francisco, CA, May 16 - 19, **1993**

Invited Speaker, "Molecular Mechanisms of Cell Proliferation and Carcinogenesis by Asbestos", Center for Radiological Research, College of Physicians and Surgeons of Columbia University, New York, NY, July 14, **1993**

Invited Plenary Speaker, "The Toxicology of Serpentine and Amphibole Asbestos", American Institute of Chemists/American Chemical Society Annual Meeting, 70th National Meeting, Chicago, IL, August 24, **1993**

Invited Speaker and Session Chair, Symposium on "Cell Signaling and the Molecular Stress Responses", Lake Placid, NY, September 23 - 26, **1993**

"Mechanisms of Asbestos-induced Lung Disease", Division of Pulmonary Medicine, Department of Internal Medicine, Yale University, New Haven, CT, September 30, **1993**

Invited Speaker, International Symposium on "Coal Dust-induced Respiratory Disorders", Maastricht, The Netherlands, October 8, **1993**

Scientific Organizing Committee, 5th International Workshop on Effects of Mineral Dusts *In Vitro*, Creteil, France, October 11 - 13, **1993**

Co-convener, Symposium, "Health Effects of Mineral Dusts", Mineralogical Society of America, Nantucket, MA, October 22 - 24, **1993**

Invited Speaker, Workshop on "Health Risks Associated with Chrysotile Asbestos", International Commission on Environmental Health, Jersey, Channel Islands, Great Britain, November 14 - 17, **1993**

"Molecular Mechanisms of Asbestos-induced Diseases", Pharmacology and Toxicology Seminar Series, Dartmouth-Hitchcock Medical Center, Hanover, NH, January 19, **1994**

Invited Faculty, Workshop on "Talc: Consumer Uses and Health Perspectives", International Society of Regulatory Toxicology and Pharmacology, FDA, National Institutes of Health, Bethesda, MD January 31 - February 1, **1994**

Invited Speaker, Gordon Conference on "Oxygen Radicals and Biology", Ventura, CA, February 6 - 11, **1994**

Invited Speaker and Session Chair, International Conference on "Crystalline Silica", Baltimore, MD, April 18 - 20, **1994**

Invited Speaker, Wyeth Ayerst Drug Safety Symposium on "Modern Trends in Safety Assessment of Drugs", Chazy, NY May 9, **1994**

"Molecular Mechanisms of Asbestos-induced Lung Diseases", Toxicology Scholars Colloquium, University of Connecticut at Storrs, Center for Biochemical Toxicology, Storrs, CT, May 12 - 13, **1994**

Session Chair, "Pneumoconiosis: Basic Mechanisms", American Thoracic Society/American Lung Association 1994 International Meeting, Boston, MA, May 23, **1994**

Session Co-Chair and Presenter, Symposium on "Transmembrane Signaling and Intracellular Regulation Mechanisms, American Thoracic Society/American Lung Association, 1994 International Meeting, Boston, MA, May 24, **1994**

Invited Speaker, Symposium on "Mesothelioma and Mesothelioma Cells", American Thoracic Society/American Lung Association 1994 International Meeting, Boston, MA, May 24, **1994**

Elected Member, Pluto Club (Honorary Society for Investigative Pathologists), **1994**

"Molecular Mechanisms of Asbestos-Induced Disease", Sealy Center for Molecular Biology, University of Texas at Galveston, Galveston, TX, October 4, **1994**

"Molecular Mechanisms of Asbestos Interactions with Cells", Pulmonary Division, University of Texas at Houston, Houston, TX, October 5, **1994**

Invited Speaker, "Inhalation Models to Explore Mechanisms, Prevention and Treatment of Pulmonary Fibrosis", Wyeth Ayerst Scientific Symposium on Pharmaceutical Aspects of Drug Delivery to the Lung, State University of New York at Plattsburgh, Plattsburgh, NY, October 11, **1994**

Invited Speaker, Postgraduate course on "Cellular Oxidants: Production and Consequences", Queenstown, New Zealand, November 1 - 3, **1994**

Invited Symposium Speaker and Session Chair, VIIth International Meeting of the Society for Free Radical Research, Sydney, Australia, November 7 - 11, **1994**

Invited Speaker, 5th International Life Sciences Institute (ILSI) Symposium, "Correlations Between *In Vitro* and *In Vivo* Investigations in Inhalation Toxicology", Hannover, Germany, February 20 - 24, **1995**

Invited Plenary Lecturer, 5th International Conference on "Environmental and Occupational Disease", American College of Chest Physicians, Orlando, FL, March 2 - 5, **1995**

Invited Plenary Lecturer, "Role of Reactive Oxygen and Nitrogen Species in Cell Signaling and Proliferation by Asbestos, 43rd Annual Meeting of the Radiation Research Society, San Jose, CA, April 1 - 6, **1995**

Invited Session Chair and Guest, "Meet the Researchers", Pulmonary Pathobiology Subsection, Experimental Biology '95, Atlanta, GA, April 9 - 13, **1995**

Invited Lecturer, "An Update on Asbestos", Robert Wood Medical Institute, Rutgers University, Piscataway, NJ, May 11, **1995**

Invited Speaker and Session Chair, American Thoracic Society Annual Meeting, Miami, FL, May 20 - 24, **1995**

Invited Speaker, 3rd International Mesothelioma Conference, Creteil, France, September 12 - 15, **1995**

Invited Speaker, British Association for Lung Research, "Fibres, Particles and the Lung: New Perspectives", Edinburgh, Scotland, September 11 - 12, **1995**

Invited Speaker, Symposium on "Health Effects of Fibrous Minerals Used in Industry Excluding Asbestos", Sydney Australia October 30 - 31, **1995**

Invited Speaker, Keystone Symposium on "Oxidant Stress: from Molecules to Man", Santa Fe, NM, January 8 - 14, **1996**

Invited Participant, Workshop on "Mechanisms of Fibre Carcinogenesis", IARC, Lyon, France, January 9 - 11, **1996**

Invited Session Chair, Gordon Conference on "Oxygen Radicals and Biology", Ventura, CA, February 14 - 19, **1996**

Invited Lecturer, Center for Toxicology, College of Pharmacy, University of Arizona, Tucson, AZ, April 4, **1996**

Session Chair and Invited Speaker, Annual Meeting of the American Thoracic Society, New Orleans, LA, May 10 - 15, **1996**

Invited Plenary Lecturer, Organizing Committee and Editorial Board, 6th International Meeting on "Toxicology of Natural and Man-made Fibrous and Non-fibrous Particles", Lake Placid, NY, September 6 - 19, **1996**

Invited Lecturer, Short Course on "Minerals and Health", Institute of Mineralogy and Petrography, University of Fribourg, Switzerland, October 7 - 11, **1996**

Invited Speaker, Oxygen Society Meeting '96, Miami Beach, FL, November 21 - 25, **1996**

Invited Symposium Speaker, Society of Toxicology Annual Meeting, Cincinnati, OH, March 9 - 12, **1997**

Organizer and Chair, Symposium on "Oxidative Mechanisms of Cell Signaling and Repair in Disease", American Society for Investigative Pathology, Experimental Biology '97, New Orleans, LA, April 6 - 9, **1997**

Organizer and Chair, Trends in Experimental Pathology Symposium, "New Developments in Cell Imaging Techniques for Detection of Cell Injury and Disease", American Society for Investigative Pathology, Experimental Biology '97, New Orleans, LA, April 6 - 9, **1997**

Organizer, Workshop on "Environmental Pathology: New Directions and Opportunities, American Society for Investigative Pathology, Experimental Biology '97, New Orleans, LA, April 6 - 9, **1997**

Invited Lecturer and Honorary Membership Award, The Oxygen Society of Greater Washington, DC, Inc., Annual Meeting, Washington, DC, June 10, **1997**

Invited Session Chair, Cell Viability and Death, XIX[th] Annual Meeting, International Society for Heart Research, Vancouver, BC, Canada, July 23 - 27, **1997**

Scientific Organizing Committee and Session Chair, 2nd International Conference on Oxygen/Nitrogen Radicals and Cellular Injury, Durham, NC, September 7 - 10, **1997**

Invited Contributor and Session Chair, International Workshop on "Health Effects of Chrysotile Asbestos: Contribution of Science to Risk Management Decisions", Montreal, QC, Canada, September 14 - 16, **1997**

Invited Lecturer, Yale University Symposium on Pulmonary Biology and Environmental Lung Disease, New Haven, CT, October 22, **1997**

Invited Symposium Speaker, Annual Meeting of the Society for Gerontology Research, Cincinnati, OH, November 12 - 17, **1997**

Outstanding Volunteer Contribution Award, The Oxygen Society, Washington, DC, **1998**

Invited Speaker, University of California at Davis, Center for Comparative Respiratory Biology and Medicine, Pulmonary Seminar Series, "Cell Signaling Cascades in Oxidant-induced Lung Injury and Apoptosis" Davis, CA, May 1, **1998**

Invited Speaker, Columbia University; Division of Environmental Health Sciences: "Cell Signaling Events Regulating Apoptosis and Proliferation by Oxidant Stresses in Mesothelial and Pulmonary Epithelial Cells", May 13, **1998**

Invited Speaker, Wayne State University, NIEHS Center Seminar Series: "Cell Signaling by Oxidant Stresses in Lung", Detroit, MI, May 14, **1998**

Invited Speaker, University of Rochester Division of Environmental Health Sciences: "Cell Signaling by Minerals and Oxidants in Environmental Lung Disease", Rochester, NY, May 21, **1998**

Invited Speaker, University of Pennsylvania, "Cell Signaling Mechanisms in Environmental Lung Disease", Philadelphia, PA, September 25, **1998**

Invited Speaker, Pleura 1998: Medical Thoracoscopy - Mesothelioma", "Mechanisms of Asbestos Pathogenesis", Brescia, Italy, October 15 - 16, **1998**

Program Chair, Oxygen '98, Annual Meeting of the Oxygen Society, Washington, DC, November 19 - 23, **1998**

Faculty Member and Speaker, "Mechanisms of Asbestos Carcinogenesis", International Conference on Malignant Pleural Mesothelioma", Lignano, Italy, March 18 - 19, **1999**

Invited Speaker, NIEHS/NHLBI "Apoptosis and Growth Factors/Signal Transduction Pathways: Basic Biology and Toxicology", Raleigh, NC, April 19 - 21, **1999**

Invited Speaker, Department of Environmental Health, Harvard School of Public Health, "Cell Signaling by Environmental Particulates", Boston, MA, May 18, **1999**

Co-leader (with Mark Van Baalen and Carl Francis, Harvard University), "Mineralogy, Petrology and Health Issues at the Ultrameric Complex, Belvidere Mountain, VT", New England Intercollegiate Geological Conference, Burlington, VT, October 1 - 4, **1999**

Keynote Speaker, "Fibre-induced Carcinogenesis", 5th International Mesothelioma Interest Group (IMIG) Meeting, Manchester, England, October 5 - 8, **1999**

Invited Speaker, Symposium on "Asbestos at the End of the Century:  Basic Science for Substitutes, Removal and Therapies", Torino, Italy, October 11, **1999**

Scientific Organizing Committee and Invited Speaker, "Cell Signaling by Fibres", 7th International Meeting on Particle Toxicology, Maastricht, The Netherlands, October 14 - 17, **1999**

Invited Speaker, Department of Cell and Molecular Biology, Loyola University Chicago, "Cell Signaling in Asbestos and Silica-Induced Lung and Pleural Disease", Chicago, IL, April 7, **2000**

Scientific Organizing Committee, International Conference on Basic and Clinical Aspects of Cell Cycle Control, Siena, Italy, May 29 - 30, **2000**

Session Chair and Speaker, "Fibrosis - Inflammation, Oxidants and Cytokines", Gordon Conference on Mechanisms of Toxicity, Plymouth State College, Plymouth, NH, July 23 - 28, **2000**

Invited Speaker and Session Chair, British Association for Lung Research, Edinburgh, Scotland, September 6 - 8, **2000**

Scientific Organizing Committee, International Conference on Environmental and Occupational Respiratory Disease, Lucknow, India, October 29 - November 2, **2000**

Session Co-chair, "Lung Epithelial Signaling by Particles and Fibers", Experimental Biology Meetings, Orlando, FL, April 12, **2001**

Faculty and Panel Member, "Malignant Mesothelioma - Therapeutic Options and Role of SV40: An Update", Chicago, IL, April 20 - 21, **2001**

Plenary Speaker, "Reactive Oxygen Species in Lung Injury and Carcinogenesis", 8th Annual Meeting of the Oxygen Society, Raleigh, NC, November 15 - 19, **2001**

Invited Speaker, "Cell Signaling by Oxidative Stress and Inhaled Particles", Johns Hopkins School of Public Health, Baltimore, MD, March 15, **2002**

Scientific Organizing Committee and Invited Speaker, 3rd International Symposium on Reactive Oxygen/Nitrogen Species in Cell Injury and Disease, NIOSH, Morgantown, WV, June 1 - 6, **2002**

Invited Participant and Speaker, 12th International Colloquium on Pulmonary Fibrosis, Geneva, Switzerland, October 7 - 9, **2002**

13

Invited Speaker, 1st Annual Pittsburgh International Lung Conference: Pulmonary Fibrosis: Bench to Bedside, Pittsburgh, PA, October 12 - 15, **2002**

Invited Speaker and Session Chair, 6th International Mesothelioma Group Meeting, Perth, Australia, December 1 - 4, **2002**

Invited Speaker, International Belle Conference on "Non-linear Dose Response Relationships in Biology, Toxicology, and Medicine, University of Massachusetts at Amherst, MA, May 28 - 30, **2003**

Invited Speaker, 1st International Conference on Molecular Research in Environmental Medicine: "Cell Signaling Pathways in Responses to Particles and Fibers", Dusseldorf, Germany, March 18 - 21, **2004**

Invited Speaker, 7th Meeting of the International Mesothelioma Interest Group (IMIG): "Asbestos-induced Carcinogenic Alterations", Brescia, Italy, June 24 - 26, **2004**

Invited Speaker, British Association for Lung Research, BALR Annual Summer Conference: "Cell Signaling Pathways in Pulmonary Toxicity", University of Leicester, England, September 13 - 15, **2004**

Invited Speaker and Faculty Member, 1st International Symposium on Malignant Mesothelioma: "Pathogenesis and Molecular Biology of Mesothelioma", Nevada Cancer Research Center, Las Vegas, NV, October 14 - 16, **2004**

Faculty, Society of Free Radical Biology and Medicine Annual Meeting, Workshop on "Negotiating for Success", St. Thomas, VI, November, **2004**

Session Chair, Society of Free Radical Biology and Medicine, 11th Annual Meeting, "Free Radical Toxicity and Clinical Implications", November, **2004**

Invited Speaker, Experimental Biology 2005, Session on "Environmental Toxicology, Modulation of Cell Signaling Pathways for Control of Cell Proliferation and Transformation by Asbestos", San Diego, CA, April 4, **2005**

Invited Speaker, Workshop on Directions and Needs in Asbestos Research: New Insights, "Intervention of Asbestos-associated Cell Signaling: Pathways in Mesothelioma", University of Montana at Missoula, Missoula, MT, July 28 - 29, **2005**

Invited Speaker, Annual Meeting of the Oxygen Club of California and the University of Torino: "Oxidant-induced Signaling Pathways and Chemoresistance in Asbestos-induced Mesotheliomas", Alba, Italy, September 7 - 10, **2005** (*could not attend due to family emergency*)

Invited Speaker, "Properties of Asbestos Involved in Mechanisms of Action Leading to Mesothelioma" Institute of Medicine: Asbestos: Selected Health Effects, National Academy of Sciences, Washington, DC, October 5, **2005**

Program Chair, 8th International Meeting on "Mechanisms of Action of Inhaled Particles and Nanoparticles", Research Triangle Park, NC, October 26 - 28, **2005**

Invited Speaker, Department of Thoracic Surgery, "Inhibition of Cell Signaling Pathways in Mesothelioma", Brigham and Women's Hospital, Boston, MA, December 9, **2005**

Invited Speaker, "Screening Assays for Cell Signaling by Particles", 1st International Conference on "Nanotechnology: Biomedical Aspects", Miami, FL, January 30 - February 3, **2006**

Session Chair, Experimental Biology 2006 Symposium on "Molecular and Cellular Basis of Disease: Redox Mediated Diseases, San Francisco, CA, April 4, **2006**

Invited Speaker, "Protein Kinase C Signaling by Asbestos is Critical to Cell Injury, Transcription of Matrix Metalloproteinases and Pulmonary Fibrosis", Department of Pathobiology, Brown University, Providence, RI, May 4, **2006**

Invited Speaker, "Cell Signaling in Mesothelioma", 8th International Conference of the International Mesothelioma Interest Group, Chicago, IL, October 19, **2006**

Faculty Member, "Mechanisms of Mesothelioma", Mesothelioma Applied Research Foundation, Chicago, IL, October 20, **2006**

Program Committee Member and Session Co-Chair, "Physiological Genomics and Proteomics of Lung Disease", American Physiological Society Conference, Fort Lauderdale, FL, November 2 - 5, **2006**

Invited Speaker, " Cell Signaling in Asbestos-Related Diseases", Symposium on "Interactions among Infectious Agents, Environmental Carcinogens & Genetics in Human Cancer Development", John A. Burns School of Medicine and Cancer Center of Hawaii, Honolulu, Hawaii, February 16, **2007**

Invited Speaker, "Oxidant Injury in Lung Disease", Gordon Conference on "Oxidative Stress in Disease", Ventura, CA, March 11 - 15, **2007**

14

Invited Participant, International Council on Nanotechnology Conference "Towards Predicting Nano-Bio Interactions, Zurich, Switzerland, June 5 - 7, **2007** (*declined due to schedule conflict*)

Invited Speaker, "Gene Profiling and Approaches for Therapy of Mesothelioma Using Nanoporous Spheres", ESF-EMBO Symposium on Probing Interactions between Nanoparticles, Biomaterials and Biological Systems - Alternative Approaches to Bio- and Nano-toxicity, Sant Feliu de Guixols, Spain, November 3 - 8, **2007**

Plenary Speaker, "Asbestos and Cell Signaling", 1st Asian Conference on Environmental Mutagens and 36th Annual Meeting of the Japanese Environmental Mutagen Society, Kitakyushu, Japan, November 29 - 30, **2007**

Organizing Committee, 9th International Conference on Particles: Risks and Opportunities, Cape Town, South Africa, September 2 - 5, **2008**

Faculty and Invited Session Chair, 9th International Conference of the International Mesothelioma Interest Group, Amsterdam, The Netherlands, September 26 - 28, **2008**

Invited Speaker, "Current Perspectives on the Pathogenesis of Mesothelioma", XXVIIth International Academy of Pathology Congress, Athens, Greece, October 12 - 17, **2008**

Invited Speaker, "Microparticles for Release of Chemotherapeutic Drugs and si Constructs in Therapy of Mesotheliomas", 2nd NIH Mesothelioma Conference, Washington, DC, March 6, **2009**

Invited Speaker, "Cell Signaling and Therapies for Mesothelioma", Lung Biology Group, Dartmouth Medical School, Hanover, NH, May 6, **2009**

Invited Speaker, "Use of *In Vitro* and Inhalation Models for Assessment of Nanoparticle Effects on Lung Cells", VIIth World Congress on Alternatives and Animal Use in the Life Science, Rome, Italy, August 30 - September 3, **2009**

Invited Speaker, "The Inflammasome in Asbestos-related Diseases", 4th International Conference on Oxidative/Nitrosative Stress and Disease, New York Academy of Sciences, New York, NY, October 28 - 30, **2009**

Speaker, "Targeting the Inflammasome in Mesothelioma Using Anakinra", International Symposium on Malignant Mesothelioma 2010, Mesothelioma Applied Research Foundation (MARF), Washington, DC, June 10 - 12, **2010**

Invited Speaker, "Inflammation and Asbestos-induced Diseases", Annual Meeting of the American Chemical Society, Boston, MA, August 25, **2010**

Invited Speaker, "Chronic Inflammation and Mesothelioma", American Association of Cancer Research/ American Chemical Society Conference on Chemistry and Cancer Research: The Biological Chemistry of Inflammation as a Cause of Cancer, January 30 - February 2, **2011**

Invited Speaker, "Targeting the Inflammasome in Asbestos-related Diseases", 50th Annual Meeting of the Society of Toxicology, Washington, DC, March 13 - 15, **2011**

Invited Presenter, 1st Annual Libby Amphibole Symposium, October 13 - 14, **2011**

Invited Session Chair and Speaker, "Dose Response Molecular Responses to Asbestos and Silica in Human Lung Cells", 11th Annual International Conference on Dose-Response 2012: Implications for Toxicology, Medicine and Risk Assessment, University of Massachusetts Amherst, Amherst, MA, April 24 - 25, **2012**

Invited Presenter and Session Chair, "ERK Signaling Pathways in Mesothelioma", 11th International Conference of the International Mesothelioma Interest Group, Boston, MA, September 11 - 14, **2012**

Invited Presenter and Panel Member, 2nd Annual Libby Amphibole Symposium, October 12, **2012**

Invited Presenter, Medalist lecture on "Cell Signaling Pathways in Mesothelioma", 12th International Conference of the International Mesothelioma Interest Group, Cape Town, South Africa, October 21 - 24, **2014** (*could not attend due to prior UVM commitment*)

Invited Speaker and Rapporteur, "Mechanistic Studies of EMPs: Cell Cultures, Organ Cultures and Beyond?" The Monticello Conference, Charlottesville, VA, October 16 - 19, **2017**

Invited Speaker and Moderator, "Asbestos in Talc", The Joint Institute of Food Safety and Applied Nutrition (JIFSAN), FDA, University of Maryland, MD, November 28, **2018**

## Refereed Manuscripts*, Book Chapters, Monographs and Editorials (*peer-reviewed)

1.   *Sivak A, Mossman BT, and Van Duuren BL: Activation of cell membrane enzymes in the stimulation of cell division. *Biochem Biophys Res Comm* 46(2):605-609, **1972** PMID: 4333422

2.    *Mossman BT, Gray MJ, Silberman L, and Lipson RL: Identification of neoplastic versus normal cells in human cervical cell culture. *Am J Obstet Gynecol* 43(5):635-639, **1974** PMID: 4595695

3.    Mossman BT and Craighead JE: Topical application of polycyclic hydrocarbons to differentiated respiratory epithelium in long-term organ cultures. In: Experimental Lung Cancer, (E Karbe and JF Park, eds.), Springer-Verlag, Berlin, Germany, 514-520, **1974**

4.    *Mossman BT and Craighead JE: Long-term maintenance of differentiated respiratory epithelium in organ culture. I. Medium composition. *Proc Soc Exp Biol Med* 149(1):227-233, **1975** PMID: 1144432

5.    *Mossman BT, Ley BW, and Craighead JE: Squamous metaplasia of the tracheal epithelium in organ culture. I. Effects of hydrocortisone and b-retinyl acetate. *Exp Mol Pathol* 24(3):405-414, **1976** PMID: 1278337

6.    *Mossman BT, Kessler JB, Ley BW, and Craighead JE: Interaction of crocidolite asbestos with hamster respiratory mucosa in organ culture. *Lab Invest* 36(2):131-139, **1977** PMID: 839730

7.    Mossman BT and Craighead JE: Organ culture of the hamster bladder epithelium. *Tissue Cult Assoc Man* 3:623-624, **1977**

8.    Mossman BT: Autoradiography for determination of DNA synthesis in hamster bladder epithelium. *Tissue Cult Assoc Man* 3:663-666, **1977**

9.    *Mossman BT, Heintz N, MacPherson BV, and Craighead JE: Squamous metaplasia of the tracheal epithelium in organ culture. II. Nutritional influences. *Proc Soc Exp Biol Med* 157(3):500-505, **1978** PMID: 634992

10.   *Mossman BT and Craighead JE: Induction of neoplasms in hamster tracheal grafts with 3-methylcholanthrene-coated Lycra fibers. *Cancer Res* 38(11 Pt 1):3717-3722, **1978** PMID: 698931

11.   *Mossman BT, Adler KB, and Craighead JE: Interaction of carbon particles with tracheal epithelium in organ culture. *Environ Res* 16(1-3):110-122, **1978** PMID: 679909

12.   *Craighead JE and Mossman BT: Carcinoma induction by 3-methylcholanthrene in hamster tracheal tissue implanted in syngeneic animals. *Prog Exp Tumor Res* 24:48-60, **1979** PMID: 538263

13.   Mossman BT and Craighead JE: Use of hamster tracheal organ cultures for assessing the cocarcinogenic effects of inorganic particulates on the respiratory epithelium. *Prog Exp Tumor Res* 24:37-47, **1979** PMID: 538256

14.   *Mossman BT, Craighead JE, and MacPherson BV: Asbestos-induced epithelial changes in organ cultures of hamster trachea: inhibition by retinyl methyl ether. *Science* 207(4428):311-313, **1980** PMID: 7350661

15.   *Craighead JE, Mossman BT, and Bradley BJ: Comparative studies on the cytotoxicity of amphibole and serpentine asbestos. *Environ Health Perspect* 34:37-46, **1980** PMID: 6993203; PMCID: PMC1568520

16.   *Last JA, Kaizu T, and Mossman BT: Glycoprotein synthesis by an established cell line from hamster tracheal epithelium. *Exp Lung Res* 1(2):89-98, **1980** PMID: 7227345

17.   *Mossman BT, Ezerman EB, Adler KB, and Craighead JE: Isolation and spontaneous transformation of cloned lines of hamster tracheal epithelial cells. *Cancer Res* 40(12):4403-4409, **1980** PMID: 7192176

18.   Mossman BT: Use of tracheal organ cultures and grafts to explore the interactions of environmental particulates with respiratory epithelial cells. In: Topics in Environmental Pathology, (RB Hill and JA Terzian, eds.), Universities Associated for Research and Education in Pathology, Inc., Bethesda, MD, 89-, **1980**

19.   Mossman BT, Adler KB, and Craighead JE: Cytotoxic and proliferative changes in tracheal organ cultures after exposure to mineral dusts. In: The In Vitro Effects of Mineral Dusts, (RC Brown, IP Gormley, M Chamberlain, R Davies, eds.) Academic Press, London, UK, 241-250, **1980**

20.   *Mossman BT and Craighead JE: Mechanisms of asbestos carcinogenesis. *Environ Res* 25(2):269-280, **1981** PMID: 7023937

21.   *Eastman A, Mossman BT, and Bresnick E: Formation and removal of benzo(a)pyrene adducts of DNA in hamster tracheal epithelial cells. *Cancer Res* 41(7):2605-2610, **1981** PMID: 6265063

22.   *Woodworth CD, Mossman BT, and Craighead JE: Comparative effects of fibrous and nonfibrous minerals on cells and liposomes. *Environ Res* 27(1):190-205, **1982** PMID: 6279387

23.   Mossman BT, Adler KB, Jean L, and Craighead JE: Mechanisms of hypersecretion in rodent tracheal explants after exposure to chrysotile asbestos. Studies using lectins. *Chest* 81(5):23S-24S, **1982**

24.   *Landesman JM and Mossman BT: Induction of ornithine decarboxylase in hamster tracheal epithelial

16

cells exposed to asbestos and 12-O-tetradecanoylphorbol-13 acetate. *Cancer Res* 42(9):3669-3675, **1982** PMID: 6286111

25. *Eastman A, Mossman BT, and Bresnick E: Modulation of the interaction of benzo(a)pyrene with a hamster tracheal epithelial cell line. *Carcinogenesis* 3(11):1283-1287, **1982** PMID: 6983932

26. *Craighead JE and Mossman BT: The pathogenesis of asbestos-associated diseases. *N Engl J Med* 306(24):1446-1455, **1982** PMID: 7043267

27. Mossman BT and Craighead JE: Comparative cocarcinogenic effects of crocidolite asbestos, hematite, kaolin, and carbon in implanted tracheal organ cultures. *Ann Occup Hyg* 26(1-4):553-567 **1982** PMID: 6295246

28. Mossman BT: Mechanisms of asbestos-induced carcinogenesis in hamster trachea. Proceedings of the 12th Conference on Environmental Toxicology, Report #AFAMRL-TR-81-149, Aerospace Medical Research Laboratory, 1, **1982**

29. Mossman BT and Craighead JE: Mechanisms of asbestos and nonasbestiform particles and fibers in bronchogenic carcinoma. In: Health Issues Related to Metal and Nonmetallic Mining, (WL Wagner, WN Rom, and JA Merchants, eds.), Butterworth Publishers, Boston, MA, 123-134, **1983**

30. *Mossman BT, Jean L, and Landesman JM: Studies using lectins to determine mineral interaction with cellular membranes. *Environ Health Perspect* 51:23-25, **1983** PMID: 6315363; PMCID: PMC1569312

31. *Woodworth C, Mossman BT, and Craighead JE: Interaction of asbestos with metaplastic squamous epithelium developing in organ cultures of hamster trachea. *Environ Health Perspect* 51:27-33, **1983** PMID: 6315370; PMCID: PMC1569289

32. *Mossman BT, Eastman A, Landesman JM, and Bresnick E: Effects of crocidolite and chrysotile asbestos on cellular uptake and metabolism of benzo(a)pyrene in hamster tracheal epithelial cells. *Environ Health Perspect* 51:331-335, **1983** PMID: 6315375; PMCID: PMC1569314

33. Mossman BT and Landesman JM: Importance of oxygen free radicals in asbestos-induced injury to airway epithelial cells. *Chest* 83(5 Suppl):50S-51S, **1983** PMID: 6839851

34. Mossman BT, Light W, and Wei E: Asbestos: mechanisms of toxicity and carcinogenicity in the respiratory tract. *Annu Rev Pharmacol Toxicol* 23:595-615, **1983** PMID: 6347054

35. *Wilson GL, Mossman BT, and Craighead JE: Use of pancreatic beta cells in culture to identify diabetogenic N-nitroso compounds. *In Vitro* 19:25-30, **1983** PMID: 6218070

36. *Eastman A, Mossman BT, and Bresnick E: Influence of asbestos on the uptake of benzo(a)pyrene and DNA alkylation in hamster tracheal epithelial cells. *Cancer Res* 43(3):1251-1255, **1983** PMID: 6297722

37. *Woodworth CD, Mossman BT, and Craighead JE: Squamous metaplasia of the respiratory tract. Possible pathogenic role in asbestos-associated bronchogenic carcinoma. *Lab Invest* 48:578-584, **1983** PMID: 6843088

38. *Woodworth CD, Mossman BT, and Craighead JE: Induction of squamous metaplasia in organ cultures of hamster trachea by naturally occurring and synthetic fibers. *Cancer Res* 43(10):4906-4912, **1983** PMID: 6883341

39. *Mossman BT: *In vitro* approaches for determining mechanisms of toxicity and carcinogenicity by asbestos in the gastrointestinal and respiratory tracts. *Environ Health Perspect* 53:155-161, **1983** PMID: 6363051; PMCID: PMC1569089

40. *Craighead JE, Adler KB, Butler GB, Emerson RJ, Mossman BT, and Woodworth CD: Health effects of Mount St. Helens volcanic dust. *Lab Invest* 48:5-12, **1983** PMID: 6823090

41. *Mossman BT, Eastman A, and Bresnick E: Asbestos and benzo(a)pyrene act synergistically to induce squamous metaplasia and incorporation of [$^3$H]thymidine in hamster tracheal epithelium. *Carcinogenesis* 5(11):1401-1404, **1984** PMID: 6488462

42. *Adler KB, Mossman BT, Butler GB, Jean LM, and Craighead JE: Interaction of Mount St. Helens' volcanic ash with cells of the respiratory epithelium. *Environ Res* 35(2):346-361, **1984** PMID: 6510386

43. *Wilson GL, Patton NJ, McCord JM, Mullins DW, and Mossman BT: Mechanisms of streptozotocin- and Jeanalloxan-induced damage in rat B cells. *Diabetologia* 27(6):587-591, **1984** PMID: 6241574

44. *Bernacki RJ, Wilson GL, Mossman BT, Angelino N, Kanter PM, and Korytnyk W: The therapeutic and diabetogenic potential of two newly synthesized nitrosoureido sugars. *Cancer Res* 45(2):695-702, **1985** PMID: 3881170

45. Mossman BT and Marsh JP: Mechanisms of toxic injury by asbestos fibers: role of oxygen-free radicals.

In: *In Vitro* Effects of Mineral Dusts, 3rd International Workshop, (EE Beck and J Bignon, eds.), NATO ASI Series, Springer-Verlag, Berlin, Germany 66-74, **1985**

46. Fisher GL, Mossman BT, McNeill K, Marsh JP, McFarland AR and Hart RW: Investigations into the mechanisms of asbestos toxicity. In: *In Vitro* Effects of Mineral Dusts, 3rd International Workshop, (EE Beck and J Bignon, eds.), NATO ASI Series, Springer-Verlag, Berlin, Germany, 31-38, **1985**

47. Marsh JP, Jean L, and Mossman BT: Asbestos and fibrous glass induce biosynthesis of polyamines in tracheobronchial epithelial cells *in vitro*. In: *In Vitro* Effects of Mineral Dusts, 3rd International Workshop, (EE Beck and J Bignon, eds.), NATO ASI Series, Springer-Verlag, Berlin, Germany, 305-311, **1985**

48. Mossman BT, Cameron GS, and Yotti LP: Cocarcinogenic and tumor promoting properties of asbestos and other minerals in tracheobronchial epithelium. In: Cancer: A Comprehensive Survey (Cancer of the Respiratory Tract, Predisposing Factors, Vol. 8), (MJ Mass, DG Kaufman, JM Siegfried, VE Stede, S Nesnow, eds.), Raven Press, New York, NY, 217-238, **1985**

49. Mossman BT, Eastman A, Landesman JM, Bresnick E, and Craighead JE: Interactions of asbestos and polycyclic aromatic hydrocarbons (PAH) in carcinogenesis of the respiratory tract. In: Occupational Lung Disease, (JBL Gee, WK Morgan, and SM Brooks, eds.), Raven Press, New York, NY, 171-173, **1985**

50. *Mossman BT, Wilson GL, and Craighead JE: Chlorozocin. A diabetogenic analogue of streptozocin with dissimilar mechanisms of action on pancreatic beta cells. *Diabetes* 34(6):602-610, **1985** PMID: 3159609

51. Mossman BT and Eastman A: Carcinogenesis and lung cancer. In: Lung Carcinomas (EM McDowell, vol. ed.), In Series: Current Problems in Tumor Pathology, (J Azzopardi and N Wright, series eds.), Churchill Livingstone, London, UK, 129-161, **1986**

52. Mossman BT: Mechanisms of chemical and physical carcinogenesis in cultured hamster and human tracheobronchial epithelium. In: *In Vitro* Models of Respiratory Epithelium, (LJ Schiff, ed.), CRC Press, Inc., Boca Raton, FL, 161-182, **1986**

53. *Mossman BT, Marsh JP, Shatos MA: Alteration of superoxide dismutase (SOD) activity in tracheal epithelial cells by asbestos and inhibition of cytotoxicity by antioxidants. *Lab Invest* 54(2):204-212, **1986** PMID: 3945053

54. Mossman BT, Gilbert R, Doherty J, Shatos MA, Marsh J, and Cutroneo K: Cellular and molecular mechanisms of asbestosis. *Chest* 89(3 Suppl):160S-161S, **1986** PMID: 3004835

55. *Mossman BT, Ireland CM, Filipak M, LeDoux S, and Wilson GL: Comparative interactions of streptozotocin and chlorozotocin with DNA of an insulin-secreting cell line (RINr). *Diabetologia* 29(3):186-191, **1986** PMID: 2938999

56. *Mossman BT, Marsh JP, Hardwick D, Gilbert R, Hill S, Sesko A, Shatos M, Doherty J, Weller A, and Bergeron M: Approaches to prevention of asbestos-induced lung disease using polyethylene glycol (PEG)-conjugated catalase. *Free Radic Biol Med* 2(5-6):335-338, **1986** PMID: 3036929

57. Finch GL, Hayes TL, Mossman BT, Chang MJW, and Fisher GL: SEM of tracheal respiratory epithelium exposed *in vitro* to Ni$_3$S$_2$. In: Microbeam Analysis - 1986, (AD Romig, Jr. and WF Chambers, eds.) San Francisco Press, San Francisco, CA, 591-593, **1986**

58. *Hansen K and Mossman BT: Generation of superoxide (O$^-_2$) from alveolar macrophages exposed to asbestiform and nonfibrous particles. *Cancer Res* 47(6):1681-1686, **1987** PMID: 3028612

59. *Shatos MA, Doherty JM, Marsh JP, and Mossman BT: Prevention of asbestos-induced cell death in rat lung fibroblasts and alveolar macrophages by scavengers of active oxygen species. *Environ Res* 44(1):103-116, **1987** PMID: 3115771

60. Mossman BT and Craighead JE: Mechanisms of asbestos associated bronchogenic carcinoma. In: Asbestos-Related Malignancy, (K Antman and J Aisner, eds.), Grune and Stratton, New York, NY, 137-150, **1987**

61. Craighead JE and Mossman BT: Pathogenesis of mesothelioma: In: Asbestos-Related Malignancy, (K Antman and J Aisner, eds.), Grune and Stratton, New York, NY, 151-162, **1987**

62. Mossman BT: How safe are asbestos substitutes? *Studio Potter* 15:36-37, **1987**

63. *Mossman BT, Marsh JP, Shatos MA, Doherty J, Gilbert R, and Hill S: Implication of active oxygen species as second messengers of asbestos toxicity. *Drug Chem Toxicol* 10(1-2):157-180, **1987** PMID: 2824166

64. *Fisher GL, Mossman BT, McFarland AR, and Hart RW: A possible mechanism of chrysotile asbestos toxicity. *Drug Chem Toxicol* 10(1-2):109-131, **1987** PMID: 2824165

65.  *Marsh JP and Mossman BT: Mechanisms of induction of ornithine decarboxylase activity in tracheal epithelial cells by asbestiform minerals. *Cancer Res* 48(3):709-714, **1988** PMID: 3335033

66.  Mossman BT: Hamster tracheal organ and cell culture - State-of-the-art and application to studies of respiratory carcinogenesis by polycyclic aromatic hydrocarbons (PAH) and asbestos. In: In Vitro Models for Cancer Research, Vol. VI, (MM Webber and LI Sekely, eds.), CRC Press, Inc., Boca Raton, FL, 51-79, **1988**

67.  Mossman BT: Carcinogenic potential of asbestos and nonasbestos fibers. Environmental carcinogenesis reviews. *J Environ Sci Health* C6:151-195, **1988**

68.  Kehrer JP, Mossman BT, Sevanian A, Trush MA, and Smith MT: Free radical mechanisms in chemical pathogenesis: Summary of the symposium presented at the 1988 Annual Meeting of the Society of Toxicology. *Toxicol Appl Pharmacol* 95(3):349-362, **1988** PMID: 3188006

69.  Lown JW, Mossman BT, Doroshow JH and Kensler TK: Oxidants in xenobiotic induced tissue damage. In: Proceedings of Upjohn-UCLA Symposium on Oxy-Radicals in Molecular Biology and Pathology, (P Cerutti, I Fridovich, and JM McCord, eds.), Alan R. Liss, Inc., New York, NY, 387-, **1988**

70.  Abraham JL, Smith CM, and Mossman B: Chrysotile and crocidolite asbestos pulmonary fiber concentrations and dimensions after inhalation and clearance in Fischer 344 rats. *Ann Occup Hyg* 32 (Inhaled Particles VI):203-211, **1988**

71.  *Sesko AM and Mossman BT: Sensitivity of hamster tracheal epithelial cells to asbestiform minerals is modulated by serum and by transforming growth factor, beta 1. *Cancer Res* 49(10):2743-2749, **1989** PMID: 2540906

72.  Mossman BT and Gee JBL: Medical progress: asbestos-related diseases. *N Engl J Med* 320(26):1721-1730, **1989** PMID: 2659987

73.  Mossman BT, Hansen K, Marsh J, Brew ME, Hills S, Bergeron M, and Petruska J: Mechanisms of fibre-induced superoxide release from alveolar macrophages and induction of superoxide dismutase in the lungs of rats inhaling crocidolite. In: Mineral Fibres in the Non Occupational Environment, (J Bignon, J Peto, and R Saracci, eds.), IARC Publication No. 90, Lyon, France, 81-92, **1989**

74.  Cameron G, Woodworth CD, Edmondson S, and Mossman BT: Mechanisms of asbestos-induced squamous metaplasia in tracheobronchial epithelial cells. Monograph on regulation of differentiation in eukaryotic cells. *Environ Health Perspect* 80:101-108, **1989** PMID: 2924752; PMCID: PMC1567614

75.  Mossman BT and Marsh JP: Evidence supporting a role for active oxygen species in asbestos-induced toxicity and disease. Symposium on scientific advances in environmental medicine. *Environ Health Perspect* 81:91-94, **1989** PMID: 2667992; PMCID: PMC1567557

76.  Perderiset M, Marsh JP, and Mossman BT: Effects of asbestos on specific binding of phorbol ester tumor promoter and protein kinase C activity in hamster tracheal epithelial (HTE cells). In: Effects of Mineral Dusts on Cells, (BT Mossman and R Begin, eds.), NATO ASI Series on Cell Biology, Springer-Verlag, Berlin, Germany, 433-437 **1989**

77.  Mossman BT and Begin R: Preface. In: Effects of Mineral Dusts on Cells, (BT Mossman and R Begin eds.), NATO ASI Series on Cell Biology, Springer-Verlag, Berlin, Germany, v-vii, **1989**

78.  Mossman BT and Gilbert R: Factors influencing individual responses to asbestos-associated diseases: effect of smoking on the development of lung cancer. In: Proceedings of the Symposium on the Health Aspects of Asbestos in Buildings, Harvard University, Boston, MA, 141-154, **1989**

79.  *Mossman BT, Bignon J, Corn M, Seaton A, and Gee JBL: Asbestos: scientific developments and implications for public policy. *Science* 247(4940):294-301, **1990** PMID: 2153315

80.  *Edmondson SW, Wu R, and Mossman BT: Regulation of differentiation and keratin protein expression by vitamin A in primary cultures of hamster tracheal epithelial cells. *J Cell Physiol* 142(1):21-30, **1990** PMID: 1688861

81.  *Petruska JM, Marsh J, Bergeron M, and Mossman BT: Brief inhalation of asbestos compromises superoxide production in cells from bronchoalveolar lavage. *Am J Respir Cell Mol Biol* 2(2):129-136, **1990** PMID: 2155015

82.  *Mossman BT, Marsh JP, Sesko A, Hill S, Shatos MA, Doherty J, Petruska J, Adler KB, Hemenway D, Mickey R, Vacek P, and Kagan E: Inhibition of lung injury, inflammation and interstitial pulmonary fibrosis by polyethylene glycol-conjugated catalase in a rapid inhalation model of asbestosis. *Am Rev Respir Dis* 141(5 Pt 1):1266-1271, **1990** PMID: 2160214

19

83. *Petruska JM, Wong SHY, Sunderman FW, Jr., and Mossman BT: Detection of lipid peroxidation in lung and in bronchoalveolar lavage cells and fluid. *Free Radic Biol Med* 9(1):51-58, **1990** PMID: 2210441

84. *Mossman BT and Sesko AM: *In vitro* assays to predict the pathogenicity of mineral fibers. *Toxicology* 60(1-2):53-61, **1990** PMID: 2156357

85. *Janssen Y, Marsh JP, Absher M, Borm PJA, and Mossman BT: Increases in endogenous antioxidant enzymes during asbestos inhalation in rats. *Free Radic Res Comm* 11(1-3):53-58, **1990** PMID: 1963619

86. *Sesko A, Cabot M, and Mossman BT: Hydrolysis of phosphoinositides precedes cellular proliferation in asbestos-stimulated tracheobronchial epithelial cells. *Proc Natl Acad Sci U S A* 87(19):7385-7389, **1990** PMID: 2170975; PMCID: PMC54751

87. *Mossman BT, Janssen YMW, Marsh JP, Manohar M, Garrone M, Shull S, and Hemenway D: Antioxidant defense mechanisms in asbestos-induced lung diseases. *J Aerosol Med* 3:S75-S82, **1990**

88. Mossman BT, Marsh JP, Dantona R, Bergeron M, and Senior A: Involvement of active oxygen species in injury, repair and proliferation of tracheobronchial epithelial cells after exposure to asbestos fibers. In: Biology, Toxicology and Carcinogenesis of Respiratory Epithelium, (D Thomassen and P Nettesheim, eds.), Hemisphere Publishing Corp., Washington, DC, 145-154, **1990**

89. Brown RC, Hoskins JA, Miller K, and Mossman BT: Pathogenetic mechanisms of asbestos and other mineral fibres. *Mol Aspects Med* 11(5):325-349, **1990** PMID: 2203959

90. Mossman BT: *In vitro* studies on the biologic effects of fibers - correlation with *in vivo* bioassays. *Environ Health Perspect* 88:319-322, **1990** PMID: 2272329; PMCID: PMC1568030

91. Mossman BT: How great is risk from asbestos? *Forum Appl Res Public Policy* 5:76-79, **1990**

92. Gee JBL and Mossman BT: Asbestos warrants care, management, but society must resist urge to panic. *Occup Health Saf* 59(10):25, **1990** PMID: 2234739

93. *Marsh JP and Mossman BT: Role of asbestos and active oxygen species in activation and expression of ornithine decarboxylase in hamster tracheal epithelial cells. *Cancer Res* 51(1):167-173, **1991** PMID: 1846307

94. *Edmondson SW and Mossman BT: Alterations in keratin expression in hamster tracheal epithelial cells exposed to benzo[a]pyrene. *Carcinogenesis* 12(4):679-684, **1991** PMID: 1707351

95. *Perderiset M, Marsh JP, and Mossman BT: Activation of protein kinase C by asbestos in hamster tracheal epithelial cells. *Carcinogenesis* 12(8):1499-1502, **1991** PMID: 1650293

96. *Petruska JM, Leslie KO, and Mossman BT: Enhanced lipid peroxidation in lung lavage of rats after inhalation of asbestos. *Free Radic Biol Med* 11(4):425-432, **1991** PMID: 1665839

97. *Shull S, Heintz NH, Periasamy M, Manohar M, Janssen YMW, Marsh JP, and Mossman BT: Differential regulation of antioxidant enzymes in response to oxidants. *J Biol Chem* 266(36):24398-24403, **1991** PMID: 1761541

98. Mossman BT: The great debate. *Asbestos Management Sourcebook* 16-17, **1991**

99. Petruska JM, Mossman BT, Brown RC, and Hoskins JA: Mechanisms of action of mineral fibers as studied by *in vitro* methods. In: Mineral Dusts and Disease, (K Miller and FDK Liddell, eds.), CRC Press, Inc., Boca Raton, FL, 299-315, **1991**

100. Mossman BT and Marsh JP: Role of active oxygen species in asbestos-induced cytotoxicity, cell proliferation and carcinogenesis. In: Cellular and Molecular Aspects of Fiber Carcinogenesis, (B Brinkley, J Lechner, and C Harris, eds.), Series on Curr Commun Mol Biol, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY 159-168, **1991**

101. Janssen YMW, Marsh JP, Borm PJA, Surinrut P, Haldeman K, and Mossman BT: Asbestos mediated gene expression in rat lung. In: Mechanisms in Fibre Carcinogenesis, (RC Brown, et al., eds.), Plenum Press, New York, NY, 359-365, **1991**

102. Mossman BT: Fibre carcinogenesis and environmental risks. In: Asbestos-related Cancer, (M Sluyser, ed.), The Netherlands Cancer Institute, Amsterdam, Ellis Horwood, New York, NY, Ch. 16, 241-255, **1991**

103. *Mossman BT, Janssen YM, Marsh JP, Sesko A, Shatos MA, Doherty J, Adler KB, Hemenway D, Mickey R, Vacek P, Petruska J, and Kagan E: Development and characterization of a rapid-onset rodent inhalation model of asbestosis for disease prevention. *Toxicol Pathol* 19(4 Pt 1):412-418, **1991** PMID: 1667555

104. *Janssen YMW, Marsh JP, Absher MP, Hemenway D, Vacek PM, Leslie KO, Borm PJA, and Mossman BT: Expression of antioxidant enzymes in rat lungs after inhalation of asbestos or silica. *J Biol Chem*

267(25):10625-10630, **1992** PMID: 1316905

105. *Holley JA, Janssen YMW, Mossman BT, and Taatjes DJ: Increased manganese superoxide dismutase protein in type II epithelial cells of rat lungs after inhalation of crocidolite asbestos or cristobalite silica. *Am J Pathol* 141(2):475-485, **1992** PMID: 1323223; PMCID: PMC1886605

106. Crapo J, Miller FJ, Mossman B, Pryor WA, and Kiley JP: NHLBI workshop summary. Environmental lung disease: relationship between acute inflammatory responses to air pollutants and chronic lung disease. *Am Rev Respir Dis* 145(6):1506-1512, **1992** PMID: 1596028

107. Antony VB, Sahn SA, Mossman B, Gail DB, and Kalica A: NHLBI workshop summaries. Pleural cell biology in health and disease. *Am Rev Respir Dis* 145(6):1236-1239, **1992** PMID: 1586074

108. Mossman BT: Asbestos: an update. In: Cancer Prevention, (VT DeVita, Jr., S Hellman, and SA Rosenberg, eds.), JB Lippincott Co., Philadelphia, PA, 1-11, **1992**

109. Shull S, Manohar M, Marsh JP, Janssen YMW, and Mossman BT: Role of iron and reactive oxygen species in asbestos-induced lung injury. In: Free Radical Mechanisms of Tissue Injury, (MT Moslen and CV Smith, eds.), CRC Press, Boca Raton, FL, Ch. 9, 153-162, **1992**

110. *Janssen YM, Van Houten B, Borm PJA, and Mossman BT: Cell and tissue responses to oxidative damage. *Lab Invest* 69(3):261-274, **1993** PMID: 8377469

111. *Heintz NH, Janssen YM, and Mossman BT: Persistent induction of c-*fos* and c-*jun* expression by asbestos. *Proc Natl Acad Sci U S A* 90(8):3299-3303, **1993** PMID: 8386370; PMCID: PMC46287

112. Mossman BT and Gee JBL: Pulmonary reactions and mechanisms of toxicity of inhaled fibers. In: Toxicology of the Lung, (DE Gardner, JD Crapo, and RO McClellan, eds.), Raven Press, New York, NY, 2nd Ed., 371-387, **1993**

113. Mossman BT: Mechanisms of asbestos carcinogenesis and toxicity: the amphibole hypothesis revisited. *Br J Ind Med* 50(8):673-676, **1993** PMID: 8398854; PMCID: PMC1012168

114. Marsh JP, Janssen YMW, and Mossman BT: Ornithine decarboxylase and tumour proliferation: role for oxidants. In: DNA and Free Radicals, (B Halliwell and OI Aruoma, eds.), Ellis Horwood, Ltd., New York, NY, Ch. 12, 229-240, **1993**

115. Mossman BT: Point/counterpoint: are asbestos regulations too strict? In: Biology: The Web of Life, (DD Chiras, ed.), West Educational Publishing Co., St. Paul, MN, 338, **1993**

116. *Quinlan T, Spivack S, and Mossman BT: Regulation of antioxidant enzymes in lung after oxidant injury. *Environ Health Perspect* 102(Suppl 2):79-87, **1994** PMID: 7523104; PMCID: PMC1567078

117. *Janssen YMW, Marsh JP, Driscoll KE, Borm PJA, Oberdörster G, and Mossman BT: Increased expression of manganese-containing superoxide dismutase in rat lungs after inhalation of inflammatory and fibrogenic minerals. *Free Radic Biol Med* 16(3):315-322, **1994** PMID: 8063194

118. *Janssen YMW, Marsh JP, Absher MP, Gabrielson E, Borm PJA, Driscoll KE, and Mossman BT: Oxidant stress responses in human pleural mesothelial cells exposed to asbestos. *Am J Respir Crit Care Med* 149(3 Pt 1):795-802, **1994** PMID: 8118652

119. *Quinlan TR, Marsh JP, Janssen YMW, Leslie KO, Hemenway D, Vacek P, and Mossman BT: Dose responsive increases in pulmonary fibrosis after inhalation of asbestos. *Am J Respir Crit Care Med* 150(1):200-206, **1994** PMID: 8025751

120. *Marsh JP, Mossman BT, Driscoll KE, Schins RF, and Borm PJA: Effects of Aramid, a high strength synthetic fiber, on respiratory cells *in vitro*. *Drug Chem Toxicol* 17(2):75-92, **1994** PMID: 8062644

121. *Janssen YMW, Heintz NH, Marsh JP, Borm PJA, and Mossman BT: Induction of c-fos and c-jun proto-oncogenes in target cells of the lung and pleura by carcinogenic fibers. *Am J Respir Cell Mol Biol* 11(5):522-530, **1994** PMID: 7946382

122. Mossman BT: Carcinogenesis and related cell and tissue responses to asbestos: a review. *Ann Occup Hyg* 38(4):617-624, **1994** PMID: 7978984

123. Mossman BT: Asbestos: facts and fiction [letter]. *Environ Health Perspect* 102(5):424-426, **1994** PMID: 8593835; PMCID: PMC1567132

124. Janssen YMW, Borm PJA, Marsh JP, and Mossman BT: Role of active oxygen species in lung toxicity induced by mineral fibers and particulates. In: Environmental Oxidants, (JO Nriagu and MS Simmons, eds.), Adv Environ Sci Tech, Vol. 28, John Wiley & Sons, New York, NY, Ch. 14, 445-458, **1994**

125. Driscoll KE, Strzelecki J, Hassenbein D, Janssen YMW, Marsh J, Oberdörster G, and Mossman BT: Tumour necrosis factor (TNF): evidence for the role of TNF in increased expression of manganese

21

superoxide dismutase after inhalation of mineral dusts. *Ann Occup Hyg* 38(Suppl 1, Inhaled Particles VII), 375-382, **1994**

126. Janssen Y, Marsh J, Quinlan T, Timblin C, BéruBé K, Jimenez L, Fung H, Taishi P, Zanella C, Heintz N, and Mossman B: Activation of early cellular responses by asbestos: Induction of *c-fos* and *c-jun* protooncogene expression in rat pleural mesothelial cells. In: <u>Cellular and Molecular Effects of Mineral and Synthetic Dusts and Fibres</u>, NATO-ASI Series, Springer-Verlag, Berlin, Germany, Vol. 85, 205-213, **1994**

127. Mossman BT, Marsh JP, Janssen YMW, and Heintz NH: Mechanisms of asbestos-mediated DNA replication and cell proliferation. In: <u>Toxic and Carcinogenic Effects of Solid Particles in the Respiratory Tract</u>, (DL Dungworth, J Mauderly, and G Oberdörster, eds.), ILSI Press, Washington, DC, 191-198, **1994**

128. Crapo J, Malik AB, Mossman B, and Gail DB: NHLBI workshop summary: *In vivo* cell biology. *Am J Respir Crit Care Med* 150(1):282-286, **1994** PMID: 8025765

129. Quinlan TR, Marsh JP, Janssen YM, Borm PA, and Mossman BT: Oxygen radicals and asbestos-mediated disease. (Review) *Environ Health Perspect* 102(Suppl 10):107-110, **1994** PMID: 7705283; PMCID: PMC1566980

130. Driscoll KE, Maurer JK, Hassenbein D, Carter J, Janssen YMW, Mossman BT, Osier M, and Oberdörster G: Contribution of macrophage-derived cytokines and cytokine networks to mineral dust-induced lung inflammation. In: <u>Toxic and Carcinogenic Effects of Solid Particles in the Respiratory Tract</u>, (DL Dungworth, J Mauderly, G Oberdörster, eds.), ISLI Press, Washington, DC, 177-190, **1994**

131. *Janssen YMW, Barchowsky A, Treadwell M, Driscoll KE, and Mossman BT: Asbestos induces nuclear factor κB (NF-κB) DNA-binding activity and NF-κB-dependent gene expression in tracheal epithelial cells. *Proc Natl Acad Sci U S A* 92(18):8458-8462, **1995** PMID: 7667311; PMCID: PMC41176

132. *Driscoll KE, Hassenbein DG, Carter JM, Kunkel SL, Quinlan TR and Mossman BT: TNFα and increased chemokine expression in rat lung after particle exposure. *Toxicol Lett* 82-83:483-489, **1995** PMID: 8597099

133. *Quinlan TR, BéruBé KA, Marsh JP, Janssen YMW, Taishi P, Leslie KO, Hemenway D, O'Shaughnessy PT, Vacek P, and Mossman BT: Patterns of inflammation, cell proliferation, and related gene expression in lung after inhalation of chrysotile asbestos. *Am J Pathol* 147(3):728-739, **1995** PMID: 7677184; PMCID: PMC1870980

134. *Timblin CR, Janssen YW, and Mossman BT: Transcriptional activation of the proto-oncogene *c-jun* by asbestos and $H_2O_2$ is directly related to increased proliferation and transformation of tracheal epithelial cells. *Cancer Res* 55(13):2723-2726, **1995** PMID: 7796393

135. *Janssen YM, Heintz NH and Mossman BT: Induction of *c-fos* and *c-jun* proto-oncogene expression by asbestos is ameliorated by N-acetyl-L-cysteine in mesothelial cells. *Cancer Res* 55(10):2085-2089, **1995** PMID: 7743507

136. Mossman BT, Quinlan T, and Janssen YMW: Active oxygen species. In: <u>Pathology of Human Environmental and Occupational Disease</u>, (JE Craighead, ed.), Mosby Year-Book, Inc., St. Louis, MO, 347-357, **1995**

137. Gee JBL and Mossman BT: Basic mechanisms in occupational lung disease including lung cancer and mesothelioma. In: <u>Occupational Lung Diseases</u>, (WKC Morgan and A Seaton, eds.), WB Saunders, Philadelphia, PA, 3rd Ed., 191-221, **1995**

138. Mossman BT, Jimenez LA, BéruBé K, Quinlan T, and Janssen YMW: Possible mechanisms of crystalline silica-induced lung disease. *Appl Occup Environ Hyg* 10(12):1115-1117, **1995**

139. Mossman BT, Mason R, McDonald JA, and Gail DB: Advances in molecular genetics, transgenic models, and gene therapy for the study of pulmonary diseases. *Am J Respir Crit Care Med* 151(6):2065-2069, **1995** PMID: 7767558

140. *BéruBé KA, Quinlan TR, Moulton G, Hemenway D, O'Shaughnessy P, Vacek P, and Mossman BT: Comparative proliferative and histopathologic changes in rat lungs after inhalation of chrysotile or crocidolite asbestos. *Toxicol Appl Pharmacol* 137(1):67-74, **1996** PMID: 8607143

141. *Treadwell MD, Mossman BT and Barchowsky A: Increased neutrophil adherence to endothelial cells exposed to asbestos. *Toxicol Appl Pharmacol* 139(1):62-70, **1996** PMID: 8685910

142. *BéruBé KA, Quinlan TR, Fung H, Magae J, Vacek P, Taatjes DJ, and Mossman BT: Apoptosis is

observed in mesothelial cells after exposure to crocidolite asbestos. *Am J Respir Cell Mol Biol* 15(1):141-147, **1996** PMID: 8679218

143. *Mossman BT, Surinrut P, Brinton BT, Marsh JP, Heintz NH, Lindau-Shepard B, and Shaffer JB: Transfection of a manganese-containing superoxide dismutase gene into hamster tracheal epithelial cells ameliorates asbestos-mediated cytotoxicity. *Free Radic Biol Med* 21(2):125-131, **1996** PMID: 8818626

144. *Zanella CL, Posada J, Tritton TR, and Mossman BT: Asbestos causes stimulation of the ERK-1 mitogen-activated protein kinase cascade after phosphorylation of the epidermal growth factor receptor. *Cancer Res* 56(23):5334-5338, **1996** PMID: 8968079

145. *Chen Q, Marsh J, Ames B, and Mossman B: Detection of 8-oxo-2'-deoxyguanosine, a marker of oxidative DNA damage, in culture medium from human mesothelial cells exposed to crocidolite asbestos. *Carcinogenesis* 17(11):2525-2527, **1996** PMID: 8968073

146. Mossman BT, Kamp DW, and Weitzman SA: Mechanisms of carcinogenesis and clinical features of asbestos-associated cancers. *Cancer Invest* 14(5):466-480, **1996** PMID: 8816862

147. *Fung H, Kow YW, Van Houten B, and Mossman BT: Patterns of 8-hydroxydeoxyguanosine (8OHdG) formation in DNA and indications of oxidative stress in rat and human pleural mesothelial cells after exposure to crocidolite asbestos. *Carcinogenesis* 18(4):101-108, **1997**

148. *Fung H, Quinlan TR, Janssen YMW, Timblin CR, Marsh JP, Heintz NH, Taatjes DJ, Vacek P, Jaken S, and Mossman BT: Inhibition of protein kinase C (PKC) prevents asbestos-induced c-*fos* and c-*jun* protooncogene expression in mesothelial cells. *Cancer Res* 57:3101-3105, **1997** PMID: 9242432

149. *Janssen YMW, Driscoll KE, Howard B, Quinlan TR, Treadwell M, Barchowsky A, and Mossman BT: Asbestos causes translocation of p65 protein and increases NF-κB DNA binding activity in rat lung epithelial and pleural mesothelial cells. *Am J Pathol* 151(2):389-401, **1997** PMID: 9250152; PMCID: PMC1858001

150. *Goldberg JL, Zanella CL, Janssen YMW, Timblin CR, Jimenez LA, Vacek P, Taatjes DJ, and Mossman BT: Novel cell imaging approaches show induction of apoptosis and proliferation in mesothelial cells by asbestos. *Am J Respir Cell Mol Biol* 17(3):265-271, **1997** PMID: 9308911

151. *Janssen YMW, Matalon S, and Mossman BT: Differential induction of c-*fos*, c-*jun*, and apoptosis in lung epithelial cells exposed to ROS or RNS. *Am J Physiol (Lung Cell Mol Physiol)* 273(4 Pt 1):L789-L796, **1997** PMID: 9357854

152. Mossman BT, Faux S, Janssen Y, Jimenez LA, Timblin C, Zanella C, Goldberg J, Walsh E, Barchowsky A, and Driscoll K: Cell signaling pathways elicited by asbestos. *Environ Health Perspect* 105(Suppl 5):1121-1125, **1997** PMID: 9400710; PMCID: PMC1470124

153. *Jimenez LA, Zanella C, Fung H, Janssen YMW, Vacek P, Charland C, Goldberg J, and Mossman BT: Role of extracellular signal-regulated protein kinases in apoptosis by asbestos and $H_2O_2$. *Am J Physiol (Lung Cell Mol Physiol)* 273(5 Pt 1):L1029-L1035, **1997** PMID: 9374731

154. Mossman BT and Gee JB: Asbestos-related cancer and the amphibole hypothesis. The hypothesis is still supported by scientists and scientific data [letter; comment]. *Am J Public Health* 87:689-690; discussion 690-691, **1997** PMID: 9146459; PMCID: PMC1380861

155. *Davis WP, Janssen YMW, Mossman BT, and Taatjes DJ: Simultaneous triple fluorescence detection of mRNA localization, nuclear DNA, and apoptosis in cultured cells using confocal laser scanning microscopy. *Histochem Cell Biol* 108(4-5):307-311, **1997** PMID: 9387922

156. *Wylie AG, Skinner HC, Marsh J, Snyder H, Garzione C, Hodkinson D, Winters R, and Mossman BT: Mineralogical features associated with cytotoxic and proliferative effects of fibrous talc and asbestos on rodent tracheal epithelial and pleural mesothelial cells. *Toxicol Appl Pharmacol* 147(1):143-150, **1997** PMID: 9356317

157. Janssen YMW, Timblin CR, Zanella CL, Jimenez LA, and Mossman BT: Induction of gene expression by environmental oxidants associated with inflammation, fibrogenesis, and carcinogenesis. In: Oxidative Stress and Signal Transduction, (HJ Forman, E Cadenas, eds.), Chapman and Hall, New York, NY, Ch. 16, 387-414, **1997**

158. Mossman BT, Taishi P, Quinlan T, Timblin C, BeruBé K, Marsh JP, Jimenez LA, Vacek P, and Janssen YMW: Molecular markers of cell proliferation and injury: correlations between in vitro observations and rodent inhalation studies using crocidolite and chrysotile asbestos. In: Correlations Between In Vitro and *In Vivo* Investigations in Inhalation Toxicology, (U Mohr, ed.), ILSI Press, Washington, DC, 172-181, **1997**

23

159. Alleman JE and Mossman BT: Asbestos revisited. *Scientific American* 277(1):70-75, **1997**

160. Timblin CR, Janssen YMW, and Mossman BT: Free radical mediated alterations of gene expression by xenobiotics. In: Free Radical Toxicology, (KB Wallace, ed.), Taylor & Francis, Washington, DC, Ch. 16, 325-348, **1997**

161. *Pache JC, Janssen YMW, Walsh ES, Quinlan TR, Zanella CL, Low, RB, Taatjes DJ, and Mossman BT: Increased epidermal growth factor-receptor protein in a human mesothelial cell line in response to long asbestos fibers. *Am J Pathol* 152(2):333-340, **1998** PMID: 9466557; PMCID: PMC1857975

162. Mossman BT and Churg A: Mechanisms in the pathogenesis of asbestosis and silicosis. *Am J Respir Crit Care Med* 157(5 Pt 1):1666-1680, **1998** PMID: 9603153

163. *Fung H, Kow YW, Van Houten B, Taatjes DJ, Hatahet Z, Janssen YMW, Vacek P, Faux SP, and Mossman BT: Asbestos increases mammalian major AP-endonuclease gene expression, protein levels, and enzyme activity in mesothelial cells. *Cancer Res* 58(2):189-194, **1998** PMID: 9443389

164. BéruBé K, Mossman B, Quinlan T, and Taatjes D: Diverse microscopy imaging techniques for studies of asbestos-induced lung disease. *Microscopy & Analysis* 12:13-16, **1998**

165. *Timblin CR, Janssen YMW, Goldberg JL, and Mossman BT: GRP78, HSP72/73, and c-*jun* stress protein levels in lung epithelial cells exposed to asbestos, cadmium, or $H_2O_2$. *Free Radic Biol Med* 24(5):632-642, **1998** PMID: 9559875

166. *Quinlan TR, BéruBé KA, Hacker MP, Taatjes DJ, Timblin CR, Goldberg J, Kimberley P, O'Shaughnessy P, Hemenway D, Torino J, Jimenez LA, and Mossman BT: Mechanisms of asbestos-induced nitric oxide production by rat alveolar macrophages in inhalation and in vitro models. *Free Radic Biol Med* 24(5):778-788, **1998** PMID: 9586808

167. Driscoll KE, Carter JM, Howard BW, Hassenbein D, Janssen YM, and Mossman BT: Crocidolite activates NF-κB and MIP-2 gene expression in rat alveolar epithelial cells. Role of mitochondrial-derived oxidants *Environ Health Perspect* 106(Suppl 5):1171-1174, **1998** PMID: 9788893; PMCID: PMC1533370

168. Janssen YM, Driscoll KE, Timblin CR, Hassenbein D, and Mossman BT: Modulation of mitochondrial gene expression in pulmonary epithelial cells exposed to oxidants. *Environ Health Perspect* 106(Suppl 5):1191-1195, **1998** PMID: 9788897; PMCID: PMC1533355

169. *Timblin CR, Guthrie GD, Janssen YWM, Walsh ES, Vacek P, and Mossman BT: Patterns of c-*fos* and c-*jun* proto-oncogene expression, apoptosis, and proliferation in rat pleural mesothelial cells exposed to erionite or asbestos fibers. *Toxicol Appl Pharmacol* 151(1):88-97, **1998** PMID: 9750890

170. *Barchowsky A, Roussel RR, Krieser RJ, Mossman BT, and Treadwell MD: Expression and activity of urokinase and its receptor in endothelial and pulmonary epithelial cells exposed to asbestos. *Toxicol Appl Pharmacol* 152:388-396, **1998** PMID: 9853007

171. *Timblin C, BéruBé K, Churg A, Driscoll K, Gordon T, Walsh E, Cummins AB, Vacek P, and Mossman B: Ambient particulate matter causes activation of the c-*jun* kinase/stress-activated protein kinase cascade and DNA synthesis in lung epithelial cells. *Cancer Res* 58(20):4543-4547, **1998** PMID: 9788597

172. Timblin CR, Janssen-Heininger Y, and Mossman BT: Pulmonary reactions and mechanisms of toxicity of inhaled fibers. In: Toxicology of the Lung, (DE Gardner, JD Crapo, and RO McClellan, eds.), Taylor & Francis, Washington DC, 3rd Ed., 221-240, **1998**

173. Mossman BT: Effects on laboratory mammals and *in vitro* test systems. In: Environmental Health Criteria 203: Chrysotile Asbestos, International Programme on Chemical Safety, World Health Organization, 69-102, Geneva, Switzerland, **1998**

174. Driscoll K, Hassenbein D, Howard B, Carter J, Gauldie J, Janssen Y, and Mossman B: Cytokines, oxidative stress and inflammation. In: Relationships between Respiratory Disease and Exposure to Air Pollution, (U Mohr, ed.), ILSI Monograph, ILSI Press, Washington, DC, **1999**

175. *Janssen-Heininger YMW, Macara I, and Mossman BT: Cooperativity between oxidants and tumor necrosis factor in the activation of NF-κB in lung epithelial cells: requirement of Ras/mitogen activated protein kinases in the activation of NF-κB by oxidants. *Am J Respir Cell Mol Biol* 20(5):942-952, **1999** PMID: 10226064

176. *Zanella CL, Timblin CR, Cummins A, Jung M, Goldberg J, Raabe R, Tritton TR, and Mossman BT: Asbestos-induced phosphorylation of epidermal growth factor receptor is linked to c-*fos* expression and apoptosis. *Am J Physiol (Lung Cell Mol Physiol)* 277(4 Pt 1):L684-L693, **1999** PMID: 10516208

177. Robledo R and Mossman B: Cellular and molecular mechanisms of asbestos-induced fibrosis. *J Cell*

*Physiol* 180(2):158-166, **1999** PMID: 10395285

178. Poynter ME, Janssen-Heininger YMW, Buder-Hoffmann S, Taatjes DJ, and Mossman BT: Measurement of oxidant-induced signal transduction proteins using cell imaging. *Free Radic Biol Med* 27(11-12):1164-1172, **1999** PMID: 10641707

179. Rahman Q, Abidi P, Afaq F, Schiffmann D, Mossman BT, Kamp DW, and Athar M: Glutathione redox system in oxidative lung injury. *Crit Rev Toxicol* 29(6):543-568, **1999** PMID: 10628776

180. Mossman BT: Environmental pathology: new directions and opportunities. *Toxicol Pathol* 27(2):180-186, **1999** PMID: 10207982

181. *Robledo RF, Buder-Hoffmann SA, Cummins AB, Walsh ES, Taatjes D, and Mossman BT: Increased phosphorylated ERK immunoreactivity associated with proliferative and morphologic lung alterations following chrysotile asbestos inhalation in mice. *Am J Pathol* 156(4):1307-1316, **2000** PMID: 10751356; PMCID: PMC1876879

182. *Shukla A, Timblin C, BéruBé K, Gordon T, McKinney W, Driscoll K, Vacek P, and Mossman BT: Inhaled particulate matter causes expression of Nuclear Factor (NF)-κB-related genes and oxidant-dependent NF-κB activation in vitro. *Am J Respir Cell Mol Biol* 23(2):182-187, **2000** PMID: 10919984

183. *Jung M, Davis WP, Taatjes D, Churg A, and Mossman BT: Asbestos and cigarette smoke cause increased in apoptosis in rat bronchiolar epithelium. *Free Radic Biol Med* 28(8):1295-1299, **2000** PMID: 10889460

184. Hessel PA, Gamble JF, Gee JBL, Gibbs G, Green FHY, Morgan WKC, and Mossman BT: Silica, silicosis, and lung cancer: a response to a recent working group report. *J Occup Environ Med* 42(7):704-720, **2000** PMID: 10914339

185. *Murthy SS, Shen T, De Rienzo A, Lee WC, Ferriola PC, Jhanwar SC, Mossman BT, Filmus J, and Testa JR: Expression of GPC3, an X-linked recessive overgrowth gene, is silenced in malignant mesothelioma. *Oncogene* 19(3):410-416, **2000** PMID: 10656689

186. Mossman BT: Mechanisms of action of poorly soluble particulates in overload-related lung pathology. Proceedings of the ILSI Workshop on the Relevance of the Rat Lung Response to Particle Overload for Human Risk Assessment, 23 March 1998. *Inhal Toxicol* 12(1-2):141-148, **2000** PMID: 10715621

187. Fukagawa N, Timblin C, Buder-Hoffmann S, and Mossman BT: Strategies for evaluation of signaling pathways and transcription factors altered in aging. *Antioxid Redox Signal* 2(3):379-389, **2000** PMID: 11229351

188. Mossman BT, Hubbard A, Shukla A, and Timblin CR: Role of mitogen-activated protein kinases, early response protooncogenes, and activator protein-1 in cell signaling by asbestos. Proceedings of the 7th International Meeting on Particle Toxicology *Inhal Toxicol* 12(Suppl 3):307-316, **2000** PMID: 26368630

189. *Shukla A, Timblin CR, Hubbard AK, Bravman J, and Mossman BT: Silica-induced activation of c-Jun-NH$_2$-terminal amino kinases, protracted expression of the Activator Protein-1 proto-oncogene, *fra-1*, and S-phase alterations are mediated via oxidative stress. *Cancer Res* 61(5):1791-1795, **2001** PMID: 11280724

190. *Buder-Hoffmann S, Palmer C, Vacek P, Taatjes D, and Mossman B: Different accumulation of activated extracellular signal-regulated kinases (ERK 1/2) and role in cell-cycle alterations by epidermal growth factor, hydrogen peroxide, or asbestos in pulmonary epithelial cells. *Am J Respir Cell Mol Biol* 24(4):405-413, **2001** PMID 11306433

191. Timblin C, Robledo R, Rincón M, Cummins A, Pfeiffer L, and Mossman B: Transgenic mouse models to determine the role of epidermal growth factor receptor (EGFR) in epithelial cell proliferation, apoptosis, and asbestosis. *Chest* 120(1 Suppl):22S-24S, **2001** PMID: 11451897

192. Hubbard AK, Timblin CR, Rincon M, and Mossman BT: Use of transgenic luciferase reporter mice to determine activation of transcription factors and gene expression by fibrogenic particles. *Chest* 120(1 Suppl):24S-25S, **2001** PMID: 11451898

193. Timblin CR, Janssen-Heininger Y, and Mossman BT: Physical agents in human carcinogenesis. In: Molecular Basis of Human Cancer, (WB Coleman and GJ Tsongalis, eds.), Humana Press, Inc., Totowa, NJ, 223-232, **2001**

194. Johnson NF and Mossman BT: Dose, dimension, durability and biopersistence of chrysotile asbestos. In: The Health Effects of Chrysotile Asbestos, *Can Mineral* Spec. Publ. 5:145-154, **2001**

195. Shukla A, Timblin CR, Mossman BT, and Hubbard A: The role of free radicals in asbestos- and silica-

25

induced fibrotic lung diseases. In: <u>Environmental Stressors in Health and Disease</u>, (J Fuchs and L Packer, eds.), Oxidative Stress and Disease Series 7, Marcel Dekker, Inc., New York, NY, 185-202, **2001**

196. Taatjes DJ, Palmer CJ, Pantano C, Hoffmann SB, Cummins A, and Mossman BT: Laser-based microscopic approaches: Application to cell signaling in environmental lung disease. *Biotechniques* 31(4):880-894, **2001** PMID: 11680720

197. *Fukagawa NK, Li M, Timblin CR, and Mossman BT: Modulation of cell injury and survival by high glucose and advancing age. *Free Radic Biol Med* 31(12):1560-1569, **2001** PMID: 11744330

198. Driscoll KE, Howard BW, Carter JM, Janssen, YM, Mossman BT, and Isfort RJ: Mitochondrial-derived oxidants and quartz activation of chemokine gene expression. *Adv Exp Med Biol* 500:489-496, **2001** PMID: 11764986

199. Mossman BT and Gruenert DC: SV40, growth factors, and mesothelioma - another piece of the puzzle. *Am J Respir Cell Mol Biol* 26(2):167-170, **2002** PMID: 11804865

200. Ding M, Chen F, Shi X, Yucesoy B, Mossman B, and Vallyathan V: Diseases caused by silica: mechanisms of injury and disease development. *Int Immunopharmacol* 2(2-3):173-182, **2002** PMID: 11811922

201. Manning CB, Vallyathan V, and Mossman BT: Diseases caused by asbestos: mechanisms of injury and disease development. *Int Immunopharmacol* 2(2-3):191-200, **2002** PMID: 11811924

202. *Hubbard AK, Timblin CR, Shukla A, Rincón M, and Mossman BT: Activation of NF-κB-dependent gene expression by silica in lungs of luciferase reporter mice. *Am J Physiol (Lung Cell Mol Physiol)* 282(5):L968-L975, **2002** PMID: 11943661

203. *Timblin C, Shukla A, Berlanger I, BéruBé KA, Churg A, and Mossman BT: Ultrafine airborne particles causes increases in protooncogene expression and proliferation in pulmonary epithelial cells. *Toxicol Appl Pharmacol* 179(2):98-104, **2002** PMID: 11884242

204. Crystal RG, Bitterman PB, Mossman B, Schwarz MI, Sheppard D, Almasy L, Chapman HA, Friedman SL, King TE Jr., Leinwand LA, Liotta L, Martin GR, Schwartz DA, Schultz GS, Wagner CR, and Musson RA: Future research directions in idiopathic pulmonary fibrosis. Summary of a National Heart, Lung, and Blood Institute Working Group. *Am J Respir Crit Care Med* 166(2):236-246, **2002** PMID: 12119236

205. *Lounsbury KM, Stern M, Taatjes D, Jaken S, and Mossman BT: Increased localization and substrate activation of protein kinase Cδ in lung epithelial cells following exposure to asbestos. *Am J Pathol* 160(6):1991-2000, **2002** PMID: 12057904; PMCID: PMC1850823

206. Ramos-Nino ME, Haegens A, Shukla A, and Mossman BT: Role of mitogen-activated protein kinases (MAPK) in cell injury and proliferation by environmental particulates. *Mol Cell Biochem* 234-235(1-2):111-118, **2002** PMID: 12162423

207. *Manning CB, Cummins AB, Jung MW, Berlanger I, Timblin CR, Palmer C, Taatjes DJ, Hemenway D, Vacek P, and Mossman BT: A mutant epidermal growth factor receptor (EGFR) targeted to lung epithelium inhibits asbestos-induced proliferation and protooncogene expression. *Cancer Res* 62(15):4169-4175, **2002** PMID: 12154012

208. *Ramos-Nino ME, Timblin CR, and Mossman BT: Mesothelial cell transformation requires increased AP-1 binding activity and ERK-dependent Fra-1 expression. *Cancer Res* 62(21):6065-6069, **2002** PMID: 12414630

209. Reddy SPM and Mossman BT: Role and regulation of activator protein-1 (AP-1) in toxicant-induced responses of the lung. (Invited Review) *Am J Physiol (Lung Cell Mol Physiol)* 283(6):L1161-L1178, **2002** PMID: 12424143

210. *Albrecht C, Borm PJA, Adolf B, Timblin CR, and Mossman BT: *In vitro* and *in vivo* activation of extracellular signal-regulated kinases by coal dusts and quartz silica. *Toxicol Appl Pharmacol* 184(1):37-45, **2002** PMID: 12392967

211. Kamp DW and Mossman BT: Asbestos-associated cancers: Clinical spectrum and pathogenic mechanisms. *Clin Occup Environ Med* 2(4):753-777, **2002**

212. Shukla A, Ramos-Nino M, and Mossman B: Cell signaling and transcription factor activation by asbestos in lung injury and disease. *Int J Biochem Cell Biol* 35(8):1198-1209, **2003** PMID: 12757757

213. *Cummins AB, Palmer C, Mossman BT, and Taatjes DJ: Persistent localization of activated extracellular signal-regulated kinases (ERK1/2) is epithelial cell specific in an inhalation model of asbestosis. *Am J Pathol* 162(3):713-720, **2003** PMID: 12598305; PMCID: PMC1868103

26

214. Mossman BT: Guest Editor: Serial reviews on the role of reactive oxygen and nitrogen species (ROS/RNS) in lung injury and diseases. (Introduction) *Free Radic Biol Med* 34(9):1115-1116, **2003** PMID: 12706491

215. Shukla A, Gulumian M, Hei TK, Kamp D, Rahman Q, and Mossman BT: Multiple roles of oxidants in the pathogenesis of asbestos-induced diseases. *Free Radic Biol Med* 34(9):1117-1129, **2003** PMID: 12706492

216. *Ramos-Nino ME, Scapoli L, Martinelli M, Land S, and Mossman BT: Microarray analysis and RNA silencing link fra-1 to cd44 and c-met expression in mesothelioma. *Cancer Res* 63(13):3539-3545, **2003** PMID: 12839939

217. Shukla A and Mossman BT: Asbestosis and asbestos-related cancers: role of reactive oxygen and nitrogen species. In: Oxygen/Nitrogen Radicals: Lung Injury and Disease, (V Vallyathan, V Castranova, and X Shi, eds.), Marcel-Dekker, Inc., New York, NY, 179-195, **2003**

218. *Ramos-Nino ME, Heintz N, Scapoli L, Martinelli M, Land S, Nowak N, Haegens A, Manning B, Manning N, MacPherson M, Stern M, and Mossman B: Gene profiling and kinase screening in asbestos-exposed epithelial cells and lungs. *Am J Respir Cell Mol Biol* 29(3 Suppl):S51-S58, **2003** PMID: 14503555

219. *Shukla A, Stern M, Lounsbury KM, Flanders T, and Mossman BT: Asbestos-induced apoptosis is protein kinase Cδ-dependent. *Am J Respir Cell Mol Biol* 29(2):198-205, **2003** PMID: 12626942

220. *Li M, Mossman BT, Kolpa E, Timblin CR, Shukla A, Taatjes DJ, and Fukagawa NK: Age-related differences in MAP kinase activity in VSMC in response to glucose or TNF-alpha. *J Cell Physiol* 197(2):418-425, **2003** PMID: 16155909

221. *Shukla A, Jung M, Stern M, Fukagawa NK, Taatjes DJ, Sawyer D, Van Houten B, and Mossman BT: Asbestos induces mitochondrial DNA damage and dysfunction linked to the development of apoptosis. *Am J Physiol (Lung Cell Mol Physiol)* 285(5):L1018-L1025, **2003** PMID: 12909582

222. *Scapoli L, Ramos-Nino ME, Martinelli M, and Mossman BT: Src-dependent ERK5 and Src/EGFR-dependent ERK1/2 activation is required for cell proliferation by asbestos. *Oncogene* 23(3):805-813, **2004** PMID: 147371151

223. Shukla A, Vacek P, and Mossman BT: Dose response relationships in expression of biomarkers of cell proliferation in *in vitro* assays and inhalation experiments. *Nonlin Biol Toxicol Med* 2(2):117-128, **2004** PMID: 19330127; PMCID: PMC2655707

224. *Jung M, Grunberg S, Timblin C, Buder-Hoffmann S, Vacek P, Taatjes DJ, and Mossman BT: Paclitaxel and vinorelbine cause synergistic increases in apoptosis but not in microtubular disruption in human lung adenocarcinoma cells (A-549). *J Histochem Cell Biol* 121(2):115-121, **2004** PMID: 14745558

225. *Yuan Z, Taatjes DJ, Mossman BT, and Heintz NH: The duration of nuclear extracellular signal-related kinase 1 and 2 signaling during cell cycle re-entry distinguishes proliferation from apoptosis in response to asbestos. *Cancer Res* 64(21):7780-7786, **2004** PMID: 15220183

226. Mossman BT, Klein G, and Zur Hausen H: Modern criteria to determine the etiology of human carcinogens. *Semin Cancer Biol* 14(6):449-452, **2004** PMID: 15489138

227. *Shukla A, Flanders T, Lounsbury K, and Mossman BT: The gamma-glutamylcysteine synthetase (*y*-GCS) and glutathione regulate asbestos-induced expression of activator protein (AP-1) family members and activity. *Cancer Res* 64(18):6530-6536, **2004** PMID: 15374964

228. Ramos-Nino ME, and Mossman BT: Microarray analysis and RNA silencing to determine genes functionally important in mesothelioma. In: RNA Interference Technology: From Basic Science to Drug Development, (K Appasani ed.), Cambridge University Press, Cambridge, UK, Ch. 32, 447-469, **2005**

229. *Haegens A, van der Vliet A, Butnor KJ, Heintz N, Taatjes D, Hemenway D, Vacek P, Freeman BA, Hazen SL, Brennan ML, and Mossman BT: Asbestos-induced lung inflammation and epithelial cell proliferation are altered in myeloperoxidase-null mice. *Cancer Res* 65(21):9670-9677, **2005** PMID: 16266986

230. Ramos-Nino ME, Martinelli M, Scapoli L, and Mossman BT: Asbestos-induced mesothelioma. In: Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis, and Translational Therapies, (HI Pass, N Vogelzang, and M Carbone, eds.), Springer Science+Business Media, Inc., New York, NY, 21-33, **2005**

231. *Ramos-Nino ME, Vianale G, Sabo-Attwood T, Mutti L, Porta C, Heintz N, and Mossman BT: Human mesothelioma cells exhibit tumor cell-specific differences in phosphatidylinositol 3-kinase/AKT activity

that predict the efficacy of Onconase. *Mol Cancer Ther* 4(5):835-842, **2005** PMID: 15897248

232. \*Sabo-Attwood T, Ramos-Nino M, Bond J, Butnor KJ, Heintz N, Gruber AD, Steele C, Taatjes DJ, Vacek P, and Mossman BT: Gene expression profiles reveal increased mCla3 (Gob5) expression and mucin production in a murine model of asbestos-induced fibrogenesis. *Am J Pathol* 167(5):1243-1256, **2005** PMID: 16251409; PMCID: PMC1603789

233. \*Altomare DA, You H, Xiao G-H, Ramos-Nino, ME, Skele KL, De Rienzo A, Jhanwar SC, Mossman BT, Kane AB, and Testa JR: Human and mouse mesotheloimas exhibit elevated AKT/PKB activity, which can be targeted pharmacologically to inhibit tumor cell growth. *Oncogene* 24(40):6080-6089, **2005** PMID: 15897870

234. \*Carbone M, Rdzanek MA, Rudzinski JJ, De Marco MA, Bocchetta M, Ramos-Nino M, Mossman B, and Pass HI: Letter to the editor: SV40 detection in human tumor specimens. *Cancer Res* 65(21):10120-10121, **2005** PMID: 16267039

235. Shukla A and Mossman BT: Molecular mechanisms of environmental particulates in lung inflammation and fibrosis. *Recent Res Devel Mol Cell Biochem* 2:35-48, **2005**

236. Stern M, Taatjes DJ, and Mossman BT: Multifluorescence labeling techniques and confocal laser scanning microscopy on lung tissue. *Methods Mol Biol* 319(4):67-76, **2006** PMID: 16719351

237. Manning CB, Mossman BT, and Taatjes DJ: Analysis of asbestos-induced gene expression changes in bronchiolar epithelial cells using laser capture microdissection and quantitative reverse transcriptase-polymerase chain reaction. *Methods Mol Biol* 319(11):231-236, **2006** PMID: 16719358

238. Sabo-Attwood T, Ramos-Nino M, and Mossman BT: Environmental carcinogenesis. In: <u>Oncology: An Evidence Based Approach</u>, Springer-Verlag, New York, NY, 233-243, **2006**

239. \*Li M, Liu RM, Timblin CR, Meyer SG, Mossman BT, and Fukagawa NK: Age affects ERK1/2 and NRF2 signaling in the regulation of GCLC expression. *J Cell Phys* 206(2):518-525, **2006** PMID: 16155909

240. \*Lee PJ, Zhang X, Shan P, Ma B, Lee CG, Homer RJ, Zhu Z, Rincon M, Mossman BT, and Elias JA: ERK1/2 mitogen-activated protein kinase selectively mediates IL-13-induced lung inflammation and remodeling *in vivo*. *J Clin Invest* 116(1):163-173, **2006** PMID: 16374521; PMCID: PMC1319220

241. \*Barlow CA, Shukla A, Mossman BT, and Lounsbury KM: Oxidant-mediated cAMP response element binding protein activation: calcium regulation and role in apoptosis of lung epithelial cells. *Am J Respir Cell Mol Biol* 34(1):7-14, **2006** PMID: 16151051; PMCID: PMC2644191

242. BéruBé K, Balharry D, Jones T, Moreno T, Hayden P, Sexton K, Hicks M, Merolla L, Timblin C, Shukla A, and Mossman B: Characterization of airborne particulate matter and related mechanisms of toxicity: an experimental approach. In: <u>Air Pollution and Health</u>, (J Ayres, R Maynard, and R Richards, eds.), Imperial College Press, London, UK, Air Pollution Reviews, Vol. 3, Ch. 4, 69-110, **2006**

243. Shukla A and Mossman BT: Oxidants and antioxidants: oxidants. In: <u>Encyclopedia of Respiratory Medicine</u>, (G Laurent and S Shapiro, eds.), Elsevier Limited, Oxford, UK, 271-278, **2006**

244. Swain WA and Mossman BT: Carcinogenic mechanisms in mesothelioma: Effects of asbestos on cell signal events, transcription factors, and inflammatory cytokines. In: <u>Malignant Pleural Mesothelioma</u>, (K O'Byrne, and V Rusch, eds.), Oxford University Press, Oxford, UK, 129-145, **2006**

245. \*Shukla A, Barrett TF, Nakayama KI, Nakayama K, Mossman BT, and Lounsbury KM: Transcriptional up-regulation of MMPs 12 and 13 by asbestos occurs via a PKCδ-dependent pathway in murine lung. *FASEB J* 20(7):997-999, **2006** PMID: 16571779

246. \*Ramos-Nino ME, Testa JR, Altomare DA, Pass HI, Carbone M, Bocchetta M, and Mossman BT: Cellular and molecular parameters of mesothelioma (Prospect Article). *J Cell Biochem* 98(4):723-734, **2006** PMID: 16795078; PMCID: PMC2766267

247. \*O'Hara KA, Nemec AA, Alam J, Klei, LR, Mossman BT, and Barchowsky A: Chromium (VI) inhibits heme oxygenase-1 expression *in vivo* and in arsenic-exposed human airway epithelial cells. *J Cell Physiol* 209(1):113-121, **2006** PMID: 16775837; PMCID: PMC4288750

248. Adler KB, Shapiro SD, Gallup M, Wu R, Randell SH, Holtzman MJ, Evans CM, Jacoby DB, Tesfaigzi Y, Rose MC, Mossman BT, Prince A, Reddy SP, Davis CW, and Matthay MA: Airway epithelium, inflammation, and mechanisms of disease: a tribute to Carol B. Basbaum. *Am J Respir Cell Mol Biol* 34(5):523-526, **2006** PMID: 16618787

249. \*Mossman BT, Lounsbury K, and Reddy SP: Oxidants and signaling by mitogen-activated protein kinase (MAPK) in lung epithelium. *Am J Respir Cell Mol Biol* 34(4):666-669, **2006** PMID: 16484683; PMCID:

PMC2644227

250. *Yang H, Bocchetta M, Kroczynska B, Elmishad AG, Chen Y, Liu Z, Bubici C, Mossman BT, Pass HI, Testa JR, Franzoso G, and Carbone M: TNF-α inhibits asbestos induced cytotoxicity via a NF-κB dependent pathway, a possible mechanism for asbestos induced oncogenesis. *Proc Natl Acad Sci U S A* 103(27):10397-10402, **2006** PMID: 16798876; PMCID: PMC1502469

251. *Kroczynska BR, Cutrone R, Bocchetta M, Yang H, Elmishad AG, Ramos-Nino M, Mossman BT, Pass HI, and Carbone M: Crocidolite asbestos and SV40 are cocarcinogens in human mesothelial cells and in causing mesothelioma in hamsters. *Proc Natl Acad Sci U S A* 103(38):14128-14133, **2006** PMID: 16966607; PMCID: PMC1599923

252. *Li M, Chiu JF, Mossman BT, and Fukagawa NK: Down regulation of MnSOD through phosphorylation of FOXO3a by AKT in explanted VSMC from old rats. *J Biol Chem* 281(52):40429-40439, **2006** PMID: 17079231

253. Levis JE and Mossman BT: Cell signaling pathways elicited by particulates. In: Particle Toxicology, (K Donaldson and P Borm, eds.), CRC Press, Inc., Boca Raton, FL, 197-209, **2007**

254. Blumen SR and Mossman BT: Environmental agents in lung and pleural neoplasms. In: Molecular Pathology of Lung Disease, (P Cagle, DS Zander, J Jagirdar, R Barrios, A Haque, and H Popper, eds.), Springer-Verlag, New York, NY, Ch. 23, 233-239, **2007**

255. *Shukla A, Lounsbury KM, Barrett TF, Gell J, Rincón M, Butnor KJ, Taatjes DJ, Davis GS, Vacek P, Nakayama KI, Nakayama K, Steele C, and Mossman BT: Asbestos-induced peribronchiolar cell proliferation and cytokine production are attenuated in lungs of protein kinase Cδ knockout mice. *Am J Pathol* 170(1):140-151, **2007** PMID: 17200189; PMCID: PMC1762688

256. Mossman BT, Borm PJ, Castranova V, Costa DL, Donaldson K, and Kleeberger SR: Meeting proceedings: mechanisms of action of inhaled fibers, particles, and nanoparticles in lung and cardiovascular diseases. www.particleandfibretoxicology.com/content/4/1/4 *Part Fibre Toxicol* 4:4, **2007** PMID: 17537262; PMCID: PMC1894816

257. *Haegens A, Barrett TF, Gell J, Shukla A, MacPherson M, Vacek P, Poynter ME, Butnor KJ, Janssen-Heininger YM, Steele C, and Mossman BT: Airway epithelial NF-κB activation modulates asbestos-induced inflammation and mucin production *in vivo. J Immunol* 178(3):1800-1808, **2007** PMID: 17237430

258. *Blumen SR, Cheng K, Ramos-Nino ME, Taatjes DJ, Weiss DJ, Landry CC, and Mossman BT: Unique uptake of acid-prepared mesoporous spheres by lung epithelial and mesothelioma cells. *Am J Respir Cell Mol Biol* 36(3):333-342, **2007** PMID: 17038662; PMCID: PMC1899319

259. *Barlow CA, Barrett TF, Shukla A, Mossman BT, and Lounsbury KM: Asbestos-mediated CREB phosphorylation is regulated by protein kinase A and extracellular signal regulated kinases 1/2. *Am J Physiol (Lung Cell Mol Physiol)* 292(6):L1361-L1369, **2007** PMID: 17322281

260. Mossman BT, Shukla A, and Fukagawa, NK: A highlight on "Oxidative stress and lipid mediators induced in alveolar macrophages by ultrafine particles". *Free Radic Biol Med* 43(4):504-505, **2007** PMID: 17640559

261. *Ramos-Nino ME, Blumen SR, Pass H, and Mossman BT: Fra-1 governs cell migration via modulation of CD44 expression in human mesotheliomas. www.molecular-cancer.com/content/6/1/81 *Mol Cancer* 6:81, **2007** PMID: 18096084; PMCID: PMC2259376

262. Heintz NH and Mossman BT: Molecular responses to asbestos: induction of cell proliferation and apoptosis through modulation of redox-dependent signaling pathways. In: Asbestos and Its Diseases (JE Craighead and A Gibbs, eds.), Oxford University Press, Inc. New York, NY, Ch. 5, 120-138, **2008**

263. Mossman BT: Assessment of the pathogenic potential of asbestiform vs. nonasbestiform particulates (cleavage fragments) in *in vitro* (cell or organ culture) models and bioassays. *Regul Toxicol Pharmacol* 52(1 Suppl):S200-S203, **2008** PMID: 18006197; PMCID: PMC2639657

264. *Manning CB, Sabo-Attwood T, Robledo RF, MacPherson MB, Rincón M, Vacek P, Hemenway D, Taatjes DJ, Lee PJ, and Mossman BT: Targeting the MEK1 cascade in lung epithelium inhibits proliferation and fibrogenesis by asbestos. *Am J Respir Cell Mol Biol* 38(5):618-626, **2008** PMID: 18192500; PMCID: PMC2335340

265. *Barlow CA, Kitiphongspattana K, Siddiqui N, Roe MW, Mossman BT, and Lounsbury KM: Protein kinase A-mediated CREB phosphorylation is an oxidant-induced survival pathway in alveolar type II cells. *Apoptosis* 13(5):681-692, **2008** PMID: 18392938; PMCID: PMC2311383

266. *Ramos-Nino ME, Blumen SR, Sabo-Attwood T, Pass H, Carbone M, Testa JR, Altomare DA, and Mossman BT: HGF mediates cell proliferation on human mesothelioma cells through a PI3K/MEK5/ Fra-1 pathway. *Am J Respir Cell Mol Biol* 38(2):209-217, **2008** PMID: 17872495; PMCID: PMC2214675

267. *Levis J, Loi R, Butnor KJ, Vacek P, Steele C, Mossman BT, and Weiss DJ: Decreased asbestos-induced lung inflammation and fibrosis after radiation and bone marrow transplant. *Am J Respir Cell Mol Biol* 38(1):16-25, **2008** PMID: 17673685; PMCID: PMC2176130

268. Haegens A, Vernooy JHJ, Heeringa P, Mossman BT, and Wouters EFM: Myeloperoxidase modulates lung epithelial responses to pro-inflammatory agents. *Eur Respir J* 31(2):252-260, **2008** PMID: 18057061

269. *Fukagawa NK, Li M, Sabo-Attwood T, Timblin CR, Butnor KJ, Gagne J, Steele C, Taatjes DJ, Huber S, and Mossman BT: Inhaled asbestos exacerbates atherosclerosis in apolipoprotein E-deficient mice via CD4$^+$ T cells. *Environ Health Perspect* 116(9):1218-1225, **2008** PMID: 18795166; PMCID: PMC2535625

270. *Dostert C, Pétrilli V, Van Bruggen R, Steele C, Mossman BT, and Tschopp J: Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. *Science* 320(3876):674-677, **2008** PMID: 18403674; PMCID: PMC2396588

271. *Stevens JP, Zahardis J, MacPherson M, Mossman BT, and Petrucci GA: A new method for quantifiable and controlled dosage of particulate matter for *in vitro* studies: The Electrostatic Particulate Dosage and Exposure System (EPDExS). *Toxicol In Vitro* 22(7):1768-1774, **2008** PMID: 18682289

272. *Janssen-Heininger YMW, Mossman BT, Heintz NH, Forman H, Kalyanaraman B, Stamler JS, Rhee SG, and van der Vliet A: Redox-based regulation of signal transduction: principles, pitfalls, and promises. (Invited Review) *Free Radic Biol Med* 45(1):1-17, **2008** PMID: 18423411; PMCID: PMC2453533

273. Shukla A and Mossman BT: Cell signaling by oxidants: mitogen-activated protein kinases (MAPK) and activator protein-1 (AP-1). In: *Free Radical Effects on Membranes,* In: Current Topics in Membranes, (S Matalon ed.), Elsevier, San Diego, CA, Vol. 61, Ch. 9, pp. 192-209, **2008**

274. *Buder-Hoffmann SA, Shukla A, Barrett TF, MacPherson MB, Lounsbury KM, and Mossman BT: A protein kinase Cdelta-dependent protein kinase D pathway modulates ERK1/2 a\nd JNK1/2 phosphorylation and Bim-associated apoptosis by asbestos. *Am J Pathol* 174(2):449-459, **2009** PMID: 19116364; PMCID: PMC2630554

275. *Haegens A, Heeringa P, van Suylen RJ, Steele C, Aratani, Y, O'Donoghue RJJ, Mustaers SE, Mossman BT, Wouters EFM, and Vernooy JHJ: Myeloperoxidase deficiency attenuates lipopolysaccharide-induced acute lung inflammation and subsequent cytokine and chemokine production. *J Immunol* 182(12):7990-7996, **2009** PMID: 19494324

276. *Shukla A, MacPherson MB, Hillegass JM, Ramos-Nino ME, Alexeeva V, Vacek PM, Bond JP, Pass HI, Steele C, and Mossman BT: Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *Am J Respir Cell Mol Biol* 41(1):114-123, **2009** PMID: 19097984; PMCID: PMC2701958

277. *Shukla A, Bosenberg MW, Macpherson MB, Butnor KJ, Heintz NH, Pass HI, Carbone M, Testa JR, and Mossman BT: Activated cAMP response element binding protein is overexpressed in human mesotheliomas and inhibits apoptosis. *Am J Pathol* 175(5):2197-2206, **2009** PMID: 19815709; PMCID: PMC2774081

278. Van Baalen MR, Mossman BT, Gunter ME, and Francis CA: Environmental geology of Belvidere Mt., Vermont. In: Guidebook for Field Trips in the Northeast Kingdom of Vermont and Adjacent Regions (DS Westerman and AS Lathrop, eds.), New England Intercollegiate Geological Conference, 101st Annual Meeting, **2009**

279. *Heintz NH, Janssen-Heininger YMW, and Mossman BT: Asbestos, lung cancers, and mesotheliomas: from molecular approaches to targeting tumor survival pathways (review). *Am J Respir Cell Mol Biol* 42(2):133-139, **2010** PMID: 20068227; PMCID: PMC2822975

280. *Hillegass JM, Shukla A, Lathrop SA, MacPherson MB, Fukagawa NK, and Mossman BT: Assessing nanotoxicity in cells in vitro. *Wiley Interdiscip Rev Nanomed Nanotechnol* 2(3):219-231, **2010** PMID: 20063369; PMCID: PMC2854858

281. *Hillegass JM, Shukla A, MacPherson MB, Bond JP, Steele C, and Mossman BT: Utilization of gene profiling and proteomics to determine mineral pathogenicity in a human mesothelial cell line (LP9/TERT-1). *J Toxicol Environ Health A* 73(5):423-436, **2010** PMID: 20155583; PMCID: PMC2838458

30

282. *Menges CW, Chen Y, Mossman BT, Chernoff J, Yeung AT, and Testa JR: A phosphotyrosine proteomic screen identifies multiple tyrosine kinase signaling pathways aberrantly activated in malignant mesothelioma. *Genes Cancer* 1(5):493-505, **2010** PMID: 20672017; PMCID: PMC2909631

283. *Hillegass JM, Shukla A, Lathrop SA, MacPherson MB, Beuschel SL, Butnor KJ, Testa JR, Pass HI, Carbone M, Steele C, and Mossman BT: Inflammation precedes the development of human malignant mesotheliomas in a SCID mouse xenograft model. *Ann NY Acad Sci* 1203:7-14, **2010** PMID: 20716277; PMCID: PMC2936775

284. *Cheng K, Blumen SR, MacPherson MB, Steinbacher JL, Mossman BT, and Landry CC: Enhanced uptake of porous silica microparticles by bifunctional surface modification with a targeting antibody and a biocompatible polymer. *ACS Appl Mater Interfaces* 2(9):2489-2495, **2010** PMID: 20707315; PMCID: PMC2947489

285. *Hillegass JM, Shukla A, MacPherson MB, Lathrop SA, Alexeeva V, Perkins TN, van der Vliet A, Gunter ME, and Mossman BT: Mechanisms of oxidative stress and alterations in gene expression by Libby six-mix in human mesothelial cells. www.particleandfibretoxicology.com/content/7/1/26 *Part Fibre Toxicol* 7:26, **2010** PMID: 20831825; PMCID: PMC2945990

286. *Steinbacher JL, Lathrop SA, Cheng K, Hillegass JM, Butnor KJ, Kauppinen RA, Mossman BT, and Landry CC: Gd-labeled microparticles in MRI: *in vivo* imaging of microparticles after intraperitoneal injection. *Small* 6(23):2678-2682, **2010** PMID: 21069757; PMCID: PMC3045770

287. *Shukla A, Hillegass JM, MacPherson MB, Beuschel SL, Vacek PM, Pass HI, Carbone M, Testa JR, and Mossman BT: Blocking of ERK1 and ERK2 sensitizes human mesothelioma cells to doxorubicin. www.molecular-cancer.com/content/9/1/314 *Mol Cancer* 9:314, **2010** PMID: 21159167; PMCID: PMC3016286

288. *Hillegass JM, Blumen SR, Cheng K, MacPherson MB, Alexeeva V, Lathrop SA, Beuschel SL, Steinbacher JL, Butnor KJ, Ramos-Nino ME, Shukla A, James TA, Weiss DJ, Taatjes DJ, Pass HI, Carbone M, Landry CC, and Mossman BT: Increased efficacy of Doxorubicin delivered in multifunctional microparticles for mesothelioma therapy. *Int J Cancer* 129(1):233-244, **2011** PMID: 20830711; PMCID: PMC3017728

289. *Shukla A, Hillegass JM, MacPherson MB, Beuschel SL, Vacek PM, Butnor KJ, Pass HI, Carbone M, Testa JR, Heintz NH, and Mossman BT: ERK2 is essential for the development of human epithelioid malignant mesotheliomas. *Int J Cancer* 129(5):1075-1086, **2011** PMID: 21710492; PMCID: PMC3071888

290. *Sabo-Attwood T, Ramos-Nino ME, Eugenia-Ariza M, MacPherson MB, Butnor KJ, Vacek PC, McGee SP, Clark JC, Steele C, and Mossman BT: Osteopontin modulates inflammation, mucin production, and gene expression signatures after inhalation of asbestos in a murine model of fibrosis. *Am J Pathol* 178(5):1975-1985, **2011** PMID: 21514415; PMCID: PMC3081197

291. *Mossman BT, Lippmann M, Hesterberg TW, Kelsey KT, Barchowsky A, and Bonner JC: Pulmonary endpoints (lung carcinomas and asbestosis) following inhalation exposure to asbestos (Review). *J Toxicol Environ Health B Crit Rev* 14(1-4):76-121, **2011** PMID: 21534086; PMCID: PMC3118517

292. *Shukla A, Barrett TF, MacPherson MB, Hillegass JM, Fukagawa NK, Swain WA, O'Byrne AJ, Testa JR, Pass, HI, Faux SP, and Mossman BT: An extracellular signal-regulated kinase 2 survival pathway mediates resistance of human mesothelioma cells to asbestos-induced injury. *Am J Respir Cell Mol Biol* 45(5):906-914, **2011** PMID: 21454801; PMCID: PMC3262687

293. *Perkins TN, Shukla A, Peeters PM, Steinbacher JL, Landry CC, Lathrop SA, Steele C, Reynaert NL, Wouters EFM, and Mossman BT: Differences in gene expression and cytokine production by crystalline vs. amorphous silica in human lung epithelial cells. www.particleandfibretoxicology.com/content/9/1/6 *Part Fibre Toxicol* 9(1):6, **2012** PMID: 22300531; PMCID: PMC3337246

294. *Newick K, Cunniff B, Preston K, Held P, Arbiser J, Pass H, Mossman BT, Shukla A, and Heintz N: Peroxiredoxin 3 is a redox-dependent target of thiostrepton in malignant mesothelioma cells. *PLoS One* 7(6):e39404, **2012** PMID: 22761781; PMCID: PMC3382597

295. *Macura SL, Hillegass JM, Steinbacher JL, MacPherson MB, Shukla A, Beuschel SL, Perkins TN, Butnor KJ, Lathrop MJ, Sayan M, Hekmatyar K, Taatjes DJ, Kauppinen RA, Landry CC, and Mossman BT: A multifunctional mesothelin antibody-tagged microparticle targets human mesotheliomas. *J Histochem Cytochem* 60(9):658-674, **2012** PMID: 22723527; PMCID: PMC3524557

296. *Peeters PM, Mossman BT, Perkins TN, Wouters EFM, and Reynaert NL:

Silica induces NLRP3 inflammasome activation in human lung epithelial cells. http://www.particleandfibretoxicology.com/content/pdf/1743-8977-10-3 *Part Fibre Toxicol* 10:3 **2013** PMID: 23402370; PMCID: PMC3607900

297. *Mossman BT, Shukla A, Heintz NH, Verschraegen CF, Thomas A, and Hassan R: New developments in understanding the mechanisms, pathogenesis and management of malignant mesotheliomas. (Invited Review) *Am J Pathol* 182(4):1065-1077, **2013** PMID: 23395095; PMCID: PMC3657618

298. *Shukla A, Miller JM, Cason C, Sayan M, MacPherson MB, Beuschel SL, Hillegass JM, Vacek PM, Pass HI, and Mossman BT: Extracellular signal regulated kinase 5: a potential therapeutic target for malignant mesotheliomas. *Clin Cancer Res* 19(8):2071-2083, **2013** PMID: 23446998; PMCID: PMC3630261

299. *Taylor ES, Wiley AG, Mossman BT, and Lower SK: Repetitive dissociation from crocidolite asbestos acts as persistent signal for epidermal growth factor receptor. *Langmuir* 29(21):6323-6330, **2013** PMID: 23672436

300. *Mossman BT and Glenn RE: Bioreactivity of the crystalline silica polymorphs, quartz and cristobalite, and implications for occupational exposure limits (OELs). *Crit Rev Toxicol* 43(8):632-660, **2013** PMID: 23863112

301. *Macura SL, Steinbacher JL, MacPherson MB, Lathrop MJ, Sayan M, Hillegass JM, Beuschel SL, Perkins TN, Spiess PC, van der Vliet A, Butnor KJ, Shukla A, Wadsworth M, Landry CC, and Mossman BT: Microspheres targeted with a mesothelin antibody and loaded with doxorubicin reduce tumor volume of human mesotheliomas in xenografts. *BMC Cancer* 13:400, **2013** PMID: 24024776; PMCID: PMC3846908

302. *Hillegass JM, Miller JM, MacPherson MB, Sayan M, Thompson JK, Macura SL, Perkins TN, Beuschel SL, Alexeeva V, Pass HI, Steele C, Mossman BT and Shukla A: Asbestos and erionite prime and activate the NLRP3 inflammasome that stimulates autocrine cytokine release in human mesothelial cells. http://www.particleandfibretoxicology.com/content/10/1/39 *Part Fibre Toxicol* 10:39, **2013** PMID: 23937860; PMCID: PMC3751315

303. *Thompson JK, Westbom CM, MacPherson MB, Mossman BT. Heintz NH, Spiess P, and Shukla A: Asbestos modulates thioredoxin-thioredoxin interacting protein interaction to regulate inflammasome activation. *Part Fibre Toxicol* 11:24, **2014** http://www.particleandfibretoxicology.com/content/11/1/24 PMID: 24885895; PMCID: PMC4055279

304. *Traviss N, Li M, Lombard M, Thelen BA, Palmer BC, Poynter ME, Mossman BT, Holmén BA, and Fukagawa NK: Petrodiesel and waste grease biodiesel (B20) emission particles at a rural recycling center: characterization and effects on lung epithelial cells and macrophages. *Air Qual Atmos Health* 7(1):59-70, **2014** PMID: 29430261; PMCID: PMC5807071

305. *Sayan M, Shukla A, MacPherson MB, Macura SL, Hillegass JM, Perkins TN, Thompson JK, Beuschel SL, Miller JM, and Mossman BT: ERK5 and CREB are novel pathways inhibited by Vandetanib (ZD6474) and doxorubicin in mesotheliomas. *Am J Respir Cell Mol Biol* 51(5):595-603, **2014** PMID: 24900987; PMCID: PMC4224081

306. Perkins TN, Peeters PM, Reynaert NL, Wouters EFM, and Mossman BT: Pathogenesis and mechanisms of asbestosis and silicosis. In: Pathobiology of Human Diseases: A Dynamic Encyclopedia of Disease Mechanisms (R Homer, Section Ed.; LM McManus and RN Mitchell, Eds.), Elsevier, San Diego, CA, pp. 2654-2661, **2014**

307. *Perkins TN, Peeters PM, Shukla A, Arijs I, Dragon J, Wouters EFM, Reynaert NL, and Mossman BT: Indications for distinct pathogenic mechanisms of asbestos and silica through gene expression profiling of the response of lung epithelial cells. *Hum Mol Genet* 24(5):1374-1389, **2015** PMID: 25351596; PMCID: PMC4402341

308. *Lathrop MJ, Sage EK, Macura SL, Brooks EM, Bonenfant NR, Sokocevic D, MacPherson MB, Beuschel SL, Dunaway CW, Shukla A, Janes SM, Steele C, Mossman BT, and Weiss DJ: Antitumor effects of TRAIL-expressing mesenchymal stromal cells in a mouse xenograft model of human mesothelioma. *Cancer Gene Ther* 22(1):44-54, **2015** PMID: 25525034

309. *Deng XB, Xiao L, Wu Y, Jin F, Mossman B, Testa JR and Xiao G-H: Inhibition of mesothelioma cancer stem-like cells with adenovirus-mediated NK4 gene therapy. *Int J Cancer* 137(2):481-490, **2015** PMID: 25501304; PMCID: PMC4428975

310. *Sayan M, Wallace, III JH, Heimann R and Mossman BT: Malignant mesothelioma (MM): cell survival pathways and radiation therapy. *Crit Respir Med Rev* 11(3):189-196, **2015**

311. *Kadariya Y, Menges CW, Talarchek J, Cai KQ, Klein-Szanto AJ, Pietrofesa RA, Christofidou-Solomidou M, Cheung M, Mossman BT, Shukla A, and Testa JR: Inflammation-related IL-1β/IL-1R signaling promotes the development of asbestos-induced malignant mesothelioma. *Cancer Prev Res* (Phila) 9(5):406-414, **2016** PMID: 26935421; PMCID: PMC4854753

312. *Sayan M and Mossman BT: The NRLP3 inflammasome in pathogenic particle and fibre-associated lung inflammation and diseases. https://particleandfibretoxicology.biomedcentral.com/articles/10.1186/s12989-016-0162-4 *Part Fibre Toxicol* 13(1):51, **2016** PMID: 27650313; PMCID: PMC5029018

313. *Perkins TN, Dentener MA, Stassen FR, Rohde GG, Mossman BT, Wouters FM and Reynaert NL: Alteration of canonical and non-canonical WNT-signaling by crystalline silica in human lung epithelial cells. *Toxicol Appl Pharm* 301:61-70, **2016** PMID: 27095093

314. Sayan M and Mossman BT: Erionite and asbestos in the pathogenesis of human malignant mesotheliomas. In: The Molecular Basis of Human Cancer, (WB Coleman and GJ Tsongalis, eds.), 2nd Ed., Springer-Verlag Ch. 17, pp. 287-296, **2017**

315. Mossman BT and Puglioni A: *In vitro* biological activity and mechanisms of carcinogenic diseases induced by mineral fibres. In: Mineral Fibres: Crystal Chemistry, Chemical and Physical Properties, Biological Interaction and Toxicity. (AF Gualtieri, Ed.) EMU Notes in Mineralogy, Vol. 18, Ch. 8, pp. 261-307, **2017**

316. Gualtieri AF, Mossman BT and Roggli VL: Towards a general model for predicting the toxicity of mineral fibres. In: Mineral Fibres: Crystal Chemistry, Chemical and Physical Properties, Biological Interactions and Toxicity, (AF Gualtieri Ed.), EMU Notes in Mineralogy, Vol. 18, Ch. 15, pp 501-532, **2017**

317. Mossman BT: Cell signaling and epigenetic mechanisms in mesothelioma. In: Asbestos and Mesothelioma, (JR Testa), In Series: Current Cancer Research (W El-Deiry, Series Ed.), Springer, Ch. 10, pp 211-235, **2017**

318. *Perkins TN, Peeters PM, Albrecht C, Schins RPF, Dentner MA, Mossman BT, Wouters EFM, Reynaert NL: Crystallline silica alters sulfastase-1 expression in rat lungs which influences hyper-proliferative and fibrogenic effects in human lung epithelial cells. *Toxicol Appl Pharm* 348: 43-53, **2018** PMID: 29673857

319. * Mossman BT: Mechanistic *In Vitro* studies: what they have told us about carcinogenic properties of elongated mineral particles (EMPs). *Toxicol Appl Pharm* doi: 10.1016/j.taap.**2018**.07.018

## Books/Series Editor

1. BT Mossman and RO Begin, eds.: Effects of Mineral Dusts on Cells, NATO ASI Series H: Cell Biology, Springer-Verlag, Berlin, Germany, pp.1-470, **1989**

2. GD Guthrie Jr. and BT Mossman, eds.: Health Effects of Mineral Dusts, Reviews in Mineralogy, Vol. 28 (Series Editor: Paul H. Ribbe), Mineralogical Society of America, Washington, DC, pp. 1-584, **1993**

3. BT Mossman (Guest Editor): Forum on "Signal transduction by oxidants: Look who's talking". *Free Radic Biol Med* 28(9):1315-1316, **2000** PMID: 10924850

4. DJ Taatjes and BT Mossman, eds.: Cell Imaging Techniques: Methods and Protocols (Methods in Molecular Biology, Vol. 319), Humana Press, Totowa, NJ, pp. 1-490, **2006**

## Research Support

NIH NIOSH (09/01/1978 - 08/31/1982) "Carcinogenic Mechanisms of Asbestos", Total $397,899; PI - 50% FTE

NIH NIAM (07/01/1979 - 06/30/1982) "Establishment of Insulin-secreting Cell Lines", Total $101,980; PI - 30% FTE (Young Investigator Grant)

NIH NCI (07/01/1982 - 08/30/1985) "Role of Minerals as Co-factors in Bronchogenic Carcinoma", Total $350,132, first year $108,444; PI - 30% FTE

Parker B. Francis Foundation (07/01/1982 - 06/30/1985) Post-doctoral fellowship - Maria A. Shatos, Total $63,174, first year $20,566; Program Director

ADA (08/01/1982 - 07/30/1984) "Diabetogenic Chemicals: Mechanisms of Tropism for and Damage to Pancreatic Beta Cells", Total $49,877, first year $24,607; PI - 15% FTE (returned 02/01/1983 because of over commitments)

American Cancer Society, Institutional Research Award (09/01/1982 - 08/31/1983) "Comparative Interactions of Methylnitrosoure as with the DNA of Pancreatic Beta Cells and Fibroblasts", Total $7,500; PI - 5% FTE

American Cancer Society (01/01/1983 - 12/31/1985) "Fiber-cell Interaction in Bronchogenic Carcinoma", Total $332,280, first year $98,444; PI - 30% FTE

NIH NIEHS (02/01/1983 - 01/31/1986) "N-nitroso Compounds: Mechanisms of Damage to Beta Cells", Total $327,306, first year $96,283; PI - 20% FTE

NIH NCI (09/01/1985 - 08/30/1988) "Oxygen Radicals in Mineral Damage/Tumor Promotion", Total $347,508, first year $106,580; PI - 30% FTE

NIH NIEHS (02/01/1986 - 01/31/1989) "Preventive Approaches to Mineral-induced Fibrosis", Total $328,339, first year $104,355; PI - 50% FTE

NHLBI (12/01/1986 - 11/30/1991) Pulmonary SCOR - Occupational and Immunologic Lung Disease, Director Project 05, "Preventive approaches to asbestosis", ADC $62,656; 15% FTE

NATO Advanced Research Workshop grant (07/01/1988 - 12/30/1988) "Effects of Mineral Dusts on Cells", Total $22,500

NIH NHLBI/NIEHS/NCI (09/01/1988 - 08/31/1989) Conference grant, "Workshop on Effects of Mineral Dusts on Cells", Total $28,000

American Cancer Society (06/01/1989 - 06/30/1990) Fellowship for Susan Edmondson, Total $1,200

Howard Hughes Helix Award (01/01/1990 - 12/31/1990) Undergraduate support for Kaaren Haldeman, TDC $800

EPA (09/01/1991 - 12/31/1994) "Lung Defense Mechanisms after Occupational and Environmental Exposure to Asbestos", first year $150,000, TDC $450,422; PI - 15% FTE

NIH NHLBI (04/01/1993 - 03/30/1997) "Molecular Biology of Lung Antioxidant Enzyme Regulation", ADC $168,887; PI - 40% FTE

NIH (09/01/1993 - 08/31/1998) "Mechanisms of Cell Replication in Asbestos Cancers", ADC $138,570; PI - 38% FTE

NIH NIEHS (02/01/1994 - 01/31/1999) "Asbestos-Induced Oxidative DNA Damage and Repair", ADC $44,239; Subcontract - Bennett Van Houten PI

NIH NIOSH (10/01/1994 - 09/30/1997) "Stress Genes as Biomarkers of Mineral Dust Exposure", Advisor to Dr. Cynthia R. Timblin for Special Emphasis Career Development Award, ADC $50,000

Parker B Francis Foundation (07/01/1995 - 06/30/1998) "Molecular Pathways of Proliferation and Inflammation Activated in Lung Epithelial Cells by Reactive Oxygen and Nitrogen Species", ADC $29,875; Yvonne Janssen PI

NIH (08/01/1996 - 07/31/2000) "The Nature of Lung Antioxidant Defense Mechanisms", ADC $25,505; Subcontract - Ye-Shih Ho, PI

NIH (09/30/1997 - 09/29/2001) "EGFR Signaling Pathways by Particulates in Lung Disease", ADC $183,546; PI - 30% FTE

NIH (06/01/1998 - 05/30/2001) "Molecular Signaling by Oxidant Stress in Lung Epithelium", ADC $185,728; PI - 35% FTE

NIH (08/15/1998 - 07/31/2002) "Asbestos and $NO_2$ in Environmental Lung Disease", ADC $189,648; Nicholas H. Heintz PI

NIH (11/19/1998 - 11/23/1998), 1998 Oxygen Society Meeting Conference Grant, TDC $39,928

NHLBI (09/01/2005 - 08/31/2006), 8th International Meeting on "Mechanisms of Action of Inhaled Fibers, Particles and Nanoparticles", ADC $30,000; PI - 0% FTE

NIH P01 HL67004/01-05 (06/01/2001 - 04/30/2006; NCE - 04/30/2007) "Signaling in Epithelial Injury, Proliferation and Fibrosis", Total project ADC: $1,049,247; PD: Project 1, "MAPK Signaling in Injury, Proliferation & Fibrosis", ADC: $167,351; PL - 25% FTE: Project 3, "Protein Kinase C and MAPK in Epithelial Responses", ADC: $191,711; Co-I - 15% FTE: Core A, "Administrative Core", ADC: $85,513; CL - 10% FTE

NIH NIEHS R01 ES10638-01 (08/08/2003 - 07/31/2007) "Molecular Regulation of Transcriptional Competence by Metals", ADC $86,915; Aaron Barchowsky PI (University of Pittsburgh)

NCI K01 CA104159 (05/01/2004 - 04/30/2008) "Role of Fra-1 in Mesothelioma", ADC: $129,415 Maria E. Ramos-Nino PI

MARF (01/01/2007 - 12/31/2008; NCE - 12/31/2009) "Nanoporous Spheres for Chemotherapeutic Drug Delivery in Mesothelioma Patients", ADC: $50,000; PI - 5% FTE

NIH NCI R01 CA106567 (04/01/2005 - 03/31/2010) "Role of Inflammatory Mediators in Asbestos and Simian Virus (SV40) Carcinogenesis", ADC: $19,750 (Subcontract); Michele Carbone, PD (University of Hawaii), Co-I - 3% FTE

NIH 1R41 CA12615501 (09/27/2007 - 07/31/2010) "Improving the Transfer of ERK siRNA Constructs Using Nanoporous Silica", ADC: $94,503; Christopher C. Landry PI, Co-I - 2% FTE

Eurotalc/Industrial Minerals Association (11/01/2005 - 10/31/2010) "Comparative Effects of Nonasbestiform Talc and Asbestos on Gene Profiles and Proliferation/Cell Death in Human Pleural Mesothelial and Ovarian Epithelial Cells *in Vitro*", TDC: $90,000, PI (This project did not result in any salary support for the PI)

NIH NIEHS RC1 ES018053-01 (10/01/2009 - 07/31/2011) "Mechanisms for Cardiovascular Effects of Air Pollutants: Effect of Age and Sex", ADC: $332,223; Naomi K. Fukagawa PI, Co-I - 5% FTE

NCI P01 CA11407 (08/01/2006 - 08/31/2011) "Pathogenesis of Mesothelioma"; Project 2 Leader, "ERK Pathways in Pathogenesis and Chemoresistance of Mesothelioma", ADC: $206,512 (Subcontract); Michele Carbone, PD (University of Hawaii), Co-I - 25% FTE

NIH/NIEHS T32 ES007122 (07/01/1982 - 06/30/2013)" Environmental Pathology Training Grant" (Director), TDC $2,500,000 for a five-year period. The major goal of this project is to provide graduate training in environmental pathology. Six pre-doctoral and three post-doctoral positions are funded annually. PI - 10% FTE

Research (2010-2016) on silica and silicosis was supported by an unrestricted grant from the Weijerhorst Foundation in collaboration with researchers at the University of Maastricht, The Netherlands.

NIEHS (2016) R13 Conference grant for support of junior/underrepresented minorities for attendance at the 11th International Particles/Toxicology Conference"; Singapore, Co-PI (no salary support) Gunter Oberdorster, PI.

DOD (09/01/2014-8/31/2016) "Exosomes in Development and Therapy of Malignant Mesothelioma", Total $300,000; Co PI- 4% FTE (1 year non-funded extension- 8/31/2017).

# Exhibit B

Brooke T. Mossman, M.S., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER  :
PRODUCTS MARKETING,    :
SALES PRACTICES, AND   :  NO. 16-2738
PRODUCTS LIABILITY     :  (FLW) (LHG)
LITIGATION             :
                       :
THIS DOCUMENT RELATES  :
TO ALL CASES           :

- - -

April 8, 2019

- - -

Videotaped deposition of
BROOKE T. MOSSMAN, M.S., Ph.D., taken
pursuant to notice, was held at Hotel
Vermont, 41 Cherry Street, Burlington,
Vermont, beginning at 9:12 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Brooke T. Mossman, M.S., Ph.D.

## Page 2

```
1     APPEARANCES:
2
3     THE SMITH LAW FIRM, PLLC
      BY:  R. ALLEN SMITH, JR., ESQ.
4     300 Concourse Boulevard
      Suite 104
5     Ridgeland, Mississippi 39157
      (601) 952-1422
6     Allen@smith-law.org
7         - and -
8     BEASLEY ALLEN, P.C.
      BY:  P. LEIGH O'DELL, ESQ.
9     218 Commerce Street
      Montgomery, Alabama 36104
10    (334) 269-2343
      leigh.odell@beasleyallen.com
11
          - and -
12
      ROBINSON CALCAGNIE, INC.
13    BY:  CYNTHIA L. GARBER, ESQ.
      19 Corporate Plaza Drive
14    Newport Beach, California 92660
      (949) 720-1288
15    cgarber@robinsonfirm.com
      Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

## Page 3

```
1     APPEARANCES:  (Cont'd.)
2
3     DRINKER BIDDLE & REATH LLP
      BY:  JACK N. FROST, JR., ESQ.
4     600 Campus Drive
      Florham Park, New Jersey 07932
5     (973)549.7106
      Jack.frost@dbr.com
6
          - and -
7
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8     BY:  GEOFFREY M. WYATT, ESQ.
      1440 New York Avenue, NW
9     Washington, D.C. 20005
      (202) 371-7008
10    geoffrey.wyatt@skadden.com
      Representing the Defendants, Johnson
11    & Johnson entities
12
      SEYFARTH SHAW, LLP
13    BY:  RENÉE B. APPEL, ESQ.
      975 F Street, NW
14    Washington, D.C. 20004
      (202) 463-2400
15    rappel@seyfarth.com
      Representing the Defendant, PCPC
16
17    TUCKER ELLIS, LLP
      BY:  JAMES W. MIZGALA, ESQ.
18    233 South Wacker Drive
      Suite 6950
19    Chicago, Illinois 60606
      (312) 624-6307
20    james.mizgala@tuckerellis.com
      Representing the Defendant, PTI
21    Royston LLC and PTI Union LLC
22
      ALSO PRESENT:
23
      VIDEOTAPE TECHNICIAN:
24      Dan Lawlor
```

## Page 4

```
1
2             - - -
3           I N D E X
4             - - -
5     Testimony of:
        BROOKE T. MOSSMAN, M.S., Ph.D.
6
7       By Mr. Smith        14
8
9
10
11            - - -
12         E X H I B I T S
13            - - -
14    NO.       DESCRIPTION       PAGE
15    Mossman-1   Notice of Deposition  14
16    Mossman-2   Invoices from      16
                  Toxico.Logic, Inc.
17
18    Mossman-3   Supplemental       16
                  Materials Considered
19    Mossman-4   Systems Analysis of  58
20                  ATF3 in Stress Response
                    (Tanaka)
21    Mossman-5   Letter, 1/12/90    76
                  From Mossman to
22                  McElveen
23
24
```

## Page 5

```
1             - - -
2         E X H I B I T S  (Cont'd.)
3             - - -
4
5     NO.       DESCRIPTION       PAGE
6     Mossman-6   Letter, 11/18/88   79
                  From Mossman to
7                  Hadley
8     Mossman-7   Partial Listing    82
                  Of Key Scientists
9                  (TASSC)
10    Mossman-8   Constructing Sound  83
                  Science and Good
11                  Epidemiology
                    (Ong)
12
      Mossman-9   Curriculum Vitae   88
13                  Of Dr. Mossman
14
      Mossman-10   Doubt is Their    92
15                  Product
                    (Michaels)
16
      Mossman-11   Special           96
17                  Contributions
                    Correspondence About
18                  Publication Ethics
                    And Regulatory
19                  Toxicology and
                    Pharmacology
20                  (Chrisman)
21    Mossman-12   Assessment of the  110
                  Pathogenic Potential
22                  Of Asbestiform v
                    Non-asbestiform
23                  Particulates
                    (Mossman)
24
```

Brooke T. Mossman, M.S., Ph.D.

Page 6

1
2          E X H I B I T S  (Cont'd.)
3                - - -
4
5     NO.      DESCRIPTION      PAGE
6     Mossman-13  Cosmetic Talc Should  113
            Not Be Listed as a
7           Carcinogen
            (Wehner)
8           JNJ 000018716
9     Mossman-14  Talc Occurrence      113
            Characterization and
10          Consumer Applications
            (Zazenski)
11          Pltf_JNJ_00076314
12    Mossman-15  Prop 65         121
            Talc Containing
13          Asbestiform Fibers
14    Mossman-16  Talc Not Containing  122
            Asbestiform Fibers
15          And Talc Containing
            Asbestiform Fibers
16
      Mossman-17  University of Vermont 132
17          Cancer Center Web
            Printout
18          Ovarian Cancer
19    Mossman-18  Memo, 2/21/64      158
            Subject, Cornstarch
20          Development
            JNJ 000265536-38
21
      Mossman-19  Asbestos      191
22          (Chrysotile, Amosite
            Crocidolite, Tremolite,
23          Actinolite, and
            Anthophyllite
24          IARC Monographs

Page 8

1
2          E X H I B I T S  (Cont'd.)
3                - - -
4
5     NO.      DESCRIPTION      PAGE
6     Mossman-27  Oxidative Stress in  299
            Female Cancers
7           (Calaf)
8     Mossman-28  Inflammation Markers 304
            And Risk of Endometrial
9           And Ovarian Cancer
            (Wentzensen)
10
      Mossman-29  Inflammation is a   308
11          Key Contributor
            To Ovarian Cancer
12          Cell Seeding
            (Jia)
13
      Mossman-30  Analgesic Use and   312
14          Ovarian Cancer Risk
            (Trabert)
15
      Mossman-31  Biologic        315
16          Plausibility:
            Migration/Translocation
17          Compilation of Quotes
            (Demonstrative)
18
      Mossman-32  Translocation     322
19          Pathways for Inhaled
            Asbestos Fibers
20          (Miserocchi)
21    Mossman-33  Correlative      346
            Polarizing Light and
22          Scanning Electron
            Microscopy for the
23          Assessment of Talc
            (McDonald)
24

Page 7

1
2          E X H I B I T S  (Cont'd.)
3                - - -
4
5     NO.      DESCRIPTION      PAGE
6     Mossman-20  Current Intelligence 196
            Bulletin 62
7           Asbestos Fibers and
            Other Elongate Mineral
8           Particles
            NIOSH
9
      Mossman-21  Expert Report of   219
10          Brooke T. Mossman, Ph.D.
11    Mossman-22  Systematic Review   226
            And Meta-Analysis
12          Of the Association
            (Taher)
13
      Mossman-23  Key References and  237
14          Reliance Materials
            Brook T. Mossman, Ph.D.
15
      Mossman-24  Biologic Plausibility 222
16          Chronic Inflammation
            Compilation of Quotes
17          (Demonstrative)
18    Mossman-25  Inflammation: A    264
            Hidden Path to
19          Breaking the Spell
            Of Ovarian Cancer
20          (Shan & Liu)
21    Mossman-26  The Role of      277
            Inflammation and
22          Inflammatory Mediators
            (Savant)
23
24

Page 9

1
2          E X H I B I T S  (Cont'd.)
3                - - -
4
5     NO.      DESCRIPTION      PAGE
6     Mossman-34  Alterations in    352
            Gene Expression in
7           Human Mesothelial
            Cells
8           (Shukla)
            JNJ 000394320
9
      Mossman-35  Utilization of    353
10          Gene Profiling and
            Proteomics to
11          Determine mineral
            Pathogenicity
12          (Hillegass)
13    Mossman-36  Letter, 5/8/09    353
            From Hillegass
14          Mossman-NOD-00017-20
            Mossman-NOD-00514
15          Mossman-NOD-00817-818
16    Mossman-37  Handwritten Document 358
            Demonstrative
17          Shukla and Concentration
            Levels
18
      Mossman-38  Alterations in Gene 366
19          Expression in
            Human Mesothelial
20          Cells Correlate with
            Mineral Pathogenicity
21          (Shukla)
22    Mossman-39  Table 6 from      388
            Dr. Mossman's Expert
23          Report
24

3  (Pages 6 to 9)

Brooke T. Mossman, M.S., Ph.D.

## Page 10

```
 1                - - -
 2        E X H I B I T S (Cont'd.)
 3                - - -
 4
 5   NO.      DESCRIPTION        PAGE
 6   Mossman-40  Differential    401
                Susceptibility of
 7              Human Pleural and
                Peritoneal Mesothelial
 8             Cells to Asbestos
               Exposure
 9             (Dragon)
10   Mossman-41  Affidavit of     408
                Brooke Mossman
11              3/15/19
12   Mossman-42  Gene Profiling   409
                And Mineral
13              Pathogenicity
                (Shukla)
14              Mossman-NOD-00256-84
15   Mossman-43  Presentation of  463
                ANSES
16              Web Printout
17   Mossman-44  Opinion of the   465
                French Agency for
18              Food, Environmental
                And Occupational
19              Health & Safety
                (12/4/15)
20
     Mossman-45  E-mail Thread    470
21              1/31/08
                From Refregier to
22              Zazenski
                Subject, Article
23              In IM - Asbestos
24
```

## Page 11

```
 1                - - -
 2        E X H I B I T S (Cont'd.)
 3                - - -
 4
 5   NO.      DESCRIPTION        PAGE
 6   Mossman-46  Impact Factor    492
                Of Journal of
 7              Toxicology
                Web Printout
 8
     Mossman-47  Cancer Epidemiology  501
 9              Biomarkers & Prevention
                (Karageorgi)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

## Page 12

```
 1                - - -
 2        DEPOSITION SUPPORT INDEX
 3                - - -
 4
 5   Direction to Witness Not to Answer
 6   PAGE   LINE
     None.
 7
 8   Request for Production of Documents
 9   PAGE   LINE
     426   2
10
11   Stipulations
12   PAGE   LINE
     None.
13
14   Questions Marked
15   PAGE   LINE
     None.
16
17
18
19
20
21
22
23
24
```

## Page 13

```
 1                - - -
 2        THE VIDEOGRAPHER:  We are
 3   now on the record.  My name is Dan
 4   Lawlor.  I'm a videographer with
 5   Golkow Litigation Services.
 6   Today's date is April 8th, 2019.
 7   And the time is 9:12 a.m.
 8        This video deposition is
 9   being held in Burlington, Vermont,
10   in the matter of talcum powder
11   litigation, MDL Number 2738.
12        Counsel will be noted on the
13   stenographic record.
14        The deponent today is Brooke
15   Mossman, Ph.D.
16        The court reporter is
17   Michelle Gray and will now swear
18   in the witness.
19                - - -
20        ... BROOKE T. MOSSMAN, M.S., Ph.D.,
21   having been first duly sworn, was
22   examined and testified as follows:
23                - - -
24        THE VIDEOGRAPHER:  Please
```

Brooke T. Mossman, M.S., Ph.D.

| Page 14 |
| --- |

1    proceed.
2                - - -
3            EXAMINATION
4                - - -
5    BY MR. SMITH:
6        Q.   Good morning.
7        A.   Good morning.
8        Q.   How are you, Dr. Mossman?
9        A.   Fine, thank you.
10       Q.   We spoke on the phone on the
11   Brower case; is that correct?
12       A.   We did.
13       Q.   And I have some questions
14   for you here today.  First thing is, I
15   want to just attach, for reference, is
16   the notice of your deposition, I'm going
17   to attach as Exhibit 1.
18            Have you -- have you seen
19   this notice of deposition?
20       A.   I haven't.
21       Q.   All right.
22            (Document marked for
23   identification as Exhibit
24   Mossman-1.)

| Page 15 |
| --- |

1    BY MR. SMITH:
2        Q.   Okay.  All right.  And
3    pursuant to your notice of your
4    deposition, your counsel provided some
5    invoices.  Did you provide those to your
6    counsel for your time?
7        A.   My -- my assistant did.
8    Yes.
9        Q.   And I have one bill that
10   totals $16,548.  I have another bill that
11   totals $30,626.  And then I have a third
12   bill which totals $27,151 -- wait --
13   yeah, $151.41.
14            Is that -- or do these three
15   bills constitute all of the time that you
16   have billed in this case?
17       A.   It may not have accounted
18   for my time in the last week or two.  I'm
19   not sure when these were sent out.
20       Q.   Absent your time in the past
21   couple of weeks, would this cover the
22   bills that you have billed in this case?
23       A.   I believe so, yes.
24            MR. SMITH:  Okay.  I'm going

| Page 16 |
| --- |

1    to attach that as Exhibit 2.
2            (Document marked for
3    identification as Exhibit
4    Mossman-2.)
5    BY MR. SMITH:
6        Q.   I also was provided some
7    supplemental -- I saw the materials that
8    you considered that were attached to your
9    report.  And I was also provided
10   supplemental materials considered.  Are
11   these additional materials that you
12   considered in this case, besides the ones
13   that are included in your report?
14       A.   Yes.
15            MR. SMITH:  I'll attach that
16   as Exhibit 3.
17            (Document marked for
18   identification as Exhibit
19   Mossman-3.)
20   BY MR. SMITH:
21       Q.   And we'll go over your
22   report in more detail in a little bit.
23            Please state your name and
24   occupation.

| Page 17 |
| --- |

1        A.   Brooke Taylor Mossman.  I'm
2    a university distinguished professor in
3    the department of pathology.
4        Q.   Are you retired?
5        A.   Semi-retired, yes.
6        Q.   What does that mean?
7        A.   What it means is that I have
8    an office at the university.  I have some
9    responsibilities through my office at the
10   university, but am not being paid
11   formally by the university anymore.
12       Q.   And your professional title
13   is that of an experimental pathologist,
14   correct?
15       A.   My professional title is a
16   professor of pathology and laboratory
17   medicine.
18       Q.   You were trained in lung
19   pathology and disease associated with
20   asbestos exposure; is that correct?
21       A.   That's correct.
22       Q.   And you do not have any
23   prior training in ovarian cancer; is that
24   correct?

Brooke T. Mossman, M.S., Ph.D.

Page 18

1          MR. FROST:  Objection to
2     form.
3          THE WITNESS:  Yeah.  I
4     actually got a master's degree in
5     the department of obstetrics and
6     gynecology looking at cervical
7     cancer.
8     BY MR. SMITH:
9          Q.   I'm talking about ovarian
10    cancer, ma'am.
11         A.   I have not been trained in
12    ovarian cancer formally.
13         Q.   You're not a medical doctor?
14         A.   That's correct.
15         Q.   And you also understand that
16    the issues involved in this case are not
17    that of cervical cancer but of ovarian
18    cancer?  Do you understand that?
19         A.   Yes, I do.
20         Q.   You are not a diagnostic
21    pathologist, correct?
22         A.   Correct.
23         Q.   You're not an
24    epidemiologist, correct?

Page 19

1          A.   No.  But I am aware of the
2     epidemiological research which bolsters
3     my opinion in this case.
4          Q.   Ma'am, are you an
5     epidemiologist?
6          A.   I am not.
7          Q.   You're not a gynecologist?
8          A.   Correct.
9          Q.   And you're not an
10    oncologist; is that correct?
11         A.   Correct.
12         Q.   You're not a gynecological
13    oncologist; is that correct?
14         A.   That's correct.
15         Q.   And you're not an expert in
16    anatomy and physiology; is that correct?
17         MR. FROST:  Objection to
18    form.
19         THE WITNESS:  Yeah, I have
20    been trained formally in medical
21    anatomy of the lung, yes.
22    BY MR. SMITH:
23         Q.   How about of the rest of the
24    human body, such as the female

Page 20

1     reproductive tract?
2          A.   Yes, I've had formal courses
3     in my training on that.
4          Q.   What formal courses of
5     training have you had on the female
6     reproductive tract?
7          A.   I had a master's in
8     obstetrics and gynecology.  And I had a
9     course -- actually it was an eight-credit
10    course which is a requirement for not
11    only the master's, but also medical
12    students who I took the course with.  And
13    this covered anatomy of the entire body.
14         Q.   So you had an eight-hour
15    course on human female anatomy?
16         A.   No.  An eight-hour course on
17    anatomy of every organ, of which female
18    anatomy was included.
19         MR. FROST:  I object
20    belatedly to the form of that
21    question.
22    BY MR. SMITH:
23         Q.   You are not a mineralogist;
24    is that correct?

Page 21

1          A.   That's correct.
2          Q.   You are not a geologist; is
3     that correct?
4          A.   That's correct.
5          Q.   You are not a materials
6     analyst; is that correct?
7          A.   That's correct.
8          Q.   Analyzing whether a sample
9     of material is talc, asbestos, or talc
10    with asbestos, you leave to the
11    mineralogists; is that correct?
12         A.   That's correct.
13         Q.   Same for determining if a
14    mineral is asbestos or asbestiform, you
15    would leave that to a mineralogist; is
16    that correct?
17         A.   I would.
18         Q.   You're not an expert in
19    determining the flexibility or rigidity
20    of asbestos or cleavage fragments; is
21    that correct?
22         A.   That's correct.  I don't
23    measure that.
24         Q.   With regard to the

6 (Pages 18 to 21)

Brooke T. Mossman, M.S., Ph.D.

Page 22

1  crystallinity of asbestos, cleavage
2  fragments, or talc, you are not an expert
3  in that area either, correct?
4        A.   Correct.
5        Q.   Same for surface properties.
6  You are not an expert in surface
7  properties of asbestos, cleavage
8  fragments, or talc; is that correct?
9        MR. FROST:  Objection to
10       form.
11       THE WITNESS:  I have
12       measured surface properties and
13       surface charge of materials in the
14       past.
15  BY MR. SMITH:
16       Q.   Would you consider yourself
17  an expert in this area?
18       A.   I think you have to clarify
19  what an expert in surface chemistry would
20  be.
21       Q.   What would you define an
22  expert in surface chemistry to be?
23       A.   I would describe that as
24  someone who has focused on an aspect of

Page 23

1  surface chemistry that's important.  In
2  our case, we measured zeta potential or
3  surface charge of materials.
4        Q.   Do you believe that your
5  work has -- that you are an expert in
6  this area because of your work in this
7  area?
8        A.   I believe I'm an expert in
9  determining the surface charge of
10  materials that I have experimented with.
11       Q.   Okay.  Let's go to your
12  Leavitt deposition -- trial testimony, if
13  you wouldn't mind.  It's on Page 83.  And
14  it should be of the February session,
15  February 21st session.
16       Let me ask you this.  Can I
17  rely on your prior trial testimony in the
18  Leavitt case and your prior deposition
19  testimony in the Brower case?
20       MR. FROST:  Objection to
21       form.
22       THE WITNESS:  Yeah, I'm not
23       sure what you mean, sir, in terms
24       of rely upon.

Page 24

1  BY MR. SMITH:
2        Q.   Well, did you tell truthful
3  testimony in the Leavitt case in trial
4  and did you tell truthful testimony in
5  the Brower deposition?
6        A.   Absolutely.
7        Q.   Okay.  So I can rely on that
8  testimony as being truthful, correct?
9        A.   Yes.
10       Q.   Okay.  Thank you.
11       All right.  If you'll look
12  at Page 83.
13       MR. FROST:  You said
14       February 21?
15       MR. SMITH:  Yep.
16  BY MR. SMITH:
17       Q.   If you'll go to Line 8 and
18  it says, "Question:  And similarly
19  surface properties of a particle, you
20  leave that to mineralogists as well, and
21  that's not an area within your expertise,
22  correct?"
23       And your answer was, "Again,
24  I should emphasize that one of the things

Page 25

1  that we've done is looked at things such
2  as iron using this EDAX technique."
3  E-D-A-X.  "So in that case, we have
4  looked at surface iron."
5        And question again:  "Okay.
6  But other than looking at iron on the
7  surface of a particle, and we'll get into
8  that later, you determining surface
9  properties of a particular property of a
10  particular particle is not a matter
11  within your expertise, correct?
12       "I don't do that, yes,
13  that's correct."
14       Is that the correct answer?
15       MR. FROST:  Objection to
16       form.
17       THE WITNESS:  Yeah, surface
18       properties and surface charge are
19       two different things.  Surface
20       charge being a subset of surface
21       properties.
22       So as I emphasize, I have
23       measured the surface charge of
24       materials, including talc, and

7 (Pages 22 to 25)

Brooke T. Mossman, M.S., Ph.D.

| Page 26 |
|---|

1 that has been published.
2 BY MR. SMITH:
3 Q. Can I rely on your testimony
4 that I just read in Leavitt as accurate
5 and truthful?
6 MR. FROST: Objection to
7 form.
8 THE WITNESS: In terms of
9 iron, yes.
10 BY MR. SMITH:
11 Q. Thank you.
12 Have you ever diagnosed or
13 treated a person with mesothelioma?
14 A. I have not.
15 Q. Have you ever diagnosed or
16 treated a person with ovarian cancer?
17 A. I have not.
18 Q. Have you ever been called
19 upon to determine what caused a person's
20 mesothelioma?
21 A. You'll have to be a little
22 more explicit. What do you mean by
23 called upon?
24 Q. Can you go to your Leavitt

| Page 27 |
|---|

1 testimony Page 78.
2 A. Mm-hmm.
3 Q. It says, "Question: You
4 have never diagnosed mesothelioma in a
5 human being?
6 "That's correct."
7 Is that true?
8 MR. FROST: I'm sorry,
9 what -- where are you?
10 THE WITNESS: Yeah, I'm --
11 BY MR. SMITH:
12 Q. Page -- I'm sorry, Page 78,
13 Line 11 through 13.
14 MR. FROST: Okay.
15 THE WITNESS: Okay.
16 BY MR. SMITH:
17 Q. "Question: And you've never
18 been diagnosed" -- "you've never" --
19 excuse me.
20 "Question: And you have
21 never diagnosed mesothelioma in any human
22 being, correct?"
23 Your answer was, "That's
24 correct."

| Page 28 |
|---|

1 Is that true?
2 A. Yes.
3 Q. And next question: "You've
4 never been involved in the care and
5 treatment of a person with mesothelioma,
6 correct?"
7 "I have not treated them,
8 that's correct. I have been
9 involved in studying drugs that
10 help them though."
11 Is that correct?
12 A. That's correct.
13 Q. Would the same be for a
14 person that's been diagnosed with ovarian
15 cancer, have you ever diagnosed or
16 treated a person with ovarian cancer?
17 A. I have not.
18 Q. And you have not diagnosed a
19 person with mesothelioma, correct?
20 MR. FROST: Objection, asked
21 and answered.
22 THE WITNESS: Yeah.
23 BY MR. SMITH:
24 Q. And you have never diagnosed

| Page 29 |
|---|

1 a person with ovarian cancer, correct?
2 MR. FROST: Same objection.
3 THE WITNESS: That's
4 correct.
5 BY MR. SMITH:
6 Q. And the levels of exposure
7 of each type of asbestos in terms of
8 human risk are outside of your area of
9 expertise; is that correct?
10 MR. FROST: Objection to
11 form.
12 THE WITNESS: Yeah. You're
13 going to have to be a little -- a
14 little more specific on that. I
15 don't --
16 BY MR. SMITH:
17 Q. Okay. Let's go to Leavitt
18 testimony Page 92.
19 All right. Starting on
20 page -- excuse me, Page 92, Line 10.
21 "Question: As then you can
22 see on the next page and a half, the
23 lawyer asked you about each type of
24 asbestos, crocidolite, amosite,

8 (Pages 26 to 29)

Brooke T. Mossman, M.S., Ph.D.

Page 30

1  tremolite, actinolite, anthophyllite,
2  chrysotile.  Did you see that?"
3         And your answer was, "I do."
4         "Question:  And each time
5  you said that that was outside of your
6  area of expertise?
7         "Answer:  Yes, the levels of
8  exposure of these in terms of human risk
9  are outside of my area of expertise."
10        Is that truthful testimony
11  and can I rely on that today?
12        MR. FROST:  Objection to
13  form.
14        THE WITNESS:  Yeah.  That's
15  truthful, my statement is
16  truthful.
17  BY MR. SMITH:
18     Q.   Thank you.
19        Is it important to
20  understand cancer development?
21        MR. FROST:  Objection to
22  form.
23        MR. SMITH:  What's the
24  matter with the form of the

Page 31

1  question?
2         MR. FROST:  I don't
3  understand what you mean by
4  "important to understand cancer
5  development."
6  BY MR. SMITH:
7     Q.   Do you understand what I
8  mean by "it's important to understand
9  cancer development," Doctor?
10    A.   It -- it's very broad.
11  It's -- it's important for what?
12    Q.   Let's go to your deposition
13  testimony in Brower.
14    A.   Okay.
15    Q.   You got that in front of
16  you, Doctor?
17    A.   I -- I think that's Leavitt.
18        MR. FROST:  I believe this
19  is it.  October 26th.
20        It fell apart.
21  BY MR. SMITH:
22    Q.   Page 49, Doctor.  You there?
23    A.   I am not yet, sorry.
24    Q.   That's okay.

Page 32

1     A.   I'm getting there.
2     Q.   And if you'll focus in on
3  Line 14.
4         "Question:  Is it important
5  to understand cancer development in your
6  opinion?
7         "Answer:  Yes."
8         Can I rely on that testimony
9  as truthful?
10        MR. FROST:  Objection to
11  form.
12        THE WITNESS:  Yes, it was a
13  very broad question, but in
14  general, yes, the answer's
15  correct.
16  BY MR. SMITH:
17    Q.   Cell cultures or in vitro
18  studies are valuable in determining
19  mechanisms on cancer causation, correct?
20    A.   Yes.  They're part of the
21  hierarchy of studying different elements
22  of or models of cancer development.
23    Q.   One way to determine if
24  biological mechanisms or pathways are

Page 33

1  triggered is to conduct in vitro studies
2  of relevant cells of disease and exposure
3  to the questioned substance; is that
4  correct?
5     A.   Yes.
6     Q.   You would agree with me that
7  it is important to identify and, if
8  possible, eliminate substances that
9  increase human risk of contracting
10  cancer?
11        MR. FROST:  Objection to
12  form.
13        MR. SMITH:  What's the
14  matter with the form?
15        MR. FROST:  Again, I think
16  it's very vague to identify
17  impossible -- or important to
18  identify impossible to eliminate
19  substances.  Compound question.
20  It's also vague as to what you
21  mean by important.
22  BY MR. SMITH:
23    Q.   Do you understand the
24  question, Doctor?

9 (Pages 30 to 33)

Brooke T. Mossman, M.S., Ph.D.

Page 34

1      A.   I don't.
2      Q.   Why don't we go to your
3   deposition testimony in Brower.  Page 49.
4   Question, Line 6:  "I'm asking in
5   general, is it important as a scientist
6   to identify and, if possible, eliminate
7   any substances, if possible, that
8   increase the risk of ovarian -- excuse
9   me -- of contracting cancer?"
10          And your answer was, "Yes,
11  in principle."
12          Can I rely on that as
13  truthful?
14     A.   Yes.
15          MR. FROST:  I'll also lodge
16     the same question that Mr. Bishop
17     lodged to that question in that
18     deposition.
19  BY MR. SMITH:
20     Q.   Chronic inflammation and
21  oxidative stress are two mechanisms that
22  promote tumor and cancer development in
23  known carcinogens; is that correct?
24     A.   That is true with regard to

Page 35

1   certain types of asbestos, correct.
2      Q.   And other known carcinogens,
3   correct?
4      A.   The only carcinogen in terms
5   of chronic inflammation that I'm aware of
6   has been cigarette smoke.
7      Q.   And we'll talk about chronic
8   inflammation and oxidative stress later.
9   But asbestos is a known carcinogen,
10  correct?
11     A.   That, again, is a very broad
12  statement.  Asbestos types vary in their
13  potency for cancer.
14     Q.   All types of asbestos,
15  regardless of type, are human
16  carcinogens, correct?
17          MR. FROST:  Objection to
18     form.
19          THE WITNESS:  Again, I want
20     to emphasize that it's a hierarchy
21     of effects, and it depends upon
22     the tumors that you're talking
23     about.
24

Page 36

1   BY MR. SMITH:
2      Q.   I understand potency.  And
3   we talked about potency and how
4   crocidolite is more potent than, say,
5   chrysotile.  And that's not what I'm
6   talking about, Doctor.
7          You would agree with me that
8   all types of asbestos are carcinogenic to
9   human beings, correct?
10          MR. FROST:  Objection to
11     form.
12          THE WITNESS:  Not really.  I
13     wouldn't agree with you without
14     qualifying that statement with
15     regard to consideration -- for
16     example, IARC does consider all
17     types of asbestos as carcinogenic.
18          But as a scientist, it
19     depends upon the type of asbestos
20     and the dose that determines
21     whether or not it's a carcinogen.
22  BY MR. SMITH:
23     Q.   So you're saying that not
24  all types of asbestos are carcinogenic to

Page 37

1   human beings?
2          MR. FROST:  Objection to
3     form.
4          THE WITNESS:  I'm saying
5     that there are many types of
6     tumors in humans, that with regard
7     to asbestos there are certain
8     types that are associated with
9     asbestos exposures at high
10     concentrations.
11  BY MR. SMITH:
12     Q.   My question is just really
13  more simple.  I understand that you can
14  have levels of exposure and potency of
15  different types of asbestos.  But do you
16  consider crocidolite a human carcinogen?
17     A.   I do.
18     Q.   Do you consider chrysotile a
19  human carcinogen?
20     A.   I do with regard to lung
21  cancer.  I think it's very questionable
22  with regards to mesothelioma.
23     Q.   What about actinolite?  Do
24  you consider that a human carcinogen?

10 (Pages 34 to 37)

Brooke T. Mossman, M.S., Ph.D.

Page 38

```
1              MR. FROST: Object to form.
2              THE WITNESS: Yeah. I don't
3         think that there is any human data
4         available to classify actinolite
5         as a human carcinogen.
6    BY MR. SMITH:
7         Q.   And IARC and NTP disagree
8    with your assessment on that, don't they?
9              MR. FROST: Objection to
10        form. Misstates document.
11             THE WITNESS: Yeah. Let me
12        just state that I think both
13        agencies would consider that there
14        are no data in humans on
15        actinolite to prove its
16        carcinogenicity.
17   BY MR. SMITH:
18        Q.   There have been formal
19   statements by the national toxicology
20   program of the United States, and in a
21   monograph by IARC that say that all types
22   of asbestos are human carcinogens. You
23   know that, Doctor, correct?
24        A.   I do.
```

Page 39

```
1              MR. FROST: Objection to
2         form.
3    BY MR. SMITH:
4         Q.   So --
5         A.   But that -- but let me just
6    emphasize here that lumping asbestos into
7    one category has been necessary in terms
8    of risk assessment, but in terms of
9    biological effects, that statement may
10   not be true, especially in humans.
11        Q.   So you disagree with the
12   assessment of the national toxicology
13   program for the United States government
14   and IARC on this matter?
15             MR. FROST: Objection to
16        form. Misstates the document.
17             THE WITNESS: I don't
18        disagree. I'm just saying that
19        there are no data scientifically
20        to support the premise that
21        something like actinolite asbestos
22        is a human carcinogen.
23   BY MR. SMITH:
24        Q.   Well, how do you not
```

Page 40

```
1    disagree with NTP and IARC if they
2    classify all types of asbestos, every
3    single one of them, as a human
4    carcinogen, and you're telling me
5    actinolite, there's not data to support
6    it's a carcinogen? How are you not
7    disagreeing with the NTP and IARC on that
8    matter then?
9              MR. FROST: Objection to
10        form.
11             THE WITNESS: I don't
12        believe they have statements on
13        different types of asbestos such
14        as actinolite.
15   BY MR. SMITH:
16        Q.   Okay. We'll go get to that
17   in a minute. Does -- do you consider
18   tremolite a human carcinogen?
19             MR. FROST: Objection to
20        form.
21             THE WITNESS: Again, it
22        depends on the type of tumor you
23        are talking about and the dose of
24        the material and the form.
```

Page 41

```
1    BY MR. SMITH:
2         Q.   Can it cause cancer in human
3    beings?
4              MR. FROST: Objection to
5         form.
6              THE WITNESS: If you're
7         talking about tremolite asbestos,
8         there is some data suggesting,
9         yes, that it can cause
10        mesothelioma.
11   BY MR. SMITH:
12        Q.   What about anthophyllite?
13             MR. FROST: Same objection.
14             THE WITNESS: Yeah. A very
15        weak carcinogen compared to
16        crocidolite or amosite, certainly
17        in mesothelioma.
18   BY MR. SMITH:
19        Q.   So you believe that all
20   types of asbestos are human carcinogens
21   except actinolite?
22             MR. FROST: Objection to
23        form. Misstates testimony.
24             THE WITNESS: No, that's not
```

11 (Pages 38 to 41)

Brooke T. Mossman, M.S., Ph.D.

Page 42

1    what I'm saying.  I'm saying that
2    if one looks at the scientific
3    data on human population, there's
4    not clear-cut information on the
5    doses of certain materials such as
6    tremolite, such as actinolite, in
7    terms of carcinogenic effects.
8    BY MR. SMITH:
9       Q.   Again, back to my question.
10   Chronic inflammation and oxidative stress
11   are two mechanisms that promote tumor and
12   cancer development in known carcinogens;
13   is that correct?
14          MR. FROST:  Objection to
15      form.  Asked and answered.
16          THE WITNESS:  Yeah.  I
17      emphasize that that's known or
18      certainly accepted for things such
19      as asbestos, amphibole types of
20      asbestos, as well as cigarette
21      smoke.
22   BY MR. SMITH:
23      Q.   Oxidants stimulate protein
24   pathways that then cause the cell to

Page 43

1    transform and become a tumor, correct?
2          MR. FROST:  Objection to
3      form.
4          THE WITNESS:  That's some of
5      the work that we've done, yes.
6    BY MR. SMITH:
7       Q.   And antioxidant --
8    antioxidants are kicked in by a cell
9    after exposure to low doses of an
10   environmental agent as the doses become
11   chronic or at higher concentration, the
12   cells become overwhelmed and not able to
13   correct the imbalance and then protein
14   receptors on the cell are affected and
15   cause the cell to transform; is that
16   correct?
17      A.   That's true in some cases,
18   yes.
19      Q.   And you talked about a
20   four-step process to mesothelioma before,
21   Doctor; is that correct, oxidant release,
22   protein receptor changes, genome-wide
23   expression changes and cell -- cell
24   proliferation, correct?

Page 44

1       A.   Those are pathways that
2    we've studied, yes.
3       Q.   And you stated you do not
4    need all of these factors to cause
5    cancer; is that right?
6       A.   I think you need to be a
7    little more explicit.
8       Q.   Well, let's look at your
9    Leavitt testimony Page 133.
10      A.   Okay.
11      Q.   Let's see.  Question on
12   Line 8.  "Now, you mention there were
13   four different kinds, four different
14   markers of asbestos, I mean of cancer.
15   And asbestos causes all four of these
16   markers to current cells.
17          "Answer:  Yes.  And this
18   gives you an idea of the different types
19   of things we've studied.  It's like the
20   lock, and once that is unlocked, you get
21   the development of cancer.  And here we
22   see where healthy cells become cancer
23   cell and then that the cancer cell
24   divides to become a malignant tumor.

Page 45

1          "Let me ask you.  If you
2    only have three of the four markers, will
3    you still have a mutation of that cell
4    that causes cancer?
5          "You may, but you won't have
6    the entire process mimicked.  So you need
7    all four of these features of asbestos
8    fibers to induce a cell, a healthy cell
9    to become a malignant cell."
10         Is that truthful testimony
11   and can I rely on that?
12      A.   Yes, that's true.
13      Q.   Do you know which of these
14   steps is necessary to cause ovarian
15   cancer?
16      A.   No, I don't.
17      Q.   Of the four-step process you
18   said to mesothelioma, and I'm going to
19   refer to it like we did in Brower.  Is it
20   okay if I refer to the Shukla study by
21   the first author Shukla, and then
22   Hillegass by Hillegass?  Is that fair?
23      A.   Yes.
24      Q.   Okay.  In the Shukla study

12 (Pages 42 to 45)

Brooke T. Mossman, M.S., Ph.D.

Page 46

1  you saw gene expression changes with talc
2  compared to neo mesothelial cells,
3  correct?
4       A.   Could you repeat that again?
5       Q.   Sure.  In Shukla you saw 30
6  gene expression changes to talc compared
7  to neo mesothelial cells at the
8  75 micrometers per centimeter squared
9  concentration for eight hours, correct?
10      A.   Yes.
11      Q.   And -- but you never tested
12  talc in that study or in the Hillegass
13  study that came after it for oxidant
14  release, correct?
15      A.   Could you repeat that again?
16  We've never tested cells for oxidant
17  release?
18      Q.   In Hillegass, you did a
19  bunch of further studies on crocidolite
20  asbestos that you did not do on talc,
21  correct?
22      A.   We only did additional
23  studies where we focused on the proteins
24  that were increased by asbestos.  Many of

Page 47

1  these were not increased by talc.
2       Q.   Ma'am, that's not my
3  question.
4       A.   Okay.
5       Q.   My question was, you did not
6  do all of the studies, all of those
7  assays and all of the protein
8  determination and all of that in
9  Hillegass.  You did that for crocidolite
10  asbestos.  You did not do talc in that
11  study?
12      MR. FROST:  Objection to
13  form.
14      THE WITNESS:  Yeah, and I
15  emphasize we didn't do talc,
16  because we didn't see that these
17  changes were protracted.
18  BY MR. SMITH:
19      Q.   Well, ma'am, you did not
20  test talc at 24 hours at the higher
21  concentration --
22      MR. FROST:  Objection.
23  BY MR. SMITH:
24      Q.   -- so you don't know whether

Page 48

1  it was a transient change of gene
2  expression changes or not, fair?
3       MR. FROST:  Objection to
4  form.
5       THE WITNESS:  Yeah, we -- we
6  did not test asbestos or talc at
7  the highest concentration because
8  of cell death in the asbestos
9  exposed cultures.  That's correct.
10  BY MR. SMITH:
11      Q.   So you cannot tell me what
12  genes were altered or if they were more
13  altered at the higher concentration at
14  24 hours for talc that you saw at the
15  higher concentration at eight hours,
16  correct?
17      MR. FROST:  Objection to
18  form.
19      THE WITNESS:  We did not,
20  because they were -- I cannot tell
21  you that, because we didn't look
22  at talc for the reasons that I
23  just stated.
24  BY MR. SMITH:

Page 49

1       Q.   And we'll talk more about
2  the studies in more detail in a minute.
3       In the Shukla study, you saw
4  the gene expression changes at eight
5  hours at the higher concentration
6  compared to -- compared to neo
7  mesothelial cells, correct?
8       MR. FROST:  Objection to
9  form.
10      THE WITNESS:  We saw 30
11  genes that were increased by
12  highest concentrations of talc.
13  BY MR. SMITH:
14      Q.   But you never tested talc in
15  oxidant release of peritoneal mesothelial
16  cells in that study -- either one of
17  those studies, correct?
18      A.   That's correct.
19      Q.   And you did not test talc
20  for protein receptor changes in any of
21  those cells in either one of those
22  studies, correct?
23      A.   We did --
24      MR. FROST:  Objection to

13 (Pages 46 to 49)

Brooke T. Mossman, M.S., Ph.D.

Page 50

```
 1            form.
 2                THE WITNESS:  Yeah, we
 3            didn't test talc because it didn't
 4            indicate genes that were increased
 5            that were related to oxidative
 6            stress, or the proteins that we
 7            were interested in that were
 8            increased by asbestos.
 9   BY MR. SMITH:
10       Q.   You're telling me ATF3 and
11   IL-8 are not associated of mediating
12   inflammatory or oxidative processes in
13   the cell?
14                MR. FROST:  Objection to
15            form.
16                THE WITNESS:  ATF3 as we
17            showed in the -- in the Shukla
18            study is a gene that repairs cells
19            from cytokine production.
20   BY MR. SMITH:
21       Q.   Again, you did not test talc
22   for protein receptor changes when applied
23   to peritoneal mesothelial cells in either
24   one of the two studies, correct?
```

Page 52

```
 1   you read that again?
 2                MR. FROST:  Yeah, I was
 3            going to say, do you mind
 4            repeating that one?
 5   BY MR. SMITH:
 6       Q.   Sure.
 7            Protein receptors have
 8   chains that bind to cellular DNA, causing
 9   changes to genes in the DNA to create an
10   abnormal cell which can lead to cancer,
11   correct?
12       A.   That can be one endpoint of
13   a protein receptor.
14       Q.   And there's a test for that,
15   correct, a test to see which genes are
16   upregulated or downregulated, correct?
17       A.   Genes but not proteins.
18       Q.   Correct.  Cell proliferation
19   is a hallmark of cancer causing
20   substances and there are tools to look at
21   cell division and assays to look at
22   clumps of cells to see if they survive
23   and become uncontrolled and lead to
24   cancer; is that correct?
```

Page 51

```
 1       A.   We didn't test anything for
 2   protein receptor changes in either of
 3   those studies.  We were interested in
 4   gene expression.
 5       Q.   And for talc in either one
 6   of those studies regarding peritoneal
 7   mesothelial cells, you did not check for
 8   cell proliferation, correct?
 9       A.   Yes, we did not see genes
10   that were indicative of cell
11   proliferation by talc -- and we didn't
12   test --
13       Q.   Did you test for gene -- did
14   you test?
15       A.   No, we didn't see changes
16   that were indicated at the gene level.
17       Q.   Protein receptors that have
18   chains that bind to cellular DNA causing
19   changes to genes in the DNA to create
20   abnormal cell -- cells which can lead to
21   cancer; is that correct?
22                MR. FROST:  Objection to
23            form.
24                THE WITNESS:  Yeah, could
```

Page 53

```
 1                MR. FROST:  Objection to
 2            form.
 3                THE WITNESS:  Yeah, can we
 4            go through that piece by piece?
 5   BY MR. SMITH:
 6       Q.   Sure.  Is cell proliferation
 7   a hallmark of cancer-causing substances?
 8                MR. FROST:  Objection to
 9            form.
10                THE WITNESS:  Not all of
11            them.  Some substances don't
12            induce cell proliferation.  They
13            act with DNA directly.
14   BY MR. SMITH:
15       Q.   You told me earlier there
16   was a four-step process to mesothelioma,
17   correct, and one of them was cell
18   proliferation; is that right?
19       A.   These are changes that we
20   have studied called epigenetic, meaning
21   that they don't occur at the level of the
22   DNA.  And that's been the focus of our
23   lab.
24            I don't want to give you the
```

14 (Pages 50 to 53)

Brooke T. Mossman, M.S., Ph.D.

Page 54

1    impression that that's the only way that
2    mesothelioma develops.  That's what we
3    focused on.
4         Q.   All right.  Maybe a better
5    term is cell proliferation is a
6    characteristic of a cancer-causing
7    substance.  Would you agree with that?
8         A.   No, I wouldn't.
9              As I mentioned, there are a
10   lot of agents that don't induce cell
11   proliferation that cause cancer.
12        Q.   Does -- does asbestos induce
13   cell proliferation or cause it?
14        A.   It depends upon the type and
15   the dose.  Again, we've shown that for
16   crocidolite and amosite asbestos in our
17   models.
18        Q.   We don't know why some
19   carcinogens are site-specific in the
20   human body, correct?
21        A.   That's a broad statement.
22   But yes, we know -- we don't know why
23   some agents aren't site specific.
24        Q.   SNPs or single nucleotide

Page 55

1    polymorphisms, are mechanisms where some
2    cancers due to exposure to agents can
3    cause DNA changes that could lead to
4    cancer development, correct?
5              MR. FROST:  Objection to
6    form.
7              THE WITNESS:  Yes, SNPs are
8         generally something that occurs in
9         a population of cells.  It's very
10        unusual.  In fact, I've never seen
11        an agent such as asbestos that
12        induces an SNP.
13   BY MR. SMITH:
14        Q.   Can you go to your Brower
15   deposition, please, ma'am.
16        Page 87.  If you'll go down
17   to Line 13.
18        "Question:  What are SNPs or
19   SNiPs or single nucleotide polymorphisms?
20        "Answer:  Those are changes
21   in DNA.
22        "Question:  And how do they
23   influence the development of cancer?
24        "Answer:  They are thought

Page 56

1    to be one mechanism, whereas some
2    hereditary cancers or cancers due to
3    agents that focus on the break of DNA
4    exert their effects."
5              Can I rely on that answer?
6         A.   Yes.
7              MR. FROST:  Objection to
8         form.
9    BY MR. SMITH:
10        Q.   Thank you.  You talked about
11   ATF3 a minute ago.  But ATF3 is a gene,
12   and it's also a transcription factor,
13   right?
14        A.   It's a gene, it's a protein,
15   and it's a transcription factor.
16        Q.   And would you agree with me
17   that ATF3 is a gene -- the ATF3 gene is
18   important in combatting inflammation in
19   cells?
20              MR. FROST:  Objection to
21        form.
22              THE WITNESS:  It depends
23        upon the cell and the other
24        transcription factors.  In our

Page 57

1         experiments, we showed that it
2         combatted changes by asbestos;
3         that is, it decreased cytokines
4         that are associated with
5         development of tumors or immune
6         response.
7    BY MR. SMITH:
8         Q.   I'm going to ask you, I'm
9    going to read a sentence to you and ask
10   if you agree with it.  "Stress-inducible
11   transcription factors play a pivotal role
12   in cellular adaptation to environment, to
13   maintain homeostasis, and integrity of
14   the genome."
15              Would you agree with that
16   statement?
17              MR. FROST:  Object to form.
18        And I also object to you reading
19        her sentences from a document that
20        you haven't given her.
21        Thank you.
22              MR. SMITH:  Sure.
23              THE WITNESS:  Thank you.
24

15 (Pages 54 to 57)

Brooke T. Mossman, M.S., Ph.D.

Page 58

1  BY MR. SMITH:
2      Q.   This is attached as
3  Exhibit 4.
4          (Document marked for
5          identification as Exhibit
6          Mossman-4.)
7  BY MR. SMITH:
8      Q.   "Systems analysis of ATF3
9  and stress response in cancer reveals
10 opposing effects on pro-apoptotic genes
11 in p53 pathway."
12         Do you have that in front of
13 you, Doctor?
14     A.   I do.
15     Q.   I've attached it as
16 Exhibit 4.  The first sentence in the
17 blue box under abstract.  It says,
18 "Stress-inducible transcription factors
19 play a pivotal role in cellular
20 adaptation to environment to maintain
21 homeostasis and integrity in the genome."
22         Would you agree with that?
23     A.   Yes.
24     Q.   "Activating transcription

Page 59

1  factor 3, or ATF3, is induced by a
2  variety of stress and inflammatory
3  conditions and is overexposed in many
4  kind of cancer cells."
5          Would you agree with that?
6      MR. FROST:  Objection to
7  form.  It's overexpressed.
8      MR. SMITH:  That's what I
9  said.
10     MR. FROST:  You said
11 overexposed.
12 BY MR. SMITH:
13     Q.   Okay.  Excuse me.  Let me
14 read it again.  Second sentence.
15 "Activating transcription factor 3, ATF3,
16 is induced by a variety of stress and
17 inflammatory conditions and is
18 overexpressed in many kinds of cancer
19 cells."
20         Would you agree with that?
21     A.   I would agree with the first
22 part of that statement.
23         I have not seen the data on
24 many kinds of cancer cells, and as I

Page 60

1  emphasized previously, it would depend
2  upon the type of cell in terms of the
3  effects on that cell type.
4      Q.   Would you agree that ATF3 is
5  activated in response to oxidative stress
6  in a cell?
7      A.   I would have to review that
8  literature.  I don't see that statement
9  here.
10     Q.   I'm asking you just the
11 question.
12     A.   ATF3 and oxidative stress, I
13 can't recall specific experiments or cell
14 types that oxidants have been added to,
15 such as hydrogen peroxide or those
16 typical to oxidative stress in studies.
17     Q.   IL-8 is a cytokine produced
18 during inflammation by lymphocytes; is
19 that correct?
20     A.   It's one of the effects.  It
21 also can have opposite effects.
22     Q.   You've done a study on EMPs
23 or elongated mineral particles; is that
24 correct?

Page 61

1      A.   A study?  I have done many
2  studies on elongated mineral particles.
3      Q.   I was thinking of your most
4  recent study.  But you have done several
5  studies on EMPs, correct?
6      A.   Elongated mineral particles
7  including asbestos are -- have been
8  subject of my research for over 40 years.
9      Q.   And it can be of any type of
10 mineral with certain dimensions that are
11 fibrous in nature that, when in contact
12 with human cells, can cause adverse
13 changes including epigenetic changes that
14 are pathways that can potentially lead to
15 carcinogenesis; is that correct?
16     MR. FROST:  Objection to
17 form.
18     THE WITNESS:  Yeah, can we
19 pick that statement apart?
20 BY MR. SMITH:
21     Q.   Sure.  Let's go to the
22 Brower deposition, Page 85.
23     A.   Okay.
24     Q.   And I'm going to read over

16 (Pages 58 to 61)

Brooke T. Mossman, M.S., Ph.D.

Page 62

1    two pages, 85, 86 and 87.
2            "Question:  What is an EMP?
3            "An EMP is a very broad term
4    for elongated mineral particles, and it
5    could be referring to anything --
6    regardless of whether anything of certain
7    dimensions that are fibrous in nature.
8    It is a term that has been used most
9    recently by some regulatory agencies, but
10   it is very broad in terms of an umbrella
11   of materials that fit into this category.
12           "Question:  And I note in
13   your paper that it says EMPs, and you
14   talk about long EMPs greater than 5
15   micrometers in length; is that correct?
16           "That's a cutoff" --
17   answer, excuse me.
18           "That's a cutoff that's been
19   used in terms of fibers that are thought
20   to be important in regulation.  It's a
21   term that is controversial to biologists
22   and chemists.
23           "Question:  Is it true that
24   by cell's direct contact with EMP, it

Page 63

1    causes the cell to react in certain ways?
2            "Answer:  Direct contact by
3    any material can cause certain changes in
4    cells, yes.
5            "Question:  And cellular
6    reactions to EMP has occurred, would you
7    agree without the EMP binding to any
8    cellular receptors or penetrating the
9    cell itself, correct?
10           "Answer:  Could you just
11   state that again?  I'm sorry.
12           "Sure.
13           "I missed the first part."
14   Answer.
15           Question:  Sure.  The
16   cellular reactions that we just discussed
17   to EMPs, they can occur without the EMP
18   binding to any cellular receptors or
19   penetrating the cell?"
20           And your answer was -- and
21   my question was, "Correct?"
22           And the answer was, "Yes."
23           I said, "Question:  Okay,
24   what is the function of proteins and why

Page 64

1    do you focus on" -- well, I think we've
2    moved on from EMPs."
3            But can I rely on that
4    testimony regarding EMPs?
5        A.   Yes.
6            MR. FROST:  And I'm just
7        going to lodge the same objections
8        that were in the transcript.
9    BY MR. SMITH:
10       Q.   And can EMPs -- can they
11   cause adverse changes, including
12   epigenetic changes that are pathways that
13   could potentially lead to carcinogenesis?
14       A.   Can EMPs?  Certain ones
15   certainly can.
16       Q.   Different grades of talc and
17   asbestos are different and distinct in
18   shape, size, crystallinity and structure;
19   is that correct?
20           MR. FROST:  Objection to
21       form.  Vague.
22   BY MR. SMITH:
23       Q.   Let's break it out.
24           Different grades of talc are

Page 65

1    different and distinct in shape, size,
2    crystallinity and structure, correct?
3            MR. FROST:  Objection to
4        form, vague.
5            THE WITNESS:  Yeah, when you
6        say grades of talc, I'm a -- I'm a
7        little lost there.
8    BY MR. SMITH:
9        Q.   Okay.  Cosmetic versus
10   industrial.  Pharmaceutical versus
11   industrial versus cosmetic.  Those are
12   the grades I'm talking about, my
13   definition of grade.
14           Different grades of talc are
15   different and distinct in size, shape,
16   crystallinity and structure; is that
17   correct?
18           MR. FROST:  Objection to
19       form.
20   BY MR. SMITH:
21       Q.   Or do you know?
22       A.   Yeah, I -- in terms of
23   grades of talc, I would assume that's the
24   case, but I don't study grades of talc.

17 (Pages 62 to 65)

Brooke T. Mossman, M.S., Ph.D.

Page 66

1    Q.   Different types of asbestos
2  are different and distinct in shape,
3  size, crystallinity and structure,
4  correct?
5    A.   That's correct.
6    Q.   These characteristics may
7  affect the mineral's reactivity to human
8  cells and carcinogenic potency; is that
9  correct?
10   A.   That's correct.
11   Q.   The type of asbestos and
12 where it's mined, its shape and size all
13 factor in how it reacts to cells; is that
14 correct?
15   A.   Yes.
16   Q.   And would the same be of
17 different grades of talc, or do you know?
18        MR. FROST:  Objection to
19        form.
20        THE WITNESS:  I'd have to
21        study the talc to -- at different
22        grades, and I'm not sure how
23        that's separated out.
24 BY MR. SMITH:

Page 67

1    Q.   And just so we're clear,
2  you've never studied cosmetic-grade talc;
3  is that right?
4        MR. FROST:  Objection.  If
5        she -- if she knows.
6        THE WITNESS:  I've studied
7        industrial talcs.
8  BY MR. SMITH:
9    Q.   So you've never studied
10 cosmetic-grade talc; is that correct?
11   A.   I have not studied cosmetic
12 talcs as I know it.
13   Q.   Do you understand that
14 cosmetic talc is what's in Baby Powder
15 and Shower to Shower, which are the
16 products at issue in this case?
17   A.   Yes, I do.
18   Q.   Okay.  I want to talk to you
19 about your --
20        MR. SMITH:  Do you want to
21        take a break for a minute, for a
22        second?
23        MR. FROST:  Do you want to?
24        MR. SMITH:  I mean, I'm

Page 68

1  good, I'm getting ready to roll to
2  a different section.  But I'm good
3  or whatever.  Just so long --
4        THE WITNESS:  I'm fine.
5        MR. FROST:  I think we can
6        keep going.
7        MR. SMITH:  Okay.  Okay.
8        All right.  Fine.
9  BY MR. SMITH:
10   Q.   I want to talk to you about
11 some of your experience, Doctor, as an
12 expert.
13   You said you -- you partly
14 retired since 2014.  But you've been
15 testifying in litigation since 2014; is
16 that correct?
17   A.   That's correct.
18   Q.   And approximately 50 to
19 75 percent of your professional time is
20 spent on litigation since 2014; is that
21 correct?
22   A.   That's correct.
23   Q.   And would this be the vast
24 majority of your current income since

Page 69

1  2014, and that being as an expert
2  witness?
3    A.   Yes, sir.
4    Q.   I noticed from your prior
5  testimony that you attached to your
6  report that you've testified 65 times for
7  defendants in talc litigation over the
8  past four years; is that correct?
9    A.   That includes depositions
10 and trials in some of the same matters,
11 yes.
12   Q.   You were an employee of
13 Biomedical and Environmental Consultants
14 in 1998; is that right?
15   A.   1998?  No.
16   Q.   Do I have the date wrong?  I
17 might have -- I might have written that
18 down wrong.
19   A.   That was 30 years ago.
20   Q.   What dates were you at
21 Biomedical and Environmental Consultants?
22   A.   I worked part-time for them
23 for a little less than two years.  1988
24 to perhaps 1990.

18  (Pages 66 to 69)

Brooke T. Mossman, M.S., Ph.D.

Page 70

1    Q.   I apologize, I wrote it down
2  wrong.
3         And you worked there with
4  Alfred Wehner, right?
5    A.   I never worked with
6  Dr. Wehner.  He was the founder of the
7  group as I understand it.
8    Q.   And you also understand that
9  he was also a consultant for Johnson &
10  Johnson in talc issues, correct?
11        MR. FROST:  Objection to
12  form.
13        THE WITNESS:  No.
14  BY MR. SMITH:
15    Q.   You don't know that?
16    A.   I know from reading the
17  scientific paper, but I don't know about
18  his relationships with Johnson & Johnson.
19    Q.   He served -- excuse me.  You
20  served as an expert for the Industrial
21  Minerals Association; is that correct?
22    A.   Served as an expert.
23    Q.   Expert or consultant for the
24  Industrial Minerals Association.

Page 71

1    A.   I have reviewed proposals
2  for them, yes.
3    Q.   And you've served as an
4  expert or consultant for Luzenac; is that
5  correct?
6    A.   Not to my knowledge.  As a
7  consultant, no, I don't think I've
8  consulted Luzenac.
9    Q.   You weren't corresponding
10  with Imerys and Luzenac employees on the
11  progress report of the Shukla paper along
12  with the IMA?
13    A.   Yes.  I wasn't a consultant
14  for them.  I was a recipient of a small
15  grant from something called EUROTALC that
16  may have included Luzenac and other
17  companies for a brief period of time in
18  about 2005.
19    Q.   And you've served as an
20  expert or consultant for R.T. Vanderbilt,
21  right?
22    A.   No.  I never had a formal
23  arrangement with R.T. Vanderbilt.
24    Q.   There's plenty of

Page 72

1  correspondence, we've gone back through
2  in Brower and Leavitt with
3  R.T. Vanderbilt, you weren't
4  corresponding with them and consulting
5  with R.T. Vanderbilt?
6    A.   I was not consulting with
7  them.  I was -- received an assignment
8  through Dr. Wehner's group for
9  correspondence with these individuals.  I
10  can't tell you the specific assignment.
11        It was with someone named
12  John Kelse who was their industrial
13  hygienist.
14    Q.   And he was an employee of
15  R.T. Vanderbilt, correct?
16    A.   He was an employee, yes.
17    Q.   You served as an expert for
18  Cyprus Minerals; is that correct?
19    A.   I have in litigation.
20    Q.   And you are currently
21  serving as an expert for Johnson &
22  Johnson and have in the past; is that
23  correct?
24    A.   I have for a little over a

Page 73

1  year now, yes.
2    Q.   You served as an expert on a
3  scientific advisory board for Owens
4  Corning in the defense of asbestos
5  litigation in the 1980s and 1990s; is
6  that correct?
7    A.   That's incorrect.  I
8  served -- I went to one meeting there in
9  19 -- in the 1980s, and one in the 1990s,
10  neither of which concerned Owens Corning
11  and litigation.
12    Q.   Can you go to Page 45 of the
13  Brower testimony, please.
14        Question, Line 1, on Page
15  45.
16        "Okay.  Well, you've
17  consulted with or served as an expert for
18  companies that produce or sold
19  asbestos-containing products, correct:
20        "Answer:  Could you be more
21  explicit?
22        "I need to be more explicit
23  than whether you served as an expert or
24  consulted with companies that produced

19 (Pages 70 to 73)

Brooke T. Mossman, M.S., Ph.D.

Page 74

1    products that contained asbestos?
2         "Answer:  The only company
3    that I had a relationship with, and it
4    wasn't a long-standing relationship, was
5    that I agreed to be on the scientific
6    advisory board, I think, once in the
7    1980s and once in the 1990s, with other
8    scientists and review inhouse research by
9    Owens Corning."
10        Is that testimony true?
11        A.   Yes.  That's what I just
12   stated.
13        Q.   Okay.  Thank you.
14        You also served as an expert
15   for the tobacco industry in the 1980s; is
16   that correct?
17        MR. FROST:  Objection to
18   form.
19        THE WITNESS:  I had one
20   assignment, approximately 30 years
21   ago, through Dr. Wehners' company.
22   BY MR. SMITH:
23        Q.   And since 2014 you have --
24   was the answer to my question yes?

Page 75

1         A.   You'll have to state it
2    again, sir.
3         Q.   You have served as an expert
4    and consultant for the tobacco industry
5    in the 1980s; is that correct?
6         MR. FROST:  Same objection.
7         THE WITNESS:  Yeah I had one
8    assignment where I did a
9    literature search for a lawyer
10   representing the tobacco industry.
11   BY MR. SMITH:
12        Q.   Since 2014, you have served
13   as an expert on behalf of companies that
14   manufacture and sell talc-based products;
15   is that correct?
16        A.   That's correct.
17        Q.   And that will continue today
18   and into the foreseeable future; is that
19   correct?
20        MR. FROST:  Objection to
21   form.
22        THE WITNESS:  Yes.
23   BY MR. SMITH:
24        Q.   I forgot to ask you.  How

Page 76

1    much are you -- what are you billing for
2    your time here today?
3         A.   $550 an hour.
4         Q.   Is that the same billing
5    rate that you would have for trial,
6    deposition?  Do you differentiate?
7         A.   Yes.  It would be the same
8    rate.
9         Q.   When is the next time that
10   you're scheduled to testify at trial?
11        A.   I'm testifying in the Olson
12   trial in New York at the latter part of
13   this week.
14        Q.   What about after that?
15        MR. FROST:  Objection.
16        THE WITNESS:  I don't have
17   any trial dates on my calendar.
18   BY MR. SMITH:
19        Q.   Earlier we had talked about,
20   you talked about your work with the
21   tobacco industry.  I want to attach as an
22   exhibit, which is Exhibit -- I'll hand
23   you a copy, Doctor.
24        (Document marked for

Page 77

1    identification as Exhibit
2    Mossman-5.)
3    BY MR. SMITH:
4         Q.   I'll attach this as
5    Exhibit 5.  This is a January 12, 1990,
6    letter to Mr. Junius McElveen, Esquire.
7    It looks it's from you.  And it's cc
8    to Alfred Wehner.
9         Are you familiar with this
10   document?
11        A.   I am.
12        Q.   At the beginning you say,
13   "Dear Mr. McElveen, you requested our
14   meeting last week that Mr. Nims" -- "a
15   brief summary of" -- excuse me.  "You
16   requested at our meeting last week with
17   Mr. Nims a brief summary of my literature
18   search to date on cellular and molecular
19   mechanisms of carcinogenesis.
20        "I specifically looked for
21   recent research data to substantiate the
22   premise that cigarette smoking prior to
23   1966 would not be sufficient for lung
24   tumor promotion and progression necessary

Brooke T. Mossman, M.S., Ph.D.

Page 78

1 events in the development of tumors
2 during their relatively long latency
3 period in man."
4         Is that what you were -- was
5 that -- that was the task that you were
6 doing?
7     A.   The task that I was doing
8 was to do a search on the molecular
9 biology of lung cancers.
10     Q.   And the statement that I
11 just read, is that correct?  Is that what
12 your task was?  Is that what you were
13 doing?
14     A.   I'm not sure what cigarette
15 smoking prior to 1966 was relevant to,
16 but I think the question he was asking me
17 were, do components of cigarette smoke
18 have properties that start or influence
19 the development of cancers.
20     Q.   And -- but this is your --
21 you wrote this letter, correct?
22     A.   I did.
23     Q.   Okay.  And on the last
24 paragraph of the letter, before your

Page 79

1 signature, it says, "I will continue to
2 survey new journals in the field as well
3 as Index Medica searches on 'genes and
4 lung cancer.'  Please let me know when
5 you would like to meet again for an
6 update."
7         And then did you continue to
8 do what you said you would do?
9     A.   No.  I wrote a final report
10 after meeting these individuals and no
11 longer was a consultant for Biomedical
12 and Environmental Consulting.
13     Q.   I'm going to attach what is
14 Exhibit 6 to the deposition another
15 letter from you.  And we talked about
16 Owens Corning just a minute ago.  Do you
17 recall that, Doctor?
18     A.   Yes.
19         (Document marked for
20         identification as Exhibit
21         Mossman-6.)
22 BY MR. SMITH:
23     Q.   And here is a letter from
24 you to Owens Corning.  Dr. John Hadley,

Page 80

1 Owens Corning Fiberglass Corporation,
2 Granville technical center, Granville,
3 Ohio.
4         And it says, "Dear John."
5 And you understand, as you reference in
6 this, that -- that Owens Corning was
7 producing asbestos-containing materials;
8 is that correct?
9     A.   No, not at this time point.
10 I was never aware of this in the 1980s.
11     Q.   So when you write in the
12 paragraph, final paragraph, "Please find
13 enclosed a brief critique of the recent
14 PNAS covered in the New York Times.  I
15 cannot help but surmise that Dr. Selikoff
16 was responsible for the press release.
17 Regardless, the possibility that asbestos
18 binds and introduces malignant and
19 foreign DNA into normal cells of the lung
20 seems highly unlikely."
21         You didn't understand that
22 the issue of asbestos and Owens Corning
23 was relevant to the company?
24     A.   No.  Dr. Hadley was a

Page 81

1 colleague that I met at a scientific
2 meeting.  He was responsible for the
3 development of fiberglasses at their
4 technical center.
5         He was also a scientist who
6 attended meetings on asbestos and was
7 interested in the effects of asbestos on
8 cells --
9     Q.   Did you come --
10     A.   -- by training.
11     Q.   I'm sorry.  I didn't mean to
12 cut you off.
13     A.   I'm sorry.  By training,
14 John was someone I actually met when he
15 was getting his degree earlier at Duke
16 University.
17     Q.   Did you come to learn that
18 as -- Owens Corning produced
19 asbestos-containing products?
20     A.   I came to learn that after I
21 heard about their bankruptcy.  I was
22 never aware of that directly.
23     Q.   You were a member of the
24 TASSC, weren't you?

21 (Pages 78 to 81)

Brooke T. Mossman, M.S., Ph.D.

Page 82

```
1          A.   TASSC?
2          Q.   Mm-hmm.
3          A.   I don't know what that is,
4     and I don't think I've ever paid
5     membership dues or I would remember.
6               MR. SMITH:  Can you hand
7          that to the witness.
8               (Document marked for
9          identification as Exhibit
10         Mossman-7.)
11    BY MR. SMITH:
12         Q.   I'm going to attach a
13    partial listing of key scientists and --
14    I don't know if I can pronounce this --
15    academicians supporting the advancement
16    of sound science coalition.  You don't
17    recall this?  TASSC?
18         A.   No, I don't think -- I'm
19    just looking at some of the people here,
20    who are -- include scientists from
21    different spheres including Bruce Ames.
22    So no, I am not aware that this is a
23    society that I ever joined, no.
24         Q.   So if you go -- and it's in
```

Page 83

```
1     alphabetical order.  And on Page 9,
2     looking at the top, there's your name.
3     Dr. Brooke T. Mossman, professor of
4     pathology, College of Medicine,
5     University of Vermont, Burlington,
6     Vermont.  Is that you?
7          A.   That's me.
8          Q.   And you are listed on the
9     partial listing of key scientists and
10    academicians -- butchering that name --
11    supporting the advancement of sound
12    science coalition, TASSC.  Do you see
13    that, Doctor?
14         A.   Yes, I have no idea what
15    that is.  Sorry.
16         Q.   Well, maybe we can put some
17    context to it here today.
18              MR. SMITH:  Thank you.
19              (Document marked for
20         identification as Exhibit
21         Mossman-8.)
22    BY MR. SMITH:
23         Q.   I'm going to attach the next
24    numbered exhibit which is Number 8.  And
```

Page 84

```
1     this is an article entitled,
2     "Constructing 'Sound Science' and 'Good
3     Epidemiology':  Tobacco, Lawyers and
4     Public" -- "and the Public Relations
5     Firms."
6               And it's an article in the
7     American Journal of Public Health from
8     November of 2001.  It's a peer-reviewed
9     article.  And it's by lead author Ong.
10              And it goes down, and if you
11    look on the front page, Doctor, it says,
12    "Philip Morris' 'Sound Science'
13    organization in the United States"?
14              Says, "PM," Philip Morris,
15    "began its 'sound science' program in
16    1993 to stimulate criticism of the 1992
17    U.S. Environmental Protection Agency
18    (EPA) report, which identified secondhand
19    smoke as a Group A human carcinogen.
20    Ellen Merlo (vice president, PM Corporate
21    Affairs) wrote to William Campbell
22    (chairman at PM" -- or Philip Morris --
23    "USA)."
24              Then it goes on to the -- go
```

Page 85

```
1     to the right paragraph, "In February of
2     1993, Philip Morris, PM, and its public
3     relations firm, APCO Associates, worked
4     to launch a 'sound science' coalition in
5     the United States with approximately
6     320,000 budgeted for the first 24 weeks.
7     Three months later, The Advancement For
8     Sound Science Coalition, or TASSC, has
9     been formed.  TASSC described itself as a
10    'a not-for-profit coalition advocating
11    the use of sound science in public policy
12    decisionmaking' even though APCO created
13    it to help Philip Morris fight smoking
14    restrictions.  TASSC's public positioning
15    and media campaign were designed to
16    minimize its connections with the tobacco
17    industry.  TASSC's member survey
18    mentioned only secondhand smoke among a
19    list of other potential examples of
20    'unsound, incomplete or unsubstantiated
21    science.'"
22
23              Were you familiar with all
24    of this, Doctor, and have you seen this
```

22 (Pages 82 to 85)

Brooke T. Mossman, M.S., Ph.D.

Page 86

1  article before?
2      A.  I haven't seen the article,
3  but let me emphasize that I've never been
4  a member by consent of TASSC, and there's
5  no reason that tobacco would have wanted
6  me to be a member, as all my publications
7  list tobacco smoke as the Number 1 cause
8  of lung disease or lung cancers.
9      Q.  Well, you -- you haven't
10 published any articles on secondhand
11 smoke, have you?
12     MR. FROST:  Objection, form.
13 BY MR. SMITH:
14     Q.  Have you?
15     A.  Secondhand smoke, no.
16     Q.  Okay.  You mentioned all of
17 your research as best -- you mentioned
18 all of your research on asbestos, talc
19 and cleavage fragments have been
20 published and peer-reviewed, high-impact
21 scientific journals prior to the event --
22 advent of your participation in talc
23 litigation in 2014.  And that's listed in
24 your report.

Page 87

1      Do you recall saying that?
2      A.  Yes.
3      Q.  I'll assume that would mean
4  that that would be the same after your
5  involvement in talc litigation.  Would
6  that be correct?
7      A.  I'm not sure what you're
8  asking.
9      Q.  Let me rephrase.  Let me
10 rephrase it.
11     A.  Okay.
12     Q.  That was confusing.
13     You -- in your report you
14 mentioned that your research on asbestos
15 fibers, talc, and cleavage fragments have
16 been published and peer-reviewed
17 high-impact scientific journals prior to
18 the advent of your participation in talc
19 litigation in 2014?
20     A.  Yes.
21     Q.  You agreed with that.
22     And I would assume that
23 that would be the same after your involvement
24 post 2014; is that correct?

Page 88

1      A.  When you say -- when you say
2  it would --
3      Q.  Your research being
4  published in peer-reviewed high-impact
5  scientific journals on asbestos, asbestos
6  fibers, talc and cleavage fragments.
7      A.  Let me emphasize that I'm
8  not doing original research anymore on
9  talc or asbestos fibers.  So that
10 statement would not be relevant.
11     Q.  Okay.  Fair enough.  I want
12 to look at your CV for a second.
13     A.  Okay.
14     Q.  And I've got an extra copy
15 for you.  Several actually.
16     MR. FROST:  Is this the CV
17     that was attached to the report?
18     MR. SMITH:  It is.
19     (Document marked for
20     identification as Exhibit
21     Mossman-9.)
22 BY MR. SMITH:
23     Q.  All right.  Now, you've
24 got -- do you have your CV in front of

Page 89

1  you, Doctor?
2      A.  I do.
3      Q.  Okay.  And I would like to
4  go to Page 15.
5      MR. SMITH:  I'm going to
6     attach this as the next numbered
7     exhibit.  It's Number 9.
8  BY MR. SMITH:
9      Q.  It says -- it should be
10 referred.  It says refereed.  Is that --
11 should it be referred manuscripts?
12     A.  No.
13     Q.  Is that -- am I missing
14 something?
15     A.  No, it's refereed.
16     Q.  Well, then I -- I'm learning
17 something new everyday.
18     Manuscripts, book chapters,
19 monographs and editorials, in parentheses
20 peer reviewed.
21     A.  Correct.
22     Q.  Hold on.  I'm getting ahead
23 of myself.
24     Let's go back to Page 2.

23 (Pages 86 to 89)

Brooke T. Mossman, M.S., Ph.D.

Page 90

1      A.   Okay.
2      Q.   And you have reviewer and in
3   parentheses journals.  And this is all of
4   the journals that you have served as a
5   reviewer of?
6      A.   Yes.
7      Q.   And then if we go to Page 3,
8   and you look at that section, it's the
9   fourth from the bottom, Regulatory
10  Pharmacology and Toxicology.  You served
11  as a reviewer for that publication; is
12  that correct, according to your CV?
13     A.   Let's see.  Could you go to
14  the page again?
15     Q.   Sure.  It's Page 3.  And if
16  you go up, it's under -- like at the top,
17  it's got the list of journals, and if you
18  see science at the bottom, then you see
19  scanning electron microscopy, and then --
20     A.   Yes.
21     Q.   -- you see risk analysis,
22  then you see Regulatory Pharmacology and
23  Toxicology.
24          Do you see that?

Page 91

1      A.   Yes, I reviewed for them.
2      Q.   Okay.  And I want to talk
3   about the Journal of Regulatory
4   Toxicology and Pharmacology for a second.
5          Do you believe this is a
6   reputable independent journal?
7      A.   Yes, I believe it is.
8   Historically I've heard a lot about it.
9      Q.   Do you know who David
10  Michaels is?
11     A.   No.
12     Q.   You served as a peer
13  reviewer of him on the NIOSH 62 bulletin.
14  You don't know him, that used to work in
15  the federal government?
16     A.   I -- no, the name doesn't
17  ring a bell.
18     Q.   Well, he wrote a book called
19  "Doubt is Their Product:  How Industry's
20  Assault on Science Threatens Your
21  Health."
22          And I'd like -- do you have
23  a copy in front of you, Doctor?
24     A.   I do.

Page 92

1          (Document marked for
2          identification as Exhibit
3          Mossman-10.)
4   BY MR. SMITH:
5      Q.   Okay.  And you see it's
6   written by David Michaels.  And if you go
7   to the very last page.  It says, "David
8   Michaels is an epidemiologist and the
9   director of the project on scientific
10  knowledge and public policy at the George
11  Washington University School of Public
12  Health and Health Services.
13          "During the Clinton
14  administration he served as assistant
15  secretary of energy for environment,
16  safety and health responsible for
17  protecting the health and safety of
18  workers, neighboring communities, and the
19  environment surrounding the nation's
20  nuclear weapons facilities.  He was the
21  architect of the historic initiative that
22  'made peace with the past,' compensating
23  U.S. nuclear weapons workers for
24  illnesses developed while making or

Page 93

1   testing atomic weapons.
2          "In 2006 Michaels received
3   an American Association" -- "received the
4   American Association For the Advancement
5   of Science" -- "Sciences, Scientific
6   Freedom and Responsibility Award.  He
7   lives in Bethesda, Maryland."
8          And that doesn't ring any
9   bells?
10     A.   No, I don't recognize him
11  and I don't recognize the name.
12     Q.   If you'll go to -- it's on
13  Page -- it's the fourth or fifth page in.
14  If you look at the top, it's Page 53.
15          And he discusses this
16  publication for which he served as a
17  reviewer on.
18          MR. FROST:  Objection.
19  BY MR. SMITH:
20     Q.   Quote down at the bottom,
21  "There is now a slew of these captured
22  journals.  The tobacco industry, for
23  example, secretly financed the journal
24  Indoor and Billet Environment to promote

24 (Pages 90 to 93)

Brooke T. Mossman, M.S., Ph.D.

Page 94

1  and position for legal purposes the idea
2  that indoor air pollution was a problem
3  caused not by secondhand smoke but by
4  inadequate ventilation.  The best known
5  of these publications is Regulatory
6  Toxicology and Pharmacology, the official
7  mouthpiece of the International Society
8  of Regulatory Toxicology and Pharmacology
9  or ISRTP, an impressive name, but really
10  just an association dominated by
11  scientists who work for industry trade
12  groups and consulting firms.
13      "The sponsor of the ISRTP
14  include many of the major tobacco,
15  chemical, and drug manufacturing
16  companies.  Its leadership consists of
17  corporate and product defense scientists
18  and attorneys along with a small number
19  of government scientists who have
20  apparently bought in or who do not know
21  better.
22      "The immediate past
23  president was Terry Quill, an attorney
24  who became a senior vice president for

Page 95

1  the product defense of" -- excuse me --
2  "product defense of the Weinberg Group.
3  Quill also has roots in the tobacco wars,
4  but is not a scientific expert.  Rather
5  he served as outside counsel to Philip
6  Morris in the secondhand smoke
7  litigation."
8      Have you ever seen that
9  written about Regulatory Toxicology and
10  Pharmacology, the journal that you served
11  as a reviewer of?
12      MR. FROST:  I'll say --
13  first, I'll just object to using
14  what is basically an opinion piece
15  in this case.
16      But you can answer the
17  question, Brooke.
18      THE WITNESS:  Yeah, I'm not
19  familiar with what this source is.
20  It looks like a book chapter.
21  Again, Regulatory Toxicology and
22  Pharmacology is -- historically
23  has been a journal that has been
24  well regarded by government and

Page 96

1  academic scientists and I'm not
2  sure of the context of this or the
3  years that this covers.
4      Again, I've reviewed for
5  them in the past.  I have not been
6  on their editorial board, so I
7  really can't comment on this.
8  BY MR. SMITH:
9      Q.   Do you know what the
10  Weinberg Group's involvement has been in
11  talc litigation or defense of talc?
12      MR. FROST:  Objection to
13  form.
14      THE WITNESS:  No.
15  BY MR. SMITH:
16      Q.   I'd like to show you another
17  article.
18      (Document marked for
19  identification as Exhibit
20  Mossman-11.)
21  BY MR. SMITH:
22      Q.   Attached as the next
23  numbered exhibit.  Attached -- Doubt is
24  Their Product was Exhibit 10.  This is

Page 97

1  going to be Exhibit 11.
2      This is an article entitled
3  "Special Contributions:  Correspondence
4  About Public Ethics and Regulatory
5  Toxicology and Pharmacology."
6      This is -- this is published
7  in a peer-reviewed journal called the
8  International Journal of Occupational and
9  Environmental Health.  And it was in
10  November 19, 2002.  And I'm going to read
11  from the -- from the top.
12      MR. FROST:  Okay.  I just
13  want to object to any connotation
14  that this letter is peer-reviewed.
15  BY MR. SMITH:
16      Q.   "In this issue, IJOEH is
17  publishing correspondence concerning
18  conflicts of interest, lack of
19  transparency and absence of editorial
20  independence of the journal Regulatory
21  Toxicology and Pharmacology, RTP."
22      That's where you served as a
23  peer reviewer, right?
24      A.   I was asked once or twice to

25 (Pages 94 to 97)

Brooke T. Mossman, M.S., Ph.D.

Page 98

1  review articles for them.  I have no idea
2  when this was.  And I have no idea who
3  forwarded me the papers for review.
4      Q.   Ma'am, I'm just reading from
5  your CV, and you said that you were a
6  reviewer of Regulatory Toxicology and
7  Pharmacology, correct?
8      A.   I have reviewed papers for
9  that journal.
10      Q.   "Regulatory Toxicology and
11  Pharmacology is the official publication
12  of the industry-funded International
13  Society of Regulatory Toxicology and
14  Pharmacology or ISRTP."  Then it goes
15  down into the second -- third paragraph.
16  "IJOEH has chosen to publish this
17  exchange in order to alert readers to the
18  ways in which supposedly credible
19  peer-reviewed journals may be co-opted by
20  corporations seeking to give credibility
21  to particular scientific points of view.
22      "RTP publishes a large
23  number of studies conducted by
24  industry-funded scientists.  These

Page 99

1  studies later become part of industry's
2  efforts to influence federal regulatory
3  agencies or defend litigation claims
4  concerning toxic exposure.
5      "Without safeguards to
6  assure their independence of the
7  editorial process, suspicion, some of it
8  well deserved, is cast over studies and
9  journals."
10      And that was written by the
11  editor-in-chief of this publication.
12      Do you see that?
13      MR. FROST:  Again, I object
14  to the use of what is clearly an
15  opinion piece to try to establish
16  facts in this case and in
17  questioning this witness.
18      THE WITNESS:  If I can --
19      MS. O'DELL:  "Object to the
20  form" --
21      THE WITNESS:  If I can look
22  at the --
23      MS. O'DELL:  -- is the
24  appropriate objection.

Page 100

1      Excuse me, ma'am.
2      THE WITNESS:  Pardon me?
3      MS. O'DELL:  "Object to the
4  form" is the appropriate
5  objection.
6      MR. FROST:  I'll try to
7  remember that.
8  BY MR. SMITH:
9      Q.   And then I want to go on
10  further.  It says, "November 19, 2002,
11  Ms. Kirsten Chrisman, managing editor,
12  Journals Division, Academic Press.  And a
13  Paul Weislogel, vice president, global
14  Society, of Elsevier, Science, Inc.  Are
15  you familiar with that publication?
16      They publish a lot of
17  scientific literature.
18      A.   Who is this now?
19      Q.   I might be pronouncing the
20  name -- Elsevier Science, Inc.?
21      A.   Yes.  I'm looking at the
22  journal, though, sir.  And this is a
23  letter, and it's signed by a number of
24  individuals, several whom I recognize as

Page 101

1  plaintiff experts.
2      Q.   Ma'am, there's not a
3  question on the table.  I'm going to ask
4  you a question though.  Okay.
5      MR. FROST:  Well, I think
6  you did ask a question.
7      THE WITNESS:  Well, I think
8  you asked me to look at this, and
9  I would give this, based upon the
10  signatures here, that this is not
11  a peer-reviewed letter.  And that
12  it's not relevant.  It looks like
13  a letter that was written.  It
14  certainly was not peer-reviewed
15  and again, I want to emphasize
16  that this publication that you're
17  questioning is the official
18  publication of a society of which
19  I am not a member.
20  BY MR. SMITH:
21      Q.   Ma'am, do we need to go back
22  to your CV again where you were listed as
23  a peer reviewer of this publication?
24      A.   I did not review this

26 (Pages 98 to 101)

Brooke T. Mossman, M.S., Ph.D.

Page 102

1  publication.
2      Q.   You're not a -- you're not a
3  peer reviewer of Regulatory Toxicology
4  and Pharmacology?
5      A.   I, in the past, through
6  perhaps 40 years, have reviewed papers
7  for them.
8      Q.   And that's the extent --
9      A.   It could have been one or --
10     Q.   That's your extent of
11 involvement with Regulatory Toxicology
12 and Pharmacology?
13     A.   I have never been on their
14 editorial board, and I know little about
15 the journal.  I'm not a member of the
16 society of -- that disseminates this
17 journal.
18     Q.   I'm going to read the
19 document, "Dear Ms. Chrisman and Mr.
20 Weislogel, we write you to express our
21 concerns about apparent conflicts of
22 interest, lack of transparency, and the
23 absence of editorial independence of the
24 Journal of Regulatory Toxicology and

Page 103

1  Pharmacology, RTP, which you publish.
2      "As you know, that journal
3  is the official publication of the
4  International Society of Regulatory
5  Toxicology and Pharmacology or ISRTP.
6  Our concerns about Regulatory Toxicology
7  and Pharmacology include:"
8      Bullet point, "The journal's
9  apparent bias in favor of industries that
10 are subject to governmental health and
11 environmental regulations that provide
12 financial support to RTP's sponsor,
13 ISRTP.
14     "ISRTP is supported by,
15 among others, the American Chemical
16 Council" -- "Chemistry Council,
17 Bristol-Myers Squibb Company, Dow
18 AgroSciences, Eastman Kodak, Gillette
19 Company, In-Spec Chemical Corporation.
20 Merck & Co., Inc., Procter & Gamble,
21 R.J. Reynolds Tobacco Company, The
22 Sapphire Group, Inc., Schering-Plough
23 Research Institute, and SmithKline
24 Beecham Pharmaceuticals, all companies or

Page 104

1  trade association that have direct
2  incentive to minimize the regulatory
3  burden on industry, Bullet Point 2.
4      "A significant percentage of
5  members of the RTP editorial board have
6  financial ties to companies whose
7  products or byproducts are the subject of
8  studies published by the RTP."
9      Next, down at the bottom of
10 Page 387, "RTP editorial's commonly
11 support industry, antiregulatory goals."
12     Next bullet point:  "RTP
13 serves as a convenient venue for
14 publication of industry research and
15 gives the credibility of a peer-reviewed
16 journal to articles that may not have
17 been subjected to full and meaningful
18 independent review."
19     Next bullet point:  "RTP
20 routinely fails to disclose relevant
21 conflicts of interest."
22     Then it goes on to the next
23 section.  "Given the considerable
24 industry support received by ISRTP, RTP's

Page 105

1  industry oriented editorial board, the
2  too-frequent antiregulatory tenor of
3  RTP's editorials, and the preponderance
4  of publications by industry-funded
5  scientists, we urge Academic
6  Press/Elsevier to" -- I'm mispronouncing
7  that name -- "to increase the credibility
8  of the journal by insisting that RTP, (1)
9  sever its ties to the industry-sponsored
10 ISRTP; (2) reconstitute its advisory
11 board to dramatically reduce the
12 influence of industry scientists,
13 industry lawyers, and academic
14 consultants to industry; and (3) adopt an
15 editorial policy about conflicts of
16 interest."
17     And then at the end of
18 the -- of this letter in this
19 peer-reviewed journal, it has signed by
20 one -- let's see.  One, two, three, four
21 -- 32, excuse me, that's another page.
22 It goes onto the next page.
23     42 different Ph.D.s,
24 doctors, of all walks through the United

27 (Pages 102 to 105)

Brooke T. Mossman, M.S., Ph.D.

Page 106

1 States and around the world, from
2 different institutions, different
3 hospitals -- do you see that, Doctor?
4          MR. FROST: I'm going to
5 object. Wonderful testimony you
6 just gave.
7          Again I'm going to object to
8 the use of an opinion piece. I'll
9 object to just reading from
10 something that, first off is --
11          MR. SMITH: Just state your
12 objection. I don't need a
13 speaking objection.
14          MR. FROST: -- second --
15          MR. SMITH: I don't need a
16 speaking objection.
17          MR. FROST: But I think this
18 entire line of questioning, quite
19 frankly, is completely improper.
20          And as Dr. Mossman said,
21 she's never seen this before. And
22 we've already established that
23 this is just an opinion piece
24 that's signed on by several

Page 107

1 plaintiffs' attorneys. Answer
2 your question --
3          MR. SMITH: Look, I'm going
4 to let -- I'm going to let you go.
5 There are no more speaking
6 objections; otherwise, I'm going
7 to get the Court on the phone.
8 You can speak -- you can voice
9 your objection, but we're not
10 going to have speaking objections.
11          MR. FROST: Well, we'll see.
12 I mean, I've -- as I've said, I
13 just -- I'm objecting to the
14 proprietary of even using, you
15 know, this example.
16          Just sitting there and
17 reading a -- a letter into the
18 record and not asking a question
19 about it, is not the proper --
20          MR. SMITH: I'll get the
21 Court involved. If you're going
22 to continue to speak, do speaking
23 objections, I'm going to call --
24 I -- we have a Special Master --

Page 108

1 do we have a Special Master in
2 this case?
3          MS. O'DELL: Yes.
4          MR. SMITH: All right. So
5 I've warned you, I've done it
6 twice now. I mean -- okay. All
7 right.
8 BY MR. SMITH:
9     Q.   Have you seen this piece,
10 Doctor?
11     A.   I have not. And I'm not a
12 member of the editorial board of this
13 journal. And these individuals, as I
14 point out, are people who -- many of whom
15 are involved as plaintiff expert
16 witnesses in litigation. And that I do
17 recognize.
18     Q.   Okay.
19     A.   I would also --
20     Q.   I know you said -- I'm
21 sorry?
22     A.   I -- I also want to bring up
23 the point that International Journal of
24 Occupational and Environmental Health,

Page 109

1 I'm not sure that journal still exists.
2 If this is the one, as the letter is
3 signed, that Dr. Egilman was editor of
4 this journal, has been dropped by
5 Elsevier.
6     Q.   Well, let's talk about a
7 few -- a few studies. Did you publish a
8 publication called "Assessment of the
9 pathogenic potential of asbestiform
10 versus non-asbestiform particulates
11 (cleavage fragments) in in vitro (cell or
12 organ culture) models and bioassays"?
13     A.   Yes. I -- that was the
14 paper that I published in this journal.
15     Q.   And, in fact, it was
16 published in the Regulatory Toxicology
17 and Pharmacology publication that we just
18 went over all this?
19          MR. FROST: Form.
20          THE WITNESS: I just said
21 that.
22 BY MR. SMITH:
23     Q.   You just told me earlier
24 that your only involvement with this

28 (Pages 106 to 109)

Brooke T. Mossman, M.S., Ph.D.

Page 110

1    publication was looking at two
2    peer-reviewed articles. You didn't state
3    anything about actually publishing on the
4    assessment of the pathogenic potential of
5    asbestiform versus cleavage fragments.
6    You didn't state that earlier when you --
7    when you talked about your review --
8         A.   Sir --
9         Q.   -- your time -- excuse me.
10   As your time as a reviewer for this
11   publication, did you?
12        MR. FROST:  Objection to
13        form.
14        THE WITNESS:  You -- you did
15        not ask me if I published in this
16        journal.
17        Yes, I have an article
18        published in this journal.
19        (Document marked for
20        identification as Exhibit
21        Mossman-12.)
22   BY MR. SMITH:
23        Q.   Well, ma'am, you told me,
24   and I can have them read it back to you,

Page 111

1    that the only involvement you had with
2    this publication was reviewing two
3    articles. Do we need to go back to the
4    testimony?
5         MR. FROST:  Objection to
6         form.
7         THE WITNESS:  I'm sorry,
8         sir, but you were asking me about
9         Page 3 on my CV, which lists
10        journals that I have reviewed for.
11        And the questions that you
12        asked me I answered with regard to
13        my editorial responsibility in
14        reviewing a paper or two for this
15        journal.
16   BY MR. SMITH:
17        Q.   You left out that you
18   actually published in the journal too?
19        MR. FROST:  Objection to
20        form.
21        THE WITNESS:  I -- I
22        acknowledge that I published in
23        the journal.
24   BY MR. SMITH:

Page 112

1         Q.   Well, let's -- let's look at
2    it. Your conclusions of assessing
3    whether -- of the pathogenic potential of
4    asbestos versus non-asbestiform cleavage
5    fragments. We look at the abstract, and
6    in the last sentence, "The available
7    studies show that cleavage fragments are
8    less bioreactive and cytotoxic than
9    asbestiform fibers."
10        Was that your conclusion?
11        A.   That is the conclusion based
12   upon all my peer-reviewed papers that
13   have been published on this topic. Yes.
14   This is a review.
15        MR. SMITH:  I'll attach that
16        as Exhibit 12.
17   BY MR. SMITH:
18        Q.   And on your reference
19   materials that you have for this case
20   that I received, you have an article by
21   Alfred Wehner. "Cosmetic Talc Should Not
22   Be Listed As a Carcinogen:  Comments on
23   NTP Deliberations to Talc As a
24   Carcinogen."

Page 113

1         Do you recall that?
2         A.   I do.
3         Q.   You also listed a paper by
4    Mr. Zazenski, who -- it's entitled "Talc:
5    Occurrence, Characterization and Consumer
6    Applications."
7         Do you see that? Do you
8    recall that?
9         A.   Yes.
10        Q.   Okay. Did you know both of
11   those were published in Regulatory
12   Toxicology and Pharmacology?
13        A.   I don't recall that. But --
14        Q.   Let's look at them.
15        MR. FROST:  Which one? Are
16        you going to mark this?
17        MR. SMITH:  I'm going to
18        mark Alfred Wehner's publication
19        as Exhibit 13. And Zazenski as
20        14.
21        (Document marked for
22        identification as Exhibit
23        Mossman-13.)
24        (Document marked for

29 (Pages 110 to 113)

Brooke T. Mossman, M.S., Ph.D.

Page 114

1      identification as Exhibit
2      Mossman-14.)
3  BY MR. SMITH:
4      Q.   And let's look at both of
5  these.  So, we have -- we went over
6  Regulatory Toxicology and Pharmacology,
7  what David Michaels wrote about them,
8  what was in the International Journal of
9  Occupational and Environmental Health
10 that you had not seen before.  We went
11 over your publication in that journal,
12 which we just talked about and discussed
13 your opinion in the abstract that when
14 looking at asbestos versus the cleavage
15 fragments, you concluded the available
16 studies showed that cleavage fragments
17 are less bioreactive and cytotoxic than
18 asbestiform fibers.
19      Now we'll move to
20 Dr. Wehner's assessment in the same
21 journal.  And if you look down at his
22 conclusion in the abstract, "Considering
23 talc as a carcinogen lacks convincing
24 scientific documentation."

Page 115

1      Do you see that?
2      MR. FROST:  Objection to
3  form, the beginning of that
4  question.
5  BY MR. SMITH:
6      Q.   Do you see that, Doctor?
7      A.   I see it in the abstract,
8  yes.
9      Q.   And then if we go -- that's
10 in Exhibit 13.
11      And if we go to Exhibit 14,
12 "Talc Occurrence, Characterization, and
13 Consumer Applications," and we go to what
14 Mr. Zazenski wrote in this publication,
15 also published in Regulatory Toxicology
16 and Pharmacology, his conclusion on Page
17 11 of 12.  "Used for decades in a wide
18 variety of cosmetic and other
19 applications, talc has proven to be the
20 safest among all consumer products.
21      "A thorough review of the
22 literature provides no convincing
23 evidence that cosmetic talc when used as
24 intended presents any health risk to

Page 116

1  consumers."  And then he quotes Alfred
2  Wehner.
3      Do you see that?
4      MR. FROST:  Objection to
5  form.
6      THE WITNESS:  Yeah, you're
7  going a little fast here.  Could
8  you just point me to where you're
9  reading from?
10 BY MR. SMITH:
11     Q.   Sure.  It's under -- it's
12 Page 11 of 12 under the conclusions.
13     A.   Okay.  Yeah.
14     Q.   Do you see that?
15     A.   Yes.
16     MR. SMITH:  Do you want to
17 take a break, or do you want to go
18 on to a different section?
19     MR. FROST:  If you're going
20 to move on to another section,
21 I'll use the restroom.
22     THE VIDEOGRAPHER:  Off the
23 record.  Time is 10:36.
24     (Short break.)

Page 117

1      THE VIDEOGRAPHER:  We are
2  going back on record.  Beginning
3  Media File Number 2.  The time is
4  10:47.
5  BY MR. SMITH:
6      Q.   Okay.  Doctor, what are the
7  different histological types of ovarian
8  cancer?
9      A.   There are four types.  There
10 is invasive, the serous, which is the
11 most common, high grade, endometrioid,
12 clear cell, and mucinous.
13     Q.   Do you know which type is
14 diagnosed most in the United States?
15     A.   Yes.  The first category of
16 the serous.
17     Q.   Where do most experts
18 believe the histological type originates
19 in the human body?
20     MR. FROST:  Objection to
21 form.
22     THE WITNESS:  They don't
23 know.  They are all derivatives of
24 epithelioid or epithelial cells.

30 (Pages 114 to 117)

Brooke T. Mossman, M.S., Ph.D.

Page 118

1    But it's unclear whether they have
2    a common precursor or whether
3    there are different precursors
4    used for different histotypes.
5    BY MR. SMITH:
6    Q.   I'm talking about --
7    specifically about serous.  Do you
8    understand that the large -- or do you
9    understand that the large majority --
10   vast majority of epithelial ovarian
11   cancers diagnosed in the United States
12   are serous type?
13   A.   Yes.
14   Q.   And my question to you is,
15   do you know where scientists think that
16   the serous type histological type of
17   epithelial ovarian cancer originates?
18   A.   If you mean the site, it's
19   thought that it originates in the
20   fallopian tubes.
21   Q.   Peritoneal mesothelial cells
22   line the peritoneal cavity, fallopian
23   tubes, and ovaries of a woman, correct?
24   A.   They do, yes.

Page 120

1    a risk factor on that mechanism as well?
2    MR. FROST:  Objection to
3    form.
4    THE WITNESS:  No.  I think
5    that that's an open-ended question
6    on what the estrogen or the
7    incessant ovulation does.  I don't
8    believe that it's linked to
9    chronic inflammation, for example,
10   in the ovary or in the fallopian
11   tubes.
12   BY MR. SMITH:
13   Q.   Okay.
14   A.   Or that has not been
15   demonstrated.
16   Q.   In 2010, did IARC list talc
17   as a possible carcinogen?
18   MR. FROST:  Objection to
19   form.
20   THE WITNESS:  Yes.  It
21   listed talc, yes.
22   BY MR. SMITH:
23   Q.   And IARC in 2012 listed
24   asbestos as a known human ovarian

Page 119

1    Q.   Do you have an opinion about
2    what biological mechanisms or pathways
3    can lead to ovarian cancer?
4    A.   I have an idea based upon
5    what I have read and that is that there
6    are certainly genetic predispositions
7    that are associated with it.  There
8    certainly is an estrogen-dependent effect
9    or incessant ovulation, but in terms of
10   other causes, they aren't fully
11   understood.
12   Q.   And what about incessant
13   ovulation can lead to a woman contracting
14   ovarian cancer?
15   A.   Incessant ovulation is
16   thought to be important because it gives
17   rise to estrogens that may influence the
18   process of tumor development.
19   Q.   What about the rupture --
20   the more than normal or abnormal rupture
21   of incessant ovulation of the egg from
22   the ovary and causing inflammation and
23   injury chronically?  Have you not read
24   articles that base incessant ovulation as

Page 121

1    carcinogen, correct?
2    MR. FROST:  Objection to
3    form.
4    THE WITNESS:  It did.
5    BY MR. SMITH:
6    Q.   And in 2010, in IARC, and on
7    Prop 65, asbestiform talc is also a known
8    human carcinogen.  Are you familiar with
9    that?
10   A.   No.  You are going to have
11   to refresh my on Prop 65.
12   Q.   Prop 65 is the
13   classification in California.  Are you
14   familiar with that classification --
15   A.   I'm not familiar --
16   Q.   -- of hazardous substance?
17   A.   -- with the details of Prop
18   65.
19   Q.   Okay.
20   (Document marked for
21   identification as Exhibit
22   Mossman-15.)
23   BY MR. SMITH:
24   Q.   I'm going to attach as

31 (Pages 118 to 121)

Brooke T. Mossman, M.S., Ph.D.

Page 122

1    Exhibit 15, which is from OEHHA.  It's
2    the Prop 65 listing of talc containing
3    asbestiform fibers.  Have you seen that
4    listing, Doctor, before?
5         A.   I have not.
6         Q.   Have you seen the IARC
7    listing of talc-containing asbestiform
8    fibers as a Group 1 carcinogen?  Have you
9    seen that before?
10        A.   Have I seen, you mean the
11   monograph or --
12        (Document marked for
13        identification as Exhibit
14        Mossman-16.)
15   BY MR. SMITH:
16        Q.   Yes, I'm going to attach
17   that as Exhibit 16.
18        A.   Okay.
19        Q.   Keep it.  Have you seen that
20   before?
21        MR. FROST:  Just for the
22        record, because it's just a
23        section of it, is this the -- the
24        2010 talc monograph?

Page 123

1         MR. SMITH:  Yes.  It should
2         say it on the --
3         MR. FROST:  Yeah, it says
4         talc on the top, but it's one of
5         the --
6         MR. SMITH:  Yeah.
7    BY MR. SMITH:
8         Q.   Have you seen that before,
9    Doctor?
10        A.   I have read this document,
11   yes.
12        Q.   Okay.  I looked at -- are
13   all your opinions in this case contained
14   in your report?
15        A.   I believe so.  Yes.
16        Q.   And in your report, you
17   don't give a causation opinion on
18   cosmetic talc and ovarian cancer, do you?
19        MR. FROST:  Objection to
20        form.
21        THE WITNESS:  You're --
22        you're going to have to tell me
23        what the causation opinion is
24        specifically compared -- I don't

Page 124

1         have my expert report in front of
2         me.
3    BY MR. SMITH:
4         Q.   In your -- I'm sorry --
5         A.   Like the jargon -- I'm
6    sorry --
7         Q.   Go ahead.
8         A.   -- about the causation
9    opinion.  I -- I list several opinions.
10        Q.   I understand.
11        A.   But causation opinions, I'm
12   not certain what you mean exactly.
13        Q.   I never saw a definitive
14   opinion in your report that says talc
15   does not cause ovarian cancer.
16        MR. FROST:  Objection to
17        form.
18        THE WITNESS:  It -- it
19        should have been conveyed as such.
20   BY MR. SMITH:
21        Q.   Okay.  And we'll get to your
22   report in a minute.
23        A.   Okay.
24        Q.   Well, when did you arrive at

Page 125

1    your opinions in this case?  I mean I see
2    the draft report was February 25, 2019,
3    was when it's signed.
4         Surely you came to your
5    opinions before it was drafted?
6         MR. FROST:  Form.
7         THE WITNESS:  I did.  I
8         reviewed all the literature and
9         came to my opinions before I
10        drafted that report, which would
11        have been probably at the end of
12        December or in January of this
13        year.
14   BY MR. SMITH:
15        Q.   Okay.  So you're saying in
16   your opinion, you give an opinion in your
17   report that -- on cosmetic-grade talc and
18   it causing ovarian cancer, or not causing
19   ovarian cancer?
20        MR. FROST:  Objection to
21        form.
22        THE WITNESS:  Yeah, I'd have
23        to look at my opinions.
24   BY MR. SMITH:

32 (Pages 122 to 125)

Brooke T. Mossman, M.S., Ph.D.

Page 126

1      Q.   Hold on a second.  Had you
2  formed that opinion in October 26th of
3  2018?
4      A.   Which opinion, to answer?
5      Q.   That talc, cosmetic-grade
6  talc does not cause ovarian cancer.
7      A.   Yes.
8      Q.   You weren't able to give me
9  that opinion in the Brower case.  I
10  specifically asked you many, many times
11  and your counsel objected saying she does
12  not going to give a causation opinion.
13  She's not here to give a causation
14  opinion.  Do you recall that?
15      MR. FROST:  Objection to
16      form.
17      THE WITNESS:  Yes, that
18      was -- that was before I reviewed
19      the scientific literature.
20  BY MR. SMITH:
21      Q.   Well, I just asked you, did
22  you have that opinion on October 26, 2018
23  and you said you did.  And that's when
24  you were deposed in Brower.

Page 127

1      MR. FROST:  Objection.
2      THE WITNESS:  Yeah, I'm not
3      sure what you mean about by my
4      opinion.  My opinion has been
5      bolstered in terms of talc and
6      causation by reading since
7      October 18th.
8  BY MR. SMITH:
9      Q.   I want to read on Page 66 of
10  the Brower deposition.
11      MR. FROST:  Give me a
12      second.  Let me catch up to you.
13      THE WITNESS:  66?  Okay.
14      MR. FROST:  Do you have
15      that, Brooke?
16      THE WITNESS:  Hold on.  I'm
17      almost there.
18      Okay.
19  BY MR. SMITH:
20      Q.   And it goes -- it's 66 and
21  I'm going to go to Line 4.
22      "But that's not what she
23  said and nor has she retracted.  There
24  are three things she relies for the basis

Page 128

1  of her opinion that talc does not cause
2  ovarian cancer and I need to get to the
3  bottom of that.
4      He said, "Yeah, I understand
5  that.  I'm trying to tell you that --
6  that not going to ask her as a broad a
7  question as does talc cause ovarian
8  cancer based on all these entities.
9  We're going to ask her about her research
10  and what it means in terms of talc's
11  ability to cause the changes that can
12  lead to cancer, and then specifically the
13  testimony she's given previously
14  regarding her in vitro studies as well as
15  her review of animal studies dealing with
16  mesothelioma and talc, and testimony
17  she's given previously about cleavage
18  fragments, and then finally her opinions
19  and interpretation of Lauren
20  Plunkett's -- let me rephrase that.
21  The -- her comments on the interpretation
22  that Lauren Plunkett provided concerning
23  her studies as well as similar -- similar
24  studies."

Page 129

1      Has that changed, that
2  you're -- you're going to give an opinion
3  generally that talc does not cause
4  ovarian cancer from what your counsel
5  said you were going to do in October 26,
6  2018?
7      MR. FROST:  Objection to
8      form.  I just want to make the
9      record clear that Brower is
10      obviously different than the MDL
11      case.
12      MR. SMITH:  I understand.
13      MR. FROST:  But you can
14      answer.
15  BY MR. SMITH:
16      Q.   Is -- is your report and
17  your testimony in this case different
18  than what you just -- what was said here?
19      A.   It's not any different.  I
20  think the emphasis is different, that I'm
21  relying upon my own research.  But in
22  addition, since October 18th -- or 26,
23  2018, I have read the literature in terms
24  of the lack of migration of talc to the

33 (Pages 126 to 129)

Brooke T. Mossman, M.S., Ph.D.

Page 130

1   ovary. I've read the epidemiology. And
2   I do have an opinion that is based upon
3   the peer-reviewed scientific medical
4   literature that talc is not associated
5   with the causation of ovarian cancers.
6       Q.   Okay. We'll go specifically
7   in your report in a minute. I just
8   wanted to bring that question out right
9   now.
10          You cannot tell me what the
11  risk factors for -- of ovarian cancer
12  are, can you?
13      A.   The risk factors vary
14  according to the epidemiological studies.
15      Q.   Do you consider talc a risk
16  factor for ovarian cancer?
17          MR. FROST: Objection to
18  form.
19          THE WITNESS: If you are
20  talking about a significant, it's
21  not a simple yes or no answer.
22          I would say that it -- talc
23  is not a significant risk factor
24  for ovarian cancer.

Page 131

1   BY MR. SMITH:
2       Q.   That wasn't my question,
3   Doctor. Is talc a risk factor for
4   ovarian cancer?
5           MR. FROST: Objection.
6           THE WITNESS: I think I just
7   answered that, that it's not a
8   simple yes or no.
9           That the epidemiological
10  studies indicate that it is not.
11  BY MR. SMITH:
12      Q.   Are you an epidemiologist?
13      A.   No, but I certainly read the
14  epidemiology.
15      Q.   So do you consider talc a
16  risk factor for ovarian cancer?
17      A.   No, I don't.
18      Q.   Okay. You are affiliated
19  with the University of Vermont Medical
20  Center, aren't you?
21      A.   I am.
22      Q.   Is it a reputable
23  organization?
24      A.   Yes.

Page 132

1           MR. SMITH: I'd like to
2   attach this as the next numbered
3   Exhibit 17.
4           (Document marked for
5   identification as Exhibit
6   Mossman-17.)
7   BY MR. SMITH:
8       Q.   It's a printout from the
9   website, the University of Vermont
10  Medical Center on ovarian cancer.
11          And if you go to the second
12  page, Doctor, it talks -- it has listed
13  here the gynecological -- gynecologic
14  oncology group with that organization.
15  Do you see that on the front page?
16      A.   Yes. I don't know who -- I
17  don't see any names listed.
18      Q.   And this is -- do you see at
19  the top, University of Vermont Medical
20  Center? Do you see that?
21      A.   I do.
22      Q.   And it has ovarian cancer
23  listed at the top, correct, right under
24  the heading? Right here.

Page 133

1       A.   Hold on here. Yes.
2       Q.   And if you flip to the
3   second page, "Ovarian cancer, what you
4   need to know." It says, "Ovarian cancer,
5   what is it? Ovarian cancer risk
6   factors." You see, "Age older than 55,
7   obesity, reproductive history, family
8   history of ovarian cancer, personal
9   history of breast cancer, put talcum
10  powder directly on genitals or sanitary
11  napkins."
12          Do you see that?
13          MR. FROST: Objection to
14  form.
15          THE WITNESS: Yeah, where is
16  this? I'm sorry. Oh, I see it,
17  okay.
18  BY MR. SMITH:
19      Q.   It's the third page. So you
20  would disagree with the University of
21  Vermont Medical Center on whether talc is
22  a risk factor when put directly on the
23  genitals and sanitary napkins for ovarian
24  cancer?

34  (Pages 130 to 133)

Brooke T. Mossman, M.S., Ph.D.

Page 134

```
 1        A.   I rely, again, upon the
 2   peer-reviewed scientific literature that
 3   indicates certainly in cohort studies and
 4   case-control studies that it is not a
 5   risk factor in ovarian cancer.
 6        MR. SMITH: I'm going to
 7   object as nonresponsive.
 8   BY MR. SMITH:
 9        Q.   Doctor, do you disagree with
10   the University of Vermont Medical Center
11   in this publication that lists risk
12   factors for ovarian cancer, and one
13   being, "Put talcum powder directly on
14   genitals or sanitary napkins"?
15        MR. FROST: Objection to
16   form. It's not a publication.
17        THE WITNESS: Yeah, and let
18   me emphasize that this isn't a --
19        MR. SMITH: And I'm -- I've
20   just about had it. The speaking
21   objections are going to stop, or
22   I'm going to get the court in.
23   I'm -- this is the last one. Your
24   speaking objections --
```

Page 135

```
 1        MR. FROST: Sure. I was
 2   just --
 3        MR. SMITH: Object to form.
 4        MR. FROST: I was just
 5   making it clear to you what your
 6   objection is so you can --
 7        MR. SMITH: I don't need it.
 8   I don't need any speaking. I need
 9   to form. And I'm done with it.
10   I've given you plenty of warnings.
11   BY MR. SMITH:
12        Q.   Ma'am, do you disagree or
13   agree with what I printed off the website
14   of the University of Vermont Medical
15   Center on ovarian cancer risks?
16        A.   I disagree that talcum
17   powder is a dose-related risk in ovarian
18   cancer based upon the peer-reviewed
19   scientific literature.
20        Q.   Ma'am, that's --
21        MR. SMITH: I'm going to
22   object to nonresponsiveness.
23   BY MR. SMITH:
24        Q.   Again, do you agree or
```

Page 136

```
 1   disagree with the University of Vermont
 2   Medical Center publication that I have in
 3   front of you that's Exhibit 17, that
 4   lists risk factors for ovarian cancer,
 5   one being, "Put talcum powder directly on
 6   genitals or sanitary napkins"?  Do you
 7   agree or disagree with that?
 8        MR. FROST: Objection to
 9   form.
10        THE WITNESS: I disagree
11   that that is a risk factor that's
12   significant.
13   BY MR. SMITH:
14        Q.   Well, hold on. Wonder if
15   it's not significant. Do you believe
16   that talc is a risk -- an insignificant
17   risk factor?
18        A.   I -- when you say
19   insignificant, I would -- I -- let me
20   qualify that these studies that I've read
21   in terms of the epidemiology show that it
22   is -- that the risks of talc are not
23   significant.
24        Q.   So, there is some risk of
```

Page 137

```
 1   talc applied to the genitals in its
 2   relation to ovarian cancer. You just say
 3   it's small.
 4        MR. FROST: Objection to
 5   form.
 6        THE WITNESS: No. I'm
 7   saying it's insignificant in the
 8   scientific peer-reviewed
 9   literature.
10   BY MR. SMITH:
11        Q.   Well, what do you define as
12   insignificant?  Because any risk to me of
13   getting one of the most deadly forms of
14   cancer, any risk at all that has -- on a
15   product that has no health benefit is
16   significant to me. So we could be
17   defining significant and insignificant in
18   different terms.
19        So are you saying that there
20   is some risk, albeit small, of genital
21   application of talc and ovarian cancer?
22        MR. FROST: Objection to
23   form.
24        THE WITNESS: I am speaking
```

Brooke T. Mossman, M.S., Ph.D.

Page 138

1    from a scientist who has looked at
2    the risk, relative risks, in
3    cohort studies and all of these
4    indicate that talcum powder is not
5    a significant risk in ovarian
6    cancer causation.
7    BY MR. SMITH:
8        Q.  Well, when you say
9    significant -- not a significant risk,
10   it's still -- your answer implies that
11   there is still some risk, okay.
12       My question to you is,
13   however small or however significant or
14   not, is there some risk in its -- in the
15   application -- genital application of
16   talc and the risk of ovarian cancer?
17       MR. FROST:  Objection to
18   form.
19       THE WITNESS:  All I'm saying
20   is that no, it's not a simple yes
21   or no answer, that as a scientist,
22   looking at the literature, that
23   talc powder is not a statistically
24   significant risk factor in the

Page 139

1    causation of ovarian cancer.
2    BY MR. SMITH:
3        Q.  What do you base that on?
4        MR. FROST:  Objection to
5    form.
6        THE WITNESS:  All right.  Do
7    you want me to start with my
8    opinions?
9    BY MR. SMITH:
10       Q.  I want to know what you base
11   that statement on.
12       A.  Okay.
13       Q.  I don't need your opinions.
14   I know what they are.  We're going to get
15   to them.  I need to know what do you base
16   that the genital application of talc by a
17   woman in the epidemiological studies does
18   not provide or show a statistically
19   significant increased risk of ovarian
20   cancer?
21       MR. FROST:  Objection to
22   form.
23       THE WITNESS:  Again, I can
24   emphasize that it's based on

Page 140

1    epidemiology primarily.
2    BY MR. SMITH:
3        Q.  Ma'am I'm going to need you
4    to be more specific.  We're here to get
5    your opinions.  I don't need
6    generalities.
7        MR. FROST:  I'm going to say
8    Okay.  She's -- you've got to let
9    her finish her answer.  She's
10   going to follow up.
11       THE WITNESS:  So let's talk
12   about -- I have three reasons for
13   that statement, the first and most
14   important being the epidemiology;
15   that is, the cohort studies, all
16   of the four, looking at thousands
17   of individuals, do not indicate
18   that talcum powder is a risk in
19   the development of ovarian cancer,
20   and they state it as such.
21       I also would base --
22   BY MR. SMITH:
23       Q.  Well -- okay.  I'm going
24   to -- I want to -- let's just break each

Page 141

1    one down specifically.
2        A.  Okay.
3        Q.  All of those cohort studies
4    find a non-statistical increased risk,
5    correct?
6        MR. FROST:  Objection to
7    form.
8        THE WITNESS:  Again, if it's
9    not statistical, it can be chance.
10   We're talking about a risk less
11   than twofold, and in the field of
12   epidemiology and in the field of
13   biology in general, one looks at a
14   risk or a relative risk and it
15   generally becomes significant when
16   it's above two.
17       None of those studies show
18   an observed risk or relative risk
19   of greater than two.
20   BY MR. SMITH:
21       Q.  So you're saying to have a
22   substance be a risk factor for causing
23   disease, that you need a relative risk in
24   the epidemiology of 2.0 or higher?

36 (Pages 138 to 141)

Brooke T. Mossman, M.S., Ph.D.

Page 142

1      A.   In general, but you also can
2  exclude risks that are lower than that if
3  they aren't statistically significant.
4      Q.   Do you understand that
5  statistical significance in some of those
6  cohort studies might be because they did
7  not have enough people to power the
8  study?
9          MR. FROST:  Objection.
10 BY MR. SMITH:
11     Q.   Have you looked at any of
12 that?
13         MR. FROST:  Objection to
14 form.
15         THE WITNESS:  I'm not -- I'm
16 not an epidemiologist.  I'm not
17 going to go into the shortcomings
18 of these studies.  But there are
19 thousands of individuals and they
20 did have the power to detect other
21 risk factors such as genetic
22 susceptibility.
23 BY MR. SMITH:
24     Q.   Well, do you know whether or

Page 143

1  not these cohorts assessed whether they
2  were genital talc users at one period and
3  followed up to see if they continued as
4  chronic users, or did they just ask them
5  at one point in time?
6          MR. FROST:  Objection to
7  form.
8          THE WITNESS:  I cannot go
9  through the details.  All I can
10 tell you is the bottom lines of
11 these studies.
12         They had fairly reputable
13 talc histories.  And they did not
14 show either a statistical increase
15 in relative risk, but they also
16 did not show that there was
17 consistency or dose-response based
18 on frequency or duration.  And
19 those are other important
20 variables to consider.
21 BY MR. SMITH:
22     Q.   Do you know if any of these
23 studies took into account frequency and
24 duration to get an actual -- accurate

Page 144

1  exposure history, or did the cohort
2  studies just look at frequency or just
3  look at duration?  Do you know?
4          MR. FROST:  Objection to
5  form.
6          THE WITNESS:  I -- again I'd
7  have to go back.  If you've got a
8  copy of the studies I'd be happy
9  to comment on that.
10 BY MR. SMITH:
11     Q.   Well, let me ask you a
12 question.  To get an accurate exposure
13 history, wouldn't you agree with me that
14 you need both frequency and duration to
15 get the most accurate exposure history in
16 a woman?
17         MR. FROST:  Objection to
18 form.
19         THE WITNESS:  Yeah.  That
20 would be a question for an
21 epidemiologist.
22         I can't comment on the
23 relative importance of frequency,
24 duration, or dose.

Page 145

1  BY MR. SMITH:
2      Q.   Okay.  So if I asked you how
3  many times a year you used genital talc,
4  and you told me how many times a year,
5  you -- you said -- excuse me.
6          How frequently you used
7  talc, and you said twice a week.  How
8  would I ever know what the applications
9  were in a year if I don't know the
10 duration?
11         MR. FROST:  Objection to
12 form.
13         THE WITNESS:  Yeah, that's a
14 question for an epidemiologist.  I
15 don't have the actual
16 questionnaires that were provided
17 in these studies.
18         But at the time they were
19 the best questionnaires that could
20 be gleaned in terms of personal
21 history of use.
22 BY MR. SMITH:
23     Q.   So you are relying on the
24 cohorts for your opinion on the

Brooke T. Mossman, M.S., Ph.D.

1  epidemiological cohort studies that talc
2  does not significantly increase the risk
3  of ovarian cancer.  You cannot tell me in
4  the cohorts how many times they asked the
5  question of -- if these women are genital
6  talc users or followed up to see if they
7  were genital talc users, correct?
8         MR. FROST:  Objection to
9      form.
10         THE WITNESS:  Again, I'd
11      have to look at the studies.  I've
12      read them.  I can't recall.  There
13      are four of them.  And I can't
14      recall whether the questionnaire
15      information was in detail in those
16      publications.
17         The important point is that
18      regardless of the questionnaire,
19      and the talc use that was
20      documented, there was not an
21      increase in dose-response or
22      frequency which gives additional
23      weight to the epidemiology that is
24      the relative risk that talc

1      doesn't cause ovarian cancer.
2  BY MR. SMITH:
3      Q.   Well, if you're going to use
4  dose-response as one of the factors that
5  you're -- in these cohorts that you're
6  relying on to say that talc does not
7  significantly increase the risk of
8  ovarian cancer, and you can't tell me
9  whether these studies looked at frequency
10  and duration to get an accurate exposure
11  history, that would all factor in to
12  whether you get a dose-response
13  relationship is a little baffling.
14         Do you know whether or not
15  that these four cohort studies that
16  you're relying on, based on lack of
17  dose-response, that talc is not a
18  significant increased risk of ovarian
19  cancer, whether or not all four studies
20  looked at both frequency and duration to
21  get an accurate exposure history that
22  would relate to an adequate dose-response
23  answer to the question?
24         MR. FROST:  Objection to

1      form.
2         THE WITNESS:  Yeah, I --
3      again, I would have to look at
4      those studies.  I don't recall the
5      details.  But they attempted to do
6      frequency and dose-response in the
7      studies.
8  BY MR. SMITH:
9      Q.   Can you tell me if they
10  allowed for an adequate latency period or
11  follow-up period for the women for a
12  latency -- latent injury and disease like
13  ovarian cancer, do you know if they
14  allowed for an adequate exposure --
15  latency exposure period?
16         MR. FROST:  Objection to
17      form.
18         THE WITNESS:  Yeah,
19      certainly the follow-up studies in
20      the Nurses' Health Study did.  And
21      since we don't know the latency of
22      development, we -- I can't really
23      answer that question.
24  BY MR. SMITH:

1      Q.   So that's -- what else do
2  you rely on to say that talc doesn't
3  significantly increase the risk of
4  ovarian cancer?
5      A.   The fact that there have
6  been many animal studies, including those
7  that have injected talc directly into the
8  ovary and those have not given rise to
9  ovarian cancers or mesotheliomas.
10      Q.   Did they show adverse
11  cellular changes?
12      A.   You'll have to define
13  adverse cellular change.
14      Q.   Did they show a reaction to
15  talc?
16      A.   I'm sure they must have.
17      Q.   Did you look at any other
18  epidemiological studies besides the
19  cohorts to arrive at your opinion that
20  talc does not significantly increase the
21  risk of ovarian cancer?
22      A.   Yes.  I looked at the
23  case-control studies of which I believe
24  two out of -- I think there are at least

Brooke T. Mossman, M.S., Ph.D.

Page 150

1  14 or maybe even more, probably between
2  14 and 20 studies, on the majority of
3  those did not show significant risks.
4  And none of them showed an increase with
5  frequency or dose of talc.
6      Q.   Did not show a significant
7  increase in risk.
8      A.   Mm-hmm.
9      Q.   You mean the majority of
10 them did not show a statistical
11 significant increased risk of -- for
12 ovarian cancer?
13     A.   The majority of them did not
14 show a statistically significant risk for
15 ovarian cancer that was related to dose
16 and duration of exposure.
17     Q.   Well, hold on a second.
18 Let's -- dose-response is totally
19 separate from whether you -- you find a
20 statistically significant increased risk
21 of ovarian cancer from genital talc use
22 in a case-control study.  Let's break it
23 down.
24          You're saying the majority

Page 151

1  of the case-control studies did not show
2  a statistically significant increased
3  risk of ovarian cancer from genital talc
4  use?
5      A.   Yes.
6      Q.   Okay.
7          MR. FROST:  Objection to
8      form.
9  BY MR. SMITH:
10     Q.   What other epidemiological
11 studies did you look at?  Any?
12     A.   I looked at the summary of
13 the reports by Dr. Saenz and Dr. Diette
14 which covered these beautifully.  So my
15 opinions are certainly bolstered by their
16 reports.
17     Q.   So your opinions are
18 bolstered by two defense experts?
19     A.   That is after I wrote my
20 report.  So my original observations are
21 based on epidemiology and animal
22 experiments and mechanistic studies.
23     Q.   You haven't looked at any
24 animal experiments since 2010, right?

Page 152

1      A.   I haven't looked at them?
2      Q.   Any post 2010 animal
3  experience -- experiments.  I asked you
4  that in Brower.  Had you looked at any --
5  we talked about IARC in 2010, the
6  monograph.
7      A.   Right.
8      Q.   And you'd said you had not
9  looked at any animal studies post that
10 monograph; is that correct?
11     A.   That had been published
12 since 2010.
13     Q.   Yes.
14     A.   Correct.
15     Q.   And if the monograph is
16 published in 2010, you realize that most
17 of those studies occurred well before
18 2010?
19     A.   Yes.
20     Q.   Dr. Saenz, is she an
21 epidemiologist?
22     A.   I believe that she is an
23 oncologist.
24     Q.   Okay.  So you relied on the

Page 153

1  summary or giving credibility, you said,
2  or I don't know what term you used.
3  Bolstered your opinion by Dr. Saenz who
4  is a gynecological oncologist on the
5  epidemiology.
6          MR. FROST:  Objection to
7      form.
8  BY MR. SMITH:
9      Q.   Is that correct?
10     A.   Yes.  I think she gave a
11 very cogent review, and also I believe
12 Dr. Diette, I read his expert report and
13 he gives a, again, I feel a balanced,
14 good overview of the strengths and
15 weaknesses of the studies.
16     Q.   Did you do an independent
17 review of the strengths and weaknesses of
18 every epidemiological study that you just
19 discussed, that being the case-control
20 studies and the cohorts?
21         MR. FROST:  Objection.
22         THE WITNESS:  I did before I
23 wrote my report.  I didn't cover
24 it in my report.  I looked at

Brooke T. Mossman, M.S., Ph.D.

Page 154

1    these studies, however.  I read
2    them, and I looked at their
3    abstracts as well for their
4    significance.
5    BY MR. SMITH:
6        Q.   What basis do you have to
7    rely on the strengths and weaknesses of
8    epidemiological study when you say you're
9    not an epidemiologist or not an expert in
10   epidemiology?
11            MR. FROST:  Object to form.
12            THE WITNESS:  Epidemiology
13   is something throughout the years
14   that I've had to comment upon in
15   all of my published materials in
16   trying to make correlations
17   between what I observe and what's
18   been observed in epidemiology.
19            So I am not one to question
20   or critique the studies in terms
21   of their individual positive or
22   negative features.  But all the
23   studies say the same thing,
24   especially the cohort studies.

Page 156

1    specific strengths and weaknesses of the
2    Nurses' Health studies that you examined
3    to give weight or non-weight to those
4    particular cohort studies.
5        A.   Okay.
6            MR. FROST:  Objection to
7    form.
8            THE WITNESS:  So I'm going
9    to give two without going back to
10   the papers, which aren't in front
11   of me.
12            There would not be the
13   issues of recall bias in those
14   studies as there would have been
15   in case-control studies.
16            And there would not have
17   been misclassification of tumors
18   because these are prospective
19   studies.
20            Other than that, I could not
21   comment unless I have the study in
22   front of me.
23   BY MR. SMITH:
24       Q.   That -- your statement that

Page 155

1    BY MR. SMITH:
2        Q.   Well, if you're going to
3    give weight to certain evidence and not
4    weight to certain evidence to arrive at
5    an opinion, and you're not -- you're not
6    specifically look -- and are able to look
7    at the strengths and weaknesses of these
8    epidemiological studies, how do you
9    arrive at an opinion about the
10   epidemiological studies in general?
11            MR. FROST:  Objection to
12   form.
13            THE WITNESS:  As I
14   emphasize, I look at the relative
15   risk.  I look at whether there's a
16   dose-response relationship in
17   terms of talc use.  And there are
18   no other conclusions from these
19   studies that I can make other than
20   talcum powder does not pose a risk
21   that's significant in the
22   development of ovarian cancers.
23   BY MR. SMITH:
24       Q.   I would like to know the

Page 157

1    you just made is a statement that could
2    be made generally about any cohort versus
3    case-control study, correct?
4            MR. FROST:  Objection.
5            THE WITNESS:  You'd have to
6    ask an epidemiologist about that.
7    BY MR. SMITH:
8        Q.   I want to know the specific
9    shortcomings of the Nurses' Health
10   studies and the other two cohort studies
11   that you considered before giving any
12   weight to those studies for your opinion
13   that talc does not significantly increase
14   the risk of ovarian cancer?
15            MR. FROST:  Objection.
16            THE WITNESS:  Again, I did
17   not see specific weaknesses in
18   those studies.
19   BY MR. SMITH:
20       Q.   Okay.  Can talc be safely
21   absorbed in a woman's vagina?
22       A.   I don't think there's any
23   evidence for talc absorption in a vagina.
24            MR. FROST:  What number are

40 (Pages 154 to 157)

Brooke T. Mossman, M.S., Ph.D.

Page 158

1    we on?
2        MR. SMITH:  18.
3        (Document marked for
4    identification as Exhibit
5    Mossman-18.)
6  BY MR. SMITH:
7        Q.   Have you ever seen any
8  internal documents of the defendants, of
9  Johnson & Johnson, Imerys, Luzenac?
10       A.   I have not.
11       Q.   Have you asked to see any of
12  them?
13       A.   No.
14       Q.   Would you like to have seen
15  any of them?
16       A.   I wouldn't know what to ask
17  for.
18       Q.   Well, if they're scientific
19  and otherwise -- documents from the
20  company that you're defending from
21  scientists from the company, would you
22  have liked to have seen those?
23       MR. FROST:  Objection to
24    form.

Page 159

1        THE WITNESS:  Yeah, I can't
2    think of specific instances.
3    Again, I'm not looking at internal
4    documents to render my opinions.
5    I'm looking at the peer-reviewed
6    literature.
7  BY MR. SMITH:
8        Q.   This is an article --
9  actually, it's an internal memo from
10  Johnson & Johnson.  You see the title
11  is -- subject is "Cornstarch
12  development."  Would you agree with me
13  that cornstarch powder, there's no
14  reported ill effects of cornstarch powder
15  and ovarian cancer risk?
16       A.   I have not seen that in the
17  literature.  But I have not done a review
18  of cornstarch through PubMed.
19       Q.   You see, "Cornstarch
20  development, February 21st, 1964," at the
21  top.
22       Do you see that?
23       A.   I do.
24       Q.   And if you look at the

Page 160

1  bottom right there's a Bates number.  It
2  says J&J, and it's got some numbers.  And
3  that's just to indicate that they
4  produced this to me.
5        And what this document is,
6  Doctor, it's about a cornstarch
7  substitute that they were looking at in
8  testing.  And I want to go to the last
9  page.  It's called it's called a Dry Flo
10  product.  And in the second paragraph,
11  "Since the meeting, Ashton
12  established" -- and he is an employee of
13  Johnson & Johnson -- "the largest
14  commercial use of Dry-Flo are in vitamin
15  A manufacturer (5 percent in finished
16  product) and as a condom lubricant where
17  it had replaced talc because it was found
18  to be safely absorbed in the vagina,
19  whereas of course talc was not."
20       Do you have an opinion
21  whether talc can be safely absorbed in a
22  woman's vagina?
23       MR. FROST:  Objection to
24    form.

Page 161

1  BY MR. SMITH:
2        Q.   I think you stated earlier.
3  I thought you said that you couldn't see
4  any reason why it couldn't be.
5        MR. SMITH:  Could we go back
6    to that question?
7        THE WITNESS:  I don't know
8    what they mean by absorbed safely
9    in the vagina.  Talc enters and
10    other things enter cells.  They're
11    not absorbed.  So I have -- I'm
12    not sure what the scientific
13    information is here.
14  BY MR. SMITH:
15       Q.   If you believe that talc
16  could be safely absorbed in a woman's
17  vagina, you would be in disagreement with
18  Mr. Ashton that wrote this letter on
19  February 21, 1964, as an employee of
20  Johnson & Johnson, correct?
21       MR. FROST:  Objection to
22    form.
23       THE WITNESS:  Yeah, I have
24    not -- I can't comment on this,

41 (Pages 158 to 161)

Brooke T. Mossman, M.S., Ph.D.

Page 162

1   because I'm unaware of any studies
2   with either cornstarch or talc
3   absorption in the vagina. I don't
4   know what that means.
5   BY MR. SMITH:
6       Q.   Can talc cause inflammation?
7           MR. FROST: Objection to
8   form.
9           THE WITNESS: Again, it
10  depends upon the circumstances and
11  the dose and the site of
12  application.
13  BY MR. SMITH:
14      Q.   Can talc cause inflammation?
15          MR. FROST: Objection to
16  form.
17          THE WITNESS: Yeah. You'd
18  have to ask me in terms of the
19  dose or give me an example.
20  BY MR. SMITH:
21      Q.   Is talc capable of causing
22  inflammation in human tissue?
23          MR. FROST: Objection to
24  form.

Page 163

1           THE WITNESS: In human
2   tissue? It's been used in
3   pleurodesis if that's what you're
4   talking about, which induces an
5   acute inflammation that's
6   beneficial to patients with
7   malignant effusions.
8   BY MR. SMITH:
9       Q.   Can chronic inflammation
10  lead to ovarian cancer?
11          MR. FROST: Objection to
12  form.
13          THE WITNESS: There is no
14  evidence that it's linked to
15  causation.
16          So I can't comment on that.
17  It hasn't been shown.
18  BY MR. SMITH:
19      Q.   Can oxidative stress lead to
20  ovarian cancer?
21          MR. FROST: Objection to
22  form.
23          THE WITNESS: Yeah, I
24  couldn't agree with that in the

Page 164

1   broadest sense. It would depend
2   upon the dose, duration from the
3   oxidant stress.
4   BY MR. SMITH:
5       Q.   Do you have an opinion on
6   whether inhaled particles can reach the
7   ovaries?
8       A.   That has not been shown.
9           So no one has really looked
10  at that in detail. But the answer is
11  that most of the information suggests
12  that an inhaled particle is dealt with
13  locally, rather than disseminated.
14  Although there's evidence in the
15  bloodstream that there is dissemination
16  of materials throughout the body.
17      Q.   Have you ever conducted a
18  study on cosmetic talc and ovarian
19  cancer?
20      A.   I haven't used cosmetic
21  talc, as I've said previously.
22      Q.   Have you ever published on
23  asbestos and ovarian cancer?
24      A.   No. But I've published

Page 165

1   studies on asbestos, on ovarian
2   epithelial cells.
3       Q.   Have you ever published on
4   asbestos and ovarian cancer?
5           MR. FROST: Objection to
6   form.
7           THE WITNESS: Yeah, I did
8   state, and I believe it's in the
9   Shukla and Hillegass paper,
10  references on ovarian cancer and
11  asbestos.
12  BY MR. SMITH:
13      Q.   Can you turn to the Brower
14  deposition Page 134?
15      A.   Mm-hmm.
16      Q.   Line 10.
17          "Question: Have you ever
18  conducted a study on asbestos and ovarian
19  cancer?
20          "Answer: No."
21          Has that changed since
22  October of 2000 --
23      A.   I'm sorry, could you point
24  that out again?

42 (Pages 162 to 165)

Brooke T. Mossman, M.S., Ph.D.

Page 166

1    Q.   Sure.  Line 10, on Page 134.
2        "Question:  Have you ever
3    conducted a study on asbestos and ovarian
4    cancer?"
5        And what was your answer?
6    A.   No.  I haven't looked at
7    ovarian cancer, per se.
8    Q.   Can I rely on that testimony
9    in Brower as being accurate?
10   A.   Pardon me?
11   Q.   Can I rely on the testimony
12   in this Brower case that I just read as
13   being accurate?
14   A.   Yes.  I've not looked at --
15   at asbestos and ovarian cancer.  I
16   emphasize that I've looked at asbestos
17   effects on ovarian epithelial case.
18   Q.   Have you ever given a speech
19   or seminar on talc and ovarian cancer?
20   A.   No.
21   Q.   Have you ever done --
22   conducted a study on fibrous talc and its
23   carcinogenicity related to ovarian
24   cancer?

Page 167

1    A.   You're going to have to be
2    specific.  When you talk about ovarian
3    cancer studies, are you talking about
4    studies on ovarian epithelial cells or
5    are you talking about studies on cancer
6    cells?
7    Q.   Can you look at Page 136 of
8    your Brower testimony?
9    A.   Sure.
10   Q.   Line 4.  "And you've never
11   conducted a study on fibrous talc and its
12   carcinogenicity to ovarian cancer,
13   correct?
14       "Answer:  I have not used
15   ovarian cells in studies with fibrous
16   talcs."
17       Is that still true today?
18   A.   Yes.  Fibrous talcs have not
19   been evaluated in ovarian epithelial
20   cells.
21   Q.   Have you ever conducted a
22   study on asbestiform talc and ovarian
23   cancer?
24   A.   No.

Page 168

1    Q.   Have you ever conducted a
2    study on EMPs and ovarian cancer?
3    A.   Again, I haven't used
4    ovarian cancer cells, just ovarian
5    epithelial cells that develop into
6    cancer.
7    Q.   And EMPs can cause
8    epigenetic changes in human cells that
9    may lead to cancer, correct?
10       MR. FROST:  Objection to
11   form.
12       THE WITNESS:  Again, it
13       depends on the EMP.  That's true
14       for amphibole asbestos fibers.
15   BY MR. SMITH:
16   Q.   Well, it's true for any
17   elongated mineral particle, correct?
18   A.   What --
19   Q.   Not just asbestos?
20   A.   That does what?
21   Q.   That cause can give rise to
22   epigenetic changes in human cells that
23   may lead to cancer.
24   A.   No.  There are other --

Page 169

1    there are materials that we and others
2    have used as negative controls in our
3    studies that are fibrous and are EMPs
4    that don't give rise to precancerous
5    changes.
6    Q.   Have you ever conducted a
7    study on heavy metals and ovarian cancer?
8    A.   I haven't.
9    Q.   Can you give an opinion on
10   whether heavy metals contribute to cause
11   ovarian cancer?
12   A.   Yes.  I have not seen any
13   studies where heavy metals have given
14   rise to ovarian cancers in animals.
15   Q.   You're saying there are no
16   studies on heavy metals and ovarian
17   cancer risk?
18   A.   I --
19       MR. FROST:  Objection to
20   form.
21       THE WITNESS:  The -- I have
22       not seen any studies that have
23       given rise to ovarian cancers.
24       There are many studies with

43  (Pages 166 to 169)

Brooke T. Mossman, M.S., Ph.D.

Page 170

```
 1        animals using heavy metals at a
 2     variety of high concentrations and
 3     methods of injection or
 4     inhalation.  And these have not
 5     given rise to ovarian cancers.
 6  BY MR. SMITH:
 7        Q.   What about, do you have an
 8     opinion whether fibrous talc can cause
 9     ovarian cancer?
10             MR. FROST:  Objection to
11     form.
12             THE WITNESS:  Based upon my
13        research with lung epithelial
14        cells, I would argue against that
15        being a true statement.
16  BY MR. SMITH:
17        Q.   So you are extrapolating
18     your studies on lung cells to whether
19     fibrous talc can cause ovarian cancer?
20        A.   I'm not extrapolating.  I'm
21     saying that fibrous talcs as evaluated in
22     my studies and in animal studies have not
23     given rise to ovarian cancers.
24        Q.   You would --
```

Page 171

```
 1        A.   So that would argue against
 2     the connection.
 3        Q.   Do you know whether fibrous
 4     talc or other minerals act differently in
 5     pleural cells versus ovarian cells or
 6     peritoneal cells?
 7             MR. FROST:  Objection to
 8     form.
 9             THE WITNESS:  No, they turn
10        on the same signaling pathways in
11        lung epithelial cells and
12        mesothelial cells.
13  BY MR. SMITH:
14        Q.   Do you know whether or not
15     fiber dimensions, crystalline structures,
16     shape tensile strength of asbestos, have
17     any relevance to ovarian cancer?
18        A.   Could we go through these
19     one at a time?
20        Q.   Sure.
21        A.   So, I would argue that these
22     different properties are properties of
23     asbestos fibers that have given rise to
24     mesotheliomas or lung cancers.
```

Page 172

```
 1             If they were relevant to
 2     ovarian epithelial cells, I would have
 3     seen responses to these materials in my
 4     studies.
 5        Q.   But you've never tested
 6     ovarian cells for that?
 7        A.   No.  But as I emphasize,
 8     I've got -- I've gotten the same
 9     responses in lung epithelial and
10     mesothelial cells.  So there's different
11     cell types that are important.
12             Again, epithelial cells are
13     the cells that give rise to cancers.  So
14     ovarian epithelial cells are probably
15     very similar in their responses to lung
16     epithelial cells.
17        Q.   Probably?  What are you
18     basing that on?  Probably?
19             MR. FROST:  Objection.
20             THE WITNESS:  Yeah, I'm
21        basing it on historical studies
22        with asbestos fibers that have
23        shown the same pre-neoplastic
24        effects in our laboratory, in
```

Page 173

```
 1        other laboratories that have
 2        looked at a host or a huge range
 3        of different cell types.  And the
 4        basic phenomena, the properties of
 5        those asbestos fibers are the same
 6        in terms of their biological
 7        reactivity in a host of different
 8        cell types.
 9  BY MR. SMITH:
10        Q.   But you've never done that
11     with ovarian cancer cells, right?
12        A.   I have --
13        Q.   Ovarian cells, excuse me.
14        A.   Yeah.
15        Q.   You have not done that with
16     ovarian cells?
17        A.   I have only looked at
18     fibrous -- I should say non-fibrous talc
19     in ovarian epithelial cells.
20        Q.   And when we were talking
21     about fibrous talc earlier, you've never
22     done any studies on fibrous talc correct?
23        A.   I had done studies on
24     fibrous talcs.
```

44 (Pages 170 to 173)

Brooke T. Mossman, M.S., Ph.D.

Page 174

1    Q.   The one study in New York,
2  correct?
3    A.   The study with Dr. Wiley
4  where we looked in two different cell
5  types at three different preparations of
6  fibrous talcs.
7    Q.   Is crystalline silica a
8  fibrogenic dust that causes oxidative
9  damage to cells?
10    A.   It does at very high
11  concentrations.
12    Q.   Have you ever performed
13  rodent studies on talc?
14    A.   I have not.
15    Q.   You've never performed any
16  rodent inhalation studies on talc and its
17  relation to ovarian cancer; is that true?
18    A.   I have not performed the
19  studies.
20    Q.   Same for cleavage fragments?
21    A.   I have not used cleavage
22  fragments in rodent inhalation studies.
23    Q.   You've not performed studies
24  on whether or not asbestos cleavage

Page 175

1  fragments cause ovarian cancer, correct?
2    A.   I have not looked at
3  cleavage fragments in ovarian epithelial
4  cells, that's correct.
5    Q.   And you do not know whether
6  the biodurability of asbestos or talc
7  have any relevance to the development of
8  ovarian cancer, correct?
9    A.   That hasn't been examined
10  since we don't know the latency period of
11  ovarian cancers to begin with.
12    Q.   Do you know what Baby Powder
13  is made of?
14    MR. FROST:  Objection to
15  form.
16    THE WITNESS:  Yeah.  I -- I
17  believe it's indicated as such on
18  the label.
19    In general, yes.  I'm aware
20  that it has some fragrance
21  chemicals, but it's also a very
22  pure type of talc.
23  BY MR. SMITH:
24    Q.   A very pure type of talc.

Page 176

1  What do you base that on?
2    A.   The fact that Zazenski and
3  others describe it as cosmetic and
4  pharmaceutical talcs are 98 percent pure
5  as opposed to industrial talcs from the
6  mining sites.
7    Q.   You're relying on Zazenski,
8  who was an employee of Imerys, who is
9  involved in talc litigation, who
10  published in the Regulatory Toxicology
11  and Pharmacology publication that we
12  discussed earlier?
13    MR. FROST:  Objection to
14  form.
15    THE WITNESS:  That's only
16  one paper.  I believe that this is
17  summarized in IARC 2010.  It says
18  the exact same thing.
19  BY MR. SMITH:
20    Q.   Well, hold on.  You said you
21  hadn't seen any internal documents.
22  Where are you seeing the Zazenski stuff?
23    A.   Zazenski is a paper that I
24  pulled from the literature in a

Page 177

1  peer-reviewed journal.
2    Q.   The Regulatory Toxicology
3  and Pharmacology --
4    A.   Talked about -- yes.
5    Q.   -- publication?
6    A.   Yes.  That's one source.
7    IARC also summarizes the
8  properties of talcs in its monograph in
9  several places in the 2010 document.  And
10  has additional references.
11    Q.   What is Shower to Shower
12  made of?
13    A.   I would have to look at the
14  label.
15    Q.   Do you know?
16    A.   I don't.
17    Q.   Do you know what percentage
18  of Baby Powder is talc and what is
19  other -- other constituents?
20    A.   I don't know the percentage
21  values.
22    Q.   None of your studies
23  concerned Baby Powder or Shower to
24  Shower, correct?

45 (Pages 174 to 177)

Brooke T. Mossman, M.S., Ph.D.

Page 178

```
 1        A.   I have not used those
 2   specifically.
 3        Q.   None of your studies include
 4   cosmetic-grade talc or talc from any mine
 5   that has been sourced from these two
 6   products, correct?
 7             MR. FROST:  Objection to
 8        form.
 9             THE WITNESS:  Again, I
10        worked with industrial talcs, one
11        a Barrett mining talc.  I don't
12        know whether it's been sourced for
13        cosmetic talcs.
14   BY MR. SMITH:
15        Q.   Well, you've never worked
16   with talc from Vermont, correct,
17   cosmetic-grade talc from Vermont?
18        A.   That's correct.
19        Q.   You've never worked with
20   cosmetic-grade talc from China, correct?
21        A.   That's correct.
22        Q.   You've never worked with
23   cosmetic-grade talc from Italy, correct?
24        A.   Correct.
```

Page 179

```
 1        Q.   Okay.  You've never
 2   performed any animal inhalation studies
 3   with Baby Powder or Shower to Shower,
 4   correct?
 5        A.   That's correct.
 6        Q.   And you've never performed
 7   any animal inhalation studies with
 8   cosmetic-grade talc or talc from any mine
 9   that has been sourced from these two
10   products, correct?
11        A.   That's correct.
12        Q.   You've never performed any
13   work or studies on Johnson & Johnson's
14   Baby Powder or Shower to Shower, correct?
15        A.   Correct.
16        Q.   Do you know what the fiber
17   or mineral size of these two products
18   are?
19        A.   I have not looked at fiber
20   size dimensions of cosmetic talcs, no.
21        Q.   What types of asbestos have
22   been found in Johnson & Johnson Baby
23   Powder and Shower to Shower?
24             MR. FROST:  Objection to
```

Page 180

```
 1        form.
 2             THE WITNESS:  None, to my
 3        knowledge.
 4   BY MR. SMITH:
 5        Q.   You've never seen the report
 6   of Dr. Longo?
 7        A.   I'm aware he has one.  I
 8   have not reviewed it for this case.
 9        Q.   You didn't think it was
10   important to know what the testing
11   results were from the '60s, '70s, '80s,
12   '90s, and 2000s from Johnson & Johnson
13   bottles from their own possession from
14   their own museum regarding the presence
15   of asbestos or not?
16             MR. FROST:  Objection to
17        form.
18             THE WITNESS:  Yeah, I had no
19        information suggesting that
20        asbestos was found in cosmetic
21        talcs.  And I would assume that
22        Dr. Longo's information is
23        court-related and not in the
24        peer-reviewed scientific
```

Page 181

```
 1   literature.  So for that reason, I
 2   wouldn't have looked at it.
 3   BY MR. SMITH:
 4        Q.   Well, the fact that you have
 5   an opinion that cosmetic-grade talc,
 6   which you've never done any studies on,
 7   is not a risk factor or cause of ovarian
 8   cancer, and those are your opinions in
 9   this case as you stated earlier, don't
10   you think it would be pretty important to
11   know if there are any carcinogenic
12   substances that are found in the products
13   that are at issue in this case before
14   rendering that opinion?
15             MR. FROST:  Objection to
16        form.
17             THE WITNESS:  Again, that's
18        why I read the IARC information,
19        and IARC in 2010 says that there
20        are no asbestos fibers in cosmetic
21        talcs.
22   BY MR. SMITH:
23        Q.   Have you reviewed the
24   internal documents of Johnson & Johnson
```

46 (Pages 178 to 181)

Brooke T. Mossman, M.S., Ph.D.

Page 182

1  and Imerys to see the numerous times that
2  different types of asbestos have been
3  found in their products, in their own
4  internal testing?
5          MR. FROST:  Objection to
6  form.
7          THE WITNESS:  No.  I
8  wouldn't know what documents to
9  ask for.
10 BY MR. SMITH:
11     Q.   Don't you think it's
12 important -- again, if you're going to
13 render an opinion about -- and we're
14 talking about -- at issue in this case is
15 cosmetic-grade talc, not industrial,
16 right?
17     A.   Correct.
18     Q.   And we're talking about two
19 products, Baby Powder and Shower to
20 Shower, applied to a woman's genital area
21 and that causing ovarian cancer, correct?
22     A.   I emphasize that it
23 wouldn't make any difference whether
24 there was a small amount of asbestos in

Page 183

1  there, in terms of my opinion.  Those
2  talcs were used by individuals, I'm sure,
3  in the Women's Health Initiative, the
4  Gonzalez study and the Nurses' Health
5  study used cosmetic talcs, and they
6  didn't report an increase in ovarian
7  cancers.
8          So in attempting to go back
9  in time and point out discovery of a few
10 fibers is not conclusive evidence in any
11 regard in terms of my opinions.
12     Q.   You did not look at any
13 meta-analyses in this case, did you?
14     A.   Meta-analyses?  I certainly
15 did.  I looked at meta-analyses in terms
16 of the epidemiology.
17     Q.   What did the meta-analyses
18 of talc and ovarian cancer risk reveal?
19     A.   The meta-analyses with the
20 exception of, I believe it's
21 Penninkilampi who eliminated one of the
22 more recent cohort studies, all say the
23 same thing.
24     Q.   What's that?

Page 184

1      A.   That there is not a
2  significantly increased risk of ovarian
3  cancer that's related to dose dependency
4  of talc use in these studies.
5      Q.   Let's -- let's get it
6  straight.
7          So the meta-analyses that
8  you looked at in forming the basis of
9  your opinion that talc does not cause or
10 is a risk factor for ovarian cancer, you
11 based in part on also the meta-analyses
12 for which you say those meta-analyses
13 state consistently the same thing, that
14 talc -- in those studies show that talc
15 does not cause -- those studies did not
16 show that talc increases the risk of
17 ovarian cancer and that -- that finding
18 is statistically significant, correct?
19         MR. FROST:  Objection to
20 form.
21         THE WITNESS:  We'd have to
22 go back to the papers.  I'm aware
23 that the meta-analyses that I've
24 looked at may have been for the

Page 185

1  case-related studies or the
2  case-control studies.  And with
3  the exception of Penninkilampi,
4  the meta-analyses that I looked at
5  did not suggest an increase in
6  ovarian cancer that was associated
7  with talc use.
8  BY MR. SMITH:
9      Q.   Okay.  You do not know if
10 there are EMPs in Baby Powder or Shower
11 to Shower, do you?
12     A.   I don't.
13     Q.   You don't know if there are
14 EMPs in cosmetic-grade talc, do you?
15     A.   I don't.
16     Q.   Do you know if scientists
17 have found EMPs in Baby Powder or Shower
18 to Shower?
19         MR. FROST:  Objection to
20 form.
21         THE WITNESS:  Yeah, I
22 haven't seen it in the
23 peer-reviewed scientific
24 literature.

47 (Pages 182 to 185)

Brooke T. Mossman, M.S., Ph.D.

Page 186

BY MR. SMITH:
1
2    Q.   You can't tell me whether or
3 not there's asbestiform talc in Baby
4 Powder or Shower to Shower, correct?
5         MR. FROST:  Objection to
6    form.
7         THE WITNESS:  Again, it
8    hasn't been indicated as such
9    and -- or published in the
10   peer-reviewed scientific
11   literature.
12 BY MR. SMITH:
13   Q.   And again, you have not
14 looked at the reports of Dr. Longo or
15 Rigler.
16       Have you seen the -- the
17 publication of Dr. Blount?
18   A.   I have -- the -- is this a
19 publication of many years ago, 40 years
20 ago?
21   Q.   It's in the 1990s.
22   A.   I did look at that at one
23 point, yes.
24   Q.   Okay.  What did it -- what

Page 187

1 did it say?
2    A.   It was confusing in terms of
3 her use of the nomenclature of talc,
4 which she referred to as sometimes
5 acicular, other types fibrous.  It was
6 difficult to interpret that paper.
7    Q.   So, you don't know whether
8 or not they talked about whether there
9 was asbestiform in -- found in Johnson &
10 Johnson's Baby Powder or Shower to Shower
11 products?
12       MR. FROST:  Objection to
13   form.
14       THE WITNESS:  Yeah, I don't
15   recall that this paper identified
16   the products that she examined.
17 BY MR. SMITH:
18   Q.   Okay.  Have you ever seen
19 any other testimony or asked for any
20 other testimony or been shown any
21 testimony that reveals what the source of
22 her study was, that being talc?
23   A.   I -- yeah, I don't recall.
24 Recently, no.

Page 188

1    Q.   Would you have liked to have
2 known that or seen that when you were
3 reviewing the study?
4         MR. FROST:  Objection to
5    form.
6         THE WITNESS:  Well, my --
7    probably not.  Because I know that
8    talc and fiber identification and
9    the methods used have become
10   increasingly more significant in
11   terms of newer approaches.  So I
12   wouldn't have been interested in
13   her work, which I believe was 40
14   or 50 years ago and had
15   questionable use of the
16   appropriate techniques.
17 BY MR. SMITH:
18   Q.   Okay.  You are aware that --
19 you are not an expert in testing for
20 asbestos, are you, the presence of
21 asbestos?
22   A.   I'm not.
23   Q.   Did you understand that the
24 Blount method is a recognized method for

Page 189

1 testing for asbestos in -- in certain
2 products?
3         MR. FROST:  Objection to
4    form.
5         THE WITNESS:  Again, I
6    emphasize that she used a
7    concentration method to
8    concentrate materials and I
9    believe that is accepted, but has
10   been questioned by scientists.
11       I am quite certain that she
12   didn't use other approaches such
13   as zonal access x-ray diffraction,
14   which is state of the art today,
15   for fiber identification.
16 BY MR. SMITH:
17   Q.   Do you know if Dr. Longo and
18 Dr. Rigler did that on the products that
19 were provided them by Johnson & Johnson?
20       MR. FROST:  Objection to
21   form.
22       THE WITNESS:  I don't know.
23 BY MR. SMITH:
24   Q.   And again, you are not an

48 (Pages 186 to 189)

Page 190

1  expert in identifying asbestos in
2  materials, right?
3      A.   I don't look at air samples
4  or lung digests for asbestos fibers.
5      Q.   Or -- or evaluate, for
6  instance, Baby Powder or Shower to Shower
7  to determine whether asbestos, heavy
8  metal, silica, were present, correct?
9      A.   I don't do that.  I'm a
10 biologist.
11     Q.   Do you know whether or not
12 there are carcinogenic heavy metals in
13 Baby Powder and Shower to Shower?
14     A.   Again, the carcinogens that
15 had been listed by Dr. Selikoff in her
16 report have not given rise in
17 epidemiology or animal studies to ovarian
18 cancers.
19     Q.   Do you know whether or not
20 there is carcinogenic crystalline silica
21 in Baby Powder or Shower to Shower?
22     A.   I don't.
23     Q.   We talked about the
24 different types of asbestos earlier.  Do

Page 191

1  you recall that?
2      A.   I do.
3      Q.   And we were -- I was asking
4  you whether or not you thought that all
5  types of asbestos were carcinogenic to
6  humans.  Do you recall that?
7      A.   I do.
8      Q.   And we discussed the NTP and
9  IARC have determined that all forms of
10 asbestos are known human carcinogens,
11 correct?
12         MR. FROST:  Objection to
13     form.
14         THE WITNESS:  That is stated
15     in terms of their regulatory
16     policies, yes.
17 BY MR. SMITH:
18     Q.   I will attach, the next
19 numbered exhibit is 19.
20         (Document marked for
21     identification as Exhibit
22     Mossman-19.)
23 BY MR. SMITH:
24     Q.   And you've seen this

Page 192

1  document before, Doctor?
2      A.   I have.
3      Q.   And this is on asbestos,
4  chrysotile, amosite, crocidolite,
5  tremolite, actinolite, and anthophyllite,
6  and this is the IARC monograph, right?
7      A.   Yes.
8      Q.   And if you flip to Page 253,
9  it's Page 35 of 92 down at the bottom.
10 If you look at the very bottom of the
11 page, Doctor.  It discusses cancer of the
12 ovary.
13     A.   35 of 92?
14     Q.   Yes, ma'am.
15     A.   Okay.
16     Q.   Do you see that?
17     A.   Yes.
18     Q.   And then it goes on, on
19 Page 76 of 92, for the evaluation.  It's
20 near the end.  It states, "There is
21 sufficient evidence in humans for the
22 carcinogenicity of all forms of asbestos,
23 chrysotile, crocidolite, amosite,
24 tremolite, actinolite, and

Page 193

1  anthophyllite."
2      A.   Could you point --
3         MR. FROST:  I was going to
4     say, where are you reading from?
5         THE WITNESS:  Yeah.
6         MR. SMITH:  I'm sorry.  I
7     might not have said it.  I might
8     have been thinking it and didn't
9     say it.
10 BY MR. SMITH:
11     Q.   Page 76 of 92, down at the
12 bottom --
13         MR. FROST:  Oh, under
14     evaluation?
15         MR. SMITH:  Yeah, under
16     evaluation.
17         THE WITNESS:  76.
18         MR. SMITH:  It's under
19     evaluation.
20         THE WITNESS:  Okay.
21         MR. FROST:  Now we are on
22     the same page.
23 BY MR. SMITH:
24     Q.   All right.  And it says,

Brooke T. Mossman, M.S., Ph.D.

Page 194

1  "There is sufficient evidence of" -- "in
2  humans for the carcinogenicity of all
3  forms of asbestos. Asbestos causes
4  mesothelioma and cancer of the lung,
5  larynx, and ovary."
6         Do you see that?
7     A.  Yes.
8     Q.  And that's what we were
9  talking about earlier when I was talking
10  about IARC?
11     A.  Yes.
12     Q.  And then it says at the
13  bottom, "All forms of asbestos,
14  chrysotile, crocidolite, amosite,
15  tremolite, actinolite, and anthophyllite,
16  are carcinogenic to humans Group 1."
17         Do you see that?
18     A.  I do.
19     Q.  Is that what we were
20  discussing earlier?
21     A.  Yes.
22     Q.  We talked about earlier that
23  talc with asbestiform fibers is also a
24  known human carcinogen as well by IARC;

Page 195

1  is that correct?
2     A.  They classify it as such.
3     Q.  And we went through also the
4  Prop 65 listing. Do you recall that for
5  asbestiform talc?
6     A.  Yes. I'm not sure what that
7  said exactly, but I don't think we
8  discussed that.
9     Q.  Well, let's discuss it. It
10  says, "Talc containing asbestiform
11  fibers." It's Exhibit 15.
12         It says, "Chemical listing
13  details." And it says, "Listed as
14  causing," and it says "cancer."
15         Do you see that? And date
16  of listing was on 4/1/1990?
17     A.  Yes.
18     Q.  Okay. And do you remember
19  us talking earlier, I asked you about if
20  you knew David Michaels, if he was -- and
21  we went through his book, his chapter in
22  the book on Regulatory Toxicology and
23  Pharmacology. And I asked you, you
24  served as a peer reviewer of this

Page 196

1  bulletin, right, of Bulletin 62 of NIOSH?
2     A.  I did.
3     Q.  And you weren't aware that
4  Dr. -- that Dr. Michaels served on that
5  as well, with you? You weren't aware of
6  that, right?
7     A.  He wasn't on the committee
8  meetings that I attended. So I'm not
9  sure what -- where he was. He may have
10  been someone that -- okay, he may have
11  been someone that served in some
12  capacity. I just don't recall it.
13         (Document marked for
14         identification as Exhibit
15         Mossman-20.)
16  BY MR. SMITH:
17     Q.  I'm going to attach as
18  Exhibit 20. This is current intelligence
19  Bulletin 62, "Asbestos fibers and other
20  elongated mineral particles, state of the
21  science and roadmap for research."
22         And this was put out by the
23  Department of Health and Human Services
24  and NIOSH, correct?

Page 197

1     A.  Yes.
2     Q.  And NIOSH is the scientific
3  arm of OSHA; is that correct?
4     A.  Yes, it is.
5     Q.  Responsible for health and
6  safety of American workers; is that
7  correct?
8     A.  That's OSHA. NIOSH is more
9  a research body.
10     Q.  And if you look at XVII.
11  It's in the front page. I guess that
12  would be 17.
13     A.  Okay.
14     Q.  It says -- do you see
15  "acknowledgments" at the top? Down at
16  the bottom right corner, Doctor?
17     A.  Yes.
18     Q.  XVII. It says peer
19  reviewers. Do you see that?
20         It says, "NIOSH greatly
21  appreciates the time and efforts of
22  expert peer reviewers who provided
23  comments and suggestions on the initial
24  publicly disseminated draft of the

50 (Pages 194 to 197)

Brooke T. Mossman, M.S., Ph.D.

Page 198

1  roadmap February 7, 2007, version."
2          Do you see that?
3      A.  Yes, I do.
4      Q.  And do you see David
5  Michaels, Ph.D. MPH, George Washington
6  University listed on that page?
7      A.  I do.
8      Q.  And then on the next page
9  you are listed on the top, correct?
10     A.  Mm-hmm.
11     Q.  Okay.  If we go to -- let's
12  see.  If you look at Page 33, Doctor.  If
13  you look at the bottom right in the
14  footnote, if you go two, four, six -- six
15  lines down.  It says, "The National
16  Toxicology Program, NTP, 2005, of which
17  NIOSH is a member, has determined that
18  asbestos in all commercial forms of
19  asbestos are known to be human
20  carcinogens based on sufficient evidence
21  of carcinogenicity in humans."
22          Do you see that?
23          MR. FROST:  Want me to help
24      you?

Page 199

1          THE WITNESS:  Yeah, that
2      would be great.
3          MR. FROST:  Do you mind if I
4      point to where you were?
5          MR. SMITH:  Oh, yeah.  No,
6      no, no.
7          THE WITNESS:  I'm just --
8      I'm looking at this.  Okay.
9  BY MR. SMITH:
10     Q.  Do you see that, Doctor, in
11  the footnote?
12     A.  Yes.
13     Q.  Okay.
14          (Whereupon, a discussion was
15      held off the stenographic record.)
16  BY MR. SMITH:
17     Q.  All right, Doctor, different
18  types of asbestos vary in potency as
19  carcinogens; however, they're all
20  recognized as carcinogens, right?
21     A.  Yes.  In animals, yes.
22     Q.  And I asked you this
23  earlier.  Do you know the types of
24  asbestos that were found either

Page 200

1  internally by Johnson & Johnson, Imerys
2  internally, or by Dr. Longo?
3      A.  I don't.
4      Q.  If I told you they were
5  tremolite, anthophyllite, and actinolite,
6  the majority of what was found, the vast
7  majority, you wouldn't have any basis or
8  any knowledge regarding that, right?
9          MR. FROST:  Objection to
10     form.
11         THE WITNESS:  Yeah, could
12     you repeat that again.
13  BY MR. SMITH:
14     Q.  Tremolite, anthophyllite,
15  and actinolite.
16     A.  And the --
17         MR. FROST:  Objection to
18     form.
19         THE WITNESS:  Are you --
20     yeah, are you saying that the
21     asbestos varieties of these have
22     been found in Baby Powder?
23  BY MR. SMITH:
24     Q.  Yes, ma'am.

Page 201

1          MR. FROST:  Objection to
2      form.
3          THE WITNESS:  Okay.
4  BY MR. SMITH:
5      Q.  And you haven't seen the
6  internal documents of Johnson & Johnson
7  regarding this matter, have you?
8      A.  I haven't.
9      Q.  And you haven't seen the
10  internal documents of Imerys or Luzenac,
11  have you, on this?
12     A.  That's correct.
13     Q.  And you have not seen the
14  reports of Dr. Longo and Rigler, correct?
15     A.  Correct.
16         MR. SMITH:  What is the
17     geologist's name?
18  BY MR. SMITH:
19     Q.  And you haven't seen the
20  geologist expert Cook, Dr. Cook in this
21  case, you haven't seen his report, have
22  you?
23     A.  I might have scanned his
24  report, but I don't recall it

Brooke T. Mossman, M.S., Ph.D.

Page 202

1    specifically.
2        Q.   Okay.  Have you -- we'll get
3    back to that in a minute.
4            Your personal research has
5    not dealt with tremolite asbestos,
6    correct?
7        A.   No.  I've only looked at
8    tremolite in its non-asbestos form.
9        Q.   Your personal research has
10   not dealt with tremolite asbestos,
11   correct?
12           MR. FROST:  Objection to
13   form.
14           THE WITNESS:  Yeah.  I've
15   looked at tremolite, but not the
16   asbestos.  That's correct.
17   BY MR. SMITH:
18       Q.   Your personal research has
19   not dealt with anthophyllite asbestos,
20   correct?
21       A.   I have not used
22   anthophyllite, that's correct.
23       Q.   Your personal research has
24   not dealt with actinolite asbestos,

Page 203

1    correct?
2        A.   That's correct.
3        Q.   You cannot tell me how
4    carcinogenic or potent tremolite or
5    anthophyllite are, correct?
6            MR. FROST:  Objection to
7    form.
8            THE WITNESS:  Again, I can
9    tell you based on the epidemiology
10   that anthophyllite is a weak agent
11   in the development of
12   mesotheliomas as compared to
13   crocidolite or amosite asbestos.
14   BY MR. SMITH:
15       Q.   You have never studied the
16   differences between tremolite asbestos
17   and tremolite cleavage fragments,
18   correct?
19       A.   I haven't used the two
20   comparatively in experiments, that's
21   correct.
22       Q.   This thing fell apart.
23   That's crazy.
24       A.   Mine fell apart too.

Page 204

1        Q.   Yours did too?
2        A.   Yeah.
3        Q.   Wasn't a very good job of
4    binding that, was it?
5            Bear with me just a second.
6    And to your knowledge there are no
7    detailed studies comparing the chemistry
8    of tremolite asbestos to tremolite
9    cleavage fragments, correct?
10       A.   That would be a question
11   that should be posed to a geologist.  I
12   have not looked at the mineralogy
13   literature for those comparisons.
14       Q.   With regard to anthophyllite
15   asbestos and anthophyllite cleavage
16   fragments, you have not studied the
17   differences in chemistry between the two,
18   correct?
19       A.   That's correct.
20       Q.   And the same with regard to
21   actinolite asbestos and actinolite --
22   actinolite cleavage fragments?
23       A.   That's correct.
24       Q.   And aside from the one study

Page 205

1    in upstate New York on talc, you've never
2    studied tremolite or anthophyllite
3    cleavage fragments yourself, correct?
4        A.   The study that I performed
5    was with Dr. Wiley.
6        Q.   Aside from the one study in
7    upstate New York on talc, you have never
8    studied tremolite or anthophyllite
9    cleavage fragments yourself, have you?
10           MR. FROST:  Objection to
11   form.
12           THE WITNESS:  Correct.  It's
13   just that one study.
14   BY MR. SMITH:
15       Q.   And the talc in your New
16   York study that we just discussed was
17   a -- an industrial grade talc and not
18   cosmetic-grade talc; is that correct?
19       A.   Yes.  There were three
20   samples of talc with various proportions
21   of fibers.
22       Q.   You have not studied how
23   tremolite, anthophyllite, and actinolite
24   asbestos reached the areas of the lungs

Brooke T. Mossman, M.S., Ph.D.

Page 206

1 where meso is induced and developed, and
2 you cannot make a strict analogy to these
3 types of asbestos from your study of
4 other types of asbestos; is that correct?
5      MR. FROST:  Objection to
6 form.
7      THE WITNESS:  Yeah, I -- I'd
8 have to ask someone who is an
9 expert in dosimetry.  Assuming
10 that dimensions of fibers govern
11 where they end up in the lung, the
12 results that we have may be
13 relevant certainly to these types
14 of materials.
15 BY MR. SMITH:
16      Q.   Okay.  I'm going to ask the
17 question again.  I don't think it was
18 responsive.
19      You have studied -- you have
20 not studied how tremolite, anthophyllite,
21 and actinolite asbestos reached the area
22 in the lungs where meso is induced and
23 developed, correct?
24      MR. FROST:  Objection to

Page 207

1 form.
2      THE WITNESS:  I -- yeah, I
3 have not studied those three
4 materials in inhalation
5 experiments.
6 BY MR. SMITH:
7      Q.   And you cannot make a strict
8 analogy as to these types of asbestos
9 from your other study -- from your study
10 of other types of asbestos; is that
11 correct?
12      MR. FROST:  Objection to
13 form.
14      THE WITNESS:  And -- and my
15 comment was that if they are of
16 the same dimensional
17 characteristics of the materials
18 that I use, namely crocidolite
19 asbestos, I could make some
20 analogies based upon their size
21 and fiber characteristics.
22 BY MR. SMITH:
23      Q.   Okay.  The -- I want you to
24 go to Page 179 in Leavitt, please.

Page 208

1      In the -- it's broken up.
2 Whatever.
3      MR. FROST:  Mine stayed
4 together.
5      THE WITNESS:  Yeah, mine is
6 broken, so...
7      MR. FROST:  179 you said?
8      MR. SMITH:  Yes, please.
9      MR. FROST:  Here, do you
10 want -- do you want to switch,
11 Brooke?
12      THE WITNESS:  That's okay.
13      MR. FROST:  Mine is still
14 bound.  So do you want to switch?
15      THE WITNESS:  I think I'm
16 prime viewing here.
17      No, just in different
18 pieces.  179.
19      Okay.
20 BY MR. SMITH:
21      Q.   All right.  On Line 11:
22 "And then you were asked the following
23 question:
24      "Okay.  Well, I think the

Page 209

1 record will speak for itself, but I think
2 you did give that in your answer when I
3 asked you.  Let me ask you generally.
4      "This whole set of opinions
5 regarding how minerals such as asbestos
6 get to sites where mesothelioma is
7 induced and developed, does that apply to
8 tremolite, actinolite, and
9 anthophyllite?"
10      "And your answer:  I don't
11 know.  These, again, the animal studies
12 have been done with short and long
13 amosite asbestos and they have been done
14 with crocidolite asbestos.  And the
15 groups that have done these experiments
16 have not looked at tremolite and
17 actinolite or anthophyllite because they
18 are the least potent types of asbestos.
19 So I can't make a strict analogy between
20 what's been studied and the asbestos
21 types that I" -- "that haven't been
22 studied."
23      "Did I read that correctly?
24      "And your answer was that's

Brooke T. Mossman, M.S., Ph.D.

Page 210

1    correct."
2         Can I rely on that
3    testimony?
4         A.   You -- you can.
5         Q.   Okay.  You have not studied
6    the bio durability of asbestos cleavage
7    fragments or talc in any human tissue,
8    correct?
9         A.   I have not looked at tissue
10   digestion studies, that's correct.
11        Q.   You have not performed any
12   studies on whether cleavage fragments can
13   reach the area of the lung where meso
14   is -- mesothelioma is induced and
15   develops, correct?
16        A.   I have not done inhalation
17   studies with cleavage fragments.
18        Q.   And you have not performed
19   any studies on whether cleavage fragments
20   can reach the area of the lung -- excuse
21   me, reach the area -- excuse me.  Let me
22   back up.  I'm going to get it right here
23   in a second.
24        You have not performed any

Page 211

1    studies on whether talc can reach the
2    area of the ovaries which can lead to
3    ovarian cancer, correct?
4         A.   I have not studied migration
5    of talc.
6         Q.   Distinguishing the
7    dimensions, the aspect ratio of a
8    cleavage fragment as opposed to an
9    asbestos fiber is beyond the scope of
10   your expertise, correct?
11        A.   I have done some work on
12   dimensional characteristics in the 1980s,
13   where we compared cleavage fragment
14   population to asbestos fibers and those
15   are papers by Woodworth, et al., and
16   Hansen, et al., in cancer research.
17        Q.   Okay.  Can you go to 193 of
18   the Leavitt testimony, please?
19        A.   Okay.
20        Q.   And it's down on page -- I
21   mean, excuse me, Line 23.
22        "Question" -- and you were
23   asked, "Simply put, distinguishing the
24   dimensions, the aspect ratio of the

Page 212

1    cleavage fragment as opposed to the
2    asbestos fiber is beyond the scope of
3    your expertise, correct?"
4         And your answer under
5    that -- under oath at that time was, "I
6    do not do the measurements, no.
7    That's" -- "that's correct."
8         Is that true?
9         A.   No, actually, I have done
10   the measurements with Dr. Woodworth on
11   preparations of cleavage fragments and
12   the respective asbestos fiber
13   preparations, and that was done in the
14   1980s and '90s.
15        Q.   So this was just a
16   misstatement in Leavitt?
17        MR. FROST:  Objection to
18   form.
19        THE WITNESS:  Yeah, I don't
20   think it was a misstatement.  I --
21   I say, "I don't do the
22   measurements in each experiment.
23   I have in the past."
24        So that's what I was

Page 213

1    referring to.  That's in the next
2    six to eight lines on 194.
3    BY MR. SMITH:
4         Q.   And then you continue on by,
5    "Now I give it to a -- someone in our
6    cell imaging facility," correct?
7         A.   Right.  We have people who
8    do those measurements.
9         Q.   Okay.  You've never measured
10   the flexibility or tensile strength of
11   asbestos or cleavage fragments, correct?
12        A.   That's correct.  I don't
13   measure flexibility.
14        Q.   Flexibility of asbestos
15   fiber within a lung cell causing
16   mechanical injury is just a hypothesis,
17   correct?
18        A.   Well -- well, it --
19        MR. FROST:  Objection to
20   form.
21        THE WITNESS:  Yeah, it was
22   originally hypothesized by someone
23   named Archer who looked at plastic
24   films and measured the amount of

Page 214

```
 1    free radical generation and
 2    flexibility.  So I think it's more
 3    than a hypothesis.  It's been
 4    proven by some experimental data.
 5  BY MR. SMITH:
 6    Q.   Go to Page 172 in your
 7  Leavitt testimony.
 8    A.   Okay.
 9    Q.   And I'm -- I'm going to
10  hopefully maybe get you a better copy or
11  something.
12    A.   It's okay.  We're getting
13  there.
14    Q.   All right.  172.  Line 15.
15  "Okay.  When" -- "when asked
16  about flexibility you said in the past
17  there is a hypothesis that the
18  flexibility of an asbestos fiber within
19  the lung within a cell can cause
20  mechanical injury, correct?
21       "Yeah" -- and your answer
22  was, "Yes."
23       "Question:  Okay.  But
24  that's a hypothesis, correct?"
```

Page 215

```
 1       And your answer was what?
 2    A.   My answer was, "Yes."  But
 3  as I just stated, there have been studies
 4  showing that flexibility within a cell
 5  can cause oxidants that then are
 6  associated with a mechanical injury.
 7       So this statement is -- is
 8  correct, but I think my statement in
 9  terms of Archer experiments, it -- also
10  relate to flexibility and things that
11  injure cells.
12    Q.   Is your -- can I rely on
13  your answer in Leavitt right there?
14    A.   Sure.
15       MR. SMITH:  Okay.  I'm
16  getting ready to move to a
17  different section.  Are we
18  breaking for lunch, are we just
19  going to plow through?  What do
20  you want to do?
21       THE WITNESS:  Let's go
22  through.
23       MR. FROST:  Yeah, I was
24  going to say --
```

Page 216

```
 1       THE WITNESS:  Want to take a
 2  short --
 3       MR. FROST:  Yeah, so why
 4  don't we take like a five-minute
 5  break and then -- I mean, I'm
 6  generally fine going through
 7  lunch.  I don't normally take
 8  lunches, but if the witness if
 9  fine and you're fine --
10       MS. O'DELL:  What's your
11  preference though?
12       THE WITNESS:  It -- it's up
13  to you.  I'd just as soon go.
14       MR. SMITH:  Well, we're
15  going to have a --
16       MS. O'DELL:  I think we
17  should have lunch at some point.
18       MR. SMITH:  I'm going to
19  have to eat something.
20       THE WITNESS:  Okay.
21       MR. FROST:  Okay.  How long
22  is your next section?  Is it like
23  half an hour, 45 minutes?
24       MR. SMITH:  That's a good
```

Page 217

```
 1  question.  I think we probably
 2  better break now.
 3       MR. FROST:  You want to
 4  break now?
 5       MR. SMITH:  Yeah.
 6       THE WITNESS:  Okay.
 7       MR. SMITH:  Is that okay?
 8       THE WITNESS:  Sure.
 9       MR. FROST:  Yeah, that's
10  fine.
11       THE VIDEOGRAPHER:  Going off
12  record.  The time is 12:16.
13       - - -
14       (Lunch break.)
15       - - -
16  A F T E R N O O N   S E S S I O N
17       - - -
18       THE VIDEOGRAPHER:  We are
19  going back on record beginning
20  Media File Number 3.  The time is
21  1:22.
22       - - -
23       EXAMINATION (Cont'd.)
24       - - -
```

Brooke T. Mossman, M.S., Ph.D.

Page 218

1    BY MR. SMITH:
2        Q.   All right.  Doctor, we just
3    took a lunch break, and I just have some
4    more questioning for you.
5            In your paper -- excuse me,
6    in your report for the MDL, you state, on
7    Page 10, under Paragraph D, "Chronic
8    inflammation and foreign body
9    carcinogenesis."  And I quote, "Chronic
10   inflammation over months and years can
11   result in many diseases, including
12   cancers, but has not been established as
13   a cause of ovarian cancer, and there is
14   evidence that is difficult to reconcile
15   with the inflammation hypothesis."  And
16   you have Ni cited.
17           And then you go on to say,
18   "The relationship between cancer and
19   inflammation is not simple and cannot be
20   reduced to one grand theory," quoting
21   Rakoff-Nahoum, 2006.  Do you recall that
22   in your report?
23       A.   Yes.  Do you --
24           MR. FROST:  So yeah, I was

Page 219

1    going to say, can we mark a copy
2    of the report?  It might make it
3    easier.
4            MR. SMITH:  Sure.  I have
5    some copies.
6            (Document marked for
7    identification as Exhibit
8    Mossman-21.)
9    BY MR. SMITH:
10       Q.   I'm going to mark a clean
11   copy.
12           MR. SMITH:  Can I keep one
13   of them?
14           MR. FROST:  Sure.  I was
15   going to say, is one marked up?
16           MR. SMITH:  Yeah.
17   BY MR. SMITH:
18       Q.   And that would be the next
19   numbered exhibit, Exhibit 21.  And,
20   Doctor, I was reading on Page 10 of your
21   report.
22       A.   Okay.
23       Q.   From Page 10 of your report.
24   Right in that first paragraph under,

Page 220

1    "Chronic inflammation and foreign body
2    carcinogenesis."
3        A.   Yes.
4        Q.   Did I read that correctly?
5    It's the -- it's six lines down starting
6    with, "Chronic inflammation," to the
7    right.  I'll read it again.
8        A.   Yes.
9        Q.   "Chronic inflammation over
10   months and years can result in many
11   diseases including cancers but has not
12   been established as a cause of ovarian
13   cancer, and there is evidence that is
14   difficult to reconcile with the
15   inflammation hypothesis."  You cite Ni,
16   et al., 2012.
17           "Notably Rakoff-Nahoum,
18   2006, cautions, 'The relationship between
19   cancer and inflammation is not simple and
20   cannot be reduced to one grand theory.'"
21           Did I read that correctly?
22       A.   You did.
23       Q.   Okay.  And this is in your
24   MDL report as part of your opinion in

Page 221

1    this case, correct?
2        A.   It is.
3            MR. SMITH:  I'm going to try
4    to make this as easy as possible.
5    But I put together -- it's a
6    two-sided document.
7            I'm going to mark it as the
8    next exhibit.  It's going to be
9    12.  And I created this.
10           MR. FROST:  Object for the
11   record the use to compiled,
12   created.  This is two pages?  We
13   only have one.
14           But to finish my objection,
15   but yeah, I object to the use of,
16   you know, exhibits that you
17   created.
18           MR. SMITH:  There should be
19   a back and front.
20           MR. FROST:  That's what I
21   figured.  Yeah, it's just the --
22           THE WITNESS:  It's just Page
23   1.
24           MR. SMITH:  All right.

56 (Pages 218 to 221)

Brooke T. Mossman, M.S., Ph.D.

Page 222

1    Well, let's do this. I'm going to
2    mark -- and we'll go through it.
3    I'm going to have to probably do
4    it back on the Elmo because I
5    don't know what happened. They
6    copied this downstairs. I
7    don't -- I don't have an
8    explanation.
9        I'm going to mark, which is
10   the back and front, which you just
11   have the front, as Exhibit 24.
12   And then when we get to the back
13   of it, I'm going to have to use
14   the Elmo.
15       (Document marked for
16       identification as Exhibit
17       Mossman-24.)
18   BY MR. SMITH:
19       Q.   I just want to go through
20   these studies. And just walk through
21   them with you and ask you some questions.
22   They're quotes from these different
23   studies. And first let me ask you.
24   Let's go to the first one.

Page 223

1        The draft screening
2    assessment "Talc, Environment, and
3    Climate Change," Canada, Health Canada
4    December 2018. Did you use that as part
5    of your reliance materials for your
6    opinion in this case?
7        A.   I did not.
8        Q.   Okay. And it says, "With
9    respect to talc specifically, local
10   irritation leading to an inflammatory
11   response is one of the possible
12   mechanisms of tumor progression that is
13   frequently hypothesized."
14       You've not read the Health
15   Canada draft screening assessment
16   referenced here?
17       A.   I have scanned it, yes.
18       Q.   You just said you hadn't
19   seen it. Now you say you scanned it.
20   Which is it?
21       MR. FROST: Objection to
22   form.
23       THE WITNESS: You asked me
24   if I read it in its completeness.

Page 224

1        No. I actually scanned it because
2    it was presented to me in another
3    matter while on the stand. So I
4    did not look at it in detail.
5    BY MR. SMITH:
6        Q.   Okay. So you've not read
7    this back to front, this draft screening
8    assessment from Health Canada?
9        A.   That's -- that's correct.
10       Q.   You were just asked
11   questions about certain parts of it on
12   the stand, witness stand?
13       A.   I was.
14       Q.   Okay. Was that in the
15   Leavitt case?
16       A.   I believe so, yes.
17       Q.   Second quote from this draft
18   screening assessment on this page:
19   "There is support for an association of
20   inflammation and increased risk of
21   ovarian cancer."
22       Would you agree or disagree
23   with that statement?
24       MR. FROST: Objection to

Page 225

1    form.
2        THE WITNESS: I would
3    disagree with both of them.
4    Although I think the first one
5    states possible and hypothesis.
6    And again local irritation is a
7    hypothesis. But I would disagree
8    with both of them.
9    BY MR. SMITH:
10       Q.   And the -- the second -- the
11   third paragraph down cites the second
12   article -- a second article, Taher. Have
13   you read Taher in reliance of your
14   opinions in this case?
15       A.   No, I see this is an
16   unpublished document.
17       Q.   Well, it is an unpublished
18   document that's been published. It's in
19   peer-reviewed literature.
20       Taher, you've never read it?
21       MR. FROST: Objection to
22   form.
23       THE WITNESS: Yeah. I am
24   unaware of it. And if it has been

57 (Pages 222 to 225)

Page 226

1  published in the peer-review
2  literature, it hasn't appeared on
3  my searches.
4         MR. SMITH:  And that is --
5  I'm going to mark this as
6  Exhibit 22.
7         Is that correct?
8         (Document marked for
9  identification as Exhibit
10  Mossman-22.)
11        MS. O'DELL:  This is 24.
12        MR. SMITH:  Oh my gosh.
13        MS. O'DELL:  We didn't do a
14  20 --
15        MR. FROST:  Oh, I see.
16  Okay.
17        MR. SMITH:  Does it really
18  matter?
19        MR. FROST:  I was going to
20  say we can do 22.  I don't think
21  it has been --
22        MR. MIZGALA:  So this, this
23  is 24?
24        MR. SMITH:  Yeah, this is

Page 227

1  24 --
2         MR. FROST:  So I think this
3  one will be 22.
4         MR. SMITH:  It doesn't
5  matter what number.
6         MR. FROST:  We can use 22
7  and 23 now.
8         MR. SMITH:  Yeah.  Okay.
9  BY MR. SMITH:
10     Q.   This is a systematic review
11  of the meta-analysis of the association
12  between perineal use of talc and risk of
13  ovarian cancer.  Have you read and relied
14  on this study in support of your opinion
15  in this case?
16     A.   I have not seen this study
17  before.
18     Q.   Okay.  And the quote on
19  Page 26, "Chronic inflammatory response
20  and alteration in local immunogenicity
21  are possible mechanisms."
22         Would you agree with that,
23  as far as mechanisms for ovarian cancer?
24     A.   I don't think that chronic

Page 228

1  inflammation in local immunogenicity has
2  been linked to causation of ovarian
3  cancers in anything that I've read.
4     Q.   But you haven't read Taher?
5     A.   No.  This is an unpublished
6  document.  I'm not sure where it's
7  published.
8         I haven't seen this document
9  and certainly I never saw it before my
10  report.  So I would wonder what's new
11  about it and what's the source.  I don't
12  know of any of the authors and haven't
13  heard of them as well.  So I couldn't
14  really comment on this.
15     Q.   You don't know -- have any
16  knowledge about whether this
17  meta-analysis was produced and submitted
18  to Health Canada for their risk
19  assessment of talc not containing
20  asbestos?
21     A.   No, it --
22        MR. FROST:  Objection to
23  form.
24  BY MR. SMITH:

Page 229

1     Q.   Okay.
2     A.   It's not in the
3  peer-reviewed literature.  And I'm
4  unfamiliar with Dr. Taher or any of the
5  other authors in terms of their
6  contributions to the field.
7     Q.   Next is a -- a study called
8  Penninkilampi 2018.  You referenced that
9  earlier.
10        Did you rely on the
11  Penninkilampi study for the basis of any
12  of your opinions in this case?
13     A.   Yes.  But I emphasize that
14  this was a meta-analysis and a -- an
15  epidemiological study that didn't look
16  as -- at the quote as any foreign bodies.
17  And so I wouldn't agree with this
18  statement.
19        I don't think that there is
20  any information in this article or in
21  other ones that talc would ascend
22  perineally to the ovary.
23     Q.   Quote, if chronic -- and I'm
24  quoting Penninkilampi.  If chronic

Brooke T. Mossman, M.S., Ph.D.

Page 230

1   inflammation due to ascending foreign
2   bodies is indeed the mechanism by which
3   talc is associated with increased ovarian
4   cancer, then these revoked results fit
5   the picture.  And you said that you don't
6   believe that talc can ascend through the
7   fallopian tubes to the ovaries; is that
8   correct?
9       A.   And I'm --
10      Q.   And we'll get to that in a
11  minute about migration.
12          MR. FROST:  Objection to
13      form.
14          THE WITNESS:  Yeah, I think
15      that this -- the question if is
16      indeed the mechanism is unproven.
17      And certainly not in the
18      Penninkilampi epidemiological
19      meta-analysis.
20  BY MR. SMITH:
21      Q.   Have you read the Trabert,
22  Pinto and Hartge, et al., 2014 document
23  and used that as a basis of your opinions
24  in this case?

Page 231

1       A.   I have.
2       Q.   And quote from that study,
3   "Epidemiologic evidence implicates
4   chronic inflammation as a central
5   mechanism in the pathogenesis of ovarian
6   cancer."
7           What's pathogenesis means?
8       A.   Pathogenesis means the
9   development of disease.  So it could be
10  any -- it could be talking about anything
11  from causation to later stages of
12  disease.
13      Q.   Well, here, "Epidemiologic
14  evidence implicates chronic inflammation
15  as a central mechanism in the
16  pathogenesis of ovarian cancer, the most
17  lethal gynecologic cancer among women in
18  the United States."
19          Would you agree or disagree
20  with that statement from Trabert?
21          MR. FROST:  Objection to
22      form.
23          THE WITNESS:  Yeah, I would
24      have to look at the Trabert paper.

Page 232

1       But as I remember this statement,
2   it was referenced to a hypothesis
3   paper by Ness and -- I believe it
4   was Cottreau in 1999 or 2000.  And
5   that was the reference for this
6   statement.  Certainly not the
7   paper which I believe was looking
8   at systemic markers of
9   inflammation and not ovarian
10  related markers in the ovary.
11  BY MR. SMITH:
12      Q.   There's another quote from
13  the Trabert study.  "Our studies provide
14  additional evidence that inflammation
15  plays an important role in ovarian
16  carcinogenesis."
17          Would you agree or disagree
18  with that statement from Trabert?
19          MR. FROST:  Objection to
20      form.
21          THE WITNESS:  Again, I don't
22      have the paper in front of me, but
23      Trabert did not look at localized
24      inflammation in the ovary.  I

Page 233

1   believe this was a study where
2   they looked at a total of over 40
3   markers of inflammation and found
4   only two systemically in
5   individuals with preexisting
6   cancer.
7           So, if it does play a role
8   in ovarian carcinogenesis, it
9   certainly is very speculative with
10  regard to causation.
11  BY MR. SMITH:
12      Q.   Well, it doesn't seem
13  speculative here.  The quote states:
14  "Our study provides additional
15  evidence" -- "provides additional
16  evidence that inflammation plays an
17  important role in ovarian
18  carcinogenesis."
19          It's pretty direct there.
20  It doesn't say anything about hypothesis
21  or -- or any of the qualifiers that
22  you're saying, Doctor, does it?
23          MR. FROST:  Objection to
24      form.

Brooke T. Mossman, M.S., Ph.D.

Page 234

1        THE WITNESS:  Yeah, let me
2    emphasize though, here they are
3    looking at systemic markers of
4    inflammation in the serum of
5    patients, and some of the markers
6    they found are the same ones that
7    have been detected in lung cancers
8    or in other models of cancer.
9        So whether inflammation
10    plays a critical role is
11    speculative.
12    BY MR. SMITH:
13        Q.  They didn't say it was
14    speculative?
15        MR. FROST:  Objection to
16    form.
17    BY MR. SMITH:
18        Q.  Correct?
19        A.  They did not look at
20    inflammation in the ovary.  So you can't
21    equate systemic inflammatory markers with
22    causative roles in disease especially if
23    you're looking at individuals who had
24    disease.

Page 235

1        MR. FROST:  And she said it
2    in her answer.  I was trying to
3    get it in before.  I want to lodge
4    the general objection that I think
5    it's improper to be asking her
6    about questions about papers that
7    aren't in front of her.
8    BY MR. SMITH:
9        Q.  Did you look at the Wu 2009
10    paper?
11        A.  I did, and again, this is an
12    epidemiology paper.  I'd have to look at
13    it again to see where the source of this
14    statement comes from, whether it's
15    reference to another study or whether
16    he's talking about specific things here
17    such as talc and endometriosis that he's
18    identified as variables.
19        Q.  Quote, "Our findings on talc
20    and endometriosis are consistent with
21    previous findings and compatible with the
22    hypothesis that these factors increase
23    the risk of ovarian cancer and that
24    inflammation may be a common pathway."

Page 236

1        Would you agree or disagree
2    with that statement?
3        MR. FROST:  Objection to
4    form.
5        THE WITNESS:  I would
6    disagree that his studies
7    illustrated that endometriosis is
8    linked to the risk of ovarian
9    cancer.  Other studies have shown
10    that it's not.
11    BY MR. SMITH:
12        Q.  Have you relied on Merritt
13    2008 as a basis for your opinions in this
14    case?
15        A.  Again, I'd have to go back
16    and -- did I list this in my references?
17    Then I could tell you.
18        Q.  Well, let's look.
19        THE WITNESS:  Do we have the
20    references?
21        MR. FROST:  The references
22    aren't attached.
23        THE WITNESS:  Yeah.
24        MR. SMITH:  Hold on.  I

Page 237

1    should have it.
2        (Document marked for
3    identification as Exhibit
4    Mossman-23.)
5    BY MR. SMITH:
6        Q.  Is Merritt 2008 one of the
7    studies that you relied on in the basis
8    of your opinions in this case?
9        A.  Let me just look at it just
10    to make sure.
11        Q.  I can't remember if I
12    attached that reference.
13        A.  No.
14        Q.  I did your updated, but I'm
15    going to attach this as Exhibit 23, the
16    original key references and reliance
17    materials.  I attached the amended one
18    earlier.
19        Doctor?
20        A.  Yes.
21        Q.  Did you rely on Merritt to
22    form the basis of your opinions in this
23    case?
24        A.  No, I did not.

60 (Pages 234 to 237)

Brooke T. Mossman, M.S., Ph.D.

Page 238

1    Q.   And from that paper, quote,
2    "Chronic inflammation has been proposed
3    as a possible causal mechanism that
4    explains the observed association between
5    certain risk factors, such as the use of
6    talcum powder, talc, in the pelvic region
7    and epithelial ovarian cancer."
8         Would you agree or disagree
9    with that statement from Merritt?
10        MR. FROST:  Objection.
11        THE WITNESS:  I'd have to
12        see the paper to see in which
13        context it was used and also what
14        reference was supplied.
15        Again, I think the key word
16        here is "possible."  So I'm not
17        aware that this paper presented
18        any causative role or causative
19        link between talcum powder and
20        ovarian cancer.
21   BY MR. SMITH:
22        Q.   Well, do you -- are you of
23   the opinion that chronic inflammation is
24   a possible causal mechanism to ovarian

Page 239

1    cancer?
2         MR. FROST:  Objection to
3         form.
4         THE WITNESS:  I would argue
5         against that based upon the
6         literature that I reviewed.  We
7         can go into that later or we can
8         go into it now.
9    BY MR. SMITH:
10        Q.   I'm just asking, do you
11   think chronic inflammation is a possible
12   mechanism leading to the development of
13   ovarian cancer?
14        A.   Not based upon what I've
15   read or seen regarding Dr. Shih's work in
16   this regard.
17        Q.   Dr. Shih's work?  Is that
18   the basis of your opinion that chronic
19   inflammation is not a possible mechanism
20   leading to the development of ovarian
21   cancer?
22        MR. FROST:  Objection to
23        form.
24        THE WITNESS:  No, that's

Page 240

1    only one, I think, compelling
2    study that indicates that chronic
3    inflammation is not a causal
4    mechanism.  Let me emphasize that
5    I also have looked at the
6    meta-analysis on pelvic
7    inflammatory disease that show
8    that this is not linked to ovarian
9    cancer, as well as the data on
10   aspirin and NSAIDs.
11   BY MR. SMITH:
12        Q.   That wasn't -- my question
13   wasn't about whether it shows a causal
14   relationship.  My question is, to you,
15   are you of the opinion chronic
16   inflammation is a possible mechanism
17   leading to the development of ovarian
18   cancer?
19        MR. FROST:  Objection to
20        form.
21        THE WITNESS:  Well, yeah,
22        and as I said previously, the data
23        suggests that it is not a possible
24        mechanism that leads to the

Page 241

1    development of disease.
2    BY MR. SMITH:
3         Q.   Quote -- the next quote --
4         And you say that the data
5    suggest that.  What data are you talking
6    about?  What work?  Is this an expert
7    report?  Is Shih an expert report?
8         MR. FROST:  Objection to
9         form.
10        THE WITNESS:  No.  As I
11        said, the Shih study is only one
12        of many studies beginning at the
13        cell level, indicating in my own
14        work that talc does not give rise
15        to genes that induce chronic
16        inflammation.
17        Also the studies in animals
18        indicate that there is no chronic
19        inflammation associated with
20        disease development.
21        The pelvic inflammatory
22        disease literature and the
23        literature on aspirin and NSAIDs,
24        Dr. Shih's study examines this

61 (Pages 238 to 241)

Brooke T. Mossman, M.S., Ph.D.

Page 242

1    directly and is compelling
2    evidence that chronic inflammation
3    does not lead to the causation of
4    ovarian cancers.
5  BY MR. SMITH:
6        Q.   Where -- I'm looking on your
7    reliance materials.  Where is
8    Dr. Shih's -- where is Dr. Shih listed on
9    here?
10       A.   Dr. Shih's study was one
11   that I read after I compiled my opinions;
12   that is, my final report in this case.
13       Q.   When did you read that?
14       A.   I read that within the last
15   two weeks.
16       Q.   Well, you provided me an
17   updated list of materials relied upon.
18   It's not in that.
19       A.   It should have been.
20       Q.   Is it?
21       A.   Yes.
22       MR. FROST:  It should be.
23  BY MR. SMITH:
24       Q.   I see.  It says "Expert

Page 243

1    report of Shih."
2        A.   That's what I'm talking
3    about.
4        Q.   That's a defense expert
5    report?
6        A.   That's correct.
7        Q.   So one of the major bases of
8    whether talc can cause chronic
9    inflammation that could possibly lead to
10   the development of ovarian cancer, one of
11   your major reliance materials is an
12   expert report for the defendants in this
13   litigation?
14       MR. FROST:  Objection.
15       THE WITNESS:  That's not
16   what I said.
17  BY MR. SMITH:
18       Q.   You said it was a compelling
19   study that you relied upon for that
20   opinion.
21       MR. FROST:  Objection.
22       THE WITNESS:  It bolstered
23   my preexisting opinions written in
24   my report before I saw the study.

Page 244

1        And yes, it is a compelling study
2    showing that there is no
3    inflammation associated with early
4    lesions in ovarian cancers.
5  BY MR. SMITH:
6        Q.   It's not a study, ma'am.
7    It's an expert report.  It's not peer
8    reviewed, correct?
9        MR. FROST:  Objection.
10       THE WITNESS:  I'm sorry.  As
11   a pathologist, I looked at that
12   data.  It should be a
13   peer-reviewed report and maybe
14   some day.
15       But the fact is, it was
16   beautifully done and it was
17   compelling data showing that
18   inflammation is not associated
19   with early intraepithelial
20   development in serous types of
21   cancers.
22  BY MR. SMITH:
23       Q.   Ma'am, one day I might be
24   president of the United States.

Page 245

1        My question to you is, is
2    that a peer-reviewed publication?
3        MR. FROST:  Objection to
4    form.
5        THE WITNESS:  As I read it,
6    no.  But I'm sure it will be some
7    day.
8  BY MR. SMITH:
9        Q.   Okay.  What do you base your
10   opinion on, "I'm sure it will be some
11   day"?  What do you base that on?
12       MR. FROST:  Objection.
13       THE WITNESS:  Dr. Shih is an
14   international expert in this
15   field.  A leading pathologist in
16   this field.  And, therefore, this
17   study is at a high -- I would call
18   it a highly ranked, thorough study
19   done beautifully by leading
20   pathologists in this field.
21  BY MR. SMITH:
22       Q.   All those accolades gave
23   by -- given by another defense expert
24   being paid in this litigation, correct?

62 (Pages 242 to 245)

Brooke T. Mossman, M.S., Ph.D.

Page 246

1    MR. FROST:  Objection to
2    form.
3    THE WITNESS:  I am not
4    certain to whether how much he or
5    she is being paid.  I'm not
6    looking at the report as a report,
7    per se.  I'm looking at the data
8    and assessing it scientifically,
9    and it is compelling data.
10   BY MR. SMITH:
11       Q.   I meant all the accolades
12   that you're throwing on this expert
13   report are by you, who is a defense paid
14   expert and been in talc litigation since
15   2014; is that correct, Dr. Mossman?
16       A.   No, it's --
17       MR. FROST:  Objection --
18   BY MR. SMITH:
19       Q.   That's not correct?  Let's
20   break it down then.
21       A.   No, let -- let me finish.
22       Q.   Okay.
23       A.   I'm not talking as an expert
24   for defense in litigation.  I'm talking

Page 247

1    as a pathologist in the study of science.
2        This was a scientific study,
3    and it was done correctly and it is very
4    important in terms of bolstering my
5    opinions which were linked to other
6    things prior to my seeing the Shih study.
7        Q.   Ma'am, it's an expert
8    report.  Your reliance materials have you
9    here as a paid expert for Johnson &
10   Johnson who is a defendant in the
11   litigation.  You've been paid for talc
12   litigation since 2014.  So your opinions
13   and your reliance materials and your
14   opinion in this case is for litigation.
15   Do you not understand that?
16       MR. FROST:  Objection to
17   form.
18       THE WITNESS:  Yes.  And I
19   think you are incorrect.  My
20   opinions are not as expert in
21   litigation.
22       My opinions are as a
23   scientist who has studied this
24   field for 40 years.

Page 248

1    BY MR. SMITH:
2        Q.   Studied the field of talc
3    and ovarian cancer for 40 years?
4        A.   No.
5        MR. FROST:  Objection.
6        THE WITNESS:  Who studied
7    the field of ovarian cancer most
8    recently.  But who has done
9    research on development of
10   epithelial cancers in the cervix,
11   in the skin, and in the lung.
12   BY MR. SMITH:
13       Q.   That's not what we are
14   about.  We're talking about ovarian
15   cancer.  I'm not talking about the cervix
16   or the lung -- I'm not talking about
17   cervical cancer.
18       Do you understand that?  I'm
19   talking about ovarian cancer.
20       MR. FROST:  Objection to
21   form.
22       THE WITNESS:  What I'm
23   saying is that inflammation is
24   inflammation regardless of the

Page 249

1    cancer that you're talking about.
2    BY MR. SMITH:
3        Q.   So inflammation is
4    inflammation.
5        A.   What I'm saying here is that
6    there is no evidence that chronic
7    inflammation is associated with the
8    causation or early development of ovarian
9    cancers.
10       Q.   You have not performed one
11   study on cosmetic-grade talc, correct?
12       A.   I have said that before,
13   yes.
14       Q.   You have not performed one
15   study on Shower to Shower or Baby Powder
16   which are the products at issue in this
17   case, correct?
18       MR. FROST:  Objection to
19   form.
20       THE WITNESS:  As I
21   emphasize, I have looked at
22   industrial talcs --
23   BY MR. SMITH:
24       Q.   No, ma'am.  That's not

63 (Pages 246 to 249)

Brooke T. Mossman, M.S., Ph.D.

Page 250

1  responsive to my question.
2      My question is, have you
3  performed any studies on Baby Powder and
4  Shower to Shower that are at issue in
5  this litigation?
6      MR. FROST:  Objection to
7      form.
8      THE WITNESS:  I have not
9      myself performed studies.
10 BY MR. SMITH:
11     Q.   And have you performed
12 studies on the types of asbestos that
13 experts have found and internal documents
14 have revealed from Johnson & Johnson and
15 Imerys that are in Baby Powder and Shower
16 to Shower?
17     MR. FROST:  Objection.
18     THE WITNESS:  Again, I've
19     looked at talc, fibrous talc,
20     which contained non-asbestiform
21     tremolite.  And I'm unaware of
22     scientific data supporting the
23     claims that tremolite,
24     anthophyllite, or actinolite

Page 251

1  asbestos are in talcs.
2      MR. SMITH:  Object to
3      nonresponsiveness.
4  BY MR. SMITH:
5      Q.   My question is, have you
6  ever performed a study on the types of
7  asbestos that we went through earlier
8  that have been found in the internal
9  documents of Johnson & Johnson and Imerys
10 that are in Baby Powder and Shower to
11 Shower and by experts that have tested
12 Baby Powder bottles?
13     MR. FROST:  Objection.
14     THE WITNESS:  I have not.
15 BY MR. SMITH:
16     Q.   Okay.  In the Merritt --
17 another Merritt quote here.  "Chronic
18 inflammation was first invoked as a
19 possible mechanism leading to the
20 development of epithelial ovarian cancer
21 to explain observed associations between
22 certain factors such as talcum powder in
23 the perineal region or pelvic
24 inflammatory disease and the risk of

Page 252

1  ovarian cancer."
2      Would you agree or disagree
3  with that statement from Merritt?
4      MR. FROST:  Objection.
5      THE WITNESS:  I don't have
6      it in front of me.  I -- I really
7      can't comment on it.
8  BY MR. SMITH:
9      Q.   You can't comment on that
10 quote, whether you agree with that
11 statement or not?
12     A.   Which one was this now?  The
13 chronic inflammation again?
14     Q.   It's the second one.
15 "Chronic inflammation was first invoked
16 as a possible mechanism leading to the
17 development of epithelial ovarian cancer
18 to explain observed associations between
19 certain factors such as talcum powder in
20 the perineal region or pelvic
21 inflammatory disease, PID, and a risk of
22 ovarian cancer."
23     Do you agree or disagree
24 with that statement?

Page 253

1      MR. FROST:  Objection to
2      form.
3      THE WITNESS:  I disagree
4      with the statement.
5  BY MR. SMITH:
6      Q.   Thank you.
7      Next Merritt quote:
8  "Indeed, the most consistent evidence
9  linking inflammation with ovarian cancer
10 comes from many reports that use of the
11 talc in the perineal region increases
12 ovarian cancer risk."
13     Would you agree or disagree
14 with that statement from Merritt?
15     MR. FROST:  Objection.
16     THE WITNESS:  Again, I'd
17     have to see the report and see the
18     references, but the references
19     that I have reviewed suggest that
20     this is not consistent evidence at
21     all.
22 BY MR. SMITH:
23     Q.   And have you read Gates or
24 did you rely on Gates 2008 for the basis

Brooke T. Mossman, M.S., Ph.D.

Page 254

1      of your opinion in this case?
2          A.   It was one of the cohort
3      studies I believe.
4          Q.   She has several.
5          A.   I'd have to see the
6      publication.
7              Do you have it?
8              MR. FROST:  Reliance list.
9      Did you check your reliance list?
10             THE WITNESS:  I mean, I have
11     to see the publication itself.
12             MR. FROST:  Sure.
13             MR. SMITH:  I'll get that at
14     a break.  Yeah, I'll get that at a
15     break.  Let me see if I can find
16     it real quick.  If not, I'll move
17     on.  I'll come back to it.
18     BY MR. SMITH:
19         Q.   But, quote, "Talc particles
20     can induce an inflammatory response in
21     vivo which may be important" -- what's
22     "in vivo" mean?
23         A.   It means in the body.
24         Q.   "Talc particles can induce

Page 255

1      an inflammatory response in vivo."
2              Do you agree with that?
3              MR. FROST:  Objection to
4      form.
5              THE WITNESS:  I believe we
6      talked about that with talc
7      pleurodesis, yes.
8      BY MR. SMITH:
9          Q.   -- "which may be important
10     in ovarian cancer risk.  Normal ovarian
11     cells treated with talc are more likely
12     to undergo cell proliferation and
13     neoplastic transformation, and cellular
14     generation of reactive oxygen species
15     increases with increasing exposure to
16     talc."
17             Do you agree with that
18     statement from Gates?
19             MR. FROST:  Objection to
20     form.
21             THE WITNESS:  Gates did not
22     show that in this publication.  I
23     do remember the statement.  And I
24     would not agree with the statement

Page 256

1      I believe that no normal ovarian
2      cells treated with talc undergo
3      increased cell proliferation,
4      neoplastic transformation, and
5      generation of reactive oxygen
6      species.
7              She may be referencing
8      another study which -- by
9      Buz'Zard, et al., that encompasses
10     these ideas.
11     BY MR. SMITH:
12         Q.   I'm -- going to have to look
13     at the screen now.  I just don't have --
14     I don't know what happened with the -- I
15     apologize.
16             Did you rely on Langseth
17     2008 for the basis of your opinions in
18     this case?
19         A.   I did.  It was an
20     epidemiological study.  Again, the
21     hypothesis, mechanism of carcinogenicity
22     may be related to inflammation.  He
23     didn't look at inflammation, but it's a
24     hypothesis that he put forth.

Page 257

1          Q.   Do you believe it's a
2      possible hypothesis?
3              MR. FROST:  Objection to
4      form.
5              THE WITNESS:  Based upon my
6      studies with talc, no.  Because in
7      ovarian epithelial cells and
8      certainly in pleural -- I should
9      say peritoneal mesothelial cells
10     we documented antiinflammatory
11     effects of talc.  So it's
12     difficult for me to reconcile my
13     findings with this statement.
14     BY MR. SMITH:
15         Q.   Collectively -- well, let me
16     ask you this.  Did you read the Mills
17     2004 paper as reliance for your opinions
18     in this case?
19         A.   Let me look here and see
20     whether I did read it.
21             No, I am uncertain what that
22     is.
23             I believe it might be an
24     epidemiology study, because it does ring

65 (Pages 254 to 257)

Brooke T. Mossman, M.S., Ph.D.

Page 258

1    a bell.
2        Q.   You don't have it as your
3    reliance materials for the basis of your
4    opinion in this case; is that correct?
5        A.   No, it's not listed.
6        Q.   "Collectively, these studies
7    point to a possible etiologic role of
8    talc in ovarian cancer via an
9    inflammatory process at the site of the
10   ovarian epithelium."
11           Would you agree or disagree
12   with that statement from Mills?
13           MR. FROST:  Objection to
14   form.
15           THE WITNESS:  Yeah, I would
16   disagree that -- that has not been
17   shown.
18   BY MR. SMITH:
19       Q.   Have you read the Ness 2000
20   study?
21       A.   I have.  These are all
22   hypotheses generating.
23           I believe some of them are
24   reviews of the field as well.

Page 259

1        Q.   Quote, "Inflammation
2    involves rapid cell division, DNA
3    excision and repair, oxidative stress,
4    and high concentrations of cytokines
5    and" --
6        A.   Prostaglandins.
7        Q.   I'm glad you pronounced it.
8        -- "all of which are
9    established promoters of mutagenesis."
10           Would you agree with that
11   statement?
12           MR. FROST:  Objection.
13           THE WITNESS:  In a general
14   context, yes.  But it certainly
15   hasn't been shown for talc,
16   because talc doesn't induce
17   mutations.
18   BY MR. SMITH:
19       Q.   Have you relied on Ness 1999
20   in forming the basis of your opinions in
21   this case?
22       A.   Yes.  It's somewhat
23   outdated, but I think that this was a
24   review of the state of the art at that

Page 260

1    time in the literature.
2        Q.   It says, "At the same time,
3    a growing body of epidemiological
4    evidence suggest that factors calling
5    epithelial inflammation are involved in
6    ovarian carcinogenesis.  Such factors
7    include asbestos and talc exposures,
8    endometriosis, and pelvic inflammatory
9    disease."
10           I take it that you don't
11   agree with that statement of Ness in
12   1999?
13           MR. FROST:  Objection to
14   form.
15           THE WITNESS:  I don't.  I
16   don't agree with "such factors
17   include."  Maybe they were at the
18   time.  But there have been a lot
19   of papers published since then
20   that suggest the opposite.
21   BY MR. SMITH:
22       Q.   Same study.  "Inflammation
23   by its nature produces toxic oxidants
24   meant to kill pathogens.  These oxidants

Page 261

1    cause direct damage to DNA, proteins, and
2    lipids and may, therefore, play a role in
3    direct carcinogenesis."
4            Do you agree with that
5    statement?
6            MR. FROST:  Objection.
7            THE WITNESS:  Again, it's a
8    general statement with regard to
9    inflammation in general.  I don't
10   agree with it as it's been
11   shown -- has not been shown to be
12   important in ovarian cancer
13   development.
14   BY MR. SMITH:
15       Q.   Same study.  "Direct
16   induction of inflammation as a result of
17   endometriosis, talc and asbestos exposure
18   and PID, as well as ovulation itself, may
19   act to promote ovarian tumorigenesis."
20           Do you agree with that
21   statement from Ness?
22           MR. FROST:  Objection.
23           THE WITNESS:  Again, it's an
24   outdated paper that hasn't

66 (Pages 258 to 261)

Brooke T. Mossman, M.S., Ph.D.

Page 262

1    evaluated these studies that don't
2    support that mechanism of action.
3  BY MR. SMITH:
4    Q.   Same study.  "We have
5  reviewed the data suggesting that an
6  additional mechanism that may underlie
7  ovarian cancer is inflammation with
8  concomitant rapid DNA turnover and
9  defective repair."
10    Do you agree or disagree
11  with that statement?
12    MR. FROST:  Objection.
13    THE WITNESS:  Again, I -- it
14  may have been true in 1999, but
15  data do not support that as a
16  whole.
17  BY MR. SMITH:
18    Q.   Okay.  Well, let's talk
19  about data that might be more relevant.
20  And you would agree that this is
21  epidemiological data that we have gone
22  through regarding the inflammation that's
23  on Exhibit 24, correct?
24    MR. FROST:  Objection.

Page 263

1    THE WITNESS:  I would agree,
2  I'm sorry.  Was that a question?
3  BY MR. SMITH:
4    Q.   Been dealing with
5  epidemiological studies?
6    A.   Have we talked about them?
7    Q.   Yes.
8    A.   Yes, we have.
9    Q.   Excuse me.  That are
10  included in Exhibit 24 that we went
11  through all the quotes.  Those are
12  epidemiological studies that we went
13  through, correct?
14    MR. FROST:  Objection.
15    THE WITNESS:  The majority
16  of these are epidemiology studies,
17  yes, with the exception of the
18  Trabert study.
19    MR. FROST:  Are these two
20  different ones?
21    MR. SMITH:  No.
22    MR. FROST:  Okay.
23    MR. SMITH:  Same one.
24    MR. FROST:  Just not

Page 264

1  stapled.
2    (Document marked for
3    identification as Exhibit
4    Mossman-25.)
5  BY MR. SMITH:
6    Q.   All right.  Exhibit 25, this
7  is a paper that was published in 2009.
8  Do you see that, Doctor?  "Inflammation:
9  A Hidden Path to Breaking the Spell of
10  Ovarian Cancer."
11    Do you see that?
12    A.   Yes.  I am not familiar with
13  the journal Cell Cycle, but...
14    Q.   By Shan and Liu.
15    And if you turn to the next
16  page -- well, let me ask you this.  Is
17  this on your reference materials that
18  form the basis of your opinion in this
19  case?
20    A.   No.  And I'm unfamiliar with
21  the journal.  So I'm not sure it would
22  have been referenced by PubMed or my
23  PubMed searches.
24    Q.   Okay.  Well, let's go to the

Page 265

1  first page.  "Inflammation:  A hidden
2  path to breaking the spell of ovarian
3  cancer."  Shan and Liu, the authors from
4  the department of pathology at the
5  University of Texas M.D. Anderson Cancer
6  Center, Houston, Texas.
7    Is M.D. Anderson Cancer
8  Center in Houston, Texas, a reputable
9  cancer center in the United States and
10  throughout the world?
11    MR. FROST:  Objection.
12    THE WITNESS:  It is.
13  BY MR. SMITH:
14    Q.   Let's go to the first --
15  let's go to the box, grey box to the left
16  above introduction.  "Epithelial ovarian
17  cancer is a highly lethal gynecological
18  cancer for which overall prognosis has
19  remained poor over the past few decades.
20  A number of theories have been postulated
21  in an effort to explain the etiology of
22  epithelial ovarian cancer each of which
23  has been both applauded and doubted.  Of
24  note, these theories likely are not

67 (Pages 262 to 265)

Brooke T. Mossman, M.S., Ph.D.

Page 266

1  mutually exclusive as they all converge
2  more or less on the role of inflammation
3  in promoting ovarian tumorigenesis."
4       Do you agree with that
5  statement?
6       MR. FROST: Objection.
7       THE WITNESS: Yes. That the
8  inflammation certainly has been
9  shown to be important in late
10  stage cancers, including ovarian.
11  BY MR. SMITH:
12  Q.  That's not what it says,
13  Doctor. It says, "Of note, these
14  theories are likely not mutually
15  exclusive as they all converge more or
16  less on the role of inflammation in
17  promoting ovarian tumorigenesis,"
18  correct?
19  A.   Correct.
20  Q.   Okay.
21  A.   And promotion is not
22  initiation or causation.
23  Q.   I understand.
24  A.   So that's what I stated.

Page 267

1       That in general,
2  inflammation has been linked to the
3  progression as well as the dissemination
4  of preexisting tumors.
5  Q.   Okay. Let me continue. "In
6  this review we describe the latest
7  studies on the role of inflammation in
8  the initiation and progression of
9  epithelial ovarian cancer from three
10  major aspects: Physiologic functions of
11  a normal ovary, potential involvement of
12  the fallopian tube in the initiation of
13  epithelial ovarian cancer, and the strong
14  impact of cellular microenvironment on
15  the development of disease."
16       Now, that statement doesn't
17  just say progression. It says
18  initiation, correct?
19       MR. FROST: Objection.
20       THE WITNESS: We describe
21  the latest studies on the role of
22  inflammation initiation. I'd
23  like -- I'd have to read this --
24  BY MR. SMITH:

Page 268

1  Q.   Sure.
2  A.   -- uncover where --
3  Q.   We're going to go through
4  it. We're going to go through it.
5  A.   Okay.
6  Q.   All right.
7       Introduction. "Epithelial
8  ovarian cancer, EOC, is the most common
9  subgroup of ovarian cancer. It's the
10  deadliest gynecological cancer in the
11  United States, accounting for more deaths
12  than all other gynecological cancers
13  combined."
14       And we went through that
15  earlier, correct?
16  A.   Yes.
17  Q.   "The high mortality rate for
18  epithelial ovarian cancer is a result of
19  technical obstacles to early detection of
20  the disease, a high prevalence of distal
21  metastasis at late stages of the
22  disease" -- and that's in 70 percent of
23  the cases it said.
24       "This latter property is

Page 269

1  probably attributable to the unique
2  peritoneal environment of the epithelial
3  ovarian cancer which facilitates
4  convenient seating of ovarian cancer
5  cells in the peritoneal cavity, which is
6  further aided by the constant flow of
7  peritoneal fluid."
8       Were you aware of that
9  statement prior to us reading it?
10  A.   Could you refer -- you're
11  going a little fast. I'm just wondering
12  where you are.
13  Q.   I'm at introduction.
14  A.   Okay.
15  Q.   And I'm about six lines
16  down, "This latter property is probably
17  attributable."
18       Do you see that?
19  A.   The first paragraph?
20  Q.   Under introduction.
21  A.   Yep.
22  Q.   It's after "70 percent of
23  the cases."
24       Are you aware of the unique

68 (Pages 266 to 269)

Brooke T. Mossman, M.S., Ph.D.

Page 270

1  environment of peritoneal -- the
2  peritoneal environment being unique for
3  epithelial ovarian cancer which
4  facilitates convenient seating of ovarian
5  cancer cells in the peritoneal cavity,
6  which is further aided by constant flow
7  of peritoneal fluid."
8          Were you aware of that
9  statement prior to us reading that now?
10         MR. FROST:  Objection to
11  form.
12         THE WITNESS:  Yeah.  I'm
13     still lost in where you are here,
14     and whether there are references
15     to that statement.
16 BY MR. SMITH:
17     Q.  Ma'am.  Ma'am.  I'm in
18  introduction.
19     A.  Gotcha.
20     Q.  On the first page.
21     A.  Okay.
22     Q.  Do you see, one, two, three,
23  four, five, six, seven lines down, you
24  see 70 percent of cases right there?

Page 271

1          Do you see 70 percent?
2     A.  Yes.
3     Q.  I'm reading the line right
4  after that.  "This latter property is
5  probably attributable to the unique
6  peritoneal environment of epithelial
7  ovarian cancer which facilitates
8  convenient seating of ovarian cancer
9  cells in the peritoneal cavity, which is
10  further aided by the constant flow of
11  peritoneal fluid."
12         Were you aware of that fact
13  before we read it just now?
14         MR. FROST:  Objection.
15         THE WITNESS:  I was aware of
16     the importance of tumor
17     microenvironment on dissemination
18     of preexisting cancers.  I'm not
19     sure whether -- how unique a
20     peritoneal environment is.  Since
21     we have looked at the environment
22     of the peritoneum and the lung in
23     terms of cytokines in regard to
24     mesotheliomas and see very similar

Page 272

1  trends.
2          So I think the word unique
3  peritoneal environment is of
4  question to me.  I don't know why
5  it would be unique.
6  BY MR. SMITH:
7     Q.  Okay.  "We call particular
8  attention to this 'open' environment to
9  which epithelial ovarian cancer is
10  exposed because it has resulted in a
11  myriad of characteristics specific to
12  epithelial ovarian cancer such as ease of
13  widespread cancer metastases" --
14  "metastases in short period of time,
15  unique formation of ascites, and high
16  susceptibility of the ovarian surface
17  epithelium or OSE to peritoneal
18  inflammatory stimuli."
19     A.  Again, I think by open
20  environment they are talking about the
21  peritoneum as a cavity with fluids in it.
22  I don't recall nor have I seen papers
23  suggesting that there is high
24  susceptibility of ovarian epithelial to

Page 273

1  peritoneal inflammatory stimuli.
2          Again, this is a -- not --
3  not a paper with original results.  It's
4  a hypothesis paper.  I don't see any data
5  here supporting that, or any data at all
6  in this manuscript other than a figure
7  entitled, "Potential sources of
8  inflammatory stimuli."
9     Q.  Go to the next page, please.
10     A.  Mm-hmm.
11     Q.  If you look down at the
12  bottom right.  "Inflammation:  Cellular
13  senescence in ovarian epithelial
14  microenvironment and ovarian cancer."
15          "As described above the
16  complex biology of OSE," which is ovarian
17  surface epithelium, "makes ovarian
18  epithelial cells exceedingly sensitive to
19  peritoneal inflammatory agents."
20          And they talk about the open
21  system on the page we read just before
22  that.  Do you recall that?
23     A.  Yeah, but again I want to
24  emphasize that they are talking about

69 (Pages 270 to 273)

Brooke T. Mossman, M.S., Ph.D.

Page 274

1    Figure 1, "Potential sources of
2    inflammatory stimuli." And there's no
3    data to support this hypothesis in the
4    paper.
5         Q.   It doesn't say hypothesis
6    anywhere, does it, Doctor?
7              MR. FROST: Objection.
8              THE WITNESS: This is a
9         hypothesis paper. There's no data
10        in it. This is a figure that they
11        have drawn, a schematic in which
12        they are hypothesizing that there
13        is inflammatory stimuli in the
14        peritoneal fluids.
15             So I'm unclear as to the
16        data. I think it's an intriguing
17        hypothesis. But as I emphasized
18        previously, it hasn't been borne
19        out in the last decade.
20   BY MR. SMITH:
21        Q.   Okay. Let's look at Figure
22   1. It has -- at the bottom right. It
23   has, "Peritoneal inflammatory stimuli,
24   initiation of premalignant ovarian

Page 275

1    epithelial cells, senescent fibroblasts,
2    inflammatory cells, and capillaries."
3         Do you see that diagram in
4    Figure C?
5         A.   Yes.
6         Q.   And it says under Figure 1,
7    "Potential sources of inflammatory
8    stimuli that may contribute to the
9    initiation and/or progression of
10   epithelial ovarian cancer."
11        Do you see that?
12        A.   I do. And it also states
13   that these functions may be
14   pro-inflammatory in nature.
15        So, again, this is an
16   intriguing hypothesis, but it was in
17   2009. And in ten years there's no
18   evidence suggesting that this hypothesis
19   is true.
20        Q.   We'll get to that. Let's go
21   to the page, the last page conclusions.
22        A.   Okay.
23        Q.   "The tumor milieu in which
24   epithelial ovarian cancer develops has

Page 276

1    been described as one enriched with a
2    broad spectrum pro-inflammatory cytokines
3    and chemokines. Increasing evidence
4    suggests that inflammation contributes
5    significantly to the etiology of
6    epithelial ovarian cancer."
7         What does "etiology" mean?
8         A.   Basically the process of
9    disease.
10        Again, there's no references
11   to support this. So I'm not sure what he
12   means by etiology. It's a very broad
13   term.
14        Q.   Okay. Let's go to -- hold
15   on a second. Bear with me just a second.
16        Man, they did a weird way of
17   copying this stuff down there. I mean,
18   you talking about -- I couldn't figure it
19   out. It all just came to me. And I just
20   can't believe what I'm seeing. But
21   anyway, we'll get it straight.
22             MR. FROST: Is this one
23        copy?
24             MR. SMITH: Yeah, I'm

Page 277

1    getting ready to hand it to you
2    now.
3         (Document marked for
4    identification as Exhibit
5    Mossman-26.)
6         (Whereupon, a discussion was
7    held off the record.)
8    BY MR. SMITH:
9         Q.   Okay. Doctor, this is a
10   study not from back in time. This is
11   August 2018, a year ago, correct?
12        A.   Yes. It's in another
13   journal that I have never heard of. So
14   I'm just trying to see whether it would
15   have appeared on my PubMed searches.
16        Q.   Down at the bottom left, it
17   has NCBI, which is the public release of
18   government -- and it has NIH.gov. What
19   is NIH?
20        A.   That means it's referenced
21   in the National Institutes or National
22   Library of Medicine.
23        Q.   It's the National Institute
24   of Health, correct?

70 (Pages 274 to 277)

Brooke T. Mossman, M.S., Ph.D.

Page 278

1      A.   NIH is the National
2  Institutes of Health.  I don't think the
3  study was done at the National Institutes
4  of Health.
5      Q.   And this study is entitled
6  The Role of Inflammation and Inflammatory
7  Mediators in the Development,
8  Progression, Metastasis and
9  Chemoresistance of Epithelial Ovarian
10  Cancer, correct?
11      A.   Yes.  This appears to be
12  another review with no new data.  Allow
13  me to just go through this.
14      Q.   I'm going to read some
15  sections in the abstract.  "Inflammation
16  plays a role in the initiation and
17  development of many types of cancers,
18  including epithelial ovarian cancer (EOC)
19  and high-grade serous ovarian cancer
20  (HGSC), a type of epithelial ovarian
21  cancer."
22          Do you agree or disagree
23  with that statement in the abstract of
24  this paper?

Page 279

1      A.   I disagree.  This is a
2  review.  And I don't believe that
3  inflammation has been linked to the
4  initiation of epithelial ovarian cancers
5  or serous grades.
6      Q.   Okay.
7      A.   So I would -- I think it's
8  an emphatic statement that needs to be
9  referenced.
10      Q.   There are -- this is the
11  abstract.  "There are connections" -- and
12  we'll get to it.
13      A.   Okay.
14      Q.   "There are connections
15  between epithelial ovarian cancer in both
16  peritoneal and ovulation-induced
17  inflammation.  Additionally, epithelial
18  ovarian cancers have an inflammatory
19  component that contributes to their
20  progression.  At sites of inflammation,
21  epithelial cells are exposed to increased
22  levels of inflammatory mediators, such as
23  reactive oxygen species, cytokines" --
24  pronounce that for me, please.

Page 280

1      A.   Prostaglandins.
2      Q.   Thank you.
3          -- "prostaglandins, and
4  growth factors that contribute to
5  increase cell division and genetic and
6  epigenetic changes."
7          Do you agree with those
8  statements?
9          MR. FROST:  Objection to
10  form.
11          THE WITNESS:  I believe that
12  this is a generalized statement in
13  terms of epithelial cells, but not
14  with regard to ovarian epithelial
15  cells.
16  BY MR. SMITH:
17      Q.   "These exposure-induced
18  changes promote" -- we just went through
19  that.  "Furthermore, the pro-inflammatory
20  tumor microenvironment (TME) contributes
21  to epithelial ovarian cancer and
22  metastases" --
23      A.   Metastases.
24      Q.   I don't know why I'm

Page 281

1  tripping over my words today.
2          -- "and chemo resistance.
3  In this review, we will discuss the roles
4  inflammation and inflammatory mediators
5  play in the development, progression,
6  metastases and chemoresistance of
7  epithelial ovarian cancer."
8          Correct?
9          MR. FROST:  Objection to
10  form.
11          THE WITNESS:  Yes, this is a
12  review that discusses that.
13  BY MR. SMITH:
14      Q.   Okay.  And the first
15  paragraph is, "Inflammation and
16  epithelial ovarian cancer."
17          Do you see that?
18      A.   I do.
19      Q.   And it states, "Inflammation
20  is part of the immune response that
21  protects against foreign pathogens and
22  aids in healing.  Inflammation is
23  elicited in response to cellular damage
24  by infection, exposure to foreign

71 (Pages 278 to 281)

Brooke T. Mossman, M.S., Ph.D.

Page 282

1  particles or pollutants or irritants, or
2  an increase in cellular stress.  The
3  ultimate goal of the inflammatory
4  response is to restore tissue
5  homeostasis, either by destruction or
6  healing of the damaged tissue.
7       "The acute or immediate
8  inflammatory response involves
9  modification of the vasculature
10  surrounding the site of stress or damage
11  to increase blood flow.  This alteration
12  is then followed by activation of innate
13  immune cells already present in the
14  tissue including macrophages, dendritic
15  cells (DC) and mast cells and an increase
16  in infiltration of additional innate
17  immune cells into the affected tissue."
18       Do you agree with that?
19       MR. FROST:  Objection.
20       THE WITNESS:  It's a
21   generalized statement for
22   inflammation, yes.
23  BY MR. SMITH:
24       Q.   It says, "At sites of

Page 283

1  inflammation, there are high levels of
2  reactive oxygen species, cytokines,
3  chemokines, and growth factors that are
4  produced by the immune cells and other
5  cells in tissue."
6       Do you agree with that?
7       MR. FROST:  Objection to
8   form.
9       THE WITNESS:  I agree that
10   this may be true in chronic
11   inflammation or extremely high
12   exposures to very toxic agents.
13   So in that vein, I would agree
14   with it.
15  BY MR. SMITH:
16       Q.   "Acute inflammation is
17  essential for the tissue homeostasis and
18  to protect against normal exposure to
19  pathogens. However, in certain cases,
20  the body is unable to resolve this
21  response or is subjected to repeated
22  stimulation, resulting in chronic
23  inflammation."
24       Do you agree with that?

Page 284

1       A.  I do.
2       Q.   The next paragraph talks
3  about ovarian cancer.  And it states --
4  one, two, three -- four lines down,
5  "Chronic inflammation is an important
6  risk factor associated with epithelial
7  ovarian cancer and high-grade serous
8  ovarian cancer (HGSC), the most malignant
9  subtype of epithelial ovarian cancer."
10       Do you agree with that?
11       A.   I don't see a statement for
12  that.  I know inflammation has been
13  associated with late stage tumors, but we
14  don't know what the role is in terms of
15  disease or protection from disease and
16  what is the function of this.
17       Q.   "In this review, we will be
18  primarily focus on inflammation as a risk
19  factor for invasive epithelial ovarian
20  cancer, but have also included supportive
21  evidence from other ovarian cancer
22  subtypes studied that do not describe the
23  subtype of ovarian cancer and other tumor
24  types as indicated."

Page 285

1       And then they go through and
2  they talk about, on the next page --
3  well, they talk about signaling pathways
4  and transcription factors and innate
5  immune response.  It talks about the
6  immune responses.
7       Number 2 on the next page
8  talks about inflammation as a risk factor
9  for epithelial ovarian cancer.  It has
10  cites there.  It talks about ovulation.
11  It talks about infection.
12       And then it says, "Other
13  sources of inflammation."
14       Do you see that on Page 4 of
15  39?
16       A.   I do.
17       Q.   And it says, "The other
18  causes of inflammation in the ovaries
19  and/or fallopian tubes are endometriosis,
20  obesity, polycystic ovarian syndrome or
21  PCOS, and talc exposure."
22       Do you agree with that?
23       MR. FROST:  Objection to
24   this and the prior question which

72 (Pages 282 to 285)

Brooke T. Mossman, M.S., Ph.D.

Page 286

1  sort of bleed together.
2      THE WITNESS: Yeah, again
3  there's no reference for -- for
4  this statement. So I -- I
5  disagree with it. Because talc
6  exposures have not been linked to
7  inflammation in the ovaries. And
8  I think I've covered all the
9  information that I reviewed to
10  reach that conclusion. So this is
11  a review by cell biologists in a
12  low-impact journal I've never
13  heard from or seen before.
14      But in looking at the
15  original data which is not
16  relevant --
17  BY MR. SMITH:
18      Q. Whoa, whoa. Hold on a
19  second. Low-impact journal. What do you
20  base that on?
21      A. I've never heard of Cancers.
22  I've heard --
23      Q. Listen -- how do you know
24  what the -- tell me what the impact

Page 287

1  factor is then, for this journal.
2      A. If I haven't seen it, let me
3  guess --
4      Q. No, ma'am, I don't want a
5  guess --
6      A. -- it's going to be lower --
7      Q. -- I want you to tell me
8  what the impact factor for this journal
9  is.
10      A. We can look it up. Why
11  don't we look it up?
12      Q. No, ma'am. You said it was
13  a low-impact journal and you said --
14      A. I have never heard of it --
15      Q. I understand.
16      A. -- so, yes.
17      Q. I understand. I want you to
18  tell me what your basis -- your basis for
19  that is because you've never heard of it.
20      A. I have -- I am aware of all
21  the cancer journals that are high profile
22  and high impact. This is not one of
23  them.
24      Q. Okay. We'll go to page --

Page 288

1  the next page, Page 5 of 39. And you go
2  three paragraphs down. It says, "Talc is
3  a silicate mineral and exposure to it can
4  cause inflammation of the ovaries and
5  poses a risk hazard for the development
6  of epithelial ovarian cancer."
7      Do you agree with that
8  statement or not?
9      A. Let me look up Reference 45
10  and I'll tell you.
11      No.
12      Q. "It has been proposed that
13  talc from talcum powder used for dusting
14  and from condoms in the vaginal
15  diaphragms can migrate up the fallopian
16  tubes in retrograde flow of fluids and
17  mucus and get lodged in the ovaries.
18  Tubal ligation, which is protective for
19  epithelial ovarian cancer is thought to
20  block the transport of talc from lower
21  genital -- from the lower genital tract.
22  Talc behaves as a foreign particle,
23  triggering an inflammatory response and
24  has two sites. The talc attracts

Page 289

1  macrophages, which then try to
2  phagocytose it. The macrophages then
3  send chemotactic signals to other immune
4  response mediators and initiate a wound
5  healing. Since talc is not degraded by
6  the body, it inhibits the wound healing
7  process, resulting in chronic
8  inflammation."
9      Would you agree with those
10  statements?
11      MR. FROST: Objection.
12      THE WITNESS: No, and they
13  are not supported by the
14  references. We can go through
15  these. But these statements
16  aren't supported by the
17  references.
18      In fact, 47 is a paper by
19  Muscat and Huncharek on perineal
20  talc use and ovarian cancer, a
21  critical review. It concludes
22  that talc is not associated with
23  ovarian cancer risk.
24  BY MR. SMITH:

73 (Pages 286 to 289)

Brooke T. Mossman, M.S., Ph.D.

Page 290

1    Q.   No, no, no.
2    A.   So --
3    Q.   Doctor, it says, "Talc,
4  there is not a case for causality."
5    A.   Right.
6    Q.   The -- the study published a
7  statistically significant increased risk
8  of ovarian cancer from genital talc use.
9        MR. FROST:  Objection.
10       THE WITNESS:  No.
11 BY MR. SMITH:
12   Q.   It does not?
13   A.   Muscat and Huncharek do not
14 make --
15   Q.   Paid experts from the
16 defendants.
17   A.   Pardon me?
18       MR. FROST:  Objection.
19 BY MR. SMITH:
20   Q.   Did you know that they were
21 paid experts from the defendants when
22 they wrote this paper?
23   A.   No --
24   Q.   Okay.

Page 291

1    A.   -- this was in 2008.  And
2  they concluded that there was not an
3  association.  Yet this individual is
4  citing this reference to support the
5  statement "talc behaves as a foreign
6  particle triggering an inflammatory
7  response."  And it's wrong.  The paper is
8  wrong, and the references that it uses
9  are wrong.
10       Heller didn't show that.
11 Henderson didn't show that.  Henderson is
12 an editorial.
13       So I would really question
14 the source of this supposed journal
15 called Cancers that I've never heard of,
16 while -- and we have --
17   Q.   Let me ask -- I'm sorry, I
18 didn't mean to cut you off.
19   A.   Yeah.
20   Q.   Go ahead.
21   A.   But -- we can still spend
22 time going through it, but it's not going
23 to alter my opinion that these authors
24 wrote a very sloppy paper with

Page 292

1  inconsistent statements that are not
2  supported by the references they cite.
3    Q.   Doctor, did you use
4  Huncharek and Muscat as a basis for your
5  opinions in this case, this reference
6  here?
7    A.   It was one of several
8  reviews, yes.
9    Q.   And you are stating that
10 that paper did not reveal a statistically
11 significant increased risk of ovarian
12 cancer from genital talc use?
13       MR. FROST:  Objection to
14 form.
15       THE WITNESS:  I would go
16       back to that paper and see how it
17       was worded, but the conclusions of
18       the authors were that talc did not
19       play a role in the causation of
20       ovarian cancers.
21 BY MR. SMITH:
22   Q.   Did the epidemiological
23 study that is referenced here of Muscat
24 and Huncharek conclude that there was a

Page 293

1  statistically significant increased risk
2  of ovarian cancer from genital talc use?
3    A.   I --
4        MR. FROST:  Objection to
5  form.
6        THE WITNESS:  Yeah.  I'd
7        have to go back and look at the
8        paper --
9  BY MR. SMITH:
10   Q.   Okay.
11   A.   -- to see whether that was
12 stated as such.
13   Q.   Now, under NSAIDS and
14 reduced risk of epithelial ovarian
15 cancer.
16       "Further connecting
17 inflammation to the epithelial ovarian
18 cancer are several studies that
19 demonstrate the intake of nonsteroidal
20 antiinflammatory drugs, or NSAIDs,
21 specifically of aspirin, correlates
22 adversely with the risk of epithelial" --
23   A.   Are we going back to this
24 review in Cancers?

74 (Pages 290 to 293)

Brooke T. Mossman, M.S., Ph.D.

Page 294

1    Q.   Yes.
2    A.   Or for --
3         MR. FROST:  Yeah, I was
4    going to say, what page are you
5    on?
6         THE WITNESS:  Yeah.
7         MR. SMITH:  I'm on Page 5.
8    Excuse me.  I'm right below where
9    I was reading.
10        MR. FROST:  Oh, I see.
11   Section 2.4?
12        MR. SMITH:  Yep.
13   BY MR. SMITH:
14   Q.   "Further connecting
15   inflammation to epithelial ovarian cancer
16   are several studies that demonstrate that
17   intake of nonsteroidal antiinflammatory
18   drugs, NSAIDs, specifically of aspirin,
19   correlates inversely with risk of ovarian
20   cancer and endometrial cancer," and it
21   has cites there.
22        Do you see that, Doctor?
23   A.   I do, and again these
24   studies are controversial and the

Page 295

1    statement that he puts forth does not
2    agree with a lot of the studies.
3         And let me check which ones
4    he's referencing, but I wouldn't agree
5    with this statement.
6    Q.   Okay.  Go to Page 11 of 39,
7    if you look at the bottom.  It's 3.1.
8    It's ROS and oxidative stress.
9         Do you see it?
10   A.   I do.
11   Q.   And if you go to the -- one,
12   two, three -- fourth paragraph.  The
13   paragraph at the bottom says, "Oxidative
14   stress has also been shown to facilitate
15   epigenetic mechanisms in many cancers,
16   including epithelial ovarian cancer."
17        Would you agree or disagree
18   with that?
19        MR. FROST:  Objection.
20        THE WITNESS:  Let's go -- so
21   we're on the third paragraph and
22   what sentence are you talking
23   about?
24        MR. FROST:  Do you mind if I

Page 296

1    point it to her?
2         MR. SMITH:  That's fine.
3         THE WITNESS:  Yeah.  Okay.
4    BY MR. SMITH:
5    Q.   "Oxidative stress has also
6    been shown to facilitate epigenetic
7    mechanisms in many cancers including
8    epithelial ovarian cancer."
9         Would you agree or disagree
10   with that statement?
11   A.   Let me look at Reference 86
12   and see whether it makes sense.
13        No that's not supported by
14   that.
15   Q.   Okay.
16   A.   It's another misquote.  It's
17   talking about tumor suppressor genes in
18   ovarian cancer.
19   Q.   You've never seen this
20   document, and you haven't seen the
21   document reference.  So you don't know
22   what it says, do you, Doctor?
23        MR. FROST:  Objection.
24        THE WITNESS:  I can read the

Page 297

1    title.
2    BY MR. SMITH:
3    Q.   Well, that's not the whole
4    paper though, is it, Doctor?
5    A.   Epigenetic mechanisms.
6    Okay.  We're talking about tumor
7    suppressor genes and methylation.  It's
8    an epigenetic mechanism.  OS, I have no
9    idea what that means.
10   Q.   Do you agree or disagree
11   with the statement, "Oxidative stress has
12   also been shown to facilitate epigenetic
13   mechanisms in many cancers including
14   epithelial ovarian cancer"?
15   A.   It looks like, to me, that
16   this Reference 86 is talking about
17   methylation of tumor suppression genes
18   and is not exploring the oxidative stress
19   by any agents on these genes.
20   Q.   Do you agree or disagree
21   with the statement?
22        MR. FROST:  Objection.
23        THE WITNESS:  I agree with
24   oxidative stress has been shown to

75 (Pages 294 to 297)

Brooke T. Mossman, M.S., Ph.D.

Page 298

1    facilitate epigenetic mechanisms.
2        Again, I question whether
3    Reference 86 used oxidative stress
4    insults to look at methylation of
5    tumor suppressor genes. And I
6    doubt that they did from the
7    title.
8    BY MR. SMITH:
9        Q.   You doubt they did. You
10   don't know, correct?
11       MR. FROST: Objection.
12       THE WITNESS: No. Unless
13   you have the paper. I'd be
14   delighted to look at it.
15   BY MR. SMITH:
16       Q.   And the statement talks
17   about, "Oxidative stress has also been
18   shown to facilitate epigenetic mechanisms
19   in many cancers, including epithelial
20   ovarian cancer."
21       Would you agree with that?
22       MR. FROST: Objection.
23       THE WITNESS: No. I just
24   said that I don't agree with it,

Page 299

1    because I don't believe that that
2    statement is reflected in the
3    title of Number 86. So I'd have
4    to see the paper.
5        But based upon the
6    references that you've pointed me
7    to already, I am suspicious
8    whether it does or not.
9        MR. SMITH: Okay. Let's
10   see. I don't think I marked that
11   as an exhibit, did I?
12       MR. FROST: No.
13       MR. SMITH: I did something
14   with my exhibit stickers.
15       That's 26.
16       (Document marked for
17       identification as Exhibit
18       Mossman-27.)
19   BY MR. SMITH:
20       Q.   I want to next -- this is
21   another 2018 article, and it has the NCBI
22   NN -- NLM, NIH.gov reference at the
23   bottom.
24       Do you see that, Doctor?

Page 300

1        A.   I do.
2        Q.   This is on Oncotarget. Are
3    you familiar with Oncotarget?
4        A.   Yes, I reviewed for them.
5        Q.   "Oxidative Stress in Female
6    Cancers." And you're a reviewer of this
7    publication, right?
8        A.   I didn't review this
9    publication, no.
10       Q.   You said that you were a
11   reviewer of this Oncotarget, correct?
12       A.   Oncotarget is a journal, and
13   I review papers for Oncotarget
14   occasionally. I have not seen this
15   paper.
16       Q.   Okay. And it states,
17   "Abstract: Breast, cervical, and ovarian
18   cancer are highly prevalent in women
19   worldwide. Environmental, hormonal, and
20   viral-related factors are especially
21   relevant in the development of these
22   tumors. These factors are strongly
23   related to oxidative stress through the
24   generation of reactive oxygen species."

Page 301

1        Would you agree with that?
2        MR. FROST: Objection.
3        THE WITNESS: These
4    factors -- okay. Environmental,
5    hormonal, and viral-related
6    factors. I don't know what
7    they're talking about here. But
8    they're --
9    BY MR. SMITH:
10       Q.   Okay. Well, we'll read the
11   whole abstract.
12       A.   Okay.
13       Q.   "The oxidative stress is
14   caused by an imbalance in the redox
15   status of the organism and is literally
16   defined as 'an imbalance between ROS
17   generation and its detoxification by
18   biological system, leading to the
19   impairment of damage repair by
20   cells/tissue.'
21       "The multi-step progression
22   of cancer suggests that oxidative stress
23   is involved in cancer initiation,
24   promotion, and progression. In this

Page 302

1  review, we describe role of oxidative
2  stress and the interplay with
3  environmental, host, and viral factors
4  related to breast, cervical, and ovarian
5  cancers, initiation, promotion and
6  progression.
7          "In addition, the role of
8  natural antioxidant compounds, human and
9  other, compounds for breast, cervical,
10 and ovarian cancers' prevention/treatment
11 is discussed."
12         Do you see that?
13     A.   Yes.  This is a review.
14     Q.   Do you agree with that
15 abstract?
16     A.   As what they're describing,
17 I'd have to assume that's what they're
18 describing and see the references that
19 support their statements.
20     Q.   Go to the conclusions.  It's
21 on Page 16 of 30, Doctor.
22         "Conclusions and remarks."
23 And if you go down five lines, and you go
24 all the way to the right, it says, "We

Page 303

1  reviewed."
2          MR. FROST:  Brooke, you go
3      to -- ours doesn't say 16 or
4      whatever.
5          THE WITNESS:  No.
6          MR. FROST:  It's 283 --
7          MR. SMITH:  I'm sorry.
8          MR. FROST:  -- 5.
9  BY MR. SMITH:
10     Q.   And if you go down five
11 lines and go to the right, it says, "We
12 reviewed the recent progress."
13         Do you see that?
14     A.   "Recent progress towards the
15 potential role."  Okay.
16     Q.   "We reviewed the recent
17 progress towards the potential role of
18 ROS and associated oxygen" -- excuse
19 me -- "oxidative stress in the
20 carcinogenesis" -- "in carcinogenesis
21 since they are involved in the
22 development and progression of several
23 human cancers, like cervical, breast and
24 ovary."

Page 304

1          Do you agree with that
2  statement?
3      A.   I do.  And as I emphasized
4  previously, reactive oxygen species are
5  known to be important in development in
6  late stage tumor progression and
7  metastases.
8      Q.   Of the ovary?
9      A.   In late stage, yes.
10     Q.   No, it doesn't say late
11 stage.  It just says ovary.
12     A.   It says development and
13 progression.  That is not initiation.
14 Development is what happens in subsequent
15 stages of cancer development.  And so, as
16 I emphasize, ovarian and other tumors may
17 be reflective of roles of late stage
18 cancer development induced by oxidative
19 stress or inflammation.  Not causation.
20         (Document marked for
21      identification as Exhibit
22      Mossman-28.)
23 BY MR. SMITH:
24     Q.   I marked that previous

Page 305

1  exhibit as 27.  I'm going to mark the
2  next exhibit, which is 28.  And this is
3  from the National Cancer Institute,
4  Center Data Access System.
5          And it's "Inflammation
6  Markers and Risk of Endometrial and
7  Ovarian Cancer."  And this is a study
8  that is ongoing, and the principal
9  investigator is Nicolas Wentzensen.
10         Do you know who he is?
11     A.   No, I've never heard of him.
12     Q.   He's deputy branch chief and
13 senior investigator for the NCI division
14 of cancer epidemiology and genetics,
15 clinical genetics branch.
16         Did you know that?
17     A.   I didn't.
18     Q.   Okay.  And here's a study
19 that's ongoing at the NCI.  And here is
20 the title and the summary.
21         "Title, Inflammation Markers
22 and Risk of Endometrial and Ovarian
23 Cancer.  Epidemiology evidence suggests
24 that chronic inflammation plays an

77 (Pages 302 to 305)

Brooke T. Mossman, M.S., Ph.D.

Page 306

1    important role in the pathogenesis of the
2    endometrial and ovarian cancers."
3         Do you agree with that
4    statement?
5         MR. FROST: Objection.
6         THE WITNESS: Yes. In late
7         stage disease.
8    BY MR. SMITH:
9    Q.   It says, "An important role
10   in the" -- what does pathogenesis means?
11        A.   Pathogenesis means the
12   development of lesions as they go from an
13   initiated cell to later stages of cancer
14   development. So pathogenesis does not
15   encompass causation. It's the
16   development of the tumors over periods of
17   time. So it's the tissue changes that
18   become evidenced after cancers are
19   initiated.
20        Q.   "Chronic inflammation can
21   induce rapid cell division, increasing
22   the possibility of replication error,
23   ineffective DNA repair, and subsequent
24   mutation. Risk factors for endometrial

Page 307

1    cancer: Unopposed estrogen use,
2    anovulation, polycystic ovarian syndrome,
3    excessive/prolonged menstruation,
4    diabetes and obesity, and conditions
5    associated with ovarian cancer:
6    Ovulation, pelvic inflammatory disease,
7    PCOS, endometriosis and exposure to talc
8    and asbestos are associated with chronic
9    inflammation."
10        Would you agree with that?
11        MR. FROST: Objection.
12        THE WITNESS: Again, this is
13        a -- it looks like a grant
14        application here. A proposed
15        study. And I would not agree with
16        the statement that exposure to
17        talc is associated with chronic
18        inflammation.
19   BY MR. SMITH:
20   Q.   Okay.
21   A.   No.
22   Q.   Let's next go to --
23        MR. SMITH: That's
24   Exhibit 28.

Page 308

1         MR. FROST: This one was 28,
2    or this one's 29?
3         MR. SMITH: Excuse me. The
4    last one was 28.
5         (Document marked for
6         identification as Exhibit
7         Mossman-29.)
8    BY MR. SMITH:
9    Q.   This is 29. This is a 2008
10   article. It says, "Inflammation is a key
11   contributor to ovarian cancer cell
12   seating."
13        Do you see that, Doctor?
14   A.   I do.
15   Q.   And if you flip to the --
16   the last page on the conclusion. In the
17   final paragraph, two, four, six, seven
18   lines down. Far right. "Our data in a
19   mouse model are consistent with the
20   concept that most factors implicated in
21   ovarian cancer incidence converge on
22   inflammation as a common denominator."
23        Do you agree or disagree
24   with that statement?

Page 309

1    A.   A mouse model. Most of the
2    factors...
3    Q.   They performed a mouse model
4    in this study.
5    A.   Yes. Inflammation is a
6    common denominator of the pathogenesis,
7    especially late stage, and what these
8    individuals are showing is that when
9    cells are seated in metastases,
10   inflammation becomes important. So
11   that's not inconsistent with the role of
12   oxidants or inflammation in late stage
13   development or metastases of cancers,
14   including ovarian.
15   Q.   It says, "Our data in a
16   mouse model are consistent with the
17   concept that most of the factors
18   implicated in ovarian cancer incidence
19   converge on inflammation as a common
20   denominator. One successful path to
21   ovarian cancer prevention has been
22   controlling factors that induce
23   inflammation, such as the use of oral
24   contraceptives to suppress ovulation."

78 (Pages 306 to 309)

Brooke T. Mossman, M.S., Ph.D.

Page 310

1     Do you agree with that?
2        MR. FROST: Objection.
3        THE WITNESS: I think there
4    are many reasons that oral
5    contraceptives become important,
6    including estrogen. So it's one
7    pathway.
8    BY MR. SMITH:
9        Q. "Epidemiologic data show
10   that aspirin and other nonsteroidal
11   antiinflammatory drugs, NSAIDs, can be
12   beneficial in the prevention of multiple
13   cancers, including ovarian. Although
14   factors associated with the increased
15   risk of cancer such as aging and
16   menopause can't be prevented, the risk
17   can be reduced by suppressing
18   inflammation."
19       Do you agree with that?
20       A. Again, I agree with the
21   general premise that it -- inflammation
22   may be important in late stage disease.
23       Q. They don't say late stage
24   disease there, Doctor.

Page 311

1        MR. FROST: Objection.
2        THE WITNESS: No. And they
3    don't say causation either.
4        They are talking about
5    prevention, and there could be
6    many ways in which inflammation
7    feeds an already established
8    tumor.
9    BY MR. SMITH:
10       Q. Exhibit 29, 28, or 27, were
11   they in your -- or 26, were any of those
12   in your reference materials that you
13   relied on as a basis for your opinion in
14   this case?
15       A. Say that again slowly.
16       Q. Just the exhibits that we
17   just went through, 26 through 29, are
18   those listed as -- as reference materials
19   that form a basis for your opinion in
20   this case?
21       A. No. As I emphasized, I
22   looked at peer-reviewed original data in
23   these studies and performed searches with
24   talc and asbestos. And none of these

Page 312

1    appeared, or are relevant to causation of
2    ovarian cancer by talc.
3        Q. Also, I marked as
4    Exhibit 30.
5        (Document marked for
6    identification as Exhibit
7    Mossman-30.)
8        THE WITNESS: 30 is?
9        MR. FROST: It's coming up.
10   He hasn't handed it over yet.
11       THE WITNESS: Okay.
12       MR. FROST: Another
13   interesting copy job.
14   BY MR. SMITH:
15       Q. You are familiar with this
16   study, are you not, Doctor?
17       MR. FROST: Is that more
18   than one copy or is it --
19       MR. SMITH: Here you go.
20       MR. FROST: Okay. Thank
21   you.
22       MR. SMITH: Yeah.
23   BY MR. SMITH:
24       Q. This was listed in your

Page 313

1    updated reference materials, correct?
2        A. Yes.
3        Q. "Analgesic use" -- "use and
4    ovarian cancer risk: An analysis of
5    ovarian cancer cohort consortium,"
6    Trabert. It's in 2018. This isn't a
7    decade ago, is it?
8        A. No. It's an update to their
9    earlier study.
10       Q. And it says conclusions on
11   the second page. "This large,
12   prospective analysis suggests that women
13   who use aspirin daily have a slightly
14   lower risk of developing ovarian cancer,
15   10 percent lower than infrequent/nonuse,
16   similar to the risk reduced" --
17   "reduction observed in case-control
18   analyses. The observed potential
19   elevated risk for ten plus years of
20   frequent aspirin and NSAID use require
21   further study, but could be due to
22   confounding by medical indications for
23   use in variation and drug dozing."
24       And you reviewed that prior

79 (Pages 310 to 313)

Brooke T. Mossman, M.S., Ph.D.

Page 314

1    to your deposition today; is that
2    correct?
3        A.   I did.
4        Q.   Okay.  All right.  Let's
5    talk about transmigration.
6            MR. FROST:  One second.  Do
7    you want to take a quick?
8            MR. SMITH:  Sure.
9            MR. FROST:  I can use the
10   restroom.
11           THE VIDEOGRAPHER:  We're
12   going off the record.  The time is
13   2:43.
14           (Short break.)
15           THE VIDEOGRAPHER:  We are
16   going back on record.  Beginning
17   Media File Number 4.  The time is
18   2:54.
19   BY MR. SMITH:
20       Q.   Okay.  Doctor, this is going
21   to be one of those situations again.  I
22   apologize.  And I'm -- we can read the
23   front together, but we can't read the
24   back together.

Page 315

1            And --
2            MR. SMITH:  Here.  I'm going
3    to attach this as Exhibit 31.  Am
4    I right?  31.
5            (Document marked for
6    identification as Exhibit
7    Mossman-31.)
8            MR. FROST:  Yeah, sounds
9    right.  I'm just going to --
10   before you start, same set of
11   actions as last time.  We object
12   to using a summary document
13   that --
14           MR. SMITH:  Sure.
15           MR. FROST:  -- and we object
16   to you asking any questions about
17   documents without putting it in
18   front of her.
19   BY MR. SMITH:
20       Q.   Okay.  This is titled,
21   "Biological plausibility, migration and
22   translocation," and what I've done here
23   is -- and there's a back to it and I'm
24   going to show it to you in a second.

Page 316

1            But I've gone through and
2    taken quotes out of different studies.
3            You stated earlier that you
4    did not go through the draft screening
5    assessment of Health Canada, correct,
6    when we were talking about inflammation?
7        A.   That's correct.
8        Q.   And so, the quote, "This
9    evidence of retrograde transport supports
10   the biological plausibility of the
11   association between perineal talc
12   application and ovarian exposure."
13           Would you agree or disagree
14   with that statement?
15           MR. FROST:  Objection to
16   form.
17           THE WITNESS:  Yeah, I would
18   disagree.  There's no evidence of
19   retrograde talc transfer.
20   BY MR. SMITH:
21       Q.   And we went over, earlier
22   you had not reviewed Taher, and the quote
23   here, "Particles of talc appeared to
24   migrate into the pelvis and ovarian

Page 317

1    tissue causing irritation and
2    inflammation."
3            Would you agree or disagree
4    with that quote from Taher?
5            MR. FROST:  Objection.
6            THE WITNESS:  I would
7    disagree.  This has not been shown
8    in -- certainly not in his
9    studies, which are
10   epidemiological.  But in terms of
11   other studies as well.
12   BY MR. SMITH:
13       Q.   And also in Taher below it,
14   "Transport of talc via peritoneal stroma
15   and presence of ovaries is documented."
16           Are you aware of studies
17   that document that fact?
18           MR. FROST:  Objection.
19           THE WITNESS:  There are
20   studies documenting talc in
21   ovaries.  But not transported talc
22   via peritoneal stroma.
23   BY MR. SMITH:
24       Q.   And Schildkraut, is that one

Brooke T. Mossman, M.S., Ph.D.

Page 318

```
 1  of the reference materials that you
 2  relied upon for your opinions in this
 3  case?
 4       A.   I did look at Schildkraut.
 5  I don't know whether I listed it or not,
 6  but I recall the study.  It's an
 7  epidemiological study of African-American
 8  populations.
 9       Q.   Yeah, it's not listed in
10  your key references or reliance
11  materials.
12       A.   Oh.
13       Q.   But you said you read it?
14       A.   I -- I have looked at it in
15  the past, yes.
16       Q.   And says, quote from that
17  article, "As most high grade serous
18  epithelial ovarian cancer but not
19  nonserous subtypes arise in the fallopian
20  tube.  It is possible that direct
21  exposure through genital talc
22  specifically affects this disease
23  subtype."
24            That we had talked earlier
```

Page 319

```
 1  about high grade serous epithelial
 2  ovarian cancer thought to arise in the
 3  fallopian tube; is that correct?
 4            MR. FROST:  Objection.
 5            THE WITNESS:  That's true.
 6  But that statement doesn't, in his
 7  report, doesn't support the
 8  premise of direct exposure through
 9  the genital tract.  And it's
10  unclear to me how this would
11  affect specifically one disease
12  subtype.
13  BY MR. SMITH:
14       Q.   Well, in the first Nurses'
15  Health Study, what was -- was there a
16  subtype of histological type of
17  epithelial ovarian cancer that showed a
18  statistical significant increased risk
19  from the genital use of talc?
20            MR. FROST:  Objection to
21  form.
22            THE WITNESS:  I'd have to go
23  back and look at that study
24  specifically.
```

Page 320

```
 1  BY MR. SMITH:
 2       Q.   So you don't -- can't answer
 3  my question?
 4       A.   I can't remember.  I'd have
 5  to go back and look and see whether --
 6  what were the results in terms of certain
 7  subtypes of tumors.
 8       Q.   Well, you had told me
 9  earlier that the cohorts which you mainly
10  relied on supported your position that
11  talc does not statistically significantly
12  increase the risk of ovarian cancer.  And
13  you can't tell me that one of the -- if
14  one of the cohort studies that you're
15  relying on heavily for that -- for that
16  statement, that it showed that a
17  statistical significant increased risk of
18  a particular type of histology of ovarian
19  cancer?
20            MR. FROST:  Objection.
21            THE WITNESS:  If I recall
22  the Nurses' Health Study, the
23  original publication emphasized
24  more or a -- that there were more
```

Page 321

```
 1  of the serous high grade tumors
 2  observed.  But that was not of
 3  statistical significance.
 4            And in the later study, that
 5  did not appear to be the case.
 6  And I believe it was Gertig versus
 7  Gates.  But I'd have to go back
 8  and look at the studies
 9  specifically.
10  BY MR. SMITH:
11       Q.   Same from -- and also
12  Schildkraut.  Did you realize that
13  Dr. Schildkraut is a female?
14       A.   No.
15       Q.   Okay.
16            "Therefore, lung inhalation
17  of powder could be a biologically
18  plausible mechanism for the association
19  between nongenital body powder use and
20  the increased risk" -- "increased
21  epithelial ovarian cancer risk,
22  particularly nonserous epithelial ovarian
23  cancers."
24            Do you agree with that
```

81 (Pages 318 to 321)

Brooke T. Mossman, M.S., Ph.D.

Page 322

1    statement from Schildkraut?
2            MR. FROST:  Objection.
3            THE WITNESS:  Oh.  I don't.
4    They did find an increase in
5    nongenital body power -- powder
6    use, but not genital body powder
7    use in that study.
8            And other studies have not
9    supported the nongenital route as
10   being important in -- in ovarian
11   cancer risk.
12   BY MR. SMITH:
13       Q.   Well, let me ask you about
14   that.  Let me attach which is the next
15   numbered exhibit, Number 32.
16           (Document marked for
17   identification as Exhibit
18   Mossman-32.)
19   BY MR. SMITH:
20       Q.   I do have those stapled.
21   This is entitled,
22   "Translocation pathways for inhaled
23   asbestos fibers."
24           Do you see that, Doctor?

Page 323

1    It's a 2008 paper, January 2008?
2        A.   Yes.
3        Q.   And if you flip to the
4    conclusion, on Page 6 of 8.  This has to
5    do with inhalation and pathways for
6    obviously asbestos fibers as it -- it
7    talks about.
8            In the -- excuse me.  Let's
9    go to the abstract at the very beginning.
10   I'm sorry.
11           "We discuss the
12   translocation of inhaled asbestos fibers
13   based on pulmonary and pleuropulmonary
14   interstitial fluid dynamics.  Fibers can
15   pass the alveolar barrier and reach the
16   lung interstitium via the paracellular
17   route down a mass water flow due to
18   combined osmotic an hydraulic pressure
19   gradient."
20           Do you see that?
21       A.   Yes.
22       Q.   And then in conclusion on
23   Page 6 of 8, it says, "Asbestos fibers
24   are found basically in all organs in

Page 324

1    subjects exposed to asbestos."
2            Do you see that?
3        A.   Let's see.  Is it -- this
4    also in the abstract?
5        Q.   No, it's in the conclusion
6    on Page 6 of 8.
7        A.   Oh, okay.
8        Q.   It says, "Asbestos fibers
9    are found basically in all organs in
10   subjects exposed to asbestos."
11           Do you see that?
12       A.   Yes.
13       Q.   So let's get back to our
14   outline that we were going through with
15   Schildkraut.
16           It says, "It has been
17   proposed that chronic inflammation
18   resulting from exposure to body powder,
19   whether through inhalation or through
20   transvaginal route may expert a
21   suppressive effect on adaptive immunity
22   leading to increased risk of epithelial
23   ovarian cancer."
24           Do you agree or disagree

Page 325

1    with that statement from Schildkraut?
2            MR. FROST:  Objection to
3    form.
4            THE WITNESS:  I don't
5    believe that a transvaginal
6    route -- I'm not sure what is
7    meant by that.
8            But certainly, whether
9    inflammation exerts a suppressive
10   effect on adaptive immunity has
11   not been shown in ovarian cancer.
12   BY MR. SMITH:
13       Q.   Next paragraph.  "The
14   results of this study show that genital
15   powder use was associated with ovarian
16   cancer risk in African-American women,
17   and are consistent with localized chronic
18   inflammation in the ovary due to
19   particles that travel through a direct
20   transvaginal route."
21           Do you agree or disagree
22   with that statement?
23           MR. FROST:  Objection to
24   form.

Brooke T. Mossman, M.S., Ph.D.

Page 326

1    THE WITNESS:  I disagree.
2    Dr. Schildkraut did not look at
3    the travel of particles to the
4    ovary through a direct
5    transvaginal route.
6    BY MR. SMITH:
7        Q.   And Houghton was one of the
8    cohorts you said that you relied heavily
9    on for your opinion that talc does not
10   statistically increase the risk of
11   ovarian cancer, correct?
12       A.   Yes.
13       Q.   And this is a quote from
14   Houghton, if you see below that.  "Talc
15   particulates from perineal application
16   have been shown to migrate to the
17   ovaries."
18       Do you agree or disagree
19   with that statement?
20       MR. FROST:  Objection.
21       THE WITNESS:  I'd have to
22   look at her publication.  I know
23   she did not look at migration in
24   her studies.  So I couldn't agree

Page 327

1    with that without seeing the
2    reference that supports the fact
3    that talc particulates may migrate
4    to the ovaries.  I have not seen
5    data showing that.
6    BY MR. SMITH:
7        Q.   Okay.  And to go on in that
8    paragraph.  "Furthermore, tubal ligation
9    and/or hysterectomy which would eliminate
10   the pathway of talc particles to the
11   ovaries are associated with a reduced
12   cancer risk."
13       Do you see that?
14       MR. FROST:  Objection to
15   form.
16   BY MR. SMITH:
17       Q.   It's in the same paragraph.
18       A.   Yes.
19       Q.   Do you agree or disagree
20   with that statement from Houghton?
21       MR. FROST:  Objection.
22       THE WITNESS:  I agree with
23   the fact that tube ligation and
24   hysterectomy would affect ovarian

Page 328

1    cancer.  But not through pathways
2    that are linked to translocation
3    to the ovaries.
4    BY MR. SMITH:
5        Q.   What are you basing that
6    opinion on?
7        A.   First of all, if you have a
8    hysterectomy, you are removing the source
9    or the site of tumor development.  And
10   you're also affecting hormonal states
11   which might be important.
12       So to extrapolate results
13   from tubal ligation or hysterectomy to
14   pathways where talc migrates to the
15   ovaries can't be linked from these
16   studies.
17       Q.   You -- you said that for
18   hysterectomies, but what about tubal
19   ligation?
20       A.   A tubal ligation may do a
21   lot of things.
22       Q.   May?
23       A.   Yes.  There's supplemental
24   hormones that maybe have to be given as a

Page 329

1    result.
2        Q.   May have to be given or you
3    know this?  What -- where are you getting
4    this from?
5        MR. FROST:  Objection.
6        THE WITNESS:  From my
7    experience when I was in the
8    department of obstetrics and
9    gynecology and working with a
10   physician in this regard.
11   BY MR. SMITH:
12       Q.   Wait, hold on.  The
13   department of obstetrics and gynecology,
14   when and where?
15       A.   At the University of
16   Vermont.  I mentioned earlier that --
17       Q.   I understand.
18       A.   -- that's where I got my
19   masters degree in cervical cancer
20   induction.
21       And I worked with a doctor
22   who did a variety of procedures including
23   publishing on tubal ligations.
24       Q.   So when you are getting your

83 (Pages 326 to 329)

Brooke T. Mossman, M.S., Ph.D.

Page 330

1  masters, how long of a program was this
2  with this doctor?
3      A.   With Dr. Ray, I started as
4  an undergraduate working summers.  So I
5  would say a total of maybe five years.
6      Q.   So as a undergraduate and
7  as a -- in your masters program, working
8  with a doctor who is an OB/GYN and
9  observing him do tubal ligations and --
10     A.   No.  That's not what I'm
11 saying.
12     Q.   Well, what --
13     A.   What I'm saying is that
14 tubal ligation occurs because of damage
15 to an ovary, infection in the pelvic
16 area, including chronic infection.  And
17 if you remove or tie off the tubes, it's
18 a way to curb these various diseases.
19          Tubal ligations are not done
20 to eliminate pathways of talc migration
21 to the ovaries.
22     Q.   I don't think --
23     A.   This makes no sense.
24     Q.   I don't think that's what

Page 331

1  they are saying.  What -- tubal ligation
2  can also be used to prevent pregnancy, as
3  a form of birth control, right?
4      A.   Well, it's pretty severe.
5  Yes.
6      Q.   I have heard a woman saying
7  she is going to get her tubes tied after
8  she has her third child.  I've heard that
9  routinely, have you not?
10     A.   Yes, but it also affects
11 their hormonal status.
12          What I'm saying is there are
13 many repercussions to tubal ligations and
14 they are not done to eliminate the
15 pathway of talc particles to the ovaries.
16     Q.   I don't think that's what
17 they are stating here.  I think that
18 what --
19     A.   Well, that's --
20     Q.   -- Houghton is stating is,
21 furthermore, tubal ligation and
22 hysterectomy, which would eliminate the
23 pathway of talc particles to the ovaries
24 are associated with a reduced risk and

Page 332

1  that's citing studies of women that have
2  had tubal ligations and looking at that,
3  right?
4          The -- the purpose of -- the
5  purpose of the -- of the -- the women
6  getting the tubal ligation want to
7  prevent talc from going to their ovaries,
8  but they are looking at reduced cancer
9  risk from women that have that in these
10 studies, correct?
11          MR. FROST:  Objection.
12          THE WITNESS:  What I -- you
13 asked if I agreed with the
14 statement.  And tubal ligation is
15 not -- doesn't eliminate the
16 pathway of talc particles to the
17 ovaries as a primary function of
18 the procedure.
19          So it's -- this is an
20 epidemiological study.  We're
21 talking about plausible pathways
22 of migration or translocation of
23 particles to the ovaries.  And
24 what I'm saying here is that

Page 333

1  there's no link between tubal
2  ligation, hysterectomy, and
3  pathways of talc particle
4  migration to the ovaries.
5  BY MR. SMITH:
6      Q.   So you're telling me that if
7  the theory is, and what's stated in
8  all of the stuff that I've read with you
9  and attached as Exhibit 31, about
10 transmigration from a woman dusting her
11 perineum with Baby Powder or Shower to
12 Shower, and its ascension up the -- the
13 genital tract of a woman, through the
14 fallopian tubes to the ovaries, that if I
15 then ligate the fallopian tubes,
16 therefore, preventing an open fallopian
17 tube path to the ovary, that that would
18 not prevent the passage of talc to the
19 ovary?
20          MR. FROST:  Objection.
21          THE WITNESS:  There's no
22 evidence suggesting that talc
23 particles migrate to the ovary, is
24 what I'm saying.

84 (Pages 330 to 333)

Brooke T. Mossman, M.S., Ph.D.

Page 334

```
 1  BY MR. SMITH:
 2      Q.   Well, we talked about Taher
 3  earlier, the study that you hadn't seen
 4  in 2018 regarding Health Canada.  Do you
 5  recall that?
 6      A.   That's a meta-analysis of an
 7  unpublished paper.  He did not look at
 8  migration to the ovaries.
 9      Q.   Okay.  And in that study it
10  says, "Women with prior ligation of the
11  fallopian tubes showed a significant
12  reduction in risk against ovarian cancer
13  compared to hysterectomy." And then it
14  says, "In a recent meta-analysis, the
15  authors reported a negative association
16  of tubal ligation (27 studies) and
17  hysterectomy (15 studies) with the risk
18  of ovarian cancer.  This negative
19  association was more apparent in women
20  who had surgery at an early stage.  A
21  highly plausible mechanism for this
22  association, as suggested by the authors,
23  involves blocking of ascent of agents
24  such as talc to the ovaries."
```

Page 335

```
 1          Would you agree with that or
 2  disagree with that statement from Taher?
 3          MR. FROST:  Objection.
 4          THE WITNESS:  I disagree
 5      with the statement.  There is no
 6      evidence supporting a biological
 7      plausibility of migration or
 8      translocation of talc to the
 9      ovaries.  In fact, there's a lot
10      of information showing that that
11      doesn't exist.
12  BY MR. SMITH:
13      Q.   So you don't believe in
14  retrograde menstruation in women?
15          MR. FROST:  Objection.
16          THE WITNESS:  I don't
17      believe in it?
18  BY MR. SMITH:
19      Q.   Does it not exist?
20      A.   It happens in a very small
21  proportion, and that's entirely different
22  than movement of an inert particle
23  through retrograde migration.
24      Q.   And we can go through them.
```

Page 336

```
 1  Doctor, have you -- did you rely on
 2  Huncharek 2007 and Langseth 2008 for your
 3  opinions in this case?
 4      A.   I did.  But not with regard
 5  to talc migration to the ovaries, which
 6  was not examined in any of these studies.
 7      Q.   Well, Langseth down here at
 8  the bottom, quote, "The evidence of talc
 9  migration of the ovaries lends
10  credibility to such a possible
11  association."
12          Would you agree or disagree
13  with that?
14          MR. FROST:  Objection.
15          THE WITNESS:  I would
16      disagree.  His studies did not
17      show talc migration to the
18      ovaries.
19  BY MR. SMITH:
20      Q.   Okay.  And then we have
21  Mills in 2004, Gertig in -- did you rely
22  on Mills for migration opinions in this
23  case?  I'm looking at the -- I'm sorry.
24          MR. FROST:  I take it this
```

Page 337

```
 1  is the back side of that sheet?
 2          MR. SMITH:  Yeah.
 3          THE WITNESS:  I'm looking.
 4  BY MR. SMITH:
 5      Q.   Mills 2004 for migration in
 6  this case?
 7      A.   Oh, he's -- here Mills is
 8  mentioning migration from the vagina
 9  through the peritoneal cavity to the
10  ovaries.  No, I've never seen anything
11  showing that pathway through a peritoneal
12  cavity from the vagina to the ovaries,
13  no.
14      Q.   Okay.  And Gertig, did you
15  rely on that for any of your --
16      A.   I relied on it for the
17  epidemiology, not for the statement that
18  talc is able to migrate.
19      Q.   And Ness 1999, we discussed
20  that.  You've looked at those studies in
21  2000, correct?
22      A.   Right.
23      Q.   Is that correct?
24      A.   That -- that's correct.
```

Brooke T. Mossman, M.S., Ph.D.

Page 338

1　Those are outdated, and they're
2　hypotheses papers that didn't look at
3　migration directly.
4　　　Q.　What about Cramer '99 or
5　Heller '96?
6　　　A.　Cramer found the same amount
7　of material in ovarian -- I should say in
8　the ovaries of individuals who did use
9　and did not use talc.  So I would not
10　support that.  His evidence has just been
11　looking at -- by pathology.  So I
12　would -- he did not perform migration
13　studies.  Heller also did not.
14　　　Q.　You're saying that
15　Dr. Cramer in 1999 found talc in people
16　exposed and not exposed?
17　　　MR. FROST:  Objection.
18　　　THE WITNESS:  I have to look
19　at -- yeah, that isn't what I
20　said.  He found that talc -- I
21　believe it was talc -- was in
22　ovarian tissues, and it didn't
23　necessarily correlate with talc
24　use.  But I'd have to go back and

Page 339

1　　　look at that.
2　BY MR. SMITH:
3　　　Q.　It --
4　　　A.　I could be confusing that
5　with Heller without the papers in front
6　of me.
7　　　Q.　And Heller '96, have you
8　looked at those papers -- that paper,
9　excuse me?
10　　　A.　I did.  And again, it's
11　looking at what's there in the ovary and
12　not how it got there.  And that's true of
13　Cramer as well.  These are pathology
14　studies.
15　　　Q.　What about Hamilton 1986?
16　　　MR. FROST:  Can you raise
17　the sheet?
18　　　MR. SMITH:  Yeah.
19　　　MR. FROST:  Thanks.
20　　　MR. SMITH:  Sure.
21　BY MR. SMITH:
22　　　Q.　What about Hamilton 1986?
23　Have you looked at that, and does that
24　form the basis of your opinion about

Page 340

1　transmigration in this case?
2　　　A.　Hamilton, I don't recall
3　that paper.  I'd have to look at it.
4　　　Q.　It says, "There is evidence
5　of transport of particulate material into
6　the female peritoneum by the transvaginal
7　route in both human and animal studies."
8　　　Would you agree or disagree
9　with that?
10　　　A.　Where are you now?  I'm
11　sorry.
12　　　No, I don't think that's
13　been shown.  The presence of talc has
14　been shown.  It doesn't correlate with
15　talc use.  But the pathway, if any, is
16　unclear, and certainly not from the
17　perineum.
18　　　Q.　"Direct communication
19　between the external environment and the
20　peritoneal cavity exist in the female via
21　her genital tract."
22　　　Would you agree with that?
23　　　MR. FROST:  Objection.
24　　　THE WITNESS:  I don't know

Page 341

1　what "communication" means.
2　　　Certainly the genital tract is not
3　an open system.
4　BY MR. SMITH:
5　　　Q.　You don't believe the female
6　genital tract is an open system?
7　　　A.　I believe that it's -- it's
8　not open to the environment, that there
9　are a variety of protective mechanisms,
10　beginning with the external perineal skin
11　and other mechanisms such as the labia,
12　and clearance mechanisms through normal
13　clearance of the tract.
14　　　Q.　"The case of migration of
15　particulate material from the vagina to
16　the peritoneal cavity has been
17　established."
18　　　Do you agree or disagree
19　with that quote from Hamilton?
20　　　MR. FROST:  Objection.
21　　　THE WITNESS:  From the
22　vagina, I would have to go back
23　and look.  But there have been
24　studies that have introduced

Brooke T. Mossman, M.S., Ph.D.

Page 342

1    material into the vagina,
2    particularly in animals that are
3    manipulated.
4         And I think that's what
5    they're talking about here.
6    BY MR. SMITH:
7         Q.   So do you believe that if
8    talc is placed into the vagina, that it
9    then can transmigrate through the female
10   genital tract to the ovary.
11        MR. FROST:  Objection.
12        THE WITNESS:  I have not
13   seen those studies, no.
14   BY MR. SMITH:
15        Q.   You haven't seen --
16        A.   Particulate matter.
17        Q.   You haven't seen any of the
18   inert particle studies that show any of
19   that testing like --
20        A.   There is one study, I
21   believe, in the 1980s that looks at this
22   in women in a supine position.  But these
23   studies that have been done, for example,
24   in rabbits and in monkeys argue against

Page 343

1    vaginal or perineal migration of talc to
2    the ovaries.
3         Q.   I'm talking about if the
4    talc is placed inside the woman's vagina.
5    I'm not talking about from perineal
6    dusting.  And my question is, are you of
7    the opinion that that talc, if placed in
8    the vagina of a woman, can transmigrate
9    to the fallopian tubes in a woman?
10        MR. FROST:  Objection.
11        THE WITNESS:  My statements
12   would be the same as the IARC
13   concludes on this.  And that is,
14   that there's no evidence that this
15   happens in healthy women.  That
16   what has been done in terms of the
17   experimental studies have been
18   shown in women with clearance
19   mechanisms that are compromised by
20   infection or other pathologies.
21   BY MR. SMITH:
22        Q.   You're saying that IARC, the
23   2010 IARC monograph, says that
24   transmigration does not happen?

Page 344

1         A.   It says that retrograde
2    migration was not considered to be
3    plausible by the group, yes.  There is a
4    statement on that in the IARC monograph.
5         Q.   Okay.  Are you familiar with
6    the Phillip's rabbit study that found
7    talc can migrate to the fallopian tubes?
8    Phillips.
9         A.   I believe that was one where
10   it was -- it wasn't perineal application.
11   I do remember that study.  And it was --
12   it may have been vaginal or applied
13   directly to the ovary.  I'm not certain.
14        There was an earlier study.
15        Q.   Is this in your reference
16   materials?  I don't see it?
17        A.   No, it's in the IARC.  Well,
18   I reference the IARC monograph that has a
19   lot of references.  And I believe that
20   Phillips is in that one.
21        Q.   The Hamilton, last quote,
22   "The rhythmic muscular contractions of
23   the uterus that can occur spontaneous and
24   the elicit current's established" --

Page 345

1    "established by the epithelial cells of
2    the genital tract may contribute to the
3    translocation process."
4         Do you agree or disagree
5    with that statement?
6         MR. FROST:  Objection.
7         THE WITNESS:  In normal
8    individuals, this would not be a
9    plausible mechanism.
10   BY MR. SMITH:
11        Q.   Are you familiar with the
12   Kuntz studies about the peristolic pump?
13        A.   These are the ones where I
14   believe they looked at -- or labeled
15   spermatozoa or other particles.  And I
16   know they were discounted by the IARC
17   because of the experimental flaws.
18        Q.   I didn't see -- do you have
19   Dr. Cramer and Dr. Godleski's 2007 case
20   study on a woman who was a chronic -- or
21   a long-time genital talc user and their
22   findings of translocation?  Have you
23   looked at that article?
24        A.   Is it -- if this is a case

87 (Pages 342 to 345)

Brooke T. Mossman, M.S., Ph.D.

Page 346

1   report I wouldn't have localized it with
2   my searches, no.
3        Q.   Okay.  I'm going to mark
4   what's the next exhibit, Number 33.
5             (Document marked for
6        identification as Exhibit
7        Mossman-33.)
8   BY MR. SMITH:
9        Q.   And this is entitled,
10  "Correlative polarizing light and
11  scanning electron microscopy for the
12  assessment of talc in pelvic region" --
13  "region lymph nodes."  Sandra McDonald is
14  the lead author.
15           Have you seen this
16  article -- or study, excuse me?
17       A.   I believe I have seen it at
18  some point in the past, yes.
19       Q.   It's not in your materials
20  or your updated reference materials?
21       A.   No.  Mainly because these
22  are in pelvic lymph nodes, not in the
23  ovary.  So I would not have included this
24  as compelling evidence one way or

Page 347

1   another.  It's been shown by others that
2   any types of particles accumulate in
3   lymph nodes all over the body.  It's a
4   normal mechanism of clearance.  So I
5   would not give this any relevance,
6   certainly not to the development of
7   ovarian cancers.
8        Q.   So have you read this
9   article and -- and what it discusses
10  about transmigration of particles in
11  the -- in the female genital tract?
12       A.   No, I have not.
13       Q.   And was this in reliance of
14  your materials in forming the basis for
15  your opinion about transmigration in this
16  case?
17       A.   No, it would not be relevant
18  to ovarian cancers as talc has been found
19  in lymph nodes all over the body in the
20  normal population.
21       Q.   Well, that's not it's --
22  that's not what it's discussing in this
23  paper.
24           MR. FROST:  Objection.

Page 348

1            THE WITNESS:  No, but I'm
2   talking about the relevance.  This
3   is looking at talc in lymph nodes.
4   I suggest you look at studies by
5   Dodson, et cetera, that have
6   looked and found particles of all
7   different types, including talc,
8   in lymph nodes all over the body
9   in the general population.
10  BY MR. SMITH:
11       Q.   Well, then how did it get
12  there?
13       A.   I told you that lymph nodes
14  are a flow system that collect -- they
15  are essentially garbage cans for inhaled
16  materials or materials in general.
17       Q.   I agree.  My question to you
18  is if talc, and you agree they have been
19  found in lymph nodes, they either got
20  there through inhalation or ingestion or
21  through some other route such as a
22  genital -- genital route.
23           How did it get -- how did
24  talc, in your opinion, get to lymph nodes

Page 349

1   inside human beings if it wasn't by one
2   of those routes?
3        A.   It --
4             MR. FROST:  Objection.
5             THE WITNESS:  It would be
6   primarily by inhalation.  We know
7   that.  And ingestion.  Talc is in
8   a lot of different food processes.
9   It's in plastics.  We're all
10  exposed to it.
11  BY MR. SMITH:
12       Q.   Have you ever read the FDA's
13  response to citizen's petition on talc?
14       A.   No.  That -- I never would
15  have found that in the scientific
16  literature.
17       Q.   It says, "While there exists
18  no direct proof of talc and ovarian
19  carcinogenesis, the potential for
20  particulates to migrate from the perineum
21  and vagina to the peritoneal cavity is
22  indisputable."
23           Do you agree or disagree
24  with that?

88  (Pages 346 to 349)

Brooke T. Mossman, M.S., Ph.D.

Page 350

1      MR. FROST:  Objection.
2          THE WITNESS:  I would assume
3  that this report is -- or letter
4  is from an individual.  Certainly
5  no balanced committee would make
6  that statement.
7  BY MR. SMITH:
8      Q.   Okay.  "It is, therefore,
9  plausible that perineal talc and other
10  particulate that reaches the endometrial
11  cavity, fallopian tubes and ovaries may
12  elicit a foreign body-type reaction and
13  inflammatory that" -- "response that in
14  some exposed women may progress to
15  epithelial ovarian cancers."
16          Do you agree or disagree
17  with that statement?
18          MR. FROST:  Objection.
19          THE WITNESS:  I think it's
20  hypotheses.  It's unproven and I'm
21  sure a committee would not have
22  made that statement.
23  BY MR. SMITH:
24      Q.   I want to talk about your

Page 351

1  Shukla study.  Is that okay?
2      A.   Sure.
3      Q.   Do you -- you don't -- do
4  you have a copy of it?
5          MR. FROST:  Yeah, I was
6  going to say we don't have a copy.
7          MR. SMITH:  Yeah.  Hold on.
8          (Whereupon, a discussion was
9  held off the record.)
10  BY MR. SMITH:
11      Q.   Okay.  Why did you use the
12  concentrations that you did in this
13  study, or why did y'all?
14      A.   Okay.  So we were -- we were
15  interested in the study in comparing
16  various materials or particles, fibers,
17  at equal surface area concentrations.
18  And we also expressed the data as equal
19  weight concentrations.  So that we
20  compare it historically to concentrations
21  of materials used by others in other
22  studies.
23          So it's been shown that the
24  best method of dosimetry, that is, of

Page 352

1  quantitating exposure of different
2  materials to cells and culture, is based
3  on their surface area determinations
4  because it's the surface area that
5  governs their interaction with the cell
6  surface.
7      Q.   Okay.  And you did a
8  conversion, did you not?  It's -- do you
9  have the Hillegass study by any chance?
10  Probably not.  Let me grab it for you.
11          MR. FROST:  Do you have one?
12          MR. SMITH:  Yeah, I got it.
13          (Document marked for
14  identification as Exhibit
15  Mossman-34.)
16  BY MR. SMITH:
17      Q.   I notice one of the comments
18  to -- and let's go to that right now.  I
19  have got that over here.  Now we might be
20  branching out to this guy here.  I don't
21  know.
22          If we look at the front of
23  the second page.  It says -- this is
24  reviewers to the study.  Do you see that,

Page 353

1  Doctor?  This is what you provided to me.
2      A.   Right.  Okay.
3      Q.   Okay.  I'm going to attach
4  that -- excuse me.  Hold on.  I'm going
5  to attach that as exhibit -- let's attach
6  Shukla as Exhibit 34.
7          (Document marked for
8  identification as Exhibit
9  Mossman-35.)
10          MR. SMITH:  Let's do
11  Hillegass as 35.  And then this
12  collective exhibit of reviewer
13  comments with the cover letters,
14  it's May 8, 2009, University of
15  Vermont, with Jedd Hillegass on
16  the bottom.
17          (Document marked for
18  identification as Exhibit
19  Mossman-36.)
20  BY MR. SMITH:
21      Q.   And this is from a reviewer.
22  Methods, Page 6.  "The dose of minerals
23  expressed as surface-based concentration
24  may not be intuitive to all readers.  As

89 (Pages 350 to 353)

Brooke T. Mossman, M.S., Ph.D.

Page 354

1  in the recent publication, Shukla, it
2  would be helpful if some information is
3  provided about the surface area of the
4  various minerals tested, as well as how
5  this translates into micrograms per
6  centimeter squared," right?
7      A.   Yes.
8      Q.   And then your response or
9  y'all's response was, "Additional
10 information regarding the surface area of
11 particulates used in these studies was
12 added to the methods section along with
13 how many micrograms squared per
14 centimeter squared translates into
15 micrograms per centimeter squared."
16 Right?
17     A.   Okay.  So I'm trying to
18 figure out whether this is with regard to
19 the Hillegass study; is that correct?
20     Q.   Correct.
21     A.   Okay.
22     Q.   All right.  This is my
23 question.
24     A.   Sure.

Page 355

1      Q.   The concentrations that you
2  used, that being -- and I'm talking about
3  Shukla.  I'm talking about 34 --
4  15 micrometers squared per centimeter
5  squared and 75 micrometers squared per
6  centimeter squared, would translate to
7  what micrograms per centimeter squared?
8      A.   Okay.  And that's -- if you
9  look at Figure 2 in Shukla, Page 4 of 10.
10     Q.   Yep.
11     A.   And the top panel, you'll
12 see the vertical and the horizontal.  And
13 if we look at asbestos and talc, you can
14 see here that the upper column, going
15 from 015 and from talc 15, et cetera,
16 that is the comparative weight per -- so
17 it's weight per unit area of dish.
18         So that's your weight
19 concentration.
20         The numbers below are your
21 surface area concentrations.
22     Q.   Okay.  So let's get on the
23 same page.
24     A.   Mm-hmm.

Page 356

1      Q.   If I'm looking at asbestos
2  below at 15 micrometers squared per
3  centimeter squared, how many -- what
4  would that translate to to micrograms per
5  centimeter squared?
6      A.   Micrograms, it would --
7  Okay.  So that would equal one.
8      Q.   15 would be one, right?
9      A.   With asbestos.
10     Q.   Right.  And 75 would be --
11     A.   75 would be five.
12     Q.   Five, okay.
13     A.   And 15 would be
14 approximately -- well, it's 16.2, would
15 be one with talc.  And it would be, again
16 in the same range, 75 versus 81 talc.
17         So we're actually adding
18 talc at higher surface concentrations but
19 fractionally so, as compared to asbestos.
20     Q.   My question is, would the 15
21 micrometers squared per centimeter
22 squared for talc that you used the
23 concentration of in this case, would that
24 equal one microgram per centimeter

Page 357

1  squared?
2      A.   Approximately, yes.
3      Q.   Okay.  That's what I
4  thought.
5      A.   Yes.  They're comparable.
6      Q.   Okay.  And 75 micrograms per
7  centimeter squared -- micrograms squared
8  per centimeter squared would equal five
9  micrograms per centimeter squared, right?
10     A.   Yes.
11     Q.   Okay.  Now I'm on the same
12 page.  That's what I needed.
13     A.   Okay.
14     Q.   All right.  And do you
15 believe that those concentrations are
16 appropriate to use in in vitro studies to
17 determine the pathogenicity of minerals
18 such as talc and asbestos?
19     A.   Yes.  And that's based upon
20 the toxicity data that is provided in A
21 and B.  So they're comparable
22 concentrations.  The asbestos as we can
23 see at five, was toxic and the talc was
24 not.  So we -- and you can see that in

90 (Pages 354 to 357)

Brooke T. Mossman, M.S., Ph.D.

Page 358

1  the dose-response that we did with five
2  concentrations of talc ranging from one
3  to 20.
4      Q.   Okay.  So talc you tested at
5  one microgram per centimeter squared,
6  five micrograms per centimeter squared,
7  ten micrograms per centimeter squared,
8  and 20 microgram per centimeter squared?
9      A.   15 and 20.
10     Q.   10, 15, and 20?
11     A.   Yes.
12     Q.   Okay.
13     A.   So the message is that you
14 don't want to work with something that's
15 going to kill all the cells, so you can't
16 go higher.  And in fact, that's a reason
17 that with time, we didn't look at the
18 higher concentration of asbestos.
19     Q.   I want to attach this as
20 Exhibit 27 so I won't forget this.
21 Because I could.
22         (Document marked for
23         identification as Exhibit
24         Mossman-37.)

Page 359

1  BY MR. SMITH:
2      Q.   Here we are, Shukla,
3  "Appropriate Concentration Levels to
4  Determine Pathogenicity of Asbestos and
5  Talc."  And this study used concentration
6  levels of talc, at one, five, 10, 15,
7  20 micrograms per centimeter squared,
8  correct?
9      A.   Yes.
10         MR. SMITH:  Okay.  That's
11     Exhibit 37.
12 BY MR. SMITH:
13     Q.   Okay.  You provided, as we
14 discussed, progress reports to the IMA
15 during the course of this study; is that
16 correct?
17     A.   After a year, yes.  We
18 didn't provide them with progress
19 reports.  I wrote them e-mails that the
20 asbestos data was positive, but the other
21 data didn't appear to be with regard to
22 the other materials.
23     Q.   And they sponsored the
24 study, correct, along with EUROTALC?

Page 360

1      A.   They only sponsored a very
2  small fraction of the studies that were
3  done with the talc.  The other materials
4  and the other work was supported by a
5  grant from the National Institutes of
6  Health.
7      Q.   Is it unusual to give
8  progress reports to those who sponsor
9  research?
10     A.   No.  It's demanded from NIH,
11 for example.  In other -- in our
12 institution it is.
13     Q.   It is -- is it -- it is not
14 unusual to submit proposal to industry
15 involved in regulatory and/or litigation
16 issues, correct?
17     A.   Could you say that again.
18         MR. FROST:  Objection.
19 BY MR. SMITH:
20     Q.   Sure.  It is not unusual to
21 submit proposals to industry involved in
22 regulatory and/or litigation issues?
23         MR. FROST:  Objection.
24 BY MR. SMITH:

Page 361

1      Q.   Is that unusual to submit
2  proposals to industry that might be
3  involved in regulatory and/or litigation
4  issues?
5      A.   To my knowledge, these
6  institutions were not involved in
7  litigation in 2005.  All this work was
8  done prior to litigation ensuing in this
9  country.
10     Q.   No, no, I'm just talking in
11 general.  I'm not talking about
12 specifically this case.  I'm not talking
13 about talc litigation.  I'm not talking
14 about any particular litigation.
15     A.   Fine.
16     Q.   I'm just talking in general
17 terms, it is not unusual to submit
18 proposals to industry involved -- that
19 may be involved in regulatory and/or
20 litigation issues, is it?
21         MR. FROST:  Objection.
22         THE WITNESS:  It is not
23 unusual in toxicology to submit
24 proposals to industry as that is

91 (Pages 358 to 361)

Brooke T. Mossman, M.S., Ph.D.

Page 362

1    where most toxicologists reside.
2    BY MR. SMITH:
3        Q.    And conflicts of interest,
4    as far as being expert witness,
5    disclosures are up to the specific
6    journal, correct?
7        A.    Yes.
8        Q.    Okay.
9        A.    Yes.
10       Q.    And what do you think the
11   study shows regarding talc -- talc's
12   carcinogenicity?
13           MR. FROST:  Objection.
14           THE WITNESS:  We weren't
15   attempting to show changes with
16   talc carcinogenicity.
17           Let me emphasize that our
18   intent in these studies and the
19   focus was on asbestos, on
20   crocidolite asbestos, what gene
21   changes it induced in primarily
22   mesothelial cells, as we didn't
23   get any striking results in
24   ovarian epithelial cells.

Page 363

1            And talc was just one of
2    other materials that were used to
3    see whether our effects were
4    specific to a pathogenic mineral
5    type or induced by other materials
6    as well.  And so we used three
7    different controls, including talc
8    in these studies.
9    BY MR. SMITH:
10       Q.    You're saying talc was used
11   as a control?
12       A.    It turned out to be a
13   control, yes.  We used it as a control of
14   a mineral that was not associated with
15   the development of mesothelioma as was
16   crocidolite asbestos.
17       Q.    But at that time, it was
18   associated with the possibility of
19   increasing the risk in causing ovarian
20   cancer, according to IARC, correct?
21           MR. FROST:  Objection.
22           THE WITNESS:  No.  These
23   studies were done in 2005.  If
24   IARC was involved at that point, I

Page 364

1    was unaware of their involvement.
2    BY MR. SMITH:
3        Q.    Would you agree that the
4    Shukla study showed that the
5    non-pathogenic minerals, glass beads, and
6    fine titanium dioxide treatment to cells
7    resulted in no gene changes, and
8    crocidolite asbestos caused the maximum
9    number of gene changes followed by talc?
10       A.    No, I couldn't say that
11   statistically.  Based on the statistical
12   assays that were performed here, as well
13   as in the Hillegass paper, showed that
14   the magnitude and the types of gene
15   changes were different with talc and
16   asbestos, but talc was comparable in
17   numbers and types of changes to glass
18   beads and titanium dioxide.
19       Q.    You told me that you did not
20   study talc in the Hillegass study.
21           MR. FROST:  Objection.
22           THE WITNESS:  I didn't
23   say --
24   BY MR. SMITH:

Page 365

1        Q.    It wasn't tested, talc was
2    not tested in the Hillegass study.
3            MR. FROST:  Objection.
4            THE WITNESS:  Talc is in the
5    data.  I'm sorry.
6    BY MR. SMITH:
7        Q.    I understand that, but you
8    did not perform all of the tests that you
9    did for asbestos.  You did not -- you did
10   not -- the utilization of gene profiling
11   and proteomics to determine mineral
12   pathogenicity in a human mesothelial cell
13   line.  You did not do gene profiling and
14   proteomics on talc.
15       A.    We did.  And we had looked
16   at it -- we did it in the Shukla study,
17   and we looked at the microarray data by
18   something called principle component
19   analysis in the Hillegass study and
20   showed that the changes with talc were
21   different in the two different cell
22   types, and they were different in
23   magnitude and types of gene changes from
24   asbestos, and that's in the first figure

Brooke T. Mossman, M.S., Ph.D.

Page 366

1   in the Hillegass study.
2       Q.   Oh, we'll -- we'll get to
3   the Hillegass study in a minute.
4       A.   Okay.
5       Q.   Let's -- let's stick with
6   Shukla.  All right.  I marked -- I marked
7   the next -- well, I'm going to mark the
8   next exhibit as 38.
9           (Document marked for
10          identification as Exhibit
11          Mossman-38.)
12  BY MR. SMITH:
13      Q.   And this on the NCBI, which
14  is the public access of studies, and it
15  says status public on September 19, 2011,
16  "Alterations in gene expression in human
17  mesothelial cells, correlate with mineral
18  pathogenicity, organisms, homo sapiens,"
19  this is your study we are talking about,
20  the Shukla, correct?
21      A.   It is.  Yes.
22      Q.   Okay.  And this is just a
23  publication -- a public publication of
24  this study, of the summary and overall

Page 367

1   design and contributors and citations.
2   And I want to look at the overall design.
3           But let me ask you first.
4   Who is Jeffrey Bond?
5       A.   Jeffrey Bond is director of
6   the biostatistics department within our
7   cancer center at the University of
8   Vermont.  So he was the one who did the
9   statistics on these studies.
10      Q.   And if you look at the
11  second page, he's listed as the contact
12  name.  It says, "Organization, University
13  of Vermont; department, microbiology and
14  molecular genetics."
15          Do you see that, in
16  Burlington, Vermont?
17      A.   Yes.
18      Q.   And it says, "Overall
19  design" -- it says, "Summary," and then
20  it says, "Overall design."
21          In the last sentence of
22  overall design of this study, the Shukla
23  study, it says, "While nonpathogenic
24  minerals, glass beads and fine titanium

Page 368

1   dioxide treatment to cell resulted in no
2   gene changes, crocidolite asbestos caused
3   the maximum number of gene changes
4   followed by talc."
5           And you told me that that
6   study, Shukla, did not state that.
7           Why would Jeffrey Bond state
8   that in the overall design in this
9   publication released to the public if
10  you're saying the study doesn't reveal
11  that in Shukla?
12          MR. FROST:  Objection.
13          THE WITNESS:  Yeah.  We
14  looked at the statistics which are
15  not referenced here.  And I'm not
16  sure why he would have put -- not
17  included the statistics.
18          But it's important to note
19  that the statistical changes by
20  talc were not significantly
21  elevated as compared to the
22  controls which were titanium
23  dioxide and glass beads.
24          And that was certainly the

Page 369

1   case following up with even more
2   sophisticated assays in the
3   Hillegass paper.
4   BY MR. SMITH:
5       Q.   But you did not look at
6   talc, the higher concentrations, at
7   24 hours to determine if it was dose
8   dependent just like asbestos.
9           MR. FROST:  Objection to
10          form.
11          THE WITNESS:  You are wrong.
12          We looked at eight hours at a low
13          and high concentration of talc.
14          It certainly was dose dependent.
15          We found only one gene at the
16          lower concentrations, and 30 at
17          the highest.
18  BY MR. SMITH:
19      Q.   Okay.
20      A.   When we took out the
21  experiment to 24 hours at low
22  concentrations of both materials, we saw
23  that changes with asbestos increased and
24  the talc at the lowest concentration did

Brooke T. Mossman, M.S., Ph.D.

Page 370

1    not result in a higher number.
2         So we certainly did do
3    dose-response experiments.
4         Q.   Point me into the Shukla
5    study where you tested talc at the higher
6    concentration on peritoneal mesothelial
7    cells at 24 hours.
8              MR. FROST:  Objection.
9              THE WITNESS:  I'm saying we
10   didn't look at 24 hours --
11   BY MR. SMITH:
12        Q.   Thank you.
13        A.   -- because our cells were
14   dead.
15        Q.   Where does that state there?
16   Where is it stated?
17        A.   Where?  In the paper?
18        Q.   That the cells were dead.
19        A.   All you have to do is look
20   at the asbestos results --
21        Q.   No, ma'am.  I'm talking
22   about for talc.
23        A.   We -- we wouldn't have
24   looked -- we wouldn't have looked at talc

Page 371

1    without looking at asbestos.  Our focus
2    was on asbestos.  Why would I look at
3    talc when I couldn't compare it to
4    asbestos?
5         Q.   Because I don't have a
6    problem with you making assumptions about
7    asbestos in this paper.  The problem I've
8    got is you making assumptions that --
9    that deal with ovarian issues and ovarian
10   gene expression changes, and what this
11   study says about exposure of talc to
12   peritoneal mesothelial cells.
13        And my question is this:
14   Did you test talc at the higher
15   concentration with peritoneal mesothelial
16   cells at 24 hours, yes or no?
17             MR. FROST:  Objection.
18             THE WITNESS:  We did not.
19   We looked at the low
20   concentrations of both asbestos
21   and talc at comparable
22   concentrations and showed that
23   talc changes did not increase over
24   time, but asbestos concentrations

Page 372

1    did cause an increase.
2              MR. SMITH:  Again, I'm going
3    to object as nonresponsiveness.
4    BY MR. SMITH:
5         Q.   My question is simple and
6    it's easy and clean and neat.
7              Point me to where in the
8    paper at high -- the higher
9    concentration, that you exposed talc to
10   peritoneal mesothelial cells that you say
11   line the fallopian tubes, ovaries and
12   peritoneal cavity at 24 hours.  Tell me
13   where you did that.
14             MR. FROST:  Objection.
15             THE WITNESS:  Let's go
16   back --
17   BY MR. SMITH:
18        Q.   No, ma'am.  I need an answer
19   to the question.  Did -- tell me in the
20   paper.  Show it to me.
21             Where did you expose at
22   24 hours --
23        A.   Why --
24        Q.   Ma'am, let me finish my

Page 373

1    question.  I'm just going to ask a
2    question.
3              Where -- point me in the
4    paper where you exposed peritoneal
5    mesothelial cells to talc at the higher
6    concentrations at 24 hours, point it to
7    me.
8              MR. FROST:  Objection.
9              THE WITNESS:  We -- we did
10   not look at asbestos or talc at
11   24 hours at the higher
12   concentrations because the cells
13   were dying from asbestos.  That's
14   why.
15   BY MR. SMITH:
16        Q.   But you don't know if they
17   would have died from talc at 24 hours?
18             MR. FROST:  Objection.
19             THE WITNESS:  It wouldn't
20   have made any difference.
21   BY MR. SMITH:
22        Q.   Sure it would have, because
23   then we could sit here and say, regarding
24   ovarian cells -- peritoneal --

94 (Pages 370 to 373)

Brooke T. Mossman, M.S., Ph.D.

Page 374

1    peritoneal -- excuse me, peritoneal
2    mesothelial cells that line the ovary and
3    fallopian tubes and peritoneal cavity,
4    whether there was a dose-dependent
5    reaction because you saw 30 genes changes
6    at eight hours. And if the gene
7    expression would have gone up at 24, then
8    we could say there was a dose-dependent
9    reaction there?
10        MR. FROST: Objection.
11        THE WITNESS: No. I want to
12    emphasize that we looked at two
13    concentrations of talc and
14    asbestos at eight hours and there
15    was a dose-dependent change with
16    asbestos that was of a huge
17    magnitude.
18        That was not the case with
19    talc. And the results were
20    essentially the same as we got
21    with the other control particles.
22    BY MR. SMITH:
23        Q.   Okay. Well, tell me -- show
24    me in this paper where -- I don't see the

Page 375

1    chart for all the genes -- all the genes
2    altered by the exposure to titanium
3    dioxide and glass beads.
4        A.   They were --
5        Q.   I see a chart for all the
6    genes altered by crocidolite asbestos to
7    peritoneal mesothelial cells. I see the
8    table of non-fibrous talc to peritoneal
9    mesothelial cells and 30 genes change.
10       I need -- where is -- show
11   me where the chart is that titanium
12   dioxide and glass beads changed the
13   comparable amount of genes that talc
14   compared to mesothelial cells at higher
15   concentrations --
16       MR. FROST: Objection.
17       THE WITNESS: They didn't
18   cause any increases in more than
19   twofold of -- and if you look at
20   the data with talc, even with the
21   30, we're talking about looking at
22   thousands of genes. That number
23   statistically is as low as the
24   titanium dioxide or the glass

Page 376

1    beads.
2    BY MR. SMITH:
3        Q.   Well, hold on. Show me. If
4    you're going to -- if you're going to
5    make general statements like that about
6    this study, I have charts. I can look at
7    them. I can look at the 30 genes that
8    were changed and altered at eight hours
9    at the higher concentrations of
10   peritoneal mesothelial cells by talc.
11       You're now making a
12   statement that I don't see anywhere in
13   this paper that titanium dioxide and
14   glass beads did had similar gene changes
15   and acted in a similar way that talc did
16   compared to mesothelial cells at this
17   concentration at these hours.
18       And my question is, where is
19   that table?
20       MR. FROST: Objection.
21       THE WITNESS: Of controlled
22   gene changes? There weren't any
23   significant gene changes.
24   BY MR. SMITH:

Page 377

1        Q.   Thank you. Thank you.
2    And --
3        A.   That is my point.
4        Q.   Okay. And let's look at
5    Hillegass.
6        A.   Okay.
7        Q.   Number 35. You have
8    chrysotile asbestos, which you would
9    agree with me is carcinogenic, correct?
10       A.   I didn't use chrysotile
11   asbestos in these studies.
12       Q.   My question to you, is
13   chrysotile asbestos carcinogenic?
14       MR. FROST: Objection.
15       THE WITNESS: I think we
16   went through this previously. But
17   if you talk about mesothelioma,
18   there's a debate on whether the
19   risk is zero or one or a low
20   number.
21   BY MR. SMITH:
22       Q.   Does IARC and the National
23   Toxicology Program consider all types of
24   asbestos, including chrysotile, human

95 (Pages 374 to 377)

Brooke T. Mossman, M.S., Ph.D.

Page 378

1  carcinogens?
2      MR. FROST: Objection.
3      THE WITNESS: And that's
4  based on lung cancers and
5  mesothelioma. And yes, they do.
6  BY MR. SMITH:
7      Q. Okay. Here, seven
8  micrograms per centimeter squared, do you
9  see that, Doctor? Of chrysotile. This
10 is on your Table 3 of another study,
11 correct?
12     A. Okay. You are going to have
13 to tell me what page that's on.
14     Q. It's 18 of 18.
15     A. Okay. Okay. This is a
16 summary of work done by others in
17 comparison to our work.
18     Q. Okay. And in the Shukla
19 study the higher concentration is
20 75 micrometers squared per centimeter
21 squared would be five micrograms per
22 centimeter squared, correct?
23     A. Yes.
24     Q. Okay. So the concentration

Page 379

1  that you used of talc in Shukla is lower
2  than the concentration here of
3  chrysotile, seven micrograms per
4  centimeter squared. And the results of
5  the study as far as genes altered at four
6  hours were eight by chrysotile, correct?
7      A. Yes.
8      Q. And at eight hours in talc
9  at a lower concentration, how many genes
10 were upregulated?
11     A. In our studies?
12     Q. Yes.
13     A. One gene was the ATF3 --
14     Q. Ma'am --
15     A. -- at the lowest
16 concentration.
17     Q. Ma'am, I'm talking about --
18 I'm talking about -- I'm talking about
19 the concentration used at the higher
20 concentration in your study equals five
21 micrograms per centimeter squared. The
22 chrysotile that's on this table is seven
23 micrograms per centimeter squared as the
24 concentration.

Page 380

1      Therefore, we just talked
2  about the concentration that you used in
3  Shukla of talc would be five micrograms
4  per centimeter squared or a lower
5  concentration than is used for chrysotile
6  on this chart, correct?
7      MR. FROST: Objection.
8      THE WITNESS: Yeah. I'm not
9  sure what you're getting at here.
10 BY MR. SMITH:
11     Q. Well --
12     A. Let me just double-check
13 what you're saying, because I'm not sure
14 it makes sense.
15     Q. We've been through this in
16 Brower.
17     A. That's what I'm reiterating.
18 It didn't make sense either then. Okay.
19     Q. Well, let's just agree on
20 fundamentals. I mean, it's pretty easy.
21 The higher concentration of five -- 75
22 micrometers per centimeter squared that
23 you used in Shukla for talc equals five
24 micrograms per centimeter squared,

Page 381

1  correct?
2      A. In talc, the concentration
3  of five micrograms per centimeter squared
4  with talc equaled -- I'm sorry, yeah --
5  equals 81 surface area. Okay.
6      Q. So five micrograms per
7  centimeter squared.
8      A. Yes.
9      Q. Okay. So we're looking --
10 this study that you cite in Hillegass for
11 chrysotile that IARC and NTP say is
12 carcinogenic to humans, uses two
13 micrograms per centimeter squared higher
14 concentration than you used for talc at
15 the higher concentration in Shukla, and
16 eight -- excuse me -- at four hours, how
17 many genes were altered for chrysotile?
18     MR. FROST: Objection to
19 form.
20     THE WITNESS: Eight. But
21 let me emphasize.
22 BY MR. SMITH:
23     Q. No, ma'am. I don't have a
24 question. The question I asked, and how

Brooke T. Mossman, M.S., Ph.D.

Page 382

1    many genes were upregulated by talc at a
2    lower concentration at eight hours? 30,
3    correct?
4        A.   Right.  So are you
5    implicating that the results here with a
6    completely different cell type are
7    relevant to what I did in human
8    mesothelial cells or ovarian epithelial
9    cells?
10       Q.   Ma'am, you're trying to
11   extrapolate all your work in asbestos to
12   ovarian cancer and what talc's effect on
13   cells that have to do with ovarian
14   cancer.
15       A.   I'm sorry, sir --
16           MR. FROST: Objection.
17           THE WITNESS: -- but we have
18       not discussed ovarian epithelial
19       cells, because I got no changes
20       with talc in ovarian epithelial
21       cells.
22   BY MR. SMITH:
23       Q.   Where do the large majority
24   of the ovarian cancers that we discussed

Page 383

1    originate.  And that is the serous type.
2    Nearly 90 percent of the epithelial
3    ovarian cancers in the United States, do
4    they originate in the surface of the
5    epithelium of the -- surface area of the
6    ovary or in the fallopian tubes, ma'am?
7            MR. FROST: Objection.
8            THE WITNESS: So we don't
9        know.  The majority are thought
10       nowadays to originate in the
11       fallopian tubes.  That has no
12       bearing upon our results at all.
13   BY MR. SMITH:
14       Q.   I totally agree your results
15   have no bearing on that.
16           MR. FROST: Objection.
17           THE WITNESS: Well, you
18       would like to think so.  But the
19       fact remains that we got no
20       changes with talc in ovarian
21       epithelial cells.
22   BY MR. SMITH:
23       Q.   Did you use fallopian tube
24   cells in Shukla?

Page 384

1        A.   No one has used fallopian --
2    normal epithelial cells in any gene
3    profiling assay.  We used the most normal
4    cell type that we could get.  And that
5    was the ovarian epithelial cell line from
6    Dr. Auersperg.
7        Q.   You used immortalized cell
8    in your Shukla study?
9        A.   I used contact-inhibited
10   immortalized cells, yes.
11       Q.   Okay.  And is it appropriate
12   to use immortalized cells in in vitro
13   studies to study -- study cellular
14   reactions?
15       A.   It depends on what you're
16   trying to say.  If you recall, our
17   emphasis here was to determine in cell
18   lines that are relevant to humans, that
19   is human cell lines, whether significant
20   gene changes were observed with
21   pathogenic mineral findings that were not
22   observed with nonpathogenic mineral
23   fibers.
24           We weren't attempting to do

Page 385

1    transformation.  We were attempting to
2    look and see whether minerals at a
3    variety of different comparable surface
4    areas and weight concentrations induced
5    the same responses, and they don't.
6            Talc is inert as is glass
7    beads and titanium dioxide.
8        Q.   Inert.  What is your
9    definition of inert?
10       A.   The same as -- it -- it's
11   uncharged.  It's inert in terms of cell
12   reactions.
13           Look at the toxicity data
14   for talc, for example.  You have to go
15   extremely high to get a toxic amount.
16   And I would use inert as did IARC
17   repeatedly.
18       Q.   So you're saying -- you're
19   saying that talc -- wait.  Did you use
20   cosmetic-grade talc or industrial grade
21   talc for Shukla?
22           MR. FROST: Objection.
23           THE WITNESS: You know, I
24       stated that several times.  I

97 (Pages 382 to 385)

Brooke T. Mossman, M.S., Ph.D.

Page 386

1  think we know the answer.
2  BY MR. SMITH:
3      Q.   Okay.  You're saying that
4  talc is inert when at 75 micrometers
5  squared per centimeter squared at eight
6  hours, it showed 30 alterations of gene
7  expressions?
8      A.   Let's look at our ratio of
9  30 over 3,000 compared to 1 over 3,000.
10  And the 30 --
11      Q.   What -- what comparison are
12  you making that from?
13          MR. FROST:  Objection.
14          THE WITNESS:  I'm talking
15      about the inert materials that I
16      used.  The glass beads --
17  BY MR. SMITH:
18      Q.   Where is that -- where is --
19  again I'm going to go back to it.
20          If you're going to say,
21  because it's not written in this study
22  anywhere what you just said.
23          What -- what you just said,
24  that talc is inert just like glass beads

Page 387

1  and just like titanium dioxide --
2      A.   Yes.
3      Q.   -- and does -- and caused a
4  similar number of gene expression changes
5  as talc so they acted the same, which now
6  I can say they are all inert, even though
7  they changed, altered 30 genes.
8      A.   That -- it's insignificant.
9      Q.   Show me, show me the chart
10  of where I can go, you know what,
11  Dr. Mossman is right, I can look at this
12  chart over here, it shows gene expression
13  changes, 30 of them.  And then I can go
14  over here and look at glass beads and
15  titanium dioxide, and go, wow, they acted
16  the same.  Where is that?
17          MR. FROST:  Objection.
18          THE WITNESS:  Let's look at
19      the fraction of gene changes, and
20      we were looking at thousands of
21      gene changes.
22          So you put 30 --
23  BY MR. SMITH:
24      Q.   Where is the chart?  Where

Page 388

1  is the chart in the study that shows me
2  that titanium dioxide and glass beads
3  altered 30 genes at eight hours at
4  75 micrometers squared per centimeter
5  squared in peritoneal mesothelial cells?
6  Show me the chart.
7          MR. FROST:  Objection.
8          THE WITNESS:  They didn't
9      alter any genes that were elevated
10      above two to three, and the 30
11      that were elevated by talc, which
12      were not seen at a low
13      concentration, were statistically
14      of the same magnitude as what was
15      seen with glass beads and titanium
16      dioxide.
17          And that is expanded upon in
18      the Hillegass paper.
19  BY MR. SMITH:
20      Q.   We'll get to that.
21      A.   Okay.
22          (Document marked for
23      identification as Exhibit
24      Mossman-39.)

Page 389

1  BY MR. SMITH:
2      Q.   This is Table 6.  This is
3  here in your report.  Do you recall that?
4      A.   Right.
5      Q.   Okay.  I see talc.  I see
6  asbestos --
7      A.   Yeah.
8      Q.   -- I see gene changes right
9  here at the higher concentrations.  236
10  of the most potent form of asbestos,
11  crocidolite asbestos, correct?
12      A.   That's correct.
13      Q.   And you told me that
14  different carcinogens can have varying
15  potencies, correct?
16      A.   Different carcinogens?  Talc
17  and asbestos are not different
18  carcinogens.
19      Q.   In general.  Different
20  carcinogens can be of different potency,
21  correct, but they are still carcinogens?
22          MR. FROST:  Objection.
23          THE WITNESS:  Yeah, I mean
24      that doesn't really make sense.

98 (Pages 386 to 389)

Brooke T. Mossman, M.S., Ph.D.

Page 390

1    Everything should have a
2    dose-response and a threshold, and
3    it's going to be different with
4    different materials.
5    BY MR. SMITH:
6        Q.   All right.  We'll get to
7    that in a minute in Brower, your
8    testimony.
9        A.   Okay.
10        Q.   All right.  Hereafter, look
11    at that, 30 genes altered at -- that
12    should be --
13        A.   That's switched around.
14    You're right.
15        Q.   It should be -- that's
16    wrong.  It should be eight hours.
17        A.   Yeah.
18        Q.   Okay.  I'm looking right
19    here at fine titanium dioxide and glass
20    beads and low -- and I don't see a high
21    concentration.  Why -- where is the high
22    concentration to fine titanium dioxide?
23        MR. FROST:  Objection.
24        THE WITNESS:  Okay.  So if

Page 391

1    we look at --
2    BY MR. SMITH:
3        Q.   I'm just asking where is it
4    on this chart.
5        A.   Okay.  At low
6    concentrations, at 24 hours, fine
7    titanium dioxide was run, and the high
8    glass beads were run at eight and
9    24 hours.
10        Q.   Ma'am.
11        A.   Yeah.
12        Q.   Tell me how many genes are
13    altered in this chart by glass beads at
14    high concentrations.
15        A.   None.
16        Q.   Tell me how many genes are
17    altered by fine titanium dioxide at high
18    concentrations.
19        Was it done?
20        MR. FROST:  Objection.
21    BY MR. SMITH:
22        Q.   I don't see it.
23        A.   It was -- it was done at the
24    low amount and not at the high amount for

Page 392

1    titanium dioxide.
2        Q.   Okay.  So there is no chart.
3        In fact, there's a chart in
4    your report that shows there are no genes
5    altered by fine titanium dioxide at low
6    concentrations and glass beads at high
7    concentrations, and that talc at high
8    concentrations altered 30 genes, right?
9        A.   Yes.  But again, I emphasize
10    that we're -- if you put that back on
11    there, we can talk about it.
12        Q.   Oh, I'm sorry.
13        A.   Okay.  So we're looking --
14    again, the emphasize is on asbestos, and
15    we're looking in mesothelial cells at low
16    and high concentrations at 24 hours to
17    demonstrate a dose-response.  We don't --
18    at low and high concentrations, we get
19    a -- dose-response.  The magnitude is
20    not of the same type.  In fact, the
21    changes in the genes, including going up
22    and down, were not of the same type.
23        Q.   Ma'am, I asked you earlier.
24    You're the one that went beyond what's

Page 393

1    in -- written down in this report and
2    told me that talc at the high
3    concentrations acted just inert just like
4    fine titanium dioxide and just like glass
5    beads --
6        A.   It --
7        Q.   And now my question to you
8    is --
9        A.   Yes.
10        Q.   -- and you said they altered
11    the same amount of genes.  And you
12    said -- and I said where is the chart,
13    and you kept answering your question.
14        And I -- so I went and
15    pulled the chart that you have in your
16    report.
17        A.   Right.
18        Q.   And we can look at how many
19    genes are altered by glass beads at the
20    high concentration, right?
21        What does it say?
22        MR. FROST:  Objection.
23        THE WITNESS:  Yeah, when --
24    when one presents microarray data,

99 (Pages 390 to 393)

Brooke T. Mossman, M.S., Ph.D.

Page 394

1      you present significant gene
2      changes.  There's no data here for
3      thousands of genes because we
4      didn't see any.  We're talking
5      about bold increases.
6   BY MR. SMITH:
7        Q.   That's what I'm talking
8      about.
9        A.   It's got to be two or
10     greater --
11       Q.   I agree.
12       A.   So what I'm telling you is
13     that with asbestos, we see low, 29, which
14     goes up to fourfold higher, eight hours.
15            With talc at low, we see an
16     insignificant amount compared to the
17     other materials we're looking, that does
18     not go up like asbestos.
19            So we see unique changes to
20     asbestos.  That's what we are focusing
21     on.
22            MR. SMITH:  That's not my
23     question, Doctor.  I'm going to
24     object to nonresponsiveness.

Page 395

1   BY MR. SMITH:
2        Q.   My question had to do --
3      you're talking -- and stated that talc
4      was an inert substance and it did not
5      react with cells.  And you said it's
6      inert just like titanium dioxide and
7      glass beads that were controls.  And I
8      said what is the definition of inert?
9        A.   Okay.  So --
10       Q.   And you said causes cellular
11     responses.  And my question to you is,
12     show me.  I can see where talc at high --
13     the higher concentration at eight hours
14     altered 30 genes.  Show me on this chart
15     where glass beads or fine titanium
16     dioxide altered any.
17            MR. FROST:  Objection.
18   BY MR. SMITH:
19       Q.   Can you show it to me?
20            MR. FROST:  Objection.
21            THE WITNESS:  It's not on
22     this chart.
23   BY MR. SMITH:
24       Q.   In fact, you put zero.

Page 396

1        A.   There are no genes that are
2    increased above twofold levels.
3        Q.   Thank you.
4        A.   That's the zero number.
5        Q.   Does talc have a zero number
6    by it at the high concentrations at 24
7    hours -- at eight hours?
8        A.   30, compared to the total
9    number of genes that we looked at, which
10   were in the thousands, the ratio of that
11   compared to the one ratio with titanium
12   dioxide or glass beads was insignificant.
13   30 genes means nothing.
14       Q.   30 genes means nothing?
15       A.   That's correct.  It's
16   insignificant.  And that was borne out by
17   one set of analyses called ANOVA in the
18   Shukla paper and another set of analyses
19   called PCA analyses in the Hillegass.
20       Q.   But you didn't do PCA
21   analysis on talc in Hillegass?
22            MR. FROST:  Objection to
23   form.
24            THE WITNESS:  Yes, we did.

Page 397

1      It's in the data.
2   BY MR. SMITH:
3        Q.   Okay.  We'll get there.
4        A.   We went through this before.
5      Let's look at Figure 1, and the talc data
6      is graphed.
7        Q.   Okay.  All right.  We'll go
8      through it.
9        A.   Okay.
10       Q.   You stated earlier in the
11     depo that minerals such as asbestos and
12     talc react differently to human cells
13     depending on the shape, size -- shape,
14     size, and crystallinity; is that correct?
15       A.   Yes.
16       Q.   And that you admitted that
17     shape, size, and crystallinity of
18     minerals such as asbestos and talc vary
19     from type and grade of talc and different
20     types and different mines that they're
21     mined from, right?
22       A.   Yes.
23       Q.   Okay.  And this study did
24     not test cosmetic-grade talc, correct?

Brooke T. Mossman, M.S., Ph.D.

Page 398

1    MR. FROST: Objection.
2    THE WITNESS: It tested
3  industrial talc.
4  BY MR. SMITH:
5    Q.   It did not test
6  cosmetic-grade talc, correct?
7    MR. FROST: Objection.
8    THE WITNESS: It did not
9  look at that directly.
10 BY MR. SMITH:
11   Q.   And it did not -- therefore,
12 did not test the type or the grade of
13 talc that's in Baby Powder or Shower to
14 Shower, correct?
15   MR. FROST: Objection.
16   THE WITNESS: The grade of
17 talc -- again, you'll have to fill
18 me in on what grade means.
19 BY MR. SMITH:
20   Q.   So you don't know that the
21 grade of talc that's in Baby Powder or
22 Shower to Shower is cosmetic-grade talc?
23   A.   I'm assuming it is.
24   Q.   So the study did not examine

Page 399

1  the type or -- the type of talc that is
2  in Baby Powder or Shower to Shower, the
3  particular grade, correct?
4    MR. FROST: Objection.
5    THE WITNESS: The source of
6  talc was a mining talc.
7  BY MR. SMITH:
8    Q.   And what mine did the talc
9  used in the Shukla study come from?
10   A.   It's something called
11 Barrett's Minerals. I don't know where
12 the mine is.
13   Q.   I believe it's in Montana.
14 It states in the study.
15   Did the study use the talc
16 from any of the mines that J&J used for
17 its Baby Powder or Shower to Shower
18 products, that being from Vermont, Italy,
19 Korea, or China?
20   MR. FROST: Objection.
21   THE WITNESS: No.
22 BY MR. SMITH:
23   Q.   Okay. Have you ever
24 performed a study on talc's effect on

Page 400

1  human fallopian tube cells?
2    A.   No. Well, let me -- I want
3  to qualify that, because I'm not certain
4  where these ovarian epithelial cells came
5  from. They came from a tissue bank.
6  They were normal in terms of -- they grew
7  in anchorage-dependent conditions.
8    But I don't want to tell you
9  what their source is without looking it
10 up further.
11   Q.   In Table 3 of Shukla, the
12 genes that were upregulated at
13 75 micrometers squared per centimeter
14 squared at eight hours, do you know if
15 any of those genes have been associated
16 with primary peritoneal mesotheliomas?
17   MR. FROST: Objection.
18   THE WITNESS: The -- I
19 don't. They're certainly
20 indicative of some of the pathways
21 we've followed up on. But we
22 haven't isolated these out
23 individually to study them.
24 BY MR. SMITH:

Page 401

1    Q.   So you don't know if any of
2  these genes that were upregulated in
3  Table 3 by talc are actually those genes
4  involved in the development of peritoneal
5  cancer?
6    MR. FROST: Objection.
7    THE WITNESS: That's
8  correct. I don't know about genes
9  that are upregulated in peritoneal
10 cancers.
11   MR. SMITH: Okay. I'm going
12 to attach the next numbered
13 exhibit, which would be 40.
14   (Document marked for
15 identification as Exhibit
16 Mossman-40.)
17 BY MR. SMITH:
18   Q.   This is -- the lead author
19 is Dragon. Have you ever seen this
20 study? It's from 2015.
21   A.   Yes.
22   Q.   You have seen this?
23   A.   I have.
24   Q.   "Differential Susceptibility

101 (Pages 398 to 401)

Brooke T. Mossman, M.S., Ph.D.

Page 402

1  of Human Pleural and Peritoneal
2  Mesothelial Cells to Asbestos Exposure"?
3      A.   Yes.
4      Q.   It states in the abstract --
5  actually this is from Vermont College
6  here, right, College of Medicine?
7      A.   Yeah.  Dr. Shukla is the
8  senior author.
9      Q.   That's correct.  And the
10 abstract, "Malignant mesothelioma, or MM,
11 is an aggressive cancer of mesothelial
12 cells of the pleural and peritoneal
13 cavities.  In 85 percent of cases both
14 pleural and peritoneal malignant
15 mesothelioma is caused by asbestos
16 exposure.  Although both are
17 asbestos-induced cancers, the incidence
18 of pleural malignant mesothelioma is
19 significantly higher at 85 percent than
20 peritoneal malignant mesothelioma at
21 15 percent."
22          And down at the bottom it
23 says, "Our results are consistent with
24 the hypothesis that differences in

Page 403

1  incidences of pleural and peritoneal
2  malignant mesothelioma upon exposure to
3  asbestos are the result of differences in
4  mesothelial cell physiology that lead to
5  differences in the inflammatory response
6  which leads to cancer."
7          Do you see that?
8      A.   I do.
9      Q.   Do you agree with that?
10         MR. FROST:  Objection.
11         THE WITNESS:  I do with
12     regard to cancer by asbestos.
13 BY MR. SMITH:
14     Q.   Okay.  And if you flip to
15 Page 24.  It's a chart.  If you look at
16 it, Figure A is transcripts known to be
17 involved with malignant mesothelioma that
18 were significantly differential --
19 differentially expressed in all cell
20 lines.
21         But if you look at IL-8
22 IL-6, ATF3, ATF3, the CXCL2, CXCL3, those
23 were all altered in malignant
24 mesothelioma and in peritoneal

Page 404

1  mesothelioma.
2          Do you see that, the fold
3  changes?
4      A.   These aren't mesothelioma
5  cells.  These are two normal cell lines
6  that are normal pleural mesothelial cells
7  and a cell line including one we used in
8  our study, that were peritoneal.
9      Q.   Correct.
10     A.   So these are not tumors.
11 You can't say anything about --
12     Q.   That's not what I'm -- I
13 didn't mention tumor.  You're the one
14 that brought up tumor.  I did not say
15 that, did I?
16     A.   No, you didn't, but you said
17 mesothelioma cells.
18     Q.   Well, we see that IL-8,
19 CXCL2, CXCL3, IL-6, ATF3 were all
20 upregulated in pleural mesothelial cells
21 and in peritoneal mesothelial cells.
22          Do you see that?
23     A.   Yes.  By asbestos.
24     Q.   Okay.  And were those some

Page 405

1  of the same cell lines -- excuse me.
2  Were those some of the same genes, IL-8,
3  CXCL2, CXCL3, IL-6 and ATF3 that were
4  upregulated in peritoneal mesothelial
5  cells at the concentrations of eight
6  hours of talc in your study in Shukla?
7          MR. FROST:  Objection.
8          THE WITNESS:  Some of them,
9      certainly the ATF3 was.
10 BY MR. SMITH:
11     Q.   IL-8?
12     A.   IL-8, which could have many
13 functions.
14     Q.   CXCL2 and CXCL3, correct?
15     A.   I'd have to go back and
16 look, but they're chemokines.  I believe
17 one of them might have been upregulated
18 by talc.
19     Q.   IL-6?
20     A.   Yeah.  And this all makes
21 sense, because we know that talc induces
22 acute inflammation and antiinflammation
23 at -- by ATF3 is -- is a -- certainly a
24 protective response of the cells.

102 (Pages 402 to 405)

Brooke T. Mossman, M.S., Ph.D.

Page 406

1    Q.   And that was -- and the
2  same -- and pleural mesothelial cells
3  were upregulated, those same genes were
4  upregulated by crocidolite asbestos that
5  we know, you admit, causes mesothelioma,
6  correct?
7    A.   Are you suggesting that
8  because a gene goes up it's associated
9  with mesothelioma?
10    Q.   No, I'm just saying, would
11  you agree with me that this chart shows
12  and tests crocidolite asbestos and shows
13  gene changes in pleural mesothelial
14  cells?
15    A.   It shows gene changes in
16  pleural and peritoneal mesothelial
17  cells --
18    Q.   And my question --
19    A.   Yeah.
20    Q.   -- my question is, would you
21  agree with me that crocidolite asbestos
22  causes malignant mesothelioma?
23        MR. FROST:  Objection.
24        THE WITNESS:  Yes.  But

Page 407

1      that's not what we're -- we're
2      looking at here.
3  BY MR. SMITH:
4    Q.   Okay.  That's not what I'm
5  saying.  I'm just showing, on this chart,
6  the different gene changes that by a
7  known substance to cause malignant
8  mesothelioma, right?
9        And some of the genes that
10  were changed are IL-8, CXCL2, CXCL3,
11  IL-6, ATF3.  And those were the same
12  genes that were upregulated by talc at
13  the higher concentration at eight hours
14  in your Shukla paper, right?
15        MR. FROST:  Objection.
16        THE WITNESS:  Some of them
17      were.  I would say half of the
18      genes that were significant, the
19      IL-8, the ATF3, I believe one of
20      the CXCL2s or 3.  So some of them
21      were common.  Other ones were not.
22  BY MR. SMITH:
23    Q.   Okay.  You provided an
24  affidavit to me in the Brower case, and

Page 408

1  you produced documents.  Do you recall
2  that?
3    A.   I do.
4    Q.   And -- and I'm going to
5  attach that as an Exhibit 41.
6        (Document marked for
7      identification as Exhibit
8      Mossman-41.)
9  BY MR. SMITH:
10    Q.   And just show it to you.  Do
11  you recall this?  Affidavit of Brooke
12  Mossman you provided to me?
13    A.   Yes.
14    Q.   Okay.  And -- and I'll show
15  you your signature at the back.
16    A.   Okay.
17    Q.   And that's your signature
18  you provided to me?
19    A.   Yes.
20    Q.   Okay.  I'm going to attach
21  that as Exhibit 41.
22        And you produced some
23  documents to me.  Some of -- some of
24  them -- and there were a lot -- of drafts

Page 409

1  of the Shukla paper.  Do you recall that?
2    A.   Yeah.
3    Q.   There were like a bunch of
4  them.
5    A.   It was -- it was the same
6  paper xeroxed many times.  Yes.
7    Q.   And so this was just earlier
8  drafts or the drafts that eventually
9  became the Shukla paper that we just went
10  over, correct?
11    A.   Yes.
12        (Document marked for
13      identification as Exhibit
14      Mossman-42.)
15  BY MR. SMITH:
16    Q.   Okay.  I'm going to attach
17  this as Exhibit 42.  And it's entitled,
18  "Alterations in Gene Expression in Human
19  Mesothelial Cells Correlate With Mineral
20  Pathogenicity."
21        It has Shukla at the
22  beginning and looks almost exactly like
23  the study that we attached as Exhibit 34,
24  that was a peer-reviewed published

103 (Pages 406 to 409)

Brooke T. Mossman, M.S., Ph.D.

Page 410

1  publication, correct?
2      A.  Yes.
3      Q.  Okay.  And if you go to
4  Page 3, and look at the first large
5  paragraph in the last sentence.
6      A.  Mm-hmm.
7      Q.  "Moreover, the early
8  molecular events leading to injury by
9  asbestos fibers and other pathogenic or
10  innocuous particulates in human cells
11  that may be targets for the development
12  of disease remain enigmatic."
13          And that's the reason you
14  performed this study to look at those
15  changes, right?
16      A.  We were interested in gene
17  profiling, yes, that's correct.
18      Q.  Okay.  And if you go to
19  second paragraph, and you go just past
20  Number 6.  It's one, two, three, four,
21  five, six lines down.
22          "This cell type is not
23  implicated in asbestos-induced diseases,
24  but is occasionally linked to the

Page 411

1  inflammation and development of ovarian
2  cancer after use of talcum powder in the
3  pelvic region, albeit highly
4  controversial."
5          Why didn't that statement
6  make it into the final?
7      MR. FROST:  Objection.
8      THE WITNESS:  This cell type
9  is not implicated...
10  BY MR. SMITH:
11      Q.  Can you tell me why that
12  statement, and I went through all of
13  them, and that's the only statement,
14  otherwise they read just exactly alike.
15  "This cell type is not implicated in
16  asbestos-induced diseases, but is
17  occasionally linked to inflammation and
18  the development of ovarian cancer after
19  use of talcum powder in the pelvic
20  region, albeit highly controversial."
21          I want to know why that
22  statement was taken out of the drafts and
23  not in the final peer-reviewed
24  publication.

Page 412

1      MR. FROST:  Objection.
2      THE WITNESS:  I believe it
3  is in the Hillegass paper.  And I
4  seem to remember when I looked
5  over this correspondence that this
6  was a comment that one of the
7  reviewers questioned, and he put
8  in additional references.
9  BY MR. SMITH:
10      Q.  I thought we might go to the
11  reviewer comments because we have it
12  attached as Exhibit 36.
13      A.  Yeah.  I remember that.
14      Q.  Show me in the reviewer
15  comments where they say take that out.
16      A.  The Hillegass paper.  They
17  asked us --
18      Q.  No, ma'am.  Ma'am.
19      A.  No.
20      Q.  This is Shukla.
21      A.  Yeah.
22      Q.  This is the Shukla paper.
23  This is the draft of the Shukla paper.
24  And that statement is in a draft of the

Page 413

1  Shukla paper that you provided me per the
2  affidavit that we just went over in
3  Exhibit 41.
4          And I want you to show me in
5  the Shukla paper that we just went over,
6  it's peer reviewed, Exhibit Number 34 --
7      A.  Yeah.
8      Q.  -- where that statement is
9  in that study that's in the draft that
10  you provided me.
11      MR. FROST:  Objection.
12      THE WITNESS:  Okay.  So I'm
13  looking at the Shukla paper, and
14  that statement was Merritt in 2009
15  and it is in this.  So...
16  BY MR. SMITH:
17      Q.  Where is it?
18      A.  All right.  Let me just
19  look.  It's Reference Number 7?
20          It says -- although I'm
21  admitting that you looked this -- looked
22  this over very well.  It says, "This cell
23  type is not implicated in
24  asbestos-induced diseases but is

104 (Pages 410 to 413)

Brooke T. Mossman, M.S., Ph.D.

Page 414

1    occasionally linked to inflammation and
2    the development of ovarian cancer after
3    use of talcum powder in the pelvic
4    region, although such links are highly
5    controversial."
6         Q.   Where is it?
7         A.   It's in the final
8    publication, exactly where I --
9         Q.   I know. Point me to it. I
10   just missed it. Where is it?
11        A.   Yeah, I guess you did.
12        Q.   I guess I did. I'm -- I am
13   mortal. I apologize.
14             Where is it?
15        A.   Here you go.
16        Q.   Can you show me? Can you
17   tell me where the --
18        A.   It's exactly where it was in
19   the draft, yeah.
20             MR. FROST: If you look at
21        Page 1, right-hand column. It's
22        the first full paragraph, last
23        sentence.
24   BY MR. SMITH:

Page 415

1         Q.   I missed it. I stand
2    corrected.
3         A.   Wow.
4         Q.   I highlighted it right
5    before it. Thank you.
6         A.   You're welcome.
7         Q.   Do you agree with that
8    statement, now that it's -- we've
9    established that it's in your study?
10        A.   I agree that it's highly
11   controversial still.
12        Q.   Do you agree that it's been
13   occasionally linked to inflammation in
14   the development of ovarian cancer use
15   after the use of talcum powder in the
16   pelvic region?
17        A.   I believed in 2009, we
18   referenced or we looked at the Ness and
19   Cottreau, which was a hypothesis paper
20   and it is still a hypothesis that the
21   scientific data does not support.
22        Q.   Okay. Let's talk about --
23             MR. SMITH: Are we okay? Or
24        can we keep going?

Page 416

1              MR. FROST: Take a short
2    break.
3              MR. SMITH: Sure. We can
4    take a quick break.
5              THE VIDEOGRAPHER: Going off
6    the record. The time is 4:23.
7              (Short break.)
8              THE VIDEOGRAPHER: We are
9    going back on record. Beginning
10   of Media File Number 5. The time
11   is 4:38.
12   BY MR. SMITH:
13        Q.   Okay. So in Exhibit 39,
14   which is a chart in your study, I need to
15   correct --
16        A.   Yes.
17        Q.   I need to switch 24 to
18   eight --
19        A.   Right.
20        Q.   -- and eight to 24, right?
21        A.   Yes. That's correct.
22        Q.   And I made those changes.
23             Okay. And then over here,
24   I've got a question in -- you have talc

Page 417

1    at low concentrations of ovarian
2    epithelial cells, zero.
3              Do you see that?
4         A.   It should be -- it should be
5    high because we only added talc to the
6    ovarian epithelial cells at high
7    concentrations. So these -- they're the
8    right word, but they need to come down a
9    little bit.
10        Q.   I'm with you.
11        A.   See.
12        Q.   So this should be -- right
13   here this should be zero right here?
14        A.   Right.
15        Q.   And that should be -- that
16   mark right there is for low
17   concentration?
18        A.   Right. Right. Right.
19             So in this case, yes.
20        Q.   All right. If you look at
21   your paper --
22        A.   Yeah.
23        Q.   -- and you go to --
24        A.   Which one? The Shukla?

105 (Pages 414 to 417)

Brooke T. Mossman, M.S., Ph.D.

Page 418

1     Q.   Shukla.
2     A.   Okay.
3          MR. MIZGALA:  I think it was
4     right the way it was.
5          THE WITNESS:  High had no
6     results.
7          MR. SMITH:  That's right.
8     BY MR. SMITH:
9     Q.   All right.  These are the
10    epithelial -- ovarian epithelial cells,
11    right?
12    A.   Yes.
13    Q.   Okay.  And at 24 hours you
14    have zero at high concentrations, right?
15    Cell -- gene changes, right?
16    A.   Yes.
17    Q.   Okay.  If you look at Page 5
18    of 10.
19    A.   Yes.
20    Q.   And it says, "At
21    24 hours" -- down at the bottom under
22    "IOSE ovarian epithelial cells exhibit
23    few gene expression changes," it says,
24    "At 24 hours, high concentrations of

Page 419

1     asbestos caused less than fourfold
2     increases in expression of only 16 genes
3     and decreased" -- hold on.  Am I in the
4     right spot?  No, I'm not.
5          Let's go back to 4 of 10.
6     I'm sorry.
7     A.   Okay.
8     Q.   "Asbestos fibers at high
9     concentrations are toxic to TP9/TERT-1
10    mesothelial cells and less to ovarian
11    epithelial cells in contrast to particle
12    preparations."
13         It talks about, "Non-fibrous
14    talc at 75 micrometers squared per
15    centimeter squared was nontoxic, and
16    significant increases in toxicity were
17    only achieved with addition of talc at
18    greater than threefold concentrations in
19    LP9/TERT-1 cells (Figure 2A), but not in
20    IOSE cells (data not shown)."
21    A.   Right.
22    Q.   Okay.  Is that -- data
23    not -- how -- where is this data to be
24    able to put zero down here?  I don't --

Page 420

1     A.   This is the --
2          MR. FROST:  Objection.
3          THE WITNESS:  -- gene --
4     you're talking about the toxicity
5     data here.  We did -- and I
6     believe it's stated in this paper.
7     We did a range of concentrations
8     with the talc up to 20.  And I
9     think we make the statement that
10    in no cases was there toxicity to
11    the ovarian epithelial cells.  So
12    it's here somewhere.
13    BY MR. SMITH:
14    Q.   Well, my question is also, I
15    didn't think you tested talc at high
16    concentrations.
17    A.   We only did that in the
18    ovarian epithelial cells, because of --
19    we, in all of these, we had done
20    preliminary studies, and our original
21    ones indicated that we had no toxicity
22    and no effect.  So we did the whole
23    experiment for microarrays at the high
24    concentration.

Page 421

1     Q.   Where is that data that
2     shows that?
3     A.   Okay.  It's probably in here
4     somewhere.
5     Q.   And data --
6     A.   Here we go.
7     Q.   Data not shown or
8     referenced, where can I get that data?
9     A.   I believe some of it might
10    have been in supplementary data in this
11    journal.
12    Q.   Can you give me a
13    supplemental journal where that --
14    A.   Wait.  Let me just make sure
15    then.  Figure 2D.  Okay.  So, in terms of
16    the toxicity data for talc, it is in
17    Figure 2D, and that's the ovarian
18    epithelial cells.  So there is data
19    presented on the cytotoxicity.
20    Q.   Well, hold on a second,
21    because Table 6 it says -- in your --
22    right here on Exhibit 39.  Table 6, "Talc
23    does not cause altered gene expression in
24    human mesothelial or ovarian epithelial

106 (Pages 418 to 421)

Brooke T. Mossman, M.S., Ph.D.

Page 422

1    cells."
2         We're not talking about
3    toxicity. We're talking about gene
4    expression changes.
5         A.   Right.
6         Q.   And you're writing zero down
7    right here that you tested talc at high
8    concentrations and got zero gene
9    expression changes.
10        My question is, where is
11   that?
12        A.   Not in -- it says -- okay.
13        (Reading to herself.)
14        Okay. So if it didn't have
15   any significant gene changes, like for
16   the other materials, it wouldn't have
17   been presented, because there was no
18   significant increase in any of the genes.
19        Q.   Well, you have zero here.
20   Where is that? Where does it show that
21   there are no -- no changes? Where does
22   it state that?
23        A.   It's stated here. Hold on.
24   I think we've got it with the asbestos.

Page 423

1    Okay. Let me just see if it's in the --
2    Okay. So, yeah. So this is important to
3    look at, because in Table 4 at the high
4    concentrations, you see only one number
5    at the top, and the 2s are not
6    significantly elevated.
7         So the data is just shown at
8    the high concentrations of materials. At
9    the low concentrations there were no gene
10   changes.
11        Q.   I understand that. But
12   where -- I see the genes upregulated by
13   crocidolite asbestos and IOSE human
14   ovarian cells.
15        A.   Yes.
16        Q.   I do not a -- I do not see a
17   table or a sentence about zero being
18   found for talc.
19        A.   It's stated.
20        Q.   Where?
21        A.   In the results. Let's look
22   where we describe the IO cells.
23        All right.
24        Q.   I thought that's what we

Page 424

1    were just discussing, and it says data
2    not shown.
3         A.   Right. No significant gene
4    upregulation or downregulation in
5    response to lower concentrations of
6    asbestos. So no significant changes,
7    data not shown. At high concentrations
8    are what is expressed in Table 4.
9         Q.   Where are you reading that?
10        A.   I'm reading this on 5 of 10
11   under IOSE ovarian epithelial cells.
12        Q.   It says, "Data not shown,"
13   correct?
14        A.   That's correct.
15        Q.   Where can I get that data?
16        A.   It could be supplemental or
17   it may not have been presented at all.
18        Q.   Would I have -- would there
19   be any notes or lab notes or anything, or
20   where -- I mean, I haven't seen an
21   updated study of where that -- where you
22   get zero here, besides a statement. I
23   don't see like any testing or tables.
24        MR. FROST: Objection.

Page 425

1         THE WITNESS: I think it's
2    the same thing that I explained to
3    you before, is that we got no
4    significant gene changes looking
5    at thousands of genes, and that
6    you don't -- you present in these
7    findings what you did find, which
8    are what you see in all these
9    figures.
10        So for any gene expression
11   data, you're not going to see
12   numbers or negative numbers for
13   5,000 or some odd genes. It's --
14   you don't express it like that.
15   BY MR. SMITH:
16        Q.   So there was data. It just
17   wasn't included in this study.
18        A.   No. It was included in the
19   statistical analyses, but it was
20   insignificant; therefore, it was not
21   graphed, because the numbers were at the
22   ordinate of each graph.
23        Q.   I want to talk about the
24   Hillegass study.

107 (Pages 422 to 425)

Brooke T. Mossman, M.S., Ph.D.

Page 426

1    A.  Okay.
2      MS. O'DELL:  Excuse me for a
3  moment.  We Request that data that
4  Dr. Mossman has just testified to,
5  including the raw data, any
6  statistical analyses and outputs
7  of where the affected data has
8  been noted.
9      THE WITNESS:  This paper was
10  15 years ago.  So there's not
11  going to be any data.  We did the
12  literature search to try and find
13  it.
14     MS. O'DELL:  The -- there's
15  data that's published in the table
16  in her report that's not reflected
17  in the peer-reviewed publication,
18  and we want to know what the
19  underlying basis is for that data.
20  So that's the question.
21     MR. FROST:  We'll take it
22  under advisement.  Just send a
23  letter, take it under advisement.
24  Or an e-mail.

Page 427

1  BY MR. SMITH:
2    Q.  Let's move to the Hillegass
3  study.  And that's Exhibit 35.  What type
4  of asbestos did you look at in this
5  study?
6    A.  It's crocidolite.
7    Q.  And is crocidolite one of
8  the asbestos types that is found in Baby
9  Powder or Shower to Shower that we
10  discussed earlier?
11    A.  Not to my knowledge.
12    Q.  And you told me earlier that
13  different types of asbestos affect human
14  cells in different ways, correct?
15    A.  Yes.  Our studies have been
16  with chrysotile and crocidolite asbestos,
17  and amosite, which falls into the same
18  category as crocidolite in terms of
19  results on cells.
20    Q.  Hillegass study involved
21  gene profiling and proteomics, bioplex
22  proteins, cytokines released from
23  peritoneal mesothelial cells exposed to
24  asbestos to determine if asbestos was --

Page 428

1  was pathogenic, correct?
2    A.  Yes.
3    Q.  And since talc was not
4  subject to this test, we don't know what
5  cytokines would have been released with
6  exposure to talc and its relevance to
7  talc's ability to cause disease from this
8  study, correct?
9     MR. FROST:  Objection.
10     THE WITNESS:  Right.  The
11  levels of gene expression by talc
12  were so small that we would not
13  have expected an increase in terms
14  of proteins.
15  BY MR. SMITH:
16    Q.  That -- that wasn't my
17  question.
18     My question was, since
19  talc --
20     MR. SMITH:  And I object to
21  nonresponsiveness.
22  BY MR. SMITH:
23    Q.  Since talc was not subjected
24  to this test, we do not know what

Page 429

1  cytokines would have been released with
2  exposure to talc and its relevance to
3  talc's ability to cause disease from this
4  study, correct?
5     MR. FROST:  Objection.
6     THE WITNESS:  Again, we
7  didn't look at that because the
8  results were reversible and not of
9  a magnitude that one would expect
10  protein to be increased.
11  BY MR. SMITH:
12    Q.  Okay.  I asked you this
13  question in Brower, do you recall that?
14     MR. FROST:  Objection.
15     THE WITNESS:  No.
16  BY MR. SMITH:
17    Q.  Okay.  Look at Page 195 of
18  your testimony in Brower.  194 and 195.
19    A.  Okay.  194 and 195?
20    Q.  Correct.
21    A.  Okay.
22    Q.  And I'm going to start on
23  Line --
24    A.  Okay.

Brooke T. Mossman, M.S., Ph.D.

Page 430

1      Q.   -- 10 -- or I'm going to
2  start on Line 8.
3          Can we go -- "Question:  Can
4  we go back to the Hillegass study?
5          "Answer:  Sure.
6          "Question:  There were
7  additional tests done on asbestos that
8  were not done for talc in the study; is
9  that correct?
10         "Answer:  As I remember it,
11 yes.
12         "Okay.  What additional
13 tests were done on asbestos that were not
14 performed on talc?
15         "Answer:  We used what was
16 called a bioplex assay to examine
17 additional -- what are called
18 cytokines -- that were released from the
19 LP9 cell line after exposure to
20 crocidolite.
21         "Question:  So given the
22 fact that you didn't do the similar test
23 on talc or the peritoneal mesothelial
24 cells, you can't tell me what additional

Page 431

1  cytokines would have been released in
2  that regard?"
3          And there was an objection.
4          "The witness:  Yeah.  I
5  can't" --
6          "Answer:  I can't tell you
7  the additional cytokines that were
8  released by talc because we didn't look
9  at that."
10         Is that your answer?  Is
11 that correct?
12         MR. FROST:  Objection.
13         THE WITNESS:  Yes.  If it
14         had been indicated that there were
15         elevations like asbestos, we would
16         have done the studies with talc,
17         but that was not the case.
18 BY MR. SMITH:
19     Q.   In your study -- studies,
20 and that being Hillegass, you were able
21 to get additional information about
22 whether asbestos was carcinogenic to
23 cells, thought to be the origin of
24 ovarian cancer, that you failed to obtain

Page 432

1  from talc, correct?
2          MR. FROST:  Objection.
3          THE WITNESS:  I'm sorry.
4  I'm --
5          MR. FROST:  Do you want to
6  see the question or have it
7  read --
8          THE WITNESS:  Yeah.  In your
9  studies, that being --
10 BY MR. SMITH:
11     Q.   In your studies you were
12 able to get additional information about
13 whether asbestos was carcinogenic to
14 cells, thought to be the origin of
15 ovarian cancer, that you failed to obtain
16 from talc, correct?
17     A.   We weren't looking at
18 additional -- we weren't looking at
19 whether asbestos was carcinogenic to
20 cells in these studies.  We were trying
21 to determine whether the gene profiling
22 changes that we saw in the Shukla studies
23 were reflected by increased release of
24 proteins from the cells.

Page 433

1      Q.   Go to Page 196 of the Brower
2  testimony.
3      A.   Mm-hmm.  Okay.  196?
4      Q.   Yes, ma'am.
5      A.   Okay.
6      Q.   Line 3.
7      A.   Mm-hmm.
8      Q.   "Question:  So you were able
9  to get additional information about
10 whether or not crocidolite asbestos was
11 carcinogenic or not compared to
12 neomesothelial cells by doing these
13 additional studies?
14         "Answer:  In general, yes."
15         Is that your answer?  Is
16 that correct?
17         Is that statement correct
18 that you stated in Brower?
19     A.   We were getting additional
20 information.  Certainly from the study,
21 but the way your sentence is worded, your
22 question is worded, about whether or not
23 crocidolite asbestos was carcinogenic or
24 not, was not a focus of these studies

109 (Pages 430 to 433)

Brooke T. Mossman, M.S., Ph.D.

Page 434

1 whereby -- or would be gained by
2 information on these additional studies.
3        MR. SMITH: I'm going to
4    object as nonresponsive.
5 BY MR. SMITH:
6    Q.   I'm going to read the
7 question and answer again.
8        "So you weren't able to get
9 additional information about whether or
10 not crocidolite asbestos was carcinogenic
11 or not compared to neomesothelial cells
12 by doing these additional studies?"  And
13 we're talking about Hillegass.  And your
14 answer was:  "In general, yes."
15        Is that true, is that a true
16 statement?
17        MR. FROST: Objection.
18        THE WITNESS: Yeah.  Let me
19    emphasize again that the
20    additional information we were
21    getting was whether genes that we
22    saw in Shukla resulted in protein
23    secretion by mesothelial cells
24    after exposure to crocidolite

Page 435

1    asbestos.
2        This is a long leap in terms
3 of determining whether or not
4 crocidolite asbestos is
5 carcinogenic to peritoneal
6 mesothelial cells.  We weren't
7 looking at that in these studies.
8 BY MR. SMITH:
9    Q.   Can I rely on your answer in
10 the Brower case?
11        MR. FROST: Objection.
12        THE WITNESS: I'm qualifying
13    it.  I say in general.
14        Again, I'm trying to make it
15    clear that we were looking at
16    proteins that were released from
17    these cells.  Are there links
18    between these and cancer-causing
19    effects?  Not necessarily.  And
20    that's my answer.
21 BY MR. SMITH:
22    Q.   All right.  I would like to
23 talk to you about your report.
24    A.   Okay.

Page 436

1    Q.   I think we attached it as an
2 exhibit to the deposition.
3    A.   All right.  Mm-hmm.  If I
4 can find it in the pile here.  Okay.
5    Q.   When did you draft your
6 report and reach your conclusions?  It's
7 dated February 25th, 2019.  I think you
8 said some time in December or January
9 2018, 2019.  Would that be correct?
10    A.   Sometime in that realm, yes.
11    Q.   What methodology did you use
12 in arriving at your opinions in this
13 case?
14    A.   I used the same methodology
15 that I would have in our researching any
16 scientific review.
17    Q.   And what is that?
18    A.   Search of the peer-reviewed
19 literature on the topic.  I was also
20 asked to comment on two expert reports.
21 And in that case, I looked at each
22 statement, each reference, and then I did
23 a literature review of my own to pull up
24 other possibly relevant papers.

Page 437

1        So my methodology was the
2 same as I would have done in this case in
3 review of scientific papers submitted by
4 others to journals.
5        I'm missing my report here.
6    Q.   Can you -- how did you
7 compile the literature or compile the
8 literature search that you did in this
9 area?
10    A.   I did a PubMed search.
11    Q.   Of what?
12    A.   I looked at asbestos and
13 ovarian cancer.  I put in talc and
14 ovarian cancer.  I looked at all the
15 references that were cited by
16 Drs. Zelikoff and Saed and read those
17 papers, and then I looked at statements
18 in those papers and how they were
19 referenced.  So I had an additional
20 volume of information.
21    Q.   You said that you used the
22 methodology that you used in your
23 peer-reviewed literature; is that
24 correct?

110 (Pages 434 to 437)

Brooke T. Mossman, M.S., Ph.D.

Page 438

1      A.   I used the peer-review
2   process in order to compile the work.  I
3   cited work that I'd done in peer-reviewed
4   journals.  And I also -- thank you.
5           And I also looked at the
6   IARC -- two reports, which are not peer
7   reviewed.
8      Q.   The IARC monograph is not
9   peer-reviewed?
10     A.   No, it's not.  It's not in a
11  peer-reviewed database.
12     Q.   Are your opinions in this
13  case peer reviewed?  Is your report peer
14  reviewed?
15     A.   My report is based upon my
16  review of peer-reviewed data.
17     Q.   Is your report in this case
18  a peer-reviewed study?
19     A.   It's not.  It's an opinion,
20  or set of opinions.
21     Q.   In your opinion -- and we'll
22  look at it in a minute.  I don't see
23  anywhere in your -- and I could be wrong,
24  like I missed something before earlier,

Page 439

1   but I didn't see anywhere in your report
2   where you state that you do not believe
3   that talc -- there's no statement that I
4   recall that you do not hold the opinion
5   that talc does not cause ovarian cancer.
6           MR. FROST:  Objection.
7   BY MR. SMITH:
8      Q.   Do you recall that being
9   stated in your report?
10     A.   I don't.  But I'd have to go
11  through it.
12     Q.   Are all your opinions in
13  this case contained in that report?
14     A.   Yes.  I'm wondering whether
15  it's in the summary or the end of the
16  reports.
17     Q.   We'll go through your bullet
18  points --
19     A.   Okay.
20     Q.   -- and we'll come back to
21  that.
22     A.   Okay.  It might be in there.
23  I just don't know where it would be
24  stated in terms of that precise sentence.

Page 440

1      Q.   Do the Shukla and Hillegass
2   studies play a major role in the basis of
3   your opinions in this case?
4           MR. FROST:  Objection.
5           THE WITNESS:  They add basis
6   to the studies that I reviewed.
7   So I would include these as well
8   as the animal studies and the
9   epidemiology and other mechanistic
10  studies as related to my final
11  opinions.
12  BY MR. SMITH:
13     Q.   Did you examine all the
14  available data on cells responsible for
15  ovarian cancer and its interaction with
16  cosmetic-grade talc, that being the type
17  that's in Baby Powder and Shower to
18  Shower?
19     A.   Could you state that again.
20  I'm sorry.
21     Q.   Did you explain all the
22  available data on cells responsible for
23  ovarian cancer and its interaction with
24  cosmetic-grade talc, that being the type

Page 441

1   that's in Baby Powder and Shower to
2   Shower?
3      A.   If I pulled the information
4   up on PubMed, if there was research out
5   there, I would have pulled it up.  I
6   don't recall any studies in vitro that
7   focused on cosmetic talc with the
8   exception of Dr. Saed's.
9      Q.   Did you examine all the
10  available data on cells responsible for
11  ovarian cancer and its interaction of the
12  types of asbestos found in Baby Powder
13  and Shower to Shower?
14     A.   That's not a simple yes or
15  no question.  Again, if there were papers
16  that were in the peer-reviewed scientific
17  literature on talcs, I would have gotten
18  those.  Whether they were specifically
19  regarding cosmetic talcs or industrial
20  talcs or pharmaceutical-grade talcs, that
21  would have been in the papers themselves.
22     Q.   Let's go to your report.
23     A.   Okay.
24     Q.   I'd like to go to Bullet

Brooke T. Mossman, M.S., Ph.D.

Page 442

1  Point 1, summary of opinions.  Bullet
2  Point 1: "Cosmetic talc particles and
3  non-asbestos cleavage fragments are
4  different chemically, physically, and
5  structurally from amphibole asbestos
6  types, crocidolite and amosite."
7        You mentioned cosmetic talc
8  particles, but you have never studied
9  cosmetic talc particles; is that correct?
10       MR. FROST:  Objection.
11       THE WITNESS:  Correct.  But
12       they are -- I again reviewed the
13       IARC report and reports by
14       Zazenski, et al., characterizing
15       cosmetic talcs, and they are --
16       that's where this statement came
17       from.
18  BY MR. SMITH:
19       Q.   And you mentioned
20  crocidolite and amosite asbestos,
21  correct?
22       A.   Yes.
23       Q.   And we mentioned earlier
24  this is not the type of asbestos that's

Page 443

1  been found in Baby Powder and Shower to
2  Shower; is that correct?
3        MR. FROST:  Objection.
4        THE WITNESS:  Again, you're
5        assuming that other asbestos types
6        have been found in these
7        materials, and I am unaware of
8        that data.
9  BY MR. SMITH:
10       Q.   Okay.  Bullet Point 1, you
11  mention the different chemical, physical,
12  and structural differences of cosmetic
13  talc and crocidolite asbestos and amosite
14  asbestos, correct?
15       MR. FROST:  Objection.
16       THE WITNESS:  Yes.
17  BY MR. SMITH:
18       Q.   And you stated you are not a
19  mineralogist, correct?
20       A.   No, but I have interacted
21  with mesothelial cell, let's say,
22  biologists and geologists who have
23  emphasized in their experiments or
24  characterization that they're different

Page 444

1  reactions.
2        Q.   And analyzing whether a
3  sample of materials is talc, asbestos, or
4  talc with asbestos, you leave that to
5  mineralogists, as we discussed that
6  earlier, correct?
7        A.   Yes.  I work with reference
8  samples of materials.
9        Q.   And the same for determining
10  if a mineral is asbestos or asbestiform,
11  correct?
12       MR. FROST:  Objection.
13       THE WITNESS:  Yes.  The
14       mineralogists I collaborate with
15       characterize these materials.
16  BY MR. SMITH:
17       Q.   And you're not a geologist?
18       A.   That's correct.
19       Q.   And not a materials analyst,
20  correct?
21       A.   Correct.
22       Q.   And you are not an expert in
23  determining the flexibility or rigidity
24  of asbestos or cleavage fragments,

Page 445

1  correct?
2        MR. FROST:  Objection.
3        THE WITNESS:  I have not
4        used methods in my lab -- measure
5        particle flexibility directly.
6  BY MR. SMITH:
7        Q.   Let's go to Bullet Point 2.
8  "Because of these different properties,
9  cosmetic talc particles and non-asbestos
10 cleavage fragments are unlikely to reach
11 or be retained at sites of development of
12 mesothelioma or ovarian cancers."
13       You stated that you never
14 studied cosmetic talc particles or
15 cleavage fragments that have been
16 reported in Baby Powder or Shower to
17 Shower, correct?
18       MR. FROST:  Objection.
19       THE WITNESS:  I myself
20       haven't studied them.  But others
21       have, and their properties have
22       been documented by others,
23       including mineralogists.
24  BY MR. SMITH:

112 (Pages 442 to 445)

Brooke T. Mossman, M.S., Ph.D.

Page 446

1    Q.   What is the basis of that
2  statement?
3    A.   The basis of the statement
4  is twofold.  Cosmetic talc particles as
5  defined in IARC are platelike, large
6  platelike discs that would not be
7  deposited as would amphibole asbestos
8  types at the pleura.  They would not make
9  it out to the pleura because of their
10 size.  And this is true of non-asbestos
11 cleavage fragments as well.  Because
12 experiments by Dr. Wiley have indicated
13 that these cleavage fragments break
14 perpendicular to the fiber surface.  So
15 they don't form long, thin fibers.
16    And cleavage fragments of a
17 size that are pathogenic; that is, 5 to
18 10 microns are rare, if at all existent
19 in diameters that would allow them to be
20 taken out to the pleura by transfer or
21 retained in the pleura.
22    Q.   You told me earlier in the
23 depo that you had not studied how
24 tremolite, anthophyllite, and actinolite

Page 447

1  asbestos reached the areas of the lungs
2  where mesothelioma is induced and
3  developed, and you could not make a
4  strict analogy to these type of asbestos
5  from your study of other types of
6  asbestos.  We talked about that earlier
7  in the deposition.
8       MR. FROST:  Objection.
9       THE WITNESS:  We did.  But I
10      want to emphasize that if these
11      materials -- it's known that
12      anthophyllite and tremolite are
13      thicker, blunter fibers than the
14      needlelike amphibole asbestos
15      types and, therefore, their
16      propensity to either reach or be
17      retained at sites of development
18      of mesothelioma would be related
19      to their surface features, as well
20      as their physical features and,
21      therefore, them being blunt and
22      thick, like cleavage fragments,
23      they would be unlikely to reach or
24      be retained at sites of

Page 448

1       development of disease.
2  BY MR. SMITH:
3       Q.   And you also stated earlier
4  that you had not performed any studies on
5  whether cleavage fragments can reach the
6  area of the lung where -- where
7  mesothelioma is induced and developed.
8  We discussed that earlier.
9       MR. FROST:  Objection.
10      THE WITNESS:  That's true,
11      but other individuals have shown
12      that cleavage fragments of a
13      variety of types are not
14      mesothelioma-genic.
15 BY MR. SMITH:
16      Q.   And what basis do you have
17 to say that cosmetic-grade talc particles
18 cannot be retained by the ovaries?
19      MR. FROST:  Objection.
20      THE WITNESS:  I am saying
21      that there's no scientifically
22      plausible pathway where they would
23      be translocated in a retrograde
24      fashion from the perineum to the

Page 449

1       ovary.
2  BY MR. SMITH:
3       Q.   Well, you state in your --
4  in -- in the bullet point that fragments
5  are unlikely to be reached -- reach or be
6  retained by these sites of development of
7  mesothelioma or ovarian cancers.  And
8  I'm going to the or part.  Or retained.
9       What basis do you have to
10      say that cosmetic-grade talc particles
11      cannot be retained by the ovaries?
12      MR. FROST:  Objection.
13      THE WITNESS:  What I'm
14      saying is that there has been no
15      information suggesting that they
16      get there to cause disease.
17 BY MR. SMITH:
18      Q.   Have you not seen
19 pathological studies of -- and we've gone
20 through a bunch of them, where they have
21 found talc in human ovarian tissue?
22      MR. FROST:  Objection.
23      THE WITNESS:  Yes, and I'd
24      like to emphasize that the IARC

113 (Pages 446 to 449)

Brooke T. Mossman, M.S., Ph.D.

Page 450

1    committee found that talc degrades
2    in a period of about eight years.
3        So my point here is that
4    we're talking about mesothelioma
5    in this case, in my second bullet.
6    And that they would not be
7    retained for periods of time
8    sufficient enough for the
9    development of mesothelioma. We
10   don't know what the latency period
11   is of ovarian cancer.
12       But the same thing is true,
13   that the amphibole asbestos types
14   that I've studied, crocidolite and
15   amosite, are durable in lung for
16   periods of time of decades, as
17   opposed to years with something
18   such as talc.
19   BY MR. SMITH:
20       Q.  You understand about talc
21   exposure, we're talking about chronic
22   talc exposure over decades. Do you
23   understand that that's what we are
24   talking about?

Page 451

1        A.  You may be talking about it,
2    but I don't think there's evidence again
3    showing that chronic talc exposure leads
4    to migration to the ovary or that it's
5    associated with -- with disease.
6        Q.  I'm just questioning your
7    opinion about fragments are unlikely,
8    non-asbestos cleavage fragments and
9    cosmetic talc particles, to be retained
10   at the sites of development of ovarian
11   cancer.
12       And I want to know what your
13   basis of opinion that cosmetic-grade talc
14   which you've never tested cannot be
15   retained by the ovaries.
16       MR. FROST: Objection.
17   BY MR. SMITH:
18       Q.  When we have studies that
19   show talc in human ovarian tissue and --
20   and human cancer tissue.
21       MR. FROST: Objection.
22       THE WITNESS: So what I'm
23   telling -- what I'm telling you is
24   that there are studies on talc

Page 452

1        particles in general showing that
2    their half life in the human body
3    is an approximately eight-year
4    time span for a platelike talc.
5    BY MR. SMITH:
6        Q.  But that's talking about
7    dissolution, not about retention.
8        A.  But retention and
9    dissolution are the same thing. If
10   something dissolves, it can't be
11   retained. It's one of the factors that's
12   very important.
13       Q.  Do you know if any of those
14   studies on bio durability have discussed
15   or looked at talc in ovarian tissue to
16   determine how long it survives in ovarian
17   tissue?
18       A.  No. Because the studies
19   that have shown it in ovarian tissues are
20   for probably decades since these
21   exposures. We have no idea. And the way
22   to address that question wouldn't be in
23   looking at human ovarian material.
24       Q.  You have not performed any

Page 453

1    studies on whether or not asbestos
2    cleavage fragments can cause ovarian
3    cancer, correct?
4        MR. FROST: Objection.
5        THE WITNESS: I have not.
6    BY MR. SMITH:
7        Q.  Third bullet point. "Talc
8    and non-asbestos cleavage fragments are
9    not reactive with cells and their
10   effective repair pathways occur. Because
11   they are distinct in chemistry and other
12   features from asbestos fibers, they do
13   not have the same potential to cause the
14   abnormal cell responses that are integral
15   to the development of cancers."
16       MR. FROST: Objection.
17   BY MR. SMITH:
18       Q.  Is that your third bullet
19   point in your summary of opinions?
20       A.  Yes.
21       Q.  Okay. Well, talc not being
22   reactive with cells, we showed in Shukla
23   that talc was reactive with cells by
24   altering 30 genes at high concentrations

114 (Pages 450 to 453)

Brooke T. Mossman, M.S., Ph.D.

Page 454

1    at eight hours, right?
2        A.   And what I'm saying is that
3    any particle would have caused those
4    changes.  That was inert.  And the 30
5    changes that we observed as opposed to
6    hundreds of genes with asbestos was not
7    significantly different than the
8    responses of these cells to titanium
9    dioxide or glass.
10       Q.   And we went over, titanium
11   dioxide and glass did not alter any
12   genes, correct?
13       A.   It did not alter any genes
14   significantly.  That's correct.
15       Q.   In regards to cleavage
16   fragments, you stated you -- stated
17   earlier you never studied anthophyllite
18   or actinolite cleavage fragments, or
19   tremolite --
20       MR. FROST:  Objection.
21   BY MR. SMITH:
22       Q.   -- besides the one study in
23   New York?
24       A.   I have studied survival and

Page 455

1    toxicity of three samples of New York
2    State talc containing non-asbestiform
3    tremolite and non-asbestos anthophyllite.
4        Q.   And that was studying
5    industrial-grade talc, correct?
6        A.   That is correct.
7        Q.   And we discussed what NIOSH
8    was earlier.  Do you recall?  I think we
9    went through what NIOSH was.  It was
10   under OSHA.  Do you recall that
11   testimony?
12       A.   NIOSH stands for the
13   National Institute of Occupational Safety
14   and Health, yes.
15       MR. FROST:  Talking about
16   the roadmap?
17       THE WITNESS:  I got it here.
18   BY MR. SMITH:
19       Q.   NIOSH regulates exposures to
20   EMPs that meet the definition which may
21   include fibrous talc; is that correct?
22       MR. FROST:  Objection.
23       THE WITNESS:  OSHA is the
24   regulatory agency.  NIOSH, in my

Page 456

1    theme is primarily the national
2    institutes that conducts research.
3    And this was a road plan for
4    research.
5    BY MR. SMITH:
6        Q.   Well, they talk about the
7    NIOSH REL, correct, and exposure to EMPs
8    that meet the definition of fibrous talc
9    in this -- in this document; is that
10   correct?
11       MR. FROST:  Objection.
12       THE WITNESS:  I -- you would
13   have to show me where that's
14   specifically.  I don't remember
15   fibrous talc being used as a term
16   in this document.
17   BY MR. SMITH:
18       Q.   Look on Page 33.  Look at
19   2.7.2, clarification of the current NIOSH
20   REL.  And it says at the top right
21   column, "However, as the following
22   clarified REL makes clear, particles that
23   meet the specified dimensional criteria
24   remain countable under the REL for the

Page 457

1    reasons stated above, even if they're
2    derived from non-asbestiform analogs of
3    the asbestiform minerals.  With the use
4    of terms defined in this roadmap, the
5    NIOSH REL is now clarified as follows."
6        And it talks about, "NIOSH
7    has determined that exposure to asbestos
8    fibers can cause cancer and asbestosis in
9    humans and recommends exposure be reduced
10   to the lowest feasible concentration.
11   NIOSH has designated asbestos to be a
12   potential carcinogen and recommends that
13   exposures be reduced to the lowest
14   feasible concentration.
15       "NIOSH REL for airborne
16   asbestos fibers and elongated mineral
17   particles is .1 countable EMP from one or
18   more covered minerals per cubic
19   centimeter averaged over 100 minutes."
20       And it talks about a
21   countable elongated mineral particle,
22   EMP.  And then it goes on to the next
23   page, next bullet point.
24       "A covered mineral is any

115 (Pages 454 to 457)

Brooke T. Mossman, M.S., Ph.D.

Page 458

1    mineral having the crystal structure and
2    elemental composition of one of the
3    asbestos varieties (chrysotile),
4    riebeckite asbestos (crocidolite)", I
5    can't pronounce all of these.  All the
6    different asbestos -- "or one of their
7    non-asbestiform analogs and the amphibole
8    minerals contained in the mineral series,
9    the tremolite mineral series" -- and I
10   can't pronounce those names.
11           Is that correct?
12           MR. FROST:  Objection.
13           THE WITNESS:  I'm not sure
14       what this is saying.  It says
15       clarification -- it's under a
16       section, "Clarification of the
17       current exposure limit."  They do
18       state on Page 32 that they suggest
19       that -- "Studies suggest that
20       non-asbestiform amphiboles might
21       post different risks than
22       asbestos," and that was a theme
23       throughout this document.
24   BY MR. SMITH:

Page 459

1        Q.   Absolutely.  But they also
2    regulate -- do you understand that NIOSH
3    and REL is a time-weighted average
4    exposure to a worker by a mineral?  Do
5    you understand that?
6            MR. FROST:  Objection.
7            THE WITNESS:  I understand
8        it, but I --
9    BY MR. SMITH:
10       Q.   But my question.
11       A.   -- do not --
12       Q.   Hold on.  My question -- you
13   understand that.
14           My question is, do you
15   understand that non-asbestiform cleavage
16   fragments are regulated under the NIOSH
17   REL for exposures to human workers?
18           MR. FROST:  Objection.
19           THE WITNESS:  No.  I don't
20       think that's correct.  As a matter
21       of fact after this report, there
22       was another report to address the
23       roadmap's strengths and weaknesses
24       by the National Academy of

Page 460

1    Sciences.  And that questioned
2    statements such as this and
3    clarified them in the response of
4    that committee.
5            So there -- I would disagree
6        that NIOSH -- and in fact, I have
7        been convinced through the decades
8        that OSHA and NIOSH don't regulate
9        non-asbestiform analogs.
10   BY MR. SMITH:
11       Q.   So you're telling me, in
12   your opinion, you do not believe that
13   non-asbestos cleavage fragments are
14   subject to REL -- the count for REL
15   regarding the exposure limits to human
16   workers to non-asbestiform cleavage
17   fragments?  You don't believe that that
18   exists today?
19           MR. FROST:  Objection.
20           THE WITNESS:  I'm sorry, the
21       question is, what exists?
22   BY MR. SMITH:
23       Q.   A time-weighted limit called
24   an REL on exposures of U.S. workers to

Page 461

1    these cleavage fragments --
2            MR. FROST:  Objection.
3    BY MR. SMITH:
4        Q.   -- by NIOSH?
5        A.   I don't know what those are.
6    And they're not stated here.  So I can't
7    give you a NIOSH REL for non-asbestos
8    cleavage fragments.
9        Q.   You can't tell me whether
10   the NIOSH -- whether you count a worker's
11   exposure to non-asbestos cleavage
12   fragments -- goes to the overall exposure
13   of a worker for the NIOSH REL or not?
14           MR. FROST:  Objection.
15           THE WITNESS:  That is not my
16       area of expertise.  No, I can't
17       tell you that.  And I can just
18       tell you that biologically, as is
19       stated in this report, it's stated
20       that these cleavage fragments
21       might pose different risks or
22       lesser risks than their asbestos
23       counterparts.
24   BY MR. SMITH:

116 (Pages 458 to 461)

Brooke T. Mossman, M.S., Ph.D.

Page 462

1      Q.   It doesn't say no risk.  In
2  fact, they're regulated per the NIOSH
3  document that I just showed you.
4          MR. FROST:  Objection.
5          THE WITNESS:  I -- I would
6      have to see that, whether that
7      still exists.  That was a subject
8      of controversy, not only in this
9      document, but in a subsequent
10     document that looked at the
11     deliberations of this committee.
12 BY MR. SMITH:
13     Q.   The French government
14 doesn't agree with you on your assessment
15 of the health risk of cleavage fragments,
16 do they?
17         MR. FROST:  Objection.
18         THE WITNESS:  I think French
19     scientists agree with me.
20 BY MR. SMITH:
21     Q.   You have been shown the
22 ANSES articles and the publication, have
23 you not, and the official opinion of the
24 French agency for food, environmental,

Page 463

1  and occupational health and safety?
2      A.   That is not their
3  national -- Inserm is their national
4  research on fibers and particles.  I have
5  no idea what ANSES is.
6      Q.   Let's look at page -- at
7  document -- Exhibit 43.
8          (Document marked for
9      identification as Exhibit
10     Mossman-43.)
11 BY MR. SMITH:
12     Q.   "The French Agency For Food,
13 Environmental, and Occupational Health
14 and Safety," A-N-S-E-S, "was created on
15 July 1st, 2010.  It is an administrative
16 public establishment accountable to the
17 French Ministries of Health, Agriculture,
18 Environment, Labor and Consumer Affairs.
19 ANSES undertakes monitoring, expert
20 assessment, research, and reference
21 activities in a broad range of topics
22 that encompass human health, animal
23 health and wellbeing, and plant health.
24 It offers a cross-cutting perspective on

Page 464

1  health issues by assessing health risk
2  and benefits, often through the prism of
3  the human and social sciences.
4          "Its monitoring, diligence,
5  and surveillance work provides input for
6  risk assessment.  ANSES work fully
7  addresses all types of risk, chemical,
8  biological, physical, et cetera, to which
9  a person may be subjected intentionally
10 or otherwise at all ages and stages of
11 life, including through exposure at work,
12 while traveling, while engaging in
13 leisure activities or via their diet."
14         Do you see that?
15     A.   And I state that I have
16 never heard of ANSES prior to this
17 litigation.
18     Q.   Okay.  And if you look at
19 the second page, it talks about the
20 collaborative, impartial expert
21 assessment that they do.  And then I want
22 to --
23     A.   I've interacted with many
24 scientists, including the leading

Page 465

1  scientist in France at Inserm and never
2  have heard of this society or whatever it
3  is, an agency, and would question whether
4  it's a research agency.
5          (Document marked for
6      identification as Exhibit
7      Mossman-44.)
8  BY MR. SMITH:
9      Q.   This is Exhibit 44.  It's
10 the Director General of ANSES opinion.
11 It's an opinion of the French agency for
12 food, environmental and occupational
13 health and safety, on health effects
14 identified of cleavage fragments from --
15 of amphiboles from quarried minerals.
16         It says, "ANSES undertakes
17 independent and pluralistic scientific
18 expert assessments.  ANSES ensures
19 environmental, occupational and food
20 safety as well as assessing the potential
21 health risks they may entail.  It also
22 contributes to the protection of the
23 health and welfare of animals, the
24 protection of plant health and the

117 (Pages 462 to 465)

Brooke T. Mossman, M.S., Ph.D.

Page 466

1    evaluation of the nutritional
2    characteristics of food.  It provides the
3    competent authorities with all necessary
4    information concerning these risks as
5    well as the requisite expertise and
6    scientific and technical support for
7    drafting legislative and statutory
8    provisions and implementing risk
9    management societies."  And for -- it
10   cites the French Public Health Code.
11          The opinions are made
12   public.  And it states, "On August 28,
13   2014, ANSES was requested by the
14   Directorate General for Labour, the
15   Directorate General for Risk
16   Protection" -- "Prevention and
17   Directorate General for Health to
18   undertake the following expert appraisal:
19   Health effects and identification of
20   cleavage fragments of amphiboles from
21   quarried minerals."
22          And it goes on, the second
23   page, it says, "Against this background
24   the request included the following

Page 467

1    points:
2          "To review toxicological and
3    epidemiological evidence relating to
4    cleavage fragments of minerals with
5    non-asbestiform profiles:  Actinolite,
6    anthophyllite, tremolite, grunerite,
7    riebeckite.  What conclusions can be
8    reached about their effects on health?
9          "2, what current data are
10   available regarding the specific
11   exposures to cleavage fragments and
12   minerals cited above?
13          "3, are there routine
14   analytics methods that can be implemented
15   by laboratories accredited, capable of
16   distinguishing the fibers?"  And -- and
17   they list the fibers there.
18          And it says, "On the
19   conclusion of the expert appraisal,
20   recommendations may be proposed
21   concerning the protection and prevention
22   of risks to health of persons exposed to
23   these cleavage fragments."
24          Have you ever seen this

Page 468

1    document before?
2          MR. FROST:  Objection.
3          THE WITNESS:  I have.
4          Am I allowed to comment on
5    it?
6          MR. FROST:  My objection was
7    to reading it.
8          THE WITNESS:  Okay.
9    BY MR. SMITH:
10   Q.   And then if you go onto the
11   page -- let's see.  Seven pages in.  It
12   says, "To sum up, the CES concludes that:
13          "In the current state of
14   knowledge concerning their health
15   effects, cleavage fragments of
16   non-asbestos amphiboles, actinolite,
17   anthophyllite, tremolite, grunerite and
18   riebeckite were meet" -- "meeting the
19   WHO's dimensional criteria for fibers
20   should not be distinguished from their
21   asbestiform counterparts."
22          And do you see that written
23   there?
24          Do you agree with that

Page 469

1    assessment by them?
2    A.   Can you point to the --
3          MR. FROST:  Objection.
4          THE WITNESS:  -- statement
5    on Page 7 that you're talking
6    about?
7          There is no reason to make a
8    distinction?  Is that what you're
9    talking about?
10   BY MR. SMITH:
11   Q.   That statement right here.
12   It's, to sum up, the CES concludes that.
13   A.   First of all, I don't know
14   what the CES is.  This report was signed
15   by one individual.  I have never heard of
16   this review or this assignment through a
17   scientific body.
18          And I also want to emphasize
19   that the references that are cited, if
20   you look at Page 12 and 13, their total
21   for this entire document of 14 or so
22   references, of which many are original
23   ANSES studies which appear to be related
24   to outcrops of asbestos.

118 (Pages 466 to 469)

Brooke T. Mossman, M.S., Ph.D.

Page 470

1    But more importantly, the
2  references they cite, by Addison and
3  McConnell, by Cyphert, by Davis, by
4  Ilgren, Kodavanti, by me, who my name is
5  spelled wrong.  But we know that all of
6  these, and Williams, all say that
7  cleavage fragments do not pose a cancer
8  risk.
9    So this study, or whatever
10 it was, the conclusions of this
11 individual, are not based upon the
12 peer-reviewed scientific literature that
13 is cited.
14    Q.   So you disagree with their
15 opinions about cleavage fragments?
16    A.   I do.  It's not supported by
17 their own references.
18    Q.   Okay.  I want to show you an
19 e-mail which I'm attaching as Exhibit 45.
20    (Document marked for
21    identification as Exhibit
22    Mossman-45.)
23 BY MR. SMITH:
24    Q.   Series of e-mails.  I want

Page 471

1  you to go to the second page.  It's by
2  Rich Zazenski.
3    Well, I want you to read the
4  whole thing.  Let's start at the -- it's
5  going --
6    A.   Okay.
7    Q.   You are going to go to the
8  back forward.
9    A.   Okay.
10    MR. FROST:  Objection.
11 BY MR. SMITH:
12    Q.   And it's Peter Argust,
13 director of regulatory affairs from Rio
14 Tinto Minerals.
15    And it states -- from Peter
16 Argust to Rich Zazenski and Julie Pier
17 and some others, regarding the article of
18 industrial minerals asbestos.
19    Julie -- "Rich, Julie, and
20 Greg, our colleagues, Miguel Galindo has
21 shared with me the attached article in
22 Industrial Minerals magazine's
23 February 2008 edition.  The subtitle, '15
24 years after OSHA ruled that common

Page 472

1  cleavage fragments ought not to be
2  treated as asbestos.'  Confusion and
3  misinformation persists.  John Kelse" --
4  who you know, correct?
5    A.   I -- I knew him in the early
6  1990s.
7    Q.   -- "sets out the facts for
8  non-asbestiform amphiboles, reviews
9  recent cases and warns against unreasoned
10 decisionmaking."
11    And he worked for who, who
12 did John Kelse work for?
13    A.   When I corresponded with
14 him, I believe he worked for
15 R.T. Vanderbilt, but I'm not certain
16 whether that was his lifetime employer or
17 not.  I have no idea.
18    Q.   Says, "I can see how it
19 would be helpful, part of the ongoing
20 self-education process for ourselves and
21 our business partners to have something
22 like this as a reference.  But I defer to
23 the experts like yourselves and advise if
24 you feel the article is accurate, helpful

Page 473

1  or not.  Could you give me your
2  professional reactions.  Thanks and kind
3  regards, Peter, Peter Argust."
4    The response is from
5  Rich Zazenski at -- regulatory affairs
6  manager at Rio Tinto Minerals.  And he's
7  got richzazenski@Luzenac.com as his
8  e-mail address.
9    He says, "I had seen and
10 read this article, and my first reaction
11 was 'who really wrote this paper for
12 John's signature?'  I know John.  He is a
13 fairly technical person, but excuse me,
14 he would not write such an article and
15 cite 129 references.  The answer is
16 obvious, regardless I cannot agree with
17 his position.  We just don't have enough
18 facts.  Geologically it doesn't make
19 sense to me that you can have a mineral
20 deposit that just contains
21 non-asbestiform tremolite.
22    "I believe the USGS study of
23 talc from Death Valley, California,
24 nailed it correctly.  That if a deposit

Brooke T. Mossman, M.S., Ph.D.

Page 474

1   contains 'non-asbestiform' tremolite,
2   there is also asbestiform tremolite
3   naturally present as well.  And since
4   tremolite was never really a large
5   commercial mineral such as chrysotile or
6   crocidolite, there is not enough medical
7   data to conclude that 'blocky' tremolite
8   is simply a nuisance dust.
9           "But that has been the story
10  line for Vanderbilt for years and they
11  are sticking to it.  I closely followed
12  the OSHA/Vanderbilt debate during the
13  1990s.  Essentially OSHA 'threw in the
14  towel,' rather than expend their limited
15  resources on this issue.  Their decision
16  by no means should be interpreted as a
17  vindication of Vanderbilt's arguments.
18          "Back in the late 1970s and
19  1980s, other talc companies were
20  distancing themselves from any deposit
21  that contained tremolite and of" -- "all,
22  of course, but Vanderbilt.  They" --
23  "Then they proceeded to poison the well."
24          Then the last e-mail is from

Page 475

1   Michelle -- I can't pronounce her last
2   name, from Rio Tinto Minerals, sent on
3   January 31st, 2008.  And it said, "Dear
4   all, I agree with Rich's position."
5           So regarding cleavage
6   fragments and their ill health effects,
7   you had the employee of Luzenac, who was
8   head of regulatory affairs -- he was the
9   regulatory affairs manager, Rich
10  Zazenski, disagreeing with your position;
11  is that correct?
12          MR. FROST:  Objection.  I'll
13  just object to reading the e-mail
14  in, but...
15          THE WITNESS:  He was
16  disagreeing with my position on?
17  BY MR. SMITH:
18      Q.   On the ill health effects of
19  asbestos -- excuse me -- of cleavage
20  fragments on exposures.
21          MR. FROST:  Objection.
22          THE WITNESS:  Yeah, I'm not
23  sure what this correspondence is.
24  I have not -- I don't think I'm

Page 476

1   listed on here.  So I guess I'm
2   missing the point of this.
3           What I stated is that my
4   research, animal studies, and OSHA
5   still to this day agree that
6   cleavage fragments do not pose the
7   same health risks as their
8   asbestiform counterparts.
9   BY MR. SMITH:
10      Q.   Do you believe they pose any
11  health risk?
12          MR. FROST:  Objection.
13          THE WITNESS:  Well,
14  that's -- that's subjective.
15  Certainly with regard to
16  mesothelioma, no.  There have been
17  many studies, including recent
18  ones from the EPA, that argue
19  against cleavage fragments as
20  causing cancer in animals.
21  BY MR. SMITH:
22      Q.   What about ovarian cancer?
23          MR. FROST:  Objection.
24          THE WITNESS:  There in all

Page 477

1   of the experiments with cleavage
2   fragments in animals, ovarian
3   cancers have not developed.
4   BY MR. SMITH:
5       Q.   Well, tell me what studies
6   have studied cleavage fragments in their
7   relation to ovarian cancer.
8       A.   What I'm saying is that
9   cleavage fragments, by a variety of
10  routes, inhalation, intrapleural
11  injection, intraperitoneal, have not
12  developed -- have not resulted in the
13  development of ovarian cancers in
14  animals.  Hundreds of --
15      Q.   Tell me the study that
16  studied cleavage fragments and their
17  relationship to ovarian cancer.
18          MR. FROST:  Objection.
19  BY MR. SMITH:
20      Q.   I want the specific study
21  that you're referencing.
22      A.   That's not what I said.  I'm
23  saying that cleavage fragments of a
24  variety of types have been assessed in

120 (Pages 474 to 477)

Brooke T. Mossman, M.S., Ph.D.

Page 478

1  lifetime studies with animals, including
2  studies with tremolite asbestos and
3  tremolite non-asbestos cleavage
4  fragments.
5        None of those studies have
6  ovarian cancer develop with either
7  asbestos other cleavage fragments.
8        Q.  Have you -- do you know if
9  even ovarian cancer was looked for in
10 those studies?
11       MR. FROST:  Objection.
12       THE WITNESS:  These are
13    lifetime studies --
14 BY MR. SMITH:
15       Q.  Which studies?  I need the
16 names of them.
17       MR. FROST:  Objection.
18       THE WITNESS:  Okay.  Well, I
19    suggest that there -- many of them
20    are in my expert report.  The ones
21    that I can think of are
22    Drs. Coffin at the EPA, recent
23    studies by Cyphert, C-Y-P-H-E-R-T,
24    who looked at ferro-actinolite

Page 479

1     cleavage fragments.
2  BY MR. SMITH:
3        Q.  And ovarian cancer?
4        A.  What I'm telling you is that
5  people have not looked at ovarian cancer
6  and done studies and said, we're going to
7  expose animals and see whether they get
8  ovarian cancers.  What they have looked
9  at have been lifetime studies in a
10 variety of organs and has not -- these
11 have not indicated that ovarian cancers
12 are a signature of cleavage fragments,
13 regardless of how much was instilled and
14 regardless of the route of administration
15 over the lifetime of the animals, all of
16 whom who were autopsied at death.
17       Q.  Do you know any of those
18 that specifically looked at exposing
19 cleavage fragments and then -- to ovarian
20 tissue to determine whether they were
21 carcinogenic or had carcinogenic
22 properties to the ovaries?
23       MR. FROST:  Objection.
24       THE WITNESS:  I believe some

Page 480

1  of them may be summarized in IARC.
2  BY MR. SMITH:
3        Q.  All right.  Let's move on.
4  Bullet Point 4.  "Trace amounts of
5  cleavage fragments or other minerals may
6  be present in industrial and cosmetic
7  talcs have little or no chemical
8  biological reactivity."
9        We've gone through, I think,
10 some studies just a minute ago about
11 French government and NIOSH, and I'm
12 going to leave that bullet point alone.
13       A.  Okay.
14       Q.  Next bullet point.  The
15 numerous -- "The results of numerous
16 epidemiological and experimental studies
17 assessing carcinogenic potential short
18 asbestos support the concept that short
19 fibers and cleavage fragments, even of
20 respirable dimensions, do not play a role
21 in the induction of tumors."
22       You have not looked at Longo
23 or Rigler's testing or any internal
24 documents about what asbestos has been

Page 481

1  found in Baby Powder or Shower to Shower,
2  correct?
3        MR. FROST:  Objection.
4        THE WITNESS:  Yes.  This is
5     not relevant to this, my
6     conclusions here.  My conclusions
7     in terms of epidemiology and
8     experimental studies are based
9     upon the peer-reviewed scientific
10    literature and do not support the
11    concept that short fibers or
12    cleavage fragments play a role in
13    the induction of mesotheliomas or
14    ovarian cancers.
15 BY MR. SMITH:
16       Q.  Well --
17       A.  And those are all referenced
18 within the report.
19       Q.  Well, my point -- what I was
20 trying to get to, my second question is,
21 you don't know the fiber size or length
22 of asbestos found in these Baby Powder
23 bottles or Shower to Shower bottles.  You
24 haven't seen the studies.

121 (Pages 478 to 481)

Brooke T. Mossman, M.S., Ph.D.

Page 482

1        MR. FROST:  Objection to
2    form.
3        THE WITNESS:  Again, sir, it
4    doesn't make any difference.  All
5    of these studies and use of these
6    materials, regardless of their
7    source, were covered by cohort
8    studies with women looking at talc
9    exposures.  And none of these have
10   shown convincing or statistical
11   increase in risk, and they haven't
12   indicated dose-response or
13   frequency effect.
14       So if they -- if there were
15   fibers there, such as asbestos
16   fibers in trace amounts or small
17   amounts, it still -- it wasn't
18   reflected at an increased
19   incidence of disease.
20   BY MR. SMITH:
21       Q.   Fifth bullet point,
22   "Experimental studies demonstrate no
23   adverse effect levels from exposure to
24   certain concentrations of asbestos

Page 483

1    fibers, indicating the existence of a
2    threshold for cancer causation below
3    which tumors do not develop."
4        None of the studies that you
5    cite for support of this opinion deal
6    with tremolite, anthophyllite, or
7    actinolite, correct?
8        MR. FROST:  Objection.
9        THE WITNESS:  I'd have to go
10   back and look at -- the
11   experimental studies that I'm
12   talking about are my own with
13   inhalation.  And there are a
14   variety of studies with thresholds
15   in vitro that I summarize in a
16   2018 publication.
17   BY MR. SMITH:
18       Q.   But they don't deal with
19   tremolite asbestos, anthophyllite
20   asbestos, or actinolite asbestos; is that
21   correct?
22       A.   I'd have to go back and
23   look.  Some of them might -- may have
24   dealt with tremolite in the health

Page 484

1    effects document.  These were summarized
2    in 1990.
3        Q.   Well, you told me earlier
4    that you had not performed any studies on
5    those particular types of asbestos.
6        MR. FROST:  Objection.
7        THE WITNESS:  These are not
8    my studies.  They are studies
9    where individuals have added
10   fibers of a variety of types of
11   asbestos to cells and have shown
12   that threshold levels exist below
13   which biological effects
14   indicative of tumor formation do
15   not occur.
16   BY MR. SMITH:
17       Q.   As we discussed earlier, the
18   levels of exposure of each type of
19   asbestos in cosmetic-grade talc in terms
20   of human risk are outside your area of
21   expertise, correct?
22       MR. FROST:  Objection.
23       THE WITNESS:  Could you slow
24   down and --

Page 485

1    BY MR. SMITH:
2        Q.   As we discussed earlier, the
3    levels of exposure of each type of
4    asbestos in cosmetic-grade talc in terms
5    of human risk are outside of your area of
6    expertise, we talked about that earlier,
7    correct?
8        MR. FROST:  Objection.
9        THE WITNESS:  And, again, I
10   emphasize that it doesn't make any
11   difference what their levels would
12   be, in -- historically in talcum
13   powder if individuals using these
14   products did not develop ovarian
15   cancers.
16   BY MR. SMITH:
17       Q.   All right.  Let's go to --
18   as far as the money that you've been
19   paid, how much -- much for J&J have they
20   paid you totally, not just from the MDL?
21       How much have you made in
22   talc litigation, not just from the MDL,
23   do you know?
24       A.   From J&J, no, I would have

122 (Pages 482 to 485)

Brooke T. Mossman, M.S., Ph.D.

Page 486

1    no idea.
2        Q.   Can we get that, can you get
3    that figure together and give it to your
4    attorneys to give to us?  Because I want
5    the answer to that.
6        A.   Sure.  What -- what
7    information would you like?
8        Q.   How much you have made from
9    Johnson & Johnson in total, not just from
10   the MDL, and how much money have you made
11   since 2014 working in talc litigation.
12       A.   For Johnson & Johnson?
13   Okay.
14           MR. FROST:  You can follow
15   up with a letter, we'll take it
16   under advisement.
17           THE WITNESS:  Yeah.  That's
18   fine.
19           MS. O'DELL:  Thank you.
20           THE WITNESS:  Mm-hmm.
21   BY MR. SMITH:
22       Q.   You talked about Shih
23   earlier.  Is it your belief that this
24   study tested Johnson & Johnson talc?

Page 487

1        A.   The studies that I saw by
2    Shih --
3        Q.   It was an expert report.
4           MR. FROST:  Objection.
5           THE WITNESS:  It was an --
6    let me emphasize.  It was a
7    scientific study where incipient,
8    what are called pre-neoplastic
9    lesions in the serous location --
10   BY MR. SMITH:
11       Q.   Now, I'm -- Doctor, specific
12   to my -- I'm sorry, I'm short on time.  I
13   need you to answer the question directly.
14           Is it your belief that the
15   study, the Shih study, the expert report
16   that we discussed earlier that you said
17   was a whiz-bang expert report, is it your
18   belief that this -- this report tested
19   J&J talc?
20           MR. FROST:  Objection.
21           THE WITNESS:  I did not look
22   at that information.  These I
23   believe were lesions from
24   individuals with premalignant --

Page 488

1    BY MR. SMITH:
2        Q.   That's not -- it's
3    nonresponsive.  That's all I needed to
4    know.
5        A.   Okay.
6        Q.   Have you spoken to Dr. Shih
7    about this case?
8        A.   I have not.
9        Q.   Have you communicated with
10   Dr. Ann Wiley about this case?
11       A.   Not this case, no.
12       Q.   When was the last time you
13   spoke to her?
14       A.   Spoke to her?  I would say
15   probably last November at a meeting.  A
16   scientific meeting.
17       Q.   Have you discussed her depo
18   with her?
19       A.   My depo?
20       Q.   Hers.
21       A.   No, I haven't read her depo.
22       Q.   Have you discussed your depo
23   with her?
24       A.   No.

Page 489

1        Q.   Have you spoken or
2    communicated with Dr. Laura Webb about
3    this case?
4        A.   No, I have not.
5        Q.   She is a geologist here at
6    the University of Vermont?
7        A.   Yes, I've met her before.
8        Q.   Have you communicated with
9    Dr. Melinda Darby Dyar?
10       A.   I don't know that
11   individual.
12       Q.   Heavy metals, nickels.  What
13   is the mechanism by which it causes
14   cancer?  Is it in connection?
15           MR. FROST:  Objection.
16           THE WITNESS:  Nickel?
17   BY MR. SMITH:
18       Q.   Yes.
19       A.   It's particulate nickel.
20   And no, it's generally through DNA
21   damage.  Nickel has a lot of effects on
22   cells.
23       Q.   Can other heavy metals cause
24   inflammation in tissues, such as

123 (Pages 486 to 489)

Brooke T. Mossman, M.S., Ph.D.

Page 490

1    chromium, cobalt, arsenic?
2        A.    Any material at a high
3    enough concentration is going to cause
4    inflammation, whether it's pathogenic or
5    not.
6        Q.    Can heavy metals be
7    cocarcinogens?
8            MR. FROST:  Objection.
9            THE WITNESS:  With cigarette
10   smoke or other agents, I am sure
11   there's data out there.  I have
12   not reviewed it.  I can't give you
13   an affirmative -- or a yes or no
14   on that.
15   BY MR. SMITH:
16       Q.    And Bob Glenn, I saw in some
17   of your notes.  He testified that "if
18   there were fiber" -- "were a fiber of
19   asbestos in talcum-based products, it
20   would certainly provide a biologically
21   plausible mechanism for increased lung
22   disease, and that he suspected it would
23   also have similar mechanism of disease in
24   other tissues and organs."

Page 491

1            Do you agree with him?
2            MR. FROST:  Objection.
3            THE WITNESS:  I believe that
4    was a misquote in Dr. Zelikoff's
5    report.
6    BY MR. SMITH:
7        Q.    All right.  Let's go to your
8    report real quick.
9            You stated -- there was a
10   criticism of Dr. Saed about the
11   low-impact journal.  You said you put his
12   impact journal figures out about his
13   publication.  Do you recall that?  And it
14   was 2.548; is that right?
15       A.    No, I didn't put his impact
16   figure out there.  I provided a table of
17   impact factors.
18       Q.    Okay.  And regardless it's
19   in your report, correct?
20       A.    I have a table of impact
21   factors, yes, in my report.
22       Q.    Okay.  And your -- the
23   Hillegass study was published in the
24   Journal of Toxicology and Environmental

Page 492

1    Health Part A.
2            Do you recall that?
3        A.    Yes.  This is a paper that
4    was presented at a conference of which
5    the journal published the conference
6    paper.  So it wouldn't be through a --
7    let's say a review -- review process as
8    would -- I would have done for a
9    high-impact journal.  It was a --
10           (Document marked for
11           identification as Exhibit
12           Mossman-46.)
13   BY MR. SMITH:
14       Q.    Well, here is the impact
15   factor during the year that you published
16   Hillegass, which was 1.637.  Do you see
17   that?  Look at the screen.
18           MR. FROST:  Objection.
19           THE WITNESS:  Yeah, that --
20   that could have been.  This was a
21   journal that was used by the EPA
22   scientists for meetings, and as I
23   emphasize, the original data in
24   that paper was --

Page 493

1            MR. SMITH:  How much time I
2    got?
3            THE WITNESS:  -- reported by
4    Dr. Shukla.
5    BY MR. SMITH:
6        Q.    Okay.
7        A.    So this was a conference
8    paper.
9        Q.    I want to go to your report.
10   And on Page 10, it says, "Anatomy of the
11   Female Reproductive Parts And Barriers To
12   Particles."
13           It says, "As illustrated in
14   Figure 3 below, the extended genitalia
15   are the first line of defense in that
16   'the skin constitutes a relatively
17   impenetrable barrier to most
18   microorganisms unless breached by injury
19   such as abrasion or burning.'"
20           You believe that the female
21   reproductive tract, there's an
22   impenetrable barrier?
23           MR. FROST:  Objection.
24           THE WITNESS:  I think --

124  (Pages 490 to 493)

Brooke T. Mossman, M.S., Ph.D.

Page 494

1  what I'm emphasizing here, and
2  this is a book that actually has
3  been used to tutor individuals in
4  basic pathology, that the skin is
5  an impenetrable barrier to
6  particulate matter.
7  BY MR. SMITH:
8      Q.   Okay.  Let's go to the next
9  page.  It talks about "ovarian cancer" --
10  "cancers develop from epithelial cells
11  that line the ovaries and oviducts,
12  fallopian tubes.  These structures are
13  surrounded by a protected fibrous
14  capsule."
15      What fibrous capsule is
16  around human ovarian -- ovaries?
17      MR. FROST:  Objection.
18      THE WITNESS:  So the ovarian
19  epithelium is lined by something
20  called the submucosal or the
21  interstitium.  And that's
22  comprised of blood vessels and
23  fibers, meaning fibers from the
24  stroma.  So this is called a

Page 495

1  protective fibrous capsule.
2      Similar to the -- the lung
3  epithelium, which has a supportive
4  fibrous capsule under it, called
5  the interstitium.  It's sometimes
6  called the stroma.
7  BY MR. SMITH:
8      Q.   Do you know what -- we did
9  the conversion charts of -- well, do you
10  know the concentration levels that
11  Dr. Saed used in his study?
12      A.   That was very difficult to
13  discern.
14      Q.   Okay.  Do you know -- did
15  you know -- did you see if Dr. Saed used
16  normal epithelial cells?
17      A.   If he did, the --
18      Q.   Do you know if he did or
19  not?
20      MR. FROST:  Objection.
21      THE WITNESS:  I doubt very
22  much he did.
23  BY MR. SMITH:
24      Q.   Okay.  Do you know whether

Page 496

1  or not he used fallopian tubes cells in
2  his study?
3      A.   It may have been one of the
4  lines that he looked at, but whether they
5  were normal or whether it was his one
6  normal line --
7      Q.   Do you know?
8      A.   -- it is unclear.  No.
9      Q.   Did you have -- do you have
10  the capability of replicating Dr. Saed's
11  study if you wanted to try to replicate
12  it?
13      MR. FROST:  Objection.
14      THE WITNESS:  I wouldn't
15  want to.
16  BY MR. SMITH:
17      Q.   Could you replicate it?
18      MR. FROST:  Objection.
19  BY MR. SMITH:
20      Q.   Could you do it?
21      A.   I wouldn't do it the same
22  way he did it.
23      Q.   I don't -- that's not what
24  I'm asking.  I'm asking, could you

Page 497

1  replicate it if I asked you to do it?
2      MR. FROST:  Objection.
3  BY MR. SMITH:
4      Q.   Do you have the ability to
5  do it?
6      A.   As he did, there are so many
7  flaws in his methodology, I just don't
8  know where to start.  I mean, if we had
9  two hours, fine.
10      Q.   My question is very simple.
11  If you had the -- do you have the
12  capability of replicating his study?  Yes
13  or no?
14      MR. FROST:  Objection.
15      THE WITNESS:  I wouldn't
16  want to.  And it has -- when you
17  say replicate --
18  BY MR. SMITH:
19      Q.   If you just followed exactly
20  what he did in his study, could you do
21  exactly what he did if I told you to do
22  exactly what he did in his study?
23      A.   I wouldn't -- I wouldn't do
24  it.

Brooke T. Mossman, M.S., Ph.D.

Page 498

1       Q.   That's not what I'm asking.
2    I'm saying could you?  Do you have the
3    ability to do it?
4       A.   As he did it?
5       Q.   Again, I -- do you have the
6    ability to replicate his study?  Yes or
7    no?
8            MR. FROST:  Objection.
9            THE WITNESS:  Based upon how
10           he describes it, no, there's not
11           enough detail there.
12   BY MR. SMITH:
13      Q.   Okay.
14      A.   And there's so many flaws.
15      Q.   Did you attempt to replicate
16   his study and -- did you attempt to
17   replicate his study?
18      A.   You mean I would actually
19   perform that study --
20      Q.   Yep.
21      A.   -- as he did?
22      Q.   Yep.
23      A.   No.  I wouldn't bother,
24   because it doesn't tell you anything.

Page 499

1       Q.   You have a statement on Page
2    28.  You have two studies cited for there
3    not being talc -- I mean, excuse me,
4    asbestos in Baby Powder.  And that is
5    Boundy and Pira.
6            Do you see that on Page 28,
7    first bullet point?
8       A.   These are studies on the
9    workers that were exposed to these talcs.
10      Q.   Is that your basis that
11   there is not asbestos in Baby Powder or
12   Shower to Shower?
13           MR. FROST:  Objection to
14           form.
15           THE WITNESS:  It was stated
16           in these industrial talcs that
17           they were not associated with
18           asbestos contamination.
19   BY MR. SMITH:
20      Q.   Those are industrial talcs,
21   not cosmetic-grade talcs.  You understand
22   Baby Powder and Shower to Shower are
23   cosmetic-grade talcs, ma'am, don't you?
24           MR. FROST:  Objection.

Page 500

1            THE WITNESS:  They are
2    Vermont and Italian talc sources
3    from which Johnson's material may
4    have come from.
5    BY MR. SMITH:
6       Q.   May have?
7       A.   I don't know the details on
8    that.
9       Q.   Okay.  All right.  Next
10   page, Page 29.  You have Karageorgi
11   listed.  And it says, "This group studied
12   the possible relationship between use of
13   talcum powder and endometrial cancer."
14           Do you see that?
15      A.   Yes.
16      Q.   And you say, "This group
17   found no statistical association and
18   concluded that future studies were
19   needed."  You're saying that the
20   Karageorgi found no statistical
21   association between talcum powder and
22   endometrial cancer risk?  Is that what
23   the conclusion of this study was?
24      A.   I'd have to go back and look

Page 501

1    at it.  It dealt with endometrial
2    cancers.  I'd have to go back and review
3    it.
4            Dr. Saed stated it had --
5    that it studied ovarian cancer, and that
6    was not the case.
7       Q.   That's not my question to
8    you, Doctor.  My question to you is, did
9    the study conclude that there was no
10   statistical association found between
11   talcum powder use and endometrial cancer?
12           MR. FROST:  Objection.
13           THE WITNESS:  It -- I
14           believe that it stated there might
15           be a risk, but future studies were
16           merited.  I don't recall it
17           without looking at the --
18           (Document marked for
19           identification as Exhibit
20           Mossman-47.)
21   BY MR. SMITH:
22      Q.   This is the next numbered
23   exhibit, 47.
24      A.   -- conclusions.

126  (Pages 498 to 501)

Brooke T. Mossman, M.S., Ph.D.

Page 502

1    Q.   And this is that study?
2    A.   Okay.
3    Q.   And we go to conclusions
4  right at the first of the abstract.  "Our
5  results suggest that perineal talcum
6  powder use increases the risk of
7  endometrial cancer, particularly around
8  postmenopausal women."
9          Attach that as Exhibit 47.
10         MR. FROST:  Objection.  I
11   don't know that there's a question
12   there.
13  BY MR. SMITH:
14   Q.   Well, obviously, that's
15  different than what you put in your
16  report on Page 29, correct?
17   A.   The reason I put it in my
18  report is that Dr. Saed said that this is
19  a study linking perineal use of talcum
20  powder to ovarian cancers.  That is not
21  what Dr. Karageorgi studied here.  He
22  looked at endometrial cancer risk.
23         I believe here, and I'd have
24  to look, but I see it now.  In the

Page 503

1  abstract, it was a borderline increase in
2  risk, and it was not related to dose or
3  frequency.  And he concludes that future
4  studies need to be done to make
5  conclusions.
6    Q.   On Page 30, on the -- one,
7  two, three, four -- fourth bullet point,
8  starting "On Page 12," of your report.
9  It says, "On page 12."  It goes down and
10  says, "He does not acknowledge that ATF3
11  was characterized as an inhibitor of
12  inflammation in our studies, and unlike
13  asbestos, no changes in gene expression
14  were observed at 24 hours in mesothelial
15  or ovarian epithelial after exposure to
16  talc."
17         That is not true.  They were
18  not done at 24 at high concentrations,
19  were they?
20         MR. FROST:  Objection.
21  BY MR. SMITH:
22   Q.   Were they?
23         MR. FROST:  Objection.
24         THE WITNESS:  The 24-hour

Page 504

1  results were at the low level of
2  talc exposure and resulted in no
3  significant increases; therefore,
4  you didn't get a time-dependent or
5  dose-dependent increase --
6  BY MR. SMITH:
7    Q.   Well, I don't want to go
8  back over it --
9    A.   -- in gene expression.
10   Q.   -- but you don't know if you
11  got a time or dose-dependent at the
12  higher concentrations because you didn't
13  test it.
14   A.   It doesn't make a
15  difference.
16   Q.   You didn't test it at 24
17  hours, did you?
18         MR. FROST:  Objection.
19  BY MR. SMITH:
20   Q.   Did you?  Yes or no?
21         MR. FROST:  Objection.
22         THE WITNESS:  Low
23  concentrations, yes, we did.
24  BY MR. SMITH:

Page 505

1    Q.   High concentration.  The
2  higher concentration, did you?
3         MR. FROST:  Objection.
4         THE WITNESS:  We didn't look
5  at asbestos or talc at high
6  concentrations.
7         MR. FROST:  How are we doing
8  on time?
9         THE VIDEOGRAPHER:  You've
10  got a minute left.
11  BY MR. SMITH:
12   Q.   Okay.
13         And you talk about
14  Dr. Saed's lack of knowledge about
15  ovarian cancer.  Have you seen the
16  publications that he's published on,
17  Doctor?
18         MR. FROST:  Objection.
19         THE WITNESS:  Do you want me
20  to answer that?
21         Yes, the few he has which
22  are not in high impact journals
23  and not what they say they are.
24  BY MR. SMITH:

127 (Pages 502 to 505)

Page 506

1    Q.   Let me tell you what -- I'll
2  tell you what, I take exception to you
3  laughing and your sarcasm about Dr. Saed.
4  I just want to tell you I take --
5    A.   Well --
6    Q.   -- I think that is low rent
7  and classless.
8       But my question to you is,
9  do you know if he's published any
10  peer-reviewed literature prior to
11  litigation on oxidative stress and
12  inflammation and it leading to ovarian
13  cancer?  Do you know at this time?
14    A.   He's had --
15       MR. FROST:  Objection.
16       THE WITNESS:  He's had a few
17  papers on chemo resistance in
18  ovarian cancer cells.
19  BY MR. SMITH:
20    Q.   Have you had any prior
21  publications in that area?
22       MR. FROST:  Objection.
23  BY MR. SMITH:
24    Q.   Yourself?

Page 507

1    A.   In chemo resistance, no.
2       MR. FROST:  How are we
3  doing?  We done?
4       All right.  Great.  Let me
5  just consult with my colleague,
6  but I have a feeling we're done.
7  Yeah, we're done.
8       THE VIDEOGRAPHER:  This
9  concludes today's deposition.
10  We're going off the record.  The
11  time is 5:55.
12       (Excused.)
13       (Deposition concluded at
14  approximately 5:55 p.m.)
15       - - -
16
17
18
19
20
21
22
23
24

Page 508

1
2              CERTIFICATE
3
4
5       I HEREBY CERTIFY that the
witness was duly sworn by me and that the
6  deposition is a true record of the
testimony given by the witness.
7
       It was requested before
8  completion of the deposition that the
witness, BROOKE T. MOSSMAN, M.S., Ph.D.,
9  have the opportunity to read and sign the
deposition transcript.
10
11
12  _____
     MICHELLE L. GRAY,
13  A Registered Professional
     Reporter, Certified Shorthand
14  Reporter, Certified Realtime
     Reporter and Notary Public
15  Dated:  April 9, 2019
16
17
18       (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Page 509

1       INSTRUCTIONS TO WITNESS
2
3       Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8       After doing so, please sign
9  the errata sheet and date it.
10       You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14       It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

128 (Pages 506 to 509)

Brooke T. Mossman, M.S., Ph.D.

Page 510

```
1            - - - - - -
              E R R A T A
2            - - - - - -
3
4       PAGE  LINE  CHANGE
5       ___  ___  _____
6          REASON:  _____
7          ___  ___  _____
8          REASON:  _____
9       ___  ___  _____
10         REASON:  _____
11      ___  ___  _____
12         REASON:  _____
13      ___  ___  _____
14         REASON:  _____
15      ___  ___  _____
16         REASON:  _____
17      ___  ___  _____
18         REASON:  _____
19      ___  ___  _____
20         REASON:  _____
21      ___  ___  _____
22         REASON:  _____
23      ___  ___  _____
24         REASON:  _____
```

Page 512

```
1               LAWYER'S NOTES
2       PAGE  LINE
3       ___  ___  _____
4       ___  ___  _____
5       ___  ___  _____
6       ___  ___  _____
7       ___  ___  _____
8       ___  ___  _____
9       ___  ___  _____
10      ___  ___  _____
11      ___  ___  _____
12      ___  ___  _____
13      ___  ___  _____
14      ___  ___  _____
15      ___  ___  _____
16      ___  ___  _____
17      ___  ___  _____
18      ___  ___  _____
19      ___  ___  _____
20      ___  ___  _____
21      ___  ___  _____
22      ___  ___  _____
23      ___  ___  _____
24      ___  ___  _____
```

Page 511

```
1
2          ACKNOWLEDGMENT OF DEPONENT
3
4           I,_____, do
5       hereby certify that I have read the
6       foregoing pages, 1 - 512, and that the
7       same is a correct transcription of the
8       answers given by me to the questions
9       therein propounded, except for the
10      corrections or changes in form or
11      substance, if any, noted in the attached
12      Errata Sheet.
13
14
15      _____
16      BROOKE T. MOSSMAN, M.S., Ph.D.   DATE
17
18
19      Subscribed and sworn
        to before me this
20      _____ day of _____, 20____.
21      My commission expires:_____
22
23      _____
        Notary Public
24
```

129 (Pages 510 to 512)

Brooke T. Mossman, M.S., Ph.D.

## A

**A-N-S-E-S**
463:14
**a.m** 1:15 13:7
**ability** 128:11
428:7 429:3
497:4 498:3,6
**able** 43:12 126:8
155:6 337:18
419:24 431:20
432:12 433:8
434:8
**abnormal** 51:20
52:10 119:20
453:14
**abrasion** 493:19
**absence** 97:19
102:23
**Absent** 15:20
**Absolutely** 24:6
459:1
**absorbed**
157:21 160:18
160:21 161:8
161:11,16
**absorption**
157:23 162:3
**abstract** 58:17
112:5 114:13
114:22 115:7
278:15,23
279:11 300:17
301:11 302:15
323:9 324:4
402:4,10 502:4
503:1
**abstracts** 154:3
**academic** 96:1
100:12 105:5
105:13
**academicians**
82:15 83:10
**Academy**
459:24
**accepted** 42:18
189:9

**access** 189:13
305:4 366:14
**accolades**
245:22 246:11
**account** 143:23
**accountable**
463:16
**accounted** 15:17
**accounting**
268:11
**accredited**
467:15
**accumulate**
347:2
**accurate** 26:4
143:24 144:12
144:15 147:10
147:21 166:9
166:13 472:24
509:20
**achieved** 419:17
**acicular** 187:5
**acknowledge**
111:22 503:10
**ACKNOWLE...**
511:2
**acknowledgm...**
197:15
**act** 53:13 171:4
261:19
**acted** 376:15
387:5,15 393:3
**actinolite** 6:23
30:1 37:23
38:4,15 39:21
40:5,14 41:21
42:6 192:5,24
194:15 200:5
200:15 202:24
204:21,21,22
205:23 206:21
209:8,17
250:24 446:24
454:18 467:5
468:16 483:7
483:20
**action** 262:2

**actions** 315:11
**activated** 60:5
**Activating**
58:24 59:15
**activation**
282:12
**activities** 463:21
464:13
**actual** 143:24
145:15
**acute** 163:5
282:7 283:16
405:22
**adaptation**
57:12 58:20
**adaptive** 324:21
325:10
**add** 440:5
**added** 60:14
354:12 417:5
484:9
**adding** 356:17
**Addison** 470:2
**addition** 129:22
302:7 419:17
**additional** 16:11
46:22 146:22
177:10 232:14
233:14,15
262:6 282:16
354:9 412:8
430:7,12,17,24
431:7,21
432:12,18
433:9,13,19
434:2,9,12,20
437:19
**Additionally**
279:17
**address** 452:22
459:22 473:8
**addresses** 464:7
**adequate** 147:22
148:10,14
**administration**
92:14 479:14
**administrative**

463:15
**admit** 406:5
**admitted** 397:16
**admitting**
413:21
**adopt** 105:14
**advancement**
82:15 83:11
85:7 93:4
**advent** 86:22
87:18
**adverse** 61:12
64:11 149:10
149:13 482:23
**adversely**
293:22
**advise** 472:23
**advisement**
426:22,23
486:16
**advisory** 73:3
74:6 105:10
**advocating**
85:10
**affairs** 84:21
463:18 471:13
473:5 475:8,9
**affect** 66:7
319:11 327:24
427:13
**affidavit** 10:10
407:24 408:11
413:2
**affiliated** 131:18
**affirmative**
490:13
**African-Amer...**
318:7 325:16
**Age** 133:6
**agencies** 38:13
62:9 99:3
**agency** 10:17
84:17 455:24
462:24 463:12
465:3,4,11
**agent** 43:10
55:11 203:10

**agents** 54:10,23
55:2 56:3
273:19 283:12
297:19 334:23
490:10
**ages** 464:10
**aggressive**
402:11
**aging** 310:15
**ago** 56:11 69:19
74:21 79:16
186:19,20
188:14 277:11
313:7 426:10
480:10
**agree** 33:6 36:7
36:13 54:7
56:16 57:10,15
58:22 59:5,20
59:21 60:4
63:7 135:13,24
136:7 144:13
159:12 163:24
224:22 227:22
229:17 231:19
232:17 236:1
238:8 252:2,10
252:23 253:13
255:2,17,24
258:11 259:10
260:11,16
261:4,10,20
262:10,20
263:1 266:4
278:22 280:7
282:18 283:6,9
283:13,24
284:10 285:22
288:7 289:9
295:2,4,17
296:9 297:10
297:20,23
298:21,24
301:1 302:14
304:1 306:3
307:10,15
308:23 310:1

Case 3:16-md-02738-MAS-RLS   Document 9739-5   Filed 05/07/19   Page 239 of 311 PageID: 41398
Brooke T. Mossman, M.S., Ph.D.

Page 514

310:19,20
316:13 317:3
321:24 324:24
325:21 326:18
326:24 327:19
327:22 335:1
336:12 340:8
340:22 341:18
345:4 348:17
348:18 349:23
350:16 364:3
377:9 380:19
383:14 394:11
403:9 406:11
406:21 415:7
415:10,12
462:14,19
468:24 473:16
475:4 476:5
491:1
**agreed** 74:5
87:21 332:13
**Agriculture**
463:17
**AgroSciences**
103:18
**ahead** 89:22
124:7 291:20
**aided** 269:6
270:6 271:10
**aids** 281:22
**air** 94:2 190:3
**airborne** 457:15
**al** 211:15,16
220:16 230:22
256:9 442:14
**Alabama** 2:9
**albeit** 137:20
411:3,20
**alert** 98:17
**Alfred** 70:4 77:8
112:21 113:18
116:1
**alike** 411:14
**ALLEN** 2:3,8
**Allen@smith-...**
2:6

**allow** 278:12
446:19
**allowed** 148:10
148:14 468:4
**alphabetical**
83:1
**alter** 291:23
388:9 454:11
454:13
**alteration**
227:20 282:11
**alterations** 9:6
9:18 366:16
386:6 409:18
**altered** 48:12,13
375:2,6 376:8
379:5 381:17
387:7 388:3
390:11 391:13
391:17 392:5,8
393:10,19
395:14,16
403:23 421:23
**altering** 453:24
**alveolar** 323:15
**amended** 237:17
**American** 84:7
93:3,4 103:15
197:6
**Ames** 82:21
**amosite** 6:22
29:24 41:16
54:16 192:4,23
194:14 203:13
209:13 427:17
442:6,20
443:13 450:15
**amount** 182:24
213:24 338:6
375:13 385:15
391:24,24
393:11 394:16
**amounts** 480:4
482:16,17
**amphibole**
42:19 168:14
442:5 446:7

447:14 450:13
458:7
**amphiboles**
458:20 465:15
466:20 468:16
472:8
**Analgesic** 8:13
313:3
**analogies**
207:20
**analogs** 457:2
458:7 460:9
**analogy** 206:2
207:8 209:19
447:4
**analyses** 313:18
396:17,18,19
425:19 426:6
**analysis** 4:19
58:8 90:21
313:4,12
365:19 396:21
**analyst** 21:6
444:19
**analytics** 467:14
**analyzing** 21:8
444:2
**anatomy** 19:16
19:21 20:13,15
20:17,18
493:10
**anchorage-de...**
400:7
**and/or** 275:9
285:19 327:9
360:15,22
361:3,19
508:21
**Anderson** 265:5
265:7
**animal** 128:15
149:6 151:21
151:24 152:2,9
170:22 179:2,7
190:17 209:11
340:7 440:8
463:22 476:4

**animals** 169:14
170:1 199:21
241:17 342:2
465:23 476:20
477:2,14 478:1
479:7,15
**Ann** 488:10
**ANOVA** 396:17
**anovulation**
307:2
**ANSES** 10:15
462:22 463:5
463:19 464:6
464:16 465:10
465:16,18
466:13 469:23
**answer** 12:5
24:23 25:14
27:23 30:3,7
32:7 34:10
44:17 55:20,24
56:5 62:17
63:2,10,14,20
63:22 73:20
74:2,24 95:16
107:1 126:4
129:14 130:21
138:10,21
140:9 147:23
148:23 164:10
165:20 166:5
167:14 209:2
209:10,24
212:4 214:21
215:1,2,13
235:2 320:2
372:18 386:1
430:5,10,15
431:6,10
433:14,15
434:7,14 435:9
435:20 473:15
486:5 487:13
505:20
**answer's** 32:14
**answered** 28:21
42:15 111:12

131:7
**answering**
393:13
**answers** 511:8
**anthophyllite**
6:23 30:1
41:12 192:5
193:1 194:15
200:5,14
202:19,22
203:5,10
204:14,15
205:2,8,23
206:20 209:9
209:17 250:24
446:24 447:12
454:17 455:3
467:6 468:17
483:6,19
**antiinflammat...**
405:22
**antiinflammat...**
257:10 293:20
294:17 310:11
**antioxidant** 43:7
302:8
**antioxidants**
43:8
**antiregulatory**
104:11 105:2
**anymore** 17:11
88:8
**anyway** 276:21
**apart** 31:20
61:19 203:22
203:24
**APCO** 85:3,12
**apologize** 70:1
256:15 314:22
414:13
**apparent** 102:21
103:9 334:19
**apparently**
94:20
**appear** 321:5
359:21 469:23
**APPEARAN...**

Brooke T. Mossman, M.S., Ph.D.

Page 515

| | | | | |
|---|---|---|---|---|
| 2:1 3:1 | 182:20 206:21 | 6:15 21:14 | 194:13 196:19 | 424:6 427:4,8 |
| **appeared** 226:2 | 210:13,20,21 | 109:9 110:5 | 198:18,19 | 427:13,16,24 |
| 277:15 312:1 | 211:2 330:16 | 112:9 114:18 | 199:18,24 | 427:24 430:7 |
| 316:23 | 351:17 352:3,4 | 121:7 122:3,7 | 200:21 202:5 | 430:13 431:15 |
| **appears** 278:11 | 354:3,10 | 167:22 186:3 | 202:10,16,19 | 431:22 432:13 |
| **APPEL** 3:13 | 355:17,21 | 187:9 194:23 | 202:24 203:13 | 432:19 433:10 |
| **applauded** | 381:5 383:5 | 195:5,10 | 203:16 204:8 | 433:23 434:10 |
| 265:23 | 437:9 448:6 | 444:10 457:3 | 204:15,21 | 435:1,4 437:12 |
| **application** | 461:16 484:20 | 468:21 474:2 | 205:24 206:3,4 | 441:12 442:5 |
| 137:21 138:15 | 485:5 506:21 | 476:8 | 206:21 207:8 | 442:20,24 |
| 138:15 139:16 | **areas** 205:24 | **asbestos** 6:21 | 207:10,19 | 443:5,13,14 |
| 162:12 307:14 | 385:4 447:1 | 7:7 8:19 10:8 | 209:5,13,14,18 | 444:3,4,10,24 |
| 316:12 326:15 | **argue** 170:14 | 10:23 17:20 | 209:20 210:6 | 446:7 447:1,4 |
| 344:10 | 171:1,21 239:4 | 21:9,10,14,20 | 211:9,14 212:2 | 447:6,14 |
| **applications** | 342:24 476:18 | 22:1,7 29:7,24 | 212:12 213:11 | 450:13 453:1 |
| 6:10 113:6 | **arguments** | 35:1,9,12,14 | 213:14 214:18 | 453:12 454:6 |
| 115:13,19 | 474:17 | 36:8,17,19,24 | 228:20 250:12 | 457:7,11,16 |
| 145:8 | **Argust** 471:12 | 37:7,9,15 | 251:1,7 260:7 | 458:3,4,6,22 |
| **applied** 50:22 | 471:16 473:3 | 38:22 39:6,21 | 261:17 307:8 | 461:22 469:24 |
| 137:1 182:20 | **arm** 197:3 | 40:2,13 41:7 | 311:24 322:23 | 471:18 475:19 |
| 344:12 | **ARPS** 3:7 | 41:20 42:19,20 | 323:6,12,23 | 478:2,7 480:18 |
| **apply** 209:7 | **arrangement** | 44:14,15 45:7 | 324:1,8,10 | 480:24 481:22 |
| 508:19 | 71:23 | 46:20,24 47:10 | 355:13 356:1,9 | 482:15,24 |
| **appraisal** | **arrive** 124:24 | 48:6,8 50:8 | 356:19 357:18 | 483:19,20,20 |
| 466:18 467:19 | 149:19 155:4,9 | 54:12,16 55:11 | 357:22 358:18 | 484:5,11,19 |
| **appreciates** | **arriving** 436:12 | 57:2 61:7 | 359:4,20 | 485:4 490:19 |
| 197:21 | **arsenic** 490:1 | 64:17 66:1,11 | 362:19,20 | 499:4,11,18 |
| **approaches** | **art** 189:14 | 73:4 74:1 | 363:16 364:8 | 503:13 505:5 |
| 188:11 189:12 | 259:24 | 80:17,22 81:6 | 364:16 365:9 | **asbestos-cont...** |
| **appropriate** | **article** 10:22 | 81:7 86:18 | 365:24 368:2 | 73:19 80:7 |
| 99:24 100:4 | 84:1,6,9 86:1,2 | 87:14 88:5,5,9 | 369:8,23 | 81:19 |
| 188:16 357:16 | 96:17 97:2 | 112:4 114:14 | 370:20 371:1,2 | **asbestos-indu...** |
| 359:3 384:11 | 110:17 112:20 | 120:24 164:23 | 371:4,7,20,24 | 402:17 410:23 |
| 509:6 | 159:8 225:12 | 165:1,4,11,18 | 373:10,13 | 411:16 413:24 |
| **approximately** | 225:12 229:20 | 166:3,15,16 | 374:14,16 | **asbestos.'** 472:2 |
| 68:18 74:20 | 299:21 308:10 | 168:14,19 | 375:6 377:8,11 | **asbestosis** 457:8 |
| 85:5 356:14 | 318:17 345:23 | 171:16,23 | 377:13,24 | **ascend** 229:21 |
| 357:2 452:3 | 346:16 347:9 | 172:22 173:5 | 382:11 389:6 | 230:6 |
| 507:14 | 471:17,21 | 174:24 175:6 | 389:10,11,17 | **ascending** 230:1 |
| **April** 1:10 13:6 | 472:24 473:10 | 179:21 180:15 | 392:14 394:13 | **ascension** |
| 508:15 | 473:14 | 180:20 181:20 | 394:18,20 | 333:12 |
| **Archer** 213:23 | **articles** 86:10 | 182:2,24 | 397:11,18 | **ascent** 334:23 |
| 215:9 | 98:1 104:16 | 188:20,21 | 402:2,15 403:3 | **ascites** 272:15 |
| **architect** 92:21 | 110:2 111:3 | 189:1 190:1,4 | 403:12 404:23 | **Ashton** 160:11 |
| **area** 22:3,17 | 119:24 462:22 | 190:7,24 191:5 | 406:4,12,21 | 161:18 |
| 23:6,7 24:21 | **asbestiform** | 191:10 192:3 | 410:9 419:1,8 | **aside** 204:24 |
| 29:8 30:6,9 | 5:22 6:13,14 | 192:22 194:3,3 | 422:24 423:13 | 205:6 |

Brooke T. Mossman, M.S., Ph.D.

29:23 42:15
97:24 101:8
111:12 126:10
126:21 145:2
146:4 152:3
158:11 187:19
195:19,23
199:22 208:22
209:3 211:23
214:15 223:23
224:10 332:13
381:24 392:23
412:17 429:12
436:20 497:1
**asking** 34:4
60:10 78:16
87:8 107:18
111:8 191:3
235:5 239:10
315:16 391:3
496:24,24
498:1
**aspect** 22:24
211:7,24
**aspects** 267:10
**aspirin** 240:10
241:23 293:21
294:18 310:10
313:13,20
**Assault** 91:20
**assay** 384:3
430:16
**assays** 47:7
52:21 364:12
369:2
**assessed** 143:1
477:24
**assessing** 112:2
246:8 464:1
465:20 480:17
**assessment** 5:21
8:23 38:8 39:8
39:12 109:8
110:4 114:20
223:2,15 224:8
224:18 228:19
316:5 346:12

462:14 463:20
464:6,21 469:1
**assessments**
465:18
**assignment** 72:7
72:10 74:20
75:8 469:16
**assistant** 15:7
92:14
**associated** 17:19
37:8 50:11
57:4 119:7
130:4 185:6
215:6 230:3
241:19 244:3
244:18 249:7
284:6,13
289:22 303:18
307:5,8,17
310:14 325:15
327:11 331:24
363:14,18
400:15 406:8
451:5 499:17
**Associates** 85:3
**association** 7:12
70:21,24 93:3
93:4 94:10
104:1 224:19
227:11 238:4
291:3 316:11
321:18 334:15
334:19,22
336:11 500:17
500:21 501:10
**associations**
251:21 252:18
**assume** 65:23
87:3,22 180:21
302:17 350:2
**assuming** 206:9
398:23 443:5
**assumptions**
371:6,8
**assure** 99:6
**ATF3** 4:19
50:10,16 56:11

56:11,17,17
58:8 59:1,15
60:4,12 379:13
403:22,22
404:19 405:3,9
405:23 407:11
407:19 503:10
**atomic** 93:1
**attach** 14:15,17
16:1,15 76:21
77:4 79:13
82:12 83:23
89:6 112:15
121:24 122:16
132:2 191:18
196:17 237:15
315:3 322:14
353:3,5,5
358:19 401:12
408:5,20
409:16 502:9
**attached** 16:8
58:2,15 69:5
88:17 96:22,23
236:22 237:12
237:17 333:9
409:23 412:12
436:1 471:21
509:12 511:11
**attaching**
470:19
**attempt** 498:15
498:16
**attempted** 148:5
**attempting**
183:8 362:15
384:24 385:1
**attended** 81:6
196:8
**attention** 272:8
**attorney** 94:23
509:16
**attorneys** 94:18
107:1 486:4
**attracts** 288:24
**attributable**
269:1,17 271:5

**Auersperg**
384:6
**August** 277:11
466:12
**author** 45:21
84:9 346:14
401:18 402:8
**authorities**
466:3
**authors** 228:12
229:5 265:3
291:23 292:18
334:15,22
**autopsied**
479:16
**available** 38:4
112:6 114:15
440:14,22
441:10 467:10
**Avenue** 3:8
**average** 459:3
**averaged** 457:19
**Award** 93:6
**aware** 19:1 35:5
80:10 81:22
82:22 175:19
180:7 184:22
188:18 196:3,5
238:17 269:8
269:24 270:8
271:12,15
287:20 317:16

**B**

**B** 3:13 4:11 5:2
6:2 7:2 8:2 9:2
10:2 11:2
357:21
**Baby** 67:14
175:12 177:18
177:23 179:3
179:14,22
182:19 185:10
185:17 186:3
187:10 190:6
190:13,21
200:22 249:15

250:3,15
251:10,12
333:11 398:13
398:21 399:2
399:17 427:8
440:17 441:1
441:12 443:1
445:16 481:1
481:22 499:4
499:11,22
**back** 42:9 72:1
89:24 101:21
110:24 111:3
117:2 144:7
156:9 161:5
183:8 184:22
202:3 210:22
217:19 221:19
222:4,10,12
224:7 236:15
254:17 277:10
292:16 293:7
293:23 314:16
314:24 315:23
319:23 320:5
321:7 324:13
337:1 338:24
341:22 372:16
386:19 392:10
405:15 408:15
416:9 419:5
430:4 439:20
471:8 474:18
483:10,22
500:24 501:2
504:8
**background**
466:23
**baffling** 147:13
**balanced** 153:13
350:5
**bank** 400:5
**bankruptcy**
81:21
**Barrett** 178:11
**Barrett's** 399:11
**barrier** 323:15

Brooke T. Mossman, M.S., Ph.D.

493:17,22
494:5
**Barriers** 493:11
**base** 119:24
139:3,10,15
140:21 176:1
245:9,11
286:20
**based** 101:9
112:11 119:4
128:8 130:2
135:18 139:24
143:17 147:16
151:21 170:12
184:11 198:20
203:9 207:20
239:5,14 257:5
299:5 323:13
352:2 357:19
364:11 378:4
438:15 470:11
481:8 498:9
**bases** 243:7
**basic** 173:4
494:4
**basically** 95:14
276:8 323:24
324:9
**basing** 172:18
172:21 328:5
**basis** 127:24
154:6 184:8
200:7 229:11
230:23 236:13
237:7,22
239:18 253:24
256:17 258:3
259:20 264:18
287:18,18
292:4 311:13
311:19 339:24
347:14 426:19
440:2,5 446:1
446:3 448:16
449:9 451:13
499:10
**Bates** 160:1

**Beach** 2:14
**beads** 364:5,18
367:24 368:23
375:3,12 376:1
376:14 385:7
386:16,24
387:14 388:2
388:15 390:20
391:8,13 392:6
393:5,19 395:7
395:15 396:12
**Bear** 204:5
276:15
**bearing** 383:12
383:15
**BEASLEY** 2:8
**beautifully**
151:14 244:16
245:19
**Beecham** 103:24
**began** 84:15
**beginning** 1:15
77:12 115:3
117:2 217:19
241:12 314:16
323:9 341:10
409:22 416:9
**behalf** 75:13
**behaves** 288:22
291:5
**beings** 36:9 37:1
41:3 349:1
**belatedly** 20:20
**belief** 486:23
487:14,18
**believe** 15:23
23:4,8 31:18
40:12 41:19
91:5,7 117:18
120:8 123:15
136:15 149:23
152:22 153:11
161:15 165:8
175:17 176:16
183:20 188:13
189:9 224:16
230:6 232:3,7

233:1 254:3
255:5 256:1
257:1,23
258:23 276:20
279:2 280:11
299:1 321:6
325:5 335:13
335:17 338:21
341:5,7 342:7
342:21 344:9
344:19 345:14
346:17 357:15
399:13 405:16
407:19 412:2
420:6 421:9
439:2 460:12
460:17 472:14
473:22 476:10
479:24 487:23
491:3 493:20
501:14 502:23
**believed** 415:17
**bell** 91:17 258:1
**bells** 93:9
**beneficial** 163:6
310:12
**benefit** 137:15
**benefits** 464:2
**best** 86:17 94:4
145:19 351:24
**Bethesda** 93:7
**better** 54:4
94:21 214:10
217:2
**beyond** 211:9
212:2 392:24
**bias** 103:9
156:13
**BIDDLE** 3:3
**bill** 15:9,10,12
120:8 123:15
**billed** 15:16,22
**Billet** 93:24
**billing** 76:1,4
**bills** 15:15,22
**bind** 51:18 52:8
**binding** 63:7,18
204:4

**binds** 80:18
**bio** 210:6 452:14
**bioassays**
109:12
**biodurability**
175:6
**Biologic** 7:15
8:15
**biological** 32:24
39:9 119:2
173:6 301:18
315:21 316:10
335:6 464:8
480:8 484:13
**biologically**
321:17 461:18
490:20
**biologist** 190:10
**biologists** 62:21
286:11 443:22
**biology** 78:9
141:13 273:16
**Biomarkers**
11:9
**Biomedical**
69:13,21 79:11
**bioplex** 427:21
430:16
**bioreactive**
112:8 114:17
**biostatistics**
367:6
**birth** 331:3
**Bishop** 34:16
**bit** 16:22 417:9
**bleed** 286:1
**block** 288:20
**blocking** 334:23
**blocky'** 474:7
**blood** 282:11
494:22
**bloodstream**
164:15
**Blount** 186:17
188:24
**blue** 58:17
**blunt** 447:21

**blunter** 447:13
**board** 73:3 74:6
96:6 102:14
104:5 105:1,11
108:12
**Bob** 490:16
**bodies** 229:16
230:2
**body** 19:24
20:13 54:20
117:19 164:16
197:9 218:8
220:1 254:23
260:3 283:20
289:6 321:19
322:5,6 324:18
347:3,19 348:8
452:2 469:17
**body-type**
350:12
**bold** 394:5
**bolstered** 127:5
151:15,18
153:3 243:22
**bolstering** 247:4
**bolsters** 19:2
**Bond** 367:4,5
368:7
**book** 89:18
91:18 95:20
195:21,22
494:2
**borderline**
503:1
**borne** 274:18
396:16
**bother** 498:23
**bottles** 180:13
251:12 481:23
481:23
**bottom** 90:9,18
93:20 104:9
128:3 143:10
160:1 192:9,10
193:12 194:13
197:16 198:13
273:12 274:22

Brooke T. Mossman, M.S., Ph.D.

277:16 295:7
295:13 299:23
336:8 353:16
402:22 418:21
**bought** 94:20
**Boulevard** 2:4
**bound** 208:14
**Boundy** 499:5
**box** 58:17
265:15,15
**branch** 305:12
305:15
**branching**
352:20
**breached**
493:18
**break** 56:3
64:23 67:21
116:17,24
140:24 150:22
216:5 217:2,4
217:14 218:3
246:20 254:14
254:15 314:14
416:2,4,7
446:13
**breaking** 7:19
215:18 264:9
265:2
**breast** 133:9
300:17 302:4,9
303:23
**brief** 71:17
77:15,17 80:13
**bring** 108:22
130:8
**Bristol-Myers**
103:17
**broad** 31:10
32:13 35:11
54:21 62:3,10
128:6 276:2,12
463:21
**broadest** 164:1
**broken** 208:1,6
**Brook** 7:14
**Brooke** 1:13 4:5

7:10 10:10
13:14,20 17:1
83:3 95:17
127:15 208:11
303:2 408:11
508:8 511:16
**brought** 404:14
**Brower** 14:11
23:19 24:5
31:13 34:3
45:19 55:14
61:22 72:2
73:13 126:9,24
127:10 129:9
152:4 165:13
166:9,12 167:8
380:16 390:7
407:24 429:13
429:18 433:1
433:18 435:10
**Bruce** 82:21
**budgeted** 85:6
**bullet** 103:8
104:3,12,19
439:17 441:24
442:1 443:10
445:7 449:4
450:5 453:7,18
457:23 480:4
480:12,14
482:21 499:7
503:7
**bulletin** 7:6
91:13 196:1,1
196:19
**bunch** 46:19
409:3 449:20
**burden** 104:3
**Burlington** 1:14
13:9 83:5
367:16
**burning.'**
493:19
**business** 472:21
**butchering**
83:10
**Buz'Zard** 256:9

**byproducts**
104:7

## C

**C** 275:4
**C-Y-P-H-E-R-T**
478:23
**Calaf** 8:7
**CALCAGNIE**
2:12
**calendar** 76:17
**California** 2:14
121:13 473:23
**call** 107:23
245:17 272:7
**called** 26:18,23
53:20 71:15
91:18 97:7
109:8 160:9,9
229:7 291:15
365:18 396:17
396:19 399:10
430:16,17
460:23 487:8
494:20,24
495:4,6
**calling** 260:4
**campaign** 85:15
**Campbell** 84:21
**Campus** 3:4
**Canada** 223:3,3
223:15 224:8
228:18 316:5
334:4
**cancer** 6:17,18
7:19 8:9,11,14
11:8 17:23
18:7,10,12,17
18:18 26:16
28:15,16 29:1
30:20 31:4,9
32:5,19,22
33:10 34:9,22
35:13 37:21
41:2 42:12
44:5,14,21,22
44:23 45:4,15

51:21 52:10,19
52:24 54:11
55:4,23 58:9
59:4,18,24
117:8 118:17
119:3,14
123:18 124:15
125:18,19
126:6 128:2,8
128:12 129:4
130:11,16,24
131:4,16
132:10,22
133:3,4,5,8,9
133:24 134:5
134:12 135:15
135:18 136:4
137:2,14,21
138:6,16 139:1
139:20 140:19
146:3 147:1,8
147:19 148:13
149:4,21
150:12,15,21
151:3 157:14
159:15 163:10
163:20 164:19
164:23 165:4
165:10,19
166:4,7,15,19
166:24 167:3,5
167:12,23
168:2,4,6,9,23
169:7,11,17
170:9,19
171:17 173:11
174:17 175:1,8
181:8 182:21
183:18 184:3
184:10,17
185:6 192:11
194:4 195:14
211:3,16
218:13,18
220:13,19
224:21 227:13
227:23 230:4

231:6,16,17
233:6 234:8
235:23 236:9
238:7,20 239:1
239:13,21
240:9,18
243:10 248:3,7
248:15,17,19
249:1 251:20
252:1,17,22
253:9,12
255:10 258:8
261:12 262:7
264:10 265:3,5
265:7,9,17,18
265:22 267:9
267:13 268:8,9
268:10,18
269:3,4 270:3
270:5 271:7,8
272:9,12,13
273:14 275:10
275:24 276:6
278:10,18,19
278:21 279:15
280:21 281:7
281:16 284:3,7
284:8,9,20,21
284:23 285:9
287:21 288:6
288:19 289:20
289:23 290:8
292:12 293:2
293:15,18
294:15,20,20
295:16 296:8
296:18 297:14
298:20 300:18
301:22,23
304:15,18
305:3,7,14,23
306:13 307:1,5
308:11,21
309:18,21
310:15 312:2
313:4,5,14
318:18 319:2

Brooke T. Mossman, M.S., Ph.D.

Page 519

| | | | |
|---|---|---|---|
| 319:17 320:12 | 271:18 278:17 | 303:20 349:19 | 225:14 227:15 | 123:17,23 |
| 320:19 321:21 | 279:4,18 | **carcinogenic** | 229:12 230:24 | 124:8,11 |
| 322:11 324:23 | 286:21 291:15 | 36:8,17,24 | 236:14 237:8 | 126:12,13 |
| 325:11,16 | 292:20 293:24 | 42:7 66:8 | 237:23 242:12 | 127:6 130:5 |
| 326:11 327:12 | 295:15 296:7 | 181:11 190:12 | 247:14 249:17 | 138:6 139:1 |
| 328:1 329:19 | 297:13 298:19 | 190:20 191:5 | 254:1 256:18 | 163:15 228:2 |
| 332:8 334:12 | 300:6 302:5 | 194:16 203:4 | 257:18 258:4 | 231:11 233:10 |
| 334:18 363:20 | 303:23 306:2 | 377:9,13 | 259:21 264:19 | 242:3 249:8 |
| 367:7 382:12 | 306:18 309:13 | 381:12 431:22 | 290:4 292:5 | 266:22 292:19 |
| 382:14 401:5 | 310:13 321:23 | 432:13,19 | 311:14,20 | 304:19 306:15 |
| 402:11 403:6 | 347:7,18 | 433:11,23 | 318:3 321:5 | 311:3 312:1 |
| 403:12 411:2 | 350:15 378:4 | 434:10 435:5 | 336:3,23 337:6 | 483:2 |
| 411:18 414:2 | 382:24 383:3 | 479:21,21 | 340:1 341:14 | **causative** |
| 415:14 431:24 | 401:10 402:17 | 480:17 | 345:19,24 | 234:22 238:18 |
| 432:15 437:13 | 445:12 449:7 | **carcinogenicity** | 347:16 356:23 | 238:18 |
| 437:14 439:5 | 453:15 477:3 | 38:16 166:23 | 361:12 369:1 | **cause** 41:2,9 |
| 440:15,23 | 477:13 479:8 | 167:12 192:22 | 374:18 407:24 | 42:24 43:15 |
| 441:11 450:11 | 479:11 481:14 | 194:2 198:21 | 417:19 431:17 | 44:4 45:14 |
| 451:11,20 | 485:15 494:10 | 256:21 362:12 | 435:10 436:13 | 54:11,13 55:3 |
| 453:3 457:8 | 501:2 502:20 | 362:16 | 436:21 437:2 | 61:12 63:3 |
| 470:7 476:20 | **cancers'** 302:10 | **carcinogens** | 438:13,17 | 64:11 86:7 |
| 476:22 477:7 | **cans** 348:15 | 34:23 35:2,16 | 439:13 440:3 | 124:15 126:6 |
| 477:17 478:6,9 | **capability** | 38:22 41:20 | 450:5 488:7,10 | 128:1,7,11 |
| 479:3,5 483:2 | 496:10 497:12 | 42:12 54:19 | 488:11 489:3 | 129:3 147:1 |
| 489:14 494:9 | **capable** 162:21 | 190:14 191:10 | 501:6 | 162:6,14 168:7 |
| 500:13,22 | 467:15 | 198:20 199:19 | **case-control** | 168:21 169:10 |
| 501:5,11 502:7 | **capacity** 196:12 | 199:20 378:1 | 134:4 149:23 | 170:8,19 175:1 |
| 502:22 505:15 | **capillaries** 275:2 | 389:14,16,18 | 150:22 151:1 | 181:7 184:9,15 |
| 506:13,18 | **capsule** 494:14 | 389:20,21 | 153:19 156:15 | 214:19 215:5 |
| **cancer-causing** | 494:15 495:1,4 | **care** 28:4 | 157:3 185:2 | 218:13 220:12 |
| 53:7 54:6 | **captured** 93:21 | **carefully** 509:4 | 313:17 | 243:8 261:1 |
| 435:18 | **carcinogen** 6:7 | **case** 14:11 15:16 | **case-related** | 288:4 372:1 |
| **cancer.'** 79:4 | 35:4,9 36:21 | 15:22 16:12 | 185:1 | 375:18 407:7 |
| **cancers** 8:6 55:2 | 37:16,19,24 | 18:16 19:3 | **cases** 1:8 43:17 | 421:23 428:7 |
| 56:2,2 78:9,19 | 38:5 39:22 | 23:2,18,19 | 268:23 269:23 | 429:3 439:5 |
| 86:8 118:11 | 40:4,6,18 | 24:3 25:3 | 270:24 283:19 | 449:16 453:2 |
| 130:5 149:9 | 41:15 84:19 | 65:24 67:16 | 402:13 420:10 | 453:13 457:8 |
| 155:22 169:14 | 112:22,24 | 95:15 99:16 | 472:9 | 489:23 490:3 |
| 169:23 170:5 | 114:23 120:17 | 108:2 112:19 | **cast** 99:8 | **caused** 26:19 |
| 170:23 171:24 | 121:1,8 122:8 | 123:13 125:1 | **catch** 127:12 | 94:3 301:14 |
| 172:13 175:11 | 194:24 457:12 | 126:9 129:11 | **category** 39:7 | 364:8 368:2 |
| 183:7 190:18 | **carcinogenesis** | 129:17 166:12 | 62:11 117:15 | 387:3 402:15 |
| 218:12 220:11 | 61:15 64:13 | 166:17 180:8 | 427:18 | 419:1 454:3 |
| 228:3 234:7 | 77:19 218:9 | 181:9,13 | **causal** 238:3,24 | **causes** 44:15 |
| 242:4 244:4,21 | 220:2 232:16 | 182:14 183:13 | 240:3,13 | 45:4 63:1 |
| 248:10 249:9 | 233:8,18 260:6 | 201:21 221:1 | **causality** 290:4 | 119:10 174:8 |
| 266:10 268:12 | 261:3 303:20 | 223:6 224:15 | **causation** 32:19 | 194:3 285:18 |

395:10 406:5
406:22 489:13
**causing** 51:18
52:8,19 119:22
125:18,18
141:22 162:21
182:21 195:14
213:15 317:1
363:19 476:20
**cautions** 220:18
**cavities** 402:13
**cavity** 118:22
269:5 270:5
271:9 272:21
337:9,12
340:20 341:16
349:21 350:11
372:12 374:3
**cc** 77:7
**cell** 8:12 32:17
42:24 43:8,14
43:15,23,23
44:23,23 45:3
45:8,8,9 48:8
50:13 51:8,10
51:20 52:10,18
52:21 53:6,12
53:17 54:5,10
54:13 56:23
60:2,3,6,13
63:1,9,19
109:11 117:12
172:11 173:3,8
174:4 213:6,15
214:19 215:4
241:13 255:12
256:3 259:2
264:13 280:5
286:11 306:13
306:21 308:11
352:5 365:12
365:21 368:1
382:6 384:4,5
384:7,17,19
385:11 403:4
403:19 404:5,7
405:1 410:22

411:8,15
413:22 418:15
430:19 443:21
453:14
**cell's** 62:24
**cells** 9:7,20 10:8
33:2 43:12
44:16,22 46:2
46:7,16 49:7
49:16,21 50:18
50:23 51:7,20
52:22 55:9
56:19 59:4,19
59:24 61:12
63:4 66:8,13
80:19 81:8
117:24 118:21
161:10 165:2
167:4,6,15,20
168:4,5,8,22
170:14,18
171:5,5,6,11
171:12 172:2,6
172:10,12,13
172:14,16
173:11,13,16
173:19 174:9
175:4 215:11
255:11 256:2
257:7,9 269:5
270:5 271:9
273:18 275:1,2
279:21 280:13
280:15 282:13
282:15,15,17
283:4,5 309:9
345:1 352:2
358:15 362:22
362:24 364:6
366:17 370:7
370:13,18
371:12,16
372:10 373:5
373:12,24
374:2 375:7,9
375:14 376:10
376:16 382:8,9

382:13,19,21
383:21,24
384:2,10,12
388:5 392:15
395:5 397:12
400:1,4 402:2
402:12 404:5,6
404:17,20,21
405:5,24 406:2
406:14,17
409:19 410:10
417:2,6 418:10
418:22 419:10
419:11,19,20
420:11,18
421:18 422:1
423:14,22
424:11 427:14
427:19,23
430:24 431:23
432:14,20,24
433:12 434:11
434:23 435:6
435:17 440:14
440:22 441:10
453:9,22,23
454:8 484:11
489:22 494:10
495:16 496:1
506:18
**cells/tissue.'**
301:20
**cellular** 51:18
52:8 57:12
58:19 63:5,8
63:16,18 77:18
149:11,13
255:13 267:14
273:12 281:23
282:2 384:13
395:10
**center** 6:17 80:2
81:4 131:20
132:10,20
133:21 134:10
135:15 136:2
265:6,8,9

305:4 367:7
**centimeter** 46:8
354:6,14,15
355:4,6,7
356:3,5,21,24
357:7,8,9
358:5,6,7,8
359:7 378:8,20
378:22 379:4
379:21,23
380:4,22,24
381:3,7,13
386:5 388:4
400:13 419:15
457:19
**central** 231:4,15
**certain** 35:1
37:7 42:5
61:10 62:6
63:1,3 64:14
124:12 155:3,4
189:1,11
224:11 238:5
246:4 251:22
252:19 283:19
320:6 344:13
400:3 472:15
482:24
**certainly** 41:16
42:18 64:15
101:14 119:6,8
131:13 134:3
148:19 151:15
183:14 206:13
228:9 230:17
232:6 233:9
257:8 259:14
266:8 317:8
325:8 340:16
341:2 347:6
350:4 368:24
369:14 370:2
400:19 405:9
405:23 433:20
476:15 490:20
**CERTIFICA...**
508:2

**certification**
508:18
**Certified** 1:16
1:16 508:13,14
**certify** 508:5
511:5
**certifying**
508:22
**cervical** 18:6,17
248:17 300:17
302:4,9 303:23
329:19
**cervix** 248:10,15
**CES** 468:12
469:12,14
**cetera** 348:5
355:15 464:8
**cgarber@robi...**
2:15
**chains** 51:18
52:8
**chairman** 84:22
**chance** 141:9
352:9
**change** 48:1
149:13 223:3
374:15 375:9
510:4
**changed** 129:1
165:21 375:12
376:8 387:7
407:10
**changes** 43:22
43:23 46:1,6
47:17 48:2
49:4,20 50:22
51:2,15,19
52:9 53:19
55:3,20 57:2
61:13,13 63:3
64:11,12
128:11 149:11
168:8,22 169:5
280:6,18
306:17 362:15
362:21 364:7,9
364:15,17

Case 3:16-md-02738-MAS-RLS   Document 9739-5   Filed 05/07/19   Page 246 of 311 PageID: 41405
Brooke T. Mossman, M.S., Ph.D.

Page 521

365:20,23
368:2,3,19
369:23 371:10
371:23 374:5
376:14,22,23
382:19 383:20
384:20 387:4
387:13,19,21
389:8 392:21
394:2,19 404:3
406:13,15
407:6 410:15
416:22 418:15
418:23 422:4,9
422:15,21
423:10 424:6
425:4 432:22
454:4,5 503:13
509:11 511:10
**chapter** 95:20
195:21
**chapters** 89:18
**characteristic**
54:6
**characteristics**
66:6 207:17,21
211:12 272:11
466:2
**characterizati...**
6:9 113:5
115:12 443:24
**characterize**
444:15
**characterized**
503:11
**characterizing**
442:14
**charge** 22:13
23:3,9 25:18
25:20,23
**chart** 375:1,5,11
380:6 387:9,12
387:24 388:1,6
391:4,13 392:2
392:3 393:12
393:15 395:14
395:22 403:15

406:11 407:5
416:14
**charts** 376:6
495:9
**check** 51:7
254:9 295:3
**chemical** 94:15
103:15,19
195:12 443:11
464:7 480:7
**chemically**
442:4
**chemicals**
175:21
**chemistry** 22:19
22:22 23:1
103:16 204:7
204:17 453:11
**chemists** 62:22
**chemo** 281:2
506:17 507:1
**chemokines**
276:3 283:3
405:16
**chemoresistan...**
278:9 281:6
**chemotactic**
289:3
**Cherry** 1:14
**Chicago** 3:19
**chief** 305:12
**child** 331:8
**China** 178:20
399:19
**chosen** 98:16
**Chrisman** 5:20
100:11 102:19
**chromium**
490:1
**chronic** 7:16
34:20 35:5,7
42:10 43:11
120:9 143:4
163:9 218:7,9
220:1,6,9
227:19,24
229:23,24

231:4,14 238:2
238:23 239:11
239:18 240:2
240:15 241:15
241:18 242:2
243:8 249:6
251:17 252:13
252:15 283:10
283:22 284:5
289:7 305:24
306:20 307:8
307:17 324:17
325:17 330:16
345:20 450:21
451:3
**chronically**
119:23
**chrysotile** 6:22
30:2 36:5
37:18 192:4,23
194:14 377:8
377:10,13,24
378:9 379:3,6
379:22 380:5
381:11,17
427:16 458:3
474:5
**cigarette** 35:6
42:20 77:22
78:14,17 490:9
**circumstances**
162:10
**citations** 367:1
**cite** 220:15
292:2 381:10
470:2 473:15
483:5
**cited** 218:16
437:15 438:3
467:12 469:19
470:13 499:2
**cites** 225:11
285:10 294:21
466:10
**citing** 291:4
332:1
**citizen's** 349:13

**claims** 99:3
250:23
**clarification**
456:19 458:15
458:16
**clarified** 456:22
457:5 460:3
**clarify** 22:18
**classification**
121:13,14
**classify** 38:4
40:2 195:2
**classless** 506:7
**clean** 219:10
372:6
**clear** 67:1
117:12 129:9
135:5 435:15
456:22
**clear-cut** 42:4
**clearance**
341:12,13
343:18 347:4
**clearly** 99:14
**cleavage** 21:20
22:1,7 86:19
87:15 88:6
109:11 110:5
112:4,7 114:14
114:16 128:17
174:20,21,24
175:3 203:17
204:9,15,22
205:3,9 210:6
210:12,17,19
211:8,13 212:1
212:11 213:11
442:3 444:24
445:10,15
446:11,13,16
447:22 448:5
448:12 451:8
453:2,8 454:15
454:18 459:15
460:13,16
461:1,8,11,20
462:15 465:14

466:20 467:4
467:11,23
468:15 470:7
470:15 472:1
475:5,19 476:6
476:19 477:1,6
477:9,16,23
478:3,7 479:1
479:12,19
480:5,19
481:12
**Climate** 223:3
**clinical** 305:15
**Clinton** 92:13
**closely** 474:11
**clumps** 52:22
**co-opted** 98:19
**coalition** 82:16
83:12 85:4,8
85:10
**cobalt** 490:1
**cocarcinogens**
490:7
**Code** 466:10
**Coffin** 478:22
**cogent** 153:11
**cohort** 134:3
138:3 140:15
141:3 142:6
144:1 146:1
147:15 154:24
156:4 157:2,10
183:22 254:2
313:5 320:14
482:7
**cohorts** 143:1
145:24 146:4
147:5 149:19
153:20 320:9
326:8
**collaborate**
444:14
**collaborative**
464:20
**colleague** 81:1
507:5
**colleagues**

Case 3:16-md-02738-MAS-RLS   Document 9739-5   Filed 05/07/19   Page 247 of 311 PageID: 41406
Brooke T. Mossman, M.S., Ph.D.

Page 522

471:20
collect 348:14
collective
353:12
Collectively
257:15 258:6
College 83:4
402:5,6
column 355:14
414:21 456:21
combatted 57:2
combatting
56:18
combined
268:13 323:18
come 81:9,17
254:17 399:9
417:8 439:20
500:4
comes 235:14
253:10
coming 312:9
comment 96:7
144:9,22
154:14 156:21
161:24 163:16
207:15 228:14
252:7,9 412:6
436:20 468:4
comments
112:22 128:21
197:23 352:17
353:13 412:11
412:15
Commerce 2:9
commercial
160:14 198:18
474:5
commission
511:21
committee
196:7 350:5,21
450:1 460:4
462:11
common 117:11
118:2 235:24
268:8 308:22

309:6,19
407:21 471:24
commonly
104:10
communicated
488:9 489:2,8
communication
340:18 341:1
communities
92:18
companies
71:17 73:18,24
75:13 94:16
103:24 104:6
474:19
company 74:2
74:21 80:23
103:17,19,21
158:20,21
comparable
357:5,21
364:16 371:21
375:13 385:3
comparative
355:16
comparatively
203:20
compare 351:20
371:3
compared 41:15
46:2,6 49:6,6
123:24 203:12
211:13 334:13
356:19 368:21
375:14 376:16
386:9 394:16
396:8,11
433:11 434:11
comparing
204:7 351:15
comparison
378:17 386:11
comparisons
204:13
compatible
235:21
compelling

240:1 242:1
243:18 244:1
244:17 246:9
346:24
compensating
92:22
competent
466:3
Compilation
7:16 8:17
compile 437:7,7
438:2
compiled 221:11
242:11
completely
106:19 382:6
completeness
223:24
completion
508:8
complex 273:16
component
279:19 365:18
components
78:17
composition
458:2
Compound
33:19
compounds
302:8,9
comprised
494:22
compromised
343:19
concentrate
189:8
concentration
9:17 43:11
46:9 47:21
48:7,13,15
49:5 189:7
353:23 355:19
356:23 358:18
359:3,5 369:13
369:24 370:6
371:15 372:9

376:17 378:19
378:24 379:2,9
379:16,19,20
379:24 380:2,5
380:21 381:2
381:14,15
382:2 388:13
390:21,22
393:20 395:13
407:13 417:17
420:24 457:10
457:14 490:3
495:10 505:1,2
concentrations
37:10 49:12
170:2 174:11
259:4 351:12
351:17,19,20
355:1,21
356:18 357:15
357:22 358:2
369:6,16,22
371:20,22,24
373:6,12
374:13 375:15
376:9 385:4
389:9 391:6,14
391:18 392:6,7
392:8,16,18
393:3 396:6
405:5 417:1,7
418:14,24
419:9,18 420:7
420:16 422:8
423:4,8,9
424:5,7 453:24
482:24 503:18
504:12,23
505:6
concept 308:20
309:17 480:18
481:11
concerned 73:10
177:23
concerning
97:17 99:4
128:22 466:4

467:21 468:14
concerns 102:21
103:6
conclude 292:24
474:7 501:9
concluded
114:15 291:2
500:18 507:13
concludes
289:21 343:13
468:12 469:12
503:3 507:9
conclusion
112:10,11
114:22 115:16
286:10 308:16
323:4,22 324:5
467:19 500:23
conclusions
112:2 116:12
155:18 275:21
292:17 302:20
302:22 313:10
436:6 467:7
470:10 481:6,6
501:24 502:3
503:5
conclusive
183:10
concomitant
262:8
Concourse 2:4
conditions 59:3
59:17 307:4
400:7
condom 160:16
condoms 288:14
conduct 33:1
conducted 98:23
164:17 165:18
166:3,22
167:11,21
168:1 169:6
conducts 456:2
conference
492:4,5 493:7
conflicts 97:18

102:21 104:21
105:15 362:3
**confounding**
313:22
**confusing** 87:12
187:2 339:4
**Confusion** 472:2
**connecting**
293:16 294:14
**connection**
171:2 489:14
**connections**
85:16 279:11
279:14
**connotation**
97:13
**consent** 86:4
**consider** 22:16
36:16 37:16,18
37:24 38:13
40:17 130:15
131:15 143:20
377:23
**considerable**
104:23
**consideration**
36:15
**considered** 4:18
16:8,10,12
157:11 344:2
**Considering**
114:22
**consistency**
143:17
**consistent**
235:20 253:8
253:20 308:19
309:16 325:17
402:23
**consistently**
184:13
**consists** 94:16
**consortium**
313:5
**constant** 269:6
270:6 271:10
**constituents**

177:19
**constitute** 15:15
**constitutes**
493:16
**Constructing**
5:10 84:2
**consult** 507:5
**consultant** 70:9
70:23 71:4,7
71:13,20 75:4
79:11
**consultants**
69:13,21
105:14
**consulted** 71:8
73:17,24
**consulting** 72:4
72:6 79:12
94:12
**consumer** 6:10
113:5 115:13
115:20 463:18
**consumers**
116:1
**Cont'd** 3:1 5:2
6:2 7:2 8:2 9:2
10:2 11:2
217:23
**contact** 61:11
62:24 63:2
367:11
**contact-inhibi...**
384:9
**contained** 74:1
123:13 250:20
439:13 458:8
474:21
**containing** 6:12
6:14,15 122:2
195:10 228:19
455:2
**contains** 473:20
474:1
**contamination**
499:18
**context** 83:17
96:2 238:13

259:14
**continue** 75:17
79:1,7 107:22
213:4 267:5
**continued** 143:3
**contraceptives**
309:24 310:5
**contracting** 33:9
34:9 119:13
**contractions**
344:22
**contrast** 419:11
**contribute**
169:10 275:8
280:4 345:2
**contributes**
276:4 279:19
280:20 465:22
**contributions**
5:17 97:3
229:6
**contributor**
8:11 308:11
**contributors**
367:1
**control** 331:3
363:11,13,13
374:21 508:21
**controlled**
376:21
**controlling**
309:22
**controls** 169:2
363:7 368:22
395:7
**controversial**
62:21 294:24
411:4,20 414:5
415:11
**controversy**
462:8
**convenient**
104:13 269:4
270:4 271:8
**converge** 266:1
266:15 308:21
309:19

**conversion**
352:8 495:9
**conveyed**
124:19
**convinced** 460:7
**convincing**
114:23 115:22
482:10
**Cook** 201:20,20
**copied** 222:6
**copies** 219:5
**copy** 76:23
88:14 91:23
144:8 214:10
219:1,11
276:23 312:13
312:18 351:4,6
**copying** 276:17
**corner** 197:16
**Corning** 73:4,10
74:9 79:16,24
80:1,6,22
81:18
**cornstarch** 6:19
159:11,13,14
159:18,19
160:6 162:2
**corporate** 2:13
84:20 94:17
**Corporation**
80:1 103:19
**corporations**
98:20
**correct** 14:11
17:14,20,21,24
18:14,21,22,24
19:8,10,11,13
19:14,16 20:24
21:1,3,4,6,7,11
21:12,16,21,22
22:3,4,8 24:8
24:22 25:11,13
25:14 27:6,22
27:24 28:6,8
28:11,12,19
29:1,4,9 32:15
32:19 33:4

34:23 35:1,3
35:10,16 36:9
38:23 42:13
43:1,13,16,21
43:24 46:3,9
46:14,21 48:9
48:16 49:7,17
49:18,22 50:24
51:8,21 52:11
52:15,16,18,24
53:17 54:20
55:4 60:19,24
61:5,15 62:15
63:9,21 64:19
65:2,17 66:4,5
66:9,10,14
67:10 68:16,17
68:21,22 69:8
70:10,21 71:5
72:15,18,23
73:6,19 74:16
75:5,15,16,19
78:11,21 80:8
87:6,24 89:21
90:12 98:7
118:23 121:1
132:23 141:5
146:7 152:10
152:14 153:9
157:3 161:20
167:13 168:9
168:17 173:22
174:2 175:1,4
175:8 177:24
178:6,16,18,20
178:21,23,24
179:4,5,10,11
179:14,15
182:17,21
184:18 186:4
190:8 191:11
195:1 196:24
197:3,7 198:9
201:12,14,15
202:6,11,16,20
202:22 203:1,2
203:5,18,21

Brooke T. Mossman, M.S., Ph.D.

204:9,18,19,23
205:3,12,18
206:4,23
207:11 210:1,8
210:10,15
211:3,10 212:3
212:7 213:6,11
213:12,17
214:20,24
215:8 221:1
224:9 226:7
230:8 234:18
243:6 244:8
245:24 246:15
246:19 249:11
249:17 258:4
262:23 263:13
266:18,19
267:18 268:15
277:11,24
278:10 281:8
298:10 300:11
313:1 314:2
316:5,7 319:3
326:11 332:10
337:21,23,24
354:19,20
359:8,16,24
360:16 362:6
363:20 366:20
377:9 378:11
378:22 379:6
380:6 381:1
382:3 389:11
389:12,15,21
396:15 397:14
397:24 398:6
398:14 399:3
401:8 402:9
404:9 405:14
406:6 409:10
410:1,17
416:15,21
424:13,14
427:14 428:1,8
429:4,20 430:9
431:11 432:1

432:16 433:16
433:17 436:9
437:24 442:9
442:11,21
443:2,14,19
444:6,11,18,20
444:21 445:1
445:17 453:3
454:12,14
455:5,6,21
456:7,10
458:11 459:20
472:4 475:11
481:2 483:7,21
484:21 485:7
491:19 502:16
511:7
**corrected** 415:2
**corrections**
509:5,7 511:10
**correctly** 209:23
220:4,21 247:3
473:24
**correlate** 9:20
338:23 340:14
366:17 409:19
**correlates**
293:21 294:19
**correlations**
154:16
**Correlative** 8:21
346:10
**corresponded**
472:13
**correspondence**
5:17 72:1,9
97:3,17 412:5
475:23
**corresponding**
71:9 72:4
**cosmetic** 6:6
65:9,11 67:11
67:14 112:21
115:18,23
123:18 164:18
164:20 176:3
178:13 179:20

180:20 181:20
183:5 441:7,19
442:2,7,9,15
443:12 445:9
445:14 446:4
451:9 480:6
**cosmetic-grade**
67:2,10 125:17
126:5 178:4,17
178:20,23
179:8 181:5
182:15 185:14
205:18 249:11
385:20 397:24
398:6,22
440:16,24
448:17 449:10
451:13 484:19
485:4 499:21
499:23
**Cottreau** 232:4
415:19
**Council** 103:16
103:16
**counsel** 13:12
15:4,6 95:5
126:11 129:4
**count** 460:14
461:10
**countable**
456:24 457:17
457:21
**counterparts**
461:23 468:21
476:8
**country** 361:9
**couple** 15:21
**course** 20:9,10
20:12,15,16
160:19 359:15
474:22
**courses** 20:2,4
**court** 1:1 13:16
107:7,21
134:22 509:20
**court-related**
180:23

**cover** 15:21
153:23 353:13
**covered** 20:13
80:14 151:14
286:8 457:18
457:24 482:7
**covers** 96:3
**Cramer** 338:4,6
338:15 339:13
345:19
**crazy** 203:23
**create** 51:19
52:9
**created** 85:12
221:9,12,17
463:14
**credibility** 98:20
104:15 105:7
153:1 336:10
**credible** 98:18
**criteria** 456:23
468:19
**critical** 234:10
289:21
**criticism** 84:16
491:10
**critique** 80:13
154:20
**crocidolite** 6:22
29:24 36:4
37:16 41:16
46:19 47:9
54:16 192:4,23
194:14 203:13
207:18 209:14
362:20 363:16
364:8 368:2
375:6 389:11
406:4,12,21
423:13 427:6,7
427:16,18
430:20 433:10
433:23 434:10
434:24 435:4
442:6,20
443:13 450:14
458:4 474:6

**cross-cutting**
463:24
**crystal** 458:1
**crystalline**
171:15 174:7
190:20
**crystallinity**
22:1 64:18
65:2,16 66:3
397:14,17
**cubic** 457:18
**culture** 109:12
352:2
**cultures** 32:17
48:9
**curb** 330:18
**current** 7:6
44:16 68:24
196:18 456:19
458:17 467:9
468:13
**current's** 344:24
**currently** 72:20
**Curriculum**
5:12
**cut** 81:12 291:18
**cutoff** 62:16,18
**CV** 88:12,16,24
90:12 98:5
101:22 111:9
**CXCL2** 403:22
404:19 405:3
405:14 407:10
**CXCL2s** 407:20
**CXCL3** 403:22
404:19 405:3
405:14 407:10
**Cycle** 264:13
**CYNTHIA** 2:13
**Cyphert** 470:3
478:23
**Cyprus** 72:18
**cytokine** 50:19
60:17
**cytokines** 57:3
259:4 271:23
276:2 279:23

Brooke T. Mossman, M.S., Ph.D.

283:2 427:22
428:5 429:1
430:18 431:1,7
**cytotoxic** 112:8
114:17
**cytotoxicity**
421:19

**D**

**D** 4:2 218:7
**D.C** 3:9,14
**daily** 313:13
**damage** 174:9
261:1 281:23
282:10 301:19
330:14 489:21
**damaged** 282:6
**Dan** 3:24 13:3
**Darby** 489:9
**data** 38:3,14
39:19 40:5
41:8 42:3
59:23 77:21
214:4 240:9,22
241:4,5 244:12
244:17 246:7,9
250:22 262:5
262:15,19,21
273:4,5 274:3
274:9,16
278:12 286:15
305:4 308:18
309:15 310:9
311:22 327:5
351:18 357:20
359:20,21
365:5,17
375:20 385:13
393:24 394:2
397:1,5 415:21
419:20,22,23
420:5 421:1,5
421:7,8,10,16
421:18 423:7
424:1,7,12,15
425:11,16
426:3,5,7,11

426:15,19
438:16 440:14
440:22 441:10
443:8 467:9
474:7 490:11
492:23
**database** 438:11
**date** 1:15 13:6
69:16 77:18
195:15 509:9
511:16
**dated** 436:7
508:15
**dates** 69:20
76:17
**David** 91:9 92:6
92:7 114:7
195:20 198:4
**Davis** 470:3
**day** 244:14,23
245:7,11 476:5
511:20
**days** 509:16
**DC** 282:15
**dead** 370:14,18
**deadliest** 268:10
**deadly** 137:13
**deal** 371:9 483:5
483:18
**dealing** 128:15
263:4
**dealt** 164:12
202:5,10,19,24
483:24 501:1
**Dear** 77:13 80:4
102:19 475:3
**death** 48:8
473:23 479:16
**deaths** 268:11
**debate** 377:18
474:12
**decade** 274:19
313:7
**decades** 115:17
265:19 450:16
450:22 452:20
460:7

**December**
125:12 223:4
436:8
**decision** 474:15
**decisionmaking**
472:10
**decisionmaki...**
85:12
**decreased** 57:3
419:3
**deemed** 509:19
**defective** 262:9
**defend** 99:3
**defendant** 3:15
3:20 247:10
**defendants** 3:10
69:7 158:8
243:12 290:16
290:21
**defending**
158:20
**defense** 73:4
94:17 95:1,2
96:11 151:18
243:4 245:23
246:13,24
493:15
**defer** 472:22
**define** 22:21
137:11 149:12
**defined** 301:16
446:5 457:4
**defining** 137:17
**definition** 65:13
385:9 395:8
455:20 456:8
**definitive**
124:13
**degraded** 289:5
**degrades** 450:1
**degree** 18:4
81:15 329:19
**deliberations**
112:23 462:11
**delighted**
298:14
**demanded**

360:10
**demonstrate**
293:19 294:16
392:17 482:22
**demonstrated**
120:15
**Demonstrative**
7:17 8:17 9:16
1:21
**dendritic** 282:14
**denominator**
308:22 309:6
309:20
**department**
17:3 18:5
196:23 265:4
329:8,13 367:6
367:13
**depend** 60:1
164:1
**dependency**
184:3
**dependent**
369:8,14
**depending**
397:13
**depends** 35:21
36:19 40:22
54:14 56:22
162:10 168:13
384:15
**depo** 397:11
446:23 488:17
488:19,21,22
**deponent** 13:14
511:2
**deposed** 126:24
**deposing** 509:16
**deposit** 473:20
473:24 474:20
**deposited** 446:7
**deposition** 1:13
4:15 12:2 13:8
14:16,19 15:4
23:12,18 24:5
31:12 34:3,18
55:15 61:22
76:6 79:14

127:10 165:14
314:1 436:2
447:7 507:9,13
508:6,8,9
509:3,13,17,19
**depositions** 69:9
**deps@golkow...**
1:21
**deputy** 305:12
**derivatives**
117:23
**derived** 457:2
**describe** 22:23
176:3 267:6,20
284:22 302:1
423:22
**described** 85:9
273:15 276:1
**describes**
498:10
**describing**
302:16,18
**DESCRIPTI...**
4:14 5:5 6:5
7:5 8:5 9:5
10:5 11:5
**deserved** 99:8
**design** 367:1,2
367:19,20,22
368:8
**designated**
457:11
**designed** 85:15
**destruction**
282:5
**detail** 16:22 49:2
146:15 164:10
224:4 498:11
**detailed** 204:7
**details** 121:17
143:9 148:5
195:13 500:7
**detect** 142:20
**detected** 234:7
**detection** 268:19
**determination**
47:8

Brooke T. Mossman, M.S., Ph.D.

determinations 352:3
determine 9:11 26:19 32:23 190:7 357:17 359:4 365:11 369:7 384:17 427:24 432:21 452:16 479:20
determined 191:9 198:17 457:7
determines 36:20
determining 21:13,19 23:9 25:8 32:18 435:3 444:9,23
detoxification 301:17
develop 168:5 478:6 483:3 485:14 494:10
developed 92:24 206:1,23 209:7 447:3 448:7 477:3,12
developing 313:14
development 6:20 30:20 31:5,9 32:5,22 34:22 42:12 44:21 55:4,23 57:5 78:1,19 81:3 119:18 140:19 148:22 155:22 159:12 159:20 175:7 203:11 231:9 239:12,20 240:17 241:1 241:20 243:10 244:20 248:9 249:8 251:20 252:17 261:13 267:15 278:7

278:17 281:5
288:5 300:21
303:22 304:5
304:12,14,15
304:18 306:12
306:14,16
309:13 328:9
347:6 363:15
401:4 410:11
411:1,18 414:2
415:14 445:11
447:17 448:1
449:6 450:9
451:10 453:15
477:13
develops 54:2
210:15 275:24
diabetes 307:4
diagnosed 26:12
26:15 27:4,18
27:21 28:14,15
28:18,24
117:14 118:11
diagnostic 18:20
diagram 275:3
diameters
446:19
diaphragms
288:15
died 373:17
diet 464:13
Diette 151:13
153:12
difference
182:23 373:20
482:4 485:11
504:15
differences
203:16 204:17
402:24 403:3,5
443:12
different 25:19
32:21 37:15
40:13 44:13,13
44:18 64:16,17
64:24 65:1,14
65:15 66:1,2

66:17,21 68:2
82:21 105:23
106:2,2 116:18
117:7 118:3,4
129:10,17,19
129:20 137:18
171:22 172:10
173:3,7 174:4
174:5 182:2
190:24 199:17
208:17 215:17
222:22 263:20
316:2 335:21
348:7 349:8
352:1 363:7
364:15 365:21
365:21,22
382:6 385:3
389:14,16,17
389:19,20
390:3,4 397:19
397:20 407:6
427:13,14
442:4 443:11
443:24 445:8
454:7 458:6,21
461:21 502:15
differential 10:6
401:24 403:18
differentially
403:19
differentiate
76:6
differently
171:4 397:12
difficult 187:6
218:14 220:14
257:12 495:12
diffraction
189:13
digestion 210:10
digests 190:4
diligence 464:4
dimensional
207:16 211:12
456:23 468:19
dimensions

61:10 62:7
171:15 179:20
206:10 211:7
211:24 480:20
dioxide 364:6,18
368:1,23 375:3
375:12,24
376:13 385:7
387:1,15 388:2
388:16 390:19
390:22 391:7
391:17 392:1,5
393:4 395:6,16
396:12 454:9
454:11
direct 62:24
63:2 104:1
233:19 261:1,3
261:15 318:20
319:8 325:19
326:4 340:18
349:18 508:21
Direction 12:5
directly 53:13
81:22 133:10
133:22 134:13
136:5 149:7
242:1 338:3
344:13 398:9
445:5 487:13
director 92:9
367:5 465:10
471:13
Directorate
466:14,15,17
disagree 38:7
39:11,18 40:1
133:20 134:9
135:12,16
136:1,7,10
224:22 225:3,7
231:19 232:17
236:1,6 238:8
252:2,23 253:3
253:13 258:11
258:16 262:10
278:22 279:1

286:5 295:17
296:9 297:10
297:20 308:23
316:13,18
317:3,7 324:24
325:21 326:1
326:18 327:19
335:2,4 336:12
336:16 340:8
341:18 345:4
349:23 350:16
460:5 470:14
disagreeing 40:7
475:10,16
disagreement
161:17
discern 495:13
disclose 104:20
disclosures
362:5
discounted
345:16
discovery 183:9
discs 446:6
discuss 195:9
281:3 323:11
discussed 63:16
114:12 153:19
176:12 191:8
195:8 205:16
302:11 337:19
359:14 382:18
382:24 427:10
444:5 448:8
452:14 455:7
484:17 485:2
487:16 488:17
488:22
discusses 93:15
192:11 281:12
347:9
discussing
194:20 347:22
424:1
discussion
199:14 277:6
351:8

Brooke T. Mossman, M.S., Ph.D.

Page 527

**disease** 17:19
33:2 86:8
141:23 148:12
231:9,12
234:22,24
240:7 241:1,20
241:22 251:24
252:21 260:9
267:15 268:20
268:22 276:9
284:15,15
306:7 307:6
310:22,24
318:22 319:11
410:12 428:7
429:3 448:1
449:16 451:5
482:19 490:22
490:23
**diseases** 218:11
220:11 330:18
410:23 411:16
413:24
**dish** 355:17
**disseminated**
164:13 197:24
**disseminates**
102:16
**dissemination**
164:15 267:3
271:17
**dissolution**
452:7,9
**dissolves** 452:10
**distal** 268:20
**distancing**
474:20
**distinct** 64:17
65:1,15 66:2
453:11
**distinction**
469:8
**distinguished**
17:2 468:20
**distinguishing**
211:6,23
467:16

**DISTRICT** 1:1
1:2
**divides** 44:24
**division** 52:21
100:12 259:2
280:5 305:13
306:21
**DNA** 51:18,19
52:8,9 53:13
53:22 55:3,21
56:3 80:19
259:2 261:1
262:8 306:23
489:20
**doctor** 18:13
31:9,16,22
33:24 36:6
38:23 43:21
58:13 68:11
76:23 79:17
83:13 84:11
85:24 89:1
91:23 106:3
108:10 115:6
117:6 122:4
123:9 131:3
132:12 134:9
160:6 192:1,11
197:16 198:12
199:10,17
218:2 219:20
233:22 237:19
264:8 266:13
274:6 277:9
290:3 292:3
294:22 296:22
297:4 299:24
302:21 308:13
310:24 312:16
314:20 322:24
329:21 330:2,8
336:1 353:1
378:9 394:23
487:11 501:8
505:17
**doctors** 105:24
**document** 1:8

9:16 14:22
16:2,17 38:10
39:16 57:19
58:4 76:24
77:10 79:19
82:8 83:19
88:19 92:1
96:18 102:19
110:19 113:21
113:24 121:20
122:12 123:10
132:4 158:3
160:5 177:9
191:20 192:1
196:13 219:6
221:6 222:15
225:16,18
226:8 228:6,8
230:22 237:2
264:2 277:3
296:20,21
299:16 304:20
308:5 312:5
315:5,12
317:17 322:16
346:5 352:13
353:7,17
358:22 366:9
388:22 401:14
408:6 409:12
456:9,16
458:23 462:3,9
462:10 463:7,8
465:5 468:1
469:21 470:20
484:1 492:10
501:18
**documentation**
114:24
**documented**
146:20 257:10
317:15 445:22
**documenting**
317:20
**documents** 12:8
158:8,19 159:4
176:21 181:24

182:8 201:6,10
250:13 251:9
315:17 408:1
408:23 480:24
**Dodson** 348:5
**doing** 78:6,7,13
88:8 433:12
434:12 505:7
507:3 509:8
**dominated**
94:10
**dose** 36:20 40:23
54:15 144:24
150:5,15
162:11,19
164:2 184:3
353:22 369:7
369:14 503:2
**dose-dependent**
374:4,8,15
504:5,11
**dose-related**
135:17
**dose-response**
143:17 146:21
147:4,12,17,22
148:6 150:18
155:16 358:1
370:3 390:2
392:17,19
482:12
**doses** 42:5 43:9
43:10
**dosimetry** 206:9
351:24
**double-check**
380:12
**doubt** 5:14
91:19 96:23
298:6,9 495:21
**doubted** 265:23
**Dow** 103:17
**downregulated**
52:16
**downregulation**
424:4
**downstairs**

222:6
**dozing** 313:23
**Dr** 5:13 9:22
14:8 70:6 72:8
74:21 79:24
80:15,24 83:3
106:20 109:3
114:20 151:13
151:13 152:20
153:3,12 174:3
180:6,22
186:14,17
189:17,18
190:15 196:4,4
200:2 201:14
201:20 205:5
212:10 229:4
239:15,17
241:24 242:8,8
242:10 245:13
246:15 321:13
326:2 330:3
338:15 345:19
345:19 384:6
387:11 402:7
426:4 441:8
446:12 488:6
488:10 489:2,9
491:4,10 493:4
495:11,15
496:10 501:4
502:18,21
505:14 506:3
**draft** 125:2
197:24 223:1
223:15 224:7
224:17 316:4
412:23,24
413:9 414:19
436:5
**drafted** 125:5,10
**drafting** 466:7
**drafts** 408:24
409:8,8 411:22
**Dragon** 10:9
401:19
**dramatically**

Brooke T. Mossman, M.S., Ph.D.

Page 528

105:11
drawn 274:11
**DRINKER** 3:3
**Drive** 2:13 3:4
   3:18
dropped 109:4
**Drs** 437:16
   478:22
drug 94:15
   313:23
drugs 28:9
   293:20 294:18
   310:11
**Dry** 160:9
**Dry-Flo** 160:14
due 55:2 56:2
   230:1 313:21
   323:17 325:18
dues 82:5
**Duke** 81:15
duly 13:21 508:5
durability 210:6
   452:14
durable 450:15
duration 143:18
   143:24 144:3
   144:14,24
   145:10 147:10
   147:20 150:16
   164:2
dust 174:8 474:8
dusting 288:13
   333:10 343:6
**Dyar** 489:9
dying 373:13
dynamics
   323:14

---

**E**

**E** 4:2,11 5:2 6:2
   7:2 8:2 9:2
   10:2 11:2
   217:16,16
   510:1
**E-D-A-X** 25:3
e-mail 10:20
   426:24 470:19

473:8 474:24
   475:13
e-mails 359:19
   470:24
earlier 53:15
   76:19 81:15
   109:23 110:6
   161:2 173:21
   176:12 181:9
   190:24 194:9
   194:20,22
   195:19 199:23
   229:9 237:18
   251:7 268:15
   313:9 316:3,21
   318:24 320:9
   329:16 334:3
   344:14 392:23
   397:10 409:7
   427:10,12
   438:24 442:23
   444:6 446:22
   447:6 448:3,8
   454:17 455:8
   484:3,17 485:2
   485:6 486:23
   487:16
early 244:3,19
   249:8 268:19
   334:20 410:7
   472:5
ease 272:12
easier 219:3
**EASTERN** 1:2
**Eastman** 103:18
easy 221:4 372:6
   380:20
eat 216:19
**EDAX** 25:2
edition 471:23
editor 100:11
   109:3
editor-in-chief
   99:11
editorial 96:6
   97:19 99:7
   102:14,23

104:5 105:1,15
   108:12 111:13
   291:12
editorial's
   104:10
editorials 89:19
   105:3
effect 119:8
   324:21 325:10
   382:12 399:24
   420:22 482:13
   482:23
effective 453:10
effects 35:21
   39:9 42:7 56:4
   58:10 60:3,20
   60:21 81:7
   159:14 166:17
   172:24 257:11
   363:3 435:19
   465:13 466:19
   467:8 468:15
   475:6,18 484:1
   484:13 489:21
effort 265:21
efforts 99:2
   197:21
effusions 163:7
egg 119:21
**Egilman** 109:3
eight 46:9 48:15
   49:4 213:2
   369:12 374:6
   374:14 376:8
   379:6,8 381:16
   381:20 382:2
   386:5 388:3
   390:16 391:8
   394:14 395:13
   396:7 400:14
   405:5 407:13
   416:18,20
   450:2 454:1
eight-credit
   20:9
eight-hour
   20:14,16

eight-year 452:3
either 22:3
   49:16,21 50:23
   51:2,5 143:14
   162:2 199:24
   282:5 311:3
   348:19 380:18
   447:16 478:6
electron 8:22
   90:19 346:11
elemental 458:2
elements 32:21
elevated 313:19
   368:21 388:9
   388:11 423:6
elevations
   431:15
elicit 344:24
   350:12
elicited 281:23
eliminate 33:8
   33:18 34:6
   327:9 330:20
   331:14,22
   332:15
eliminated
   183:21
**Ellen** 84:20
**ELLIS** 3:17
**Elmo** 222:4,14
**Elongate** 7:7
elongated 60:23
   61:2,6 62:4
   168:17 196:20
   457:16,21
**Elsevier** 100:14
   100:20 109:5
**EMP** 62:2,3,24
   63:6,7,17
   168:13 457:17
   457:22
emphasis
   129:20 384:17
emphasize
   24:24 25:22
   35:20 39:6
   42:17 47:15

86:3 88:7
   101:15 134:18
   139:24 155:14
   166:16 172:7
   182:22 189:6
   229:13 234:2
   240:4 249:21
   273:24 304:16
   362:17 374:12
   381:21 392:9
   392:14 434:19
   447:10 449:24
   469:18 485:10
   487:6 492:23
emphasized
   60:1 274:17
   304:3 311:21
   320:23 443:23
emphasizing
   494:1
emphatic 279:8
employee 69:12
   72:14,16
   160:12 161:19
   176:8 475:7
employees 71:10
employer
   472:16
**EMPs** 60:22
   61:5 62:13,14
   63:17 64:2,4
   64:10,14 168:2
   168:7 169:3
   185:10,14,17
   455:20 456:7
enclosed 80:13
encompass
   306:15 463:22
encompasses
   256:9
endometrial 8:8
   294:20 305:6
   305:22 306:2
   306:24 350:10
   500:13,22
   501:1,11 502:7
   502:22

endometrioid
    117:11
endometriosis
    235:17,20
    236:7 260:8
    261:17 285:19
    307:7
endpoint 52:12
energy 92:15
engaging 464:12
enigmatic
    410:12
enriched 276:1
ensuing 361:8
ensures 465:18
entail 465:21
enter 161:10
enters 161:9
entire 20:13
    45:6 106:18
    469:21
entirely 335:21
entities 3:11
    128:8
entitled 84:1
    97:2 113:4
    273:7 278:5
    322:21 346:9
    409:17
environment
    57:12 58:20
    92:15,19 93:24
    223:2 269:2
    270:1,2 271:6
    271:20,21
    272:3,8,20
    340:19 341:8
    463:18
environmental
    10:18 43:10
    69:13,21 79:12
    84:17 97:9
    103:11 108:24
    114:9 300:19
    301:4 302:3
    462:24 463:13
    465:12,19

491:24
EOC 268:8
    278:18
EPA 84:18
    476:18 478:22
    492:21
Epidemiologic
    231:3,13 310:9
epidemiological
    19:2 130:14
    131:9 139:17
    146:1 149:18
    151:10 153:18
    154:8 155:8,10
    229:15 230:18
    256:20 263:2
    262:21 263:5
    263:12 292:22
    317:10 318:7
    332:20 467:3
    480:16
epidemiologist
    18:24 19:5
    92:8 131:12
    142:16 144:21
    145:14 152:21
    154:9 157:6
epidemiology
    5:11 11:8
    130:1 131:14
    136:21 140:1
    140:14 141:12
    141:24 146:23
    151:21 153:5
    154:10,12,18
    183:16 190:17
    203:9 235:12
    257:24 263:16
    305:14,23
    337:17 440:9
    481:7
Epidemiology'
    84:3
epigenetic 53:20
    61:13 64:12
    168:8,22 280:6
    295:15 296:6

297:5,8,12
    298:1,18
epithelial
    117:24 118:10
    118:17 165:2
    166:17 167:4
    167:19 168:5
    170:13 171:11
    172:2,9,12,14
    172:16 173:19
    175:3 238:7
    248:10 251:20
    252:17 257:7
    260:5 265:16
    265:22 267:9
    267:13 268:7
    268:18 269:2
    270:3 271:6
    272:9,12,24
    273:13,18
    275:1,10,24
    276:6 278:9,18
    278:20 279:4
    279:15,17,21
    280:13,14,21
    281:7,16 284:6
    284:9,19 285:9
    288:6,19
    293:14,17,22
    294:15 295:16
    296:8 297:14
    298:19 318:18
    319:1,17
    321:21,22
    324:22 345:1
    350:15 362:24
    382:8,18,20
    383:2,21 384:2
    384:5 400:4
    417:2,6 418:10
    418:10,22
    419:11 420:11
    420:18 421:18
    421:24 424:11
    494:10 495:16
    503:15
epithelioid

117:24
epithelium
    258:10 272:17
    273:17 383:5
    494:19 495:3
equal 351:17,18
    356:7,24 357:8
equaled 381:4
equals 379:20
    380:23 381:5
equate 234:21
errata 509:6,9
    509:12,15
    511:12
error 306:22
especially 39:10
    154:24 234:22
    300:20 309:7
ESQ 2:3,8,13
    3:3,8,13,17
Esquire 77:6
essential 283:17
essentially
    348:15 374:20
    474:13
establish 99:15
established
    106:22 160:12
    218:12 220:12
    259:9 311:7
    341:17 344:24
    345:1 415:9
establishment
    463:16
estrogen 120:6
    307:1 310:6
estrogen-depe...
    119:8
estrogens
    119:17
et 211:15,16
    220:16 230:22
    256:9 348:5
    355:15 442:14
    464:8
Ethics 5:18 97:4
etiologic 258:7

etiology 265:21
    276:5,7,12
EUROTALC
    71:15 359:24
evaluate 190:5
evaluated
    167:19 170:21
    262:1
evaluation
    192:19 193:14
    193:16,19
    466:1
event 86:21
events 78:1
    410:8
eventually 409:8
everyday 89:17
evidence 115:23
    155:3,4 157:23
    163:14 164:14
    183:10 192:21
    194:1 198:20
    218:14 220:13
    231:3,14
    232:14 233:15
    233:16 242:2
    249:6 253:8,20
    260:4 275:18
    276:3 284:21
    305:23 316:9
    316:18 333:22
    335:6 336:8
    338:10 340:4
    343:14 346:24
    451:2 467:3
evidenced
    306:18
exact 176:18
exactly 124:12
    195:7 409:22
    411:14 414:8
    414:18 497:19
    497:21,22
EXAMINATI...
    14:3 217:23
examine 398:24
    430:16 440:13

Brooke T. Mossman, M.S., Ph.D.

Page 530

441:9
examined 13:22
  156:2 175:9
  187:16 336:6
examines
  241:24
example 36:16
  93:23 107:15
  120:9 162:19
  342:23 360:11
  385:14
examples 85:19
exceedingly
  273:18
exception
  183:20 185:3
  263:17 441:8
  506:2
excessive/prol...
  307:3
exchange 98:17
excision 259:3
exclude 142:2
exclusive 266:1
  266:15
excuse 27:19
  29:20 34:8
  59:13 62:17
  70:19 77:15
  95:1 100:1
  105:21 110:9
  145:5 173:13
  210:20,21
  211:21 218:5
  263:9 294:8
  303:18 308:3
  323:8 339:9
  346:16 353:4
  374:1 381:16
  405:1 426:2
  473:13 475:19
  499:3
Excused 507:12
exert 56:4
exerts 325:9
exhibit 14:17,23
  16:1,3,16,18

58:3,5,16
76:22,22 77:1
77:5 79:14,20
82:9 83:20,24
88:20 89:7
92:2 96:19,23
96:24 97:1
110:20 112:16
113:19,22
114:1 115:10
115:11 121:21
122:1,13,17
132:3,5 136:3
158:4 191:19
191:21 195:11
196:14,18
219:7,19,19
221:8 222:11
222:16 226:6,9
237:3,15
262:23 263:10
264:3,6 277:4
299:11,14,17
304:21 305:1,2
307:24 308:6
311:10 312:4,6
315:3,6 322:15
322:17 333:9
346:4,6 352:14
353:5,6,8,12
353:18 358:20
358:23 359:11
366:8,10
388:23 401:13
401:15 408:5,7
408:21 409:13
409:17,23
412:12 413:3,6
416:13 418:22
421:22 427:3
436:2 463:7,9
465:6,9 470:19
470:21 492:11
501:19,23
502:9
exhibits 221:16
311:16

exist 335:11,19
  340:20 484:12
existence 483:1
existent 446:18
exists 109:1
  349:17 460:18
  460:21 462:7
expanded
  388:17
expect 429:9
expected 428:13
expend 474:14
experience
  68:11 152:3
  329:7
experiment
  212:22 369:21
  420:23
experimental
  17:13 214:4
  343:17 345:17
  480:16 481:8
  482:22 483:11
experimented
  23:10
experiments
  57:1 60:13
  151:22,24
  152:3 203:20
  207:5 209:15
  215:9 370:3
  443:23 446:12
  477:1
expert 7:9 9:22
  19:15 21:18
  22:2,6,17,19
  22:22 23:5,8
  68:12 69:1
  70:20,22,23
  71:4,20 72:17
  72:21 73:2,17
  73:23 74:14
  75:3,13 95:4
  108:15 124:1
  153:12 154:9
  188:19 190:1
  197:22 201:20

206:9 241:6,7
242:24 243:4
243:12 244:7
245:14,23
246:12,14,23
247:7,9,20
324:20 362:4
436:20 444:22
463:19 464:20
465:18 466:18
467:19 478:20
487:3,15,17
expertise 24:21
  25:11 29:9
  30:6,9 211:10
  212:3 461:16
  466:5 484:21
  485:6
experts 101:1
  117:17 151:18
  250:13 251:11
  290:15,21
  472:23
expires 511:21
explain 251:21
  252:18 265:21
  440:21
explained 425:2
explains 238:4
explanation
  222:8
explicit 26:22
  44:7 73:21,22
exploring
  297:18
expose 372:21
  479:7
exposed 48:9
  272:10 279:21
  324:1,10
  338:16,16
  349:10 350:14
  372:9 373:4
  427:23 467:22
  499:9
exposing 479:18
exposure 10:8

17:20 29:6
30:8 33:2
37:14 43:9
55:2 99:4
144:1,12,15
147:10,21
148:14,15
150:16 255:15
261:17 281:24
283:18 285:21
288:3 307:7,16
316:12 318:21
319:8 324:18
352:1 371:11
375:2 402:2,16
403:2 428:6
429:2 430:19
434:24 450:21
450:22 451:3
456:7 457:7,9
458:17 459:4
460:15 461:11
461:12 464:11
482:23 484:18
485:3 503:15
504:2
exposure-indu...
  280:17
exposures 37:9
  260:7 283:12
  286:6 452:21
  455:19 457:13
  459:17 460:24
  467:11 475:20
  482:9
express 102:20
  425:14
expressed
  351:18 353:23
  403:19 424:8
expression 9:6
  9:19 43:23
  46:1,6 48:2
  49:4 51:4
  366:16 371:10
  374:7 387:4,12
  409:18 418:23

419:2 421:23
422:4,9 425:10
428:11 503:13
504:9
**expressions**
386:7
**extended** 493:14
**extent** 102:8,10
**external** 340:19
341:10
**extra** 88:14
**extrapolate**
328:12 382:11
**extrapolating**
170:17,20
**extremely**
283:11 385:15

**F**

**F** 3:13 217:16
**facilitate** 295:14
296:6 297:12
298:1,18
**facilitates** 269:3
270:4 271:7
**facilities** 92:20
**facility** 213:6
**fact** 55:10
109:15 149:5
176:2 181:4
244:15 271:12
289:18 317:17
327:2,23 335:9
358:16 383:19
392:3,20
395:24 430:22
459:21 460:6
462:2
**factor** 11:6
56:12,15 59:1
59:15 66:13
120:1 130:16
130:23 131:3
131:16 133:22
134:5 136:11
136:17 138:24
141:22 147:11

181:7 184:10
284:6,19 285:8
287:1,8 492:15
**factors** 44:4
56:24 57:11
58:18 130:11
130:13 133:6
134:12 136:4
142:21 147:4
235:22 238:5
251:22 252:19
260:4,6,16
280:4 283:3
285:4 300:20
300:22 301:4,6
302:3 306:24
308:20 309:2
309:17,22
310:14 452:11
491:17,21
**facts** 99:16
472:7 473:18
**fail** 509:18
**failed** 431:24
432:15
**fails** 104:20
**fair** 45:22 48:2
88:11
**fairly** 143:12
473:13
**fallopian** 118:20
118:22 120:10
230:7 267:12
285:19 288:15
318:19 319:3
333:14,15,16
334:11 343:9
344:7 350:11
372:11 374:3
383:6,11,23
384:1 400:1
494:12 496:1
**falls** 427:17
**familiar** 77:9
85:23 95:19
100:15 121:8
121:14,15

264:12 300:3
312:15 344:5
345:11
**family** 133:7
**far** 227:23
308:18 362:4
379:5 485:18
**fashion** 448:24
**fast** 116:7
269:11
**favor** 103:9
**fax** 1:20
**FDA's** 349:12
**feasible** 457:10
457:14
**features** 45:7
154:22 447:19
447:20 453:12
**February** 23:14
23:15 24:14
85:1 125:2
159:20 161:19
198:1 436:7
471:23
**federal** 91:15
99:2
**feeds** 311:7
**feel** 153:13
472:24
**feeling** 507:6
**fell** 31:20 203:22
203:24
**female** 8:6 19:24
20:5,15,17
300:5 321:13
340:6,20 341:5
342:9 347:11
493:11,20
**ferro-actinolite**
478:24
**fiber** 171:15
179:16,19
188:8 189:15
207:21 211:9
212:2,12
213:15 214:18
446:14 481:21

490:18,18
**Fiberglass** 80:1
**fiberglasses**
81:3
**fibers** 6:13,14
6:15 7:7 8:19
45:8 62:19
87:15 88:6,9
112:9 114:18
122:3,8 168:14
171:23 172:22
173:5 181:20
183:10 190:4
194:23 195:11
196:19 205:21
206:10 211:14
322:23 323:6
323:12,14,23
324:8 351:16
384:23 410:9
419:8 446:15
447:13 453:12
457:8,16 463:4
467:16,17
468:19 480:19
481:11 482:15
482:16 483:1
484:10 494:23
494:23
**fibroblasts**
275:1
**fibrogenic** 174:8
**fibrous** 61:11
62:7 166:22
167:11,15,18
169:3 170:8,19
170:21 171:3
173:18,21,22
173:24 174:6
187:5 250:19
455:21 456:8
456:15 494:13
494:15 495:1,4
**field** 79:2 141:11
141:12 229:6
245:15,16,20
247:24 248:2,7

258:24
**fifth** 93:13
482:21
**fight** 85:13
**figure** 273:6
274:1,10,21
275:4,6 276:18
354:18 355:9
365:24 397:5
403:16 419:19
421:15,17
486:3 491:16
493:14
**figured** 221:21
**figures** 425:9
491:12
**File** 117:3
217:20 314:17
416:10
**fill** 398:17
**films** 213:24
**final** 79:9 80:12
242:12 308:17
411:6,23 414:7
440:10
**finally** 128:18
**financed** 93:23
**financial** 103:12
104:6
**find** 80:12 141:4
150:19 254:15
322:4 425:7
426:12 436:4
**finding** 184:17
**findings** 235:19
235:21 257:13
345:22 384:21
425:7
**fine** 14:9 68:4,8
216:6,9,9
217:10 296:2
361:15 364:6
367:24 390:19
390:22 391:6
391:17 392:5
393:4 395:15
486:18 497:9

Brooke T. Mossman, M.S., Ph.D.

Page 532

finish 140:9
 221:14 246:21
 372:24
finished 160:15
firm 2:3 85:3
firms 84:5 94:12
first 13:21 14:14
 45:21 58:16
 59:21 63:13
 85:6 95:13
 106:10 117:15
 140:13 219:24
 222:23,24
 225:4 251:18
 252:15 265:1
 265:14 269:19
 270:20 281:14
 319:14 328:7
 365:24 367:3
 410:4 414:22
 469:13 473:10
 493:15 499:7
 502:4
fit 62:11 230:4
five 270:23
 302:23 303:10
 330:5 356:11
 356:12 357:8
 357:23 358:1,6
 359:6 378:21
 379:20 380:3
 380:21,23
 381:3,6 410:21
five-minute
 216:4
flaws 345:17
 497:7 498:14
flexibility 21:19
 213:10,13,14
 214:2,16,18
 215:4,10
 444:23 445:5
flip 133:2 192:8
 308:15 323:3
 403:14
Flo 160:9
FLOM 3:7

Florham 3:4
flow 269:6 270:6
 271:10 282:11
 288:16 323:17
 348:14
fluid 269:7
 270:7 271:11
 323:14
fluids 272:21
 274:14 288:16
FLW 1:6
focus 32:2 53:22
 56:3 64:1
 284:18 362:19
 371:1 433:24
focused 22:24
 46:23 54:3
 441:7
focusing 394:20
fold 404:2
follow 140:10
 486:14
follow-up
 148:11,19
followed 143:3
 146:6 282:12
 364:9 368:4
 400:21 474:11
 497:19
following
 208:22 369:1
 456:21 466:18
 466:24
follows 13:22
 457:5
food 10:18 349:8
 462:24 463:12
 465:12,19
 466:2
footnote 198:14
 199:11
foregoing
 508:18 511:6
foreign 80:19
 218:8 220:1
 229:16 230:1
 281:21,24

288:22 291:5
 350:12
foreseeable
 75:18
forget 358:20
forgot 75:24
form 18:2 19:18
 20:20 22:10
 23:21 25:16
 26:7 29:11
 30:13,22,24
 32:11 33:12,14
 35:18 36:11
 37:3 38:1,10
 39:2,16 40:10
 40:20,24 41:5
 41:23 42:15
 43:3 47:13
 48:4,18 49:9
 50:1,15 51:23
 53:2,9 55:6
 56:8,21 57:17
 59:7 61:17
 64:21 65:4,19
 66:19 70:12
 74:18 75:21
 86:12 96:13
 99:20 100:4
 109:19 110:13
 111:6,20 115:3
 116:5 117:21
 120:3,19 121:3
 123:20 124:17
 125:6,21
 126:16 129:8
 130:18 133:14
 134:16 135:3,9
 136:9 137:5,23
 138:18 139:5
 139:22 141:7
 142:14 143:7
 144:5,18
 145:12 146:9
 148:1,17 151:8
 153:7 154:11
 155:12 156:7
 158:24 160:24

161:22 162:8
 162:16,24
 163:12,22
 165:6 168:11
 169:20 170:11
 171:8 175:15
 176:14 178:8
 180:1,17
 181:16 182:6
 184:20 185:20
 186:6 187:13
 188:5 189:4,21
 191:13 200:10
 200:18 201:2
 202:8,13 203:7
 205:11 206:6
 207:1,13
 212:18 213:20
 223:22 225:1
 225:22 228:23
 230:13 231:22
 232:20 233:24
 234:16 236:4
 237:22 239:3
 239:23 240:20
 241:9 245:4
 246:2 247:17
 248:21 249:19
 250:7 253:2
 255:4,20 257:4
 258:14 260:14
 264:18 270:11
 280:10 281:10
 283:8 292:14
 293:5 311:19
 316:16 319:21
 325:3,24
 327:15 331:3
 339:24 369:10
 381:19 389:10
 396:23 446:15
 482:2 499:14
 511:10
formal 20:2,4
 38:18 71:22
formally 17:11
 18:12 19:20

formation
 272:15 484:14
formed 85:9
 126:2
forming 184:8
 259:20 347:14
forms 137:13
 191:9 192:22
 194:3,13
 198:18
forth 256:24
 295:1
forward 471:8
forwarded 98:3
found 160:17
 179:22 180:20
 181:12 182:3
 185:17 187:9
 199:24 200:6
 200:22 233:3
 234:6 250:13
 251:8 323:24
 324:9 338:6,15
 338:20 344:6
 347:18 348:6
 348:19 349:15
 369:15 423:18
 427:8 441:12
 443:1,6 449:21
 450:1 481:1,22
 500:17,20
 501:10
founder 70:6
four 44:13,13,15
 45:2,7 69:8
 105:20 117:9
 140:16 146:13
 147:15,19
 198:14 270:23
 284:4 308:17
 379:5 381:16
 410:20 503:7
four-step 43:20
 45:17 53:16
fourfold 394:14
 419:1
fourth 90:9

Brooke T. Mossman, M.S., Ph.D.

Page 533

| | | | | |
|---|---|---|---|---|
| 93:13 295:12 | **Freedom** 93:6 | 56:7,20 57:17 | 180:16 181:15 | 281:9 282:19 |
| 503:7 | **French** 10:17 | 59:6,10 61:16 | 182:5 184:19 | 283:7 285:23 |
| **fraction** 360:2 | 462:13,18,24 | 64:6,20 65:3 | 185:19 186:5 | 289:11 290:9 |
| 387:19 | 463:12,17 | 65:18 66:18 | 187:12 188:4 | 290:18 292:13 |
| **fractionally** | 465:11 466:10 | 67:4,23 68:5 | 189:3,20 | 293:4 294:3,10 |
| 356:19 | 480:11 | 70:11 74:17 | 191:12 193:3 | 295:19,24 |
| **fragment** 211:8 | **frequency** | 75:6,20 76:15 | 193:13,21 | 296:23 297:22 |
| 211:13 212:1 | 143:18,23 | 86:12 88:16 | 198:23 199:3 | 298:11,22 |
| **fragments** 21:20 | 144:2,14,23 | 93:18 95:12 | 200:9,17 201:1 | 299:12 301:2 |
| 22:2,8 86:19 | 146:22 147:9 | 96:12 97:12 | 202:12 203:6 | 303:2,6,8 |
| 87:15 88:6 | 147:20 148:6 | 99:13 100:6 | 205:10 206:5 | 306:5 307:11 |
| 109:11 110:5 | 150:5 482:13 | 101:5 106:4,14 | 206:24 207:12 | 308:1 310:2 |
| 112:5,7 114:15 | 503:3 | 106:17 107:11 | 208:3,7,9,13 | 311:1 312:9,17 |
| 114:16 128:18 | **frequent** 313:20 | 109:19 110:12 | 212:17 213:19 | 312:20 314:6,9 |
| 174:20,22 | **frequently** | 111:5,19 | 215:23 216:3 | 315:8,15 |
| 175:1,3 203:17 | 145:6 223:13 | 113:15 115:2 | 216:21 217:3,9 | 316:15 317:5 |
| 204:9,16,22 | **front** 31:15 | 116:4,19 | 218:24 219:14 | 317:18 319:4 |
| 205:3,9 210:7 | 58:12 84:11 | 117:20 120:2 | 221:10,20 | 319:20 320:20 |
| 210:12,17,19 | 88:24 91:23 | 120:18 121:2 | 223:21 224:24 | 322:2 325:2,23 |
| 212:11 213:11 | 124:1 132:15 | 122:21 123:3 | 225:21 226:15 | 326:20 327:14 |
| 442:3 444:24 | 136:3 156:10 | 123:19 124:16 | 226:19 227:2,6 | 327:21 329:5 |
| 445:10,15 | 156:22 197:11 | 125:6,20 | 228:22 230:12 | 332:11 333:20 |
| 446:11,13,16 | 221:19 222:10 | 126:15 127:1 | 231:21 232:19 | 335:3,15 |
| 447:22 448:5 | 222:11 224:7 | 127:11,14 | 233:23 234:15 | 336:14,24 |
| 448:12 449:4 | 232:22 235:7 | 129:7,13 | 235:1 236:3,21 | 338:17 339:16 |
| 451:7,8 453:2 | 252:6 314:23 | 130:17 131:5 | 238:10 239:2 | 339:19 340:23 |
| 453:8 454:16 | 315:18 339:5 | 133:13 134:15 | 239:22 240:19 | 341:20 342:11 |
| 454:18 459:16 | 352:22 | 135:1,4 136:8 | 241:8 242:22 | 343:10 345:6 |
| 460:13,17 | **FROST** 3:3 18:1 | 137:4,22 | 243:14,21 | 347:24 349:4 |
| 461:1,8,12,20 | 19:17 20:19 | 138:17 139:4 | 244:9 245:3,12 | 350:1,18 351:5 |
| 462:15 465:14 | 22:9 23:20 | 139:21 140:7 | 246:1,17 | 352:11 360:18 |
| 466:20 467:4 | 24:13 25:15 | 141:6 142:9,13 | 247:16 248:5 | 360:23 361:21 |
| 467:11,23 | 26:6 27:8,14 | 143:6 144:4,17 | 248:20 249:18 | 362:13 363:21 |
| 468:15 470:7 | 28:20 29:2,10 | 145:11 146:8 | 250:6,17 | 364:21 365:3 |
| 470:15 472:1 | 30:12,21 31:2 | 147:24 148:16 | 251:13 252:4 | 368:12 369:9 |
| 475:6,20 476:6 | 31:18 32:10 | 151:7 153:6,21 | 253:1,15 254:8 | 370:8 371:17 |
| 476:19 477:2,6 | 33:11,15 34:15 | 154:11 155:11 | 254:12 255:3 | 372:14 373:8 |
| 477:9,16,23 | 35:17 36:10 | 156:6 157:4,15 | 255:19 257:3 | 373:18 374:10 |
| 478:4,7 479:1 | 37:2 38:1,9 | 157:24 158:23 | 258:13 259:12 | 375:16 376:20 |
| 479:12,19 | 39:1,15 40:9 | 160:23 161:21 | 260:13 261:6 | 377:14 378:2 |
| 480:5,19 | 40:19 41:4,13 | 162:7,15,23 | 261:22 262:12 | 380:7 381:18 |
| 481:12 | 41:22 42:14 | 163:11,21 | 262:24 263:14 | 382:16 383:7 |
| **fragrance** | 43:2 47:12,22 | 165:5 168:10 | 263:19,22,24 | 383:16 385:22 |
| 175:20 | 48:3,17 49:8 | 169:19 170:10 | 265:11 266:6 | 386:13 387:17 |
| **France** 465:1 | 49:24 50:14 | 171:7 172:19 | 267:19 270:10 | 388:7 389:22 |
| **frankly** 106:19 | 51:22 52:2 | 175:14 176:13 | 271:14 274:7 | 390:23 391:20 |
| **free** 214:1 | 53:1,8 55:5 | 178:7 179:24 | 276:22 280:9 | 393:22 395:17 |

Brooke T. Mossman, M.S., Ph.D.

Page 534

395:20 396:22
398:1,7,15
399:4,20
400:17 401:6
403:10 405:7
406:23 407:15
411:7 412:1
413:11 414:20
416:1 420:2
424:24 426:21
428:9 429:5,14
431:12 432:2,5
434:17 435:11
439:6 440:4
442:10 443:3
443:15 444:12
445:2,18 447:8
448:9,19
449:12,22
451:16,21
453:4,16
454:20 455:15
455:22 456:11
458:12 459:6
459:18 460:19
461:2,14 462:4
462:17 468:2,6
469:3 471:10
475:12,21
476:12,23
477:18 478:11
478:17 479:23
481:3 482:1
483:8 484:6,22
485:8 486:14
487:4,20
489:15 490:8
491:2 492:18
493:23 494:17
495:20 496:13
496:18 497:2
497:14 498:8
499:13,24
501:12 502:10
503:20,23
504:18,21
505:3,7,18

506:15,22
507:2
**full** 104:17
414:22
**fully** 119:10
464:6
**function** 63:24
284:16 332:17
**functions**
267:10 275:13
405:13
**fundamentals**
380:20
**further** 46:19
100:10 269:6
270:6 271:10
293:16 294:14
313:21 400:10
**furthermore**
280:19 327:8
331:21
**future** 75:18
500:18 501:15
503:3

——— **G** ———
**gained** 434:1
**Galindo** 471:20
**Gamble** 103:20
**garbage** 348:15
**GARBER** 2:13
**Gates** 253:23,24
255:18,21
321:7
**gene** 9:6,10,18
10:12 46:1,6
48:1 49:4
50:18 51:4,13
51:16 56:11,14
56:17,17
362:20 364:7,9
364:14 365:10
365:13,23
366:16 368:2,3
369:15 371:10
374:6 376:14
376:22,23

379:13 384:2
384:20 386:6
387:4,12,19,21
389:8 394:1
406:8,13,15
407:6 409:18
410:16 418:15
418:23 420:3
421:23 422:3,8
422:15 423:9
424:3 425:4,10
427:21 428:11
432:21 503:13
504:9
**general** 32:14
34:5 141:13
142:1 155:10
175:19 235:4
259:13 261:8,9
267:1 310:21
348:9,16
361:11,16
376:5 389:19
433:14 434:14
435:13 452:1
465:10 466:14
466:15,17
**generalities**
140:6
**generalized**
280:12 282:21
**generally** 55:8
129:3 141:15
157:2 209:3
216:6 489:20
**generating**
258:22
**generation**
214:1 255:14
256:5 300:24
301:17
**genes** 48:12
49:11 50:4
51:9,19 52:9
52:15,17 58:10
79:3 241:15
296:17 297:7

297:17,19
298:5 374:5
375:1,1,6,9,13
375:22 376:7
379:5,9 381:17
382:1 387:7
388:3,9 390:11
391:12,16
392:4,8,21
393:11,19
394:3 395:14
396:1,9,13,14
400:12,15
401:2,3,8
405:2 406:3
407:9,12,18
419:2 422:18
423:12 425:5
425:13 434:21
453:24 454:6
454:12,13
**genetic** 119:6
142:21 280:5
**genetics** 305:14
305:15 367:14
**genital** 137:20
138:15 139:16
143:2 145:3
146:5,7 150:21
151:3 182:20
288:21,21
290:8 292:12
293:2 318:21
319:9,19 322:6
325:14 333:13
340:21 341:2,6
342:10 345:2
345:21 347:11
348:22,22
**genitalia** 493:14
**genitals** 133:10
133:23 134:14
136:6 137:1
**genome** 57:14
58:21
**genome-wide**
43:22

**GEOFFREY**
3:8
**geoffrey.wyatt...**
3:10
**Geologically**
473:18
**geologist** 21:2
201:20 204:11
444:17 489:5
**geologist's**
201:17
**geologists**
443:22
**George** 92:10
198:5
**Gertig** 321:6
336:21 337:14
**getting** 32:1
68:1 81:15
89:22 137:13
214:12 215:16
277:1 329:3,24
332:6 380:9
433:19 434:21
**Gillette** 103:18
**give** 53:24 98:20
101:9 123:17
125:16 126:8
126:12,13
127:11 129:2
155:3 156:3,9
162:19 168:21
169:4,9 172:13
209:2 213:5
241:14 347:5
360:7 421:12
461:7 473:1
486:3,4 490:12
**given** 57:20
104:23 128:13
128:17 135:10
149:8 166:18
169:13,23
170:5,23
171:23 190:16
245:23 328:24
329:2 430:21

Case 3:16-md-02738-MAS-RLS   Document 9739-5   Filed 05/07/19   Page 260 of 311 PageID: 41419
Brooke T. Mossman, M.S., Ph.D.

Page 535

508:6 511:8
**gives** 44:18
     104:15 119:16
     146:22 153:13
**giving** 153:1
     157:11
**glad** 259:7
**glass** 364:5,17
     367:24 368:23
     375:3,12,24
     376:14 385:6
     386:16,24
     387:14 388:2
     388:15 390:19
     391:8,13 392:6
     393:4,19 395:7
     395:15 396:12
     454:9,11
**gleaned** 145:20
**Glenn** 490:16
**global** 100:13
**go** 16:21 23:11
     24:17 26:24
     29:17 31:12
     34:2 40:16
     53:4 55:14,16
     61:21 73:12
     82:24 84:24
     89:4,24 90:7
     90:13,16 92:6
     93:12 100:9
     101:21 107:4
     111:3 115:9,11
     115:13 116:17
     124:7 127:21
     130:6 132:11
     142:17 143:8
     144:7 160:8
     161:5 171:18
     183:8 184:22
     198:11,14
     207:24 211:17
     214:6 215:21
     216:13 218:17
     222:2,19,24
     236:15 239:7,8
     264:24 265:14

265:15 268:3,4
273:9 275:20
276:14 278:13
285:1 287:24
288:1 289:14
291:20 292:15
293:7 295:6,11
295:20 302:20
302:23,23
303:2,10,11
306:12 307:22
312:19 316:4
319:22 320:5
321:7 323:9
327:7 335:24
338:24 341:22
352:18 358:16
372:15 385:14
386:19 387:10
387:13,15
394:18 397:7
405:15 410:3
410:18,19
412:10 414:15
417:23 419:5
421:6 430:3,4
433:1 439:10
439:17 441:22
441:24 445:7
468:10 471:1,7
483:9,22
485:17 491:7
493:9 494:8
500:24 501:2
502:3 504:7
**goal** 282:3
**goals** 104:11
**Godleski's**
     345:19
**goes** 84:10,24
     98:14 104:22
     105:22 127:20
     192:18 394:14
     406:8 457:22
     461:12 466:22
     503:9
**going** 14:16

15:24 29:13
45:18 52:3
57:8,9 61:24
64:7 68:6
79:13 82:12
83:23 89:5
97:1,10 101:3
102:18 106:4,7
107:3,4,6,10
107:21,23
113:16,17
116:7,19 117:2
121:10,24
122:16 123:22
126:12 127:21
128:6,9 129:2
129:5 134:6,21
134:22 135:21
139:14 140:3,7
140:10,23
142:17 147:3
155:2 156:8,9
167:1 182:12
193:3 196:17
206:16 210:22
214:9 215:19
215:24 216:6
216:15,18
217:11,19
219:1,10,15
221:3,7,8
222:1,3,9,13
226:5,19
237:15 256:12
268:3,4 269:11
278:14 287:6
291:22,22
293:23 294:4
305:1 314:12
314:16,20
315:2,9,24
324:14 331:7
332:7 346:3
351:6 353:3,4
355:14 358:15
366:7 372:2
373:1 376:4,4

378:12 386:19
386:20 390:3
392:21 394:23
401:11 408:4
408:20 409:16
415:24 416:5,9
425:11 426:11
429:22 430:1
434:3,6 449:8
471:5,7 479:6
480:12 490:3
507:10
**Golkow** 1:20
     13:5
**Gonzalez** 183:4
**good** 5:10 14:6,7
     68:1,2 84:2
     153:14 204:3
     216:24
**gosh** 226:12
**Gotcha** 270:19
**gotten** 172:8
     441:17
**govern** 206:10
**government**
     39:13 91:15
     94:19 95:24
     277:18 462:13
     480:11
**governmental**
     103:10
**governs** 352:5
**grab** 352:10
**grade** 65:13
     117:11 205:17
     318:17 319:1
     321:1 385:20
     397:19 398:12
     398:16,18,21
     399:3
**grades** 64:16,24
     65:6,12,14,23
     65:24 66:17,22
     279:5
**gradient** 323:19
**grand** 218:20
     220:20

**grant** 71:15
     307:13 360:5
**Granville** 80:2,2
**graph** 425:22
**graphed** 397:6
     425:21
**Gray** 1:15 13:17
     508:12
**great** 199:2
     507:4
**greater** 62:14
     141:19 394:10
     419:18
**greatly** 197:20
**Greg** 471:20
**grew** 400:6
**grey** 265:15
**group** 70:7 72:8
     84:19 95:2
     103:22 122:8
     132:14 194:16
     344:3 500:11
     500:16
**Group's** 96:10
**groups** 94:12
     209:15
**growing** 260:3
**growth** 280:4
     283:3
**grunerite** 467:6
     468:17
**guess** 197:11
     287:3,5 414:11
     414:12 476:1
**guy** 352:20
**gynecologic**
     132:13 231:17
**gynecological**
     19:12 132:13
     153:4 265:17
     268:10,12
**gynecologist**
     19:7
**gynecology** 18:6
     20:8 329:9,13

_____

**H**

_____

Brooke T. Mossman, M.S., Ph.D.

Page 536

**H** 4:11 5:2 6:2
7:2 8:2 9:2
10:2 11:2
**Hadley** 5:7
79:24 80:24
**half** 29:22
216:23 407:17
452:2
**hallmark** 52:19
53:7
**Hamilton**
339:15,22
340:2 341:19
344:21
**hand** 76:22 82:6
277:1
**handed** 312:10
**Handwritten**
9:16
**Hansen** 211:16
**happen** 343:24
**happened** 222:5
256:14
**happens** 304:14
335:20 343:15
**happy** 144:8
**Hartge** 230:22
**hazard** 288:5
**hazardous**
121:16
**head** 475:8
**heading** 132:24
**healing** 281:22
282:6 289:5,6
**health** 10:19
84:7 91:21
92:12,12,16,17
97:9 103:10
108:24 114:9
115:24 137:15
148:20 156:2
157:9 183:3,4
196:23 197:5
223:3,14 224:8
228:18 277:24
278:2,4 316:5
319:15 320:22

334:4 360:6
455:14 462:15
463:1,13,17,22
463:23,23
464:1,1 465:13
465:13,21,23
465:24 466:10
466:17,19
467:8,22
468:14 475:6
475:18 476:7
476:11 483:24
492:1
**healthy** 44:22
45:8 343:15
**heard** 81:21
91:8 228:13
277:13 286:13
286:21,22
287:14,19
291:15 305:11
331:6,8 464:16
465:2 469:15
**heavily** 320:15
326:8
**heavy** 169:7,10
169:13,16
170:1 190:7,12
489:12,23
490:6
**held** 1:14 13:9
199:15 277:7
351:9
**Heller** 291:10
338:5,13 339:5
339:7
**help** 28:10 80:15
85:13 198:23
**helpful** 354:2
472:19,24
**Henderson**
291:11,11
**hereditary** 56:2
**HGSC** 278:20
284:8
**hidden** 7:18
264:9 265:1

**hierarchy** 32:21
35:20
**high** 37:9 117:11
170:2 174:10
245:17 259:4
268:17,20
272:15,23
283:1,11
287:21,22
318:17 319:1
321:1 369:13
372:8 385:15
390:20,21
391:7,14,17,24
392:6,7,16,18
393:2,20
395:12 396:6
417:5,6 418:5
418:14,24
419:8 420:15
420:23 422:7
423:3,8 424:7
453:24 490:2
503:18 505:1,5
505:22
**high-grade**
278:19 284:7
**high-impact**
86:20 87:17
88:4 492:9
**higher** 43:11
47:20 48:13,15
49:5 141:24
356:18 358:16
358:18 369:6
370:1,5 371:14
372:8 373:5,11
375:14 376:9
378:19 379:19
380:21 381:13
381:15 389:9
394:14 395:13
402:19 407:13
504:12 505:2
**highest** 48:7
49:12 369:17
**highlighted**

415:4
**highly** 80:20
245:18 265:17
300:18 334:21
411:3,20 414:4
415:10
**Hillegass** 9:12
9:13 45:22,22
46:12,18 47:9
165:9 352:9
353:11,15
354:19 364:13
364:20 365:2
365:19 366:1,3
369:3 377:5
381:10 388:18
396:19,21
412:3,16
425:24 427:2
427:20 430:4
431:20 434:13
440:1 491:23
492:16
**histological**
117:7,18
118:16 319:16
**histology** 320:18
**historic** 92:21
**historical**
172:21
**historically** 91:8
95:22 351:20
485:12
**histories** 143:13
**history** 133:7,8
133:9 144:1,13
144:15 145:21
147:11,21
**histotypes** 118:4
**hold** 89:22 126:1
127:16 133:1
136:14 150:17
176:20 236:24
276:14 286:18
329:12 351:7
353:4 376:3
419:3 421:20

422:23 439:4
459:12
**homeostasis**
57:13 58:21
282:5 283:17
**homo** 366:18
**hopefully**
214:10
**horizontal**
355:12
**hormonal**
300:19 301:5
328:10 331:11
**hormones**
328:24
**hospitals** 106:3
**host** 173:2,7
302:3
**Hotel** 1:14
**Houghton** 326:7
326:14 327:20
331:20
**hour** 76:3
216:23
**hours** 46:9
47:20 48:14,15
49:5 369:7,12
369:21 370:7
370:10 371:16
372:12,22
373:6,11,17
374:6,14 376:8
376:17 379:6,8
381:16 382:2
386:6 388:3
390:16 391:6,9
392:16 394:14
395:13 396:7,7
400:14 405:6
407:13 418:13
418:21,24
454:1 497:9
503:14 504:17
**Houston** 265:6,8
**huge** 173:2
374:16
**human** 9:7,19

Brooke T. Mossman, M.S., Ph.D.

10:7 19:24
20:15 27:5,21
29:8 30:8 33:9
35:15 36:9
37:1,16,19,24
38:3,5,22
39:22 40:3,18
41:2,20 42:3
54:20 61:12
66:7 84:19
117:19 120:24
121:8 162:22
163:1 168:8,22
191:10 194:24
196:23 198:19
210:7 302:8
303:23 340:7
349:1 365:12
366:16 377:24
382:7 384:19
397:12 400:1
402:1 409:18
410:10 421:24
423:13 427:13
449:21 451:19
451:20 452:2
452:23 459:17
460:15 463:22
464:3 484:20
485:5 494:16
**humans** 37:6
38:14 39:10
191:6 192:21
194:2,16
198:21 381:12
384:18 457:9
**Huncharek**
289:19 290:13
292:4,24 336:2
**hundreds** 454:6
477:14
**hydraulic**
323:18
**hydrogen** 60:15
**hygienist** 72:13
**hypotheses**
258:22 338:2

350:20
**hypothesis**
213:16 214:3
214:17,24
218:15 220:15
225:5,7 232:2
233:20 235:22
256:21,24
257:2 273:4
274:3,5,9,17
275:16,18
402:24 415:19
415:20
**hypothesized**
213:22 223:13
**hypothesizing**
274:12
**hysterectomies**
328:18
**hysterectomy**
327:9,24 328:8
328:13 331:22
333:2 334:13
334:17

---

**I**

**IARC** 6:24
36:16 38:7,21
39:14 40:1,7
120:16,23
121:6 122:6
152:5 176:17
177:7 181:18
181:19 191:9
192:6 194:10
194:24 343:12
343:22,23
344:4,17,18
345:16 363:20
363:24 377:22
381:11 385:16
438:6,8 442:13
446:5 449:24
480:1
**idea** 44:18 83:14
94:1 98:1,2
119:4 297:9

452:21 463:5
472:17 486:1
**ideas** 256:10
**identification**
14:23 16:3,18
58:5 77:1
79:20 82:9
83:20 88:20
92:2 96:19
110:20 113:22
114:1 121:21
122:13 132:5
158:4 188:8
189:15 191:21
196:14 219:7
222:16 226:9
237:3 264:3
277:4 299:17
304:21 308:6
312:6 315:6
322:17 346:6
352:14 353:8
353:18 358:23
366:10 388:23
401:15 408:7
409:13 463:9
465:6 466:19
470:21 492:11
501:19
**identified** 84:18
187:15 235:18
465:14
**identify** 33:7,16
33:18 34:6
**identifying**
190:1
**IJOEH** 97:16
98:16
**IL-6** 403:22
404:19 405:3
405:19 407:11
**IL-8** 50:11 60:17
403:21 404:18
405:2,11,12
407:10,19
**Ilgren** 470:4
**ill** 159:14 475:6

475:18
**Illinois** 3:19
**illnesses** 92:24
**illustrated** 236:7
493:13
**IM** 10:23
**IMA** 71:12
359:14
**imaging** 213:6
**imbalance** 43:13
301:14,16
**Imerys** 71:10
158:9 176:8
182:1 200:1
201:10 250:15
251:9
**immediate**
94:22 282:7
**immortalized**
384:7,10,12
**immune** 57:5
281:20 282:13
282:17 283:4
285:5,6 289:3
**immunity**
324:21 325:10
**immunogenicity**
227:20 228:1
**impact** 11:6
267:14 286:24
287:8,22
491:12,15,17
491:20 492:14
505:22
**impairment**
301:19
**impartial**
464:20
**impenetrable**
493:17,22
494:5
**imperative**
509:14
**implemented**
467:14
**implementing**
466:8

**implicated**
308:20 309:18
410:23 411:9
411:15 413:23
**implicates** 231:3
231:14
**implicating**
382:5
**implies** 138:10
**importance**
144:23 271:16
**important** 23:1
30:19 31:4,8
31:11 32:4
33:7,17,21
34:5 56:18
62:20 119:16
140:14 143:19
146:17 172:11
180:10 181:10
182:12 232:15
233:17 247:4
254:21 255:9
261:12 266:9
284:5 304:5
306:1,9 309:10
310:5,22
322:10 328:11
368:18 423:2
452:12
**importantly**
470:1
**impossible**
33:17,18
**impression** 54:1
**impressive** 94:9
**improper**
106:19 235:5
**In-Spec** 103:19
**inadequate** 94:4
**incentive** 104:2
**incessant** 119:9
119:12,15,21
119:24 120:7
**incidence**
308:21 309:18
402:17 482:19

Brooke T. Mossman, M.S., Ph.D.

Page 538

incidences 403:1
incipient 487:7
include 82:20
  94:14 103:7
  178:3 260:7,17
  440:7 455:21
included 16:13
  20:18 71:16
  263:10 284:20
  346:23 368:17
  425:17,18
  466:24
includes 69:9
including 25:24
  61:7,13 64:11
  82:21 149:6
  218:11 220:11
  266:10 278:18
  282:14 295:16
  296:7 297:13
  298:19 309:14
  310:6,13
  329:22 330:16
  348:7 363:7
  377:24 392:21
  404:7 426:5
  445:23 464:11
  464:24 476:17
  478:1
income 68:24
incomplete
  85:20
inconsistent
  292:1 309:11
incorrect 73:7
  247:19
increase 33:9
  34:8 105:7
  143:14 146:2
  146:21 147:7
  149:3,20 150:4
  150:7 157:13
  183:6 185:5
  235:22 280:5
  282:2,11,15
  320:12 322:4
  326:10 371:23

372:1 422:18
428:13 482:11
503:1 504:5
increased 46:24
  47:1 49:11
  50:4,8 139:19
  141:4 147:18
  150:11,20
  151:2 184:2
  224:20 230:3
  256:3 279:21
  290:7 292:11
  293:1 310:14
  319:18 320:17
  321:20,20
  324:22 369:23
  396:2 429:10
  432:23 482:18
  490:21
increases 184:16
  253:11 255:15
  375:18 394:5
  419:2,16 502:6
  504:3
increasing
  255:15 276:3
  306:21 363:19
increasingly
  188:10
independence
  97:20 99:6
  102:23
independent
  91:6 104:18
  153:16 465:17
Index 12:2 79:3
indicate 50:4
  131:10 138:4
  140:17 160:3
  241:18
indicated 51:16
  175:17 186:8
  284:24 420:21
  431:14 446:12
  479:11 482:12
indicates 134:3
  240:2

indicating
  241:13 483:1
indications
  313:22
indicative 51:10
  400:20 484:14
indisputable
  349:22
individual
  154:21 291:3
  350:4 469:15
  470:11 489:11
individually
  400:23
individuals 72:9
  79:10 100:24
  108:13 140:17
  142:19 183:2
  233:5 234:23
  309:8 338:8
  345:8 448:11
  484:9 485:13
  487:24 494:3
indoor 93:24
  94:2
induce 45:8
  53:12 54:10,12
  241:15 254:20
  254:24 259:16
  306:21 309:22
induced 59:1,16
  206:1,22 209:7
  210:14 304:18
  362:21 363:5
  385:4 447:2
  448:7
induces 55:12
  163:4 405:21
induction
  261:16 329:20
  480:21 481:13
industrial 65:10
  65:11 67:7
  70:20,24 72:12
  176:5 178:10
  182:15 205:17
  249:22 385:20

398:3 441:19
471:18,22
480:6 499:16
499:20
industrial-gra...
  455:5
industries 103:9
industry 74:15
  75:4,10 76:21
  85:17 93:22
  94:11 104:3,11
  104:14,24
  105:1,12,13,14
  360:14,21
  361:2,18,24
industry's 91:19
  99:1
industry-fund...
  98:12,24 105:4
industry-spon...
  105:9
ineffective
  306:23
inert 335:22
  342:18 385:6,8
  385:9,11,16
  386:4,15,24
  387:6 393:3
  395:4,6,8
  454:4
infection 281:24
  285:11 330:15
  330:16 343:20
infiltration
  282:16
inflammation
  7:16,18,21 8:8
  8:10 34:20
  35:5,8 42:10
  56:18 60:18
  119:22 120:9
  162:6,14,22
  163:5,9 218:8
  218:10,15,19
  220:1,6,9,15
  220:19 224:20
  228:1 230:1

231:4,14 232:9
232:14,24
233:3,16 234:4
234:9,20
235:24 238:2
238:23 239:11
239:19 240:3
240:16 241:16
241:19 242:2
243:9 244:3,18
248:23,24
249:3,4,7
251:18 252:13
252:15 253:9
256:22,23
259:1 260:5,22
261:9,16 262:7
262:22 264:8
265:1 266:2,8
266:16 267:2,7
267:22 273:12
276:4 278:6,15
279:3,17,20
281:4,15,19,22
282:22 283:1
283:11,16,23
284:5,12,18
285:8,13,18
286:7 288:4
289:8 293:17
294:15 304:19
305:5,21,24
306:20 307:9
307:18 308:10
308:22 309:5
309:10,12,19
309:23 310:18
310:21 311:6
316:6 317:2
324:17 325:9
325:18 405:22
411:1,17 414:1
415:13 489:24
490:4 503:12
506:12
inflammatory
  7:22 50:12

Brooke T. Mossman, M.S., Ph.D.

59:2,17 223:10 227:19 234:21 240:7 241:21 251:24 252:21 254:20 255:1 258:9 260:8 272:18 273:1,8 273:19 274:2 274:13,23 275:2,7 278:6 279:18,22 281:4 282:3,8 288:23 291:6 307:6 350:13 403:5

**influence** 55:23 78:18 99:2 105:12 119:17

**information** 42:4 146:15 161:13 164:11 180:19,22 181:18 229:20 286:9 335:10 354:2,10 431:21 432:12 433:9,20 434:2 434:9,20 437:20 441:3 449:15 466:4 486:7 487:22

**infrequent/no...** 313:15

**ingestion** 348:20 349:7

**inhalation** 170:4 174:16,22 179:2,7 207:4 210:16 321:16 323:5 324:19 348:20 349:6 477:10 483:13

**inhaled** 8:19 164:6,12 322:22 323:12 348:15

**inhibitor** 503:11

**inhibits** 289:6

**inhouse** 74:8

**initial** 197:23

**initiate** 289:4

**initiated** 306:13 306:19

**initiation** 266:22 267:8,12,18,22 274:24 275:9 278:16 279:4 301:23 302:5 304:13

**initiative** 92:21 183:3

**injected** 149:7

**injection** 170:3 477:11

**injure** 215:11

**injury** 119:23 148:12 213:16 214:20 215:6 410:8 493:18

**innate** 282:12,16 285:4

**innocuous** 410:10

**input** 464:5

**Inserm** 463:3 465:1

**inside** 343:4 349:1

**insignificant** 136:16,19 137:7,12,17 387:8 394:16 396:12,16 425:20

**insisting** 105:8

**instance** 190:6

**instances** 159:2

**instilled** 479:13

**Institute** 103:23 277:23 305:3 455:13

**institutes** 277:21 278:2,3 360:5 456:2

**institution** 360:12

**institutions** 106:2 361:6

**INSTRUCTI...** 509:1

**insults** 298:4

**intake** 293:19 294:17

**integral** 453:14

**integrity** 57:13 58:21

**intelligence** 7:6 196:18

**intended** 115:24

**intent** 362:18

**intentionally** 464:9

**interacted** 443:20 464:23

**interaction** 352:5 440:15 440:23 441:11

**interest** 97:18 102:22 104:21 105:16 362:3

**interested** 50:7 51:3 81:7 188:12 351:15 410:16

**interesting** 312:13

**internal** 158:8 159:3,9 176:21 181:24 182:4 201:6,10 250:13 251:8 480:23

**internally** 200:1 200:2

**international** 94:7 97:8 98:12 103:4 108:23 114:8 245:14

**interplay** 302:2

**interpret** 187:6

**interpretation** 128:19,21

**interpreted** 474:16

**interstitial** 323:14

**interstitium** 323:16 494:21 495:5

**intraepithelial** 244:19

**intraperitoneal** 477:11

**intrapleural** 477:10

**intriguing** 274:16 275:16

**introduced** 341:24

**introduces** 80:18

**introduction** 265:16 268:7 269:13,20 270:18

**intuitive** 353:24

**invasive** 117:10 284:19

**inversely** 294:19

**investigator** 305:9,13

**invoices** 4:16 15:5

**invoked** 251:18 252:15

**involved** 18:16 28:4,9 107:21 108:15 176:9 260:5 301:23 303:21 360:15 360:21 361:3,6 361:18,19 363:24 401:4 403:17 427:20

**involvement** 87:5,23 96:10 102:11 109:24

111:1 267:11 364:1

**involves** 259:2 282:8 334:23

**IO** 423:22

**IOSE** 418:22 419:20 423:13 424:11

**iron** 25:2,4,6 26:9

**irritants** 282:1

**irritation** 223:10 225:6 317:1

**isolated** 400:22

**ISRTP** 94:9,13 98:14 103:5,13 103:14 104:24 105:10

**issue** 67:16 80:22 97:16 181:13 182:14 249:16 250:4 474:15

**issues** 18:16 70:10 156:13 360:16,22 361:4,20 371:9 464:1

**Italian** 500:2

**Italy** 178:23 399:18

**J**

**J&J** 160:2 399:16 485:19 485:24 487:19

**JACK** 3:3

**Jack.frost@d...** 3:5

**JAMES** 3:17

**james.mizgala...** 3:20

**January** 77:5 125:12 323:1 436:8 475:3

**jargon** 124:5

Brooke T. Mossman, M.S., Ph.D.

Page 540

**Jedd** 353:15
**Jeffrey** 367:4,5
  368:7
**Jersey** 1:2 3:4
**Jia** 8:12
**JNJ** 6:8,20 9:8
**job** 204:3 312:13
**John** 72:12
  79:24 80:4
  81:14 472:3,12
  473:12
**John's** 473:12
**Johnson** 1:4,5
  3:10,11 70:9
  70:10,18,18
  72:21,22 158:9
  158:9 159:10
  159:10 160:13
  160:13 161:20
  161:20 179:13
  179:22,22
  180:12,12
  181:24,24
  187:9 189:19
  189:19 200:1,1
  201:6,6 247:9
  247:10 250:14
  250:14 251:9,9
  486:9,9,12,12
  486:24,24
**Johnson's**
  179:13 187:10
  500:3
**joined** 82:23
**journal** 11:6
  84:7 91:3,6
  93:23 95:10,23
  97:7,8,20 98:9
  100:22 102:15
  102:17,24
  103:2 104:16
  105:8,19
  108:13,23
  109:1,4,14
  110:16,18
  111:15,18,23
  114:8,11,21

177:1 264:13
  264:21 277:13
  286:12,19
  287:1,8,13
  291:14 300:12
  362:6 421:11
  421:13 491:11
  491:12,24
  492:5,9,21
**journal's** 103:8
**journals** 79:2
  86:21 87:17
  88:5 90:3,4,17
  93:22 98:19
  99:9 100:12
  111:10 287:21
  437:4 438:4
  505:22
**JR** 2:3 3:3
**Julie** 471:16,19
  471:19
**July** 463:15
**Junius** 77:6

**K**
**Karageorgi** 11:9
  500:10,20
  502:21
**keep** 68:6
  122:19 219:12
  415:24
**Kelse** 72:12
  472:3,12
**kept** 393:13
**key** 5:8 7:13
  8:11 82:13
  83:9 237:16
  238:15 308:10
  318:10
**kicked** 43:8
**kill** 260:24
  358:15
**kind** 59:4 473:2
**kinds** 44:13
  59:18,24
**Kirsten** 100:11
**knew** 195:20

472:5
**know** 38:23
  45:13 47:24
  54:18,22,22
  65:21 66:17
  67:12 70:15,16
  70:17 79:4
  82:3,14 91:9
  91:14 94:20
  96:9 102:14
  103:2 107:15
  108:20 113:10
  117:13,23
  118:15 132:16
  133:4 139:10
  139:14,15
  142:24 143:22
  144:3 145:8,9
  147:14 148:13
  148:21 153:2
  155:24 157:8
  158:16 161:7
  162:4 171:3,14
  175:5,10,12
  177:15,17,20
  178:12 179:16
  180:10 181:11
  182:8 185:9,13
  185:16 187:7
  188:7 189:17
  189:22 190:11
  190:19 199:23
  209:11 221:16
  222:5 228:12
  228:15 256:14
  272:4 280:24
  284:12,14
  286:23 290:20
  296:21 298:10
  301:6 305:10
  305:16 318:5
  326:22 329:3
  340:24 345:16
  349:6 352:21
  373:16 383:9
  385:23 386:1
  387:10 398:20

399:11 400:14
  401:1,8 405:21
  406:5 411:21
  414:9 426:18
  428:4,24
  439:23 450:10
  451:12 452:13
  461:5 469:13
  470:5 472:4
  473:12 478:8
  479:17 481:21
  485:23 488:4
  489:10 495:8
  495:10,14,15
  495:18,24
  496:7 497:8
  500:7 502:11
  504:10 506:9
  506:13
**knowledge** 71:6
  92:10 180:3
  200:8 204:6
  228:16 361:5
  427:11 468:14
  505:14
**known** 34:23
  35:2,9 42:12
  42:17 94:4
  120:24 121:7
  188:2 191:10
  194:24 198:19
  304:5 403:16
  407:7 447:11
**knows** 67:5
**Kodak** 103:18
**Kodavanti**
  470:4
**Korea** 399:19
**Kuntz** 345:12

**L**
**L** 1:15 2:13
  508:12
**lab** 53:23 424:19
  445:4
**label** 175:18
  177:14

**labeled** 345:14
**labia** 341:11
**Labor** 463:18
**laboratories**
  173:1 467:15
**laboratory**
  17:16 172:24
**Labour** 466:14
**lack** 97:18
  102:22 129:24
  147:16 505:14
**lacks** 114:23
**Langseth**
  256:16 336:2,7
**large** 98:22
  118:8,9 313:11
  382:23 410:4
  446:5 474:4
**largest** 160:13
**larynx** 194:5
**late** 266:9
  268:21 284:13
  304:6,9,10,17
  306:6 309:7,12
  310:22,23
  474:18
**latency** 78:2
  148:10,12,15
  148:21 175:10
  450:10
**latent** 148:12
**latest** 267:6,21
**laughing** 506:3
**launch** 85:4
**Laura** 489:2
**Lauren** 128:19
  128:22
**LAW** 2:3
**Lawlor** 3:24
  13:4
**lawyer** 29:23
  75:9
**LAWYER'S**
  512:1
**lawyers** 84:3
  105:13
**lead** 51:20 52:10

Brooke T. Mossman, M.S., Ph.D.

52:23 55:3
61:14 64:13
84:9 119:3,13
128:12 163:10
163:19 168:9
168:23 211:2
242:3 243:9
346:14 401:18
403:4
**leadership**
94:16
**leading** 223:10
239:12,20
240:17 245:15
245:19 251:19
252:16 301:18
324:22 410:8
464:24 506:12
**leads** 240:24
403:6 451:3
**leap** 435:2
**learn** 81:17,20
**learning** 89:16
**leave** 21:10,15
24:20 444:4
480:12
**Leavitt** 23:12,18
24:3 26:4,24
29:17 31:17
44:9 72:2
207:24 211:18
212:16 214:7
215:13 224:15
**left** 111:17
265:15 277:16
505:10
**legal** 94:1
**legislative** 466:7
**LEIGH** 2:8
**leigh.odell@b...**
2:10
**leisure** 464:13
**lends** 336:9
**length** 62:15
481:21
**lesions** 244:4
306:12 487:9

487:23
**lesser** 461:22
**let's** 23:11 29:17
31:12 44:8,11
61:21 64:23
89:24 90:13
105:20 109:6
112:1,1 113:14
114:4 140:11
140:24 150:18
150:22 184:5,5
195:9 198:11
215:21 222:1
222:24 236:18
246:19 262:18
264:24 265:14
265:15 274:21
275:20 276:14
295:20 299:9
307:22 314:4
323:8 324:3,13
352:18 353:5
353:10 355:22
366:5,5 372:15
377:4 380:19
386:8 387:18
397:5 415:22
419:5 423:21
427:2 441:22
443:21 445:7
463:6 468:11
471:4 480:3
485:17 491:7
492:7 494:8
**lethal** 231:17
265:17
**letter** 4:21 5:6
9:13 77:6
78:21,24 79:15
79:23 97:14
100:23 101:11
101:13 105:18
107:17 109:2
161:18 350:3
426:23 486:15
**letters** 353:13
**level** 51:16

53:21 241:13
504:1
**levels** 9:17 29:6
30:7 37:14
279:22 283:1
359:3,6 396:2
428:11 482:23
484:12,18
485:3,11
495:10
**LHG** 1:6
**LIABILITY** 1:6
**Library** 277:22
**life** 452:2 464:11
**lifetime** 472:16
478:1,13 479:9
479:15
**ligate** 333:15
**ligation** 288:18
327:8,23
328:13,19,20
330:14 331:1
331:21 332:6
332:14 333:2
334:10,16
**ligations** 329:23
330:9,19
331:13 332:2
**light** 8:21
346:10
**liked** 158:22
188:1
**limit** 458:17
460:23
**limited** 474:14
**limits** 460:15
**line** 12:6,9,12,15
24:17 27:13
29:20 32:3
34:4 44:12
55:17 73:14
106:18 118:22
127:21 165:16
166:1 167:10
208:21 211:21
214:14 271:3
365:13 372:11

374:2 384:5
404:7 429:23
430:2,19 433:6
474:10 493:15
494:11 496:6
510:4 512:2
**lined** 494:19
**lines** 143:10
198:15 213:2
220:5 269:15
270:23 284:4
302:23 303:11
308:18 384:18
384:19 403:20
404:5 405:1
410:21 496:4
**link** 238:19
333:1
**linked** 120:8
163:14 228:2
236:8 240:8
247:5 267:2
279:3 286:6
328:2,15
410:24 411:17
414:1 415:13
**linking** 253:9
502:19
**links** 414:4
435:17
**lipids** 261:2
**list** 85:19 86:7
90:17 120:16
124:9 236:16
242:17 254:8,9
467:17
**listed** 6:6 83:8
86:23 101:22
112:22 113:3
120:21,23
132:12,17,23
190:15 195:13
198:6,9 242:8
258:5 311:18
312:24 318:5,9
367:11 476:1
500:11

**Listen** 286:23
**listing** 5:8 82:13
83:9 122:2,4,7
195:4,12,16
**lists** 111:9
134:11 136:4
**literally** 301:15
**literature** 60:8
75:9 77:17
100:17 115:22
125:8 126:19
129:23 130:4
134:2 135:19
137:9 138:22
159:6,17
176:24 181:1
185:24 186:11
204:13 225:19
226:2 229:3
239:6 241:22
241:23 260:1
349:16 426:12
436:19,23
437:7,8,23
441:17 470:12
481:10 506:10
**litigation** 1:7,20
13:5,11 68:15
68:20 69:7
72:19 73:5,11
86:23 87:5,19
95:7 96:11
99:3 108:16
176:9 243:13
245:24 246:14
246:24 247:11
247:12,14,21
250:5 360:15
360:22 361:3,7
361:8,13,14,20
464:17 485:22
486:11 506:11
**little** 16:22
26:21 29:13,14
44:7 65:7
69:23 72:24
102:14 116:7

Brooke T. Mossman, M.S., Ph.D.

Page 542

| | | | | |
|---|---|---|---|---|
| 147:13 269:11 | 177:13 183:12 | 77:20 123:12 | 339:11 348:3 | **lubricant** |
| 417:9 480:7 | 186:22 190:3 | 138:1 142:11 | 356:1 371:1 | 160:16 |
| **Liu** 7:20 264:14 | 192:10 197:10 | 147:9,20 | 375:21 381:9 | **lumping** 39:6 |
| 265:3 | 198:12,13 | 149:22 151:12 | 387:20 390:18 | **lunch** 215:18 |
| **lives** 93:7 | 224:4 229:15 | 151:23 152:1,4 | 392:13,15 | 216:7,17 |
| **LLC** 3:21,21 | 231:24 232:23 | 152:9 153:24 | 394:17 400:9 | 217:14 218:3 |
| **LLP** 3:3,7,12,17 | 234:19 235:9 | 154:2 164:9 | 407:2 413:13 | **lunches** 216:8 |
| **local** 223:9 | 235:12 236:18 | 166:6,14,16 | 425:4 432:17 | **lung** 17:18 19:21 |
| 225:6 227:20 | 237:9 256:12 | 173:2,17 174:4 | 432:18 435:7 | 37:20 77:23 |
| 228:1 | 256:23 257:19 | 175:2 179:19 | 435:15 452:23 | 78:9 79:4 |
| **localized** 232:23 | 273:11 274:21 | 181:2 183:15 | 482:8 501:17 | 80:19 86:8,8 |
| 325:17 346:1 | 287:10,11 | 184:8,24 185:4 | **looks** 42:2 77:7 | 170:13,18 |
| **locally** 164:13 | 288:9 293:7 | 186:14 202:7 | 95:20 101:12 | 171:11,24 |
| **location** 487:9 | 295:7 296:11 | 202:15 204:12 | 141:13 297:15 | 172:9,15 190:4 |
| **lock** 44:20 | 298:4,14 318:4 | 209:16 210:9 | 307:13 342:21 | 194:4 206:11 |
| **lodge** 34:15 64:7 | 319:23 320:5 | 213:23 233:2 | 409:22 | 210:13,20 |
| 235:3 | 321:8 326:2,22 | 240:5 244:11 | **lost** 65:7 270:13 | 213:15 214:19 |
| **lodged** 34:17 | 326:23 334:7 | 249:21 250:19 | **lot** 54:10 91:8 | 234:7 248:11 |
| 288:17 | 338:2,18 339:1 | 271:21 311:22 | 100:16 260:18 | 248:16 271:22 |
| **long** 62:14 68:3 | 340:3 341:23 | 318:14 337:20 | 295:2 328:21 | 321:16 323:16 |
| 78:2 209:12 | 348:4 352:22 | 339:8,23 | 335:9 344:19 | 378:4 448:6 |
| 216:21 330:1 | 355:9,13 | 345:14,23 | 349:8 408:24 | 450:15 490:21 |
| 435:2 446:15 | 358:17 367:2 | 348:6 365:15 | 489:21 | 495:2 |
| 452:16 | 367:10 369:5 | 365:17 368:14 | **low** 43:9 369:12 | **lungs** 205:24 |
| **long-standing** | 370:10,19 | 369:12 370:24 | 369:21 371:19 | 206:22 447:1 |
| 74:4 | 371:2 373:10 | 370:24 371:19 | 375:23 377:19 | **Luzenac** 71:4,8 |
| **long-time** | 375:19 376:6,7 | 374:12 396:9 | 388:12 390:20 | 71:10,16 158:9 |
| 345:21 | 377:4 385:2,13 | 412:4 413:21 | 391:5,24 392:5 | 201:10 475:7 |
| **longer** 79:11 | 386:8 387:11 | 413:21 415:18 | 392:15,18 | **lymph** 346:13 |
| **Longo** 180:6 | 387:14,18 | 436:21 437:12 | 394:13,15 | 346:22 347:3 |
| 186:14 189:17 | 390:10 391:1 | 437:14,17 | 417:1,16 423:9 | 347:19 348:3,8 |
| 200:2 201:14 | 393:18 397:5 | 438:5 452:15 | 504:1,22 506:6 | 348:13,19,24 |
| 480:22 | 398:9 403:15 | 462:10 478:9 | **low-impact** | **lymphocytes** |
| **Longo's** 180:22 | 403:21 405:16 | 478:24 479:5,8 | 286:12,19 | 60:18 |
| **look** 24:11 44:8 | 410:4,14 | 479:18 480:22 | 287:13 491:11 | |
| 48:21 52:20,21 | 413:19 414:20 | 496:4 502:22 | **lower** 142:2 | **M** |
| 84:11 88:12 | 417:20 418:17 | **looking** 18:6 | 287:6 288:20 | **M** 3:8 |
| 90:8 93:14 | 423:3,21 427:4 | 25:6 82:19 | 288:21 313:14 | **M.D** 265:5,7 |
| 99:21 101:8 | 429:7,17 431:8 | 83:2 100:21 | 313:15 369:16 | **M.S** 1:13 4:5 |
| 107:3 112:1,5 | 438:22 456:18 | 110:1 114:14 | 379:1,9 380:4 | 13:20 508:8 |
| 113:14 114:4 | 456:18 463:6 | 138:22 140:16 | 382:2 424:5 | 511:16 |
| 114:21 125:23 | 464:18 469:20 | 159:3,5 160:7 | **lowest** 369:24 | **ma'am** 18:10 |
| 144:2,3 146:11 | 483:10,23 | 199:8 232:7 | 379:15 457:10 | 19:4 47:2,19 |
| 148:3 149:17 | 487:21 492:17 | 234:3,23 242:6 | 457:13 | 55:15 98:4 |
| 151:11 155:6,6 | 500:24 502:24 | 246:6,7 286:14 | **LP9** 430:19 | 100:1 101:2,21 |
| 155:14,15 | 505:4 | 332:2,8 336:23 | **LP9/TERT-1** | 110:23 135:12 |
| 159:24 167:7 | **looked** 25:1,4 | 337:3 338:11 | 419:19 | 135:20 140:3 |

Brooke T. Mossman, M.S., Ph.D.

192:14 200:24
244:6,23 247:7
249:24 270:17
270:17 287:4
287:12 370:21
372:18,24
379:14,17
381:23 382:10
383:6 391:10
392:23 412:18
412:18 433:4
499:23
**macrophages**
282:14 289:1,2
**magazine's**
471:22
**magnitude**
364:14 365:23
374:17 388:14
392:19 429:9
**maintain** 57:13
58:20
**major** 94:14
243:7,11
267:10 440:2
**majority** 68:24
118:9,10 150:2
150:9,13,24
200:6,7 263:15
382:23 383:9
**making** 92:24
135:5 371:6,8
376:11 386:12
**malignant** 44:24
45:9 80:18
163:7 284:8
402:10,14,18
402:20 403:2
403:17,23
406:22 407:7
**man** 78:3 276:16
**management**
466:9
**manager** 473:6
475:9
**managing**
100:11

**manipulated**
342:3
**manufacture**
75:14
**manufacturer**
160:15
**manufacturing**
94:15
**manuscript**
273:6
**manuscripts**
89:11,18
**mark** 113:16,18
219:1,10 221:7
222:2,9 226:5
305:1 346:3
366:7 417:16
**marked** 12:14
14:22 16:2,17
58:4 76:24
79:19 82:8
83:19 88:19
92:1 96:18
110:19 113:21
113:24 121:20
122:12 132:4
158:3 191:20
196:13 219:6
219:15 222:15
226:8 237:2
264:2 277:3
299:10,16
304:20,24
308:5 312:3,5
315:5 322:16
346:5 352:13
353:7,17
358:22 366:6,6
366:9 388:22
401:14 408:6
409:12 463:8
465:5 470:20
492:10 501:18
**markers** 8:8
44:14,16 45:2
232:8,10 233:3
234:3,5,21

305:6,21
**MARKETING**
1:5
**Maryland** 93:7
**mass** 323:17
**mast** 282:15
**Master** 107:24
108:1
**master's** 18:4
20:7,11
**masters** 329:19
330:1,7
**material** 21:9
40:24 63:3
338:7 340:5
341:15 342:1
452:23 490:2
500:3
**materials** 4:18
7:14 16:7,10
16:11 21:5
22:13 23:3,10
25:24 42:5
62:11 80:7
112:19 154:15
164:16 169:1
172:3 189:8
190:2 206:14
207:4,17 223:5
237:17 242:7
242:17 243:11
247:8,13 258:3
264:17 311:12
311:18 313:1
318:1,11
344:16 346:19
346:20 347:14
348:16,16
351:16,21
352:2 359:22
360:3 363:2,5
369:22 386:15
390:4 394:17
422:16 423:8
443:7 444:3,8
444:15,19
447:11 482:6

**matter** 13:10
25:10 30:24
33:14 39:14
40:8 201:7
224:3 226:18
227:5 342:16
459:20 494:6
**matters** 69:10
**maximum** 364:8
368:3
**McConnell**
470:3
**McDonald** 8:23
346:13
**McElveen** 4:22
77:6,13
**MDL** 13:11
129:10 218:6
220:24 485:20
485:22 486:10
**MEAGHER** 3:7
**mean** 17:6 23:23
26:22 31:3,8
33:21 44:14
67:24 81:11
87:3 107:12
108:6 118:18
122:10 124:12
125:1 127:3
150:9 161:8
211:21 216:5
254:10,22
276:7,17
291:18 380:20
389:23 424:20
497:8 498:18
499:3
**meaning** 53:20
494:23
**meaningful**
104:17
**means** 17:7
128:10 162:4
231:7,8 254:23
276:12 277:20
297:9 306:10
306:11 341:1

396:13,14
398:18 474:16
508:20
**meant** 246:11
260:24 325:7
**measure** 21:23
213:13 445:4
**measured** 22:12
23:2 25:23
213:9,24
**measurements**
212:6,10,22
213:8
**mechanical**
213:16 214:20
215:6
**mechanism** 56:1
120:1 230:2,16
231:5,15 238:3
238:24 239:12
239:19 240:4
240:16,24
251:19 252:16
256:21 262:2,6
297:8 321:18
334:21 345:9
347:4 489:13
490:21,23
**mechanisms**
32:19,24 34:21
42:11 55:1
77:19 119:2
223:12 227:21
227:23 295:15
296:7 297:5,13
298:1,18 341:9
341:11,12
343:19
**mechanistic**
151:22 440:9
**media** 85:15
117:3 217:20
314:17 416:10
**mediating** 50:11
**mediators** 7:22
278:7 279:22
281:4 289:4

Brooke T. Mossman, M.S., Ph.D.

Page 544

**Medica** 79:3
**medical** 18:13
 19:20 20:11
 130:3 131:19
 132:10,19
 133:21 134:10
 135:14 136:2
 313:22 474:6
**medicine** 17:17
 83:4 277:22
 402:6
**meet** 79:5
 455:20 456:8
 456:23 468:18
**meeting** 73:8
 77:14,16 79:10
 81:2 160:11
 468:18 488:15
 488:16
**meetings** 81:6
 196:8 492:22
**Melinda** 489:9
**member** 81:23
 85:17 86:4,6
 101:19 102:15
 108:12 198:17
**members** 104:5
**membership**
 82:5
**memo** 6:19
 159:9
**menopause**
 310:16
**menstruation**
 307:3 335:14
**mention** 44:12
 404:13 443:11
**mentioned** 54:9
 85:18 86:16,17
 87:14 329:16
 442:7,19,23
**mentioning**
 337:8
**Merck** 103:20
**merited** 501:16
**Merlo** 84:20
**Merritt** 236:12

237:6,21 238:9
251:16,17
252:3 253:7,14
413:14
**meso** 206:1,22
 210:13
**mesothelial** 9:7
 9:19 10:7 46:2
 46:7 49:7,15
 50:23 51:7
 118:21 171:12
 172:10 257:9
 362:22 365:12
 366:17 370:6
 371:12,15
 372:10 373:5
 374:2 375:7,9
 375:14 376:10
 376:16 382:8
 388:5 392:15
 402:2,11 403:4
 404:6,20,21
 405:4 406:2,13
 406:16 409:19
 419:10 421:24
 427:23 430:23
 434:23 435:6
 443:21 503:14
**mesothelioma**
 26:13,20 27:4
 27:21 28:5,19
 37:22 41:10,17
 43:20 45:18
 53:16 54:2
 128:16 194:4
 209:6 210:14
 363:15 377:17
 378:5 402:10
 402:15,18,20
 403:2,17,24
 404:1,4,17
 406:5,9,22
 407:8 445:12
 447:2,18 448:7
 450:4,9 476:16
**mesothelioma...**
 448:14

**mesotheliomas**
 149:9 171:24
 203:12 271:24
 400:16 449:7
 481:13
**message** 358:13
**met** 81:1,14
 489:7
**meta-analyses**
 183:13,14,15
 183:17,19
 184:7,11,12,23
 185:4
**meta-analysis**
 7:11 227:11
 228:17 229:14
 230:19 240:6
 334:6,14
**metal** 190:8
**metals** 169:7,10
 169:13,16
 170:1 190:12
 489:12,23
 490:6
**metastases**
 272:13,14
 280:22,23
 281:6 304:7
 309:9,13
**metastasis**
 268:21 278:8
**method** 188:24
 188:24 189:7
 351:24
**methodology**
 436:11,14
 437:1,22 497:7
**methods** 170:3
 188:9 353:22
 354:12 445:4
 467:14
**methylation**
 297:7,17 298:4
**Michaels** 5:15
 91:10 92:6,8
 93:2 114:7
 195:20 196:4

198:5
**Michelle** 1:15
 13:17 475:1
 508:12
**microarray**
 365:17 393:24
**microarrays**
 420:23
**microbiology**
 367:13
**microenviron...**
 267:14 271:17
 273:14 280:20
**microgram**
 356:24 358:5,8
**micrograms**
 354:5,13,15
 355:7 356:4,6
 357:6,7,9
 358:6,7 359:7
 378:8,21 379:3
 379:21,23
 380:3,24 381:3
 381:6,13
**micrometers**
 46:8 62:15
 355:4,5 356:2
 356:21 378:20
 380:22 386:4
 388:4 400:13
 419:14
**microns** 446:18
**microorganisms**
 493:18
**microscopy** 8:22
 90:19 346:11
**migrate** 288:15
 316:24 326:16
 327:3 333:23
 337:18 344:7
 349:20
**migrates** 328:14
**migration**
 129:24 211:4
 230:11 315:21
 326:23 330:20
 332:22 333:4

334:8 335:7,23
336:5,9,17,22
337:5,8 338:3
338:12 341:14
343:1 344:2
451:4
**Migration/Tr...**
 8:16
**Miguel** 471:20
**milieu** 275:23
**Mills** 257:16
 258:12 336:21
 336:22 337:5,7
**mimicked** 45:6
**mind** 23:13 52:3
 199:3 295:24
**mine** 178:4
 179:8 203:24
 208:3,5,13
 399:8,12
**mined** 66:12
 397:21
**mineral** 7:7 9:11
 9:20 10:12
 21:14 60:23
 61:2,6,10 62:4
 168:17 179:17
 196:20 288:3
 363:4,14
 365:11 366:17
 384:21,22
 409:19 444:10
 457:16,21,24
 458:1,8,9
 459:4 473:19
 474:5
**mineral's** 66:7
**mineralogist**
 20:23 21:15
 443:19
**mineralogists**
 21:11 24:20
 444:5,14
 445:23
**mineralogy**
 204:12
**minerals** 70:21

Brooke T. Mossman, M.S., Ph.D.

70:24 72:18
171:4 209:5
353:22 354:4
357:17 364:5
367:24 385:2
397:11,18
399:11 457:3
457:18 458:8
465:15 466:21
467:4,12
471:14,18,22
473:6 475:2
480:5
**mines** 397:20
399:16
**minimize** 85:16
104:2
**mining** 176:6
178:11 399:6
**Ministries**
463:17
**minute** 40:17
49:2 56:11
67:21 79:16
124:22 130:7
202:3 230:11
366:3 390:7
438:22 480:10
505:10
**minutes** 216:23
457:19
**misclassificati...**
156:17
**Miserocchi** 8:20
**misinformation**
472:3
**mispronounci...**
105:6
**misquote** 296:16
491:4
**missed** 63:13
414:10 415:1
438:24
**missing** 89:13
437:5 476:2
**Mississippi** 2:5
**misstatement**

212:16,20
**Misstates** 38:10
39:16 41:23
**MIZGALA** 3:17
226:22 418:3
**MM** 402:10
**Mm-hmm** 27:2
82:2 150:8
165:15 198:10
273:10 355:24
410:6 433:3,7
436:3 486:20
**model** 308:19
309:1,3,16
**models** 32:22
54:17 109:12
234:8
**modification**
282:9
**molecular** 77:18
78:8 367:14
410:8
**moment** 426:3
**money** 485:18
486:10
**monitoring**
463:19 464:4
**monkeys** 342:24
**monograph**
38:21 122:11
122:24 152:6
152:10,15
177:8 192:6
343:23 344:4
344:18 438:8
**monographs**
6:24 89:19
**Montana** 399:13
**Montgomery**
2:9
**months** 85:7
218:10 220:10
**morning** 14:6,7
**Morris** 84:14,22
85:2,13 95:6
**Morris'** 84:12
**mortal** 414:13

**mortality**
268:17
**Mossman** 1:13
4:5,21 5:6,13
5:23 7:10,14
10:10 13:15,20
14:8 17:1 83:3
106:20 246:15
387:11 408:12
426:4 508:8
511:16
**Mossman's** 9:22
**Mossman-1**
4:15 14:24
**Mossman-10**
5:14 92:3
**Mossman-11**
5:16 96:20
**Mossman-12**
5:21 110:21
**Mossman-13**
6:6 113:23
**Mossman-14**
6:9 114:2
**Mossman-15**
6:12 121:22
**Mossman-16**
6:14 122:14
**Mossman-17**
6:16 132:6
**Mossman-18**
6:19 158:5
**Mossman-19**
6:21 191:22
**Mossman-2**
4:16 16:4
**Mossman-20**
7:6 196:15
**Mossman-21**
7:9 219:8
**Mossman-22**
7:11 226:10
**Mossman-23**
7:13 237:4
**Mossman-24**
7:15 222:17
**Mossman-25**

7:18 264:4
**Mossman-26**
7:21 277:5
**Mossman-27**
8:6 299:18
**Mossman-28**
8:8 304:22
**Mossman-29**
8:10 308:7
**Mossman-3**
4:17 16:19
**Mossman-30**
8:13 312:7
**Mossman-31**
8:15 315:7
**Mossman-32**
8:18 322:18
**Mossman-33**
8:21 346:7
**Mossman-34**
9:6 352:15
**Mossman-35**
9:9 353:9
**Mossman-36**
9:13 353:19
**Mossman-37**
9:16 358:24
**Mossman-38**
9:18 366:11
**Mossman-39**
9:22 388:24
**Mossman-4**
4:19 58:6
**Mossman-40**
10:6 401:16
**Mossman-41**
10:10 408:8
**Mossman-42**
10:12 409:14
**Mossman-43**
10:15 463:10
**Mossman-44**
10:17 465:7
**Mossman-45**
10:20 470:22
**Mossman-46**
11:6 492:12

**Mossman-47**
11:8 501:20
**Mossman-5**
4:21 77:2
**Mossman-6** 5:6
79:21
**Mossman-7** 5:8
82:10
**Mossman-8**
5:10 83:21
**Mossman-9**
5:12 88:21
**Mossman-NO...**
9:14
**Mossman-NO...**
10:14
**Mossman-NO...**
9:14
**Mossman-NO...**
9:15
**mouse** 308:19
309:1,3,16
**mouthpiece**
94:7
**move** 114:19
116:20 215:16
254:16 427:2
480:3
**moved** 64:2
**movement**
335:22
**MPH** 198:5
**mucinous**
117:12
**mucus** 288:17
**multi-step**
301:21
**multiple** 310:12
**Muscat** 289:19
290:13 292:4
292:23
**muscular**
344:22
**museum** 180:14
**mutagenesis**
259:9
**mutation** 45:3

306:24
**mutations** 259:17
**mutually** 266:1 266:14
**myriad** 272:11

**N**

N 3:3 4:2 217:16 217:16,16
**nailed** 473:24
**name** 13:3 16:23 83:2,10 91:16 93:11 94:9 100:20 105:7 201:17 367:12 470:4 475:2
**named** 72:11 213:23
**names** 132:17 458:10 478:16
**napkins** 133:11 133:23 134:14 136:6
**nation's** 92:19
**national** 38:19 39:12 198:15 277:21,21,23 278:1,3 305:3 360:5 377:22 455:13 456:1 459:24 463:3,3
**natural** 302:8
**naturally** 474:3
**nature** 61:11 62:7 260:23 275:14
**NCBI** 277:17 299:21 366:13
**NCI** 305:13,19
**near** 192:20
**Nearly** 383:2
**neat** 372:6
**necessarily** 338:23 435:19
**necessary** 39:7 45:14 77:24

466:3 509:4
**need** 44:4,6 45:6 73:22 101:21 106:12,15 111:3 128:2 133:4 135:7,8 135:8 139:13 139:15 140:3,5 141:23 144:14 372:18 375:10 416:14,17 417:8 478:15 487:13 503:4
**needed** 357:12 488:3 500:19
**needlelike** 447:14
**needs** 279:8
**negative** 154:22 169:2 334:15 334:18 425:12
**neighboring** 92:18
**neither** 73:10
**neo** 46:2,7 49:6
**neomesothelial** 433:12 434:11
**neoplastic** 255:13 256:4
**Ness** 232:3 258:19 259:19 260:11 261:21 337:19 415:18
**never** 27:4,17,18 27:21 28:4,24 46:11,16 49:14 55:10 67:2,9 70:5 71:22 80:10 81:22 86:3 102:13 106:21 124:13 167:10 172:5 173:10,21 174:15 178:15 178:19,22 179:1,6,12 180:5 181:6

203:15 205:1,7 213:9 225:20 228:9 277:13 286:12,21 287:14,19 291:15 296:19 305:11 337:10 349:14 442:8 445:13 451:14 454:17 464:16 465:1 469:15 474:4
**new** 1:2 3:4,8 76:12 79:2 80:14 89:17 174:1 205:1,7 205:15 228:10 278:12 454:23 455:1
**newer** 188:11
**Newport** 2:14
**Ni** 218:16 220:15
**nickel** 489:16,19 489:21
**nickels** 489:12
**Nicolas** 305:9
**NIH** 277:19 278:1 360:10
**NIH.gov** 277:18 299:22
**Nims** 77:14,17
**NIOSH** 7:8 91:13 196:1,24 197:2,8,20 198:17 455:7,9 455:12,19,24 456:7,19 457:5 457:6,11,15 459:2,16 460:6 460:8 461:4,7 461:10,13 462:2 480:11
**NLM** 299:22
**NN** 299:22
**nodes** 346:13,22 347:3,19 348:3

348:8,13,19,24
**nomenclature** 187:3
**non-asbestifor...** 5:22 109:10 112:4 250:20 455:2 457:2 458:7,20 459:15 460:9 460:16 467:5 472:8 473:21
**non-asbestifor...** 474:1
**non-asbestos** 202:8 442:3 445:9 446:10 451:8 453:8 455:3 460:13 461:7,11 468:16 478:3
**non-fibrous** 173:18 375:8 419:13
**non-pathogenic** 364:5
**non-statistical** 141:4
**non-weight** 156:3
**nongenital** 321:19 322:5,9
**nonpathogenic** 367:23 384:22
**nonresponsive** 134:7 434:4 488:3
**nonresponsive...** 135:22 251:3 372:3 394:24 428:21
**nonserous** 318:19 321:22
**nonsteroidal** 293:19 294:17 310:10
**nontoxic** 419:15
**normal** 80:19

119:20 255:10 256:1 267:11 283:18 341:12 345:7 347:4,20 384:2,3 400:6 404:5,6 495:16 496:5,6
**normally** 216:7
**not-for-profit** 85:10
**Notably** 220:17
**Notary** 1:17 508:14 511:23
**note** 62:12 265:24 266:13 368:18
**noted** 13:12 426:8 509:11 511:11
**notes** 424:19,19 490:17 512:1
**notice** 1:14 4:15 14:16,19 15:3 352:17
**noticed** 69:4
**November** 84:8 97:10 100:10 488:15
**nowadays** 383:10
**NSAID** 313:20
**NSAIDs** 240:10 241:23 293:13 293:20 294:18 310:11
**NTP** 38:7 40:1,7 112:23 191:8 198:16 381:11
**nuclear** 92:20 92:23
**nucleotide** 54:24 55:19
**nuisance** 474:8
**number** 13:11 83:24 86:7 89:7 94:18 98:23 100:23

Brooke T. Mossman, M.S., Ph.D.

Page 547

117:3 157:24
160:1 217:20
227:5 265:20
285:7 299:3
314:17 322:15
346:4 364:9
368:3 370:1
375:22 377:7
377:20 387:4
396:4,5,9
410:20 413:6
413:19 416:10
423:4
**numbered** 83:24
89:6 96:23
132:2 191:19
219:19 322:15
401:12 501:22
**numbers** 160:2
355:20 364:17
425:12,12,21
**numerous** 182:1
480:15,15
**Nurses'** 148:20
156:2 157:9
183:4 319:14
320:22
**nutritional**
466:1
**NW** 3:8,13

———————
**O**
**O** 217:16,16,16
**O'DELL** 2:8
99:19,23 100:3
108:3 216:10
216:16 226:11
226:13 426:2
426:14 486:19
**oath** 212:5
**OB/GYN** 330:8
**obesity** 133:7
285:20 307:4
**object** 20:19
38:1 57:17,18
95:13 97:13
99:13,19 100:3

106:5,7,9
134:7 135:3,22
154:11 221:10
221:15 251:2
315:11,15
372:3 394:24
428:20 434:4
475:13
**objected** 126:11
**objecting**
107:13
**objection** 18:1
19:17 22:9
23:20 25:15
26:6 28:20
29:2,10 30:12
30:21 32:10
33:11 35:17
36:10 37:2
38:9 39:1,15
40:9,19 41:4
41:13,22 42:14
43:2 47:12,22
48:3,17 49:8
49:24 50:14
51:22 53:1,8
55:5 56:7,20
59:6 61:16
64:20 65:3,18
66:18 67:4
70:11 74:17
75:6,20 76:15
86:12 93:18
96:12 99:24
100:5 106:12
106:13,16
107:9 110:12
111:5,19 115:2
116:4 117:20
120:2,18 121:2
123:19 124:16
125:20 126:15
127:1 129:7
130:17 131:5
133:13 134:15
135:6 136:8
137:4,22

138:17 139:4
139:21 141:6
142:9,13 143:6
144:4,17
145:11 146:8
147:24 148:16
151:7 153:6,21
155:11 156:6
157:4,15
158:23 160:23
161:21 162:7
162:15,23
163:11,21
165:5 168:10
169:19 170:10
171:7 172:19
175:14 176:13
178:7 179:24
180:16 181:15
182:5 184:19
185:19 186:5
187:12 188:4
189:3,20
191:12 200:9
200:17 201:1
202:12 203:6
205:10 206:5
206:24 207:12
212:17 213:19
221:14 223:21
224:24 225:21
228:22 230:12
231:21 232:19
233:23 234:15
235:4 236:3
238:10 239:2
239:22 240:19
241:8 243:14
243:21 244:9
245:3,12 246:1
246:17 247:16
248:5,20
249:18 250:6
250:17 251:13
252:4 253:1,15
255:3,19 257:3
258:13 259:12

260:13 261:6
261:22 262:12
262:24 263:14
265:11 266:6
267:19 270:10
271:14 274:7
280:9 281:9
282:19 283:7
285:23 289:11
290:9,18
292:13 293:4
295:19 296:23
297:22 298:11
298:22 301:2
306:5 307:11
310:2 311:1
316:15 317:5
317:18 319:4
319:20 320:20
322:2 325:2,23
326:20 327:14
327:21 329:5
332:11 333:20
335:3,15
336:14 338:17
340:23 341:20
342:11 343:10
345:6 347:24
349:4 350:1,18
360:18,23
361:21 362:13
363:21 364:21
365:3 368:12
369:9 370:8
371:17 372:14
373:8,18
374:10 375:16
376:20 377:14
378:2 380:7
381:18 382:16
383:7,16
385:22 386:13
387:17 388:7
389:22 390:23
391:20 393:22
395:17,20
396:22 398:1,7

398:15 399:4
399:20 400:17
401:6 403:10
405:7 406:23
407:15 411:7
412:1 413:11
420:2 424:24
428:9 429:5,14
431:3,12 432:2
434:17 435:11
439:6 440:4
442:10 443:3
443:15 444:12
445:2,18 447:8
448:9,19
449:12,22
451:16,21
453:4,16
454:20 455:22
456:11 458:12
459:6,18
460:19 461:2
461:14 462:4
462:17 468:2,6
469:3 471:10
475:12,21
476:12,23
477:18 478:11
478:17 479:23
481:3 482:1
483:8 484:6,22
485:8 487:4,20
489:15 490:8
491:2 492:18
493:23 494:17
495:20 496:13
496:18 497:2
497:14 498:8
499:13,24
501:12 502:10
503:20,23
504:18,21
505:3,18
506:15,22
**objections** 64:7
107:6,10,23
134:21,24

observations
 151:20
observe 154:17
observed 141:18
 154:18 238:4
 251:21 252:18
 313:17,18
 321:2 384:20
 384:22 454:5
 503:14
observing 330:9
obstacles 268:19
obstetrics 18:5
 20:8 329:8,13
obtain 431:24
 432:15
obvious 473:16
obviously
 129:10 323:6
 502:14
occasionally
 300:14 410:24
 411:17 414:1
 415:13
occupation
 16:24
occupational
 10:18 97:8
 108:24 114:9
 455:13 463:1
 463:13 465:12
 465:19
occur 53:21
 63:17 344:23
 453:10 484:15
occurred 63:6
 152:17
Occurrence 6:9
 113:5 115:12
occurs 55:8
 330:14
October 31:19
 126:2,22 127:7
 129:5,22
 165:22
odd 425:13
OEHHA 122:1

offers 463:24
office 17:8,9
official 94:6
 98:11 101:17
 103:3 462:23
Oh 133:16
 193:13 199:5
 226:12,15
 294:10 318:12
 322:3 324:7
 337:7 366:2
 392:12
Ohio 80:3
okay 15:2,24
 23:11 24:7,10
 25:5 27:14,15
 29:17 31:14,24
 40:16 44:10
 45:20,24 47:4
 59:13 61:23
 63:23 65:9
 67:18 68:7,7
 73:16 74:13
 78:23 86:16
 87:11 88:11,13
 89:3 90:1 91:2
 92:5 97:12
 101:4 108:6,18
 113:10 116:13
 117:6 120:13
 121:19 122:18
 123:12 124:21
 124:23 125:15
 127:13,18
 130:6 131:18
 133:17 138:11
 139:12 140:8
 140:23 141:2
 145:2 151:6
 152:24 156:5
 157:20 179:1
 185:9 186:24
 187:18 188:18
 192:15 193:20
 195:18 196:10
 197:13 198:11
 199:8,13 201:3

202:2 206:16
 207:23 208:12
 208:19,24
 210:5 211:17
 211:19 213:9
 214:8,12,15,23
 215:15 216:20
 216:21 217:6,7
 219:22 220:23
 223:8 224:6,14
 226:16 227:8
 227:18 229:1
 245:9 246:22
 251:16 262:18
 263:22 264:24
 266:20 267:5
 268:5 269:14
 270:21 272:7
 274:21 275:22
 276:14 277:9
 279:6,13
 281:14 287:24
 290:24 293:10
 295:6 296:3,15
 297:6 299:9
 300:16 301:4
 301:10,12
 303:15 305:18
 307:20 312:11
 312:20 314:4
 314:20 315:20
 321:15 324:7
 327:7 334:9
 336:20 337:14
 344:5 346:3
 350:8 351:1,11
 351:14 352:7
 353:2,3 354:17
 354:21 355:8
 355:22 356:7
 356:12 357:3,6
 357:11,13
 358:4,12
 359:10,13
 362:8 366:4,22
 369:19 374:23
 377:4,6 378:7

378:12,15,15
 378:18,24
 380:18 381:5,9
 384:11 386:3
 388:21 389:5
 390:9,18,24
 391:5 392:2,13
 395:9 397:3,7
 397:9,23
 399:23 401:11
 403:14 404:24
 407:4,23
 408:14,16,20
 409:16 410:3
 410:18 413:12
 415:22,23
 416:13,23
 418:2,13,17
 419:7,22 421:3
 421:15 422:12
 422:14 423:1,2
 426:1 429:12
 429:17,19,21
 429:24 430:12
 433:3,5 435:24
 436:4 439:19
 439:22 441:23
 443:10 453:21
 464:18 468:8
 470:18 471:6,9
 478:18 480:13
 486:13 488:5
 491:18,22
 493:6 494:8
 495:14,24
 498:13 500:9
 502:2 505:12
older 133:6
Olson 76:11
once 44:20 74:6
 74:7 97:24
oncologist 19:10
 19:13 152:23
 153:4
oncology 132:14
Oncotarget
 300:2,3,11,12

300:13
one's 308:2
ones 16:12 64:14
 229:21 234:6
 263:20 295:3
 345:13 407:21
 420:21 476:18
 478:20
Ong 5:11 84:9
ongoing 305:8
 305:19 472:19
open 272:19
 273:20 333:16
 341:3,6,8
open' 272:8
open-ended
 120:5
opinion 10:17
 19:3 32:6
 95:14 99:15
 106:8,23
 114:13 119:1
 123:17,23
 124:9,14
 125:16,16
 126:2,4,9,12
 126:14,22
 127:4,4 128:1
 129:2 130:2
 145:24 149:19
 153:3 155:5,9
 157:12 160:20
 164:5 169:9
 170:8 181:5,14
 182:13 183:1
 184:9 220:24
 223:6 227:14
 238:23 239:18
 240:15 243:20
 245:10 247:14
 254:1 258:4
 264:18 291:23
 311:13,19
 326:9 328:6
 339:24 343:7
 347:15 348:24
 438:19,21

Brooke T. Mossman, M.S., Ph.D.

439:4 451:7,13
460:12 462:23
465:10,11
483:5
**opinions** 123:13
124:9,11 125:1
125:5,9,23
128:18 139:8
139:13 140:5
151:15,17
159:4 181:8
183:11 209:4
225:14 229:12
230:23 236:13
237:8,22
242:11 243:23
247:5,12,20,22
256:17 257:17
259:20 292:5
318:2 336:3,22
436:12 438:12
438:20 439:12
440:3,11 442:1
453:19 466:11
470:15
**opportunity**
508:9
**opposed** 176:5
211:8 212:1
450:17 454:5
**opposing** 58:10
**opposite** 60:21
260:20
**oral** 309:23
310:4
**order** 83:1 98:17
438:2
**ordinate** 425:22
**organ** 20:17
109:12
**organism**
301:15
**organisms**
366:18
**organization**
84:13 131:23
132:14 367:12

**organs** 323:24
324:9 479:10
490:24
**oriented** 105:1
**origin** 431:23
432:14
**original** 88:8
151:20 237:16
273:3 286:15
311:22 320:23
420:20 469:22
492:23 509:15
**originally**
213:22
**originate** 383:1
383:4,10
**originates**
117:18 118:17
118:19
**OS** 297:8
**OSE** 272:17
273:16
**OSHA** 197:3,8
455:10,23
460:8 471:24
474:13 476:4
**OSHA/Vande...**
474:12
**osmotic** 323:18
**ought** 472:1
**outcrops** 469:24
**outdated** 259:23
261:24 338:1
**outline** 324:14
**outputs** 426:6
**outside** 29:8
30:5,9 95:5
484:20 485:5
**ovarian** 6:18
7:19 8:9,11,14
17:23 18:9,12
18:17 26:16
28:14,16 29:1
34:8 45:14
117:7 118:10
118:17 119:3
119:14 120:24

123:18 124:15
125:18,19
126:6 128:2,7
129:4 130:5,11
130:16,24
131:4,16
132:10,22
133:3,4,5,8,23
134:5,12
135:15,17
136:4 137:2,21
138:5,16 139:1
139:19 140:19
146:3 147:1,8
147:18 148:13
149:4,9,21
150:12,15,21
151:3 155:22
157:14 159:15
163:10,20
164:18,23
165:1,4,10,18
166:3,7,15,17
166:19,23
167:2,4,12,15
167:19,22
168:2,4,4
169:7,11,14,16
169:23 170:5,9
170:19,23
171:5,17 172:2
172:6,14
173:11,13,16
173:19 174:17
175:1,3,8,11
181:7 182:21
183:6,18 184:2
184:10,17
185:6 190:17
211:3 218:13
220:12 224:21
227:13,23
228:2 230:3
231:5,16 232:9
232:15 233:8
233:17 235:23
236:8 238:7,20

238:24 239:13
239:20 240:8
240:17 242:4
243:10 244:4
248:3,7,14,19
249:8 251:20
252:1,17,22
253:9,12
255:10,10
256:1 257:7
258:8,10 260:6
261:12,19
262:7 264:10
265:2,16,22
266:3,10,17
267:9,13 268:8
268:9,18 269:3
269:4 270:3,4
271:7,8 272:9
272:12,16,24
273:13,14,16
273:17 274:24
275:10,24
276:6 278:9,18
278:19,20
279:4,15,18
280:14,21
281:7,16 284:3
284:7,8,9,19
284:21,23
285:9,20 288:6
288:19 289:20
289:23 290:8
292:11,20
293:2,14,17
294:15,19
295:16 296:8
296:18 297:14
298:20 300:17
302:4,10
304:16 305:7
305:22 306:2
307:2,5 308:11
308:21 309:14
309:18,21
310:13 312:2
313:4,5,14

316:12,24
318:18 319:2
319:17 320:12
320:18 321:21
321:22 322:10
324:23 325:11
325:15 326:11
327:24 334:12
334:18 338:7
338:22 347:7
347:18 349:18
350:15 362:24
363:19 371:9,9
373:24 382:8
382:12,13,18
382:20,24
383:3,20 384:5
400:4 411:1,18
414:2 415:14
417:1,6 418:10
418:22 419:10
420:11,18
421:17,24
423:14 424:11
431:24 432:15
437:13,14
439:5 440:15
440:23 441:11
445:12 449:7
449:21 450:11
451:10,19
452:15,16,19
452:23 453:2
476:22 477:2,7
477:13,17
478:6,9 479:3
479:5,8,11,19
481:14 485:14
494:9,16,18
501:5 502:20
503:15 505:15
506:12,18
**ovaries** 118:23
164:7 211:2
230:7 285:18
286:7 288:4,17
317:15,21

Brooke T. Mossman, M.S., Ph.D.

326:17 327:4
327:11 328:3
328:15 330:21
331:15,23
332:7,17,23
333:4,14 334:8
334:24 335:9
336:5,9,18
337:10,12
338:8 343:2
350:11 372:11
448:18 449:11
451:15 479:22
494:11,16
**ovary** 119:22
120:10 130:1
149:8 192:12
194:5 229:22
232:10,24
234:20 267:11
303:24 304:8
304:11 325:18
326:4 330:15
333:17,19,23
339:11 342:10
344:13 346:23
374:2 383:6
449:1 451:4
**overall** 265:18
366:24 367:2
367:18,20,22
368:8 461:12
**overexposed**
59:3,11
**overexpressed**
59:7,18
**overview** 153:14
**overwhelmed**
43:12
**oviducts** 494:11
**ovulation** 119:9
119:13,15,21
119:24 120:7
261:18 285:10
307:6 309:24
**ovulation-ind...**
279:16

**Owens** 73:3,10
74:9 79:16,24
80:1,6,22
81:18
**oxidant** 43:21
46:13,16 49:15
164:3
**oxidants** 42:23
60:14 215:5
260:23,24
309:12
**oxidative** 8:6
34:21 35:8
42:10 50:5,12
60:5,12,16
163:19 174:8
259:3 295:8,13
296:5 297:11
297:18,24
298:3,17 300:5
300:23 301:13
301:22 302:1
303:19 304:18
506:11
**oxygen** 255:14
256:5 279:23
283:2 300:24
303:18 304:4

---
**P**
---
**P** 2:8
**P.C** 2:8
**p.m** 507:14
**p53** 58:11
**page** 4:14 5:5
6:5 7:5 8:5 9:5
10:5 11:5 12:6
12:9,12,15
23:13 24:12
27:1,12,12
29:18,20,20,22
31:22 34:3
44:9 55:16
61:22 73:12,14
83:1 84:11
89:4,24 90:7
90:14,15 92:7

93:13,13,14
104:10 105:21
105:22 111:9
115:16 116:12
127:9 132:12
132:15 133:3
133:19 160:9
165:14 166:1
167:7 192:8,9
192:11,19
193:11,22
197:11 198:6,8
198:12 207:24
211:20 214:6
218:7 219:20
219:23 221:22
224:18 227:19
264:16 265:1
270:20 273:9
273:21 275:21
275:21 285:2,7
285:14 287:24
288:1,1 294:4
294:7 295:6
302:21 308:16
313:11 323:4
323:23 324:6
352:23 353:22
355:9,23
357:12 367:11
378:13 403:15
410:4 414:21
418:17 429:17
433:1 456:18
457:23 458:18
463:6 464:19
466:23 468:11
469:5,20 471:1
493:10 494:9
499:1,6 500:10
500:10 502:16
503:6,8,9
510:4 512:2
**pages** 62:1
221:12 468:11
511:6
**paid** 17:10 82:4

245:24 246:5
246:13 247:9
247:11 290:15
290:21 485:19
485:20
**panel** 355:11
**paper** 62:13
70:17 71:11
109:14 111:14
113:3 165:9
176:16,23
187:6,15 218:5
231:24 232:3,7
232:22 235:10
235:12 238:1
238:12,17
257:17 261:24
264:7 273:3,4
274:4,9 278:24
289:18 290:22
291:7,24
292:10,16
293:8 297:4
298:13 299:4
300:15 323:1
334:7 339:8
340:3 347:23
364:13 369:3
370:17 371:7
372:8,20 373:4
374:24 376:13
388:18 396:18
407:14 409:1,6
409:9 412:3,16
412:22,23
413:1,5,13
415:19 417:21
420:6 426:9
473:11 492:3,6
492:24 493:8
**papers** 98:3,8
102:6 112:12
156:10 184:22
211:15 235:6
260:19 272:22
300:13 338:2
339:5,8 436:24

437:3,17,18
441:15,21
506:17
**paracellular**
323:16
**paragraph**
78:24 80:12,12
85:1 98:15
160:10 218:7
219:24 225:11
269:19 281:15
284:2 295:12
295:13,21
308:17 325:13
327:8,17 410:5
410:19 414:22
**paragraphs**
288:2
**Pardon** 100:2
166:10 290:17
**parentheses**
89:19 90:3
**Park** 3:4
**part** 32:20 59:22
63:13 76:12
99:1 184:11
220:24 223:4
281:20 449:8
472:19 492:1
**part-time** 69:22
**partial** 5:8 82:13
83:9
**participation**
86:22 87:1
**particle** 24:19
25:7,10 164:12
168:17 288:22
291:6 333:3
335:22 342:18
419:11 445:5
454:3 457:21
**particles** 7:8
60:23 61:2,6
62:4 164:6
196:20 254:19
254:24 282:1
316:23 325:19

Brooke T. Mossman, M.S., Ph.D.

326:3 327:10 331:15,23 332:16,23 333:23 345:15 347:2,10 348:6 351:16 374:21 442:2,8,9 445:9,14 446:4 448:17 449:10 451:9 452:1 456:22 457:17 463:4 493:12
**particular** 25:9 25:10 98:21 156:4 272:7 320:18 361:14 399:3 484:5
**particularly** 321:22 342:2 502:7
**particulate** 340:5 341:15 342:16 350:10 489:19 494:6
**particulates** 5:23 109:10 326:15 327:3 349:20 354:11 410:10
**partly** 68:13
**partners** 472:21
**parts** 224:11 493:11
**pass** 323:15
**passage** 333:18
**past,'** 92:22
**path** 7:18 264:9 265:2 309:20 333:17
**pathogenesis** 231:5,7,8,16 306:1,10,11,14 309:6
**pathogenic** 5:21 109:9 110:4 112:3 363:4 384:21 410:9

428:1 446:17 490:4
**pathogenicity** 9:11,20 10:13 357:17 359:4 365:12 366:18 409:20
**pathogens** 260:24 281:21 283:19
**pathological** 449:19
**pathologies** 343:20
**pathologist** 17:13 18:21 244:11 245:15 247:1
**pathologists** 245:20
**pathology** 17:3 17:16,19 83:4 265:4 338:11 339:13 494:4
**pathway** 58:11 235:24 310:7 327:10 331:15 331:23 332:16 337:11 340:15 448:22
**pathways** 8:19 32:24 42:24 44:1 61:14 64:12 119:2 171:10 285:3 322:22 323:5 328:1,14 330:20 332:21 333:3 400:20 453:10
**patients** 163:6 234:5
**Paul** 100:13
**PCA** 396:19,20
**PCOS** 285:21 307:7
**PCPC** 3:15

**peace** 92:22
**peer** 89:20 91:12 97:23 101:23 102:3 195:24 197:18,22 244:7 413:6 438:6,13,13
**peer-review** 226:1 438:1
**peer-reviewed** 84:8 86:20 87:16 88:4 97:7,14 98:19 101:11,14 104:15 105:19 110:2 112:12 130:3 134:2 135:18 137:8 159:5 177:1 180:24 185:23 186:10 225:19 229:3 244:13 245:2 311:22 409:24 411:23 426:17 436:18 437:23 438:3,9 438:11,16,18 441:16 470:12 481:9 506:10
**pelvic** 238:6 240:6 241:21 251:23 252:20 260:8 307:6 330:15 346:12 346:22 411:3 411:19 414:3 415:16
**pelvis** 316:24
**penetrating** 63:8,19
**Penninkilampi** 183:21 185:3 229:8,11,24 230:18
**people** 82:19 108:14 142:7 213:7 338:15

479:5
**percent** 68:19 160:15 176:4 268:22 269:22 270:24 271:1 313:15 383:2 402:13,19,21
**percentage** 104:4 177:17 177:20
**perform** 338:12 365:8 498:19
**performed** 174:12,15,18 174:23 179:2,6 179:12 205:4 210:11,18,24 249:10,14 250:3,9,11 251:6 309:3 311:23 364:12 399:24 410:14 430:14 448:4 452:24 484:4
**perineal** 227:12 251:23 252:20 253:11 289:19 316:11 326:15 341:10 343:1,5 344:10 350:9 502:5,19
**perineally** 229:22
**perineum** 333:11 340:17 349:20 448:24
**period** 71:17 78:3 143:2 148:10,11,15 175:10 272:14 450:2,10
**periods** 306:16 450:7,16
**peristolic** 345:12
**peritoneal** 10:7 49:15 50:23

51:6 118:21,22 171:6 257:9 269:2,5,7 270:1,2,5,7 271:6,9,11,20 272:3,17 273:1 273:19 274:14 274:23 279:16 317:14,22 337:9,11 340:20 341:16 349:21 370:6 371:12,15 372:10,12 373:4,24 374:1 374:1,3 375:7 375:8 376:10 388:5 400:16 401:4,9 402:1 402:12,14,20 403:1,24 404:8 404:21 405:4 406:16 427:23 430:23 435:5
**peritoneum** 271:22 272:21 340:6
**peroxide** 60:15
**perpendicular** 446:14
**persists** 472:3
**person** 26:13,16 28:5,14,16,19 29:1 464:9 473:13
**person's** 26:19
**personal** 133:8 145:20 202:4,9 202:18,23
**persons** 467:22
**perspective** 463:24
**Peter** 471:12,15 473:3,3
**petition** 349:13
**ph** 1:20
**Ph.D** 1:13 4:5

7:10,14 13:15
13:20 198:5
508:8 511:16
**Ph.D.s** 105:23
**phagocytose**
289:2
**pharmaceutical**
65:10 176:4
**pharmaceutic...**
441:20
**Pharmaceutic...**
103:24
**Pharmacology**
5:19 90:10,22
91:4 94:6,8
95:10,22 97:5
97:21 98:7,11
98:14 102:4,12
103:1,5,7
109:17 113:12
114:6 115:16
176:11 177:3
195:23
**phenomena**
173:4
**Philip** 84:12,14
84:22 85:2,13
95:5
**Phillip's** 344:6
**Phillips** 344:8
344:20
**phone** 14:10
107:7
**physical** 443:11
447:20 464:8
**physically** 442:4
**physician**
329:10
**Physiologic**
267:10
**physiology**
19:16 403:4
**pick** 61:19
**picture** 230:5
**PID** 252:21
261:18
**piece** 53:4,4

95:14 99:15
106:8,23 108:9
**pieces** 208:18
**Pier** 471:16
**pile** 436:4
**Pinto** 230:22
**Pira** 499:5
**pivotal** 57:11
58:19
**placed** 342:8
343:4,7
**places** 177:9
**plaintiff** 101:1
108:15
**Plaintiffs** 2:15
**plaintiffs'** 107:1
**plan** 456:3
**plant** 463:23
465:24
**plastic** 213:23
**plastics** 349:9
**platelike** 446:5,6
452:4
**plausibility** 7:15
8:16 315:21
316:10 335:7
**plausible** 321:18
332:21 334:21
344:3 345:9
350:9 448:22
490:21
**play** 57:11 58:19
233:7 261:2
281:5 292:19
440:2 480:20
481:12
**plays** 232:15
233:16 234:10
278:16 305:24
**Plaza** 2:13
**please** 13:24
16:23 55:15
73:13 79:4
80:12 207:24
208:8 211:18
273:9 279:24
509:3,8

**plenty** 71:24
135:10
**pleura** 446:8,9
446:20,21
**pleural** 10:7
171:5 257:8
402:1,12,14,18
403:1 404:6,20
406:2,13,16
**pleurodesis**
163:3 255:7
**pleuropulmon...**
323:13
**PLLC** 2:3
**plow** 215:19
**Pltf_JNJ_000...**
6:11
**Plunkett** 128:22
**Plunkett's**
128:20
**pluralistic**
465:17
**plus** 313:19
**PM** 84:14,20,22
85:2
**PNAS** 80:14
**point** 80:9 103:8
104:3,12,19
108:14,23
116:8 143:5
183:9 186:23
193:2 199:4
216:17 258:7
296:1 346:18
363:24 370:4
372:7 373:3,6
377:3 414:9
442:1,2 443:10
445:7 449:4
450:3 453:7,19
457:23 469:2
476:2 480:4,12
480:14 481:19
482:21 499:7
503:7
**pointed** 299:6

**points** 98:21
439:18 467:1
**poison** 474:23
**polarizing** 8:21
346:10
**policies** 191:16
**policy** 85:11
92:10 105:15
**pollutants** 282:1
**pollution** 94:2
**polycystic**
285:20 307:2
**polymorphisms**
55:1,19
**poor** 265:19
**population** 42:3
55:9 211:14
347:20 348:9
**populations**
318:8
**pose** 155:20
461:21 470:7
476:6,10
**posed** 204:11
**poses** 288:5
**position** 94:1
320:10 342:22
473:17 475:4
475:10,16
**positioning**
85:14
**positive** 154:21
359:20
**possession**
180:13
**possibility** 80:17
306:22 363:18
**possible** 33:8
34:6,7 120:17
221:4 223:11
225:5 227:21
238:3,16,24
239:11,19
240:16,23
251:19 252:16
257:2 258:7
318:20 336:10

500:12
**possibly** 243:9
436:24
**post** 87:24 152:2
152:9 458:21
**postmenopausal**
502:8
**postulated**
265:20
**potencies**
389:15
**potency** 35:13
36:2,3 37:14
66:8 199:18
389:20
**potent** 36:4
203:4 209:18
389:10
**potential** 5:21
23:2 85:19
109:9 110:4
112:3 267:11
273:7 274:1
275:7 303:15
303:17 313:18
349:19 453:13
457:12 465:20
480:17
**potentially**
61:14 64:13
**powder** 1:5
13:10 67:14
133:10 134:13
135:17 136:5
138:4,23
140:18 155:20
159:13,14
175:12 177:18
177:23 179:3
179:14,23
182:19 185:10
185:17 186:4
187:10 190:6
190:13,21
200:22 238:6
238:19 249:15
250:3,15

Brooke T. Mossman, M.S., Ph.D.

Page 553

251:10,12,22
252:19 288:13
321:17,19
322:5,6 324:18
325:15 333:11
398:13,21
399:2,17 411:2
411:19 414:3
415:15 427:9
440:17 441:1
441:12 443:1
445:16 481:1
481:22 485:13
499:4,11,22
500:13,21
501:11 502:6
502:20
**power** 142:7,20
322:5
**PRACTICES**
1:6
**pre-neoplastic**
172:23 487:8
**precancerous**
169:4
**precise** 439:24
**precursor** 118:2
**precursors**
118:3
**predispositions**
119:6
**preexisting**
233:5 243:23
267:4 271:18
**preference**
216:11
**pregnancy**
331:2
**preliminary**
420:20
**premalignant**
274:24 487:24
**premise** 39:20
77:22 310:21
319:8
**preparations**
174:5 212:11

212:13 419:12
**preponderance**
105:3
**presence** 180:14
188:20 317:15
340:13
**present** 3:22
190:8 282:13
394:1 425:6
474:3 480:6
**Presentation**
10:15
**presented** 224:2
238:17 421:19
422:17 424:17
492:4
**presents** 115:24
393:24
**president** 84:20
94:23,24
100:13 244:24
**press** 80:16
100:12
**Press/Elsevier**
105:6
**pressure** 323:18
**pretty** 181:10
233:19 331:4
380:20
**prevalence**
268:20
**prevalent**
300:18
**prevent** 331:2
332:7 333:18
**prevented**
310:16
**preventing**
333:16
**prevention** 11:9
309:21 310:12
311:5 466:16
467:21
**prevention/tre...**
302:10
**previous** 235:21
304:24

**previously** 60:1
128:13,17
164:21 240:22
274:18 304:4
377:16
**primarily** 140:1
284:18 349:6
362:21 456:1
**primary** 332:17
400:16
**prime** 208:16
**principal** 305:8
**principle** 34:11
365:18
**printed** 135:13
**printout** 6:17
10:16 11:7
132:8
**prior** 17:23
23:17,18 69:4
77:22 78:15
86:21 87:17
247:6 269:9
270:9 285:24
313:24 334:10
361:8 464:16
506:10,20
**prism** 464:2
**pro-apoptotic**
58:10
**pro-inflamma...**
275:14 276:2
280:19
**probably** 125:11
150:1 172:14
172:17,18
188:7 217:1
222:3 269:1,16
271:5 352:10
421:3 452:20
488:15
**problem** 94:2
371:6,7
**procedure**
332:18
**procedures**
329:22

**proceed** 14:1
**proceeded**
474:23
**process** 43:20
45:6,17 53:16
99:7 119:18
258:9 276:8
289:7 345:3
438:2 472:20
492:7
**processes** 50:12
349:8
**Procter** 103:20
**produce** 73:18
**produced** 60:17
73:24 81:18
160:4 228:17
283:4 408:1,22
**produces** 260:23
**producing** 80:7
**product** 5:15
91:19 94:17
95:1,2 96:24
137:15 160:10
160:16
**production** 12:8
50:19
**products** 1:5,6
67:16 73:19
74:1 75:14
81:19 104:7
115:20 178:6
179:10,17
181:12 182:3
182:19 187:11
187:16 189:2
189:18 249:16
399:18 485:14
490:19
**professional**
1:16 17:12,15
68:19 473:2
508:13
**professor** 17:2
17:16 83:3
**profile** 287:21
**profiles** 467:5

**profiling** 9:10
10:12 365:10
365:13 384:3
410:17 427:21
432:21
**prognosis**
265:18
**program** 38:20
39:13 84:15
198:16 330:1,7
377:23
**progress** 71:11
303:12,14,17
350:14 359:14
359:18 360:8
**progression**
77:24 223:12
267:3,8,17
275:9 278:8
279:20 281:5
301:21,24
302:6 303:22
304:6,13
**project** 92:9
**proliferation**
43:24 51:8,11
52:18 53:6,12
53:18 54:5,11
54:13 255:12
256:3
**promote** 34:22
42:11 93:24
261:19 280:18
**promoters**
259:9
**promoting**
266:3,17
**promotion**
77:24 266:21
301:24 302:5
**pronounce**
82:14 279:24
458:5,10 475:1
**pronounced**
259:7
**pronouncing**
100:19

Brooke T. Mossman, M.S., Ph.D.

proof 349:18
Prop 6:12 121:7
 121:11,12,17
 122:2 195:4
propensity
 447:16
proper 107:19
properties 22:5
 22:7,12 24:19
 25:9,18,21
 78:18 171:22
 171:22 173:4
 177:8 445:8,21
 479:22
property 25:9
 268:24 269:16
 271:4
proportion
 335:21
proportions
 205:20
proposal 360:14
proposals 71:1
 360:21 361:2
 361:18,24
proposed 238:2
 288:12 307:14
 324:17 467:20
propounded
 511:9
proprietary
 107:14
prospective
 156:18 313:12
prostaglandins
 259:6 280:1,3
protect 283:18
protected
 494:13
protecting 92:17
protection 84:17
 284:15 465:22
 465:24 466:16
 467:21
protective
 288:18 341:9
 405:24 495:1

protects 281:21
protein 42:23
 43:13,22 47:7
 49:20 50:22
 51:2,17 52:7
 52:13 56:14
 429:10 434:22
proteins 46:23
 50:6 52:17
 63:24 261:1
 427:22 428:14
 432:24 435:16
proteomics 9:10
 365:11,14
 427:21
protracted
 47:17
prove 38:15
proven 115:19
 214:4
provide 15:5
 103:11 139:18
 232:13 359:18
 490:20
provided 15:4
 16:6,9 128:22
 145:16 189:19
 197:22 242:16
 353:1 354:3
 357:20 359:13
 407:23 408:12
 408:18 413:1
 413:10 491:16
provides 115:22
 233:14,15
 464:5 466:2
provisions 466:8
PTI 3:20,21
public 1:17 84:4
 84:4,7 85:2,11
 85:14 92:10,11
 97:4 277:17
 366:14,15,23
 368:9 463:16
 466:10,12
 508:14 511:23
publication 5:18

90:11 93:16
98:11 99:11
100:15 101:16
101:18,23
102:1 103:3
104:14 109:8
109:17 110:1
110:11 111:2
113:18 114:11
115:14 134:11
134:16 136:2
176:11 177:5
186:17,19
245:2 254:6,11
255:22 300:7,9
320:23 326:22
354:1 366:23
366:23 368:9
410:1 411:24
414:8 426:17
462:22 483:16
491:13
publications
86:6 94:5
105:4 146:16
505:16 506:21
publicly 197:24
publish 98:16
100:16 103:1
109:7
published 26:1
86:10,20 87:16
88:4 97:6
104:8 109:14
109:16 110:15
110:18 111:18
111:22 112:13
113:11 115:15
152:11,16
154:15 164:22
164:24 165:3
176:10 186:9
225:18 226:1
228:7 260:19
264:7 290:6
409:24 426:15
491:23 492:5

492:15 505:16
506:9
publishes 98:22
publishing
97:17 110:3
329:23
PubMed 159:18
264:22,23
277:15 437:10
441:4
pull 436:23
pulled 176:24
393:15 441:3,5
pulmonary
323:13
pump 345:12
pure 175:22,24
176:4
purpose 332:4,5
purposes 94:1
pursuant 1:14
15:3
put 83:16 133:9
133:22 134:13
136:5 196:22
211:23 221:5
256:24 368:16
387:22 392:10
395:24 412:7
419:24 437:13
491:11,15
502:15,17
puts 295:1
putting 315:17

————————
Q
————————
qualifiers
233:21
qualify 136:20
400:3
qualifying 36:14
435:12
quantitating
352:1
quarried 465:15
466:21
question 20:21

24:18 25:5
27:3,17,20
28:3 29:21
30:4 31:1 32:4
32:13 33:19,24
34:4,16,17
37:12 42:9
44:11 47:3,5
55:18,22 60:11
62:2,12,23
63:5,15,21,23
73:14 74:24
78:16 95:17
101:3,4,6
107:2,18 115:4
118:14 120:5
128:7 130:8
131:2 138:12
144:12,20
145:14 146:5
147:23 148:23
154:19 161:6
165:17 166:2
204:10 206:17
208:23 211:22
214:23 217:1
230:15 240:12
240:14 245:1
250:1,2 251:5
263:2 272:4
285:24 291:13
298:2 320:3
343:6 348:17
354:23 356:20
371:13 372:5
372:19 373:1,2
376:18 377:12
381:24,24
393:7,13
394:23 395:2
395:11 406:18
406:20 416:24
420:14 422:10
426:20 428:17
428:18 429:13
430:3,6,21
432:6 433:8,22

Case 3:16-md-02738-MAS-RLS   Document 9739-5   Filed 05/07/19   Page 280 of 311 PageID: 41439
Brooke T. Mossman, M.S., Ph.D.

Page 555

434:7 441:15
452:22 459:10
459:12,14
460:21 465:3
481:20 487:13
497:10 501:7,8
502:11 506:8
**questionable**
37:21 188:15
**questioned** 33:3
189:10 412:7
460:1
**questioning**
99:17 101:17
106:18 218:4
451:6
**questionnaire**
146:14,18
**questionnaires**
145:16,19
**questions** 12:14
14:13 111:11
222:21 224:11
235:6 315:16
511:8
**quick** 254:16
314:7 416:4
491:8
**Quill** 94:23 95:3
**quite** 106:18
189:11
**quote** 93:20
218:9 224:17
227:18 229:16
229:23 231:2
232:12 233:13
235:19 238:1
241:3,3 251:17
252:10 253:7
254:19 259:1
316:8,22 317:4
318:16 326:13
336:8 341:19
344:21
**quotes** 7:16 8:17
116:1 222:22
263:11 316:2

**quoting** 218:20
229:24

**R**

**R** 2:3 217:16
510:1,1
**R.J** 103:21
**R.T** 71:20,23
72:3,5,15
472:15
**rabbit** 344:6
**rabbits** 342:24
**radical** 214:1
**raise** 339:16
**Rakoff-Nahou...**
218:21 220:17
**range** 173:2
356:16 420:7
463:21
**ranging** 358:2
**ranked** 245:18
**rapid** 259:2
262:8 306:21
**rappel@seyfa...**
3:15
**rare** 446:18
**rate** 76:5,8
268:17
**ratio** 211:7,24
386:8 396:10
396:11
**raw** 426:5
**Ray** 330:3
**reach** 164:6
210:13,20,21
211:1 286:10
323:15 436:6
445:10 447:16
447:23 448:5
449:5
**reached** 205:24
206:21 447:1
449:5 467:8
**reaches** 350:10
**react** 63:1 395:5
397:12
**reaction** 149:14

350:12 374:5,9
473:10
**reactions** 63:6
63:16 384:14
385:12 444:1
473:2
**reactive** 255:14
256:5 279:23
283:2 300:24
304:4 453:9,22
453:23
**reactivity** 66:7
173:7 480:8
**reacts** 66:13
**read** 26:4 52:1
57:9 59:14
61:24 78:11
97:10 102:18
110:24 119:5
119:23 123:10
127:9 129:23
130:1 131:13
136:20 146:12
153:12 154:1
166:12 181:18
209:23 220:4,7
220:21 223:14
223:24 224:6
225:13,20
227:13 228:3,4
230:21 239:15
242:11,13,14
245:5 253:23
257:16,20
258:19 267:23
271:13 273:21
278:14 296:24
301:10 314:22
314:23 318:13
333:8 347:8
349:12 411:14
432:7 434:6
437:16 471:3
473:10 488:21
508:9 509:3
511:5
**readers** 98:17

353:24
**reading** 57:18
70:16 98:4
106:9 107:17
116:9 127:6
193:4 219:20
269:9 270:9
271:3 294:9
422:13 424:9
424:10 468:7
475:13
**ready** 68:1
215:16 277:1
**real** 254:16
491:8
**realize** 152:16
321:12
**really** 36:12
37:12 94:9
96:7 148:22
164:9 226:17
228:14 252:6
291:13 389:24
473:11 474:4
**realm** 436:10
**Realtime** 1:17
508:14
**reason** 86:5
161:4 181:1
358:16 410:13
469:7 502:17
509:5 510:6,8
510:10,12,14
510:16,18,20
510:22,24
**reasons** 48:22
140:12 310:4
457:1
**REATH** 3:3
**recall** 60:13
79:17 82:17
87:1 113:1,8
113:13 126:14
146:12,14
148:4 156:13
187:15,23
191:1,6 195:4

196:12 201:24
218:21 272:22
273:22 318:6
320:21 334:5
340:2 384:16
389:3 408:1,11
409:1 429:13
439:4,8 441:6
455:8,10
491:13 492:2
501:16
**receipt** 509:17
**received** 72:7
93:2,3 104:24
112:20
**receptor** 43:22
49:20 50:22
51:2 52:13
**receptors** 43:14
51:17 52:7
63:8,18
**recipient** 71:14
**recognize** 93:10
93:11 100:24
108:17
**recognized**
188:24 199:20
**recommendat...**
467:20
**recommends**
457:9,12
**reconcile** 218:14
220:14 257:12
**reconstitute**
105:10
**record** 13:3,13
107:18 116:23
117:2 122:22
129:9 199:15
209:1 217:12
217:19 221:11
277:7 314:12
314:16 351:9
416:6,9 507:10
508:6
**redox** 301:14
**reduce** 105:11

Brooke T. Mossman, M.S., Ph.D.

**reduced** 218:20
220:20 293:14
310:17 313:16
327:11 331:24
332:8 457:9,13
**reduction**
313:17 334:12
**refer** 45:19,20
269:10
**refereed** 89:10
89:15
**reference** 14:15
80:5 112:18
232:5 235:15
237:12 238:14
264:17 286:3
288:9 291:4
292:5 296:11
296:21 297:16
298:3 299:22
311:12,18
313:1 318:1
327:2 344:15
344:18 346:20
413:19 436:22
444:7 463:20
472:22
**referenced**
223:16 229:8
232:2 264:22
277:20 279:9
292:23 368:15
415:18 421:8
437:19 481:17
**references** 7:13
165:10 177:10
236:16,20,21
237:16 253:18
253:18 270:14
276:10 289:14
289:17 291:8
292:2 299:6
302:18 318:10
344:19 412:8
437:15 469:19
469:22 470:2
470:17 473:15

**referencing**
256:7 295:4
477:21
**referred** 89:10
89:11 187:4
**referring** 62:5
213:1
**reflected** 299:2
426:16 432:23
482:18
**reflective**
304:17
**Refregier** 10:21
**refresh** 121:11
**regard** 21:24
34:24 36:15
37:6,20 111:12
183:11 204:14
204:20 233:10
239:16 261:8
271:23 280:14
329:10 336:4
354:18 359:21
403:12 431:2
476:15
**regarded** 95:24
**regarding** 51:6
64:4 128:14
180:14 200:8
201:7 209:5
239:15 262:22
334:4 354:10
362:11 373:23
441:19 460:15
467:10 471:17
475:5
**regardless** 35:15
62:6 80:17
146:18 248:24
473:16 479:13
479:14 482:6
491:18
**regards** 37:22
454:15 473:3
**region** 238:6
251:23 252:20
253:11 346:12

346:13 411:3
411:20 414:4
415:16
**Registered** 1:16
508:13
**regulate** 459:2
460:8
**regulated**
459:16 462:2
**regulates** 455:19
**regulation** 62:20
**regulations**
103:11
**regulatory** 5:18
62:9 90:9,22
91:3 94:5,8
95:9,21 97:4
97:20 98:6,10
98:13 99:2
102:3,11,24
103:4,6 104:2
109:16 113:11
114:6 115:15
176:10 177:2
191:15 195:22
360:15,22
361:3,19
455:24 471:13
473:5 475:8,9
**reiterating**
380:17
**REL** 456:7,20
456:22,24
457:5,15 459:3
459:17 460:14
460:14,24
461:7,13
**relate** 147:22
215:10
**related** 50:5
150:15 166:23
184:3 232:10
256:22 300:23
302:4 440:10
447:18 469:23
503:2
**RELATES** 1:8

**relating** 467:3
**relation** 137:2
174:17 477:7
**relations** 84:4
85:3
**relationship**
74:3,4 147:13
155:16 218:18
220:18 240:14
477:17 500:12
**relationships**
70:18
**relative** 138:2
141:14,18,23
143:15 144:23
146:24 155:14
**relatively** 78:2
493:16
**release** 43:21
46:14,17 49:15
80:16 277:17
432:23
**released** 368:9
427:22 428:5
429:1 430:18
431:1,8 435:16
**relevance**
171:17 175:7
347:5 348:2
428:6 429:2
**relevant** 33:2
78:15 80:23
88:10 101:12
104:20 172:1
206:13 262:19
286:16 300:21
312:1 347:17
382:7 384:18
436:24 481:5
**reliance** 7:14
223:5 225:13
237:16 242:7
243:11 247:8
247:13 254:8,9
257:17 258:3
318:10 347:13
**relied** 152:24

227:13 236:12
237:7 242:17
243:19 259:19
311:13 318:2
320:10 326:8
337:16
**relies** 127:24
**rely** 23:17,24
24:7 26:3
30:11 32:8
34:12 45:11
56:5 64:3
134:1 149:2
154:7 166:8,11
210:2 215:12
229:10 237:21
253:24 256:16
336:1,21
337:15 435:9
**relying** 129:21
145:23 147:6
147:16 176:7
320:15
**remain** 410:12
456:24
**remained**
265:19
**remains** 383:19
**remarks** 302:22
**remember** 82:5
100:7 195:18
232:1 237:11
255:23 320:4
344:11 412:4
412:13 430:10
456:14
**remove** 330:17
**removing** 328:8
**render** 159:4
182:13
**rendering**
181:14
**RENÉE** 3:13
**rent** 506:6
**repair** 259:3
262:9 301:19
306:23 453:10

Brooke T. Mossman, M.S., Ph.D.

Page 557

repairs 50:18
repeat 46:4,15
  200:12
repeated 283:21
repeatedly
  385:17
repeating 52:4
repercussions
  331:13
rephrase 87:9
  87:10 128:20
replaced 160:17
replicate 496:11
  496:17 497:1
  497:17 498:6
  498:15,17
replicating
  496:10 497:12
replication
  306:22
report 7:9 9:23
  16:9,13,22
  69:6 71:11
  79:9 84:18
  86:24 87:13
  88:17 123:14
  123:16 124:1
  124:14,22
  125:2,10,17
  129:16 130:7
  151:20 153:12
  153:23,24
  180:5 183:6
  190:16 201:21
  201:24 218:6
  218:22 219:2
  219:21,23
  220:24 228:10
  241:7,7 242:12
  243:1,5,12,24
  244:7,13 246:6
  246:6,13 247:8
  253:17 319:7
  346:1 350:3
  389:3 392:4
  393:1,16
  426:16 435:23

436:6 437:5
438:13,15,17
439:1,9,13
441:22 442:13
459:21,22
461:19 469:14
478:20 481:18
487:3,15,17,18
491:5,8,19,21
493:9 502:16
502:18 503:8
reported 159:14
  334:15 445:16
  493:3
reporter 1:16,16
  1:17 13:16
  508:13,14,14
  508:22
reports 151:13
  151:16 186:14
  201:14 253:10
  359:14,19
  360:8 436:20
  438:6 439:16
  442:13
representing
  2:15 3:10,15
  3:20 75:10
reproduction
  508:20
reproductive
  20:1,6 133:7
  493:11,21
reputable 91:6
  131:22 143:12
  265:8
request 12:8
  426:3 466:24
requested 77:13
  77:16 466:13
  508:7
require 313:20
requirement
  20:10
requisite 466:5
research 19:2
  61:8 74:8

77:21 86:17,18
87:14 88:3,8
103:23 104:14
128:9 129:21
170:13 196:21
197:9 202:4,9
202:18,23
211:16 248:9
360:9 441:4
456:2,4 463:4
463:20 465:4
476:4
researching
  436:15
reside 362:1
resistance 281:2
  506:17 507:1
resolve 283:20
resources
  474:15
respect 223:9
respective
  212:12
respirable
  480:20
response 4:19
  57:6 58:9 60:5
  223:11 227:19
  254:20 255:1
  281:20,23
  282:4,8 283:21
  285:5 288:23
  289:4 291:7
  349:13 350:13
  354:8,9 403:5
  405:24 424:5
  460:3 473:4
responses 172:3
  172:9,15 285:6
  385:5 395:11
  453:14 454:8
responsibilities
  17:9
responsibility
  93:6 111:13
responsible
  80:16 81:2

92:16 197:5
440:14,22
441:10
responsive
  206:18 250:1
rest 19:23
restore 282:4
restrictions
  85:14
restroom 116:21
  314:10
result 218:11
  220:10 261:16
  268:18 329:1
  370:1 403:3
resulted 272:10
  364:7 368:1
  434:22 477:12
  504:2
resulting 283:22
  289:7 324:18
results 180:11
  206:12 230:4
  273:3 320:6
  325:14 328:12
  362:23 370:20
  374:19 379:4
  382:5 383:12
  383:14 402:23
  418:6 423:21
  427:19 429:8
  480:15 502:5
  504:1
retained 445:11
  446:21 447:17
  447:24 448:18
  449:6,8,11
  450:7 451:9,15
  452:11
retention 452:7
  452:8
retired 17:4
  68:14
retracted
  127:23
retrograde
  288:16 316:9

316:19 335:14
335:23 344:1
448:23
return 509:15
reveal 183:18
  292:10 368:10
revealed 250:14
reveals 58:9
  187:21
reversible 429:8
review 7:11 60:7
  74:8 98:1,3
  101:24 104:18
  110:7 112:14
  115:21 128:15
  153:11,17
  159:17 227:10
  259:24 267:6
  278:12 279:2
  281:3,12
  284:17 286:11
  289:21 293:24
  300:8,13 302:1
  302:13 436:16
  436:23 437:3
  438:16 467:2
  469:16 492:7,7
  501:2
reviewed 71:1
  89:20 91:1
  96:4 98:8
  102:6 111:10
  125:8 126:18
  180:8 181:23
  239:6 244:8
  253:19 262:5
  286:9 300:4
  303:1,12,16
  313:24 316:22
  413:6 438:7,13
  438:14 440:6
  442:12 490:12
reviewer 90:2,5
  90:11 91:13
  93:17 95:11
  97:23 98:6
  101:23 102:3

110:10 195:24
300:6,11
353:12,21
412:11,14
**reviewers**
197:19,22
352:24 412:7
**reviewing** 111:2
111:14 188:3
**reviews** 258:24
292:8 472:8
**revoked** 230:4
**Reynolds**
103:21
**rhythmic**
344:22
**Rich** 471:2,16
471:19 473:5
475:9
**Rich's** 475:4
**richzazenski...**
473:7
**Ridgeland** 2:5
**riebeckite** 458:4
467:7 468:18
**right** 14:21 15:2
24:11 29:19
44:5 53:18
54:4 56:13
67:3 68:8
69:14 70:4
71:21 85:1
88:23 97:23
108:4,7 130:8
132:23,24
139:6 151:24
152:7 160:1
173:11 182:16
190:2 192:6
193:24 196:1,6
197:16 198:13
199:17,20
200:8 208:21
210:22 213:7
214:14 215:13
218:2 219:24
220:7 221:24

264:6 268:6
270:24 271:3
273:12 274:22
290:5 294:8
300:7 302:24
303:11 308:18
314:4 315:4,9
331:3 332:3
337:22 352:18
353:2 354:6,16
354:22 356:8
356:10 357:9
357:14 366:6
382:4 387:11
389:4,8 390:6
390:10,14,18
392:8 393:17
393:20 397:7
397:21 402:6
407:8,14
410:15 413:18
415:4 416:19
416:20 417:8
417:12,13,14
417:16,18,18
417:18,20
418:4,7,9,11
418:14,15
419:4,21
421:22 422:5,7
423:23 424:3
428:10 435:22
436:3 454:1
456:20 469:11
480:3 485:17
491:7,14 500:9
502:4 507:4
**right-hand**
414:21
**rigidity** 21:19
444:23
**Rigler** 186:15
189:18 201:14
**Rigler's** 480:23
**ring** 91:17 93:8
257:24
**Rio** 471:13

473:6 475:2
**rise** 119:17
149:8 168:21
169:4,14,23
170:5,23
171:23 172:13
190:16 241:14
**risk** 8:8,14 29:8
30:8 33:9 34:8
39:8 90:21
115:24 120:1
130:11,13,15
130:23 131:3
131:16 133:5
133:22 134:5
134:11 135:17
136:4,11,16,17
136:24 137:12
137:14,20
138:2,5,9,11
138:14,16,24
139:19 140:18
141:4,10,14,14
141:18,18,22
141:23 142:21
143:15 146:2
146:24 147:7
147:18 149:3
149:21 150:7
150:11,14,20
151:3 155:15
155:20 157:14
159:15 169:17
181:7 183:18
184:2,10,16
224:20 227:12
228:18 235:23
236:8 238:5
251:24 252:21
253:12 255:10
284:6,18 285:8
288:5 289:23
290:7 292:11
293:1,14,22
294:19 305:6
305:22 306:24
310:15,16

313:4,14,16,19
319:18 320:12
320:17 321:20
321:21 322:11
324:22 325:16
326:10 327:12
331:24 332:9
334:12,17
363:19 377:19
462:1,15 464:1
464:6,7 466:8
466:15 470:8
476:11 482:11
484:20 485:5
500:22 501:15
502:6,22 503:2
**risks** 135:15
136:22 138:2
142:2 150:3
458:21 461:21
461:22 465:21
466:4 467:22
476:7
**road** 456:3
**roadmap** 196:21
198:1 455:16
457:4
**roadmap's**
459:23
**ROBINSON**
2:12
**rodent** 174:13
174:16,22
**role** 7:21 57:11
58:19 232:15
233:7,17
234:10 238:18
258:7 261:2
266:2,16 267:7
267:21 278:6
278:16 284:14
292:19 302:1,7
303:15,17
306:1,9 309:11
440:2 480:20
481:12
**roles** 234:22

281:3 304:17
**roll** 68:1
**roots** 95:3
**ROS** 295:8
301:16 303:18
**route** 322:9
323:17 324:20
325:6,20 326:5
340:7 348:21
348:22 479:14
**routes** 349:2
477:10
**routine** 467:13
**routinely** 104:20
331:9
**Royston** 3:21
**RTP** 97:21
98:22 103:1
104:5,8,10,12
104:19 105:8
**RTP's** 103:12
104:24 105:3
**ruled** 471:24
**run** 391:7,8
**rupture** 119:19
119:20

---

### S

**S** 4:11 5:2 6:2
7:2 8:2 9:2
10:2 11:2
217:16,16,16
**Saed** 437:16
491:10 495:11
495:15 501:4
502:18 506:3
**Saed's** 441:8
496:10 505:14
**Saenz** 151:13
152:20 153:3
**safeguards** 99:5
**safely** 157:20
160:18,21
161:8,16
**safest** 115:20
**safety** 10:19
92:16,17 197:6

455:13 463:1
463:14 465:13
465:20
**SALES** 1:6
**sample** 21:8
444:3
**samples** 190:3
205:20 444:8
455:1
**Sandra** 346:13
**sanitary** 133:10
133:23 134:14
136:6
**sapiens** 366:18
**Sapphire** 103:22
**sarcasm** 506:3
**Savant** 7:22
**saw** 16:7 46:1,5
48:14 49:3,10
124:13 228:9
243:24 369:22
374:5 432:22
434:22 487:1
490:16
**saying** 36:23
37:4 39:18
42:1,1 87:1
125:15 126:11
137:7,19
138:19 141:21
150:24 169:15
170:21 200:20
233:22 248:23
249:5 330:11
330:13 331:1,6
331:12 332:24
333:24 338:14
343:22 363:10
368:10 370:9
380:13 385:18
385:19 386:3
406:10 407:5
448:20 449:14
454:2 458:14
477:8,23 498:2
500:19
**says** 24:18 27:3

58:17 62:13
79:1 80:4
84:11,14 89:9
89:10 92:7
100:10 123:3
124:14 133:4
160:2 176:17
181:19 193:24
194:12 195:10
195:12,13,14
197:14,18,20
198:15 223:8
242:24 260:2
266:12,13
267:17 275:6
282:24 285:12
285:17 288:2
290:3 295:13
296:22 302:24
303:11 304:11
304:12 306:9
308:10 309:15
313:10 318:16
323:23 324:8
324:16 334:10
334:14 340:4
343:23 344:1
349:17 352:23
366:15 367:12
367:18,19,20
367:23 371:11
402:23 413:20
413:22 418:20
418:23 421:21
422:12 424:1
424:12 456:20
458:14 465:16
466:23 467:18
468:12 472:18
473:9 493:10
493:13 500:11
503:9,10
**scanned** 201:23
223:17,19
224:1
**scanning** 8:22
90:19 346:11

**scheduled** 76:10
**schematic**
274:11
**Schering-Plou...**
103:22
**Schildkraut**
317:24 318:4
321:12,13
322:1 324:15
325:1 326:2
**School** 92:11
**science** 5:10
82:16 83:12
85:8,11 90:18
91:20 93:5
100:14,20
196:21 247:1
**science'** 84:2,12
84:15 85:4
**science.'** 85:21
**sciences** 93:5
460:1 464:3
**scientific** 42:2
70:17 73:3
74:5 81:1
86:21 87:17
88:5 92:9 93:5
95:4 98:21
100:17 114:24
126:19 130:3
134:2 135:19
137:8 158:18
161:12 180:24
185:23 186:10
197:2 247:2
250:22 349:15
415:21 436:16
437:3 441:16
465:17 466:6
469:17 470:12
481:9 487:7
488:16
**scientifically**
39:19 246:8
448:21
**scientist** 34:5
36:18 81:5

138:1,21
247:23 465:1
**scientists** 5:8
74:8 82:13,20
83:9 94:11,17
94:19 96:1
98:24 105:5,12
118:15 158:21
185:16 189:10
462:19 464:24
492:22
**scope** 211:9
212:2
**screen** 256:13
492:17
**screening** 223:1
223:15 224:7
224:18 316:4
**se** 166:7 246:7
**search** 75:9
77:18 78:8
426:12 436:18
437:8,10
**searches** 79:3
226:3 264:23
277:15 311:23
346:2
**seated** 309:9
**seating** 269:4
270:4 271:8
308:12
**second** 59:14
67:22 88:12
91:4 98:15
106:14 126:1
127:12 132:11
133:3 150:17
160:10 204:5
210:23 224:17
225:10,11,12
252:14 276:15
276:15 286:19
313:11 314:6
315:24 352:23
367:11 410:19
421:20 450:5
464:19 466:22

471:1 481:20
**secondhand**
84:18 85:18
86:10,15 94:3
95:6
**secretary** 92:15
**secretion** 434:23
**secretly** 93:23
**section** 68:2
90:8 104:23
116:18,20
122:23 215:17
216:22 294:11
354:12 458:16
**sections** 278:15
**see** 29:22 30:2
44:11,22 47:16
51:9,15 52:15
52:22 60:8
83:12 90:13,18
90:18,21,22,24
92:5 99:12
105:20 106:3
107:11 113:7
115:1,6,7
116:3,14 125:1
132:15,17,18
132:20 133:6
133:12,16
143:3 146:6
157:17 158:11
159:10,19,22
161:3 182:1
192:16 194:6
194:17 195:15
197:14,19
198:2,4,12,22
199:10 225:15
226:15 235:13
238:12,12
242:24 253:17
253:17 254:5
254:11,15
257:19 264:8
264:11 269:18
270:22,24
271:1,24 273:4

Brooke T. Mossman, M.S., Ph.D.

275:3,11
277:14 281:17
284:11 285:14
292:16 293:11
294:10,22
295:9 296:12
299:4,10,24
302:12,18
303:13 308:13
320:5 322:24
323:20 324:2,3
324:11 326:14
327:13 344:16
345:18 352:24
355:12,14
357:23,24
363:3 367:15
374:24 375:5,7
376:12 378:9
385:2 389:5,5
389:8 390:20
391:22 394:4
394:13,15,19
395:12 403:7
404:2,18,22
417:3,11 423:1
423:4,12,16
424:23 425:8
425:11 432:6
438:22 439:1
462:6 464:14
468:11,22
472:18 479:7
492:16 495:15
499:6 500:14
502:24
**Seeding** 8:12
**seeing** 176:22
247:6 276:20
327:1
**seeking** 98:20
**seen** 14:18 55:10
59:23 85:24
86:2 95:8
106:21 108:9
114:10 122:3,6
122:9,10,19

123:8 158:7,14
158:22 159:16
169:12,22
172:3 176:21
180:5 185:22
186:16 187:18
188:2 191:24
201:5,9,13,19
201:21 223:19
227:16 228:8
239:15 272:22
286:13 287:2
296:19,20
300:14 327:4
334:3 337:10
342:13,15,17
346:15,17
388:12,15
401:19,22
424:20 449:18
467:24 473:9
481:24 505:15
**self-education**
472:20
**Selikoff** 80:15
190:15
**sell** 75:14
**Semi-retired**
17:5
**seminar** 166:19
**send** 289:3
426:22
**senescence**
273:13
**senescent** 275:1
**senior** 94:24
305:13 402:8
**sense** 164:1
296:12 330:23
380:14,18
389:24 405:21
473:19
**sensitive** 273:18
**sent** 15:19 475:2
**sentence** 57:9
58:16 59:14
112:6 295:22

367:21 410:5
414:23 423:17
433:21 439:24
**sentences** 57:19
**separate** 150:19
**separated** 66:23
**September**
366:15
**series** 458:8,9
470:24
**serous** 117:10
117:16 118:7
118:12,16
244:20 278:19
279:5 284:7
318:17 319:1
321:1 383:1
487:9
**serum** 234:4
**served** 70:19,20
70:22 71:3,19
72:17 73:2,8
73:17,23 74:14
75:3,12 90:4
90:10 91:12
92:14 93:16
95:5,10 97:22
195:24 196:4
196:11
**serves** 104:13
**Services** 1:20
13:5 92:12
196:23
**serving** 72:21
**session** 23:14,15
set 209:4 315:10
396:17,18
438:20
**sets** 472:7
**seven** 270:23
308:17 378:7
379:3,22
468:11
**sever** 105:9
**severe** 331:4
**SEYFARTH**
3:12

**Shan** 7:20
264:14 265:3
**shape** 64:18
65:1,15 66:2
66:12 171:16
397:13,13,17
**shared** 471:21
**SHAW** 3:12
**sheet** 337:1
339:17 509:7,9
509:12,15
511:12
**Shih** 241:7,11
242:8 243:1
245:13 247:6
486:22 487:2
487:15 488:6
**Shih's** 239:15,17
241:24 242:8
242:10
**short** 116:24
209:12 216:2
272:14 314:14
416:1,7 480:17
480:18 481:11
487:12
**shortcomings**
142:17 157:9
**Shorthand** 1:16
508:13
**show** 96:16
112:7 136:21
139:18 141:17
143:14,16
149:10,14
150:3,6,10,14
151:1 184:14
184:16 240:7
255:22 291:10
291:11 310:9
315:24 325:14
336:17 342:18
362:15 372:20
374:23 375:10
376:3 387:9,9
388:6 395:12
395:14,19

408:10,14
412:14 413:4
414:16 422:20
451:19 456:13
470:18
**showed** 50:17
57:1 114:16
150:4 319:17
320:16 334:11
364:4,13
365:20 371:22
386:6 453:22
462:3
**Shower** 67:15
67:15 177:11
177:11,23,24
179:3,3,14,14
179:23,23
182:19,20
185:10,11,17
185:18 186:4,4
187:10,10
190:6,6,13,13
190:21,21
249:15,15
250:4,4,15,16
251:10,11
333:11,12
398:13,14,22
398:22 399:2,2
399:17,17
427:9,9 440:17
440:18 441:1,2
441:13,13
443:1,2 445:16
445:17 481:1,1
481:23,23
499:12,12,22
499:22
**showing** 215:4
244:2,17 309:8
327:5 335:10
337:11 407:5
451:3 452:1
**shown** 54:15
163:17 164:8
172:23 187:20

Brooke T. Mossman, M.S., Ph.D.

236:9 258:17
259:15 261:11
261:11 266:9
295:14 296:6
297:12,24
298:18 317:7
325:11 326:16
340:13,14
343:18 347:1
351:23 419:20
421:7 423:7
424:2,7,12
448:11 452:19
462:21 482:10
484:11
**shows** 240:13
362:11 387:12
388:1 392:4
406:11,12,15
421:2
**Shukla** 9:8,17
9:21 10:13
45:20,21,24
46:5 49:3
50:17 71:11
165:9 351:1
353:6 354:1
355:3,9 359:2
364:4 365:16
366:6,20
367:22 368:6
368:11 370:4
378:18 379:1
380:3,23
381:15 383:24
384:8 385:21
396:18 399:9
400:11 402:7
405:6 407:14
409:1,9,21
412:20,22,23
413:1,5,13
417:24 418:1
432:22 434:22
440:1 453:22
493:4
**side** 337:1

**sign** 508:9 509:8
**signaling** 171:10
285:3
**signals** 289:3
**signature** 79:1
408:15,17
479:12
**signature?'**
473:12
**signatures**
101:10
**signed** 100:23
105:19 106:24
109:3 125:3
469:14
**significance**
142:5 154:4
321:3
**significant**
104:4 130:20
130:23 136:12
136:15,23
137:16,17
138:5,9,9,13
138:24 139:19
141:15 142:3
147:18 150:3,6
150:11,14,20
151:2 155:21
184:18 188:10
290:7 292:11
293:1 319:18
320:17 334:11
376:23 384:19
394:1 407:18
419:16 422:15
422:18 424:3,6
425:4 504:3
**significantly**
146:2 147:7
149:3,20
157:13 184:2
276:5 320:11
368:20 402:19
403:18 423:6
454:7,14
**signing** 509:10

**silica** 174:7
190:8,20
**silicate** 288:3
**similar** 128:23
128:23 172:15
271:24 313:16
376:14,15
387:4 430:22
490:23 495:2
**similarly** 24:18
**simple** 37:13
130:21 131:8
138:20 218:19
220:19 372:5
441:14 497:10
**simply** 211:23
474:8
**single** 40:3
54:24 55:19
**sir** 23:23 69:3
75:2 100:22
110:8 111:8
382:15 482:3
**sit** 373:23
**site** 54:23
118:18 162:11
258:9 282:10
328:9
**site-specific**
54:19
**sites** 176:6 209:6
279:20 282:24
288:24 445:11
447:17,24
449:6 451:10
**sitting** 107:16
**situations**
314:21
**six** 198:14,14
213:2 220:5
269:15 270:23
308:17 410:21
**size** 64:18 65:1
65:15 66:3,12
179:17,20
207:20 397:13
397:14,17

446:10,17
481:21
**SKADDEN** 3:7
**skin** 248:11
341:10 493:16
494:4
**SLATE** 3:7
**slew** 93:21
**slightly** 313:13
**sloppy** 291:24
**slow** 484:23
**slowly** 311:15
**small** 71:14
94:18 137:3,20
138:13 182:24
335:20 360:2
428:12 482:16
**Smith** 2:3,3 4:6
14:5 15:1,24
16:5,15,20
18:8 19:22
20:22 22:15
24:1,15,16
26:2,10 27:11
27:16 28:23
29:5,16 30:17
30:23 31:6,21
32:16 33:13,22
34:19 36:1,22
37:11 38:6,17
39:3,23 40:15
41:1,11,18
42:8,22 43:6
47:18,23 48:10
48:24 49:13
50:9,20 52:5
53:5,14 55:13
56:9 57:7,22
58:1,7 59:8,12
61:20 64:9,22
65:8,20 66:24
67:8,20,24
68:7,9 70:14
74:22 75:11,23
76:18 77:3
79:22 82:6,11
83:18,22 86:13

88:18,22 89:5
89:8 92:4
93:19 96:8,15
96:21 97:15
100:8 101:20
106:11,15
107:3,20 108:4
108:8 109:22
110:22 111:16
111:24 112:15
112:17 113:17
114:3 115:5
116:10,16
117:5 118:5
120:12,22
121:5,23
122:15 123:1,6
123:7 124:3,20
125:14,24
126:20 127:8
127:19 129:12
129:15 131:1
131:11 132:1,7
133:18 134:6,8
134:19 135:3,7
135:11,21,23
136:13 137:10
138:7 139:2,9
140:2,22
141:20 142:10
142:23 143:21
144:10 145:1
145:22 147:2
148:8,24 151:9
153:8 154:5
155:1,23
156:23 157:7
157:19 158:2,6
159:7 161:1,5
161:14 162:5
162:13,20
163:8,18 164:4
165:12 168:15
170:6,16
171:13 173:9
175:23 176:19
178:14 180:4

Brooke T. Mossman, M.S., Ph.D.

Page 562

| | | | | |
|---|---|---|---|---|
| 181:3,22 | 263:21,23 | 369:18 370:11 | 470:23 471:11 | 369:2 |
| 182:10 185:8 | 264:5 265:13 | 372:2,4,17 | 475:17 476:9 | **sorry** 27:8,12 |
| 186:1,12 | 266:11 267:24 | 373:15,21 | 476:21 477:4 | 31:23 63:11 |
| 187:17 188:17 | 270:16 272:6 | 374:22 376:2 | 477:19 478:14 | 81:11,13 83:15 |
| 189:16,23 | 274:20 276:24 | 376:24 377:21 | 479:2 480:2 | 108:21 111:7 |
| 191:17,23 | 277:8 280:16 | 378:6 380:10 | 481:15 482:20 | 124:4,6 133:16 |
| 193:6,10,15,18 | 281:13 282:23 | 381:22 382:22 | 483:17 484:16 | 165:23 193:6 |
| 193:23 196:16 | 283:15 286:17 | 383:13,22 | 485:1,16 | 244:10 263:2 |
| 199:5,9,16 | 289:24 290:11 | 386:2,17 | 486:21 487:10 | 291:17 303:7 |
| 200:13,23 | 290:19 292:21 | 387:23 388:19 | 488:1 489:17 | 323:10 336:23 |
| 201:4,16,18 | 293:9 294:7,12 | 389:1 390:5 | 490:15 491:6 | 340:11 365:5 |
| 202:17 203:14 | 294:13 296:2,4 | 391:2,21 394:6 | 492:13 493:1,5 | 381:4 382:15 |
| 205:14 206:15 | 297:2 298:8,15 | 394:22 395:1 | 494:7 495:7,23 | 392:12 419:6 |
| 207:6,22 208:8 | 299:9,13,19 | 395:18,23 | 496:16,19 | 432:3 440:20 |
| 208:20 213:3 | 301:9 303:7,9 | 397:2 398:4,10 | 497:3,18 | 460:20 487:12 |
| 214:5 215:15 | 304:23 306:8 | 398:19 399:7 | 498:12 499:19 | **sort** 286:1 |
| 216:14,18,24 | 307:19,23 | 399:22 400:24 | 500:5 501:21 | **sound** 5:10 |
| 217:5,7 218:1 | 308:3,8 310:8 | 401:11,17 | 502:13 503:21 | 82:16 83:11 |
| 219:4,9,12,16 | 311:9 312:12 | 403:13 405:10 | 504:6,19,24 | 84:2,12,15 |
| 219:17 221:3 | 312:14,19,22 | 407:3,22 408:9 | 505:11,24 | 85:4,8,11 |
| 221:18,24 | 312:23 314:8 | 409:15 411:10 | 506:19,23 | **sounds** 315:8 |
| 222:18 224:5 | 314:19 315:2 | 412:9 413:16 | **SmithKline** | **source** 95:19 |
| 225:9 226:4,12 | 315:14,19 | 414:24 415:23 | 103:23 | 177:6 187:21 |
| 226:17,24 | 316:20 317:12 | 416:3,12 418:7 | **smoke** 35:6 | 228:11 235:13 |
| 227:4,8,9 | 317:23 319:13 | 418:8 420:13 | 42:21 78:17 | 291:14 328:8 |
| 228:24 230:20 | 320:1 321:10 | 425:15 427:1 | 84:19 85:18 | 399:5 400:9 |
| 232:11 233:11 | 322:12,19 | 428:15,20,22 | 86:7,11,15 | 482:7 |
| 234:12,17 | 325:12 326:6 | 429:11,16 | 94:3 95:6 | **sourced** 178:5 |
| 235:8 236:11 | 327:6,16 328:4 | 431:18 432:10 | 490:10 | 178:12 179:9 |
| 236:24 237:5 | 329:11 333:5 | 434:3,5 435:8 | **smoking** 77:22 | **sources** 273:7 |
| 238:21 239:9 | 334:1 335:12 | 435:21 439:7 | 78:15 85:13 | 274:1 275:7 |
| 240:11 241:2 | 335:18 336:19 | 440:12 442:18 | **SNiPs** 55:19 | 285:13 500:2 |
| 242:5,23 | 337:2,4 339:2 | 443:9,17 | **SNP** 55:12 | **South** 3:18 |
| 243:17 244:5 | 339:18,20,21 | 444:16 445:6 | **SNPs** 54:24 55:7 | **space** 509:6 |
| 244:22 245:8 | 341:4 342:6,14 | 445:24 448:2 | 55:18 | **span** 452:4 |
| 245:21 246:10 | 343:21 345:10 | 448:15 449:2 | **social** 464:3 | **speak** 107:8,22 |
| 246:18 248:1 | 346:8 348:10 | 449:17 450:19 | **societies** 466:9 | 209:1 |
| 248:12 249:2 | 349:11 350:7 | 451:17 452:5 | **society** 82:23 | **speaking** 106:13 |
| 249:23 250:10 | 350:23 351:7 | 453:6,17 | 94:7 98:13 | 106:16 107:5 |
| 251:2,4,15 | 351:10 352:12 | 454:21 455:18 | 100:14 101:18 | 107:10,22 |
| 252:8 253:5,22 | 352:16 353:10 | 456:5,17 | 102:16 103:4 | 134:20,24 |
| 254:13,18 | 353:20 359:1 | 458:24 459:9 | 465:2 | 135:8 137:24 |
| 255:8 256:11 | 359:10,12 | 460:10,22 | **sold** 73:18 | **Special** 5:16 |
| 257:14 258:18 | 360:19,24 | 461:3,24 | **somewhat** | 97:3 107:24 |
| 259:18 260:21 | 362:2 363:9 | 462:12,20 | 259:22 | 108:1 |
| 261:14 262:3 | 364:2,24 365:6 | 463:11 465:8 | **soon** 216:13 | **species** 255:14 |
| 262:17 263:3 | 366:12 369:4 | 468:9 469:10 | **sophisticated** | 256:6 279:23 |

Brooke T. Mossman, M.S., Ph.D.

283:2 300:24
304:4
**specific** 29:14
54:23 60:13
72:10 140:4
156:1 157:8,17
159:2 167:2
235:16 272:11
362:5 363:4
467:10 477:20
487:11
**specifically**
77:20 118:7
123:24 126:10
128:12 130:6
141:1 155:6
178:2 202:1
223:9 293:21
294:18 318:22
319:11,24
321:9 361:12
441:18 456:14
479:18
**specified** 456:23
**spectrum** 276:2
**speculative**
233:9,13
234:11,14
**speech** 166:18
**spell** 7:19 264:9
265:2
**spelled** 470:5
**spend** 291:21
**spent** 68:20
**spermatozoa**
345:15
**spheres** 82:21
**spoke** 14:10
488:13,14
**spoken** 488:6
489:1
**sponsor** 94:13
103:12 360:8
**sponsored**
359:23 360:1
**spontaneous**
344:23

**spot** 419:4
**squared** 46:8
354:6,13,14,15
355:4,5,6,6,7
356:2,3,5,21
356:22 357:1,7
357:7,8,9
358:5,6,7,8
359:7 378:8,20
378:21,22
379:4,21,23
380:4,22,24
381:3,7,13
386:5,5 388:4
388:5 400:13
400:14 419:14
419:15
**Squibb** 103:17
**stage** 266:10
284:13 304:6,9
304:11,17
306:7 309:7,12
310:22,23
334:20
**stages** 231:11
268:21 304:15
306:13 464:10
**stand** 224:3,12
224:12 415:1
**stands** 455:12
**stapled** 264:1
322:20
**start** 78:18
139:7 315:10
429:22 430:2
471:4 497:8
**started** 330:3
**starting** 29:19
220:5 503:8
**state** 16:23
38:12 63:11
75:1 106:11
110:2,6 140:20
165:8 184:13
189:14 196:20
218:6 259:24
368:6,7 370:15

422:22 439:2
440:19 449:3
455:2 458:18
464:15 468:13
509:5
**stated** 44:3
48:23 74:12
161:2 181:9
191:14 215:3
266:24 293:12
316:3 333:7
370:16 385:24
395:3 397:10
420:6 422:23
423:19 433:18
439:9,24
443:18 445:13
448:3 454:16
454:16 457:1
461:6,19,19
476:3 491:9
499:15 501:4
501:14
**statement** 30:15
35:12 36:14
39:9 54:21
57:16 59:22
60:8 61:19
78:10 88:10
139:11 140:13
156:24 157:1
170:15 215:7,8
224:23 229:18
231:20 232:1,6
232:18 235:14
236:2 238:9
252:3,11,24
253:4,14
255:18,23,24
257:13 258:12
259:11 260:11
261:5,8,21
262:11 266:5
267:16 269:9
270:9,15
278:23 279:8
280:12 282:21

284:11 286:4
288:8 291:5
295:1,5 296:10
297:11,21
298:16 299:2
304:2 306:4
307:16 308:24
316:14 319:6
320:16 322:1
325:1,22
326:19 327:20
332:14 335:2,5
337:17 344:4
345:5 350:6,17
350:22 376:12
411:5,12,13,22
412:24 413:8
413:14 415:8
420:9 424:22
433:17 434:16
436:22 439:3
442:16 446:2,3
469:4,11 499:1
**statements**
38:19 40:12
280:8 289:10
289:15 292:1
302:19 343:11
376:5 437:17
460:2
**states** 1:1 38:20
39:13 84:13
85:5 106:1
117:14 118:11
192:20 225:5
231:18 233:13
244:24 265:9
268:11 275:12
281:19 284:3
300:16 328:10
383:3 399:14
402:4 466:12
471:15
**stating** 292:9
331:17,20
**statistical** 141:9
142:5 143:14

150:10 319:18
320:17 321:3
364:11 368:19
425:19 426:6
482:10 500:17
500:20 501:10
**statistically**
138:23 139:18
142:3 150:14
150:20 151:2
184:18 290:7
292:10 293:1
320:11 326:10
364:11 375:23
388:13
**statistics** 367:9
368:14,17
**status** 301:15
331:11 366:15
**statutory** 466:7
**stayed** 208:3
**stenographic**
13:13 199:15
**steps** 45:14
**stick** 366:5
**stickers** 299:14
**sticking** 474:11
**stimulate** 42:23
84:16
**stimulation**
283:22
**stimuli** 272:18
273:1,8 274:2
274:13,23
275:8
**Stipulations**
12:11
**stop** 134:21
**story** 474:9
**straight** 184:6
276:21
**Street** 1:14 2:9
3:13
**strength** 171:16
213:10
**strengths**
153:14,17

Brooke T. Mossman, M.S., Ph.D.

154:7 155:7
156:1 459:23
**stress** 4:19 8:6
34:21 35:8
42:10 50:6
58:9 59:2,16
60:5,12,16
163:19 164:3
259:3 282:2,10
295:8,14 296:5
297:11,18,24
298:3,17 300:5
300:23 301:13
301:22 302:2
303:19 304:19
506:11
**Stress-inducible**
57:10 58:18
**strict** 206:2
207:7 209:19
447:4
**striking** 362:23
**stroma** 317:14
317:22 494:24
495:6
**strong** 267:13
**strongly** 300:22
**structural**
443:12
**structurally**
442:5
**structure** 64:18
65:2,16 66:3
458:1
**structures**
171:15 494:12
**students** 20:12
**studied** 44:2,19
53:20 67:2,6,9
67:11 203:15
204:16 205:2,8
205:22 206:19
206:20 207:3
209:20,22
210:5 211:4
247:23 248:2,6
284:22 442:8

445:14,20
446:23 450:14
454:17,24
477:6,16
500:11 501:5
502:21
**studies** 32:18
33:1 46:19,23
47:6 49:2,17
49:22 50:24
51:3,6 60:16
61:2,5 98:23
99:1,8 104:8
109:7 112:7
114:16 128:14
128:15,23,24
130:14 131:10
134:3,4 136:20
138:3 139:17
140:15 141:3
141:17 142:6
142:18 143:11
143:23 144:2,8
145:17 146:1
146:11 147:9
147:15,19
148:4,7,19
149:6,18,23
150:2 151:1,11
151:22 152:9
152:17 153:15
153:20 154:1
154:20,23,24
155:8,10,19
156:2,4,14,15
156:19 157:10
157:10,12,18
162:1 165:1
167:3,4,5,15
169:3,13,16,22
169:24 170:18
170:22,22
172:4,21
173:22,23
174:13,16,19
174:22,23
177:22 178:3

179:2,7,13
181:6 183:22
184:4,14,15
185:1,2 190:17
204:7 209:11
210:10,12,17
210:19 211:1
215:3 222:20
222:23 232:13
236:6,9 237:7
241:12,17
250:3,9,12
254:3 257:6
258:6 262:1
263:5,12,16
267:7,21
293:18 294:16
294:24 295:2
311:23 316:2
317:9,11,16,20
320:14 321:8
322:8 326:24
328:16 332:1
332:10 334:16
334:17 336:6
336:16 337:20
338:13 339:14
340:7 341:24
342:13,18,23
343:17 345:12
348:4 351:22
354:11 357:16
360:2 362:18
363:8,23
366:14 367:9
377:11 379:11
384:13 420:20
427:15 431:16
431:19 432:9
432:11,20,22
433:13,24
434:2,12 435:7
440:2,6,8,10
441:6 448:4
449:19 451:18
451:24 452:14
452:18 453:1

458:19 469:23
476:4,17 477:5
478:1,2,5,10
478:13,15,23
479:6,9 480:10
480:16 481:8
481:24 482:5,8
482:22 483:4
483:11,14
484:4,8,8
487:1 499:2,8
500:18 501:15
503:4,12
**study** 45:20,24
46:12,13 47:11
49:3,16 50:18
60:22 61:1,4
65:24 66:21
142:8 148:20
150:22 153:18
154:8 156:21
157:3 164:18
165:18 166:3
166:22 167:11
167:22 168:2
169:7 174:1,3
183:4,5 187:22
188:3 204:24
205:4,6,13,16
206:3 207:9,9
227:14,16
229:7,11,15
231:2 232:13
233:1,14
235:15 240:2
241:11,24
242:10 243:19
243:24 244:1,6
245:17,18
247:1,2,6
249:11,15
251:6 256:8,20
257:24 258:20
260:22 261:15
262:4 263:18
277:10 278:3,5
290:6 292:23

305:7,18
307:15 309:4
312:16 313:9
313:21 318:6,7
319:15,23
320:22 321:4
322:7 325:14
332:20 334:3,9
342:20 344:6
344:11,14
345:20 346:16
351:1,13,15
352:9,24
354:19 359:5
359:15,24
362:11 364:4
364:20,20
365:2,16,19
366:1,3,19,24
367:22,23
368:6,10 370:5
371:11 376:6
378:10,19
379:5,20
381:10 384:8
384:13,13
386:21 388:1
397:23 398:24
399:9,14,15,24
400:23 401:20
404:8 405:6
409:23 410:14
413:9 415:9
416:14 424:21
425:17,24
427:3,5,20
428:8 429:4
430:4,8 431:19
433:20 438:18
447:5 454:22
470:9 473:22
477:15,20
486:24 487:7
487:15,15
491:23 495:11
496:2,11
497:12,20,22

Brooke T. Mossman, M.S., Ph.D.

498:6,16,17,19
500:23 501:9
502:1,19
studying 28:9
32:21 455:4
stuff 176:22
276:17 333:8
subgroup 268:9
subject 6:19
10:22 61:8
103:10 104:7
159:11 428:4
460:14 462:7
509:10
subjected
104:17 283:21
428:23 464:9
subjective
476:14
subjects 324:1
324:10
submit 360:14
360:21 361:1
361:17,23
submitted
228:17 437:3
submucosal
494:20
Subscribed
511:19
subsequent
304:14 306:23
462:9
subset 25:20
substance 33:3
54:7 121:16
141:22 395:4
407:7 511:11
substances 33:8
33:19 34:7
52:20 53:7,11
181:12
substantiate
77:21
substitute 160:7
subtitle 471:23
subtype 284:9

284:23 318:23
319:12,16
subtypes 284:22
318:19 320:7
successful
309:20
sufficient 77:23
192:21 194:1
198:20 450:8
suggest 185:5
241:5 253:19
260:4,20 348:4
458:18,19
478:19 502:5
suggested
334:22
suggesting 41:8
180:19 262:5
272:23 275:18
333:22 406:7
449:15
suggestions
197:23
suggests 164:11
240:23 276:4
301:22 305:23
313:12
Suite 2:4 3:18
sum 468:12
469:12
summarize
483:15
summarized
176:17 480:1
484:1
summarizes
177:7
summary 77:15
77:17 151:12
153:1 305:20
315:12 366:24
367:19 378:16
439:15 442:1
453:19
summers 330:4
supervision
508:22

supine 342:22
supplemental
4:17 16:7,10
328:23 421:13
424:16
supplementary
421:10
supplied 238:14
support 12:2
39:20 40:5
103:12 104:11
104:24 224:19
227:14 262:2
262:15 274:3
276:11 291:4
302:19 319:7
338:10 415:21
466:6 480:18
481:10 483:5
supported
103:14 289:13
289:16 292:2
296:13 320:10
322:9 360:4
470:16
supporting
82:15 83:11
250:22 273:5
335:6
supportive
284:20 495:3
supports 316:9
327:2
supposed
291:14
supposedly
98:18
suppress 309:24
suppressing
310:17
suppression
297:17
suppressive
324:21 325:9
suppressor
296:17 297:7
298:5

sure 15:19 23:23
46:5 52:6 53:6
57:22 61:21
63:12,15 66:22
78:14 87:7
90:15 96:2
109:1 116:11
127:3 135:1
149:16 161:12
166:1 167:9
171:20 183:2
195:6 196:9
215:14 217:8
219:4,14 228:6
237:10 245:6
245:10 254:12
264:21 268:1
271:19 276:11
314:8 315:14
325:6 339:20
350:21 351:2
354:24 360:20
368:16 373:22
380:9,13 416:3
421:14 430:5
458:13 475:23
486:6 490:10
Surely 125:4
surface 22:5,6
22:12,13,19,22
23:1,3,9 24:19
25:4,7,8,17,18
25:19,20,23
272:16 273:17
351:17 352:3,4
352:6 354:3,10
355:21 356:18
381:5 383:4,5
385:3 446:14
447:19
surface-based
353:23
surgery 334:20
surmise 80:15
surrounded
494:13
surrounding

92:19 282:10
surveillance
464:5
survey 79:2
85:17
survival 454:24
survive 52:22
survives 452:16
susceptibility
10:6 142:22
272:16,24
401:24
suspected
490:22
suspicion 99:7
suspicious 299:7
swear 13:17
switch 208:10
208:14 416:17
switched 390:13
sworn 13:21
508:5 511:19
syndrome
285:20 307:2
system 273:21
301:18 305:4
341:3,6 348:14
systematic 7:11
227:10
systemic 232:8
234:3,21
systemically
233:4
Systems 4:19
58:8

---

**T**

T 1:13 4:5,11
5:2 6:2 7:2,10
7:14 8:2 9:2
10:2 11:2
13:20 83:3
217:16 508:8
510:1 511:16
table 9:22 101:3
375:8 376:19
378:10 379:22

Brooke T. Mossman, M.S., Ph.D.

389:2 400:11
401:3 421:21
421:22 423:3
423:17 424:8
426:15 491:16
491:20
**tables** 424:23
**Taher** 7:12
225:12,13,20
228:4 229:4
316:22 317:4
317:13 334:2
335:2
**take** 67:21
116:17 216:1,4
216:7 260:10
314:7 336:24
412:15 416:1,4
426:21,23
486:15 506:2,4
**taken** 1:13 316:2
411:22 446:20
**talc** 6:6,9,12,14
6:15 8:23 21:9
21:9 22:2,8
25:24 46:1,6
46:12,20 47:1
47:10,15,20
48:6,14,22
49:12,14,19
50:3,21 51:5
51:11 64:16,24
65:6,14,23,24
66:17,21 67:2
67:10,14 69:7
70:10 86:18,22
87:5,15,18
88:6,9 96:11
96:11 112:21
112:23 113:4
114:23 115:12
115:19,23
120:16,21
121:7 122:2,24
123:4,18
124:14 125:17
126:5,6 127:5

128:1,7,16
129:3,24 130:4
130:15,22
131:3,15
133:21 136:16
136:22 137:1
137:21 138:16
138:23 139:16
143:2,13 145:3
145:7 146:1,6
146:7,19,24
147:6,17 149:2
149:7,15,20
150:5,21 151:3
155:17 157:13
157:20,23
160:17,19,21
161:9,15 162:2
162:6,14,21
164:18,21
166:19,22
167:11,22
170:8,19 171:4
173:18,21,22
174:13,16
175:6,22,24
176:9 177:18
178:4,4,11,16
178:17,20,23
179:8,8 181:5
182:15 183:18
184:4,9,14,14
184:16 185:7
185:14 186:3
187:3,22 188:8
194:23 195:5
195:10 205:1,7
205:15,17,18
205:20 210:7
211:1,5 223:2
223:9 227:12
228:19 229:21
230:3,6 235:17
235:19 238:6
241:14 243:8
246:14 247:11
248:2 249:11

250:19,19
253:11 254:19
254:24 255:6
255:11,16
256:2 257:6,11
258:8 259:15
259:16 260:7
261:17 285:21
286:5 288:2,13
288:20,22,24
289:5,20,22
290:3,8 291:5
292:12,18
293:2 307:7,17
311:24 312:2
316:11,19,23
317:14,20,21
318:21 319:19
320:11 326:9
326:14 327:3
327:10 328:14
330:20 331:15
331:23 332:7
332:16 333:3
333:18,22
334:24 335:8
336:5,8,17
337:18 338:9
338:15,20,21
338:23 340:13
340:15 342:8
343:1,4,7
344:7 345:21
346:12 347:18
348:3,7,18,24
349:7,13,18
350:9 355:13
355:15 356:15
356:16,18,22
357:18,23
358:2,4 359:5
359:6 360:3
361:13 362:11
362:16 363:1,7
363:10 364:9
364:15,16,20
365:1,4,14,20

368:4,20 369:6
369:13,24
370:5,22,24
371:3,11,14,21
371:23 372:9
373:5,10,17
374:13,19
375:8,13,20
376:10,15
379:1,8 380:3
380:23 381:2,4
381:14 382:1
382:20 383:20
385:6,14,19,20
385:21 386:4
386:24 387:5
388:11 389:5
389:16 392:7
393:2 394:15
395:3,12 396:5
396:21 397:5
397:12,18,19
397:24 398:3,6
398:13,17,21
398:22 399:1,6
399:6,8,15
401:3 405:6,18
405:21 407:12
416:24 417:5
419:14,17
420:8,15
421:16,22
422:7 423:18
428:3,6,11,19
428:23 429:2
430:8,14,23
431:8,16 432:1
432:16 437:13
439:3,5 440:16
440:24 441:7
442:2,7,9
443:13 444:3,4
445:9,14 446:4
448:17 449:10
449:21 450:1
450:18,20,22
451:3,9,13,19

451:24 452:4
452:15 453:7
453:21,23
455:2,5,21
456:8,15
473:23 474:19
482:8 484:19
485:4,22
486:11,24
487:19 499:3
500:2 503:16
504:2 505:5
**talc's** 128:10
362:11 382:12
399:24 428:7
429:3
**talc-based** 75:14
**talc-containing**
122:7
**talcs** 67:7,12
167:16,18
170:21 173:24
174:6 176:4,5
177:8 178:10
178:13 179:20
180:21 181:21
183:2,5 249:22
251:1 441:17
441:19,20,20
442:15 480:7
499:9,16,20,21
499:23
**talcum** 1:5
13:10 133:9
134:13 135:16
136:5 138:4
140:18 155:20
238:6,19
251:22 252:19
288:13 411:2
411:19 414:3
415:15 485:12
500:13,21
501:11 502:5
502:19
**talcum-based**
490:19

Brooke T. Mossman, M.S., Ph.D.

Page 567

talk 35:7 49:1
62:14 67:18
68:10 91:2
109:6 140:11
167:2 262:18
273:20 285:2,3
314:5 350:24
377:17 392:11
415:22 425:23
435:23 456:6
505:13
talked 36:3
43:19 56:10
76:19,20 79:15
110:7 114:12
152:5 177:4
187:8 190:23
194:22 255:6
263:6 318:24
334:2 380:1
447:6 485:6
486:22
talking 18:9
35:22 36:6
40:23 41:7
65:12 118:6
130:20 141:10
163:4 167:3,5
173:20 182:14
182:18 194:9,9
195:19 231:10
235:16 241:5
243:2 246:23
246:24 248:14
248:15,16,19
249:1 272:20
273:24 276:18
295:22 296:17
297:6,16 301:7
311:4 316:6
332:21 342:5
343:3,5 348:2
355:2,3 361:10
361:11,12,13
361:16 366:19
370:21 375:21
379:17,18,18

386:14 394:4,7
395:3 420:4
422:2,3 434:13
450:4,21,24
451:1 452:6
455:15 469:5,9
483:12
talks 132:12
284:2 285:5,8
285:10,11
298:16 323:7
419:13 457:6
457:20 464:19
494:9
Tanaka 4:20
targets 410:11
task 78:5,7,12
TASSC 5:9
81:24 82:1,17
83:12 85:8,9
86:4
TASSC's 85:14
85:17
Taylor 17:1
technical 80:2
81:4 268:19
466:6 473:13
TECHNICIAN
3:23
technique 25:2
techniques
188:16
tell 24:2,4 48:11
48:20 72:10
123:22 128:5
130:10 143:10
146:3 147:8
148:9 186:2
203:3,9 236:17
286:24 287:7
287:18 288:10
320:13 372:12
372:19 374:23
378:13 391:12
391:16 400:8
411:11 414:17
430:24 431:6

461:9,17,18
477:5,15
498:24 506:1,2
506:4
telling 40:4
50:10 333:6
394:12 451:23
451:23 460:11
479:4
ten 275:17
313:19 358:7
tenor 105:2
tensile 171:16
213:10
term 54:5 62:3,8
62:21 153:2
276:13 456:15
terms 23:23
26:8 29:7 30:8
35:4 39:7,8
42:7 60:2
62:10,19 65:22
119:9 127:5
128:10 129:23
136:21 137:18
145:20 154:20
155:17 162:18
173:6 183:1,11
183:15 187:2
188:11 191:15
215:9 229:5
247:4 271:23
280:13 284:14
317:10 320:6
343:16 361:17
385:11 400:6
421:15 427:18
428:13 435:2
439:24 457:4
481:7 484:19
485:4
Terry 94:23
test 47:20 48:6
49:19 50:3,21
51:1,12,13,14
52:14,15
371:14 397:24

398:5,12 428:4
428:24 430:22
504:13,16
tested 46:11,16
49:14 172:5
251:11 354:4
358:4 365:1,2
370:5 398:2
420:15 422:7
451:14 486:24
487:18
testified 13:22
69:6 426:4
490:17
testify 76:10
testifying 68:15
76:11
testimony 4:5
23:12,17,19
24:3,4,8 26:3
27:1 29:18
30:10 31:13
32:8 34:3
41:23 44:9
45:10 64:4
69:5 73:13
74:10 106:5
111:4 128:13
128:16 129:17
166:8,11 167:8
187:19,20,21
210:3 211:18
214:7 390:8
429:18 433:2
455:11 508:6
testing 93:1
160:8 180:10
182:4 188:19
189:1 342:19
424:23 480:23
tests 365:8
406:12 430:7
430:13
Texas 265:5,6,8
thank 14:9
24:10 26:11
30:18 56:10

57:21,23 74:13
83:18 253:6
280:2 312:20
370:12 377:1,1
396:3 415:5
438:4 486:19
Thanks 339:19
473:2
theme 456:1
458:22
theories 265:20
265:24 266:14
theory 218:20
333:7
theory.' 220:20
thick 447:22
thicker 447:13
thin 446:15
thing 14:14
154:23 176:18
183:23 184:13
203:22 425:2
450:12 452:9
471:4
things 24:24
25:1,19 42:18
44:19 127:24
161:10 215:10
235:16 247:6
328:21
think 22:18
31:17 33:15
37:21 38:3,12
44:6 64:1 68:5
71:7 74:6
78:16 82:4,18
101:5,7 106:17
118:15 120:4
129:20 131:6
149:24 153:10
157:22 159:2
161:2 180:9
181:10 182:11
195:7 206:17
208:15,24
209:1 212:20
214:2 215:8

Brooke T. Mossman, M.S., Ph.D.

| | | | | |
|---|---|---|---|---|
| 216:16 217:1 | **Threatens** 91:20 | **times** 69:6 80:14 | 314:1 460:18 | **toxicology** 5:19 |
| 225:4 226:20 | **three** 15:14 45:2 | 126:10 145:3,4 | **today's** 13:6 | 11:7 38:19 |
| 227:2,24 | 85:7 105:20 | 146:4 182:1 | 507:9 | 39:12 90:10,23 |
| 229:19 230:14 | 127:24 140:12 | 385:24 409:6 | **told** 53:15 | 91:4 94:6,8 |
| 235:4 238:15 | 174:5 205:19 | **Tinto** 471:14 | 109:23 110:23 | 95:9,21 97:5 |
| 239:11 240:1 | 207:3 267:9 | 473:6 475:2 | 145:4 200:4 | 97:21 98:6,10 |
| 247:19 259:23 | 270:22 284:4 | **tissue** 162:22 | 320:8 348:13 | 98:13 102:3,11 |
| 272:2,19 | 288:2 295:12 | 163:2 210:7,9 | 364:19 368:5 | 102:24 103:5,6 |
| 274:16 278:2 | 363:6 388:10 | 282:4,6,14,17 | 389:13 393:2 | 109:16 113:12 |
| 279:7 286:8 | 410:20 455:1 | 283:5,17 | 427:12 446:22 | 114:6 115:15 |
| 299:10 310:3 | 503:7 | 306:17 317:1 | 484:3 497:21 | 176:10 177:2 |
| 330:22,24 | **threefold** 419:18 | 400:5 449:21 | **too-frequent** | 195:22 198:16 |
| 331:16,17 | **threshold** 390:2 | 451:19,20 | 105:2 | 361:23 377:23 |
| 340:12 342:4 | 483:2 484:12 | 452:15,17 | **tools** 52:20 | 491:24 |
| 350:19 362:10 | **thresholds** | 479:20 | **top** 83:2 90:16 | **TP9/TERT-1** |
| 377:15 383:18 | 483:14 | **tissues** 338:22 | 93:14 97:11 | 419:9 |
| 386:1 418:3 | **threw** 474:13 | 452:19 489:24 | 123:4 132:19 | **Trabert** 8:14 |
| 420:9,15 | **throwing** 246:12 | 490:24 | 132:23 159:21 | 230:21 231:20 |
| 422:24 425:1 | **tie** 330:17 | **titanium** 364:6 | 197:15 198:9 | 231:24 232:13 |
| 436:1,7 451:2 | **tied** 331:7 | 364:18 367:24 | 355:11 423:5 | 232:18,23 |
| 455:8 459:20 | **ties** 104:6 105:9 | 368:22 375:2 | 456:20 | 263:18 313:6 |
| 462:18 475:24 | **time** 13:7 15:6 | 375:11,24 | **topic** 112:13 | **trace** 480:4 |
| 478:21 480:9 | 15:15,18,20 | 376:13 385:7 | 436:19 | 482:16 |
| 493:24 506:6 | 30:4 68:19 | 387:1,15 388:2 | **topics** 463:21 | **tract** 20:1,6 |
| **thinking** 61:3 | 71:17 76:2,9 | 388:15 390:19 | **total** 233:2 | 288:21 319:9 |
| 193:8 | 80:9 110:9,10 | 390:22 391:7 | 330:5 396:8 | 333:13 340:21 |
| **third** 15:11 | 116:23 117:3 | 391:17 392:1,5 | 469:20 486:9 | 341:2,6,13 |
| 98:15 133:19 | 143:5 145:18 | 393:4 395:6,15 | **totally** 150:18 | 342:10 345:2 |
| 225:11 295:21 | 171:19 183:9 | 396:11 454:8 | 383:14 485:20 | 347:11 493:21 |
| 331:8 453:7,18 | 197:21 212:5 | 454:10 | **totals** 15:10,11 | **trade** 94:11 |
| **thirty** 509:16 | 217:12,20 | **title** 17:12,15 | 15:12 | 104:1 |
| **thorough** | 260:1,2,18 | 159:10 297:1 | **towel,'** 474:14 | **trained** 17:18 |
| 115:21 245:18 | 272:14 277:10 | 298:7 299:3 | **toxic** 99:4 | 18:11 19:20 |
| **thought** 55:24 | 291:22 306:17 | 305:20,21 | 260:23 283:12 | **training** 17:23 |
| 62:19 118:19 | 314:12,17 | **titled** 315:20 | 357:23 385:15 | 20:3,5 81:10 |
| 119:16 161:3 | 315:11 358:17 | **TME** 280:20 | 419:9 | 81:13 |
| 191:4 288:19 | 363:17 371:24 | **tobacco** 74:15 | **toxicity** 357:20 | **transcript** 64:8 |
| 319:2 357:4 | 416:6,10 436:8 | 75:4,10 76:21 | 385:13 419:16 | 508:9,19 |
| 383:9 412:10 | 450:7,16 452:4 | 84:3 85:16 | 420:4,10,21 | 509:17,19 |
| 423:24 431:23 | 487:12 488:12 | 86:5,7 93:22 | 421:16 422:3 | **transcription** |
| 432:14 | 493:1 504:11 | 94:14 95:3 | 455:1 | 56:12,15,24 |
| **thousands** | 505:8 506:13 | 103:21 | **Toxico.Logic** | 57:11 58:18,24 |
| 140:16 142:19 | 507:11 | **today** 13:14 | 4:16 | 59:15 285:4 |
| 375:22 387:20 | **time-dependent** | 14:14 30:11 | **toxicological** | 511:7 |
| 394:3 396:10 | 504:4 | 75:17 76:2 | 467:2 | **transcripts** |
| 425:5 | **time-weighted** | 83:17 167:17 | **toxicologists** | 403:16 |
| **Thread** 10:20 | 459:3 460:23 | 189:14 281:1 | 362:1 | **transfer** 316:19 |

Brooke T. Mossman, M.S., Ph.D.

Page 569

446:20
transform 43:1
  43:15
transformation
  255:13 256:4
  385:1
transient 48:1
translate 355:6
  356:4
translates 354:5
  354:14
translocated
  448:23
translocation
  8:18 315:22
  322:22 323:12
  328:2 332:22
  335:8 345:3,22
transmigrate
  342:9 343:8
transmigration
  314:5 333:10
  340:1 343:24
  347:10,15
transparency
  97:19 102:22
transport
  288:20 316:9
  317:14 340:5
transported
  317:21
transvaginal
  324:20 325:5
  325:20 326:5
  340:6
travel 325:19
  326:3
traveling 464:12
treated 26:13,16
  28:7,16 255:11
  256:2 472:2
treatment 28:5
  364:6 368:1
tremolite 6:22
  30:1 40:18
  41:7 42:6
  192:5,24

194:15 200:5
200:14 202:5,8
202:10,15
203:4,16,17
204:8,8 205:2
205:8,23
206:20 209:8
209:16 250:21
250:23 446:24
447:12 454:19
455:3 458:9
467:6 468:17
473:21 474:1,2
474:4,7,21
478:2,3 483:6
483:19,24
trends 272:1
trial 23:12,17
  24:3 76:5,10
  76:12,17
trials 69:10
triggered 33:1
triggering
  288:23 291:6
tripping 281:1
true 27:7 28:1
  34:24 39:10
  43:17 45:12
  62:23 74:10
  167:17 168:13
  168:16 170:15
  174:17 212:8
  262:14 275:19
  283:10 319:5
  339:12 434:15
  434:15 446:10
  448:10 450:12
  503:17 508:6
truthful 24:2,4,8
  26:5 30:10,15
  30:16 32:9
  34:13 45:10
try 99:15 100:6
  221:3 289:1
  426:12 496:11
trying 128:5
  154:16 235:2

277:14 354:17
382:10 384:16
432:20 435:14
481:20
tubal 288:18
  327:8 328:13
  328:18,20
  329:23 330:9
  330:14,19
  331:1,13,21
  332:2,6,14
  333:1 334:16
tube 267:12
  318:20 319:3
  327:23 333:17
  383:23 400:1
tubes 118:20,23
  120:11 230:7
  285:19 288:16
  330:17 331:7
  333:14,15
  334:11 343:9
  344:7 350:11
  372:11 374:3
  383:6,11
  494:12 496:1
TUCKER 3:17
tumor 34:22
  40:22 42:11
  43:1 44:24
  77:24 119:18
  223:12 271:16
  275:23 280:20
  284:23 296:17
  297:6,17 298:5
  304:6 311:8
  328:9 404:13
  404:14 484:14
tumorigenesis
  261:19 266:3
  266:17
tumors 35:22
  37:6 57:5 78:1
  156:17 267:4
  284:13 300:22
  304:16 306:16
  320:7 321:1

404:10 480:21
483:3
turn 165:13
  171:9 264:15
turned 363:12
turnover 262:8
tutor 494:3
twice 97:24
  108:6 145:7
two 15:18 25:19
  34:21 42:11
  50:24 62:1
  69:23 105:20
  110:1 111:2,14
  141:16,19
  149:24 151:18
  156:9 157:10
  174:4 178:5
  179:9,17
  182:18 198:14
  203:19 204:17
  221:12 233:4
  242:15 263:19
  270:22 284:4
  288:24 295:12
  308:17 365:21
  374:12 381:12
  388:10 394:9
  404:5 410:20
  436:20 438:6
  497:9 499:2
  503:7
two-sided 221:6
twofold 141:11
  375:19 396:2
  446:4
type 29:7,23
  35:15 36:19
  40:22 54:14
  60:2,3 61:9
  66:11 117:13
  117:18 118:12
  118:16,16
  175:22,24
  278:20 319:16
  320:18 363:5
  382:6 383:1

384:4 392:20
392:22 397:19
398:12 399:1,1
410:22 411:8
411:15 413:23
427:3 440:16
440:24 442:24
447:4 484:18
485:3
types 35:1,12,14
  36:8,17,24
  37:5,8,15
  38:21 40:2,13
  41:20 42:19
  44:18 60:14
  66:1 117:7,9
  172:11 173:3,8
  174:5 179:21
  182:2 187:5
  190:24 191:5
  199:18,23
  206:3,4,13
  207:8,10
  209:18,21
  244:20 250:12
  251:6 278:17
  284:24 347:2
  348:7 364:14
  364:17 365:22
  365:23 377:23
  397:20 427:8
  427:13 441:12
  442:6 443:5
  446:8 447:5,15
  448:13 450:13
  464:7 477:24
  484:5,10
typical 60:16

U

U.S 84:17 92:23
  460:24
ultimate 282:3
umbrella 62:10
unable 283:20
unaware 162:1
  225:24 250:21

Brooke T. Mossman, M.S., Ph.D.

364:1 443:7

**uncertain**
257:21

**uncharged**
385:11

**unclear** 118:1
274:15 319:10
340:16 496:8

**uncontrolled**
52:23

**uncover** 268:2

**undergo** 255:12
256:2

**undergraduate**
330:4,6

**underlie** 262:6

**underlying**
426:19

**understand**
18:15,18 30:20
31:3,4,7,8 32:5
33:23 36:2
37:13 67:13
70:7,8 80:5,21
118:8,9 124:10
128:4 129:12
142:4 188:23
247:15 248:18
266:23 287:15
287:17 329:17
365:7 423:11
450:20,23
459:2,5,7,13
459:15 499:21

**understood**
119:11

**undertake**
466:18

**undertakes**
463:19 465:16

**unfamiliar**
229:4 264:20

**Union** 3:21

**unique** 269:1,24
270:2 271:5,19
272:2,5,15
394:19

**unit** 355:17

**United** 1:1 38:20
39:13 84:13
85:5 105:24
117:14 118:11
231:18 244:24
265:9 268:11
383:3

**university** 6:16
17:2,8,10,11
81:16 83:5
92:11 131:19
132:9,19
133:20 134:10
135:14 136:1
198:6 265:5
329:15 353:14
367:7,12 489:6

**unlocked** 44:20

**Unopposed**
307:1

**unproven**
230:16 350:20

**unpublished**
225:16,17
228:5 334:7

**unreasoned**
472:9

**unsound** 85:20

**unsubstantiated**
85:20

**unusual** 55:10
360:7,14,20
361:1,17,23

**update** 79:6
313:8

**updated** 237:14
242:17 313:1
346:20 424:21

**upper** 355:14

**upregulated**
52:16 379:10
382:1 400:12
401:2,9 404:20
405:4,17 406:3
406:4 407:12
423:12

**upregulation**
424:4

**upstate** 205:1,7

**urge** 105:5

**USA** 84:23

**use** 8:13 85:11
99:14 106:8
116:21 145:21
146:19 147:3
150:21 151:4
155:17 160:14
184:4 185:7
187:3 188:15
189:12 207:18
221:11,15
222:13 223:4
227:6,12 238:5
253:10 289:20
290:8 292:3,12
293:2 307:1
309:23 313:3,3
313:13,20,23
314:9 319:19
321:19 322:6,7
325:15 338:8,9
338:24 340:15
351:11 357:16
377:10 383:23
384:12 385:16
385:19 399:15
411:2,19 414:3
415:14,15
436:11 457:3
482:5 500:12
501:11 502:6
502:19

**user** 345:21

**users** 143:2,4
146:6,7

**uses** 291:8
381:12

**USGS** 473:22

**uterus** 344:23

**utilization** 9:9
365:10

———————

**V**

**v** 5:22

**vagina** 157:21
157:23 160:18
160:22 161:9
161:17 162:3
337:8,12
341:15,22
342:1,8 343:4
343:8 349:21

**vaginal** 288:14
343:1 344:12

**vague** 33:16,20
64:21 65:4

**Valley** 473:23

**valuable** 32:18

**values** 177:21

**Vanderbilt**
71:20,23 72:3
72:5,15 472:15
474:10,22

**Vanderbilt's**
474:17

**variables** 143:20
235:18

**variation** 313:23

**varieties** 200:21
458:3

**variety** 59:2,16
115:18 170:2
329:22 341:9
385:3 448:13
477:9,24
479:10 483:14
484:10

**various** 205:20
330:18 351:16
354:4

**vary** 35:12
130:13 199:18
397:18

**varying** 389:14

**vasculature**
282:9

**vast** 68:23
118:10 200:6

**vein** 283:13

**ventilation** 94:4

**venue** 104:13

**Vermont** 1:14
1:15 6:16 13:9
83:5,6 131:19
132:9,19
133:21 134:10
135:14 136:1
178:16,17
329:16 353:15
367:8,13,16
399:18 402:5
489:6 500:2

**version** 198:1

**versus** 65:9,10
65:11 109:10
110:5 112:4
114:14 157:2
171:5 321:6
356:16

**vertical** 355:12

**vessels** 494:22

**vice** 84:20 94:24
100:13

**video** 13:8

**videographer**
13:2,4,24
116:22 117:1
217:11,18
314:11,15
416:5,8 505:9
507:8

**VIDEOTAPE**
3:23

**Videotaped** 1:13

**view** 98:21

**viewing** 208:16

**vindication**
474:17

**viral** 302:3

**viral-related**
300:20 301:5

**Vitae** 5:12

**vitamin** 160:14

**vitro** 32:17 33:1
109:11 128:14
357:16 384:12
441:6 483:15

Brooke T. Mossman, M.S., Ph.D.

Page 571

vivo 254:21,22
255:1
voice 107:8
volume 437:20

**W**

W 3:17
Wacker 3:18
wait 15:12
329:12 385:19
421:14
walk 222:20
walks 105:24
want 14:15
35:19 53:24
67:18,20,23
68:10 76:21
88:11 91:2
97:13 100:9
101:15 108:22
116:16,17
127:9 129:8
139:7,10
140:24 157:8
160:8 198:23
207:23 208:10
208:10,14
215:20 216:1
217:3 222:19
235:3 273:23
287:4,7,17
299:20 314:7
350:24 358:14
358:19 367:2
374:11 400:2,8
411:21 413:4
425:23 426:18
432:5 447:10
451:12 464:21
469:18 470:18
470:24 471:3
477:20 486:4
493:9 496:15
497:16 504:7
505:19 506:4
wanted 86:5
130:8 496:11

warned 108:5
warnings
135:10
warns 472:9
wars 95:3
Washington 3:9
3:14 92:11
198:5
wasn't 71:13
74:4 131:2
196:7 204:3
240:12,13
332:6 344:10
349:1 365:1
425:17 428:16
482:17
water 323:17
way 32:23 54:1
276:16 302:24
330:18 346:24
376:15 418:4
433:21 452:21
496:22
ways 63:1 98:18
311:6 427:14
we'll 16:21 25:7
35:7 40:16
49:1 107:11
114:19 124:21
130:6 202:2
222:2 230:10
275:20 276:21
279:12 287:24
301:10 366:2,2
388:20 390:6
397:3,7 426:21
438:21 439:17
439:20 486:15
we're 67:1 107:9
128:9 139:14
140:4 141:10
182:13,18
214:12 216:14
248:14 268:3,4
295:21 297:6
314:11 332:20
349:9 356:17

375:21 381:9
392:10,13,15
394:4,17 407:1
407:1 422:2,3
434:13 450:4
450:21 479:6
507:6,7,10
we've 25:1 43:5
44:2,19 46:16
54:15 64:1
72:1 106:22
380:15 400:21
415:8 422:24
449:19 480:9
weak 41:15
203:10
weaknesses
153:15,17
154:7 155:7
156:1 157:17
459:23
weapons 92:20
92:23 93:1
Web 6:17 10:16
11:7
Webb 489:2
website 132:9
135:13
week 15:18
76:13 77:14,16
145:7
weeks 15:21
85:6 242:15
Wehner 6:7
70:4,6 77:8
112:21 116:2
Wehner's 72:8
113:18 114:20
Wehners' 74:21
weight 146:23
155:3,4 156:3
157:12 351:19
355:16,17,18
385:4
Weinberg 95:2
96:10
weird 276:16

Weislogel
100:13 102:20
welcome 415:6
welfare 465:23
wellbeing
463:23
went 73:8
109:18 114:5
114:10 195:3
195:21 251:7
263:10,12
268:14 280:18
311:17 316:21
377:16 392:24
393:14 397:4
409:9 411:12
413:2,5 454:10
455:9
Wentzensen 8:9
305:9
weren't 71:9
72:3 81:24
126:8 196:3,5
362:14 376:22
384:24 432:17
432:18 434:8
435:6
whiz-bang
487:17
whoa 286:18,18
wide 115:17
widespread
272:13
Wiley 174:3
205:5 446:12
488:10
William 84:21
Williams 470:6
witness 12:5
13:18 18:3
19:19 22:11
23:22 25:17
26:8 27:10,15
28:22 29:3,12
30:14 32:12
35:19 36:12
37:4 38:2,11

39:17 40:11,21
41:6,14,24
42:16 43:4
47:14 48:5,19
49:10 50:2,16
51:24 53:3,10
55:7 56:22
57:23 61:18
65:5 66:20
67:6 68:4 69:2
70:13 74:19
75:7,22 76:16
82:7 95:18
96:14 99:17,18
99:21 100:2
101:7 109:20
110:14 111:7
111:21 116:6
117:22 120:4
120:20 121:4
123:21 124:18
125:7,22
126:17 127:2
127:13,16
130:19 131:6
133:15 134:17
136:10 137:6
137:24 138:19
139:6,23
140:11 141:8
142:15 143:8
144:6,19
145:13 146:10
148:2,18
153:22 154:12
155:13 156:8
157:5,16 159:1
161:7,23 162:9
162:17 163:1
163:13,23
165:7 168:12
169:21 170:12
171:9 172:20
175:16 176:15
178:9 180:2,18
181:17 182:7
184:21 185:21

Brooke T. Mossman, M.S., Ph.D.

| | | | | |
|---|---|---|---|---|
| 186:7 187:14 | 306:6 307:12 | 444:13 445:3 | 343:18 350:14 | 36:13 54:8 |
| 188:6 189:5,22 | 310:3 311:2 | 445:19 447:9 | 482:8 502:8 | 144:13 158:16 |
| 191:14 193:5 | 312:8,11 | 448:10,20 | **Women's** 183:3 | 181:2 182:8,23 |
| 193:17,20 | 316:17 317:6 | 449:13,23 | **wonder** 136:14 | 188:12 200:7 |
| 199:1,7 200:11 | 317:19 319:5 | 451:22 453:5 | 228:10 | 229:17 295:4 |
| 200:19 201:3 | 319:22 320:21 | 455:17,23 | **Wonderful** | 346:1 370:23 |
| 202:14 203:8 | 322:3 325:4 | 456:12 458:13 | 106:5 | 370:24 373:19 |
| 205:12 206:7 | 326:1,21 | 459:7,19 | **wondering** | 422:16 452:22 |
| 207:2,14 208:5 | 327:22 329:6 | 460:20 461:15 | 269:11 439:14 | 492:6 496:14 |
| 208:12,15 | 332:12 333:21 | 462:5,18 468:3 | **Woodworth** | 496:21 497:15 |
| 212:19 213:21 | 335:4,16 | 468:8 469:4 | 211:15 212:10 | 497:23,23 |
| 215:21 216:1,8 | 336:15 337:3 | 475:15,22 | **word** 238:15 | 498:23 |
| 216:12,20 | 338:18 340:24 | 476:13,24 | 272:2 417:8 | **wound** 289:4,6 |
| 217:6,8 221:22 | 341:21 342:12 | 478:12,18 | **worded** 292:17 | **wow** 387:15 |
| 223:23 224:12 | 343:11 345:7 | 479:24 481:4 | 433:21,22 | 415:3 |
| 225:2,23 | 348:1 349:5 | 482:3 483:9 | **words** 281:1 | **write** 80:11 |
| 230:14 231:23 | 350:2,19 | 484:7,23 485:9 | **work** 23:5,6 | 102:20 473:14 |
| 232:21 234:1 | 361:22 362:4 | 486:17,20 | 43:5 76:20 | **writing** 422:6 |
| 236:5,19,23 | 362:14 363:22 | 487:5,21 | 91:14 94:11 | **written** 69:17 |
| 238:11 239:4 | 364:22 365:4 | 489:16 490:9 | 179:13 188:13 | 92:6 95:9 |
| 239:24 240:21 | 368:13 369:11 | 491:3 492:19 | 211:11 239:15 | 99:10 101:13 |
| 241:10 243:15 | 370:9 371:18 | 493:3,24 | 239:17 241:6 | 243:23 386:21 |
| 243:22 244:10 | 372:15 373:9 | 494:18 495:21 | 241:14 358:14 | 393:1 468:22 |
| 245:5,13 246:3 | 373:19 374:11 | 496:14 497:15 | 360:4 361:7 | **wrong** 69:16,18 |
| 247:18 248:6 | 375:17 376:21 | 498:9 499:15 | 378:16,17 | 70:2 291:7,8,9 |
| 248:22 249:20 | 377:15 378:3 | 500:1 501:13 | 382:11 438:2,3 | 369:11 390:16 |
| 250:8,18 | 380:8 381:20 | 503:24 504:22 | 444:7 464:5,6 | 438:23 470:5 |
| 251:14 252:5 | 382:17 383:8 | 505:4,19 | 464:11 472:12 | **wrote** 70:1 |
| 253:3,16 | 383:17 385:23 | 506:16 508:5,6 | **worked** 69:22 | 78:21 79:9 |
| 254:10 255:5 | 386:14 387:18 | 508:8 509:1 | 70:3,5 85:3 | 84:21 91:18 |
| 255:21 257:5 | 388:8 389:23 | **witnesses** | 178:10,15,19 | 114:7 115:14 |
| 258:15 259:13 | 390:24 393:23 | 108:16 | 178:22 329:21 | 151:19 153:23 |
| 260:15 261:7 | 395:21 396:24 | **woman** 118:23 | 472:11,14 | 161:18 290:22 |
| 261:23 262:13 | 398:2,8,16 | 119:13 139:17 | **worker** 459:4 | 291:24 359:19 |
| 263:1,15 | 399:5,21 | 144:16 331:6 | 461:13 | 473:11 |
| 265:12 266:7 | 400:18 401:7 | 333:10,13 | **worker's** 461:10 | **Wu** 235:9 |
| 267:20 270:12 | 403:11 405:8 | 343:8,9 345:20 | **workers** 92:18 | **WYATT** 3:8 |
| 271:15 274:8 | 406:24 407:16 | **woman's** 157:21 | 92:23 197:6 | |
| 280:11 281:11 | 411:8 412:2 | 160:22 161:16 | 459:17 460:16 | **X** |
| 282:20 283:9 | 413:12 418:5 | 182:20 343:4 | 460:24 499:9 | **X** 4:2,11 5:2 6:2 |
| 286:2 289:12 | 420:3 425:1 | **women** 146:5 | **working** 329:9 | 7:2 8:2 9:2 |
| 290:10 292:15 | 426:9 428:10 | 148:11 231:17 | 330:4,7 486:11 | 10:2 11:2 |
| 293:6 294:6 | 429:6,15 431:4 | 300:18 313:12 | **world** 106:1 | **x-ray** 189:13 |
| 295:20 296:3 | 431:13 432:3,8 | 325:16 332:1,5 | 265:10 | **xeroxed** 409:6 |
| 296:24 297:23 | 434:18 435:12 | 332:9 334:10 | **worldwide** | **XVII** 197:10,18 |
| 298:12,23 | 440:5 442:11 | 334:19 335:14 | 300:19 | |
| 301:3 303:5 | 443:4,16 | 342:22 343:15 | **wouldn't** 23:13 | **Y** |

Brooke T. Mossman, M.S., Ph.D.

Page 573

| | | | | |
|---|---|---|---|---|
| **y'all** 351:13 | 351:5,7 352:12 | **Zelikoff's** 491:4 | 208:21 295:6 | 378:14 |
| **y'all's** 354:9 | 368:13 380:8 | **zero** 377:19 | **11/18/88** 5:6 | **18th** 127:7 |
| **yeah** 15:13 18:3 | 381:4 389:7,23 | 395:24 396:4,5 | **110** 5:21 | 129:22 |
| 19:19 23:22 | 390:17 391:11 | 417:2,13 | **113** 6:6,9 | **19** 2:13 73:9 |
| 25:17 27:10 | 393:23 402:7 | 418:14 419:24 | **12** 77:5 112:16 | 97:10 100:10 |
| 28:22 29:12 | 405:20 406:19 | 422:6,8,19 | 115:17 116:12 | 191:19 366:15 |
| 30:14 38:2,11 | 409:2 412:13 | 423:17 424:22 | 221:9 469:20 | **191** 6:21 |
| 41:14 42:16 | 412:21 413:7 | **zeta** 23:2 | 503:8,9 | **193** 211:17 |
| 47:14 48:5 | 414:11,19 | **zonal** 189:13 | **12/4/15** 10:19 | **194** 213:2 |
| 50:2 51:24 | 417:22 423:2 | | **12:16** 217:12 | 429:18,19 |
| 52:2 53:3 | 431:4 432:8 | **0** | **121** 6:12 | **195** 429:17,18 |
| 61:18 65:5,22 | 434:18 475:22 | **000018716** 6:8 | **122** 6:14 | 429:19 |
| 75:7 95:18 | 486:17 492:19 | **000265536-38** | **129** 473:15 | **196** 7:6 433:1,3 |
| 116:6,13 123:3 | 507:7 | 6:20 | **13** 27:13 55:17 | **1964** 159:20 |
| 123:6 125:22 | **year** 73:1 125:13 | **000394320** 9:8 | 113:19 115:10 | 161:19 |
| 127:2 128:4 | 145:3,4,9 | **015** 355:15 | 469:20 | **1966** 77:23 |
| 133:15 134:17 | 277:11 359:17 | **07932** 3:4 | **132** 6:16 | 78:15 |
| 144:19 145:13 | 492:15 | | **133** 44:9 | **1970s** 474:18 |
| 148:2,18 159:1 | **years** 61:8 69:8 | **1** | **134** 165:14 | **1980s** 73:5,9 |
| 161:23 162:17 | 69:19,23 74:20 | **1** 14:17 73:14 | 166:1 | 74:7,15 75:5 |
| 163:23 165:7 | 96:3 102:6 | 86:7 105:8 | **136** 167:7 | 80:10 211:12 |
| 172:20 173:14 | 154:13 186:19 | 122:8 194:16 | **14** 4:6,15 32:3 | 212:14 342:21 |
| 175:16 180:18 | 186:19 188:14 | 221:23 274:1 | 113:20 115:11 | 474:19 |
| 185:21 187:14 | 218:10 220:10 | 274:22 275:6 | 150:1,2 469:21 | **1986** 339:15,22 |
| 187:23 193:5 | 247:24 248:3 | 386:9 397:5 | **1440** 3:8 | **1988** 69:23 |
| 193:15 199:1,5 | 275:17 313:19 | 414:21 442:1,2 | **15** 89:4 122:1 | **1990** 69:24 77:5 |
| 200:11,20 | 330:5 426:10 | 443:10 457:17 | 195:11 214:14 | 484:2 |
| 202:14 204:2 | 450:2,17 | 511:6 | 334:17 355:4 | **1990s** 73:5,9 |
| 206:7 207:2 | 471:24 474:10 | **1.637** 492:16 | 355:15 356:2,8 | 74:7 186:21 |
| 208:5 212:19 | **Yep** 24:15 | **1/12/90** 4:21 | 356:13,20 | 472:6 474:13 |
| 213:21 214:21 | 269:21 294:12 | **1/31/08** 10:21 | 358:9,10 359:6 | **1992** 84:16 |
| 215:23 216:3 | 355:10 498:20 | **1:22** 217:21 | 402:21 426:10 | **1993** 84:16 85:2 |
| 217:5,9 218:24 | 498:22 | **10** 29:20 96:24 | 471:23 | **1998** 69:14,15 |
| 219:16 221:15 | **York** 3:8 76:12 | 165:16 166:1 | **151.41** 15:13 | **1999** 232:4 |
| 221:21 225:23 | 80:14 174:1 | 218:7 219:20 | **158** 6:19 | 259:19 260:12 |
| 226:24 227:8 | 205:1,7,16 | 219:23 313:15 | **16** 4:16,17 | 262:14 337:19 |
| 230:14 231:23 | 454:23 455:1 | 355:9 358:10 | 122:17 302:21 | 338:15 |
| 234:1 236:23 | | 359:6 418:18 | 303:3 419:2 | **1st** 463:15 |
| 240:21 254:14 | **Z** | 419:5 424:10 | **16-2738** 1:6 | |
| 258:15 270:12 | **Zazenski** 6:10 | 430:1 446:18 | **16,548** 15:10 | **2** |
| 273:23 276:24 | 10:22 113:4,19 | 493:10 | **16.2** 356:14 | **2** 12:9 16:1 |
| 286:2 291:19 | 115:14 176:2,7 | **10:36** 116:23 | **17** 132:3 136:3 | 89:24 104:3 |
| 293:6 294:3,6 | 176:22,23 | **10:47** 117:4 | 197:12 | 105:10 117:3 |
| 296:3 312:22 | 442:14 471:2 | **100** 457:19 | **172** 214:6,14 | 285:7 355:9 |
| 315:8 316:17 | 471:16 473:5 | **104** 2:4 | **179** 207:24 | 445:7 467:9 |
| 318:9 337:2 | 475:10 | **11** 27:13 97:1 | 208:7,18 | **2.0** 141:24 |
| 338:19 339:18 | **Zelikoff** 437:16 | 115:17 116:12 | **18** 158:2 378:14 | **2.4** 294:11 |

Golkow Litigation Services - 877.370.DEPS

Brooke T. Mossman, M.S., Ph.D.

Page 574

**2.548** 491:14
**2.7.2** 456:19
**2/21/64** 6:19
**2:43** 314:13
**2:54** 314:18
**20** 150:2 196:18
 226:14 358:3,8
 358:9,10 359:7
 420:8 511:20
**2000** 165:22
 232:4 258:19
 337:21
**20004** 3:14
**20005** 3:9
**2000s** 180:12
**2001** 84:8
**2002** 97:10
 100:10
**2004** 257:17
 336:21 337:5
**2005** 71:18
 198:16 361:7
 363:23
**2006** 93:2
 218:21 220:18
**2007** 198:1
 336:2 345:19
**2008** 236:13
 237:6 253:24
 256:17 291:1
 308:9 323:1,1
 336:2 471:23
 475:3
**2009** 235:9
 264:7 275:17
 353:14 413:14
 415:17
**2010** 120:16
 121:6 122:24
 151:24 152:2,5
 152:12,16,18
 176:17 177:9
 181:19 343:23
 463:15
**2011** 366:15
**2012** 120:23
 220:16

**2014** 68:14,15
 68:20 69:1
 74:23 75:12
 86:23 87:19,24
 230:22 246:15
 247:12 466:13
 486:11
**2015** 401:20
**2018** 126:3,22
 129:6,23 223:4
 229:8 277:11
 299:21 313:6
 334:4 436:9
 483:16
**2019** 1:10 13:6
 125:2 436:7,9
 508:15
**202** 3:9,14
**21** 24:14 161:19
 219:19
**218** 2:9
**219** 7:9
**21st** 23:15
 159:20
**22** 226:6,20
 227:3,6
**222** 7:15
**226** 7:11
**23** 211:21 227:7
 237:15
**233** 3:18
**236** 389:9
**237** 7:13
**24** 47:20 48:14
 85:6 222:11
 226:11,23
 227:1 262:23
 263:10 369:7
 369:21 370:7
 370:10 371:16
 372:12,22
 373:6,11,17
 374:7 391:6,9
 392:16 396:6
 403:15 416:17
 416:20 418:13
 418:21,24

 503:14,18
 504:16
**24-hour** 503:24
**25** 125:2 264:6
**253** 192:8
**25th** 436:7
**26** 126:22 129:5
 129:22 227:19
 299:15 311:11
 311:17
**264** 7:18
**269-2343** 2:10
**26th** 31:19 126:2
**27** 305:1 311:10
 334:16 358:20
**27,151** 15:12
**2738** 13:11
**277** 7:21
**28** 305:2 307:24
 308:1,4 311:10
 466:12 499:2,6
**283** 303:6
**29** 308:2,9
 311:10,17
 394:13 500:10
 502:16
**299** 8:6
**2A** 419:19
**2D** 421:15,17
**2s** 423:5

---

**3**

**3** 16:16 59:1,15
 90:7,15 105:14
 111:9 217:20
 378:10 400:11
 401:3 407:20
 410:4 433:6
 467:13 493:14
**3,000** 386:9,9
**3.1** 295:7
**3/15/19** 10:11
**30** 46:5 49:10
 69:19 74:20
 302:21 312:4,8
 369:16 374:5
 375:9,21 376:7

 382:2 386:6,9
 386:10 387:7
 387:13,22
 388:3,10
 390:11 392:8
 395:14 396:8
 396:13,14
 453:24 454:4
 503:6 509:16
**30,626** 15:11
**300** 2:4
**304** 8:8
**308** 8:10
**31** 315:3,4 333:9
**312** 3:19 8:13
**315** 8:15
**31st** 475:3
**32** 105:21
 322:15 458:18
**320,000** 85:6
**322** 8:18
**33** 198:12 346:4
 456:18
**334** 2:10
**34** 353:6 355:3
 409:23 413:6
**346** 8:21
**35** 192:9,13
 353:11 377:7
 427:3
**352** 9:6
**353** 9:9,13
**358** 9:16
**36** 412:12
**36104** 2:9
**366** 9:18
**37** 359:11
**371-7008** 3:9
**38** 366:8
**387** 104:10
**388** 9:22
**39** 285:15 288:1
 295:6 416:13
 421:22
**39157** 2:5

---

**4**

**4** 58:3,16 127:21
 167:10 285:14
 314:17 355:9
 419:5 423:3
 424:8 480:4
**4/1/1990** 195:16
**4:23** 416:6
**4:38** 416:11
**40** 61:8 102:6
 186:19 188:13
 233:2 247:24
 248:3 401:13
**401** 10:6
**408** 10:10
**409** 10:12
**41** 1:14 408:5,21
 413:3
**42** 105:23
 409:17
**426** 12:9
**43** 463:7
**44** 465:9
**45** 73:12,15
 216:23 288:9
 470:19
**463** 10:15
**463-2400** 3:14
**465** 10:17
**47** 289:18
 501:23 502:9
**470** 10:20
**49** 31:22 34:3
**492** 11:6

---

**5**

**5** 62:14 77:5
 160:15 288:1
 294:7 303:8
 416:10 418:17
 424:10 446:17
**5,000** 425:13
**5/8/09** 9:13
**5:55** 507:11,14
**50** 68:18 188:14
**501** 11:8
**512** 511:6
**53** 93:14

Brooke T. Mossman, M.S., Ph.D.

**55** 133:6
**550** 76:3
**58** 4:19

**6**

**6** 9:22 34:4
  79:14 323:4,23
  324:6 353:22
  389:2 410:20
  421:21,22
**600** 3:4
**601** 2:5
**60606** 3:19
**60s** 180:11
**62** 7:6 91:13
  196:1,19
**624-6307** 3:19
**65** 6:12 69:6
  121:7,11,12,18
  122:2 195:4
**66** 127:9,13,20
**6950** 3:18

**7**

**7** 198:1 413:19
  469:5
**70** 268:22
  269:22 270:24
  271:1
**70s** 180:11
**720-1288** 2:14
**75** 46:8 68:19
  355:5 356:10
  356:11,16
  357:6 378:20
  380:21 386:4
  388:4 400:13
  419:14
**76** 4:21 192:19
  193:11,17
**78** 27:1,12
**79** 5:6

**8**

**8** 1:10 24:17
  44:12 83:24
  323:4,23 324:6

  353:14 430:2
**80s** 180:11
**81** 356:16 381:5
**82** 5:8
**83** 5:10 23:13
  24:12
**85** 61:22 62:1
  402:13,19
**86** 62:1 296:11
  297:16 298:3
  299:3
**87** 55:16 62:1
**877.370.3377**
  1:20
**88** 5:12
**8th** 13:6

**9**

**9** 83:1 89:7
  508:15
**9:12** 1:15 13:7
**90** 383:2
**90s** 180:12
  212:14
**917.591.5672**
  1:20
**92** 5:14 29:18,20
  192:9,13,19
  193:11
**92660** 2:14
**949** 2:14
**952-1422** 2:5
**96** 5:16 338:5
  339:7
**973)549.7106**
  3:5
**975** 3:13
**98** 176:4
**99** 338:4

# Exhibit C

*Original Article*

Reproductive Sciences
1-10
© The Author(s) 2019
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/1933719119831773
journals.sagepub.com/home/rsx

⑤SAGE

# Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer

Nicole M. Fletcher, PhD[1], Amy K. Harper, MD[2], Ira Memaj, BS[1],
Rong Fan, MS[1], Robert T. Morris, MD[2], and Ghassan M. Saed, PhD[1,2]

## Abstract

Genital use of talcum powder and its associated risk of ovarian cancer is an important controversial topic. Epithelial ovarian cancer (EOC) cells are known to manifest a persistent prooxidant state. Here we demonstrated that talc induces significant changes in key redox enzymes and enhances the prooxidant state in normal and EOC cells. Using real-time reverse transcription polymerase chain reaction and enzyme-linked immunosorbent assay, levels of CA-125, caspase-3, nitrate/nitrite, and selected key redox enzymes, including myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GPX), and glutathione reductase (GSR), were determined. TaqMan genotype analysis utilizing the QuantStudio 12K Flex was used to assess single-nucleotide polymorphisms in genes corresponding to target enzymes. Cell proliferation was determined by MTT proliferation assay. In all talc-treated cells, there was a significant dose-dependent increase in prooxidant iNOS, nitrate/nitrite, and MPO with a concomitant decrease in antioxidants CAT, SOD, GSR, and GPX ($P < .05$). Remarkably, talc exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. Talc exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125 ($P < .05$). More importantly, talc exposure significantly induced cell proliferation and decreased apoptosis in cancer cells and to a greater degree in normal cells ($P < .05$). These findings are the first to confirm the cellular effect of talc and provide a molecular mechanism to previous reports linking genital use to increased ovarian cancer risk.

## Keywords

talc, epithelial ovarian cancer, oxidative stress, single-nucleotide polymorphism, cell proliferation

## Introduction

Ovarian cancer is the most lethal gynecologic malignancy and ranks fifth in cancer deaths among women diagnosed with cancer.[1] Epithelial ovarian cancer (EOC) has long been considered a heterogeneous disease with respect to histopathology, molecular biology, and clinical outcome.[1,2] Although surgical techniques and treatments have advanced over the years, the prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage.[2] This is largely due to the lack of early warning symptoms and screening methods and the development of chemoresistance.[1,2] Moreover, ovarian cancer is known to be associated with germline mutations in the *BRCA1* or *BRCA2* genes, but with a rate of only 20 % to 40%, suggesting the presence of other unknown mutations in other predisposition genes.[3] Additional genetic variations including single-nucleotide polymorphisms (SNPs) have been hypothesized to act as low to moderate penetrant alleles that contribute to ovarian cancer risk.[3,4]

The pathophysiology of EOC is not fully understood but has been strongly associated with inflammation and the resultant oxidative stress.[5] We have previously characterized EOC cells to manifest a persistent prooxidant state as evident by the upregulation of key oxidants and downregulation of key antioxidants, which is further enhanced in chemoresistant EOC cells.[6] The expression of key prooxidant/inflammatory enzymes such as inducible nitric oxide synthase (iNOS), nicotinamide adenine dinucleotide phosphate (NAD(P)H) oxidase, and myeloperoxidase (MPO), as well as an increase in nitric oxide (NO) levels, was increased in EOC tissues and cells.[6] Additionally, we have shown that EOC cells manifest lower apoptosis, which

---

[1] Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, USA
[2] Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI, USA

**Corresponding Author:**
Ghassan M. Saed, Departments of Obstetrics and Gynecology and Oncology, Karmanos Cancer Institute, Wayne State University School of Medicine, Detroit, MI 48201, USA.
Email: gsaed@med.wayne.edu

was markedly induced by inhibiting iNOS, indicating a strong link between apoptosis and NO/iNOS pathways in these cells.[6]

The cellular redox balance is maintained by key antioxidants including catalase (CAT), superoxide dismutase (SOD), or by glutathione peroxidase (GPX) coupled with glutathione reductase (GSR).[5] Other important scavengers include thioredoxin coupled with thioredoxin reductase, and glutaredoxin, which utilizes glutathione (GSH) as a substrate.[7] We have previously reported that a genotype switch in key antioxidants is a potential mechanism leading to the acquisition of chemoresistance in EOC cells.[7] We have studied the effects of genetic polymorphisms in key redox genes on the acquisition of the oncogenic phenotype in EOC cells, including genes that control the levels of cellular reactive oxygen species and oxidative damage and SNPs for genes involved in carcinogen metabolism (detoxification and/or activation), antioxidants, and DNA repair pathways.[4,6] Several function-altering SNPs have been identified in key antioxidants, including CAT, GPX, GSR, and SOD.[4]

Several studies have suggested the possible association between genital use of talcum powder and risk of EOC.[7-12] Association between the use of cosmetic talc in genital hygiene and ovarian cancer was first described in 1982 by Cramer et al, and many subsequent studies supported this finding.[7-12] Talc and asbestos are both silicate minerals; the carcinogenic effects of asbestos have been extensively studied and documented in the medical literature.[7-12] Asbestos fibers in the lung initiate an inflammatory and scarring process, and it has been proposed that ground talc, as a foreign body, might initiate a similar inflammatory response.[7] The objective of this study was to determine the effects of talcum powder on the expression of key redox enzymes, CA-125 levels, and cell proliferation and apoptosis in normal and EOC cells.

## Material and Methods

### Cell Lines

Ovarian cancer cells SKOV-3 (ATCC), A2780 (Sigma Aldrich, St Louis, Missouri), and TOV112D (a kind gift from Gen Sheng Wu at Wayne State University, Detroit, Michigan) and normal cells human macrophages (EL-1; ATCC, Manassas, Virginia), human primary normal ovarian epithelial cells (Cell Biologics, Chicago, Illinois), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories, Inc, Carlsbad, California), and immortalized human fallopian tube secretory epithelial cells (FT33; Applied Biological Materials, Richmond, British Columbia, Canada) were used. All cells were grown in media and conditions following manufacturer's protocol. EL-1 cells were grown in IMDM media (ATCC) supplemented with 0.1 mM hypoxanthine and 0.1 mM thymidine solution (H-T, ATCC) and 0.05 mM β-mercaptoethanol. SKOV-3 EOC cells were grown in HyClone McCoy's 5A medium (Fisher Scientific, Waltham, Massachusetts), A2780 EOC cells were grown in HyClone RPMI-1640 (Fisher Scientific), and both TOV112D EOC cells were grown in MCDB105

(Cell Applications, San Diego, California) and Medium 199 (Fisher Scientific; 1:1). All media were supplemented with fetal bovine serum (Innovative Research, Novi, Michigan) and penicillin/streptomycin (Fisher Scientific), per their manufacturer specifications. Human primary normal ovarian epithelial cells were grown in complete human epithelial cell medium (Cell Biologics).

### Treatment of Cells

Talcum baby powder (Johnson & Johnson, New Brunswick, NJ, #30027477, Lot#13717RA) was dissolved in dimethyl sulfoxide (DMSO; Sigma Aldrich) at a concentration of 500 mg in 10 mL and was filtered with a 0.2 μm syringe filter (Corning). Sterile DMSO was used as a control for all treatments. Cells were seeded in 100-mm cell culture dishes ($3 \times 10^6$) and were treated 24 hours later with 5, 20, or 100 μg/mL of talc for 72 hours. Cell pellets were collected for RNA, DNA, and protein extraction. Cell culture media were collected for CA-125 analysis by enzyme-linked immunosorbent assay (ELISA).

### Real-Time Reverse Transcription Polymerase Chain Reaction

Total RNA was extracted from all cells using the RNeasy mini kit (Qiagen, Valencia, California). Measurement of the amount of RNA in each sample was performed using a Nanodrop spectrophotometer (Thermo Fisher Scientific, Waltham, Massachusetts). A 20 μL complementary DNA reaction volume containing 0.5 μg RNA was prepared using the SuperScript VILO Master Mix Kit (Life Technologies, Carlsbad, California). Optimal oligonucleotide primer pairs were selected for each target using Beacon designer (Premier Biosoft, Inc; Table 1). Quantitative reverse transcription polymerase chain reaction (RT-PCR) was performed using the EXPRESS SYBR GreenER qPCR supermix kit (Life Technologies) and the Cepheid 1.2f detection system (Sunnyvale, CA) previously described.[6] Standards with known concentrations and lengths were designed specifically for β-actin (79 bp), CAT (105 bp), NOS2 (89 bp), GSR (103 bp), GPX1 (100 bp), MPO (79 bp), and SOD3 (84 bp), allowing for construction of a standard curve using a 10-fold dilution series.[6] All samples were normalized to β-actin. A final melting curve analysis was performed to demonstrate specificity of the PCR product.

### Protein Detection

Cell pellets were lysed utilizing cell lysis buffer (20 mM Tris–HCl [pH 7.5], 150 mM NaCl, 1 mM $Na_2EDTA$, 1 mM EGTA, 1% Triton, 2.5 sodium pyrophosphate, 1 mM β-glycerophosphate, 1 mM $Na_3VO_4$, 1 μg/mL leupeptin) containing a cocktail of protease inhibitors. Samples were centrifuged at 13 000 rpm for 10 minutes at 4 C. Total protein concentration of cell lysates from control and talc-treated cells was measured with the Pierce BCA protein assay kit (Thermo Scientific, Rockford, Illinois).

**Table I.** Real-Time RT-PCR Oligionucleotide Primers.

| Accession Number | Gene | Sense (5'-3') | Antisense (3'-5') | Amplicon (bp) | Annealing Time (seconds) and Temperature ( C) |
|---|---|---|---|---|---|
| NM_001101 | β-actin | ATGACTTAGTTGCGTTACAC | AATAAAGCCATGCCAATCTC | 79 | 10, 64 |
| NM_001752 | CAT | GGTTGAACAGATAGCCTTC | CGGTGAGTGTCAGGATAG | 105 | 10, 63 |
| NM_003102 | SOD3 | GTGTTCCTGCCTGCTCCT | TCCGCCGAGTCAGAGTTG | 84 | 60, 64 |
| NM_000637 | GSR | TCACCAAGTCCCATATAGAAATC | TGTGGCGATCAGGATGTG | 116 | 10, 63 |
| NM_000581 | GPX1 | GGACTACACCCAGATGAAC | GAGCCCTTGCGAGGTGTAG | 91 | 10, 66 |
| NM_000625 | NOS2 | GAGGACCACATCTACCAAGGAGGAG | CCAGGCAGGCGGAATAGG | 89 | 30, 59 |
| NM_000250 | MPO | CACTTGTATCCTCTGGTTCTTCAT | TCTATATGCTTCTCACGCCTAGTA | 79 | 60, 63 |

Abbreviation: RT-PCR, reverse transcription polymerase chain reaction.

### Detection of Protein/Activity by ELISA

The following ELISA kits were used (Cayman Chemical, Ann Arbor, Michigan): CAT, SOD, GSR, GPX, and MPO. Nitrite ($NO_2$)/nitrate ($NO_3$) were determined spectrophotometrically by Griess assay as previously reported.[6] CA-125 protein levels were measured in cell media by ELISA (Ray Biotech, Norcross, Georgia).

### TaqMan SNP Genotyping Assay

DNA was isolated utilizing the EZ1 DNA tissue kit (Qiagen) for EOC cells. The TaqMan SNP genotyping assay set (Applied Biosystems, Carlsbad, California; NCBI dbSNP genome build 37, MAF source 1000 genomes) was used to genotype the SNPs (Table 1). The Applied Genomics Technology Center (AGTC, Wayne State University) performed these assays. Analysis was done utilizing the QuantStudio 12 K Flex real-time PCR system (Applied Biosystems).

### Cell Proliferation and Apoptosis

Cell proliferation was assessed with the TACS MTT cell proliferation assay (Trevigen, Gaithersburg, Maryland) after treatment with talc (100 μg/mL) for 24 hours. The Caspase-3 Colorimetric Activity Assay Kit (Chemicon, Temecula, California) was used to determine levels of caspase-3 activity after treatment of normal and EOC cells with various doses of talc as previously described.[6] Equal concentrations of cell lysate were used. The assay is based on spectrophotometric detection of the chromophore p-nitroaniline (pNA) after cleavage from the labeled substrate DEVD-pNA. The free pNA can be quantified using a spectrophotometer or a microtiter plate reader at 405 nm. Comparison of the absorbance of pNA from an apoptotic sample with its control allows determination of the percentage increase in caspase-3 activity.

### Statistical Analysis

Normality was examined using the Kolmogorov-Smirnov test and by visual inspection of quantile–quantile plots. Because most of the data were not normally distributed, differences in distributions were examined using the Kruskal-Wallis test.

Generalized linear models were fit to examine pairwise differences in estimated least squares mean expression values by exposure to 0, 5, 20, or 100 μg/mL of talc. We used the Tukey-Kramer adjustment for multiple comparisons, and the regression models were fit using log2 transformed analyte expression values after adding a numeric constant "1" to meet model assumptions while avoiding negative transformed values. $P$ values below .05 are statistically significant.

## Results

### Talc Treatment Decreased the Expression of Antioxidant Enzymes SOD and CAT in Normal and EOC Cells

Real-time RT-PCR and ELISA assays were utilized to determine the CAT and SOD messenger RNA (mRNA) and protein levels in cells before and after 72 hours talc treatment, respectively (Figure 1). The CAT (Figure 1A and C) and SOD (Figure 1B and D) mRNA and protein levels were significantly decreased in a dose-dependent manner in talc-treated cells compared to controls ($P < .05$).

### Talc Treatment Increased the Expression of Prooxidants iNOS, $NO_2$ /$NO_3$ , and MPO in Normal and EOC Cells

Real-time RT-PCR and $NO_2$ /$NO_3$ assays were utilized to determine the iNOS mRNA and NO levels in cells before and after 72 hours talc treatment, respectively (Figure 2). The iNOS mRNA and NO levels were significantly increased in a dose-dependent manner in talc-treated cells as compared to their controls (Figure 2A and C, $P < .05$). As expected, there was no detectable MPO in normal ovarian and fallopian tube cells, and thus, talc treatment did not have any effect. However, MPO mRNA and protein levels were significantly increased in a dose-dependent manner in talc-treated ovarian cancer cells and macrophages compared to controls (Figure 2B and D, $P < .05$).

### Talc Treatment Decreased the Expression of Antioxidant Enzymes, GPX and GSR, in Normal and EOC Cells

Real-time RT-PCR and ELISA assays were utilized to determine the GPX and GSR mRNA and protein levels in cells before and



**Figure 1.** Decreased expression and activity of key antioxidant enzymes, CAT and SOD3. The mRNA (real-time RT-PCR) and protein/activity levels (ELISA) of CAT (A and C) and SOD3 (B and D) were determined in macrophages (EL-1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells and in all doses as compared to controls. CAT indicates catalase; SOD3, superoxide dismutase 3; mRNA, messenger RNA; RT-PCR, reverse transcription polymerase chain reaction; ELISA, enzyme-linked immunosorbent assay.

after 72 hours of talc treatment, respectively (Figure 3). The GPX (Figure 3A and C) and GSR (Figure 3B and D) mRNA and protein levels were significantly decreased in a dose-dependent manner in talc-treated cells compared to controls ($P < .05$).

### Talc Exposure Induced Known Genotype Switches in Key Oxidant and Antioxidant Enzymes

Talc treatment was associated with a genotype switch in *NOS2* from the common C/C genotype in untreated cells to T/T, the SNP genotype, in talc-treated cells, except in A2780 and TOV112D (Table 2). Additionally, the observed decrease in CAT expression and activity was associated with a genotype switch from common C/C genotype in CAT in untreated cells to C/T, the SNP genotype, in TOV112D and all normal talc-treated cells. However, there was no detectable genotype switch in CAT in A2780, SKOV3, and TOV112D (Table 2). Remarkably, there was no observed genotype switch in the selected SNP for SOD3 and GSR in all talc-treated cells. All cells, except for HOSEpiC cells, manifest the SNP genotype of

*GPX1* (C/T). Intriguingly, talc treatment reversed this SNP genotype to the normal genotype (Table 2).

### Talc Treatment Increased CA-125 Levels in Normal and EOC Cells

CA-125 ELISA assay was performed in protein isolated from cell media before and after talc treatment. CA-125 levels were significantly increased in a dose-dependent manner in all cells (Figure 4, $P < .05$). There was no detectable CA-125 protein in macrophages.

### Talc Treatment Increased Cell Proliferation and Decreased Apoptosis

MTT cell proliferation assay was used to determine cell viability, and caspase-3 activity assay was utilized to determine apoptosis of all cell lines after 24 hours of talc treatment (Figure 5). Cell proliferation was significantly increased from the baseline in all talc-treated cells ($P < .05$), but to a greater degree in normal



**Figure 2.** Increased expression and activity of key prooxidants, iNOS, $NO_2^-/NO_3^-$, and MPO. The mRNA (real-time RT-PCR) and protein/activity levels (ELISA) of iNOS (A and C) and MPO (B and D) were determined in macrophages (EL-1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. As expected, there was no detectable MPO in normal ovarian and fallopian tube cells, and thus, talc treatment did not have any effect. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in iNOS and MPO-positive cells and in all doses as compared to controls. iNOS indicates inducible nitric oxide synthase; MPO, myeloperoxidase; mRNA, messenger RNA; RT-PCR, reverse transcription polymerase chain reaction; ELISA, enzyme-linked immunosorbent assay.

as compared to cancer cells. As anticipated, caspase-3 was significantly reduced in cancer as compared to normal cells. Talc treatment resulted in decreased caspase-3 activity in all cells as compared to controls (Figure 6, $P < .05$), indicating a decrease in apoptosis.

## Discussion

The claim that regular use of talcum powder for hygiene purpose is associated with an increased risk of ovarian cancer is based on several reports confirming the presence of talc particles in the ovaries and other parts of the female reproductive tract as well as in lymphatic vessels and tissues of the pelvis.[7-12] The ability of talc particles to migrate through the genital tract to the distal fallopian tube and ovaries is well accepted.[10] To date, the exact mechanism is not fully understood, though several studies have pointed toward the peristaltic pump feature of the uterus and fallopian tubes, which is known to enhance transport of sperm into the oviduct ipsilateral to the ovary bearing the dominant follicle.[8-12]

There are reports supporting the epidemiologic association of talc use and risk of ovarian cancer.[11,12] Recent studies have shown that risks for EOC from genital talc use vary by histologic subtype, menopausal status at diagnosis, hormone therapy use, weight, and smoking. These observations suggest that estrogen and/or prolactin may play a role via macrophage activity and inflammatory response to talc. There has been debate as to the significance of the epidemiologic studies based on the fact that the reported epidemiologic risk of talc use and risk of ovarian cancer, although consistent, are relatively modest (30%-40%), and there is inconsistent increase in risk with duration of use. This observation is due, in part, to the challenges in quantifying exposure as well as the failure of epidemiological studies to obtain necessary information about the frequency and duration of usage.[11-13]

In this study, we have shown beyond doubt that talc alters key redox and inflammatory markers, enhances cell proliferation, and inhibits apoptosis, which are hallmarks of ovarian cancer. More importantly, this effect is also manifested by talc in normal cells, including surface ovarian epithelium,



**Figure 3.** Decreased expression and activity of key antioxidant enzymes, GSR and GPX. The mRNA (real-time RT-PCR) and protein/activity levels (ELISA) of GSR (A and C) and GPX (B and D) were determined in macrophages (EL-1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells and in all doses as compared to controls. GSR indicates glutathione reductase; GPX, glutathione peroxidase; mRNA, messenger RNA; RT-PCR, reverse transcription polymerase chain reaction; ELISA, enzyme-linked immunosorbent assay.

fallopian tube, and macrophages. Oxidative stress has been implicated in the pathogenesis of ovarian cancer, specifically by increased expression of several key prooxidant enzymes such as iNOS, MPO, and NAD(P)H oxidase in EOC tissues and cells as compared to normal cells indicating an enhanced redox state, as we have recently demonstrated (Figure 7).[6] This redox state is further enhanced in chemoresistant EOC cells as evident by a further increase in iNOS and $NO_2$ /$NO_3$ and a decrease in GSR levels, suggesting a shift toward a prooxidant state.[6] Antioxidant enzymes, key regulators of cellular redox balance, are differentially expressed in various cancers, including ovarian.[6,14] Specifically, GPX expression is reduced in prostate, bladder, kidney, and estrogen receptor negative breast cancer cell lines, though GPX is increased in other cancerous tissues from breast.[14] Glutathione reductase levels, on the other hand, are elevated in lung cancer, although differentially expressed in breast and kidney cancer.[5,15] Similarly, CAT was decreased in breast, bladder, and lung cancer while increased in brain cancer.[16-18] Superoxide dismutase is expressed in lung, colorectal, gastric ovarian, and breast

cancer, while decreased activity and expression have been reported in colorectal carcinomas and pancreatic cancer cells.[18-21] Collectively, this differential expression of antioxidants demonstrates the unique and complex redox microenvironment in cancer. Glutathione reductase is a flavoprotein that catalyzes the NADPH-dependent reduction of oxidized glutathione (GSSG) to GSH. This enzyme is essential for the GSH redox cycle that maintains adequate levels of reduced cellular GSH. A high GSH to GSSG ratio is essential for protection against oxidative stress (Figure 5). Treatment with talc significantly reduced GSR in normal and cancer cells, altering the redox balance (Figure 3A and C). Likewise, GPX is an enzyme that detoxifies reactive electrophilic intermediates and thus plays an important role in protecting cells from cytotoxic and carcinogenic agents. Overexpression of GPX is triggered by exogenous chemical agents and reactive oxygen species and is thus thought to represent an adaptive response to stress.[15] Indeed, treatment of normal and cancer cells with talc significantly reduced GPX, which compromised the overall cell response to stress (Figure 3B and D).

**Table 2.** SNP Characteristics (A) and SNP Genotyping of Key Redox Enzymes in Untreated and Talc-Treated (100 μg/mL) Human Primary Ovarian Epithelial Cells (Normal Ovarian), Human Ovarian Surface Epithelial Cells (HOSEpiC), Fallopian Tube (FT33), and Ovarian Cancer (A2780, SKOV-3, TOV112D) Cell Lines (B).

| | Gene (rs Number) | | | | |
|---|---|---|---|---|---|
| | *CAT* (rs769217) | *NOS₂* (rs2297518) | *GSR* (rs8190955) | *GPX1* (rs3448) | *SOD3* (rs2536512) |
| **A** | | | | | |
| MAF | 0.123 | 0.173 | 0.191 | 0.176 | 0.476 |
| SNP | C-262T | C2087T | G201T | C-1040T | A377T |
| Chromosome location | 11p13 | 17q11.2 | 8p12 | 3q21.31 | 4p15.2 |
| Amino acid switch | Isoleucine to Threonine | Serine to Leucine | Unknown | Unknown | Alanine to threonine |
| Effect on activity | Decrease | Increase | Unknown | Unknown | Decrease |
| **B** | | | | | |
| A2780: Control | C/C | C/C | G/G | C/T | A/A |
| A2780: Talc | C/C | C/C | G/G | C/C | A/A |
| SKOV-3: Control | C/C | C/C | G/G | C/T | A/A |
| SKOV-3: Talc | C/C | T/T | G/G | C/C | A/A |
| TOV112D: Control | C/C | C/C | G/G | C/T | A/A |
| TOV112D: Talc | C/T | C/C | G/G | C/C | A/A |
| HOSEpiC: Control | C/C | C/C | G/G | C/T | A/A |
| HOSEpiC: Talc | C/T | T/T | G/G | C/T | A/A |
| FT33: Control | C/C | C/C | G/G | C/T | A/A |
| FT33: Talc | C/T | T/T | G/G | C/C | A/A |
| Normal ovarian: Control | C/C | C/C | G/G | C/T | A/A |
| Normal ovarian: Talc | C/T | T/T | G/G | C/C | A/A |

Abbreviation: SNP, single-nucleotide polymorphism.



**Figure 4.** Increased CA-125 levels in response to talc treatment. The level of ovarian cancer biomarker CA-125 was determined by ELISA before and after 72 hours of talc treatment (100 μg/mL) in macrophages (EL-1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cells. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells as compared to controls. ELISA indicates enzyme-linked immunosorbent assay.

We have previously reported that EOC cells manifest increased cell proliferations and decreased apoptosis.[6] In this study, we have shown that talc enhances cell proliferation and induces an inhibition in apoptosis in EOC cells, but more importantly in normal cells, suggesting talc is a stimulus to the development of the oncogenic phenotype. We also previously reported a cross talk between iNOS and MPO in ovarian cancer, which contributed to the lower apoptosis observed in ovarian cancer cells.[6,22] Myeloperoxidase, an abundant hemoprotein, previously known to be present solely in neutrophils and monocytes, is a key oxidant enzyme that utilizes NO produced by iNOS as a 1-electron substrate generating NO⁺, a labile nitrosylating species.[6,23,24] We were the first to report that MPO was expressed by EOC cells and tissues and that silencing MPO gene expression utilizing MPO-specific siRNA induced apoptosis in EOC cells through a mechanism that involved the S-nitrosylation of caspase-3 by MPO.[22] Additionally, we have compelling evidence that MPO serves as a source of free iron under oxidative stress, where both NO⁺ and superoxide are elevated.[6] Iron reacts with hydrogen peroxide ($H_2O_2$) and catalyzes the generation of highly reactive hydroxy radical (HO ), thereby increasing oxidative stress, which in turn increases free iron concentrations by the Fenton and Haber-Weiss reaction.[6,24] We have previously highlighted the potential benefits of the combination of serum MPO and free iron as biomarkers for early detection and prognosis of ovarian cancer.[25] Collectively, we now have substantial evidence demonstrating that altered oxidative stress may play a role in maintaining the oncogenic phenotype of EOC cells. Treatment of normal or ovarian cancer cells with talc resulted in a significant increase in MPO and iNOS, supporting the role of talc in the enhancement of a prooxidant state that is a major cause in the development and maintenance of the oncogenic phenotype (Figure 2).

Furthermore, CA-125, which exists as a membrane-bound and secreted protein in EOC cells, has been established as a



**Figure 5.** Increased cell proliferation in response to talc treatment. Cell proliferation was determined by MTT cell proliferation assay after 24 hours of talc treatment (100 µg/mL) in macrophages (EL-1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cells. Experiments were performed in triplicate. Cell proliferation is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells as compared to controls.



**Figure 6.** Decreased apoptosis in response to talc treatment. Caspase-3 activity was used to measure the degree of apoptosis in all cells. Caspase-3 activity assay was utilized to determine caspase-3 activity in macrophages (EL-1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV-3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard error. All changes in response to talc treatment were significant ($P < .05$) in all cells and in all doses as compared to controls.



**Figure 7.** Epithelial ovarian cancer (EOC) cells have been reported to manifest a persistent prooxidant state as evident by the upregulation (green arrows) of key oxidants iNOS, NO, $NO^+$, $ONOO^-$, $OH^-$, $O_2^{-+}$, and MPO (blue) and downregulation (red arrows) of key antioxidants SOD, CAT, GPX, and GSR (orange). This redox state was also shown to be further enhanced in chemoresistant EOC cells. In this study, talcum powder altered the redox state, as indicated by the arrows, of both normal and EOC cells to create an enhanced prooxidant state. iNOS indicates inducible nitric oxide synthase; MPO, myeloperoxidase; SOD, superoxide dismutase; CAT, catalase; GPX, glutathione peroxidase; GSR, glutathione reductase.

biomarker for disease progression and response to treatment.[2] CA-125 expression was significantly increased from nearly undetectable levels in controls to values approaching clinical significance (35 U/mL in postmenopausal women[26]) in talc-treated cells (Figure 4, $P < .05$) without the physiologic effects on the tumor microenvironment one would expect to be present in the human body, thus highlighting the implications of the prooxidant states caused by talc alone.

To elucidate the mechanism by which talc alters the redox balance to favor a prooxidant state not only in ovarian cancer cells, but more importantly in normal cells, we have examined selected known gene mutations corresponding to SNPs known to be associated with altered enzymatic activity and increased cancer risk.[6,27] Our results show that the *CAT* SNP (rs769217) resulting in decreased enzymatic activity was induced in all normal cell lines tested and in TOV112D EOC lines, but was not detected in A2780 or SKOV-3 cell lines (Table 2). Nevertheless, our results confirm a decrease in CAT expression and enzymatic activity in all talc-treated cells (Figure 1), indicating the existence of other *CAT* SNPs. The *SOD3* (rs2536512) and *GSR* (rs8190955) SNP genotypes were not detected in any cell line, yet SOD3 and GSR activity and expression were decreased in all talc-treated cells, again suggesting the presence of other SNPs. Our results have also shown that all cells, except for HOSEpiC cells, manifest the SNP genotype of *GPX1* (C/T) before talc treatment. Intriguingly, talc treatment reversed this SNP genotype to the normal genotype (Table 2). Consistent with this finding, we have previously reported that acquisition

of chemoresistance by ovarian cancer cells is associated with a switch from the *GPX1* SNP genotype to the normal *GPX1* genotype.[6] It is not understood why a *GPX1* SNP genotype predominates in untreated normal and ovarian cancer cells. Our results showed that talc treatment was associated with a genotype switch from common C/C genotype in *NOS2* in untreated cells to T/T, the SNP genotype, in talc-treated cells, except in A2780 and TOV112D (Table 2). Nevertheless, our results confirm an increase in iNOS expression and enzymatic activity in all talc-treated cells (Figure 2), again suggesting the existence of other *NOS2* SNPs. Collectively, these findings support the notion that talc treatment induced gene point mutations that happen to correspond to SNPs in locations with functional effects, thus altering overall redox balance for the initiation and development of ovarian cancer. Future studies examining such SNPs are important to fully elucidate a genotype switch mechanism induced by talc exposure.

In summary, this is the first study to clearly demonstrate that talc induces inflammation and alters the redox balance favoring a prooxidant state in normal and EOC cells. We have shown a dose-dependent significant increase in key prooxidants, iNOS, $NO_2^-/NO_3^-$, and MPO, and a concomitant decrease in key antioxidant enzymes, CAT, SOD, GPX, and GSR, in all talc-treated cells (both normal and ovarian cancer) compared to their controls. Additionally, there was a significant increase in CA-125 levels in all the talc-treated cells compared to their controls, except in macrophages. The mechanism by which talc alters the cellular redox and inflammatory balance involves the induction of specific mutations in key oxidant and antioxidant enzymes that correlate with alterations in their activities. The fact that these mutations happen to correspond to known SNPs of these enzymes indicate a genetic predisposition to developing ovarian cancer with genital talcum powder use.

## Authors' Note

Ghassan M. Saed is also affiliated with Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI, USA.

## Acknowledgment

Special thanks to Imaan Singh for her technical contributions in acquiring the data and in development of graphics.

## Declaration of Conflicting Interests

The author(s) declared the following potential conflicts of interest with respect to the research, authorship, and/or publication of this article: Dr. Saed has served as a paid consultant and expert witness in the talcum powder litigation.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## References

1. Berek JS, Bertelsen K, du Bois A, et al. Epithelial ovarian cancer (advanced stage): consensus conference (1998) [in French]. *Gynecol Obstet Fertil*. 2000;28(7-8):576-583.

2. Jelovac D, Armstrong DK. Recent progress in the diagnosis and treatment of ovarian cancer. *CA Cancer J Clin.* 2011;61(3):183-203.

3. Prat J, Ribe A, Gallardo A. Hereditary ovarian cancer. *Hum Pathol.* 2005;36(8):861-870.

4. Ramus SJ, Vierkant RA, Johnatty SE, et al. Consortium analysis of 7 candidate SNPs for ovarian cancer. *Int J Cancer.* 2008;123(2):380-388.

5. Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med.* 2010;49(11):1603-1616.

6. Fletcher NM, Belotte J, Saed MG, et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. *Free Radic Biol Med.* 2016;102:122-132.

7. Cramer DW, Welch WR, Scully RE. Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50:372-376.

8. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer.* 1999;81:351-356.

9. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11:111-117.

10. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78:266-272.

11. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila).* 2013;6(8):811-821.

12. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. *Epidemiology.* 2018;29(1):41-49.

13. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med.* 2017;14(1):9-32.

14. Brigelius-Flohe R, Kipp A. Glutathione peroxidases in different stages of carcinogenesis. *Biochim Biophys Acta.* 2009;1790(11):1555-1568.

15. Sun Y. Free radicals, antioxidant enzymes, and carcinogenesis. *Free Radic Biol Med.* 1990;8(6):583-599.

16. Popov B, Gadjeva V, Valkanov P, Popova S, Tolekova A. Lipid peroxidation, superoxide dismutase and catalase activities in brain tumor tissues. *Arch Physiol Biochem.* 2003;111(5):455-459.

17. Ray G, Batra S, Shukla NK, et al. Lipid peroxidation, free radical production and antioxidant status in breast cancer. *Breast Cancer Res Treat.* 2000;59(2):163-170.

18. Chung-man Ho J, Zheng S, Comhair SA, Farver C, Erzurum SC. Differential expression of manganese superoxide dismutase and catalase in lung cancer. *Cancer Res.* 2001;61(23):8578-8585.

19. Radenkovic S, Milosevic Z, Konjevic G, et al. Lactate dehydrogenase, catalase, and superoxide dismutase in tumor tissue of breast cancer patients in respect to mammographic findings. *Cell Biochem Biophys.* 2013;66(2):287-295.

20. Hu Y, Rosen DG, Zhou Y, et al. Mitochondrial manganese-superoxide dismutase expression in ovarian cancer: role in cell proliferation and response to oxidative stress. *J Biol Chem.* 2005;280(47):39485-39492.

21. Svensk AM, Soini Y, Paakko P, Hiravikoski P, Kinnula VL. Differential expression of superoxide dismutases in lung cancer. *Am J Clin Pathol.* 2004;122(3):395-404.

22. Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. *Gynecol Oncol.* 2010;116(2):276-281.

23. Galijasevic S, Saed GM, Hazen SL, Abu-Soud HM. Myeloperoxidase metabolizes thiocyanate in a reaction driven by nitric oxide. *Biochemistry.* 2006;45(4):1255-1262.

24. Galijasevic S, Maitra D, Lu T, Sliskovic I, Abdulhamid I, Abu-Soud HM. Myeloperoxidase interaction with peroxynitrite: chloride deficiency and heme depletion. *Free Radic Biol Med.* 2009;47(4):431-439.

25. Fletcher NM, Jiang Z, Ali-Fehmi R, et al. Myeloperoxidase and free iron levels: potential biomarkers for early detection and prognosis of ovarian cancer. *Cancer Biomark.* 2011;10(5):267-275.

26. Scholler N, Urban N. CA125 in ovarian cancer. *Biomark Med.* 2007;1(4):513-523.

27. Belotte J, Fletcher NM, Saed MG, et al. A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival. *PLoS One.* 2015;10(8):e0135739.